UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------ X

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to the Entities listed on Exhibit A attached hereto, and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 102(1), 342, and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone numbers and e-mail address:

> Jeffrey A. Rosenthal
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
> Tel. No.      (212) 225-2000
> Fax No.      (212) 225-3999
> Internet E-Mail Address  MAOFILING@CGSH.COM

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the above-named party-in-interest's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

Dated: New York, New York
       December 12, 2008

                                Respectfully submitted,

                                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                By:  /s/ Jeffrey A. Rosenthal
                                      Jeffrey A. Rosenthal
                                      A Member of the Firm

                                One Liberty Plaza
                                New York, New York 10006
                                212-225-2000
                                jrosenthal@cgsh.com

*Attorneys for Wachovia Bank, N.A., Wachovia Securities International Limited, Evergreen Income Advantage Fund, Evergreen Multi-Sector Income Fund (fka Evergreen Managed Income Fund), Evergreen Utilities and High Income Fund, Evergreen Fixed Income Trust on behalf of its series Evergreen High Income Fund (fka Evergreen High Yield Bond Fund), Evergreen Select Fixed Income Trust on behalf of its series Evergreen Select High Yield Bond Fund, Evergreen Variable Annuity Trust on behalf of its series Evergreen VA High Income Fund, Evergreen Select High Yield Bond Trust, Evergreen Core Bond Trust Full Discretion (fka Evergreen Core Bond Trust), Evergreen International Bond Trust, Evergreen Intermediate Bond Trust Full Discretion (fka Evergreen Intermediate Bond Trust), Evergreen Global Dividend Opportunity Fund (fka Evergreen Global Dynamic Dividend Opportunities Fund), Evergreen International Balanced Income Fund, Evergreen Equity Trust on behalf of its series Evergreen Diversified Capital Builder Fund (fka Evergreen Balanced Fund), Evergreen Money Market Trust on behalf of its series: Evergreen California Municipal Money Market Fund, Evergreen Money Market Trust on behalf of its series: Evergreen Municipal Money Market Fund, Evergreen Money Market Trust on behalf of its series: Evergreen New Jersey Municipal Money Market Fund, Evergreen Money Market Trust on behalf of its series: Evergreen New York Municipal Money Market Fund, Evergreen Money Market Trust on behalf of its series: Evergreen Pennsylvania Municipal Money Market Fund, Evergreen Municipal Trust on behalf of its series: Evergreen California Municipal Bond Fund, Evergreen Municipal Trust on behalf of its series: Evergreen High Income Municipal Bond Fund (fka Evergreen Florida High Income Municipal Bond Fund), Evergreen Municipal Trust on behalf of its series: Evergreen Municipal Bond Fund, Evergreen Municipal Trust on behalf of its series: Evergreen North Carolina Municipal Bond Fund, Evergreen Municipal Trust on behalf of its series: Evergreen Short-Intermediate Municipal Bond Fund, Evergreen Municipal Trust on behalf of its series: Evergreen Strategic Municipal Bond Fund, Evergreen Municipal Trust on behalf of its series: Evergreen Pennsylvania Municipal Bond Fund, Evergreen Fixed Income Trust on behalf of its series: Evergreen Core Plus Bond Fund (fka Evergreen Diversified Bond Fund),*

*Evergreen Fixed Income Trust on behalf of its series: Evergreen Institutional Mortgage Portfolio, Evergreen Fixed Income Trust on behalf of its series: Evergreen Diversified Income Builder Fund (fka Evergreen Strategic Income Fund), Evergreen Fixed Income Trust on behalf of its series: Evergreen U.S. Government Fund, Evergreen Fixed Income Trust on behalf of its series: Evergreen Ultra Short Opportunities Fund, Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Adjustable Rate Fund, Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Core Bond Fund, Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Intermediate Municipal Bond Fund, Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Short Intermediate Bond Fund, Evergreen Select Money market Trust on behalf of its series: Evergreen Institutional Money Market Fund, Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Core Bond Fund, Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Diversified Income Builder Fund (fka Evergreen VA Strategic Income Fund), Evergreen Variable Annuity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund (fka Evergreen VA Balanced Fund), Evergreen Long Duration Trust, and Evergreen Investment Management Company, LLC, acting as agent for various funds.*

Of counsel:

