**Presentment Date and Time: December 15, 2008 at 2:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline: December 15, 2008 at 1:30 p.m. (Prevailing Eastern Time)**

STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman
Harold A. Olsen
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Deutsche Zentral-Genossenschaftsbank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : | **Case No. 08-13555 (JMP)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |

------------------------------------------------------------ x

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER**
**REGARDING CERTAIN OPTIONS**

PLEASE TAKE NOTICE that upon the application of Deutsche Zentral-Genossenschaftsbank AG ("DZ"), the undersigned will present the annexed stipulation with Lehman Brothers Commercial Corporation ("LBCC"), dated December 12, 2008 (the "Stipulation"), to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **December 15, 2008 at 2:00 p.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Court has, pursuant to its power under 11 U.S.C. § 105(a), authorized DZ to serve the proposed Stipulation by Notice of Presentment under Local Rule 9074-1(a) on shortened notice.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed Stipulation must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned and by counsel to LBCC, Robert J. Lemons, Esq., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007, not later than **1:30 p.m. (Prevailing Eastern Time) on December 15, 2008**. Unless objections are received by that time, the Stipulation may be So-Ordered.

Dated:    New York, New York
          December 12, 2008

                                    STROOCK & STROOCK & LAVAN LLP

                                    By: /s/ Melvin A. Brosterman
                                        Melvin A. Brosterman
                                        Harold A. Olsen
                                        Francis C. Healy
                                        180 Maiden Lane
                                        New York, New York 10038
                                        Tel:  (212) 806-5400
                                        Fax:  (212) 806-6006

                                        *Attorneys for Deutsche Zentral-
                                        Genossenschaftsbank AG*

To:   Each of the parties on the Master Service, as defined in the order, dated September 22, 2008 [Docket No. 285] (the "Case Management Order") by email, facsimile or overnight mail]