13909 Palm Grove Place
Palm Beach Gardens, Fl. 33418
December 5, 2008

Honorable Stuart M. Bernstein
Chief Judge
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, N.Y. 10004-1408

Dear Sir:

The Treasury and the Fed decided not to bail out Lehman Brothers Holdings, thus Precipitating the worst financial crisis since the great depression. Both have admitted this was bad judgment; but I am paying the price.

Executives in Financial Services across the globe have paid back or forfeited bonuses as they come under pressure to limit their compensation. Not so with Mr. Fuld, chief of Lehman Brothers Holdings. I understand he walked away with 34 million dollars; also former Lehman staff will pocket a 70% installment in April, 2009 on their first year guaranteed bonus; the remainder to be paid in October, 2009.

Because we thought Lehman was a well established, reliable corporation, responsible to investors, we purchased in the course of several years, 2 Lehman Brothers Bonds amounting to $25,000.00. Except what I've read in newspapers, I have heard nothing about procedure to follow as a bondholder.

I am an 88 year old widow of a disabled war veteran from World War II. This investment was meant to help support ourselves in our old age. I have received no dividends, which I rely on for living expenses, since the bankruptcy announcement.

Is it fair for creditors such as hotels, which provided services, and other such entities to get first preference in the settlement; rather than many bond holders such as I, who used hard earned savings, in good faith that our money would be repaid at maturity of the bonds. I won't mention names, but everyone knows that some of our best paid bankers either had no idea what their companies were selling; or were greedy cynics who turned a blind eye.

This breakdown in personal responsibility and government regulation and financial ethics brings me to write you apologetically, as I understand the wide range of legal decisions that are required of you.

Respectfully yours,

*Marsha G. Nadelman*

1-561-622-7697