**Hearing Date: January 14, 2008 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Deadline: January 9, 2008 at 4:00 p.m. (Prevailing Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Gregory A. Horowitz
Amy Caton


Attorneys for The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | ) |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Chapter 11 |
| | ) |
| | ) Case No. 08-13555 |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

_____

**NOTICE OF ADJOURNMENT OF HEARING ON THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE, MOTION FOR ORDER PURSUANT TO BANKRUPTCY RULE 2004 DIRECTING EXAMINATION OF, AND PRODUCTION OF, DOCUMENTS BY LEHMAN BROTHERS HOLDINGS, INC., LEHMAN BROTHERS, INC., LEHMAN BROTHERS COMMODITY SERVICES INC. AND BARCLAYS CAPITAL INC.**

PLEASE TAKE NOTICE that the hearing (the "Hearing") to consider the Motion Seeking an Order Pursuant to Bankruptcy Rule 2004 Directing Examination and Production of Documents by Lehman Brothers Holdings, Inc., Lehman Brothers, Inc., Lehman Brothers Commodity Services Inc. and Barclays Capital Inc. (the "Motion") of The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee (the "Trusteee"), originally scheduled to take place on December 16 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned and will be held on January 14, 2008 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, Courtroom 601, New York, New York, 10004-1408.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules, the local Rules for the United States Bankruptcy Court for the Southern District of New York and the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [docket no. 285]; (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) by all other parties in interest; (d) be submitted in hard copy form to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and (e) be served upon the following parties: (i) counsel for The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036-2714, Attention: Amy Caton, Esq., (ii) counsel for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq. Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq., (iii) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attention: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq., and (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Andy Velez-Rivera, Esq., Paul

KL2 2584722.2

Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq., in each case so as to be received **no later than 4:00 p.m. (Prevailing Eastern Time) on January 9, 2008** (the "Response Deadline")**.**

PLEASE TAKE FURTHER NOTICE that only responses made in writing and timely filed and received by the Response Deadline will be considered by the Bankruptcy Court at the Hearing. If no responses to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: New York, New York
December 12, 2008

      KRAMER LEVIN NAFTALIS & FRANKEL LLP

      By: /s/ Amy Caton
          Amy Caton
          Gregory A. Horowitz
          1177 Avenue of the Americas
          New York, New York 10036
          Telephone: (212) 715-9100

          Attorneys for The Bank of New York Mellon
          Trust Company, N.A., as Indenture Trustee