**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 729
NEW YORK, NY. 10004-1408

STUART M. BERNSTEIN
CHIEF BANKRUPTCY JUDGE
PHONE (212) 668-2304

December 12, 2008

Ms. Marsha Nadelman
13909 Palm Grove Pl.
West Palm Beach, Florida 33418

RE:  In re LEHMAN BROTHERS HOLDINGS
     Case No. 08-13555 (JMP)

Dear Ms. Nadelman:

We have received your letter dated December 5, 2008 concerning the above-mentioned case. Unfortunately, we cannot give legal advice, and the Court cannot take action or grant relief in response to letters. If you desire to seek relief from the Court, you must serve and file an appropriate pleading in accordance with the applicable Rules of Bankruptcy Procedure and the local rules of this Court. The Court can then address any issues you may choose to raise.

Further, by copy of this letter, we are referring your letter to Judge James M. Peck, the judge who has been assigned this case.

Very truly yours,

Maria Parks
Courtroom Deputy to
Hon. Stuart M. Bernstein
Chief Judge

cc w/enc.: Judge James M. Peck