Mark S. Landman, Esq. (ML 7654)
William G. Ballaine, Esq. (WB 4344)
Sophia Ree (SR 3820)
**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

- and -

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :
                                                               :
                                                               :   Case No. 08-13555 (JMP)
                                                               :
                  Debtors.                                     :
                                                               :   (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Ryan New, being duly sworn, deposes and says:

1. I am not a party to this action, I am over eighteen years of age and I am

473176.1 DocsNY

employed by the law firm of Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor, New York, New York 10271.

2.  That on the 11th day of December, 2008, I caused a true and correct copy of the Fourth Notice of Adjournment of Hearing on Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery to be filed and served via the Electronic Court Filing System.

3.  I further declare that on the 11th day of December, 2008, I caused copies of the above-referenced pleading to be served by regular mail to the parties listed in the attached Exhibit A.

Dated: New York, New York
December 11, 2008

_____
Ryan New

Sworn to before me this
11th day of December, 2008

_____
Jelena Brigida
Notary Public

JELENA BRIGIDA
Notary Public, State of New York
No. 01BR6156932
Qualified in Kings County
Commission Expires Dec. 4, 2010

473176.1 DocsNY