**DUFFY & ATKINS LLP**
Todd E. Duffy
James E. Atkins
Dennis J. Nolan
Seven Penn Plaza, Suite 420
New York, New York 10001
Telephone: (212) 268-2685
Facsimile:  (212) 500-7972
Attorneys for South Mississippi Electric Power Association and
            Coast Electric Power Association

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
| --------------------------------------------------------------x  In re:  LEHMAN BROTHERS HOLDINGS, INC. *et al.,* Debtors.  --------------------------------------------------------------x | Chapter 11  Case No. 08-13555 (JMP) (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF OBJECTION OF SOUTH MISSISSIPI ELECTRIC POWER ASSOCIATION AND COAST ELECTRIC POWER ASSOCIATION TO THE DEBTOR'S MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS

TO THE HONORABLE JAMES PECK,
UNITED STATES BANKRUPTCY JUDGE:

PLEAE TAKE NOTICE, that the South Mississippi Electric Power Association and the

Coast Electric Power Association hereby withdraws its Objection to the Debtor's Motion for an

Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the

Settlement or Assumption and Assignment of Prepetition Derivative Contracts [Docket No.

1816].

Dated: December 12, 2008
   New York, New York

## DUFFY & ATKINS LLP

By: /s/ Todd E. Duffy
   Todd E. Duffy
   James E. Atkins
   Dennis J. Nolan
Seven Penn Plaza, Suite 420
New York, New York 10001
Telephone: (212) 268-2685
Facsimile:  (212) 500-7972
*Attorneys for South Mississippi Electric Power*
*Association and Coast Electric Power Association*