DUFFY & ATKINS LLP
Todd E. Duffy
James E. Atkins
Dennis J. Nolan
Seven Penn Plaza, Suite 420
New York, New York 10001
Telephone: (212) 268-2685
Facsimile:  (212) 500-7972
Attorneys for South Mississippi Electric Power Association and
            Coast Electric Power Association

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| ---------------------------------------------------------------x<br>In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC. *et al.*, Debtors.<br><br>---------------------------------------------------------------x | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

      I, Todd E. Duffy, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed to practice in the State and Federal Courts of New York, am a member of the firm of Duffy & Atkins LLP and that on December 12, 2008, I caused a true and correct copy of:

- **NOTICE OF WITHDRAWAL OF OBJECTION OF SOUTH MISSISSIPI ELECTRIC POWER ASSOCIATION AND COAST ELECTRIC POWER ASSOCIATION TO THE DEBTOR'S MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND <u>ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS</u>**

On those listed on Exhibit A hereto via first class United States postal mail, postage pre-paid:

Dated:  December 12, 2008
       New York, New York

                               /s/  Todd E. Duffy
                               Todd E. Duffy

Exhibit A

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
L.P. Harrison 3rd
101 Park Avenue
New York, New York 10178

Office of the United States Trustee
Attn: Andy Velez-Rivera
Paul K. Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
33 Whitehall Street
21st Floor
New York, New York 10004

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, New York 10004

Weil Gotshal & Manges LLP
Attn: Robert J. Lemons, Esq.
Lori R. Fife, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Quinn Emanuel Urguhart, Oliver & Hedges
Attn: James Tecce
51 Madison Avenue
22nd Floor
New York, New York 10010