UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **LEHMAN BROTHERS COMMODITY SERVICES INC.** | § § § | Case No. 08-13885 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.**<br>Debtors. | § § § § | Case No. 08-13555 (JMP)<br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 9010(B) AND 2002

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for DYNEGY POWER MARKETING, INC., creditor and party in interest and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

> Patricia Williams Prewitt
> Locke Lord Bissell & Liddell LLP
> 3400 JPMorgan Chase Tower
> 600 Travis Street
> Houston, Texas 77002-3095
> Telephone:   (713) 226-1200
> Facsimile:   (713) 223-3717
> E-mail:      pprewitt@lockelord.com

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in this case.

Dated: Houston, Texas
       December 12, 2008

                           Respectfully submitted,

                           //s// Patricia Williams Prewitt
                           Patricia Williams Prewitt
                           Federal I.D. No. 10440
                           Texas State Bar No. 21566370
                           3400 JPMorgan Chase Tower
                           600 Travis Street
                           Houston, Texas 77002-3095
                           (713) 226-1200 – Telephone
                           (713) 223-3717 – Facsimile

                           ATTORNEY FOR
                           DYNEGY POWER MARKETING, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 9010(B) AND 2002 was served by electronic mail, and upon all parties who do not receive electronic mail via first class mail, postage prepaid, on the 12th day of December, 2008.

                           //s// Patricia Williams Prewitt
                           Patricia Williams Prewitt