SERVICE LIST
Lehman Brothers Holding, Inc.
Case No. 08-13555

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL
SCHWARTZBERG, BRIAN MASUMOTO, LINDA
RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
JAMES W. GIDDENS, JAMES B. KOBAK, JR.,
CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY, LLP
PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FL
LOS ANGELES, CA 90017

ASSISTANT UNITED STATES ATTORNEY,
SDNY
ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

COMMODITY FUTURES TRADING COMM
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

COMMODITY FUTURES TRADING COMM
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE ATTORNEY GENERAL OF
THE STATE OF NY
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY 10271-0332

OFFICE OF THE UNITED STATES ATTORNEY
DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

SECURITIES AND EXCHANGE COMMISSION
BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20549-1001

SECURITIES INVESTOR PROTECTION
CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ADORNO & YOSS LLP
CHARLES M. TATELBAUM, ESQ.
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301

ADORNO & YOSS LLP
2525 PONCE DE LAON BLVD., SUITE 400
MIAMI, FL 33134

AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL S. STAMER, PHILIP C. DUBLIN
MEREDITH A. LAHAIE
ONE BRYANT PARK
NEW YORK, NY 10036

ALLEN & OVERY LLP
LISA KRAIDIN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN & OVERY LLP
KEN COLEMAN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN & OVERY LLP
DANIEL GUYDER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN MATKINS LECK GAMBLE MALLORY
MICHAEL S. GREGER AND JAMES A. TIMKO
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321

AOZORA BANK, LTD.
SUSAN MINEHAN, SENIOR COUNSEL
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660 JAPAN

AOZORA BANK, LTD.
KOJI NOMURA, JOINT GENERAL MANAGER
FINANCIAL INSTITUTIONS DIVISION
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660 JAPAN

ARAPAHOE COUNTY ATTORNEY'S OFFICE
GEORGE ROSENBURG, ASSISTANT COUNTY
ATTY
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARENT FOX LLP
ROBERT M HIRSH AND GEORGE P
ANGELICH
1675 BROADWAY
NEW YORK, NY 10019

ARENT FOX LLP
 CHRISTOPHER J. GIAIMO, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

ARENT FOX LLP
 HUNTER T. CARTER, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

ARMSTRONG TEASDALE LLP
 STEVEN COUSINS & SUSAN EHLERS
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2720

ARNALL GOLDEN GREGORY LLP
DARRYL S. LADDIN AND FRANK N. WHITE
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

ATTORNEY GENERAL OF THE STATE OF NY
NEAL S. MANN, ASSISTANT ATTY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271

BANKRUPTCY CREDITORS' SERVICE, INC.
 PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

BARTLETT HACKETT FEINBERG P.C.
 FRANK F. MCGINN (MASS. BBO# 564729)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BERMAN DEVALERIO PEASE TABACCO
MICHAEL J. PUCILLO, WENDY H. ZOBERMAN
ANNE F. O'BERRY
222 LAKEVIEW AVE, SUITE 900
WEST PALM BEACH, FL 33401

BERNSTEIN LITOWITZ BERGER GROSSMAN
JOHN P. "SEAN" COFFEY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
DAVID R. STICKNEY, ESQ.
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130

BIEGING SHAPIRO & BURNS LLP
DUNCAN E. BARBER AND STEVEN T.
MULLIGAN
4582 S ULSTER STREET PKWY, STE 1650
DENVER, CO 80237

BINGHAM MCCUTCHEN LLP
 JEFFREY S. SABIN, RONALD J. SILVERMAN
STEVEN WILAMOWSKY
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
P. SABIN WILLETT
ONE FEDERAL PLAZA
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
 JEFFREY S.SABIN, ROBERT M. DOMBROFF
STEVEN WILAMOWSKY
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
MARK W. DEVENO
ONE STATE STREET
HARTFORD, CT 06103

BINGHAM MCCUTCHEN LLP
JEFFREY S. SABIN, RONALD J. SILVERMAN
JOSHUA DORCHAK
399 PARK AVENUE
NEW YORK, NY 10022-4689

BLANK ROME LLP
EDWARD J LOBELLO ESQ.
THE CHRYSLER BUILDING
405 LEXINGTON AVE
NEW YORK, NY 10174

BOULT, CUMMINGS, CONNERS & BERRY,
AUSTIN L. MCMULLEN, ROGER G. JONES
1600 DIVISION STREET, SUITE 700
P.O. BOX 340025
NASHVILLE, TN 37203

BROOKFIELD PROPERTIES ONE WFC CO.
MONICA LAWLESS
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021

BROWN & CONNERY, LLP
DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN & CONNERY, LLP
DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

BUCHANAN INGERSOLL & ROONEY PC
CHRISTOPHER P. SCHUELLER, ESQ.
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018

BUCHANAN INGERSOLL & ROONEY PC
TIMOTHY P. PALMER, ESQ.
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA 15219-1410

BUTZEL LONG, PC
ERIC B. FISHER AND ROBERT SIDORSKY
380 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

CADWALADER, WICKERSHAM & TAFT LLP
 DERYCK PALMER, ESQ, JOHN RAPISARDI,
GEORGE DAVIS, ESQ, AND GARY TICOLL,.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
 HOWARD HAWKINS, JR., AND ELLEN
HALSTEAD
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ISRAEL DAHAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
 MARK C. ELLENBERG
1201 F STREET N.W., SUITE 1100
WASHINGTON, DC 20004

