Jeffrey A. Rosenthal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000

*Attorneys for Wachovia Bank, N.A. and Evergreen Investment Management Company, LLC, acting as Agent for various funds.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

In re                                                                                                       :

LEHMAN BROTHERS HOLDINGS INC., et al.,                    :

                   Debtors.                                                               :

------------------------------------------------------------------------ X

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

CERTIFICATE OF SERVICE

       I, Richard V. Conza, an attorney admitted to practice in the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       On the 11th day of December 2008, the Joinder of Wachovia Bank, N.A. and Evergreen Investment Management Company, LLC to the Objection of Various Counterparties to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations was served by Federal Express, facsimile transmission and email, as indicated, upon:

**<u>BY FEDERAL EXPRESS</u>**

       Andy Velez-Rivera, et al.
       Office of the United States Trustee
         for the Southern District of New York
       33 Whitehall Street, 21st Floor
       New York, NY  10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**BY FACSIMILE TRANSMISSION**

Andy Velez-Rivera
Office of the United States Trustee
for the Southern District of New York
Fax No. (212) 668-2255

Paul Schwartzberg
Office of the United States Trustee
for the Southern District of New York
Fax No. (212) 668-2255

Brian Masumoto
Office of the United States Trustee
for the Southern District of New York
Fax No. (212) 668-2255

Linda Riffkin
Office of the United States Trustee
for the Southern District of New York
Fax No. (212) 668-2255

Tracy Hope Davis
Office of the United States Trustee
for the Southern District of New York
Fax No. (212) 668-2255

**BY E-MAIL**

ddunne@milbank.com, dodonnell@milbank.com,
efleck@milbank.com, Jacqueline.marcus@weil.com

Dated:   New York, New York
         December 12, 2008

                                            /s/Richard V. Conza
                                            Richard V. Conza