Kenneth J. Kelly, Esq., KK 4195
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
kkelly@ebglaw.com
Attorneys for InfoSpace, Inc.

**UNITES STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------x | |
| **In re:** | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,et. al.,** | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. | |
| ------------------------------------------------------------x | |
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | |
| Plaintiff, | SIPC Proceeding |
| v. | Adv. No. 08-01420 (JMP) |
| **LEHMAN BROTHERS, INC.,** | |
| Debtor. | |

**REQUEST FOR NOTICE OF APPEARANCE AND**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Bankruptcy Procedure 9010(b) and §1109(b) of the Bankruptcy Code, Kenneth J. Kelly of Epstein Becker & Green, P.C. appears as counsel for InfoSpace, Inc. ("InfoSpace") in the above captioned matters.

**PLEASE FURTHER TAKE NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001 and 9010 and §§8342 and 1109(b) of the Bankruptcy Code,

InfoSpace hereby requests that all documents filed with Bankruptcy Court in the above-captioned matters and all notices given or required to be given in these matters, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in these matters:

> Kenneth J. Kelly, Esq.
> EPSTEIN BECKER & GREEN, P.C.
> 250 Park Avenue
> New York, New York  10177
> kkelly@ebglaw.com
>
> With copies to:
>
> EPSTEIN BECKER & GREEN, P.C.
> 1227 25th Street, N.W.
> Suite 700
> Washington, D.C.  20037
> (202) 861-0900
> Attn: David B. Tatge, Esq.
> dtatge@ebglaw.com
>
> and
>
> Alejandro C. Torres, Esq.
> General Counsel
> InfoSpace, Inc.
> 601 108th Avenue, NE
> Bellvue, Washington, 98004

**PLEASE FURTHER TAKE NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise that: (a) affect or seek to affect in any way rights or interests of any creditor or party interest in

- 2 -

this case, including InfoSpace, with respect to, without limitation, (i) the Debtors, (ii) property of the estate or proceeds thereof, in which the Debtors may claim an interest, (iii) the SIPC Trustee, or (iv) property or proceeds thereof, in the possession, custody or control of others, that the Debtors or the SIPC Trustee may seek to use; or (b) require or seek to require any act, delivery or any property, payment or other conduct by InfoSpace.

**PLEASE FURTHER TAKE NOTICE** that InfoSpace intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (a) the right of InfoSpace to have final orders and non-core matters entered only after de novo review by a District Court Judge; (b) the right of InfoSpace to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) the right of InfoSpace to have the District Court withdraw the reference in any manner subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which InfoSpace is or may be entitled.

Dated: New York, New York
      December 12, 2008

Respectfully Submitted,

EPSTEIN BECKER & GREEN, P.C.

By: s/Kenneth J. Kelly
    Kenneth Kelly (KK 4195)
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500

Attorneys for InfoSpace, Inc.

- 4 -

OF COUNSEL:

David B. Tatge, Esq.
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C.  20037
(202) 861-0900
dtatge@ebglaw.com

Rachel E. Caplan, Esq.
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C.  20037
(202) 861-0900
rcaplan@ebglaw.com

Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing Request For Notice Of Appearance And Service Of All Pleadings And Documents, was filed electronically via the ECF system with copies also mailed by overnight Express Mail this 12th day of December, 2008, to:

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153-0119
Attn. Lori R. Fife, Esq. and Shai Y. Waisman, Esq.
*Counsel to the Debtors*

Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004
Attn. James B. Kobak, Esq.
Attn. David Wiltenburg, Esq.
Attn. Jeffrey S. Margolin, Esq.
*Counsel to the SIPC trustee*

Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, New York 10016
Attn. Lindsee P. Granfeld, Esq. and Lisa M. Schweitzer, Esq.
*Counsel to the Purchaser*

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn. Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn. Dennis F. Dunne, Esq.
Attn. Luc A. Despins, Esq.
Attn. Wilbur F. Foster, Jr., Esq.
*Counsel to the Official Committee of Unsecured Creditors*

/s/ *Kenneth J. Kelly*
_____
Kenneth J. Kelly