Kenneth J. Kelly, Esq., KK 4195
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
kkelly@ebglaw.com
Attorneys for Intersil Corporation

**UNITES STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
                                                            :
In re:                                                      :  Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC.,et. al.,:  08-13555 (JMP)
                                                            :
                                                            :  (Jointly Administered)
                 Debtors.                                   :
------------------------------------------------------------x
                                                            :
SECURITIES INVESTOR PROTECTION                              :
CORPORATION,                                                :
                                                            :
            Plaintiff,                                      :  SIPC Proceeding
                                                            :
v.                                                          :  Adv. No. 08-01420 (JMP)
                                                            :
LEHMAN BROTHERS, INC.,                                      :
                                                            :
            Debtor.                                         :
                                                            :
```

### REQUEST FOR NOTICE OF APPEARANCE AND
### SERVICE OF ALL PLEADINGS AND DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to the Federal Rule of Bankruptcy Procedure

9010(b) and §1109(b) of the Bankruptcy Code, Kenneth J. Kelly of Epstein Becker & Green,

P.C. appears as counsel for Intersil Corporation ("Intersil") in the above captioned matters.

PLEASE FURTHER TAKE NOTICE that, pursuant to Federal Rules of Bankruptcy

Procedure 2002, 3017, 4001 and 9010 and §§8342 and 1109(b) of the Bankruptcy Code, Intersil

hereby requests that all documents filed with Bankruptcy Court in the above-captioned matters

and all notices given or required to be given in these matters, be given and served upon the

following, and that appropriate entry thereof be made on the Clerk's Matrix in these matters:

> Kenneth J. Kelly, Esq.
> EPSTEIN BECKER & GREEN, P.C.
> 250 Park Avenue
> New York, New York  10177
> kkelly@ebglaw.com
>
> With copies to:
>
> EPSTEIN BECKER & GREEN, P.C.
> 1227 25th Street, N.W.
> Suite 700
> Washington, D.C.  20037
> (202) 861-0900
> Attn: David B. Tatge, Esq.
> dtatge@ebglaw.com
>
> and
>
> Douglas Balog, Esq.
> Associate General Counsel
> Intersil Corporation
> 1650 Robert A. Conlon Boulevard, NE
> m/s 62A309
> Palm Beach, FL 32905

**PLEASE FURTHER TAKE NOTICE** that this request includes not only the notices

and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code

provisions specified above, but also includes, without limitation, all orders, notices, hearing

dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether

formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier

service, hand-delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise

that: (a) affect or seek to affect in any way rights or interests of any creditor or party interest in

this case, including Intersil, with respect to, without limitation, (i) the Debtors, (ii) property of

the estate or proceeds thereof, in which the Debtors may claim an interest, (iii) the SIPC Trustee,

or (iv) property or proceeds thereof, in the possession, custody or control of others, that the

Debtors or the SIPC Trustee may seek to use; or (b) require or seek to require any act, delivery or

any property, payment or other conduct by Intersil.

**PLEASE FURTHER TAKE NOTICE** that Intersil intends that neither this Notice of

Appearance nor any later appearance, pleading, claim or suit shall waive: (a) the right of Intersil

to have final orders and non-core matters entered only after de novo review by a District Court

Judge; (b) the right of Intersil to trial by jury in any proceedings so triable in this case or any

case, controversy or proceeding related to this case; (c) the right of Intersil to have the District

Court withdraw the reference in any manner subject to mandatory or discretionary withdrawal;

or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which Intersil is or

may be entitled.

Dated: New York, New York                    Respectfully Submitted,
      December 12, 2008

                                            EPSTEIN BECKER & GREEN, P.C.


                                            By:   s/Kenneth J. Kelly
                                                Kenneth Kelly (KK  4195)
                                          250 Park Avenue
                                          New York, New York  10177-1211
                                          (212) 351-4500

                                          Attorneys for Intersil Corporation

OF COUNSEL:

David B. Tatge, Esq.
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C.  20037
(202) 861-0900
dtatge@ebglaw.com

Rachel E. Caplan, Esq.
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C.  20037
(202) 861-0900
rcaplan@ebglaw.com

Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing Request For

Notice Of Appearance And Service Of All Pleadings And Documents, was filed electronically

via the ECF system with copies also mailed by overnight Express Mail this 12th day of

December, 2008, to:

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153-0119
Attn. Lori R. Fife, Esq. and Shai Y. Waisman, Esq.
*Counsel to the Debtors*

Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004
Attn. James B. Kobak, Esq.
Attn. David Wiltenburg, Esq.
Attn. Jeffrey S. Margolin, Esq.
*Counsel to the SIPC trustee*

Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, New York 10016
Attn. Lindsee P. Granfeld, Esq. and Lisa M. Schweitzer, Esq.
*Counsel to the Purchaser*

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn. Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn. Dennis F. Dunne, Esq.
Attn. Luc A. Despins, Esq.
Attn. Wilbur F. Foster, Jr., Esq.
*Counsel to the Official Committee of Unsecured Creditors*

/s/ Kenneth J. Kelly
_____
Kenneth J. Kelly

- 5 -