EXHIBIT B



December 4, 2008

INFOSPACE INC
ATTN PETER MCKAY
601 108TH AVENUE NE
SUITE 1200
BELLEVUE WA 98004-4374

Re: Investment Advisory **Agreement (Discretionary)**, between you, as the Client, and Lehman Brothers, Inc. ("LBI"); for purposes of this letter, you, as the Client, will be referred to as the Counterparty ("Counterparty") (the "Agreement")

As you may be aware, Barclays Capital Inc. ("BCI") has entered into a transaction with LBI pursuant to which BCI has acquired certain assets of LBI relating to LBI's investment banking, capital markets and private investment management businesses. The sale transaction closed September 22, 2008. Prior to the closing of the sale, LBI's parent company, Lehman Brothers Holdings Inc. ("LBHI," together with LBI, "Lehman"), commenced a voluntary case under chapter 11 of the Bankruptcy Code in the US Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and LBI commenced a proceeding under the Securities Investor Protection Act. The Asset Purchase Agreement governing the sale transaction, as approved by the Bankruptcy Court, provides BCI the right to have contracts related to the purchased assets assumed by the trustee overseeing LBI's SIPA proceeding (the "SIPC Trustee") and assigned to BCI in connection with the sale.

At the request of BCI, and in accordance with the Asset Purchase Agreement, the SIPC Trustee has assigned LBI's rights, and BCI has assumed LBI's obligations, under the Agreement, to which Counterparty is a counterparty. The SIPC Trustee and BCI have determined that there are no amounts outstanding or other obligations of LBI to the Counterparty that must be cured (such amounts and obligations, the "Cure Amounts") in connection with the assumption and assignment of the Agreement to BCI.

If you object to the assignment of the Agreement and/or the Cure Amounts for the Agreement, you must file and serve a written objection so that such objection is filed with the Bankruptcy Court and actually received by the following parties **no later than ten (10) days after the date of this letter** (such date, the "Objection Deadline"): (i) the attorneys for LBHI, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 (Attn: Lori R. Fife and Shai Y. Waisman); (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis); (iii) the attorneys for BCI, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York NY 10006 (Attn: Lindsee P. Granfield and Lisa M. Schweitzer); (iv) the attorneys for the Creditors' Committee appointed in LBHI's chapter 11 case, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Luc A. Despins, and Wilbur F. Foster, Jr.); and (v) the attorneys for the SIPC Trustee, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B. Kobak, David Wiltenburg, and Jeff Margolin). **Failure to object by the Objection Deadline in accordance with the procedures above will constitute Counterparty's consent to the assignment of the Agreement to BCI, including the Cure Amounts for the Agreement.**

BCI looks forward to working with you.

BARCLAYS CAPITAL INC.

Barclays Wealth is the wealth management division of Barclays Bank PLC, including Barclays Capital Inc. in the United States. Barclays Capital Inc., an affiliate of Barclays Bank PLC, is a U.S. registered broker-dealer and regulated by the Securities & Exchange Commission. The registered office of Barclays Capital Inc. is 200 Park Avenue, New York, NY 10166. Barclays Bank PLC is registered in England and Wales (registered no. 1026167) with a registered office at 1 Churchill Place, London, E14 5HP, United Kingdom. Barclays Bank PLC is authorized and regulated by the Financial Services Authority.