UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF LINDA D. WHITE,

## ON BEHALF OF SONNENSCHEIN NATH & ROSENTHAL LLP

STATE OF ILLINOIS        )
                         ) ss:
COOK COUNTY              )

LINDA D. WHITE, being duly sworn, upon her oath, deposes and says:

1. I am a partner of Sonnenschein Nath & Rosenthal LLP, located at 7800 Sears Tower, 233 S. Wacker Drive, Chicago, Illinois 60606 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors with respect to the disposition of certain real estate assets, and the Firm, which provided similar services to Lehman from time to time prepetition, has consented to provide such services.

3. The Firm may have performed services in the past and, except as noted herein, may perform services in the future for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants

2

or employees of the Debtors, or other parties in interest in these chapter 11 cases. Moreover, the Firm has advised and will continue to advise entities, which hold interests adverse to the Debtors' estates, with respect to the Debtors' chapter 11 cases; however, none of those adverse interests are with regard to the matters on which the Firm is employed by the Debtors. Specifically, the Firm continues to represent various parties that are counterparties to interest-rate SWAP agreements with the Debtors.

4. The Firm had requested the appointment of an official committee, pursuant to 11 U.S.C. §1102(a)(2), to represent the interests of the former employees of LBHI and its subsidiaries in these Chapter 11 cases. The United States Trustee has denied that request and the Firm is no longer pursuing the appointment of such a committee.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $113,561.67 for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: *[signature: Jude D. White]*

Subscribed and sworn to before me
this 9th day of DECEMBER, 2008

*[signature: Jacqueline L. Ulbrich]*
Notary Public

"OFFICIAL SEAL"
JACQUELINE L. ULBRICH
Notary Public, State of Illinois
My Commission Expires 03/19/11

---

[1] If necessary.

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                              :

In re                                              :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)

                    Debtors.          :        (Jointly Administered)

-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
             Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

        Sonnenschein Nath & Rosenthal LLP

        7800 Sears Tower

        233 S. Wacker Drive

        Chicago, Illinois 60606

2.    Date of retention:    As of the October 15, 2008

3.    Type of services provided (accounting, legal, etc.): Legal

4.  Brief description of services to be provided:

    Real Estate transactions

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly

    (a) Average hourly rate (if applicable):

    Normal hourly billing rates range from $450 to $880 per hour for partners, from $280 to $540 per hour for associates and $175 to $310 per hour for legal assistants.

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    $30,000.00

6.  Prepetition claims against the Debtors held by the firm:

    Amount of claim:   $113,561.67

    Date claim arose:   Estimated between 30 and 90 days prior to the Debtor's petition date.

    Source of Claim:   Prepetition legal bills.

7.  Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: None

    Status: N/A

    Amount of Claim: $N/A

    Date claim arose: N/A

    Source of claim: N/A

2

8. Stock of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None

11. Name of individual completing this form:

    Linda D. White

3