WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                       :

**In re**                          :          **Chapter 11 Case No.**
                                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :          **08-13555 (JMP)**
                                         :

                     **Debtors.**       :          **(Jointly Administered)**
                                         :
                                         :
---------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL AFFIDAVIT OF**
**ANDREW J. LEVANDER IN SUPPORT OF THE APPLICATION OF**
**THE DEBTORS PURSUANT TO SECTIONS 327(e) AND 328(a) OF**
**THE BANKRUPTCY CODE AND RULE 2014(a) OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION**
**TO EMPLOY AND RETAIN DECHERT LLP AS SPECIAL COUNSEL**
**FOR THE DEBTORS** *NUNC PRO TUNC* **TO THE COMMENCEMENT DATE**

      **PLEASE TAKE NOTICE** that, on December 12, 2008, Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (together, the "Debtors") filed the attached Supplemental

Affidavit of Andrew J. Levander on Behalf of Dechert LLP ("Dechert") Pursuant to Sections

327(e) and 328(a) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy

Procedure in Support of the Debtors' Application for Authorization to Employ and Retain

Dechert as Special Counsel, *Nunc Pro Tunc* to the Commencement Date [Docket No. 2005].

Dated:  December 12, 2008
        New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : | **08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

---------------------------------------------------------x

**SUPPLEMENTAL AFFIDAVIT OF ANDREW J. LEVANDER FILED
IN SUPPORT OF THE DEBTORS' APPLICATION PURSUANT TO
SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND
RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
FOR AUTHORIZATION TO EMPLOY AND TO RETAIN DECHERT LLP
AS SPECIAL COUNSEL EFFECTIVE AS OF THE COMMENCEMENT DATE**

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss: |
| COUNTY OF NEW YORK | ) | |

ANDREW J. LEVANDER, being duly sworn, says:

1.    I am a partner in the law firm of Dechert LLP ("Dechert") and practice in its offices located at 1095 Avenue of the Americas, New York, New York. I am an attorney duly admitted and in good standing to practice in the State of New York and the United States District Court for the Southern District of New York.

2.    I submit this affidavit to supplement the affidavit filed on December 2, 2008 (the "Levander Affidavit") in support of the Application (the "Application") filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman") seeking authorization to employ and to retain Dechert, effective as of the Commencement Date, as special counsel to represent (a) the Independent Directors of LBHI (the "Independent Directors") in connection with corporate

governance, investigation and litigation matters, (b) the Debtors in connection with certain real

estate matters, and (c) the Debtors in such other matters agreed to by the Debtors and Dechert, as

well as to provide certain disclosures under Rules 2014(a) and 2016(b) of the Bankruptcy Rules.

3.    Dechert has been asked by the Debtors to act as legal counsel for the

Independent Directors and for the Debtors with respect to certain real estate matters, as described

in the Application. Dechert attorneys who have billed in excess of 25 hours in connection with

Dechert's representation of the Independent Directors (including the pre-petition representation)

are Andrew Levander, Neil Steiner, Adam Wasserman, Robert Topp, Erin Fisher, Michael

Goldman, Josh Sherman, Alyson Oswald, Mike Newman, Erika Gellert, Sarah Mendola, Reema

Ashraf, H. Jeffrey Schwartz, Brian Greer, Davin Hall, Sarah Fidler, David Chu and Bret Harper

(first year associate, not yet admitted). Dechert attorneys who have billed in excess of 25 hours

on the real estate matters include Katherine Burroughs, Lawrence Ceriello, Francois Quintard-

Morenas, Jon Rini, Kate Mylod and Kristin Wainright. Additional attorneys may be staffed on

these representations in the future as the need arises.

4.    On November 26, 2008 Dechert was provided with a master conflicts

checklist ("Conflicts Checklist") from Weil, Gotshal and Manges LLP, the Debtors' general

bankruptcy counsel. Although Dechert ran substantial conflicts searches in preparation for filing

the Application, as described in the Levander Affidavit, certain parties listed on the Conflicts

Checklist were not included as part of those searches. Since filing the Levander Affidavit, I have

caused the parties identified on Exhibit "2" to the Levander Affidavit to be checked through

2

Dechert's conflicts system. Annexed hereto as Exhibit "1" is a chart identifying Dechert's representations of such parties in matters unrelated to the Debtors' cases.[1]

5.    As described in footnote 2 to the Levander Affidavit, Dechert represents individual officers, directors and employees of certain entities identified on the Conflicts Checklist in certain investigation and litigation matters. To the best of our knowledge, none of these representations concern Lehman. Accordingly, those representations do not constitute a conflict of interest for the matters upon which the Debtors and Independent Directors seek to retain Dechert.

