WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                   :
                        Debtors.                              :    (Jointly Administered)
                                                                   :
                                                                   :
-----------------------------------------------------------------x

NOTICE OF FILING OF REVISED EXHIBITS AND REVISED
PROPOSED ORDER RELATING TO THE DEBTORS' MOTION
FOR AN ORDER PURSUANT TO SECTION 365 OF THE
BANKRUPTCY CODE APPROVING THE ASSUMPTION
OR REJECTION OF OPEN TRADE CONFIRMATIONS

On November 14, 2008, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper Inc. ("LCPI," and together with LBHI, the "Debtors") filed the Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations (the "Motion") [Docket No. 1541].

Attached hereto as Exhibit A, Exhibit B, and Exhibit C, respectively (collectively, the "Revised Exhibits"), are revised exhibits setting forth the list of

NY2:\1946360\02\15PTK02!.DOC\58399.0003

Assumed Trades,[1] Rejected Trades, and Amended Trades, together with blacklined copies that reflect changes made from the Exhibits that were filed with the Motion.

Attached hereto as Exhibit D is a revised proposed order (the "Revised Proposed Order"), together with a blacklined copy that reflects changes made from the proposed order that was filed with the Motion.

The Revised Exhibits and Revised Proposed Order are intended to replace the original Exhibits A, B, and C (the "Original Exhibits") and the original proposed order to the Motion. The Debtors reserve the right to make further changes to the Revised Exhibits and/or the Revised Proposed Order.

Dated: December 14, 2008
    New York, New York

*Jacqueline Marcus*
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Terms used but not defined herein shall have the meanings ascribed to them in the Motion.