# EXHIBIT C

# AMENDED TRADES

NY2:\1946360\02\15PTK02!.DOC\58399.0003

**LCPI & LCPI UK**
Assumed with Modification

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPI | ABITIBIBOWATER INC. 04-01-08 | DEUTSCHE BANK AG NEW YORK | | B | 9/9/2008 | USD | Assumed with Modification |
| LCPI | AVETA INC. 2ND A&R 8-14-06 | GMAM INVESTMENT FUNDS TRUST II | | S | 7/28/2008 | USD | Assumed with Modification |
| LCPI | BUCYRUS INTERNATIONAL, INC. 5/07 | DEUTSCHE BANK AG LONDON | | B | 8/14/2008 | EUR | Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | SATELLITE SENIOR INCOME FUND, LLC | | B | 4/1/2008 | USD | Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | SATELLITE SENIOR INCOME FUND, LLC | | B | 4/7/2008 | USD | Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | SATELLITE SENIOR INCOME FUND, LLC | | B | 4/24/2008 | USD | Assumed with Modification |
| LCPI | CEQUEL COMM (CEBRIDGE) 2ND LIEN PIK | SATELLITE SENIOR INCOME FUND, LLC | | B | 4/30/2008 | USD | Assumed with Modification |
| LCPI | CEQUEL COMM (CEBRIDGE) 2ND LIEN PIK | DEUTSCHE BANK AG LONDON | | B | 8/13/2008 | USD | Assumed with Modification |
| LCPI | COLLINS & AIKMAN PRODUCTS CO | DEUTSCHE BANK AG LONDON | | S | 9/13/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | JP MORGAN CHASE BANK NA | | S | 9/13/2007 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 1ST LIEN | BLACKROCK FLOATING RATE INCOME STRATEGIES FUND, INC. | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK GLOBAL FLOATING RATE INCOME TRUST | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK SENIOR FLOATING RATE PORTFOLIO | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK SENIOR INCOME SERIES III PLC | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | ROYAL BANK OF CANADA | | B | 9/9/2008 | USD | Assumed with Modification |
| LCPI | DANA HOLDING TL(1/31/08) | CHGO LOAN FUNDING LTD. | | S | 5/30/2008 | USD | Assumed with Modification |
| LCPI | DAYCO (MARK IV) | OAK HILL CREDIT OPPORTUNITIES FINANCING, LTD | | S | 7/29/2008 | USD | Assumed with Modification |
| LCPI | FIRST DATA CORP (9/24/07-CS) | CITIBANK, N.A. (MASTER) | | S | 9/8/2008 | USD | Assumed with Modification |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | COMMERZBANK AG NEW YORK AND GRAND CAYMAN BRANCHES | | B | 6/11/2008 | USD | Assumed with Modification |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | COMMERZBANK AG NEW YORK AND GRAND CAYMAN BRANCHES | | B | 6/12/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. | WACHOVIA BANK | | B | 6/3/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WACHOVIA BANK | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS V, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS VI, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS X, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS XI, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS V, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS VIII, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS IX, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS X, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS XI, LTD | | B | 8/19/2008 | USD | Assumed with Modification |

