Ana M. Alfonso (AA 9490)
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Telephone:  (212) 836-8000
Facsimile: (212) 836-8689

*Attorneys for the Entities listed on Exhibit A
hereto*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                              :
**In re**                                                     :          **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*                   :          **08-13555 (JMP)**
                                                              :
                                  **Debtors.**                :          **(Jointly Administered)**
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**VERIFIED STATEMENT OF KAYE SCHOLER LLP PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)**

Kaye Scholer LLP ("Kaye Scholer"), as attorneys for the entities listed on

Exhibit A hereto (each, an "Entity," and collectively, the "Entities") in connection with

the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc. and its debtor

affiliates (together, the "Debtors"), hereby submits this verified statement (the "Verified

Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019(a).

1.      Kaye Scholer is counsel to the Entities in the above-captioned

cases.  The address of Kaye Scholer for purposes of this statement is 425 Park Avenue,

New York New York 10022.

2.      Exhibit A sets forth the mailing address for each Entity.

3.      Each Entity may hold claims against and/or interests in the Debtors

arising out of applicable agreements, law or equity pursuant to such Entity's relationships

with the Debtors.

        4.      The specific nature and amounts of any claims held by the Entities will be set forth in proofs of claim filed against the Debtors' estates.

        5.      Each of the Entities separately requested that Kaye Scholer represent it in connection with the Debtors' chapter 11 cases.

        6.      Upon information and belief, Kaye Scholer may possess or hold claims against the Debtors that may be the subject of a proof of claim to be filed at a later date.

        7.      The undersigned hereby verifies under oath that the foregoing information is true and accurate, to the best of the undersigned's knowledge and belief. Kaye Scholer reserves the right to revise and supplement this Verified Statement.

Dated:  December 15, 2008
       New York, New York

                                       KAYE SCHOLER LLP

                                    */s/Ana M. Alfonso*
                                    Ana M. Alfonso (AA 9490)
                                    425 Park Avenue
                                    New York, New York 10022
                                    Telephone:  (212) 836-8000
                                    Facsimile: (212) 836-8689

                                    *Attorneys for the Entities listed on Exhibit A hereto*

**EXHIBIT A**

1. **Bank of America, N.A.**
   **Attn: Deborah B. Story**
   **50 N. Laura Street**
   **Suite 1700**
   **Jacksonville, FL 32210**

2. **Banco Popular, S.A.**
   **Juan Hormaechea, Esq.**
   **c/o Ashurst LLP**
   **Alcala, 44**
   **Madrid 28014**

3. **Beeland Interests, Inc.**
   **Attn:  James Beeland Rogers, Jr.**
   **150 West Flagler Street, Suite 1400**
   **Miami, FL  33130**

4. **Caisse de dépôt et placement du Québec**
   **Center CDP Capital**
   **1000, place Rue Jean-Paul Riopelle**
   **Montreal Canada H2Z 2B3**

5. **Galliard Capital Management**
   **c/o Wells Fargo Bank**
   **Attn: Legal Department**
   **45 Fremont Street 26th Floor**
   **SF CA 94105**

6. **Miller Tabak & Co. LLC**
   **331 Madison Avenue**
   **12th Floor**
   **New York, NY 10017**

7. **Spanish Broadcasting System, Inc.**
   **2601 South Bayshore Drive**
   **Coconut Grove, Florida 33133**

8. **Total Gas & Power Limited**
   **10 Upper Bank Street**
   **Canary Wharf**
   **London UK E-14 5BF**

9.  **Wells Fargo Bank, N.A. and Wells Fargo & Company**
    **Attn: Legal Department**
    **45 Fremont Street 26th Floor**
    **SF CA 94105**