UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                       :
                                                               :    Case No. 08-13555 (JMP)
                              Debtors.                         :
                                                               :    Jointly Administered
---------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE**, that the law firm of Pillsbury Winthrop Shaw Pittman LLP will be substituted as counsel of record for Pyrrhuloxia, LP, in place of the firm of Gardere Wynne Sewell LLP, outgoing counsel, in the above-captioned case.


| | |
|---|---|
| /s/ Patrick J. Potter | /s/John P. Melko |
| Patrick J. Potter | John P. Melko |
| (pending *pro hac vice* admission) | Gardere Wynne Sewell LLP |
| Pillsbury Winthrop Shaw Pittman LLP | 1000 Louisiana, Suite 3400 |
| 2300 N Street, NW | Houston, TX 77002 |
| Washington, D.C. 20037 | Tel: (713) 276-5500 |
| Tel: 202-663-8000 | Fax: (713) 276-5555 |
| Fax: 202-663-8007 | |

-and-

Gianni Dimos (GD-7496)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Tel: (212) 858-1000
Fax: (212) 858-1500

401062367v1