ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704
Telephone:  212.596.9000
Facsimile:  212.596-9090
Mark I. Bane (MB-4883)
Keith H. Wofford (KW-2225)
Nila W. Williams (NW-5969)

ROPES & GRAY LLP
One International Place
Boston, Massachusetts  02110
Telephone: 617.951.7000
Facsimile: 617.951.7050
Shuba Satyaprasad (SS-5875)
D. Ross Martin (DM-2947) (of counsel)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**VERIFIED STATEMENT OF ROPES & GRAY LLP
PURSUANT TO RULE 2019 OF THE
<u>FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

Ropes & Gray LLP ("<u>Ropes</u>"), as counsel to the entities listed on <u>Exhibit</u> <u>A</u> hereto (collectively, the "<u>Entities</u>"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc. and related subsidiaries and affiliates, including Lehman Commercial Paper Inc. and Lehman Brothers Special Financing Inc. (collectively, the "<u>Debtors</u>"), makes the following statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

1

1. Ropes is counsel to the Entities in the above-captioned cases. The address of Ropes for purposes of this statement is: One International Place, Boston, MA 02110 and 1211 Avenue of the Americas, New York, NY 10036-8704.

2. The mailing address for each of the Entities is listed on Exhibit A hereto.

3. Each of the Entities is a party in interest and may hold claims against and/or interests in the Debtors arising out of the applicable agreements, law or equity pursuant to their relationship with the Debtors, individually and/or collectively, as applicable.

4. The specific nature of claims held by the Entities will be set forth in proofs of claim filed against the Debtors' estates by each of the Entities, to the extent that each respective Entity's claims are not set forth in the Debtors' schedules or are otherwise addressed prior to the filing of any proof of claim.

5. The following are the facts and circumstances in connection with Ropes' employment in these cases. Ropes represented certain of the Entities prior to the commencement of the first of the Debtors' chapter 11 cases, others retained Ropes in connection with these cases. Each of the Entities separately requested that Ropes represent them in connection with the Debtors' chapter 11 cases. Ropes also represents some of the Entities on matters unrelated to these cases.

6. The Entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Ropes' representation of such Entities.

7. Ropes also represents or advises, or may have represented or advised other parties in interest with respect to the cases that have not been included in the Statement because the parties that Ropes represents do not currently intend to appear in the cases or such

representations have been concluded. These parties in interest include commercial and investment banks, private equity and hedge funds, and other financial institutions, exchanges, and clearing organizations that are parties to various agreements with the Debtors.

8. Ropes will supplement this Statement as necessary.


Dated: December 15, 2008
　　　New York, New York

ROPES & GRAY LLP

_____
Mark I. Bane (MB-4883)
Keith H. Wofford (KW-2225)
Nila W. Williams (NW-5969)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212.596.9000
Facsimile: 212.596.9090

Shuba Satyaprasad (SS-5875)
D. Ross Martin (DM-2947) (of counsel)
One International Place
Boston, Massachusetts 02110
Telephone: 617.951.7000
Facsimile: 617.951.7050

I, Mark I. Bane, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the foregoing Statement are true and correct to the best of my knowledge, information and belief.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Mark I. Bane
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark I. Bane (MB-4883)

Executed this 15th day of December, 2008.

1

## EXHIBIT A

Putnam Premier Income Trust
One Post Office Square
Boston, MA  02110

Putnam Master Intermediate Income Trust
One Post Office Square
Boston, MA  02110

Putnam Variable Trust, Putnam Floating Rate Income Fund
One Post Office Square
Boston, MA  02110

Putnam Bank Loan Fund (Cayman) Master Fund
One Post Office Square
Boston, MA  02110

IG Putnam U.S. HighYield Income Fund
One Post Office Square
Boston, MA  02110

R3 Capital Management LLC
1271 Avenue of the Americas
New York, NY  10020

West Corporation
11808 Miracle Hills Drive
Omaha, NE  68154

Rye Select Brand Market XL Portfolio Limited[*]
Corporate Center at Rye
555 Theodore Fremd Avenue
Rye, NY  10580

Rye Select Broad Market Portfolio Limited*
Corporate Center at Rye
555 Theodore Fremd Avenue
Rye, NY  10580

---

[*] Rye Select Broad Market XL Portfolio Limited and Rye Select Broad Market Portfolio Limited are plaintiffs in the adversary proceeding captioned, *Rye Select Broad Market XL Portfolio Limited, Rye Select Broad Market Portfolio Limited v. Lehman Brothers Special Financing, Inc., Lehman Brothers Finance, SA and KBC Investments Limited*, Case No. 08-01624 (JMP).

1

Tremont Capital Management
Corporate Center at Rye
555 Theodore Fremd Avenue
Rye, NY 10580

AIB International Finance
Bankcentre,
Ballsbridge,
Dublin 4, Ireland
Contact: Office of the Company Secretary

THL Credit Partners, L.P.
100 Federal Street
Boston, MA 02110