UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                        :        Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,   :
                                                             :        Case No. 08-13555 (JMP)
                        Debtors.                       :
                                                             :        Jointly Administered
------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Pyrrhuloxia, LP ("Pyrrhuloxia"), hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> Patrick J. Potter
> Pillsbury Winthrop Shaw Pittman LLP
> 2300 N Street, NW
> Washington, D.C.  20037
> Tel:    202-663-8000
> Fax:    202-663-8007
> Email: patrick.potter@pillsburylaw.com

Please take further notice that under Section 1109(b) of the Bankruptcy Code, this request includes the notices and papers to which the Federal Rules of Bankruptcy Procedures refer, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case including Pyrrhuloxia with respect to: (a) the debtor; (b) property of the estate or proceeds thereof in which the debtor may claim an interest; or (c) property or proceeds thereof in possession, custody, or control of others

401062331v1

that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by Pyrrhuloxia.

Please take further notice that this notice is not a submission by Pyrrhuloxia to the jurisdiction of this Court and that neither this notice or any later appearance, pleading, claim, or suit shall waive (1) Pyrrhuloxia's rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) Pyrrhuloxia's right to a trial by jury in any proceeding so triable in this case or any case; (3) Pyrrhuloxia's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Pyrrhuloxia is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments Pyrrhuloxia expressly reserves.

Dated the 12th day of December, 2008

/s/ Patrick J. Potter
Patrick J. Potter
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C. 20037
Tel: 202-663-8000
Fax: 202-663-8007