STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman
Harold A. Olsen
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Deutsche Zentral-Genossenschaftsbank AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                         :    Case No. 08-13555 (JMP)
                                                                :
                                                     Debtor.    :    (Jointly Administered)
                                                                :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        : ss.:
COUNTY OF NEW YORK      )

      Mark R. Wojcik, being duly sworn, affirms and says:

      1.      I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

      2.      On December 12, 2008, affiant caused to be served true and correct copies of the *Notice of Presentment of Stipulation and Order Regarding Certain Options* (Docket No. 2183) via electronic mail upon the parties listed on Service List "A."

3. On December 12, 2008, affiant caused to be served true and correct copies of the

*Notice of Presentment of Stipulation and Order Regarding Certain Options* (Docket No.

2183), via Facsimile and/or Hand Delivery and/or Overnight Mil as indicated, upon the

parties listed on Service List "B."

                                          /s/ Mark R. Wojcik
                                          Mark R. Wojcik

Sworn to before me this
15th day of December, 2008

/s/ Ethel Earley
NOTARY PUBLIC

Ethel Earley
Notary Public, State of New York
No. 03-4650662
Qualified in Westchester County
Commission Expires March 30, 2011

# **EXHIBIT A**

richard.krasnow@weil.com
lori.fife@weil.com
shai.waisman@weil.com
jacqueline.marcus@weil.com
giddens@hugheshubbard.com
kiplok@hugheshubbard.com
kobak@hugheshubbard.com
margolin@hugheshubbard.com
ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
efleck@milbank.com
paronzon@milbank.com
gbray@milbank.com
Robert.yalen@usdoj.gov
tarbit@cftc.gov
rwasserman@cftc.gov
danna.drori@usdoj.gov
gauchb@sec.gov
sharbeck@sipc.org
jwang@sipc.org
newyork@sec.gov
bambacha@sec.gov
jacobsonn@sec.gov
cohena@sec.gov
jbromley@cgsh.com
lschweitzer@cgsh.com
lgranfield@cgsh.com
ctatelbaum@adorno.com
adg@adorno.com
mstamer@akingump.com
pdublin@akingump.com
mlahaie@akingump.com
lisa.kraidin@allenovery.com
Ken.Coleman@allenovery.com
daniel.guyder@allenovery.com
mgreger@allenmatkins.com
jtimko@allenmatkins.com
s.minehan@aozorabank.co.jp
k4.nomura@aozorabank.co.jp
grosenberg@co.arapahoe.co.us
hirsh.robert@arentfox.com
angelich.george@arentfox.com

giaimo.christopher@arentfox.com
carter.hunter@arentfox.com
scousins@armstrongteasdale.com
sehlers@armstrongteasdale.com
dladdin@agg.com
frank.white@agg.com
neal.mann@oag.state.ny.us
peter@bankrupt.com:
ffm@bostonbusinesslaw.com:
mpucillo@bermanesq.com
wzoberman@bermanesq.com
aoberry@bermanesq.com:
sean@blbglaw.com
davids@blbglaw.com
dbarber@bsblawyers.com
jeffrey.sabin@bingham.com
ronald.silverman@bingham.com
steven.wilamowsky@bingham.com
sabin.willett@bingham.com
jeffrey.sabin@bingham.com
robert.dombroff@bingham.com
steven.wilamowsky@bingham.com
mark.deveno@bingham.com
jeffrey.sabin@bingham.com
ronald.silverman@bingham.com
joshua.dorchak@bingham.com
elobello@blankrome.com
AMcMullen@BoultCummings.com
monica.lawless@brookfieldproperties.com
dludman@brownconnery.com
schristianson@buchalter.com
christopher.schueller@bipc.com
timothy.palmer@bipc.com
fishere@butzel.com
sidorsky@butzel.com
deryck.palmer@cwt.com
john.rapisardi@cwt.com
george.davis@cwt.com
gary.ticoll@cwt.com
howard.hawkins@cwt.com
ellen.halstead@cwt.com
israel.dahan@cwt.com
mark.ellenberg@cwt.com
howard.hawkins@cwt.com
hanh.huynh@cwt.com
ellen.halstead@cwt.com

