**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Leo T. Crowley (LC-1311)
Erica Carrig (EC-2096)
1540 Broadway
New York, NY  10036-4039
Phone:  212-858-1000
Facsimile:  212-858-1500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    Case No. 08-13555 (JMP)
                                              :
    Debtors.                                 :    (Jointly Administered)
                                              :
------------------------------------------------------------------------x

**VERIFIED STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

    Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") hereby submits this verified statement (the "Verified Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019(a), and states as follows:

    1.    Pillsbury represents the entities listed on Exhibit A annexed hereto (collectively, the "Entities"), who may hold claims against and/or interests in the above-captioned debtors or Lehman Brothers Inc. (collectively, the "Debtors") arising out of applicable agreements, law, or equity, pursuant to their respective relationships with the Debtors.

    2.    The specific nature and amounts of the claims held by the Entities may be set forth in proofs of claims or other pleadings filed in the Debtors' bankruptcy cases.

3. Each of the Entities separately requested that Pillsbury represent them in connection with the Debtors' bankruptcy cases. Pillsbury may also represent the Entities on matters unrelated to these cases.

4. Pre-petition, Pillsbury had provided legal services to certain of the Debtors. As of the date hereof, Pillsbury holds claims against certain Debtor entities for unpaid legal fees. Pillsbury reserves all rights to assert and file any claims that are known presently and those that may be identified in the future.

5. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Pillsbury reserves the right to revise and supplement this Verified Statement.

Dated: December 15, 2008
      New York, New York

                        **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                        By:   /s/ Leo T. Crowley

                        Leo T. Crowley (LC-1311)
                        Erica Carrig (EC-2096)
                        1540 Broadway
                        New York, NY 10036-4039
                        Phone: 212-858-1000
                        Facsimile: 212-858-1500

# **EXHIBIT A**

1. Misys IQ LLC and Summit Systems, Inc.
   1180 Avenue of the Americas
   New York, NY 10036

2. Keane, Inc.
   210 Porter Drive
   Suite 315
   San Ramon, CA  94583

3. Shinkin Central Bank
   114 West 47th Street, #2420
   New York, NY 10036

4. Union Bank of California, N.A.
   445 S. Figueroa Street, 4th Floor
   Los Angeles, CA 90017

5. Grupo Televisa S.A.
   AV. Vasco De Quiroga 2000
   Edif. A 3 Piso
   Col. Santa Fe
   Mexico

6. Mizuho Trust & Banking Co. (USA)
   135 West 50th Street, 16th Floor
   New York, NY 10020

7. CPMG, Inc.
   2100 McKinney Avenue
   Suite 1770
   Dallas, TX  75201

8. Canyon Country Communities, L.P.
   c/o RHC Communities
   17541 17th Street
   Tustin, CA 92780

9. Embarcadero Aircraft Securitization Trust
   1100 North Market Street
   Rodney Square North
   Wilmington, Delaware  19890

10. Pyrrhuloxia, LP
    2100 McKinney, Suite 1770
    Dallas, Texas 75201