UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

    Debtors.

: Chapter 11 Case No.
:
: 08-13555 (JMP)
:
: (Jointly Administered)

---

## CERTIFICATE OF SERVICE

  I hereby certify that on the 12th day of December, 2008, I caused a true and correct copy of the Objection of Dragon Coer II-D to Cure Amount Set Forth in the December 4, 2008 Letter From Barclays Capital Inc. (the "Objection") to be served via electronic transmission on the parties set forth on list attached hereto.

  On December 12, 2008, I also caused the Objection to be served via facsimile on the following:

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Attn: Lori R. Fife and Shai Y. Waisman | Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Attn: Tracy Hope Davis |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn: Lindsee P. Granfield and<br>Lisa M. Schweitzer | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn: Dennis F. Dunne, Luc A. Despins, and<br>Wilbur F. Foster, Jr. |

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: James B. Kobak, David Wiltenburg
and Jeff Margolin

          /s/Mark J. Dorval
          Mark J. Dorval
          STRADLEY RONON STEVENS & YOUNG, LLP
          2600 One Commerce Square,
          Philadelphia, PA 19103-7098
          (215) 564-8000 – phone
          (215) 564-8120 – fax

          Attorneys for Dragon Coer II-D

                B # 872594 v.1

**From:** nysbinfo@nysb.uscourts.gov [mailto:nysbinfo@nysb.uscourts.gov]
**Sent:** Friday, December 12, 2008 6:21 PM
**To:** courtmail@nysb.uscourts.gov
**Subject:** 08-13555-jmp Objection

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* **You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Dorval, Mark J. entered on 12/12/2008 at 6:20 PM and filed on 12/12/2008

**Case Name:**        Lehman Brothers Holdings Inc.
**Case Number:**     08-13555-jmp
**Document Number:** 2196

**Docket Text:**
Objection *of Dragon Coer II-D to Cure Amount Set Forth in the December 4, 2008 Letter from Barclays Capital Inc.* filed by Mark J. Dorval on behalf of Dragon Coer II-D. Objections due by 12/14/2008, (Dorval, Mark)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\NMO\Desktop\Objection (Dragon) .PDF

**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=12/12/2008] [FileNumber=7218958-0]
[282e8290598cd226ec3778a9f4813552e077be35dd65c2de4745f3021343ec5c7c11
06ed4c89a452de570c3b8a30ed187ed7816baad5e6b2c1163e0c4e5c0adf]]

**08-13555-jmp Notice will be electronically mailed to:**

Anne Marie Aaronson    aaronsoa@pepperlaw.com

Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker    acker@chapman.com

Luma Al-Shibib    lalshibib@reedsmith.com

Colin B. Albaugh    albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso    aalfonso@kayescholer.com

George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com

Tara B. Annweiler    tannweiler@greerherz.com

Rick Antonoff    rick.antonoff@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Bruce G. Arnold    barnold@whdlaw.com, jwells@whdlaw.com

John R. Ashmead    ashmead@sewkis.com

Lauren Attard    lattard@kayescholer.com, lattard@kayescholer.com;rcappiello@kayescholer.com;rrotman@kayescholer.com;philip.gross@kayescholer.com

Donald M. Badaczewski    donald.badaczewski@dechert.com

Helen Ball    hball@bradleyarant.com, hball@bradleyarant.com

William G. Ballaine    wballaine@lcbf.com

Elizabeth Banda    kwilliams@pbfcm.com

David M. Banker    dbanker@lowenstein.com

David L. Barrack    dbarrack@fulbright.com

Lawrence Bass    lawrence.bass@hro.com

Anne E. Beaumont    abeaumont@fklaw.com, lehman@fklaw.com

T. Scott Belden    sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer    hbeltzer@morganlewis.com

Evan J. Benanti    evan.benanti@bingham.com

Walter Benzija    wbenzija@halperinlaw.net

Leslie Ann Berkoff    lberkoff@moritthock.com

Mark N. Berman    mberman@nixonpeabody.com

Martin J. Bienenstock    martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Robert Jeffery Black    jeffery.black@bingham.com, pat.wright@bingham.com

Benjamin Blaustein    bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Michael V. Blumenthal    mblumenthal@crowell.com

Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi    maofiling@cgsh.com, cboccuzzi@cgsh.com

John S. Brannon    john.brannon@tklaw.com

Timothy W. Brink    timothy.brink@dlapiper.com

James L. Bromley    maofiling@cgsh.com

Andrew P. Brozman    andrew.brozman@cliffordchance.com

Martin G. Bunin    marty.bunin@alston.com

Michael G. Busenkell    mbusenkell@wcsr.com

Aaron R. Cahn    cahn@clm.com

Carollynn H.G. Callari    ccallari@venable.com

Donald F. Campbell    dcampbell@ghclaw.com

Sarah Campbell    scampbell@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

Matthew Allen Cantor    info2@normandyhill.com

John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com

Roy H. Carlin    rcarlin@breslowwalker.com

Lawrence F. Carnevale    bankruptcy@clm.com

James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman    maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com

Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Darrell W. Clark    dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Jared Riley Clark    jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements    agbanknewyork@ag.tn.gov

Ronald L. Cohen    cohenr@sewkis.com

Kenneth P. Coleman    kurt.vellek@allenovery.com, tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins    pcollins@farrellfritz.com

Christopher Combest    ccombest@quarles.com, fbf@quarles.com

Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com

Patrick M. Costello    pcostello@bbslaw.com

Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo    dcrapo@gibbonslaw.com

David A. Crichlow    dcrichlow@pillsburywinthrop.com

Maureen A. Cronin    macronin@debevoise.com, hsokolow@debevoise.com;dakazlow@debevoise.com;mao-ecf@debevoise.com

Leo T. Crowley    leo.crowley@pillsburylaw.com

Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com

Vincent D'Agostino    vdagostino@lowenstein.com

Israel Dahan    allison.dipasqua@cwt.com

Michael R. Dal Lago    bankruptcy@morrisoncohen.com

George A. Davis    wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net

John Dellaportas    dellajo@duanemorris.com

Bradford E. Dempsey    brad.dempsey@hro.com

Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Paul H. Deutch    paul.deutch@troutmansanders.com, harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing    ddiesing@whdlaw.com, lramirez@whdlaw.com

Christopher R. Donoho    chris.donoho@lovells.com, omeca.nedd@lovells.com;daniel.anstey@lovells.com

Joshua Dorchak    joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval    mdorval@stradley.com

Amish R. Doshi    adoshi@daypitney.com

Thomas Alan Draghi    tdraghi@westermanllp.com

Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy    tduffy@duffyandatkins.com, jatkins@duffyandatkins.com;dnolan@duffyandatkins.com;smartin@duffyandatkins.com

Matthew Dyer    BkMail@prommis.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman    mjedelman@vedderprice.com, ecf_nydocket@vedderprice.com

Daniel Eggermann    deggermann@kramerlevin.com

Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Weston T. Eguchi    weguchi@orrick.com

Susan K. Ehlers    sehlers@armstrongteasdale.com

Jeremy D. Eiden    jeremy.eiden@state.mn.us

Martin Eisenberg    Martin.Eisenberg@thompsonhine.com

Charles R. Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen     eleliasen@stoel.com, basargent@stoel.com

David S. Elkind     david.elkind@ropesgray.com, paul.lang@ropesgray.com

Mark C. Ellenberg     mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

David Elrod     delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Bertin C. Emmons     bemmons@sovereignbank.com

Michael R. Enright     menright@rc.com

Andrew J. Entwistle     aentwistle@entwistle-law.com, tmaloney@entwistle-law.com;mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;scasey@entwistle-law.com;jporter@entwistle-law.com

Michael S. Etkin     metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar     mfarquhar@winstead.com, whsu@winstead.com

Michael S. Feldberg     michael.feldberg@newyork.allenovery.com, laura.martin@newyork.allenovery.com

Matthew Allen Feldman     maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi     charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman     sfineman@lchb.com

Eric Fisher     fishere@butzel.com

Daniel J. Flanigan     dflanigan@polsinelli.com, tbackus@polsinelli.com

Charles H. Fleischer     cfleischer@ofqlaw.com

Robert M. Fleischer     rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics     martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox     sfox@mcguirewoods.com

