Bracewell & Giuliani LLP
David L. Lawton (ct27713)
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, Connecticut 06103
Telephone No.: (860) 947-9000
Facsimile No.: (860) 246-3201



*Counsel to Mr. Alain Bachelot,*
*the provisional French administrator of Banque Lehman Brothers S.A.;*
*Banque Lehman Brothers S.A.;*
*Lehman Brothers Conseil S.A.; and*
*Lehman Brothers Services S.N.C.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                      :   Chapter 11
                                                            :
LEHMAN BROTHERS HOLDING, INC.                               :   Case No.    08-13555
                                                            :
           **Debtor**                                       :
------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David L. Lawton, a member in good standing of the bar in the State of Connecticut and, the bar of the U.S. District Court for the District of Connecticut, request admission, ***pro hac vice***, before the Honorable Judge Peck, to represent Mr. Alain Bachelot, the provisional French administrator of Banque Lehman Brothers S.A., a claimant in the above-referenced case.

Mailing address: Bracewell & Giuliani LLP, 225 Asylum Street, Suite 2600, Hartford, Connecticut 06103; e-mail address: david.lawton@bgllp.com; telephone number (860) 256-8544.

NEWYORK\34719.2

The filing fee of $25.00 has been submitted with this motion for *pro hac vice admission.*

Dated: December 10, 2008
Hartford, Connecticut

By: /s/ David L. Lawton
David L. Lawton (ct27713)
BRACEWELL & GIULIANI LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
Telephone: (860) 256-8544
Facsimile: (860) 760-6814

*Counsel to Mr. Alain Bachelot,
the provisional French administrator of Banque
Lehman Brothers S.A.;
Banque Lehman Brothers S.A.;
Lehman Brothers Conseil S.A.; and
Lehman Brothers Services S.N.C.*