**Ira L. Herman**
**Demetra L. Liggins**
**Thompson & Knight LLP**
**919 Third Avenue**
**New York, New York 10022**
**(212) 751 – 3001 … Telephone**
**(214) 999-9139 … Fax**

**ATTORNEYS FOR DIRECT ENERGY BUSINESS, LLC**
**AND ENERGY AMERICA LLC**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| IN RE | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION**
**OF RIGHTS OF DIRECT ENERGY BUSINESS, LLC AND ENERGY AMERICA**
**LLC TO THE DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 365**
**OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES**
**FOR THE SETTLEMENT OR ASSUMPTION AND**
<u>**ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS**</u>
[Relates to Docket No. 1922]

**PLEASE TAKE NOTICE** that Direct Energy Business, LLC and Energy America LLC (together, "Direct Energy"), hereby withdraws its Objection to the Debtors' Motion For An Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts.

1

**DATED**:  New York, New York
December 15, 2008.

        Respectfully submitted,

        THOMPSON & KNIGHT LLP

        By:  /s/ *Demetra L. Liggins*
          Ira L. Herman
          Demetra L. Liggins
        Thompson & Knight LLP
        919 Third Avenue
        New York, New York 10022
        (212) 751-3001 … Telephone
        (214) 999-9139 … Fax

        **ATTORNEYS FOR DIRECT ENERGY BUSINESS, LLC AND ENERGY AMERICA LLC**

2

506145 000137 HOUSTON 623832.1