Ira L. Herman
Demetra L. Liggins
**THOMPSON & KNIGHT LLP**
919 Third Avenue, 39th Floor
New York, New York 10022-3915
(212) 751-3001 Telephone
(212) 751-3113 Facsimile

Rhett G. Campbell
Mitchell E. Ayer
**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 3300
Houston, TX  77002-4499
(713) 654-8111 Telephone
(713) 654-1799 Facsimile
**Attorneys for Chevron U.S.A. Inc.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **IN RE** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF CHEVRON U.S.A. INC.'S JOINDER TO DIRECT ENERGY BUSINESS, LLC AND ENERGY AMERICA LLC'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF <u>PREPETITION DERIVATIVE CONTRACTS</u>**
[Relates to Docket No. 2082]

**TO THE HONORABLE JUDGE OF SAID COURT:**

**PLEASE TAKE NOTICE** that Chevron U.S.A. Inc. ("Chevron") hereby withdraws its Joinder to the Limited Objection and Reservation of Rights of Direct Energy Business, LLC and Energy America LLC to the Debtors' Motion Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts.

**DATED:** New York, New York
.            December 15, 2008.

                                Respectfully submitted,

By:   */s Demetra L. Liggins*
       **THOMPSON & KNIGHT LLP**
       Ira L. Herman
       Demetra L. Liggins
       919 Third Avenue, 39th Floor
       New York, New York 10022-3915
       (212) 751-3001 Telephone
       (212) 751-3113 Facsimile

       **THOMPSON & KNIGHT LLP**
       Rhett G. Campbell
       Mitchell E. Ayer
       333 Clay Street, Suite 3300
       Houston, TX  77002-4499
       (713) 654-8111 Telephone
       (713) 654-1871 Facsimile

       **ATTORNEYS FOR CHEVRON U.S.A. INC.**