WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai W. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                              :
**In re**                                     :   **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :   **08-13555 (JMP)**
                                              :
              Debtors.                        :   **(Jointly Administered)**
                                              :
                                              :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF**
**ABRAHAM KAMBER & COMPANY LLC FOR**
**DETERMINATION THAT THE AUTOMATIC STAY DOES NOT**
**APPLY OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of Abraham Kamber & Company LLC for Determination that the Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay [Docket No. 1406] (the "Motion"), which was scheduled for December 16, 2008, at 10:00 a.m., **has been adjourned to December 22, 2008 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

NY2:\1940893\03\15LLP03!.DOC\58399.0003

such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: December 15, 2008
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession