David B. Levant, Esq.
Erin L. Eliasen, Esq.
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500
Email: dblevant@stoel.com
          eleliasen@stoel.com

Attorneys for ElectroScientific Industries, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
                                                                          :
In re:                                                               :     Chapter 11
                                                                          :
LEHMAN BROTHERS HOLDINGS,           :     Case No. 08-13555 (JMP)
INC., *et al.,*                                              :
                                                                          :     (Jointly Administered)
                                                                          :
            Debtors.                                          :
--------------------------------------------------------x

**DECLARATION OF SERVICE**

      I, Erin L. Eliasen, certify that on December 14, 2008, I caused a true and correct copy of the *Limited Objection of Electroscientific Industries, Inc. to the Proposed Assumption and Assignment of Investment Advisory Agreement (Discretionary) as Set Forth in Notice of Assignment and Assumption of Contracts* to be served upon all parties receiving notice in the Lehman Brothers Holdings, Inc. bankruptcy case via the Electronic Court Filing (ECF) system.

      I further declare that on the 14th and 15th day of December, 2008, I caused copies of the above-referenced Objection to be served on all of the parties listed below in the manner indicated:

<u>Via E-Mail on 12/14:</u>

Lori R. Fife            lori.fife@weil.com

Seattle-3480438.1 0026860-00001

| | |
|---|---|
| Shai Y. Waisman | shai.waisman@weil.com |
| Dennis F. Dunne | ddunne@milank.com |
| Tracy Hope Davis | tracy.h.davis@usdoj.gov |
| Wilbur F. Foster, Jr. | wfoster@milbank.com |
| James B. Kobak | kobak@hugheshubbard.com |
| David Wiltenburg | wiltenburg@hugheshubbard.com |
| David Margolin | margolin@hugheshubbard.com |
| Lindsee P. Granfield | lgranfield@cgsh.com |
| Lisa M. Schweitzer | lschweitzer@cgsh.com |

Via Facsimile on 12/15:

Andrew D. Velez-Rivera
Tracy Hope Davis
Office of the U.S. Trustee
Fax : (212) 668-2255


Dated: December 15, 2008

                                                                By:    /s/ *Erin L. Eliasen*
                                                                            Erin L. Eliasen