WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
|  | : |  |
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
|  | : |  |
| **In re** | : |  |
|  | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : |  |
|  | : | **08-01420 (JMP) (SIPA)** |
| **Debtor.** | : |  |
|  | : |  |

------------------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON DECEMBER 16, 2008 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.    UNCONTESTED MATTERS:

1.    Debtors' Motion to Employ Alvarez & Marsal **[Docket No. 760]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Interim Order Authorizing Debtors' to Retain Alvarez & Marsal North America, LLC **[Docket No. 1087]**

    B.    Supplemental Declaration of Bryan P. Marsal in Support of Debtors' Motion **[Docket No. 1366]**

    C.    Second Supplemental Declaration of Bryan P. Marsal in Support of Debtors' Motion **[Docket No. 1559]**

Status:  This matter is going forward.

2.    Debtors' Application to Employ and Retain Lazard Freres & Co. LLC as Investment Banker **[Docket No. 1513]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward.

3. Application to Employ Bortstein Legal LLC as Special Counsel to the Debtors **[Docket No. 1778]**

Response Deadline:   December 11, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

    A.    Supplemental Declaration of Lawrence Bortstein **[Docket No. 2133]**

Status:  This matter is going forward.

4. Application to Employ McKenna Long & Aldridge LLP as Special Counsel **[Docket No. 2021]**

Response Deadline:   December 11, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter is going forward.

5. Debtors' Motion to Employ Natixis Capital Markets Inc. as Strategic Advisor **[Docket No. 1469]**

Response Deadline:   November 28, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter is going forward.

6.      Application to Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Investment Banker to Official Committee of Unsecured Creditors **[Docket No. 1168]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.      Interim Order **[Docket No. 1407]**

    B.      Supplemental Declaration of P. Eric Siegert **[Docket No. 2138]**

Status:  This matter is going forward.

7.      Debtors' Motion Enlarging the Time to File Notices of Removal of Related Proceedings **[Docket No. 1954]**

Response Deadline:    December 11, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward.

8.      Debtors' Motion Authorizing and Approving a Settlement Between Pami Statler Arms LLC and Statler Arms Garage LLC **[Docket No. 1719]**

Response Deadline:    December 11, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward.

9.      Debtor's Motion Authorizing the Assumption, Assignment, and Sale of Debtor's Rights and Obligations Under a Certain Loan Facility Agreement **[Docket No. 1735]**

Response Deadline:    December 11, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward.

10.    Motion of Sumitomo Mitsui Banking Corporation for Relief from the Automatic Stay to Foreclosure on Its Collateral **[filed in Debtor Affiliated Case No. 08-13900 Docket No. 17, prior to entry of the Join Administration Order]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:

A.    Statement of the Informal Noteholder Group **[Docket No. 1304]**

B.    Objection of Lehman Commercial Paper Inc. [**Docket No. 1312]**

C.    Objection of Official Committee of Unsecured Creditors **[Docket No. 1317]**

D.    Supplemental Declaration of David A. Buck in Support of the Motion and Reply of Sumitomo Mitsui Banking Corporation **[Docket No. 1357]**

Status:  This matter will be going forward.  The parties intend to hand up a stipulation resolving this matter on a consensual basis.

11.    Motion Compelling Payment of Brookfield Properties One WFC Co. LLC **[Docket No. 1084]**

Response Deadline:    November 3, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter will be going forward.  The parties intend to hand up a stipulation resolving this matter on a consensual basis.

II.    **CONTESTED MATTERS:**

12.    TPG-Austin Portfolio Holdings LLC's Motion to Compel Immediate Assumption or Rejection of Credit Agreement **[Docket No. 1514]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

A.    Debtors' Objection **[Docket No. 2162]**

Related Documents:  None.

Status:  This matter is going forward.

13.    Barclays Capital Inc.'s Motion for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 959]**

Response Deadline:    October 27, 2008 at 4:00 p.m.

Responses Received:

A.    Debtors' Response to the Motions of Barclays Capital Inc. for Relief, Concerning Various "Closing Date Contracts" **[Docket No. 1212]**

B.    Objection of American Express Travel Related Services Company, Inc. to Motion of Barclays Capital Inc. for Relief concerning American Express Contracts listed as "Closing Date Contracts" and Request for Interest, Fees and Expenses **[Docket No. 1216]**

C.    Objection of Official Committee of Unsecured Creditors **[Docket No. 1672]**

D.    Reply of Barclays Capital Inc. **[Docket No. 1747]**

Related Documents:

E.    Declaration of Lindsee P. Granfield in Support of Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 960]**

F.    Declaration of Patrick Coster in Support of the Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 961]**

G.    Corrected Affidavit of Daniel J. Massoni in Support of Objection of American Express Travel Related Services Company, Inc. **[Docket No. 1256]**

H.    Declaration of Michael S. Feldberg in Support **[Docket No. 1750]**

I.    Declaration of Jason White in Support **[Docket No. 1751]**

J.    Declaration of Leslie Bernauer in Support **[Docket No. 1753]**

Status:  This matter is going forward.

14.    Barclays Capital Inc. Motion for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts" **[Docket No. 809]**

Response Deadline:    October 27, 2008 at 4:00 p.m.

Responses Received:

    A.    Debtors' Response to the Motions of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts" **[Docket No. 1212]**

Related Documents:

    B.    Declaration of Luke A. Barefoot **[Docket No. 810]**

    C.    Declaration of Mario Mendolaro **[Docket No. 811]**

    D.    Declaration of Eszter Farkas **[Docket No. 812]**

    E.    Notice of Hearing **[Docket No. 813]**

    F.    Notice of Adjournment of Hearing **[Docket No. 1285]**

Status:  This matter is going forward.

