UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.* <br><br> Debtors. | Chapter 11 Case No. <br><br> 08-13555 (JMP) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2008, I caused a true and correct copy of the Verified Statement of Stradley Ronon Stevens & Young, LLP Pursuant to Bankruptcy Rule 2019(a) (the "Statement") to be served via electronic transmission on the parties set forth on list attached hereto.

STRADLEY RONON STEVENS & YOUNG, LLP

/s/Mark J. Dorval
Mark J. Dorval
2600 One Commerce Square,
Philadelphia, PA 19103-7098
(215) 564-8000 – phone
(215) 564-8120 – fax

B # 873070 v.1

**File an Answer:**

<u>08-13555-jmp Lehman Brothers Holdings Inc.</u>

## U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Dorval, Mark J. entered on 12/15/2008 at 2:41 PM and filed on 12/15/2008

**Case Name:**        Lehman Brothers Holdings Inc.
**Case Number:**      <u>08-13555-jmp</u>
**Document Number:** <u>2224</u>

**Docket Text:**
Statement *Verified Statement of Stradley Ronon Stevens & Young, LLP Pursuant to Bankruptcy Rule 2019(a)* filed by Mark J. Dorval on behalf of Stradley Ronon Stevens & Young, LLP. (Dorval, Mark)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\PDF\Verified Statement.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=12/15/2008] [FileNumber=7222799-0]
[9575efbc7058befa11cf48b09acb2a0d53885fcef27086c440c23a6edc4038a1864a
3803e971c0676beb789980f9c6536380ac99395985bbc88f2f15d98c61a3]]

**08-13555-jmp Notice will be electronically mailed to:**

Anne Marie Aaronson    aaronsoa@pepperlaw.com

Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker    acker@chapman.com

Luma Al-Shibib    lalshibib@reedsmith.com

Colin B. Albaugh    albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso    aalfonso@kayescholer.com

George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com

Tara B. Annweiler    tannweiler@greerherz.com

Rick Antonoff    rick.antonoff@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Bruce G. Arnold     barnold@whdlaw.com, jwells@whdlaw.com

John R. Ashmead     ashmead@sewkis.com

Lauren Attard     lattard@kayescholer.com, lattard@kayescholer.com;rcappiello@kayescholer.com;rrotman@kayescholer.com;philip.gross@kayescholer.com

Donald M. Badaczewski     donald.badaczewski@dechert.com

Helen Ball     hball@bradleyarant.com, hball@bradleyarant.com

William G. Ballaine     wballaine@lcbf.com

Elizabeth Banda     kwilliams@pbfcm.com

David M. Banker     dbanker@lowenstein.com

David L. Barrack     dbarrack@fulbright.com

Lawrence Bass     lawrence.bass@hro.com

Anne E. Beaumont     abeaumont@fklaw.com, lehman@fklaw.com

T. Scott Belden     sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer     hbeltzer@morganlewis.com

Evan J. Benanti     evan.benanti@bingham.com

Walter Benzija     wbenzija@halperinlaw.net

Leslie Ann Berkoff     lberkoff@moritthock.com

Mark N. Berman     mberman@nixonpeabody.com

Martin J. Bienenstock     martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Robert Jeffery Black     jeffery.black@bingham.com, pat.wright@bingham.com

Benjamin Blaustein     bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Michael V. Blumenthal     mblumenthal@crowell.com

Anthony D. Boccanfuso     Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi     maofiling@cgsh.com, cboccuzzi@cgsh.com

John S. Brannon     john.brannon@tklaw.com

Timothy W. Brink    timothy.brink@dlapiper.com

James L. Bromley    maofiling@cgsh.com

Andrew P. Brozman    andrew.brozman@cliffordchance.com

Martin G. Bunin    marty.bunin@alston.com

Michael G. Busenkell    mbusenkell@wcsr.com

Aaron R. Cahn    cahn@clm.com

Carollynn H.G. Callari    ccallari@venable.com

Donald F. Campbell    dcampbell@ghclaw.com

Sarah Campbell    scampbell@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

