**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | § § | Case No. 08-13555 (JMP) |
| Debtor | § § § | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 12th day of December, 2008, I caused a true copy of the (i) *Notice of Appearance and Request For Service of Papers of Halbis Distressed Opportunities Master Fund Ltd.* and (ii) *Third Amended Verified Statement of Bingham McCutchen LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* to be delivered by hand to those parties listed on the attached Service List "A".

3. That on the 15th day of December, 2008, I caused a true copy of the (i) *Notice of Appearance and Request For Service of Papers of Halbis Distressed Opportunities Master Fund Ltd.* and (ii) *Third Amended Verified Statement of Bingham McCutchen LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* to be served by first class mail upon those

parties listed on the Master Service List dated as of December 3, 2008 and upon those parties listed on the attached Service List "B".

      /s/Patricia A. Wright
      Patricia A. Wright

Sworn to before me this
16th day of December, 2008

 /s/Pamela C. Corbett
Notary Public, State of New York
No. 01CO6194087
Qualified in New York County
Commission Expires 09/29/2012

## Service List "A"

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Fax. No.: 212.310.8007<br>Attn: Jacqueline Marcus | THE OFFICE OF THE U.S. TRUSTEE<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Fax No.: 212.668.2255<br>Attn: Andy Velez-Rivera<br>    Paul Schwartzberg<br>    Brian Masumoto<br>    Linda Rifkin<br>    Tracy Hope Davis |
| MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Fax No.: 212.530.5219<br>Attn: Dennis F. Dune<br>    Dennis O'Donnell<br>    Evan Fleck | HSBC<br>MultiStrategy Arbitrage FD<br>c/o Ricky Liu<br>425 Fifth Avenue, 18th Fl.<br>New York, NY 10018 |

## Service List "B"

White & Case LLP
Bockenheimer Landstrasse 20
60323 Frankfurt am Main, Germany
Attn:  Michael Ruetzel
     Ulf Kreppel
     Katarina Stahl

Breslow & Walker, LLP
767 Third Avenue
New York, NY  10017
Attn:  Roy H. Carlin

Hodgson Russ LLP
60 E. 42nd Street, 37th Floor
New York, NY  10165
Attn:  Garry M. Graber, Esq.
     Deborah J. Piazza, Esq.
     Maureen T. Bass, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038
Attn:  Lawrence M. Handelsman, Esq.
     Denise K. Wildes, Esq.

Landman Corsi Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY  10271-0079
Attn:  Mark S. Landman
     William G. Ballaine
     Sophia Ree

Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas  77002-5011
Attn:  John P. Melko

ProFund Advisors LLC
7501 Wisconsin Avenue
Suite 1000
Bethesda, MD  20814
Attn:  Barry Pershkow

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
Attn:  Carmine D. Boccuzzi, Jr., Esq.
     Thomas J. Moloney, Esq.

Michael A. Cox
Attorney General
Juandisha M. Harris
Assistant Attorney General
Cadillac Place, Suite 10-200
3030 W. Grand Boulevard
Detroit, MI  48202

Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT  06103
Attn:  Kurt A. Mayr

Locke Lord Bissell & Liddell LLP
885 Third Avenue, 26th Floor
New York, NY  22102
Attn:  Allen C. Wasserman, Esq.

A/72780667.1