**Exhibit B**



455 West Maude Avenue
Suite 210
Sunnyvale, CA  94085-3517
US
(408) 969-6119

# Invoice

| Date: | Invoice# |
|---|---|
| 9/9/2008 | 206054 |

### BILL TO

Lehman Brothers
Attn:Accounts Payable
P.O. Box 2339
Secaucus NJ  07096
United States

### SHIP TO

Lehman Brothers
70HXXVSOFT
70 Hudson Street
Jersey City NJ  07302
United States

| Customer ID | Customer PO# | Terms |
|---|---|---|
| LEHMAN | LBUSA-0000057496 | Net 30 days |

| ITEM CODE | DESCRIPTION | QTY | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
|  | Arcot RiskFort License Fee | 1 | 100,000.00 | 100,000.00 |
|  | Annual Maintenance Fee<br>(Purchase Order# LBUSA-0000057496) | 1 | 18,000.00 | 18,000.00 |

|  |  |  |
|---|---|---|
| Net Sales | USD | 118,000.00 |
| Sales Tax | USD | 0.00 |
| **Total** | USD | 118,000.00 |

WIRE TRANSFER INSTRUCTIONS:
  Wells Fargo Bank
  121 Park Center Plaza, 3rd Floor
  San Jose, CA.  95113
  Swift Code:  wfbius6s          ABA#: 121000248
  Credit Acct#: 4050008176       Credit Acct Name:      ARCOT SYSTEMS, INC.