O'MELVENY & MYERS LLP
Gerald C. Bender (GB-5849)
Josh Weisser (JW-0185)
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Attorneys for Arcot Systems, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x  Chapter 11
                                                            :
In re                                                       :
                                                            :
LEHMAN BROTHERS HOLDINGS,                                   :  Case No. 08-13555 (JMP)
INC., et al.,                                               :
        Debtors.                                            :
                                                            :
------------------------------------------------------------x  Jointly Administered

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

Robert Wajda, being duly sworn, deposes and says:

1.   I am not a party to this action, am over 18 years of age, reside in Essex County, NJ, and am employed by O'Melveny & Myers LLP.

2.   On December 16, 2008, I served a true copy of the **OBJECTION OF ARCOT SYSTEMS, INC. TO DEBTORS' MOTION TO (A) SCHEDULE A SALE HEARING; (B) ESTABLISH SALES PROCEDURES; (C) APPROVE A BREAK-UP FEE; AND (D) APPROVE THE SALE OF THE PURCHASED ASSETS AND THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS RELATING TO THE PURCHASED ASSETS**

electronically thorough the Court's ECF System on parties requesting electronic service and by overnight mail to the parties shown below:

| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Courtroom 601<br>New York, NY 10004 | Tracy Hope Davis<br>Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
|---|---|
| Attorneys for the Debtors<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Attorneys for the Purchaser<br>Lindsee P. Granfield, Esq.<br>Lisa Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Attorneys for the SIPA Trustee<br>James B. Kobak, Esq.<br>David Wiltenburg, Esq.<br>Jeff Margolin, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | |

_____
Robert Wajda

Sworn to before me this
16 th day of December 2008

_____
Notary Public

STEPHANIE CASSAGNOL
NOTARY PUBLIC, State of New York
No. 30-01CA6031175
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Sept. 27, 2009