UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X
                                              :
In re:                                        :   Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS                      :   Case Nos. 08-13555 (JMP)
INC., et al.,                                 :
                                              :   (Jointly Administered)
                                  Debtor.     :
---------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for AT&T Inc. f/k/a SBC Communications, Inc. ("AT&T"), a creditor as a result of the valid termination of all transactions under the 1992 ISDA Master Agreement, dated August 19, 2003, between AT&T and Lehman Brothers Special Financing, Inc., and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

> David A. Rosenzweig
> Fulbright & Jaworski L.L.P.
> 666 Fifth Avenue
> New York, New York  10103
> Telephone:  (212) 318-3000
> Telefax:  (212) 318-3400
> E-mail:  drosenzweig@fulbright.com
>
> AT&T Services Inc.
> Law Group Counsel
> One AT&T Way, Room 3A218
> Bedminster, New Jersey 07921
> Attn:  James W. Grudus
> Telephone:  (908) 234-3318
> E-mail:  jg5786@att.com

80412519.1

-2-

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of AT&T (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      December 16, 2008

                                        FULBRIGHT & JAWORSKI L.L.P.

                                        By: /s/ David A. Rosenzweig
                                            David A. Rosenzweig
                                            666 Fifth Avenue
                                            New York, New York  10103
                                            (212) 318-3000

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice Of Appearance and Demand for Notices and Papers, was filed electronically via the ECF system with copies also mailed by overnight Express Mail this 16th day of December 2008, to:

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153-0119
Attention: Lori R. Fife, Esq. and Shai Y. Waisman, Esq.
*Counsel to the Debtors*

Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004
Attention: James B. Kobak, Esq.
Attention: David Wiltenburg, Esq.
Attention: Jeffrey S. Margolin, Esq.
*Counsel to the SIPC trustee*

Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, New York 10016
Attention: Lindsee P. Granfeld, Esq. and Lisa M. Schweitzer, Esq.
*Counsel to the Purchaser*

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attention: Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attention: Dennis F. Dunne, Esq.
Attention: Luc A. Despins, Esq.
Attention: Wilbur F. Foster, Jr., Esq.
*Counsel to the Official Committee of Unsecured Creditors*

/s/ Mark Haut
Mark Haut