MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Alan Marder)
Jil Mazer-Marino
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York, 11530-9194
Telephone: 516.741.6565
Facsimile: 516.741.6706

ALLEN MATKINS LECK GAMBLE, MALLORY & NATSIS LLP
Vincent M. Coscino
James A. Timko
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321
Telephone:  (949) 553-1313
Facsimile:  (949) 553-8354
Email:  vcoscino@allenmatkins.com
            jtimko@allenmatkins.com

Attorneys for  the SunGard Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

CERTIFICATE OF SERVICE

    **I hereby certify that on December 16, 2008 I served a copy of the foregoing LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' MOTION TO APPROVE THE SALE OF CERTAIN EQUITY INTERESTS AND ASSETS RELATED TO LEHMAN BROTHERS' INVESTMENT MANAGEMENT by Federal Express, on the parties on the annexed service list.**

                                          */s/ Jil Mazer-Marino*
                                          **Jil Mazer-Marino**

In re Lehman Brothers Holdings Inc., et al.
Case No. 08-13555 (JMP)

## Service List

**Debtor's Counsel**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Lori R. Fife, Esq.
          Garrett A. Fail, Esq.

**United States Trustee**
Office of the United States Trustee
33 Whitehall Street,  21st Floor
New York, NY  10004
Attn:  Andy Velez-Rivera, Esq.
          Paul Schwartzberg, Esq.
          Brian Masumoto, Esq.
          Linda Rifkin, Esq.
          Tracy Hope Davis, Esq.

**Counsel for Official Committee of Unsecured Creditors**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:  Abhilash M. Raval, Esq.
          Evan Fleck, Esq.

**Counsel for James Giddens as SIPA Trustee for Lehman Brothers Inc.**
Hughes Hubbard & Reed LLP
One Battery Park Plaza,
New York, New York 10004
Attn:  James B. Kobak, Esq.
          David Wiltenburg, Esq.
          Jeff Margolin, Esq.

**Attorneys for Purchaser**
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY  10036
Attn:  Mark I. Bane, Esq.
          Steven T. Hoort, Esq.

**Attorneys for Purchaser**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn:  James L. Bromley, Esq.
          Sean A. O'Neal, Esq.

**Conflict Counsel for Official Committee of Unsecured Creditors**
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn:  James Tecce
          Susheel Kirpalani

695060