Jayna Partain Lamar
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone (205) 254-1000
Facsimile (205) 254-1999

*Counsel for Regions Bank*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | | Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE AND DEMAND
FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of Regions Bank, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

> Jayna Partain Lamar
> MAYNARD COOPER & GALE, PC
> 1901 Sixth Avenue North
> 2400 Regions/Harbert Plaza
> Birmingham, Alabama 35203
> Telephone (205) 254-1000
> Facsimile (205) 254-1999
> Email: jlamar@maynardcooper.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the U.S. Code § 101, *et seq.* (the "Bankruptcy Code"), the foregoing demand includes not only the notice and papers referred to in the aforementioned Bankruptcy Rules, but without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any right or interest of the debtor in the above-captioned case.

This appearance and demand for notice and service of the papers is not and may not be deemed or construed to be a waiver of any of Regions Bank's substantive or procedural rights, including, but not limited to any right (i) to require that where any adversary proceeding is initiated against Regions Bank in this or any related case, or where any proceeding is initiated by complaint against Regions Bank, the Bankruptcy Rules, the Federal Rules of Civil Procedure, and non-bankruptcy law, as applicable, shall apply, such that service upon the undersigned counsel is insufficient for any such proceeding; (ii) to have any final order in a non-core matter entered only after *de novo* review by the United States District Court; (iii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; or (iv) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other right, claim, action defense, setoff or recoupment to which Regions Bank is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Regions Banks expressly reserves.

| | |
|---|---|
| Dated: December 17, 2008 | Respectfully submitted, |
| | MAYNARD COOPER & GALE, PC |
| | */s/ Jayna Partain Lamar* |
| | Jayna Partain Lamar |
| | 1901 Sixth Avenue North |
| | 2400 Regions/Harbert Plaza |
| | Birmingham, Alabama 35203 |
| | Telephone (205) 254-1000 |
| | Facsimile (205) 254-1999 |
| | *Counsel for Regions Bank* |