VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 307-5500
Carollynn H.G. Callari

Attorneys For Danske Bank A/S, London Branch

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | |
| | : | Case No. 08-13555 (JMP) |
| Debtors. | : | |
| | : | Jointly Administered |

---------------------------------------------------------------x

## CERTIFICATE SERVICE

I, CAROLLYNN H.G. CALLARI, hereby certify that a copy of the Verified

Statement of Venable LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 was served

on the parties listed, and on the dates and by the means indicated on the attached Service List.

Dated: December 17, 2008
      New York, New York


   */s/ Carollynn H.G. Callari*
Carollynn H.G. Callari

VENABLE LLP
1270 Avenue of the Americas, 25th Floor
New York, New York  10020
Telephone:  (212) 307-5500

Service List

Via First Class Mail on December 11, 2008:

Robert J. Lemons, Esq.
Lori R. Fife, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10152
Fax: (212) 310-8007
*Attorneys for the Debtors*

Steven J. Reisman, Esq.
L.P. Harrison 3rd, Esq.
Curtis, Mallet-Prevost, Colt & Moscle LLP
101 Park Avenue
New York, New York 10178
Fax: (212) 697-1559
*Conflicts counsel for the Debtors*

Andrew D. Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Fax:  (212) 668-2255

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Fax:  (212) 530-5219
*Attorneys for the Official Committee of Unsecured Creditors*

Via First Class Mail on December 16, 2008:

Frederic R. Abramson
160 Broadway
Suite 500
New York, New York 10038

Airlie Opportunity Master Fund, Ltd.
c/o Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169
Attn:  Steven B. Soll

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

Bracewell & Guiliani LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:  David Craig Albalah

Asurion Corporation
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, California 90071-1560

Avista Corporation, Cascade Investment, LLC and Powerex Corp.
c/o Peitzman, Weg & Kempinksy LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Attn:  Howard J. Weg, David B. Shemano

BGC Partners, Inc.
199 Water Street
New York, New York 10038
Attn:  Michael Lampert, Esq.

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
Attn:  Gerald C. Bender

Hennigan, Bennett and Dorman
865 S. Figueroa Street
Suite 2900
Los Angeles, California 90017
Attn: Bruce Bennett

Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Attn:  Howard J. Berman

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20681

BigFix, Inc.
c/o St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117
Attn:  Michael St. James

Arnold & Porter
399 Park Avenue
New York, New York 10022
Attn:  Anthony D. Boccanfuso

Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, New York 10007-3747
Attn:  Daniel S. Braverman

SGP International, Inc.
16 East 40th Street
8th Floor
New York, New York 10016-0113
Attn:  Evan Brodie

CDW Corporation
c/o Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Attn:  Jonathan S. Henes, Michael A. Cohen

Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue
Chattanooga, Tennessee 37402
Attn:  Wade K. Cannon

Cantor Fitzgerald
110 East 59th Street
New York, New York 10022
Attn:  Andrew C. Wels, Esq.

Cantor Fitzgerald & Co.
499 Park Avenue
New York, New York 10022
Attn:  Andrew C. Wels, Esq.

Charles River Brokerage, LLC
7 New England Executive Park
Burlington, MA 01803

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a/ Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, New York 10017

Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, Illinois 60661
Attn:  Christopher Combest

Concur Technologies, Inc.
18400 NE Union Hill Road
Redmond, Washington 98052
Attn:  Kyle Sugamele

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, Connecticut 06830

Deka Bank Deutsche Girozentrale
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Attn:  Michael H. Torkin

-4-

Deutsche Bank Securities, Inc.
c/o Bingham McCutchen
399 Park Avenue
New York, New York 10022-4689
Attn:  Jeffrey S. Sabin, Ronald J. Silverman, Steven Wilamowsky

East West Bancorp
c/o Loeb & Loeb LLP
345 Park Avenue
New York, New York 10145

Felderstein Fitzgerlad Willoughby & Pascuzzi LLP
400 Capitol Mall
Suite 1450
Sacramento, California 95814-4434
Attn:  Steven H. Felderstein

GoldenTree Asset Management, LP
c/o Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Attn:  Daniel J. Saval, Esq.

