UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :
                                                               :   Case No. 08-13555 (JMP)
                    Debtors.                                   :
                                                               :   Jointly Administered
---------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE
## FOR PATRICK J. POTTER

Patrick J. Potter ("Applicant") does hereby move this Court to enter an order admitting him *pro hac vice* as counsel for Pyrrhuloxia, LP, a creditor in the above-captioned case. In support of this motion, Applicant states under penalty of perjury the following:

1. My name is Patrick J. Potter, and I am a partner in the law firm of Pillsbury Winthrop Shaw Pittman LLP, with offices at 2300 N Street, NW, Washington, D.C. 20037, Tel: 202-663-8000.

2. Since 1989, Applicant has been and presently is a member in good standing of the bar of the State of Michigan, and later the District of Columbia (1991), as well as the Commonwealth of Virginia (1996). Applicant regularly practices law in, among other locations, the District of Columbia and the Commonwealth of Virginia.

3. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| State of Michigan | 1989 |
| U.S. District & Bankruptcy Courts, E.D. Mich. | 1989 |
| U.S. District & Bankruptcy Courts, W.D.Mich. | 1992 |
| District of Columbia | 1991 |

401062304v1

| | |
|---|---|
| U.S. District & Bankruptcy Courts, District of Columbia | 1991 |
| U.S. Court of Appeals—District of Columbia Circuit | 2003 |
| Commonwealth of Virginia | 1996 |
| U.S. Bankruptcy Court—E.D. Virginia | 1996 |
| U.S. Bankruptcy Court—W.D. Virginia | 2006 |
| U.S. Bankruptcy Court—E.D. Virginia | 2006 |
| U.S. Court of Appeals—Fourth Circuit | 1996 |
| U.S. District & Bankruptcy Courts, District of Maryland | 1991 |
| U.S. Court of Appeals—Third Circuit | 2000 |
| United States Supreme Court | 1998 |
| U.S. District Court—Puerto Rico | 2008 |

4. Applicant is a member in good standing of the bars of all courts listed in paragraph 3.

5. Applicant is not currently suspended from the practice of law before any court or any jurisdiction.

6. Applicant has read the Local Bankruptcy Rules and the District Court Rules, and will comply with each.

WHEREFORE, Applicant respectfully requests that this Court will enter an order allowing him to appear pro hac vice as counsel for Pyrrhuloxia, LP in the above-captioned bankruptcy case.

Respectfully submitted, the 12th day of December, 2008.

/s/ Patrick J. Potter
Patrick J. Potter
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C. 20037
Tel: 202-663-8000
Fax: 202-663-8007
Email: patrick.potter@pillsburylaw.com

2

401062304v1