PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Telephone: 212- 318-6000
Thomas L. Kent, Esq.
Lawrence Mittman, Esq.
Attorneys for 605 Third Avenue Fee LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
In re                                                    :
                                                         Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al. :
                        Debtors.                         Case No. 08-13555 (JMP)
                                                         (Jointly Administered)
                                                         :
---------------------------------------------------------------

### LIMITED NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned appears as counsel for 605 Third Avenue Fee LLC ("605 Third Avenue"), successor to Fisher 40th and 3rd Company, a party to a lease with Neuberger Berman, LLC ("Neuberger Berman"), a non debtor affiliate of Lehman Brother Holdings Inc., a debtor in these proceedings ("Debtor" and collectively with other debtors, the "Debtors"), and successor to Neuberger & Berman, and pursuant to *inter alia*, Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. §1109(b), requests that the following names be added to any service list in Debtors' cases and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

Thomas L. Kent, Esq.
Lawrence Mittman, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Email: thomaskent@paulhastings.com

1

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, email or otherwise that, among other relief: (i) affects or seeks to affect in any way any rights or interests of 605 Third Avenue with respect to (a) Neuberger Berman LLC, (b) property of the estate, or proceeds thereof, in which Neuberger Berman LLC may claim an interest or (c) property or proceeds thereof in the possession, custody, or control of others that Neuberger Berman LLC may seek to use or (ii) that requires or seeks to require any act, delivery or any property, payment or other conduct by 605 Third Avenue.

PLEASE TAKE FURTHER NOTICE that this Limited Notice of Appearance is not intended to be, and shall not constitute, a consent of 605 Third Avenue to jurisdiction of this Court respecting Debtors' cases or a waiver of strict service in connection with any adversary proceeding related to Debtors' cases, and, shall not constitute a waiver by 605 Third Avenue, among others, of: (i) its right to have final orders in non-core matters entered only after *de novo* review by the United States District Court, (ii) its right to trial by jury in any proceeding so triable in Debtors' cases or any case, controversy, or proceeding related to Debtors' cases, (iii) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, setoffs,

2

or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
December 17, 2008

By:     */s/ Thomas L. Kent*
Thomas L. Kent (TK 2935)
Lawrence Mittman
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Telephone: 212- 318-6000

Attorneys for 605 Third Avenue Fee LLC

LEGAL_US_E # 82003379.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December, 2008, I caused the Limited Notice of Appearance, Request for Service of Papers and Reservation of Rights to be served upon each of the following parties in the manner so indicated:

| | |
|---|---|
| The Honorable James M. Peck<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, New York 10004 | via Hand Delivery |
| Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Lori R. Fife, Esq. and<br>Garret A. Fail, Esq. | Facsimile: (212) 310-8007 |
| Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn: Andy Velez-Rivera, Esq., Paul<br>Schwartzberg, Esq., Brian Masumoto, Esq.,<br>Linda Riffkin, Esq. and<br>Tracey Hope Davis, Esq. | Facsimile: (212) 668-2255 |
| Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Abhilash M. Raval, Esq. and Evan Fleck, Esq. | Facsimile: (212) 530-5219 |
| Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 North Akard Street<br>Dallas, Texas 75201-6659<br>Attn: Russell L. Munsch, Esq. and Kevin M. Lippman, Esq. | Facsimile: (214) 855-7500 |
| Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Attn: James M. Kobak, Esq., David Wiltenburg, Esq. and Jeff Margolin, Esq. | Facsimile: (212) 422-4726 |

Hughes Hubbard & Reed LLP  
One Battery Park Plaza  
New York, New York 10004  
Attn: James M. Kobak, Esq., David Wiltenburg, Esq. and Jeff Margolin, Esq.

Facsimile: (212) 422-4726

Ropes & Gray, LLP  
1211 Avenue of the Americas  
New York, New York 10036  
Attn: Mark I. Bane, Esq. and Steven T. Hoort, Esq.

Facsimile: (212) 596-9090

Cleary Gottlieb Steen & Hamilton LLP  
One Liberty Plaza  
New York, New York 10006  
Attn: James L. Bromley, Esq. and Sean A. O'Neal, Esq.

Facsimile: (212) 225-3999

Dated: December 17, 2008

*[signature]*  
Frank D'Agostino

2