DAY PITNEY LLP
Amish R. Doshi (AD5996)
7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
Email:         adoshi@daypitney.com

*Attorneys for Oracle USA, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

Hearing Date:       December 22, 2008
Hearing Time:       10:00 a.m.
Objection Deadline: December 17, 2008

**CERTIFICATION OF SERVICE REGARDING RESERVATION
OF RIGHTS OF ORACLE USA, INC. REGARDING THE SALE OF
LEHMAN BROTHERS INC.'S INVESTMENT MANAGEMENT DIVISION**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.      I am a paralegal employed by the firm of Day Pitney LLP. My business address is 200 Campus Drive, Florham Park, New Jersey. Day Pitney is counsel to Oracle U.S.A., Inc., in connection with the above-referenced matter.

2.      On December 17, 2008, I electronically filed the Reservation Of Rights Of Oracle USA, Inc. Regarding The Sale Of Lehman Brothers Inc.'s Investment Management Division (the "Reservation of Rights") with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served.

    3.      In addition, on December 17, 2008 I caused copies of the Reservation of Rights to be served upon all parties on the annexed service list as noted thereon.

    I certify under penalty of perjury that the foregoing statements made by me are true and correct.

                                      /s/ Marcia L. Steen
                                      MARCIA L. STEEN

Dated: December 17, 2008

## Service List

**Served Via Email, Facsimile And First Class Mail On 12/17/08**

Lori R. Fife, Esq.
Garrett A. Fail Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Fax No.: 212- 310-8007
lori.fife@weil.com
garrett.fail@weil.com
*Attorneys for the Debtors*

James B. Kobak, Esq.
David Wiltenburg, Esq.
Jeffery S. Margolin, Esq.
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Fax No.:  212-422-4726
kobak@hugheshubbard.com
wiltenburg@hugheshubbard.com
margolin@hugheshubbard.com
*Attorneys for the SIPA Trustee*

James L. Bromley, Esq.
Sean A. O'Neil, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Fax No.:  212-225-3999
jbromley@cgsh.com
soneal@cgsh.com
*Attorneys for the Purchaser*

Mark I. Bane, Esq.
Steve T. Hoort, Esq.
Ropes & Gray LL
1211 Avenue of the Americas
New York,  NY 10036
Fax No. 212-596-9090
mark.bane@ropesgray.com
steven.hoort@ropesgray.com
*Attorneys for the Purchaser*

Abhilash M. Raval, Esq..
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax No.: 212-530-5219
ARaval@milbank.com
efleck@milbank.com
*Attorneys for Creditors' Committee*

James Tecce, Esq.
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
Fax No.: 212-849-7100
jamestecce@quinnemanuel.com
susheelkirpalani@quinnemanuel.com

**Served Via Facsimile And First Class Mail On 12/17/08**

Andy Velez-Rivera, Esq
Paul Schwartzberg, Esq.
Brian Shoichi Masumoto, Esq.
Linda Riffkin, Esq.
Tracey Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax No.: 212-668-2255