UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                          :         Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :         08-13555 (JMP)
                                                               :
          Debtors.                                    :         (Jointly Administered)
                                                               :
                                                               :
-------------------------------------------------------------------x

**ORDER GRANTING BARCLAYS' MOTION FOR CERTAIN LIMITED RELIEF
FROM THE SALE ORDER AND THE SALE PROCEDURES ORDER**

Upon the motion, dated October 10, 2008 (the "Motion"),[1] of Barclays Capital Inc. for entry of an order, pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), granting certain limited relief from this Court's Sale Order and Sale Procedures Order (as more fully described in the Motion); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, proper and sufficient notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that it should exercise its discretion in accordance with the relief requested in the Motion and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

ORDERED that, pursuant to Bankruptcy Rule 9024 the Motion is granted; and it is further

ORDERED that, notwithstanding any prior order of this Court to the contrary, or any notice given by Barclays or the Debtors, those contracts set forth on Exhibit 1 hereto, which were erroneously included in the schedule of Non-IT Closing Date Contracts posted to the Debtor's Website on September 18, 2008 (the "September 18 Non-IT Schedule"): (i) do not Constitute Closing Date Contracts, (ii) have not been assumed and assigned to Barclays, and (iii) remain subject to future assumption, assignment, and/or rejection. For the avoidance of doubt, the erroneous inclusion of the contracts set forth on Exhibit 1 in the September 18 Non-IT Schedule has not effectuated an assumption of such contracts under Section 365 of the Bankruptcy Code by Lehman Brothers Holdings Inc. or any of its affiliated Debtors in these chapter 11 cases, and shall not give rise to any administrative expense claim or damage claim against the Debtors or their estates whether under 11 U.S.C. § 503(b) or otherwise; and it is further

ORDERED that any subsequent rejection of the contracts set forth on Exhibit 1 in the September 18 Non-IT Schedule shall not give rise to any administrative expense claim against the Debtors or their estates whether under 11 U.S.C. § 503(b) or otherwise; and it is further

ORDERED that, notwithstanding any prior order of this Court to the contrary, nor any notice given by Barclays or the Debtors, Barclays shall have no obligation or liability for payment of cure amounts with respect to those contracts set forth on Exhibit 1 hereto, provided however, that nothing in this Order shall modify or amend Barclays' obligations under Section 2.5 of the Asset Purchase Agreement; and it is further

2

ORDERED that Barclays and the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the Court retains jurisdiction to enforce this Order.


