**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
:
In re                                                   :    Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,            :    Case No. 08-13555 (JMP)
                                                        :
            Debtors.                                    :    (Jointly Administered)
                                                        :
----------------------------------------------------------------------x    Ref. Docket No. 2098

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

        HERB BAER, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On December 8, 2008, I served the "NOTICE OF LBHI'S MOTION, PURSUANT TO SECTIONS 105(a) AND 365 OF THE BANKRUPTCY CODE, FOR AUTHORIZATION TO ASSUME ADMINISTRATIVE SERVICES AGREEMENT WITH AETNA", dated December 8, 2008 [Docket No. 2098] by causing true and correct copies to be:

        a)  delivered by email to those parties listed on the attached Exhibit "A",

        b)  delivered by facsimile to those parties listed on the attached Exhibit "B", and

        c)  enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                  /s/ Herb Baer
Sworn to before me this                              Herb Baer
17th day of December, 2008

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Aetna Assumption Motion_ aff 12-8-08.doc

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | brad.dempsey@hro.com |
| abraunstein@riemerlaw.com | brendalblanks@eaton.com |
| acaton@kramerlevin.com | brian.pfeiffer@friedfrank.com |
| acker@chapman.com | brian_corey@gtservicing.com |
| adarwin@nixonpeabody.com | bromano@willkie.com |
| adg@adorno.com | broy@rltlawfirm.com |
| Adiamond@DiamondMcCarthy.com | bruce.ortwine@sumitomotrust.co.jp |
| aentwistle@entwistle-law.com | bt@luckydognc.com |
| aglenn@kasowitz.com | btrust@mayerbrown.com |
| agold@herrick.com | btupi@tuckerlaw.com |
| agolianopoulos@mayerbrown.com | bturk@tishmanspeyer.com |
| ahammer@freebornpeters.com | carter.hunter@arentfox.com |
| aisenberg@saul.com | cbelmonte@ssbb.com |
| akantesaria@oppenheimerfunds.com | cdesiderio@nixonpeabody.com |
| akihiko_yagyuu@chuomitsui.jp | charles@filardi-law.com |
| albaugh.colin@pbgc.gov | chris.donoho@lovells.com |
| amarder@msek.com | christopher.schueller@bipc.com |
| AMcMullen@BoultCummings.com | cmontgomery@salans.com |
| amenard@tishmanspeyer.com | CMTB_LC11@chuomitsui.jp |
| Andrew.Brozman@cliffordchance.com | cohena@sec.gov |
| andrew.lourie@kobrekim.com | cohenr@sewkis.com |
| angelich.george@arentfox.com | cp@stevenslee.com |
| ann.reynaud@shell.com | crogers@orrick.com |
| anne.kennelly@hp.com | cs@stevenslee.com |
| aoberry@bermanesq.com | cschreiber@winston.com |
| apo@stevenslee.com | cshulman@sheppardmullin.com |
| araboy@cov.com | ctatelbaum@adorno.com |
| arheaume@riemerlaw.com | cward@polsinelli.com |
| arlbank@pbfcm.com | cweber@ebg-law.com |
| arosenblatt@chadbourne.com | cweiss@ingramllp.com |
| arwolf@wlrk.com | dallas.bankruptcy@pulicans.com |
| aseuffert@lawpost-nyc.com | daniel.guyder@allenovery.com |
| ashmead@sewkis.com | danna.drori@usdoj.gov |
| asnow@ssbb.com | david.bennett@tklaw.com |
| atrehan@mayerbrown.com | david.crichlow@pillsburylaw.com |
| austin.bankruptcy@publicans.com | david.heller@lw.com |
| avenes@whitecase.com | davids@blbglaw.com |
| avi.gesser@dpw.com | davidwheeler@mvalaw.com |
| azylberberg@whitecase.com | dbarber@bsblawyers.com |
| bambacha@sec.gov | dbaumstein@whitecase.com |
| bankruptcy@goodwin.com | dbesikof@loeb.com |
| bankruptcy@morrisoncohen.com | dckaufman@hhlaw.com |
| bankruptcymatters@us.nomura.com | dclark@stinson.com |
| bbisignani@postschell.com | dcoffino@cov.com |
| bguiney@pbwt.com | dcrapo@gibbonslaw.com |
| bhinerfeld@sbtklaw.com | ddrebsky@nixonpeabody.com |
| bill.freeman@pillsburylaw.com | ddunne@milbank.com |
| bmanne@tuckerlaw.com | deborah.saltzman@dlapiper.com |
| BMiller@mofo.com | deggert@freebornpeters.com |
| boneill@kramerlevin.com | demetra.liggins@tklaw.com |

