**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                  :
In re                                             :        **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,      :        **Case No. 08-13555 (JMP)**
                                                  :
            **Debtors.**                          :        **(Jointly Administered)**
                                                  :
------------------------------------------------------------------------x        **Ref. Docket No. 2089, 2091, 2092**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

　　　　　HERB BAER, being duly sworn, deposes and says:

　　　　　1.　　　I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

　　　　　2.　　　On December 8, 2008, I caused to be served the:

　　　　　a)　"DEBTORS' MOTION FOR ENTRY OF ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004, AND 9019 (I) AUTHORIZING LEHMAN BROTHERS HOLDINGS INC. TO ENTER INTO A SETTLEMENT AGREEMENT WITH CERTAIN FRENCH AFFILIATES RELATING TO INTERCOMPANY CLAIMS, (II) AUTHORIZING LEHMAN BROTHERS HOLDINGS INC. TO VOTE ITS SHARES IN FRENCH AFFILIATE TO APPROVE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF AND VOLUNTARY DISSOLUTION OF SUCH AFFILIATE AND (III) GRANTING CERTAIN RELATED RELIEF", dated December 8, 2008 [Docket No. 2089],

　　　　　b)　"DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULES 2002(a)(2) AND 9006(c) TO SHORTEN TIME WITH RESPECT TO HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004, AND 9019 (I) AUTHORIZING LEHMAN BROTHERS HOLDINGS INC. TO ENTER INTO A SETTLEMENT AGREEMENT WITH CERTAIN FRENCH AFFILIATES RELATING TO INTERCOMPANY CLAIMS, (II) AUTHORIZING LEHMAN BROTHERS HOLDINGS INC. TO VOTE ITS SHARES IN FRENCH AFFILIATE TO APPROVE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF AND VOLUNTARY DISSOLUTION OF SUCH AFFILIATE AND (III) GRANTING CERTAIN RELATED RELIEF", dated December 8, 2008 [Docket No. 2091], and

    c) "ORDER TO SHOW CAUSE AND NOTICE FIXING HEARING DATE TO CONSIDER DEBTORS' MOTION FOR ENTRY OF ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004, AND 9019 (I) AUTHORIZING LEHMAN BROTHERS HOLDINGS INC. TO ENTER INTO A SETTLEMENT AGREEMENT WITH CERTAIN FRENCH AFFILIATES RELATING TO INTERCOMPANY CLAIMS, (II) AUTHORIZING LEHMAN BROTHERS HOLDINGS INC. TO VOTE ITS SHARES IN FRENCH AFFILIATE TO APPROVE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF AND VOLUNTARY DISSOLUTION OF SUCH AFFILIATE AND (III) GRANTING CERTAIN RELATED RELIEF", dated December 8, 2008 [Docket No. 2092]

by causing true and correct copies to be:

    a) delivered by email to kurt.mayr@bgllp.com (Bracewell & Giuliani LLP ) and to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                              /s/ Herb Baer

Sworn to before me this                            Herb Baer
17th day of December, 2008
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# Exhibit "A"

