**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                 :

In re                           :        **Chapter 11 Case No.**
                                   :

**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,   :        **Case No. 08-13555 (JMP)**
                                   :

         **Debtors.**             :        **(Jointly Administered)**
                                   :

-------------------------------------------------------------------------x      **Ref. Docket No. 2263**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

        PAUL BELOBRITSKY, being duly sworn, deposes and says:

        1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

        2.     On December 16, 2008, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Application of the Debtors Pursuant to Sections 327(A) and 328(A) of the Bankruptcy Code and Bankruptcy Rule 2014 for Authorization to Employ and Retain Bloomer Devere Group Avia, Inc. as Debtors' Broker in Connection with the Sales of Debtors' Aviation Assets *Nunc Pro Tunc* to the Commencement Date," dated December 16, 2008 [Docket No. 2263], by causing true and correct copies to be:

        a)  delivered by facsimile to those parties listed on the attached Exhibit "A", and

        b)  enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "B".

        3.     All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Paul Belobritsky
                                        Paul Belobritsky

Sworn to before me this
17th day of December, 2008
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

# EXHIBIT A

| Name | Fax |
|------|-----|
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004