**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,       :    Case No. 08-13555 (JMP)
                                                   :
        Debtors.                                   :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x    Ref. Docket No. 1933

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2008, I caused to be served the "Notice of Adjournment," dated December 15, 2008 [Docket No. 2233], by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) delivered by overnight mail to those parties listed on the attached Exhibit "C"

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Paul Belobritsky
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul Belobritsky

Sworn to before me this
16th day of December, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT A**

Email Addresses
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bambacha@sec.gov
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bt@luckydognc.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
carol.weinerlevy@bingham.com
carter.hunter@arentfox.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dneier@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com

| | | |
|---|---|---|
| eschaffer@reedsmith.com | jason.jurgens@cwt.com | jtimko@allenmatkins.com |
| eschwartz@contrariancapital.com | jatkins@duffyandatkins.com | jtougas@mayerbrown.com |
| esmith@dl.com | jay@kleinsolomon.com | judy.morse@crowedunlevy.com |
| ezavalkoff-babej@vedderprice.com | Jbecker@wilmingtontrust.com | jwallack@goulstonstorrs.com |
| ezujkowski@emmetmarvin.com | jbeemer@entwistle-law.com | jwang@sipc.org |
| fbp@ppgms.com | jbird@polsinelli.com | jweiss@gibsondunn.com |
| feldsteinh@sullcrom.com | jbromley@cgsh.com | jwhitman@entwistle-law.com |
| ffm@bostonbusinesslaw.com | jcarberry@cl-law.com | jwishnew@mofo.com |
| fhyman@mayerbrown.com | Jdrucker@coleschotz.com | k4.nomura@aozorabank.co.jp |
| fishere@butzel.com | jdyas@halperinlaw.net | karen.wagner@dpw.com |
| frank.white@agg.com | jeffrey.sabin@bingham.com | karol.denniston@dlapiper.com |
| fred.berg@rvblaw.com | jeldredge@velaw.com | KDWBankruptcyDepartment@kelleydrye.com |
| fsosnick@shearman.com | jennifer.demarco@cliffordchance.com | keith.simon@lw.com |
| gabriel.delvirginia@verizon.net | jennifer.gore@shell.com | Ken.Coleman@allenovery.com |
| gary.ticoll@cwt.com | jeremy.eiden@state.mn.us | ken.higman@hp.com |
| gauchb@sec.gov | jfalgowski@reedsmith.com | kgwynne@reedsmith.com |
| gbray@milbank.com | jgarrity@shearman.com | kiplok@hugheshubbard.com |
| george.davis@cwt.com | jguy@orrick.com | kkelly@ebglaw.com |
| GGraber@HodgsonRuss.com | jherzog@gklaw.com | Klippman@munsch.com |
| giaimo.christopher@arentfox.com | jhs7@att.net | kmayer@mccarter.com |
| giddens@hugheshubbard.com | jhuggett@margolisedelstein.com | kmisken@mcguirewoods.com |
| gkaden@goulstonstorrs.com | jhuh@ffwplaw.com | kobak@hugheshubbard.com |
| GLee@mofo.com | jjureller@klestadt.com | korr@orrick.com |
| glee@mofo.com | jkehoe@sbtklaw.com | KOstad@mofo.com |
| glenn.siegel@dechert.com | jketten@willkie.com | kovskyd@pepperlaw.com |
| gmoss@riemerlaw.com | jkurtzman@klehr.com | kpiper@steptoe.com |
| gnovod@kramerlevin.com | jlee@foley.com | kressk@pepperlaw.com |
| grosenberg@co.arapahoe.co.us | jlevitin@cahill.com | KReynolds@mklawnyc.com |
| gschiller@zeislaw.com | jlipson@crockerkuno.com | kristin.going@dbr.com |
| hanh.huynh@cwt.com | jliu@dl.com | krosen@lowenstein.com |
| harrisjm@michigan.gov | jlovi@steptoe.com | krubin@ozcap.com |
| harveystrickon@paulhastings.com | jmazermarino@msek.com | kstahl@whitecase.com |
| heiser@chapman.com | jmcginley@wilmingtontrust.com | kurt.mayr@bgllp.com |
| hirsh.robert@arentfox.com | jmelko@gardere.com | lacyr@sullcrom.com |
| hollace.cohen@troutmansanders.com | jmerva@fult.com | lalshibib@reedsmith.com |
| howard.hawkins@cwt.com | john.mcnicholas@dlapiper.com | Landon@StreusandLandon.com |
| hseife@chadbourne.com | john.monaghan@hklaw.com | lattard@kayescholer.com |
| hsnovikoff@wlrk.com | john.rapisardi@cwt.com | lawrence.bass@hro.com |
| hweg@pwkllp.com | jorbach@hahnhessen.com | lberkoff@moritthock.com |
| ian.levy@kobrekim.com | joseph.scordato@dkib.com | lehman@fklaw.com |
| igoldstein@dl.com | joshua.dorchak@bingham.com | lgranfield@cgsh.com |
| ilevee@lowenstein.com | jowen769@yahoo.com | lhandelsman@stroock.com |
| info2@normandyhill.com | JPintarelli@mofo.com | linda.boyle@twtelecom.com |
| ira.herman@tklaw.com | jpintarelli@mofo.com | lisa.kraidin@allenovery.com |
| isgreene@hhlaw.com | jporter@entwistle-law.com | lmarinuzzi@mofo.com |
| israel.dahan@cwt.com | jprol@lowenstein.com | Lmay@coleschotz.com |
| jacobsonn@sec.gov | jrabinowitz@rltlawfirm.com | lmcgowen@orrick.com |
| jafeltman@wlrk.com | jschwartz@hahnhessen.com | lml@ppgms.com |
| james.mcclammy@dpw.com | jshickich@riddellwilliams.com | lnashelsky@mofo.com |
| jamestecce@quinnemanuel.com | jsmairo@pbnlaw.com | lromansic@steptoe.com |

