UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- :
In re:                                           :    **Chapter 11**
                                                 :
**LEHMAN BROTHERS HOLDING INC.,**                :    **Case No. 08-13555 (JMP)**
*et al.,*                                        :    **Jointly Administered**
                                                 :
                              Debtors.           :    **Re: Dkt. No. 2288**
                                                 :
                                                 :
                                                 :
------------------------------------------------- :

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

     **NORA E. MORALES,** being duly sworn according to law, deposes and says that she is

employed by the law firm of Blank Rome LLP, counsel for Thomson Reuters PLC and Thomson

Reuters Corporation in the above-captioned Chapter 11 proceedings, and that on the 17th day of

December, 2008, she caused a copy of the following document to be served as indicated upon the

parties listed on the attached service list:

- *Limited Objection and Reservation of Rights of Thomson Reuters PLC and Thomson Reuters Corporation with Respect to Debtors' Motion to Approve the Sale of Its Investment Management Division Assets to the Successful Bidder.*

                                                  Nora E. Morales

Sworn to and subscribed before
me this 18th day of December 2008

Notary Public

**ANA L. ZAMPINO**
**County - New York**
**Registration Number is 02ZA6184279**
**Expiration Date is 03/31/20__**

**SERVICE LIST**

---

**BY ELECTRONIC MAIL, FIRST CLASS**
**MAIL AND/OR FACSIMILE:**

---

Lori Fife, Esq.
Garrett A. Fail, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
lori.fife@weil.com
garrett.fail@weil.com

---

Abhilash M. Raval, Esq.
Evan Fleck, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
ARaval@milbank.com
EFleck@milbank.com

---

James L. Bromley, Esq.
Sean A. O'Neal, Esq.
Cleary, Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
jbromley@cgsh.com
soneal@cgsh.com

---

Jeffrey S. Margolin, Esq.
James B. Kobak, Esq.
David Wiltenburg, Esq
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
margolin@hugheshubbard.com
kobak@hugheshubbard.com
wiltenburg@hugheshubbard.com

---

Mark I. Bane, Esq.
Steven T. Hoort, Esq.
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036
mark.bane@ropesgray.com
steven.hoort@ropesgray.com

Brian S. Masumoto, Esq.
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Linda Riffkin, Esq.
Tracey Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112
Facsimile: 212-668-2255

2