**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                    Chapter 11

Lehman Brothers Holdings, Inc., *et al.,*     Case No. 08-13555 (JMP)
                                          (Jointly Administered)

                        Debtors
-----------------------------------------------------------X

**<u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, DECEMBER 17, 2008, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**Schedule A and B to Clarifying Letter Agreement**