WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                            :
              Debtors.                      :   (Jointly Administered)
                                            :
                                            :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Application to Employ Dechert LLP as Special Counsel [Docket No. 2005] has been adjourned to **January 14, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

NY2:\1948501\01\15RH101!.DOC\58399.0003

Dated: December 18, 2008
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession