
## AIRCRAFT EVENT HISTORY

| | | | | | |
|---|---|---|---|---|---|
| **Current Information for :** | BAE SYSTEMS (Avro) RJ Avroliner | **Serial No :** | E2307 | | |
| **Variant** | RJ85 | **Reg. No.** | EI-RJY | **Build Year** | 1997 |
| **Minor Variant** | RJ85 | **Line No.** | 307 | **Roll-Out** | |
| **Operator** | Cityjet | **Manager** | Cityjet | **Owner** | Cityjet |
| **Status** | Storage | **First Flight** | 20/05/1997 | **Usage** | Passenger |

### Event History

| Date | Event Description | Operator | Manager | Owner | Reg.No | Engines |
|---|---|---|---|---|---|---|
| 29/10/1996 | Order placed for new aircraft - later delivered | Mesaba Airlines | Northwest Airlines | Northwest Airlines | N502XJ | LF507 |
| 24/05/1997 | Delivered (hand over) | Mesaba Airlines | Northwest Airlines | Northwest Airlines | N502XJ | LF507 |
| 24/05/1997 | Financed | Mesaba Airlines | Northwest Airlines | Northwest Airlines | N502XJ | LF507 |
| 25/09/1997 | Purchased - sale & lease-back | Mesaba Airlines | Northwest Airlines | Undisclosed Bank / Broker / Lessor | N502XJ | LF507 |
| 25/09/1997 | Financed - mortgaged | Mesaba Airlines | Northwest Airlines | Undisclosed Bank / Broker / Lessor | N502XJ | LF507 |
| 11/01/2006 | Parked | Mesaba Airlines | Northwest Airlines | Undisclosed Bank / Broker / Lessor | N502XJ | LF507 |
| 31/01/2007 | Purchased - parked | US Bank NA | US Bank NA | US Bank NA | N502XJ | LF507 |
| 26/04/2007 | Purchased - parked | LPJ Aircraft Finance LLC | LPJ Aircraft Finance LLC | LPJ Aircraft Finance LLC | N502XJ | LF507 |
| 28/05/2008 | Purchased - parked | Tronos Plc | Tronos Plc | Tronos Plc | N502XJ | LF507 |
| 06/06/2008 | Ferry flight/moved to new storage location | Tronos Plc | Tronos Plc | Tronos Plc | N502XJ | LF507 |
| 30/09/2008 | Title transferred to Trustee - parked | Tronos Plc | Tronos Plc | Tronos Plc | N502XJ | LF507 |
| 10/11/2008 | Purchased - parked | Cityjet | Cityjet | Cityjet | EI-RJY | LF507 |
| 15/12/2008 * | Scheduled to return to / enter service | Cityjet | Cityjet | Cityjet | EI-RJY | LF507 |

\* Estimated Date

The information contained in our databases and used in this report has been assembled from many sources, and whilst reasonable care has been taken to ensure accuracy, the information is supplied on the understanding that no legal liability whatsoever shall attach to Ascend Worldwide Limited, its offices, or employees in respect of any error or omission that may have occurred.


## AIRCRAFT EVENT HISTORY

| Current Information for : | BAE SYSTEMS (Avro) RJ Avroliner | Serial No : | E2208 | | |
|---|---|---|---|---|---|
| **Variant** | RJ85 | **Reg. No.** | N501XJ | **Build Year** | 1992 |
| **Minor Variant** | RJ85 | **Line No.** | 208 | **Roll-Out** | |
| **Operator** | Tronos Plc | **Manager** | Tronos Plc | **Owner** | Tronos Plc |
| **Status** | Storage | **First Flight** | 23/03/1992 | **Usage** | Passenger |

