**Hearing:  January 14, 2009, 10:00 a.m. ET**
**Objection:  January 9, 2009, 4:00 p.m. ET**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                          :
In re:                                                    :
                                                          :    Chapter 11
LEHMAN BROTHERS HOLDINGS, INC.,                           :
*et al.,*                                                 :    Case No. 08-13555 (JMP)
                                                          :
Debtors.                                                  :    (Jointly Administered)
                                                          :
                                                          :
-------------------------------------------------------- x

### ORDER, UNDER 11 U.S.C. § 105(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 2004, AUTHORIZING AND DIRECTING RULE 2004 DISCOVERY OF LEHMAN COMMERCIAL PAPER INC.

Upon the motion (the "Motion") of Piper Jaffray & Co. ("Piper"), pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 2004, for entry of an order authorizing and directing discovery from Debtor Lehman Commercial Paper Inc. and other entities ("Debtors"), in the form of responses to the document requests attached to this motion as Exhibit 2 or substantially similar document requests; and upon consideration of the Motion; and due and proper notice of the Motion having been given, it is hereby **ORDERED** that:

1.     The Motion is granted.

2.     Piper is permitted to serve document requests that are substantially in the form attached as Exhibit 2.  The Debtors shall respond to such document requests within fourteen (14) days after service.

NY:1211639.5

3.      The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: January __, 2009
       New York, New York

_____
HON. JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

NY:1211639.5