# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | Case No. 08-1355 (JMP) |
| **Lehman Brothers Holdings, Inc. et al.,** | § | (Jointly Administered) |
| | § | |
| **Debtors.** | § | |

## REQUEST FOR SERVICE OF NOTICE OF ALL MATTERS

Continental Airlines, Inc. ("Continental") hereby files this request that all papers served or required to be served in this case be given to and served upon them as follows:

| | |
|---|---|
| John E. West | Jeff Wittig |
| Steven M. Abramowitz | Continental Airlines, Inc. |
| Vinson & Elkins L.L.P. | 1600 Smith |
| 1001 Fannin Street, Suite 2500 | Dept. HQ56G |
| Houston, TX 77002-6760 | Houston, TX 77019 |
| Tel. 713-758-4534 | Tel. 713-324-9351 |
| Fax 713-615-5841 | Fax 713-324-5161 |
| Email: jwest@velaw.com | |

This request includes, but it not limited; to all notices, copies and pleadings referred to in Sections 102(1), 342 and 1109(b) of Title 11, United States Bankruptcy Code, or in Rules 2002, 4004, 4007, 9007 or 9010 of the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, disclosure statements, plans of reorganization and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail service or otherwise.

-2-

Respectfully submitted,

**VINSON & ELKINS L.L.P.**


By: /s/ Steven M. Abramowitz
    Steven M. Abramowitz (SA 0608)
    666 Fifth Avenue, 26th Floor
    New York, NY 10103
    John E. West
    Texas Bar No. 21202500
    1001 Fannin Street, Suite 2500
    Houston, Texas 77002-6760
    Tel. 713-758-4534
    Fax 713-615-5841

**ATTORNEYS FOR
CONTINENTAL AIRLINES, INC.**