UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,              Case No. 08-13555 (JMP)

                       Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF D. ROSS MARTIN

UPON the motion of D. Ross Martin dated December 10, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that D. Ross Martin is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
          December 18, 2008

                                                *s/ James M. Peck*
                                                UNITED STATES BANKRUPTCY JUDGE