UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID L. LAWTON

UPON the motion of David L. Lawton dated December 12, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David D. Lawton is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
December 18, 2008

                                            *s/ James M. Peck*
                                            UNITED STATES BANKRUPTCY JUDGE