UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, et al.,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE; DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, SLG 220 NEWS OWNER LLC ("Landlord") hereby appears in the above-captioned case by its counsel, STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.

Landlord is the landlord pursuant to a lease dated May 25, 2001 with Executive Money Management, Inc. (a non-debtor affiliate of debtor) as tenant, which lease is guaranteed, by another non-debtor affiliate of Debtor.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2001 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, disclosure statements, plans and answering and reply papers, filed in the above-captioned case by mailing one (1) copy of any such paper to:

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
675 Third Avenue, 31st Floor
New York, New York 10017
Attn: Edmond P. O'Brien, Esq.

Dated: New York, New York
December 18, 2008

        STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
        Attorneys for SLG 220 NEWS OWNER LLC

By: _____
        Edmond P. O'Brien (EO-5583)
        675 Third Avenue, 31st Floor
        New York, New York 10017
        (212)681-6500
        (212)681-4041 - fax

TO: All parties having appeared