UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK,
COUNTY OF NEW YORK    ss:

     Janice Daley being duly sworn says: I am not a party to the action, am over 18 years of age and am employed at Stempel Bennett Claman & Hochberg, P.C., 675 Third Avenue, NY, NY 10017.

     On December 18, 2008, I served a true copy of the annexed NOTICE OF APPEARANCE; DEMAND FOR SERVICE OF PAPERS; AND LIMITED OBJECTION OG SLG 220 NEWS OWNER LLC in the following manner:

☒ by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Steven M. Abramowitz
Vinson & Elkins LLP
666 Fifth Avenue
26th Floor
New York, NY 10103-0040

Aditi Technologies Private Limited
c/o Mark D. Northrup
Graham & Dunn PC
2801 Alaskan Way
Suite 300
Seattle, WA 98121-1128

David Craig Albalah
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036,

Asurion Corporation
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 90071-1560

Lee Stein Attanasio
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019,

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Gerald C. Bender
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Bruce Bennett
Hennigan, Bennett and Dorman
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Scott Howard Bernstein
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY 10166

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

BigFix, Inc.
c/o Michael St. James
St.James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Neil S. Binder
Richchards Kibbe & Orbe LLP
One World Financial Center
29th Floor
New York, NY 10281

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Daniel S. Braverman
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747

Evan Brodie
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

David C. Bryan
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
30th Floor
San Francisco, CA 94111-339

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104.

Wade K. Cannon
Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue
Chattanooga, TN 37402

Amy Caton
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Rocco A. Cavaliere
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208

Charles River Brokerage, LLC
7 New England Executive Park
Burlington, MA 01803

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017,

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Steven H. Felderstein
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall
Suite 1450
Sacramento, CA 95814-4434
sfelderstein@ffwplaw.com

Christopher J. Giaimo
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

GARY P. HUNT
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Lisa Holder
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Christine Jagde
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017
Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Thomas S. Kiriakos
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Mario Kranjac
KRANJAC MANUALI & VISKOVIC LLP
40 Wall Street
28th Floor
New York, NY 10005

Michael M. Krauss
Faegre & Benson
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402

David L. Lawton
Bracewell & Guiliani LLP
225 Asylum Street
Suite 2600
Hartford, CT 06103

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Christopher Loizides
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801

Daniel Steven Lubell
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Sandra E. Mayerson
Holland & Knight
195 Broadway
New York, NY 10007

David C. McGrail
Law Offices of David C. McGrail
676A Ninth Avenue
#211
New York, NY 10036

Stephen M. Mertz
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Melissa A. Mickey
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Francis A. Monaco
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Matthew P. Morris
Lovells
590 Madison Avenue
8th Floor
New York, NY 10022

Michael A. Morris
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Morrison & Foerster LLP
1290 Avenue of Americas
New York, NY 10104

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

NetApp, Inc.
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 900071-1560

Jon P. Newton
Reid and Riege, P.C.
One Financial Plaza,21st Floor
Hartford, CT 06103-2600

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036

Paul B. O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Geraldine E. Ponto
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Patrick J. Potter
Shaw Pittman LLP
2300 "N" Street, N.W.
Washington, DC 20037-1128

Jack Raisner
Outten & Golden, LLP
3 Park Ave
29th Floor
New York, NY 10016

Regions Bank
c/o Susan Keith Baker
315 Deaderick Street, 4th Floor
Nashville, TN 37237

Kermit A. Rosenberg
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

MICHAEL A. SHINER
TUCKER ARENSBERG, P.C
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

MICHAEL J. STAUBER
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Margot Schonholtz
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Fredric Sosnick
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

BRADLEY S. TUPI
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Jay Teitelbaum
Teitelbaum & Baskin LLP
3 Barker Avenue
Third Floor
White Plains, NY 10601

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

A. Brent Truitt
Hennigan Bennett & Dorman, LLP
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

A. Brent Truitt
Hennigan, Bennett & Dorman LLP
245 Park Avenue
Suite 3962
New York, NY 10167

Gerard Uzzi
White & Case LLP
200 S. Biscayne Blvd.
Suite 4900
Miami, FL 33131

Amy Vanderwal
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Vollers Excavating & Construction, Inc.
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534

Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Keith Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704


In addition, on December 1, 2008, the following persons/entities were served electronically through
the Court's electronic filing system:

Anne Marie Aaronson    aaronsoa@pepperlaw.com

Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker    acker@chapman.com

Luma Al-Shibib    lalshibib@reedsmith.com

Colin B. Albaugh    albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso    aalfonso@kayescholer.com

George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com

Tara B. Annweiler    tannweiler@greerherz.com

Rick Antonoff    rick.antonoff@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Bruce G. Arnold    barnold@whdlaw.com, jwells@whdlaw.com

John R. Ashmead    ashmead@sewkis.com

Lauren Attard    lattard@kayescholer.com,
lattard@kayescholer.com;rcappiello@kayescholer.com;rrotman@kayescholer.com;philip.gross
@kayescholer.com

Donald M. Badaczewski    donald.badaczewski@dechert.com

Helen Ball    hball@bradleyarant.com, hball@bradleyarant.com

William G. Ballaine    wballaine@lcbf.com

Elizabeth Banda    kwilliams@pbfcm.com

David M. Banker    dbanker@lowenstein.com

David L. Barrack    dbarrack@fulbright.com

Lawrence Bass    lawrence.bass@hro.com

Anne E. Beaumont    abeaumont@fklaw.com, lehman@fklaw.com

T. Scott Belden    sbelden@kleinlaw.com,
imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer    hbeltzer@morganlewis.com

Evan J. Benanti    evan.benanti@bingham.com

Walter Benzija    wbenzija@halperinlaw.net

Leslie Ann Berkoff    lberkoff@moritthock.com

Mark N. Berman    mberman@nixonpeabody.com

Martin J. Bienenstock    martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Robert Jeffery Black    jeffery.black@bingham.com, pat.wright@bingham.com

Benjamin Blaustein    bblaustein@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

Michael V. Blumenthal    mblumenthal@crowell.com

Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi    maofiling@cgsh.com, cboccuzzi@cgsh.com

John S. Brannon    john.brannon@tklaw.com

Timothy W. Brink    timothy.brink@dlapiper.com

James L. Bromley    maofiling@cgsh.com

Andrew P. Brozman    andrew.brozman@cliffordchance.com

Martin G. Bunin    marty.bunin@alston.com

Michael G. Busenkell    mbusenkell@wcsr.com

Aaron R. Cahn    cahn@clm.com

Carollynn H.G. Callari    ccallari@venable.com

Donald F. Campbell    dcampbell@ghclaw.com

Sarah Campbell    scampbell@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com

Matthew Allen Cantor    info2@normandyhill.com

John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com

Roy H. Carlin    rcarlin@breslowwalker.com

Lawrence F. Carnevale    bankruptcy@clm.com

James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman    maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com

Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas    rchristmas@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Darrell W. Clark    dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Jared Riley Clark    jared.clark@bingham.com,
david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements    agbanknewyork@ag.tn.gov

Ronald L. Cohen    cohenr@sewkis.com

Kenneth P. Coleman    kurt.vellek@allenovery.com,
tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins    pcollins@farrellfritz.com

Christopher Combest    ccombest@quarles.com, fbf@quarles.com

Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com

Patrick M. Costello    pcostello@bbslaw.com

Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo    dcrapo@gibbonslaw.com

David A. Crichlow    dcrichlow@pillsburywinthrop.com

Maureen A. Cronin    macronin@debevoise.com,
hsokolow@debevoise.com;dakazlow@debevoise.com;mao-ecf@debevoise.com

Leo T. Crowley    leo.crowley@pillsburylaw.com

Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com

Vincent D'Agostino    vdagostino@lowenstein.com

Israel Dahan    allison.dipasqua@cwt.com

Michael R. Dal Lago    bankruptcy@morrisoncohen.com

George A. Davis    wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net

John Dellaportas    dellajo@duanemorris.com

Bradford E. Dempsey    brad.dempsey@hro.com

Christopher M. Desiderio    cdesiderio@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Paul H. Deutch    paul.deutch@troutmansanders.com,
harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing    ddiesing@whdlaw.com, lramirez@whdlaw.com

