UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | ) Case No. 08-13555-jmp ) (Jointly Administered) |
| Debtors. | ) Honorable James M. Peck ) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*
**FOR UNITED STATES GOVERNMENT ATTORNEY STEPHANIE THOMAS**

I, Stephanie Thomas, a member in good standing of the bar of the District of Columbia, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in the above referenced case.

The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461 (2000 & Supp. V 2005), and an agency of the United States under 28 U.S.C. § 451.

Under the Local Rules of the Bankruptcy Court for the Southern District of New York "Upon motion to the Court, a member in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court in a particular case, adversary proceeding, or contested matter." LBR 2090-1(b).

My mailing address is: Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W., Suite 340, Washington, D.C. 20005.

My e-mail address is: thomas.stephanie@pbgc.gov **and** efile@pbgc.gov.  My telephone number is:  (202) 326-4020, ext. 3457 or (800) 400-7242, ext. 3457.

Pension Benefit Guaranty Corporation is a U.S. Government corporation and is therefore exempt from filing fees.

Dated:  December 19, 2008                    Respectfully submitted,
Washington, D.C.

/s/ Stephanie Thomas
Stephanie Thomas (ST6782)
Assistant Chief Counsel
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C.  20005
Telephone:  (202) 326-4020, ext. 3457
Fax:  (202) 326-4112
Emails:  thomas.stephanie@pbgc.gov
and efile@pbgc.gov

## ORDER

**ORDERED,**

that Stephanie Thomas, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York.  Ms. Thomas represents the Pension Benefit Guaranty Corporation, a U.S. Government corporation, and is therefore exempt from filing fees.

Dated:  _____          _____
New York, New York                UNITED STATES BANKRUPTCY JUDGE