WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor
One Gateway Center, Ninth Floor
Newark, New Jersey 07102
  - and -
500 Fifth Avenue
New York, New York 10110
Tel: (973) 733-9200
Fax: (973) 733-9292
jlawlor@wmd-law.com

*Counsel for Sistema Universitario Ana G. Mendez*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                        :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                  :
        **Debtors.**                             :    **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES**
**AND DOCUMENTS, AND REQUEST FOR ADDITION TO MATRIX**

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Sistema Universitario Ana G. Mendez, appear through its counsel, Wollmuth Maher & Deutsch LLP, and request service of all notices and documents herein upon:

James N. Lawlor, Esq.
Wollmuth Maher & Deutsch LLP
One Gateway Center, Ninth Floor
Newark, New Jersey 07102
- and -
500 Fifth Avenue
New York, New York 10110
jlawlor@wmd-law.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtors, their property, or their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance, Request for Service of Notices and Documents,* a*nd Request for Addition to Matrix* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
         December 19, 2008

                                    WOLLMUTH MAHER & DEUTSCH LLP

                                    _____/s/_ James N. Lawlor_____
                                    James N. Lawlor
                                    One Gateway Center, Ninth Floor
                                    Newark, New Jersey 07102
                                     - and -
                                    500 Fifth Avenue
                                    New York, New York 10110
                                    Tel: (973) 733-9200
                                    Fax: (973) 733-9292
                                    jlawlor@wmd-law.com

                                    *Counsel for Sistema Universitario Ana G. Mendez*