UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK         )
                                              : ss.:
COUNTY OF NEW YORK   )

      I, Glenn Sanders, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. I am employed with the law office of HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP, located at 112 Madison Ave, New York, NY 10016. On the 16th day of December, 2008, I served a true copy of the following:

**LIMITED OBJECTION OF BENJAMIN M. GAMORAN TO DEBTORS' MOTION TO APPROVE THE SALE OF CERTAIN ASSETS**

By hand, upon:

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Abhilash M. Raval, Esq., and Evan Fleck, Esq.)

*Attorneys for the official committee of unsecured creditors appointed in these cases*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(Attn: James B. Kobak, David Wiltenburg,
and Jeff Margolin)

*Attorneys for James Giddens as SIPA Trustee
for Lehman Brothers Inc.*

    and

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, NY 10006
(Attn: James L. Bromley, Esq. and Sean A. O'Neal, Esq.)

*Attorneys for the Purchaser*

_____
Glenn Sanders

Sworn to before me this
16th day of December, 2008

_____
Notary Public

JULIO A. LUCENA
Notary Public, State of New York
No. 01LU4999280
Qualified in New York County
Commission Expires July 20, ~~2006~~ 2010