UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)<br><br>AFFIDAVIT OF SERVICE |
|---|---|

STATE OF NEW YORK        )
                                            : ss.:
COUNTY OF NEW YORK   )

      I, Suresh Chamika, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. I am employed with the law office of HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP, located at 112 Madison Ave, New York, NY 10016. On the 16th day of December, 2008, I served a true copy of the following:

**LIMITED OBJECTION OF BENJAMIN M. GAMORAN TO DEBTORS' MOTION TO APPROVE THE SALE OF CERTAIN ASSETS**

By hand, upon:

Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Lori R. Fife, Esq., and Garrett A. Fail, Esq.)

*Attorneys for Debtor*

Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036
(Attn: Mark I. Bane, Esq. and Steven T. Hoort, Esq.)

_____
Suresh Chamika

Sworn to before me this
16th day of December, 2008

_____
Notary Public

JULIO A. LUCENA
Notary Public, State of New York
No. 01LU4999280
Qualified in New York County
Commission Expires July 20, ~~2006~~ 2010