**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | **Chapter 11 Case No. 08-13555**<br>**(JMP) (Jointly Administered)**<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK       )
                          : ss.:
COUNTY OF NEW YORK    )

      I, Glenn Sanders, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. I am employed with the law office of HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP, located at 112 Madison Ave, New York, NY 10016.

      On the 19th day of December, 2008, I served a true copy of the LIMITED OBJECTION OF BENJAMIN M. GAMORAN TO DEBTORS' MOTION TO APPROVE THE SALE OF CERTAIN ASSETS in the following manner:

      by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees indicated below:

Steven M. Abramowitz
Vinson & Elkins LLP
666 Fifth Avenue
26th Floor
New York, NY 10103-0040

Aditi Technologies Private Limited
c/o Mark D. Northrup
Graham & Dunn PC
2801 Alaskan Way
Suite 300
Seattle, WA 98121-1128

David Craig Albalah
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036

Asurion Corporation
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 90071-1560

Lee Stein Attanasio
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Gerald C. Bender
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Bruce Bennett
Hennigan, Bennett and Dorman
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Scott Howard Bernstein
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY 10166

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

BigFix, Inc.
c/o Michael St. James
St.James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Neil S. Binder
Richchards Kibbe & Orbe LLP
One World Financial Center
29th Floor
New York, NY 10281


Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Daniel S. Braverman
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747

Evan Brodie
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

David C. Bryan
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
30th Floor
San Francisco, CA 94111-339

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104

Wade K. Cannon
Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue

Amy Caton
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Rocco A. Cavaliere
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208

Charles River Brokerage, LLC
7 New England Executive Park
Burlington, MA 01803

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Steven H. Felderstein
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall
Suite 1450
Sacramento, CA 95814-4434

Christopher J. Giaimo
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

GARY P. HUNT
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Lisa Holder
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Christine Jagde
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Thomas S. Kiriakos
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Mario Kranjac
KRANJAC MANUALI & VISKOVIC LLP
40 Wall Street
28th Floor
New York, NY 10005

Michael M. Krauss
Faegre & Benson
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402

David L. Lawton
Bracewell & Guiliani LLP
225 Asylum Street
Suite 2600
Hartford, CT 06103

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Christopher Loizides
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Sandra E. Mayerson
Holland & Knight
195 Broadway
New York, NY 10007

David C. McGrail
Law Offices of David C. McGrail
676A Ninth Avenue
#211
New York, NY 10036

Stephen M. Mertz
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Melissa A. Mickey
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Francis A. Monaco
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Matthew P. Morris
Lovells
590 Madison Avenue
8th Floor
New York, NY 10022
matthew.morris@lovells.com

Michael A. Morris
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Morrison & Foerster LLP
1290 Avenue of Americas
New York, NY 10104

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


NetApp, Inc.
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 900071-1560

Jon P. Newton
Reid and Riege, P.C.
One Financial Plaza,21st Floor
Hartford, CT 06103-2600

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036

Paul B. O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036


Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Geraldine E. Ponto
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Patrick J. Potter
Shaw Pittman LLP
2300 "N" Street, N.W.
Washington, DC 20037-1128

Jack Raisner
Outten & Golden, LLP
3 Park Ave
29th Floor
New York, NY 10016

Regions Bank
c/o Susan Keith Baker
315 Deaderick Street, 4th Floor
Nashville, TN 37237

Kermit A. Rosenberg
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604
MICHAEL A. SHINER
TUCKER ARENSBERG, P.C
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

MICHAEL J. STAUBER
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Margot Schonholtz
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Fredric Sosnick
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

BRADLEY S. TUPI
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Jay Teitelbaum
Teitelbaum & Baskin LLP
3 Barker Avenue
Third Floor
White Plains, NY 10601

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

A. Brent Truitt
Hennigan Bennett & Dorman, LLP
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

Brent Truitt
Hennigan, Bennett & Dorman LLP
245 Park Avenue
Suite 3962
New York, NY 10167

Gerard Uzzi
White & Case LLP
200 S. Biscayne Blvd.
Suite 4900
Miami, FL 33131

Vollers Excavating & Construction, Inc.
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534

**In addition, on December 16, 2008, the following persons/entities were served
electronically through the Court's electronic filing system:**

