| | |
|---|---|
| DRINKER BIDDLE & REATH LLP<br>140 Broadway, 39th Floor<br>New York, New York 10005-1116<br>Stephanie Wickouski<br>Telephone:    (212) 248-3170 | **Hearing Date: January 14, 2009 at 10:00 a.m. (EST)**<br>**Objection Deadline: January 9, 2009 at 4:00 p.m. (EST)** |

—and—

DRINKER BIDDLE & REATH LLP
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209
Kristin K. Going
Telephone: (202) 230-5177

Attorneys for Parsec Trading Corp.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
In re:                                                              :
                                                                    :  Chapter 11
LEHMAN BROTHERS HOLDINGS,                                           :  Case No. 08-13555-JMP
                                                                    :
        Debtor.                                                     :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED NOTICE OF HEARING ON MOTION OF**
**PARSEC TRADING CORPORATION FOR (A) DETERMINATION**
**THAT THE AUTOMATIC STAY DOES NOT PREVENT RECOVERY OF PLEDGED**
**COLLATERAL; OR (B) IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC**
**STAY TO RECOVER PLEDGED COLLATERAL PURSUANT TO**
**SWAP COLLATERAL AGREEMENT**

**PLEASE TAKE NOTICE,** that on December 10, 2008 Parsec Trading Corporation ("Parsec") filed its motion (the "Motion") for entry of an order (a) determining that the automatic stay does not prevent the termination of the Swap Collateral Agreement by and among Parsec, Lehman Brothers Special Financing, Inc. and The Chase Manhattan Bank, or (b) in the

alternative, granting Parsec relief from the automatic stay to recover its pledged collateral under to the Swap Collateral Agreement.

**PLEASE FURTHER TAKE NOTICE,** that the hearing (the "Hearing") to consider the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on January 14, 2009 at 10:00 a.m. (EST), or as soon thereafter as counsel can be heard.[1]

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion, must (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and Administrative Orders for the United States Bankruptcy Court for the Southern District of New York, and the Court's September 22, 2008 Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures (the "Case Management Order"); (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (which can be found at www.nysb.uscourts.gov) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk, preferably in Portable Document Format (PDF), Word, WordPerfect, or any other Windows-based word processing format, by all other parties in interest; (d) be submitted in hard copy form to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004; and (e) and served in accordance with General Order M-242 and the Case Management

---

[1] On December 10, 2008, Parsec filed and served a Notice of Hearing on the Motion that inadvertently indicated the Hearing would be held January 15, 2009, at 10:00 a.m. (EST).

Order upon the following parties: (i) counsel for Parsec, Drinker Biddle & Reath LLP, 140 Broadway, 39th Floor, New York, New York 10005-1116, Attention: Stephanie Wickouski, and Drinker Biddle & Reath LLP, 1500 K Street, N.W., Suite 1100, Washington, D.C. 20005, Attention: Kristin Going, (ii) counsel for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Harvey R. Miller, Richard P. Krasnow, Lori R. Fife, Shai Waisman, and Jacqueline Marcus, (iii) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attention: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck, (iv) counsel for the Debtors' Postpetition Lenders, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attention: Lindsee P. Granfield and Lisa Schweitzer, and Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attention: Robinson B. Lacy and Hydee R. Feldstein, and (v) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Tracy Hope Davis, Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, and Linda Riffkin **so as to be actually received, in all cases, no later than January 9, 2009 at 4:00 p.m. (EST)**.  Only those objections or responses which have been timely filed and served may be considered by the Court at the Hearing;

       **PLEASE TAKE FURTHER NOTICE** that the Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served; and

**PLEASE TAKE FURTHER NOTICE**, that the Hearing to consider the Motion may be adjourned thereafter from time to time without further notice to parties in interest other than the announcement of the adjourned date at the Hearing or any other hearing thereafter.

Dated: New York, New York
December 19, 2008

**DRINKER BIDDLE & REATH LLP**

By: /s/ Stephanie Wickouski
Stephanie Wickouski
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3140

—and—

Kristin K. Going
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209
(202) 230-5177

*Counsel to Parsec Trading Corporation*

NY01/ 7117323.1