**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                    :
In re                                                               :   Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :   08-13555 (JMP)
                                                                    :
                    Debtors.                                        :   (Jointly Administered)
                                                                    :
                                                                    :
------------------------------------------------------------------x

### BRIDGE ORDER EXTENDING THE TIME WITHIN WHICH DEBTORS' MUST COMPLY WITH SECTION 345(b) OF THE BANKRUPTCY CODE

Upon the motion (the "Motion") to be filed no later than December 31, 2008 by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to section 345 of title 11 of the United States Code (the "Bankruptcy Code"), to extend the time within which the Debtors' must comply with section 345(b) of the Bankruptcy Code (or make other such arrangements agreed to by the United States Trustee) (the "345 Compliance Period") through and including February 17, 2009, all to be more fully described in the Motion; and the Court having scheduled the next omnibus hearing on January 14, 2009 at 10:00 a.m. (prevailing Easter Time) (the "Hearing"), which is after the date on which the 345 Compliance Period expires; and the United States Trustee having consented to entry of a bridge order through Hearing; and the Court having determined that it is appropriate to enlarge the 345 Compliance Period until such time as the Court considers and enters an order determining the Motion, it is hereby

NY2:\1947918\01\15R0%01!.DOC\58399.0003

ORDERED that the 345 Compliance Period is extended until such time as the Court has entered an order determining the Motion.

Dated: New York, New York
December 19, 2008

/s/ James M. Peck
UNITED STATES BANKRUPTCY JUDGE