IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings, Inc., et al.,        )    Chapter 11
                                               )    Case No. 08-13555 (JMP)
                Debtors.                       )    [Jointly Administered]
                                               )

## REQUEST FOR SERVICE OF NOTICE OF ALL MATTERS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010(b), Irell & Manella LLP, on behalf of a party-in-interest, in the above-captioned jointly administered chapter 11 cases, hereby requests notice of all matters in these chapter 11 cases, which require notice to creditors, or to other parties in interest, including, without limitation, all notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010(b), copies of notices of any orders, applications, complaints, proofs of claim, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Irell & Manella requests that such notice be served as follows:

**IF BY MAIL OR DELIVERY:**

Alan J. Friedman, Esq.
Kerri Lyman, Esq.
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

**IF BY E-MAIL, TELECOPIER OR TELEPHONE:**

Facsimile:  (949) 760-5200
Email:  afriedman@irell.com
Email:  klyman@irell.com
Telephone:  (949) 760-0991

**PLEASE TAKE FURTHER NOTICE** that neither this request for special notice, nor any subsequent appearance, pleading, proofs of claim, or other writing or conduct shall constitute a waiver of any rights to have any and all final orders in any and all non-core matters entered only after *de novo* by a United States

1988800.1 02

District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in these matters withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters under any agreement, law or equity.  All of such rights hereby are reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these bankruptcy cases.

Dated: December 19, 2008

IRELL & MANELLA LLP

By:   /s/ Kerri A. Lyman
    Alan J. Friedman
    Kerri Lyman
    840 Newport Center Drive, Suite 400
    Newport Beach, CA 92660
    Telephone: (949) 760-0991
    Facsimile:  (949) 760-5200

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On December 19, 2008, I served the foregoing document described as **REQUEST FOR SERVICE OF NOTICE OF ALL MATTERS** on each interested party, as stated on the attached service list.

| | |
|---|---|
| [X] | (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as stated on the attached service list. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Newport Beach, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business. |

Executed on December 19, 2008, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Lori Gauthier | /s/ Lori Gauthier |
|---|---|
| (Type or print name) | (Signature) |

- 4 -

| | |
|---|---|
| Debtor<br>Lehman Brothers Holdings Inc.<br>Attn: Corporate Officer<br>745 Seventh Avenue<br>New York, NY 10019 | Counsel for Debtor<br>Harvey R. Miller, Esq/Jacqueline Marcus, Esq./<br>Shai Waisman, Esq.<br>Weil, Gotshal & Mangers, LLP<br>767 5th Avenue<br>New York, NY 10153 |
| U.S. Trustee<br>Attn: Andrew D. Velez-Rivera<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | James W. Giddens, as Trustee for the SIPA<br>Liquidation of Lehman Brothers, Inc.<br>c/o Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 |
| Claims and Noticing Agent<br>Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | Official Committee of Unsecured Creditors<br>James Tecce, Esq/Susheel Kirpalani, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |