WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

### NOTICE OF FILING OF PROPOSED SALE ORDER IN CONNECTION WITH SALE OF LEHMAN BROTHERS INC.'S INVESTMENT MANAGEMENT DIVISION

   PLEASE TAKE NOTICE that, at the hearing on December 22, 2008, at 10:00 a.m., the above-captioned Debtors will seek entry of the proposed Order Authorizing and Approving Debtors' Sale of Purchased Assets and Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Lehman Brothers' Investment Management Division, a copy of which is attached hereto as Exhibit A (the "Proposed Order").

   PLEASE TAKE FURTHER NOTICE that a comparison of the Proposed Order and the proposed "Sale Order" attached as Exhibit B to that certain Amended and Restated Purchase Agreement by and between IMD Parent LLC, Lehman Brothers Holdings Inc. and the other sellers named therein, dated as of October 3, 2008 (as amended), is attached hereto as Exhibit B.

Dated: New York, New York
   December 20, 2008

                 /s/ Lori R. Fife
                Lori R. Fife
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors and
                 Debtors In Possession