Hearing Date: January 14, 2009
Hearing Time: 10:00 a.m.
Objection Deadline: January 11, 2009 at 4:00 p.m.

Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

-and-

John P. Sieger
Paige E. Barr
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200

*Counsel for Corus Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

**NOTICE OF MOTION OF CORUS BANK, N.A. FOR (I) A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY, OR ALTERNATIVELY, (II) RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE**, that by motion (the "Motion") dated December 19, 2008 of Corus Bank, N.A. ("Corus") filed contemporaneously herewith, by and through its undersigned counsel, a hearing (the "Hearing") will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601, at the United States Bankruptcy Court for the Southern

1

District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on January 14, 2009 at 10:00 a.m. (EST), or as soon thereafter as counsel can be heard, seeking entry of an order (a) determining that the automatic stay does not apply to Corus' exercise of its remedies under Construction Loan Agreement between Riverwalk Square Development, LLC and Corus, or alternatively, (ii) for relief from the automatic stay pursuant to Section 362(d) of title 11 of the United States Code ("Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") allowing Corus to exercise its remedies.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion, must (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and Administrative Orders for the United States Bankruptcy Court for the Southern District of New York, and the Court's September 22, 2008 Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures (the "Case Management Order"); (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (which can be found at www.nysb.uscourts.gov) (i) electronically by registered users of the Bankruptcy court's case filing system, or (ii) on a 3.5 inch disk, preferably in Portable Document Format (PDF), Word, WordPerfect, or any other Windows-based word processing format, by all other parties in interest; (d) be submitted in hard copy form to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom Courthouse, One Bowling Green, New York, New York 10004; and (e) served in accordance with General Order M-242 and the Case Management Order upon the following parties: (i) counsel for Corus, Katten Muchin Rosenman LLP, 525

2

West Monroe Street, Chicago, Illinois 60661, Attention: John P. Sieger and Paige E. Barr; (ii) counsel for Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Harvey R. Miller, Richard P. Krasnow, Lori R. Fife, Shai Waisman, and Jacqueline Marcus, (iii) counsel for Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attention: Dennis Duane, Dennis O'Donnell and Evan Fleck, (iv) counsel for Postpetition Lenders, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attention: Lindsee P. Granfield and Lisa Schweitger, and Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attention: Robinson B. Lacy and Hydee R. Feldstein, and (v) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Tracy Hope Davis, Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, and Linda Riffkin **so as to be actually received, in all cases, no later than January 11, 2008 at 4:00 p.m. (EST)**.  Only those objections or responses which have been timely filed and served may be considered by the Court at the Hearing;

**PLEASE TAKE FURTHER NOTICE** that the Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served; and

**PLEASE TAKE FURTHER NOTICE** that the Hearing to consider the Motion may be adjourned thereafter from time to time without further notice to parties in interest other than the announcement of the adjourned date at the Hearing or any other hearing thereafter.

[Continued on Following Page]

3

Dated: New York, New York
December 22, 2008

        KATTEN MUCHIN ROSENMAN LLP
        Attorneys for Corus Bank, N.A.

        By:   /s/ Merritt A. Pardini
        Merritt A. Pardini
        575 Madison Avenue
        New York, New York 10022-2585
        Telephone: (212) 940-8800

        -and-

        John P. Sieger
        Paige E. Barr
        525 West Monroe Street
        Chicago, Illinois 60661-3693
        (312) 902-5200