UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., | (Jointly Administered) |
| et al., | |
| Debtors. | |

-----------------------------------------------------------x

### ORDER DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY, OR [OR IN THE ALTERNATIVE, GRANTING RELIEF FROM THE AUTOMATIC STAY]

This matter coming before the Court upon the Motion of Corus Bank, N.A. for (i) a Determination that the Automatic Stay Does Not Apply, or Alternatively, (ii) Relief from the Automatic Stay (the "Motion"); the Court finding that proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and that upon the record herein after due deliberation, good and sufficient cause exists for the granting of the relief sought by the Motion;

**IT IS ORDERED AS FOLLOWS:**

1.   The Motion is granted.

2.   The automatic stay does not apply to Corus'[1] exercise of its Remedies as set forth in the Motion, including, without limitation, its notifying LBHI of RSD's default and LBHI's ability to exercise its rights under the Subordination Agreement.

[or]

The automatic stay imposed by 11 U.S.C. § 362 is modified to allow Corus, or any party acting on Corus' behalf, to exercise all of its rights under the Corus Loan Agreement, including

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

but in no way limited to, sending LBHI notification of RSD's default and LBHI's opportunity to exercise its rights under the Subordination Agreement.

      3.      This order shall be effective immediately upon its entry.

      4.      The ten day stay of effectiveness of this Order under Fed. R. Bank. P. 4001(a)(3) is waived.

Dated: New York, New York
 January __, 2008

                                            _____
                                            HONORABLE JAMES M. PECK,
                                            UNITED STATES BANKRUPTCY JUDGE