**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Thomas R. Califano (TC-5283)
John P. McNicholas (JM-0694)

Counsel for Lahde Capital Management, LLC;
Westport Capital Partners, LLC; Hank's Living Trust;
Osterreichische Volksbanken-Aktiengesellschaft;
and Etihad Airways

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                           :   Chapter 11
                                                                                    :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al, :
                                                                                    :   Jointly Administered
                                                        Debtors.   :
                                                                                    :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                                  ) ss:
COUNTY OF NEW YORK      )

William Coleman, being duly sworn, deposes and says:

1. I am not a party to these proceedings, am over eighteen years of age and am employed by DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104.

2. On the 28th day of November, 2008, I caused to be served by hand on the parties on the annexed Service List, and by fax on the parties on the annexed fax transmittal cover sheet, true copies of the (a) Objection of Hank's Living Trust, Lahde Capital Management Inc., Osterreiche Volksbanken-Aktiengesellschaft and Etihad Airways to Debtors' Motion for an

EAST\42293142.1

Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts; (b) Verified Statement of DLA Piper LLP (US) Pursuant to Bankruptcy Rule 2019(a); and (c) Notice of Appearance and Request for Notice; EXCEPT that I caused service of the foregoing to be made by hand on the Office of the United States Trustee on December 1, 2008.

_____
William Coleman

Sworn to before me this
22nd day of December, 2008

_____
Notary Public

MARCUS L. GRIFFIN
Notary Publc, State Of New York
No. 01GR5062272
Qualified in New York County
Commission Expires June 24, 2010

EAST\42293142.1

# LEHMAN BROTHERS STANDARD PARTIES LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn.: Richard P. Krasnow, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn.: Lori R. Fife, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn.: Shai Y. Waisman, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn.: Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn.: Andy Velez-Rivera, Esq.

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn.: Paul Schwartzberg, Esq.

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn.: Brian Masumoto, Esq.

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn.: Linda Riffkin, Esq.

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn.: Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn.: Dennis F. Dunne, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn.: Dennis O'Donnell, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn.: Evan Fleck, Esq.

Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006
Attn.: Lindsee P. Granfield, Esq.

**LEHMAN BROTHERS STANDARD PARTIES LIST**

Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006
Attn.: Lisa Schweiger, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn.: Robinson B. Lacy, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn.: Hydee R. Feldstein, Esq.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attn.: Steven J. Reisman, Esq.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attn.: L. P. Harrison 3rd, Esq.



DLA Piper US LLP
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104
www.dlapiper.com

William Coleman
William.coleman@dlapiper.com
T  212.776.3745
F  212.884.8745

## Fax Transmission Cover Sheet

November 28, 2008

| To | Telephone | Fax Number |
|---|---|---|
| Richard Krasnow, Esq.<br>Weil, Gotshal & Manges LLP | | 212-310-8934 |
| Lori Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>Weil, Gotshal & Manges LLP | | 212-310-8007 |
| Paul Schwartzberg, Esq.<br>Andy Velez-Rivera, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq.<br>Office of the United States Trustee | | 212-668-2255 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP | | 212-530-5219 |
| Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP | | 212-225-3999 |
| Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP | | 212-558-3588 |
| Steven J. Reisman, Esq.<br>L.P. Harrison 3rd Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP | | 212-697-1559 |

From:   William Coleman
        for John P. McNicholas, Esq.

**CONFIDENTIALITY NOTICE**

This communication is ONLY for the person named above.  Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law.  If you are not the person named above, or responsible for delivering it to that person, be aware that disclosure, copying, distribution or use of this communication is strictly PROHIBITED.  If you have received it in error, or are uncertain as to its proper handling, please immediately notify us by collect telephone and mail the original to us at the above address.  Thank you.

(Form Rev. 8/02/04)

EAST\42256266.1 11/26/08 07:54 PM

Re:    Lehman Brothers Holdings, Inc., et al.; chapter 11; Case No. 08-13555 (JMP)

Pages:  -  13  - (including this form)

**Message:**

Please see the attached.