UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                  Case No. 08-13555 (JMP)

                                   Debtor.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF STEPHANIE THOMAS

UPON the motion of Stephanie Thomas dated December 19, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Stephanie Thomas is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
          December 22, 2008

                                                                *s/ James M. Peck*
                                                        UNITED STATES BANKRUPTCY JUDGE