Patrick J. Potter (pending *pro hac vice* admission)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C. 20037
Tel: 202-663-8000
Fax: 202-663-8007

Gianni Dimos (GD-7496)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Tel: (212) 858-1000
Fax: (212) 858-1500

Attorneys for Pyrrhuloxia, LP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC.,                  :
                                                :    Case No. 08-13555 (JMP)
            Debtors.                            :
                                                :    Jointly Administered
------------------------------------------------------------x

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 158(a) and 1334, and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(a), Pyrrhuloxia, LP ("Pyrrhuloxia"), appeals to the United States District Court for the Southern District of New York from the "Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trades Confirmation" (the "Order"). The Order was entered by the United States Bankruptcy Court for the Southern District of New York (Honorable James M. Peck) on December 16, 2008 in the above-captioned case. The Order appears on the case docket as entry number 2258. A copy of the Order is attached as **Exhibit A**.

401066407v2

The names of the relevant parties, and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel of Record** |
|---|---|
| Lehman Brothers Holdings, Inc. et al., Lehman Commercial Paper, Inc., and all related debtors whose cases are being jointly administered under Case No. 08-13555 (JMP) | Harvey R. Miller<br>Jacqueline Marcus<br>Shai Waisman<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007 |
| Pyrrhuloxia, LP | Patrick J. Potter (pending *pro hac vice* admission)<br>Pillsbury Winthrop Shaw Pittman LLP<br>2300 N Street, NW<br>Washington, D.C. 20037<br>Tel: (202) 663-8000<br>Fax: (202) 663-8007<br><br>Gianni Dimos (GD-7496)<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>Tel: (212) 858-1000<br>Fax: (212) 858-1500 |

[remainder of page is intentionally blank]

401066407v2

|  |  |
|---|---|
| Dated: December 23, 2008 | /s/ Gianni Dimos<br>Gianni Dimos (GD-7496)<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>Tel: (212) 858-1000<br>Fax: (212) 858-1500<br><br>-and-<br><br>Patrick J. Potter (pending *pro hac vice* admission)<br>Pillsbury Winthrop Shaw Pittman LLP<br>2300 N Street, NW<br>Washington, D.C. 20037<br>Tel: (202) 663-8000<br>Fax: (202) 663-8007<br><br>Attorneys for Pyrrhuloxia, LP |