**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | |
| | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearance in the above-captioned case on behalf of Lincoln National Corporation and its affiliates (collectively, "Lincoln"), pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109 of Title 11 of the United States Code (the "Bankruptcy Code"), and demand that all notices given or required to be given and all papers served or required to be served in this case be delivered and served upon Lincoln at the addresses and numbers set forth below:

>Paul A. Patterson, Esquire
>Michael J. Cordone, Esquire
>Mark J. Dorval, Esquire
>Stradley Ronon Stevens & Young, LLP
>2600 One Commerce Square
>Philadelphia, PA  19103-7098
>Telephone:  (215) 564-8000
>Facsimile:   (215) 564-8120
>ppatterson@stradley.com
>mcordone@stradley.com
>mdorval@stradley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-referenced Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents, formal or informal, which, in any way, affect any of the above-captioned Debtors, their property or their cases.

**PLEASE TAKE FURTHER NOTICE** that Lincoln does not intend for this notice of appearance or any subsequent appearance, pleading, claim, or suit to constitute a waiver of any (1) right to have final orders in non-core matters entered only after de novo review by the District Court, (2) right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) right to contest service or any other matter, or (5) other rights, claims, actions, defenses, setoffs or recoupments to which Lincoln is or may be entitled.

STRADLEY RONON STEVENS & YOUNG, LLP

Dated: December 23, 2008    By: /s/ Mark J. Dorval
Paul A. Patterson, Esquire
Michael J. Cordone, Esquire
Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone: (215) 564-8000
Fax: (215) 564-8120

*Attorneys for Lincoln Nation Corporation and its affiliates*

B # 873140 v.1