UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                      :
In re                                                 :      Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :      08-13555 (JMP)
                                                      :
                        Debtors.                      :      (Jointly Administered)
                                                      :
                                                      :
------------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS AND CORRECTING PRIOR ORDER

Upon the motion, dated November 14, 2008 (the "Motion"), of Lehman

Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper

Inc. ("LCPI"), as debtors and debtors in possession (together, the "Debtors"), pursuant to

section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6006

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 6006-

1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules") for entry of an order approving the Debtors' assumption of the Assumed Trades,[1]

rejection of the Rejected Trades, and modification and assumption of the Amended

Trades, all as more fully described in the Motion; and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157

and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York Any and All Proceedings Under Title 11, dated July 10, 1984

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Ward, Acting C.J.); and consideration of the Motion and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Motion having been provided in accordance with the procedures set forth in the order

entered September 22, 2008 governing case management and administrative procedures

[Docket No. 285] to (i) the United States Trustee for the Southern District of New York;

(ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities

and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) all parties who have requested

notice in these chapter 11 cases; and (vii) all Counterparties; and it appearing that no

other or further notice need be provided; and an Order Pursuant to Section 365 of the

Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations

having been entered by the Court on December 16, 2008 (the "Prior Open Trades Order")

granting the relief requested therein as to certain Counterparties and adjourning the

hearing with respect to certain objecting Counterparties; and a hearing (the "Hearing")

having been held to consider the relief requested in the Motion with respect to certain

Counterparties; and the Court having found and determined that the relief sought in the

Motion is in the best interests of the Debtors, their estates and creditors, and all parties in

interest and that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

> ORDERED that subject to the terms set forth in those certain letter

agreements between the LCPI and/or LBHI and each of the Settling Counterparties (as

defined hereinafter) and herein, the Motion is granted with respect to the following

Counterparties, all of which have agreed to settle their objections with the Debtors:

> BlackRock Financial Management, Inc.
> USAA High-Yield Opportunities Fund
> Royal Bank of Scotland
> GIL Holdings
> Argentum, LLC
> The Bank of Nova Scotia
> BDF Limited
> Banc of America Securities Limited
> DK Acquisition Partners, L.P.
> Longacre Master Fund, Ltd.
> Longacre Capital Partners (QP), L.P
> Millennium Partners, LP
> Morgan Stanley Senior Funding, Inc.

(collectively, the Settling Counterparties"); and it is further

ORDERED that the terms of each of the letter agreements between LCPI

and/or LBHI and each of the Settling Counterparties relating to the Open Trade

Confirmations are hereby approved and binding on each of the parties thereto; and it is

further

ORDERED that the Motion is granted with respect to Morgan Stanley

Investment Mezzano B.V. and Zodiac Fund, which have not objected to the relief

requested in the Motion; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the

Debtors' assumption of the Assumed Trades set forth on Exhibit A annexed hereto is

hereby approved; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the

Debtors' rejection of the Rejected Trades set forth on Exhibit B annexed hereto is hereby

approved, with such rejection effective as of the date hereof; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the

Debtors are authorized to enter into agreements to modify the Amended Trades set forth

on Exhibit C annexed hereto and that assumption of the Amended Trades as modified is

hereby approved; and it is further

ORDERED that the Open Trade Confirmation set forth on Exhibit D

annexed hereto (the "Terminated Trades") are terminated and the Debtors and the

applicable Counterparties waive and release any and all claims relating to the Terminated

Trades; and it is further

ORDERED that the hearing with respect to the Motion is hereby

adjourned to January 14, 2009, at 10:00 a.m. with respect to the objections filed by

Deutsche Bank, AIB International Finance, Putnam Investments, P. Schoenfeld Asset

Management, Bank of America, N.A., Field Point IV S.a.r.l., Morgan Stanley Bank

International Limited, Tennenbaum Opportunities Partners V, L.P., Special Value

Expansion Fund, LLC, and Special Value Opportunities Fund, LLC; and it is further

ORDERED that the Debtors are not required to pay any cure costs to any

Counterparty to an Assumed Trade or an Amended Trade; and it is further

ORDERED that the Debtors have demonstrated adequate assurance of

future performance of the Assumed Trades and the Amended Trades; and it is further

ORDERED that no Counterparty shall be entitled to assert or take any

action to exercise a right to set off any prepetition claim that it might have against either

Debtor, including, without limitation, claims for damages arising from the rejection of a

