LATHAM & WATKINS LLP
Michael J. Riela (MR-7829)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: michael.riela@lw.com

and

Richard A. Levy
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: richard.levy@lw.com

Counsel to GE Corporate Financial Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

------------------------------------------------------------

## MOTION FOR ADMISSION *PRO HAC VICE*

**TO THE UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Local Rule 2090-1(b), Michael J. Riela, a member in good standing of the bar of this Court, hereby moves this Court for the admission *pro hac vice* of Richard A. Levy in the above-captioned jointly administered cases, and in support thereof respectfully states as follows:

CH\1073494.1

1. Richard A. Levy is a partner with the law firm of Latham & Watkins LLP, located at 233 South Wacker Dr., Ste 5800, Chicago, IL 60606, and is licensed to practice law in the State of Illinois.

2. Mr. Levy has never been convicted of any crime nor publicly reprimanded, censured, suspended, disciplined or disbarred by any court. In addition, no disciplinary action, contempt or other proceeding involving Mr. Levy is pending before any court.

3. Mr. Levy is familiar with (a) the Bankruptcy Code, (b) the Federal Rules of Bankruptcy Procedure, (c) the Federal Rules of Civil Procedure and (d) the Local Rules of this Court and the United States District Court for the Southern District of New York and is willing to submit to the jurisdiction of this Court and comply with all rules and procedures established by this Court.

WHEREFORE, Michael J. Riela respectfully moves this Court for the admission, *pro hac vice*, of Richard A. Levy in the above-captioned jointly administered cases.

Dated: December 23, 2008  
New York, NY

Respectfully submitted,

**LATHAM & WATKINS LLP**  
By: /s/ Michael J. Riela  
　　Michael J. Riela (MR-7829)  
　　885 Third Avenue, Suite 1000  
　　New York, New York 10022  
　　Telephone: (212) 906-1200

Counsel to GE Corporate Financial Services, Inc.

CH\1073494.1