LATHAM & WATKINS LLP
Michael J. Riela (MR-7829)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: michael.riela@lw.com

and

Richard A. Levy
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: richard.levy@lw.com

Counsel to GE Corporate Financial Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------------

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF RICHARD A. LEVY**

UPON the motion of Michael J. Riela, dated December 23, 2008, in support of the admission of Richard A. Levy *pro hac vice*, it is hereby

ORDERED, that Richard A. Levy is admitted *pro hac vice* in the above-captioned jointly administered cases.

Dated: _____, 2008
New York, NY

_____
United States Bankruptcy Judge

CH\1073494.1