LATHAM & WATKINS LLP
Michael J. Riela (MR-7829)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: michael.riela@lw.com

and

Richard A. Levy
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: richard.levy@lw.com

Counsel to GE Corporate Financial Services, Inc.

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------------

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that GE Corporate Financial Services, Inc., by and through its undersigned counsel, hereby appears in the above-captioned case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code requests

CH\1073497.1

that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon counsel of record at:

> Richard A. Levy
> Latham & Watkins LLP
> Sears Tower, Suite 5800
> 233 South Wacker Drive
> Chicago, Illinois 60606
> Telephone: (312) 876-7700
> Facsimile: (312) 993-9767
> Email: richard.levy@lw.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

Dated: December 23, 2008
New York, NY

Respectfully submitted,

**LATHAM & WATKINS LLP**
By: /s/ Michael J. Riela
    Michael J. Riela (MR-7829)
    885 Third Avenue, Suite 1000
    New York, New York 10022
    Telephone: (212) 906-1200

Counsel to GE Corporate Financial Services, Inc.

CH\1073497.1