**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS, INC. et al.,        :    Case No. 08-13555 (JMP)
                                              :
         Debtors.                             :    (Jointly Administered)
                                              :
------------------------------------------------------------x    Ref. Docket No. 2206
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

      HERB BAER, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    I served the "NOTICE OF FILING OF REVISED EXHIBITS AND REVISED PROPOSED ORDER RELATING TO THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS," dated December 14, 2008 [Docket No. 2206] by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached and to those parties listed on the attached Exhibit "A", on December 14, 2008,

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", on December 14, 2008, and

    c) enclosed securely in separate envelopes and hand delivered to those parties listed on the attached Exhibit "C", on December 15, 2008.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Herb Baer
Sworn to before me this                      Herb Baer
19th day of December, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

T:\Clients\LBH\Affidavits\Open Trade Confirmation_ aff 12-14-08.doc

**EXHIBIT A**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bambacha@sec.gov
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com

bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bt@luckydognc.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
carol.weinerlevy@bingham.com
carter.hunter@arentfox.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
charles@filardi-law.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com

| | |
|---|---|
| demetra.liggins@tklaw.com | frank.white@agg.com |
| deryck.palmer@cwt.com | fred.berg@rvblaw.com |
| dfelder@orrick.com | fsosnick@shearman.com |
| dflanigan@polsinelli.com | gabriel.delvirginia@verizon.net |
| dfriedman@kasowitz.com | gary.ticoll@cwt.com |
| dhayes@mcguirewoods.com | gauchb@sec.gov |
| dheffer@foley.com | gbray@milbank.com |
| dirk.roberts@ots.treas.gov | george.davis@cwt.com |
| dkleiner@velaw.com | GGraber@HodgsonRuss.com |
| dkozusko@willkie.com | giaimo.christopher@arentfox.com |
| dladdin@agg.com | giddens@hugheshubbard.com |
| dlemay@chadbourne.com | gkaden@goulstonstorrs.com |
| dlipke@vedderprice.com | GLee@mofo.com |
| dludman@brownconnery.com | glee@mofo.com |
| dmcguire@winston.com | glenn.siegel@dechert.com |
| dneier@winston.com | gmoss@riemerlaw.com |
| dodonnell@milbank.com | gnovod@kramerlevin.com |
| donald.badaczewski@dechert.com | grosenberg@co.arapahoe.co.us |
| douglas.bacon@lw.com | gschiller@zeislaw.com |
| douglas.mcgill@dbr.com | hanh.huynh@cwt.com |
| DPiazza@HodgsonRuss.com | harrisjm@michigan.gov |
| dravin@wolffsamson.com | harveystrickon@paulhastings.com |
| drose@pryorcashman.com | heiser@chapman.com |
| drosner@goulstonstorrs.com | hirsh.robert@arentfox.com |
| drosner@kasowitz.com | hollace.cohen@troutmansanders.com |
| dshemano@pwkllp.com | howard.hawkins@cwt.com |
| dswan@mcguirewoods.com | hseife@chadbourne.com |
| dwdykhouse@pbwt.com | hsnovikoff@wlrk.com |
| dwildes@stroock.com | hweg@pwkllp.com |
| eagle.sara@pbgc.gov | ian.levy@kobrekim.com |
| echang@steinlubin.com | igoldstein@dl.com |
| ecohen@russell.com | ilevee@lowenstein.com |
| efile@pbgc.gov | info2@normandyhill.com |
| efile@willaw.com | ira.herman@tklaw.com |
| efleck@milbank.com | isgreene@hhlaw.com |
| efriedman@friedumspring.com | israel.dahan@cwt.com |
| eglas@mccarter.com | jacobsonn@sec.gov |
| ehollander@whitecase.com | jafeltman@wlrk.com |
| ehorn@lowenstein.com | james.mcclammy@dpw.com |
| ekbergc@lanepowell.com | jamestecce@quinnemanuel.com |
| ellen.halstead@cwt.com | jason.jurgens@cwt.com |
| elobello@blankrome.com | jatkins@duffyandatkins.com |
| eschaffer@reedsmith.com | jay@kleinsolomon.com |
| eschwartz@contrariancapital.com | Jbecker@wilmingtontrust.com |
| esmith@dl.com | jbeemer@entwistle-law.com |
| ezavalkoff-babej@vedderprice.com | jbird@polsinelli.com |
| ezujkowski@emmetmarvin.com | jbromley@cgsh.com |
| fbp@ppgms.com | jcarberry@cl-law.com |
| feldsteinh@sullcrom.com | Jdrucker@coleschotz.com |
| ffm@bostonbusinesslaw.com | jdyas@halperinlaw.net |
| fhyman@mayerbrown.com | jeffrey.sabin@bingham.com |
| fishere@butzel.com | jeldredge@velaw.com |

jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jketten@willkie.com
jkurtzman@klehr.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jschwartz@hahnhessen.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com

ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
Klippman@munsch.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawrence.bass@hro.com
lberkoff@moritthock.com
lehman@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
Mbass@HodgsonRuss.com

mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
metkin@lowenstein.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mitchell.ayer@tklaw.com
mitchell.epner@friedfrank.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
Nasreen.Bulos@dubaiic.com
nbannon@tishmanspeyer.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
omeca.nedd@lovells.com
owllady@hughes.net
paronzon@milbank.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com

peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
prachmuth@reedsmith.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
roberts@pursuitpartners.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
Russj4478@aol.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
Sara.Tapinekis@cliffordchance.com
schapman@willkie.com
schristianson@buchalter.com

scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheakkorzun@comcast.net
sheehan@txschoollaw.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com
snewman@katskykorins.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com

twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
wheuer@dl.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

Email Addresses

| | |
|---|---|
| Amy.knowles@db.com | TBennett@brownrudnick.com |
| Andrew.Rhodes@ikb.de | acarr@svpglobal.com |
| Andrew.Thau@skadden.com | acctteam@firtree.com |
| Angelina.Perkovic@gsocap.com | acstradeclosing@mcdmgmt.com |
| AnnaMarie.Horgan@HCM.IE | adisanzo@cetuscap.com |
| BTrdSup@EvergreenInvestments.com | afeinmesser@esbinalter.com |
| Bankloanaccounting@sscims.com | alexis.sannejan@natixis.com |
| Beth.Cesari@sscims.com | allen@firtree.com |
| Bgoldberg@scogcap.com | anders.hadell@nordea.com |
| Bmartin@angelogordon.com | andrew.boughen@mandg.co.uk |
| Claudio.Chappell@gsocap.com | andrew.dailly@db.com |
| Denton_Robinson@scotiacapital.com | andrew.macdonald@db.com |
| Dilavere.Demiraj@deshaw.com | andrew.marcellus@greywolfcapital.com |
| Elizabeth.Han@rbs.com | andy.binnie@citigroup.com |
| Erica.Tarpey@citadelgroup.com | anika.brar@db.com |
| Felicity.Pike@3i.com | anix@babsoncapital.com |
| Gina_Grasso@ml.com | anzavier.ramdath@gs.com |
| Gwyneth.Lederman@morganstanley.com | apoor@bdcm.com |
| Ilaria.Fleischer@morganstanley.com | aroberts@acmewidget.com |
| Imastromonaco@goldentree.com | aurquijl@cajamadrid.es |
| JOlsen@babsoncapital.com | bankloans@seixadvisors.com |
| John.Keach@citadelsolutions.com | bankloansettlements@sscims.com |
| Josephine.takami@ge.com | bankloanssettlements@sscims.com |
| Julie.dixon@bankofamerica.com | bdtrades@scogcap.com |
| Kristen.Peters@morganstanley.com | ben.pollack@greywolfcapital.com |
| Kritsana.Gwilym-Williams@rbs.com | beth.cesari@sscims.com |
| Liam.kearns@rbs.com | bgemoll@starkinvestments.com |
| MFriedman@rkollp.com | bgoldberg@scogcap.com |
| MHodgson@PolygonInv.com | bmalek@cyptree.com |
| Marian_Ajala@investco.com | bmcguire@cbkna.com |
| Mark.Ellis@sscims.com | bmurray@murraycapital.com |
| Matt.Dahlgren@VanKampen.com | bobbie.b.young@bankofamerica.com |
| Michael.Gillin@monarchlp.com | brian.m.blessing@citi.com |
| Michael.Thompson@gs.com | bridget.perrin@suntrust.com |
| Natasha.Bush@gs.com | btrdsup@evergreeninvestments.com |
| Natasha.cheon@satellite-ny.com | carolyn.yu@tennenbaumcapital.com |
| Nikhil.arora@citi.com | cbailey-blake@angelogordon.com |
| P&M-SLTSupportNtoZ@lloydstsb.co.uk | cbaxley@hcmlp.com |
| Pchin@marthonfund.com | ccamell@mfcglobalus.com |
| Rachael.Wells@MandG.co.UK | ccaufield@bassocapital.com |
| Richard.Hepworth@db.com | cchism@hcmlp.com |
| Rosa.Duran@ubs.com | cdo.compliance@pembacreditadvisers.com |
| Ross.Martin@ropesgray.com | chandra.panicker@rbccm.com |
| SPohl@brownrudnick.com | chandran.panicker@rbccm.com |
| STOLEDO@SeixAdvisors.com | charles.williams@alcentra.com |
| Samantha.E.Hamerman@chase.com | chris.barnett@highbridge.com |
| Scott.Barnett@barclayscapital.com | christine.lamonaca@db.com |
| Shehzeen_Ahmed@scotiacapital.com | christopher.gomes@ubs.com |
| Sheila.Stanley-Owusu@gs.com | christopher.j.craig@jpmchase.com |
| Simon.Orr@bankofamerica.com | ckaolian@pequotcap.com |
| Stefano.Mion@axa-im.com | cko@halcyonllc.com |

