STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Facsimile: (212) 319-8505
Alec P. Ostrow
Chester B. Salomon
Constantine D. Pourakis
E-mail: apo@stevenslee.com
       cs@stevenslee.com
       cp@stevenslee.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
In re                                                        :  Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS, INC.,                              :  Case No. 08-13555 (JMP)
*et al.*                                                     :
                                                             :  Jointly Administered
              Debtors.                :
---------------------------------------------------------- X

**AMENDED VERIFIED STATEMENT OF STEVENS & LEE, P.C.
PURSUANT TO RULE 2019 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

      Stevens & Lee, P.C. ("S&L") submits this verified statement in accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

      1. S&L appears in these cases on behalf of the creditors and parties-in-interest listed below (collectively, the "Entities"):

        Royal Bank America
        732 Montgomery Avenue
        Narberth, PA 19072

        1301 Properties Owner, LP
        c/o Paramount Group, Inc.
        1301 Avenue of the Americas
        New York, NY 10019

        Richard Witten
        1445 Flagler Dr.
        Mamaroneck, NY 10543

2. The Entities have claims against and/or interests in one or more of the above-captioned debtors (the "Debtors") and are parties to certain prepetition agreements with one or more of the Debtors that are impacted by these bankruptcy proceedings. Royal Bank America is a party to an ISDA Master Agreement with Lehman Brothers Special Financial, Inc., as more fully described in the Complaint in the adversary proceeding styled *Royal Bank America v. Lehman Brothers Special Financing, Inc.*, Adv. Pro. No. 08-01640. 1301 Properties Owner, LP is a counter-party to a non-residential real property lease with the Debtor Lehman Brothers Holdings Inc. ("LBHI"), and landlord to additional space subleased and sub-subleased to LBHI, as more fully described in the Supplemental Objection and Reservation of Rights of 1301 Properties Owner, LP to Debtors' Proposed Amounts Necessary to Cure Defaults Under Lease (Docket No. 867). Richard Witten is an individual who invested in Lehman Brothers' "3 2/3-Year Cash-Settled Call Warrants Linked to the Performance of D.E. Shaw Oculus Fund" and "4-Year, 2-Month Cash-Settled Call Warrants Linked to the Performance of Millennium USA LP."

3. S&L reserves the right to supplement this statement at any time in the future.

4. Each of the Entities has separately retained S&L to represent their interests in connection with the above-captioned cases.

5. Upon information and belief formed after due inquiry, S&L does not hold any claims against or equity interests in any of the Debtors.

6. S&L makes this Amended Verified Statement solely for disclosure purposes pursuant to Rule 2019, and nothing herein is, or should be construed as, an admission, acknowledgment, or waiver by the Entities.

SL1 892866v1/099999.00854

7. The undersigned hereby verifies under oath that this Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge, information and belief.

Dated: New York, New York
December 24, 2008

                        STEVENS & LEE, P.C.

                        By: /s/ Chester B. Salomon
                            Alec P. Ostrow
                            Chester B. Salomon
                            Constantine D. Pourakis
                            485 Madison Avenue, 20th Floor
                            New York, NY   10022
                            Telephone:  (212) 319-8500
                            Facsimile:   (212) 319-8505
                            E-mail:  apo@stevenslee.com
                                        cs@stevenslee.com
                                        cp@stevenslee.com