UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
| | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Paul A. Patterson, Michael J. Cordone and Mark J. Dorval, attorneys for Lincoln Variable Insurance Products Trust, a.k.a. LVIP ("LVIP"), hereby enter their appearance in the above-captioned case on behalf of LVIP, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109 of Title 11 of the United States Code (the "Bankruptcy Code"), and demand that all notices given or required to be given and all papers served or required to be served in this case be delivered and served upon LVIP at the addresses and numbers set forth below:

        A.    Paul A. Patterson, Esq.
              Michael J. Cordone, Esq.
              Mark J. Dorval, Esq.
              Stradley Ronon Stevens & Young, LLP
              2600 One Commerce Square
              Philadelphia, PA  19103-7098
              Telephone: (215) 564-8000
              Fax: (215) 564-8120
              ppatterson@stradley.com
              mcordone@stradley.com
              mdorval@stradley.com

                AND

B.      Craig D. Moreshead, Esq.
        AVP & Senior Counsel
        Lincoln Financial Group
        One Granite Place
        Concord, NH 03301
        Telephone: (603) 226-5706
        Fax: (603) 226-5448
        craig.moreshead@lfg.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-referenced Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents, formal or informal, which, in any way, affect any of the above-captioned Debtors, their property or their cases.

**PLEASE TAKE FURTHER NOTICE** that LVIP does not intend for this notice of appearance or any subsequent appearance, pleading, claim, or suit to constitute a waiver of any (1) right to have final orders in non-core matters entered only after de novo review by the District Court, (2) right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) right to contest

service or any other matter, or (5) other rights, claims, actions, defenses, setoffs or recoupments to which LVIP is or may be entitled.

                          STRADLEY RONON STEVENS & YOUNG, LLP

Dated: December 24, 2008       By: /s/ Mark J. Dorval
                                        Mark J. Dorval, Esquire
                                        Paul A. Patterson, Esquire
                                        Michael J. Cordone, Esquire
                                        Stradley Ronon Stevens & Young, LLP
                                        2600 One Commerce Square
                                        Philadelphia, PA  19103-7098
                                        Telephone:  (215) 564-8000
                                        Fax: (215) 564-8120

                                        *Attorneys for Lincoln Variable Insurance Products*
                                        *Trust, a.k.a. LVIP*

B # 876975 v.1