IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Attorney: VINSON & ELKINS LLP
ATTN: KILIMA INIYA

RE: LEHMAN BROTHERS HOLDINGS, INC, ETAL

Plaintiff(s)

- against -

Index # 1355/08(JMP)

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 19, 2008 at 11:10 AM at

ONE BOWLING GREEN
CHAMBERS 604
NEW YORK, NY 10004

deponent served the within REQUEST FOR SERVICE OF NOTICE OF ALL MATTERS on HONORABLE JAMES M. PECK("CHAMBERS") therein named.

BY LEAVING A TRUE COPY WITH LINDA CALDRON, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 30 | 5'7 | 160 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 19, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | ANDERSON CHAN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 475770 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728