Thomas R. Slome
Jil Mazer-Marino
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
(516) 741-6565

    and

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
(804) 749-8861

*Co-Counsel for Duke Energy Ohio, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Duke Energy Ohio, Inc. ("Duke"), a creditor of one of the Debtors in the above-captioned and jointly-administered bankruptcy cases, hereby withdraws its appearance by and through its counsel, Meyer, Suozzi, English & Klein, P.C. and Russell R. Johnson III, pursuant to section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that they be removed from all service lists, including but not limited to, removal from service of all pleadings through the Court's ECF system.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: Garden City, New York | |
| December 23, 2008 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. |

By:  /s/ *Jil Mazer-Marino*
        Thomas R. Slome
        Jil Mazer-Marino

990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
(516) 741-6565

and

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
(804) 749-8861

*Co-Counsel for Duke Energy Ohio, Inc.*

696070