UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                          )
In re:                                                    ) Chapter 11
                                                          )
LEHMAN BROTHERS HOLDINGS, INC., *et al.,*  ) Case No. 08-13555 (JMP)
                                                          )
                        Debtors.                          ) (Jointly Administered)
_____ )

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK            )
                             )  ss.:
COUNTY OF NASSAU             )

     I, Laurie Gomez, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Meyer, Suozzi, English & Klein, P.C.

     On the 26th day of December, 2008, I served a true copy of Notice of Withdrawal of Appearance by first class mail, postage prepaid upon the person on the attached service list.


          /s/ Laurie Gomez
          Laurie Gomez

Sworn to before me this
26th day of December, 2008


/s/ Michelle M. Rocondino
Notary Public, State of New York
No. 01RO6167856
Qualified in Suffolk County
Commission Expires June 4, 2011

Service List

Harvey R. Miller
Jacqueline Marcus
Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*Counsel For Debtors*

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
*Counsel For James W. Giddens,*
  *as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004
*Counsel For U.S. Trustee*

Epiq Bankruptcy Solutions, LLC
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017
*Claims and Noticing Agent*

James Tecce
Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Creditor Committee Counsel*

Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY  10006
Attn:  Lindsee P. Granfield, Esq.
     Lisa Schweitzer, Esq.
*Creditor Committee Counsel*

696050