## **ANNEX I**

Rejection Notice

## Dwek, Steven

**From:** sally.nancoz@barclayscapital.com
**Sent:** Tuesday, November 04, 2008 5:09 PM
**To:** Dwek, Steven
**Subject:** Lehman Trade Reject Notification

> Reference is made to LSTA Par/Near Par Trade Confirmation, LCPI sell
> USI Holdings Corp for $7,900,000.00 at 90.25% dated  September 10,
> 2008, (the "Trade Confirmation").
>
> Please take notice that LCPI has made the determination to reject the
> Trade Confirmation in accordance with its rights under section 365 of
> the Bankruptcy Code.
>
>
> Thanks and Regards,
>
> Sally Nancoz
> Lehman Brothers
> 745 7th Ave.
> New York, NY   10019
> 16th Floor
> Tel: 212-526-5106
> Fax: 646-758-4993
> email: snancoz@lehman.com <mailto:snancoz@lehman.com>
>
>

This e-mail may contain information that is confidential, privileged or otherwise
protected from disclosure. If you are not an intended recipient of this e-mail, do not
duplicate or redistribute it by any means. Please delete it and any attachments and notify
the sender that you have received it in error. Unless specifically indicated, this e-mail
is not an offer to buy or sell or a solicitation to buy or sell any securities, investment
products or other financial product or service, an official confirmation of any
transaction, or an official statement of Barclays. Any views or opinions presented are
solely those of the author and do not necessarily represent those of Barclays. This e-mail
is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By
messaging with Barclays you consent to the foregoing.  Barclays Capital is the investment
banking division of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP.  This email may relate
to or be sent from other members of the Barclays Group.

## **ANNEX II**

Assumption Notice

# Dwek, Steven

| | |
|---|---|
| **From:** | Markowitz, Jessica A [jessica.markowitz@lehman.com] |
| **Sent:** | Tuesday, November 25, 2008 5:52 PM |
| **To:** | Dwek, Steven |
| **Cc:** | Walsh, Dave; Lee, Amy; jacqueline.marcus@weil.com |
| **Subject:** | USI Trade with lehman t/d 9/10 (Lehman to BLT) |

Ladies and Gentlemen:
Reference is made to the LSTA Par/Near Par Trade Confirmation dated September 10, 2008 (the "Trade Confirmation") between BLT 39 (the "Counterparty") and Lehman Commercial Paper Inc. ("LCPI" or the "Debtor") pursuant to which Debtor agreed to sell and Counterparty agreed to purchase $7,900,000.00 in principal amount of USI Holding Corp. made to the Borrower at a purchase rate of 90.25% (the "Trade").

As you are aware, on October 5, 2008, the Debtor commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

By electronic mail correspondence dated November 4, 2008, Debtor informed you that it intends to reject the Trade. In addition, Debtor listed the Trade on the list of "Rejected Trades" annexed as Exhibit B to the Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations (the "Motion"). As you may be aware, Debtor may not assume or reject an executory contract without the approval of the Bankruptcy Court. A hearing with respect to the Motion is scheduled for December 3, 2008 (the "Hearing Date").

Consistent with Debtor's fiduciary obligation to maximize the value of its estate for the benefit of all creditors, Debtor has continued to review all of the "Open Trades" (as defined in the Motion) and the proposed treatment thereof.

Please take notice that, as a result of its review, Debtor has made the determination to assume the Trade Confirmation in accordance with its rights under section 365 of the Bankruptcy Code. Such determination has been made on the basis that Counterparty will not assert any right of recoupment or setoff that it may have under a master netting agreement or otherwise with respect to its obligations under the Trade Confirmation and that, upon settlement of the Trade Confirmation, Counterparty shall pay Debtor in cash or other immediately available funds the purchase price set forth in the Trade Confirmation in full, without setoff, recoupment or counterclaims of any kind whatsoever.

On or before the Hearing Date, Debtor intends to amend the exhibits to the Motion accordingly.

Jessica Markowitz
Lehman Brothers
1271 6th Avenue
New York, NY 10019
Ph: (646) 333-9935
Email: jessica.markowitz@lehman.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.