UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                    :
In re                         :    Chapter 11 Case No.
                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                    :
            Debtors.        :    (Jointly Administered)
                    :
                    :
------------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF KENNETH J. FRIEDMAN,

## ON BEHALF OF PAUL, HASTINGS, JANOFSKY & WALKER LLP

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK    )

        Kenneth J. Friedman, being duly sworn, upon his oath, deposes and says:

        1.    I am a partner in the law firm of Paul, Hastings, Janofsky & Walker LLP with offices in several locations, including an office located at Park Avenue Tower, 75 East 55th Street, 1st Floor, New York, New York 10022 (the "Firm").

        2.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide certain real estate services to the Debtors. More specifically, the Debtors have asked that the Firm represent the Debtors and their direct and indirect subsidiaries in (a) asset management and liquidation activities with respect to loans and other assets, and (b) the negotiation of commercial real estate lease transactions, such as subleases, assignments, and

amendments to existing leases. The Firm has consented to provide such services and other legal services as the Debtors may request.

3.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates in the matters for which the Firm seeks to be employed.

4.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and employees of the Firm.

5.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

### The Firm's Disclosure Procedures

6.    The Firm may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in these chapter 11 cases. The Firm has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations.

- 2 -

7.      The Firm received from the Debtors' counsel a list of parties-in-interest (collectively, the "Interested Parties").  The list may have changed without our knowledge and may change during the pendency of the chapter 11 cases.

8.      The Firm searched on its electronic database for its connection to the Interested Parties.  Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, the Firm, nor any partner or associate thereof, insofar as I have been able to ascertain, has any "connection" with the Debtors, their creditors, or any other Interested Parties, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as disclosed or otherwise described herein and in the exhibit hereto.

9.      Neither the term "connection," as used in Fed. R. Bankr. P. 2014, nor the proper scope of a professional's search for "connection" has been defined, and I am therefore uncertain what this Court may consider a "connection" requiring disclosure.  Out of an abundance of caution, I am disclosing many representations, which are not, to my understanding, disqualifying or problematic under either Section 327(e) of the Bankruptcy Code or applicable standards of professional ethics.

## Specific Disclosures

10.      Based on its conflicts research, the Firm makes the following specific disclosures:

    a.      Annexed hereto as Exhibit 1 is a list of Interested Parties (or their affiliates) whom the Firm represents, or has represented in the past, in matters unrelated to the matters on which the Firm seeks to be employed.

b.   For prepetition legal services rendered and expenses incurred, the Debtors owe the Firm approximately $840,000 as of the Petition Date.[1] The Firm intends to retain this claim against the Debtors and their estates.

c.   The Firm regularly represents, or has represented in the past, certain non-debtor affiliates of the Debtors.  As of the Petition Date, these non-debtor affiliates[2] owed the Firm approximately $1 million for legal services rendered and expenses incurred.

d.   The Firm represents certain entities in matters adverse to one or more of the Debtors in matters unrelated to the matters on which the Firm seeks to be employed.  These entities include:[3]

Hokuriku Labour Bank
Credit Centerline Affordable Housing Advisors LLC
Metropolitan West Asset Management, LLC
Rimrock Capital Management LLC
New Mexico State Investment Office
The Procter & Gamble Company
Asia Pacific Capital Company
Iberdrola Renewables, Inc.
WalMart Japan
Samsung Securities Co., Ltd.
Tiffany & Co.
Equity Office Properties Trust
Acadia Realty Trust
Resource America, Inc.
Grubb & Ellis Company
APL China Development
AIG Capital Recovery Group
Walton Street Capital, LLC
NorthStar Realty Finance Corp.
Banca Popolare di Vicenza S.c.r.l.
Joss Realty Partners LLC
NorthWestern Corporation
CT Mezzanine Partners III, Inc.

_____

[1] As of the Petition Date, Lehman Brothers Inc. owed the Firm approximately $644,000 for legal services rendered and expenses incurred.

[2] The non-debtor affiliates include both U.S. and non-U.S. entities, including Lehman affiliates that may be in bankruptcy or insolvency-related proceedings outside the United States.

[3] An additional entity has retained the Firm on a confidential basis.  To my knowledge, the matter is unrelated to the matters on which the Firm seeks to be employed.

- 4 -

Digital Realty Trust
L&L Holding Company LLC
Rockwood Capital, LLC
Savanna Fund
Goldenbridge Advisors, LLC
SK Energy
Morgan Stanley Real Estate Fund V – Domestic L.P.
FairPoint Communications, Inc.
Capital Trust, Inc.
Perella Weinberg Partners LP
Six Flags, Inc.
Ford Motor Company
GE Capital Corporation
GE Corporate Finance Bank SAS
GECF/Bankruptcy National
605 Third Avenue Fee LLC

e.  The Firm represents certain entities in matters adverse to one or more non-debtor affiliates[4] of the Debtors in matters unrelated to the matters on which the Firm seeks to be employed.  These entities include:

K.K. daVinci Advisors
Asia Pacific Land (Japan) Ltd.
Marathon Asset Management
Beacon Capital Partners (London) Limited
The Corporate Presence
605 Third Avenue Fee LLC

f.  In the past, the Firm has represented certain entities in matters adverse to certain Debtors and/or their non-debtor affiliates. To my knowledge, other than as disclosed in subparagraphs d and e above, the matters are closed.

g.  Neuberger Berman LLC ("Neuberger") is a non-debtor indirect subsidiary of LBHI.  Neuberger is a tenant of certain real property held by 605 Third Avenue Fee LLC, a Fisher Brothers entity.  In connection with a possible sale of stock or assets of Neuberger, LBHI may seek to transfer its real property lease to the purchaser or LBHI may seek to separate the lease from the shares.  The Firm represents 605 Third Avenue Fee LLC and has filed an objection in connection with that proceeding.  To my knowledge, this matter is unrelated to the matters on which the Firm seeks to be employed.

---

[4] The non-debtor affiliates include both U.S. and non-U.S. entities, including Lehman affiliates that may be in bankruptcy or insolvency-related proceedings outside the United States.

