UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al | ) | CASE NO.    08-13555(JMP) |
| | ) | |
| Debtors. | ) | |

WITHDRAWAL OF NOTICE OF APPEARANCE
AND REQUEST FOR NO FUTURE NOTICE

PLEASE TAKE NOTICE that the undersigned attorneys, as attorneys of record for the Treasurer of Arapahoe County ("**Arapahoe County Treasurer**").
no longer requires notice of action in this case.

Respectfully submitted this 29th day of December, 2008.

KATHRYN L. SCHROEDER
ARAPAHOE COUNTY ATTORNEY

By: /s/ George Rosenberg
Assistant Arapahoe County Attorney
5334 S. Prince Street
Littleton, CO  80166
303.795.4639

CERTIFICATE OF SERVICE

This is to certify that on this 29th day of December, 2008 a true and correct copy of Withdrawal of Notice of Appearance and Request For No Future Notice was served via ECF Electronic filing service and mailed to the following:

Harvey R. Miller
Jacqueline Marcus
Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Andrew D. Velez-Rivera
Office of the US Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

James Tecce
Susheel Kirpalani
Quinn Emanuel Urquhart
Oliver & Hedges
51 Madison Avenue 22nd Floor
New York, NY 10010

/s/ Kate Holmgren
_____