HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Steven A. Munson
Two Park Avenue
New York, New York 10016
Tel:  212-592-1400
Fax: 212-592-1500
sselbst@herrick.com
smunson@herrick.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No.:   08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**VERIFIED STATEMENT OF HERRICK, FEINSTEIN LLP PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)**

Herrick, Feinstein LLP ("Herrick, Feinstein"), as attorneys for the entities listed on Exhibit A annexed hereto (collectively, the "Entities"), in connection with the above-captioned cases of Lehman Brothers Holdings Inc. and its debtor affiliates (collectively, the "Debtors"), submits this statement (the "Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure:

1.       Herrick, Feinstein is a law firm that maintains its principal office at Two Park Avenue, New York, New York 10016.

2.       Each of the Entities may hold claims against and/or interests in the Debtors arising at various times out of applicable agreements, statutory and/or common law and/or equity, pursuant to their respective relationships with the Debtors.  The Entities may also hold

claims against and/or interests in the Debtors in addition to those disclosed herein that do not fall within the scope of Herrick, Feinstein's representation of such Entities.

3.    The specific nature and amounts of the claims held by the Entities will be determined and set forth in proofs of claim filed against the Debtors' estates.

4.    The following are the facts and circumstances in connection with Herrick, Feinstein's employment in these cases: Herrick, Feinstein represented each of the Entities and certain of their affiliates in various matters prior to the commencement of the Debtors' chapter 11 cases.  Each of the Entities separately requested that Herrick, Feinstein represent them in connection with the Debtors' chapter 11 cases.

5.    Herrick, Feinstein also represents or advises, or may have represented or advised other parties in interest with respect to these cases that have not been included in this Statement because such parties that Herrick, Feinstein represents do not currently intend to appear in these cases or such representations have been concluded.  These parties in interest include commercial and investment banks, private equity and hedge funds, and other financial institutions and parties to various agreements with the Debtors.

6.    Herrick, Feinstein in the past provided certain legal services to certain of the Debtors or their affiliates.  The Debtors and their affiliates have consented to the representation by Herrick, Feinstein pursuant to a written waiver.  Herrick, Feinstein will be investigating whether it possesses any claims against the Debtors in these cases. Upon information and belief, Herrick, Feinstein does not hold any equity interest in the Debtors.

7.    Herrick, Feinstein reserves the right to revise, to supplement, and to amend this Statement as deemed necessary.

8.      The undersigned declares under penalty of perjury that the statements made

herein are true and accurate, to the best of his knowledge, information and belief.


Dated: December 30, 2008                    HERRICK, FEINSTEIN LLP
       New York, New York


                                            Respectfully submitted,

                                            By:    /s/ Stephen B. Selbst
                                                   Stephen B. Selbst
                                                   Steven A. Munson
                                                   Two Park Avenue
                                                   New York, New York 10016
                                                   Telephone: (212) 592-1400
                                                   Facsimile: (212) 592-1500
                                                   sselbst@herrick.com
                                                   smunson@herrick.com

3

## Exhibit A - List of Entities

MEAG New York Corporation,
 and certain of its subsidiaries and affiliates
540 Madison Avenue
New York, New York 10022

AEW Capital Management, L.P.,
 and certain of its subsidiaries and affiliates
World Trade Center East
Two Seaport Lane
Boston, Massachusetts 02210

Lyon Capital Ventures
4901 Birch Street
Newport Beach, California 92660

Tradition Financial Services Inc.,
 and certain of its subsidiaries and affiliates
17 State Street, 41st Floor
New York, New York 10004

Old Hill Partners, Inc.,
 and certain of its subsidiaries and affiliates
One Thorndal Circle
Darien, Connecticut 06820

OHP Opportunity Limited Trust
c/o Old Hill Partners, Inc.
One Thorndal Circle
Darien, Connecticut 06820

Venoco, Inc.
370 17th Street, Suite 2900
Denver, Colorado 80202

The Nishi-Nippon City Bank, Ltd.
11-8, 1-chome, Kyobashi
Chuo-ku, Tokyo 104-0031
Japan

HF 4484933v.3 #99999/1000