HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Steven A. Munson
Two Park Avenue
New York, New York 10016
Tel:  212-592-1400
Fax: 212-592-1500
sselbst@herrick.com
smunson@herrick.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No.:   08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**CERTIFICATE OF SERVICE**</u>

I, Steven A. Munson, an attorney licensed to practice in the State of New York, hereby certify that a true and correct copy of the Verified Statement of Herrick, Feinstein LLP Pursuant To Federal Rule of Bankruptcy Procedure 2019 was served on December 30, 2008 by Federal Express upon (a) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard B. Krasnow, Esq.); (b) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis Dunne, Esq.); (c) the Office of the United States Trustee, 33 Whitehall Street - 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq.); (d) Cleary Gottlieb LLP, One Liberty Plaza, New York, New York 10006 (Attn: Lindsee P. Granfield, Esq.); (e) Sullivan & Cromwell LLP,125 Broad Street, New York, New York 10004 (Attn: Robinson B. Lacy, Esq.); and (f) the Chambers of The Honorable

James M. Peck, One Bowling Green, New York, New York 10153 and by email upon all parties

who receive electronic notice in this case pursuant to the Court's ECF filing system.

Dated: December 30, 2008
     New York, New York               By:    /s/ Steven A. Munson
                                             Steven A. Munson