**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
              Debtors.                      :    (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------------x
```

**BRIDGE ORDER EXTENDING THE TIME WITHIN WHICH DEBTORS'**
**MUST COMPLY WITH SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion") by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to section 365(d)(4) of title 11 of the United States Code (the "Bankruptcy Code") dated December 29, 2008, to extend the time within which the Debtors' may assume or reject unexpired leases of nonresidential real property (the "365 Compliance Period") through and including April 13, 2009, all as more fully described in the Motion; and the next scheduled omnibus hearing is to be held on January 14, 2009, which is after the date on which the current 365 Compliance Period expires; and the Court having determined that it is appropriate to enlarge the 365 Compliance Period until such time as the Court considers and enters an order determining the Motion, it is hereby

NY2:\1949954\02\15SL#02!.DOC\58399.0003

2

ORDERED that the 365 Compliance Period is extended until such time as the Court has entered an order determining the Motion.

Dated: December 31, 2008
      New York, New York

                                         */s/ James M. Peck*
                                         UNITED STATES BANKRUPTCY JUDGE