**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                          :
In re                                                                     :    Chapter 11 Case No.
                                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                          :
                            Debtors.                             :    (Jointly Administered)
                                                                          :
                                                                          :
-------------------------------------------------------------------x

**BRIDGE ORDER EXTENDING THE TIME WITHIN WHICH**
**DEBTORS' MAY FILE CHAPTER 11 PLANS AND SOLICIT ACCEPTANCES**
**PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion") by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") dated December 29, 2008, to extend the time within which the Debtors' may file a chapter 11 plan (the "Plan Period") and the period during which the Debtors may solicit acceptances thereof (the "Solicitation Period," and together with the Filing Period, the "Exclusive Periods") through and including July 13, 2009 and September 16, 2009 respectively, all as more fully described in the Motion; and the next scheduled omnibus hearing is to be held on January 14, 2009, which is after the date on which the current Plan Period expires; and the Court having determined that it is appropriate to enlarge the Exclusive Periods until such time as the Court considers and enters an order determining the Motion, it is hereby

NY2:\1951456\01\15TR401!.DOC\58399.0003

2

ORDERED that the Exclusive Periods are extended until such time as the Court has entered an order determining the Motion.

Dated: December 31, 2008
      New York, New York

                                            */s/ James M. Peck*
                                            UNITED STATES BANKRUPTCY JUDGE