Kenneth J. Kelly
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
kkelly@ebglaw.com

**UNITES STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
                                                               :
**In re:**                                                     : Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,et. al.,**:  08-13555 (JMP)
                                                               :
                                                               : (Jointly Administered)
           **Debtors.**                                        :
---------------------------------------------------------------x

### VERIFIED STATEMENT OF EPSTEIN BECKER & GREEN, P.C. PURSUANT TO FED. R. BANKR. P. 2019

Epstein Becker & Green, P.C. ("EBG"), as attorneys for the entities listed on Exhibit A hereto (each an "Entity," and collectively, the "Entities")[1] in connection with the above-captioned Chapter 11 cases of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "Debtors")[2] hereby submits this verified statement (the "Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a).

---

[1] EBG previously represented Larsen & Toubero Infotech, Limited, a company formed under the laws of India, headquartered in Mumbai, and also operating via a U.S. branch in Edison, N.J. in these cases, for a limited purpose, but that representation has now terminated.

[2] As of the date hereof, the Debtors in these cases are: (i) Lehman Brothers Holding, Inc.; (ii) Lehman Brothers Derivative Products, Inc.; (iii) Lehman Commercial Paper, Inc.; (iv) Lehman Brothers Commercial Corporation; (v) Lehman Brothers Financial Products, Inc., (vi) Fundo de Investimiento Multimercado Privado; (vii) Lehman Scottish Finance, L.P.; (viii) CES Aviation, LLC; (ix) CES Aviation V, LLC; (x) CES Aviation IX, LLC; (xi) East Dover Limited; (xii) Lehman Brothers Commodity Services, Inc.; (xiii) Lehman Brothers Finance SA; (xiv) Lehman Brothers Special Financing, Inc.; (xv) Lehman Brothers OTC Derivatives, Inc., (xvi) PAMI Statler Arms, LLC;

1. EBG is counsel to the Entities in the above-captioned cases. The address of EBG for purposes of this notice is 250 Park Avenue, New York, New York 10177.

2. Exhibit A sets forth the mailing address for each Entity.

3. Each Entity may hold claims against the Debtors arising out of applicable agreements, law of equity pursuant to such Entity's relationships with the Debtors.

4. The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claim filed against the Debtors' estates, as applicable.

5. Each of the Entities separately requested that EBG represent it in connection with the Debtors' chapter 11 cases. Intersil Corporation was a pre-petition client of EBG; InfoSpace, Inc. retained EBG post-petition.

6. EBG does not, to its present knowledge, hold a claim against the Debtors, nor against affiliates of the Debtors. However, this matter is still being investigated.

7. The undersigned verifies under oath that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

8. EBG reserves the right to supplement, amend or revise this Verified Statement.

## Exhibit A

Intersil Corporation
1650 Robert A. Conlon Boulevard, NE
m/s 62A309
Palm Beach, FL 32905
Attn. Douglas Balog, Esq.
Associate General Counsel

InfoSpace, Inc.
601 108th Avenue, NE
Bellvue, Washington, 98004
Attn. Alejandro C. Torres, Esq.
General Counsel

---

(xvii) LB 745, LLC and (xviii) Lehman Brothers, Inc. Moreover, the SIPC is liquidating Lehman Brothers, Inc. via Adv. No. 08-01420, Securities Investor Protection Corporation v. Lehman Brothers, Inc.

|  |  |
|---|---|
| Dated: New York, New York<br>December 30, 2008 | Respectfully Submitted,<br><br>EPSTEIN BECKER & GREEN, P.C.<br><br>By:  */s/ Kenneth J. Kelly*<br>       Kenneth J. Kelly (KK 4195)<br><br>250 Park Avenue<br>New York, New York  10177-1211<br>(212) 351-4500 |

OF COUNSEL:

David B. Tatge, Esq.
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C.  20037
(202) 861-0900
dtatge@ebglaw.com

Rachel E. Caplan, Esq.
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C.  20037
(202) 861-0900
rcaplan@ebglaw.com

Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing Verified Statement of Epstein Becker & Green, P.C. was filed electronically via the ECF system this 31st day of December, 2008, with a copy by first class mail, postage prepaid, to:

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153-0119
Attn. Lori R. Fife, Esq. and Shai Y. Waisman, Esq.
*Counsel to the Debtors*

Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004
Attn. James B. Kobak, Esq.
Attn. David Wiltenburg, Esq.
Attn. Jeffrey S. Margolin, Esq.
*Counsel to the SIPC trustee*

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn. Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn. Luc A. Despins, Esq.
Attn. Wilbur F. Foster, Jr., Esq.
*Counsel to the Official Committee of Unsecured Creditors*

/s/ Kenneth J. Kelly
_____
Kenneth J. Kelly