Patrick J. Potter (*pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C. 20037
Tel: 202-663-8000
Fax: 202-663-8007

Gianni Dimos (GD-7496)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Tel: (212) 858-1000
Fax: (212) 858-1500

Attorneys for Pyrrhuloxia, LP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :
                                               :    Case No. 08-13555 (JMP)
                      Debtors.                 :
                                               :    Jointly Administered
-----------------------------------------------------------------x
```

### APPELLANT PYRRHULOXIA, LP'S DESIGNATION OF RECORD PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellant Pyrrhuloxia, LP ("Pyrrhuloxia"), hereby files its Designation of Record.

| **Tab No.** | **Date** | **Docket No.** | **Brief Description** |
|---|---|---|---|
| 1 | Nov. 14, 2008 | 1541 | Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations |
| 2 | Dec. 10, 2008 | 2149 | Limited Joinder of Pyrrhuloxia, LP in Certain Objections to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations |
| 3 | Nov. 26, 2008 | 1805 | Objection of USAA High-Yield Opportunities Fund to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations |
| 4 | Nov. 28, 2008 | 1883 | Objection of THL Credit Partners, L.P. To The Debtors' Motion For An Order Pursuant To Section 365 Of The Bankruptcy Code Approving The Assumption Or Rejection Of Open Trade Confirmations |
| 5 | Nov. 28, 2008 | 1915 | Limited Objection of Citibank to Debtors Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations |
| 6 | Dec. 14, 2008 | 2206 | Notice of Filing of Revised Exhibits and Revised Proposed Order Relating to the Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations (and attached exhibits) |
| 7 | Dec. 15, 2008 | 2208 | Debtors' Omnibus Reply to Objections to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations |
| 8 | Dec. 15, 2008 | 2228 | Statement Of Official Committee Of Unsecured Creditors In Support Of Debtors' Motion For An Order Pursuant |

designation of record (3).doc

|    |               |                                 |                                                                                                                                                                        |
|----|---------------|---------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |               |                                 | To Section 365 Of The Bankruptcy Code Approving The Assumption Or Rejection Of Open Trade Confirmations                                                                |
| 9  | Dec. 16, 2008 | 2258                            | Order Approving the Assumption or Rejection of Open Trade Confirmations.                                                                                               |
| 10 | Dec. 16, 2008 | Not yet entered on docket       | Transcript of Hearing held on December 16, 2008                                                                                                                        |
| 11 | Dec. 23, 2008 | 2364                            | Order signed on 12/23/2008 Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations and Correcting Prior Orders |
| 12 | Dec. 23, 2008 | 2361                            | Notice of Appeal filed by Pyrrhuloxia, LP                                                                                                                              |

Date:  December 31, 2008              Respectfully submitted,

By:  _/s/ Patrick Potter_____
Patrick Potter (*pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C.  20037
Tel: (202) 663-8000
Fax: (202) 663-8007
patrick.potter@pillsburylaw.com

and

Gianni Dimos (GD-7496)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Tel:  (212) 858-1000
Fax:  (212) 858-1500
gianni.dimos@pillsburylaw.com

designation of record (3).doc