# NEW JERSEY Motor Vehicle Lease Agreement

STK # 20204
DEAL # 43195

**The First Class Lease®**

## Dates

- The date of this lease is: **28 DEC 2006**
- The scheduled term of this lease is: **27** months ("Lease Term")
- The scheduled date this lease ends is: **03/28/09** ("Lease End")

## Type of Lease

☒ Standard Lease  ☐ Single Payment Lease

## Parties

- **Lessor (Dealer):** MILLENNIUM AUTOMOTIVE GROUP
- **Address:** 1250 RT 22 EAST, BRIDGEWATER, NJ 08807
- **Telephone Number:** 908-685-0800
- **Lessee:** LEHMAN BROTHERS HOLDING INC
- **Lessee's Billing Address:** 1301 6TH AVE 9TH FLR, NEW YORK, NY 10019
- **Address of principal garage location:** 745 7th Ave, New York, NY 10019

## Vehicle Information

☒ New  ☐ Pre-owned  **VIN:** WDDNG86X07A111016
- **Year:** 2007  **Make:** MERCEDES  **Model:** S550  **Odometer reading:** 5

**Primary Intended Use:** ☒ Personal

## Consumer Leasing Act Disclosures

| 1. Amount Due at Lease Signing or Delivery | 2. Monthly Payments | 3. Other Charges (not part of your Monthly Payment) | 4. Total of Payments |
|---|---|---|---|
| $2946.20 | First Monthly Payment $2531.20 due on 12/28/06, followed by 26 payments of $2531.20 due on the 28TH of each month. Total Monthly Payments: $68342.40 | a. Vehicle Turn-in Fee: $595.00<br>b. N/A: N/A<br>c. Total: $595.00 | $69352.40 |

### 5. Itemization of Amount Due at Lease Signing or Delivery

1. First Total Monthly Payment (includes sales/use taxes) ... $2531.20
2. Capitalized Cost Reduction ... $0.00
3. Acquisition Fee (if not capitalized) ... $N/A
4. Sales/Use Taxes ... $N/A
5. Refundable Security Deposit ... $N/A
6. Title Fees ... $N/A
7. License Fees ... $N/A
8. Registration Fees ... $250.00
9. Tire Management Fee ... $N/A
10. DOC FEE (UPF) ... $165.00
11. ... $N/A
12. ... $N/A
13. Total ... $2946.20

b. How the Amount Due at Lease Signing or Delivery will be paid:
1. Net Trade-in Allowance ... $N/A
2. Rebates and noncash credits ... $N/A
3. Amount to be paid in cash ... $2946.20
4. N/A ... $N/A
5. Total ... $2946.20

### 6. Your monthly payment is determined as shown below:

a. Gross Capitalized Cost: $109463.02 (vehicle $102993.12)
b. Capitalized Cost Reduction: $0.00
c. Adjusted Capitalized Cost: $109463.02
d. Residual Value: $58337.00
e. Depreciation and any amortized amounts: $51126.02
f. Rent Charge: $17216.38
g. Total of Base Monthly Payments: $68342.40
h. Lease Payments: number of payments in your lease ÷ 27
i. Base Monthly Payment: $2531.20
j. Monthly Sales/Use Taxes: $N/A
k. N/A: $N/A
l. Total Monthly Payment: $2531.20

### 7. Early Termination
You may have to pay a substantial charge if you end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier you end the lease, the greater this charge is likely to be.

### 8. Excessive Wear and Use
Allowance for the term of this lease, at the rate of **25** per mile. **78,750** Miles (Mileage Allowance)

### 9. Purchase Option at End of Lease Term
You have an option to purchase the vehicle ("as is") at the end of the lease term for $58337.00, plus a Purchase Option Fee of $150.00, plus a processing fee of $150.00, plus all official fees and taxes.

