DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

LEHMAN BROTHERS HOLDING INC.,

Debtor.

**AFFIDAVIT OF FACT**

Case No. 08-13555-JMP
(Chapter 11)

---

STATE OF TEXAS        )
                      ) ss.:
COUNTY OF DUVAL       )

    LAKESHA PAGE-WASHINGTON, being duly sworn, deposes and says:

    1.    I am a Bankruptcy Specialist for DCFS Trust. DCFS Trust is a foreign corporation, duly authorized to do business in the State of New York.

    2.    I have direct access to and am familiar with the facts and circumstances set forth in this Affidavit by reason of the examination of the books and records maintained by DCFS Trust in the ordinary course of business.

    3.    This Affidavit is submitted in support of DCFS Trust's Motion for Relief from the Automatic Stay in this case pursuant to 11 U.S.C. Section 362(d).

    4.    A review of the records maintained by DCFS Trust reveals that the debtor is in default of its payment obligations to DCFS Trust in that as of December 31, 2008, payments have not been made

7

for the months of September through December, 2008. The gross balance due and owing as of December 31, 2008 was $15,187.20. Based upon the foregoing default in payment, DCFS vehicle, one (1) 2007 Mercedes S550 (V.I.N. WDDNG86X07A111016). The wholesale value of the vehicle as of the date of the filing of the instant motion, pursuant to the NADA Official Used Car Guide was $63,075.00.

5. I have read the Motion for Relief from the Automatic Stay dated December 31, 2008 and attest to the allegations set forth therein.

WHEREFORE, your deponent respectfully requests that the Court grant DCFS Trust's Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d); and for such other and further relief as to the Court may seem just and proper.

Lakesha P. Washington
Lakesha Page-Washington

Sworn to before me this 31st day of December, 2008.

Nancy Moreau
Notary Public-State of Texas

NANCY MOREAU
Notary Public,
State of Texas
Comm. Exp. 09-01-10

08.06896

8