DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:                                                                    Case No. 08-13555-JMP
                                                                                (Chapter 11)
      LEHMAN BROTHERS HOLDING INC.,

                            Debtor.
_____

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

      Creditor, DCFS Trust, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay herein, or the granting of adequate protection herein,

      UPON reading and filing the Notice and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated December 31, 2008, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

      NOW, on motion of DCFS Trust, by its counsel, Deily, Mooney & Glastetter, LLP, it is hereby

      ORDERED, that pursuant to 11 U.S.C. Section 362(d)(1) the Motion of creditor, DCFS Trust, for Relief from Automatic Stay is granted; and it is further

      ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, DCFS Trust, to recover possession and dispose of its property; namely, one (1) 2007 Mercedes S550 (V.I.N. WDDNG86X07A111016).

DATED:    New York, New York
               January ___, 2009

                                                          _____
                                                             Hon. James M. Peck
                                                             United States Bankruptcy Judge
E N T E R:                               Southern District of New York         08.06896