DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

    LEHMAN BROTHERS HOLDING INC.,

                                 Debtor.

Case No. 08-13555-JMP
(Chapter 11)
_____

## CERTIFICATE OF SERVICE

    I, GEORGIA C. VISCONTI, certify that I am not less than eighteen (18) years of age; that service of the Notice of Motion, Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) (with attached Exhibits) and Affidavit of Fact was made on January 5, 2009

Mail Service:  Regular, first-class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Lehman Brothers Holding Inc. (Debtor)<br>745 Seventh Avenue<br>New York, NY 10019 | Official Committee of Unsecured Creditors<br>James Tecce, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor |
| Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2112 | New York, NY 10010<br>(with Notice of Motion only) |

  E-Mail Service:  via e-mail notification to the following:

    Harvey R. Miller, Esq.
    Attorney for Debtor
    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, NY 10153

                                                    /s/ Georgia C. Visconti
                                                    Georgia C. Visconti

08.06896