Ellen Zweig, Esq.
Law Offices of Neil Moldovan
One Old Country Road
Carle Place, New York
516-294-3300
Fax 516-294-4011
ezweig@optonline.net

Attorneys for Anita Bryant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re LEHMAN BROTHERS HOLDING, INC.    Chapter 11
                                       Case No.: 08-13555 (JMP)
                                       Jointly Administered

                           Debtors
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND SERVICE OF PAPERS

      **PLEASE TAKE NOTICE** that Anita Bryant, a party in interest, hereby appears in the above-captioned case.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002 and 9007, demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

>   Law Offices of Neil Moldovan, P.C.
>   One Old Country Road, Suite 270
>   Carle Place, New York 11514
>   Attn: Ellen Zweig (EZ9598)
>   Tel: (516) 294-3300
>   Fax: (516) 294-4019
>   Email: ezweig@optonline.net

      The foregoing demand includes, not only the notices and papers referred to in the Bankruptcy Rules specified above but, without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal,

whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor.

This appearance and demand for notice and service of papers is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Anita Bryant (hereinafter "Bryant") nor, specifically but not limited to, a waiver of (i) Bryant's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) Bryant's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Bryant's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Bryant is or may be entitled under any agreement, in law or in equity, as of which rights, claims, actions, defenses, set-offs, and recoupments Bryant expressly reserves.

Dated: Carle Place, NY
January 5, 2009

Law Offices of Neil Moldovan, P.C.

_____

Ellen Zweig (EZ9598)

Attorneys for Anita Bryant

One Old Country Road
Carle Place, New York 11514
Tel: 516-294-3300
Fax: 516-294-4019
Email: ezweig@optonline.net