# EXHIBIT A

     

ellen zweig                                                                                          Logout



**SUPREME COURT**
**QUEENS COUNTY**

**BRYANT, ANITA**
**v.**
**LEHMAN BROTHERS HOLDINGS ETAL**

Index Number: 25563/2005
Case Status: STAYED
Calendar Number: AA04066

**Vendor Links**

Plaintiff(s):   *BRYANT, ANITA THIRD PARTY ACTION LEHMAN BROTHERS HOLDINGS ETAL, INC., HENEGAN CONSTRUCTION CO., INC. 1301 PROPERTIES, L.L.C., AND EQUITY OFFICE PROPERTIES MANAGEMENT CORP.*

Defendant(s):   *LEHMAN BROTHERS HOLDINGS ETAL, INC., HENEGAN CONSTRUCTION CO., INC. 1301 PROPERTIES, L.L.C., AN EQUITY OFFICE PROPERTIES MANAGEMENT CORP. UNITY ELECTRIC CO., INC.*

This *NEGLIGENCE* case is a civil action for *MONEY DAMAGES ARISING FROM PERSONAL INJURIES*. The action is currently assigned to Judge *TRIAL SCHEDULING JUDGE*.

On *August 30, 2006*, a Request for Judicial Intervention (RJI) was filed with the Clerk's Office in connection with *A PARTY'S REQUEST FOR A PRELIMINARY CONFERENCE*. Based upon this filing date, the court's Standards and Goals for the processing of this type of case are as follows: the Note of Issue (NOI) should be filed by *August 30, 2007* and the case should be resolved by *November 30, 2008*.These deadlines represent general goals. Actual deadlines shall be those set by the assigned Justice in a preliminary conference or other order.

On *August 24, 2007* a Note of Issue (NOI) was filed with the Clerk's Office. Based upon this filing date, the court's Standards and Goals is for the trial of this case to be completed by *November 24, 2008*.

*THE PLAINTIFF HAS REQUESTED A JURY TRIAL FOR THIS ACTION.*

The following additional comments are also noted on the court's record concerning this case:   *09/06/07-MOTION RETURNABLE 10/5,REJECTED,PT.19-WEDS.,RETURNED VIA MAIL TO E.WESTERMANN,H,S,A&K; OSC CODED (COMPLQ) SENT TO HON.SATTERFIELD 11/14/07 11/15/07 OSC CODED COMPLQ DENIED BY J. SATTERFIELD N/D 11/16/07; 12/12/07-MOTION RETURNABLE 12/21,PT.19-WED.,RETURNED TO UNITED; 8/15/08 (SFO-J.SATTERFIELD) MOTION AND CROSS-MOTION ARE SET DOWN FOR A HEARING ON 9/24/08, 10:30 A.M. ROOM 63.; X; X; X; X; X; 07/23/08 JAMES LIGUORI L 07/30/08 NY PHYSICAL THERAPY M 07/30/08 NY MEUROLOGICAL L 08/05/08 ADVANCED MEDICAL IMAGING X; 08/07/08 SOUTH NASSAU*

*ORTHOPEDIC M 08/07/08 DR. SEBASTIAN LATTUGA M 08/11/08 FRANKLIN HOSPITAL M 08/21/08 ALL COUNTY OPEN MRI X; ACTION STAYED THIS DATE. DEF ATTY FOR LEHMAN SUBITTED PROOF OF BANKRUPCY FILING AT DISCOVERY CONFERENCE SCHEDULED 9/24/08. 10/29/08 APPEARANCE IN TSP DELETED*

Home · eWatch · eCalendar · eDocket · eCopy

My Profile · Make Payments · Account History

Help · Contact Us · Privacy Statement · Press Releases

Copyright © 2000-2008 eLaw, LLC. All rights reserved.
All trademarks and registered trademarks are the property of their respective owners
and are used for identification or reference purpose only with no intent to infringe on copyrights.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re                                                                Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS, INC.,                  08-13555 (JMP)

           Debtors                              (Jointly Adminstered)

----------------------------------------------------------------X
STATE OF NEW YORK)
COUNTY OF NASSAU )ss:

       Anita Bryant, being duly sworn, deposes and says:

       I am a plaintiff in a personal injury action pending in Supreme Court, Queens County,

New York. As such, I am fully familiar with the facts and circumstances herein.

       I submit this affirmation in support of my motion to lift the automatic bankruptcy stay in

this case and to allow my personal injury case proceed to trial in state court.

