**EXHIBIT D**



**ST PAUL TRAVELERS**

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**HENEGAN CONSTRUCTION CO., INC.**
**250 WEST 30TH STREET**
**NEW YORK NY 10001**

Presented by: AVIETTE AGENCY INC

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CONTRACTORS
COMMON POLICY DECLARATIONS
ISSUE DATE: 09/17/04

POLICY NUMBER: DTNY-CO-828K9612-IND-04

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY

1. NAMED INSURED AND MAILING ADDRESS:
HENEGAN CONSTRUCTION CO., INC.
250 WEST 30TH STREET
NEW YORK, NY 10001

2. POLICY PERIOD: From 08/15/04 to 08/15/05 12:01 A.M. Standard Time at
your mailing address.

3. LOCATIONS
Premises   Bldg.
Loc. No.   No.   Occupancy              Address

SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS   CG T0 01 11 03 IND
EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS    CG T0 09 09 93 IND

5. NUMBERS OF FORMS AND ENDORSEMENTS
FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
containing its complete provisions:
Policy                     Policy No.            Insuring Company

SEE CALCULATION OF PREMIUM
COMPOSITE RATES ENDORSEMENT

7. PREMIUM SUMMARY:
Provisional Premium   $        971,195
Due at Inception      $         98,087
Due at Each           $ SEE IL T0 30

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
AVIETTE AGENCY INC (TN149)
1571 STATE ROUTE 66
GHENT, NY 12075                               Authorized Representative

                                             DATE:

IL T0 02 11 89   PAGE 1 OF 2
OFFICE: SP-LONG ISLAND


**ST PAUL TRAVELERS**

TAXES AND SURCHARGES

POLICY NUMBER: DTNY-CO-828K9612-IND-04

EFFECTIVE DATE: 08/15/04

ISSUE DATE: 09/17/04

| DESCRIPTION | AMOUNT |
|---|---|
| NEW JERSEY GUARANTY FUND SURCHARGE - ALL OTHER | 1,071.00 |

IL TO 02 11 89     PAGE  2 OF  2

OFFICE: SP-LONG ISLAND      06I
PRODUCER NAME: AVIETTE AGENCY INC                    TN149


**ST PAUL TRAVELERS**

**POLICY NUMBER:** DTNY-CO-828K9612-IND-04

**EFFECTIVE DATE:** 08-15-04

**ISSUE DATE:** 09-17-04

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T0 01 05 03    COMMON POLICY CONDITIONS
IL T0 30 12 90    NON-STANDARD PAYMENT SCHEDULE
IL T0 03 04 96    LOCATION SCHEDULE
IL T3 02 07 86    CALCULATION OF PREMIUM-COMPOSITE RATE(S)
```

GENERAL LIABILITY - CONTRACTORS

```
CG T0 01 11 03    COML GENERAL LIABILITY COV PART DEC
CG F2 49 12 02    DEDUCTIBLE LIABILITY INS - NEW YORK
CG T0 07 09 87    DECLARATIONS PREMIUM SCHEDULE
CG T0 08 11 03    KEY TO DECLARATIONS PREMIUM SCHEDULE
CG T0 34 11 03    TABLE OF CONTENTS
CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COV FORM
CG T8 00          GENERAL PURPOSE ENDORSEMENT
CG T8 01          GENERAL PURPOSE ENDORSEMENT
CG 20 10 10 01    ADDL INSD-OWNER/LESSEE/CONTRACTOR B
CG 21 70 11 02    CAP ON LOSSES CERTIFIED ACTS TERRORISM
GN 00 69 11 03    NOTICE OF OCCUR KNOWLEDGE OF OCCUR
CG D1 30 10 95    ADDL INSURED-LESSOR OF LEASED EQUIPMENT
CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
CG D2 46 10 02    BLANKET ADDITIONAL INSURED (CONTRACTORS)
CG D3 16 11 03    CONTRACTORS XTEND ENDORSEMENT
CG D2 43 01 02    FUNGI OR BACTERIA EXCLUSION
CG D2 88 11 03    EMPLOYMENT-RELATED PRACTICES EXCLUSION
CG D2 93 11 03    EXCL-CONSTRUCT MANAGE ERRORS & OMISSIONS
CG D3 07 11 03    EXCLUSION-CONTRACTORS-PROFESSIONAL LIAB
CG 21 54 01 96    EXCL - OPERATION BY A CONSOLIDATED INS
CG D1 42 01 99    EXCLUSION-DISCRIMINATION
CG D2 04 06 01    EXCL-EXTERIOR INSULATION & FINISH SYSTEM
CG D2 40 06 01    EXCLUSION - SILICA
CG D2 42 01 02    EXCLUSION WAR
CG T3 20 11 03    EXCL-ALL POLLUTION INJURY OR DAMAGE
CG T4 78 02 90    EXCLUSION-ASBESTOS
CG T4 81 11 88    EXC-HAZARD-CONNECTED DESIGNATED EXPOSURE
CG F2 63 11 03    NY CHANGES-COMM GENERAL LIAB COV FORM
CG 26 20 10 93    NJ CHANGES-LOSS INFORMATION
CG 26 21 10 91    NY CHANGES-TRANSFER OF DUTIES
CG F0 94 09 95    EXCLUSION-LEAD-NEW YORK
CG F1 68 01 99    EXCLUSION - LEAD - NEW JERSEY
CG F2 10 11 03    WEB XTEND - NEW YORK
CG F2 76 06 03    BLANKET ADD'L INSURED (CONTRACTOR) NY
GN C0 38 04 99    NJ CHANGES-COV FOR LIABILITY FOR HAZARDS
CG T0 09 09 93    EMPLOYEE BENEFITS LIAB COV PART DEC
```


**ST PAUL TRAVELERS**

**POLICY NUMBER:**  DTNY-CO-828K9612-IND-04

**EFFECTIVE DATE:**  08-15-04

**ISSUE DATE:**  09-17-04

GENERAL LIABILITY - CONTRACTORS  (CONTINUED)

