UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
In re                                          :
                                               :    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS, INC., et             :
al.,                                           :    08-13555 (JMP)
                                               :
            Debtors.                           :    (Jointly Administered)
                                               :
------------------------------------------------------------ X
```

**VERIFIED STATEMENT OF LOEB & LOEB LLP PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)**

Loeb & Loeb LLP ("Loeb") hereby submits this verified statement (this "Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019(a), and states as follows:

1. As of the date hereof, Loeb represents the following parties in interest in these bankruptcy cases: (a) Thomas Cook AG ("Thomas Cook") and (b) East West Bancorp ("EWB" and, together with Thomas Cook, the "Entities"). The address for Thomas Cook is Thomas-Cook-Platz 1, D-61440, Oberursal, Germany. The address for EWB is East West Bancorp, 135 North Robles Ave., 7th Floor, Pasadena, California 91101.

2. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

3. The specific nature and amounts of the claims held by the Entities will be set forth in the proofs of claims filed by the Entities against the Debtors' estates.

4. Loeb was retained after commencement of the Debtors' bankruptcy cases to represent Thomas Cook and EWB, and Thomas Cook and EWB are aware of the contemporaneous representation by Loeb of both Entities.

NY752179.1
213583-10001

5.     To the best of the knowledge of the undersigned, neither Loeb, nor any attorney or legal assistant thereof, has at any time during this representation owned any claim against or equity interest in the Debtors.

6.     Loeb may also represent other clients in matters pertaining to the Debtors and in the future may undertake other engagements.  Those representations may or may not result in representation in these bankruptcy cases.  If such representations do come to involve representation in these bankruptcy cases, this Statement will be amended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 5, 2008
       New York, New York

LOEB & LOEB LLP

By: /s/ Walter H. Curchack
   Walter H. Curchack (WH-3177)
   Vadim J. Rubinstein (VR-5896)
   Daniel B. Besikof (DB-6872)
   345 Park Avenue
   New York, New York  10154
   Telephone:  (212) 407-4000
   Facsimile:  (212) 407-4990

   and

   Lance N. Jurich, Esq.
   10100 Santa Monica Blvd., Suite 2200
   Los Angeles, California  90067
   Telephone:  (310) 282-2000
   Facsimile:  (310) 282-2200