**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                                                      :
In re                                                                 :    Chapter 11 Case No.
                                                                      :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,                          :    Case No. 08-13555 (JMP)
                                                                      :
        Debtors.                                                      :    (Jointly Administered)
                                                                      :
----------------------------------------------------------------------x    Ref. Docket No. 1938

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

       HERB BAER, being duly sworn, deposes and says:

      1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

      2.    On December 1, 2008, I served the "NOTICE OF ADJOURNMENT OF DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS", dated December 1, 2008 [Docket No. 1938] by causing true and correct copies to be:

      a) delivered by email to those parties listed on the attached Exhibit "A",

      b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

      c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

      3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ Herb Baer
Sworn to before me this                        Herb Baer
5th day of December, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | boneill@kramerlevin.com |
| abraunstein@riemerlaw.com | brad.dempsey@hro.com |
| acaton@kramerlevin.com | brendalblanks@eaton.com |
| acker@chapman.com | brian.pfeiffer@friedfrank.com |
| adarwin@nixonpeabody.com | brian_corey@gtservicing.com |
| adg@adorno.com | bromano@willkie.com |
| Adiamond@DiamondMcCarthy.com | broy@rltlawfirm.com |
| aentwistle@entwistle-law.com | bruce.ortwine@sumitomotrust.co.jp |
| agbankny@ag.tn.gov | bt@luckydognc.com |
| aglenn@kasowitz.com | btrust@mayerbrown.com |
| agold@herrick.com | btupi@tuckerlaw.com |
| agolianopoulos@mayerbrown.com | bturk@tishmanspeyer.com |
| ahammer@freebornpeters.com | carter.hunter@arentfox.com |
| aisenberg@saul.com | cbelmonte@ssbb.com |
| akantesaria@oppenheimerfunds.com | cdesiderio@nixonpeabody.com |
| akihiko_yagyuu@chuomitsui.jp | charles@filardi-law.com |
| albaugh.colin@pbgc.gov | chris.donoho@lovells.com |
| amarder@msek.com | christopher.schueller@bipc.com |
| AMcMullen@BoultCummings.com | cmontgomery@salans.com |
| amenard@tishmanspeyer.com | CMTB_LC11@chuomitsui.jp |
| Andrew.Brozman@cliffordchance.com | cohena@sec.gov |
| andrew.lourie@kobrekim.com | cohenr@sewkis.com |
| angelich.george@arentfox.com | cp@stevenslee.com |
| ann.reynaud@shell.com | crogers@orrick.com |
| anne.kennelly@hp.com | cs@stevenslee.com |
| aoberry@bermanesq.com | cschreiber@winston.com |
| apo@stevenslee.com | cshulman@sheppardmullin.com |
| araboy@cov.com | ctatelbaum@adorno.com |
| arheaume@riemerlaw.com | cward@polsinelli.com |
| arlbank@pbfcm.com | cweber@ebg-law.com |
| arosenblatt@chadbourne.com | cweiss@ingramllp.com |
| arwolf@wlrk.com | dallas.bankruptcy@pulicans.com |
| aseuffert@lawpost-nyc.com | daniel.guyder@allenovery.com |
| ashmead@sewkis.com | danna.drori@usdoj.gov |
| asnow@ssbb.com | david.bennett@tklaw.com |
| atrehan@mayerbrown.com | david.crichlow@pillsburylaw.com |
| austin.bankruptcy@publicans.com | david.heller@lw.com |
| avenes@whitecase.com | davids@blbglaw.com |
| avi.gesser@dpw.com | davidwheeler@mvalaw.com |
| azylberberg@whitecase.com | dbarber@bsblawyers.com |
| bambacha@sec.gov | dbaumstein@whitecase.com |
| bankruptcy@goodwin.com | dbesikof@loeb.com |
| bankruptcy@morrisoncohen.com | dckaufman@hhlaw.com |
| bankruptcymatters@us.nomura.com | dclark@stinson.com |
| bbisignani@postschell.com | dcoffino@cov.com |
| bguiney@pbwt.com | dcrapo@gibbonslaw.com |
| bhinerfeld@sbtklaw.com | ddrebsky@nixonpeabody.com |
| bill.freeman@pillsburylaw.com | ddunne@milbank.com |
| bmanne@tuckerlaw.com | deborah.saltzman@dlapiper.com |
| BMiller@mofo.com | deggert@freebornpeters.com |

