**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | X |  |
| In re: | § | Chapter 11 |
|  | § |  |
| LEHMAN BROTHERS HOLDINGS, INC. | § | Case No. 08-13555 (JMP) |
| et al., | § |  |
|  | § |  |
| Debtors, | § | (Jointly Administered) |
|  | § |  |

_____

|  |  |  |
|---|---|---|
|  | § |  |
|  | § |  |
| In re: | § |  |
|  | § |  |
|  | § | Case No. 08-01420 (JMP) |
| LEHMAN BROTHERS INC., | § | SIPA |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
|  | § |  |
|  | X |  |

**FIRST OMNIBUS NOTICE OF RESOLUTION OF OBJECTIONS RELATING**
**TO THE ASSUMPTION AND ASSIGNMENT OF PURCHASED CONTRACTS**

    **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC ("745") filed petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on September 15, 2008, and September 17, 2008, respectively (Case Nos. 08-13555 and 08-13600, such cases, the "Chapter 11 Cases").

    **PLEASE TAKE FURTHER NOTICE** that on September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI," together with LBHI and 745, the "Debtors") and James W. Giddens was appointed as Trustee under the SIPA to administer LBI's estate (Case No. 08-01420, such proceeding, the "SIPA Proceeding").

    **PLEASE TAKE FURTHER NOTICE** that on September 16, 2008, the Debtors entered into an Asset Purchase Agreement (as amended, modified or clarified, the "Purchase Agreement") with Barclays Capital Inc. ("Purchaser").

    **PLEASE TAKE FURTHER NOTICE** that on September 20, 2008, the Court entered an order (the "Chapter 11 Sale Order") approving the Purchase Agreement and the various transactions contemplated therein in the Chapter 11 Cases, and that on

September 20, 2008, the Bankruptcy Court also entered an order approving, and incorporating by reference, the Chapter 11 Sale Order in the SIPA Proceeding.

       **PLEASE TAKE FURTHER NOTICE** that section 2.5 of the Purchase Agreement provides for the assumption and assignment to Purchaser of contracts and leases related to the assets purchased by the Purchaser (such contracts, "Purchased Contracts").

       **PLEASE TAKE FURTHER NOTICE** that on September 18, 2008, October 1, 2008, October 6, 2008, October 16, 2008, October 21, 2008, November 10, 2008, November 14, 2008, November 17, 2008, November 20, 2008, and November 21, 2008, the Purchaser provided notice of the (i) assumption and assignment of certain Purchased Contracts, and (ii) cure costs, if any, to be paid (the "Cure Amounts") pursuant to 11 U.S.C. § 365(b)(1)(A) in connection with the assumption and assignment of such Purchased Contracts.

       **PLEASE TAKE FURTHER NOTICE** that certain counterparties to Purchased Contracts have submitted formal and/or informal objections to the Cure Amounts.

       **PLEASE TAKE FURTHER NOTICE** that according to Barclays' records, the objections of those counterparties set forth on Exhibit A hereto have since been fully resolved.

Dated: January 6, 2009
New York, New York

                                                     **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

                                                   By: /s/ Lisa M. Schweitzer
                                                      Lindsee P. Granfield
                                                      Lisa M. Schweitzer
                                                 One Liberty Plaza
                                                 New York, New York 10006
                                                 Telephone: (212) 225-2000
                                                 Facsimile: (212) 225-3999

