**Hearing Date: January 16, 2009 at 10:00 a.m.**
**Objection Deadline: January 2, 2009 at 4:00 p.m.**

Attorneys for Avenue Investments, L.P.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Jonathan M. Wagner (JW-7197)
Dana L. Post (DP-3889)

Attorneys for Avenue Investments, L.P.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. ) | Chapter 11 |
| ) | |
| ) | Case No. 08-13555 |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

**CORRECTION TO OBJECTION OF AVENUE INVESTMENTS, L.P. TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS**

Avenue Investments, L.P., by its attorneys Kramer Levin Naftalis & Frankel LLP, respectfully submits this supplemental pleading to correct an incorrect statement made in its Objection To Debtors' Motion For An Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations dated January 2, 2008 (Docket No. 2426).

In the Objection, Avenue stated on page 6 that it had not been served with nor had it received notice of LCPI's Notice of Revised Exhibits and Revised Proposed Order Relating to the Debtors' Motion, which LCPI filed with the Court on December 14, 2008. Since making that

KL3 2694998.1

statement, Avenue has learned that two of its employees had in fact been served with the Revised Exhibits on December 14, 2008. Avenue regrets the oversight.

Accordingly, Avenue submits this supplemental pleading so the record can accurately reflect that Avenue was served with the Revised Exhibits that LCPI filed with the Court on December 14, 2008.

Dated: New York, New York
January 7, 2009

        Kramer Levin Naftalis & Frankel LLP

        By: /s/ Jonathan M. Wagner
           Jonathan M. Wagner (JW-7197)
           Dana L. Post (DP-3889)

        *Attorneys for Avenue Investments, L.P.*

        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100