**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
**In re**                                                : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS, INC. *et al.*,**    : Case No. 08-13555 (JMP)
:
Debtors.                                     : (Jointly Administered)
:
-----------------------------------------------------------------x    Ref. Docket No. 2444

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2009, I served the following:

   a) "Affidavit and Disclosure Statement of Jesse Sharf, on behalf of Gibson, Dunn & Crutcher LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed January 6, 2009 [docket #2444],

by causing true and correct copies to be:

   a) delivered by email to JSharf@gibsondunn.com and to those parties listed on the attached Exhibit "A", and

   b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
7th day of January, 2009

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

T:\Clients\LBH\Affidavits\OCP Affs_ aff 01-06-09.doc

# EXHIBIT "A"

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com