**OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------x
```
In re:                                             :          Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*            :          Case No. 08-13555 (JMP)
                                                   :          (Jointly Administered)
        Debtor.                                    :
                                                   :
```
----------------------------------------------------------x
```

## VERIFIED STATEMENT OF OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. PURSUANT TO FED. R. BANKR. P. 2019(a)

Otterbourg, Steindler, Houston & Rosen, P.C. ("OSHR") hereby submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Statement") and states as follows:

1.      Each of the entities listed on Exhibit A hereto (the "Entities") has separately requested that OSHR represent it in connection with the Debtors' chapter 11 cases. Each of the Entities many assert claims against and/or interests in one or more of the Debtors arising from applicable agreements, law, or equity pursuant to their respective relationships with one or more of the Debtors. The specific nature and amounts of the claims against and/or interests in one or more of the Debtors asserted by each of the Entities will be set forth in proofs of claim that the Entities will file in the Debtors' chapter 11 cases.

1128800.2

2.      Upon information and belief, as of the date hereof, OSHR does not hold a claim against the Debtors.

3.      OSHR reserves the right to amend, revise and supplement this Statement.

4.      The undersigned hereby verifies under oath that this Statement is true and accurate, to the best if his knowledge and belief.

Dated: New York, New York
       January 7, 2009

OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.

By: _____
       William M. Silverman, Esq.
       230 Park Avenue
       New York, NY  10169
       Tel:(212) 661-9100
       Fax: (212) 682-6104
       Email: wsilverman@oshr.com

**EXHIBIT A TO VERIFIED STATEMENT OF
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. PURSUANT TO
RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

1.     Airlie Opportunity Master Fund, Ltd.
   115 East Putnam Avenue
   Greenwich, CT 06830

2.     HSH Nordbank AG
   c/o HSN Nordbank AG, New York Branch
   230 Park Avenue
   New York, NY 10169

3.     HST Lessee SNYT LLC
   c/o Starwood Hotels & Resorts Worldwide, Inc.
   1111 Westchester Ave.
   New York, NY 10604

4.     Mitsubishi UFJ Trust & Banking Corporation (U.S.A.)
   420 Fifth Avenue, 6th Floor
   New York, NY 10018

5.     The Bank of Tokyo-Mitsubishi UFJ, Ltd.
   1251 Avenue of the Americas
   New York, NY 10020-1104

6.     The F. B. Heron Foundation
   100 Broadway -17th Floor
   New York, NY 10005

7.     W New York Times Square Hotel
   1567 Broadway
   New York, NY 10036

1128800.2