Ellen Zweig, Esq.
Law Office of Neil Moldovan
One Old Country Road
Carle Place, New York
516-294-3300
Fax 516-294-4011
ezweig@optonline.net

Attorney for Anita Bryant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re LEHMAN BROTHERS HOLDING, INC.          Chapter 11
                                             Case No.: 08-13555 (JMP)
                                             Jointly Administered

                        Debtors
-------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

    I, Ellen Zweig, an attorney licensed to practice in the State of New York, hereby certify that a true and correct copy of the Notice of Appearance and Notice of Motion was served on January 5, 2009 by regular mail upon (a) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153; (b) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; (c) The Office of the United States Trustee, 33 Whitehall Street - 21st Floor, New York, New York 10004; (d) Cleary Gottlieb LLP, One Liberty Plaza, New York, New York 10006; (e) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004; (f) Law Office of John P. Humphreys, 3 Huntington Quadrangle-Suite 102S, Melville, New York 11747; (g) Westerman, Hamilton, Sheehy, Aydellott and Keenan, Garden City Center, Suite 502, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530; and (h) the Chambers of The Honorable James M. Peck, One Bowling Green, New York, New York 10153 and by email upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

Dated: January 7, 2009
      Carle Place, New York

By: /s/ Ellen Zweig
    Ellen Zweig