**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | ) | |
| Debtors. | ) | **Case No. 08-13555 (JMP)** |
| | ) | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that **Duane Morris LLP** hereby appears in the above-referenced Chapter 11 cases as attorneys for **National Agricultural Cooperative Federation** (the "Client") and, pursuant to Bankruptcy Rules 2002 and 9010(b) and § 1109(b) of the Bankruptcy Code, request that copies of all notices and pleadings given or filed in these cases be given and served upon the following at the below address and facsimile number:

> Lawrence J. Kotler, Esquire
> **Duane Morris LLP**
> 1540 Broadway
> New York, NY 10036-4086
> Telephone:  212.692.1000
> Facsimile:   215.689.2746
> E-mail: LJKotler@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive **National Agricultural Cooperative Federation's** (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which **National Agricultural Cooperative Federation** is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: January 7, 2009

      /s/ Lawrence J. Kotler
Lawrence J. Kotler (LK-8177)
**Duane Morris LLP**
1540 Broadway
New York, NY 10036-4086
Telephone:  212.692.1000
Facsimile:  215.689.2746

and

30 South 17th Street
Philadelphia, PA  19103-4196

*Counsel for National Agricultural Cooperative Federation*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | ) | |
| Debtors. | ) | Case No. 08-13555 (JMP) |
| | ) | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Appearance and Request For Service of Notices And Papers to be made upon the parties set forth on the attached service list by first class mail, postage prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 7, 2009         */s/ Lawrence J. Kotler*
                               Lawrence J. Kotler (LK-8177)
                               **Duane Morris LLP**
                               1540 Broadway
                               New York, NY 10036-4086
                               Telephone: 212.692.1000
                               Facsimile: 215.689.2746

                               and

                               30 South 17th Street
                               Philadelphia, PA 19103-4196

                               *Counsel for National Agricultural Cooperative Federation*

# **SERVICE LIST**

<u>Counsel for Debtors</u>:
Harvey R. Miller, Esquire
Jacqueline Marcus, Esquire
Shai Waisman, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153


<u>Counsel for Official Committee of Unsecured Creditors</u>:
James Tecce, Esquire
Susheel Kirpalani, Esquire
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

<u>United States Trustee</u>
Andrew D. Velez-Rivera, Esquire
33 Whitehall Street, 21st Floor
New York, NY 10004

<u>Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.</u>
Jeffrey S. Margolin, Esquire
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

DM3\891605.1