**Adjourned Hearing Date: January 28, 2009 at 10:00 a.m.**

Mark S. Landman, Esq. (ML 7654)
William G. Ballaine, Esq. (WB 4344)
Sophia Ree (SR 3820)
**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

- and -

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | |
| | : | |
| | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

## FIFTH NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of

Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery (Docket

#1180), which was scheduled to be heard on November 5, 2008 at 10:00 a.m. (Eastern Time),

adjourned thereafter to November 18, 2008 at 10:00 a.m. (Eastern Time), adjourned thereafter to

December 3, 2008 at 10:00 a.m. (Eastern Time), adjourned thereafter to December 16, 2008 at

10:00 a.m. (Eastern Time), and subsequently adjourned thereafter to January 14, 2009 at 10:00

a.m. (Eastern Time), **has now been adjourned to January 28, 2009 at 10:00 a.m. (Eastern**

**Time)**, or as soon thereafter as counsel may be heard ("the Adjourned Hearing").  The Adjourned

Hearing shall be held before the Honorable James M. Peck at the United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, New York, New York 10004-1408,

Room 601.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further

continued or adjourned from time to time without notice to any creditor or other party in interest

other than by announcement in open court at the Adjourned Hearing.

Dated: January 8, 2009
New York, New York

**LANDMAN CORSI BALLAINE & FORD P.C.**

By: /s/ Sophia Ree
    Mark S. Landman
    William G. Ballaine
    Sophia Ree
    120 Broadway, 27th Floor
    New York, N.Y. 10271
    Telephone (212) 238-4800
    Facsimile (212) 238-4848

    -and

    George Kielman, Esq.
    Associate General Counsel for Litigation
    Federal Home Loan Mortgage Corporation
    8200 Jones Branch Drive - MS202
    McLean, Virginia 22102
    Telephone (703) 903-2640
    Facsimile (703)-903-4160

    *Counsel to the Federal Home Loan Mortgage*
    *Corporation in Conservatorship*