UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDING"S INC.     Case No.: 08-13555
                                          Chapter    11
                    Debtor.
------------------------------------------------------------x

                    Plaintiff              Adversary Proceeding
                                           No.: _____

          v.

                    Defendant
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __ALAN B. COX_____, a member in good standing of the bar in the State of __CALIFORNIA__ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, request admission, *pro hac vice*, before the Honorable __JAMES M. PEEK__, to represent __TEHAMA COUNTY__, a __CREDITOR__ in the above referenced ☒ case ☐ adversary proceeding.
Mailing address: __727 Oak Street, Red Bluff, California 96080__;
E-mail address: acox@tehamacountyadmin.org ; telephone number ( 530 ) __527-9252__.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: 12/24/08
Red Bluff, ~~New York~~ California

                                           /s/ ALAN B. COX

## ORDER

**ORDERED**,
that __ALAN B. COX__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
         _____, New York        /s/_____
                                         UNITED STATES BANKRUPTCY JUDGE