Patrick J. Potter (*pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C.  20037
Tel:  202-663-8000
Fax: 202-663-8007

Gianni Dimos (GD-7496)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036
Tel:  (212) 858-1000
Fax:  (212) 858-1500

Attorneys for Pyrrhuloxia, LP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | : |
| | : Case No. 08-13555 (JMP) |
| Debtors. | : |
| | : Jointly Administered |

---------------------------------------------------------------x

### APPELLANT PYRRHULOXIA, LP'S  STATEMENT OF ISSUES
### WITH RESPECT TO ITS NOTICE OF APPEAL

Pyrrhuloxia, LP files this Statement of Issues with respect to the Notice of Appeal it filed on December 23, 2008 with respect to the "Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trades Confirmation" (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Honorable James M. Peck) on December 16, 2008 in the above-captioned case (docket no. 2258).

Statement of Issues

1. Did the Bankruptcy Court commit reversible error by entering the Order (docket no. 2258)?

Date: January 9, 2009

Respectfully submitted,

By: /s/ Patrick Potter
Patrick Potter (*pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037
Tel: (202) 663-8000
Fax: (202) 663-8007
patrick.potter@pillsburylaw.com

and

Gianni Dimos (GD-7496)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Tel: (212) 858-1000
Fax: (212) 858-1500
gianni.dimos@pillsburylaw.com