Mark G. Ledwin, Esq. (ML-6873)  
WILSON, ELSER, MOSKOWITZ,  
EDELMAN & DICKER LLP  
3 Gannett Drive  
White Plains, NY 10604  
Tel: 914-323-7000  
Fax: 914-323-7001  
Email: mark.ledwin@wilsonelser.com  

Hearing Date: January 14, 2009 at 10:00 a.m.

Attorneys for Hartford Investment Management Company,  
The Hartford Floating Rate Fund, The Hartford High Yield Fund  
and Hartford High Yield HLS Fund  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
------------------------------------------------------------------- x  
                                                                    :   Chapter 11  
In Re:                                                              :  
                                                                    :   Case No. 08-13555-JMP  
LEHMAN BROTHERS HOLDINGS INC., et al.,                              :  
                                                                    :   Jointly Administered  
                    Debtors.                                        :  
------------------------------------------------------------------- x  

### OBJECTION BY HARTFORD INVESTMENT MANAGEMENT COMPANY TO DEBTORS' MOTION TO ASSUME OR REJECT CERTAIN OPEN TRADE CONFIRMATIONS

Hartford Investment Management Company, on behalf of The Hartford Floating Rate Fund, The Hartford High Yield Fund and Hartford High Yield HLS Fund (collectively, the "Hartford Funds"), by and through its undersigned counsel, hereby objects to the Debtors' Motion to Assume or Reject Certain Open Trade Confirmations (DN 1541 and 2242), as modified by that certain Order entered on December 23, 2008 (DN 2364), and respectfully states as follows:

1. On or about August 26, 2008, one or more of the Hartford Funds agreed to enter into a trade with Lehman Commercial Paper, Inc. ("LCPI") of $1,000,000.00 face value of debt

2232581.1

of Lyondellbassel at 82.25% (the "Lyondell Trade"). The Lyondell Trade was made with an expected "T+7" settlement date.

2. Notwithstanding the multiple efforts by the Hartford Funds to close and settle the Lyondell Trade, LCPI was either unable or unwilling to timely close the Lyondell Trade.

3. On September 15, 2008, Lehman Brothers Holdings, Inc. ("LBHI") and certain of its affiliates filed voluntary Chapter 11 petitions with this Court.

4. On October 5, 2008, LCPI filed its voluntary petition for relief under Chapter 11 with this Court. The Chapter 11 cases of LBHI, LCPI and their various affiliates (collectively, the "Debtors") are jointly administered.

5. Significantly, on November 6, 2008, the Debtors notified the Hartford Funds by email that the Lyondell Trade was being rejected. The subject of the email is titled "Lehman Trade Rejection Notification." The body of the email states:

> Reference is made to LSTA Par/Near Par Trade Confirmation, LCPI sell Lyondellbasell for $1,000,000.00 at 82.25% dated 08/26/08, (the "Trade Confirmation").
>
> Please take notice that LCPI has made the determination to reject the Trade Confirmation in accordance with its rights under section 365 of the Bankruptcy Code.

[*See* Exhibit A annexed hereto].

6. On November 14, 2008, the Debtors filed the instant Motion to Assume or Reject Certain Open Trades (the "First Open Trades Motion") (DN 1541). Consistent with the prior Trade Rejection Notification that was received by and relied upon by the Hartford Funds, the

-2-

2232581.1

Lyondell Trade with the Hartford Funds was listed by the Debtors on Exhibit B (at page 2) to the Open Trades Motion as one of the "REJECTED TRADES." [*See* Exhibit B annexed hereto].

7. Further, consistent with the representations made by the Debtors in the Trade Rejection Notification and in Exhibit B to the First Open Trades Motion, on December 14, 2008, the Debtors filed a Notice of Amended Exhibits to the First Open Trades Motion and a Revised Proposed Order (DN 2206). Again, the Debtors represented to the Hartford Funds, to this Court and to the world that the Lyondell Trade was to be "REJECTED." [*See* Exhibit C annexed hereto].[1]

8. Notably, neither the Creditors' Committee nor any other party in interest filed any objection to the Debtors' proposed rejection of the Lyondell Trade. Indeed, on December 15, 2008, the Creditors' Committee filed a pleading which whole-heartedly supported the Debtors' First Open Trades Motion, including the rejection of the Lyondell Trade included therein (*see* DN 2228).

