**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com



RECEIVED
JAN -6 2009
CLERK'S OFFICE
S.D.N.Y.

November 06, 2008

Lori R. Fife
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: In Re: Lehman Brothers Holdings Inc., et al., Debtors // To: America First Prep II Pension Series LP

Case No. 08-13555

Dear Ms. Fife,

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for America First Prep Fund 2 Pension Series Limited Partnership

America First Prep Fund 2 Pension Series Limited Partnership is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Melanie McGrath
Process Specialist

Log# 514252192

FedEx Tracking# 790146826699

cc: New York District Court, Southern District
    Moynihan U.S. Courthouse,
    500 Pearl St.,
    New York, NY 10007-1312

FILED 2009 JAN -9 P 2: 29 U.S. BANKRUPTCY COURT S.D. OF N.Y.