**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS, INC. et al.,                         :   Case No. 08-13555 (JMP)
                                                               :
         Debtors.                                              :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x   Ref. Docket No. 2462
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

   PAUL BELOBRITSKY, being duly sworn, deposes and says:

   1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

   2.   On January 8, 2009, I served the "NOTICE OF DEBTORS' MOTION PURSUANT TO SECTIONS 105(a), 363(b) AND 365(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6004 AND 6006 FOR AUTHORIZATION TO (I) ASSUME, AS MODIFIED, CERTAIN LOAN AGREEMENTS, AND (II) CONSUMMATE RELATED LOANS TO BE MADE BY LEHMAN COMMERCIAL PAPER INC. AND OTHER LENDERS TO ARCHSTONE," dated January 8, 2009, to which was attached the "DEBTORS' MOTION PURSUANT TO SECTIONS 105(a), 363(b) AND 365(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6004 AND 6006 FOR AUTHORIZATION TO (I) ASSUME, AS MODIFIED, CERTAIN LOAN AGREEMENTS, AND (II) CONSUMMATE RELATED LOANS TO BE MADE BY LEHMAN COMMERCIAL PAPER INC. AND OTHER LENDERS TO ARCHSTONE," dated January 8, 2009 [docket #2462], by causing true and correct copies to be:

   a)  delivered by email to those parties listed on the attached Exhibit "A",

   b)  delivered by facsimile to those parties listed on the attached Exhibit "B", and

   c)  enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

        /s/ Paul Belobritsky
Sworn to before me this        Paul Belobritsky
9th day of January, 2009
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

2

**Exhibit "A"**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bambacha@sec.gov
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com

bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bt@luckydognc.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
carter.hunter@arentfox.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com

| | |
|---|---|
| dcrapo@gibbonslaw.com | eschwartz@contrariancapital.com |
| ddavis@paulweiss.com | esmith@dl.com |
| ddrebsky@nixonpeabody.com | ezavalkoff-babej@vedderprice.com |
| ddunne@milbank.com | ezujkowski@emmetmarvin.com |
| deborah.saltzman@dlapiper.com | ezweig@optonline.net |
| deggert@freebornpeters.com | fbp@ppgms.com |
| demetra.liggins@tklaw.com | feldsteinh@sullcrom.com |
| deryck.palmer@cwt.com | ffm@bostonbusinesslaw.com |
| dfelder@orrick.com | fhyman@mayerbrown.com |
| dflanigan@polsinelli.com | fishere@butzel.com |
| dfriedman@kasowitz.com | frank.white@agg.com |
| dhayes@mcguirewoods.com | fred.berg@rvblaw.com |
| dheffer@foley.com | fsosnick@shearman.com |
| dirk.roberts@ots.treas.gov | gabriel.delvirginia@verizon.net |
| dkleiner@velaw.com | gary.ticoll@cwt.com |
| dkozusko@willkie.com | gauchb@sec.gov |
| dladdin@agg.com | gbray@milbank.com |
| dlemay@chadbourne.com | george.davis@cwt.com |
| dlipke@vedderprice.com | GGraber@HodgsonRuss.com |
| dludman@brownconnery.com | giaimo.christopher@arentfox.com |
| dmcguire@winston.com | giddens@hugheshubbard.com |
| dneier@winston.com | gkaden@goulstonstorrs.com |
| dodonnell@milbank.com | GLee@mofo.com |
| donald.badaczewski@dechert.com | glee@mofo.com |
| douglas.bacon@lw.com | glenn.siegel@dechert.com |
| douglas.mcgill@dbr.com | gmoss@riemerlaw.com |
| DPiazza@HodgsonRuss.com | gnovod@kramerlevin.com |
| dravin@wolffsamson.com | gschiller@zeislaw.com |
| drose@pryorcashman.com | hanh.huynh@cwt.com |
| drosenzweig@fulbright.com | harrisjm@michigan.gov |
| drosner@goulstonstorrs.com | harveystrickon@paulhastings.com |
| drosner@kasowitz.com | heiser@chapman.com |
| dshemano@pwkllp.com | hirsh.robert@arentfox.com |
| dswan@mcguirewoods.com | hollace.cohen@troutmansanders.com |
| dtatge@ebglaw.com | holsen@stroock.com |
| dwdykhouse@pbwt.com | howard.hawkins@cwt.com |
| dwildes@stroock.com | hseife@chadbourne.com |
| eagle.sara@pbgc.gov | hsnovikoff@wlrk.com |
| echang@steinlubin.com | hweg@pwkllp.com |
| ecohen@russell.com | ian.levy@kobrekim.com |
| efile@pbgc.gov | igoldstein@dl.com |
| efile@willaw.com | ilevee@lowenstein.com |
| efleck@milbank.com | info2@normandyhill.com |
| efriedman@friedumspring.com | ira.herman@tklaw.com |
| eglas@mccarter.com | isgreene@hhlaw.com |
| ehollander@whitecase.com | israel.dahan@cwt.com |
| ehorn@lowenstein.com | jacobsonn@sec.gov |
| ekbergc@lanepowell.com | jafeltman@wlrk.com |
| ellen.halstead@cwt.com | james.mcclammy@dpw.com |
| elobello@blankrome.com | jamestecce@quinnemanuel.com |
| eobrien@sbchlaw.com | jason.jurgens@cwt.com |
| eschaffer@reedsmith.com | jatkins@duffyandatkins.com |

