Pg 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | § § | Case No. 08-13555 (JMP) |
| Debtor | § § § | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 9th day of January, 2009, I caused to be served by electronic transmission a true copy of the following document upon those parties listed on the attached Service List, and by overnight express delivery upon the office of the United States Trustee, 33 Whitehall Street, New York, New York 10004, Attn: Andrew Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin and Tracy Hope Davis:

> *Objection of the Harbinger Funds to Debtors' Amended Motion Pursuant to Bankruptcy Rule 1007(c) to Further Extend the Time to File the Debtors' Schedules, Statements of Financial Affairs, and Related Documents.*

/s/Patricia A. Wright
Patricia A. Wright

Sworn to before me this
12th day of January, 2008

/s/Teresa M. Brown
Notary Public, State of New York
No. 01BR4799240
Commission Expires Oct. 31, 2009

A/72752033.2

## Service List

WEIL GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, NY 10153  
Email:  richard.krasnow@weil.com  
　　　　lori.fife@weil.com  
　　　　shai.waisman@weil.com  
　　　　jacqueline.marcus@weil.com  

MILBANK, TWEED, HADLEY & McCLOY LLP  
1 Chase Manhattan Plaza  
New York, NY 10005  
Email: ddunne@milbank.com  
　　　　dodonnell@milbank.com  
　　　　efleck@milbank.com  

A/72752033.2