WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                   :    **08-13555 (JMP)**
                                                               :
                              **Debtors.**                     :    **(Jointly Administered)**
                                                               :
                                                               :
---------------------------------------------------------------x

## NOTICE OF SEVENTH SUPPLEMENTAL LIST
## OF ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE that in accordance with the Order Pursuant to

Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ

Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the

"Order") [Docket. No. 1394],[1] Lehman Brothers Holdings Inc. ("LBHI") and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together,

the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to

the Order to include the professionals set forth on the list annexed hereto as Exhibit A (the

"Seventh Supplemental List").

_____

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Order.

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professional does not represent or hold an interest adverse to the Debtors or their estates for the matter on which the professional is to be employed (the "Ordinary Course Professional Affidavits") and the retention questionnaires (the "Retention Questionnaires") of the ordinary course professionals identified on the Seventh Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Seventh Supplemental List, the Ordinary Course Professional Affidavits, and the Retention Questionnaires on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of ordinary course professionals identified on the Seventh Supplemental List must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice.  Unless timely objections are received, the Seventh Supplemental List shall be deemed approved by the Court and the professionals identified therein shall be deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: January 12, 2009
       New York, New York

Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

**Seventh Supplemental List of Proposed Professionals
to be Employed in the Ordinary Course of Business**

| Professional | Nature of Services |
|---|---|
| **Fulbright & Jaworski L.L.P.**<br>666 Fifth Avenue<br>New York, NY 10103 | Litigation counsel in California |