SAUL EWING LLP
Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853
E-mail: aisenberg@saul.com

Attorneys for The Pennsylvania
Convention Center Authority

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,           :    Case No. 08-13555 (JMP)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF PENNSYLVANIA CONVENTION
CENTER AUTHORITY FOR: (A) DETERMINATION THAT AUTOMATIC
STAY DOES NOT PREVENT TERMINATION OF RESERVE FUND
AGREEMENT; OR (B) IN THE ALTERNATIVE, RELIEF FROM THE
AUTOMATIC STAY TO TERMINATE RESERVE FUND AGREEMENT**

PLEASE TAKE NOTICE that the Pennsylvania Convention Center Authority, by and through its undersigned counsel, hereby withdraws its Motion for: (A) Determination That Automatic Stay Does Not Prevent Termination of Reserve Fund Agreement; or (B) In The Alternative, Relief From the Automatic Stay to Terminate Reserve Fund Agreement (the "Motion") [Docket No. 1780], without prejudice.

1128714.1 1/12/09

Dated: January 12, 2009

                        SAUL EWING LLP

                    By:   /s/ Adam H. Isenberg
                         Adam H. Isenberg, Esquire
                         Centre Square West
                         1500 Market Street, 38th Floor
                         Philadelphia, PA  19102
                         Telephone: (215) 972-8662
                         Facsimile: (215) 972-1853
                         E-mail: aisenberg@saul.com

                         Attorneys for The Pennsylvania
                         Convention Center Authority