SAUL EWING LLP
Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853
E-mail: aisenberg@saul.com

Attorneys for The Pennsylvania
Convention Center Authority

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                       :    Case No. 08-13555 (JMP)
                                                                :
                              Debtors.                          :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x    Re: Docket No. 2492

## CERTIFICATE OF SERVICE

I, Adam H. Isenberg, hereby certify that:

1. I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102.

2. Reference is made to the **Notice of Withdrawal of Motion of Pennsylvania Convention Center Authority for: (A) Determination that Automatic Stay Does Not Prevent Termination of Reserve Fund Agreement; or (B) in the Alternative, Relief from the Automatic Stay to Terminate Reserve Fund Agreement** (the "Notice of Withdrawal") filed with the Court on January 12, 2009.

1129314.1 1/12/09

3. On January 12, 2009, I caused a copy of the Notice of Withdrawal to be served by first class, United States mail, postage prepaid, upon the attached service list.

Dated: January 12, 2009

/s/ Adam H. Isenberg
Adam H. Isenberg
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-8662

Attorneys for The Pennsylvania
Convention Center Authority

HONORABLE JAMES M. PECK
Courtroom 601
One Bowling Green
New York, NY 10004

OFFICE OF THE U.S. TRUSTEE
ATTN: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto,
Linda Riffkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

EPIQ Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

WEIL GOTSHAL & MANGES, LLP
ATTN: Shai Y. Waisman, Esq., Richard P. Krasnow, Esq.,
Lori R. Fife, Esq., Jacqueline Marcus, Esq.
767 Fifth Ave
New York, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

CLEARY GOTTLIEB LLP
ATTN: Lindsee P. Granfield, Esq., Lisa Schweiger, Esq.
One Liberty Plaza
New York, NY 10006

SULLIVAN & CROMWELL LLP
ATTN: Robinson B. Lacy, Esq., Hydee R. Feldstein, Esq.
125 Broad Street
New York, NY 10004