DILWORTH PAXSON LLP
Anne M. Aaronson (AA 1679)
1500 Market Street
Suite 3500E
Philadelphia, PA 19102
Direct: 215-575-7110
Fax: 215-575-7200

-and-

PEPPER HAMILTON LLP
Michael H. Friedman
Leon R. Barson
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for Pitcairn Properties Holdings, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF ANNE M. AARONSON AS COUNSEL

Anne M. Aaronson, Esquire, now of the firm of Dilworth Paxson LLP, hereby withdraws her appearance on behalf of Pitcairn Properties Holdings, Inc. ("PPHI") in the above-captioned bankruptcy cases. Ms. Aaronson is withdrawing her appearance because she is no longer employed by Pepper Hamilton LLP, counsel for PPHI. Michael H. Friedman, Esquire and Leon R. Barson, Esquire, of Pepper Hamilton, LLP, will continue to represent PPHI in the above-captioned bankruptcy cases.

#10268199 v1

| DILWORTH PAXSON LLP | PEPPER HAMILTON LLP |
|---|---|
| By: /s/ Anne M. Aaronson<br>Anne M. Aaronson (AA 1679)<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102<br>Telephone: 215-575-7110<br>Facsimile: 215-575-7200 | Michael Friedman<br>Leon R. Barson (*pro hac vice*)<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4000<br>Facsimile: (215) 981-4750 |
| Withdrawing Counsel for Pitcairn Properties Holdings, Inc. | Counsel for Pitcairn Properties Holdings, Inc. |

#10268199 v1