DILWORTH PAXSON LLP
Anne M. Aaronson (AA 1679)
1500 Market Street
Suite 3500E
Philadelphia, PA 19102
Direct: 215-575-7110
Fax: 215-575-7200

-and-

PEPPER HAMILTON LLP
Michael H. Friedman
Leon R. Barson
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Tel:  (215) 981-4000
Fax: (215) 981-4750

Counsel for Pitcairn Properties Holdings, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2009, copies of the Notice Of Withdrawal Of Anne M. Aaronson As Counsel were served upon the parties on the attached service list via first class U.S. mail, postage prepaid.

DILWORTH PAXSON LLP

By:  /s/ Anne M. Aaronson
Anne M. Aaronson (AA 1679)
1500 Market Street
Suite 3500E
Philadelphia, PA 19102
Telephone: 215-575-7110

Withdrawing Counsel for Pitcairn Properties Holdings, Inc.

#10268199 v1

Lehman Brothers Holdings Inc., *et al.*
c/o Harvey R. Miller, Esquire
Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Jacqueline Marcus, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

Official Committee of Unsecured Creditors
c/o James Tecce, Esquire
Susheel Kirpalani, Esquire
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue
22nd Floor
New York, NY 10010

Andrew D. Velez-Rivera
Office of the U. S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

James W. Giddens
Trustee for SIPA Liquidation of Lehman Brothers, Inc
c/o Jeffrey S. Margolin, Esquire
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004