Richard P. Norton
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

-and-

J.R. Smith
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Attorneys for Genworth Financial, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS INC., | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtor. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Genworth Financial, Inc. ("Genworth"), by and through its undersigned counsel, hereby enters a notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that Genworth hereby requests, pursuant to Bankruptcy Rule 2002 and Bankruptcy Code section 1109(b), that copies of all notices and pleadings given, and all papers served or required to be served, be given and served upon the

following persons at the address, telephone number, facsimile number and e-mail address indicated:

> Richard P. Norton
> HUNTON & WILLIAMS LLP
> 200 Park Avenue
> New York, New York 10166
> Telephone:  (212) 309-1000
> Facsimile:  (212) 309-1100
> Email: rnorton@hunton.com
>
> J.R. Smith
> HUNTON & WILLIAMS LLP
> Riverfront Plaza, East Tower
> 951 East Byrd Street
> Richmond, Virginia 23219
> Telephone:  (804) 788-8200
> Facsimile:  (804) 788-8218
> Email: jrsmith@hunton.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-referenced bankruptcy proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Genworth intends neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive (i) Genworth's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) Genworth's right to trial by jury in any proceeding so

triable in any case, controversy, or proceeding related to this bankruptcy proceeding, (iii) Genworth's right to have the United States District Court for the Southern District of New York withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Genworth is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the Southern District of New York over Genworth, all of which rights, claims, actions, defenses, setoffs, and recoupments Genworth expressly reserves.

Dated: New York, New York
January 12, 2009

HUNTON & WILLIAMS LLP

*/s/ Richard P. Norton*
Richard P. Norton
200 Park Avenue
New York, New York  100166-0136
Telephone:  (212) 309-1000

-and-

J.R. Smith
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia  23219-4074
Telephone:  (804) 788-8200

*Attorneys for Genworth Financial, Inc.*