UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., | Case No. 08-13555 |
| Debtor. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICE AND SERVICE OF PAPERS

Please take notice that Northern Indiana Public Service Company ("NIPSCO")

and NiSource Finance Corp ("NFC"), parties in interest, hereby appear in the above-captioned

case.

Please take further notice that, pursuant to Bankruptcy Rules 2002 and 9007,

demand is made that all notices given or required to be given, and all papers served or required

to be served, be given and served upon the following:

> SCHIFF HARDIN LLP
> 6600 Sears Tower
> Chicago, IL 60606
> Attention: Eugene J. Geekie, Jr.
> Tel: (312) 258-5635
> Fax: (312) 258-5600
> E-mail: egeekie@schiffhardin.com

The foregoing demand includes, not only the notices and papers referred to in the

Bankruptcy Rules specified above but, without limitation, all orders and notices of any

application, motion, hearing, petition, request, complaint or demand, whether formal or informal,

whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor.

This appearance and demand for notice and service of papers is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over NIPSCO and NFC nor, specifically but not limited to, a waiver of (i) NIPSCO and NFC's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) NIPSCO and NFC's right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) NIPSCO and NFC's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which NIPSCO and NFC are or may be entitled under any agreement, in law or in equity, as of which rights, claims, actions, defenses, set-offs, and recoupments NIPSCO and NFC expressly reserve.

Dated: New York, New York.
      January 12, 2009

Respectfully submitted,

SCHIFF HARDIN LLP


By:  /s/ Carl W. Oberdier
     Carl W. Oberdier
     Bar No. CO4150
     900 Third Avenue
     New York, New York 10022
     (212) 753-5000
     Counsel for Creditors
     NIPSCO
     NiSource Finance Corp.