PORZIO, BROMBERG & NEWMAN, P.C.
(Mail to) P.O. Box 1997, Morristown, NJ  07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ  07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY  10019
Email: jsmairo@pbnlaw.com

Attorney Appearing:  John S. Mairo (JM-0670)

Attorneys for Aliant Bank

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                                                  )
                                                                              ) Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC.       ) Jointly Administered
                                                                              )
                    Debtor.                                           ) Chapter 11 Case
                                                                              )
--------------------------------------------------------- x

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

I, John S. Mairo, a member in good standing of the bar in the State of New York, and an attorney admitted to practice before the United States District Court for the Southern District of New York and a principal of the law firm of Porzio Bromberg & Newman PC ("Porzio"), hereby moves this Court to enter an Order permitting Terri Jane Freedman to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above captioned case.  In support thereof, the Movant respectfully represents as follows:

Ms. Freedman is counsel with Porzio, a member in good standing of the Bar of New Jersey, and is admitted to practice in the United States District Court for the District of New Jersey.  Ms. Freedman's address is:  Porzio Bromberg & Newman PC, 100 Southgate Parkway,

1255864

Morristown, NJ 07962-1997.  Ms. Freedman's e-mail address is tjfreedman@pbnlaw.com and her telephone number is (973) 538-4006.

      The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

      WHEREFORE, the Movant requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.

Dated:    New York, New York
          January 6, 2009

                              PORZIO BROMBERG & NEWMAN PC

                              /s/ John S. Mairo
                              John S. Mairo