PORZIO, BROMBERG & NEWMAN, P.C.
(Mail to) P.O. Box 1997, Morristown, NJ 07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ 07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY 10019
Email: jsmairo@pbnlaw.com

Attorney Appearing:   John S. Mairo (JM-0670)

Attorneys for Aliant Bank

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                                              )
                                                                         ) Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC.     ) Jointly Administered
                                                                         )
               Debtor.                                            ) Chapter 11 Case
                                                                         )
----------------------------------------------------------- x

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of John S. Mairo, Esq. for admission to practice *pro hac vice* of Terri Jane Freedman, Esq., of Porzio Bromberg & Newman PC; due and proper notice having been given in accordance with the applicable provisions of Title 11 of the United States Code and Federal Rules of Bankruptcy Procedure; and other good cause appearing, it is

ORDERED THAT Terri Jane Freedman, Esq., is permitted to practice *pro hac vice* in connection with the above captioned bankruptcy case.

Dated:        New York, New York
                   January _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

1255864                                               3