Barbra R. Parlin, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Facsimile: (212) 385-9010

Counsel to PricewaterhouseCoopers LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                   :    Chapter 11
                                                                              :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.     :    Case No. 08-13555 (JMP)
                                                                              :
                                                                              :
                                                  Debtors.         :    Jointly Administered.
----------------------------------------------------------x

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorney appears as counsel to PricewaterhouseCoopers LLP ("PWC"), a creditor and party-in-interest in these proceedings, and request that all notice given or required to be given in this action and all related actions, be given and served upon:

> Barbra R. Parlin, Esq.
> Holland & Knight LLP
> *Attorneys for PricewaterhouseCoopers LLP*
> 195 Broadway, 24th Floor
> New York, New York 10007
> Telephone: (212) 513-3200
> Facsimile: (212) 385-9010
> Email: barbra.parlin@hklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on

notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, filed or made with regard to the case and proceedings referenced herein. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of PricewaterhouseCoopers LLP's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which PricewaterhouseCoopers LLP is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 13, 2009
      New York, New York

                                 HOLLAND & KNIGHT LLP

                                 By: /s/Barbra R. Parlin
                                     Barbra R. Parlin, Esq.
                                     195 Broadway
                                     New York, New York 10007
                                     Telephone: (212) 513-3200
                                     Facsimile: (212) 385-9010

                               Counsel PricewaterhouseCoopers LLP

# CERTIFICATE OF SERVICE

       I, Wilfred Lancaster, do hereby certify under penalty of perjury that on January 13, 2009, I caused a copy of the within Notice of Appearance and Request for Service of Papers, to be served upon each of the parties listed on the annexed service list, by depositing true copies of same in sealed, postage paid envelopes in an official depository of the U.S. Postal Service located in the U.S. Post Office at Church Street, New York, New York.

                                            /s/Wilfred Lancaster
                                              Wilfred Lancaster

Sworn to before me this
13th day of January 2009.

/s/Peter A. Zisser
  Peter A. Zisser

Notary Public, State of New York
Qualified in NY County
No. 4997100
Commission expires 7/2/2010

## Service List

Jacqueline Marcus, Esq.
Shai Waisman, Esq.
Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis C. O'Donnell, Esq.
Evan R. Fleck, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

James Tecce, Esq.
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

#5981675v1