**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th floor
New York, NY 10022-4728
(212) 752-8000
(212) 752-8393 Facsimile
John H. Drucker, Esq. (JD-2524)
Laurence May, Esq. (LM-9714)
Nolan E. Shanahan, Esq. (NS-4598)

Attorneys for Federal Home Loan Bank of
Pittsburgh

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>          Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that the hearing on the joinder of Federal Home Loan Bank of Pittsburgh ("FHLB") to the application to take Rule 2004 discovery from Lehman Brothers, Inc. and other related entities (Docket No. 692) that was previously scheduled for January 14, 2009 is hereby adjourned *sine die* without prejudice. This hearing may be rescheduled by FHLB by the filing of a Notice of Hearing in accordance with the procedures set forth in the Case Management Order (Docket No. 285).

46320/0001-5271183v1

DATED:      New York, New York
              January 13, 2009


COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Attorneys for Federal Home Loan Bank of
Pittsburgh


By:   */s/ Nolan E. Shanahan*
      John H. Drucker, Esq. (JD-2524)
      Laurence May, Esq. (LM-9714)
      Nolan E. Shanahan, Esq. (NS-4598)
      900 Third Avenue, 16th floor
      New York, NY 10022-4728
      (212) 752-8000

46320/0001-5271183v1