**Hearing Date and Time: January 14, 2009 at 10:00 a.m.**

Erin E. Wietecha, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022-4728
 212-752-8000 ext. 3005
ewietecha@coleschotz.com

Jeffrey Andersen
Dickinson, Mackaman, Tyler & Hagen, P.C.
699 Walnut Street
Suite 1600
Des Moines, Iowa 50309-3986
(515) 246-4503
jandersen@dickinsonlaw.com

Counsel for Northcrest, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case Nos. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS | : | |
| INC., ET AL., | : | (Jointly Administered) |
| | : | |
| Debtor. | : | |
| | : | |

**NORTHCREST, INC.'S WITHDRAWAL OF ITS OBJECTION TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVES CONTRACTS**

Northcrest, Inc. ("Northcrest"), hereby withdraws its November 28, 2008 Objection to

Debtors' Motion for an Order Pursuant to Section 105 and 365 of the Bankruptcy Code to

Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative

Contracts.

Respectfully submitted this 13th day of January, 2009.

/s/ Erin E. Wietecha_____
Erin E. Wietecha, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022-4728
212-752-8000 ext. 3005
ewietecha@coleschotz.com


Jeffrey Andersen
Dickinson, Mackaman, Tyler & Hagen, P.C.
699 Walnut Street
Suite 1600
Des Moines, Iowa 50309-3986
(515) 246-4503
jandersen@dickinsonlaw.com

COUNSEL FOR NORTHCREST, INC.