Andrew J. Entwistle, Esq. (AE-6513)
Johnston de F. Whitman, Jr., Esq. (JW-5781)
Jonathan H. Beemer (JB-0458)
Joshua K. Porter (KP-2660)
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue
26th Floor West
New York, New York 10017
Telephone: (212) 894-7200

*Counsel for New York State Comptroller Thomas P. DiNapoli, as Administrative Head of the New York State and Local Retirement Systems and Sole Trustee of the New York State Common Retirement Fund*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Shannon M. Casey, being duly sworn, deposes and says, under the penalty of perjury:

    1. I am over the age of eighteen years and employed by Entwistle & Cappucci LLP, 280 Park Avenue, New York, New York 10017, and I am not a party to the above-captioned proceedings.

2. Pursuant to the Court's September 22, 2008 case management order, I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the Reply in Further Support of the New York State Comptroller's Motion for Appointment of a Trustee or, in the Alternative, an Examiner with Expanded Powers; and (ii) [Proposed] Order Pursuant to 11 U.S.C. §§ 1104(c) and 1106(b) Directing Appointment of Lehman Brothers Holdings, Inc. Examiner, on January 13, 2009.

_____
Shannon M. Casey
Paralegal

Sworn to before me this
13th day of January 2009

_____
Notary Public

ADRIANA ARCE
Notary Public - State of New York
NO. 01AR6174978
Qualified in New York County
My Commission Expires 10/12/2011

## Exhibit A

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.,
Lori R. Fife, Esq., Shai Y. Waisman, Esq.,
and Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153


The Office of the United States Trustee for the Southern District of New York
Attn: Andy Velez-Rivera
Paul Schwartzberg, Brian Masumoto,
Linda Riffkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004


Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005


Cleary Gotliebb LLP
Attn: Lindsee P. Granfield, Esq.
and Lisa Schweiger, Esq.
One Liberty Plaza
New York, New York 10006


Sullivan & Cromwell LLP
Attn: Robinson B. Lacy, Esq.
and Hydee R. Feldstein, Esq.
125 Broad Street
New York, New York 10004