Richard P. Norton
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

-and-

J.R. Smith
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Attorneys for Genworth Financial, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
                                                         :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                :
                                                         :    (Jointly Administered)
                                                         :
                                        Debtors.         :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ):
COUNTY OF NEW YORK   )

  Constance Andonian, being duly sworn, deposes and says: I am not a party to this action, am over the age of eighteen years and employed by Hunton & Williams LLP and my business address is 200 Park Avenue, New York, NY 10166.

  On the 13th day of January, 2009, I served a true and correct copy of the *Amended Notice of Appearance and Request for Service of Papers* [Docket No. 2500] in the manner indicated

upon those parties identified on the attached Service List.  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
       January 13, 2009

                                                */s/ Constance Andonian*
                                                Constance Andonian

Sworn to before me on this
13th day of January, 2009

*/s/ Lucia Bergollo*
Notary Public

**LUCIA BERGOLLO**
**Notary Public, State of New York**
**No. 01BE4921103**
**Qualified in Queens County**
**Commission Expires February 16, 2010**

2

## SERVICE LIST

### BY HAND

Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street
New York, New York 10004

### BY FIRST CLASS MAIL

Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

James Tecce, Esq.
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Batter Park Plaza
New York, NY 10004