**EXHIBIT A**

LehmanLive®

**About Us**  **Businesses**  **Shareholders**  **Newsroom**  **Careers**  [Search]

Equities
Fixed Income
  Fixed Income Research
  Auction Rate Securities
  Capital Markets Prime Services
  **Commodities**
  Credit
  Foreign Exchange
  Global Economics
  Global Family of Indices
  Lehman Brothers Bank FSB
  Municipals
Investment Banking
Investment Management

# Commodities

Delivering energy and commodity risk solutions to customers around the globe, Lehman Brothers Commodity Services complements the Firm's top-ranked banking franchise in power and natural resources, as well as its global sales and distribution platform, and leading capabilities in global trading, derivatives, and risk management.

The experience and expertise of our entire Firm makes us a leader in the following markets:

- Crude oil and refined products
- Power
- Natural gas
- Coal
- Emissions
- Precious and base metals

With offices in New York, Houston, Calgary, London, Tokyo and Singapore, our global team of professionals includes research, sales and origination, structuring, trading, risk management, finance, operations, technology, and legal.

The business actively trades all major financial commodity products including futures, swaps, options and structured products. We offer innovative commodity index solutions such as the Lehman Brothers Commodity Index and the LBCI Pure Beta Index for investors seeking alternative ways to gain exposure to this asset class.

Our client Web site, LehmanLive®, facilitates commodity fundamental and price analysis, as well as benchmark performance of our commodity index products. For more information, please contact us at LehmanCommodities@lehman.com.



INDEX VALUATIONS

Legal Information    Privacy and Security    Business Continuity Planning    Site Map    Contact Us
©2008 Lehman Brothers Inc.    Member NYSE/FINRA/SIPC    All rights reserved.