WINSTON & STRAWN LLP
David Neier (DN-5391)
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (facsimile)
dneier@winston.com

Attorneys for Piper Jaffray & Co.

Hearing:  January 28, 2009, 10:00 a.m. ET

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
In re:                                                   :
                                                         :  Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et* :
*al.,*                                                   :  Case No. 08-13555 (JMP)
                                                         :
Debtors.                                                 :  (Jointly Administered)
                                                         :
                                                         :
-------------------------------------------------------- x

### NOTICE OF ADJOURNMENT OF THE HEARING
### ON THE MOTION OF PIPER JAFFRAY & CO. FOR
### LEAVE TO CONDUCT DISCOVERY PURSUANT TO
### FED. R. BANKR. P. 2004 OF DEBTOR LEHMAN COMMERCIAL PAPER INC.

PLEASE TAKE NOTICE THAT the hearing on the motion of Piper Jaffray & Co. pursuant to section 105(a) of title 11 of the United States Code and Rule 2004 of the Federal Rules of Bankruptcy Procedure for an order authorizing and directing discovery (Docket No. 2311) is hereby adjourned to January 28, 2009, at 10:00 a.m. ET.

Dated: New York, New York
       January 13, 2009

**WINSTON & STRAWN LLP**

By:  /s/David Neier
     David Neier (DN-5391)
200 Park Avenue
New York, New York 10166
Telephone No.:  (212) 294-6700
Facsimile No.:   (212) 294-4700
denier@winston.com

Attorneys for Piper Jaffray & Co.