WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**          :    **08-13555 (JMP)**
                                                          :
                                **Debtors.**              :    **(Jointly Administered)**
                                                          :
------------------------------------------------------------------------------x
                                                          :
**In re**                                                 :
                                                          :    **Case No.**
**LEHMAN BROTHERS INC.,**                                 :
                                                          :    **08-01420 (JMP) (SIPA)**
                                **Debtor.**               :
                                                          :
------------------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## <u>SCHEDULED FOR HEARING ON JANUARY 14, 2009 AT 10:00 A.M.</u>

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.    <u>UNCONTESTED MATTERS:</u>

1.    Debtors' Application to Employ Ernst & Young LLP **[Docket No. 2423]**

Response Deadline:  January 9, 2008 at 4:00 p.m.

Responses Received: None.

Related Filings: None.

Status:  This matter is going forward.

2.    Debtors' Motion for an Extension of the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property **[Docket No. 2406]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter is going forward.

3.    Debtors' Motion Requesting Extension of Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof **[Docket No. 2408]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter is going forward.

4.    Debtors' Motion to Extend the Time Within Which Debtors' Must Comply with Section 345(b) of the Bankruptcy Code **[Docket No. 2425]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter is going forward.

5.    Motion for Relief from the Automatic Stay to Proceed with Class Action Settlement of Certified Class in Austin v. Chisick **[Docket No. 1030]**

Response Deadline:   October 31, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  The parties are attempting to reach a resolution and intend to present a proposed stipulation and order to the Court for approval.

6.    Debtors' Motion to Assume a Subscription Agreement and Certain Other Agreements with Wilton Re Holdings Limited **[Docket No. 2334]**

Response Deadline:   January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter is going forward.

7.    Superior Pipeline's Motion for Relief from the Automatic Stay to Prosecute Adversary Proceeding Against Lehman Commercial Paper, Inc. **[Docket No. 1442]**

Response Deadline:   January 13, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This motion has been resolved.  The parties will present to the Court a proposed stipulation and order for approval.

8.    Motion for Relief from the Automatic Stay of Corus Bank, N.A. **[Docket No. 2342]**

Response Deadline:   January 11, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter is going forward.

9.      Debtors' Motion Requesting Joint Administration of Chapter 11 Cases  **[Case No. 09-10108 (Luxembourg Residencial Properties Loan Finance S.a.r.l.), Docket No. 3]**

Response Deadline:    January 12, 2009 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

10.     Debtors' Motion Requesting Joint Administration of Chapter 11 Cases **[Case No. 09-10137 (BNC Mortgage LLC), Docket No. 3]**

Response Deadline:    January 12, 2009 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

11.     Debtors' Motion Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors be Made Applicable to Luxembourg Residential Properties Loan Finance Sa.r.l. and BNC Mortgage LLC **[Case No. 09-10108 (Luxembourg Residencial Properties Loan Finance S.a.r.l.), Docket No. 4]**

Response Deadline:    January 12, 2009 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

12.     Debtors' Motion Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors be Made Applicable to Luxembourg Residential Properties Loan Finance Sa.r.l. and BNC Mortgage LLC **[Case No. 09-10137 (BNC Mortgage LLC), Docket No. 4]**

Response Deadline:    January 12, 2009 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

## II.   <u>CONTESTED MATTERS</u>:

13.     Motion of The Walt Disney Company for Appointment of Examiner **[Docket No. 1143]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:

    A.      Trustee's Objection **[Docket No. 1320]**

    B.      Response of the United States Trustee **[Docket No. 1468]**

    C.      Debtors' Response **[Docket No. 2458]**

    D.      Barclays Objection **[Docket No. 2469]**

    E.      Response of Official Committee of Unsecured Creditors **[Docket No. 2477]**

Related Documents:

    F.      Joinder of Bank of America **[Docket No. 1302]**

    G.      Response and Joinder of The Harbinger Funds **[Docket No. 1310]**

    H.      Response of The Walt Disney Company **[Docket No. 2507]**

Status:  This matter is going forward.

14.    New York State Comptroller's Motion to Appoint a Trustee **[Docket No. 1376]**

    Response Deadline:    November 14, 2008 at 4:00 p.m.

