AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith A. Lahaie (ML-1008)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
**In re:**                                                    :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* :        **08-13555 (JMP)**
:
                                    **Debtors.**            :        **(Jointly Administered)**
-------------------------------------------------------------x

**JOINDER OF THE INFORMAL NOTEHOLDER GROUP TO THE STATEMENT
REGARDING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 1007(c) TO
EXTEND THE TIME TO FILE THE DEBTORS' SCHEDULES, STATEMENTS OF
FINANCIAL AFFAIRS, AND RELATED DOCUMENTS**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

        The Informal Noteholder Group (the "Informal Noteholder Group"), consisting of certain

unaffiliated holders of senior notes issued by Lehman Brothers Holdings Inc. ("LBHI" and,

together with its debtor affiliates, the "Debtors"), by and through its undersigned counsel, hereby

files this joinder (the "Joinder") to the Statement Regarding Debtors' Motion Pursuant to

Bankruptcy Rule 1007(c) to Extend the Time to File the Debtors' Schedules, Statements of

8111500

Financial Affairs, and Related Documents (the "<u>Statement</u>"). [1]  In support of this Joinder, the

Informal Noteholder Group respectfully represents as follows:

**<u>STATEMENT</u>**

1.      By the Statement, the Official Committee of Unsecured Creditors of Lehman

Brothers Holdings Inc. (the "<u>Creditors' Committee</u>") encourages the Debtors to, among other

things, (i) resolve, as expeditiously as possible, any remaining technical and transition service

related challenges that impede the filing of the schedules, statements and financial affairs and

related documents (the "<u>SOFAs and Schedules</u>"), and (ii) begin filing monthly operating reports

("<u>MORs</u>").  The Informal Noteholder Group agrees with the positions asserted by the Creditors'

Committee in the Statement and the arguments made in support thereof.  Accordingly, the

Informal Noteholder Group files this Joinder in support of the Statement.

2.      Notwithstanding the Debtors' commitment to the Court and parties in interest of

greater transparency, the Informal Noteholder Group believes that a lack of transparency

continues to plague these chapter 11 cases.  As previously noted, the Debtors have yet to provide

publicly the Debtors' financial statements, as of September 15, 2008, despite Debtors' counsel's

representation in November that such information would be made public in the near term.

Indeed, virtually no information has been made public regarding the Debtors' financial condition.

Rather, parties have been relegated to relying on unconfirmed press reports  for information that

leaks to the press.  For example, according to at least one report, Alvarez and Marsal has

conducted an internal analysis indicating that as much as $75 billion of the Debtors' value was

---

[1] Terms not otherwise defined herein shall have the meanings ascribed to such terms in the Statement.  For the avoidance of doubt, the Informal Noteholder Group does not seek any affirmative relief by this Joinder other than as requested in the Statement.

destroyed by the chaotic and unplanned form of the Debtors bankruptcy filing.[2]  However,

neither the report nor the financial information underlying the analysis has been made public.  At

this stage of these cases, especially in connection with a further extension of the deadline for

filing SOFAs and Schedules, the Debtors should be required to provide their creditor

constituencies with all available information relating to the potential value of these estates,

potential liabilities and, thus, potential creditor recoveries.  Without this information, absent the

timely filing of the SOFAs and Schedules and MORs, parties in interest will continue to be left in

the dark regarding the estates' assets and their potential liabilities.

---

[2] Jeffrey McCracken, *Lehman's Chaotic Bankruptcy Filing Destroyed Billions in Value*, Wall St. J., Dec. 29,2008, at A10.

8111500

CONCLUSION

For all of the foregoing reasons, the Informal Noteholder Group respectfully requests that the Court (i) require the Debtors to file SOFAs and Schedules, MORs and other relevant financial information, as expeditiously as possible, and (ii) grant the Informal Noteholder Group such other relief as is just, proper and equitable.

Dated:   New York, New York
         January 13, 2008

By:    ____/s/ Michael S. Stamer____
       Michael S. Stamer (MS-4900)
       Philip C. Dublin (PD-4919)
       Meredith A. Lahaie (ML-1008)
       Akin Gump Strauss Hauer & Feld LLP
       One Bryant Park
       New York, New York 10036
       (212) 872-1000 (Telephone)
       (212) 872-1002 (Facsimile)
       mstamer@akingump.com
       pdublin@akingump.com
       mlahaie@akingump.com

       *Counsel for the Informal Noteholder Group*

8111500