UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re: Lehman Brothers Holdings, Inc.                    Case No.: 08-13555 (JMP)
                                                         Chapter 11
                    Debtor.
-----------------------------------------------------------------x

Aliant Bank,                     Plaintiff                Adversary Proceeding
                                                          No.: 08-01751 (JMP)
                        v.
Lehman Brothers Special
Financing, Inc., JPMorgan        Defendant
Chase Bank and Federal National
Mortgage Association,
-----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __Douglas Bacon__, a member in good standing of the bar in the State of __IL and NY__ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __Illinois__, request admission, ***pro hac vice***, before the Honorable __James M. Peck__, to represent __FederalNationalMortgageAssoc__, a __Defendant__ in the above referenced ☒ case ☒ adversary proceeding.
Mailing address: __233 S. Wacker Dr., Ste. 5800, Chicago, IL 60606__;
E-mail address: __douglas.bacon@lw.com__; telephone number (__312__) __876-7700__.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated: __January 13,__ 2009
__Chicago__, IL                              __/s/ Douglas Bacon__

_____


### ORDER

**ORDERED**,
that __Douglas Bacon__, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☒ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York        /s/_____
                                UNITED STATES BANKRUPTCY JUDGE