WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11 Case No.
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :    **08-13555 (JMP)**
                                                      :
                          Debtors.                    :    **(Jointly Administered)**
                                                      :
                                                      :
---------------------------------------------------------------------x

### NOTICE OF FILING OF UPDATED MASTER SERVICE LIST

Pursuant to an order of this Court dated September 22, 2008, granting the Debtors' motion for an order implementing certain notice and case management procedures [Docket No. 285], attached hereto is the Master Service List as of January 13, 2009.

Dated:  January 13, 2009
        New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

NY2:\1929055\04\15CGV04!.DOC\58399.0003