WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                  :    **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
                                                       :
                              Debtors.           :    **(Jointly Administered)**
                                                       :
                                                       :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' motion for authorization to pay prepetition excise and withholding taxes [Docket No. 565], as supplemented [Docket No. 1184], has been adjourned to **January 28, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

NY2:\1933429\01\15F%D01!.DOC\58399.0003

2

Dated: January 13, 2009
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession