Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Barclays Capital Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
In re:
:
Lehman Brothers Holdings Inc., <u>et al</u>.
:
Debtors.
------------------------------------------------------------------------ X

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

<u>CERTIFICATE OF
SERVICE</u>

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      1. On the 9th day of January 2009, the Statement of Barclays Capital Inc. in connection with the Motion of Piper Jaffray & Co. for Leave to Conduct Discovery Pursuant to Fed. R. Bankr. P. 2004 of Debtor Lehman Commercial Paper Inc., dated January 9, 2009 was served by hand upon:

      Dennis F. Dunne, Esq.
      Dennis O'Donnell, Esq.
      Evan Fleck, Esq.
      Milbank, Tweed, Hadley & McCloy LLP
      1 Chase Manhattan Plaza
      New York, NY 10005

      David Neier, Esq.
      Piper, Winston & Strawn LLP
      200 Park Avenue
      New York, New York 10166

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee
   for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

      2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
          January 13, 2009

                                       s/Richard V. Conza
                                       Richard V. Conza