McDERMOTT WILL & EMERY LLP
Gary O. Ravert (GR 3091)
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

Counsel for Marie Papillon

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re                                                                        :
                                                                                  :   **Chapter 11**
**LEHMAN BROTHERS HOLDINGS INC., et al.,**       :
                                                                                  :   **Case No. 08-13555 (JMP)**
                                                                                  :
                                                                                  :   **(Jointly Administered)**
                                 Debtors.                                :
                                                                                  :
---------------------------------------------------------- x

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PLEADINGS

**PLEASE TAKE NOTICE** that, by this notice of appearance ("Notice of Appearance"), the firm listed below hereby appears in the above-captioned jointly administered cases under chapter 11 of title 11 the United States Code (the "Bankruptcy Code") as counsel for Marie Papillon ("Papillon"), pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of the Bankruptcy Code, and hereby requests that all notices given or required to be served in the above-captioned case, whether written or oral, and all papers served in this cases be given to or served upon:

> McDERMOTT WILL & EMERY LLP
> Counsel for Marie Papillon
> Attention: Nathan F. Coco
> 227 West Monroe Street, Suite 4400
> Chicago, IL 60606-5096
> Telephone: (312) 372-2000
> Facsimile: (312) 984-7700
> Email: ncoco@mwe.com

and

NYK 1194057-1.083537.0011

>McDERMOTT WILL & EMERY LLP
>Counsel for Marie Papillon
>Attention: Gary O. Ravert
>340 Madison Avenue
>New York, New York 10173-1922
>Telephone: (212) 547-5400
>Facsimile: (212) 547-5444
>Email: gravert@mwe.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1) affect the above-captioned debtors (the "Debtors"), any property of the Debtors, or any property in which the Debtors hold an interest; and/or (2) affect or seek to affect in any way any rights or interest of any party in interest in this proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Papillon (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Papillon is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       January 14, 2009

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By:/s/  Gary O. Ravert
    Gary O. Ravert
    340 Madison Avenue
    New York, New York  10173-1922
    Telephone: (212) 547-5400
    Facsimile: (212) 547-5444

Counsel for Marie Papillon

NYK 1194057-1.083537.0011