## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Wednesday, January 14, 2009, I served the accompanying Notice of Appearance and Demand for Service of Pleadings upon all those having appeared in this matter and in accordance with the rules of this Court.

Dated: New York, New York
      January 14, 2009

_____
Amelia J. Crowley

NYK 1184415-1.009900.0011