John H. Maddock III
Joseph S. Sheerin
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2186
E-Mail: jmaddock@mcguirewoods.com

*Attorneys for CSX Transportation, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| ) | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,**) | |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of CSX Transportation, Inc., creditor in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

>John H. Maddock III
>Joseph S. Sheerin
>McGUIREWOODS LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219
>Telephone: (804) 775-1000
>Facsimile: (804) 698-2186
>E-Mail: jmaddock@mcguirewoods.com
>           jsheerin@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: Richmond, Virginia
January 14, 2009

McGUIREWOODS LLP

By: /s/ John H. Maddock III_____
John H. Maddock III (JM9924)
Joseph S. Sheerin
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

COUNSEL FOR CSX TRANSPORTATION, INC.

**CERTIFICATE OF SERVICE**

      I, John H. Maddock III, an attorney at McGuireWoods LLP, hereby certify that on January 14, 2009, a true and correct copy of this Notice of Appearance was served via ECF e-mail and a courtesy copy of same was sent via U.S. Mail to:

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorney for Debtors


United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


                                          /s/ John H. Maddock III_____
                                          John H. Maddock III (JM9924)
                                          Joseph S. Sheerin
                                          McGUIREWOODS LLP
                                          One James Center
                                          901 East Cary Street
                                          Richmond, Virginia 23219
                                          Telephone: (804) 775-1000
                                          Facsimile: (804) 775-1061

                                          COUNSEL FOR CSX TRANSPORTATION, INC.


\7064829.1