**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS, INC. et al.,              :        Case No. 08-13555 (JMP)
                                                    :
            Debtors.                                :        (Jointly Administered)
                                                    :
-----------------------------------------------------------------------x        Ref. Docket Nos. 2520 & 2521
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      PAUL BELOBRITSKY, being duly sworn, deposes and says:

      1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

      2.     I served the following:

    a)  "NOTICE OF FILING OF UPDATED MASTER SERVICE LIST," dated January 13, 2009 [docket #2520], and

    b)  "NOTICE OF ADJOURNMENT," dated January 13, 2009 [docket #2521],

by causing true and correct copies to be:

    a)  On January 13, 2009, delivered by email to those parties listed on the attached Exhibit "A",

    b)  On January 13, 2009, delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c)  On January 14, 2009, enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                                /s/ Paul Belobritsky
Sworn to before me this                                          Paul Belobritsky
14th day of January, 2009
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | bill.freeman@pillsburylaw.com |
| abraunstein@riemerlaw.com | bmanne@tuckerlaw.com |
| acaton@kramerlevin.com | BMiller@mofo.com |
| acker@chapman.com | boneill@kramerlevin.com |
| adarwin@nixonpeabody.com | bpershkow@profunds.com |
| adg@adorno.com | brad.dempsey@hro.com |
| Adiamond@DiamondMcCarthy.com | brendalblanks@eaton.com |
| aentwistle@entwistle-law.com | brian.pfeiffer@friedfrank.com |
| afriedman@irell.com | brian_corey@gtservicing.com |
| agbanknewyork@ag.tn.gov | bromano@willkie.com |
| aglenn@kasowitz.com | broy@rltlawfirm.com |
| agold@herrick.com | bruce.ortwine@sumitomotrust.co.jp |
| agolianopoulos@mayerbrown.com | bt@luckydognc.com |
| ahammer@freebornpeters.com | btrust@mayerbrown.com |
| aisenberg@saul.com | btupi@tuckerlaw.com |
| akantesaria@oppenheimerfunds.com | bturk@tishmanspeyer.com |
| akihiko_yagyuu@chuomitsui.jp | canelas@pursuitpartners.com |
| albaugh.colin@pbgc.gov | carol.weinerlevy@bingham.com |
| alex.torres@infospace.com | carter.hunter@arentfox.com |
| amarder@msek.com | cbelmonte@ssbb.com |
| AMcMullen@BoultCummings.com | cdesiderio@nixonpeabody.com |
| amenard@tishmanspeyer.com | chammerman@paulweiss.com |
| Andrew.Brozman@cliffordchance.com | charles@filardi-law.com |
| andrew.lourie@kobrekim.com | chipford@parkerpoe.com |
| angelich.george@arentfox.com | chris.donoho@lovells.com |
| ann.reynaud@shell.com | cmontgomery@salans.com |
| anne.kennelly@hp.com | CMTB_LC11@chuomitsui.jp |
| aoberry@bermanesq.com | cohena@sec.gov |
| apo@stevenslee.com | cohenr@sewkis.com |
| araboy@cov.com | cp@stevenslee.com |
| arheaume@riemerlaw.com | crogers@orrick.com |
| arlbank@pbfcm.com | cs@stevenslee.com |
| arosenblatt@chadbourne.com | cschreiber@winston.com |
| arwolf@wlrk.com | cshulman@sheppardmullin.com |
| aseuffert@lawpost-nyc.com | ctatelbaum@adorno.com |
| ashmead@sewkis.com | cward@polsinelli.com |
| asnow@ssbb.com | cweber@ebg-law.com |
| atrehan@mayerbrown.com | cweiss@ingramllp.com |
| austin.bankruptcy@publicans.com | dallas.bankruptcy@pulicans.com |
| avenes@whitecase.com | daniel.guyder@allenovery.com |
| avi.gesser@dpw.com | danna.drori@usdoj.gov |
| awasserman@lockelord.com | david.bennett@tklaw.com |
| azylberberg@whitecase.com | david.crichlow@pillsburylaw.com |
| bambacha@sec.gov | david.heller@lw.com |
| bankruptcy@goodwin.com | davids@blbglaw.com |
| bankruptcy@morrisoncohen.com | davidwheeler@mvalaw.com |
| bankruptcymatters@us.nomura.com | dbalog@intersil.com |
| barbra.parlin@hklaw.com | dbarber@bsblawyers.com |
| bbisignani@postschell.com | dbaumstein@whitecase.com |
| bguiney@pbwt.com | dbesikof@loeb.com |
| bhinerfeld@sbtklaw.com | dckaufman@hhlaw.com |

dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dneier@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com

elobello@blankrome.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gschiller@zeislaw.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com

jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jg5786@att.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jketten@willkie.com
jkurtzman@klehr.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com

jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawrence.bass@hro.com
lberkoff@moritthock.com
lehman@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com

lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
metkin@lowenstein.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mitchell.epner@friedfrank.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com

mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
Nasreen.Bulos@dubaiic.com
nbannon@tishmanspeyer.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
omeca.nedd@lovells.com
owllady@hughes.net
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
prachmuth@reedsmith.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com

| | |
|---|---|
| RLevin@cravath.com | SRee@lcbf.com |
| rmatzat@hahnhessen.com | sselbst@herrick.com |
| rmunsch@munsch.com | sshimshak@paulweiss.com |
| rnetzer@willkie.com | stan@smehaffey.com |
| rnies@wolffsamson.com | steele@lowenstein.com |
| rnorton@hunton.com | stephanie.wickouski@dbr.com |
| robert.bailey@bnymellon.com | steve.ginther@dor.mo.gov |
| robert.dombroff@bingham.com | steven.perlstein@kobrekim.com |
| robert.henoch@kobrekim.com | steven.wilamowsky@bingham.com |
| robert.malone@dbr.com | Streusand@StreusandLandon.com |
| Robert.yalen@usdoj.gov | susan.schultz@newedgegroup.com |
| Robin.Keller@Lovells.com | susheelkirpalani@quinnemanuel.com |
| ronald.silverman@bingham.com | szuch@wiggin.com |
| rreid@sheppardmullin.com | tannweiler@greerherz.com |
| RTrust@cravath.com | tarbit@cftc.gov |
| rwasserman@cftc.gov | tbrock@ssbb.com |
| rwynne@kirkland.com | tduffy@duffyandatkins.com |
| rwyron@orrick.com | TGoren@mofo.com |
| s.minehan@aozorabank.co.jp | thomas.califano@dlapiper.com |
| sabin.willett@bingham.com | Thomas_Noguerola@calpers.ca.gov |
| sabramowitz@velaw.com | thomaskent@paulhastings.com |
| sagolden@hhlaw.com | timothy.brink@dlapiper.com |
| Sally.Henry@skadden.com | timothy.palmer@bipc.com |
| sandra.mayerson@hklaw.com | tjfreedman@pbnlaw.com |
| Sara.Tapinekis@cliffordchance.com | tkarcher@dl.com |
| schapman@willkie.com | tkiriakos@mayerbrown.com |
| Schepis@pursuitpartners.com | tmacwright@whitecase.com |
| schristianson@buchalter.com | tmayer@kramerlevin.com |
| scottshelley@quinnemanuel.com | tnixon@gklaw.com |
| scousins@armstrongteasdale.com | toby.r.rosenberg@irscounsel.treas.gov |
| sdnyecf@dor.mo.gov | tslome@msek.com |
| sean@blbglaw.com | ttracy@crockerkuno.com |
| sehlers@armstrongteasdale.com | twatanabe@mofo.com |
| sfelderstein@ffwplaw.com | twheeler@lowenstein.com |
| sfineman@lchb.com | ukreppel@whitecase.com |
| sfox@mcguirewoods.com | vdagostino@lowenstein.com |
| sgordon@cahill.com | Villa@StreusandLandon.com |
| SGross@HodgsonRuss.com | vmilione@nixonpeabody.com |
| sgubner@ebg-law.com | vrubinstein@loeb.com |
| sharbeck@sipc.org | wanda.goodloe@cbre.com |
| shari.leventhal@ny.frb.org | WBallaine@lcbf.com |
| sheakkorzun@comcast.net | wbenzija@halperinlaw.net |
| sheehan@txschoollaw.com | wcurchack@loeb.com |
| shumaker@pursuitpartners.com | weguchi@orrick.com |
| shumaker@pursuitpartners.com | weissjw@gtlaw.com |
| sidorsky@butzel.com | wendy.rosenthal@cliffordchance.com |
| slerner@ssd.com | wfoster@milbank.com |
| SLoden@DiamondMcCarthy.com | wheuer@dl.com |
| smillman@stroock.com | wiltenburg@hugheshubbard.com |
| snewman@katskykorins.com | wisotska@pepperlaw.com |
| spiotto@chapman.com | wsilverm@oshr.com |
| splatzer@platzerlaw.com | wswearingen@llf-law.com |

wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Exhibit "B"**

| Name | Fax |
|------|-----|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004