UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :
                    Debtors.                                :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF GERALD R. URAM,

### ON BEHALF OF DAVIS & GILBERT LLP

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

Gerald R. Uram, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Davis & Gilbert LLP, located at 1740 Broadway, New York, New York 10019 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services relating to leasing matters to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ - 0 - for prepetition services.

By: _____
       Partner

Subscribed and sworn to before me
this _14_ day of January, 2009

_____
Notary Public

KRISTIN A. CRAGE
Notary Public, State of New York
No. 01CR6098754
Qualified in Westchester County
Commission Expires September 22, 20__

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          : Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  : 08-13555 (JMP)
                                                               :
                    Debtors.                              : (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:   Jennifer Sapp
            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Davis & Gilbert LLP

    1740 Broadway

    New York, New York 10019

2. Date of retention: January 12, 2009

3. Type of services provided: legal

_____

_____

_____

4. Brief description of services to be provided:

   Representation of certain of the Debtors in connection with leasing matters.

   _____

   _____

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly. Rates range from $360-$615

   (a) Average hourly rate (if applicable):

   N/A

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $ N/A

   Date claim arose:    _____

   Source of Claim:    _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: James Levine, Associate

   Status: Unsecured creditor –owns LB PERFRM SEC – PP GLOBAL INDEX BSKT (RVTFI)

   Amount of Claim: $50,000

   Date claim arose: 04/24/07

Source of claim: <u>Senior unsecured note issued by Lehman Brothers Inc.</u>

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: <u>None</u>

   No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: <u>Richard Eisert ("RE") Evan Weiner ("EW"), both partners</u>

   Status: _____

   _____

   Kind of shares: <u>Common stock</u>

   No. of shares: <u>RE -100 shares, EW-400 shares</u>

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    <u>N/A</u>

    _____

    _____

    _____

11. Name of individual completing this form:

    <u>Gerald R. Uram</u>