UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF PAUL D. OLDEN

## ON BEHALF OF NAUTADUTILH N.V.

PAUL D. OLDEN declares and says:

    1.    I am a partner of NautaDutilh N.V., located at (1077 XV) Amsterdam, the Netherlands, Strawinskylaan 1999 (the "Firm").

    2.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide advisory services to the Debtors with regard to certain Dutch law matters concerning its Dutch subsidiaries, and the Firm has consented to provide such services.

    3.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many

different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases with respect to those matters that come within the scope of the Firm's representation to the Debtors. The Firm currently represents creditors (and other market parties in respect) of Lehman Brothers Treasury B.V. (who are noteholders), which creditors in turn are also creditors of Lehman Brothers Holdings Inc. under a guarantee issued by the latter, a matter which is separate to this current representation. None of the above mentioned representations is believed to be adverse to the estate with respect to the matter for which the Firm is to be employed.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ 11,987.27 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

2

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: Amsterdam, the Netherlands
January 12, 2008

PAUL D. OLDEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                        :   Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :   08-13555 (JMP)
                                             :
                              Debtors.       :   (Jointly Administered)
                                             :
                                             :
------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    NautaDutilh N.V.

    Strawinskylaan 1999

    1077 XV Amsterdam

    The Netherlands

2. Date of retention:  December 4, 2008

3. Type of services provided (accounting, legal, etc.):

Legal advice _____

_____

_____

4. Brief description of services to be provided:

   Corporate advice including change of directors and other corporate

   general advice regarding certain Dutch subsidiaries _____

   _____

   _____

5. Arrangements for compensation (hourly, contingent, etc.)

   hourly _____

   (a) Average hourly rate (if applicable):

       $ 612 _____

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

       n/a _____

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $ 11,987.27 _____

   Date claim arose:   August / September 2007 _____

   Source of Claim:    Legal services _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: n/a _____

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

2

Source of claim: _____

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

    Kind of shares: n/a

    No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: n/a

    Status: _____

    _____

    Kind of shares: _____

    No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    NautaDutilh acts on behalf of creditors (and other market parties in

    respect) of Lehman Brothers Treasury B.V. (who are noteholders), which

    creditors in turn are also creditors of Lehman Brothers Holdings Inc, under

    a guarantee issued by the latter, a matter which is separate to this current

    representation. We believe that this should not cause any problems at this

    stage, since the advice the various creditors and market parties expect at

    this stage is probably of a rather general and non conflicting nature.

3

However, in the event that we are of the opinion that there is an unbridgeable conflict of interest (or we can otherwise not continue advising the client) we reserve the right to withdraw as legal counsel of the client, whereas we may continue to be engaged as legal counsel to other clients. We will, of course, accommodate an orderly transfer to another legal counsel of the client's choice and all information received will, of course, be treated confidentially.

11. Name of individual completing this form:

Frans G.K. Overkleeft

4