WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Diane Harvey

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :
LEHMAN BROTHERS HOLDINGS INC.                               :    Chapter 11 Case No. 08-13555 (JMP)
                                                            :
                        Debtors.                            :
                                                            :
------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Scarlett E. Collings, a member in good standing of the bar of the State of Texas, the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, and the Fifth Circuit Court of Appeals, requests admission, *pro hac vice*, before the Honorable James M. Peck, to represent Lehman Brothers Holdings Inc., debtors and debtors in possession in the above referenced proceeding

Mailing address:  700 Louisiana St., Suite 1600, Houston, Texas 77002; email address: scarlett.collings@weil.com; telephone number (713) 546-5000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: Houston, Texas
      January 14, 2009

        */s/ Scarlett E. Collings*
Scarlett E. Collings

WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: 
In re :
:
**LEHMAN BROTHERS HOLDINGS INC.**  :  Chapter 11 Case No. 08-13555 (JMP)
:
Debtors. :
:
------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF SCARLETT E. COLLINGS

UPON the motion of Scarlett E. Collings dated January 14, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED** that Scarlett E. Collings is admitted to practice, *pro hac vice*, in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
_____ , 2009

_____
UNITED STATES BANKRUPTCY JUDGE.