ARIEL PIERRE CALONNE (CA SBN 110268)
OFFICE OF THE CITY ATTORNEY
CITY OF SAN BUENAVENTURA
501 Poli Street
P.O. Box 99
Ventura, CA 93002
Telephone: (805) 654-7818
Facsimile: (805) 641-0253

Counsel for City of San Buenaventura

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Lehman Brothers Holdings, Inc.

          Debtor.

Case No.: 08-13555(JMP)

Chapter 11

(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Ariel Pierre Calonne, a member in good standing of the bar in the State of California and the bar of the United States District Court for the Central District of California, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the City of San Buenaventura, a creditor in the above referenced case.

My address: City of San Buenaventura, 501 Poli Street, Ventura, CA 93001

E-mail address: acalonne@ci.ventura.ca.us; telephone number (805) 654-7818; facsimile number is (805) 641-0253.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: January ___, 2009

CITY OF SAN BUENAVENTURA

_____
Ariel Pierre Calonne
City Attorney

1