Utah State Bar
645 South 200 East
Salt Lake City, Utah 84111
Telephone:  801.531.9077
Facsimile:  801.531.0660



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 08-13555-jmp |
| Lehman Brothers Holdings Inc. | ) | Chapter 11 |
| Debtor. | ) | REQUEST FOR NOTICE |

Utah State Bar, a creditor in the above referenced case, requests that the below address be added to the mailing matrix and any notice be mailed to said address:

Utah State Bar
c/o Katherine A. Fox
645 South 200 East
Salt Lake City, UT 84111

Dated this ____ day of January, 2009.

Katherine A. Fox
General Counsel, Utah State Bar