K&L GATES LLP  
Robert N. Michaelson, Esq.  
Kristin S. Elliott, Esq.  
599 Lexington Avenue  
New York, NY 10022  
(212) 536-3900  

Hearing Date: February 11, 2009 at 10:00 a.m.  
Objection Deadline: February 6, 2009 at 5:00 p.m.  

Attorneys for the Tobacco Settlement Authority

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------x  

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------------x

**DECLARATION OF PETER SHAPIRO IN SUPPORT OF MOTION OF THE TOBACCO SETTLEMENT AUTHORITY FOR AN ORDER (A) COMPELLING LEHMAN BROTHERS SPECIAL FINANCING INC. TO ASSUME OR REJECT AN EXECUTORY CONTRACT PURSUANT TO 11 U.S.C. § 365(d)(2) OR, ALTERNATIVELY, (B) MODIFYING THE AUTOMATIC STAY TO ALLOW THE SETTLEMENT AUTHORITY TO TERMINATE THE AGREEMENT**

I, Peter Shapiro, hereby declare pursuant to 28 U.S.C. § 1748:

1. I am the founder and Managing Director of Swap Financial Group, LLC ("SFG"), a New Jersey limited liability company formed in 1998 and located at 76 South Orange Avenue, South Orange, New Jersey 07079. SFG is the nation's leading independent advisor to issuers and end users of derivative products.

2. I have over twenty (20) years of experience as a senior financial markets professional in the areas of public finance and financial derivatives products. Among other things, I am the former head of Citibank's public finance group, where I supervised the first tender option bond program. I also began structuring tax-exempt

NY-658288 v2

swaps, caps, floors and collars early in the history of the derivatives market, including before the establishment of the SIFMA/BMA Index. A more detailed description of my background and professional experience is contained in the biography that is attached hereto as Exhibit A.

3. SFG has been retained to assist the Washington State Tobacco Settlement Authority ("TSA") in connection with the above-captioned bankruptcy cases filed by Lehman Brothers Holdings Inc. and its affiliates. I am the person at SFG responsible for the TSA matter, and I am familiar with the facts set forth herein and am authorized to make this Declaration on TSA's behalf.

4. I have reviewed the Reserve Fund Agreement dated as of November 5, 2002 (the "RFA") between TSA, Lehman Brothers Special Financing Inc. ("LBSF") and U.S. Bank, N.A., as trustee (the "Trustee") for TSA. I have also reviewed the indenture dated as of October 1, 2002 (the "Indenture"), pursuant to which TSA issued certain Tobacco Settlement Asset-Backed Bonds, Series 2002 (the "Bonds"). The RFA and the Indenture are common forms of such agreements used by tobacco settlement authorities to securitize the proceeds such states are owed under a master settlement agreement they entered with various tobacco companies in or about 1998.

5. The RFA establishes an investment vehicle pursuant to which TSA is able to invest certain reserve funds (the "Reserve Fund") the Indenture requires the Trustee to maintain as a source of backup payment for TSA's debt service obligations under the Bonds. In broad terms, the RFA enables TSA to invest the Reserve Fund by purchasing qualifying securities from LBSF at a purchase price that is constructed to guarantee that TSA receives a 4.484% guaranteed annual rate of return on its investments.

6. The RFA contains provisions for calculating amounts due from one party to another if or when the agreement is terminated. The rights and obligations at termination are highly sensitive to fluctuations in market rates of interest. Interest rates are the primary determinant of the replacement cost of the RFA. To determine the termination payment that is owing in the event of an early termination, it is necessary to first determine the replacement cost. Generally speaking, if rates have dropped, the RFA will be "in the money" to TSA, and if rates have risen, the RFA will be "in the money" to LBSF. This means that, at any given time, LBSF or TSA may be "in" or "out of the money" under the RFA.

7. As of January 12, 2009, LBSF was "out of the money" under the RFA and, if the RFA was terminated on January 12, 2009, the "Termination Amount" owed to TSA under the RFA would be roughly $27.5 million.

8. The market for tobacco settlement backed bonds and related agreements such as the RFA has changed since 2002. Rates have dropped sharply and the creditworthiness of tobacco settlement backed bonds has changed adversely. As a result of these changes in the market, it is highly unlikely that any market participant would be willing to assume LBSF's obligations under the RFA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2009

                                                                  Peter Shapiro

# EXHIBIT A

# *Swap Financial Group*

The leading independent swap advisor



## Peter Shapiro

Swap Financial Group
76 South Orange Avenue, Suite 6
South Orange, NJ 07079
(973) 378-5500

**Title:**

Managing Director

**Role:**

Primary contact. Day-to-day project management, strategic advice, transactional analysis, documentation negotiation.

**Relevant Experience:**

20 years experience as a senior financial markets professional in the areas of public finance and financial derivative products. After more than a decade of governmental service, joined Citibank as an investment banker in the public finance area; became head of public finance, and shifted the business to focus exclusively on tax-exempt derivative products. Supervised first tender option bond program. Began structuring tax-exempt swaps, caps, floors and collars early in market's history, prior to establishment of the SIFMA/BMA Index. At Euro Brokers, headed up tax-exempt and end-user activities for the firm; built successful program for issuers to access swap market through competitive bidding on complex derivative structures that previously had been done only by negotiation. Founded Swap Financial Group in 1998. Handles the firm's senior client relationships, including major state agencies.

**Education:**

Harvard University, A.B. 1974 cum laude; Harvard Kennedy School of Government, State and Local Government Executives Program, 1979.

**Work:**

Managing Director, Swap Financial Group, 1998 - present; Senior Vice President, Euro Brokers, 1993 - 1997; Vice President and Department Head, Citibank, 1987 - 1993; County Executive, Essex County, New Jersey, 1978 - 1986; State Legislator, New Jersey State Assembly, 1976-1978.

---

© 2008 by Swap Financial Group, LLC