Zoe Segal-Reichlin

# EXHIBIT A

| | |
|---|---|
| Wachovia Bank, N.A.<br>301 South College Street<br>Charlotte, North Carolina 28288 | Wachovia Securities International Limited<br>30 Fenchurch Street<br>One Plantation Place<br>London, EC3M 3BD<br>United Kingdom |
| Evergreen Income Advantage Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Municipal Trust on behalf of its series: Evergreen Municipal Bond Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Multi-Sector Income Fund (fka Evergreen Managed Income Fund)<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Municipal Trust on behalf of its series: Evergreen North Carolina Municipal Bond Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Utilities and High Income Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Municipal Trust on behalf of its series: Evergreen Short-Intermediate Municipal Bond Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Fixed Income Trust on behalf of its series: Evergreen High Income Fund (fka Evergreen High Yield Bond Fund)<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Municipal Trust on behalf of its series: Evergreen Strategic Municipal Bond Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Select High Yield Bond Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Municipal Trust on behalf of its series: Evergreen Pennsylvania Municipal Bond Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |

| | |
|---|---|
| Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA High Income Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Fixed Income Trust on behalf of its series: Evergreen Core Plus Bond Fund (fka Evergreen Diversified Bond Fund)<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Select High Yield Bond Trust<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Fixed Income Trust on behalf of its series: Evergreen Institutional Mortgage Portfolio<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Core Bond Trust Full Discretion (fka Evergreen Core Bond Trust)<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Fixed Income Trust on behalf of its series: Evergreen Diversified Income Builder Fund (fka Evergreen Strategic Income Fund)<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen International Bond Trust<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Fixed Income Trust on behalf of its series: Evergreen U.S. Government Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Intermediate Bond Trust Full Discretion (fka Evergreen Intermediate Bond Trust)<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Fixed Income Trust on behalf of its series: Evergreen Ultra Short Opportunities Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |

| | |
|---|---|
| Evergreen Global Dividend Opportunity Fund (fka Evergreen Global Dynamic Dividend Opportunities Fund) c/o Evergreen Investment Management Company, LLC 200 Berkeley Street Boston, MA 02116 | Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Adjustable Rate Fund c/o Evergreen Investment Management Company, LLC 200 Berkeley Street Boston, MA 02116 |
| Evergreen International Balanced Income Fund c/o Evergreen Investment Management Company, LLC 200 Berkeley Street Boston, MA 02116 | Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Core Bond Fund c/o Evergreen Investment Management Company, LLC 200 Berkeley Street Boston, MA 02116 |
| Evergreen Equity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund (fka Evergreen Balanced Fund) c/o Evergreen Investment Management Company, LLC 200 Berkeley Street Boston, MA 02116 | Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Intermediate Municipal Bond Fund c/o Evergreen Investment Management Company, LLC 200 Berkeley Street Boston, MA 02116 |
| Evergreen Money Market Trust on behalf of its series: Evergreen California Municipal Money Market Fund c/o Evergreen Investment Management Company, LLC 200 Berkeley Street Boston, MA 02116 | Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Short Intermediate Bond Fund c/o Evergreen Investment Management Company, LLC 200 Berkeley Street Boston, MA 02116 |
| Evergreen Money Market Trust on behalf of its series: Evergreen Municipal Money Market Fund c/o Evergreen Investment Management Company, LLC 200 Berkeley Street Boston, MA 02116 | Evergreen Select Money market Trust on behalf of its series: Evergreen Institutional Money Market Fund c/o Evergreen Investment Management Company, LLC 200 Berkeley Street Boston, MA 02116 |

| | |
|---|---|
| Evergreen Money Market Trust on behalf of its series: Evergreen New Jersey Municipal Money Market Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Core Bond Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Money Market Trust on behalf of its series: Evergreen New York Municipal Money Market Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Diversified Income Builder Fund (fka Evergreen VA Strategic Income Fund)<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Money Market Trust on behalf of its series: Evergreen Pennsylvania Municipal Money Market Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Variable Annuity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund (fka Evergreen VA Balanced Fund)<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Municipal Trust on behalf of its series: Evergreen California Municipal Bond Fund<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Long Duration Trust<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 |
| Evergreen Municipal Trust on behalf of its series: Evergreen High Income Municipal Bond Fund (fka Evergreen Florida High Income Municipal Bond Fund)<br>c/o Evergreen Investment Management Company, LLC<br>200 Berkeley Street<br>Boston, MA 02116 | Evergreen Investment Management Company, LLC, acting as agent for various funds<br>200 Berkeley Street<br>Boston, MA 02116 |