CADWALADER, WICKERSHAM & TAFT LLP
 HOWARD HAWKINS, HANH HUYNH, ELLEN
HALSTEAD.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
HOWARD HAWKINS, JR. AND ELLEN M.
HALSTEAD
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
HOWARD R. HAWKINS, JR., ESQ.
ONE WOLRD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT, LLP
HOWARD R. HAWKINS, JASON JURGENS &
ELLEN M. HALSTEAD, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAHILL GORDON & REINDEL LLP
JOEL H. LEVITIN, STEPHEN J. GORDON
EIGHTY PINE STREET
NEW YORK, NY 10005

CALIFORNIA PUBLIC EMPLOYEES
RETIREMENT SYSTEM
THOMAS NOGUEROLA, SR. STAFF COUNSEL
PO BOX 942707
SACRAMENTO, CA 94229-2707

CAROL DAVIDSON
4371 IDE ROAD
WILSON, NY 14172

CB RICHARD ELLIS, INC
WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166

CHADBOURNE & PARKE LLP
HOWARD SEIFE, DAVID M. LEMAY, &
ANDREW ROSENBLATT
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012

CHAPMAN AND CUTLER LLP
JAMES E. SPIOTTO, ANN E. ACKER
FRANLIN H. TOP, & JAMES HEISER
111 WEST MONROE STREET
CHICAGO, IL 60603

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LINDSEE P. GRANFIELD AND LISA M.
SCHWEITZER
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
THOMAS J. MALONEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY AND SEAN A. O'NEILL
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
CARMINE D. BOCCUZI JR., ESQ.

ONE LIBERTY PLAZA
NEW YORK, NY 10006

Jeffrey A. Rosenthal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

CLIFFORD CHANCE US LLP
JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY 10019

CLIFFORD CHANCE US LLP
ANDREW BROZMAN AND SARA M.
TAPINEKIS
31 WEST 52ND STREET
NEW YORK, NY 10019-6131

CLIFFORD CHANCE US LLP
ADNREW BROZMAN AND WENDY
ROSENTHAL
31 WEST 52ND STREET
NEW YORK, NY 10019-6131

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
LAURENCE MAY, JOHN H. DRUCKER, ESQ.
900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022

CONTRARIAN CAPITAL MANAGEMENT, LLC
ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE, STE 425
GREENWICH, CT 06830

COUNTY OF SAN MATEO
MICHAEL P. MURPHY, COUNTY COUNSEL
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662

COVINGTON & BURLING LLP
M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
NEW YORK, NY 10018

CRAVATH, SWAINE & MOORE LLP
RICHARD LEVIN, ESQ & ROBERT H. TRUST,
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

CROCKER KUNO PLLC
JOANNE K. LIPSON AND J. TODD TRACY
720 OLIVE WAY, SUITE 1000
SEATTLE, WA 98101

CROWE & DUNLEVY, P.C.
JUDY HAMILTON MORSE
20 NORTH BROADWAY, SUITE 1880
OKLAHOMA CITY, OK 73102

CUMMINGS & LOCKWOOD LLC
JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DAVIS POLK & WARDWELL
KAREN E. WAGNER, ABRAHAM GESSER
JAMES I. MCCLAMMY
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAVIS POLK & WARDWELL
KAREN E. WAGNER, JAMES I. MCCLAMMY
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DEBEVOISE & PLIMPTON LLP
MY CHI TO & MAUREEN CRONIN
919 THIRD AVENUE
NEW YORK, NY 10022

DEBEVOISE & PLIMPTON LLP
MY CHI TO AND MAUREEN A. CRONIN
919 THIRD AVENUE
NEW YORK, NY 10022

DECHERT LLP
GLEN E. SIEGEL AND DONALD M.
BADACZEWSKI
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DEWEY & LEBOEUF LLP
 MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND
TIMOTHY Q. KARCHER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
 ELIZABETH PAGE SMITH & P. BRUCE
WRIGHT
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
 MARTIN J. BIENENSTOCK & IRENA M.
GOLDSTEIN
& WILLIAM C. HEUER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

DIAMOND MCCARTHY LLP
 ALLAN D. DIAMOND AND STEPHEN T. LODEN
909 FANNIN, SUITE 1500
HOUSTON, TX 77010

DLA PIPER LLP (US)
 TIMOTHY W. BRINK AND MATTHEW T.
KLEPPER
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL 60601

DLA PIPER LLP (US)
THOMAS R. CALIFANO AND JOHN P.
MCNICHOLAS
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

DLA PIPER LLP (US)
 KAROL DENNISTON AND DEBORAH J.
SALTZMAN
550 SOUTH HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071

DRESDNER BANK A.G.
 JOSEPH SCORDATO, ESQ
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DRINKER BIDDLE & REATH LLP
 ROBERT K. MALONE AND DOUGLAS J.
MCGILL
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047

DRINKER BIDDLE & REATH LLP
 STEPHANIE WICKOUSKI, ESQ
140 BROADWAY, 39TH FL
NEW YORK, NY 10005-1116

DRINKER BIDDLE & REATH LLP
 KRISTIN K. GOING, ESQ.
1500 K ST, NW - SUITE 1100
WASHINGTON, DC 20005-1209

DUFFY & ATKINS LLP
 TODD E. DUFFY AND JAMES E. ATKINS
ASSOCIATION)
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY 10001