6.    Dechert currently represents certain clients with interests adverse to the Debtors, as disclosed on Exhibit "4" to the Levander Affidavit. Dechert's representation of Aladdin Capital Management, Arcus Zenkei Fund, B&G Foods, Inc., Carlson Wagonlit B.V., CEFDEX, GSA Capital Partners LLP, Jana Partners LLC, Millennium Partners LP, Pursuit Capital Partners, Raven Asset Management, Stark Investments, Strategic Value Partners LLC, Thames River Capital LLP, and The Brickman Group, Ltd. involves advice concerning various agreements with Lehman including swaps, ISDA Master agreements and indentures. Dechert previously represented Hana Financial Group, Inc. and Korea Development Bank in connection with a potential transaction with Lehman. Dechert represents Russell Financial Group in connection with the transfer of certain of their agreements to Barclays as part of the LBI sale, the unwinding of certain foreign exchange and other derivative transactions with Lehman entities

---

[1]    The Conflicts Checklist includes a list of "Litigation Claimants" but does not identify all of the parties to the actions included in that section. We have performed a conflicts search for all of the parties in the Fogel and Operative Plasterers cases, in which the Independent Directors are defendants, but are unable to perform a conflict search as to other matters based on the information that has been provided.

and general unsecured indebtedness held by various Russell Financial Group entities and their customers.

7.    In addition, since the filing of the Levander Affidavit, Dechert has been engaged to represent Redwood Capital Finance Company, LLC and Pacific Coast Capital Partners, L.P. in the purchase of an interest in a real estate loan in which Lehman Brothers Real Estate Mezzanine Partners, L.P. has an equity interest.  I do not believe that this representation presents an actual conflict of interest for the matters upon which the Debtors and the Independent Directors seek to retain Dechert or that this representation constitutes an interest adverse to the Debtors or to their estates with respect to the matters on which Dechert is seeking to be retained.

8.    As disclosed in Exhibit "3" to the Levander Affidavit, Dechert also represents certain current or former non-debtor affiliates of the Debtors.  Dechert represents Neuberger Berman Advisers Management Trust, a mutual fund advised by Neuberger Berman Management Inc. in matters concerning the Investment Company Act of 1940 and other securities law issues.  Dechert from time to time also represents Neuberger Berman Management Inc.

9.    Dechert intends to accept engagements from other parties in interest to the Debtors' estates, whether from new or existing clients, including asset purchasers so long as no board approval is required.  However, Dechert will not accept engagements from clients with

4

interests adverse to the Debtors or their estates with respect to the matters for which Dechert is to

be retained.  Dechert will provide additional supplemental disclosure as quickly as practicable

upon accepting such engagements.


_____
Andrew J. Levander

SUBSCRIBED and sworn to
before me the undersigned
on this 11ᵗʰ day of December, 2008.


_____
Notary Public
My Commission Expires:

NEIL A. STEINER
Notary Public, State of New York
No. 02ST6051028
Qualified in New York County
Commission Expires November 13, 2010

5

**EXHIBIT 1**

## EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES

| Category | Entity | Description |
|---|---|---|
| 50 Largest Bond Holders | PIMCO Advisors LP | PIMCO Advisors LP is a client in certain litigation matters. Certain affiliates of PIMCO Advisers LP are clients in certain financial services matters. |
| 50 Largest Bond Holders | Franklin Advisors Inc. | Certain affiliates of Franklin Advisors Inc. are clients in certain corporate matters and former clients in certain litigation matters. |
| 50 Largest Bond Holders | Capital Research and Management | Capital Research and Management is a client in certain litigation matters. Certain affiliates of Capital Research and Management are clients in certain bankruptcy, financial services, and litigation matters. |
| 50 Largest Bond Holders | Fidelity Management and Research | Fidelity Management and Research is a client in certain financial services matters. Certain affiliates of Fidelity Management and Research are clients in certain corporate, financial services, and litigation matters. |
| 50 Largest Bond Holders | Federated Investors | Federated Investors is a client in certain financial services matters. |

## EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES

| Category | Entity | Description |
|---|---|---|
| 50 Largest Bond Holders | Sun Life Assure Co. of Canada | Sun Life Assure Co. of Canada is a client in certain financial services matters. Certain affiliates of Sun Life Assure Co. of Canada are clients in certain employee benefits, finance and real estate, and financial services matters. |
| 50 Largest Bond Holders | Philips Hager & North Investment Management | Philips Hager & North Investment Management is a client in certain employee benefits matters. |
| 50 Largest Bond Holders | Thrivent Financial for Lutherans | Thrivent Financial for Lutherans is a former client with respect to certain finance and real estate matters. |
| 50 Largest Bond Holders | AETNA Life Insurance Company | AETNA Life Insurance Company is a client in certain corporate and finance and real estate matters. Certain affiliates of AETNA Life Insurance Company are former clients in certain financial services and litigation matters. |
| 50 Largest Bond Holders | NATIXIS Asset Management Advisors | Certain affiliates of NATIXIS Asset Management Advisors are clients in certain finance and real estate and financial services matters. |

**EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES**

| Category | Entity | Description |
|---|---|---|
| 50 Largest Bond Holders | T. Rowe Price Associates | T. Rowe Price Associates is a client in certain financial services matters. Certain affiliates of T. Rowe Price Associates are clients in certain corporate, litigation, and tax matters. |
| 50 Largest Bond Holders | Principal Life Insurance Company | Certain affiliates of Principal Life Insurance Company are clients in certain finance and real estate matters. |
| 50 Largest Bond Holders | Western Asset Management Company | Western Asset Management Company is a client in certain financial services matters. |
| 50 Largest Bond Holders | Franklin Templeton Investments | Franklin Templeton Investments is a client in certain financial services matters. |
| 50 Largest Bond Holders | Transamerica Life Insurance Company | Transamerica Life Insurance Company is a client in certain finance and real estate matters. Transamerica Life Insurance Company is a former client in certain financial services and litigation matters. |
| 50 Largest Bond Holders | Blackrock Advisors | Blackrock Advisors is a client in certain finance and real estate and financial services matters. |

## EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES

| Category | Entity | Description |
|---|---|---|
| 50 Largest Bond Holders | Teachers Insurance and Annuity Association | Teachers Insurance and Annuity Association is a client in certain finance and real estate and financial services matters. |
| 50 Largest Bond Holders | AXA Equitable Life Insurance Company | Certain affiliates of AXA Equitable Life Insurance Company are clients in certain corporate, finance and real estate, employee benefits, financial services, and litigation matters. |
| 50 Largest Bond Holders | Prudential Insurance Company of America | Prudential Insurance Company of America is a client in certain finance and real estate matters. Certain affiliates of Prudential Insurance Company of America are clients in certain finance and real estate and financial services matters. |
| 50 Largest Bond Holders | Zurich American Insurance Company | Certain affiliates of Zurich American Insurance Company are clients in certain corporate matters. |
| 50 Largest Bond Holders | Jackson National Life Insurance | Certain affiliates of Jackson National Life Insurance are clients in certain financial services matters. |

## EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES

| Category | Entity | Description |
|---|---|---|
| 50 Largest Bond Holders | John Hancock Life Insurance Company | John Hancock Life Insurance Company is a client in certain litigation matters. Certain affiliates of John Hancock Life Insurance Company are clients in certain corporate and finance and real estate matters. |
| 50 Largest Bond Holders | Hartford Life Insurance Company | Hartford Life Insurance Company is a client in certain finance and real estate matters. Certain affiliates of Hartford Life Insurance Company are clients in certain employee benefits and finance and real estate matters. |
| 100 Largest Unsecured Creditors other than Bondholders | Commonwealth Bank of Australia, Tokyo Branch | Commonwealth Bank of Australia is a former client in certain finance and real estate matters. An affiliate of Commonwealth Bank of Australia is a client in certain corporate matters. |
| 100 Largest Unsecured Creditors other than Bondholders | CW Lending II Limited | An affiliate of CW Lending II Limited is a client in certain finance and real estate matters. |
| 100 Largest Unsecured Creditors other than Bondholders | The British Land Company PLC | The British Land Company PLC is a former client with respect to certain finance and real estate matters. |

## EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES

| Category | Entity | Description |
|---|---|---|
| 100 Largest Unsecured Creditors other than Bondholders | Reuters America Inc. | Reuters America Inc. is a former client in certain government matters. An affiliate of Reuters America Inc. is a client in certain corporate, intellectual property, litigation and government matters and a former client in certain corporate, finance and real estate, financial services, and litigation matters. |
| 100 Largest Unsecured Creditors other than Bondholders | Network Appliance, Inc. | Network Appliance, Inc. is a former client in certain litigation matters. |
| 100 Largest Unsecured Creditors other than Bondholders | Ernst & Young | Ernst & Young and certain affiliates of Ernst & Young are former clients in certain bankruptcy, corporate and tax matters. |
| 100 Largest Unsecured Creditors other than Bondholders | CDW Direct LLC | CDW Direct LLC is a former client in a certain litigation matter. |
| 100 Largest Unsecured Creditors other than Bondholders | Linklaters | Linklaters is a former client in a certain financial services matter. |
| 100 Largest Unsecured Creditors other than Bondholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Paul, Weiss, Rifkind, Wharton & Garrison LLP is a client in a certain financial services matter. |
| 100 Largest Unsecured Creditors other than Bondholders | Ashurst Morris Crisp | Ashurst Morris Crisp is a former client in certain corporate matters. |

## EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES

| Category | Entity | Description |
|---|---|---|
| 100 Largest Unsecured Creditors other than Bondholders | Dell Marketing L.P. | An affiliate of Dell Marketing L.P. is a former client in a certain employee benefits matter. |
| Significant Landlords | Archipelago Holdings, Inc. | An affiliate of Archipelago Holdings, Inc. is a client in a certain intellectual property matter. |
| Significant Landlords | Historic TW Inc. | An affiliate of Historic TW Inc. is a former client in a certain litigation matter. |
| Significant Landlords | Pricewaterhouse Coopers, LLP | Pricewaterhouse Coopers, LLP is a former client in certain bankruptcy, corporate, litigation, intellectual property, and tax matters. An affiliate of Pricewaterhouse Coopers, LLP is a former client in certain employee benefits, financial services, and tax matters. |
| Significant Landlords | Mackenzie Financial Corporation | Mackenzie Financial Corporation is a client in certain corporate and financial services matters and a former client in certain corporate, intellectual property, and financial services matters. Certain affiliates of Mackenzie Financial Corporation are clients in certain financial services matters and former clients in certain corporate and intellectual property matters. |

**EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN
MATTERS UNRELATED TO THE DEBTORS' CASES**

| Category | Entity | Description |
|---|---|---|
| Significant Landlords | National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company is a client in certain litigation matters and a former client in certain corporate, finance and real estate, and litigation matters. An affiliate of National Union Fire Insurance Company is a client in a litigation matter. |
| Members of Ad Hoc or Unofficial Creditors' Committees | Oppenheimer Funds, Inc. | Oppenheimer Funds, Inc. is a client in certain corporate and financial services matters and a former client in certain corporate, financial services, and litigation matters. Certain affiliates of Oppenheimer Funds, Inc. are clients in certain finance and real estate matters and former clients with respect to certain corporate, financial services, and litigation matters. |
| Members of Ad Hoc or Unofficial Creditors' Committees | Allstate Insurance Co. | Allstate Insurance Co. is a client in certain finance and real estate matters and a former client in certain finance and real estate, insurance, and litigation matters. Certain affiliates of Allstate Insurance Co. are clients in certain financial services matters and former clients in certain intellectual property matters. |

**EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES**

| Category | Entity | Description |
|---|---|---|
| Potential Parties in Interest | Assicurazioni Generali S.p.A. | A certain affiliate of Assicurazioni Generali S.p.A. is a client in certain litigation matters. |
| Potential Parties in Interest | GL Trade | A certain affiliate of GL Trade is a client in an intellectual property matter. |
| Potential Parties in Interest | Caisse de dépôt et placement du Québec | A certain affiliate of Caisse de dépôt et placement du Québec is a client in certain finance and real estate and financial services matters. A certain affiliate of Caisse de dépôt et placement du Québec is a former client with respect to certain finance and real estate matters. |
| Potential Parties in Interest | Kraft Foods Inc. | Kraft Foods Inc. is a former client in certain finance and real estate and litigation matters. A certain affiliate of Kraft Foods Inc. is a client in certain litigation matters. A certain affiliate of Kraft Foods Inc. is a former client with respect to a certain intellectual property matter. |
| Potential Parties in Interest | Och-Ziff | Och-Ziff is a former client with respect to a certain employee benefits matter. |
| Potential Parties in Interest | Crossroads Investment Advisors | Certain affiliates of Crossroads Investment Advisors are clients in certain corporate matters. |

**EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES**

| Category | Entity | Description |
|---|---|---|
| Potential Parties in Interest | National Cinemedia, Inc. | National Cinemedia, Inc. is a client in a litigation matter. |
| Potential Parties in Interest | Providence Equity Partners | A certain affiliate of Providence Equity Partners is a client in a certain corporate matter. |
| Potential Parties in Interest | Telecom Italia Capital S.A. | Certain affiliates of Telecom Italia Capital S.A. are clients in certain corporate, intellectual property, and litigation matters. |
| Potential Parties in Interest | Oracle Credit Corporation | A certain affiliate of Oracle Credit Corporation is a former client in certain tax matters. |
| Potential Parties in Interest | Union Bank Of California, N.A. | Union Bank Of California, N.A. is a former client.  A certain affiliate of Union Bank Of California is a client in certain corporate matters. |
| Litigation Claimants | Fogel Capital Management, Inc. | Dechert is counsel to individual defendants who are named as defendants in this matter. |
| Litigation Claimants | Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund | Dechert is counsel to individual defendants who are named as defendants in this matter. |
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | Mellon Financial Markets, LLC | Certain affiliates of Mellon Financial Markets, LLC are clients in certain bankruptcy, corporate, finance and real estate, intellectual property, litigation, and tax matters. |

## EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES

| Category | Entity | Description |
|---|---|---|
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | ABN Amro Holding N.V. | Certain affiliates of ABN Amro Holding N.V. are clients in certain intellectual property, financial services, litigation, and tax matters. Certain affiliates of ABN Amro Holding N.V. are former clients with respect to certain finance and real estate matters. |
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | RBC Dain Rauscher Inc. | RBC Dain Rauscher Inc. and certain affiliates are clients in certain corporate, financial services, and finance and real estate matters. |
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | HSBC Securities (USA) Inc. | Certain affiliates of HSBC Securities (USA) Inc. are clients in certain finance and real estate, financial services, and litigation matters. |
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | BBVA Securities, Inc. | Certain affiliates of BBVA Securities, Inc. are former clients in certain litigation matters. |
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | Suntrust Robinson Humphrey, Inc. | Certain affiliates of Suntrust Robinson Humphrey, Inc. are clients in certain finance and real estate and financial services matters. |
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | HVB Capital Markets LLC | Certain affiliates of HVB Capital Markets LLC are clients in certain corporate, finance and real estate, and financial services matters. |

## EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES

| Category | Entity | Description |
| --- | --- | --- |
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | Daiwa Securities SMBC Europe Limited | Certain affiliates of Daiwa Securities SMBC Europe Limited are clients in certain financial services matters. |
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | Harris Nesbitt Corp. | Harris Nesbitt Corp. and certain affiliates are clients in certain finance and real estate matters. |
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | Sovereign Securities Corporation, LLC | Certain affiliates of Sovereign Securities Corporation, LLC are clients in certain bankruptcy matters. Certain affiliates of Sovereign Securities Corporation, LLC are former clients with respect to certain finance and real estate matters. |
| Co-defendants in Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | Utendahl Capital Partners, L.P. | An affiliate of Utendahl Capital Partners, L.P. is a former client in certain corporate matters. |
| Co-defendants in Fogel Capital Management, Inc. and Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | Banc of America Securities, LLC | Banc of America Securities, LLC and certain affiliates are clients in certain corporate, finance and real estate, and financial services matters. |

## EXHIBIT 1: REPRESENTATIONS OF ADDITIONAL PARTIES IN INTEREST IN MATTERS UNRELATED TO THE DEBTORS' CASES

| Category | Entity | Description |
|---|---|---|
| Co-defendants in Fogel Capital Management, Inc. and Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | Merrill Lynch, Pierce, Fenner & Smith Inc. | Merrill Lynch, Pierce, Fenner & Smith Inc. and certain affiliates are clients in certain bankruptcy, corporate, finance and real estate, and intellectual property matters. |
| Co-defendants in Fogel Capital Management, Inc. and Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund Litigation | Wachovia Capital Markets, LLC | Wachovia Capital Markets, LLC and certain affiliates are clients in certain corporate, finance and real estate and tax matters. |

13327051.2.LITIGATION 12/11/2008 2:23 PM