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | HAMLET II, LTD | Tranche C | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | MERRILL LYNCH CAPITAL SERVICES, INC. | Tranche C | B | 8/14/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | CARLYLE HIGH YIELD PARTNERS X, LTD | Tranche C | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | CARLYLE HIGH YIELD PARTNERS VI, LTD | Tranche C | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | SPECIAL VALUE EXPANSION FUND, LLC | Tranche C | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | SPECIAL VALUE EXPANSION FUND, LLC | Tranche C | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | SPECIAL VALUE OPPORTUNITIES FUND, LLC | Tranche C | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | SPECIAL VALUE OPPORTUNITIES FUND, LLC | Tranche C | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | TENNENBAUM OPPORTUNITIES PARTNERS V, LP | Tranche C | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | BRIGADE LEVERAGED CAPITAL STRUCTURES FUND, LTD | Tranche C | B | 9/8/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | MARATHON SPECIAL OPPORTUNITIES MASTER FUND LTD | Tranche C | B | 6/3/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | CREDIT SUISSE LOAN FUNDING LLC | | B | 8/26/2008 | USD | Assumed with Modification |
| LCPI | HERBST GAMING INC. 2ND A&R [1/03/07] | HIGHLAND CAPITAL MGMT LP | | B | 9/9/2008 | USD | Assumed with Modification |
| LCPI | HEXION CHEMICALS A&R 05/05/2006 | DEUTSCHE BANK NEW YORK BRANCH | | S | 8/13/2008 | USD | Assumed with Modification |
| LCPI | KYLE ACQUISITION | GOLDMAN SACHS CREDIT PARTNERS | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | LEAR CORP A&R (4/25/06) | DORCHESTER CBNA LOAN FUNDING | | B | 6/3/2008 | USD | Assumed with Modification |
| LCPI | LEAR CORP A&R (4/25/06) (Revolver) | JPMORGAN CHASE BANK, N.A. | | B | 3/6/2008 | USD | Assumed with Modification |
| LCPI | LEAR CORP A&R (4/25/06) (Revolver) | GOLDMAN SACHS CREDIT PARTNER/LONGACRE MASTER FUND, LTD | | B | 3/24/2008 | USD | Assumed with Modification |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | GOLDMAN SACHS CREDIT PARTNER/LONGACRE CAPITAL PARTNERS (QP), LP | | B | 3/24/2008 | USD | Assumed with Modification |
| LCPI | NATIONAL CINEMEDIA (2/07) | ΦPROSPECT MOUNTAIN FUND, LP | | B | 7/18/2008 | USD | Assumed with Modification |
| LCPI | NEFF CORP 2ND LIEN (5/31/07) | HIGHLAND CAPITAL MGMT LP | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | GOLDMAN SACHS CREDIT PARTNERS | | B | 8/13/2008 | USD | Assumed with Modification |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | NATIONWIDE MUTUAL INSURANCE CO | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | COURAGE SSMF, LP | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | IBS (MF) LTD COURAGE CAP EVENT | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | PENN NAT'L GAMING,INC.10/03/05 | JPMORGAN CHASE BANK. N.A. | | B | 7/3/2008 | USD | Assumed with Modification |
| LCPI | PENN NAT'L GAMING,INC.10/03/05 | JPMORGAN CHASE BANK, N.A. | | B | 7/3/2008 | USD | Assumed with Modification |
| LCPI | PQ CORPORATION 1ST LIEN A&R (7/2/08) | JP MORGAN WHITEFRIARS INC. | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | QUEBECOR WORLD INC. | BANK OF NOVA SCOTIA | | B | 5/6/2008 | USD | Assumed with Modification |
| LCPI | QUEBECOR WORLD INC. | BANK OF NOVA SCOTIA | | B | 4/30/2008 | USD | Assumed |
| LCPI | SPIEGEL INC | GRAND CENTRAL ASSET TRUST, MM3 | | B | 8/14/2008 | USD | Assumed with Modification |
| LCPI | SPIEGEL INC | GRAND CENTRAL ASSET TRUST, SVCO SERIES | | B | 8/14/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | GOLDMAN SACHS CREDIT PARTNERS | | B | 7/10/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | GOLDMAN SACHS CREDIT PARTNERS | | B | 7/24/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | D.E. SHAW LAMINAR PORTFOLIOS | | B | 9/3/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LOEB PARTNERS | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LOEB PARTNERS | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | INSTITUTIONAL BENCHMARKS (MF) | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LOEB ARBITRAGE B FUND | | B | 6/5/2008 | USD | Assumed with Modification |