howard.hawkins@cwt.com
ellen.halstead@cwt.com
sgordon@cahill.com
jlevitin@cahill.com
Thomas_Noguerola@calpers.ca.gov
owllady@hughes.net
wanda.goodloe@cbre.com
dlemay@chadbourne.com
hseife@chadbourne.com
arosenblatt@chadbourne.com
spiotto@chapman.com
acker@chapman.com
heiser@chapman.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
maofiling@cgsh.com
jennifer.demarco@cliffordchance.com
Andrew.Brozman@cliffordchance.com
Lmay@coleschotz.com
Jdrucker@coleschotz.com
eschwartz@contrariancapital.com
mmurphy@co.sanmateo.ca.us
mhopkins@cov.com
dcoffino@cov.com
araboy@cov.com
RLevin@cravath.com
RTrust@cravath.com
jlipson@crockerkuno.com
ttracy@crockerkuno.com
judy.morse@crowedunlevy.com
jcarberry@cl-law.com
karen.wagner@dpw.com
avi.gesser@dpw.com
james.mcclammy@dpw.com
mcto@debevoise.com
macronin@debevoise.com
glenn.siegel@dechert.com
donald.badaczewski@dechert.com
mbienenstock@dl.com
jliu@dl.com
tkarcher@dl.com
pwright@dl.com
esmith@dl.com
igoldstein@dl.com
wheuer@dl.com
ADiamond@DiamondMcCarthy.com

SLoden@DiamondMcCarthy.com
timothy.brink@dlapiper.com
matthew.klepper@dlapiper.com
thomas.califano@dlapiper.com
john.mcnicholas@dlapiper.com
karol.denniston@dlapiper.com
deborah.saltzman@dlapiper.com
joseph.scordato@dkib.com
robert.malone@dbr.com
douglas.mcgill@dbr.com
stephanie.wickouski@dbr.com
kristin.going@dbr.com
brendalblanks@eaton.com
ezujkowski@emmetmarvin.com
aentwistle@entwistle-law.com j
whitman@entwistlelaw.com
jbeemer@entwistle-law.com
jporter@entwistle-law.com
sgubner@ebg-law.com
cweber@ebg-law.com
shari.leventhal@ny.frb.org
sfelderstein@ffwplaw.com ppascuzzi@ffwplaw.com
charles@filardi-law.com
pwirt@ftportfolios.com
dheffer@foley.com
jlee@foley.com
MSchleich@fraserstryker.com
ahammer@freebornpeters.com
deggert@freebornpeters.com
peter.simmons@friedfrank.com
brian.pfeiffer@friedfrank.com
mitchell.epner@friedfrank.com
efriedman@friedumspring.com
jmerva@fult.com
dcrapo@gibbonslaw.com
mrosenthal@gibsondunn.com
jweiss@gibsondunn.com
aseuffert@lawpost-nyc.com
tnixon@gklaw.com
 jherzog@gklaw.com
jwallack@goulstonstorrs.com
drosner@goulstonstorrs.com
gkaden@goulstonstorrs.com
brian_corey@gtservicing.com
weissjw@gtlaw.com
tannweiler@greerherz.com