Mark Freedlander     mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

David M. Friedman     courtnotices@kasowitz.com

Ellen A. Friedman     mmyles@friedumspring.com

Kenneth Friedman     kfriedman@manatt.com

Michael Friedman     mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Thomas M. Gaa     tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com

Jan B. Geller    jbgesq@bway.net

Anthony I. Giacobbe    agiacobbe@zeklaw.com

Steven D. Ginsburg    sdg@adorno.com, smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther    sdnyecf@dor.mo.gov

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jay M. Goffman    JGoffman@skadden.com

Andrew C. Gold    agold@herrick.com

Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net

Seth Goldman    seth.goldman@mto.com

Irena M. Goldstein    igoldstein@dl.com

Antonia Golianopoulos    agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

Peter S. Goodman    PGoodman@Andrews-Kurth.com, tdavidson@andrewskurth.com

Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield    maofiling@cgsh.com, lgranfield@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com

Ira S. Greene    isgreene@hhlaw.com, nduncan@hhlaw.com

Emanuel C. Grillo    egrillo@goodwinprocter.com

Steven T. Gubner    ecf@ebg-law.com

Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder    daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;tania.ingman@allenovery.com

Alan D. Halperin    ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Juandisha Harris    harrisjm@michigan.gov, holcombm@michigan.gov

Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Patrick L. Hayden     phayden@mcguirewoods.com

Dion W. Hayes     phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

James M. Heiser     heiser@chapman.com

Sally M. Henry     Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman     ira.herman@tklaw.com, orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman     Nherman@morganlewis.com

Robert M. Hirsh     hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Casey B. Howard     choward@lockelord.com

Frederick D. Hyman     fhyman@mayerbrownrowe.com, cwilliams-pugh@mayerbrownrowe.com

Adam H. Isenberg     aisenberg@saul.com

Robbin L. Itkin     ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

Steve Jakubowski     sjakubowski@colemanlawfirm.com

John J. Jolley     jay.jolley@kutakrock.com

Roger G. Jones     rjones@bccb.com

John E. Jureller     jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden     gkaden@goulstonstorrs.com

Richard S. Kanowitz     rkanowitz@cooley.com

Dimitri G. Karcazes     dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Diane J. Kasselman     dkasselman@kasselman-law.com

Elyssa Suzanne Kates     ekates@bakerlaw.com

Robin Elizabeth Keller     robin.keller@lovells.com, omeca.nedd@lovells.com

J. Michael Kelly     kellyjm@cooley.com

Kenneth J. Kelly     kkelly@ebglaw.com, nyma@ebglaw.com

Christopher K. Kiplok     kiplok@hugheshubbard.com

Paul Kizel     pkizel@lowenstein.com, jkramer@lowenstein.com;nStefanelli@lowenstein.com

Barry R. Kleiner    dkleiner@velaw.com

Howard Koh    hkoh@meisterseelig.com

Robert Kolodney    rkolodney@kanekessler.com

Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

Bryan Krakauer    bkrakauer@sidley.com, emcdonnell@sidley.com

Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman    jkurtzma@klehr.com

Paul J. Labov    plabov@eapdlaw.com

Darryl S. Laddin    bkrfilings@agg.com

Michael C. Lambert    mclambert@lawpost-nyc.com

Mark Landman    mlandman@lcbf.com

David P. Langlois    david.langlois@sablaw.com

Robert Laplaca    rlaplaca@levettrockwood.com

Francis J. Lawall    lawallf@pepperlaw.com

David M. LeMay    dlemay@chadbourne.com

Stephen D. Lerner    slerner@ssd.com

Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal    shari.leventhal@ny.frb.org

Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com

Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin    JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;NMarcantonio@cahill.com

Fredrick J. Levy    flevy@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com;mmarck@olshanlaw.com

Ian N. Levy    ian.levy@kobrekim.com

Richard Levy    rlevy@pryorcashman.com

Leo V. Leyva    lleyva@coleschotz.com

Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov   liebovd@sullcrom.com

Demetra Liggins   demetra.liggins@tklaw.com

Joanne K. Lipson   jlipson@crockerkuno.com, ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu   judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello   elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Stephen T. Loden   sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com

Sarah K. Loomis   loomis@hugheshubbard.com

Eric Lopez Schnabel   schnabel.eric@dorsey.com

Daniel A. Lowenthal   dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Donald K. Ludman   dludman@brownconnery.com

Alan Lungen   alungen@kasowitz.com, alungen@kasowitz.com

John S. Mairo   jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.