15.    Joint Motion of the Debtors and Barclays Capital Inc. for Entry of an Order Authorizing to File Under Seal Certain Schedules to the Asset Purchase Agreement **[Docket No. 430]**

Response Deadline:

Responses Received:

    A.    Objection of the Informal Noteholder Group **[Docket No. 755]**

    B.    Limited Objection of the Official Committee of Unsecured Creditors **[Docket No. 763]**

Related Documents:

    C.    Reply of Barclays Capital Inc. to Objections **[Docket No. 999]**

    D.    Notice of Filing of Summary Concerning Schedules to Clarification Letter **[Docket No. 1042]**

    E.    Notice of Withdrawal of Objection of the Informal Noteholder Group **[Docket No. 2129]**

Status:  This matter is going forward.

16.    Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

    A.    Objection of GoldenTree Asset Management, LP **[Docket No. 1749]**

    B.    Objection of USAA High-Yield Opportunities Fund **[Docket No. 1805]**

    C.    Objection of H/2 Credit Partners Master Fund Ltd **[Docket No. 1812]**

    D.    Limited Objection of Barclays Bank PLC **[Docket No. 1819]**

    E.    Objection of P. Schoenfeld Asset Management, Bank of America, N.A., Banc of America Securities Limited, Millenium Management, LLC, BDF Limited, Field Point IV S.a.r.l., Royal Bank of Scotland, plc, Morgan Stanley Senior Funding, Inc., Morgan Stanley Bank International Limited, Longacre Capital Partners (QP), L.P., Longacre Master Fund, Ltd., DK Acquisition Partners, L.P. **[Docket No. 1841]**

    F.    Objection of Special Value Opportunities Fund, LLC, Tennenbaum Opportunities Partners V, L.P., Special Value Expansion Fund, LLC. **[Docket No. 1848]**

    G.    Verified Objection of Blue Mountain Credit Alternatives Master Fund L.P. **[Docket No. 1849]**

    H.    Objection of Aberdeen Asset Management, Inc. **[Docket No. 1854]**

    I.    Deutsche Bank AG's Limited Objection **[Docket No. 1858]**

    J.    Joinder of Goldman Sachs Credit Partners L.P. and GS European Performance Fund Limited **[Docket No. 1869]**

    K.    Limited Objection of Fir Tree Capital Opportunity Master Fund, LP and Fir Tree Value Master Fund LP **[Docket No. 1876]**

    L.    Objection of York Capital Management, L.P. **[Docket No. 1880]**

    M.    Objection of THL Credit Partners, L.P. **[Docket No. 1883]**

    N.    Objection of Putnam Investment Funds **[Docket No. 1901]**

    O.    Limited Objection of KKR Debt Investors (2006) (Ireland) L.P. **[Docket No. 1903]**

    P.    Objection of AIB International Finance **[Docket No. 1905]**

    Q.    Limited Objection of The Bank of Nova Scotia **[Docket No. 1908]**

    R.    Objection of R3 Capital Management, LLC **[Docket No. 1909]**

S.    Objection of Blackrock Financial Management, Inc. **[Docket No. 1912]**

T.    Objection of Lloyds TSB Bank plc. **[Docket No. 1913]**

U.    Limited Objection of Citibank **[Docket No. 1915]**

V.    Objection of Pentwater Capital Management, LP. **[Docket No. 1916]**

W.    Objection of Whippoorwill Associates, Inc. **[Docket No. 1918]**

X.    Objection of CFIP Master Fund, Ltd. **[Docket No. 1919]**

Y.    Limited Joinder of JPMorgan Chase & Co. **[Docket No. 1974]**

Z.    Objection of AXA **[Docket No. 2081]**

AA.    Objection of M&G Investment Management Limited **[Docket No. 2157]**

BB.    Joinder of Wachovia Bank, N.A. and Evergreen Investment Management Company, LLC to the Objection of Various Counterparties **[Docket No. 2172]**

CC.    Objection of Babson Capital Management LLC **[Docket No. 2177]**

DD.    Objection of Halbis Distressed Opportunity Master Fund's **[Docket No. 2181]**

EE.    Supplemental Limited Objection Of Morgan Stanley Bank International Limited And Morgan Stanley Senior Funding, Inc. **[Docket No. 2145]**

FF.    Limited Joinder of Pyrrhuloxia, LP in Certain Objections **[Docket No. 2149]**

Related Documents:

GG.    Debtor's Supplement to Motion **[Docket No. 1560]**

HH.    Declaration of Vladimir Jelisavcic in Support of Objection **[Docket No. 1842]**

II.    Declaration of Vladimir Jelisavcic in Support of Objection **[Docket No. 1843]**

JJ.    Declaration of Clare K. Pierce in Support of Objection **[Docket No. 1844]**

KK.  Declaration of David Tom Jesson in Support of Objection **[Docket No. 1845]**

LL.  Declaration of James Varley in Support of Objection **[Docket No. 1846]**

MM.  Notice of Filing of Revised Exhibits and Revised Proposed Order **[Docket No. 2206]**

NN.  Debtors' Reply **[Docket No. 2208]**

OO.  Statement of Official Committee of Unsecured Creditors **[Docket No. 2228]**

Status:  The hearing on the Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations will go forward with regard to Open Trade Confirmations that were not the subject of any Objection, with regard to the Open Trade Confirmations of Halbis Distressed Opportunity Master Fund Limited, M&G Investment Management Limited, and Pyrrhuloxia, LP, and with regard to those Objectors with whom the Debtors have entered into formal agreements resolving their Objections.  The Debtors will make a list of such Objectors available to the Court at the Hearing.