Matthew Allen Cantor    info2@normandyhill.com

John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com

Roy H. Carlin    rcarlin@breslowwalker.com

Lawrence F. Carnevale    bankruptcy@clm.com

James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman    maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com

Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Darrell W. Clark    dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Jared Riley Clark    jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements    agbanknewyork@ag.tn.gov

Ronald L. Cohen    cohenr@sewkis.com

Kenneth P. Coleman    kurt.vellek@allenovery.com, tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins    pcollins@farrellfritz.com

Christopher Combest    ccombest@quarles.com, fbf@quarles.com

Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com

Patrick M. Costello    pcostello@bbslaw.com

Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo    dcrapo@gibbonslaw.com

David A. Crichlow    dcrichlow@pillsburywinthrop.com

Maureen A. Cronin    macronin@debevoise.com, hsokolow@debevoise.com;dakazlow@debevoise.com;mao-ecf@debevoise.com

Leo T. Crowley    leo.crowley@pillsburylaw.com

Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com

Vincent D'Agostino    vdagostino@lowenstein.com

Israel Dahan    allison.dipasqua@cwt.com

Michael R. Dal Lago    bankruptcy@morrisoncohen.com

George A. Davis    wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net

John Dellaportas    dellajo@duanemorris.com

Bradford E. Dempsey    brad.dempsey@hro.com

Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Paul H. Deutch    paul.deutch@troutmansanders.com, harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing    ddiesing@whdlaw.com, lramirez@whdlaw.com

Christopher R. Donoho    chris.donoho@lovells.com, omeca.nedd@lovells.com;daniel.anstey@lovells.com

Joshua Dorchak    joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval    mdorval@stradley.com

Amish R. Doshi     adoshi@daypitney.com

Thomas Alan Draghi     tdraghi@westermanllp.com

Dennis J. Drebsky     ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk     rdremluk@seyfarth.com, pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy     tduffy@duffyandatkins.com, jatkins@duffyandatkins.com;dnolan@duffyandatkins.com;smartin@duffyandatkins.com

Matthew Dyer     BkMail@prommis.com

David W. Dykhouse     dwdykhouse@pbwt.com;cbelanger@pbwt.com

Andrew B. Eckstein     aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman     mjedelman@vedderprice.com, ecf_nydocket@vedderprice.com

Daniel Eggermann     deggermann@kramerlevin.com

Devon Eggert     deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Weston T. Eguchi     weguchi@orrick.com

Susan K. Ehlers     sehlers@armstrongteasdale.com

Jeremy D. Eiden     jeremy.eiden@state.mn.us

Martin Eisenberg     Martin.Eisenberg@thompsonhine.com

Charles R. Ekberg     ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen     eleliasen@stoel.com, basargent@stoel.com

David S. Elkind     david.elkind@ropesgray.com, paul.lang@ropesgray.com

Mark C. Ellenberg     mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

David Elrod     delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Bertin C. Emmons     bemmons@sovereignbank.com

Michael R. Enright     menright@rc.com

Andrew J. Entwistle     aentwistle@entwistle-law.com, tmaloney@entwistle-law.com;mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;scasey@entwistle-law.com;jporter@entwistle-law.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com

Michael S. Feldberg    michael.feldberg@newyork.allenovery.com, laura.martin@newyork.allenovery.com

Matthew Allen Feldman    maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman    sfineman@lchb.com

Harden Alexander Fisch    afisch@stutman.com

Eric Fisher    fishere@butzel.com

Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com

Charles H. Fleischer    cfleischer@ofqlaw.com

Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics    martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox    sfox@mcguirewoods.com

Mark Freedlander    mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com

David M. Friedman    courtnotices@kasowitz.com

Ellen A. Friedman    mmyles@friedumspring.com

Kenneth Friedman    kfriedman@manatt.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com

Jan B. Geller    jbgesq@bway.net

Anthony I. Giacobbe    agiacobbe@zeklaw.com

Steven D. Ginsburg    sdg@adorno.com, smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther    sdnyecf@dor.mo.gov