Hodgson Russ LLP
60 East 42nd Street
37th Floor
New York, New York 10165
Attn:  Stephen H. Gross

HST Lessee SNYT Lessee
c/o Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169

Foley & Lardner LLP
90 Park Avenue
New York, New York 10016
Attn:  Douglas S. Heffer

David M. Hendrickson
1012 Nottingham Lane
Kokomo, IN 46902-9551

Hess Corporation
c/o Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Attn:  Melvin A. Brosterman, Harold A. Olsen

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022

Interface Cable Assemblies and Services Corp. a/k/a/ ICAS
c/o Thomas Pietrantonio, P.C.
334 Main Street
Port Washington, New York 11050

Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, New York 10017
Attn:  Christine Jagde

James Mintz Group, Inc.
355 Lexington Avenue
Suite 1400
New York, New York 10017
Attn:  Lewis W. Siegel

James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
c/o Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:  James B. Kobak, Jr., David W. Wiltenburg, Christopher K. Kiplok, Jeffrey
S. Margolin

Robert J. Jones, Esq.
Post Office Box, 49242
St. Petersburg, Florida 33743

Kieselstein Law Firm , PLLC
43 British American Boulevard
Latham, New York 12110
Attn:  Steve Kieselstein

William Kuntz
India Street
PO Box 1801
Nantucket, Mass 02554-1801

Lehman Brothers Private Equity Funds
c/o Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10016
Attn:  Michael A. Rosenthal, Esq., Janet M. Weiss, Esq.

Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801
Attn: Christpoher Loizides

MEG Energy Corp.
c/o Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
Attn:  Mark A. Broude

New York State Attorney General's Office
120 Broadway
24th Floor
New York, New York 10271
Attn:  Neal S. Mann

Law Offices of David C. McGrail
676A Ninth Avenue
#211
New York, New York 10036
Attn:  David C. McGrail

Murex North America Inc.
Santo Manna
810 7th Avenue, 14th Floor
New York, New York 10019

NYFIX, Inc.
c/o Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022
Attn:  Jeff J. Friedman, Merrit A. Pardini

NYS Child Support Processing Center
PO Box 15038
Albany, New York 12212-15038

Newport Global Opportunities Fund
c/o Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Attn:  Edward S. Weisfelner, Esq., David J. Molton, Esq., Andrew Dash, Esq.

Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, Connecticut 06103-2600
Attn: Jon P. Newton

PT Bank Negra Indonesia
c/o Brewslow & Walker, LLP
767 Third Avenue
New York, New York 10017
Attn: Roy H. Carlin, PC

Curtis Petran
29 Green Street
Jamaica Plain, MA 02130

RWE SUPPY & TRADING GmbH
c/o Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Attn: Hollace T. Cohen, Esq, Paul H. Deutch, Esq.

Russell Investment Group, Inc.
c/o Dechert LLP
1095 Avenue of the Americas
New York, New York 10036
Attn: Glenn E. Siegel, Donald M. Badaczewsi

Shenwick & Associates
655 Third Avenue
20th Floor
New York, New York 10017
Attn: James H. Shenwick

Staples Contract & Commercial, Inc. and Alpha Office Supplies, Inc.
c/o Brown Rudnick LLP
7 Times Square
New York, New York 10036
Attn: Daniel J. Saval

TPG-Austin Portfolio Holdings LLC
c/o Stutman, Treister & Glatt Professional Corporation
1901 Avenue of the Stars
12th Floor
Los Angeles, California 90067
Attn: Theodor B. Stolman, Scott H. Yun, Carol Chow, Margreta M. Morgulas

Teitelbaum & Baskin LLP
3 Barker Avenue, Third Floor
White Plains, New York 10601
Attn:  Jay Teitelbaum

TeleCommunication Systems, Inc.
Bruce A. White
Secretary, General Counsel and Vice President
275 West Street, Suite 400
Annapolis, Maryland 21401

The Bank of Toykyo-Mitsubishi UFJ, Ltd.
c/o Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169
Attn:  William M. Silverman, Esq.

The Federal Home Loan Bank of Dallas
c/o Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Attn:  David L. Barrack, Esq.

The NASDAQ OMX Group, Inc.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attn:  Sally McDonald Henry

Vollers Excavating & Construction, Inc.
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, New Jersey 08534

Garfield K. Windross
15 Woodcliff Court
Oakland, California 94605

Outtask, LLC
18400 NE Union Hill Road
Redmond, Washington 98052