Dated: New York, New York
       December 17, 2008

                                         *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

| Vendor Name+ | Type II | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| Acclara | Side Letter | | 945 Hornet Drive | | Hazelwood, MO 63042 | LBI |
| AchieveGlobal  Inc. | Amendment / Addendum / Schedule | Legal Department/Contracts Management | 170 West Election Road | Suite 201 | Draper, UT 84020 | LBI |
| ADDISON | Master Agreement | Roger Byrom | 20 Exchange Place 9th Floor | | New York NY 10005 | LBHI |
| AFTERBURNER, INC. | Master Agreement | James Murphy | 1503 B Northside Drive | | Atlanta, GA 30318 | LBHI |
| AMERICAN MANAGEMENT ASSOC. | Master Agreement | Chief Financial Officer | 1601 Broadway | | New York, NY 10019 | LBI |
| AMERICAN MANAGEMENT ASSOC. | Amendment / Addendum / Schedule | Lisa Zoba | 6 Winchester Drive | | East Brunswick, NJ 08816 | LBI |
| Ana-Data | TBD | Mohan Patel | 112 Third Street | | Stamford, CT 06905 | LBI |
| ANA-DATA CONSULTING INC | TBD | Mohan Patel | 112 Third Street | | Stamford, CT 06905 | LBI |
| ANA-DATA CONSULTING INC | TBD | Mohan Patel | 112 Third Street | | Stamford, CT 06905 | LBI |
| ANDERSON, ISABELLE | Master Agreement | Isabelle Anderson | 1272 Sugar Maple Drive | | Marriottsville, MD 21104 | LBI |
| ANNA PHILLIPS CO UK | Master Agreement | Anna Phillips | PO Box 19 | | Par PL24 2ZR United Kingdom | LBI |
| Ansco Arena Limited | Standalone Agreement | | 25 Canada Square | Canary Wharfl; GBR | E14 5LQ | LBI |
| AppIntelligence  Inc | Amendment / Addendum / Schedule | Steven C. Halper | 2172 Bluestone Drive | | St. Charles, MO 63303 | LBHI |
| ARCSIGHT, INC | Maintenance Renewal Quote | | 5 Results Way | Building #5 | Cupertino, CA 95014 | LBI |
| ARIAL INTERNATIONAL, LLC | Standalone Agreement | Tony Malaghan | 3800A Bridgeport Way W. #333 | | University Place, WA 98466 | LBI |
| Austin Tetra Inc. | Master Agreement | | 6333 North Highway 161 | Suite 100 | Irving, TX  75038 | LBI |
| AVATAR NEW YORK LLC | Master Agreement | Charles McCoy | 40 Worth St., Suite 1219 | | New York, NY 10013 | LBI |
| B ENTERTAINMENT INC. | Standalone Agreement | Linda Cutroni, President | 3 Hidden Glen Road | | Scarsdale NY 10583 | LBI |
| BERLITZ LANGUAGE CENTER | Master Agreement | Dan Bolger | 400 Alexander Park | | Princeton, NJ 08540 | LBHI |
| Blue Sky | TBD | Stehen Denis | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBI |
| Blue Sky | TBD | Stehen Denis | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBI |
| Blue Sky | TBD | Stehen Denis | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBI |
| Blue Sky | TBD | Stehen Denis | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBI |
| Blue Sky | TBD | Stehen Denis | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBI |
| Bohnams | Master Agreement | M. Neill, Director, Valuations Dept. | Montpelier Street | | Knightsbridge, London SW7 1HH | LBHI |
| BRIGHT HORIZONS | Standalone Agreement | Susan Cunningham | 200 Talcott Avenue South | | Watertown, MA 02472 | LBI |
| BRIGHT HORIZONS | Amendment / Addendum / Schedule | Andrea Martini | 200 Talcott Avenue South | | Watertown, MA 02472 | LBI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | 9th Floor | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BYTE CONSULTING INC | Amendment / Addendum / Schedule | | 352 Seventh Avenue | Suite 1511 | New York, NY 10001 | LBI |
| CARPENTER GROUP | Master Agreement | Polly Carpenter | 72 Spring Street | | New York NY 10012 | LBHI |