| | |
|---|---|
| deryck.palmer@cwt.com | gabriel.delvirginia@verizon.net |
| dfelder@orrick.com | gary.ticoll@cwt.com |
| dflanigan@polsinelli.com | gauchb@sec.gov |
| dfriedman@kasowitz.com | gbray@milbank.com |
| dhayes@mcguirewoods.com | george.davis@cwt.com |
| dheffer@foley.com | giaimo.christopher@arentfox.com |
| dirk.roberts@ots.treas.gov | giddens@hugheshubbard.com |
| dkleiner@velaw.com | gkaden@goulstonstorrs.com |
| dkozusko@willkie.com | GLee@mofo.com |
| dladdin@agg.com | glee@mofo.com |
| dlemay@chadbourne.com | glenn.siegel@dechert.com |
| dlipke@vedderprice.com | gmoss@riemerlaw.com |
| dludman@brownconnery.com | gnovod@kramerlevin.com |
| dmcguire@winston.com | grosenberg@co.arapahoe.co.us |
| dneier@winston.com | gschiller@zeislaw.com |
| dodonnell@milbank.com | hanh.huynh@cwt.com |
| donald.badaczewski@dechert.com | harveystrickon@paulhastings.com |
| douglas.bacon@lw.com | heiser@chapman.com |
| douglas.mcgill@dbr.com | hirsh.robert@arentfox.com |
| dravin@wolffsamson.com | hollace.cohen@troutmansanders.com |
| drose@pryorcashman.com | howard.hawkins@cwt.com |
| drosner@goulstonstorrs.com | hseife@chadbourne.com |
| drosner@kasowitz.com | hsnovikoff@wlrk.com |
| dshemano@pwkllp.com | hweg@pwkllp.com |
| dswan@mcguirewoods.com | ian.levy@kobrekim.com |
| dwdykhouse@pbwt.com | igoldstein@dl.com |
| eagle.sara@pbgc.gov | ilevee@lowenstein.com |
| echang@steinlubin.com | info2@normandyhill.com |
| ecohen@russell.com | ira.herman@tklaw.com |
| efile@pbgc.gov | isgreene@hhlaw.com |
| efile@willaw.com | israel.dahan@cwt.com |
| efleck@milbank.com | jacobsonn@sec.gov |
| efriedman@friedumspring.com | jafeltman@wlrk.com |
| eglas@mccarter.com | james.mcclammy@dpw.com |
| ehollander@whitecase.com | jamestecce@quinnemanuel.com |
| ehorn@lowenstein.com | jason.jurgens@cwt.com |
| ekbergc@lanepowell.com | jatkins@duffyandatkins.com |
| ellen.halstead@cwt.com | jay@kleinsolomon.com |
| elobello@blankrome.com | Jbecker@wilmingtontrust.com |
| eschaffer@reedsmith.com | jbeemer@entwistle-law.com |
| eschwartz@contrariancapital.com | jbird@polsinelli.com |
| esmith@dl.com | jbromley@cgsh.com |
| ezavalkoff-babej@vedderprice.com | jcarberry@cl-law.com |
| ezujkowski@emmetmarvin.com | Jdrucker@coleschotz.com |
| fbp@ppgms.com | jdyas@halperinlaw.net |
| feldsteinh@sullcrom.com | jeffrey.sabin@bingham.com |
| ffm@bostonbusinesslaw.com | jeldredge@velaw.com |
| fhyman@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| fishere@butzel.com | jennifer.gore@shell.com |
| frank.white@agg.com | jeremy.eiden@state.mn.us |
| fred.berg@rvblaw.com | jfalgowski@reedsmith.com |
| fsosnick@shearman.com | jgarrity@shearman.com |