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | brad.dempsey@hro.com |
| abraunstein@riemerlaw.com | brendalblanks@eaton.com |
| acaton@kramerlevin.com | brian.pfeiffer@friedfrank.com |
| acker@chapman.com | brian_corey@gtservicing.com |
| adarwin@nixonpeabody.com | bromano@willkie.com |
| adg@adorno.com | broy@rltlawfirm.com |
| Adiamond@DiamondMcCarthy.com | bruce.ortwine@sumitomotrust.co.jp |
| aentwistle@entwistle-law.com | bt@luckydognc.com |
| aglenn@kasowitz.com | btrust@mayerbrown.com |
| agold@herrick.com | btupi@tuckerlaw.com |
| agolianopoulos@mayerbrown.com | bturk@tishmanspeyer.com |
| ahammer@freebornpeters.com | carter.hunter@arentfox.com |
| aisenberg@saul.com | cbelmonte@ssbb.com |
| akantesaria@oppenheimerfunds.com | cdesiderio@nixonpeabody.com |
| akihiko_yagyuu@chuomitsui.jp | charles@filardi-law.com |
| albaugh.colin@pbgc.gov | chris.donoho@lovells.com |
| amarder@msek.com | christopher.schueller@bipc.com |
| AMcMullen@BoultCummings.com | cmontgomery@salans.com |
| amenard@tishmanspeyer.com | CMTB_LC11@chuomitsui.jp |
| Andrew.Brozman@cliffordchance.com | cohena@sec.gov |
| andrew.lourie@kobrekim.com | cohenr@sewkis.com |
| angelich.george@arentfox.com | cp@stevenslee.com |
| ann.reynaud@shell.com | crogers@orrick.com |
| anne.kennelly@hp.com | cs@stevenslee.com |
| aoberry@bermanesq.com | cschreiber@winston.com |
| apo@stevenslee.com | cshulman@sheppardmullin.com |
| araboy@cov.com | ctatelbaum@adorno.com |
| arheaume@riemerlaw.com | cward@polsinelli.com |
| arlbank@pbfcm.com | cweber@ebg-law.com |
| arosenblatt@chadbourne.com | cweiss@ingramllp.com |
| arwolf@wlrk.com | dallas.bankruptcy@pulicans.com |
| aseuffert@lawpost-nyc.com | daniel.guyder@allenovery.com |
| ashmead@sewkis.com | danna.drori@usdoj.gov |
| asnow@ssbb.com | david.bennett@tklaw.com |
| atrehan@mayerbrown.com | david.crichlow@pillsburylaw.com |
| austin.bankruptcy@publicans.com | david.heller@lw.com |
| avenes@whitecase.com | davids@blbglaw.com |
| avi.gesser@dpw.com | davidwheeler@mvalaw.com |
| azylberberg@whitecase.com | dbarber@bsblawyers.com |
| bambacha@sec.gov | dbaumstein@whitecase.com |
| bankruptcy@goodwin.com | dbesikof@loeb.com |
| bankruptcy@morrisoncohen.com | dckaufman@hhlaw.com |
| bankruptcymatters@us.nomura.com | dclark@stinson.com |
| bbisignani@postschell.com | dcoffino@cov.com |
| bguiney@pbwt.com | dcrapo@gibbonslaw.com |
| bhinerfeld@sbtklaw.com | ddrebsky@nixonpeabody.com |
| bill.freeman@pillsburylaw.com | ddunne@milbank.com |
| bmanne@tuckerlaw.com | deborah.saltzman@dlapiper.com |
| BMiller@mofo.com | deggert@freebornpeters.com |
| boneill@kramerlevin.com | demetra.liggins@tklaw.com |