| | | |
|---|---|---|
| lschweitzer@cgsh.com | mvenditto@reedsmith.com | robert.dombroff@bingham.com |
| lubell@hugheshubbard.com | Nasreen.Bulos@dubaiic.com | robert.henoch@kobrekim.com |
| lwhidden@salans.com | nbannon@tishmanspeyer.com | robert.malone@dbr.com |
| mabrams@willkie.com | neal.mann@oag.state.ny.us | Robert.yalen@usdoj.gov |
| macronin@debevoise.com | ned.schodek@shearman.com | shumaker@pursuitpartners.com |
| MAOFILING@CGSH.COM | newyork@sec.gov | Robin.Keller@Lovells.com |
| Marc.Chait@standardchartered.com | Nherman@morganlewis.com | ronald.silverman@bingham.com |
| margolin@hugheshubbard.com | nissay_10259-0154@mhmjapan.com | rreid@sheppardmullin.com |
| mark.deveno@bingham.com | oipress@travelers.com | RTrust@cravath.com |
| mark.ellenberg@cwt.com | omeca.nedd@lovells.com | Russj4478@aol.com |
| mark.houle@pillsburylaw.com | owllady@hughes.net | rwasserman@cftc.gov |
| mark.sherrill@sutherland.com | paronzon@milbank.com | rwynne@kirkland.com |
| martin.davis@ots.treas.gov | patrick.potter@pillsburylaw.com | rwyron@orrick.com |
| masaki_konishi@noandt.com | paul.deutch@troutmansanders.com | s.minehan@aozorabank.co.jp |
| matthew.dyer@prommis.com | paul.turner@sutherland.com | sabin.willett@bingham.com |
| matthew.klepper@dlapiper.com | pbentley@kramerlevin.com | sabramowitz@velaw.com |
| Mbass@HodgsonRuss.com | pbosswick@ssbb.com | sagolden@hhlaw.com |
| mbenner@tishmanspeyer.com | pdublin@akingump.com | Sally.Henry@skadden.com |
| mberman@nixonpeabody.com | peter.gilhuly@lw.com | sandra.mayerson@hklaw.com |
| mbienenstock@dl.com | peter.simmons@friedfrank.com | Sara.Tapinekis@cliffordchance.com |
| mcademartori@sheppardmullin.com | peter.zisser@hklaw.com | schapman@willkie.com |
| mcordone@stradley.com | peter@bankrupt.com | schristianson@buchalter.com |
| mcto@debevoise.com | pfeldman@oshr.com | scottshelley@quinnemanuel.com |
| mdorval@stradley.com | phayden@mcguirewoods.com | scousins@armstrongteasdale.com |
| metkin@lowenstein.com | pnichols@whitecase.com | sdnyecf@dor.mo.gov |
| mgreger@allenmatkins.com | ppascuzzi@ffwplaw.com | sean@blbglaw.com |
| mhopkins@cov.com | ppatterson@stradley.com | sehlers@armstrongteasdale.com |
| michael.kim@kobrekim.com | pprewitt@lockelord.com | sfelderstein@ffwplaw.com |
| mitchell.ayer@tklaw.com | prachmuth@reedsmith.com | sfineman@lchb.com |
| mitchell.epner@friedfrank.com | pwirt@ftportfolios.com | sfox@mcguirewoods.com |
| mjacobs@pryorcashman.com | pwright@dl.com | sgordon@cahill.com |
| mjedelman@vedderprice.com | r.stahl@stahlzelloe.com | SGross@HodgsonRuss.com |
| mkjaer@winston.com | ramona.neal@hp.com | sgubner@ebg-law.com |
| mlahaie@akingump.com | ranjit.mather@bnymellon.com | sharbeck@sipc.org |
| MLandman@lcbf.com | rcarlin@breslowwalker.com | shari.leventhal@ny.frb.org |
| mmendez@hunton.com | rdaversa@orrick.com | sheakkorzun@comcast.net |
| mmickey@mayerbrown.com | rfleischer@pryorcashman.com | sheehan@txschoollaw.com |
| mmorreale@us.mufg.jp | rfrankel@orrick.com | sidorsky@butzel.com |
| mmurphy@co.sanmateo.ca.us | rgmason@wlrk.com | slerner@ssd.com |
| monica.lawless@brookfieldproperties.com | rgraham@whitecase.com | SLoden@DiamondMcCarthy.com |
| mpage@kelleydrye.com | rhett.campbell@tklaw.com | smillman@stroock.com |
| mpucillo@bermanesq.com | richard.lear@hklaw.com | snewman@katskykorins.com |
| mrosenthal@gibsondunn.com | ritkin@steptoe.com | spiotto@chapman.com |
| mruetzel@whitecase.com | RJones@BoultCummings.com | splatzer@platzerlaw.com |
| mschimel@sju.edu | RLevin@cravath.com | SRee@lcbf.com |
| MSchleich@fraserstryker.com | rmatzat@hahnhessen.com | sselbst@herrick.com |
| mschonholtz@kayescholer.com | rmunsch@munsch.com | sshimshak@paulweiss.com |
| mshiner@tuckerlaw.com | rnetzer@willkie.com | stan@smehaffey.com |
| mspeiser@stroock.com | rnies@wolffsamson.com | steele@lowenstein.com |
| mstamer@akingump.com | robert.bailey@bnymellon.com | stephanie.wickouski@dbr.com |

steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
wheuer@dl.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

Additional
JJureller@Klestadt.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004