### Event History

| Date | Event Description | Operator | Manager | Owner | Reg.No | Engines |
|---|---|---|---|---|---|---|
| 23/03/1992 | Retained by manufacturer - for demo. / development | BAE Systems (HS) | BAE Systems (HS) | BAE Systems (HS) | G-ISEE | LF507 |
| 15/01/1993 * | Transferred to associated company | Avro | Avro | Avro | G-ISEE | LF507 |
| 15/06/1993 * | Parked | Avro | Avro | Avro | G-ISEE | LF507 |
| 15/02/1994 * | Ferry flight/moved to new storage location | Avro | Avro | Avro | G-ISEE | LF507 |
| 15/03/1997 * | Re-registered - parked | Avro | Avro | Avro | G-6-208 | LF507 |
| 25/04/1997 | Delivered - purchase of used / demo. aircraft | Mesaba Airlines | Northwest Airlines | Northwest Airlines | N501XJ | LF507 |
| 25/04/1997 | Purchased - sale & lease-back on delivery | Mesaba Airlines | Northwest Airlines | Undisclosed Bank / Broker / Lessor | N501XJ | LF507 |
| 25/04/1997 | Financed - mortgaged | Mesaba Airlines | Northwest Airlines | Undisclosed Bank / Broker / Lessor | N501XJ | LF507 |
| 15/11/2005 * | Parked | Mesaba Airlines | Northwest Airlines | Undisclosed Bank / Broker / Lessor | N501XJ | LF507 |
| 31/01/2007 | Purchased - parked | US Bank NA | US Bank NA | US Bank NA | N501XJ | LF507 |
| 26/04/2007 | Purchased - parked | LPJ Aircraft Finance LLC | LPJ Aircraft Finance LLC | LPJ Aircraft Finance LLC | N501XJ | LF507 |
| 07/04/2008 | Ferry flight/moved to new storage location | LPJ Aircraft Finance LLC | LPJ Aircraft Finance LLC | LPJ Aircraft Finance LLC | N501XJ | LF507 |
| 17/04/2008 | Purchased - parked | Tronos Plc | Tronos Plc | Tronos Plc | N501XJ | LF507 |

\* Estimated Date

Copyright 2007   **Ascend**                                                                                              Page 1 of 1

The information contained in our databases and used in this report has been assembled from many sources, and whilst reasonable care has been taken to ensure accuracy, the information is supplied on the understanding that no legal liability whatsoever shall attach to Ascend Worldwide Limited, its offices, or employees in respect of any error or omission that may have occurred.


# AIRCRAFT EVENT HISTORY

| Current Information for : | BAE SYSTEMS (Avro) RJ Avroliner | Serial No : | E2311 | | |
|---|---|---|---|---|---|
| **Variant** | RJ85 | **Reg. No.** | EI-WXB | **Build Year** | 1997 |
| **Minor Variant** | RJ85 | **Line No.** | 311 | **Roll-Out** | |
| **Operator** | Cityjet | **Manager** | Safair | **Owner** | Safair |
| **Status** | Storage | **First Flight** | 17/07/1997 | **Usage** | Passenger |

## Event History

| Date | Event Description | Operator | Manager | Owner | Reg.No | Engines |
|---|---|---|---|---|---|---|
| 29/10/1996 | Order placed for new aircraft - later delivered | Mesaba Airlines | Northwest Airlines | Northwest Airlines | N504XJ | LF507 |
| 24/07/1997 | Delivered (hand over) | Mesaba Airlines | Northwest Airlines | Northwest Airlines | N504XJ | LF507 |
| 24/07/1997 | Financed | Mesaba Airlines | Northwest Airlines | Northwest Airlines | N504XJ | LF507 |
| 25/09/1997 | Purchased - sale & lease-back | Mesaba Airlines | Northwest Airlines | Undisclosed Bank / Broker / Lessor | N504XJ | LF507 |
| 25/09/1997 | Financed - mortgaged | Mesaba Airlines | Northwest Airlines | Undisclosed Bank / Broker / Lessor | N504XJ | LF507 |
| 07/01/2006 | Parked | Mesaba Airlines | Northwest Airlines | Undisclosed Bank / Broker / Lessor | N504XJ | LF507 |
| 31/01/2007 | Purchased - parked | US Bank NA | US Bank NA | US Bank NA | N504XJ | LF507 |
| 26/04/2007 | Purchased - parked | LPJ Aircraft Finance LLC | LPJ Aircraft Finance LLC | LPJ Aircraft Finance LLC | N504XJ | LF507 |
| 30/04/2008 | Purchased - parked | Safair | Safair | Safair | N504XJ | LF507 |
| 31/05/2008 | Ferry flight/moved to new storage location | Safair | Safair | Safair | N504XJ | LF507 |
| 08/07/2008 | Leased in - parked | Cityjet | Safair | Safair | N504XJ | LF507 |
| 15/09/2008 | Re-registered - parked | Cityjet | Safair | Safair | EI-WXB | LF507 |
| 15/12/2008 * | Scheduled to return to / enter service | Cityjet | Safair | Safair | EI-WXB | LF507 |
| 31/12/2010 | Scheduled lease expiry - parked | Safair | Safair | Safair | EI-WXB | LF507 |