Christopher R. Donoho    chris.donoho@lovells.com,
omeca.nedd@lovells.com;daniel.anstey@lovells.com

Joshua Dorchak    joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval    mdorval@stradley.com

Amish R. Doshi    adoshi@daypitney.com

Thomas Alan Draghi    tdraghi@westermanllp.com

Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy    tduffy@duffyandatkins.com,
jatkins@duffyandatkins.com;dnolan@duffyandatkins.com;smartin@duffyandatkins.com

Matthew Dyer    BkMail@prommis.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman    mjedelman@vedderprice.com, ecf_nydocket@vedderprice.com

Daniel Eggermann    deggermann@kramerlevin.com

Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Weston T. Eguchi    weguchi@orrick.com

Susan K. Ehlers    sehlers@armstrongteasdale.com

Jeremy D. Eiden    jeremy.eiden@state.mn.us

Martin Eisenberg    Martin.Eisenberg@thompsonhine.com

Charles R. Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com

David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com

Mark C. Ellenberg    mark.ellenberg@cwt.com,
allison.dipasqua@cwt.com;betty.comerro@cwt.com

David Elrod    delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Bertin C. Emmons    bemmons@sovereignbank.com

Michael R. Enright    menright@rc.com

Andrew J. Entwistle    aentwistle@entwistle-law.com, tmaloney@entwistle-
law.com;mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-
law.com;scasey@entwistle-law.com;jporter@entwistle-law.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com

Michael S. Feldberg    michael.feldberg@newyork.allenovery.com,
laura.martin@newyork.allenovery.com

Matthew Allen Feldman    maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman    sfineman@lchb.com

Harden Alexander Fisch    afisch@stutman.com

Eric Fisher    fishere@butzel.com

Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com

Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics    martin.flics@linklaters.com,
shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox    sfox@mcguirewoods.com

Mark Freedlander    mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com

David M. Friedman    courtnotices@kasowitz.com

Ellen A. Friedman    mmyles@friedumspring.com

Kenneth Friedman    kfriedman@manatt.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza    Agamza@mosessinger.com,
dkick@mosessinger.com;dbutvick@mosessinger.com

Jan B. Geller    jbgesq@bway.net

Anthony I. Giacobbe    agiacobbe@zeklaw.com

Steven D. Ginsburg    sdg@adorno.com,
smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther    sdnyecf@dor.mo.gov

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jay M. Goffman    JGoffman@skadden.com

Andrew C. Gold    agold@herrick.com

Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net

Seth Goldman    seth.goldman@mto.com

Irena M. Goldstein    igoldstein@dl.com

Antonia Golianopoulos    agolianopoulos@mayerbrownrowe.com,
agolianopoulos@mayerbrownrowe.com

Peter S. Goodman    PGoodman@Andrews-Kurth.com, tdavidson@andrewskurth.com

Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield    maofiling@cgsh.com,
lgranfield@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag
@cgsh.com

Ira S. Greene    isgreene@hhlaw.com, nduncan@hhlaw.com

Emanuel C. Grillo    egrillo@goodwinprocter.com

Steven T. Gubner    ecf@ebg-law.com

Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder    daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com;tania.ingman@allenovery.com

Alan D. Halperin    ahalperin@halperinlaw.net,
cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Juandisha Harris    harrisjm@michigan.gov, holcombm@michigan.gov

Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Patrick L. Hayden    phayden@mcguirewoods.com

Dion W. Hayes
phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

James M. Heiser    heiser@chapman.com

Sally M. Henry    Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman    ira.herman@tklaw.com,
orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman    Nherman@morganlewis.com

Robert M. Hirsh    hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Casey B. Howard    choward@lockelord.com

Frederick D. Hyman    fhyman@mayerbrownrowe.com, cwilliams-pugh@mayerbrownrowe.com