Anne Marie Aaronson    aaronsoa@pepperlaw.com

Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker    acker@chapman.com

Luma Al-Shibib    lalshibib@reedsmith.com

Colin B. Albaugh    albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso    aalfonso@kayescholer.com

George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com

Tara B. Annweiler    tannweiler@greerherz.com

Rick Antonoff    rick.antonoff@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Bruce G. Arnold    barnold@whdlaw.com, jwells@whdlaw.com

John R. Ashmead    ashmead@sewkis.com

Lauren Attard    lattard@kayescholer.com,
lattard@kayescholer.com;rcappiello@kayescholer.com;rrotman@kayescholer.com;philip
.gross@kayescholer.com

Donald M. Badaczewski    donald.badaczewski@dechert.com

Helen Ball    hball@bradleyarant.com, hball@bradleyarant.com

William G. Ballaine    wballaine@lcbf.com

Elizabeth Banda    kwilliams@pbfcm.com

David M. Banker    dbanker@lowenstein.com

David L. Barrack    dbarrack@fulbright.com

Lawrence Bass     lawrence.bass@hro.com

Anne E. Beaumont     abeaumont@fklaw.com, lehman@fklaw.com

T. Scott Belden     sbelden@kleinlaw.com,
imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer     hbeltzer@morganlewis.com

Evan J. Benanti     evan.benanti@bingham.com

Walter Benzija     wbenzija@halperinlaw.net

Leslie Ann Berkoff     lberkoff@moritthock.com

Mark N. Berman     mberman@nixonpeabody.com

Martin J. Bienenstock     martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Robert Jeffery Black     jeffery.black@bingham.com, pat.wright@bingham.com

Benjamin Blaustein     bblaustein@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

Michael V. Blumenthal     mblumenthal@crowell.com

Anthony D. Boccanfuso     Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi     maofiling@cgsh.com, cboccuzzi@cgsh.com

John S. Brannon     john.brannon@tklaw.com

Timothy W. Brink     timothy.brink@dlapiper.com

James L. Bromley     maofiling@cgsh.com

Andrew P. Brozman     andrew.brozman@cliffordchance.com

Martin G. Bunin     marty.bunin@alston.com

Michael G. Busenkell     mbusenkell@wcsr.com

Aaron R. Cahn    cahn@clm.com

Carollynn H.G. Callari    ccallari@venable.com

Donald F. Campbell    dcampbell@ghclaw.com

Sarah Campbell    scampbell@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com

Matthew Allen Cantor    info2@normandyhill.com

John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com

Roy H. Carlin    rcarlin@breslowwalker.com

Lawrence F. Carnevale    bankruptcy@clm.com

James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman    maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com

Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas    rchristmas@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Darrell W. Clark    dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Jared Riley Clark    jared.clark@bingham.com,
david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements    agbanknewyork@ag.tn.gov

Ronald L. Cohen    cohenr@sewkis.com

Kenneth P. Coleman    kurt.vellek@allenovery.com,
tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins    pcollins@farrellfritz.com

Christopher Combest    ccombest@quarles.com, fbf@quarles.com

Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com

Patrick M. Costello    pcostello@bbslaw.com

Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo    dcrapo@gibbonslaw.com

David A. Crichlow    dcrichlow@pillsburywinthrop.com

Maureen A. Cronin    macronin@debevoise.com,
hsokolow@debevoise.com;dakazlow@debevoise.com;mao-ecf@debevoise.com

Leo T. Crowley    leo.crowley@pillsburylaw.com

Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com

Vincent D'Agostino    vdagostino@lowenstein.com

Israel Dahan    allison.dipasqua@cwt.com

Michael R. Dal Lago    bankruptcy@morrisoncohen.com

George A. Davis
wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net

John Dellaportas    dellajo@duanemorris.com

Bradford E. Dempsey    brad.dempsey@hro.com

Christopher M. Desiderio    cdesiderio@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Paul H. Deutch    paul.deutch@troutmansanders.com,
harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com

Maria J. DiConza    diconzam@gtlaw.com,
baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing    ddiesing@whdlaw.com, lramirez@whdlaw.com

Christopher R. Donoho     chris.donoho@lovells.com,
omeca.nedd@lovells.com;daniel.anstey@lovells.com

Joshua Dorchak     joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval     mdorval@stradley.com