Rejected Trade, against any obligation payable to the applicable Debtor under any

Assumed Trade or Amended Trade; and it is further

ORDERED that settlement of all Assumed Trades or Amended Trades shall include all appropriate, usual and customary settlement adjustments; and it is further

ORDERED that the Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate to implement and effectuate the assumption, rejection or modification of Open Trade Confirmations as provided in this Order; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and that the requirements of Bankruptcy Rule 6006(a) and Local Rule 6006-1 are satisfied; and it is further

ORDERED that the Prior Open Trades Order is revised and/or clarified, as follows:

(a) The trades with Hartford Floating Rate Fund, Hartford High Yield Fund and Hartford High Yield HLS Fund (collectively, "Hartford") set forth on Exhibit E hereto shall be deleted from Exhibit A to the Prior Open Trades Order, and shall be treated as if they had been included instead on Exhibit A to the Debtors' Second Motion For An Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption of Open Trade Confirmations, dated December 15, 2008 (the "Second Trades Motion") and, in connection therewith, Hartford shall have until January 9, 2009 at 4:00 p.m. to file and serve any objection to the relief sought therein;

(b) The trades with Avenue Investments, L.P. ("Avenue") set forth on Exhibit F shall be deleted from Exhibit A to the Prior Open Trades Order and shall be treated as if Avenue were a party that timely objected to the relief sought in the Motion; Avenue shall file its objection to the proposed treatment of its Open Trade Confirmations

on or before January 2, 2009, and the objection shall be heard at the January 14, 2009

hearing; and

(c)  The Prior Open Trades Order shall be deemed amended to

reflect, as reflected in the record of the hearing held on December 16, 2008, that the

hearing with respect to the objection filed by R3 Capital Management LLC ("R3") has

been adjourned to January 14, 2009 at 10:00 a.m.

(d) R3 reserves its rights to contend that it has standing to contest

the assumption of the trade set forth on Exhibit A to the Prior Open Trades Order as a

trade with BLT 39 LLC (the "USI Trade") and the Debtors reserve their right to contest

R3's position; *provided*, *however*, that the Debtors agree that the failure of R3 to object to

the entry of the Prior Open Trades Order with respect to the USI Trade shall not be a

basis upon which to contest R3's position. The Debtors shall not close the USI Trade

until they settle R3's objection or obtain further relief from the Court.

(e)  P. Schoenfeld Asset Management ("PSAM") reserves its rights

to contend that it is the proper party in interest with respect to the Alltel trade, which is

listed on Exhibit A to the Prior Open Trades Order as a trade with BLT 37 LLC (the

"Alltel Trade"), and the Debtors reserve their right to contest PSAM's position; *provided,*

*however*, that the Debtors agree that the failure of PSAM to object to the entry of the

Prior Open Trades Order shall not be a basis upon which to contest PSAM's position.  To

that end, the Debtors shall not close the Alltel Trade until they settle PSAM's objection

or obtain further relief from the Court.

ORDERED that this Court retains jurisdiction to hear and

determine all matters arising from or related to the implementation and/or interpretation

of this Order and the Prior Open Trades Order.

Dated: December 23, 2008
     New York, New York

              */s/ James M. Peck*_____
             UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**ASSUMED TRADES**

**LCPI & LCPI UK**
**Assumed**

| Entity | Deal Name | Customer | Tranche | B/S | TradeDate | CurrCode | Status |
|--------|-----------|----------|---------|-----|-----------|----------|--------|
| LCPI | PQ CORPORATION 1ST LIEN A&R (7/2/08) | BLACKROCK FIXED INCOME PORTABLE ALPHA FUND | | S | 7/30/2008 | USD | Assumed |
| LCPI | PQ CORPORATION 1ST LIEN A&R (7/2/08) | BLACKROCK GLOBAL FLOATING RATE INCOME TRUST | | S | 7/30/2008 | USD | Assumed |
| LCPI | THERMO FLUIDS | BLACKROCK GLOBAL FLOATING RATE INCOME TRUST | | B | 7/14/2008 | USD | Assumed |
| LCPI | THERMO FLUIDS | BLACKROCK LIMITED DURATION INCOME TRUST | | B | 7/14/2008 | USD | Assumed |
| LCPI | THERMO FLUIDS | BLACKROCK SENIOR INCOME SERIES III PLC | | B | 7/14/2008 | USD | Assumed |
| LCPI | TRONOX WORLDWIDE LLC (11/05) (revolver) | DK ACQUISITION PARTNERS LP | | S | 8/26/2008 | USD | Assumed |
| LCPI | TRONOX WORLDWIDE LLC (11/05) (tranche A term loan) | DK ACQUISITION PARTNERS LP | | S | 8/22/2008 | USD | Assumed |
| LCPI | TRONOX WORLDWIDE LLC (11/05) (tranche A term loan) | DK ACQUISITION PARTNERS LP | | B | 8/28/2008 | USD | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LONGACRE CAPITAL PARTNERS (QP), LP | | S | 5/20/2008 | USD | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LONGACRE CAPITAL PARTNERS (QP), LP | | S | 5/27/2008 | USD | Assumed |