closers@bdcm.com
crothschild@orehill.com
cyom@primusfinancial.com
daniel.e.hunter@jpmchase.com
dara.simmons@rbsgc.com
darchey@sankaty.com
david.jesson@bankofamerica.com
david.kolibachuk@usbank.com
david.silbering@tudor.com
david@tennenbaumcapital.com
dawne.lim@uk.ing.com
ddjoperations@ddjcap.com
deirdre.whorton@db.com
dg.gammalc@lasallegts.com
dheeraj.sharma@gs.com
dilavere.demiraj@deshaw.com
dloffredo@silverminecap.com
dmartinez@stanfieldcp.com
donya.gordon@credit-suisse.com
dpinsker@morganlewis.com
drushford@apollolp.com
dtserlyuk@pwpartners.com
eeipe@wffoothill.com
egreenberg@elliottmgmt.com
emoran@resolutionfunds.com
eric.boyer@brevanhoward.com
erin.hall@symphonyasset.com
eugene.shternfeld@carlyle.com
evilato@whippoorwillassociates.com
ficc-ln-bd-bankloan-closers@ln.email.gs.com
fjaklitsch@esbinalter.com
francesca.sena@credit-suisse.com
george.passaris@pramericafi.com
gmueller@bluemountaincapital.com
gquijano@avenuecapital.com
gregory.dixon@uk.nomura.com
gretta.cornyn@lasallegts.com
guillaume.vinatier@bgam-fr.com
helder.pereira@himco.com
helmut.martin@bankofamerica.com
hyang@morganlewis.com
igarci01@cajamadrid.es
info@yarpa.it
ivan.anderson@gs.com
jacqueline.yang@mlp.com
jamie.abid@credit-suisse.com
jamie.smith@hillmarkcapital.com
jane.barnes@drkw.com
jangelone@loomissayles.com
jason.l.tran@ampf.com
jb@brigadecapital.com
jb@cpmg-inc.com
jdulman@aurelius-capital.com
jeff@focapital.com
jeffrey.h.douglass@citi.com
jeffrey.m.farmer@citi.com
jeffrey.v.yurkovic@jpmchase.com
jenna@oneeastcap.com
jennifer@chathamasset.com
jkelty@marinercapital.com
jklinge@llcp.com
jlanier@oppenheimerfunds.com
joel_russell@scotiacapital.com
jolsen@babsoncapital.com
jonathan.shin@db.com
jonathan.todd@lasallegts.com
jonathan.zeman@rbsgc.com
joyce.kidd@bmo.com
jpagnam@canyonpartners.com
jriggan@couragecap.com
jrusso@loebpartners.com
jvaronaa@cajamadrid.es
jwill@waddell.com
kad@quantumcredit.net
kate.carter@rbs.com
kate.pocock@icgplc.com
kathy.marney@sg-investors.com
kbrosnan@durhamllc.com
kcollier@catinvest.com
kings@mcdmgmt.com
kkopp@harbert.net
kricke@varde.com
kulich@eatonvance.com
laura.g.cannon@aib.ie
lblutinger@apidoscapital.com
lee.seyton@morganstanley.com
lgalbraith@bennettmgmt.com
lgonnella@provequity.com
loanclosing@bluebayinvest.com
loanclosing@sandptrs.com
loanops@farcap.com
loanops@rbsgc.com
loans@elgincap.com
loantrades@marathonfund.com
loeffleb@deshaw.com
lsharpe@apollocapital.com
ltorrado@knighthead.com
mabatemarco@bluemountaincapital.com
margaret_sang@ml.com
margiea.smith@wachovia.com
maria.dossantos@safra.lu
mark.cheyne@credit-suisse.com
mark.verbitsky@citi.com
matthew.s.smith@jpmorgan.com