- 5 -

h.  From time to time, the Firm has referred work to other professionals retained or to be retained in these chapter 11 cases. Likewise, certain such professionals have referred work to the Firm. In matters unrelated to the matters on which the Firm is to be employed, the Firm has worked with certain of the Debtors' other professionals.

i.  Certain insurance companies pay the legal bills of the Firm clients. Some of these insurance companies may be involved in these chapter 11 cases. None of these insurance companies, however, are Firm clients as a result of this situation.

j.  Given the number of attorneys in its offices, several attorneys at the Firm have professional, working, or social relationships with firms or professionals at firms that may be adverse to the Debtors. In addition, several attorneys at the Firm have spouses, parents, children, siblings, fiancés or fiancées who are attorneys at other law firms or companies. Also, certain attorneys at the Firm may have spouses, parents, children, siblings, fiancés or fiancées who are employees of one or more of the Debtors. The Firm has strict policies against disclosing confidential information to anyone outside of the Firm, including spouses, parents, children, siblings, fiancés and fiancées.

k.  The Firm has several hundred attorneys and other employees. It is possible that certain Firm attorneys or employees hold interests in mutual funds or other investment vehicles that may own the Debtors' securities.

11.    I am not related to and, to the best of my knowledge, no other attorney at the Firm is related to: (a) any United States Bankruptcy Judge for the Southern District of New York, or any of the District Judges for the Southern District of New York who handle bankruptcy cases, or (b) the United States Trustee for the Southern District of New York or any person employed by the Office of such United States Trustee.

12.    Based on the foregoing and except as provided herein and in the exhibit hereto, to the best of my knowledge, information, and belief formed after reasonable inquiry, the Firm does not: (a) represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which the Firm seeks to be employed; or (b) have any connection with the Debtors, any creditors or other Interested Parties, their respective attorneys and accountants,

- 6 -

or the United States Trustee for the Southern District of New York or any person employed by the Office of such United States Trustee.

13.    Despite the efforts described above to identify and disclose the Firm's connections with the Interested Parties in these cases, because the Firm is an international firm with hundreds of attorneys in several offices, and because the Debtors have hundreds of creditors and other relationships, the Firm is unable to state with certainty that every client representation or other connection has been disclosed.

_____

Kenneth J. Friedman

SWORN AND SUBSCRIBED before me this _24th_ day of December, 2008.

_____
Notary Public
My Commission Expires:

LAUREN P. SCHMAUCH
NOTARY PUBLIC, State of New York
No. 01SC5031836
Qualified in Queens County
Commission Expires 08/15/2010

- 7 -

## Exhibit 1

**Interested Parties or Their Affiliates Whom the Firm Represents
or Has Represented in the Past in Matters Unrelated to the
Matters on Which the Firm Seeks to Be Employed[5]**

*50 Largest Bondholders*

PIMCO Advisors LP – affiliated with Allianz SE
Barclays Global Fund Advisors – affiliated with Barclays PLC UK
Vanguard Group Incorporated
UBS Investment KAG – affiliated with UBS AG
Franklin Advisors Inc. – affiliated with Franklin Resources Inc.
American Life Insurance Company – affiliated with AIG
Capital Research and Management – affiliated with Capital Group Companies
Fidelity Management and Research – affiliated with FMR Corp.
Metropolitan Life Insurance Company – affiliated with Metlife Inc.
Federated Investors
Loomis Sayles & Company L.P. – affiliated with Natixis
Sun Life Assure Co. of Canada
Teachers Insurance and Annuity Association
Northwest Mutual Life Insurance Company
AXA Equitable Life Insurance Company – affiliated with AXA Group
BBVA Gestion SA SGIIC (Spain) – affiliated with Banco Bilbao Vizcaya Argentaria SA
Allianz Life Insurance Company of North America – affiliated with Allianz SE
Prudential Insurance Company of America – Prudential Financial Inc.
Van Kampen Asset Management – affiliated with Morgan Stanley
Zurich American Insurance Company – affiliated with Zurich Financial Services
AIG Annuity Insurance Company – affiliated with AIG
Jackson National Life Insurance – affiliated with Prudential Plc
John Hancock Life Insurance Company – affiliated with Manulife Financial Corp.
Hartford Life Insurance Company – affiliated with Hartford Financial Services
PIMCO Funds Global Investors – affiliated with Allianz SE
AETNA Life Insurance Company – affiliated with Aetna Inc.
NATIXIS Asset Management Advisors – affiliated with Natixis
Guardian Life Insurance Company
T. Rowe Price Associates
Principal Life Insurance Company – affiliated with Principal Financial Group
Western Asset Management Company – affiliated with Legg Mason Inc.

---

[5] This list may include Debtors whom Paul Hastings may represent in the chapter 11
cases in matters on which the Firm seeks to be employed.

Continental Casualty Company – affiliated with Loews Corp.
John Hancock Investment Management Services – affiliated with Manulife Financial
    Corp.
Franklin Templeton Investments – affiliated with Franklin Resources Inc.
Thrivent Financial for Lutherans
Metlife Insurance Company of Connecticut – affiliated with Metlife Inc.
Transamerica Life Insurance Company – affiliated with AEGON NV
Metropolitan West Capital Management – affiliated with Wachovia Corp.
ING Investment LLC – affiliated with ING Group NV
Prudential Financial Inc.
American Family Life Assurance Company

*100 Largest Unsecured Creditors other than Bondholders*
Citibank, NA – affiliated with Citigroup
The Bank of New York – affiliated with Bank of NY Mellon Corp.
Aozora Bank – affiliated with Cerberus Capital Management
BNP Paribas
Mizuho Corporate Bank Ltd. – affiliated with Mizuho Financial Group
Citibank N.A. Hong Kong Branch – affiliated with Citigroup
Shinsei Bank Ltd. – affiliated with Ripplewood Holdings
UFJ Bank Limited – affiliated with Mitsubishi UFJ Financial Group Inc.
Sumitomo Mitsubishi Banking Corp. – affiliated with Sumitomo Mitsui Financial Group
Svenska Handelsbanken
Lloyds Bank, PLC
KBC Bank – affiliated with KBC Groep NV
Commonwealth Bank of Australia, Tokyo Branch – affiliated with Commonwealth Bank
    of Australia
The Bank of Nova Scotia
Chuo Mitsui Trust & Banking – affiliated with Mitsui Trust Holdings
Bank of China, New York Branch – affiliated with Bank of China
Microsoft Licensing, GP – affiliated with Microsoft Corp.
ANZ Banking Group Limited – affiliated with Australia & New Zealand Banking Group
    Ltd.
Standard Chartered Bank – affiliated with Standard Chartered PLC
First Commercial Bank Co., Ltd., New York Agency
Australia and New Zealand Banking Group Limited
HSBC Bank – affiliated with HSBC Holdings PLC
National Bank of Australia
Banctec Ltd. – affiliated with Welsh Carson Anderson & Stowe
The British Land Company PLC
Standard & Poor's – affiliated with McGraw Hill Companies
CB Richard Ellis Client Account RE Gloa – affiliated with CB Richard Ellis Group
Sidley Austin Brown & Wood
Reuters America Inc. – affiliated with Woodridge Co. Ltd.