### 10. Other Important Terms
See your lease documents for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

### 11. Itemization of Gross Capitalized Cost
a. Price of Vehicle ... $102993.12
b. Approved Dealer Installed Equipment ... $N/A
c. Service Contract ... $N/A
d. Extended Warranty ... $N/A
e. Credit Life and/or Credit-Disability Premium ... $N/A
f. Current Year Taxes, Title, Licenses, Registration ... $N/A
g. Acquisition Fee ... $795.00
h. Sales/Use Taxes ... $5674.90
i. Other Tax (describe) ... $N/A
j. ... $N/A
k. ... $N/A
l. ... $N/A
m. Total Gross Capitalized Cost ... $109463.02

### 12. Estimated Official Fees and Taxes
The total estimated amount you will pay for official fees, license, title and registration fees, and taxes over the term of your lease ... $6237.40

### 13. Mileage Allowance
If your Mileage Allowance in section 8 above is greater than **33,750** "Base Mileage Amount", you have chosen to purchase additional miles... **0.20** per mile for any unused additional miles...

### 14. Missing Records
If you do not return the vehicle's maintenance booklets as provided in the Maintenance section of this lease, you will owe a missing records fee in the amount of $500.00.

## ADDITIONAL DISCLOSURES REQUIRED BY NEW JERSEY LAW

Other Lease Information: MANUFACTURER'S SUGGESTED RETAIL PRICE (MSRP) $99025.00 Total Cost of Lease: ... $58337.00 ...

## Notices/Signatures

**NOTICE TO LESSEE:** (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT. (2) YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT.

**GUARANTY**

PO BOX 1800

INSURANCE VERIFICATION

## Operation and Maintenance

**17. Maintenance**
You agree to maintain, service and repair the vehicle according to the manufacturer's recommendations and any applicable warranty. You will keep the vehicle in good quality with all vehicle recall notices. You agree to pay for all operating costs including, but not limited to gas, oil, antifreeze, parking fees, inspection and certification fees, fines, towing, and replacement tires. Lessor will not provide maintenance services unless you agree at your option to buy a separate maintenance agreement.

**18. Prohibited Uses of Vehicle**
You agree not to use or allow anyone else to use the vehicle: (a) in a way that violates the law or the terms of your insurance policy or that causes cancellation or suspension of any applicable warranty; and (b) to transport goods or people for pay. You also agree not to take the vehicle outside the United States; however, you may take the vehicle to Canada or Mexico for 30 days or less.

In addition, you agree not to use or allow anyone else to use the vehicle for more than 30 days outside the state where you first registered it or recorded the title unless you first have our written consent.

You will not change or modify the vehicle's body or interior in any way unless you first get our written consent. If you add parts to the vehicle that cannot be removed without harming the vehicle's usefulness or value, you understand that these parts become our property. We may inspect the vehicle at any reasonable time.

You will not assign or sublease any interest in the vehicle or this lease. You will keep the vehicle and lease free from all liens.

You agree that you and anyone else that uses the vehicle are liable for any injury, death, or damage arising out of the use of the motor vehicle, and that we are not liable for any such injury, death or damage.

## Insurance

**19. Vehicle Insurance**
You agree to provide primary insurance coverage as indicated below during the lease and until the vehicle is returned: (a) liability insurance with limits of not less than $100,000 per person for bodily injury, $300,000 per accident for bodily injury and $50,000 per accident for property damage; (b) collision insurance for the actual value of vehicle and with a deductible no higher than $2,500; (c) comprehensive fire and theft insurance for the actual value of vehicle and with a deductible no higher than $2,500; and (d) uninsured motorist coverage as required by law in the state where the vehicle is registered. You may obtain insurance from an insurer of your choice which is reasonably acceptable to us. The insurance policy must name Assignee as additional insured and loss payee and you must provide us with a copy of your policy. If you carry excess or umbrella liability insurance, it will include our interest to the extent provided by law. The policy must require the insurance company to notify us at least 30 days in advance of any changes in coverage or cancellation. You will notify us and your insurance company within 24 hours after any damage, loss, theft, seizure, or impoundment of the vehicle. For claims arising under your insurance that concern physical damage to the vehicle, you appoint us your attorney-in-fact to initiate, settle or release the claim. You authorize us to cash or negotiate checks or drafts or other payments received from your insurance company and endorse your name on such items if you are a payee. You also give us a security interest in any money paid under your insurance.