       I have an action to recover money damages for personal injuries that I  in Supreme Court,

Queens County under index number 25563/05. In that action, I have sued Lehman Brothers

Holdings, Inc (the debtor herein), Henegan Construction Co., Inc., 1301 Properties LLC and

Equity Office Properties Management Corp.   Those parties sued my employer Unity Electic Co.,

Inc.

       I was working as a union electrician for Unity Electic during a major renovation project at

1301 6th Avenue, New York, New York. It is my understanding that the work that I was doing

was in office space that was rented by Lehman Brothers Holding, Inc. I suffered serious injuries

in April 2005, including but not limited to a herniated disc resulting in a laminectomy.

My attorney has advised me that I am suing those parties under the New York Labor Law
Section 240 and 241 and for common law negligence.

It is my understanding that the debtor in this case, Lehman Brothers Holdings, Inc. was
the tenant in the building for whom I was doing construction work and that Henegan
Construction was the general contractor at the job site.

My attorney has advised me that Henegan Construction had a policy of insurance for the
project with Travelers Insurance Company under policy number DTNYK-CO-828K9612-IND-04
and that Lehman Brothers was an additional named insured under that policy of insurance. It is
also my understanding that the policy has a limit of $1,000,000 (one million) per occurrence with
a general aggregate of $ 2,000,000 (two million).   There is also excess coverage is afforded
under Travelers Insurance Policy No. DTSM-CUP-828K9243 with limits of $ 5,000,000 per
occurrence and a $ 5,000,000 aggregate. It is also my understanding that Lehman and the
defendants in this case are seeing contractual indemnification from my employer, Unity Electric.
Unity Electric is covered under a policy of insurance with Virginia Surety under policy number
2CG0000050178900.

I am seeking to have the automatic stay lifted with respect to Lehman to the extent of any
and all policies of insurance available to it for this accident either under the Travelers policies or
the Virginia Surety policy.

I am also seeking to have this matter decided expeditiously because I am suffering from

advanced breast cancer. Unless I proceed to trial expeditiously in state court, I could effectively

be denied any remedy for my injuries.


For the foregoing reasons, I respectfully request that my motion be granted in all respects.

Anita Bryant

Sworn to before me
this    day of December 2008.

YVROSE CASSEUS
Commissioner of Deeds
City of New York No. 4-5154
Certificate Filed in New York
Commission Expires Dec 2. 19___ 2/1/09

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

--------------------------------------------------------------------X

ANITA BRYANT,

                             Plaintiff,

-against-

**PLAINTIFF'S
VERIFIED BILL
OF PARTICULARS**

Index No. 25563/05

LEHMAN BROTHERS HOLDINGS INC., HENEGAN
CONSTRUCTION CO., INC., 1301 PROPERTIES,
L.L.C., and EQUITY OFFICE PROPERTIES
MANAGEMENT CORP.,

                             Defendants.

--------------------------------------------------------------------X

Plaintiffs, by and through their attorneys, **LAW OFFICES OF NEIL MOLDOVAN,**

**P.C.,** submit the following as and for Verified Bill of Particulars:

1.    Plaintiff, ANITA BRYANT, date of birth is April 9, 1969 and her social security

number is 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. Plaintiff is not married and is not known by any other name.

2.    The date of the occurrence on Tuesday, April 26, 2005 at 1:20 P.M.

3.    a.    The accident occurred at 1301 6th Avenue, New York, NY.
        b.    To be provided.
        c.    N/A
        d.    N/A
        e.    To be provided.
        f.    To be provided.
        g.    N/A

4.    That plaintiff injuries occasioned through the negligence of the Defendants,

through their servants, agents and/or employees, in carelessly, recklessly and negligently

permitting and allowing the said premises and its parts to remain in an unsafe condition. That

the said occurrence was due to the reckless and/or negligence of the Defendants, in supervision

at the aforementioned premises, and in allowing said area to become an unsafe working

environment, in permitting and allowing the paper covering the flooring thereat to become

loosened, ripped and frayed, in failing to provide proper and/or adequate supervision at said

premises, in failing to warn Plaintiff of the dangers then and there existing; in failing to provide

Plaintiff with a safe place to work in accordance with Labor Law Sections 200, 240, 241(6).