```
CG TO 43 11 88    EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS
CG T1 01 07 86    EMPLOYEE BENEFITS LIABILITY COV FORM
CG T5 30 06 89    AMENDMENT-EBL
CG DO 38 03 95    EXCLUSION-IRC VIOLATIONS
CG T4 85 11 88    ADDITIONAL EXCLUSION-EBL
CG T9 14 09 87    NY-AMENDATORY ENDORSEMENT-EBL
CG 01 04 12 01    NEW YORK CHANGES-PREMIUM AUDIT
```

INTERLINE ENDORSEMENTS

```
IL T3 68 11 02    FEDERAL TERRORISM RISK INSURANCE ACT
IL T3 76 11 02    CAP ON LOSSES - CERTIFIED ACTS TERRORISM
IL 00 21 07 02    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 00 23 04 98    NUCLEAR ENERGY LIABILITY EXCLUSION END
IL 02 08 04 98    NJ CHANGES-CANCELLATION AND NONRENEWAL
IL 02 68 08 04    NY CHANGES-CANCELLATION AND NONRENEWAL
```

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have rights and duties but only with respect to that property.

        Includes copyrighted material of Insurance Services Office,
with its permission.  Copyright, Insurance Services Office, 1989

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company) have executed this policy, but it is valid only if countersigned on the Common Policy Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
The Phoenix Insurance Company (PHX)
The Charter Oak Fire Insurance Company (COF)
Travelers Property Casualty Company of America (TIL)
* The Travelers Indemnity Company of Connecticut (TCT)
The Travelers Indemnity Company of America (TIA)

*Formerly known as the Travelers Indemnity Company of Rhode Island (TRI)

General Counsel & Secretary

Chairman of the Board & Chief Executive Officer

NON-STANDARD PAYMENT SCHEDULE

POLICY NUMBER: DTNY-CO-828K9612-IND-04
EFFECTIVE DATE:   08/15/04
ISSUE DATE: 09/17/04

PAYMENT DUE DATES                          AMOUNT

| 08/15/04 | 98,087.00 |
| 09/15/04 | 97,012.00 |
| 10/15/04 | 97,012.00 |
| 11/15/04 | 97,012.00 |
| 12/15/04 | 97,012.00 |
| 01/15/05 | 97,012.00 |
| 02/15/05 | 97,012.00 |
| 03/15/05 | 97,012.00 |
| 04/15/05 | 97,012.00 |
| 05/15/05 | 97,012.00 |

IL T0 30 12 90       PAGE 1 OF 1

OFFICE: SP-LONG ISLAND       06I
PRODUCER NAME: AVIETTE AGENCY INC                 TN149

**LOCATION SCHEDULE**                    **POLICY NUMBER:** DTNY-CO-828K9612-IND-04

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period

08-15-04 to 08-15-05 .

| Loc.<br>No. | Bldg.<br>No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 250 WEST 30TH STREET<br>NEW YORK, NY 10001 | OFFICE |
| 2 | 2 | 237 INDIA ST.<br>BROOKLYN, NY 11201 | OFFICE |
| 3 | 3 | 242 WEST 30TH STREET<br>NEW YORK, NY 10001 | WRAP-UP PROJECTS PER CG T8 00 |
| 4 | 4 | 525 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07310 | OFFICE |

POLICY NUMBER: DTNY-CO-828K9612-IND-04                                    ISSUE DATE: 09-17-04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM - COMPOSITE RATES

## A. SCHEDULE

~~1. This endorsement modifies insurance provided under the following Coverage Part(s):~~

CONTRACTOR'S LIABILITY

2. This endorsement applies to the Declarations from    08-15-04  to  08-15-05   12:01 A.M.
   Standard Time at your mailing address shown in the Common Policy Declarations.

3. Definition of Premium Base (Bases):

   SEE SCHEDULE

4. Exceptions (if any) to compositing of premium calculation:

   WRAP-UP RECEIPTS RATED SEPARATELY
   SEE SCHEDULE LOC. 003/003

5. Premium Schedule

| COVERAGE | | PREMIUM BASE |
|---|---|---|
| CONTRACTORS LIABILITY | | RECEIPTS |

| ESTIMATED EXPOSURE | RATE | ADVANCE PREMIUM |
|---|---|---|
| SEE SCHEDULE | SEE SCHEDULE | $ SEE SCHEDULE |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations
as applicable to this endorsement.)

## B. PROVISIONS

1. Referring to the Schedule above, the premium
   for the Coverage Parts shown in item 1, except
   with respect to any exceptions shown in item 3,
   shall be computed in accordance with the
   premium base (bases) and rate (rates) desig-
   nated in item 5.

2. The premium for the excepted hazards shall be
   computed in accordance with the rates and
   rules filed by us or on our behalf.

3. The advance premium stated above is an es-
   timated premium for the Declarations Period.
   Upon termination of this period, the earned

premium shall be computed in accordance with
the policy and this endorsement. If the earned
premium thus computed exceeds the estimated
advance premium paid, you shall pay the ex-
cess to us; if less, we shall return to you the
unearned paid portion. Rates and premiums
for any subsequent Declarations Periods shall
be determined at the inception date of those
respective periods and shall be specified in en-
dorsements to be added to the policy. After
termination of each period, the earned premium
shall be computed in accordance with the
policy and this endorsement.

IL T3 02 07 86                                                               Page 1 of 1

# GENERAL LIABILITY
## CONTRACTORS

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

COMMERCIAL GENERAL LIABILITY CONTRACTORS
COVERAGE PART DECLARATIONS

POLICY NO.: DTNY-CO-828K9612-IND-04
ISSUE DATE: 09-17-04

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY

DECLARATIONS PERIOD: From 08-15-04 to 08-15-05 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**LIMITS OF INSURANCE**

| | |
|---|---|
| General Aggregate Limit (Other than Products-Completed Operations) | $ 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal & Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage To Premises Rented To You Limit (any one premises) | $ 500,000 |
| Medical Expense Limit (any one person) | $ 10,000 |

2. **AUDIT PERIOD:** ANNUAL

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

# COMMERCIAL GENERAL LIABILITY COVERAGE
# IS SUBJECT TO A GENERAL AGGREGATE LIMIT

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: **DTNY-CO-828K9612-IND-04**                    ISSUE DATE: **09-17-04**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE – NEW YORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| Coverage | Amount of Deductible PER OCCURRENCE |
|---|---|
| Property Damage Liability, including "limited covered pollution Costs" only | $ 10,000 |
| OR | |
| Bodily Injury Liability and/or Property Damage Liability, including "limited covered pollution Costs", Combined | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury", "property damage" and "limited covered pollution costs" however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** The deductible amount stated in the Schedule above applies as follows:

1. Under Property Damage Liability Coverage only, to all damages because of "property damage" and "limited covered pollution costs"; or

2. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

   (a) "Bodily injury";

   (b) "Property damage" and "limited covered pollution costs", or

   (c) "Bodily injury", "property damage" and "limited covered pollution costs" combined

as the result of any one "occurrence".

**C.** The terms of this insurance, including those with respect to:

1. Our right and duty to defend the insured against any "suits" seeking those damages; and

2. Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** The applicable limits of insurance shall be reduced by the amount of any damages included within the deductible amount.

**E.** The Transfer of Rights of Recovery Against Others Condition is amended by adding the following:

Any recoveries hereunder shall be applied in the following order:

1. Any interest (including the insured) that may have paid any amount with respect to liability in excess of the limit of our liability hereunder;

2. Us for the amount paid hereunder;

**CG F2 49 12 02**          Copyright, Travelers Indemnity Company, 2002          Page 1 of 2

COMMERCIAL GENERAL LIABILITY

3. All other interests (including the insured), with respect to the residue, if any.

When we have elected to participate in the exercise of the insured's right of recovery, reasonable expenses resulting therefrom shall be apportioned among all the interests in the ratio of their respective recoveries.

F. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

If you fail to reimburse us within 60 days of receiving such notification your policy may be cancelled pro rata.

Copyright, Travelers Indemnity Company, 2002   **CG F2 49 12 02**

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** DTNY-CO-828K9612-IND-04

This Schedule applies to the Declarations for the period of  08-15-04  to  08-15-05

It shows all of your known rating classes as of the effective date. Any exceptions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|---------------|--------------------------|---------|------------------------|-------|-----------------|
| MINIMUM PREMIUMS | | | | | | |
| | LOB | | $250 | | | |
| | | GENERAL LIABILITY COMPOSITE- CONSTRUCTION | | | | |
| | | 69860    COMBINED | S | 18,000,000 | 5.948 | 107,064 |
| | | GENERAL LIABILITY COMPOSITE- CONSTRUCTION | | | | |
| | | 69860    COMBINED PER 1,000 | T RECEIPTS | 145,000,000 | 5.948 | 862,460 |
| | | INCREASED LIMITS-FIRE DAMAGE LEGAL LIABILITY | | | | |
| 010 | | 39001 | FIRE DMGE | | | 300 |
| | | COVERAGE PART TOTAL | | | | 969,824 |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG T0 12.

**CG T0 07 09 87**                    PAGE   1 (END)

## KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

CLASS DESCRIPT – means CLASS DESCRIPTION

LOC/BLDG NO. – means LOCATION/BUILDING NUMBER

OPN NO. – means OPERATION NUMBER

PREM/OPS – means PREMISES/OPERATIONS

PROD/C-OPS – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

\* Premium base t applies for a number of rarely used premium bases.
The specific base and how rates apply are shown with the Class Description
on the DECLARATIONS-PREMIUM SCHEDULE.


**ST PAUL
TRAVELERS**

# COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE POLICY

## A Custom Insurance Policy Prepared for:

HENEGAN CONSTRUCTION CO., INC.
250 WEST 30TH STREET

NEW YORK                    NY 10001

This policy consists of the policy cover, the Policy Declarations and the Policy Forms and endorsements listed in that declaration form.

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by this policy. That insurance will be provided by the company indicated as insuring company in the Declarations by the abbreviation of its name.

The companies listed below (each a stock company) have executed this policy, but it is valid only if countersigned on the Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)

General Counsel & Secretary

Chairman of the Board & Chief Executive Officer

(Rev. 02-04)

**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

| POLICY DECLARATIONS COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE POLICY | POLICY NO.: DTSM-CUP-828K9243-TIL-04 ISSUE DATE: 09-17-04 |
|---|---|

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:

THIS POLICY DOES NOT COVER LIABILITY ... ARISING OUT OF ASBESTOS MATERIAL SEE ENDORSEMENT
UM 01 96 07 96

HENEGAN CONSTRUCTION CO., INC.
250 WEST 30TH STREET

NEW YORK                    NY 10001

2. THE NAMED INSURED IS A:

   [X] CORPORATION   [ ] SOLE PROPRIETOR   [ ] PARTNERSHIP OR JOINT VENTURE   [ ] OTHER

3. POLICY PERIOD: From 08-15-04 to 08-15-05 12:01 A.M. Standard Time at your mailing address.

4. PREMIUM: *   $   201,827   [X] Flat Charge   [ ] Adjustable (See premium schedule)
   *   SEE END. CG D0 31 10 91

5. LIMITS OF INSURANCE:

| COVERAGES | | LIMITS OF LIABILITY |
|---|---|---|
| AGGREGATE LIMITS OF LIABILITY | 5,000,000 5,000,000 | **Products/Completed Operations Aggregate** **General Aggregate** |
| COVERAGE A - Bodily Injury and Property Damage Liability | 5,000,000 | **any one occurrence** subject to the Products/ Completed Operations and the General Aggregate Limits |
| COVERAGE B - Personal and Advertising Injury Liability | 5,000,000 | **any one person or organization** subject to the General Aggregate Limit of Liability |
| RETAINED LIMIT | 10,000 | **any one occurrence or offense** |

6. SCHEDULE OF UNDERLYING INSURANCE:

| POLICY | LIMITS (000 omitted) | COVERAGE | COMPANY |
|---|---|---|---|

   SEE ENDORSEMENT CG D0 23 04 96

7. On the effective date shown in Item 3, the Commercial Excess Liability (Umbrella) Insurance Policy numbered above includes this Declarations Page and the Policy Jacket (Form UM 00 76 which contains the Nuclear Energy Liability Exclusion) and any endorsements listed hereafter:
   SEE END. IL T8 01 01 01

| NAME AND ADDRESS OF AGENT OR BROKER: | COUNTERSIGNED BY: |
|---|---|
| AVIETTE AGENCY INC          TN149 1571 STATE ROUTE 66 GHENT                       NY 12075 | Authorized Representative DATE: |

CG T0 14 04 96
OFFICE: SP-LONG ISLAND

**POLICY NUMBER:** DTSM-CUP-828K9243-TIL-04

**EFFECTIVE DATE:** 08-15-04

**ISSUE DATE:** 09-17-04

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
CG T0 14 04 96    COML EXCESS LIABILITY (UMBRELLA) DEC
IL T8 01 01 01    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

UMBRELLA / EXCESS