| | |
|---|---|
| demetra.liggins@tklaw.com | gabriel.delvirginia@verizon.net |
| deryck.palmer@cwt.com | gary.ticoll@cwt.com |
| dfelder@orrick.com | gauchb@sec.gov |
| dflanigan@polsinelli.com | gbray@milbank.com |
| dfriedman@kasowitz.com | george.davis@cwt.com |
| dhayes@mcguirewoods.com | giaimo.christopher@arentfox.com |
| dheffer@foley.com | giddens@hugheshubbard.com |
| dirk.roberts@ots.treas.gov | gkaden@goulstonstorrs.com |
| dkleiner@velaw.com | GLee@mofo.com |
| dkozusko@willkie.com | glee@mofo.com |
| dladdin@agg.com | glenn.siegel@dechert.com |
| dlemay@chadbourne.com | gmoss@riemerlaw.com |
| dlipke@vedderprice.com | gnovod@kramerlevin.com |
| dludman@brownconnery.com | grosenberg@co.arapahoe.co.us |
| dmcguire@winston.com | gschiller@zeislaw.com |
| dodonnell@milbank.com | hanh.huynh@cwt.com |
| donald.badaczewski@dechert.com | harveystrickon@paulhastings.com |
| douglas.bacon@lw.com | heiser@chapman.com |
| douglas.mcgill@dbr.com | hirsh.robert@arentfox.com |
| dravin@wolffsamson.com | hollace.cohen@troutmansanders.com |
| drose@pryorcashman.com | howard.hawkins@cwt.com |
| drosner@goulstonstorrs.com | hseife@chadbourne.com |
| drosner@kasowitz.com | hsnovikoff@wlrk.com |
| dshemano@pwkllp.com | hweg@pwkllp.com |
| dswan@mcguirewoods.com | ian.levy@kobrekim.com |
| dwdykhouse@pbwt.com | igoldstein@dl.com |
| eagle.sara@pbgc.gov | ilevee@lowenstein.com |
| echang@steinlubin.com | info2@normandyhill.com |
| ecohen@russell.com | ira.herman@tklaw.com |
| efile@pbgc.gov | isgreene@hhlaw.com |
| efile@willaw.com | israel.dahan@cwt.com |
| efleck@milbank.com | jacobsonn@sec.gov |
| efriedman@friedumspring.com | jafeltman@wlrk.com |
| eglas@mccarter.com | james.mcclammy@dpw.com |
| ehollander@whitecase.com | jamestecce@quinnemanuel.com |
| ehorn@lowenstein.com | jason.jurgens@cwt.com |
| ekbergc@lanepowell.com | jay@kleinsolomon.com |
| ellen.halstead@cwt.com | Jbecker@wilmingtontrust.com |
| elobello@blankrome.com | jbeemer@entwistle-law.com |
| eschaffer@reedsmith.com | jbird@polsinelli.com |
| eschwartz@contrariancapital.com | jbromley@cgsh.com |
| esmith@dl.com | jcarberry@cl-law.com |
| ezavalkoff-babej@vedderprice.com | Jdrucker@coleschotz.com |
| ezujkowski@emmetmarvin.com | jdyas@halperinlaw.net |
| fbp@ppgms.com | jeffrey.sabin@bingham.com |
| feldsteinh@sullcrom.com | jennifer.demarco@cliffordchance.com |
| ffm@bostonbusinesslaw.com | jennifer.gore@shell.com |
| fhyman@mayerbrown.com | jeremy.eiden@state.mn.us |
| fishere@butzel.com | jfalgowski@reedsmith.com |
| frank.white@agg.com | jgarrity@shearman.com |
| fred.berg@rvblaw.com | jguy@orrick.com |
| fsosnick@shearman.com | jherzog@gklaw.com |