                                               *Counsel to Barclays Capital Inc.*

**EXHIBIT A**

| Objecting Counterparty | Type of Objection |
|---|---|
| Access Data Corp. | Formal Objection (D.I. 599) |
| Actuate Corp. | Letter Objection |
| Aditi Technologies Private Ltd. | Formal Objection (D.I. 1089) |
| Advanced Innovative Marketing LLC | Letter Objection |
| Aleph | Email Objection |
| Align Communications | Letter Objection |
| Alternative Business Accomodations, Inc | Letter Objection |
| AngelPoints, Inc. | Letter Objection |
| Assentis Technologies, Inc. | Letter Objection |
| AV Services | Formal Objection (D.I. 526) |
| BATS Trading | Formal Objection (D.I. 124, 154) |
| BIDS Trading L.P. | Letter Objection |
| Broadridge Securities Processing Solutions f/k/a ADP Financial Information Services, Inc. | Formal Objection (D.I. 638) |
| Capital Moving & Storage | Formal Objection (D.I. 419) |
| CDW Direct LLC | Formal Objection (D.I. 771) |
| CLS Bank International | Email Objection |
| Cognizant Technology Solutions US Corporations | Formal Objection (D.I. 472) |
| Correctnet Inc | Formal Objection (D.I. 174) |
| Cortese Consulting | Letter Objection |
| Cushman & Wakefield | Formal Objection (D.I. 648) |
| Daktronics | Letter Objection |
| Decision Design Corp | Letter Objection |
| Enterprise Engineering Inc. | Letter Objection |
| Enterprise Solutions providers | Letter Objection |
| Essential Trading Systems Corporation | Letter Objection |
| Eze Castle Transaction Services | Formal Objection (D.I. 875) |
| Financial Software Systems | Letter Objection |
| Forest Electric | Letter Objection |
| Gartner Inc and Computer Financial Consultants, Inc. | Formal Objection (D.I. 554) |
| Gensler Architecture, Design & Planning, P.C. / Gensler & Associates/ M. Arthur Gensler Jr. & Associates, Inc. | Formal Objection (D.I. 652). Also filed Notice of Enforcement of Lien (D.I. 468) -- withdrawn (D.I. 1272) |
| Gotham Technology Group | Formal Objection (D.I. 548) |
| Greyware Automation Products | Letter Objection |
| Hanover Moving & Storage | Formal Objection (D.I. 186, 414) |
| HCL Americas, Inc and HCL Technologies, Ltd. | Formal Objection (D.I. 627) |
| Headstrong Services, LLC | Formal Objection D.I. 473) |
| ICAS corp | Formal Objection (D.I. 270, 479) |
| IM2 Consulting | Letter Objection |
| Informa Investment Solutions | Email Objection |
| Infusion Dev Corporation | Letter Objection |
| Integron (Integreon Managed Solutions) | Formal Objection (D.I. 534) |
| Iris Software, Inc | Formal Objection (D.I. 267) |
| iTech US Inc | Letter Objection |
| Jed Consulting | Letter Objection |
| Joint Technology Development Corp. | Letter Objection |
| Keane Inc | Formal Objection (D.I. 213) |
| Larsen & Toubro Infotech Limited | Formal Objection (D.I. 562) |
| Liquid Point LLC | Formal Objection (D.I. 228) |
| Market Research.com Profound | Letter Objection |
| Maslow Media Group | Letter Objection |
| Maze Computer Communications | Letter Objection |
| MBG Expense Management LLC | Letter Objection |
| Michael Andrews Audio Visual Services Inc | Letter Objection |
| Misys IQ LLC | Formal Objection (D.I. 199, 530) |
| Mobius Management Systems Inc | Formal Objection (D.I. 551) |
| Murex North America | Formal Objection (D.I. 250) |
| Nansco Inc | Letter Objection |
| New Meadowlands Stadium Company | Formal Objection (D.I. 842, SIPA D.I. 100) |
| New Media Technologies, Inc | Letter Objection |
| Northrup Grumman Information Technology, Inc. | Letter Objection |
| Payreel | Formal Objection (D.I. 494) |
| Polaris Software Lab | Letter Objection |
| PTS Consulting | Letter Objection |
| Rational Enterprises LLC /Rational Consulting | Letter Objection |
| Reliance Globalcom Services, Inc. (YIPES) | Formal Objection (D.I. 181) |

| Objecting Counterparty | Type of Objection |
|---|---|
| Restaurant Associates | Letter Objection |
| Restaurant Associates, one financial center, Boston | Letter Objection |
| Ridge Technologies Inc. | Letter Objection |
| Robert Derector Associates (RDA) | Letter Objection |
| SAS Institute, Inc. | Formal Objection (D.I. 608) |
| SecureWorks, inc. (a.k.a LURHQ) | Formal Objection (D.I. 586) |
| Select Minds Inc | Letter Objection |
| SGP International | Letter Objection |
| Sheraton New York Hotel & Towers | Formal Objection (D.I. 214, 844) |
| Sipera Systems Inc. | Letter Objection |
| SOS Security incorporated | Letter Objection |
| Standard Register | Formal Objection (D.I. 578) |
| Strategic Systems Solutions | Formal Objection (D.I. 1018) |
| Structure Tone | Formal Objection (D.I. 145) |
| Success Factors | Formal Objection (D.I. 254) |
| Summit Systems, Inc. | Formal Objection (D.I. 199, 530) |
| Sun Microsystems | Formal Objection (D.I. 246, 605) |
| SunGard Securities Finance LLC | Formal Objection (D.I. 222, 640) |
| T&M Protection Resources | Letter Objection |
| TelecommunicationsSystems Inc. | Formal Objection (D.I. 576) |
| The Structure Consulting Group | Formal Objection (D.I. 193) |
| Thru Point Inc. | Formal Objection (D.I. 192) |
| Tishman Speyer Development, LLC | Letter Objection |
| TNT Expense Management LLC | Formal Objection (D.I. 484) |
| Trade Settlement Inc. | Formal Objection (D.I. 748, SIPA D.I. 113) |
| US Information Systems Inc. | Letter Objection |
| UST Global Inc | Letter Objection |
| UTC Associates | Letter Objection |
| Verrazano Consulting Solutions LLC | Letter Objection |
| VVA LLC | Formal Objection (D.I. 424) |
| Westwater Corp. | Letter Objection |
| Whitaker Securities | Letter Objection |
| Williams Lea | Formal Objection (D.I. 619) |
| Wipro Limited/ Wipro Inc. | Formal Objection (D.I. 609) |
| Wizcom Corporation | Letter Objection |
| Xpheria LLc | Letter Objection |
| Zedak Corp | Formal Objection (D.I. 537) |