9. Thereafter, without any further notice to the Hartford Funds, the Debtors submitted to this Court a proposed Order (which this Court ultimately entered on December 16, 2008 (DN 2258)), that stated the complete opposite! Instead of being rejected, the Lyondell trade was now listed as being assumed.

---

[1] The Debtors contend that they sent email notices to the Hartford Funds on December 3, 2008, which expressed an intention to assume the Lyondell Trade. Aside from being sent to improper addressees and containing inaccurate trade references, the Debtors' purported assumption email is belied by the Notice subsequently filed with the Court on December 14, 2008, which reaffirmed the Debtors' intention to reject the Lyondell Trade.

2232581.1

10. After counsel for the Hartford Funds notified counsel for the Debtors of the error made in the entered December 16, 2008 Order, the Debtors agreed to have a further Order entered deleting the assumption of the Lyondell Trade in the December 16 Order, and instead listing the Lyondell Trade as one to be assumed as part of the Debtors' "Second Open Trades Motion" filed December 15, 2008 (DN 2242). This interim correction was accomplished in the Order entered by this Court on December 23, 2008 (DN 2364), pursuant to which the Hartford Funds were granted until January 9, 2008, to file and serve an objection to the Debtors' change in position and now proposed assumption of the Lyondell Trade.

11. The Hartford Funds hereby object to the Debtors proposed assumption of the Lyondell Trade on the following grounds:

A. The Hartford Funds have been prejudiced by the Debtors' failure to close the Lyondell Trade in a timely manner and in accordance with industry custom and practice. The Debtors failed to respond to the Hartford Funds pre-petition requests to close the languishing Lyondell Trade. The Debtors, therefore, effectively repudiated the Lyondell Trade as matter of state law before they even filed for any bankruptcy relief. The Debtors are not entitled to assume a trade which was effectively terminated pre-petition.

B. The Hartford Funds will also be prejudiced by the Debtors belated and untimely assumption of the Lyondell Trade. The purchase of the Lyondell debt was originally negotiated at a price of 82.25% of face value. Lyondell debt instruments, however, are now trading at a significantly lower price. Indeed, Lyondell and its related entities have since filed their own Chapter 11 bankruptcy cases with this Court. The Debtors' failure to timely close the Lyondell Trade constitutes a material breach of contract which effectively resulted in an equitable

termination of the Lyondell Trade pre-petition and/or which cannot be cured post-petition due to the Debtors' laches and the resulting material prejudice to the Hartford Funds. Had the trade timely settled, the Hartford Funds would have been able to sell or hedge any losses with respect to the Lyondell Trade.

C. The Hartford Funds have also been prejudiced by their reliance upon the Debtors' express rejection of the Lyondell Trade in the Trade Rejection Notification dated November 6, 2008, the First Open Trades Motion dated November 14, 2008 and the Notice of Amended Exhibits to the First Open Trades Motion dated December 14, 2008 -- all of which expressly listed the Lyondell Trade as rejected.

D. The Debtors' proposed assumption of the Lyondell Trade will effectively destroy any set off rights which the Hartford Funds have against the Debtors with respect to other pre-petition transactions on which the Debtors have defaulted.[2]

E. Even if the Debtors are now allowed to assume the Lyondell Trade notwithstanding their thrice stated notice of rejection, the Debtors can only effectuate an assumption after curing all defaults and compensating the Hartford Funds for all pecuniary losses arising from those defaults. Pecuniary losses here, include, but are not limited to, compensating the Hartford Funds for the diminution in value of the Lyondell debt from the date the trade should have closed had the Debtors acted timely through the present, as well as any other benefits the Hartford Funds would have received had the Debtors not defaulted in failing to timely close the trade.

---

[2] The Hartford Funds have not yet completed their investigation into certain other transactions with the Debtors which may give rise to set off rights and expressly reserve all such rights.

-5-

2232581.1

F.   The Debtors must also provide adequate assurances to the Hartford Funds that they are able to close the Lyondell Trade in a timely manner. The Debtors have not demonstrated that they have any Lyondell debt to trade.

12.   The Hartford Funds have sent to the Debtors an initial, limited discovery request at the same time as the filing and service of this Objection. The Hartford Funds believe there may be significant issues of material fact that will need to be decided by the Court in connection with the Debtors' motion to assume the Lyondell Trade. Accordingly, the Hartford Funds reserve all of their rights (i) to seek more formal discovery from the Debtors with respect to the proposed assumption of the Lyondell Trade as provided for by Bankruptcy Rule 9014, (ii) to assert additional objections to the proposed assumption based upon any newly discovered facts, and (iii) to an evidentiary hearing by the Court to resolve all such issues of fact.