| | |
|---|---|
| jay@kleinsolomon.com | jsmairo@pbnlaw.com |
| Jbecker@wilmingtontrust.com | jtimko@allenmatkins.com |
| jbeemer@entwistle-law.com | jtougas@mayerbrown.com |
| jbird@polsinelli.com | judy.morse@crowedunlevy.com |
| jbromley@cgsh.com | jwallack@goulstonstorrs.com |
| jcarberry@cl-law.com | jwang@sipc.org |
| Jdrucker@coleschotz.com | jweiss@gibsondunn.com |
| jdyas@halperinlaw.net | jwest@velaw.com |
| jeff.wittig@coair.com | jwhitman@entwistle-law.com |
| jeffrey.sabin@bingham.com | jwishnew@mofo.com |
| jeldredge@velaw.com | k4.nomura@aozorabank.co.jp |
| jennifer.demarco@cliffordchance.com | karen.wagner@dpw.com |
| jennifer.gore@shell.com | karol.denniston@dlapiper.com |
| jeremy.eiden@state.mn.us | KDWBankruptcyDepartment@kelleydrye.com |
| jfalgowski@reedsmith.com | keith.simon@lw.com |
| jg5786@att.com | Ken.Coleman@allenovery.com |
| jgarrity@shearman.com | ken.higman@hp.com |
| jguy@orrick.com | kgwynne@reedsmith.com |
| jherzog@gklaw.com | kiplok@hugheshubbard.com |
| jhs7@att.net | kkelly@ebglaw.com |
| jhuggett@margolisedelstein.com | Klippman@munsch.com |
| jhuh@ffwplaw.com | klyman@irell.com |
| jjureller@klestadt.com | kmayer@mccarter.com |
| jkehoe@sbtklaw.com | kmisken@mcguirewoods.com |
| jketten@willkie.com | kobak@hugheshubbard.com |
| jkurtzman@klehr.com | korr@orrick.com |
| jlamar@maynardcooper.com | KOstad@mofo.com |
| jlawlor@wmd-law.com | kovskyd@pepperlaw.com |
| jlee@foley.com | kpiper@steptoe.com |
| jlevitin@cahill.com | kressk@pepperlaw.com |
| jlipson@crockerkuno.com | KReynolds@mklawnyc.com |
| jliu@dl.com | kristin.going@dbr.com |
| jlovi@steptoe.com | krosen@lowenstein.com |
| jmazermarino@msek.com | krubin@ozcap.com |
| jmcginley@wilmingtontrust.com | kstahl@whitecase.com |
| jmelko@gardere.com | kurt.mayr@bgllp.com |
| jmerva@fult.com | lacyr@sullcrom.com |
| john.mcnicholas@dlapiper.com | lalshibib@reedsmith.com |
| john.monaghan@hklaw.com | Landon@StreusandLandon.com |
| john.rapisardi@cwt.com | lattard@kayescholer.com |
| jorbach@hahnhessen.com | lawrence.bass@hro.com |
| Joseph.Cordaro@usdoj.gov | lberkoff@moritthock.com |
| joseph.scordato@dkib.com | lehman@fklaw.com |
| joshua.dorchak@bingham.com | lgranfield@cgsh.com |
| jowen769@yahoo.com | lhandelsman@stroock.com |
| JPintarelli@mofo.com | linda.boyle@twtelecom.com |
| jpintarelli@mofo.com | lisa.kraidin@allenovery.com |
| jporter@entwistle-law.com | LJKotler@duanemorris.com |
| jprol@lowenstein.com | lmarinuzzi@mofo.com |
| jrabinowitz@rltlawfirm.com | Lmay@coleschotz.com |
| jschwartz@hahnhessen.com | lmcgowen@orrick.com |
| jshickich@riddellwilliams.com | lml@ppgms.com |

lnashelsky@mofo.com
lromansic@steptoe.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
metkin@lowenstein.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mitchell.epner@friedfrank.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com

mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
Nasreen.Bulos@dubaiic.com
nbannon@tishmanspeyer.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
omeca.nedd@lovells.com
owllady@hughes.net
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
prachmuth@reedsmith.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
Sara.Tapinekis@cliffordchance.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheakkorzun@comcast.net
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com
snewman@katskykorins.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com

steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
wheuer@dl.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