    Responses Received:

    A.      Debtor Response **[Docket No. 2427]**

    B.      Objection of Official Committee of Unsecured Creditors **[Docket No. 2470]**

Related Documents:

    C.      Lead Plaintiffs' Joinder in Motion of New York State Comptroller **[Docket No. 1686]**

    D.      Reply of New York State Common Retirement Fund **[Docket No. 2505]**

Status:  This matter is going forward.

15.    Motion of The Bank of New York Mellon Trust Company Directing Examination of, and Production of, Documents by Lehman Brothers Holdings, Inc. **[Docket No. 1766]**

    Response Deadline:    January 9, 2009 at 4:00 p.m.

    Responses Received:

> A.    Barclays Objection **[Docket No. 2471]**
>
> B.    Debtors' Reponse **[Docket No. 2478]**
>
> C.    Objection of Trustee for the SIPA Liquidation of Lehman Brothers Inc. **[Docket No. 2479]**
>
> D.    Limited Objection of Official Committee of Unsecured Creditors **[Docket No. 2482]**

Related Documents:

> E.    Reply of The Bank of New York Mellon Trust Company, N.A. **[Docket No. 2512]**

Status:  This matter is going forward.

16.    Debtors' Amended Motion to Further Extend the Time to File the Debtors' Schedules, Statements of Financial Affairs, and Related Documents **[Docket No. 2416]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:

> A.    Objection of The Harbinger Funds **[Docket No. 2472]**

Related Documents:    None.

Status:  This matter is going forward.

17.    Presentment of Stipulation and Agreed Order Providing for Lehman Brothers Inc.'s Assumption and Assignment of Administrative Agency Agreements to Lehman Commercial Paper Inc. **[Docket No. 2372]**

Response Deadline:    January 9, 2009 at 5:00 p.m.

Responses Received:

> A.    Objection of U.S. Bank National Association **[Docket No. 2475]**

Related Documents:    None.

Status:  This matter is going forward.

18.    Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:

A.    Objection of GE Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited **[Docket No. 2383]**

B.    Objection of Hartford Investment Management Co. **[Docket No. 2474]**

Status:  This matter is going forward with the exception of the Objections of GE Corporate Financial Services, Inc. and Hartford Investment Management Co., which are adjourned to January 28, 2009.

19.    Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

A.    Objection filed by Richards Kibbe & Orbe LLP on behalf of various counterparties, including Bank of America, N.A., Morgan Stanley Bank International Limited, Fieldpoint, and P. Schoenfeld Asset Management **[Docket No. 1841]**

B.    Objection of Special Value Opportunities Fund, LLC, Tennenbaum Opportunities Partners V, L.P., Special Value Expansion Fund, LLC. **[Docket No. 1848]**

C.    Verified Objection of Blue Mountain Credit Alternatives Master Fund L.P. **[Docket No. 1849]**

D.    Deutsche Bank AG's Limited Objection **[Docket No. 1858]**

E.    Objection of Putnam Investment Funds **[Docket No. 1901]**

F.    Objection of AIB International Finance **[Docket No. 1905]**

G.    Objection of H/2 Credit Partners Master Fund Ltd **[Docket No. 1812]**

H.    Joinder of Goldman Sachs Credit Partners L.P. and GS European Performance Fund Limited **[Docket No. 1869]**

I.    Objection of Lexington Insurance Company, AIG CDS, Inc., and SunAmerica Life Insurance Company **[Docket No. 1872]**

J.    Limited Objection of Fir Tree Capital Opportunity Master Fund, LP and Fir Tree Value Master Fund LP **[Docket No. 1876]**

K.    Limited Objection of KKR Debt Investors (2006) (Ireland) L.P. **[Docket No. 1903]**

L. Objection of R3 Capital Management LLC **[Docket No. 1909]**

M. Objection of Lloyds TSB Bank plc. **[Docket No. 1913]**

N. Limited Objection of Citibank **[Docket No. 1915]**

O. Objection of Whippoorwill Associates, Inc. **[Docket No. 1918]**

P. Limited Joinder of JPMorgan Chase & Co. **[Docket No. 1974]**

Q. Supplemental Limited Objection of Morgan Stanley Bank Internacional Limited **[Docket No. 2145]**

R. Objection of M&G Investment Management Limited **[Docket No. 2157]**

S. Joinder of Wachovia Bank, N.A. and Evergreen Investment Management Company, LLC to the Objection of Various Counterparties **[Docket No. 2172]**