EATON CORPORATION
 GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

EMMET, MARVIN & MARTIN, LLP
 EDWARD P. ZUJKOWSKI, ESQ.
120 BROADWAY
NEW YORK, NY 10271

ENTWISTLE & CAPPUCCI LLP
 ANDREW J. ENTWISTLE
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017

EZRA BRUTZKUS GUBNER LLP
 STEVEN T. GUBNER, ESQ AND COREY R.
WEBER,ESQ
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

FEDERAL RESERVE BANK OF NEW YORK
SHARI LEVENTHAL, ASST GC-SR. VP
33 LIBERTY STREET
NEW YORK, NY 10045-0001

FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUSSI LLP
S FELDERSTEIN, P PASCUZZI & J HUH
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814

FILARDI LAW OFFICES LLC
 CHARLES J. FILARDI JR.
65 TRUMBULL STREET
NEW HAVEN, CT 06510

FIRST TRUST PORTFOLIOS L.P.
 PAMELA COCALAS WIRT, ASST GENERAL
COUNSEL
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL 60187

FOLEY & LARDNER LLP
 DOUGLAS S. HEFFER
90 PARK AVENUE
NEW YORK, NY 10016

FOLEY & LARDNER LLP
 JOANNE LEE
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL 60654

FRASER STRYKER PC LLO
 MICHAEL L. SCHLEICH, ESQ.
500 ENERGY PLAZA
409 17TH STREET
OMAHA, NE 68102

FREEBORN & PETERS LLP
 AARON L. HAMMER & DEVON J. EGGERT
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
PL. SIMMONS, B D. PFEIFFER, M EPNER,
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1980

FRIEDMAN DUMAS & SPRINGWATER LLP
 ELLEN A. FRIEDMAN, ESQ.
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
 ANNE E. BEAUMONT
1633 BROADWAY, 46TH FLOOR
NEW YORK, NY 10019-6708

FULTON BANK
JOHN R. MERVA, ESQ.
ASSOCIATE COUNSEL & VP
ONE PENN CENTER PO BOX 4887
LANCASTER, PA 17604

GIBBONS P.C.
 DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBSON DUNN & CRUTCHER LLP
 MICHAEL ROSENTHAL & JANET WEISS
200 PARK AVENUE
NEW YORK, NY 10166-0193

GILMARTIN, POSTER & SHAFTO LLP
ANDREAS SEUFFERT, ESQ.
845 THIRD AVENUE
NEW YORK, NY 10022

GODFREY & KAHN, S.C.
TIMOTHY F. NIXON AND JENNIFER B.
HERZOG
780 NORTH WATER STREET
MILWAUKEE, WI 53202

GOULSTON & STORRS, P.C.
JAMES WALLACK, DOUGLAS ROSNER AND
GREG KADEN
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333

GREEN TREE SERVICING LLC
BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639

GREENBERG TRAURIG, LLP
JOHN W. WEISS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

GREER, HERZ & ADAMS, LLP
FREDERICK BLACK AND TARA B.
ANNWEILER
ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O NASREEN BULOS,
DIFC BUILDING 2, 4TH FLOOR
SHEIKH ZAYED ROAD, PO BOX 72888
DUBAI,  UNITED ARAB EMIRATES

HAHN & HESSEN LLP
ROSANNE THOMAS MATZAT, ESQ.
488 MADISON AVE
NEW YORK, NY 10022

HALPERIN BATTAGLIA RAICHT, LLP
WALTER BENZIJA AND JULIE D DYAS
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

HAHN & HESSEN LLP
JEFFREY L. SCHWARTZ, JOSEPH ORBACH
488 MADISON AVENUE
15TH FLOOR
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ANDREW C. GOLD
TWO PARK AVENUE
NEW YORK, NY 10016

HERRICK, FEINSTEIN LLP
STEPHEN B. SELBST
2 PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021

HEWLETT-PACKARD COMPANY
ANNE MARIE KENNELLY
300 HANOVER ST., M/S 1050
PALO ALTO, CA 94304

HEWLETT-PACKARD COMPANY
KEN HIGMAN2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA 92806

HODGSON RUSS LLP
STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165-0150

HOGAN & HARTSON LLP
IRA GREENE, SCOTT GOLDEN AND DENA
KAUFMAN
875 THIRD AVENUE
NEW YORK, NY 10022

HOLLAND & KNIGHT LLP
PETER A. ZISSER, ESQ.
195 BROADWAY
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006

HOLLAND & KNIGHT LLP
SANDRA E. MAYERSON, ESQ.
195 BROADWAY
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
JOHN J. MONAGHAN, ESQ.
10 ST. JAMES AVENUE
BOSTON, MA 02116

HOLME ROBERTS & OWEN LLP
BRADFORD E. DEMPSEY, ESQ.
1700 LINCOLN, SUITE 4100
DENVER, CO 80203

HOLME ROBERTS & OWEN LLP
LAWRENCE BASS, ESQ.
1700 LINCOLN STREET, SUITE 4100
DENVER, CO 80203

HUNTON & WILLIAMS LLP
MICHELLE A. MENDEZ
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP
CORY L. WEISS, ESQ.
250 PARK AVENUE
NEW YORK, NY 10177