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LOEB ARBITRAGE FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LOEB OFFSHORE B FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LOEB OFFSHORE FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | GOOD STEWARD TRADING COMPANY | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN WORLDWIDE FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN CAPITAL MANAGEMENT, LP II | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN INTERNATIONAL FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN WORLDWIDE FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN INTERNATIONAL FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN CAPITAL MANAGEMENT, LP II | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | DEUTSCHE BANK AG | | B | 7/16/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SATELLITE SENIOR INCOME FUND | | B | 7/16/2008 | USD | Assumed with Modification |
| LCPI | TARGUS GROUP INTERNATIONAL, INC. | HARTFORD HIGH YIELD HLS FUND | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | US AIRWAYS GROUP 03-07 | CREDIT SUISSE CANDLEWOOD SPECIAL SITUATION MASTER FUND LTD | | B | 8/5/2008 | USD | Assumed with Modification |
| LCPI | VISTEON 6.13.06 | FEINGOLD O'KEEFFE DISTRESSED LOAN MASTER FUND LTD | | B | 6/20/2008 | USD | Assumed with Modification |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | FEINGOLD O'KEEFFE MASTER FUND LTD | | B | 6/20/2008 | USD | Assumed with Modification |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | RRR LOAN FUNDING TRUST | | B | 7/10/2008 | USD | Assumed with Modification |
| LCPI | WR GRACE & CO.-CONN. | RRR LOAN FUNDING TRUST | | B | 8/27/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | ORE HILL HUB FUND LTD | | B | 7/9/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | BARCLAYS BANK PLC | B1 | B | 8/26/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | BARCLAYS BANK PLC | B2 | B | 8/26/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | CREDIT SUISSE INTERNATIONAL | B1 | B | 7/7/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | CREDIT SUISSE INTERNATIONAL | B2 | B | 7/7/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | KING'S CROSS ASSET FUNDING 2 S.A.R.L | A1 | B | 7/15/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | KING'S CROSS ASSET FUNDING 2 S.A.R.L | A2 | B | 7/15/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | BARCLAYS BANK PLC | D | B | 8/21/2008 | USD | Assumed with Modification |
| LCPIUK | AVIO SENIOR (14DEC06) | BLACKROCK LIMITED DURATION INCOME TRUST | B2 USD | S | 4/18/2008 | USD | Assumed with Modification |
| LCPIUK | AVIO SENIOR (14DEC06) | BLACKROCK LIMITED DURATION INCOME TRUST | C2 USD | S | 4/18/2008 | USD | Assumed with Modification |
| LCPIUK | BCM IRELAND HOLDINGS LIMITED | KINGS CROSS ASSET FUNDING 17 S.A.R.L | D | B | 9/4/2008 | EUR | Assumed with Modification |
| LCPIUK | GALA (OCT 05) | KINGS CROSS ASSET FUNDING 2 S.A.R.L | A | S | 2/8/2008 | GBP | Assumed with Modification |
| LCPIUK | INEOS GROUP LIMITED | GOLDMAN SACHS CREDIT PARTNERS LP | B1 | B | 7/14/2008 | EUR | Assumed with Modification |
| LCPIUK | INEOS GROUP LIMITED | GOLDMAN SACHS CREDIT PARTNERS LP | C1 | B | 7/14/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA MEZZ (2MAR07) PROSIEBEN HOLDCO | GREYWOLF CAPITAL OVERSEAS FUND | Mezzanine | S | 7/29/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA MEZZ (2MAR07) PROSIEBEN HOLDCO | GREYWOLF CAPITAL PARTNERS II, LP | Mezzanine | S | 7/29/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | GOLDMAN SACHS CREDIT PARTNERS LP | B1 | B | 8/12/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | GOLDMAN SACHS CREDIT PARTNERS LP | C1 | B | 8/12/2008 | EUR | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD | B1 | B | 4/1/2008 | GBP | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD | B2 | B | 4/1/2008 | GBP | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD | B5 | B | 4/1/2008 | GBP | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD | B6 | B | 4/1/2008 | GBP | Assumed with Modification |

3 of 4

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPIUK | NYCOMED HOLDING A/S | DEUTSCHE BANK AG LONDON BRANCH | B1 | B | 8/11/2008 | EUR | Assumed with Modification |
| LCPIUK | NYCOMED HOLDING A/S | DEUTSCHE BANK AG LONDON BRANCH | C1 | B | 8/11/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT LP | B1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO VALUE INVESTMENT MASTER FUND, LTD | B1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO STRATEGIC VALUE MASTER FUND, LTD | B1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO VALUE INVESTMENT MASTER FUND, LTD | B2 | B | 7/31/2008 | USD | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO STRATEGIC VALUE MASTER FUND, LTD | B2 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT LP | B2 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT LP | C1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO VALUE INVESTMENT MASTER FUND, LTD | C1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO STRATEGIC VALUE MASTER FUND, LTD | C1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO VALUE INVESTMENT MASTER FUND, LTD | C2 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO STRATEGIC VALUE MASTER FUND, LTD | C2 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNT LP | C2 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | DEUTSCHE BANK AG LONDON BRANCH | PIK | B | 9/11/2008 | USD | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | DEUTSCHE BANK AG LONDON BRANCH | PIK | B | 9/5/2008 | EUR | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | CITADEL HORIZON SARL | PIK | B | 8/27/2008 | EUR | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | JPMORGAN CHASE & CO. | PIK | B | 8/29/2008 | EUR | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | JPMORGAN CHASE & CO. | PIK | B | 9/2/2008 | EUR | Assumed with Modification |