jschwartz@hahnhessen.com
jorbach@hahnhessen.com
rmatzat@hahnhessen.com
wbenzija@halperinlaw.net
jdyas@halperinlaw.net
agold@herrick.com
sselbst@herrick.com
ramona.neal@hp.com
anne.kennelly@hp.com
ken.higman@hp.com
SGross@HodgsonRuss.com
isgreene@hhlaw.com
sagolden@hhlaw.com
dckaufman@hhlaw.com
peter.zisser@hklaw.com
richard.lear@hklaw.com
sandra.mayerson@hklaw.com
john.monaghan@hklaw.com
brad.dempsey@hro.com
lawrence.bass@hro.com
mmendez@hunton.com
cweiss@ingramllp.com
teresa.oxford@invescoaim.com
jowen769@yahoo.com
dfriedman@kasowitz.com
drosner@kasowitz.com
aglenn@kasowitz.com
snewman@katskykorins.com
lattard@kayescholer.com
mschonholtz@kayescholer.com
aalfonso@kayescholer.com
lattard@kayescholer.com
KDWBankruptcyDepartment@kelleydrye.com
mpage@kelleydrye.com
rwynne@kirkland.com
jkurtzman@klehr.com
jay@kleinsolomon.com
jjureller@klestadt.com
michael.kim@kobrekim.com
robert.henoch@kobrekim.com
andrew.lourie@kobrekim.com
steven.perlstein@kobrekim.com
ian.levy@kobrekim.com
tmayer@kramerlevin.com
boneill@kramerlevin.com
acaton@kramerlevin.com

pbentley@kramerlevin.com
gnovod@kramerlevin.com
ekbergc@lanepowell.com
keith.simon@lw.com
david.heller@lw.com
douglas.bacon@lw.com
peter.gilhuly@lw.com
gabriel.delvirginia@verizon.net
sheehan@txschoollaw.com
wswearingen@llf-law.com
sfineman@lchb.com
dallas.bankruptcy@pulicans.com
austin.bankruptcy@publicans.com
wcurchack@loeb.com
vrubinstein@loeb.com
dbesikof@loeb.com
omeca.nedd@lovells.com
chris.donoho@lovells.com
robin.keller@lovells.com
ilevee@lowenstein.com
krosen@lowenstein.com
vdagostino@lowenstein.com
ehorn@lowenstein.com
metkin@lowenstein.com
steele@lowenstein.com
twheeler@lowenstein.com
jprol@lowenstein.com
jhuggett@margolisedelstein.com
fhyman@mayerbrown.com
atrehan@mayerbrown.com
btrust@mayerbrown.com
jtougas@mayerbrown.com
atrehan@mayerbrown.com
agolianopoulos@mayerbrown.com
tkiriakos@mayerbrown.com
mmickey@mayerbrown.com
KReynolds@mklawnyc.com
matthew.dyer@prommis.com
eglas@mccarter.com
kmayer@mccarter.com
wtaylor@mccarter.com
phayden@mcguirewoods.com
sfox@mcguirewoods.com
dhayes@mcguirewoods.com
dswan@mcguirewoods.com
kmisken@mcguirewoods.com

tslome@msek.com
amarder@msek.com
jmazermarino@msek.com
sdnyecf@dor.mo.gov
steve.ginther@dor.mo.gov
davidwheeler@mvalaw.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
lberkoff@moritthock.com
jwishnew@mofo.com
jpintarelli@mofo.com
lmarinuzzi@mofo.com
glee@mofo.com
twatanabe@mofo.com
KOstad@mofo.com
TGoren@mofo.com
GLee@mofo.com
JPintarelli@mofo.com
lnashelsky@mofo.com
BMiller@mofo.com
bankruptcy@morrisoncohen.com
rmunsch@munsch.com
Klippman@munsch.com
masaki_konishi@noandt.com
Millee12@nationwide.com
susan.schultz@newedgegroup.com
ddrebsky@nixonpeabody.com
adarwin@nixonpeabody.com
cdesiderio@nixonpeabody.com
mberman@nixonpeabody.com
bankruptcymatters@us.nomura.com
info2@normandyhill.com
krubin@ozcap.com
jeremy.eiden@state.mn.us
dirk.roberts@ots.treas.gov
martin.davis@ots.treas.gov
akantesaria@oppenheimerfunds.com
rdaversa@orrick.com
crogers@orrick.com
weguchi@orrick.com
jguy@orrick.com
korr@orrick.com
dfelder@orrick.com
rfrankel@orrick.com
rwyron@orrick.com
jguy@orrick.com