Christopher J. Major   cmajor@rc.com, tgorrell@rc.com

Robert K. Malone   robert.malone@dbr.com

Beverly Weiss Manne   bmanne@tuckerlaw.com

Julie A. Manning   bankruptcy@goodwin.com

Jacqueline Marcus   jacqueline.marcus@weil.com

Alan E. Marder   lgomez@msek.com

Jeffrey S. Margolin   margolin@hugheshubbard.com

Lorenzo Marinuzzi   lmarinuzzi@mofo.com

D. Ross Martin   ross.martin@ropesgray.com

Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;nrigan

Laurence May   lmay@coleschotz.com

Douglas Kirk Mayer     dkmayer@wlrk.com, dkmayer@wlrk.com

Kurt A. Mayr     kurt.mayr@bgllp.com

Jil Mazer-Marino     jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy     lehman.chapter11@dpw.com

Mark McDermott     mark.mcdermott@skadden.com

Daniel J. McGarry     dmcgarry@whdlaw.com, dkarns@whdlaw.com

Douglas J. McGill     douglas.mcgill@dbr.com

Frank McGinn     ffm@bostonbusinesslaw.com

Lorraine S. McGowen     lmcgowen@orrick.com

Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Austin L. McMullen     amcmulle@bccb.com

John P. Melko     jmelko@gardere.com

Michelle A. Mendez     mmendez@hunton.com

Michael T. Mervis     Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth     msteen@daypitney.com

Brett H. Miller     bmiller@mofo.com

Harvey R. Miller     harvey.miller@weil.com, garrett.fail@weil.com

Kenneth M. Misken     kmisken@mcguirewoods.com

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

Thomas J. Moloney     maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery     cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Joshua D. Morse     morsej@hbdlawyers.com

Judy Hamilton Morse     judy.morse@crowedunlevy.com

Steven T. Mulligan     smulligan@bsblawyers.com

David Neier     dneier@winston.com, dcunsolo@winston.com

Roger David Netzer     maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman    snewman@katskykorins.com

Robert E. Nies    rnies@wolffsamson.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry    eavila@bermanesq.com

Kalman Ochs    ochska@ffhsj.com

Matthew Olsen    molsen@morganlewis.com

Karen Ostad    kostad@mofo.com

Jody Michelle Oster    ECF.Oster@huntington.com

Alec P. Ostrow    apo@stevenslee.com

R. Stephen Painter    spainter@cftc.gov

Charles Palella    cpalella@kurzman.com

Deryck A. Palmer    deryck.palmer@cwt.com, allison.dipasqua@cwt.com

Charles N. Panzer    cpanzer@sillscummis.com

Steven W. Perlstein    steven.perlstein@kobrekim.com

Deborah J. Piazza    dpiazza@hodgsonruss.com

Thomas Pietrantonio    pietrantoniolaw@optonline.net

Andrea Pincus    apincus@reedsmith.com

Sydney G. Platzer    splatzer@platzerlaw.com

Frederick B. Polak    lml@ppgms.com

John N. Poulos    poulos@hugheshubbard.com

Constantine Pourakis    cp@stevenslee.com

Patricia Williams Prewitt    pprewitt@lockelord.com

William C. Price    wprice@mcguirewoods.com

Jeffrey D. Prol    jprol@lowenstein.com

Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy    araboy@cov.com

John J. Rapisardi    john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@cwt.com;scott.gre

Paul L. Ratelle    pratelle@fwhtlaw.com

Sophia Ree    sree@lcbf.com

Ira A. Reid    ira.a.reid@bakernet.com

Steven J. Reisman    sreisman@curtis.com,
webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes@curtis.com;cmanthei

Howard D. Ressler    hressler@diamondmccarthy.com

Kenneth A. Reynolds    kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume    arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards    mrichards@blankrome.com

Dirk S. Roberts    dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler    mroeschenthaler@mcguirewoods.com