17.  Debtors' Motion to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts **[Docket No. 1498]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

A.  Objection of Royal Bank America **[Docket No. 1720]**

B.  Objection of Bayview Finacial, L.P. and Bayview Opportunity Master Fund, L.P. **[Docket No. 1727]**

C.  Objection of FPL Energy Power Marketing, Inc. and Florida Power & Light Company **[Docket No. 1729]**

D.  Objection of Wellmont Health System **[Docket No. 1732]**

E.  Objection of Royal Bank America **[Docket No. 1736]**

F.  Objection of Asurion Corporation **[Docket No. 1738]**

G.  Objection of MEG Energy Corp. **[Docket No. 1743]**

H.  Joinder by Emigrant Bank **[Docket No. 1748]**

I.  Objection of Canadian National Resources Limited **[Docket No. 1752]**

J.     Objection of Caisse De Depot et Placement du Québec **[Docket No. 1755]**

K.     Limited Objection of Total Gas & Power Limted **[Docket No. 1758]**

L.     Objection (Limited) and Reservation of Rights of the Federal Home Loan Bank of Pittsburgh **[Docket No. 1761]**

M.     Objection of Simpson Meadows **[Docket No. 1762]**

N.     Objection of Metavante Corporation **[Docket No. 1764]**

O.     Objection of Portfolio Green German **[Docket No. 1768]**

P.     Objection of Lincore Limited, E-Capital Profits Limited, and Cheung Kong Bond Finance Limited **[Docket No. 1770]**

Q.     Objection of Natixis Environment & Infrastructures **[Docket No. 1773]**

R.     Objection of Pacific Life Insurance Company **[Docket No. 1776]**

S.     Objection of Asbury Atlantic, Inc. **[Docket No. 1777]**

T.     Objection of Metropolitan Transportation Authority **[Docket No. 1783]**

U.     Objection of The Federal Home Loan Bank of Dallas **[Docket No. 1784]**

V.     Objection of NetApp, Inc. **[Docket No. 1786]**

W.     Objection of Iconix Brand Group, Inc. **[Docket No. 1789]**

X.     Objection of City and County of Denver, Department of Revenue **[Docket No. 1791]**

Y.     Objection of Capital Automotive L.P. **[Docket No. 1797]**

Z.     Objection of Tobacco Settlement Financing Corporation **[Docket No. 1798]**

AA.    Limited Objection of Wachovia Bank, N.A. **[Docket No. 1800]**

BB.    Joinder of New South Federal Saving Bank, F.S.B. **[Docket No. 1801]**

CC.    Objection of Delaware River Port Authority **[Docket No. 1802]**

DD.    Objection of The Hotchkiss School **[Docket No. 1804]**

EE.    Objection of Linn Energy, LLC **[Docket No. 1809]**

FF.    Objection of The City of Milwaukee, Wisconsin **[Docket No. 1811]**

GG.    Limited Objection of HFF I, LLC **[Docket No. 1813]**

HH.    Limited Objection Barclays Capital, Inc. **[Docket No. 1815]**

II.    Objection of South Mississippi Electric Power Association and Coast Electric Power Association **[Docket No. 1816]**

JJ.    Objection of Georgetown University **[Docket No. 1817]**

KK.    Objection of Southern Community Bank and Trust, Southern Community Financial Corporation **[Docket No. 1820]**

LL.    Objection of Carolina First Bank **[Docket No. 1821]**

MM.    Objection of Carolina First Bank **[Docket No. 1822]**

NN.    Objection of First Choice Power, L.P. **[Docket No. 1824]**

OO.    Reynolds American Defined Benefit Master Trust Joinder **[Docket No. 1825]**

PP.    Objection of Reliant Energy Power Supply, LLC **[Docket No. 1826]**

QQ.    Objection of EnergyCo, LLC and EnergyCo Marketing and Trading **[Docket No. 1827]**

RR.    Objection of Wells Fargo, N.A. **[Docket No. 1828]**

SS.    Joinder in Limited Objections to and Reservation of Rights of Advanced Graphic Printing, Inc. and City View Plaza, S.E.'s **[Docket No. 1830]**

TT.    Limited Objection of Thomas Cook AG **[Docket No. 1832]**

UU.    Joinder by Russell Investment Group to Objection by Royal Bank America **[Docket No. 1833]**

VV.    Limited Objection of JA Solar Holdings Co., Ltd. **[Docket No. 1834]**

WW.    Objection of Oklahoma Municipal Power Authority **[Docket No. 1835]**

XX.    Objection of BRE Bank SA **[Docket No. 1836]**

YY.    Objection of Southern California Edison Company **[Docket No. 1840]**

ZZ.      Objection of Embarcadero Aircraft Securitization Trust **[Docket No. 1847]**

AAA.    Objection of the University of Pittsburg **[Docket No. 1850]**

BBB.    Objection of West Corporation **[Docket No. 1851]**

CCC.    Limited Objection of Danske Bank A/S, London Branch **[Docket No. 1852]**

DDD.    Limited Objection of BRM Group, Ltd. **[Docket No. 1855]**

EEE.    Objection of A.M. McGregor Home **[Docket No. 1856]**

FFF.     Objection of The Toronto-Dominion Bank **[Docket No. 1859]**

GGG.    Objection of Banca Italease S.p.A. **[Docket No. 1860]**

HHH.    Objection of Italease Finance S.p.A. **[Docket Nos. 1861 and 1862]**

III.      Objection of Fulton Bank **[Docket No. 1865]**

JJJ.      Objection of EPCO **[Docket No. 1866]**

KKK.    Objection of SunAmerica Life Insurance Company, AIG CDS, Inc., Lexington Insurance Company **[Docket No. 1872]**