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jay M. Goffman    JGoffman@skadden.com

Andrew C. Gold    agold@herrick.com

Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net

Seth Goldman    seth.goldman@mto.com

Irena M. Goldstein    igoldstein@dl.com

Antonia Golianopoulos    agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

Peter S. Goodman    PGoodman@Andrews-Kurth.com, tdavidson@andrewskurth.com

Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield    maofiling@cgsh.com, lgranfield@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com

Ira S. Greene    isgreene@hhlaw.com, nduncan@hhlaw.com

Emanuel C. Grillo    egrillo@goodwinprocter.com

Steven T. Gubner    ecf@ebg-law.com

Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder    daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;tania.ingman@allenovery.com

Alan D. Halperin    ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Juandisha Harris    harrisjm@michigan.gov, holcombm@michigan.gov

Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Patrick L. Hayden    phayden@mcguirewoods.com

Dion W. Hayes    phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

James M. Heiser    heiser@chapman.com

Sally M. Henry    Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman    Nherman@morganlewis.com

Robert M. Hirsh    hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Casey B. Howard    choward@lockelord.com

Frederick D. Hyman    fhyman@mayerbrownrowe.com, cwilliams-pugh@mayerbrownrowe.com

Adam H. Isenberg    aisenberg@saul.com

Robbin L. Itkin    ritkin@steptoe.com, kpiper@steptoe.com, khollingsworth@steptoe.com

Steve Jakubowski    sjakubowski@colemanlawfirm.com

John J. Jolley    jay.jolley@kutakrock.com

Roger G. Jones    rjones@bccb.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden    gkaden@goulstonstorrs.com

Richard S. Kanowitz    rkanowitz@cooley.com

Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Diane J. Kasselman    dkasselman@kasselman-law.com

Elyssa Suzanne Kates    ekates@bakerlaw.com

Robin Elizabeth Keller    robin.keller@lovells.com, omeca.nedd@lovells.com

J. Michael Kelly    kellyjm@cooley.com

Kenneth J. Kelly    kkelly@ebglaw.com, nyma@ebglaw.com

Christopher K. Kiplok    kiplok@hugheshubbard.com

Paul Kizel    pkizel@lowenstein.com, jkramer@lowenstein.com;nStefanelli@lowenstein.com

Barry R. Kleiner    dkleiner@velaw.com

Howard Koh    hkoh@meisterseelig.com

Robert Kolodney    rkolodney@kanekessler.com

Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com, wisotska@pepperlaw.com

Bryan Krakauer    bkrakauer@sidley.com, emcdonnell@sidley.com

Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman    jkurtzma@klehr.com

Paul J. Labov   plabov@eapdlaw.com

Darryl S. Laddin   bkrfilings@agg.com

Michael C. Lambert   mclambert@lawpost-nyc.com

Mark Landman   mlandman@lcbf.com

David P. Langlois   david.langlois@sablaw.com

Robert Laplaca   rlaplaca@levettrockwood.com

Francis J. Lawall   lawallf@pepperlaw.com

David M. LeMay   dlemay@chadbourne.com

Stephen D. Lerner   slerner@ssd.com

Ira M. Levee   ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal   shari.leventhal@ny.frb.org

Richard B. Levin   rlevin@cravath.com, managing_attorneys_office@cravath.com

Jeffrey W. Levitan   jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin   JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;NMarcantonio@cahill.com

Fredrick J. Levy   flevy@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com;mmarck@olshanlaw.com

Ian N. Levy   ian.levy@kobrekim.com

Richard Levy   rlevy@pryorcashman.com

Leo V. Leyva   lleyva@coleschotz.com

Michael Liberman   mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov   liebovd@sullcrom.com

Demetra Liggins   demetra.liggins@tklaw.com

Joanne K. Lipson   jlipson@crockerkuno.com, ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu   judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello   elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Stephen T. Loden   sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com

Sarah K. Loomis   loomis@hugheshubbard.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Donald K. Ludman    dludman@brownconnery.com

Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com

John S. Mairo    jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.