| Vendor Name+ | Type II | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| CATHERINE ORENSTEIN | Master Agreement | Catherine Orenstein | 906 Amsterdam Avenue | New York, NY 10025 | 646-765-5942 | LBHI |
| CDR ASSESSMENT GROUP | Master Agreement | General Counsel | 1644 S. Denver Tulsa | | Tulsa, OK 74119 | LBHI |
| CHD MERIDIAN HEALTHCARE | Amendment / Addendum / Schedule | | 4 Hillman Drive, Suite 130 | | Chadds Ford, PA  19317 | LBI |
| CORELOGIC | Master Agreement | General Counsel | 10360 Old Pacerville Road | Suite 100 | Sacramento, CA 95827 | LBHI |
| CUSTOMER SERVICE EXPERTS, INC | Master Agreement | Lise D'Andrea | 116 Defense Highway | Suite 205 | Annapolis, MD 21401 | LBHI |
| Drive 495 | Master Agreement | Steven Light | 495 Broadway | | New York, NY 10012 | LBHI |
| Dryden Procurement Technologies | Master Agreement | Brian McD | 1410 Russell Road | Suite 204 | Paoli, PA 19301 | LBHI |
| Dryden Procurement Technologies | Transaction Schedule | Brian McD | 1410 Russell Road | Suite 204 | Paoli, PA 19301 | LBHI |
| DUKE CORPORATE EDUCATION INC | Amendment / Addendum / Schedule | | 310 Blackwell Street | | Durham, NC  27701-3611 | LBI |
| DUKE CORPORATE EDUCATION INC | Amendment / Addendum / Schedule | | 310 Blackwell Street | | Durham, NC  27701-3611 | LBI |
| Dynamic Communication | Master Agreement | Barbara Tannenbaum | 121 Benevolent Street | | Providence, RI 02906 | LBI |
| ECD INSIGHT US LTD | Master Agreement | | 48 Wall Street | Suite 1100 | New York, NY 10005 | LBHI |
| ECLERX | Master Agreement | | 29 Bank Street | | Fort Mumbai, India | LBHI |
| ELLYN SPRAGINS | Master Agreement | Ellyn Spragins | 322 South Main Street | | Pennington, NJ 08534 | LBHI |
| ESI INTERNATIONAL INC | Master Agreement | | 901 North Glebe Road | Suite 200 | Arlington VA 22203 | LBI |
| Expand Forum | Master Agreement | N/A | 330 Madison Ave | | NY, NY 10117 | LBI |
| EXZAC COMPANY | TBD | Alon Even | 591 Summit Ave | | Jersey City, NJ 07306 | LBHI |
| Exzac LLC | TBD | Alon Even | 591 Summit Ave | | Jersey City, NJ 07306 | LBHI |
| Exzac LLC | TBD | Alon Even | 591 Summit Ave | | Jersey City, NJ 07306 | LBHI |
| Exzac LLC | TBD | Alon Even | 591 Summit Ave | | Jersey City, NJ 07306 | LBHI |
| Exzac, Inc.* | TBD | Alon Even | 591 Summit Ave | | Jersey City, NJ 07306 | LBHI |
| FARATA SYSTEM | Master Agreement | Yakon Fain | 5049 Greenwich Preserve | | Delray Beach, FL 33436 | LBHI |
| First American Default Information Services , LLC | Master Agreement | General Counsel | 1 First American Way | | Westlake, TX, 76262 | LBHI |
| Forbes Consulting | TBD | Gary E. Blumenthal | 24 Hartwell Avenue, 3rd Fl | | Lexington, MA 02421 | LBI |
| Forbes Consulting | TBD | Gary E. Blumenthal | 24 Hartwell Avenue, 3rd Fl | | Lexington, MA 02421 | LBI |
| GLASSHOUSE TECHNOLOGIES INC. | Master Agreement | Karl Johnsen | 200 Crossing Bouolevard | | Framingham, MA | LBHI |
| GLASSHOUSE TECHNOLOGIES INC. | Supplement | Karl Johnsen | 200 Crossing Bouolevard | | Framingham, MA | LBHI |
| GLASSHOUSE TECHNOLOGIES INC. | Transaction Schedule | Karl Johnsen | 200 Crossing Bouolevard | | Framingham, MA | LBHI |
| GLOBAL RESEARCH DISTRIBUTION | TBD | Global Research Distribution, Inc. | 128 West 26th Strreet | | New York, NY  10001 | LBI |
| Goldman Sachs | TBD | Casey Early | 85 Broad Street | | New York, NY 10004 | LBI |
| GRAYZ EVENTS | Standalone Agreement | Grayz | 13-15 West 54th Street | | New York, NY  10019 | LBI |
| Greenwich Technologies  Inc. | Amendment / Addendum / Schedule | John G. Colon | 8 Greenwich Office Park | | Greenwich, CT  06831 | LBI |
| GROUP 1066, LLC | Master Agreement | Group 1066, LLC | 443 Park Avenue South | 7th Floor | New York, NY  10016 | LBI |
| HEWLETT, SYLVIA ANN | Amendment / Addendum / Schedule | Sylvia Ann Hewlett | c/o Center for Work-Life Policy | 1841 Broadway, Suite 706 | New York, NY 10023 | LBHI |
| Informa Research Services, Inc. | Master Agreement | Michael Adler, President | 26565 Agoura Road | Suite 300 | Calabasas, CA 91302 | LBHI |
| INFUSION DEVELOPMENT CORP. | Amendment / Addendum / Schedule | | 500 Route 46 East | | Clifton, NJ 07011 | LBI |