| | |
|---|---|
| jguy@orrick.com | kobak@hugheshubbard.com |
| jherzog@gklaw.com | korr@orrick.com |
| jhs7@att.net | KOstad@mofo.com |
| jhuggett@margolisedelstein.com | kovskyd@pepperlaw.com |
| jhuh@ffwplaw.com | kpiper@steptoe.com |
| jjureller@klestadt.com | kressk@pepperlaw.com |
| jkehoe@sbtklaw.com | KReynolds@mklawnyc.com |
| jketten@willkie.com | kristin.going@dbr.com |
| jkurtzman@klehr.com | krosen@lowenstein.com |
| jlee@foley.com | krubin@ozcap.com |
| jlevitin@cahill.com | kstahl@whitecase.com |
| jlipson@crockerkuno.com | lacyr@sullcrom.com |
| jliu@dl.com | lalshibib@reedsmith.com |
| jlovi@steptoe.com | Landon@StreusandLandon.com |
| jmazermarino@msek.com | lattard@kayescholer.com |
| jmcginley@wilmingtontrust.com | lawrence.bass@hro.com |
| jmerva@fult.com | lberkoff@moritthock.com |
| john.mcnicholas@dlapiper.com | lehman@fklaw.com |
| john.monaghan@hklaw.com | lgranfield@cgsh.com |
| john.rapisardi@cwt.com | linda.boyle@twtelecom.com |
| jorbach@hahnhessen.com | lisa.kraidin@allenovery.com |
| joseph.scordato@dkib.com | lmarinuzzi@mofo.com |
| joshua.dorchak@bingham.com | Lmay@coleschotz.com |
| jowen769@yahoo.com | lmcgowen@orrick.com |
| JPintarelli@mofo.com | lml@ppgms.com |
| jpintarelli@mofo.com | lnashelsky@mofo.com |
| jporter@entwistle-law.com | lromansic@steptoe.com |
| jprol@lowenstein.com | lschweitzer@cgsh.com |
| jrabinowitz@rltlawfirm.com | lubell@hugheshubbard.com |
| jschwartz@hahnhessen.com | lwhidden@salans.com |
| jshickich@riddellwilliams.com | mabrams@willkie.com |
| jsmairo@pbnlaw.com | macronin@debevoise.com |
| jtimko@allenmatkins.com | MAOFILING@CGSH.COM |
| jtougas@mayerbrown.com | Marc.Chait@standardchartered.com |
| judy.morse@crowedunlevy.com | margolin@hugheshubbard.com |
| jwallack@goulstonstorrs.com | mark.deveno@bingham.com |
| jwang@sipc.org | mark.ellenberg@cwt.com |
| jweiss@gibsondunn.com | mark.houle@pillsburylaw.com |
| jwhitman@entwistle-law.com | mark.sherrill@sutherland.com |
| jwishnew@mofo.com | martin.davis@ots.treas.gov |
| k4.nomura@aozorabank.co.jp | masaki_konishi@noandt.com |
| karen.wagner@dpw.com | matthew.dyer@prommis.com |
| karol.denniston@dlapiper.com | matthew.klepper@dlapiper.com |
| KDWBankruptcyDepartment@kelleydrye.com | mbenner@tishmanspeyer.com |
| keith.simon@lw.com | mberman@nixonpeabody.com |
| Ken.Coleman@allenovery.com | mbienenstock@dl.com |
| ken.higman@hp.com | mcademartori@sheppardmullin.com |
| kgwynne@reedsmith.com | mcordone@stradley.com |
| kiplok@hugheshubbard.com | mcto@debevoise.com |
| Klippman@munsch.com | mdorval@stradley.com |
| kmayer@mccarter.com | metkin@lowenstein.com |
| kmisken@mcguirewoods.com | mgreger@allenmatkins.com |

| | |
|---|---|
| mhopkins@cov.com | r.stahl@stahlzelloe.com |
| michael.kim@kobrekim.com | ramona.neal@hp.com |
| mitchell.ayer@tklaw.com | ranjit.mather@bnymellon.com |
| mitchell.epner@friedfrank.com | rcarlin@breslowwalker.com |
| mjacobs@pryorcashman.com | rdaversa@orrick.com |
| mjedelman@vedderprice.com | rfleischer@pryorcashman.com |
| mkjaer@winston.com | rfrankel@orrick.com |
| mlahaie@akingump.com | rgmason@wlrk.com |
| mmendez@hunton.com | rgraham@whitecase.com |
| mmickey@mayerbrown.com | rhett.campbell@tklaw.com |
| mmorreale@us.mufg.jp | richard.lear@hklaw.com |
| mmurphy@co.sanmateo.ca.us | ritkin@steptoe.com |
| monica.lawless@brookfieldproperties.com | RJones@BoultCummings.com |
| mpage@kelleydrye.com | RLevin@cravath.com |
| mpucillo@bermanesq.com | rmatzat@hahnhessen.com |
| mrosenthal@gibsondunn.com | rmunsch@munsch.com |
| mruetzel@whitecase.com | rnetzer@willkie.com |
| mschimel@sju.edu | rnies@wolffsamson.com |
| MSchleich@fraserstryker.com | robert.bailey@bnymellon.com |
| mschonholtz@kayescholer.com | robert.dombroff@bingham.com |
| mshiner@tuckerlaw.com | robert.henoch@kobrekim.com |
| mspeiser@stroock.com | Robert.Holladay@youngwilliams.com |
| mstamer@akingump.com | robert.malone@dbr.com |
| mvenditto@reedsmith.com | Robert.yalen@usdoj.gov |
| Nasreen.Bulos@dubaiic.com | roberts@pursuitpartners.com |
| nbannon@tishmanspeyer.com | Robin.Keller@Lovells.com |
| neal.mann@oag.state.ny.us | ronald.silverman@bingham.com |
| ned.schodek@shearman.com | rreid@sheppardmullin.com |
| newyork@sec.gov | RTrust@cravath.com |
| Nherman@morganlewis.com | Russj4478@aol.com |
| nissay_10259-0154@mhmjapan.com | rwasserman@cftc.gov |
| oipress@travelers.com | rwynne@kirkland.com |
| omeca.nedd@lovells.com | rwyron@orrick.com |
| owllady@hughes.net | s.minehan@aozorabank.co.jp |
| paronzon@milbank.com | sabin.willett@bingham.com |
| paul.deutch@troutmansanders.com | sabramowitz@velaw.com |
| paul.turner@sutherland.com | sagolden@hhlaw.com |
| pbentley@kramerlevin.com | Sally.Henry@skadden.com |
| pbosswick@ssbb.com | sandra.mayerson@hklaw.com |
| pdublin@akingump.com | Sara.Tapinekis@cliffordchance.com |
| peter.gilhuly@lw.com | schapman@willkie.com |
| peter.simmons@friedfrank.com | schristianson@buchalter.com |
| peter.zisser@hklaw.com | scottshelley@quinnemanuel.com |
| peter@bankrupt.com | scousins@armstrongteasdale.com |
| pfeldman@oshr.com | sdnyecf@dor.mo.gov |
| phayden@mcguirewoods.com | sean@blbglaw.com |
| pnichols@whitecase.com | sehlers@armstrongteasdale.com |
| ppascuzzi@ffwplaw.com | sfelderstein@ffwplaw.com |
| ppatterson@stradley.com | sfineman@lchb.com |
| prachmuth@reedsmith.com | sfox@mcguirewoods.com |
| pwirt@ftportfolios.com | sgordon@cahill.com |
| pwright@dl.com | SGross@HodgsonRuss.com |