| | |
|---|---|
| deryck.palmer@cwt.com | gabriel.delvirginia@verizon.net |
| dfelder@orrick.com | gary.ticoll@cwt.com |
| dflanigan@polsinelli.com | gauchb@sec.gov |
| dfriedman@kasowitz.com | gbray@milbank.com |
| dhayes@mcguirewoods.com | george.davis@cwt.com |
| dheffer@foley.com | giaimo.christopher@arentfox.com |
| dirk.roberts@ots.treas.gov | giddens@hugheshubbard.com |
| dkleiner@velaw.com | gkaden@goulstonstorrs.com |
| dkozusko@willkie.com | GLee@mofo.com |
| dladdin@agg.com | glee@mofo.com |
| dlemay@chadbourne.com | glenn.siegel@dechert.com |
| dlipke@vedderprice.com | gmoss@riemerlaw.com |
| dludman@brownconnery.com | gnovod@kramerlevin.com |
| dmcguire@winston.com | grosenberg@co.arapahoe.co.us |
| dneier@winston.com | gschiller@zeislaw.com |
| dodonnell@milbank.com | hanh.huynh@cwt.com |
| donald.badaczewski@dechert.com | harveystrickon@paulhastings.com |
| douglas.bacon@lw.com | heiser@chapman.com |
| douglas.mcgill@dbr.com | hirsh.robert@arentfox.com |
| dravin@wolffsamson.com | hollace.cohen@troutmansanders.com |
| drose@pryorcashman.com | howard.hawkins@cwt.com |
| drosner@goulstonstorrs.com | hseife@chadbourne.com |
| drosner@kasowitz.com | hsnovikoff@wlrk.com |
| dshemano@pwkllp.com | hweg@pwkllp.com |
| dswan@mcguirewoods.com | ian.levy@kobrekim.com |
| dwdykhouse@pbwt.com | igoldstein@dl.com |
| eagle.sara@pbgc.gov | ilevee@lowenstein.com |
| echang@steinlubin.com | info2@normandyhill.com |
| ecohen@russell.com | ira.herman@tklaw.com |
| efile@pbgc.gov | isgreene@hhlaw.com |
| efile@willaw.com | israel.dahan@cwt.com |
| efleck@milbank.com | jacobsonn@sec.gov |
| efriedman@friedumspring.com | jafeltman@wlrk.com |
| eglas@mccarter.com | james.mcclammy@dpw.com |
| ehollander@whitecase.com | jamestecce@quinnemanuel.com |
| ehorn@lowenstein.com | jason.jurgens@cwt.com |
| ekbergc@lanepowell.com | jatkins@duffyandatkins.com |
| ellen.halstead@cwt.com | jay@kleinsolomon.com |
| elobello@blankrome.com | Jbecker@wilmingtontrust.com |
| eschaffer@reedsmith.com | jbeemer@entwistle-law.com |
| eschwartz@contrariancapital.com | jbird@polsinelli.com |
| esmith@dl.com | jbromley@cgsh.com |
| ezavalkoff-babej@vedderprice.com | jcarberry@cl-law.com |
| ezujkowski@emmetmarvin.com | Jdrucker@coleschotz.com |
| fbp@ppgms.com | jdyas@halperinlaw.net |
| feldsteinh@sullcrom.com | jeffrey.sabin@bingham.com |
| ffm@bostonbusinesslaw.com | jeldredge@velaw.com |
| fhyman@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| fishere@butzel.com | jennifer.gore@shell.com |
| frank.white@agg.com | jeremy.eiden@state.mn.us |
| fred.berg@rvblaw.com | jfalgowski@reedsmith.com |
| fsosnick@shearman.com | jgarrity@shearman.com |