* Estimated Date

Copyright 2007   **Ascend**                                                                                                          Page 1 of 1

The information contained in our databases and used in this report has been assembled from many sources, and whilst reasonable care has been taken to ensure accuracy, the information is supplied on the understanding that no legal liability whatsoever shall attach to Ascend Worldwide Limited, its offices, or employees in respect of any error or omission that may have occurred.


## AIRCRAFT EVENT HISTORY

| **Current Information for :** | **BAE SYSTEMS (Avro) RJ Avroliner** | **Serial No :** | E2326 | | |
|---|---|---|---|---|---|
| **Variant** | RJ85 | **Reg. No.** | EI-RJZ | **Build Year** | 1998 |
| **Minor Variant** | RJ85 | **Line No.** | 326 | **Roll-Out** | |
| **Operator** | Cityjet | **Manager** | Cityjet | **Owner** | Cityjet |
| **Status** | In Service | **First Flight** | 21/04/1998 | **Usage** | Passenger |

**Event History**

| Date | Event Description | Operator | Manager | Owner | Reg.No | Engines |
|---|---|---|---|---|---|---|
| 29/10/1996 | Order placed for new aircraft - later delivered | Northwest Airlines | Northwest Airlines | Northwest Airlines | N512XJ | LF507 |
| 29/10/1996 | On order - lease arranged | Mesaba Airlines | Northwest Airlines | Northwest Airlines | N512XJ | LF507 |
| 27/04/1998 | Delivered (hand over) | Mesaba Airlines | Northwest Airlines | Northwest Airlines | N512XJ | LF507 |
| 04/05/1998 | Purchased - sale & lease-back on delivery | Mesaba Airlines | Northwest Airlines | Sumitomo Bank Capital Markets | N512XJ | LF507 |
| 04/05/1998 | Financed - mortgaged | Mesaba Airlines | Northwest Airlines | Sumitomo Bank Capital Markets | N512XJ | LF507 |
| 15/11/2005 * | Parked | Mesaba Airlines | Northwest Airlines | Sumitomo Bank Capital Markets | N512XJ | LF507 |
| 31/01/2007 | Purchased - parked | US Bank NA | US Bank NA | US Bank NA | N512XJ | LF507 |
| 26/04/2007 | Purchased - parked | LPJ Aircraft Finance LLC | LPJ Aircraft Finance LLC | LPJ Aircraft Finance LLC | N512XJ | LF507 |
| 19/03/2008 | Purchased - parked | Tronos Plc | Tronos Plc | Tronos Plc | N512XJ | LF507 |
| 22/03/2008 | Ferry flight/moved to new storage location | Tronos Plc | Tronos Plc | Tronos Plc | N512XJ | LF507 |
| 03/04/2008 | Title transferred to Trustee - parked | Tronos Plc | Tronos Plc | Tronos Plc | N512XJ | LF507 |
| 02/05/2008 | Purchased - parked | Cityjet | Cityjet | Cityjet | EI-RJZ | LF507 |
| 22/11/2008 | Returned to operation | Cityjet | Cityjet | Cityjet | EI-RJZ | LF507 |

\* Estimated Date

The information contained in our databases and used in this report has been assembled from many sources, and whilst reasonable care has been taken to ensure accuracy, the information is supplied on the understanding that no legal liability whatsoever shall attach to Ascend Worldwide Limited, its offices, or employees in respect of any error or omission that may have occurred.