Adam H. Isenberg    aisenberg@saul.com

Robbin L. Itkin    ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

Steve Jakubowski    sjakubowski@colemanlawfirm.com

John J. Jolley    jay.jolley@kutakrock.com

Roger G. Jones    rjones@bccb.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden    gkaden@goulstonstorrs.com

Richard S. Kanowitz    rkanowitz@cooley.com

Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com,
kristina.bunker@goldbergkohn.com

Diane J. Kasselman    dkasselman@kasselman-law.com

Elyssa Suzanne Kates    ekates@bakerlaw.com

Robin Elizabeth Keller    robin.keller@lovells.com, omeca.nedd@lovells.com

J. Michael Kelly    kellyjm@cooley.com

Kenneth J. Kelly    kkelly@ebglaw.com, nyma@ebglaw.com

Thomas L. Kent    tomkent@paulhastings.com

Christopher K. Kiplok    kiplok@hugheshubbard.com

Paul Kizel    pkizel@lowenstein.com, jkramer@lowenstein.com;nStefanelli@lowenstein.com

Barry R. Kleiner    dkleiner@velaw.com

Howard Koh    hkoh@meisterseelig.com

Robert Kolodney    rkolodney@kanekessler.com

Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com

Bryan Krakauer    bkrakauer@sidley.com, emcdonnell@sidley.com

Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman    jkurtzma@klehr.com

Paul J. Labov    plabov@eapdlaw.com

Darryl S. Laddin    bkrfilings@agg.com

Michael C. Lambert    mclambert@lawpost-nyc.com

Mark Landman    mlandman@lcbf.com

David P. Langlois    david.langlois@sablaw.com

Robert Laplaca    rlaplaca@levettrockwood.com

Francis J. Lawall    lawallf@pepperlaw.com

David M. LeMay    dlemay@chadbourne.com

Stephen D. Lerner    slerner@ssd.com

Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal    shari.leventhal@ny.frb.org

Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com

Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin    JLevitin@cahill.com,
MMcLoughlin@cahill.com;SGordon@cahill.com;NMarcantonio@cahill.com

Fredrick J. Levy    flevy@olshanlaw.com,
ssallie@olshanlaw.com;rsalnave@olshanlaw.com;mmarck@olshanlaw.com

Ian N. Levy     ian.levy@kobrekim.com

Richard Levy     rlevy@pryorcashman.com

Leo V. Leyva     lleyva@coleschotz.com

Michael Liberman     mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov     liebovd@sullcrom.com

Demetra Liggins     demetra.liggins@tklaw.com

Joanne K. Lipson     jlipson@crockerkuno.com,
ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu     judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello     elobello@blankrome.com,
senese@blankrome.com;nmorales@blankrome.com

Stephen T. Loden     sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com

Sarah K. Loomis     loomis@hugheshubbard.com

Eric Lopez Schnabel     schnabel.eric@dorsey.com

Daniel A. Lowenthal     dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Donald K. Ludman     dludman@brownconnery.com

Alan Lungen     alungen@kasowitz.com, alungen@kasowitz.com

John S. Mairo     jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.c
om;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com

Christopher J. Major     cmajor@rc.com, tgorrell@rc.com

Robert K. Malone     robert.malone@dbr.com

Beverly Weiss Manne     bmanne@tuckerlaw.com

Julie A. Manning     bankruptcy@goodwin.com

Jacqueline Marcus     jacqueline.marcus@weil.com

Alan E. Marder    lgomez@msek.com

Jeffrey S. Margolin    margolin@hugheshubbard.com

Lorenzo Marinuzzi    lmarinuzzi@mofo.com

D. Ross Martin    ross.martin@ropesgray.com,
Therese.Scheuer@ropesgray.com;Patricia.Chen@ropesgray.com

Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson
@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com

Laurence May    lmay@coleschotz.com

Douglas Kirk Mayer    dkmayer@wlrk.com, dkmayer@wlrk.com

Kurt A. Mayr    kurt.mayr@bgllp.com

Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy    lehman.chapter11@dpw.com

Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Lorraine S. McGowen    lmcgowen@orrick.com