Amish R. Doshi     adoshi@daypitney.com

Thomas Alan Draghi     tdraghi@westermanllp.com

Dennis J. Drebsky     ddrebsky@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk     rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy     tduffy@duffyandatkins.com,
jatkins@duffyandatkins.com;dnolan@duffyandatkins.com;smartin@duffyandatkins.com

Matthew Dyer     BkMail@prommis.com

David W. Dykhouse     dwdykhouse@pbwt.com;cbelanger@pbwt.com

Andrew B. Eckstein     aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman     mjedelman@vedderprice.com,
ecf_nydocket@vedderprice.com

Daniel Eggermann     deggermann@kramerlevin.com

Devon Eggert     deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Weston T. Eguchi     weguchi@orrick.com

Susan K. Ehlers     sehlers@armstrongteasdale.com

Jeremy D. Eiden     jeremy.eiden@state.mn.us

Martin Eisenberg     Martin.Eisenberg@thompsonhine.com

Charles R. Ekberg     ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen     eleliasen@stoel.com, basargent@stoel.com

David S. Elkind      david.elkind@ropesgray.com, paul.lang@ropesgray.com

Mark C. Ellenberg      mark.ellenberg@cwt.com,
allison.dipasqua@cwt.com;betty.comerro@cwt.com

David Elrod      delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Bertin C. Emmons      bemmons@sovereignbank.com

Michael R. Enright      menright@rc.com

Andrew J. Entwistle      aentwistle@entwistle-law.com, tmaloney@entwistle-
law.com;mbernard@entwistle-law.com;vcappucci@entwistle-
law.com;jwhitman@entwistle-law.com;scasey@entwistle-law.com;jporter@entwistle-
law.com

Michael S. Etkin      metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar      mfarquhar@winstead.com, whsu@winstead.com

Michael S. Feldberg      michael.feldberg@newyork.allenovery.com,
laura.martin@newyork.allenovery.com

Matthew Allen Feldman      maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi      charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman      sfineman@lchb.com

Harden Alexander Fisch      afisch@stutman.com

Eric Fisher      fishere@butzel.com

Daniel J. Flanigan      dflanigan@polsinelli.com, tbackus@polsinelli.com

Robert M. Fleischer      rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics      martin.flics@linklaters.com,
shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox      sfox@mcguirewoods.com

Mark Freedlander      mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

David M. Friedman      courtnotices@kasowitz.com

Ellen A. Friedman    mmyles@friedumspring.com

Kenneth Friedman    kfriedman@manatt.com

Michael Friedman    mfriedman@rkollp.com,
mschneider@rkollp.com;ksambur@rkollp.com

Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza    Agamza@mosessinger.com,
dkick@mosessinger.com;dbutvick@mosessinger.com

Jan B. Geller    jbgesq@bway.net

Anthony I. Giacobbe    agiacobbe@zeklaw.com

Steven D. Ginsburg    sdg@adorno.com,
smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther    sdnyecf@dor.mo.gov

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jay M. Goffman    JGoffman@skadden.com

Andrew C. Gold    agold@herrick.com

Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net

Seth Goldman    seth.goldman@mto.com

Irena M. Goldstein    igoldstein@dl.com

Antonia Golianopoulos    agolianopoulos@mayerbrownrowe.com,
agolianopoulos@mayerbrownrowe.com

Peter S. Goodman    PGoodman@Andrews-Kurth.com, tdavidson@andrewskurth.com

Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield    maofiling@cgsh.com,
lgranfield@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;b
morag@cgsh.com

Ira S. Greene    isgreene@hhlaw.com, nduncan@hhlaw.com

Emanuel C. Grillo    egrillo@goodwinprocter.com

Steven T. Gubner    ecf@ebg-law.com

Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder    daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com;tania.ingman@allenovery.com

Alan D. Halperin    ahalperin@halperinlaw.net,
cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Juandisha Harris    harrisjm@michigan.gov, holcombm@michigan.gov

Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Patrick L. Hayden    phayden@mcguirewoods.com

Dion W. Hayes
phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

James M. Heiser    heiser@chapman.com

Sally M. Henry    Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman    ira.herman@tklaw.com,
orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman    Nherman@morganlewis.com

Robert M. Hirsh    hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Casey B. Howard    choward@lockelord.com

Frederick D. Hyman    fhyman@mayerbrownrowe.com, cwilliams-
pugh@mayerbrownrowe.com