| LCPI | WIMAR LANDCO, LLC [01/03/2007] | LONGACRE CAPITAL PARTNERS (QP), LP | | S | 4/25/2008 | USD | Assumed |
|---|---|---|---|---|---|---|---|
| LCPI | WIMAR LANDCO, LLC [01/03/2007] | LONGACRE CAPITAL PARTNERS (QP), LP | | B | 4/18/2008 | USD | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LONGACRE MASTER FUND LTD | | S | 5/20/2008 | USD | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LONGACRE MASTER FUND LTD | | S | 5/27/2008 | USD | Assumed |
| LCPI | WIMAR LANDCO, LLC [01/03/2007] | LONGACRE MASTER FUND LTD | | S | 4/25/2008 | USD | Assumed |
| LCPI | WIMAR LANDCO, LLC [01/03/2007] | LONGACRE MASTER FUND LTD | | B | 4/18/2008 | USD | Assumed |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) | MORGAN STANLEY SENIOR FUNDING, INC. | C | S | 8/19/2008 | USD | Assumed |
| LCPI | QUEBECOR WORLD INC. | MORGAN STANLEY SENIOR FUNDING, INC. | | S | 6/19/2008 | USD | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | MORGAN STANLEY SENIOR FUNDING, INC. | | S | 7/24/2008 | USD | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | MORGAN STANLEY SENIOR FUNDING, INC. | | S | 7/21/2008 | USD | Assumed |
| LCPIUK | LIBERATOR SENIOR FACILITIES DTD 10/06(A) | MORGAN STANLEY INVESTMENT MGMT MEZZANO B.V. | B1 | S | 6/9/2008 | EUR | Assumed |
| LCPIUK | LIBERATOR SENIOR FACILITIES DTD 10/06(A) | MORGAN STANLEY INVESTMENT MGMT MEZZANO B.V. | C1 | S | 6/9/2008 | EUR | Assumed |

| LCPIUK | ALPHA III (NOV06) | ZODIAC FUND - MORGAN STANLEY | D | S | 6/10/2008 | USD | Assumed |
|--------|-------------------|------------------------------|---|---|-----------|-----|---------|

**EXHIBIT B**

**REJECTED TRADES**

**LCPI & LCPI UK**
**Rejected**

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|--------|-----------|---------------|---------|-----|-----------|----------|--------|
| LCPI | MIRANT NORTH AMERICA (1/3/06) | ARGENTUM LLC | | B | 8/11/2008 | USD | Rejected |
| LCPIUK | BCM IRELAND HOLDINGS LIMITED | BANC OF AMERICA SECURITIES LIMITED | D | B | 9/5/2008 | EUR | Rejected |
| LCPIUK | BCM IRELAND HOLDINGS LIMITED | BANC OF AMERICA SECURITIES LIMITED | D | B | 9/4/2008 | EUR | Rejected |
| LCPIUK | NTL CABLE PLC | BANC OF AMERICA SECURITIES LIMITED | A | S | 9/2/2008 | GBP | Rejected |
| LCPIUK | YELL GROUP PLC | BANC OF AMERICA SECURITIES LIMITED | B2 | S | 2/7/08 | EUR | Rejected |
| LCPIUK | YELL GROUP PLC | BANC OF AMERICA SECURITIES LIMITED | B2 | S | 7/23/08 | EUR | Rejected |
| LCPIUK | LAVENA SENIOR (2MAR07) PROSIEBENHOLDCO | BANC OF AMERICA SECURITIES LIMITED | B1 | B | 9/2/08 | EUR | Rejected |
| LCPIUK | LAVENA SENIOR (2MAR07) PROSIEBENHOLDCO | BANC OF AMERICA SECURITIES LIMITED | C1 | B | 9/2/08 | EUR | Rejected |
| LCPIUK | LAVENA SENIOR (2MAR07) PROSIEBENHOLDCO | BANC OF AMERICA SECURITIES LIMITED | B1 | B | 8/11/08 | EUR | Rejected |
| LCPIUK | LAVENA SENIOR (2MAR07) PROSIEBENHOLDCO | BANC OF AMERICA SECURITIES LIMITED | C1 | B | 8/11/08 | EUR | Rejected |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | BDF LIMITED | B1 | S | 7/31/2008 | EUR | Rejected |

| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | BDF LIMITED | B2 | S | 7/31/2008 | USD | Rejected |
|--------|--------------------------------|-------------|----|---|-----------|-----|----------|
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | BDF LIMITED | B2 | S | 7/11/2008 | USD | Rejected |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | BDF LIMITED | C1 | S | 7/31/2008 | EUR | Rejected |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | BDF LIMITED | C2 | S | 7/31/2008 | USD | Rejected |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | BDF LIMITED | C2 | S | 7/11/2008 | USD | Rejected |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK FLOATING RATE INCOME STRATEGIES FUND, INC | | B | 9/4/2008 | USD | Rejected |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK FLOATING RATE INCOME STRATEGIES FUND, INC | | B | 9/8/2008 | USD | Rejected |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK DEBT STRATEGIES FUND, INC | | B | 9/8/2008 | USD | Rejected |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK SENIOR FLOATING RATE PORTFOLIO | | B | 9/4/2008 | USD | Rejected |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK SENIOR FLOATING RATE PORTFOLIO | | B | 9/8/2008 | USD | Rejected |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK SENIOR INCOME SERIES III PLC | | B | 9/4/2008 | USD | Rejected |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK SENIOR INCOME SERIES III PLC | | B | 9/8/2008 | USD | Rejected |
| LCPI | US AIRWAYS GROUP 03-07 | BLACKROCK SENIOR INCOME SERIES V LIMITED | | B | 8/4/2008 | USD | Rejected |

| LCPI | UNITED AIR LINES, INC. A/R 2-02-07 | DK ACQUISITION PARTNERS LP | | B | 9/8/2008 | USD | Rejected |
|---|---|---|---|---|---|---|---|
| LCPI | WOLF HOLLOW I LP 1ST LIEN | GIL HOLDINGS LLC | | B | 5/9/2008 | USD | Rejected |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | MASTER SENIOR FLOATING RATE TRUST (BLACKROCK) | | B | 9/8/2008 | USD | Rejected |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | MILLENNIUM FIXED INCOME, LP | | S | 7/10/2008 | USD | Rejected |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | MILLENNIUM FIXED INCOME, LP | | S | 7/10/2008 | USD | Rejected |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | MILLENNIUM PARTNERS, L.P. | | B | 6/4/2008 | USD | Rejected |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | MILLENNIUM PARTNERS, L.P. | | B | 6/5/2008 | USD | Rejected |
| LCPIUK | KABEL DEUTSCHLAND HOLDING GMBH PIK | ROYAL BANK OF SCOTLAND | PIK | B | 9/3/2008 | EUR | Rejected |
| LCPIUK | KABEL DEUTSCHLAND HOLDING GMBH PIK | ROYAL BANK OF SCOTLAND | PIK | B | 9/1/2008 | EUR | Rejected |
| LCPI | LAS VEGAS SANDS, LLC (5/23/07) | ROYAL BANK OF SCOTLAND | | B | 6/24/2008 | USD | Rejected |
| LCPI | LAS VEGAS SANDS, LLC (5/23/07) | ROYAL BANK OF SCOTLAND | | S | 9/12/2008 | USD | Rejected |
| LCPIUK | MEP II S.A.R.L. & CORTEFIEL, S.A.(03/07) | ROYAL BANK OF SCOTLAND | B1 | B | 8/29/2008 | EUR | Rejected |
| LCPIUK | MEP II S.A.R.L. & CORTEFIEL, S.A.(03/07) | ROYAL BANK OF SCOTLAND | B2 | B | 8/29/2008 | EUR | Rejected |
| LCPIUK | MEP II S.A.R.L. & CORTEFIEL, S.A.(03/07) | ROYAL BANK OF SCOTLAND | B3 | B | 8/29/2008 | EUR | Rejected |

| LCPIUK | NYCOMED HOLDING A/S | ROYAL BANK OF SCOTLAND | B1 | B | 4/2/2008 | EUR | Rejected |
| LCPIUK | NYCOMED HOLDING A/S | ROYAL BANK OF SCOTLAND | C1 | B | 4/2/2008 | EUR | Rejected |
| LCPI | SEMCRUDE | ROYAL BANK OF SCOTLAND | | B | 8/6/2008 | USD | Rejected |