mcohen@calliduscapital.com
medward@cicny.com
melissa.abrahams@blackrock.com
mhamilton@couragecap.com
mharvey@octagoncredit.com
michael.thompson@gs.com
mjemal@ksmanagement.com
mnoda@us-abp.com
mpagliuc@blackrock.com
mporrazzo@postadvisory.com
mring@restorationholdings.com
msajous@r3capital.com
msatzberg@suncappart.com
mstephan@elliottmgmt.com
natalie_green@westlb.co.uk
neal.rayner@aberdeen-asset.com
nestrella@mwamllc.com
niall.rosenzweig@jpmorgan.com
nkaradia@r3capital.com
nolmo@higcapital.com
npowell@orehill.com
nzhao@anchoragecap.com
operations@cfipartners.com
ops@cyruscapital.com
oyermolenko@heliosfunds.com
p.walsh@amlp.com
pamela.edmonds@himco.com
par.closing@bankofamerica.com
paul.t.devine@fmr.com
pawel.potemski@pl.abnamro.com
pchin@marathonfund.com
peter.j.sakon@halbis.com
petrilli@aresmgmt.com
pmuursepp@h2cap.com
ppatel@nacfinance.com
rebecca.lim@db.com
regan.reid@db.com
rey@tcbank.com.tw
rlah@EMMETMARVIN.COM
rmay@ngalp.com
robbin.d.schulsohn@chase.com
robin.keller@lovells.com
robin.saunders@db.com
rupert.vaughan@glgpartners.com
ryan.wofford@credit-suisse.com
salvatore.croce@gs.com
samantha.hew@db.com
sandra.costa@mlp.com
schultze@samco.net
schweic1@nationwide.com
scott.evan@citi.com
sean-m.wondrack@db.com

sebastien.maurin@commerzbank.com
settlements@cyptree.com
sharon.hamboussi@sgcib.com
sheila.sanchez@usaa.com
shopson@centerbridge.com
snelson@stonehillcap.com
sohan.ahmad@gs.com
speterson@wayzpartners.com
ssikka@aladdincapital.com
staxis@babsoncapital.com
steven.dwek@credit-suisse.com
sue.wawrzycki@kkr.com
susan@caspianlp.com
suzanne.lisiecki@bankofamerica.com
svelez@spectrumgp.com
swani@ohpny.com
teresa.krenc@logancirclepartners.com
thealey@redwoodcap.com
tim.greenwell@db.com
timothy.mcdonough@tcw.com
tpollock@avenuecapital.com
treed@centrepacific.net
trey.woolston@gs.com
tshollar@longacrellc.com
ue@gruss.com
vanessa.barragan@inginvestment.com
vanessa@focapital.com
vfalcon@dkpartners.com
vtorian@hbk.com
wmelanson@oaktreecapital.com
yaroslav.lantsman@1798.com
ysanz@oaktreecapital.com
zackery.sizemore@4086.com
zarnk@mcdmgmt.com
zena.kranfli@westernasset.com

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004