- 2 -

IBM Corporation
Network Appliance, Inc.
Clifford Chance
Ernst & Young
Hewlett-Packard AP (HONG KONG) LIMITED – affiliated with Hewlett Packard Co.
CDW Direct LLC – affiliated with Madison Dearborn
Linklaters
Allen & Overy
Reuters Limited – affiliated with Woodbridge Co. Ltd.
Paul Weiss
Kim & Chang
Standard and Poors Corp. – affiliated with McGraw Hill Companies
Ernst and Young Private Limited – affiliated with Ernst & Young LLP
FT Interactive Data – affiliated with Pearson PLC
Thompson Financial – may be same as Thomson Financial – affiliated with Woodbridge
        Co. Ltd.
Pricoa Relocation UK Limited – affiliated with Prudential Financial
Davis, Polk and Wardwell
Linklaters, S.L.
Dell Marketing L.P. – affiliated with Dell Inc.
ICAP Securities Limited – affiliated with ICAP Plc
WIPRO Infotech Enterprise Solutions – affiliated with Wipro Ltd.

### *Significant Landlords and Leases*

Deutsche Bank Securities, Inc. – affiliated with Deutsche Bank AG
Deutsche Bank Securities, Inc. – affiliated with Deutsche Bank AG
Clifford Chance US LLP
The Irvine Company

### *Secured Creditors*
JPMorgan Chase
State Street
MetLife
SMBC
Danske Bank

### *Government and State Regulatory Agencies*

Securities and Exchange Commission – affiliated with USA
Commodity Futures Trading Commission (LBI, NB LLC) – affiliated with USA
Office of Thrift Supervision (LB Bank) – affiliated with USA

- 3 -

Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank) – affiliated
with USA

Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.) –
affiliated with USA

### *Members of Ad Hoc or Unofficial Creditors' Committees*

Capital Research Management Co. – affiliated with Capital Group Companies
Oppenheimer Funds, Inc. – affiliated with Massachusetts Mutual Life Insurance Co.
Independence Holding Co. – affiliated with Geneve Holdings Corp.
The Vanguard Group

### *Informal LBHI Bondholder Group – Not a client; members not listed*

### *Significant Stockholders*

AXA and related parties
Clearbridge Advisors, LLC and related parties – affiliated with Legg Mason
FMR LLC and related parties

### *Directors and Officers*

None

### *Underwriting Investment Bankers*

Lehman Brothers
Hoare Govett, Ltd. – affiliated with ABN AMRO Holding
UBS Investment Bank – affiliated with UBS AG
Merrill Lynch – affiliated with Bank of America Corp.
ABN AMRO Rothschild – affiliated with ABN AMRO Holding

### *Related Entities*

Area Assignor Corp. (dissolved) – affiliated with Lehman Brothers Holdings Inc.[6]
BK I Realty Inc. (dissolved) – affiliated with Lehman Brothers Holdings Inc.

---

[6] Paul Hastings represents, and has represented, Lehman Brothers Holdings Inc. in
connection with the matters for which the Firm seeks to be retained.

LEGAL_US_W # 60662207.1

BK II Properties Inc. – affiliated with Lehman Brothers Holdings Inc.

BK III Properties Inc. – affiliated with Lehman Brothers Holdings Inc.

Brookwood Energy & Properties Inc. – affiliated with Lehman Brothers Holdings Inc.

Canope Credit Corp. – affiliated with Lehman Brothers Holdings Inc.

DL Mortgage Corp. – affiliated with Lehman Brothers Holdings Inc.

DRA Management, Inc. (dissolved) – affiliated with Lehman Brothers Holdings Inc.

Eagle Energy Partners I, L.P. – affiliated with Lehman Brothers Holdings Inc.

East Dover Limited – affiliated with Lehman Brothers Holdings Inc.

Edibrook Corp. – affiliated with Lehman Brothers Holdings Inc.

EHP/GP Inc. (dissolved) – affiliated with Lehman Brothers Holdings Inc.

FRAH Special Services Inc. – affiliated with Lehman Brothers Holdings Inc.

Fundo De Investimento Multimercado Credito Privado Navigator Investmento –
affiliated with Lehman Brothers Holdings Inc.

Growth Partners Inc. (dissolved) – affiliated with Lehman Brothers Holdings Inc.

Hydrocarbon Capital II LLC – affiliated with Lehman Brothers Holdings Inc.

Jet Partners, LLC – affiliated with Lehman Brothers Holdings Inc.

LB I Group Inc. – affiliated with Lehman Brothers Holdings Inc.

LB Leasing Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Asset Backed Caps Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Venture Capital 2003 Partnership – affiliated with Lehman Brothers
Holdings Inc.

Lehman Brothers (Israel) Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers (Spain) S.A. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers 1999 Venture Managers' Partnership L.P. – affiliated with Lehman
Brothers Holdings Inc.

Lehman Brothers 1999 Venture GP Partnership L.P. – affiliated with Lehman Brothers
Holdings Inc.

Lehman Brothers AIM Holding II LLC – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Alternative Investment Management LLC – affiliated with Lehman
Brothers Holdings Inc.

Lehman Brothers Argentina S.A. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Asset Management Asia, Inc. (dissolved) – affiliated with Lehman
Brothers Holdings Inc.

Lehman Brothers Asset Securitization LLC – affiliated with Lehman Brothers Holdings
Inc.

Lehman Brothers Capital Partners I, L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Capital Partners II, L.P. – affiliated with Lehman Brothers Holdings
Inc.

Lehman Brothers Capital Partners IV, L.P. – affiliated with Lehman Brothers Holdings
Inc.

Lehman Brothers CDO 2003 L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers CDO Associates (Cayman), Ltd. – affiliated with Lehman Brothers
Holdings Inc.

Lehman Brothers CDO Associates 2003 L.P. – affiliated with Lehman Brothers Holdings
Inc.