No physical damage or liability insurance coverage for bodily injury or property damage caused to others is included in this lease.

**20. Total Vehicle Loss/Gap Waiver**
If the vehicle is subject to a total loss due to collision, destruction or theft, you will pay us the Gap Amount which is the difference between the Early Termination Liability and the insurance proceeds we receive based on the total loss. We agree to waive the Gap Amount if you had the vehicle insurance required by this lease at the time of total loss. In which case you will pay to us the sum of: (a) all unpaid amounts that are due or past due under the lease; plus (b) the amount of your insurance deductible; plus (c) any other amounts that were subtracted from the vehicle's actual cash value to determine the insurance proceeds we received for the total loss. If this is a single payment lease (as shown on the front of this lease) times the number of months left in this lease at the time of the loss of the vehicle. If you do not have insurance on the vehicle or your insurance company denies part or all of your claim, you will be in default and will pay us the early termination liability set forth in section 23.

This subsection will not apply and you will be in default if you accept a cash value settlement from your insurance company without first receiving our consent and forwarding any such settlement to us.

## End of Lease

**21. Purchase Option**
If you purchase the vehicle at any time, you agree to re-register and re-title the vehicle in your name no later than 30 days from the time you purchase it. If you fail to do so, we reserve the right to cancel the registration.

**a. Scheduled Termination.** At the end of the scheduled Lease Term, you may purchase the vehicle "as is" for the amount set forth in section 9 on the front of this lease.

**b. Before Scheduled Termination.** At any time before the scheduled Lease End, you have an option to purchase the vehicle "as is" for the Early Purchase Option Price (described below).

1) **Standard Lease - Early Purchase Option Price.** If this is a Standard Lease as indicated on the front of the lease, the Early Purchase Option Price is the sum of: (a) any lease payments or other amounts due under the lease at the time of termination; (b) all fees and taxes assessed on or billed in connection with this lease or the vehicle; (c) an amount equal to the Vehicle Turn-In Fee on the front of this lease; (d) the Adjusted Lease Balance (explained below); and (e) 4% of the Adjusted Lease Balance.

The Adjusted Lease Balance is calculated by reducing the Adjusted Capitalized Cost each month, on each monthly payment due date, by the difference in the base monthly payment and the part of the rent charge earned in that month calculated on a constant yield basis.

2) **Single Payment Lease - Early Purchase Option Price.** If this is a Single Payment Lease as indicated on the front of this lease, the Early Purchase Option Price is: (a) any lease payments or other amounts due under the lease at the time of termination; plus (b) an amount equal to the Vehicle Turn-In Fee on the front of this lease; plus (c) all fees and taxes assessed on or billed in connection with this lease or the vehicle; plus (d) the Residual Value printed on the front of this lease; plus (e) 4% of the Residual Value; less (f) the unearned rent charges you paid calculated on a constant yield basis.

**22. Return of Vehicle**
**a. Scheduled Termination.** If this lease is not terminated early and you do not purchase the vehicle, you will, at Lease End: (1) return the vehicle to us at the time and place we specify, at your expense; (2) complete and sign odometer statement and, if not already signed, the vehicle condition report; (3) pay the following amounts: (a) any amount owed for excess wear and use (explained in section 22.b.2.); plus (b) all unpaid amounts that are due or past due under this lease; plus (c) the vehicle turn-in fee provided on the front of this lease; plus (d) any official fees and taxes related to the scheduled termination; plus (e) the Missing Records Fee in the amount provided on the front of this lease, if any maintenance booklets are not returned with the vehicle. You agree to cooperate in the completion of the condition report, which will be prepared close to or at Lease End. You understand that we may engage a third party to conduct the vehicle inspection and to prepare the condition report.