5a-c.    The dangerous condition occurred when the Defendants, LEHMAN

BROTHERS HOLDINGS INC., HENEGAN CONSTRUCTION CO., INC., 1301

PROPERTIES, L.L.C., and EQUITY OFFICE PROPERTIES MANAGMENT CORP., failed to

provide for the safety of those lawfully on the premises; permitting and allowing the said area to

become unsafe; in falling to warn; in failing to cordon off the area; in acting in a reckless,

wanton and grossly negligent manner; and in other acts or negligence, the Plaintiff, ANITA

BRYANT, was caused to trip and fall thereby sustaining injuries to the right neck, back and chest

and plaintiff was caused to sustain severe personal injuries as a result of the negligence of the

Defendants, LEHMAN BROTHERS HOLDINGS, INC., HENEGAN CONSTRUCTION CO.,

INC., 1301 PROPERTIES, L.L.C., and EQUITY OFFICE PROPERTIES MANAGEMENT,

CORP.

6.    Actual notice is claimed in that the Defendants, their agents servants and/or

employees actively and affirmatively caused and created the dangerous condition.

7.    Constructive notice is claimed in that the condition existed for a substantial period

of time prior to the happening of the accident so that the Defendants, their agents, servants and/or

employees could and should have had notice and knowledge thereof with the use of due

diligence and care, and remedied same.

8.    N/A

9.    N/A

10.    By violation of Labor §200, 240 and 261(6) in failing to provide plaintiff with a

safe place to work.

11.    N/A

12.    Labor Law Sections 200, 240 and 241(6).

13.    Labor Law Sections 200, 240, and 241(6).

14.    a.    Electrician
       b.    Unity Electric Company
             64-45 Fresh Meadow Lane
             Flushing, NY 11365
       c.    $600.00 weekly
       d.    N/A
       e.    9 months
       f.    N/A

15.    Plaintiff is claiming the following special damages:
       a.    Hospital services:     St. Luke's-Roosevelt Hospital
       b.    X-rays:                Included in physician and hospital expenses.
       c.    Physical services:     To be provided.
       d.    Nurses services:       Included in physician and hospital expenses.
       e.    Medical Supplies:      Included in physician and hospital expenses.
       f.    Loss of earnings:      $35,000 and lost of job
       g.    Special damages:       To be provided.

16.    Plaintiff, ANITA BRYANT, sustained the following personal injuries:

       a.    Cervical derangement;

             Myofascial strain;

             Posterior disc herniations from C3 through C6 abutting the anterior aspect
             of the spinal cord;

             Deformity at C2 level;

             Lumbar derangement;

             Posterior disc herniations at L4-5 and at L5-S1 impinging on the anterior
             aspect of the spinal canal, the left nerve root at L4-5, and nerve roots
             bilaterally at L5-S1;

Tear of the medial meniscus;

Intramuscular lipoma within the quadriceps;

b.     The Plaintiff, **ANITA BRYANT,** sustained a serious injury as defined in

Insurance Law Section 5102(d) in that the plaintiff has sustained significant disfigurement; a

fracture; permanent loss of use of a body organ, member, function or system; permanent

consequential limitation or use of a body function or system; or a medically determined injury or

impairment of a non-permanent nature which prevents the injured person from performing

substantially all the material acts which constitute such person's usual and customary daily

activities for not less than ninety days during the first one hundred eighty days immediately

following the occurrence of the injury or impairment

c.     Dr. Richard Parker, 64 S. Central Ave., Valley Stream, NY 11580

New York Neurologic Associates, 3003 New Hyde Park, Suite 200,
New Hyde Park, NY 11042

All County Open MRI, 1390 Hempstead Turnpike, Elmont, NY 11003

17.   a.   Bed - approximately 5 to 6 months
      b.   House - approximately 9 months
      c.   St. Luke's Hospital
           1000 Tenth Avenue
           New York, NY 10019

18.   Anita Bryant, 155-26 Jewel Avenue, Flushing, New York 11367.

19.   Labor Law Sections 200, 240, and 241(6).

20-23.  To be supplied upon completion of discovery.

Dated: Carle Place, New York
       April 28, 2006

Yours etc.,

LAW OFFICES OF NEIL MOLDOVAN, P.C.