```
CG D0 23 04 96    UNDERLYING POLICIES AND LIMITS END
UM 00 01 11 03    COML EXCESS LIAB (UMBRELLA) INSURANCE
UM 02 59 02 98    NOTICE OF OCCURRENCE
UM 03 81 01 03    CAP ON LOSSES FROM CERT ACTS OF TERRISM
UM 04 04 11 03    AMDMT OF COV-ADVRTSING INJURY AND PROPER
CG T8 01          THIS ENDORSEMENT CHANGES THE POLICY.  PL
UM 00 94 08 86    AMENDMENT OF COVERAGE-NAMED INSURED
UM 03 55 08 00    EXCESS, PERSONAL, ADV, WEB SITE INJ LIAB
UM 00 30 01 86    EXCLUSION-REAL AND/OR PERSONAL PROP
UM 00 76 01 86    NUCLEAR ENERGY LIAB EXCL ENDT(BROAD FORM
UM 01 16 11 03    EXCL-CONST MGMT ERRORS AND OMISSIONS
UM 01 91 01 02    WAR EXCLUSION
UM 01 96 07 96    EXCLUSION-ASBESTOS
UM 02 07 07 96    EXCL-ALL HAZARDS IN CONNECTION WITH A DE
UM 02 34 07 96    AMENDMENT OF COVERAGE-POLLUTION
UM 02 38 08 96    EXCLUSION-ERISA
UM 02 55 11 03    AMENDMENT-AIRCRAFT/WATERCRAFT
UM 03 09 04 97    EXCLUSION-CONTRACTORS-PROFESSIONAL LIABI
UM 03 24 02 01    EXCL-EXTERIOR INSULATION AND FINISH SYST
UM 03 28 04 98    EXCLUSION-LEAD-NEW YORK
UM 03 54 07 00    EXCL - EMPL LIAB - DESIGNATED STATES
UM 03 60 06 01    EXCLUSION SILICIA
UM 03 97 11 03    EXCL-DESIG OPER COV BY A CONSOL INS PROG
UM 00 83 11 03    NEW YORK MANDATORY ENDORSEMENT
```

INTERLINE ENDORSEMENTS