| | |
|---|---|
| jhs7@att.net | KOstad@mofo.com |
| jhuggett@margolisedelstein.com | kovskyd@pepperlaw.com |
| jhuh@ffwplaw.com | kpiper@steptoe.com |
| jjureller@klestadt.com | kressk@pepperlaw.com |
| jkehoe@sbtklaw.com | KReynolds@mklawnyc.com |
| jketten@wilkie.com | kristin.going@dbr.com |
| jkurtzman@klehr.com | krosen@lowenstein.com |
| jlee@foley.com | krubin@ozcap.com |
| jlevitin@cahill.com | lacyr@sullcrom.com |
| jlipson@crockerkuno.com | lalshibib@reedsmith.com |
| jliu@dl.com | Landon@StreusandLandon.com |
| jlovi@steptoe.com | lattard@kayescholer.com |
| jmazermarino@msek.com | lawrence.bass@hro.com |
| jmcginley@wilmingtontrust.com | lberkoff@moritthock.com |
| jmerva@fult.com | lgranfield@cgsh.com |
| john.mcnicholas@dlapiper.com | linda.boyle@twtelecom.com |
| john.monaghan@hklaw.com | lisa.kraidin@allenovery.com |
| john.rapisardi@cwt.com | lmarinuzzi@mofo.com |
| jorbach@hahnhessen.com | Lmay@coleschotz.com |
| joseph.scordato@dkib.com | lmcgowen@orrick.com |
| joshua.dorchak@bingham.com | lml@ppgms.com |
| jowen769@yahoo.com | lnashelsky@mofo.com |
| JPintarelli@mofo.com | lromansic@steptoe.com |
| jpintarelli@mofo.com | lschweitzer@cgsh.com |
| jporter@entwistle-law.com | lubell@hugheshubbard.com |
| jprol@lowenstein.com | lwhidden@salans.com |
| jrabinowitz@rltlawfirm.com | mabrams@willkie.com |
| jschwartz@hahnhessen.com | macronin@debevoise.com |
| jshickich@riddellwilliams.com | MAOFILING@CGSH.COM |
| jsmairo@pbnlaw.com | Marc.Chait@standardchartered.com |
| jtimko@allenmatkins.com | margolin@hugheshubbard.com |
| jtougas@mayerbrown.com | mark.deveno@bingham.com |
| judy.morse@crowedunlevy.com | mark.ellenberg@cwt.com |
| jwallack@goulstonstorrs.com | mark.houle@pillsburylaw.com |
| jwang@sipc.org | mark.sherrill@sutherland.com |
| jweiss@gibsondunn.com | martin.davis@ots.treas.gov |
| jwhitman@entwistle-law.com | masaki_konishi@noandt.com |
| jwishnew@mofo.com | matthew.dyer@prommis.com |
| k4.nomura@aozorabank.co.jp | matthew.klepper@dlapiper.com |
| karen.wagner@dpw.com | mbenner@tishmanspeyer.com |
| karol.denniston@dlapiper.com | mberman@nixonpeabody.com |
| KDWBankruptcyDepartment@kelleydrye.com | mbienenstock@dl.com |
| keith.simon@lw.com | mcademartori@sheppardmullin.com |
| Ken.Coleman@allenovery.com | mcordone@stradley.com |
| ken.higman@hp.com | mcto@debevoise.com |
| kgwynne@reedsmith.com | mdorval@stradley.com |
| kiplok@hugheshubbard.com | metkin@lowenstein.com |
| Klippman@munsch.com | mgreger@allenmatkins.com |
| kmayer@mccarter.com | mhopkins@cov.com |
| kmisken@mcguirewoods.com | michael.kim@kobrekim.com |
| kobak@hugheshubbard.com | mitchell.ayer@tklaw.com |
| korr@orrick.com | mitchell.epner@friedfrank.com |