**WHEREFORE**, the Hartford Funds respectfully request that the Court enter an Order denying the Debtor's motion to assume the Lyondell Trade, together with such other and further relief in favor of the Hartford Funds as the Court deems just and proper.

Dated: White Plains, NY
January 9, 2009

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _/s/ Mark G. Ledwin_
Mark G. Ledwin, Esq. (ML-6873)
3 Gannett Drive
White Plains, NY 10604
Tel: 914-323-7000
Email: mark.ledwin@wilsonelser.com

Attorneys for Hartford Investment Management Company, The Hartford Floating Rate Fund, The Hartford High Yield Fund and Hartford High Yield HLS Fund

-6-

2232581.1

## CERTIFICATE OF SERVICE

Mark G. Ledwin, an attorney duly admitted to practice law before this Court, hereby certifies that on the 9th day of January, 2009, I caused a true and correct copy of the foregoing Objection to be served via the Court's ECF System, and by Federal Express, upon each of the persons or entities listed below:

Hon. James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Dated:  White Plains, NY
        January 9, 2009

/s/ *Mark G. Ledwin*
Mark G. Ledwin, Esq. (ML-6873)

2232581.1

# EXHIBIT A

From: yuting.chen@barclayscapital.com [mailto:yuting.chen@barclayscapital.com]
Sent: Thursday, November 06, 2008 6:12 PM
To: Edmonds, Pamela (HIMCO, FIN)
Subject: Lehman Trade Reject Notification

> Reference is made to LSTA Par/Near Par Trade Confirmation, LCPI sell
> Lyondellbasell for $1,000,000.00 at 82.25% dated 08/26/08, (the "Trade
> Confirmation").
>
> Please take notice that LCPI has made the determination to reject the
> Trade Confirmation in accordance with its rights under section 365 of
> the Bankruptcy Code.
>
> Thanks and Regards,
> Tina Chen
> LEHMAN BROTHER HOLDING INC.
> THIS ELECTRONIC CORRESPONDENCE IS SENT TO YOU BY LEHMAN COMMERCIAL
> PAPER INC. A DEBTOR IN POSSESSION UNDER CH. 11 OF THE UNITED STATES
> BANKRUPTCY CODE (THE "DEBTOR"). THE DEBTOR IS IN NOT AFFILIATED IN
> ANY WAY WITH BARCLAYS CAPITAL OR ANY OF ITS AFFILIATES. PLEASE DIRECT
> ALL REPLIES TO THE DEBTOR.
>
>
>

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

# EXHIBIT B

**Hearing Date: December 3, 2008 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: November 28, 2008 at 4:00 p.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                              :
**In re**                                                     :    **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    **08-13555 (JMP)**
                                                              :
                              **Debtors.**                    :    **(Jointly Administered)**
                                                              :
                                                              :
-----------------------------------------------------------------x

### NOTICE OF DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS

PLEASE TAKE NOTICE that a hearing on the annexed Motion of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper Inc. ("LCPI," and together with LBHI, the "Debtors"), for entry of an order approving the assumption or rejection of certain open trade confirmations, all as more fully described in the Motion, will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **December 3, 2008 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Jacqueline Marcus, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors appointed in these cases; and (v) any person or entity with a particularized interest in the Motion, so as to be received no later than **November 28, 2008 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: November 14, 2008
     New York, New York