Email Addresses

| | |
|---|---|
| AAmir@archstonemail.com | ppantaleo@stblaw.com |
| aaron.welsh@barcap.com | qyang@statestreet.com |
| Andrew.dady@srz.com | rdobbs@bofasecurities.com |
| benjamin.eppley@barclayscapital.com | richard.schetman@cwt.com |
| Carol.Chen@barclayscapital.com | robert.e.bostrom@freddiemac.com |
| cdo_surveillance@sandp.com | rosalie.gray@skadden.com |
| cdo_surveillance@standardandpoors.com | scott.weiner@barcap.com |
| cdomonitoring@moodys.com | sean.mckenna@barcap.com |
| contact@rabobank.com | SKCharles@WLRK.com |
| David.Nemec@barclayscapital.com | sldelong@venable.com |
| dj.baker@skadden.com | sstickler@stblaw.com |
| don.benningfield@bankofamerica.com | sula.fiszman@bingham.com |
| EGabbay@kayescholer.com | VBressler@stblaw.com |
| eseiler@fklaw.com | VSmith@kayescholer.com |
| evan.benanti@bingham.com | wweintraub@fklaw.com |
| FPillon@gibsondunn.com | |
| gadler@fklaw.com | |
| Ileana.stone@bankofamerica.com | |
| jason.a.ourman@bofasecurities.com | |
| Jason.LaBonte@bofasecurities.com | |
| Jburesh@stblaw.com | |
| jmisher@kayescholer.com | |
| John.Phelan@dlapiper.com | |
| JRosenthal@tishmanspeyer.com | |
| k.lore@bingham.com | |
| Lhait@kayescholer.com | |
| Lori.Rung@barclayscapital.com | |
| mark.manske@barclayscapital.com | |
| matt.masso@bankofamerica.com | |
| mbelsley@kirkland.com | |
| mgibson@kirkland.com | |
| Michael.Hamilton@dlapiper.com | |
| michael.mazzei@barcap.com | |
| mkingsley@kayescholer.com | |
| moodys_cre_cdo_monitoring@moodys.com | |
| NOstrander@stblaw.com | |
| patrick.hayden@alston.com | |
| Perry.Kalajian@skadden.com | |
| Peter.Neckles@skadden.com | |
| pjselian@statestreet.com | |
| pkjelsberg@lockelord.com | |
| PMindlin@wlrk.com | |

# Exhibit "B"

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

| Name | Fax |
|---|---|
| Alston & Bird, Attn: Patrick Hayden | 704-444-1753 |
| Archstone Corporate Headquarters | 303-708-5999 |
| Banc of America Strategic Ventures, Attn: LaBonte | 704-719-5232 |
| Bank of America Securities, Attn: Don Benningfield | 646-855-5046 |
| Bank of America Securities, Attn: Rochelle Dobbs | 212-847-5695 |
| Bank of America, Attn: Jason Ourman | 646-855-5046 |
| Bank of America, N.A., Attn: Dean Roberson | 704-317-0770 |
| Bank of America, N.A., Attn: Lesa Butler | 214-209-0085 |
| Bank of America, N.A., Attn: Sylvia O'Neill | 415-622-0245 |
| Bank of New York, Attn: Glenn Hett, Doug Tienken | 732-667-9324 |
| Barclays Capital, Attn: Ian W. Sterling | 212-412-7353 |
| BIH ASN LLC, Attn: Lori Rung | 212-412-1664 |
| Bingham McCutchen, LLP, Attn: Evan J. Benanti | 617-951-8736 |
| Bingham McCutchen, LLP, Attn: Kenneth G Lore | 212-891-9598 |
| Bingham McCutchen, LLP, Attn: P. Sabin Willett | 617-951-8736 |
| Bingham McCutchen, LLP, Attn: Sula R. Fiszman | 617-951-8736 |
| Brahms Funding Corporation | 212-302-8767 |
| Cadwalader, Wickersham & Taft, Attn: Schetman | 212-504-6666 |
| Dewey & LeBoeuf, Attn: Irena Goldstein | 212-259-6333 |
| DLA Piper, Attn: John C. Phelan | 212-835-6001 |
| DLA Piper, Attn: Michael D. Hamilton | 213-330-7536 |
| Fannie Mae, Attn: VP for Multifamily Asset Mgmt | 301-280-2064 |
| Freddie Mac, Attn: Robert E. Bostrom | 703-903-2693 |
| Friedman Kaplan Seiler & Adelman LLP, Attn Adler | 212-373-7918 |
| Friedman Kaplan Seiler & Adelman LLP, Eric Seiler | 212-373-7903 |
| Friedman Kaplan Seiler & Adelman LLP, Weintraub | 212-373-7909 |
| Gibson, Dunn & Crutcher LLP, Attn: Fred L. Pillon | 415-374-8432 |
| JPMorgan Chase, Attn: Kevin Kelley, Ed Mayfield | 646-534-6400 |
| Kaye Scholer LLP, Attn: Ana Alfonso | 212-836-7157 |
| Kaye Scholer LLP, Attn: Edmond Gabbay | 212-836-8689 |
| Kaye Scholer LLP, Attn: Jeffrey A. Misher | 212-836-6313 |
| Kaye Scholer LLP, Attn: Louis J. Hait | 212-836-8689 |
| Kaye Scholer LLP, Attn: Margot Schonholtz | 212-836-8689 |
| Kaye Scholer LLP, Attn: Mark S. Kingsley | 212-836-8689 |
| Kirkland & Ellis LLP, Attn: M Gibson and M Belsey | 312-861-2200 |
| Lehman Brothers Bank, Attn: Lloyd Winans | 212-548-9009 |
| Lehman Brothers Bank, Attn: Steve Korell | 646-834-0296 |
| Lehman Brothers Commercial Bank, Attn: Nancy Wong | 646-758-5000 |
| Lehman Brothers Commercial Bank, Attn: President | 801-264-6901 |
| Lehman Brothers Holdings Inc. | 646-758-4544 |
| Lehman Brothers Holdings, Attn: Scott Lechner | 646-758-4203 |
| Locke Lord Bissell & Liddell LLP, Mr. Kjelsberg | 713-229-2665 |
| Moody's Investors Service, Attn: CMBS Surveil | 212-553-1350 |
| Moody's Investors Service, Inc, Attn:CBO/CLO | 212-553-4170 |
| S&P Ratings Services, Attn: Structured Fin Ratings | 212-438-2664 |
| Schulte, Roth & Zabel LLP, Attn: Andrew J. Dady | 212-593-5955 |
| Simpson Thacher & Bartlett LLP, Attn: J Buresh | 212-455-2502 |
| Simpson Thacher & Bartlett LLP, Attn: Ostrander | 212-455-2502 |
| Simpson Thacher & Bartlett LLP, Attn: P Pantaleo | 212-455-2502 |
| Simpson Thacher & Bartlett LLP, Attn: S Stickler | 212-455-2502 |
| Simpson Thacher & Bartlett LLP, Attn: V Bressler | 212-455-2502 |