T. Objection of MD Mezanine SA, SICAR and AXA Mezanine II SA, SICAR **[Docket No. 2367]**

U. Objection of Avenue Investments, L.P. **[Docket No. 2426]**

Related Documents:

V. Debtor's Supplement to Motion **[Docket No. 1560]**

W. Declaration of Vladimir Jelisavcic in Support of Objection **[Docket No. 1842]**

X. Declaration of Vladimir Jelisavcic in Support of Objection **[Docket No. 1843]**

Y. Declaration of Clare K. Pierce in Support of Objection **[Docket No. 1844]**

Z. Declaration of David Tom Jesson in Support of Objection **[Docket No. 1845]**

AA. Declaration of James Varley in Support of Objection **[Docket No. 1846]**

BB. Notice of Filing of Revised Exhibits and Revised Proposed Order **[Docket No. 2206]**

CC. Debtors' Reply **[Docket No. 2208]**

DD.    Statement of Official Committee of Unsecured Creditors **[Docket No. 2228]**

EE.    Order Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 2258]**

FF.    So Ordered Stipulation and Agreed Order Terminating Open Trade Confirmation **[Docket No. 2259]**

GG.    Order Approving the Assumption or Rejeection of Open Trade Confirmations **[Docket No. 2364]**

HH.    Response of AXA **[Docket No. 2081]**

Status:  The Debtors' Motion is withdrawn as to the party filing the objection at Docket No. 1812.  This matter is going forward on an uncontested basis with respect to the objections that the Debtors have resolved, to be named at the Hearing.  For the certain objections, the Debtors' efforts to reach a consensual resolution have reached an impasse.  For these objections, the Debtors intend to set a trial schedule.

20.    Debtors' Motion to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts **[Docket No. 1498]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

A.    Objection of FPL Energy Power Marketing, Inc. and Florida Power & Light Company **[Docket No. 1729]**

B.    Objection of Metavante Corporation **[Docket No. 1764]**

C.    Objection of Portfolio Green German **[Docket No. 1768]**

D.    Objection of Lincore Limited, E-Capital Profits Limited, and Cheung Kong Bond Finance Limited **[Docket No. 1770]**

E.    Objection of Asbury Atlantic, Inc. **[Docket No. 1777]**

F.    Objection of NetApp, Inc. **[Docket No. 1786]**

G.    Objection of The Hotchkiss School **[Docket No. 1804]**

H.    Limited Objection Barclays Capital, Inc. **[Docket No. 1815]**

I.    Objection of South Mississippi Electric Power Association and Coast Electric Power Association **[Docket No. 1816]**

J.    Objection of Georgetown University **[Docket No. 1817]**

K.    Objection of First Choice Power, L.P. **[Docket No. 1824]**

L.    Reynolds American Defined Benefit Master Trust Joinder **[Docket No. 1825]**

M.    Objection of Oklahoma Municipal Power Authority **[Docket No. 1835]**

N.    Objection of BRE Bank SA **[Docket No. 1836]**

O.    Objection of Southern California Edison Company **[Docket No. 1840]**

P.    Objection of Embarcadero Aircraft Securitization Trust **[Docket No. 1847]**

Q.    Limited Objection of BRM Group, Ltd. **[Docket No. 1855]**

R.    Objection of A.M. McGregor Home **[Docket No. 1856]**

S.    Objection of The Toronto-Dominion Bank **[Docket No. 1859]**

T.    Objection of Banca Italease S.p.A. **[Docket No. 1860]**

U.    Objection of Italease Finance S.p.A. **[Docket Nos. 1861 and 1862]**

V.    Objection of EPCO **[Docket No. 1866]**

W.    Objection of SunAmerica Life Insurance Company, AIG CDS, Inc., Lexington Insurance Company **[Docket No. 1872]**

X.    Objection of Norton Gold Fields Limited **[Docket No. 1877]**

Y.    Objection of National CineMedia **[Docket No. 1879]**

Z.    Limited Objection of Bryant University **[Docket No. 1881]**

AA.    Limited Objection of Bank of America, National Association, Successor by Merger with LaSalle Bank National Association, in its capacity as Trustee under certain Trust Agreements **[Docket No. 1882]**

BB.    Objection of New Jersey Housing and Mortgage Finance Agency **[Docket No. 1884]**

CC.    Objection of The Walt Disney Company **[Docket No. 1885]**

DD.    Objection of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company **[Docket No. 1886]**