INVESCO AIM MANAGEMENT GROUP, INC.
TERESA A. OXFORD, ESQ.
11 GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-1173

KASOWITZ, BENSON, TORRES & FRIEDMAN
DAVID FRIEDMAN, DAVID ROSNER, ANDREW
GLENN
1633 BROADWAY
NEW YORK, NY 10019

KATSKY KORINS LLP
STEVEN H. NEWMAN, ESQ.
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158

KAYE SCHOLER LLP
MADLYN GLEICH PRIMOFF, SCOTT D
TALMADGE AND LAUREN ATTARD
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
MARGOT B. SCHONHOLTZ AND ANA M.
ALFONSO
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
MADLYN GLEICH PRIMOFF AND LAUREN
ATTARD
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN,
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
MARK W. PAGE, ESQ.
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606

KELLEY DRYE & WARREN LLP
HOWARD S. STEEL, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
BENJAMIN BLAUSTEIN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
RICHARD L. WYNNE, ESQ.
777 SOUTH FIGUEROA STREET, 37TH FLOOR
LOS ANGELES, CA 90017

KLEHR, HARRISON, HARVEY, BRANZBURG &
ELLERS, LLP
JEFFREY KURTZMAN, ESQ.
260 S. BROAD STREET
PHILADELPHIA, PA 19102

KLEIN SOLOMON LLP
JAY B. SOLOMON
275 MADISON AVE, 11TH FL
NEW YORK, NY 10016

KLESTADT & WINTERS, LLP
JOHN E. JURELLER, JR.
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017

KOBRE & KIM LLC
M S KIM, R W HENOCH, A C LOURIE, STEVEN
W PERLSTEIN AND IAN N LEVY
800 THIRD AVENUE
NEW YORK, NY 10022

KRAMER LEVIN NAFTALIS & FRANKEL LLP
THOMAS MOERS MAYER, P. BRADLEY
O'NEILL AND AMY CATON
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
THOMAS MOERS MAYER, PHILIP BENTLEY
AND GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LANE POWELL PC
CHARLES R. EKBERG
1420 FIFTH AVENUE SUITE 4100
SEATTLE, WA 98101-2338

LATHAM & WATKINS LLP
KEITH A. SIMON
885 THIRD AVENUE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
DAVID S. HELLER & J. DOUGLAS BACON
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

LATHAM & WATKINS LLP
PETER M. GILHULY
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560

LATHAM & WATKINS LLP
PETER M. GILHULY
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560

LAW OFFICES OF GABRIEL DEL VIRGINIA
GABRIEL DEL VIRGINIA, ESQ.
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022

LAW OFFICES OF ROBERT E. LUNA, PC
ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205

LEVI LUBARSKY & FEIGENBAUM LLP
WALTER E. SWEARINGEN
1185 AVENUE OF THE AMERICAS, 17TH FL
NEW YORK, NY 10036

LIEFF CABRASER HEIMANN  BERNSTEIN LLP
STEVEN E. FINEMAN, ESQ.
780 THIRD AVENUE, 48TH FLOOR
NEW YORK, NY 10017-2024

LINEBARGER GOGGAN BLAIR  SAMPSON LLP
JOHN P. DILLMAN
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON
ELIZABETH WELLER
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON
DIANE W. SANDERS
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX 78760

LOEB & LOEB LLP
WALTER H. CURCHACK, VADIM J.
RUBINSTEIN AND DANIEL B. BESIKOF
345 PARK AVENUE
NEW YORK, NY 10154

LOVELLS LLP
ROBIN E. KELLER AND OMECCA N. NEDD
590 MADISON AVE
NEW YORK, NY 10022

LOVELLS LLP
CHRISTOPHER R. DONOHO, III
590 MADISON AVENUE
NEW YORK, NY 10022

LOVELLS LLP
ROBIN E. KELLER, ESQ.
590 MADISON AVENUE
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
IRA M. LEVEE
1251 AVENUE OF THE AMERICAS 18TH FL
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
KENNETH ROSEN, VINCENT D'AGOSTINO,
ERIC HORN
65 LIVINGSTON AVE.
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
MICHAEL S. ETKIN AND S. JASON TEELE
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
MICHAEL S. ETKIN AND S. JASON TEELE
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
 MICHAEL S. ETKIN AND S. JASON TEELE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
 MICHAEL S. ETKIN, ESQ.
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
 MICHAEL S. ETKIN AND S. JASON TEELE
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
MICHAEL S. ATKIN AND S. JASON TEELE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
MICHAEL S. ETKIN , TIMOTHY R. WHEELER
1251 AVENUE OF THE AMERICAS, 18TH FL
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
 JEFFREY PROL, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SNADLER PC
 MICHAEL S. ETKIN AND S. JASON LEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

MARGOLIS EDELSTEIN
 JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ., AMIT TREHAN,
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
BRIAN TRUST, JEFFREY TOUGAS, AMIT
TREHAN
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
BRIAN TRUST, FREDERICK D. HYMAN
JEFFREY G. TOUGAS, AMIT K. TRHAN
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ANTONIA GOLIANOPOULOS, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
THOMAS S KIRIAKOS AND MELISSA A
MICKEY
71 S. WACKER DRIVE
CHICAGO, IL 60606