4 of 4

**LCPI & LCPI UK**
**Assumed with Modification** – Blacklined version

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPI | ABITIBIBOWATER INC. 04-01-08 | ANGELO GORDON (MASTER) DEUTSCHE BANK AG NEW YORK | | B | 9/9/2008 | USD | Assumed with Modification |
| LCPI | AVETA INC. 2ND A&R 8-14-06 | MURRAY CAPITAL MGMT. (MASTER) GMAM INVESTMENT FUNDS TRUST II | | S | 7/28/2008 | USD | Rejected Assumed with Modification |
| LCPI | BUCYRUS INTERNATIONAL, INC. 5/07 | DEUTSCHE BANK AG LONDON | | B | 8/14/2008 | EUR | Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | SATELLITE ASSET MGMT (MASTER) SENIOR INCOME FUND, LLC | | B | 4/1/2008 | USD | Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | SATELLITE ASSET MGMT (MASTER) SENIOR INCOME FUND, LLC | | B | 4/7/2008 | USD | Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | SATELLITE ASSET MGMT (MASTER) SENIOR INCOME FUND, LLC | | B | 4/24/2008 | USD | Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | SATELLITE ASSET MGMT (MASTER) SENIOR INCOME FUND, LLC | | B | 4/30/2008 | USD | Assumed with Modification |
| LCPI | CEQUEL COMM (CEBRIDGE) 2ND LIEN PIK | DEUTSCHE BANK AG LONDON | | B | 8/13/2008 | USD | Rejected Assumed with Modification |
| LCPI | CEQUEL COMM (CEBRIDGE) 2ND LIEN PIK | DEUTSCHE BANK AG LONDON | | B | 8/13/2008 | USD | Rejected Assumed with Modification |
| LCPI | COLLINS & AIKMAN PRODUCTS CO | JP MORGAN CHASE BANK NA | | S | 9/13/2007 | USD | Rejected Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK FIN. MGMT (MASTER) FLOATING RATE INCOME STRATEGIES FUND, INC. | | B | 9/4/2008 | USD | Rejected Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK GLOBAL FLOATING RATE INCOME TRUST | | B | 9/4/2008 | USD | Rejected Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK SENIOR INCOME FLOATING RATE PORTFOLIO | | B | 9/4/2008 | USD | Rejected Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 1ST LIEN | BLACKROCK SENIOR INCOME SERIES III PLC | | B | 9/4/2008 | USD | Rejected Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 1ST LIEN | ROYAL BANK OF CANADA | | B | 9/9/2008 | USD | Assumed with Modification |
| LCPI | DANA HOLDING TL (1/31/08) | CFIP MASTER FUND, LTD CHGO LOAN FUNDING LTD. | | S | 8/28/2008 | USD | Assumed with Modification |
| LCPI | DAYCO (MARK IV) | OAK HILL ADVISORS L.P. (MASTER) CREDIT OPPORTUNITIES FINANCING, LTD | | S | 7/29/2008 | USD | Rejected Assumed with Modification |
| LCPI | FIRST DATA CORP (9/24/07-CS) | CITIBANK, N.A. (MASTER) | | S | 9/8/2008 | USD | Assumed with Modification |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | COMMERZBANK AG NEW YORK AND GRAND CAYMAN BRANCHES | | B | 6/11/2008 | USD | Assumed with Modification |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | COMMERZBANK AG NEW YORK AND GRAND CAYMAN BRANCHES | | B | 6/12/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. | WACHOVIA BANK | | B | 5/30/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WACHOVIA BANK | | B | 6/3/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON CREDIT INVESTORS (MSTR) INVESTMENT PARTNERS V, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI[1] (Tranche C) | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS VI, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI[1] (Tranche C) | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS X, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI[1] (Tranche C) | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS XI, LTD | | B | 8/18/2008 | USD | Assumed with Modification |