lmcgowen@orrick.com
rdaversa@orrick.com
crogers@orrick.com
wsilverm@oshr.com
pfeldman@oshr.com
dwdykhouse@pbwt.com
bguiney@pbwt.com
harveystrickon@paulhastings.com
hweg@pwkllp.com
dshemano@pwkllp.com
albaugh.colin@pbgc.gov
eagle.sara@pbgc.gov
efile@pbgc.gov
kressk@pepperlaw.com
 kovskyd@pepperlaw.com
wisotska@pepperlaw.com
arlbank@pbfcm.com
david.crichlow@pillsburylaw.com
bill.freeman@pillsburylaw.com
mark.houle@pillsburylaw.com
splatzer@platzerlaw.com
dflanigan@polsinelli.com
jbird@polsinelli.com
cward@polsinelli.com
jsmairo@pbnlaw.com
tjfreedman@pbnlaw.com
bbisignani@postschell.com
fbp@ppgms.com lml@ppgms.com
rfleischer@pryorcashman.com
mjacobs@pryorcashman.com
drose@pryorcashman.com
roberts@pursuitpartners.com
susheelkirpalani@quinnemanuel.com
jamestecce@quinnemanuel.com
scottshelley@quinnemanuel.com
jrabinowitz@rltlawfirm.com
broy@rltlawfirm.com
prachmuth@reedsmith.com
kgwynne@reedsmith.com
jfalgowski@reedsmith.com
lalshibib@reedsmith.com
eschaffer@reedsmith.com
mvenditto@reedsmith.com
jshickich@riddellwilliams.com
gmoss@riemerlaw.com
abraunstein@riemerlaw.com

ecohen@russell.com
Russj4478@aol.com
fred.berg@rvblaw.com
mschimel@sju.edu
cmontgomery@salans.com
lwhidden@salans.com
cbelmonte@ssbb.com
tbrock@ssbb.com
pbosswick@ssbb.com
asnow@ssbb.com
aisenberg@saul.com
jkehoe@sbtklaw.com
bhinerfeld@sbtklaw.com
cohenr@sewkis.com
ashmead@sewkis.com
sheakkorzun@comcast.net
fsosnick@shearman.com
jgarrity@shearman.com
ned.schodek@shearman.com
ann.reynaud@shell.com
jennifer.gore@shell.com
jhs7@att.net
cshulman@sheppardmullin.com
rreid@sheppardmullin.com
mcademartori@sheppardmullin.com
bankruptcy@goodwin.com
Sally.Henry@skadden.com
slerner@ssd.com
r.stahl@stahlzelloe.com
stan@smehaffey.com
Marc.Chait@standardchartered.com
echang@steinlubin.com
jlovi@steptoe.com
lromansic@steptoe.com
ritkin@steptoe.com
kpiper@steptoe.com
cs@stevenslee.com
cp@stevenslee.com
apo@stevenslee.com
dclark@stinson.com
ppatterson@stradley.com
mcordone@stradley.com
mdorval@stradley.com
mcordone@stradley.com
ppatterson@stradley.com
mcordone@stradley.com