Courtney Rogers    crogers@orrick.com

Elizabeth L. Rose    erose@herrick.com, erose@herrick.com

George Rosenberg    grosenberg@co.arapahoe.co.us

Jeffrey M. Rosenberg    jeff@kleinsolomon.com

Kermit A. Rosenberg    krosenberg@tighepatton.com

Edward M. Rosensteel    info@rosebeck.com

Jeffrey A. Rosenthal    maofiling@cgsh.com, aweaver@cgsh.com;stkaiser@cgsh.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com

Douglas B. Rosner    drosner@goulstonstorrs.com

Rene S. Roupinian     rroupinian@outtengolden.com

Barry J Roy     broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky     srutsky@proskauer.com

Jay G. Safer     jsafer@lockelord.com

Chester B. Salomon     cs@stevenslee.com

Diane W. Sanders     austin.bankruptcy@publicans.com

Lori K. Sapir     lsapir@ssghlaw.com

Shuba Satyaprasad     ssatyaprasad@akingump.com

Kim Sherrie Sawyer     gharnett@tlsgltd.com

Gregory B. Schiller     gschiller@zeislaw.com

Michael L. Schleich     mschleich@fslf.com

Carey D. Schreiber     cschreiber@winston.com

Christopher P. Schueller     christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman     dschulman@salans.com

Jeffrey L. Schwartz
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@

Lisa M. Schweitzer     lschweitzer@cgsh.com,
maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com

Brendan M. Scott     bscott@klestadt.com

Howard Seife     arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst     sselbst@herrick.com, courtnotices@herrick.com

Nolan E. Shanahan     nshanahan@coleschotz.com

Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Mark Sherrill     mark.sherrill@sablaw.com

Joseph E. Shickich     jshickich@riddellwilliams.com

Mark Shinderman     mark.shinderman@mto.com, paula.ayers@mto.com

Carren B. Shulman    cshulman@sheppardmullin.com

Glenn E. Siegel    Glenn.Siegel@dechert.com

Paul H. Silverman    PSilverman@mclaughlinstern.com

Peter L. Simmons    peter.simmons@friedfrank.com

Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome    lgomez@msek.com

Edward Smith    easmith@venable.com

Elizabeth Page Smith    esmith@llgm.com, strum@dl.com

Abigail Snow    asnow@ssbb.com

Eric J. Snyder    esnyder@sillerwilk.com

Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Brent C. Strickland    bstrickland@wtplaw.com

Harvey A. Strickon    harveystrickon@paulhastings.com, frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

David A. Sullivan    david.sullivan@cliffordchance.com

Walter E. Swearingen    wswearingen@llf-law.com, wswearngen@aol.com

James Tecce    jamestecce@quinnemanuel.com

Samuel Jason Teele    jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer    ktomer@goodwinprocter.com

Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwilliams-pugh@mayerbrown.com

Sarah Trum    strum@dl.com, lsaal@dl.com

Brian Trust    btrust@mayerbrown.com

Raymond J. Urbanik     rurbanik@munsch.com

Michael J. Venditto    mvenditto@reedsmith.com

Raymond W. Verdi       hellerverdi@aol.com

Jon C. Vigano          jvigano@schiffhardin.com, dgordon@schiffhardin.com

James J. Vincequerra   jvincequerra@wolfblock.com

Shai Waisman    shai.waisman@weil.com,
amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@

Josephine Wang    jwang@sipc.org

Allen C. Wasserman    awasserman@lockelord.com

Corey R. Weber    ecf@ebg-law.com

William P. Weintraub    wweintraub@fklaw.com, zhassoun@fklaw.com

Rochelle R. Weisburg    rochellew@shiboleth.com

John W. Weiss    weissjw@gtlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David B. Wheeler    davidwheeler@mvalaw.com

Timothy Raymond Wheeler    twheeler@lowenstein.com

Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski    stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.com

Erin E. Wietecha    ewietecha@coleschotz.com

Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson    efile@willaw.com

Amy R. Wolf    arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne    rwynne@kirkland.com;sperry@kirkland.com;scho@kirkland.com

Erin Zavalkoff    ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com

N. Theodore Zink    tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser    jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Abraham L. Zylberberg    azylberberg@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com