LLL.     Objection of Carlton Communications Limited **[Docket No. 1873]**

MMM.  Objection of HarbourView CDO III **[Docket No. 1874]**

NNN.    Objection of Norton Gold Fields Limited **[Docket No. 1877]**

OOO.    Objection of Gaston Christian School, Inc. **[Docket No. 1878]**

PPP.     Objection of National CineMedia **[Docket No. 1879]**

QQQ.    Limited Objection of Bryant University **[Docket No. 1881]**

RRR.    Limited Objection of Bank of America, National Association, Successor by Merger with LaSalle Bank National Association, in its capacity as Trustee under certain Trust Agreements **[Docket No. 1882]**

SSS.     Objection of New Jersey Housing and Mortgage Finance Agency **[Docket No. 1884]**

TTT.     Objection of The Walt Disney Company **[Docket No. 1885]**

UUU.    Objection of Deutsche Bank Trust Company Americas and Deutsche
Bank National Trust Company **[Docket No. 1886]**

VVV.    Limited Objection of Bank of America, National Association
Successor by Merger with LaSalle Bank National Association, in its
Capacity as Trustee **[Docket No. 1887]**

WWW.  Objection of QVT Financial LP **[Docket No. 1888]**

XXX.    Limited Objection of Bank of America, National Association
Successor by Merger with LaSalle Bank National Association, in its
Capacity as Trustee **[Docket No. 1889]**

YYY.    Objection of Standard Chartered Bank **[Docket No. 1890]**

ZZZ.    Limited Objection of The Bank of New York Mellon, The Bank of
New York Mellon Trust Company, N.A. and BNY Corporate Trustee
Services Limited **[Docket No. 1892]**

AAAA.       Objection of The Juilliard School **[Docket No. 1893]**

BBBB.       Tullett Prebon Holdings Corporation's Limited Objection
**[Docket No. 1894]**

CCCC.       Objection of Aircraft Finance Trust **[Docket No. 1895]**

DDDD.       Limited Objection by Aliant Bank **[Docket No. 1896]**

EEEE.       Limited Objection of FirstBank of Puerto Rico **[Docket No.
1897]**

FFFF.       Objection and Reservation of Rights of National Australia
Bank Limited  **[Docket No. 1898]**

GGGG.       Objection of Bremer Financial Corporation **[Docket No. 1899]**

HHHH.       Objection and Reservation of Rights of Bank of Montreal
**[Docket No.    1900]**

IIII.       Objection of National Agricultural Cooperative Federation
**[Docket No. 1902]**

JJJJ.       Objection of U.S. Bank National Association **[Docket No.
1904]**

KKKK.       Objection of Hank's Living Trust, Lahde Capital Management
Inc., Osterreichische Volksbanken-Aktiengesellschaft and
Etihad Airways **[Docket No. 1906]**

| | |
|---|---|
| LLLL. | Limited Objection of Societe Generale, Canadian Imperial Bank Commerce, Calyon, Dexia Bank Internationale a Luxembourg SA, Dexia Credit Local, Dexia Kommunalbank Deutschland AG, Dexia Banque Belgique SA and Banif - Banco de Investimento, S.A. **[Docket No. 1907]** |
| MMMM. | Limited Objection and Reservation of Rights of Pursuit Capital Partners Master (Cayman) Ltd. and Pursuit Opportunity Fund I Master LTD. **[Docket No. 1910]** |
| NNNN. | Objection of Instituto de Credito Oficial **[Docket No. 1911]** |
| OOOO. | Objection of Northcrest, Inc. **[Docket No. 1914]** |
| PPPP. | Objection of Citigroup Inc. and all of its affiliates, including Citibank, N.A. **[Docket No. 1917]** |
| QQQQ. | Objection of Exum Ridge CB0 2006-I; Exum Ridge CBO 2006-2; Exum Ridge CBO 2006-4 **[Docket No. 1921]** |
| RRRR. | Limited Objection and Reservation of Rights of Direct Energy Business, LLC and Energy America LLC **[Docket No. 1922]** |
| SSSS. | Limited Objection of OHP Limited Trust **[Docket No. 1923]** |
| TTTT. | Objection to Motion - Occidental Energy Marketing, Inc.'s Joinder in Objections **[Docket No. 2033]** |
| UUUU. | Objection Joinder of Chevron U.S.A Inc. To Direct Energy Business, LLC And Enegy America LLC's Limited Objection And Reservation Of Rights **[Docket No. 2082]** |
| VVVV. | Notice of Withdrawal Of Objection Of South Mississipi Electric Power Association And Coast Electric Power Association **[Docket No. 2188]** |
| WWWW. | Objection of Official Committee of Unsecured Creditors **[Docket No. 2188]** |
| XXXX. | Joinder of the Informal Noteholder Group to the Objection of the Official Committee of Unsecured Creditors **[Docket No. 2188]** |
| YYYY. | Letter of West Corporation **[Docket No. 2214]** |
| ZZZZ. | Supplemental Statement to Objection of the Hotchkiss **[Docket No. 2221]** |

> AAAAA.     Notice of Withdrawal of Limited Objection of Direct Energy
> Business, LLC, Energy America LLC **[Docket No. 2225]**

Related Documents:

> BBBBB.     Notice of Amended Order **[Docket No. 2239]**

Status:  This matter is going forward only as to the objections that have been resolved prior to the hearing.  All unresolved objections are being adjourned to the hearing on January 14, 2009.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

### III.     UNCONTESTED MATTERS:

18.     Trustee's Motion for an Order Pursuant to 28 U.S.C § 1452 and Bankruptcy Rules 9006(b) and 9027 Extending Time to File Notices of Removal of Actions.  **[Docket No. 376]**

Response Deadline:  December 11, 2008 at 4:00 p.m.