Christopher J. Major    cmajor@rc.com, tgorrell@rc.com

Robert K. Malone    robert.malone@dbr.com

Beverly Weiss Manne    bmanne@tuckerlaw.com

Julie A. Manning    bankruptcy@goodwin.com

Jacqueline Marcus    jacqueline.marcus@weil.com

Alan E. Marder    lgomez@msek.com

Jeffrey S. Margolin    margolin@hugheshubbard.com

Lorenzo Marinuzzi    lmarinuzzi@mofo.com

D. Ross Martin    ross.martin@ropesgray.com, Therese.Scheuer@ropesgray.com;Patricia.Chen@ropesgray.com

Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;nrigan

Laurence May    lmay@coleschotz.com

Douglas Kirk Mayer    dkmayer@wlrk.com, dkmayer@wlrk.com

Kurt A. Mayr    kurt.mayr@bgllp.com

Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy    lehman.chapter11@dpw.com

Mark McDermott    mark.mcdermott@skadden.com

Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Lorraine S. McGowen    lmcgowen@orrick.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Austin L. McMullen    amcmulle@bccb.com

John P. Melko    jmelko@gardere.com

Michelle A. Mendez    mmendez@hunton.com

Michael T. Mervis    Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth    msteen@daypitney.com

Brett H. Miller    bmiller@mofo.com

Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com

Kenneth M. Misken    kmisken@mcguirewoods.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery    cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Joshua D. Morse    morsej@hbdlawyers.com

Judy Hamilton Morse    judy.morse@crowedunlevy.com

Steven T. Mulligan    smulligan@bsblawyers.com

David Neier    dneier@winston.com, dcunsolo@winston.com

Roger David Netzer    maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman    snewman@katskykorins.com

Robert E. Nies    rnies@wolffsamson.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry    eavila@bermanesq.com

Kalman Ochs    ochska@ffhsj.com

Matthew Olsen    molsen@morganlewis.com

Karen Ostad    kostad@mofo.com

Jody Michelle Oster     ECF.Oster@huntington.com

Alec P. Ostrow     apo@stevenslee.com

R. Stephen Painter     spainter@cftc.gov

Charles Palella     cpalella@kurzman.com

Deryck A. Palmer     deryck.palmer@cwt.com, allison.dipasqua@cwt.com

Charles N. Panzer     cpanzer@sillscummis.com

Steven W. Perlstein     steven.perlstein@kobrekim.com

Deborah J. Piazza     dpiazza@hodgsonruss.com

Thomas Pietrantonio     pietrantoniolaw@optonline.net

Andrea Pincus     apincus@reedsmith.com

Sydney G. Platzer     splatzer@platzerlaw.com

Frederick B. Polak     lml@ppgms.com

John N. Poulos     poulos@hugheshubbard.com

Constantine Pourakis     cp@stevenslee.com

Patricia Williams Prewitt     pprewitt@lockelord.com

William C. Price     wprice@mcguirewoods.com

Jeffrey D. Prol     jprol@lowenstein.com

Jonathan I. Rabinowitz     jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy     araboy@cov.com

John J. Rapisardi     john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.come

Paul L. Ratelle     pratelle@fwhtlaw.com

Sophia Ree     sree@lcbf.com

Ira A. Reid     ira.a.reid@bakernet.com

Steven J. Reisman     sreisman@curtis.com,
webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes@curtis.com;cmanthei@

Howard D. Ressler    hressler@diamondmccarthy.com

Kenneth A. Reynolds    kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume    arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards    mrichards@blankrome.com

Dirk S. Roberts    dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler    mroeschenthaler@mcguirewoods.com

Courtney Rogers    crogers@orrick.com

Elizabeth L. Rose    erose@herrick.com, erose@herrick.com

George Rosenberg    grosenberg@co.arapahoe.co.us

Jeffrey M. Rosenberg    jeff@kleinsolomon.com

Kermit A. Rosenberg    krosenberg@tighepatton.com

Edward M. Rosensteel    info@rosebeck.com

Jeffrey A. Rosenthal    maofiling@cgsh.com, aweaver@cgsh.com;stkaiser@cgsh.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com