| Vendor Name+ | Type II | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| INMARKETS LIMITED | Master Agreement | | 78 Cannon Street | | EC4N 6HH, UK | LBI |
| INMARKETS LIMITED | Amendment / Addendum / Schedule | | 78 Cannon Street | | EC4N 6HH, UK | LBI |
| INSTITUTE FOR CORPORATE PRODUCTIVITY INC | Master Agreement | | 411 1st Avenue South #403 | Seattle, WA 98104 | | LBHI |
| INSTITUTE FOR GLOBAL FUTURES | Master Agreement | | 2084 Union Street | San Francisco, CA 94123 | | LBHI |
| INSTITUTE FOR INTELLECTUAL CAPITAL | Master Agreement | | 11 Hackamore Court | Ancaster, Ontario | Canada | LBHI |
| INTUITION PUBLISHING INC. | Master Agreement | John O'Toole | 245 Fifth Avenue | Suite 2204 | New York, NY 10016 | LBI |
| INTUITION PUBLISHING INC. | Transaction Schedule | John O'Toole | 245 Fifth Avenue | Suite 2204 | New York, NY 10016 | LBI |
| INTUITION PUBLISHING INC. | Amendment / Addendum / Schedule | John O'Toole | 245 Fifth Avenue | Suite 2204 | New York, NY 10016 | LBI |
| INTUITION PUBLISHING INC. | Amendment / Addendum / Schedule | John O'Toole | 245 Fifth Avenue | Suite 2204 | New York, NY 10016 | LBI |
| INVESTORS MORTGAGE ASSET RECOVERY | Termination Letter | Robert Simpson | 18818 Teller Avenue | Suite 265 | Irvine, CA 92612 | LBI |
| JACOBI PERSUASIVE SPEAKING | Amendment / Addendum / Schedule | Jeffery Jacobi | 484 W. 43RD STREET | SUITE #28-S | NY, NY 10036 | LBI |
| JACOBI PERSUASIVE SPEAKING | Amendment / Addendum / Schedule | Jeffery Jacobi | 484 W. 43RD STREET | SUITE #28-S | NY, NY 10036 | LBI |
| Jacobi Voice Development | Master Agreement | Jeffery Jacobi | 484 W. 43RD STREET | SUITE #28-S | NY, NY 10036 | LBI |
| JASPER, JANN | Master Agreement | Jann Jasper | 1169 Loraine Ave. | Plainfield, NJ 07062 | (908) 769-7843 | LBHI |
| JDW CONCEPTS LTD. | Master Agreement | Julie Weidinger | 511 Oakbourne Rd. | West Chester, PA 19382 | (610) 547-2509 | LBHI |
| KAP GROUP, LLC. | Supplement | Marty Averbuch | 316 Golden Hills Dr. | Portola Valley, CA, 94028 | (650) 851-7359 | LBI |
| KAP GROUP, LLC. | Side Letter | Marty Averbuch | 316 Golden Hills Dr. | Portola Valley, CA, 94028 | (650) 851-7359 | LBI |
| KEARNEY, LYNN, PHD | Master Agreement | LYNN KEARNEY, PHD | 1775 YORK AVENUE, APT# 20B | NY, NY 10128 | 212-249-2861 | LBI |
| KEPNER TREGOE INC | Master Agreement | Philip Friedrich | 17 Research Road | | Princeton, NJ 08542 | LBHI |
| KEPNER TREGOE INC | Transaction Schedule | Philip Friedrich | 17 Research Road | | Princeton, NJ 08542 | LBHI |
| KEPNER TREGOE INC | Transaction Schedule | Philip Friedrich | 17 Research Road | | Princeton, NJ 08542 | LBHI |
| KNOWLEDGE LAUNCH LLC | Master Agreement | John Tolsma | PO Box 10066 | Knoxville, TN 37939 | 865-329-9260 | LBHI |
| KNOWLEDGE LAUNCH LLC | Amendment / Addendum / Schedule | John Tolsma | PO Box 10066 | Knoxville, TN 37939 | 865-329-9260 | LBHI |
| KNOWLEDGE SERVICES | Master Agreement | Christopher Lanier | PO Box 361490 | | Los Angeles, CA 90036-9246 | LBI |
| LAUREN SONTAG | Master Agreement | Lauren Sontag | 14 Manor Drive | Goldens Bridge, NY, 10526 | (914) 232-0049 | LBHI |
| Lawrence Glosten and Ravi Jagannatham | Master Agreement | Ravi Jagannatham | 127 Bertling Lane | | Winnetka, IL | LBI |
| Lawrence Glosten and Ravi Jagannatham | Master Agreement | Lawrence Glosten | 400 Riverside Dr. | Apt. 5D | New York, NY 10025 | LBI |
| LEADERSHIP SOLUTIONS CONSULTING LLC | Master Agreement | Donna Dennis | 66 Witherspoon St., | | Princeton NJ 08542 | LBI |
| LEAGUE FOR THE HARD OF HEARING | Master Agreement | Laurie Hanin | 50 Broadway | 6th Flr. | New York, NY 10004 | LBHI |
| Lisa Osborn | Standalone Agreement | Lisa Osborn | 17662 Miller Drive | | Tustin, CA 92780 | LBI |
| LOCATOR SERVICES GROUP, | Amendment / Addendum / Schedule | Kim Sawyer | 316 Newbury Street | | Boston, MA 02115 | LBI |
| LOWE, ANDEA JANE | Transaction Schedule | Dr. Andrea Jane Lowe | Unit 1D 64 Macdonnell Rd. | Mid-Levels | Hong Kong | LBHI |
| Lydian Data Services | Master Agreement | Stephen C. Wilhoit | 4850 T-REX Ave. | Suite 100 | Boca Raton, FLA 33431 | LBHI |