| | |
|---|---|
| sgubner@ebg-law.com | wendy.rosenthal@cliffordchance.com |
| sharbeck@sipc.org | wfoster@milbank.com |
| shari.leventhal@ny.frb.org | wheuer@dl.com |
| sheakkorzun@comcast.net | wiltenburg@hugheshubbard.com |
| sheehan@txschoollaw.com | wisotska@pepperlaw.com |
| sidorsky@butzel.com | wsilverm@oshr.com |
| slerner@ssd.com | wswearingen@llf-law.com |
| SLoden@DiamondMcCarthy.com | wtaylor@mccarter.com |
| smillman@stroock.com | wzoberman@bermanesq.com |
| snewman@katskykorins.com | yamashiro@sumitomotrust.co.jp |
| spiotto@chapman.com | |
| splatzer@platzerlaw.com | |
| sselbst@herrick.com | |
| stan@smehaffey.com | |
| steele@lowenstein.com | |
| stephanie.wickouski@dbr.com | |
| steve.ginther@dor.mo.gov | |
| steven.perlstein@kobrekim.com | |
| steven.wilamowsky@bingham.com | |
| Streusand@StreusandLandon.com | |
| susan.schultz@newedgegroup.com | |
| susheelkirpalani@quinnemanuel.com | |
| szuch@wiggin.com | |
| tannweiler@greerherz.com | |
| tarbit@cftc.gov | |
| tbrock@ssbb.com | |
| tduffy@duffyandatkins.com | |
| TGoren@mofo.com | |
| thomas.califano@dlapiper.com | |
| Thomas_Noguerola@calpers.ca.gov | |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tmacwright@whitecase.com | |
| tmayer@kramerlevin.com | |
| tnixon@gklaw.com | |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |
| twheeler@lowenstein.com | |
| ukreppel@whitecase.com | |
| vdagostino@lowenstein.com | |
| Villa@StreusandLandon.com | |
| vmilione@nixonpeabody.com | |
| vrubinstein@loeb.com | |
| wanda.goodloe@cbre.com | |
| wbenzija@halperinlaw.net | |
| wcurchack@loeb.com | |
| weguchi@orrick.com | |
| weissjw@gtlaw.com | |

Additional Parties (Docket #2098) - 12-8-08

Email:

harold.horwich@bingham.com
baskinwc@aetna.com
mellork@aetna.com

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

08-13555-mg    Doc 2292    Filed 12/18/08    Entered 12/18/08 10:10:11    Main Document
Pg 10 of 13

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

```
                Additional Parties (Docket #2098) - 12-8-08
Aetna Life Insurance Company
151 Farmington Ave.
Hartford, Ct. 06156
Attn:  Employer Services Team Leader, Aetna

Bingham McCutchen LLP
Attn:  Harold S. Horwich, Esq.
One State Street
Hartford, Ct 06103-3178
```