| | |
|---|---|
| jguy@orrick.com | kobak@hugheshubbard.com |
| jherzog@gklaw.com | korr@orrick.com |
| jhs7@att.net | KOstad@mofo.com |
| jhuggett@margolisedelstein.com | kovskyd@pepperlaw.com |
| jhuh@ffwplaw.com | kpiper@steptoe.com |
| jjureller@klestadt.com | kressk@pepperlaw.com |
| jkehoe@sbtklaw.com | KReynolds@mklawnyc.com |
| jketten@willkie.com | kristin.going@dbr.com |
| jkurtzman@klehr.com | krosen@lowenstein.com |
| jlee@foley.com | krubin@ozcap.com |
| jlevitin@cahill.com | kstahl@whitecase.com |
| jlipson@crockerkuno.com | lacyr@sullcrom.com |
| jliu@dl.com | lalshibib@reedsmith.com |
| jlovi@steptoe.com | Landon@StreusandLandon.com |
| jmazermarino@msek.com | lattard@kayescholer.com |
| jmcginley@wilmingtontrust.com | lawrence.bass@hro.com |
| jmerva@fult.com | lberkoff@moritthock.com |
| john.mcnicholas@dlapiper.com | lehman@fklaw.com |
| john.monaghan@hklaw.com | lgranfield@cgsh.com |
| john.rapisardi@cwt.com | linda.boyle@twtelecom.com |
| jorbach@hahnhessen.com | lisa.kraidin@allenovery.com |
| joseph.scordato@dkib.com | lmarinuzzi@mofo.com |
| joshua.dorchak@bingham.com | Lmay@coleschotz.com |
| jowen769@yahoo.com | lmcgowen@orrick.com |
| JPintarelli@mofo.com | lml@ppgms.com |
| jpintarelli@mofo.com | lnashelsky@mofo.com |
| jporter@entwistle-law.com | lromansic@steptoe.com |
| jprol@lowenstein.com | lschweitzer@cgsh.com |
| jrabinowitz@rltlawfirm.com | lubell@hugheshubbard.com |
| jschwartz@hahnhessen.com | lwhidden@salans.com |
| jshickich@riddellwilliams.com | mabrams@willkie.com |
| jsmairo@pbnlaw.com | macronin@debevoise.com |
| jtimko@allenmatkins.com | MAOFILING@CGSH.COM |
| jtougas@mayerbrown.com | Marc.Chait@standardchartered.com |
| judy.morse@crowedunlevy.com | margolin@hugheshubbard.com |
| jwallack@goulstonstorrs.com | mark.deveno@bingham.com |
| jwang@sipc.org | mark.ellenberg@cwt.com |
| jweiss@gibsondunn.com | mark.houle@pillsburylaw.com |
| jwhitman@entwistle-law.com | mark.sherrill@sutherland.com |
| jwishnew@mofo.com | martin.davis@ots.treas.gov |
| k4.nomura@aozorabank.co.jp | masaki_konishi@noandt.com |
| karen.wagner@dpw.com | matthew.dyer@prommis.com |
| karol.denniston@dlapiper.com | matthew.klepper@dlapiper.com |
| KDWBankruptcyDepartment@kelleydrye.com | mbenner@tishmanspeyer.com |
| keith.simon@lw.com | mberman@nixonpeabody.com |
| Ken.Coleman@allenovery.com | mbienenstock@dl.com |
| ken.higman@hp.com | mcademartori@sheppardmullin.com |
| kgwynne@reedsmith.com | mcordone@stradley.com |
| kiplok@hugheshubbard.com | mcto@debevoise.com |
| Klippman@munsch.com | mdorval@stradley.com |
| kmayer@mccarter.com | metkin@lowenstein.com |
| kmisken@mcguirewoods.com | mgreger@allenmatkins.com |

| | |
|---|---|
| mhopkins@cov.com | r.stahl@stahlzelloe.com |
| michael.kim@kobrekim.com | ramona.neal@hp.com |
| mitchell.ayer@tklaw.com | ranjit.mather@bnymellon.com |
| mitchell.epner@friedfrank.com | rcarlin@breslowwalker.com |
| mjacobs@pryorcashman.com | rdaversa@orrick.com |
| mjedelman@vedderprice.com | rfleischer@pryorcashman.com |
| mkjaer@winston.com | rfrankel@orrick.com |
| mlahaie@akingump.com | rgmason@wlrk.com |
| mmendez@hunton.com | rgraham@whitecase.com |
| mmickey@mayerbrown.com | rhett.campbell@tklaw.com |
| mmorreale@us.mufg.jp | richard.lear@hklaw.com |
| mmurphy@co.sanmateo.ca.us | ritkin@steptoe.com |
| monica.lawless@brookfieldproperties.com | RJones@BoultCummings.com |
| mpage@kelleydrye.com | RLevin@cravath.com |
| mpucillo@bermanesq.com | rmatzat@hahnhessen.com |
| mrosenthal@gibsondunn.com | rmunsch@munsch.com |
| mruetzel@whitecase.com | rnetzer@willkie.com |
| mschimel@sju.edu | rnies@wolffsamson.com |
| MSchleich@fraserstryker.com | robert.bailey@bnymellon.com |
| mschonholtz@kayescholer.com | robert.dombroff@bingham.com |
| mshiner@tuckerlaw.com | robert.henoch@kobrekim.com |
| mspeiser@stroock.com | Robert.Holladay@youngwilliams.com |
| mstamer@akingump.com | robert.malone@dbr.com |
| mvenditto@reedsmith.com | Robert.yalen@usdoj.gov |
| Nasreen.Bulos@dubaiic.com | roberts@pursuitpartners.com |
| nbannon@tishmanspeyer.com | Robin.Keller@Lovells.com |
| neal.mann@oag.state.ny.us | ronald.silverman@bingham.com |
| ned.schodek@shearman.com | rreid@sheppardmullin.com |
| newyork@sec.gov | RTrust@cravath.com |
| Nherman@morganlewis.com | Russj4478@aol.com |
| nissay_10259-0154@mhmjapan.com | rwasserman@cftc.gov |
| oipress@travelers.com | rwynne@kirkland.com |
| omeca.nedd@lovells.com | rwyron@orrick.com |
| owllady@hughes.net | s.minehan@aozorabank.co.jp |
| paronzon@milbank.com | sabin.willett@bingham.com |
| paul.deutch@troutmansanders.com | sabramowitz@velaw.com |
| paul.turner@sutherland.com | sagolden@hhlaw.com |
| pbentley@kramerlevin.com | Sally.Henry@skadden.com |
| pbosswick@ssbb.com | sandra.mayerson@hklaw.com |
| pdublin@akingump.com | Sara.Tapinekis@cliffordchance.com |
| peter.gilhuly@lw.com | schapman@willkie.com |
| peter.simmons@friedfrank.com | schristianson@buchalter.com |
| peter.zisser@hklaw.com | scottshelley@quinnemanuel.com |
| peter@bankrupt.com | scousins@armstrongteasdale.com |
| pfeldman@oshr.com | sdnyecf@dor.mo.gov |
| phayden@mcguirewoods.com | sean@blbglaw.com |
| pnichols@whitecase.com | sehlers@armstrongteasdale.com |
| ppascuzzi@ffwplaw.com | sfelderstein@ffwplaw.com |
| ppatterson@stradley.com | sfineman@lchb.com |
| prachmuth@reedsmith.com | sfox@mcguirewoods.com |
| pwirt@ftportfolios.com | sgordon@cahill.com |
| pwright@dl.com | SGross@HodgsonRuss.com |