Michelle McMahon    michelle.mcmahon@bryancave.com,
dortiz@bryancave.com;wcrenshaw@pogolaw.com

Austin L. McMullen    amcmulle@bccb.com

John P. McNicholas    john.mcnicholas@dlapiper.com,
william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dlapiper.com;
mark.c.smith@dlapiper.com;christopher.thomson@dlapiper.com;robert.ware@dlapiper.com;kris
tin.rosella@dlapiper.com;jeremy.johnson@dlapiper.com;william.currie@dlapiper.co

John P. Melko    jmelko@gardere.com

Michelle A. Mendez    mmendez@hunton.com

Michael T. Mervis    Mmervis@proskauer.com,
Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth    msteen@daypitney.com

Brett H. Miller    bmiller@mofo.com

Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com

Kenneth M. Misken    kmisken@mcguirewoods.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
moldovanlb@morrisoncohen.com

Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Joshua D. Morse    morsej@hbdlawyers.com

Judy Hamilton Morse    judy.morse@crowedunlevy.com

Steven T. Mulligan    smulligan@bsblawyers.com

David Neier    dneier@winston.com, dcunsolo@winston.com

Roger David Netzer    maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman    snewman@katskykorins.com

Robert E. Nies    rnies@wolffsamson.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry    eavila@bermanesq.com

Edmond P. O'Brien    eobrien@sbchlaw.com

Kalman Ochs    ochska@ffhsj.com

Matthew Olsen    molsen@morganlewis.com

Karen Ostad     kostad@mofo.com

Jody Michelle Oster     ECF.Oster@huntington.com

Alec P. Ostrow     apo@stevenslee.com

R. Stephen Painter     spainter@cftc.gov

Charles Palella     cpalella@kurzman.com

Deryck A. Palmer     deryck.palmer@cwt.com, allison.dipasqua@cwt.com

Charles N. Panzer     cpanzer@sillscummis.com

Steven W. Perlstein     steven.perlstein@kobrekim.com

Deborah J. Piazza     dpiazza@hodgsonruss.com

Thomas Pietrantonio     pietrantoniolaw@optonline.net

Andrea Pincus     apincus@reedsmith.com

Sydney G. Platzer     splatzer@platzerlaw.com

Frederick B. Polak     lml@ppgms.com

John N. Poulos     poulos@hugheshubbard.com

Constantine Pourakis     cp@stevenslee.com

Patricia Williams Prewitt     pprewitt@lockelord.com

William C. Price     wprice@mcguirewoods.com

Jeffrey D. Prol     jprol@lowenstein.com

Jonathan I. Rabinowitz     jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy     araboy@cov.com

John J. Rapisardi     john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenbe
rg@cwt.com;betty.comerro@cwt.com;sohyoung.choo@cwt.com

Paul L. Ratelle     pratelle@fwhtlaw.com

Sophia Ree     sree@lcbf.com

Ira A. Reid     ira.a.reid@bakernet.com

Steven J. Reisman     sreisman@curtis.com,
webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes
@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com

Howard D. Ressler     hressler@diamondmccarthy.com

Kenneth A. Reynolds     kreynolds@mklawnyc.com,
jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume     arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich     jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards     mrichards@blankrome.com

Dirk S. Roberts     dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler     mroeschenthaler@mcguirewoods.com