Adam H. Isenberg    aisenberg@saul.com

Robbin L. Itkin    ritkin@steptoe.com,
kpiper@steptoe.com,khollingsworth@steptoe.com

Steve Jakubowski    sjakubowski@colemanlawfirm.com

John J. Jolley    jay.jolley@kutakrock.com

Roger G. Jones    rjones@bccb.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden    gkaden@goulstonstorrs.com

Richard S. Kanowitz    rkanowitz@cooley.com

Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com,
kristina.bunker@goldbergkohn.com

Diane J. Kasselman    dkasselman@kasselman-law.com

Elyssa Suzanne Kates    ekates@bakerlaw.com

Robin Elizabeth Keller    robin.keller@lovells.com, omeca.nedd@lovells.com

J. Michael Kelly    kellyjm@cooley.com

Kenneth J. Kelly    kkelly@ebglaw.com, nyma@ebglaw.com

Thomas L. Kent    tomkent@paulhastings.com

Christopher K. Kiplok    kiplok@hugheshubbard.com

Paul Kizel    pkizel@lowenstein.com,
jkramer@lowenstein.com;nStefanelli@lowenstein.com

Barry R. Kleiner    dkleiner@velaw.com

Howard Koh    hkoh@meisterseelig.com

Robert Kolodney    rkolodney@kanekessler.com

Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com

Bryan Krakauer    bkrakauer@sidley.com, emcdonnell@sidley.com

Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman    jkurtzma@klehr.com

Paul J. Labov    plabov@eapdlaw.com

Darryl S. Laddin    bkrfilings@agg.com

Michael C. Lambert    mclambert@lawpost-nyc.com

Mark Landman    mlandman@lcbf.com

David P. Langlois    david.langlois@sablaw.com

Robert Laplaca    rlaplaca@levettrockwood.com

Francis J. Lawall    lawallf@pepperlaw.com

David M. LeMay    dlemay@chadbourne.com

Stephen D. Lerner    slerner@ssd.com

Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal    shari.leventhal@ny.frb.org

Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com

Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin    JLevitin@cahill.com,
MMcLoughlin@cahill.com;SGordon@cahill.com;NMarcantonio@cahill.com

Fredrick J. Levy    flevy@olshanlaw.com,
ssallie@olshanlaw.com;rsalnave@olshanlaw.com;mmarck@olshanlaw.com

Ian N. Levy    ian.levy@kobrekim.com

Richard Levy    rlevy@pryorcashman.com

Leo V. Leyva    lleyva@coleschotz.com

Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov    liebovd@sullcrom.com

Demetra Liggins    demetra.liggins@tklaw.com

Joanne K. Lipson    jlipson@crockerkuno.com,
ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello    elobello@blankrome.com,
senese@blankrome.com;nmorales@blankrome.com

Stephen T. Loden    sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com

Sarah K. Loomis    loomis@hugheshubbard.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Donald K. Ludman    dludman@brownconnery.com

Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com

John S. Mairo    jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@p
bnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com

Christopher J. Major    cmajor@rc.com, tgorrell@rc.com

Robert K. Malone    robert.malone@dbr.com

Beverly Weiss Manne    bmanne@tuckerlaw.com

Julie A. Manning    bankruptcy@goodwin.com

Jacqueline Marcus    jacqueline.marcus@weil.com

Alan E. Marder    lgomez@msek.com

Jeffrey S. Margolin    margolin@hugheshubbard.com

Lorenzo Marinuzzi    lmarinuzzi@mofo.com

D. Ross Martin    ross.martin@ropesgray.com,
Therese.Scheuer@ropesgray.com;Patricia.Chen@ropesgray.com

Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;stho
mpson@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com

Laurence May    lmay@coleschotz.com

Douglas Kirk Mayer      dkmayer@wlrk.com, dkmayer@wlrk.com

Kurt A. Mayr      kurt.mayr@bgllp.com

Jil Mazer-Marino      jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy      lehman.chapter11@dpw.com

Daniel J. McGarry      dmcgarry@whdlaw.com, dkarns@whdlaw.com

Douglas J. McGill      douglas.mcgill@dbr.com

Frank McGinn      ffm@bostonbusinesslaw.com

Lorraine S. McGowen      lmcgowen@orrick.com

Michelle McMahon      michelle.mcmahon@bryancave.com,
dortiz@bryancave.com;wcrenshaw@pogolaw.com