**EXHIBIT C**

**AMENDED TRADES**

**LCPI & LCPI UK**
**Assumed with Modification**

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|--------|-----------|---------------|---------|-----|-----------|----------|--------|
| LBHI | QUEBECOR WORLD INC. | BANK OF NOVA SCOTIA | | B | 4/30/2008 | USD | Assumed with Modification |
| LBHI | QUEBECOR WORLD INC. | BANK OF NOVA SCOTIA | | B | 5/6/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 2ND LIEN | BLACKROCK DEBT STRATEGIES FUND, INC | | B | 9/8/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 2ND LIEN | BLACKROCK FLOATING RATE INCOME STRATEGIES FUND, INC. | | B | 9/8/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 2ND LIEN | BLACKROCK GLOBAL FLOATING RATE INCOME TRUST | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 2ND LIEN | BLACKROCK GLOBAL FLOATING RATE INCOME TRUST | | B | 9/8/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 2ND LIEN | BLACKROCK LIMITED DURATION INCOME TRUST | | B | 9/8/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 2ND LIEN | BLACKROCK SENIOR FLOATING RATE PORTFOLIO | | B | 9/8/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 2ND LIEN | BLACKROCK SENIOR INCOME SERIES III PLC | | B | 9/8/2008 | USD | Assumed with Modification |
| LCPIUK | AVIO SENIOR (14DEC06) | BLACKROCK LIMITED DURATION INCOME TRUST | B2 | S | 4/18/08 | USD | Assumed with Modification |
| LCPIUK | AVIO SENIOR (14 DEC06) | BLACKROCK LIMITED DURATION INCOME TRUST | C2 | S | 4/18/08 | USD | Assumed with Modification |

08-13555-mg   Doc 2364   Filed 12/23/08   Entered 12/23/08 11:05:37   Main Document
Pg 19 of 25

| LCPI | TRONOX WORLDWIDE LLC (11/05) (tranche A term loan) | DK ACQUISITION PARTNERS LP | | S | 8/21/2008 | USD | Assumed with Modification |
|------|-------|-------|---|---|---|-----|------|
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LONGACRE MASTER FUND LTD | | S | 5/19/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | LONGACRE CAPITAL PARTNERS (QP), LP | | S | 5/19/2008 | USD | Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER HLDGS 2ND LIEN | MASTER SENIOR FLOATING RATE TRUST (BLACKROCK) | | B | 9/8/2008 | USD | Assumed with Modification |
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY SENIOR FUNDING, INC. | | B | 6/4/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | USAA HIGH YIELD OPPORTUNITIES | | S | 9/4/2008 | USD | Assumed with Modification |

NY2:\1948622\09\15RK#09!.DOC\58399.0003                    19

**EXHIBIT D**

**TERMINATED TRADES**

**LCPI & LCPI UK**
**Terminated**

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|--------|-----------|---------------|---------|-----|-----------|----------|--------|
| LBHI | QUEBECOR WORLD INC. | BANK OF NOVA SCOTIA | | B | 4/17/2008 | USD | Terminated |
| LBHI | QUEBECOR WORLD INC. | BANK OF NOVA SCOTIA | | B | 5/1/2008 | USD | Terminated |

**EXHIBIT E**

**HARTFORD TRADES**

**LCPI & LCPI UK**
**Hartford Trades**

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|--------|-----------|---------------|---------|-----|-----------|----------|--------|
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | HARTFORD FLOATING RATE FUND | | S | 8/26/2008 | USD | Assumed |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | HARTFORD HIGH YIELD FUND | | S | 8/26/2008 | USD | Assumed |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | HARTFORD HIGH YIELD HLS FUND | | S | 8/26/2008 | USD | Assumed |

**EXHIBIT F**

**AVENUE TRADES**

**LCPI & LCPI UK**
**Avenue Trades**

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | CurrCode | Status |
|--------|-----------|---------------|---------|-----|-----------|----------|--------|
| LCPI | QUEBECOR WORLD INC. | AVENUE INVESTMENTS, L.P. | | S | 4/22/2008 | USD | Assumed |