Lehman Brothers CDO Associates 2004 L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers CDO Opportunity Partners 2004-2, L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Commodity Service Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Communications Partnership – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers de Chile, S.A. (dissolved) – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers de Venezuela C.A. (inactive) – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Derivative Finance LLC – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Derivative Products Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Diversified Private Equity Fund 2004, L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Energy Canada, ULC – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Europe Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers European Mezzanine 2002 Associates L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers European Mezzanine 2002 L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers European Venture Capital Associates L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers European Venture Capital L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Finance (Japan) Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Financial Products Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Fund of Funds Associates L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Fund of Funds L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Global Asset Management K.K. (liquidated) – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Healthcare Venture Capital Associates L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Healthcare Venture Capital L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Holdings International Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers International Services, Inc. – affiliated with Lehman Brothers Holdings Inc.

LEGAL_US_W # 60662207.1

Lehman Brothers Investment Holding Company Inc. – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers Investment Management Asia Limited – affiliated with Lehman
      Brothers Holdings Inc.

Lehman Brothers LBO Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers MBG Associates III L.L.C. – affiliated with Lehman Brothers Holdings
      Inc.

Lehman Brothers MBG Associates L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers MBG Capital Partners 1998 (C) LP – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Finders 1999 (A) L.P. – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Finders 1999 (B) L.P. – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Finders 2000 (B) L.P. – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved) – affiliated with Lehman
      Brothers Holdings Inc.

Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved) – affiliated with Lehman
      Brothers Holdings Inc.

Lehman Brothers MBG Partners 1998 (A) L.P. – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Partners 1998 (B) L.P. – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Partners 1998 (C) L.P. – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Partners 1999 (A) L.P. – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Partners 1999 (B) L.P. – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Partners 1999 (C) L.P. – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Partners L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers MBG Venture Capital Partners 1997 – affiliated with Lehman Brothers
      Holdings Inc.

Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P. – affiliated with Lehman
      Brothers Holdings Inc.

Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P. – affiliated with Lehman
      Brothers Holdings Inc.

Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P. – affiliated with Lehman
      Brothers Holdings Inc.

Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P. – affiliated with Lehman
      Brothers Holdings Inc.

Lehman Brothers MLP Associates, L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers MLP Partners, L.P. – affiliated with Lehman Brothers Holdings Inc.

- 7 -

Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Offshore Investment Partnership L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Offshore Investment Partnership-Japan L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Offshore Long/Short Fund, Ltd. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Offshore Long/Short Master Fund Ltd. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Offshore Partners Ltd. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Offshore Partnership Account 2000/2001, L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Offshore Partnership GP 2000/2001 L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Overseas Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Participation Fund Associates, L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved) – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Secondary Fund of Funds Associates L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Secondary Fund of Funds L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Securities Taiwan Limited – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers South Asia Limited (Inactive) – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Special Financing Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Sudamerica S.A. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Uruguay S.A. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers VC Partners L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Venture Associates Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Venture Bankers' Partnership L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Venture Capital Partners I, L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Venture GP Partnership L.P. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Venture Partners L.P. – affiliated with Lehman Brothers Holdings Inc.

LEGAL_US_W # 60662207.1

Lehman CMO Inc. – affiliated with Lehman Brothers Holdings Inc.
Lehman Commercial Paper Inc. – affiliated with Lehman Brothers Holdings Inc.
Lehman Insurance Company – affiliated with Lehman Brothers Holdings Inc.
Lehman Pass-Through Securities Inc. – affiliated with Lehman Brothers Holdings Inc.
Lehman Queens Limited Inc. (inactive) – affiliated with Lehman Brothers Holdings Inc.
Lehman Risk Management, Inc. (dissolved) – affiliated with Lehman Brothers Holdings
        Inc.
Liberty Corner Inc. (sold) – affiliated with Lehman Brothers Holdings Inc.
Liberty GP II Inc. (sold) – affiliated with Lehman Brothers Holdings Inc.
Metro Realty Corporation (dissolved) – affiliated with Lehman Brothers Holdings Inc.
Morganberry Corporation – affiliated with Lehman Brothers Holdings Inc.
Newark Properties One Inc. – affiliated with Lehman Brothers Holdings Inc.
Northstar Equipment Leasing Income Inc. (dissolved) – affiliated with Lehman Brothers
        Holdings Inc.
NPC Inc. (dissolved) – affiliated with Lehman Brothers Holdings Inc.
PAC Aircraft Management Inc. – affiliated with Lehman Brothers Holdings Inc.
QP80 Real Estate Services Inc. – affiliated with Lehman Brothers Holdings Inc.
Rock Hill Real Estate, Inc. – affiliated with Lehman Brothers Holdings Inc.
Scranzay, Inc. – affiliated with Lehman Brothers Holdings Inc.
Senior Income Fund Inc. (dissolved) – affiliated with Lehman Brothers Holdings Inc.
Shearson Lehman Brothers Capital Partners II, L.P. – affiliated with Lehman Brothers
        Holdings Inc.
Shearson Lehman Hutton Capital Partners II – affiliated with Lehman Brothers Holdings
        Inc.
Townsend Analytics, Ltd. – affiliated with Lehman Brothers Holdings Inc.


*Former Lehman Brothers Holdings Inc. Entities*

314 Commonwealth Ave. Inc. – affiliated with Lehman Brothers Holdings Inc.
Alnwick Investments (UK) Limited – affiliated with Lehman Brothers Holdings Inc.
Alnwick Investments (UK) Ltd. Kingdom – affiliated with Lehman Brothers Holdings
        Inc.
Appalachian Asset Management Corp. – affiliated with Lehman Brothers Holdings Inc.
Aurora Loan Services LLC – affiliated with Lehman Brothers Holdings Inc.
Bamburgh Investments (UK) Ltd. – affiliated with Lehman Brothers Holdings Inc.
Banque Lehman Brothers S.A. – affiliated with Lehman Brothers Holdings Inc.
Capstone Mortgage Services Ltd. – affiliated with Lehman Brothers Holdings Inc.
Eldon Street Holdings Limited – affiliated with Lehman Brothers Holdings Inc.
Executive Monetary Management, Inc. – affiliated with Lehman Brothers Holdings Inc.
Falcon LB Sarl – affiliated with Lehman Brothers Holdings Inc.
Furno & Del Castano Capital Partners LLP – affiliated with Lehman Brothers Holdings
        Inc.
L.B.C. YK – affiliated with Lehman Brothers Holdings Inc.
LB Asset Management Ltd. – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers U.K. Holdings Ltd. – affiliated with Lehman Brothers Holdings Inc.