f) **Failure to Return Vehicle.** If, at Lease End, you do not return the vehicle to you do not exercise your option to purchase the vehicle, you will be in default. You must pay the purchase price in section 9 unless we agree to an extension in writing. If this is a Standard Lease, as indicated on the front of this lease, you will pay an amount equal to your Total Monthly Payment provided on the front of this lease until we receive the purchase price or written extension agreement. If this is a Single Payment Lease, as indicated on the front of this lease, you will pay an amount equal to the Total Single Payment divided by the Lease Term for each month, or part thereof, that you retain the vehicle past Lease End until we receive the purchase price or extension agreement. Our acceptance of any lease payments after lease end does not give you the right to keep the vehicle and it does not mean that we agree to extend the lease.

2) **Excess Wear and Use/Excess Wear Standard.** Unless you are charged an Early Return of Vehicle Charge determined by Calculation A or C in section 22.b. of this lease, if you do not purchase the vehicle, you agree to pay for excess wear and use. Excess wear and use includes a charge for any miles driven in excess of the Mileage Allowance and the estimated cost of repairs to the vehicle that are the result of excess wear, whether or not we actually repair the vehicle. Excess wear includes, but is not limited to: (a) damage to the major driveline components (engine, transmission, differential) not covered by warranty; (b) damage to the electrical system or battery; (c) damage to the frame; (d) missing or broken parts, equipment or accessories, including optional factory equipment, keys or remote keyless entry devices, tool kits, or anything else that was in or on the vehicle when you received it; (e) missing tires, tires that are lesser quality than the original tires, tires that are not produced by the same manufacturer, tires of unequal size (diameter), tires that have sidewall plugs, cuts or exposed cords, tires that have less than 1/8 inch tread, or wheels that are broken or cracked; (f) damage to the body, fenders, metalwork, lights, trim or paint, including but not limited to dents or rust; (g) damaged or stained dash, floor covers, seats, or any other part of the interior; (h) nonfunctioning, discolored, tinted, or broken glass, including stars, cracks, holes or plugs; (i) failure to maintain the vehicle according to the manufacturer's specifications; (j) after market alterations not installed by an authorized Mercedes-Benz dealer; (k) water damage; (l) damage that makes the vehicle run in a noisy, rough, or improper way, or that makes the vehicle unsafe or unlawful; and (m) any other damage to the interior or exterior that is beyond ordinary wear and use.

If you do not agree with our invoice for the amount owed for excess wear and use, you may obtain (at your own expense) a professional appraisal of the amount required to repair or replace parts, or the amount which the excessive wear and use reduces the value of the Vehicle. You must notify us in writing within seven (7) business days following the earlier of the mailing or delivery of the invoice. If you choose to have such an appraisal done, and the appraisal must be performed within ten (10) business days after you give us notice of your decision to have an appraisal performed. The appraisal shall be performed by an independent third party agreed to by you and Assignee. The appraiser's findings shall be final and binding on you and Assignee. If you fail to give us written notice of your election to obtain an independent appraisal within the time allotted, the amount stated on our invoice for excess wear and use shall be deemed final and binding on you and Assignee.

**b. Early Termination by You.** If you are not in default and you do not purchase the vehicle, you may terminate this lease at any time. If you terminate your lease before the Lease End, you must return the vehicle to us, complete and sign the odometer statement, sign the condition report, and pay your Early Return of Vehicle Charge (described below).

1) **Standard Lease - Early Return of Vehicle Charge.** If this is a Standard Lease, as indicated on the front of this lease, your Early Return of Vehicle Charge is determined by Calculation A or Calculation B, below, whichever is less:

**Calculation A:** (1) all unpaid amounts due under this lease; plus (2) official fees and taxes related to the lease or the vehicle; plus (3) the Vehicle Turn-in Fee stated on the front of the lease; plus (4) any positive amount determined by subtracting the vehicle's then Fair Market Wholesale Value (explained in section 22.b.3.) from the Adjusted Lease Balance (explained in section 21.b.1.).