By: **Neil Moldovan**
Attorneys for Plaintiff
One Old Country Road; Suite 270
Carle Place, New York  11514
(516) 294-3300

TO:   The Law Offices of Michael F.X. Manning
      Attorneys for Defendants
      LEHMAN BROTHERS HOLDINGS INC.
      100 Bayliss Road, Suite 300
      P.O. Box 9093
      Melville, New York 11747-9093

STATE OF NEW YORK)
                                    : ss.:
COUNTY OF NASSAU )

        Evelyn Eng, being duly sworn, states as follows:
I am over 18 years of age, not a party to the within action, and reside in Glen Oaks, New York.

        On May 2 , 2006, I served the annexed **PLAINTIFF'S VERIFIED BILL OF
PARTICULARS,** the parties listed below by mailing a true and complete copy of same in a
postage pre-paid envelope, and depositing same in a post office or official depository of the
United States Postal Service within New York State, at the last known address of the addressee
(s) as set forth herein.

TO:     The Law Offices of Michael F.X. Manning
        Attorneys for Defendant
        Lehman Brothers Holdings Inc.
        100 Bayliss Road, Suite 300
        P.O. Box 9093
        Melville, NY 11747-9093

                                                            Evelyn Eng
                                                            EVELYN ENG

Sworn to Before me this
2  day of May, 2006

NOTARY PUBLIC
        NEIL MOLDOVAN
Notary Public, State of New York
        No. 02MO4804407
        Qualified in Nassau County
Commission Expires July 31, 200 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-----------------------------------------------------------------------X

ANITA BRYANT,

Plaintiff,

-against-

Index No.: 25563/05

LEHMAN BROTHERS HOLDINGS INC., HENEGAN
CONSTRUCTION CO., INC., 1301 PROPERTIES, L.L.C.,
AND EQUITY OFFICE PROPERTIES MANAGEMENT
CORP.,

Defendants.

-----------------------------------------------------------------------X

---

## PLAINTIFF'S VERIFIED BILL OF PARTICULARS

---

Law Offices of Neil Moldovan, P.C.
Attorneys for Plaintiff

By

Neil Moldovan
One Old Country Road
Suite 270
Carle Place, NY 11514
(516)294-3300

**EXHIBIT E**


**ST PAUL TRAVELERS**

Susan Robertson

Senior Technical Specialist
St Paul Travelers
1 Whitehall Street
New York, NY 10004

(212) 859-3374
(212) 859-3297 (fax)

January 31, 2006

AIG Claim Services Inc
Myra Crawford
PO box 2970
Alpharetta, GA 30023-2970

RE: Anita Bryant v Equity Office Properties Management Corp. and 1301 Properties LLC,
   Lehman Brothers, Henegan Construction Company Inc.
   Your Claim Number: 683-084507

Dear Myra,

Pursuant to your request St Paul Travelers has reviewed your demand for defense and
indemnification of Lehman Brothers Holdings Inc.

Please be advised that St Paul Travelers agrees to assume the defense and indemnification of
Lehman Brothers Holdings Inc. up to the policy limits.

Please call me and advise if you have assigned this to counsel.

Sincerely,

Susan Robertson
Senior Technical Specialist

**EXHIBIT F**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
----------------------------------------------------------------------X

ANITA BRYANT,

                                    Plaintiff,

    - *against* -

LEHMAN BROTHERS HOLDINGS INC., HENEGAN
CONSTRUCTION CO., INC., 1301 PROPERTIES,
L.L.C., and EQUITY OFFICE PROPERTIES
MANAGEMENT CORP.,

                                    Defendants.
----------------------------------------------------------------------X
LEHMAN BROTHERS HOLDINGS INC., HENEGAN
CONSTRUCTION CO., INC., 1301 PROPERTIES,
L.L.C. and EQUITY OFFICE PROPERTIES
MANAGEMENT CORP.,

                    Third-Party Plaintiffs,

            - *against* -

UNITY ELECTRIC CO., INC.

                    Third-Party Defendant.
----------------------------------------------------------------------X

**Index No. 25563/05**

**SUPPLEMENTAL
INSURANCE
DISCLOSURE**

*COUNSEL:*

    *PLEASE TAKE NOTICE* that defendants/third-party plaintiffs LEHMAN
BROTHERS HOLDINGS INC., HENEGAN CONSTRUCTION CO., INC., 1301
PROPERTIES, L.L.C., and EQUITY OFFICE PROPERTIES MANAGEMENT CORP.,
by their attorney, the Law Office of JOHN P. HUMPHREYS, in supplementing their
response to the request for insurance information, hereby states, upon information and
belief, as follows:

1.      Defendants/Third-Party Plaintiffs are afforded primary coverage under GL

Policy No. DTNYKCO-828K9612, effective date August 15, 2004 through August 15,

2005, with limits of $1,000,000 per occurrence and a $2,000,000 aggregate.  Coverage is

afforded by The Travelers Indemnity Company.