```
IL T3 68 11 02    FEDERAL TERRORISM RISK INSURANCE ACT
```

UMBRELLA

POLICY NUMBER: DTSM-CUP-828K9243-TIL-04                    ISSUE DATE: 09-17-04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# SCHEDULE OF UNDERLYING INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

Item 6 of the Declarations to include:

| POLICY | LIMITS (000 OMITTED) | COVERAGE | COMPANY |
|---|---|---|---|
| DT-CO-828K9612-04 | 1000 EACH OCCURRENCE<br>1000 EACH PERSON OR ORG<br>2000 PROD/COMP OPS AGG<br>2000 GENERAL AGGREGATE | CONTRACTORS LIABILITY | IND |
| DT-810-828K9593-04 | 1000 CSL | BUSINESS AUTOMOBILE | TIL |
| DT-UB-562K694-1-04* | 500 PER ACCIDENT<br>500 POLICY LIMIT FOR DISEASE | EMPLOYERS LIABILITY | TIL |
| *DOES NOT COVER NY | 500 PER EMPLOYEE (DISEASE) | | |
| DT-UB-828K957A-03 | 500 PER ACCIDENT<br>500 POLICY LIMIT FOR DISEASE<br>500 PER EMPLOYEE (DISEASE) | EMPLOYERS LIABILITY | TIL |