| | |
|---|---|
| mjacobs@pryorcashman.com | rgmason@wlrk.com |
| mjedelman@vedderprice.com | rgraham@whitecase.com |
| mkjaer@winston.com | rhett.campbell@tklaw.com |
| mlahaie@akingump.com | richard.lear@hklaw.com |
| mmendez@hunton.com | ritkin@steptoe.com |
| mmickey@mayerbrown.com | RJones@BoultCummings.com |
| mmorreale@us.mufg.jp | RLevin@cravath.com |
| mmurphy@co.sanmateo.ca.us | rmatzat@hahnhessen.com |
| monica.lawless@brookfieldproperties.com | rmunsch@munsch.com |
| mpage@kelleydrye.com | rnetzer@willkie.com |
| mpucillo@bermanesq.com | rnies@wolffsamson.com |
| mrosenthal@gibsondunn.com | robert.bailey@bnymellon.com |
| mschimel@sju.edu | robert.dombroff@bingham.com |
| MSchleich@fraserstryker.com | robert.henoch@kobrekim.com |
| mschonholtz@kayescholer.com | Robert.Holladay@youngwilliams.com |
| mshiner@tuckerlaw.com | robert.malone@dbr.com |
| mspeiser@stroock.com | Robert.yalen@usdoj.gov |
| mstamer@akingump.com | roberts@pursuitpartners.com |
| mvenditto@reedsmith.com | Robin.Keller@Lovells.com |
| nbannon@tishmanspeyer.com | ronald.silverman@bingham.com |
| neal.mann@oag.state.ny.us | rreid@sheppardmullin.com |
| ned.schodek@shearman.com | RTrust@cravath.com |
| newyork@sec.gov | Russj4478@aol.com |
| Nherman@morganlewis.com | rwasserman@cftc.gov |
| nissay_10259-0154@mhmjapan.com | rwynne@kirkland.com |
| oipress@travelers.com | rwyron@orrick.com |
| omeca.nedd@lovells.com | s.minehan@aozorabank.co.jp |
| owllady@hughes.net | sabin.willett@bingham.com |
| paronzon@milbank.com | sagolden@hhlaw.com |
| paul.deutch@troutmansanders.com | Sally.Henry@skadden.com |
| paul.turner@sutherland.com | sandra.mayerson@hklaw.com |
| pbentley@kramerlevin.com | Sara.Tapinekis@cliffordchance.com |
| pbosswick@ssbb.com | schapman@willkie.com |
| pdublin@akingump.com | schristianson@buchalter.com |
| peter.gilhuly@lw.com | scottshelley@quinnemanuel.com |
| peter.simmons@friedfrank.com | scousins@armstrongteasdale.com |
| peter.zisser@hklaw.com | sdnyecf@dor.mo.gov |
| peter@bankrupt.com | sean@blbglaw.com |
| pfeldman@oshr.com | sehlers@armstrongteasdale.com |
| phayden@mcguirewoods.com | sfelderstein@ffwplaw.com |
| pnichols@whitecase.com | sfineman@lchb.com |
| ppascuzzi@ffwplaw.com | sfox@mcguirewoods.com |
| ppatterson@stradley.com | sgordon@cahill.com |
| prachmuth@reedsmith.com | SGross@HodgsonRuss.com |
| pwirt@ftportfolios.com | sgubner@ebg-law.com |
| pwright@dl.com | sharbeck@sipc.org |
| r.stahl@stahlzelloe.com | shari.leventhal@ny.frb.org |
| ramona.neal@hp.com | sheakkorzun@comcast.net |
| ranjit.mather@bnymellon.com | sheehan@txschoollaw.com |
| rdaversa@orrick.com | sidorsky@butzel.com |
| rfleischer@pryorcashman.com | slerner@ssd.com |
| rfrankel@orrick.com | SLoden@DiamondMcCarthy.com |

| |
|---|
| smillman@stroock.com |
| snewman@katskykorins.com |
| spiotto@chapman.com |
| splatzer@platzerlaw.com |
| sselbst@herrick.com |
| stan@smehaffey.com |
| steele@lowenstein.com |
| stephanie.wickouski@dbr.com |
| steve.ginther@dor.mo.gov |
| steven.perlstein@kobrekim.com |
| steven.wilamowsky@bingham.com |
| Streusand@StreusandLandon.com |
| susan.schultz@newedgegroup.com |
| susheelkirpalani@quinnemanuel.com |
| szuch@wiggin.com |
| tannweiler@greerherz.com |
| tarbit@cftc.gov |
| tbrock@ssbb.com |
| TGoren@mofo.com |
| thomas.califano@dlapiper.com |
| Thomas_Noguerola@calpers.ca.gov |
| timothy.brink@dlapiper.com |
| timothy.palmer@bipc.com |
| tjfreedman@pbnlaw.com |
| tkarcher@dl.com |
| tkiriakos@mayerbrown.com |
| tmacwright@whitecase.com |
| tmayer@kramerlevin.com |
| tnixon@gklaw.com |
| tslome@msek.com |
| ttracy@crockerkuno.com |
| twatanabe@mofo.com |
| twheeler@lowenstein.com |
| vdagostino@lowenstein.com |
| Villa@StreusandLandon.com |
| vrubinstein@loeb.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| wcurchack@loeb.com |
| weguchi@orrick.com |
| weissjw@gtlaw.com |
| wfoster@milbank.com |
| wheuer@dl.com |
| wiltenburg@hugheshubbard.com |
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wswearingen@llf-law.com |
| wtaylor@mccarter.com |
| wzoberman@bermanesq.com |
| yamashiro@sumitomotrust.co.jp |

**Objectors Service List**
Andrew.troop@cwt.com
dneier@winston.com
dpost@kramerlevin.com
dsaval@brownrudnick.com
jared.clark@bingham.com
jay.goffman@skadden.com
jeff.rich@klgates.com
Jessica.Fink@cwt.com
jwagner@kramerlevin.com
keith.wofford@ropesgray.com
ksambur@rkollp.com
lattanasio@sidley.com
mark.somerstein@ropesgray.com
matthew.morris@lovells.com
mfriedman@rkollp.com
nbinder@rkollp.com
nila.williams@ropesgray.com
Peter.Friedman@cwt.com
pkizel@lowenstein.com
shuba.satyaprasad@ropesgray.com
sk@kieselaw.com
spohl@brownrudnick.com

**Exhibit "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004