                              /s/ Jacqueline Marcus
                              Jacqueline Marcus

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

# EXHIBIT B

# REJECTED TRADES

| Entity | Facility | Counterparty | B/S | Trade Date | Currency | Status |
|---|---|---|---|---|---|---|
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | JP MORGAN | S | 7/23/2008 | USD | Rejected |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | METROPOLITAN WEST ASSET MGMT | B | 4/22/2008 | USD | Rejected |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | SOC GEN | B | 8/19/2008 | USD | Rejected |
| LCPI | GEORGIA GULF (10/3/06) | STARK MASTER FUND LTD | B | 6/22/2008 | USD | Rejected |
| LCPI | GEORGIA GULF (10/3/06) | KS CAPITAL | S | 7/30/2008 | USD | Rejected |
| LCPI | GEORGIA-PACIFIC CORP (1ST LIEN 12-20-05) | ORE HILL PARTNERS LLC | S | 7/30/2008 | USD | Rejected |
| LCPI | GOODYEAR TIRE & RUBBER 2ND LIEN(4-20-07) | SECURITY BENEFIT LIFE INS CO | B | 9/3/2008 | USD | Rejected |
| LCPI | GOODYEAR TIRE & RUBBER 2ND LIEN(4-20-07) | DEUTSCHE BANK AG | B | 9/3/2008 | USD | Rejected |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | DEUTSCHE BANK AG | B | 9/8/2008 | USD | Rejected |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | BASSO CAPITAL MGMT (MASTER) | B | 9/9/2008 | USD | Rejected |
| LCPI | HANGER ORTHOPEDIC, 305MM (05-26-06) | DEUTSCHE BANK AG | S | 6/3/2008 | USD | Rejected |
| LCPI | HANGER ORTHOPEDIC, 305MM (05-26-06) | NORTHWOODS CAPITAL V, LIMITED | B | 6/2/2008 | USD | Rejected |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | NORTHWOODS CAPITAL VII | B | 9/2/2008 | USD | Rejected |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | OPPENHEIMER FUNDS, INC. (MAST) | S | 9/10/2008 | USD | Rejected |
| LCPI | HUNTSMAN INTL (8/16/05 AMENDED 4/19/07) | PIMCO ALLOCATION A/C | B | 9/22/2008 | USD | Rejected |
| LCPI | ICONIX BRAND GROUP, INC. | LOOMIS, SAYLES & CO (MASTER) | B | 9/12/2008 | USD | Rejected |
| LCPI | ICONIX BRAND GROUP, INC. | STANFIELD CAPITAL PARTNERS LLC | B | 9/4/2008 | USD | Rejected |
| LCPI | INTERGEN N.V. $1.5BN 07-31-07 | SUNTRUST BANK | B | 9/5/2008 | USD | Rejected |
| LCPI | LAS VEGAS SANDS, LLC (5/23/07) | PRUDENTIAL M&G | S | 9/11/2008 | USD | Rejected |
| LCPI | LEAR CORP A&R (4/25/06) (Revolver) | ROYAL BANK OF SCOTLAND | B | 6/24/2008 | USD | Rejected |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | COMMERZBANK AG | B | 7/18/2008 | USD | Rejected |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | CLASSIC I LOAN FUNDING LLC | B | 6/18/2008 | USD | Rejected |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | HARTFORD INVESTMENT MGMT(MAST) | B | 8/26/2008 | USD | Rejected |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | ORE HILL PARTNERS LLC | B | 7/18/2008 | USD | Rejected |
| LCPI | M. FABRIKANT & SONS INC. | TCW ASSET MGMT CO (CA) | B | 6/2/2008 | USD | Rejected |
| LCPI | MACH GEN LLC 1ST LIEN (2/22/07) | ONE EAST CAPITAL ADVISORS/MSTR | B | 4/11/2007 | USD | Rejected |
| LCPI | MANITOWOC COMPANY INC, THE (6-10-05) | HIGHLAND CAPITAL MGMT LP | B | 7/18/2008 | USD | Rejected |