| | |
|---|---|
| Skadden Arps Slate Meagher & Flom, Attn Kalajian | 917-777-2858 |
| Skadden Arps Slate Meagher & Flom, Attn: Baker | 917-777-2150 |
| Skadden Arps Slate Meagher & Flom, Attn: Neckles | 917-777-2466 |
| Skadden Arps Slate Meagher & Flom, Attn: R Gray | 917-777-3214 |
| State Street Global Treasury Div, Attn: P Selian | 617-664-2637 |
| State Street Global Treasury Div, Attn: Q. Yang | 617-664-2896 |
| Sumitomo Mitsui Banking Corporation | 212-593-9522 |
| Swedbank AB, Attn: John Matthews | 212-317-3167 |
| Swedbank, Attn: Jim Linford | 212-486-8400 |
| Swedbank, Attn: Jim Linford | 212-486-3233 |
| Swedbank, Attn: Margarita Salcedo | 212-486-3220 |
| Swedbank, Attn: Mide Ferrara and Lius Pino | 212-486-3222 |
| The Bank of New York, as Collateral Agent | 212-571-3050 |
| Tishman Speyer, Attn: Chief Financial Officer | 212-319-1745 |
| Tishman Speyer, Attn: Chief Financial Officer | 212-895-0353 |
| TriMont Real Estate, Attn: Pittard, Winchester | 404-420-5610 |
| US Bank National Assoc, Attn: CDO Trust Srvs | 704-335-4678 |
| Venable LLP, Attn: Stephanie L. DeLong | 202-344-8300 |
| Wachovia Bank, Attn: Portfolio Manager | 704-715-0036 |
| Wachovia Multifamily Capital, Attn: David Kaplan | 212-214-8461 |
| Wachtell, Lipton, Rosen & Katz, Attn: Amy Wolf | 212-403-2245 |
| Wachtell, Lipton, Rosen & Katz, Attn: P Mindlin | 212-403-2217 |
| Wachtell, Lipton, Rosen & Katz, Attn: S Charles | 212-403-2202 |
| Wells Fargo Bank, Attn: Corp Trust Srv Group | 410-715-3748 |

Swedbank AB
Regeringsgatan 13
105 34 Stockholm
Sweden
Attn: Erik Odhnoff
Fax: +46 8 5859 2900

Swedbank AB
Brunkebergstorg 8
105 34 Stockholm
Sweden
Attn: Andreas Jemt
Fax: +46 8 5859 3388

Swedbank AB
Brunkebergstorg 8
105 34 Stockholm
Sweden
Attn: Cecilia Hernqvist
Fax: +46 8 5859 2823

Verano CCS, Ltd.,
c/o Maples Finance Limited,
P.O. Box 1093
Boundary Hall, Cricket Square
Grand Cayman KY1-1102, Cayman Islands
Attn: The Directors
Fax: (345) 945-7100

Grant Thornton (EU Paying Agent)
Herbert Street, Dublin 2
Ireland
Fax: 353-0-1-436-6521

Pine CCS, Ltd.,
c/o Maples Finance Limited,
P.O. Box 1093
Boundary Hall, Cricket Square
Grand Cayman KY1-1102, Cayman Islands
Attn: The Directs
Fax: (345) 945-7100