EE.      Limited Objection of Bank of America, National Association Successor by Merger with LaSalle Bank National Association, in its Capacity as Trustee **[Docket No. 1887]**

FF.      Tullett Prebon Holdings Corporation's Limited Objection **[Docket No. 1894]**

GG.      Objection of Aircraft Finance Trust **[Docket No. 1895]**

HH.      Objection of Bremer Financial Corporation **[Docket No. 1899]**

II.      Objection and Reservation of Rights of Bank of Montreal **[Docket No.    1900]**

JJ.      Objection of National Agricultural Cooperative Federation **[Docket No. 1902]**

KK.      Limited Objection of Societe Generale, Canadian Imperial Bank Commerce, Calyon, Dexia Bank Internationale a Luxembourg SA, Dexia Credit Local, Dexia Kommunalbank Deutschland AG, Dexia Banque Belgique SA and Banif - Banco de Investimento, S.A. **[Docket No. 1907]**

LL.      Objection of Citigroup Inc. and all of its affiliates, including Citibank, N.A. **[Docket No. 1917]**

MM.      Occidental Energy Marketing, Inc.'s Joinder in Objections **[Docket No. 2033]**

NN.      Objection of Avenue Investments, L.P. **[Docket No. 2426]**

OO.      Objection of Hartford Investment Management Co. **[Docket No. 2474]**

PP.      Correction to Objection of Avenue Investments, L.P. **[Docket No. 2447]**

Related Documents:

QQ.      Notice of Amended Order **[Docket No. 2239]**

Status:  The Debtors have reached a consensual resolution with respect to Toronto Dominion Bank (**Docket No. 1859**), Calyon, Dexia Bank Internationale a Luxembourg SA, Dexia Credit Local, Dexia Kommunalbank Deutschland AG, Dexia Banque Belgique SA, Banif - Banco de Investimento SA, (**Docket No. 1907**), EPCO Holdings Inc. (**Docket No. 1866**), Georgetown University (**Docket No. 1817**), and Gaston Christian School, Inc. (**Docket No. 1872**) and will present to the Court a

proposed order.  The hearing on all other objections has been adjourned to January 28, 2009.

## A.    Adversary Proceedings:

21.    Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Special Financing Inc., et al. **[Case No. 08-01610]**

Pre-Trial Conference

Answer Deadline:        November 7, 2008.

Status:  This matter is going forward.

22.    Sola Ltd. v. Lehman Brothers Special Financing Inc. **[Case No. 08-01638]**

Pre-Trial Conference

Answer Deadline:        December 8, 2008.

Status:  This matter is going forward.

23.    Motion of Aliant Bank Directing Lehman Brothers Special Financing to Immediately Return to Aliant the Swap Collateral, et al. / Aliant Bank v. Lehman Brothers Special Financing, Inc. **[Case No. 08-01751, Docket No. 2]**

Response Deadline:    January 9, 2009.

Responses Received:

A.        Objection of JPMorgan Chase Bank **[Docket No. 11]**

B.        Objection of Debtor **[Docket No. 11]**

Status:  This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

## III.    UNCONTESTED MATTERS

24.    Notice of Trustee's Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property.  **[Docket No. 481]**

Response Deadline: January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Filings:

C.      Notice of Revised Proposed Order, Pursuant to Section 365(d)(4) of the
        Bankruptcy Code, Extending Time for the Trustee to Assume or Reject
        Unexpired Leases of Nonresidential Real Property **[Docket No. 534]**

Status:  This motion is going forward.

## IV.     <u>CONTESTED MATTERS</u>

25.     Trustee's Motion for an Order Granting Authority to Issue Subpoenas for the
        Production of Documents and the Examination of the Debtor's Current and Former
        Officers, Directors and Employees, and Other Persons.  **[Docket No. 417]**

Response Deadline: January 9, 2009 at 4:00 p.m.