MAYER BROWN LLP
FREDERICK D. HYMAN, JEFFREY G. TOUGAS
AMIT K. TREHAN
1675 BROADWAY
NEW YORK, NY 10019

MCBREEN & KOPKO
KENNETH A. REYNOLDS, ESQ.
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753

MCCALLA RAYMER, LLC
MATTHEW DYER
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102

MCCARTER & ENGLISH, LLP
EDUARDO J. GLAS, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102-4096

MCCARTER & ENGLISH, LLP
KATHERINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 NORTH KING STREET
WILMINGTON, DE 19801

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR, ESQ
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801

MCGUIREWOODS LLP
PATRICK L. HAYDEN AND SHAWN R. FOX
1345 AVENUE OF THE AMERICAS, 7TH FL
NEW YORK, NY 10105

MCGUIREWOODS LLP
DION W. HAYES
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219

MCGUIREWOODS LLP
DAVID I. SWAN AND KENNETH M. MISKEN
1750 TYSONS BLVD., SUITE 1800
MC LEAN, VA 22102

MEYER SUOZZI ENGLISH & KLEIN
THOMAS R. SLOME, ESQ.
900 STEWART AVENUE, SUITE 300 PO BOX
9194
GARDEN CITY, NY 11530

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
THOMAS R. SLOME AND JIL MAZER-MARINO
990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NY 11530-9194

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ALAN E. MARDER AND JIL MAZER-MARINO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

MISSOURI DEPARTMENT OF REVENUE,
BANKRUPTCY UNIT
STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475

MOORE & VAN ALLEN PLLC
DAVID B. WHEELER, ESQ.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413-2828

MORGAN, LEWIS & BOCKLIUS LLP
NEIL E. HERMAN, ESQ.
SOLUTIONS)
101 PARK AVENUE
NEW YORK, NY 10178-0600

MORI HAMADA & MATSUMOTO
KEN MIURA, ESQ.
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222, JAPAN

MORITT HOCK HAMROFF & HOROWITZ LLP
LESLIE A. BERKOFF
400 GARDEN CITY
GARDEN CITY, NY 11530

MORRISON & FOERSTER LLP
JORDAN A. WISHNEW AND LORENZO
MARINUZZI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
JOHN A. PINTARELLI AND LORENZO
MARINUZZI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
LORENZO MARINUZZI, ESQ. AND GARY LEE,
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
TSUGUMICHI WATANABE, ESQ.
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU
TOKYO, 100-6529 JAPAN

MORRISON & FOERSTER LLP
KAREN OSTAD, ESQ. AND TODD M. GOREN,
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
GARY S. LEE, ESQ. AND JOHN A.
PINTARELLI,ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
LARREN M. NASHELSKY
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER, LLP
BRETT H. MILLER, ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON COHEN LLP
MICHAEL R. DAL LAGO, ESQ.
909 THIRD AVENUE
NEW YORK, NY 10022

MUNSCH HARDT KOPF & HARR, P.C.
RUSSELL L. MUNSCH
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2900
AUSTIN, TX 78701-3057

MUNSCH HARDT KOPF & HARR, P.C.
KEVIN M. LIPPMAN
3800 LINCOLN PLAZA
500 NORTH AKARD STREET
DALLAS, TX 75201-6659

NAGASHIMA OHNO & TSUNEMATSU
MASAKI KONISHI, ESQ.
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094, JAPAN

NATIONWIDE FUND ADVISORS
ERIC E. MILLER, ESQ.
SVP/GENERAL COUNSEL
1200 RIVER ROAD - SUITE 1000
CONSHOHOCKEN, PA 19428

NEWEDGE USA, LLC
SUSAN M. SCHULTZ, GROUP DEPUTY
GENERAL COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661

NIXON PEABODY LLP
DENNIS J. DREBSKY
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP
AMANDA DARWIN
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
CHRISTOPHER M. DESIDERIO
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP
MARK N. BERMAN
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
VICTOR G. MILIONE
100 SUMMER STREET
BOSTON, MA 02110

NOMURA HOLDING AMERICA, INC
PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281

NORMANDY HILL CAPITAL LP
MATTHEW A. CANTOR, ESQ.
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

OCH-ZIFF
KEN RUBIN
9 W 57TH STREET, 39TH FLOOR
NEW YORK, NY 10019

OFFICE OF THE MINNESOTA ATTY GENERAL
JEREMY D. EIDEN, ESQ.
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127

OFFICE OF THRIFT SUPERVISION
DIRK S. ROBERTS
1700 G STREET, N.W.
WASHINGTON, DC 20552

OFFICE OF THRIFT SUPERVISION,
NORTHEAST REGION
MARTIN JEFFERSON DAVIS
HARBORSIDE FINANCIAL CTR PLAZA FIVE
JERSEY CITY, NJ 07311

OPPENHEIMERFUNDS, INC.
CHIEF COMPLIANCE OFFICER
6803 SOUTH TUCSON WAY
ENGLEWOOD, CO 80112-3924

OPPENHEIMERFUNDS, INC.
2 WORLD FINANCIAL CENTER
225 LIBERTY STREET, 16TH FL
NEW YORK, NY 10281-1008

ORRICK HERRINGTON & SUTCLIFFE LLP
RANIERO D'AVERSA AND COURTNEY M.
ROGERS
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