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON CREDIT INVESTORS(MSTR) INVESTMENT PARTNERS V, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON INVESTMENT PARTNERS VIII, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON INVESTMENT PARTNERS IX, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON INVESTMENT PARTNERS X, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON INVESTMENT PARTNERS XI, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | HAMLET II, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | MERRILL LYNCH BANK USA CAPITAL SERVICES, INC. | | B | 8/14/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | CARLYLE GROUP (MASTER) HIGH YIELD PARTNERS X, LTD | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | CARLYLE HIGH YIELD PARTNERS VI, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | TENNENBAUM CAPITAL (MASTER) SPECIAL VALUE EXPANSION FUND, LLC | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | SPECIAL VALUE OPPORTUNITIES FUND, LLC | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | TENNENBAUM CAPITAL (MASTER) SPECIAL VALUE EXPANSION FUND, LLC | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | SPECIAL VALUE OPPORTUNITIES FUND, LLC | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | TENNENBAUM OPPORTUNITIES PARTNERS V, LP | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | BRIGADE CAPITAL MGMT (MASTER) LEVERAGED CAPITAL STRUCTURES FUND, LTD | | B | 9/8/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | MARATHON MASTER FUND SPECIAL OPPORTUNITIES MASTER FUND LTD | | B | 6/3/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | CREDIT SUISSE LOAN FUNDING LLC | | B | 8/26/2008 | USD | Assumed with Modification |
| LCPI | HERBST GAMING INC. 2ND A&R (1/03/07) | HIGHLAND CAPITAL MGMT LP | | B | 8/13/2008 | USD | Assumed with Modification |
| LCPI | HEXION CHEMICALS A&R 05/05/2006 | BLUEMOUNTAIN CAPITAL (MASTER) DEUTSCHE BANK NEW YORK BRANCH | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | KYLE ACQUISITION | DORCHESTER CBNA LOAN FUNDING | | B | 6/3/2008 | USD | Assumed with Modification |
| LCPI | LEAR CORP A&R (4/25/06) (Revolver) | JPMORGAN CHASE BANK, N.A. | | B | 3/6/2008 | USD | Assumed with Modification |
| LCPI | LEAR CORP A&R (4/25/06) (Revolver) | GOLDMAN SACHS CREDIT PARTNER/LONGACRE MASTER FUND, LTD | | B | 3/24/2008 | USD | Assumed with Modification |
| LCPI[1] | LEAR CORP A&R (4/25/06) (Revolver) | GOLDMAN SACHS CREDIT PARTNER/LONGACRE CAPITAL PARTNERS (QP), LP | | B | 3/24/2008 | USD | Assumed with Modification |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | ORE HILL PARTNERS LLC- PROSPECT MOUNTAIN FUND, LP | | B | 7/18/2008 | USD | Assumed with Modification |
| LCPI | NATIONAL CINEMEDIA (2/07) | HIGHLAND CAPITAL MGMT LP | | S | 9/9/2008 | USD | Assumed with Modification |
| LCPI | NEFF CORP 2ND LIEN (5/31/07) | GOLDMAN SACHS INVTMT PTNRS-MAS CREDIT PARTNERS | | B | 8/13/2008 | USD | Assumed with Modification |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | NATIONWIDE MUTUAL INSURANCE CO | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | COURAGE Capital Mgmt SSMF, LP | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | IBS (MF) LTD COURAGE CAP EVENT | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | PENN NAT'L GAMING,INC.10/03/05 | JPMORGAN CHASE BANK, N.A. | | B | 7/3/2008 | USD | Assumed with Modification |