Landon@StreusandLandon.com
Streusand@StreusandLandon.com
mspeiser@stroock.com
smillman@stroock.com
lacyr@sullcrom.com
 feldsteinh@sullcrom.com
paul.turner@sutherland.com
mark.sherrill@sutherland.com
agbankny@ag.tn.gov
ranjit.mather@bnymellon.com
robert.bailey@bnymellon.com
mmorreale@us.mufg.jp
akihiko_yagyuu@chuomitsui.jp
CMTB_LC11@chuomitsui.jp
yamashiro@sumitomotrust.co.jp
bruce.ortwine@sumitomotrust.co.jp
efile@willaw.com
ira.herman@tklaw.com
demetra.liggins@tklaw.com
rhett.campbell@tklaw.com
mitchell.ayer@tklaw.com
david.bennett@tklaw.com
amenard@tishmanspeyer.com
mbenner@tishmanspeyer.com
bturk@tishmanspeyer.com
nbannon@tishmanspeyer.com
oipress@travelers.com
hollace.cohen@troutmansanders.com
paul.deutch@troutmansanders.com
bmanne@tuckerlaw.com
btupi@tuckerlaw.com
mshiner@tuckerlaw.com
linda.boyle@twtelecom.com
dlipke@vedderprice.com
ezavalkoff-babej@vedderprice.com
mjedelman@vedderprice.com
dkleiner@velaw.com
hsnovikoff@wlrk.com rgmason@wlrk.com
jafeltman@wlrk.com
arwolf@wlrk.com
pnichols@whitecase.com
tmacwright@whitecase.com
avenes@whitecase.com
ehollander@whitecase.com
azylberberg@whitecase.com
dbaumstein@whitecase.com r

graham@whitecase.com
szuch@wiggin.com
mabrams@willkie.com
schapman@willkie.com
bromano@willkie.com
jketten@wilkie.com
rnetzer@willkie.com
dkozusko@willkie.com
jmcginley@wilmingtontrust.com
Jbecker@wilmingtontrust.com
cschreiber@winston.com
dmcguire@winston.com
mkjaer@winston.com
dravin@wolffsamson.com
rnies@wolffsamson.com
Robert.Holladay@youngwilliams.com
gschiller@zeislaw.com

## **EXHIBIT B**

### **Service List**

*Via Facsimile and Hand Delivery*
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
212-668-2255
212-668-2256

*Via Facsimile*
Brian Masumoto, Esq.
Linda Rifkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
212-668-2255
212-668-2256

*Via Facsimile and Overnight Mail*
Assistant United States Attorney, SDNY
Attn: Robert Yalen, Esq.
86 Chambers Street, 3rd Floor
New York, NY 10007
212-637-2717

*Via Facsimile and Overnight Mail*
Commodity Futures Trading Commission
Terry S. Arbit
Three Lafayette Centre
1155 21st St, NW
Washington, DC 20581
202-418-5524

*Via Facsimile and Overnight Mail*
Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007
212-436-1931

*Via Facsimile and Overnight Mail*
Office of the Atty. General of the State of NY
New York Office
120 Broadway
New York, NY 10271-0332
212-416-6042

*Via Facsimile and Overnight Mail*
Securities Investor Protection Corporation
805 15th Street, N.W.
Suite 800
Washington, DC 20005-2215
202-371-6728

*Via Facsimile*
U.S. Securities and Exchange Commission
Mark Schonfeld, Regional Director
212-336-1322

*Via Facsimile*
U.S Securities and Exchange Commission
Alistair Bamback
212-336-1348

*Via Facsimile*
U.S Securities and Exchange Commission
Neal Jacobson
212-336-1348

*Via Facsimile*
US Securities and Exchange Commission
Alexander F. Cohen
202-772-9200

*Via Overnight Mail*
Tennessee Department of Revenue
C/O TN Attorney General's Office
Bankruptcy Div.
P.O. Box 20207
Nashville, TN 37202-0207

*Via Overnight Mail*
Office of The United States Attorney
Attn: Danna Drori
One St. Andrews Plaza
New York, NY 10007

*Via Overnight Mail*
Attorney General of the State of New York
Attn: Neal S. Mann, Assistant Attorney General
120 Broadway, 24th Floor
New York, NY 10271

*Via Facsimile and Overnight Mail*
Commodity Futures Trading Commission
Robert B. Wasserman
Three Lafayette Centre
1155 21st St, NW
Washington, DC 20581
202-418-5547

*Via Overnight Mail*
Securities and Exchange Commission
Attn: Bonnie L. Gauch
Division of Market Regulation
450 5th Street, NW
Washington, DC 20549-1001