Responses Received: None.

Related Filings:

> A.     Notice of Trustee's Motion for an Order Pursuant to 28 U.S.C § 1452 and Bankruptcy Rules 9006(b) and 9027 Extending Time to File Notices of Removal of Actions.  **[Docket No. 377]**

Status:  This matter is going forward.

19.     WFP Tower A Co. L.P.'s Motion for an Order (A) Compelling Payment of Post-Petition Administrative Rent; (B) Granting Relief From the Automatic Stay; and (C) Compelling Assumption or Rejection of Lease.  **[Docket No. 146]**

Response Deadline:  December 12, 2008 at 4:00 p.m.

Responses Received:

Related Filings:

> A.     Stipulation and Order Partially Resolving (1) Motion of WFP Tower A Co., L.P. (A) Compelling Payment of Post-Petition Administrative Rent; (B) Granting Relief From the Automatic Stay; and (C) Compelling Assumption or Rejection of Lease and (2) Trustee's Motion for Entry of an Order Approving the Rejection of Certain Non-Residential Real Property Leases and Subleases and Abandonment of Related Personal Property.  **[Docket No. 230]**

      B.      Notice of Motion and Motion for an Order (A) Compelling Payment of Post-Petition Administrative Rent; (B) Granting Relief From the Automatic Stay; and (C) Compelling Assumption or Rejection of Lease.  **[Case No. 08-013555 (JMP)] [Docket No. 1084]**

Status:  Stipulation resolving the motion will be presented by the Trustee's Counsel.

20.    Trustee's Application for an Order Pursuant to Section 365(d)(1) of the Bankruptcy Code Further Expending the Time Within Which the Trustee may Assume or Reject Excectory Contracts and Certain Unexpired Leases.  **[Docket No. 378]**

Response Deadline:  December 11, 2008 at 4:00 p.m.

Responses Received: None.

Related Filings:

      A.      Notice of Trustee's Application for an Order Pursuant to Section 365(d)(1) of the Bankruptcy Code Further Expending the Time Within Which the Trustee may Assume or Reject Excectory Contracts and Certain Unexpired Leases.  **[Docket No. 379]**

      B.      Objection (Limited) to Trustee's Application for an Order Pursuant to Section 365(d)(1) of the Bankruptcy Code Further Extending the Time Within Which the Trustee May Assume or Reject Executory Contracts and Certain Unexpired Leases.  **[Docket No. 436]**

      C.      Notice of Rejection of Executory Contract.  **[Docket No. 437]**

      D.      Notice of Withdrawal of Limited Objection to Trustee's Application For An Order Pursuant To Section 365(d)(1) Of The Bankruptcy Code Further Extending The Time Within Which The Trustee May Assume Or Reject Executory Contracts And Certain Unexpired Leases.  **[Docket No. 438]**

Status:  This matter is going forward.

21.    Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts".  **[Docket No. 92]**

Response Deadline:  December 12, 2008 at 4:00 p.m.

Responses Received:

      A.      Trustee's Limited Objection to Motion for Rule 60 Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts".  **[Docket No. 179]**

B.      Reply to Response to Motion of Barclays Capital Inc. for Relief
        Concerning Certain Contracts Erroneously Posted With the "Closing
        Date Contracts".  **[Docket No. 367]**

Related Filings:

C.      Declaration of Luke A. Barefoot.  **[Docket No. 93]**

D.      Declaration of Mario Mendolaro.  **[Docket No. 94]**

E.      Declaration of Eszter Farkas.  **[Docket No. 95]**

F.      Notice of Hearing on Motion by Barclays Capital Inc. Seeking Order
        for Relief Concerning Certain Contracts Erroneously Posted With the
        "Closing Date Contracts".  **[Docket No. 96]**

G.      Notice of Adjournment **[Docket No. 192]**

H.      Notice of Adjournment **[Docket No. 283]**

I.      Notice of Adjournment **[Docket No. 371]**

J.      Motion of Barclays Capital Inc. for Relief Concerning Certain
        Contracts Erroneously Posted With the "Closing Date Contracts".
        **[Case No. 08-013555 (JMP)] [Docket No. 809]**

K.      Declaration of Luke A. Barefoot.  **[Case No. 08-013555** (JMP)]
        [Docket No. 810]

L.      Declaration of Mario Mendolaro.  [Case No. 08-013555 (JMP)]
        [Docket No. **811]**

M.      Declaration of Eszter Farkas.  **[Case No. 08-013555 (JMP)] [Docket
        No. 812]**

N.      Notice of Hearing on Motion by Barclays Capital Inc. Seeking Order
        for Relief Concerning Certain Contracts Erroneously Posted With the
        "Closing Date Contracts".  **[Case No. 08-013555 (JMP)] [Docket No.
        813]**

O.      Motion of Barclays Capital Inc. for Relief Concerning an American
        Express Contract Erroneously Posted With the Closing Date Contracts.
        **[Case No. 08-013555 (JMP)] [Docket No. 959]**

P.      Declaration of Lindsee P. Granfield in Support of Motion of Barclays
        Capital Inc. for Relief Concerning an American Express Contract
        Erroneously Posted With the Closing Date Contracts**. [Case No. 08-
        013555 (JMP)] [Docket No. 960]**