Douglas B. Rosner    drosner@goulstonstorrs.com

Rene S. Roupinian    rroupinian@outtengolden.com

Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky    srutsky@proskauer.com

Jay G. Safer    jsafer@lockelord.com

Chester B. Salomon    cs@stevenslee.com

Diane W. Sanders    austin.bankruptcy@publicans.com

Lori K. Sapir    lsapir@ssghlaw.com

Shuba Satyaprasad    ssatyaprasad@akingump.com

Kim Sherrie Sawyer    gharnett@tlsgltd.com

Gregory B. Schiller    gschiller@zeislaw.com

Michael L. Schleich    mschleich@fslf.com

Carey D. Schreiber    cschreiber@winston.com

Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman    dschulman@salans.com

Jeffrey L. Schwartz    jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@

Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com

Brendan M. Scott    bscott@klestadt.com

Howard Seife    arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com

Nolan E. Shanahan    nshanahan@coleschotz.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Mark Sherrill    mark.sherrill@sablaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Mark Shinderman    mark.shinderman@mto.com, paula.ayers@mto.com

Carren B. Shulman    cshulman@sheppardmullin.com

Glenn E. Siegel    Glenn.Siegel@dechert.com

Paul H. Silverman    PSilverman@mclaughlinstern.com

Peter L. Simmons    peter.simmons@friedfrank.com

Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome    lgomez@msek.com

Edward Smith    easmith@venable.com

Elizabeth Page Smith    esmith@llgm.com, strum@dl.com

Abigail Snow     asnow@ssbb.com

Eric J. Snyder     esnyder@sillerwilk.com

Mark A. Speiser     mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse     msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart     steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein     msternstein@sheppardmullin.com

Brent C. Strickland     bstrickland@wtplaw.com

Harvey A. Strickon     harveystrickon@paulhastings.com, frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

David A. Sullivan     david.sullivan@cliffordchance.com

Walter E. Swearingen     wswearingen@llf-law.com, wswearngen@aol.com

James Tecce     jamestecce@quinnemanuel.com

Samuel Jason Teele     jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To     mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer     ktomer@goodwinprocter.com

Amit K. Trehan     atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwilliams-pugh@mayerbrown.com

Sarah Trum     strum@dl.com, lsaal@dl.com

Brian Trust     btrust@mayerbrown.com

Raymond J. Urbanik     rurbanik@munsch.com

Michael J. Venditto     mvenditto@reedsmith.com

Raymond W. Verdi     hellerverdi@aol.com

Jon C. Vigano     jvigano@schiffhardin.com, dgordon@schiffhardin.com

James J. Vincequerra     jvincequerra@wolfblock.com

Shai Waisman     shai.waisman@weil.com, amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@

Josephine Wang     jwang@sipc.org

Allen C. Wasserman     awasserman@lockelord.com

Corey R. Weber     ecf@ebg-law.com

William P. Weintraub     wweintraub@fklaw.com, zhassoun@fklaw.com

Rochelle R. Weisburg     rochellew@shiboleth.com

John W. Weiss     weissjw@gtlaw.com

Elizabeth Weller     dallas.bankruptcy@publicans.com

David B. Wheeler     davidwheeler@mvalaw.com

Timothy Raymond Wheeler     twheeler@lowenstein.com

Lee Papachristou Whidden     lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski     stephanie.wickouski@dbr.com, jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.com

Erin E. Wietecha     ewietecha@coleschotz.com

Deborah D. Williamson     dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson     KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson     efile@willaw.com

Amy R. Wolf     arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne     rwynne@kirkland.com;sperry@kirkland.com;scho@kirkland.com

Erin Zavalkoff     ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com

N. Theodore Zink     tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser     jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski     ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Abraham L. Zylberberg     azylberberg@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com