| Vendor Name+ | Type II | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| Maria Valdes PhD  Inc. | Master Agreement | Maria Valdes PHD | 4500 East 7th Ave. | | Denver CO 80220 | LBI |
| MONITOR COMPANY GROUP, LP | Master Agreement | Christopher Meyer | 2 Canal Park | | Cambridge, MA 02141 | LBHI |
| NEW BOSTON SYSTEMS INC | Amendment / Addendum / Schedule | Matt Gorski | 61 Broadway | Suite 2705 | New York, NY 10006 | LBI |
| NewsWire18 Pvt Ltd.* | Other | | Firangi Kali Towers | | KOLKATA  700012  INDIA | LBI |
| NEXNET INC. | Amendment / Addendum / Schedule | Dan Ihrig, President | 84 Pheasant Run | | Millwood, NY 10546 | LBI |
| NICHOLAS WARREN | Master Agreement | Niclolas Warren | 4 West 109th Street | Apt 1D | New York, NY  10025 | LBHI |
| OpenCrowd | Supplement | Sushil Prabho | 41 East 11th Street | 11th Floor | New York, NY 10003 | LBI |
| PARKER CONSULTING LLC | Master Agreement | Parker Conulting LLC | 5 Dan Beard Lane | | Reading, CT 06896 | LBHI |
| PARTNERS IN CHANGE, INC | Master Agreement | Partners in Change, Inc. | 105 Trento Circle | | McMurray, PA  15317 | LBHI |
| PeopleAnswers | NDA | Gabriel Goncalves | 14185 Dallas Pkwy | Suite 550 | Dallas, TX  75254 | LBHI |
| PERFORMANCE IMPROVEMENT SOLUTIONS, INC | Professional and Consulting | Lynne Morton | 208 East 51st Street | #366 | New York, NY 10022 | LBHI |
| PERFORMANCE OF A LIFETIME | Master Agreement | Maureen Kelly | 920 Broadway | | New York, NY 10010 | LBHI |
| PERFORMANCE OF A LIFETIME | Amendment / Addendum / Schedule | Maureen Kelly | 920 Broadway | | New York, NY 10010 | LBHI |
| PERFORMANCE OF A LIFETIME | Amendment / Addendum / Schedule | Maureen Kelly | 920 Broadway | | New York, NY 10010 | LBHI |
| PERSONNEL DECISIONS INTL. CORP. | Professional and Consulting | | 2000 Plaza VII Tower | 45 South Seventh Street | Minneapolis, MN 55402 | LBI |
| PERSONNEL DECISIONS INTL. CORP. | Master Agreement | Legal Department | 2000 Plaza VII Tower | 45 South Seventh Street | Minneapolis, MN 55402 | LBHI |
| PERSONNEL DECISIONS INTL. CORP. | Transaction Schedule | Legal Department | 2000 Plaza VII Tower | 45 South Seventh Street | Minneapolis, MN 55402 | LBHI |