| | |
|---|---|
| sgubner@ebg-law.com | wendy.rosenthal@cliffordchance.com |
| sharbeck@sipc.org | wfoster@milbank.com |
| shari.leventhal@ny.frb.org | wheuer@dl.com |
| sheakkorzun@comcast.net | wiltenburg@hugheshubbard.com |
| sheehan@txschoollaw.com | wisotska@pepperlaw.com |
| sidorsky@butzel.com | wsilverm@oshr.com |
| slerner@ssd.com | wswearingen@llf-law.com |
| SLoden@DiamondMcCarthy.com | wtaylor@mccarter.com |
| smillman@stroock.com | wzoberman@bermanesq.com |
| snewman@katskykorins.com | yamashiro@sumitomotrust.co.jp |
| spiotto@chapman.com | |
| splatzer@platzerlaw.com | |
| sselbst@herrick.com | |
| stan@smehaffey.com | |
| steele@lowenstein.com | |
| stephanie.wickouski@dbr.com | |
| steve.ginther@dor.mo.gov | |
| steven.perlstein@kobrekim.com | |
| steven.wilamowsky@bingham.com | |
| Streusand@StreusandLandon.com | |
| susan.schultz@newedgegroup.com | |
| susheelkirpalani@quinnemanuel.com | |
| szuch@wiggin.com | |
| tannweiler@greerherz.com | |
| tarbit@cftc.gov | |
| tbrock@ssbb.com | |
| tduffy@duffyandatkins.com | |
| TGoren@mofo.com | |
| thomas.califano@dlapiper.com | |
| Thomas_Noguerola@calpers.ca.gov | |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tmacwright@whitecase.com | |
| tmayer@kramerlevin.com | |
| tnixon@gklaw.com | |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |
| twheeler@lowenstein.com | |
| ukreppel@whitecase.com | |
| vdagostino@lowenstein.com | |
| Villa@StreusandLandon.com | |
| vmilione@nixonpeabody.com | |
| vrubinstein@loeb.com | |
| wanda.goodloe@cbre.com | |
| wbenzija@halperinlaw.net | |
| wcurchack@loeb.com | |
| weguchi@orrick.com | |
| weissjw@gtlaw.com | |

# Exhibit "B"

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# Exhibit "C"

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004