Courtney Rogers     crogers@orrick.com

Elizabeth L. Rose     erose@herrick.com, erose@herrick.com

George Rosenberg     grosenberg@co.arapahoe.co.us

Jeffrey M. Rosenberg     jeff@kleinsolomon.com

Kermit A. Rosenberg     krosenberg@tighepatton.com

Edward M. Rosensteel     info@rosebeck.com

Jeffrey A. Rosenthal     maofiling@cgsh.com, aweaver@cgsh.com;stkaiser@cgsh.com

David A. Rosenzweig     DRosenzweig@Fulbright.com

David S. Rosner     dfliman@kasowitz.com;courtnotices@kasowitz.com

Douglas B. Rosner     drosner@goulstonstorrs.com

Rene S. Roupinian    rroupinian@outtengolden.com

Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky    srutsky@proskauer.com

Jay G. Safer    jsafer@lockelord.com

Chester B. Salomon    cs@stevenslee.com

Diane W. Sanders    austin.bankruptcy@publicans.com

Lori K. Sapir    lsapir@ssghlaw.com

Shuba Satyaprasad    ssatyaprasad@akingump.com

Kim Sherrie Sawyer    gharnett@tlsgltd.com

Gregory B. Schiller    gschiller@zeislaw.com

Michael L. Schleich    mschleich@fslf.com

Carey D. Schreiber    cschreiber@winston.com

Christopher P. Schueller    christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman    dschulman@salans.com

Jeffrey L. Schwartz
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@ha
hnhessen.com;jorbach@hahnhessen.com

Lisa M. Schweitzer    lschweitzer@cgsh.com,
maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@c
gsh.com

Brendan M. Scott    bscott@klestadt.com

Howard Seife    arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com

Nolan E. Shanahan    nshanahan@coleschotz.com

Andrea Sheehan    sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Thomas I. Sheridan    tsheridan@hanlyconroy.com

Mark Sherrill    mark.sherrill@sablaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Mark Shinderman    mark.shinderman@mto.com, paula.ayers@mto.com

Carren B. Shulman    cshulman@sheppardmullin.com

Glenn E. Siegel    Glenn.Siegel@dechert.com

Paul H. Silverman    PSilverman@mclaughlinstern.com

Peter L. Simmons    peter.simmons@friedfrank.com

Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome    lgomez@msek.com

Edward Smith    easmith@venable.com

Elizabeth Page Smith    esmith@llgm.com, strum@dl.com

Abigail Snow    asnow@ssbb.com

Eric J. Snyder    esnyder@sillerwilk.com

Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Brent C. Strickland    bstrickland@wtplaw.com

Harvey A. Strickon    harveystrickon@paulhastings.com,
frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

David A. Sullivan    david.sullivan@cliffordchance.com

Walter E. Swearingen    wswearingen@llf-law.com, wswearngen@aol.com

James Tecce    jamestecce@quinnemanuel.com

Samuel Jason Teele    jteele@lowenstein.com,
gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer    ktomer@goodwinprocter.com, lmorton@goodwinprocter.com

Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwilliams-
pugh@mayerbrown.com

Sarah Trum    strum@dl.com, lsaal@dl.com

Brian Trust    btrust@mayerbrown.com

Raymond J. Urbanik    rurbanik@munsch.com

Michael J. Venditto    mvenditto@reedsmith.com

Raymond W. Verdi    hellerverdi@aol.com

Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com

James J. Vincequerra    jvincequerra@wolfblock.com

Shai Waisman    shai.waisman@weil.com,
amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.
com;ilusion.rodriguez@weil.com;sherri.toub@weil.com;camisha.simmons@weil.com;victoria.v
ron@weil.com;julio.gurdian@weil.com;matthew.curro@weil.com;michele.meises@weil.com

Josephine Wang    jwang@sipc.org

Allen C. Wasserman    awasserman@lockelord.com

Corey R. Weber    ecf@ebg-law.com

William P. Weintraub    wweintraub@fklaw.com, zhassoun@fklaw.com

Rochelle R. Weisburg    rochellew@shiboleth.com

John W. Weiss    weissjw@gtlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David B. Wheeler    davidwheeler@mvalaw.com

Timothy Raymond Wheeler    twheeler@lowenstein.com

Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski    stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickou
s@aol.com

Erin E. Wietecha    ewietecha@coleschotz.com

Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson    efile@willaw.com

Amy R. Wolf    arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne    rwynne@kirkland.com;sperry@kirkland.com;scho@kirkland.com

Erin Zavalkoff    ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com

N. Theodore Zink    tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser    jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Abraham L. Zylberberg    azylberberg@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com

Sworn to before me this
18th day of December, 2008

_____                    _____
Notary Public                                                              Janice Daley
EDMOND P. OBRIEN
Notary Public, State of New York
No. 02OB6018534
Qualified in NEW YORK County
Commission Expires 3/23/20__