Austin L. McMullen      amcmulle@bccb.com

John P. McNicholas      john.mcnicholas@dlapiper.com,
william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dlapip
er.com;mark.c.smith@dlapiper.com;christopher.thomson@dlapiper.com;robert.ware@dl
apiper.com;kristin.rosella@dlapiper.com;jeremy.johnson@dlapiper.com;william.currie@
dlapiper.co

John P. Melko      jmelko@gardere.com

Michelle A. Mendez      mmendez@hunton.com

Michael T. Mervis      Mmervis@proskauer.com,
Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth      msteen@daypitney.com

Brett H. Miller      bmiller@mofo.com

Harvey R. Miller      harvey.miller@weil.com, garrett.fail@weil.com

Kenneth M. Misken      kmisken@mcguirewoods.com

Joseph Thomas Moldovan      bankruptcy@morrisoncohen.com,
moldovanlb@morrisoncohen.com

Thomas J. Moloney      maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Joshua D. Morse     morsej@hbdlawyers.com

Judy Hamilton Morse     judy.morse@crowedunlevy.com

Steven T. Mulligan     smulligan@bsblawyers.com

David Neier     dneier@winston.com, dcunsolo@winston.com

Roger David Netzer     maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman     snewman@katskykorins.com

Robert E. Nies     rnies@wolffsamson.com

Timothy F. Nixon     tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Harold S. Novikoff     hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry     eavila@bermanesq.com

Edmond P. O'Brien     eobrien@sbchlaw.com

Kalman Ochs     ochska@ffhsj.com

Matthew Olsen     molsen@morganlewis.com

Karen Ostad     kostad@mofo.com

Jody Michelle Oster     ECF.Oster@huntington.com

Alec P. Ostrow     apo@stevenslee.com

R. Stephen Painter     spainter@cftc.gov

Charles Palella     cpalella@kurzman.com

Deryck A. Palmer     deryck.palmer@cwt.com, allison.dipasqua@cwt.com

Charles N. Panzer     cpanzer@sillscummis.com

Steven W. Perlstein     steven.perlstein@kobrekim.com

Deborah J. Piazza     dpiazza@hodgsonruss.com

Thomas Pietrantonio     pietrantoniolaw@optonline.net

Andrea Pincus     apincus@reedsmith.com

Sydney G. Platzer     splatzer@platzerlaw.com

Frederick B. Polak     lml@ppgms.com

John N. Poulos     poulos@hugheshubbard.com

Constantine Pourakis     cp@stevenslee.com

Patricia Williams Prewitt     pprewitt@lockelord.com

William C. Price     wprice@mcguirewoods.com

Jeffrey D. Prol     jprol@lowenstein.com

Jonathan I. Rabinowitz     jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy     araboy@cov.com

John J. Rapisardi     john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.
greenberg@cwt.com;betty.comerro@cwt.com;sohyoung.choo@cwt.com

Paul L. Ratelle     pratelle@fwhtlaw.com

Sophia Ree     sree@lcbf.com

Ira A. Reid     ira.a.reid@bakernet.com

Steven J. Reisman     sreisman@curtis.com,
webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com
;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com

Howard D. Ressler     hressler@diamondmccarthy.com

Kenneth A. Reynolds     kreynolds@mklawnyc.com,
jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume     arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich     jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards    mrichards@blankrome.com

Dirk S. Roberts    dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler    mroeschenthaler@mcguirewoods.com

Courtney Rogers    crogers@orrick.com

Elizabeth L. Rose    erose@herrick.com, erose@herrick.com

George Rosenberg    grosenberg@co.arapahoe.co.us

Jeffrey M. Rosenberg    jeff@kleinsolomon.com

Kermit A. Rosenberg    krosenberg@tighepatton.com

Edward M. Rosensteel    info@rosebeck.com

Jeffrey A. Rosenthal    maofiling@cgsh.com, aweaver@cgsh.com;stkaiser@cgsh.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com

Douglas B. Rosner    drosner@goulstonstorrs.com

Rene S. Roupinian    rroupinian@outtengolden.com

Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky    srutsky@proskauer.com

Jay G. Safer    jsafer@lockelord.com

Chester B. Salomon    cs@stevenslee.com

Diane W. Sanders    austin.bankruptcy@publicans.com

Lori K. Sapir    lsapir@ssghlaw.com

Shuba Satyaprasad    ssatyaprasad@akingump.com

Kim Sherrie Sawyer    gharnett@tlsgltd.com

Gregory B. Schiller    gschiller@zeislaw.com

Michael L. Schleich      mschleich@fslf.com

Carey D. Schreiber      cschreiber@winston.com

Christopher P. Schueller      christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman      dschulman@salans.com