- 9 -

LB Holdings Intermediate  Ltd. – affiliated with Lehman Brothers Holdings Inc.
LB Holdings Intermediate 1 Ltd. – affiliated with Lehman Brothers Holdings Inc.
LB Holdings Intermediate 2 Ltd. LB I Group Inc. – affiliated with Lehman Brothers
        Holdings Inc.
LB Investments (UK) Limited – affiliated with Lehman Brothers Holdings Inc.
LB SPV SCA – affiliated with Lehman Brothers Holdings Inc.
LB UK Financing Limited – affiliated with Lehman Brothers Holdings Inc.
LB UK RE Holdings Ltd. – affiliated with Lehman Brothers Holdings Inc.
LBCCA Holdings I Inc. – affiliated with Lehman Brothers Holdings Inc.
LBCCA Holdings I LLC – affiliated with Lehman Brothers Holdings Inc.
LBCCA Holdings II Inc. – affiliated with Lehman Brothers Holdings Inc.
LBCCA Holdings II LLC – affiliated with Lehman Brothers Holdings Inc.
LBO Investments Limited – affiliated with Lehman Brothers Holdings Inc.
LBQ Funding (UK) – affiliated with Lehman Brothers Holdings Inc.
Lehman ALI Inc. – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers (PTG) Limited – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers AIM Holding III LLC – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers Asia Capital Company – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers Asia Capital Company Kong – affiliated with Lehman Brothers
        Holdings Inc.
Lehman Brothers Asia Holdings Limited – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers Asia Limited – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers Asia Pacific (Singapore) PTE. Ltd. – affiliated with Lehman Brothers
        Holdings Inc.
Lehman Brothers Asset Management (Europe) Ltd. – affiliated with Lehman Brothers
        Holdings Inc.
Lehman Brothers Asset Management France – affiliated with Lehman Brothers Holdings
        Inc.
Lehman Brothers Asset Management Inc. – affiliated with Lehman Brothers Holdings
        Inc.
Lehman Brothers Asset Management, LLC – affiliated with Lehman Brothers Holdings
        Inc.
Lehman Brothers Australia Granica PTY Limited – affiliated with Lehman Brothers
        Holdings Inc.
Lehman Brothers Australia Holdings PTY Limited – affiliated with Lehman Brothers
        Holdings Inc.
Lehman Brothers Australia Limited – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers Bancorp Inc. – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers Bancorp UK Holdings Limited – affiliated with Lehman Brothers
        Holdings Inc.
Lehman Brothers Bank, FSB – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers Bankhaus Aktiengesellschaft – affiliated with Lehman Brothers
        Holdings Inc.
Lehman Brothers Canada Inc. – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers Capital GmbH, Co. – affiliated with Lehman Brothers Holdings Inc.

- 10 -

Lehman Brothers Capital Private Limited – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Co. Investment Associates LLC – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Commercial Bank – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Commercial Corporation – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Commercial Corporation Asia Limited – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Commercial Mortgage K.K. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Commodity Services Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers do Brasil Ltd. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Equity Finance (Cayman) Limited – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Europe Limited – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Finance S.A – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Fixed Income Securities Private Limited – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Futures Asia Limited – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Futures Asset Management Corp. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Global Investments LLC – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Holdings Capital Trust IV – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Holdings Japan Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Holdings Plc – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Holdings Scottish LP – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Hy Opportunities Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Hy Opportunities Korea Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Insurance Agency L.L.C – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers International (Europe) – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Investment Korea Inc.  – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Investments PTE Ltd. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Japan Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Limited – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Luxembourg Investments Sarl – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Management LLC – affiliated with Lehman Brothers Holdings Inc.

- 11 -

Lehman Brothers Offshore Real Estate Associates, Ltd. – affiliated with Lehman
    Brothers Holdings Inc.

Lehman Brothers OTC Derivatives Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers P.A. LLC – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Pacific Holdings Pte. Ltd. – affiliated with Lehman Brothers Holdings
    Inc.

Lehman Brothers Private Equity Advisers – affiliated with Lehman Brothers Holdings
    Inc.

Lehman Brothers Private Equity Advisers L.L.C – affiliated with Lehman Brothers
    Holdings Inc.

Lehman Brothers Private Fund Advisers LP – affiliated with Lehman Brothers Holdings
    Inc.

Lehman Brothers Private Fund Advisers LPD – affiliated with Lehman Brothers
    Holdings Inc.

Lehman Brothers Private Fund Management LP – affiliated with Lehman Brothers
    Holdings Inc.

Lehman Brothers Private Funds Investment Company GP, LLC – affiliated with Lehman
    Brothers Holdings Inc.

Lehman Brothers Private Funds Investment Company LP, LLC – affiliated with Lehman
    Brothers Holdings Inc.

Lehman Brothers Securities Asia Limited – affiliated with Lehman Brothers Holdings
    Inc.

Lehman Brothers Securities N.V. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Securities Private Limited – affiliated with Lehman Brothers Holdings
    Inc.

Lehman Brothers Services India Private Limited – affiliated with Lehman Brothers
    Holdings Inc.

Lehman Brothers Singapore PTE Ltd. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers South East Asia Investments PTE Limited – affiliated with Lehman
    Brothers Holdings Inc.

Lehman Brothers Spain Holdings Limited – affiliated with Lehman Brothers Holdings
    Inc.

Lehman Brothers Special Financing Inc. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Treasury Co. B.V. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers Trust Company of Delaware – affiliated with Lehman Brothers
    Holdings Inc.

Lehman Brothers Trust Company, National Association – affiliated with Lehman
    Brothers Holdings Inc.

Lehman Brothers U.K. Holdings (Delaware) Inc. – affiliated with Lehman Brothers
    Holdings Inc.

Lehman Brothers U.K. Holdings Ltd. – affiliated with Lehman Brothers Holdings Inc.

Lehman Brothers UK Investments Limited – affiliated with Lehman Brothers Holdings
    Inc.

Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH – affiliated with
    Lehman Brothers Holdings Inc.