**Calculation B:** (1) all remaining Monthly Payments under the lease; less (2) the unearned Rent Charge calculated on the constant yield basis; plus (3) all official fees and taxes related to the lease or the vehicle; plus (4) the Vehicle Turn-In Fee stated on the front of the lease; plus (5) the amount, if any, for excess wear and use; plus (6) any other amounts you owe the Lessor.

2) **Single Payment Lease - Early Return of Vehicle Charge.** If this is a Single Payment Lease, as indicated on the front of this lease, your Early Return of Vehicle Charge is determined by Calculation C or Calculation D, below, whichever is less:

Calculation C: (1) all unpaid amounts due under this lease; plus (2) official fees

## End of Lease (continued)

**23. Event of Default.** You are in default under this lease if any payment made with us is: (a) untimely, (b) dishonored by the bank, or (c) not in any other manner that violates your required insurance; (4) you fail to return the vehicle as we specify; (5) you gave false or misleading information to us on your credit application or in any other document; (6) you die (and your surviving spouse does not continue to make payments due in accordance with the lease terms), are declared incompetent, become insolvent, a bankruptcy petition is filed by or against you, or you dissolve active business affairs; (7) the vehicle is seized, or levied upon by any government or legal process; (8) the vehicle is destroyed, abandoned, stolen or damaged beyond repair; (9) your driver's license expires or is suspended, revoked, or canceled, or (10) anything else happens that we reasonably believe in good faith endangers the vehicle or your ability to pay.

**c. Remedies for Default.** If you are in default, you will owe your Early Termination Liability provided in section 23.a. and we may take any or all of the following actions: (1) terminate this lease and your rights to the vehicle; (2) take possession of the vehicle without prior demand, unless notice or demand is required by law; (3) take reasonable action to prevent the default on our loss; (4) require you to return the vehicle and any related records; (5) make a claim for insurance or service contract benefits or refunds available on your default and apply such amount to the amount you owe; or (6) use any remedy we have at law or in equity. You agree to reimburse us for any amounts we choose to pay under this lease that you are required to pay, including amounts we pay to cover your default or enforce our right to the vehicle.

If we take possession of the vehicle as described in section 23.c.2, we may take any personal property in the vehicle. We will hold the personal property for you for 20 days. If you do not pick up the property within that time, we may dispose of it in any manner.

## Additional Information

**24. Assignment and True Lease**
You understand that this is a true lease and that you do not have equity or other ownership rights in the vehicle unless you purchase it from us. You may not assign, sell, sublease or arrange an assumption of your interests or rights under this lease or in the vehicle without our written permission. You understand that we may assign our rights and obligations under this lease at anytime or to anyone, including DCFS Trust, without first notifying you. You agree and grant us permission to provide information about you, the vehicle or this lease to our affiliates at any time, subject to the terms of the Assignee's Privacy Policy. Lessor and its employees are not agents of Assignee and have no authority to obligate Assignee. DaimlerChrysler Financial Services Americas LLC ("Mercedes-Benz Financial"), as the servicing agent for DCFS Trust, has the power to act on DCFS Trust's behalf to administer, enforce and defend this lease. You agree to pay all amounts due under this lease to Mercedes-Benz Financial or as otherwise directed by DCFS Trust or Mercedes-Benz Financial.

**25. Late Charges/Returned Payment Fee/Fines and Tickets.**
If we do not receive the entire amount of your Monthly Payment within 15 days after it is due, you will pay us a late fee of $50 or 5% of the unpaid amount whichever is less. If any check, draft, order, or other payment instrument is returned to us for any reason, or if any authorized electronic debit is not paid, you will pay us a fee of $25. You agree to pay all fines and tickets imposed on the vehicle or its driver. If you do not pay such fines or tickets and we pay, you will reimburse us, and pay us an administration fee of $25 to the extent permitted by law.