Excess coverage is afforded under Policy No. DTSM-CUP-828K9243, effective

August 15, 2004 through August 15, 2005, with limits of $5,000,000 per occurrence and a

$5,000,000 aggregate.  Coverage is afforded by The Travelers Indemnity Company.

PLEASE TAKE FURTHER NOTICE that these answering defendants/third-party

plaintiffs reserve their right to supplement and/or amend this response up to and including

the time of Trial.

Dated:  April 22, 2008
        Melville, New York

                                Yours, etc.,

                                Law Office of JOHN P. HUMPHREYS

                                SCOTT L. GUMPERT, ESQ.
                                Attorneys for Defendants/Third-Party Plaintiffs
                                LEHMAN BROTHERS HOLDINGS INC.,
                                HENEGAN CONSTRUCTION INC.,
                                1301 PROPERTIES, L.L.C., and
                                EQUITY OFFICE PROPERTIES
                                MANAGEMENT CORP.,
                                3 Huntington Quadrangle, Suite 102S
                                Melville, New York 11747
                                (631) 501-3100

To:
Law Office of Neil Moldovan, P.C.
Attorney for Plaintiff
One Old Country Rd., Suite 270
Carle Place, NY 11514

STATE OF NEW YORK    )
                     ) ss:            **AFFIDAVIT OF SERVICE**
COUNTY OF SUFFOLK   )


MICHELE DONATO, being duly sworn, says that deponent is not a party to the action; is over the age of 18 years; that on the 22nd day of April, 2008 deponent served the within *Supplemental Insurance Disclosure* upon:

Law Office of Neil Moldovan, P.C.
Attorney for Plaintiff
One Old Country Rd., Suite 270
Carle Place, NY 11514

Westermann, Hamilton, Sheehy,
Aydelott & Keenan, LLP
Attorneys for Third-Party Defendant
Garden City Center
100 Quentin Roosevelt Blvd., Suite 502
Garden City, NY 11530

The address designated for such service, by depositing a true copy in an official depository under the care and custody of the U.S. Postal Service, within the State of New York.

MICHELE DONATO

Sworn to before me this
22nd day of April, 2008.

Notary Public

COLLEEN McKENNA
Notary Public, State of New York
No. 01MC4723487
Qualified in Suffolk County
Commission Expires September 30, 2010

*Bryant v. Lehman Brothers, etal*
*S/Q Index No. 25563/05*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

**Index No. : 25563/05**

ANITA BRYANT,

                                                **Plaintiff(s),**

                  **-against-**

LEHMAN BROTHERS HOLDING, INC., HENEGAN CONSTRUCTION CO., INC.,
1301 PROPERTIES, LLC.  et al.

                                         **Defendant(s).**

*And a 3rd Party Action*

## *SUPPLEMENTAL INSURANCE DISCLOSURE*

### Law Office of JOHN P. HUMPHREYS

Attorneys for Defendants/Third-Party Plaintiffs

**LEHMAN BROTHERS HOLDINGS, INC., HENEGAN CONSTRUCTION CO.,**
**1301 PROPERTIES and EQUITY OFFICE PROPERTIES MANAGEMENT CORP.**

Office & P.O. Address

### 3 Huntington Quadrangle, Suite 102S
### P.O. Box 9028
### Melville, New York 11747

Tel. No.: (631) 501-3100
Fax No.: (631) 501-3085

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: _____    Signature _____
                                          Signer's Name: _____

Service of a copy of the within                                 is hereby admitted.

Dated:                      _____
                               Attorney(s) for

### NOTICE OF ENTRY:

    **PLEASE TAKE NOTICE** that the within is a true copy of an Order entered in office of the Clerk of the above Court on the _____ day of _____, 200___.

### NOTICE OF SETTLEMENT:

    **PLEASE TAKE NOTICE** that the within proposed order will be presented for settlement and entry at the Courthouse on the _____ day of _____ 200 , at 10:00 a.m. at the office of the Clerk of the Part of this Court where the within described motion was heard.

Dated:  Melville, New York                **THE LAW OFFICE OF JOHN P. HUMPHREYS**
                                      Attorneys for Defendants/Third-Party Plaintiffs
                                      As Designated Above