| LCPI | MARK IV TRANCHE B TERM | APPALOOSA INVTMNT LTD (MASTER) | B | 9/5/2008 | USD | Rejected |
| LCPI | MARK IV TRANCHE B TERM | CENTRE PACIFIC(MASTER) | B | 8/20/2008 | USD | Rejected |
| LCPI | MEG ENERGY CORP (4/06) | SUN CAPITAL | S | 8/20/2008 | USD | Rejected |
| LCPI | MEG ENERGY CORP (4/06) | KC CLO II PLC | S | 8/14/2008 | USD | Rejected |
| LCPI | MEG ENERGY CORP (4/06) | PUTNAM INVESTMENTS | B | 8/28/2008 | USD | Rejected |
| LCPI | MIRANT NORTH AMERICA (1/3/06) | PUTNAM INVESTMENTS | B | 8/28/2008 | USD | Rejected |
| LCPI | MYLAN INC. 12/20/07 | ARGENTUM LLC | B | 8/11/2008 | USD | Rejected |
| LCPI | MYLAN INC. 12/20/07 | HIGHLAND CAPITAL MGMT LP | S | 8/7/2008 | USD | Rejected |
| LCPI | MYLAN INC. 12/20/07 | HIGHLAND CAPITAL INVEST. MGMT (MASTR) | S | 8/7/2008 | USD | Rejected |
| LCPI | MYLAN INC. 12/20/07 | MCDONNELL INVEST. MGMT (MASTR) | B | 8/11/2008 | USD | Rejected |
| LCPI | MYLAN INC. 12/20/07 | OAKTREE CAPITAL MANGEMENT, L.P. | B | 7/21/2008 | USD | Rejected |
| LCPI | NATIONAL CINEMEDIA (2/07) | STONE TOWER CAPITAL (MASTER) | B | 8/11/2008 | USD | Rejected |
| LCPI | NORTHWEST AIRLINES $1.05BN 08-21-06 | GOLDMAN SACHS INVTMT PTNRS MAS | S | 8/29/2008 | USD | Rejected |
| LCPI | NORTHWEST AIRLINES $1.05BN 08-21-06 | NATIONWIDE MUTUAL INSURANCE CO | B | 7/10/2008 | USD | Rejected |
| LCPI | NORTHWEST AIRLINES $1.05BN 08-21-06 | SANKATY ADVISORS, INC | B | 9/11/2008 | USD | Rejected |
| LCPI | NRG ENERGY, INC. (2ND A&R 6/8/07) | WAVE MANAGEMENT GROUP | B | 7/21/2008 | USD | Rejected |
| LCPI | NTK (NORTEK) HOLDINGS, INC.(PIK) | ABERDEEN ASSET MANAGEMENT | B | 8/27/2008 | USD | Rejected |
| LCPI | NTK (NORTEK) HOLDINGS, INC.(PIK) | BANK OF AMERICA | B | 9/11/2008 | USD | Rejected |
| LCPI | OWENS ILLINOIS, INC 6-14-06 | BANK OF AMERICA | B | 7/9/2008 | USD | Rejected |
| LCPI | OWENS ILLINOIS, INC 6-14-06 | SECURITY BENEFIT LIFE INS CO | B | 1600-01-01 | USD | Rejected |
| LCPI | PINNACLE FOODS FINANCE LLC | R2 TOP HAT, LTD. | B | 9/3/2008 | USD | Rejected |
| LCPI | PLASTECH ENGINEERED 1ST LIEN (2/12/07) | KNIGHTSBRIDGE 2007-1 CLO LTD | B | 8/15/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC | AVENUE CAPITAL MGMT II (MSTR) | B | 9/10/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC | BANK OF AMERICA | S | 4/22/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC | BANK OF NOVA SCOTIA | B | 5/29/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC | CITIBANK, N.A. (MASTER) | B | 5/6/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC | CYRUS CAPITAL MANAGEMENT MST | S | 5/30/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC | DDJ INVESTMENTS (MASTER) | B | 4/7/2008 | USD | Rejected |
| LCPI | RJO HOLDINGS CORP. | FRR LOAN FUNDING TRUST | S | 4/30/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC | WACHOVIA BANK | B | 5/28/2008 | USD | Rejected |
| LCPI | SEMCRUDE | STANFIELD CAPITAL PARTNERS LLC | B | 7/1/2008 | USD | Rejected |
| LCPI | SEMCRUDE | GOLDMAN SACHS | B | 8/6/2008 | USD | Rejected |
| LCPI | SEMCRUDE | ROYAL BANK OF SCOTLAND | B | 8/6/2008 | USD | Rejected |
| LCPI | SEMCRUDE | WAYZATA INVESTMNT PTR (MASTER) | S | 7/30/2008 | USD | Rejected |