# Exhibit "C"

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

| Claim Name | Address Information |
|---|---|
| AARON WELSH | C/O BARCLAYS CAPITAL 200 PARK AVENUE   NEW YORK NY 10166 |
| AEGIS FINANCE LLC | C/O GSS HOLDINGS (AEGIS), INC. 445 BROAD HOLLOW ROAD, SUITE 239   MELVILLE NY 11747 |
| ALSTON & BIRD | BANK OF AMERICA PLAZA SUITE 4000 101 SOUTH TRYON STREET ATTN: PATRICK HAYDEN   CHARLOTTE NC 28280-4000 |
| ALSTON & BIRD | BANK OF AMERICA PLAZA SUITE 4000 101 SOUTH TRYON STREET ATTN: PATRICK HAYDEN   CHARLOTTE NC 28280-4000 |
| AMY WOLF | WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET   NEW YORK NY 10019 |
| ARCHSTONE CORPORATE HEADQUARTERS | 9200 E. PANORAMA CIRCLE SUITE 400   ENGLEWOOD CO 80112 |
| BANC OF AMERICA STRATEGIC VENTURES, INC. | 214 NORTH TRYON STREET ATTN: JASON LABONTE   CHARLOTTE NC 28255 |
| BANC OF AMERICA STRATEGIC VENTURES, INC. | C/O BANC OF AMERICA LEGAL DEPT. ATTN: ILEANA STONE, ASST GENERAL COUNSEL 231 S. LASALLE STREET   CHICAGO IL 60604 |
| BANK OF AMERICA | JASON OURMAN PRINCIPAL ONE BRYANT PARK, 11TH FLOOR NY1-100-11-07   NEW YORK NY 10036 |
| BANK OF AMERICA SECURITIES, LLC | NY1-100-11-07 ONE BRYANT PARK ATTN:  DON BENNINGFIELD MANAGING DIRECTOR ATTN: GLOBAL STRUCTURED FINANCE   NEW YORK NY 10036 |
| BANK OF AMERICA SECURITIES, LLC | NY1-301-32-02 9 WEST 57TH STREET ATTN:  ROCHELLE R. DOBBS MANAGING DIRECTOR REAL ESTATE CAPITAL MARKETS   NEW YORK NY 10019 |
| BANK OF AMERICA, N.A. | 901 MAIN STREET ATTN: LESA BUTLER   DALLAS TX 75202-3714 |
| BANK OF AMERICA, N.A. | 555 CALIFORNIA STREET 8TH FLOOR ATTN: SYLVIA O?NEILL   SAN FRANCISCO CA 94104-1503 |
| BANK OF AMERICA, N.A. | CMBS MORTGAGE SERVICING 900 WEST TRADE STREET NC1-026-06-01 ATTN: DEAN ROBERSON   CHARLOTTE NC 28255 |
| BENJAMIN EPPLEG | C/O BARCLAYS CAPITAL 200 PARK AVENUE   NEW YORK NY 10166 |
| BIH ASN LLC | C/O BARCLAYS CAPITAL 200 PARK AVENUE ATTN: LORI RUNG   NEW YORK NY 10166 |
| BRAHMS FUNDING CORPORATION | C/O GLOBAL SECURITIZATION SERVICES, LLC 114 WEST 47TH STREET, SUITE 1715   NEW YORK NY 10036 |
| COOPERATIVE CENTRALE | RAIFFEISEN-BOERENLEENBANK B.A.. RABOBANK INTERNATIONAL, NY BRANCH 245 PARK AVE   NEW YORK NY 10167 |
| D.J. BAKER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE   NEW YORK NY 10036 |
| DLA PIPER | 1251 AVENUE OF THE AMERICAS ATTN:  JOHN C. PHELAN   NEW YORK NY 10020-1104 |
| ERIC SEILER | FRIEDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY   NEW YORK NY 10019-6708 |
| EVAN J. BENANTI | BINGHAM MCCUTCHEN, LLP ONE FEDERAL STREET   BOSTON MA 02110-1726 |
| FANNIE MAE | 3900 WISCONSIN AVENUE, N.W. MULTIFAMILY ASSET MANAGEMENT ATTN: VICE PRESIDENT FOR   WASHINGTON DC 20016-2899 |
| FENWAY CAPITAL, LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 68 SOUTH SERVICE ROAD, SUITE 120   MELVILLE NY 11747 |
| FREDDIE MAC | M.S.B-4F 8100 JONES BRANCH DRIVE ATTN:  DIRECTOR, MULTIFAMILY PORTFOLIO SERVICES   MCLEAN VA 22102 |
| FREDDIE MAC | M.S.B-4F 8100 JONES BRANCH DRIVE ATTN:  ROBERT E. BOSTROM, GENERAL COUNSEL   MCLEAN VA 22102 |
| FREEDOM CCS 2008-1, LTD. | C/O MAPLES FINANCE LIMITED PO BOX 1093 CRICKET SQUARE GEORGE TOWN GRAND CAYMAN, CAYMAN ISLANDS   GRAND CAYMAN, KY1 1102 KY |
| GERALD ADLER | FRIEDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY   NEW YORK NY 10019-6708 |
| GIBSON, DUNN & CRUTCHER LLP | ONE MONTGOMERY STREET, SUITE 3100 ATTN: FRED L. PILLON, ESQ.   SAN FRANCISCO CA 94104 |
| GRANT THORNTON (EU PAYING AGENT) | HERBERT STREET   DUBLIN 2 IE |
| GRANT THORNTON (EU PAYING AGENT) | HERBERT STREET,  DUBLIN 2 IE |
| HEMISPHERE LANE PTY LIMITED | LEVEL 7, 48 MARTIN PLANE SIDNEY,  NEW SOUTH WALES 2000 AU |
| IAN W. STERLING | DIRECTOR & ASSOCIATE GENERAL COUNSEL BARCLAYS CAPITAL 200 PARK AVENUE, 27TH FLOOR   NEW YORK NY 10166 |