Responses Received:

D.      Limited Response of Barclays Capital Inc. to Trustee's Motion for an Order
        Granting Authority to Issue Subpoenas for the Production of Documents and
        the Examination of the Debtor's Current and Former Officers, Directors and
        Employees, and Other Persons.  **[Docket No. 519]**

E.      Response and Partial Joinder of the Harbinger Funds to the SIPA Trustee's
        Motion for an Order Granting Authority to Issue Subpoenas for the
        Production of Documents and the Examination of the Debtor's Current and
        Former Offices, Directors and Employees and Other Persons.  **[Docket No.
        522]**

F.      Limited Objection of DCP Parties to Trustee's Motion for an Order Granting
        Authority to Issue Subpoenas for the Production of Documents and the
        Examination of the Debtor's Current and Former Officers, Directors and
        Employees, Other Persons.  **[Docket No. 523]**

G.      Response of the Official Committee of Unsecured Creditors to Trustee's
        Motion for an Order Granting Authority to Issue Subpoenas for the
        Production of Documents and the Examination of the Debtor's Current and
        Former Officers, Directors and Employees, and Other Persons **[Docket No.
        533]**

H.      Trustee's Reply in Further Support of Motion for an Order Granting Authority
        to Issue Subpoenas for the Production of Documents and the Examination of
        the Debtor's Current and Former Officers, Directors and Employees, and
        Other Persons **[Docket No. 550]**

Related Filings:

I.      Notice of Trustee's Motion for an Order Granting Authority to Issue
        Subpoenas for the Production of Documents and the Examination of the
        Debtor's Current and Former Officers, Directors and Employees, and Other
        Persons.  **[Docket No. 418]**

Status:  This motion is going forward.

26.     Notice of Presentment of Stipulation and Agreed Order Providing for Lehman
        Brothers Inc.'s Assumption and Assignment of Administrative Agency Agreements
        to Lehman Commercial Paper Inc.  **[Docket No. 472]**

Response Deadline: January 9, 2009 at 5:00 p.m.

Responses Received:

A.      Objection of U.S. Bank National Association as Trustee to the Debtors'
        Stipulation and Agreed Order Providing for Lehman Brothers Inc.'s
        Assumption and Assignment of Administrative Agency Agreements to
        Lehman Commercial Paper Inc. **[Case No. 08-013555 (JMP)] [Docket No.
        2475]**

Related Filings:

B.      Notice of Presentment of Stipulation and Agreed Order Providing for Lehman
        Brothers Inc.'s Assumption and Assignment of Administrative Agency
        Agreements to Lehman Commercial Paper Inc.  **[Case No. 08-013555 (JMP)]
        [Docket No. 2372]**

Status:  This motion is going forward.

## V.      **ADJOURNED MATTERS:**

## A.      **Lehman Brothers Inc.**

27.     Notice of Hearing Regarding Newport Global Opportunities Fund LP, Newport
        Global Credit Fund (MASTER) L.P., Pep Credit Investor L.P. and Providence TMT
        Special Situations Fund L.P. Motion for Leave to Conduct Rule 2004 Discovery of
        Lehman Brothers, Inc. and SIPA Trustee.  **[Docket No. 123]**

Response Deadline:  January 23, 2009 at 4:00 p.m.

Responses Received: None.

Related Filings:

A.      Notice of Adjournment **[Docket No. 215]**

B.      Notice of Adjournment **[Docket No. 312]**

    C.      Notice of Adjournment **[Docket No. 364]**

    D.      Notice of Adjournment **[Docket No. 429]**

    E.      Notice of Adjournment **[Docket No. 529]**

Status:  This matter has been adjourned to January 28, 2009 at 10:00 a.m.

28.    Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of the SIPA Trustee.  **[Docket No. 281]**

Response Deadline:  January 9, 2009 at 4:00 p.m.

Responses Received:

    A.      Trustee's Objection to Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery.  **[Docket No. 357]**

    B.      Reply of the Harbinger Funds to SIPA Trustee's Objection to Rule 2004 Discovery of the SIPA Trustee.  **[Docket No. 368]**

    C.      Response of the Securities Investor Protection Corporation to the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of the SIPA Trustee.  **[Docket No. 435]**

Related Filings:

    D.      Notice of Adjournment **[Docket No. 375]**

    E.      Notice of Adjournment **[Docket No. 434]**

Status:  This motion is going forward.

29.    Trustee's Motion for Entry of an Order Approving the Rejection of a Certain Nonresidential Real Property Sublease and Abandonment of Related Personal Property.  **[Docket No. 316]**

Response Deadline:  January 9, 2009 at 4:00 p.m.