ORRICK HERRINGTON & SUTCLIFFE LLP
RANIERO D'AVERSA, JR., WESTON T.
EGUCHI AND COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

ORRICK HERRINGTON & SUTCLIFFE LLP
JONATHAN P. GUY, ESQ.
1152 15TH STREET, NW
WASHINGTON, DC 20005-1706

ORRICK, HARRINGTON & SUTCLIFFE LLP
JONATHAN P. GUY, KATHLEEN A. ORR AND
DEBRA L. FELDER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ROGER FRANKEL, RICHARD H. WYRON,
JONATHAN P. GUY AND DEBRA L. FELDER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
LORRAINE S. MCGOWEN, RANIERO
D'AVERSA, JR. AND COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.
WM M. SILVERMAN AND PETER FELDMAN
230 PARK AVENUE
NEW YORK, NY 10169-0075

PATTERSON BELKNAP WEBB & TYLER LLP
DAVID W. DYKHOUSE AND BRIAN P. GUINEY
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL HASTINGS JANOFSKY & WALKER LLP
HARVEY A. STRICKON (HS5210)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PENSION BENEFIT GUARANTY CORP
S THOMAS, S B. EAGLE, COLIN B. ALBAUGH
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W.
WASHINGTON, DC 20005

PEPPER HAMILTON LLP
KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
AUDREY D. WISOTSKY, ESQ.
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276

PERDUE, BRANDON, FIELDER, COLLINS &
MOTT, LLP
ELIZABETH BANDA
P.O. BOX 13430
ARLINGTON, TX 76094-0430

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID A. CRICHLOW, ESQ.
1540 BROADWAY
NEW YORK, NY 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
WILLIAM B. FREEMAN AND MARK D. HOULE
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

PLATZER SWERGOLD KARLIN LEVINE
GOLDBERG & JASLOW
SYDNEY G. PLATZER
1065 AVENUE OF THE AMERICAS, 18TH FL
NEW YORK, NY 10018

POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC
DANIEL J. FLANIGAN
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC
JAMES E BIRD
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC
CHRISTOPHER A WARD
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

PORZIO, BROMBERG & NEWMAN, P.C.
JOHN S. MAIRO AND TERI JANE FREEDMAN
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997

POST & SCHELL, P.C.
BRIAN W. BISIGNANI, ESQ.
17 NORTH 2ND STREET, 12TH FLOOR
HARRISBURG, PA 17101-1601

POST, POLAK, GOODSELL, MACNEILL &
STRAUCHLER, P.A.
F B. POLAK AND LAURA M. LOGIUDICE
575 MADISON AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ROBERT M. FLEISCHER & MARK R. JACOBS
410 PARK AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
R FLEISCHER, M JACOBS AND DAVID ROSE
410 PARK AVENUE
NEW YORK, NY 10022

PURSUIT PARTNERS
LISA ROBERTS
333 LUDLOW ST, NORTH TOWER, 4TH FL
STAMFORD, CT 06902

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
S KIRPALANI, J. TECCE, SCOTT C. SHELLEY
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010

RABINOWITZ LUBETKIN & TULLY, LLC
JONATHAN I. RABINOWITZ AND BARRY J.
ROY
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039

REED SMITH LLP
PAUL A. RACHMUTH, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
KURT F. GWYNNE, J. CORY FALGOWSKI
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
LUMA AL-SHIBIB
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

REED SMITH LLP
ERIC A. SCHAFFER, ESQ.
435 SIXTH AVENUE
PITTSBURGH, PA 15219

REED SMITH LLP
LUMA AL-SHIBIB
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

REED SMITH LLP
ERIC A. SCHAFFER, ESQ.
435 SIXTH AVENUE
PITTSBURGH, PA 15219

REED SMITH LLP
MICHAEL J. VENDITTO
599 LEXINGTON AVE.
NEW YORK, NY 10022

RIDDELL WILLIAMS P.S.
JOSPEH E. SHICKICH
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192

RIEMER & BRAUNSTEIN LLP
G MOSS, A BRAUNSTEIN, A RHEAUME
THREE CENTER PLAZA
BOSTON, MA 02108

ROBERT TELLER
5520 SHARON VIEW ROAD
CHARLOTTE, NC 28226

RUSSELL INVESTMENTS
ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120

RUSSELL R. JOHNSON III
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103

RUSSIN VECCHI BERG & BERNSTEIN LLP
J. FRED BERG JR, ESQ.
380 LEXINGTON AVENUE, SUITE 1518
NEW YORK, NY 10168

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
MARIANNE SCHIMELFENIQ, ESQ.
5600 CITY AVENUE
PHILADELPHIA, PA 19131-1395

SALANS
CLAUDE D. MONTGOMERY & LEE P.
WHIDDEN
620 FIFTH AVENUE
NEW YORK, NY 10020

SATTERLEE STEPHENS BURKE & BURKE LLP
C BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
230 PARK AVENUE
NEW YORK, NY 10169

SAUL EWING LLP
ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SCHIFFRIN BARROWAY TOPAZ & KESSLER,
JOHN A. KEHOE AND BENJAMIN J.
HINERFELD
280 KING OF PRUSSIA ROAD
WAYNE, PA 19087