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPI | PENN NAT'L GAMING, INC. 10/03/05 | JPMORGAN CHASE BANK, N.A. | | B | 7/3/2008 | USD | Assumed with Modification |
| LCPI | PQ CORPORATION 1ST LIEN A&R (7/2/08) | JP MORGAN WHITEFRIARS INC. | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | QUEBECOR WORLD INC. | BANK OF NOVA SCOTIA | | B | 5/6/2008 | USD | Rejected-Assumed with Modification |
| LCPI | QUEBECOR WORLD INC. | BANK OF NOVA SCOTIA | | B | 4/30/2008 | USD | Assumed with Modification |
| LCPI | SPIEGEL INC | STRATEGIC VALUE PRTNR (MASTER) GRAND CENTRAL ASSET TRUST, MM3 | | B | 8/14/2008 | USD | Assumed with Modification |
| LCPI | SPIEGEL INC | GRAND CENTRAL ASSET TRUST, SVCO SERIES | | B | 8/14/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | GOLDMAN SACHS INVTMT PTNRS MAS CREDIT PARTNERS | | B | 7/10/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | GOLDMAN SACHS CREDIT PARTNERS | | B | 7/24/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | D.E. SHAW LAMINAR PORTFOLIOS | | B | 9/3/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | LOEB PARTNERS | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | INSTITUTIONAL BENCHMARKS (MF) | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | LOEB ARBITRAGE B FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | LOEB ARBITRAGE FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | LOEB OFFSHORE B FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | LOEB OFFSHORE FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | GOOD STEWARD TRADING COMPANY | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN CAPITAL MGMT (MASTER) WORLDWIDE FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN CAPITAL MANAGEMENT, LP II | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN CAPITAL MGMT (MASTER) INTERNATIONAL FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN WORLDWIDE FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN INTERNATIONAL FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN CAPITAL MANAGEMENT, LP II | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | DEUTSCHE BANK AG | | B | 7/16/2008 | USD | Assumed with Modification |
| LCPI | TARGUS GROUP INTERNATIONAL, INC. | SATELLITE ASSET MGMT (MASTER) SATELLITE SENIOR INCOME FUND | | B | 7/16/2008 | USD | Rejected-Assumed with Modification |
| LCPI | US AIRWAYS GROUP 03-07 | HARTFORD INVESTMENT MGMT (MAST) HIGH YIELD HLS FUND | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | VISTEON 6.13.06 | CANDLEWOOD CAPITAL PARTNERS CREDIT SUISSE CANDLEWOOD SPECIAL SITUATION MASTER FUND LTD | | B | 8/5/2008 | USD | Assumed with Modification |
| LCPI | VISTEON 6.13.06 | FEINGOLD O'KEEFFE CAPITAL MTR DISTRESSED LOAN MASTER FUND LTD | | B | 6/20/2008 | USD | Assumed with Modification |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | FEINGOLD O'KEEFFE MASTER FUND LTD | | B | 6/20/2008 | USD | Assumed with Modification |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | R3 CAPITAL MANAGEMENT, LP RRR LOAN FUNDING TRUST | | B | 7/10/2008 | USD | Assumed with Modification |
| LCPI | WR GRACE & CO.-CONN. | R3 CAPITAL MANAGEMENT, LP RRR LOAN FUNDING TRUST | | B | 8/27/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | ORE HILL PARTNERS LLC HUB FUND LTD | | | 7/9/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | BARCLAYS BANK PLC | B1 | B | 8/26/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | BARCLAYS BANK PLC | B2 | B | 8/26/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | CREDIT SUISSE INTERNATIONAL | B1 | B | 7/7/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | CREDIT SUISSE INTERNATIONAL | B2 | B | 7/7/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | KING'S CROSS ASSET FUNDING 2 S.A.R.L. | A1 | B | 7/15/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | KING'S CROSS ASSET FUNDING 2 S.A.R.L. | A2 | B | 7/15/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | BARCLAYS BANK PLC | D | B | 8/21/2008 | USD | Assumed with Modification |