Q.    Declaration of Patrick Coster in Support of the Motion of Barclays
      Capital Inc. for Relief Concerning an American Express Contract
      Erroneously Posted With the Closing Date Contracts. **[Case No. 08-
      013555 (JMP)] [Docket No. 961]**

R.    Notice of Hearing on Motion of Barclays Capital Inc. Seeking an
      Order for Relief Concerning an American Express Contract
      Erroneously Posted With the Closing Date Contracts. **[Case No. 08-
      013555 (JMP)] [Docket No. 962]**

S.    Debtors' Response to the Motions of Barclays Capital Inc. for Relief,
      Pursuant to Federal Rule of Civil Procedure 60(b) and Federal rule of
      Bankruptcy Procedure 9024, Concerning Various Closing Date
      Contracts. [Case No. 08-013555 (JMP)] [Docket No. 1212]

T.    Objection of American Express Travel Related Services Company,
      Inc. to Motion of Barclays Capital Inc. for Relief Concerning
      American Express Contracts Listed as Closing Date Contracts and
      Request for Interest, Fees and Expenses. **[Case No. 08-013555
      (JMP)] [Docket No. 1216]**

U.    Notice of Adjournment **[Case No. 08-013555 (JMP)] [Docket No.
      1285]**

V.    Notice of Adjournment **[Case No. 08-013555 (JMP)] [Docket No.
      1287]**

W.    Notice of Adjournment **[Case No. 08-013555 (JMP)] [Docket No.
      1536]**

X.    Notice of Adjournment **[Case No. 08-013555 (JMP)] [Docket No.
      1538]**

Y.    Objection of Official Committee of Unsecured Creditors of Lehman
      Brothers Holdings Inc., et al. to Motions of Barclays Capital Inc. for
      Relief, Pursuant to Federal Rule of Civil Procedure 60 (b), Concerning
      Certain Contracts Erroneously Posted With the Closing Date Contracts
      **[Case No. 08-013555 (JMP)] [Docket No. 1672]**

Z.    Reply of Barclays Capital Inc. in Further Support of its Motion for
      Relief Concerning American Express Contracts. **[Case No. 08-013555
      (JMP)] [Docket No. 1747]**

AA.   Declaration of Michael S. Feldberg in Further Support of Motion for
      Relief Concerning American Express Contracts Erroneously Posted
      with the Closing Date Contracts **[Case No. 08-013555 (JMP)]
      [Docket No. 1750]**

BB.    Declaration of Jason White in Support of Motion for Relief Concerning American Express Contracts Erroneously Posted with the Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 1751]**

CC.    Declaration of Leslie Bernauer in Support of Motion for Relief Concerning American Express Contracts Erroneously Posted with the Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 1753]**

DD.    Reply to Response to Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts".  **[Case No. 08-013555 (JMP)] [Docket No. 1986]**

EE.    Notice of Adjournment **[Case No. 08-013555 (JMP)] [Docket No. 2009]**

FF.    Notice of Adjournment **[Case No. 08-013555 (JMP)] [Docket No. 2011]**

Status:  This matter is resolved.

## IV.    <u>ADJOURNED MATTERS</u>:

### A.    <u>Lehman Brothers Holdings Inc.</u>

22.    Application to Employ Dechert LLP as Special Counsel **[Docket No. 2005]**

Response Deadline:    November 3, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to December 22, 2008.

23.    Motion of OMX Timber Finance Investments II, LLC for Limited Relief from the Automatic Stay **[Docket No. 2023]**

Response Deadline:    December 19, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to December 22, 2008.

24.    Motion of Mapco Express, Inc. and Delek US Holdings, Inc. for Relief from the Automatic Stay **[Docket No. 1663]**

Response Deadline:    If not resolved prior to December 22, 2008, January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to December 22, 2008.

25.    Rule 2004 Applications / Joinders

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:

    A.    Federal Home Loan Bank of Pittsburgh Joinder to Harbinger 2004 Application **[Docket No. 691]**

    B.    Joinder of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks Joinder to Harbinger 2004 Application **[Docket No. 969]**

    C.    Global Thematic Opportunities Fund LP, Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura Fixed Income Arbitrage Master Fund, Ltd., and Turnberry Leveraged Credit Master Fund, L.P. Joinder to Harbinger Funds **[Docket Nos. 823 and 1247]**

Status:  These matters has been adjourned to January 14, 2009.

26.    Rule 2004 Applications / Joinders

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:

    A.    Wells Fargo Bank, N.A. and Wells Fargo & Co. Joinder to Harbinger 2004 Application **[Docket No. 770]**

Status:  This matters has been adjourned indefinitely.

27.    Motion for Relief from Stay of The Pennsylvania Convention Center Authority **[Docket No. 1780]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Status:  This matter has been adjourned to January 14, 2009.

28.    Motion of DekaBank Deutsche Girozentrale for Relief from the Automatic Stay
       **[Docket No. 1437]**

       Response Deadline:    January 9, 2009 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:   None.

       Status:  This matter has been adjourned to January 14, 2009.

29.    Superior Pipeline's Motion for Relief from Stay to Prosecute Adversary Proceeding
       Against Lehman Commercial Paper, Inc. **[Docket No. 1442]**

       Response Deadline:    December 17, 2008 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:   None.

       Status:  This matter has been adjourned to December 22, 2008.

30.    Motion of Abraham Kamber & Company LLC for Relief from the Automatic Stay
       **[Docket No. 1406]**

       Response Deadline:    If not resolved prior to December 22, 2008, January 7, 2009 at
                             12:00 p.m.

       Responses Received:  None.

       Related Documents:   None.