| PINK ELEPHANT | Master Agreement | Lou Cino | 5575 North Service Road | | Burlington, ON L7L 6NM | LBHI |
| PREVENTURE | Master Agreement | David Pickering | 2006 Nooseneck Hill Rd. | | Coventry, RI 02816 | LBI |
| Professional Resource Screening, Inc.* | TBD | First Advantage Enterprise Screening | 805 Executive Center Drive West | Suite 300 | St. Petersburg, FL 33702 | LBI |
| Professional Resource Screening, Inc.* | TBD | First Advantage Enterprise Screening | 805 Executive Center Drive West | Suite 300 | St. Petersburg, FL 33702 | LBI |
| Q2 STRATEGIES | Master Agreement | Michael Del Sordo | 500 West 56th Street | Suite 1113 | New York, NY 10019 | LBHI |
| Reason Inc. | Master Agreement | Not specified | 80 Madison Avenue, 5H | | New York, NY 10016 | LBHI |
| Reason Inc. | Transaction Schedule | Not specified | 80 Madison Avenue, 5H | | New York, NY 10016 | LBHI |
| RENT-A-PC INC. | Amendment / Addendum / Schedule | | 265 Oser Avenue | | Hauppauge, NY 11788 | LBI |
| RIGHT MANAGEMENT CONSULTANTS INC. | Master Agreement | Not addressed | 100 Prospect St | | Stamford, CT 06901 | LBI |
| RIGHT MANAGEMENT CONSULTANTS INC. | Master Agreement | Howard Chin | 100 Prospect St. | | Stamford, CT 06901 | LBI |
| ROMANO GATLAND OF ILLINOIS, LLC | Master Agreement | Mark Romano | 99 West Hoffman Avenue | | Lindenhurst, NY 11757 | LBI |
| RUSSELL REYNOLDS ASSOCIATES LIMITED | Standalone Agreement | | 200 Park Avenue | Floor 23 | New York, NY  10166-2399 | LBI |
| SECURITIES TECHNOLOGY ANALYSIS CENTER | Master Agreement | | 1507 E 53rd Street | Suite 806 | Chicago, IL 60615 | |
| Selectminds, Inc. | TBD | Anne Berkowitch | 149 Fifth Avenue | 6th Floor | New York, NY 10010 | LBHI |
| Selectminds, Inc. | TBD | Anne Berkowitch | 149 Fifth Avenue | 6th Floor | New York, NY 10010 | LBHI |
| SIEGEL & GALE | Amendment / Addendum / Schedule | N/A | 10 Rockerfeller Center | | NY, NY 10020 | LBI |
| SkillBridge LLC* | Master Agreement | N/A | 10 King Arthur Rd | | North Easton, MA 02356 | LBI |
| SOFTECH PLUS INC | Amendment / Addendum / Schedule | N/A | PO Box 5284 | | North Bergen, NJ 07042 | LBI |
| STARCITE INC | TBD | William Gray | 1650 Arch Street, 18th F | | Philadelphia, PA 19103 | LBHI |