Jeffrey L. Schwartz
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthomp
son@hahnhessen.com;jorbach@hahnhessen.com

Lisa M. Schweitzer      lschweitzer@cgsh.com,
maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;sklei
nman@cgsh.com

Brendan M. Scott      bscott@klestadt.com

Howard Seife      arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst      sselbst@herrick.com, courtnotices@herrick.com

Nolan E. Shanahan      nshanahan@coleschotz.com

Andrea Sheehan      sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Thomas I. Sheridan      tsheridan@hanlyconroy.com

Mark Sherrill      mark.sherrill@sablaw.com

Joseph E. Shickich      jshickich@riddellwilliams.com

Stephen J. Shimshak      sshimshak@paulweiss.com, sshimshak@paulweiss.com

Mark Shinderman      mark.shinderman@mto.com, paula.ayers@mto.com

Carren B. Shulman      cshulman@sheppardmullin.com

Glenn E. Siegel      Glenn.Siegel@dechert.com

Paul H. Silverman      PSilverman@mclaughlinstern.com

Peter L. Simmons      peter.simmons@friedfrank.com

Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome    lgomez@msek.com

Edward Smith    easmith@venable.com

Elizabeth Page Smith    esmith@llgm.com, strum@dl.com

Abigail Snow    asnow@ssbb.com

Eric J. Snyder    esnyder@sillerwilk.com

Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Brent C. Strickland    bstrickland@wtplaw.com

Harvey A. Strickon    harveystrickon@paulhastings.com,
frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

David A. Sullivan    david.sullivan@cliffordchance.com

Walter E. Swearingen    wswearingen@llf-law.com, wswearngen@aol.com

James Tecce    jamestecce@quinnemanuel.com

Samuel Jason Teele    jteele@lowenstein.com,
gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer    ktomer@goodwinprocter.com, lmorton@goodwinprocter.com

Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwilliams-
pugh@mayerbrown.com

Sarah Trum    strum@dl.com, lsaal@dl.com

Brian Trust    btrust@mayerbrown.com

Raymond J. Urbanik    rurbanik@munsch.com

Michael J. Venditto    mvenditto@reedsmith.com

Raymond W. Verdi    hellerverdi@aol.com

Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com

James J. Vincequerra    jvincequerra@wolfblock.com

Shai Waisman    shai.waisman@weil.com,
amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.ki
m@weil.com;ilusion.rodriguez@weil.com;sherri.toub@weil.com;camisha.simmons@we
il.com;victoria.vron@weil.com;julio.gurdian@weil.com;matthew.curro@weil.com;mich
ele.meises@weil.com

Josephine Wang    jwang@sipc.org

Allen C. Wasserman    awasserman@lockelord.com

Corey R. Weber    ecf@ebg-law.com

William P. Weintraub    wweintraub@fklaw.com, zhassoun@fklaw.com

Rochelle R. Weisburg    rochellew@shiboleth.com

John W. Weiss    weissjw@gtlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David B. Wheeler    davidwheeler@mvalaw.com

Timothy Raymond Wheeler    twheeler@lowenstein.com

Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski    stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,
swickous@aol.com

Erin E. Wietecha    ewietecha@coleschotz.com

Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson    efile@willaw.com

Amy R. Wolf    arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne    rwynne@kirkland.com;sperry@kirkland.com;scho@kirkland.com

Erin Zavalkoff    ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com

N. Theodore Zink    tzink@chadbourne.com,
tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser
jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski    ezujkowski@emmetmarvin.com,
ezujkowski@emmetmarvin.com

Abraham L. Zylberberg    azylberberg@whitecase.com,
jdisanti@whitecase.com;mcosbny@whiecase.com


_Glenn a Sanders J._
Glenn Sanders


Sworn to before me this
19th day of December, 2008

_[signature]_
Notary Public

JULIO A. LUCENA
Notary Public, State of New York
No. 01LU4999280
Qualified in New York County
Commission Expires July 20, 2006
2010