- 12 -

Lehman Capital Investments  Ltd. – affiliated with Lehman Brothers Holdings Inc.
Lehman Commercial Mortgage Conduit Ltd. – affiliated with Lehman Brothers Holdings Inc.
Lehman Crossroads Corporate Investors II, LP – affiliated with Lehman Brothers Holdings Inc.
Lehman Crossroads Corporate Investors, LP – affiliated with Lehman Brothers Holdings Inc.
Lehman Crossroads Investment Advisers, LP – affiliated with Lehman Brothers Holdings Inc.
Lehman Crossroads Investment Company, LP – affiliated with Lehman Brothers Holdings Inc.
Lehman Re Ltd. – affiliated with Lehman Brothers Holdings Inc.
Lehman Risk Advisors Inc. – affiliated with Lehman Brothers Holdings Inc.
Lehman Risk Services (Bermuda) Ltd. – affiliated with Lehman Brothers Holdings Inc.
Lehman Structured Assets Inc. – affiliated with Lehman Brothers Holdings Inc.
Lehman Syndicated Loan Funding Inc. – affiliated with Lehman Brothers Holdings Inc.
LIBRO Holdings I Inc.  – affiliated with Lehman Brothers Holdings Inc.
Lincoln Capital Fixed Income Management Company, LLC
MABLE Commercial Funding Limited – affiliated with Lehman Brothers Holdings Inc.
MBAM Investor Limited – affiliated with Lehman Brothers Holdings Inc.
Neuberger & Berman Agency, Inc. – affiliated with Lehman Brothers Holdings Inc.
Neuberger Berman Asset Management, LLC – affiliated with Lehman Brothers Holdings Inc.
Neuberger Berman Inc. – affiliated with Lehman Brothers Holdings Inc.
Neuberger Berman Investment Services, LLC – affiliated with Lehman Brothers Holdings Inc.
Neuberger Berman Management Inc. – affiliated with Lehman Brothers Holdings Inc.
Neuberger Berman Pty Ltd.  – affiliated with Lehman Brothers Holdings Inc.
Neuberger Berman, LLC – affiliated with Lehman Brothers Holdings Inc.
OCI Holdings Limited – affiliated with Lehman Brothers Holdings Inc.
OOO Lehman Brothers – affiliated with Lehman Brothers Holdings Inc.
Opal Finance Holdings Ireland Limited – affiliated with Lehman Brothers Holdings Inc.
Preferred Group Limited – affiliated with Lehman Brothers Holdings Inc.
Preferred Holdings Limited – affiliated with Lehman Brothers Holdings Inc.
Preferred Mortgages Limited – affiliated with Lehman Brothers Holdings Inc.
Principal Transactions Inc. – affiliated with Lehman Brothers Holdings Inc.
Property Asset Management Inc. – affiliated with Lehman Brothers Holdings Inc.
Real Estate Private Equity Inc. – affiliated with Lehman Brothers Holdings Inc.
REPE LBREP II LLC – affiliated with Lehman Brothers Holdings Inc.
REPE LBREP III LLC – affiliated with Lehman Brothers Holdings Inc.
Resetfan Limited  – affiliated with Lehman Brothers Holdings Inc.
Resetfan Limited  Capstone Mortgage Services Ltd. – affiliated with Lehman Brothers Holdings Inc.
Revival Holdings Limited
Sage Partners, LLC  – affiliated with Lehman Brothers Holdings Inc.

- 13 -

Southern Pacific Funding – affiliated with Lehman Brothers Holdings Inc.
Southern Pacific Funding 5 Ltd. – affiliated with Lehman Brothers Holdings Inc.
Southern Pacific Mortgage Limited – affiliated with Lehman Brothers Holdings Inc.
Lehman Brothers Europe Limited – affiliated with Lehman Brothers Holdings Inc.
Storm Funding Ltd.  – affiliated with Lehman Brothers Holdings Inc.
Storm Funding Ltd. Lehman (Cayman Islands) Ltd. – affiliated with Lehman Brothers
       Holdings Inc.
Thayer Properties (Jersey) Ltd. – affiliated with Lehman Brothers Holdings Inc.
Thayer Properties Limited – affiliated with Lehman Brothers Holdings Inc.
Wharf Reinsurance Inc. – affiliated with Lehman Brothers Holdings Inc.


*Potential Parties in Interest*
The Vanguard Group, Inc.
Ameren et al.
Harbinger Capital Partners – affiliated with Harbert Management Corp.
Harbert
UBS Financial Services – affiliated with UBS AG
UBS International Inc. – affiliated with UBS AG
UBS Financial Services of Puerto Rico – affiliated with UBS AG
Harbinger Capital Partners Special Situations Fund LP – affiliated with Harbert
       Management Corp.
Harbinger Capital Partners – affiliated with Harbert Management Corp.
Thomson Reuters Plc & Thomson Reuters Corp. – affiliated with Woodbridge Co. Ltd.
Citigroup, Inc.
Citibank, NA – affiliated with Citigroup
Morgan Stanley & Co.
Wilmington Trust Company
Credit Suisse
Bank of New York Mellon
Royal Bank of Scotland
Federal Reserve Bank of New York – affiliated with Federal Reserve System
Federal Express Corporation
Accenture LLP – affiliated with Accenture Co. Ltd. and Accenture Japan Ltd.
Lehman Brothers Private Equity Funds – affiliated with Lehman Brothers Holdings Inc.
Interactive Data Corp. – affiliated with Pearson Plc
Green Tree Servicing LLC – affiliated with Green Tree Financial Servicing Corp.
Wells Fargo Bank, NA – affiliated with Wells Fargo & Co.
Wells Fargo & Co.
BP North America – affiliated with BP Plc
BP Energy – affiliated with BP Plc
BP Canada – affiliated with BP Plc
IGI Resources – affiliated with BP Plc
Fred Hutchinson Cancer Research Center
Fannie Mae