**26. Indemnification**
You will defend, indemnify and hold harmless Lessor and Assignee from and against any loss and all losses or damages to the vehicle and from all claims, losses, suits, actions, liabilities, costs and expenses (including, but not limited to reasonable attorney fees) related to and/or against the use, operation or condition of the vehicle.

**27. Notices/General**
We will send notices and correspondence to you at the billing address you provided on this lease. If this address or the garage address changes, you will inform us, in writing, within 30 days of the change. To the extent permitted by law, you give us permission to monitor and record any telephone conversation between you and us. Section headings in this lease are for convenience of reference only and are not part of the lease for any other purpose.

**28. Refundable Security Deposit**
The Refundable Security Deposit may be used to pay all amounts that you fail to pay under this lease or to satisfy any remedy for Default. Any portion of the Refundable Security Deposit not applied to amounts that you owe will be returned to you after termination of this lease and our determination that the amounts you owe at the end of this lease have been paid. Even if we have refunded to you all or any portion of the Security Deposit, you are still responsible for amounts due and owing after termination of this lease such as personal property tax. You may not apply any portion of the Security Deposit to a Monthly Payment. You will not earn interest on the Security Deposit. Any interest or monetary benefit to us which may accrue as a result of our retention of the Security Deposit will neither be paid to you nor applied to reduce your obligations under this lease.

**29. Modification**
Any change to this lease must be in writing and signed by Assignee, however, if permitted by law, extensions, deferrals, or due date changes may be agreed to orally by you and Assignee and we will send you written confirmation.

**30. Enforceability**
Each person who signs this lease is jointly and severally liable under this lease and for all payments, whether or not we may try to collect from the other signers. We do not have to repossess the vehicle to exercise any other rights. We do not give up any of our rights by delaying or failing to exercise them. This lease is subject to the laws of the state where it was signed. This lease is the entire agreement between you and us and is binding on anyone who assumes our interest in it. We are not bound by any statements or representations made by agents or sales people if not contained in this lease. We make no promises regarding any tax benefits to you from leasing. If we waive any provision of this lease or if any provision in this lease is held to be unenforceable, void, illegal or otherwise against applicable law, the other provisions shall survive and be enforceable separately from any voided provisions, unless otherwise provided in this lease.

**31. Delivery**
You accept delivery of the vehicle described in this lease and acknowledge that it is equipped as described, is in good operating order and condition, and has the odometer reading recorded on the front of this lease in the Vehicle Information section.

**32. Payment Obligations**
You may not change or stop any lease payments for any reason, even if you do not receive an invoice, and even if the vehicle is stolen, destroyed, seized by the government or a court, experiences mechanical problems, or does not satisfactorily perform. If you experience mechanical or other difficulties with the vehicle, you will pursue these issues with the manufacturer.

**33. Taxes, Registration and Titling**
You agree to title, register and license the vehicle in the state in which it is primarily located. You are aware that the vehicle is to be tried in our name. You must request any power of attorney required from us to title, register, or license the vehicle. You agree to promptly pay all title, registration, license, inspection, testing, personal property taxes, and other fees, taxes and charges imposed by government authorities in connection with the vehicle, this lease, or any amounts due or payable arising from this lease. We may pay any or all license, title and registration costs, fees, charges and taxes relating to the vehicle or this lease that you do not pay and you agree to reimburse us for all such amounts. We have no duty to account to you for the fees, charges, or taxes we pay. You are responsible for any fines, penalties, and/or interest if you do not pay a bill when it is due. If the vehicle is primarily located in a state other than a state that bills you directly for personal property tax, we will invoice you for personal property tax, if applicable, after we have been billed by the taxing authority. During the term of this lease, you agree to pay the invoice amount on or before your next Monthly Payment due date. We may receive some bills after this lease has ended. If this lease has ended, you agree to pay us within 10 days of being invoiced, if this is a Standard Lease, or within 10 days of being invoiced if this is a Single Payment Lease. If the vehicle is primarily located in a state that bills you directly for personal property tax, you will pay the state DIRECTLY for the personal property tax owed on the vehicle. If you do not pay, and we pay the personal property tax, you will reimburse us the cost of the personal property tax and any penalties incurred.