# EXHIBIT C

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                            Debtors.                           :    (Jointly Administered)
                                                               :
                                                               :
-----------------------------------------------------------------x

### NOTICE OF FILING OF REVISED EXHIBITS AND REVISED PROPOSED ORDER RELATING TO THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS

On November 14, 2008, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper Inc. ("LCPI," and together with LBHI, the "Debtors") filed the Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations (the "Motion") [Docket No. 1541].

Attached hereto as Exhibit A, Exhibit B, and Exhibit C, respectively (collectively, the "Revised Exhibits"), are revised exhibits setting forth the list of

Assumed Trades,[1] Rejected Trades, and Amended Trades, together with blacklined copies that reflect changes made from the Exhibits that were filed with the Motion.

Attached hereto as <u>Exhibit D</u> is a revised proposed order (the "<u>Revised Proposed Order</u>"), together with a blacklined copy that reflects changes made from the proposed order that was filed with the Motion.

The Revised Exhibits and Revised Proposed Order are intended to replace the original Exhibits A, B, and C (the "<u>Original Exhibits</u>") and the original proposed order to the Motion. The Debtors reserve the right to make further changes to the Revised Exhibits and/or the Revised Proposed Order.

Dated: December 14, 2008
New York, New York

*Jacqueline Marcus*
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Terms used but not defined herein shall have the meanings ascribed to them in the Motion.