| Claim Name | Address Information |
|---|---|
| IAN W. STERLING | DIRECTOR & ASSOCIATE GENERAL COUNSEL BARCLAYS CAPITAL 200 PARK AVENUE, 27TH FLOOR   NEW YORK NY 10166 |
| IRENA GOLDSTEIN | DEWEY & LEBOEUF 1301 AVENUE OF THE AMERICAS   NEW YORK NY 10019 |
| JAMES C. BURESH | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE   NEW YORK NY 10017-3954 |
| JPMORGAN CHASE BANK, N.A. | 245 PARK AVENUE - 12TH FLOOR ATTN: KEVIN KELLEY AND ED MAYFIELD   NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | 245 PARK AVENUE - 12TH FLOOR ATTN: KEVIN KELLEY AND ED MAYFIELD   NEW YORK NY 10167 |
| KAYE SCHOLER LLP | 425 PARK AVENUE ATTN: MARK S. KINGSLEY,MARGOT SCHONHOLTZ EDMOND GABBAY, ANA ALFONSO LOUIS J. HAIT   NEW YORK NY 10022-3598 |
| KENNETH G LORE | BINGHAM MCCUTCHEN, LLP 399 PARK AVENUE   NEW YORK NY 10022-4689 |
| KIRKLAND & ELLIS LLP | 200 EAST RANDOLPH DRIVE ATTN:MARGARET GIBSON, MICHAEL D. BELSEY   CHICAGO IL 60601-6636 |
| LAODICEA LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 445 BROAD HOLLOW ROAD, SUITE 239   MELVILLE NY 11747 |
| LEHMAN BROTHERS BANK, FSB | 745 SEVENTH AVENUE ATTN:  LLOYD WINANS, GENERAL COUNSEL   NEW YORK NY 10019 |
| LEHMAN BROTHERS BANK, FSB | GENERAL COUNSEL-LBB 745 SEVENTH AVENUE ATTN: STEVE KORELL   NEW YORK NY 10019 |
| LEHMAN BROTHERS BANKHAUS AG, LONDON BRANCH | 25 BANK STREET LONDON E14 5LE ATTN:  FRANK ZEITZ   LONDON GB |
| LEHMAN BROTHERS BANKHAUS AG, LONDON BRANCH | 25 BANK STREET   LONDON E14 5LE GB |
| LEHMAN BROTHERS COMMERCIAL BANK | WOODLAND TOWER 1 4001 SOUTH 700 EAST SUITE 410 ATTN: PRESIDENT   SALT LAKE CITY UT 84107 |
| LEHMAN BROTHERS FINANCING LIMITED | 25 BANK STREET   LONDON E14 5LE GB |
| LEHMAN BROTHERS HOLDINGS INC. | 399 PARK AVENUE ATTN: CHARLENE THOMAS   NEW YORK NY 10022 |
| LEHMAN BROTHERS HOLDINGS, INC. | LEHMAN BROTHERS COMMERCIAL BANK 745 SEVENTH AVENUE ATTN: SCOTT KIMMEL AND JULIE BOYLE   NEW YORK NY 10019 |
| LEHMAN BROTHERS HOLDINGS, INC. | OFFICE OF GENERAL COUNSEL 745 SEVENTH AVENUE ATTN: SCOTT LECHNER   NEW YORK NY 10019 |
| LEHMAN COMMERCIAL PAPER INC. | 745 SEVENTH AVENUE   NEW YORK NY 10019 |
| LEHMAN LOAN FUNDING 1 LLC | C/O LEHMAN COMMERCIAL PAPER INC. 745 SEVENTH AVENUE   NEW YORK NY 10019 |
| LEHMAN SYNDICATED LOAN FUNDING TRUST | C/O WILMINGTON TRUST COMPANY AS TRUSTEE 1100 NORTH MARKET STREET   WILMINGTON DE 19890 |
| LUXEMBOURG RESIDENTIAL | PROPERTIES LOAN FINANCE SARL 7, VAL SAINTE CROIX   L-1371 LUXEMBOURG LU |
| LUXEMBOURG RESIDENTIAL | PROPERTIES LOAN FINANCE 2 SARL 745 SEVENTH AVENUE   NEW YORK NY 10019 |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 745 SEVENTH AVENUE   NEW YORK NY 10019 |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 7, VAL SAINTE CROIX ATTN: ALEXIS KAMAROWSKY   L-1371 LU |
| LUXEMBOURG RESIDENTIAL PROPERTIES LOAN FINANCE SAR | 745 SEVENTH AVENUE, 16TH FLOOR ATTN: NANCY WONG   NEW YORK NY 10019 |
| LUXEMBOURG TRADING FINANCE | 745 SEVENTH AVENUE   NEW YORK NY 10019 |
| MAPLES FINANCE LIMITED | P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE ATTN: THE DIRECTS   GRAND CAYMAN KY1-1102, KY |
| MARK MANSKE | C/O BARCLAYS CAPITAL 200 PARK AVENUE   NEW YORK NY 10166 |
| MICHAEL D. HAMILTON | DLA PIPER 550 SOUTH HOPE STREET, SUITE 2300   LOS ANGELES CA 90071-2678 |
| MICHAEL MAZZEI | C/O BARCLAYS CAPITAL 200 PARK AVENUE   NEW YORK NY 10166 |
| MOODY?S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CBO/CLO MONITORING - VERANO CCS, LTD.   NEW YORK NY 10007 |
| MOODY?S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CBO/CLO MONITORING - PINE CCS, LTD.   NEW YORK NY 10007 |
| MOODY?S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CMBS SURVEILLANCE?SASCO 2008-C2, LLC   NEW YORK NY 10007 |
| NATHAN OSTRANDER | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE   NEW YORK NY 10017-3954 |