Responses Received:

    A.      Response of Clearbridge Advisors, LLC to Motion to Reject Lease at 399 Park Avenue, New York, 4th Floor.  **[Docket No. 354]**

Related Filings:

    B.      Notice of Trustee's Motion for Entry of an Order Approving the Rejection of a Certain Nonresidential Real Property Sublease and Abandonment of Related Personal Property.  **[Docket No. 317]**

C.  Stipulation and Order Partially Resolving (1) Response of Clearbridge Advisors, LLC to Motion to Reject Lease at 399 Park Avenue, New York, 4th Floor and (2) Trustee's Motion for Entry of an Order Approving the Rejection of a Certain Non-Residential Real Property Sublease and Abandonment of Related Personal Property.  [Dock**et No. 410**]

D.  Notice of Adjournment of Hearing on Unresolved Portion of Trustee's Motion for Entry of an Order Approving the Rejection of a Certain Nonresidential Real Property Sublease and Abandonment of Related Personal Property. [Docket No. 425]

Status:  This motion is going forward.

30.  Notice of Motion of Markit Group Limited for Relief From Automatic Stay to Terminate Data Services Agreement and Associated Addenda.  **[Docket No. 356]**

Response Deadline:  January 17, 2009

Responses Received: None.

Related Filings:

A.  Notice of Adjournment **[Docket No. 409]**

B.  Notice of Adjournment **[Docket No. 488]**

Status:  This matter has been adjourned to January 28, 2009 at 10:00 a.m.

31.  Motion for an Order Granting Relief From the Automatic Stay to Obtain Determination of Expungement Issue in Arbitration.  **[Docket No. 465]**

Response Deadline: January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Filings:

A.  Notice of Adjournment **[Docket No. 520]**

Status:  This matter has been adjourned to January 28, 2009 at 10:00 a.m.

32.  Second Motion of DCP Parties for Leave to Conduct Rule of 2004 Discovery. **[Docket No. 479]**

Response Deadline: January 23, 2009 at 4:00 p.m.

Responses Received:

    A.    Objection of Barclays Capital Inc. to Motion of the DCP Parties for Leave to Conduct Rule 2004 Discovery.  **[Docket No. 518]**

Related Filings:

    B.    Declaration of Michael A. Morris in Support of Second Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery.  **[Docket No. 480]**

    C.    Notice of Adjournment **[Docket No. 524]**

Status:  This matter has been adjourned to January 28, 2009 at 10:00 a.m.

## VI.    ADJOURNED MATTERS:

**A.    Lehman Brothers Holdings Inc.**

33.    Motion for Leave to Conduct Discovery of Piper Jaffray & Co. **[Docket No. 2311]**

Response Deadline:    January 13, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2009.

34.    Motion of GE Corporate Financial Services, Inc. for Relief from the Automatic Stay **[Docket No. 2385]**

Response Deadline:    January 9, 2009.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2009.

35.    Motion of Jarden Corporation to Compel LCPI to Resign as Administrative Agent **[Docket No. 2146]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2009.

36.    Motion for Relief from the Automatic Stay of Central Pacific Bank, et al. **[Docket No. 1692]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2009.

37.    Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.    Declaration of George Kielman **[Docket No. 1181]**

Status:  This matter has been adjourned to January 28, 2009.

38.    Motion for Relief from the Automatic Stay of Kapalua Bay, LLC **[Docket No. 1195]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2009.

39.    Motion for Relief from of Parsec Trading Corp. **[Docket No. 2152]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2009.

40.    Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim **[Docket No. 1205]**

Response Deadline:    January 23, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 28, 2009.

41.    Motion of Green Tree Servicing LLC to Assume Flow Subservicing Agreement **[Docket No. 1207]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 28, 2009.

42.    Motion of Mapco Express, Inc. and Delek US Holdings, Inc. for Relief from the Automatic Stay **[Docket No. 1663]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is adjourned to January 28, 2009.

43.    Motion of Abraham Kamber & Company LLC for Relief from the Automatic Stay **[Docket No. 1406]**

Response Deadline:    January 23, 2009 at 12:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 28, 2009.

44.    The Midwest Independent System Operator's Motion for Relief from the Automatic Stay **[Docket No. 1424]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 28, 2009.

45.     Motion of DekaBank Deutsche Girozentrale for Relief from the Automatic Stay **[Docket No. 1437]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2009.

46.     Motion of Markit Group Limited for Relief From Automatic Stay **[Case No. 08-01420, Docket No. 356]**

Response Deadline:  January 19, 2008 at 4:00 p.m.