SEWARD & KISSEL LLP
RONALD L. COHEN, ESQ.
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEWARD & KISSEL LLP
JOHN R. ASHMEAD, ESQ.
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SHEAK & KORZUN, P.C.
TIMOTHY J. KORZUN, ESQ.
1 WASHINGTON CROSSING ROAD
PENNINGTON, NJ 08534

SHEARMAN & STERLING LLP
F SOSNICK, ESQ., JAMES L. GARRITY, ESQ
AND NED S. SCHODEK, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

SHELL ENERGY NORTH AMERICA (US), L.P.
ANN REYNAUD
909 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010

SHELL TRADING (US) COMPANY
JENNIFER GORE
910 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010

SHENWICK & ASSOCIATES
JAMES H. SHENWICK, ESQ.
655 THIRD AVENUE, 20TH FLOOR
20TH FLOOR
NEW YORK, NY 10017

SHEPPARD MULLIN RICHTER & HAMPTON
LLP
CARREN SHULMAN & RUSSELL RIED ESQS
(30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON
LLP
MALANI J. CADEMARTORI, ESQ.
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

SHIPMAN & GOODWIN LLP
JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
SALLY MCDONALD HENRY
NEW YORK, NY 10036

SQUIRE, SANDERS & DEMPSEY L.L.P.
STEPHEN D. LERNER
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

STAHL ZELLOE, P.C.
RICHARD J. STAHL, ESQ.
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030

STAN MEHAFFEY
2043 N. MOHAWK STREET, 2S
CHICAGO, IL 60614

STANDARD CHARTERED BANK
MARC CHAIT
1 MADISON AVENUE, 3RD FLOOR
NEW YORK, NY 10010

STEIN & LUBIN LLP
EUGENE CHANG
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA 94111

STEPTOE & JOHNSON LLP
JOHN H. LOVI AND LARA E. ROMANSIC
750 SEVENTH AVENUE
NEW YORK, NY 10019

STEPTOE & JOHNSON LLP
ROBBIN L. ITKIN AND KATHERINE C. PIPER
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CA 90067

STEVENS & LEE, P.C.
CHESTER SALOMON, C POURAKIS
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022

STEVENS & LEE, P.C.
ALEC P. OSTROW, C D. POURAKIS
485 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

STINSON MORRISON HECKER LLP
 DARRELL W. CLARK, ESQ.
1150 18TH STREET, NW,  SUITE 800
WASHINGTON, DC 20036

STRADLEY RONON STEVENS & YOUNG LLP
PAUL PATTERSON, MICHAEL CARDONE,
MARK DORVAL
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103

STRADLEY RONON STEVENS & YOUNG, LLP
MICHAEL J. CORDONE, ESQ.
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098

STRADLEY RONON STEVENS & YOUNG, LLP
PAUL A PATTERSON AND MICHAEL J.
CORDONE
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098

STREUSAND & LANDON LLP
G. JAMES LANDON AND RICHARD D. VILLA
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX 78701

STREUSAND & LANDON LLP
SABRINA L. STREUSAND, ESQ.
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX 78701

STROOCK & STROOK & LAVAN LLP
MARK A. SPEISER & SHERRY J. MILLMAN
180 MAIDEN LANE
NEW YORK, NY 10038

SULLIVAN & CROMWELL LLP
ROBINSON B. LACE AND HYDEE R.
FELDSTEIN
125 BROAD STREET
NEW YORK, NY 10004

SUTHERLAND ASBILL & BRENNAN LLP
PAUL B. TURNER
TWO HOUSTON CENTER
919 FANNIN, SUITE 2200
HOUSTON, TX 77010

SUTHERLAND ASBILL & BRENNAN LLP
MARK D. SHERRILL
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE,
BANKRUPTCY DIV.
PO BOX 20207
NASHVILLE, TN 37202-0207

THE BANK OF NEW YORK MELLON
 RANJIT MATHER, ROBERT BAILEY
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY 10286

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

THE CHUO MITSUI TRUST AND BANKING CO.,
LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574,  JAPAN

THE SUMITOMO TRUST & BANKING CO., LTD
 MR. MASAYA YAMASHIRO, SR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,  JAPAN

THE SUMITOMO TRUST & BANKING CO., LTD
 BRUCE A. ORTWINE, ESQ., G C
527 MADISON AVENUE
NEW YORK, NY 10022

THE WILSON LAW FIRM PC
L. MATT WILSON, ESQ.
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326

THOMPSON & KNIGHT LLP
IRA L. HERMAN & DEMETRA L. LIGGINS
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
RHETT G. CAMPBELL
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499

THOMPSON & KNIGHT LLP
RHETT G. CAMPBELL & MITCHELL E. AYER
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002

THOMPSON & KNIGHT LLP
DAVID M. BENNETT
1722 ROUTH STREET, SUITE 1500
DALLAS, TX 75201-2533

TISHMAN SPEYER PROPERTIES, LP
MICHAEL BENNER, ANN MENARD, BRADLEY
TURK AND NED BANNON
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

TRAVELERS
NATIONAL ACCOUNTS
 OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

TROUTMAN SANDERS LLP
 HOLLACE T. COHEN & PAUL H. DEUTCH
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TUCKER ARENSBURG, P.C.
BEVERLY WEISS MANNE, BRADLEY S. TUPI
AND MICHAEL A. SHINER
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TW TELECOM INC.
 LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