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPIUK | AVIO SENIOR (14DEC06) | BLACKROCK LIMITED DURATION INCOME TRUST | B2 USD | S | 4/18/2008 | USD | Assumed with Modification |
| LCPIUK | AVIO SENIOR (14DEC06) | BLACKROCK LIMITED DURATION INCOME TRUST | C2 USD | S | 4/18/2008 | USD | Assumed with Modification |
| LCPIUK | BCM IRELAND HOLDINGS LIMITED | POLYGON KINGS CROSS ASSET FUNDING 17 S.A.R.L. | D | B | 9/4/2008 | EUR | Assumed with Modification |
| LCPIUK | GALA (OCT 05) | CITADEL KINGS CROSS ASSET FUNDING 2 S.A.R.L | A | S | 2/8/2008 | GBP | Assumed with Modification |
| LCPIUK | INEOS GROUP LIMITED | GOLDMAN SACHS CREDIT PARTNERS LP | B1 | B | 7/4/2008 | EUR | Assumed with Modification |
| LCPIUK | INEOS GROUP LIMITED | GOLDMAN SACHS CREDIT PARTNERS LP | C1 | B | 7/4/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA MEZZ (2MAR07) PROSIEBEN HOLDCO | GREYWOLF CAPITAL MGT. (MSTR) OVERSEAS FUND | Mezzanine | S | 7/29/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA MEZZ (2MAR07) PROSIEBEN HOLDCO | GREYWOLF CAPITAL PARTNERS II, LP | Mezzanine | S | 7/29/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | GOLDMAN SACHS CREDIT PARTNERS LP | B1 | B | 8/12/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | GOLDMAN SACHS CREDIT PARTNERS LP | C1 | B | 8/12/2008 | EUR | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | MARATHON ASSET MANAGEMENT, LLC SPECIAL OPPORTUNITY MASTER FUND LTD | B1 | B | 4/1/2008 | GBP | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | MARATHON ASSET MANAGEMENT, LLC SPECIAL OPPORTUNITY MASTER FUND LTD | B2 | B | 4/1/2008 | GBP | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | MARATHON ASSET MANAGEMENT, LLC SPECIAL OPPORTUNITY MASTER FUND LTD | B5 | B | 4/1/2008 | GBP | Assumed with Modification |
| LCPIUK | NYCOMED HOLDING A/S | MARATHON ASSET MANAGEMENT, LLC SPECIAL OPPORTUNITY MASTER FUND LTD | B6 | B | 4/1/2008 | GBP | Assumed with Modification |
| LCPIUK | NYCOMED HOLDING A/S | CENTAURUS CAPITAL UK DEUTSCHE BANK AG LONDON BRANCH | B1 | B | 8/11/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | CENTAURUS CAPITAL UK DEUTSCHE BANK AG LONDON BRANCH | C1 | B | 8/11/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT SPECIAL OPPORTUNITIES MANAGED ACCOUNT, LP | B1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT VALUE INVESTMENT MASTER FUND, LTD | B1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT STRATEGIC VALUE MASTER FUND, LTD | B1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT SPECIAL OPPORTUNITIES MANAGED ACCOUNT, LP | B2 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT VALUE INVESTMENT MASTER FUND, LTD | B2 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT STRATEGIC VALUE MASTER FUND, LTD | B2 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT SPECIAL OPPORTUNITIES MANAGED ACCOUNT, LP | C1 | B | 7/31/2008 | USD | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT VALUE INVESTMENT MASTER FUND, LTD | C1 | B | 7/31/2008 | USD | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT STRATEGIC VALUE MASTER FUND, LTD | C2 | B | 7/31/2008 | USD | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT SPECIAL OPPORTUNITIES MANAGED ACCOUNT, LP | C2 | B | 7/31/2008 | USD | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT STRATEGIC VALUE MASTER FUND, LTD | C2 | B | 7/31/2008 | USD | Assumed with Modification |

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPIUK | WIND PIK FACILITY | CENTAURUS CAPITAL UK DEUTSCHE BANK AG LONDON BRANCH | PIK | B | 9/11/2008 | USD | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | CENTAURUS CAPITAL UK DEUTSCHE BANK AG LONDON BRANCH | PIK | B | 9/5/2008 | EUR | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | CITADEL HORIZON SARL | PIK | B | 8/27/2008 | EUR | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | TISBURY CAPITAL JPMORGAN CHASE & CO. | PIK | B | 8/29/2008 | EUR | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | TISBURY CAPITAL JPMORGAN CHASE & CO. | PIK | B | 9/2/2008 | EUR | Assumed with Modification |

Footnotes:
1 Block trade allocation