       Status:  This matter has been adjourned to December 22, 2008.

31.    Motion of The Bank of New York Mellon Trust Company Directing Examination of,
       and Production of, Documents by Lehman Brothers Holdings, Inc. **[Docket No.
       1766]**

       Response Deadline:    January 9, 2009 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:   None.

       Status:  This matter has been adjourned to January 14, 2009.

32.    Motion for Relief from Stay Motion of Kapalua Bay, LLC **[Docket No. 1195]**

       Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 14, 2009.

33.   Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC Compelling
      Actions by Debtors as Agent and Lender Under Loan Facility and Granting Related
      Relief **[Docket No. 1435]**

Response Deadline:   January 14, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 28, 2009.

34.   The Midwest Independent System Operator's Motion for Relief from the Automatic
      Stay **[Docket No. 1424]**

Response Deadline:   January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 14, 2009.

35.   Motion for Relief from Stay Motion of Central Pacific Bank, et al. **[Docket No. 1692]**

Response Deadline:   January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 14, 2009.

36.   Debtors' Motion for Authorization to Pay Prepetition Excise and Withholding Taxes
      **[Docket No. 565]**

Response Deadline:   October 31, 2008 at 4:00 p.m.

Responses Received:

       A.   Objection of The Walt Disney Company to Debtors' Motion to Pay
            Prepetition Excise and Withholding Taxes **[Docket No. 1316]**

Related Documents:

> B.    Supplement to Debtors' Motion, for Authorization to Pay Prepetition Excise and Withholding Taxes **[Docket No. 1184]**

> C.    Notice of Adjournment **[Docket No. 1589]**

Status:  This matter has been adjourned to January 14, 2009.

37.    Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

> A.    Declaration of George Kielman **[Docket No. 1181]**

> B.    Notices of Adjournment of Hearing **[Docket Nos. 1330, 1521 and 1782]**

Status:  This matter has been adjourned to January 14, 2009.

38.    Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim **[Docket No. 1205]**

Response Deadline:    December 19, 2008.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to December 22, 2008.

39.    Motion for Relief from Automatic Stays to Proceed with Class Action Settlement of Certified Class in Austin, et al. v. Chisick, et al. **[Docket No. 1030]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to December 22, 2008.

B.    <u>**Adversary Proceedings**</u>:

40.    Sola Ltd. v. Lehman Brothers Special Financing Inc. **[Case No. Case No. 08-01638]**

Pre-Trial Conference

<u>Answer Deadline</u>:        December 8, 2008.

<u>Status</u>:  This matter has been adjourned to January 15, 2008.

41.    Motion of Aliant Bank Directing Lehman Brothers Special Financing to Immediately
Return to Aliant the Swap Collateral, et al. / Aliant Bank v. Lehman Brothers Special
Financing, Inc. **[Case No. 08-01751, Docket No. 2]**

<u>Response Deadline</u>:    January 9, 2009.

<u>Responses Received</u>:  None.

<u>Status</u>:  This matter has been adjourned to January 14, 2009.

42.    Evergreen Solar, Inc. v. Barclays PLC, et al. **[Case No. 08-01633]**

Pre-Trial Conference

<u>Answer Deadline</u>:        January 14, 2009.

<u>Status</u>:  This pre-trial conference on this matter has been adjourned to the earlier of 30
days after a disposition on a motion to dismiss the complaint or February 25, 2009.

43.    Declan Kelly v. Lehman Brothers OTC Derivatives Inc. **[Case No. 08-01621]**

Pre-Trial Conference

<u>Answer Deadline</u>:        December 29, 2008.

<u>Status</u>:  The pre-trial conference on this matter has been adjourned to January 28,
2009.

44.    Rye Select Broad Market XL Portfolio Limited, et al. v. Lehman Brothers Special
Financing Inc. **[Case No. 08-01624]**

Pre-Trial Conference

<u>Answer Deadline</u>:        December 29, 2008.

<u>Status</u>:  The pre-trial conference on this matter has been adjourned to January 28,
2009.

45.     Rye Select Broad Market XL Portfolio Limited, et al. v. Lehman Brothers Special
        Financing Inc. **[Case No. 08-01625]**

        Pre-Trial Conference

        Answer Deadline:        December 29, 2008.

        Status:  The pre-trial conference on this matter has been adjourned to January 28,
        2009.

46.     Plaintiff's Motion to Deposit Funds into Court Registry of Massachusetts Water
        Resources Authority / Massachusetts Water Resources Authority v. Lehman Brothers
        Derivative Products Inc. **[Case No. Case No. 08-01756, Docket No. 2]**

        Response Deadline:      January 9, 2009 at 4:00 p.m.

        Responses Received:  None.

        Status:  This matter has been adjourned to January 14, 2009.

47.     Plaintiff's Motion for Procedure Permitting Expedited Discovery / Royal Bank of
        America v. Lehman Brothers Special Financing, Inc. **[Case No. 08-01640, Docket
        No. 5]**

        Response Deadline:      January 9, 2009.

        Responses Received:  None.

        Related Documents:

                A.      Stipulation of Adjournment of Plaintiff's Motion **[Docket No. 8]**

        Status:  This matter has been adjourned to January 14, 2009.

48.     Motion of State Street Bank and Trust Company for Relief from Rule 7056 / State
        Street Bank and Trust Company v. Lehman Commercial Paper Inc. **[Case No. 08-
        01743, Docket No. 4]**

        Response Deadline:      January 21, 2009 at 4:00 p.m.

        Responses Received:

        Status:  This matter has been adjourned to January 28, 2009.