| Vendor Name+ | Type II | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| Stebich Ridder International | TBD | Stebich Ridder International, Inc | 599 Eleventh Avenue | | New York, NY 10036 | LBHI |
| STRATEGIC PRODUCTS AND SERVICES | Master Agreement | Strategic Product | 3 Wing Drive Suite 100 | | Cedar Knolls, NJ 07927 | LBI |
| SUFFOLK PARTNERS, LLC | Amendment / Addendum / Schedule | Anathony Macari | 47 Autumn Lane | | New Cannan, CT 06840 | LBHI |
| Sustainable Finance Ltd. | Master Agreement | Matt Arnold | 1650 30th Street | NW | Washington, DC 20007 | LBHI |
| Sustainable Finance Ltd. | Transaction Schedule | Matt Arnold | 1650 30th Street | NW | Washington, DC 20007 | LBI |
| TECHNICAL OPERATIONS INC. | Amendment / Addendum / Schedule | N/A | 454 West 41 Street, | | New York, NY 10036 | LBI |
| The AutoEx Group.* | Not Applicable | | 195 Broadway | | New York, NY 10007 | LBI |
| THE RESEARCH ASSOCIATES | Master Agreement | Sung Lee | 248 West 35th St. | 15th Floor | New York, NY 10001 | LBHI |
| THE WHARTON SCHOOL - UNIV OF PA | Master Agreement | N/A | 255 S. 38th St Suite 200 | | Philadephia, PA 19104-6359 | LBI |
| TippingPoint Technologies, Inc. | Trial | Billy J. Murphy | 7501B North Capital of Texas Highway | | Austin, TX 78731 | LBI |
| TIVERSA, INC. | Master Agreement | Robert J. Black | 200 Corporate Drive | Suite 300 | Pittsburgh, PA 15090 | LBHI |
| TIVERSA, INC. | TBD | N/A | 144 Emeryville Drive | Suite 300 | Cranberry Township PA 16066 | LBHI |
| TMP WORLDWIDE / MONSTER.COM | Amendment / Addendum / Schedule | Tom Walsh | 205 Hudson Street | 5th Floor | New York, NY 10013 | LBI |
| TRAINING THE STREET, INC. | Master Agreement | Scott Rostan/ Training the street | 1214 Garden Street | | Hoboken, NJ | LBHI |
| TRAINING THE STREET, INC. | Transaction Schedule | Scott Rostan/ Training the street | 1214 Garden Street | | Hoboken, NJ | LBHI |
| TRANSPERFECT TRANSLATIONS | Master Agreement | Carrie Tate | Three Park Avenue, 39th Floor | | New York, NY 10016 | LBHI |
| Trichys, LLC | TBD | N/A | 16 w township line rd · | | east norriton, pa 19401 | LBHI |
| TXG LTD | Master Agreement | Michelle Walder | Ventners Place, 68 Upper Thames Street | | London, EC4V 3BJ | LBHI |
| UCA COMPUTER SYSTEMS INC. | Trial | Rehan Ansari | 3 Stewart Ct | | Denville, NJ 07834 | LBI |
| VANGUARD INTEGRITY PROFESSIONALS | Standalone Agreement | Yvonne J. Shoup | 6625 Eastern Ave | Suite 100 | Las Vegas, NV 89119-3930 | LBI |
| VAS ASSOCIATES, INC. | Master Agreement | Donald Barclay | 1110 65th Street | | Brooklyn, NY 11219 | LBI |
| Vault | Master Agreement | | 500 2nd Ave N | | Clanton, AL 35045-3421 | LBHI |
| VIDEO CORPORATION OF AMERICA | Master Agreement | David Berlin | 370 Seventh Avennue | Suite 550 | New York, NY 10001 | LBI |
| Wajskol Design & Communications | Master Agreement | Jonathan Wajskol | 315 Seventh Avenue | Suite 11A | New York, NY 10001 | LBHI |
| Wajskol Design & Communications | Transaction Schedule | Jonathan Wajskol | 315 Seventh Avenue | Suite 11A | New York, NY 10001 | LBHI |
| WFC RESOURCES, INC. | Master Agreement | Susan Seitel | 5197 Beachside Drive | | Minnetonka, MN 55343 | LBHI |
| WINNING MIND, LLC | Master Agreement | Steven Klein | 787 Seventh Avenue | | New York, NY 10019 | LBHI |
| WJM ASSOCIATES, INC. | Master Agreement | Tim Morin | 675 Third Avenue | Suite 1610 | New York, NY 10017 | LBHI |