- 14 -

Factiva, Inc. – affiliated with News Corp.
Canadian Imperial Bank
CIBC World Market. – affiliated with Canadian Imperial Bank
CIBC World Markets Inc. – affiliated with Canadian Imperial Bank
Sumitomo Mitsui Banking Corp. – affiliated with Sumitomo Mitsui Financial Group
SMBC Capital Markets – affiliated with Sumitomo Mitsui Financial Group
Sumitomo Mitsui Brussels Branch – affiliated with Sumitomo Mitsui Financial Group
Societe Generale
Washington Mutual Bank – affiliated with JPMorgan & Chase Co.
Washington Mutual, Inc. – affiliated with JPMorgan & Chase Co.
National Bank of Canada
Occidental Energy Marketing, Inc. – affiliated with Occidental Petroleum Corp.
Toronto-Dominion Bank – affiliated with TD Bank Financial Group
Dresdner Kleinwort Group Holdings LLC – affiliated with Allianz SE
Normandy Hill Capital, LP
Office of Thrift Supervision – affiliated with USA
Office of Thrift Supervision, Northeast Region – affiliated with USA
General Electric Capital Corp – affiliated with General Electric Co. Inc.
ING bank, FSB – affiliated with ING Groep NV
Microsoft Corporation
Microsoft Licensing – affiliated with Microsoft Corp.
Dresdner Kleinwort Group Goldings LLC – affiliated with Allianz SE
Svenska Handelsbanken AB
Mizuho Corporate Bank LTD – affiliated with Mizuho Financial Group
Chevron Natural Gas – affiliated with Chevron Corporation
Bank of China
AIG Global Investment Corporation – affiliated with AIG
Green Tree Servicing Inc. – affiliated with Green Tree Financial Servicing Corp.
Wilmington Trust Company
Wilmington Trust FSB – affiliated with Wilmington Trust Company
Mack-Cali Realty LP
J P Morgan Chase Bank, N.A. – affiliated with JPMorgan & Chase Co.
Mizuho Corporate Bank – affiliated with Mizuho Financial Group
Verizon Communications Inc.
Deustche Bank Securities Inc. – affiliated with Deutsche Bank AG
Brookfield Properties One WFC Co. LLC – affiliated with Brookfield Asset Management
      Inc.
Morgan Stanley & Co. Incorporated
Credit Suisse
US Bank Natl Assoc. – affiliated with US Bancorp
Bank Of Montreal – affiliated with BMO Financial Group
Natl Australia Bank Limited
Barclays Capital, Inc. – affiliated with Barclays PLC UK
Contrarian Capital Management, LLC
Federal Home Loan Mortgage Corp

- 15 -

Allianz Global  Investors AG – affiliated with Allianz SE
M. Arthur Gensler Jr and Assoc, Inc.
Gensler Architecture, Design And Planning, P.C. – affiliated with M Arthur Gensler & Associates
Chuo Mitsui Trust And Banking Co. – affiliated with Mitsui Trust Holdings Inc
Brookfield Properties One WFC Co. LLC – affiliated with Brookfield Asset Management Inc.
European Bank For Reconstruction
GE Capital Information Technology – affiliated with General Electric Co Inc.
The Bank Of Tokyo-Mitsubishi UFJ, Ltd – affiliated with Mitsubishi UFJ Financial Group
The Chuo Mitsui Trust And Banking Co., Ltd – affiliated with Mitsui Trust Holdings Inc
Tishman Speyer Properties, L.P.
Shinsei Bank Limited –75092, subsidiary of Ripplewood Holdings
GE Capital Information Technology Solutions, Inc. D/B/A Ikon Financial Services - affiliated with General Electric Co Inc.
Office Of The United States Attorney – affiliated with USA
Russell Investment Group, Inc. – affiliated with Northwestern Mutual Life Insurance Co.
Telecom Italia Capital S.A. – affiliated with Telecom Italia SPA
Oracle Credit Corporation – affiliated with Oracle Corporation
Eaton Corporation
Union Bank Of California, N.A. – affiliated with Mitsubishi UFJ Financial Group
Business Objects Americas
Frictionless Commerce, Inc. – affiliated with SAP AG
Tangoe, Inc.
Open Solutions Inc. – affiliated with Carlyle Holding Corp.
CB Richard Ellis, Inc.
Sprint Nextel Corp
AEW Capital Management, LP – affiliated with Natixis
Lyon Capital Ventures – affiliated with William Lyon Company
PJM Interconnection, L.L.C.
Newedge USA, LLC – affiliated with Societe Generale SA
Pacific Gas & Electric Company


*Affiliations of Outside Directors*

Michael L. Ainslie
- director - Lehman Brothers Bank, FSB  - affiliated with Lehman Brothers Holdings Inc.

John F. Akers
- director - W.R. Grace & Co.

Marsha Johnson Evans
- director - Huntsman Corporation

- 16 -

Roland A. Hernandez
- director of MGM Mirage – affiliated with Tracinda Corp
- director - Sony Corporation
- director - Vail Resorts, Inc.
- President's Council on International Activities – Yale University – affiliated with Yale University

Henry Kaufman
- member - Board of Trustees of New York University – affiliated with New York University
- member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University – affiliated with New York University
- member of the International Advisory Committee of the Federal Reserve Bank of New York – affiliated with Federal Reserve System

Sir Christopher Gent
- director - Ferrari SpA – affiliated with Guovanni Agnelli EC Sapa


*Professionals Employed by the Company*

Heller Ehrman LLP
McKenna Long & Aldridge LLP
Hahn Loeser & Parks LLP
Thacher Proffitt & Wood LLP
Ernst & Young
PricewaterhouseCoopers
DLA Piper
White & Case
Sidley Austin LLP
Andrews & Kurth LLP
Herrick & Feinstein MMOR Consulting – affiliated with Herrick & Feinstein LLP
Latham & Watkins, LLP
Schulte, Roth, & Zabel LLP
Hunton & Williams LLP
Miller Canfield Paddock Stone
Sonnenschein Nath & Rosenthal
Willkie Farr & Gallagher LLP
Menter, Rudin & Trivelpiece, P.C.
Mercer Marsh & McLennan Companies – affiliated with Marsh & McLennan Companies
Allen & Overy LLP
Dorsey & Whitney LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Squire, Sanders & Dempsey L.L.P.
Hahn Loeser & Parks LLP
Cadwalader, Wickersham & Taft LLP

- 17 -

Skadden, Arps, Slate, Meagher & Flom LLP
Prickett Jones & Elliott, P.A.
Mitsui Company & Mitsui & Co.
Herbert Smith Ltd.
Oh-Ebashi LPC & Partners
Morrison & Foerster LLP
Freshfields Bruckhaus Deringer
Baker & McKenzie LLP
Jones Day
Latham & Watkins LLP
Davies Ward Phillips & Vineberg
Gibson, Dunn & Crutcher LLP
Paul, Hastings, Janofsky & Walker LLP
Morrison & Forster
Stroock, Stroock & Lavan

### *Litigation Claimants*

First Alliance Mortgage Company Class Action
In re Mirant Corporation Securities Litigation (class action) – Mirant Corporation is
    client