**34. Security Interest**
You grant us a security interest, to the extent permitted by law, in the following, to secure performance of your lease obligations: (1) proceeds of any insurance with respect to the vehicle; (2) proceeds of any service contract purchased with this lease; and (3) any unearned premiums or refunds of any of the foregoing. You will not allow any lien or encumbrance to attach to the vehicle.

**35. Power of Attorney**
You appoint us, to the extent permitted by law, through our appointed officer or employee, as your attorney-in-fact to act on your behalf in any insurance/coverage matter relating to the vehicle, including, but not limited to, the power to endorse insurance/coverage proceeds checks or drafts on your behalf; and cancel any Credit Life, Credit Disability, Guaranteed Automotive Protection Coverage, Extended Warranty, or other optional insurance/coverage financed under this lease, and apply the refunded premium or cost to your outstanding balance if you are in default. Your grant of this power of attorney is coupled with an interest, and is irrevocable until all obligations you owed under this lease are paid in full.

## Important Arbitration Disclosures

**36. Arbitration**
The following Arbitration provisions significantly affect your rights in any dispute with us. Please read the following disclosures and the arbitration provision that follows carefully before you sign the contract.

1. If either you or we choose, any dispute between you and us will be decided by arbitration and not in court.

2. If such dispute is arbitrated, you and we will give up the right to a trial by a court or a jury trial.

3. You agree to give up any right you may have to bring a class-action lawsuit or class arbitration, or to participate in either as a claimant, and you agree to give up any right you may have to consolidate your arbitration with the arbitration of others.

4. The information that can be obtained in discovery from each other from third persons in arbitration is generally more limited than in a lawsuit.

5. Other rights that you and/or we would have in court may not be available in arbitration.

Any claim or dispute, whether in contract, tort or otherwise (including any dispute over the interpretation, scope, or validity of this lease, arbitration section or the arbitrability of any issue), between you and us or any of our employees, agents, successors or assigns, which arises out of or relates to a credit application, this lease, or any resulting transaction or relationship arising out of this lease shall, at the election of either you or us, or our successors or assigns, be resolved by a neutral, binding arbitration and not by a court action. Any claim or dispute is to be arbitrated on an individual basis and not as a class action. Whoever first demands arbitration may choose to proceed under the applicable rules of the American Arbitration Association, or its successor, which may be obtained by mail from the American Arbitration Association, Attn: Customer Service Department, 335 Madison Ave., 10th Floor, NY, NY 10017-4605 or the Internet at http://www.adr.org/, or the applicable rules of the National Arbitration Forum, or its successor, which may be obtained by mail from The Forum, P.O. Box 50191, Minneapolis, Minnesota 55405-0191, or on the Internet at http://www.arbitration-forum.com.

DCFS TRUST
PO BOX 685
ROANOKE TX          76262

001219



# CERTIFICATE OF TITLE

## NEW YORK STATE

**\* \* LIENS \* \***

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WDDNG86X07A111016 | 2007 | ME/BE | S5A | 4DSD | 013127P |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 4485 | GAS | 8 | NEW | VEHICLE | 2/06/07 |

Name and Address of Owner(s)

ODOMETER READING: 00010

ACTUAL MILEAGE

DCFS TRUST
PO BOX 685
ROANOKE TX          76262



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
US;BANK;AS;COLL;AGT
PO BOX 997539
SACRAMENTO CA     95899

Lienholder
\* ONE LIEN RECORDED \*

Lienholder
\* ONE LIEN RECORDED \*

Lienholder
\* ONE LIEN RECORDED \*

MV-999 (7/03)

**DEPARTMENT OF MOTOR VEHICLES**