# EXHIBIT B

## REJECTED TRADES

NY2:\1946360\02\15PTK02!.DOC\58399.0003

| Entity | Deal Name | Customer Name | Tranche | B/S | Trade Date | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPI | FAIRPOINT COMMUNICATIONS 3-31-08 | STICHTING PENSIOENFONDS ABP | | B | 8/8/2008 | USD | Rejected |
| LBHI | FRONTIER DRILLING 1ST LIEN (A&R 8/13/07) | ALCENTRA INC. (MASTER) | | B | 9/5/2008 | USD | Rejected |
| LCPI | GENERAL MOTORS CORPORATION | DEUTSCHE BANK AG NEW YORK BRANCH | | B | 1/14/2008 | USD | Rejected |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | METROPOLITAN WEST ASSET MGMT | | B | 4/22/2008 | USD | Rejected |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | SOC GEN | | B | 8/19/2008 | USD | Rejected |
| LCPI | GEORGIA GULF (10/3/06) | STARK MASTER FUND LTD | | B | 6/2/2008 | USD | Rejected |
| LCPI | GEORGIA-PACIFIC CORP (1ST LIEN 12-20-05) | PROSPECT MOUNTAIN FUND LIMITED | | B | 7/30/2008 | USD | Rejected |
| LCPI | GOODYEAR TIRE & RUBBER (1ST LIEN)(4-20-07) | SECURITY INVESTORS, LLC | | B | 9/3/2008 | USD | Rejected |
| LCPI | GOODYEAR TIRE & RUBBER 2ND LIEN (4-20-07) | DEUTSCHE BANK AG NEW YORK BRANCH | | B | 9/8/2008 | USD | Rejected |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | DEUTSCHE BANK AG NEW YORK BRANCH | | B | 9/9/2008 | USD | Rejected |
| LCPI | HANGER ORTHOPEDIC, 305MM (05-26-06) | DEUTSCHE BANK AG NEW YORK BRANCH | | B | 6/2/2008 | USD | Rejected |
| LCPI | HANGER ORTHOPEDIC, 305MM (05-26-06) | NORTHWOODS CAPITAL V, LIMITED | | B | 6/2/2008 | USD | Rejected |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | NORTHWOODS CAPITAL VII | | B | 9/2/2008 | USD | Rejected |
| LCPI | HUNTSMAN INT'L (8/16/05 AMENDED 4/19/07) | PIMCO FLOATING RATE INCOME FUND | | B | 8/21/2008 | USD | Rejected |
| LCPI | ICONIX BRAND GROUP, INC. | APOSTLE LOOMIS SAYLES CREDIT OPPORTUNITIES FUND | | B | 9/12/2008 | USD | Rejected |
| LCPI | ICONIX BRAND GROUP, INC. | STANFIELD CAPITAL PARTNERS LLC | | B | 9/14/2008 | USD | Rejected |
| LCPI | LAS VEGAS SANDS, LLC (5/23/07) | SUNTRUST BANK | | B | 9/5/2008 | USD | Rejected |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | ROYAL BANK OF SCOTLAND | | B | 6/24/2008 | USD | Rejected |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | CLASSIC I LOAN FUNDING LLC | | B | 6/18/2008 | USD | Rejected |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | HARTFORD FLOATING RATE FUND | | B | 8/26/2008 | USD | Rejected |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | HARTFORD HIGH YIELD FUND | | S | 8/26/2008 | USD | Rejected |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | HARTFORD HIGH HIGH HLS FUND | | S | 8/26/2008 | USD | Rejected |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | PROSPECT MOUNTAIN FUND LIMITED | | B | 7/18/2008 | USD | Rejected |
| LCPI | M. FABRIKANT & SONS INC. | VELOCITY CLO LTD. | | B | 7/18/2008 | USD | Rejected |
| LCPI | MACH GEN, LLC 1ST LIEN (2/22/07) | ONE EAST CAPITAL ADVISORS/MSTR | | B | 4/11/2007 | USD | Rejected |
| LCPI | MANITOWOC COMPANY INC., THE (6-10-05) | HIGHLAND FLOATING RATE FUND | | B | 9/2/2008 | USD | Rejected |
| LCPI | MARK IV TRANCHE B TERM | THOROUGHBRED FUND L.P. | | B | 9/5/2008 | USD | Rejected |
| LCPI | MARK IV TRANCHE B TERM | SAN GABRIEL CLO I LTD | | B | 8/20/2008 | USD | Rejected |
| LCPI | MEG ENERGY CORP. (4/06) | SUN CAPITAL PARTNERS V (AIV-1) | | B | 8/20/2008 | USD | Rejected |
| LCPI | MEG ENERGY CORP. (4/06) | PUTNAM FLOATING RATE INCOME FUND | | S | 8/28/2008 | USD | Rejected |
| LCPI | MIRANT NORTH AMERICA (1/3/06) | PUTNAM FLOATING RATE INCOME FUND | | S | 8/28/2008 | USD | Rejected |
| LCPI | MYLAN INC. 12/20/07 | ARGENTUM LLC | | B | 8/11/2008 | USD | Rejected |
| LCPI | MYLAN INC. 12/20/07 | MCDONNELL LOAN OPPORTUNITY LTD | | B | 8/7/2008 | USD | Rejected |
| LCPI | NATIONAL CINEMEDIA (2/07) | SCOTIABANC, INC. | | B | 8/11/2008 | USD | Rejected |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | GOLDMAN SACHS CREDIT PARTNERS LP | | B | 7/11/2008 | USD | Rejected |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | COURAGE CAPITAL MGMT | | B | 7/18/2008 | USD | Rejected |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | DEUTSCHE BANK AG NEW YORK BRANCH | | S | 7/21/2008 | USD | Rejected |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | NATIONWIDE MUTUAL INSURANCE CO | | B | 9/11/2008 | USD | Rejected |
| LCPI | NORTH-WEST AIRLINES $1,050BN 08-21-06 | SANKATY ADVISORS, INC. | | S | 9/11/2008 | USD | Rejected |
| LCPI | NRG ENERGY, INC. (2ND A&R 6/8/07) | WAVE MANAGEMENT GROUP | | B | 7/21/2008 | USD | Rejected |
| LCPI | NTK (NORTEK) HOLDINGS, INC.(PIK) | ABERDEEN HIGH YIELD FIXED INCOME FUND | | B | 8/27/2008 | USD | Rejected |
| LCPI | NTK (NORTEK) HOLDINGS, INC.(PIK) | BANK OF AMERICA | | B | 9/11/2008 | USD | Rejected |
| LCPI | NTK (NORTEK) HOLDINGS, INC.(PIK) | BANK OF AMERICA | | B | 7/9/2008 | USD | Rejected |
| LCPI | OWENS ILLINOIS, INC 6-14-06 | THL NORTEK (LUXEMBOURG) S.A.R.L | | B | 1600-01-01 | USD | Rejected |
| LCPI | PINNACLE FOODS FINANCE LLC | SECURITY BENEFIT LIFE INS CO | | B | 9/15/2008 | USD | Rejected |
| LCPI | PLASTECH ENGINEERED 1ST LIEN (2/12/07) | R2 TOP HAT LTD | | B | 8/15/2008 | USD | Rejected |
| LBHI | QUEBECOR WORLD INC. | KNIGHTSBRIDGE 2007-1, CLO LTD | | B | 9/10/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC. | BANK OF AMERICA | | B | 5/29/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC. | CITIBANK, N.A. (MASTER) | | B | 5/30/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC. | CYRUS CAPITAL MANAGEMENT MST | | S | 5/29/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC. | DDJ TOTAL RETURN LOAN FUND, L.P. | | S | 4/7/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC. | RRR LOAN FUNDING TRUST | | S | 4/30/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC. | WACHOVIA BANK | | B | 5/28/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC. | | | | 6/19/2008 | USD | Rejected |

2 of 5