| Claim Name | Address Information |
|---|---|
| P. SABIN WILLETT | BINGHAM MCCUTCHEN, LLP ONE FEDERAL STREET   BOSTON MA 02110-1726 |
| PAUL J SELIAN | EXECUTIVE VICE PRESIDENT STATE STREET GLOBAL TREASURY DIVISION ONE LINCOLN STREET, SFC3   BOSTON MA 02111-2899 |
| PAUL KJELSBERG | LOCKE LORD BISSELL & LIDDELL LLP 600 TRAVIS STREET, SUITE 3200   HOUSTON TX 77002 |
| PERRY V. KALAJIAN | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE   NEW YORK NY 10036 |
| PETER J. NECKLES | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE   NEW YORK NY 10036 |
| PETER V. PANTALEO | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE   NEW YORK NY 10017-3954 |
| PINE CCS, CORP. | 850 LIBRARY AVENUE, SUITE 204   NEWARK DE 19711 |
| PINE CCS, LTD., | C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE ATTN: THE DIRECTS   GRAND CAYMAN KY1-1102 KY |
| Q. SOPHIE YANG | SENIOR PORTFOLIO MANAGER STATE STREET GLOBAL TREASURY DIVISION ONE LINCOLN STREET, SFC3   BOSTON MA 02111-2899 |
| RICHARD SCHETMAN | CADWALADER, WICKERSHAM & TAFT ONE WORLD FINANCIAL CENTER   NEW YORK NY 10281 |
| ROSALIE W. GRAY | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE   NEW YORK NY 10036 |
| SASCO 2008-C-2, LLC | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET (COUNTY OF NEW CASTLE)   WILMINGTON DE 19801 |
| SCHULTE, ROTH & ZABEL LLP | 919 THIRD AVENUE ATTN: ANDREW J. DADY   NEW YORK NY 10022 |
| SCOTT K CHARLES | WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET   NEW YORK NY 10019 |
| SCOTT WEINER | C/O BARCLAYS CAPITAL 200 PARK AVENUE   NEW YORK NY 10166 |
| SEAN L. MCKENNA | PRINCIPAL MORTGAGE TRADING GROUP BARCLAYS CAPITAL 745 SEVENTH AVENUE   NEW YORK NY 10019 |
| SEAN L. MCKENNA | PRINCIPAL MORTGAGE TRADING GROUP BARCLAYS CAPITAL 745 SEVENTH AVENUE   NEW YORK NY 10019 |
| SPRUCE CCS, LTD. | C/O MAPLES FINANCE LIMITED PO BOX 1093 CRICKET SQUARE GEORGE TOWN   GRAND CAYMAN KY1 1102 KY |
| STANDARD & POOR?S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS, ASSET-BACKED SECURITIES CBO/CLO SURVEILLANCE VERANO CCS, LTD.   NEW YORK NY 10041-0003 |
| STANDARD & POOR?S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS, ASSET-BACKED SECURITIES CBO/ CLO SURVEILLANCE PINE CCS, LTD.   NEW YORK NY 10041-0003 |
| STANDARD & POOR?S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR SASCO 2008-C2, LLC ATTN: STRUCTURED FINANCE RATINGS, ASSET-BACKED SECURITIES CBO/CLO SURVEILLANCE   NEW YORK NY 10041-0003 |
| STATE STREET GLOBAL ADVISORS | STATE STREET FINANCIAL CENTER, 32ND FLOOR 1 LINCOLN STREET ATTN: GLENN CIOTTI/STEVEN MEIER   BOSTON MA 02111 |
| STEVEN C. STICKLER | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE   NEW YORK NY 10017-3954 |
| SULA R. FISZMAN | BINGHAM MCCUTCHEN, LLP ONE FEDERAL STREET   BOSTON MA 02110-1726 |
| SUMITOMO MITSUI BANKING CORPORATION | 277 PARK AVENUE   NEW YORK NY 10172 |
| SWEDBANK (FORENINGS SPARBANKEN AB (PUBL) | ONE PENN PLAZA, 15TH FLOOR ATTN: JIM LINFORD / MARGARITA SALCEDO (LEGAL / DOCUMENTATION) ATTN: JIM LINFORD / MIDE FERRARA / LIUS PINO   NEW YORK NY 10119 |
| SWEDBANK AB | ONE PENN PLAZA, 15TH FLOOR ATTN: JOHN MATTHEWS   NEW YORK NY 10119 |
| SWEDBANK AB | REGERINGSGATAN 13 105 34 STOCKHOLM ATTN: ERIK ODHNOFF   STOCKHOLM SE |
| SWEDBANK AB | BRUNKEBERGSTORG 8 ATTN: ANDREAS JEMT   105 34 STOCKHOLM SE |
| SWEDBANK AB | BRUNKEBERGSTORG 8 ATTN: CECILIA HERNQVIST   105 34 STOCKHOLM SE |
| THE BANK OF NEW YORK | 101 BARCLAY ? 4TH FLOOR ATTN: GLENN HETT, VICE PRESIDENT AND DOUG TIENKEN   NEW YORK NY 10286 |
| THE BANK OF NEW YORK | 101 BARCLAY ? 4TH FLOOR ATTN: GLENN HETT, VICE PRESIDENT AND DOUG TIENKEN   NEW YORK NY 10286 |
| THE BANK OF NEW YORK TRUST CO | AS COLLATERAL TRUSTEE 2 NORTH LASALLE STREET, STE 1020   CHICAGO IL 60602 |
| THE BANK OF NEW YORK, AS COLLATERAL AGENT | 101 BARCLAY STREET   NEW YORK NY 10286 |
| TISHMAN SPEYER | 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER/GENERAL COUNSEL   NEW YORK NY 10111 |