Responses Received: None.

Related Filings:

    A.     Notice of Adjournment **[Docket No. 409]**

Status:  This matter has been adjourned to January 28, 2009.

47.     Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC Compelling Actions by Debtors as Agent and Lender Under Loan Facility and Granting Related Relief **[Docket No. 1435]**

Response Deadline:    January 28, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 11, 2009.

48.     Creditors' Committee Motion for Reconsideration **[Docket No. 434]**

Response Deadline:    November 25, 2008 at 5:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 11, 2009.

49.     Rule 2004 Applications / Joinders

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:

    A.    Joinder of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks Joinder to Harbinger 2004 Application **[Docket No. 969]**

Status:  This matter has been adjourned to February 11, 2009.

    B.    Global Thematic Opportunities Fund LP, Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura Fixed Income Arbitrage Master Fund, Ltd., and Turnberry Leveraged Credit Master Fund, L.P. Joinder to Harbinger Funds **[Docket Nos. 823 and 1247]**

Status: This matter has been adjourned without date.

    C.    Federal Home Loan Bank of Pittsburgh Joinder to Harbinger 2004 Application **[Docket No. 691]**

Status:  This matter has been adjourned to January 28, 2009.

50.    Debtors' Motion for Authorization to Pay Prepetition Excise and Withholding Taxes **[Docket No. 565]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:

    A.    Objection of The Walt Disney Company **Docket No. 1316]**

Related Documents:

    B.    Supplement to Debtors' Motion **[Docket No. 1184]**

    C.    Notice of Adjournment **[Docket No. 1589]**

Status:  This matter has been adjourned to January 28, 2008.

51.    Barclays Capital Inc.'s Motion for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 959]**

Response Deadline:    October 27, 2008 at 4:00 p.m.

Responses Received:

    A.    Debtors' Response to the Motions of Barclays Capital Inc. for Relief, Concerning Various "Closing Date Contracts" **[Docket No. 1212]**

B.      Objection of American Express Travel Related Services Company, Inc. to Motion of Barclays Capital Inc. for Relief concerning American Express Contracts listed as "Closing Date Contracts" and Request for Interest, Fees and Expenses **[Docket No. 1216]**

C.      Objection of Official Committee of Unsecured Creditors **[Docket No. 1672]**

D.      Reply of Barclays Capital Inc. **[Docket No. 1747]**

Related Documents:

E.      Declaration of Lindsee P. Granfield in Support of Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 960]**

F.      Declaration of Patrick Coster in Support of the Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 961]**

G.      Corrected Affidavit of Daniel J. Massoni in Support of Objection of American Express Travel Related Services Company, Inc. **[Docket No. 1256]**

H.      Declaration of Michael S. Feldberg in Support **[Docket No. 1750]**

I.      Declaration of Jason White in Support **[Docket No. 1751]**

J.      Declaration of Leslie Bernauer in Support **[Docket No. 1753]**

Status:  This matter has been adjourned to a date to be set by the Court.

**B.      Adversary Proceedings:**

52.     Plaintiff's Motion for Procedure Permitting Expedited Discovery / Royal Bank of America v. Lehman Brothers Special Financing, Inc. **[Case No. 08-01640, Docket No. 5]**

Response Deadline:    January 23, 2009.

Responses Received:  None.

Related Documents:

A.      Stipulation of Adjournment of Plaintiff's Motion **[Docket No. 8]**

Status:  This matter is adjourned to February 25, 2009.

53.    Plaintiff's Motion to Deposit Funds into Court Registry of Massachusetts Water Resources Authority / Massachusetts Water Resources Authority v. Lehman Brothers Derivative Products Inc. **[Case No. 08-01756, Docket No. 2]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Status:  This matter has been adjourned to January 28, 2009.

## VII.   **WITHDRAWN MATTERS:**

54.    Debtors' Application to Employ Dechert LLP as Special Counsel **[Docket No. 2005]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

        A.    Notice of Withdrawal **[Docket No. 2445]**

Status:  This matter has been withdrawn.

55.    Motion for Relief from Stay of The Pennsylvania Convention Center Authority **[Docket No. 1780]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

        A.    Notice of Withdrawal **[Docket No. 2492]**

Status:  This matter has been withdrawn.

Dated:  January 13, 2009
        New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: January 13, 2009
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.