VEDDER PRICE P.C.
 DOUGLAS J. LIPKE, ESQ.
222 N. LASALLE STREET
CHICAGO, IL 60601-1003

VEDDER PRICE P.C.
 ERIN ZAVALKOFF-BABEJ, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VEDDER PRICE PC
MICHAEL J. EDELMAN
1633 BROADWAY, 4TH FLOOR
NEW YORK, NY 10019

VINSON & ELKINS L.L.P.
STEVEN M. ABRAMOWITZ
666 FIFTH AVENUE, 27TH FLOOR
NEW YORK, NY 10103

VINSON & ELKINS LLP
DOV KLEINER, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103

VINSON & ELKINS RLLP
JEFFREY E. ELDREDGE
CITY POINT, 33RD FLOOR
ONE ROPEMAKED STREET
LONDON EC2Y 9UE,  UK

WACHTELL, LIPTON, ROSEN & KATZ
HAROLD S. NOVIKOFF,ESQ, RICHARD G.
MASON,ESQ AND JOSHUA A. FELTMAN, ESQ
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WACHTELL, LIPTON, ROSEN & KATZ
AMY WOLF, ESQ.
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WHITE & CASE LLP
PHILIP JOHN NICHOLS
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WHITE & CASE LLP
THOMAS E. MACWRIGHT JR., AILEEN VENES
WACHOVIA FINANCIAL CENTER
200 SOUTH BISCAYNE BLVD, SUITE 4900

MIAMI, FL 33131

WHITE & CASE LLP
EVAN C. HOLLANDER, ESQ.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ABRAHAM L. ZYLBERBERG, DOUGLAS
BAUMSTEIN AND RICHARD GRAHAM
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WIGGIN AND DANA LLP
SHARYN B. ZUCH
185 ASYLUM STREET
HARTFORD, CT 06103-3402

WILLKIE FARR & GALLAGHER LLP
MARC ABRAMS, SHELLEY CHAPMAN
BENITO ROMANO, JAMIE KETTEN
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
SHELLEY C. CHAPMAN & MARC ABRAMS
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ROGER NETZER, ESQ. AND DAN C.
KOZUSKO, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
MARC ABRAMS, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILMINGTON TRUST COMPANY
ATTN JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022

WILMINGTON TRUST FSB
ATTN JULIE J BECKER
8400 NORMANDALE LAKE BLVD SUITE 925
MINNEAPOLIS, MN 55437

WINSTON & STRAWN LLP
CAREY D. SCHREIBER
200 PARK AVENUE
NEW YORK, NY 10166-4193

WINSTON & STRAWN LLP
DANIEL J. MCGUIRE, MYJA K. KJAER
35 WEST WACKER DRIVE
CHICAGO, IL 60601

WINSTON & STRAWN LLP
DAVID NEIER
200 PARK AVENUE
NEW YORK, NY 10166-419

WOLFF & SAMSON PC
DAVID N. RAVIN & ROBERT E. NIES
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

YOUNG WILLIAMS P.A.
ROBERT L. HOLLADAY, JR.
PO BOX 23059
210 E. CAPITOL STREET., SUITE 2000
JACKSON, MS 39201

ZEISLER & ZEISLER, P.C.
GREGORY B. SCHILLER, ESQ.
558 CLINTON AVENUE
BRIDGEPORT, CT 06605

BINGHAM MCCUTHEN LLP
P. Sabin Willett
One Federal Street
Boston, MA  02100-1726

BINGHAM McCUTCHEN LLP
J S. Sabin, R J. Silverman, S Wilamowsky, Carol
Weiner Levy
399 Park Avenue
New York, NY 10022-4689

Locke Lord Bissell & Liddell LLP
Attn: Allen C. Wasserman
885 Third Avenue, 26th Floor
New York, NY 22102

ProFund Advisors LLC
Attn:  Barry Pershkow
7501 Wisconsin Avenue, Ste 100
Bethesda, MD 20814

Kurt A. Mayr
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103

John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5011

William G. Ballaine (WB4344)
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York NY  10271-0079

HODGSON RUSS LLP
Deborah J. Piazza, Maureen T. Bass, Esq.
60 E. 42nd Street, 37th Floor
New York, New York 10165

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

CLIFFORD CHANCE US LLP
Andrew Brozman, Esq.
Wendy Rosenthal, Esq.
31 West 52nd Street
New York, NY 10019-6131

Juandisha M. Harris (P62978)
Assistant Attorney General
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI  48202

Sophia Ree
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York, NY  10271-0079

Mark S. Landman (ML7654)
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York NY  10271-0079

HODGSON RUSS LLP
Garry M. Graber, Deborah J. Piazza, Esq.
60 E. 42nd Street, 37th Floor
New York, New York 10165

Roy H. Carlin, PC, of Counsel
Breslow & Walker, LLP
767 Third Avenue
New York, NY  10017

Carmine D. Boccuzzi Jr., Esq.
Thomas J. Moloney, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004

Lawrence M. Handelsman, Esq.
Denise K. Wildes, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038

Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Attn:  Mark D. Sherrill

Michael Ruetzel, Ulf Kreppel, Katarina Stahl
White & Case LLP
Bockenheimer Landstrasse 20
6023 Frankfurt am Main, Germany