C.      **Lehman Brothers Inc.:**

49.     Newport Global Opportunities Fund LP, Newport Global Credit Fund (MASTER)
        L.P., Pep Credit Investor L.P. and Providence TMT Special Situations Fund L.P.
        Motion for Leave to Conduct Rule 2004 Discovery of Lehman Brothers, Inc. and
        SIPA Trustee.  **[Docket No. 123]**

        Response Deadline:  December 12, 2008 at 4:00 p.m.

        Responses Received: None.

        Related Filings:

                A.      Notice of Adjournment **[Docket No. 215]**

                B.      Notice of Adjournment **[Docket No. 312]**

                C.      Notice of Adjournment **[Docket No. 364]**

                D.      Notice of Adjournment **[Docket No. 429]**

        Status:   This matter has been adjourned to January 14, 2008 at 10:00 a.m.

50.     Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of the
        SIPA Trustee.  **[Docket No. 281]**

        Response Deadline:  January 9, 2008 at 4:00 p.m.

        Responses Received:

                A.      Trustee's Objection to Motion of the Harbinger Funds for Leave to
                        Conduct Rule 2004 Discovery.  **[Docket No. 357]**

                B.      Reply of the Harbinger Funds to SIPA Trustee's Objection to Rule
                        2004 Discovery of the SIPA Trustee. **[Docket No. 368]**

                C.      C.      Response of the Securities Investor Protection Corporation to
                        the Motion of the Harbinger Funds for Leave to Conduct Rule 2004
                        Discovery of the SIPA Trustee.  **[Docket No. 435]**

        Related Filings:

                D.      Notice of Adjournment **[Docket No. 375]**

        Status:  This matter has been adjourned to January 14, 2008 at 10:00 a.m.

51.    Trustee's Motion for Entry of an Order Approving the Rejection of a Certain Nonresidential Real Property Sublease and Abandonment of Related Personal Property.  **[Docket No. 316]**

Response Deadline:  January 9, 2008 at 4:00 p.m.

Responses Received:

    A.    Response of Clearbridge Advisors, LLC to Motion to Reject Lease at 399 Park Avenue, New York, 4th Floor.  **[Docket No. 354]**

Related Filings:

    B.    Notice of Trustee's Motion for Entry of an Order Approving the Rejection of a Certain Nonresidential Real Property Sublease and Abandonment of Related Personal Property.  **[Docket No. 317]**

    C.    Stipulation and Order Partially Resolving (1) Response of Clearbridge Advisors, LLC to Motion to Reject Lease at 399 Park Avenue, New York, 4th Floor and (2) Trustee's motion for Entry of an Order Approving the Rejection of a Certain Non-Residential Real Property Sublease and Abandonment of Related Personal Property.  **[Docket No. 410]**

    D.    Notice of Adjournment of Hearing on Unresolved Portion of Trustee's Motion for Entry of an Order Approving the Rejection of a Certain Nonresidential Real Property Sublease and Abandonment of Related Personal Property **[Docket No. 465]**

Status:  This matter has been adjourned to January 14, 2008 at 10:00 a.m.

52.    Motion of Financial Security Assurance Inc. for Entry of an Order Pursuant to U.S.C. § 362(d) and Fed. R. Bankr. P. 4001 Granting Relief From the Automatic Stay to Effect Disposition of Collateral. **[Docket No. 284]**

Response Deadline:  January 9, 2008 at 4:00 p.m.

Responses Received: None.

Related Filings:

    A.    Notice of Hearing of Motion of Financial Security Assurance Inc. for Entry of an Order Pursuant to U.S.C. § 362(d) and Fed. R. Bankr. P. 4001 Granting Relief From the Automatic Stay to Effect Disposition of Collateral.  **[Docket No. 285]**

Status:  This matter has been adjourned to January 14, 2008 at 10:00 a.m.

53.     Notice of Motion of Markit Group Limited for Relief From Automatic Stay to
        Terminate Data Services Agreement and Associated Addenda.  **[Docket No. 356]**

        Response Deadline:  January 9, 2008 at 4:00 p.m.

        Responses Received: None.

        Related Filings:

        A.      Notice of Adjournment **[Docket No. 409]**

        Status:  This matter has been adjourned to January 14, 2008 at 10:00 a.m.

54.     The Certified Class in *Austin v. Chisick's* Motion for Relief From Automatic Stay to
        Proceed With Class Action Settlement.  **[Case No. 08-013555 (JMP)] [Docket No.
        1030]**

        Response Deadline: December 12, 2008 at 4:00 p.m.

        Responses Received:  None.

        Related Filings: None.

        Status:  This matter has been adjourned to January 14, 2008 at 10:00 a.m.

## V.      **WITHDRAWN MATTERS:**

55.     Motion Authorizing Lehman Brothers Holdings Inc. to Compromise Its Claims
        Against WLB Mark Mezzanine LLC, et al. **[Docket No. 1734]**

        Response Deadline:    January 9, 2009 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:    None.

        Status:  This matter has been withdrawn.

Dated:  December 15, 2008
      New York, New Cork

           /s/ Lori R. Fife
           Harvey R. Miller
           Lori R. Fife

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

Dated:  December 15, 2008
      New York, New York        /s/ Jeffrey S. Margolin
           James B. Kobak, Jr.
           David W. Wiltenburg
           Christopher K. Kiplok
           Jeffrey S. Margolin

           HUGHES HUBBARD & REED LLP
           One Battery Park Plaza
           New York, New York 10004
           Telephone: (212) 837-6000
           Facsimile: (212) 422-4726

           Attorneys for James W. Giddens, Trustee for
           the SIPA Liquidation of Lehman Brothers Inc.