### *100 Largest Holders of Trade Debt*

Microsoft Corporation
IBM Corporation
Network Appliance Inc.
FTInteractive Data – affiliated with Pearson Plc
CDW Direct LLC – affiliated with Madison Dearborn Partners
Dell Marketing L.P. – affiliated with Dell Inc.
AC Nielsen Company – affiliated with Carlyle Holding Corp.
Thomson Financial – affiliated with Woodbridge Co. Ltd.
Ernst & Young LLP
Northrop Grunman
Hewlett Packard Company
Storage Technology Corp – affiliated with Sun Microsystems
RR Donnelley Receivables Inc. – affiliated with RR Donnelly & Sons Co
Cushman & Wakefield Inc. – affiliated with Giovanni Agnelli EC Sapa
Computer Associates International Inc. – affiliated with CA Inc.
CHD Meridian Healthcare – affiliated with Walgreen Co.
Allen & Overy
Wipro Technologies – affiliated with Wipro Ltd.
Interactive Data Corp. – affiliated with Pearson PLC
Ikon Office Solutions Inc.
Rockefeller Center North, Inc. – affiliated with Mitsubishi Estate Co. Ltd.
Trimont Real Estate Advisors Inc.

- 18 -

CDW Direct LLC – affiliated with Madison Dearborn Partners
Kepner Tregoe Inc.
Cyveillance
Network Appliance Inc.
IBM Corporation
Quest Software Inc.
Restaurant Associates – affiliated with Compass Group Plc
Mellon Analytical Solutions – affiliated with Bank of NY Mellon Corp.
Aperture Technologies – affiliated with Emerson Electric Co.
Lexis-Nexis – affiliated with Reed Elsevier Group plc
Lexis Nexis – affiliated with Reed Elsevier Group plc
Transaction Network Services – affiliated with GTCR Golden Rauner LLC
Hewlett Packard Company
ILOG Inc. – affiliated with Ilog SA
The Bank Of New York – affiliated with Bank of NY Mellon Corp
KPMG, LLP – affiliated with KPMG International
Computer Associates International Inc. – affiliated with CA Inc.

*Professionals Retained by Significant Creditor Groups*
Milbank, Tweed, Hadley & McCloy LLP
Munsch Hardt Kopf & Harr, P.C.
Akin Gump Strauss Hauer & Feld LLP

*Utilities*
Con Edison – affiliated with Consolidated Edison Inc.
The Hess Corporation
ComEd – affiliated with Exelon Corp.
Sempra Energy Solutions – affiliated with Sempra Energy
AT&T
Dominion – Multiple listings found, please provide full name
Interstate Gas – Multiple listings found, please provide full name
Illuminating – Multiple listings found, please provide full name
Time Warner

*Committee Members*
Wilmington Trust Company
Mizuho Corporate Bank, Ltd. – affiliated with Mizuho Financial Group
RR Donnelley & Sons
The Bank of NY Mellon
The Royal Bank of Scotland, PLC
Shinsei Bank, Limited – affiliated with Ripplewood Holdings
Metlife

- 19 -

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                            :
                            Debtors.        :        (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. ("LBHI") OR ANY OF ITS DEBTOR AFFILIATES
(collectively, the "Debtors")


DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
            Christopher Stauble


All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

    1.    Name and address of firm:

        Paul, Hastings, Janofsky & Walker LLP
        Park Avenue Tower
        75 East 55th Street, 1st Floor
        New York, NY  10022

    2.    Date of retention:   Petition Date, although the Firm has represented
        Lehman Brothers Holdings Inc. and one or more of its affiliates for several
        years.

    3.    Type of services provided (accounting, legal, etc.):  Legal Services

4.    Brief description of services to be provided:

The Debtors have asked that the Firm provide certain real estate services to the Debtors.  More specifically, the Debtors have requested that the Firm represent the Debtors and their direct and indirect subsidiaries in (a) asset management and liquidation activities with respect to loans and other assets, and (b) the negotiation of commercial real estate lease transactions, such as subleases, assignments, and amendments to existing leases. The Firm has consented to provide such services and other legal services as the Debtors may request.

5.    Arrangements for compensation (hourly, contingent, etc.):   Hourly

(a)    Average hourly rate (if applicable):

The Firm's current billing rates for attorneys in the United States range from $150 to $950 per hour.  The Firm's hourly rates are subject to periodic adjustments to reflect economic and other conditions.

(b)    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

The Firm billed an average of $140,000 per month during the twelve month period preceding the Debtors' bankruptcy filing.

6.    Prepetition claims against the Debtors held by the Firm:

To the best of my knowledge, information, and belief formed after reasonable inquiry, the Firm holds a prepetition claim against the Debtors as follows:

Amount of claim:        $840,000 approximately[7]

Date claim arose:       During the Firm's prepetition representation of the Debtors

Source of Claim:        Nonpayment of legal bills

7.    Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

---

[7] As of the Petition Date, Lehman Brothers Inc. owed the Firm approximately $644,000 for legal services rendered and expenses incurred.

- 2 -

To the best of my knowledge, information, and belief formed after reasonable inquiry, the following members, associates, and professional employees of the Firm individually hold prepetition claims against the Debtors:[8]

None

8.    Stock of the Debtors currently held by the firm:

To the best of my knowledge, information, and belief formed after reasonable inquiry, the Firm holds no stock of the Debtors.

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the Firm:

To the best of my knowledge, information, and belief formed after reasonable inquiry, the following members, associates, and professional employees of the Firm individually hold stock of the Debtors:[9]

Paul Grossman, 4400 shares of LBHI stock
Ned N. Isokawa, 2000 shares of LBHI common stock
J. Wes Skinner, 172 shares of LBHI stock
Seth Zachary, 500 shares of LBHI preferred stock

10.    Disclose the nature and provide a brief description of any interest held or represented by the Firm adverse to the Debtors or to their estates with respect to the matters on which the Firm is to be employed.

To the best of my knowledge, information, and belief formed after reasonable inquiry, the Firm does not hold or represent any interest adverse to the Debtors or their estates with respect to the matters on which the Firm seeks to be employed.

11.    Name of individual completing this form:  Kenneth J. Friedman

---

[8] Based on responses to a Firm-wide email containing questions 7 and 9 above.

[9] Based on responses to a Firm-wide email containing questions 7 and 9 above.

LEGAL_US_W # 60662207.1