| Claim Name | Address Information |
|---|---|
| TISHMAN SPEYER ARCHSTONE- | SMITH MULTIFAMILY FUND VII (ERISA) CORP. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER   NEW YORK NY 10111 |
| TISHMAN SPEYER PROPERTIES, L.P. | C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER   NEW YORK NY 10111 |
| TISHMAN SPEYER REAL ESTATE | VENTURE VII PARALLEL (INT), L.P. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER   NEW YORK NY 10111 |
| TISHMAN SPEYER REAL ESTATE | VENTURE VII PARALLEL (SGP), L.P. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER   NEW YORK NY 10111 |
| TISHMAN SPEYER U.S. VALUE- | ADDED ASSOCIATES VII, L.L.C. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER   NEW YORK NY 10111 |
| TRIMONT REAL ESTATE ADVISORS, INC. | 3424 PEACHTREE ROAD, NE SUITE 2200 ATTN: BRIAN PITTARD AND GREG WINCHESTER   ATLANTA GA 30326 |
| U.S. BANK NATIONAL ASSOCIATION | 214 NORTH TRYON STREET, 26TH FLOOR ATTN: CDO TRUST SERVICES VERANO CCS AND BRAND HOSFORD   CHARLOTTE NC 28202 |
| U.S. BANK NATIONAL ASSOCIATION | 214 NORTH TRYON STREET, 26TH FLOOR ATTN: CDO TRUST SERVICES ? PINE CCS   CHARLOTTE NC 28202 |
| VANESSA BRESSLER | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE   NEW YORK NY 10017-3954 |
| VARIABLE FUNDING TRUST 2008-1 | C/O U.S. BANK TRUST NATIONAL ASSOCIATION CORPORATE TRUST SERVICES 300 DELAWARE AVENUE, 9TH FLOOR   WILMINGTON DE 19801 |
| VENABLE LLP | 575 7TH STREET, N.W. ATTN: STEPHANIE L. DELONG, ESQ.   WASHINGTON DC 20004 |
| VERANO CCS, CORP. | 850 LIBRARY AVENUE, SUITE 204   NEWARK DE 19711 |
| VERANO CCS, LTD., | C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE ATTN: THE DIRECTORS   GRAND CAYMAN KY1-1102, KY |
| WACHOVIA BANK, NATIONAL ASSOCIATION | NC 1075, 9TH FLOOR 201 S. COLLEGE ST. ATTN: PORTFOLIO MANAGER, SASCO 2008-C2   CHARLOTTE NC 28244 |
| WACHOVIA MULTIFAMILY CAPITAL, INC. | 375 PARK AVENUE MAIL CODE NY 4060 ATTN: DAVID S. KAPLAN   NEW YORK NY 10152 |
| WACHOVIA MULTIFAMILY CAPITAL, INC. | 700 NORTH PEARL STREET, 17TH FLOOR MAIL CODE TX5648 ATTN: EMILY BURNS, VICE PRESIDENT   DALLAS TX 75201 |
| WACHTELL, LIPTON, ROSEN & KATZ | 51 WEST 52ND STREET ATTN: PHILIP MINDLIN   NEW YORK NY 10019 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES GROUP?SASCO 2008-C2, LLC AND BRIAN SMITH   COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | SIXTH STREET & MARQUETTE AVENUE, ATTN: CORPORATE TRUST SERVICES GROUP?SASCO 2008-C2, LLC   MINNEAPOLIS MN 55479 |
| WILLIAM P. WEINTRAUB | FRIEDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY   NEW YORK NY 10019-6708 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | 1 ALLEE SCHEFFER   LUXEMBOURG L-2520 LU |
| WINDERMERE VII CMBS P.L.C. | 1 ALLEE SCHEFFER   LUXEMBOURG L-2520 LU |

**Total Creditor Count 125**