EXHIBIT A

SERIES 2002 SUPPLEMENT
AUTHORIZING THE ISSUANCE OF

$517,905,000

TOBACCO SETTLEMENT ASSET-BACKED BONDS,
SERIES 2002

of

TOBACCO SETTLEMENT AUTHORITY

Dated as of October 1, 2002

# TABLE OF CONTENTS

**Page**

### ARTICLE I
### DEFINITIONS AND AUTHORITY

SECTION 1.01.  Definitions.................................................................................................A-1

SECTION 1.02.  Authority for this Series 2002 Supplement...................................................A-1

### ARTICLE II
### THE SERIES 2002 BONDS

SECTION 2.01.  Principal Amount and Terms. ......................................................................A-1

SECTION 2.02.  Application of Proceeds. .............................................................................A-1

Exhibit 1 – Serial Bonds ....................................................................................................A-3

Exhibit 2 – Turbo Term Bonds and Projected Turbo Schedule...........................................A-4

Exhibit 3 – Form of Bond ..................................................................................................A-4

Exhibit 4 – Application of Proceeds ...................................................................................A-10

# ARTICLE I

## DEFINITIONS AND AUTHORITY

SECTION 1.01. <u>Definitions</u>. Terms used herein and not otherwise defined shall have the respective meanings given or referred to in the Indenture, dated as of October 1, 2002 (as amended and supplemented by all Supplemental Indentures, including this Series 2002 Supplement, the "Indenture") by and between TOBACCO SETTLEMENT AUTHORITY and U.S. BANK, N.A., as Indenture Trustee.

SECTION 1.02. <u>Authority for this Series 2002 Supplement</u>. This 2002 Supplement is executed and delivered pursuant to Section 1001(a) of the Indenture.

# ARTICLE II

## THE SERIES 2002 BONDS

SECTION 2.01. <u>Principal Amount and Terms</u>. Pursuant to the Indenture, a series of Tax-Exempt Bonds is hereby authorized in the aggregate principal amount of $517,905,000. Such Bonds shall be distinguished by the title "Tobacco Settlement Asset-Backed Bonds, Series 2002."

(a) <u>Details of the Series 2002 Bonds</u>. The Series 2002 Bonds shall be issued in fully registered form and shall be numbered from R-1 upwards. The Series 2002 Bonds shall be in the denomination of $5,000 or any integral multiple thereof. The Series 2002 Bonds shall be dated their date of delivery. Interest on the Series 2002 Bonds shall be payable on June 1 and December 1 of each year, beginning June 1, 2003, at the rates specified on <u>Exhibits 1 and 2</u> hereto. The Series 2002 Bonds having Maturity Dates in the years 2005, 2006 and 2008 through 2012 are Serial Bonds. The Series 2002 Bonds having Maturity Dates in the years 2026 and 2032 are Turbo Term Bonds and shall have the Sinking Fund Installments and Turbo Term Bond Maturities shown on <u>Exhibit 2</u> hereto. The Projected Turbo Schedule for Series 2002 Bonds that are Turbo Term Bonds is also shown on <u>Exhibit 2</u> hereto. The Series 2002 Bonds shall be issued substantially in the form of <u>Exhibit 3</u> hereto.

(b) <u>Redemption</u>. The Series 2002 Bonds shall be redeemable prior to maturity in accordance with their terms and the terms of the Indenture. Notwithstanding the provisions of Section 404(b) of the Indenture to the contrary, so long as any Series 2002 Bonds are registered in the name of the DTC, the Indenture Trustee shall issue to DTC a notice of paydown or partial paydown (rather than partial redemption) with respect to Series 2002 Bonds to be paid or redeemed Pro Rata.

SECTION 2.02. <u>Application of Proceeds</u>. Upon receipt of the proceeds of the Series 2002 Bonds of the Issuer, the Indenture Trustee shall apply such proceeds as specified on <u>Exhibit 4</u> hereto.

IN WITNESS WHEREOF, the parties have caused this Series 2002 Supplement to be duly executed all as of the date first above written.

TOBACCO SETTLEMENT AUTHORITY


By:_____
                      Chairperson


U.S. BANK, N.A., as Indenture Trustee


By:_____
                   Authorized Signatory

A-2

EXHIBIT 1
to Series 2002 Supplement

<u>Serial Bonds</u>

The Series 2002 Bonds shown below are Serial Bonds and shall mature (subject to prior redemption as provided herein) on the Maturity Dates shown below and shall bear interest at the interest rates per annum as follows:

| Maturity Date (June 1) | Principal Amount | Interest Rate |
|---|---|---|
| 2005 | $    550,000 | 3.40% |
| 2006 | 110,000 | 3.80 |
| 2008 | 10,675,000 | 5.00 |
| 2009 | 10,060,000 | 5.25 |
| 2010 | 9,620,000 | 5.25 |
| 2011 | 13,285,000 | 6.25 |
| 2012 | 14,325,000 | 5.50 |

A-3

EXHIBIT 2
to Series 2002 Supplement

Turbo Term Bonds

The Series 2002 Bonds shown below are Turbo Term Bonds and shall finally mature (subject to prior redemption as provided herein) on the Maturity Dates shown below, shall have the Sinking Fund Installments shown below and shall bear interest at the interest rates per annum as follows:

$279,775,000  6.50% Turbo Term Bonds
Maturing June 1, 2026

| Sinking Fund Installment Date (June 1) | Principal Amount | Sinking Fund Installment Date (June 1) | Principal Amount |
|---|---|---|---|
| 2013 | $14,605,000 | 2020 | $18,550,000 |
| 2014 | 16,595,000 | 2021 | 19,645,000 |
| 2015 | 17,910,000 | 2022 | 20,980,000 |
| 2016 | 19,125,000 | 2023 | 22,010,000 |
| 2017 | 20,560,000 | 2024 | 23,960,000 |
| 2018 | 16,370,000 | 2025 | 25,560,000 |
| 2019 | 17,285,000 | 2026 | 26,620,000 |

$179,505,000  6.625% Turbo Term Bonds
Maturing June 1, 2032

| Sinking Fund Installment Date (June 1) | Principal Amount | Sinking Fund Installment Date (June 1) | Principal Amount |
|---|---|---|---|
| 2027 | $28,265,000 | 2030 | $35,170,000 |
| 2028 | 30,415,000 | 2031 | 37,810,000 |
| 2029 | 32,700,000 | 2032 | 15,145,000 |

A-4

## Projected Turbo Schedule

| Turbo Redemption Date | Series 2002 Turbo Term Bonds Maturing June 1, 2026 | Series 2002 Turbo Term Bonds Maturing June 1, 2032 |
|---|---|---|
| 2004 | $ 7,150,000 | |
| 2005 | 7,725,000 | |
| 2006 | 9,365,000 | |
| 2007 | 10,730,000 | |
| 2008 | 16,890,000 | |
| 2009 | 20,060,000 | |
| 2010 | 23,155,000 | |
| 2011 | 22,445,000 | |
| 2012 | 24,545,000 | |
| 2013 | 42,190,000 | |
| 2014 | 45,785,000 | |
| 2015 | 49,605,000 | |
| 2016 | 130,000 | $53,710,000 |
| 2017 | | 58,395,000 |
| 2018 | | 52,365,000 |
| 2019 | | 15,035,000 |

A-5

EXHIBIT 3
to Series 2002 Supplement

## FORM OF SERIES 2002 BOND

As provided in the Indenture referred to herein, until the termination of the system of Book-Entry-Only transfers through The Depository Trust Company (together with any successor securities depository appointed pursuant to the Indenture, "DTC") and notwithstanding any other provision of the Indenture to the contrary, a portion of the principal amount of this Series 2002 Bond may be paid or redeemed without surrender hereof to the Paying Agent. DTC or a nominee, transferee or assignee of DTC as owner of this Series 2002 Bond may not rely upon the principal amount indicated hereon as the principal amount hereof outstanding and unpaid. The principal amount hereof outstanding and unpaid shall for all purposes be the amount determined in the manner provided in the Indenture and indicated on the books of the Indenture Trustee.

UNLESS THIS BOND IS PRESENTED BY AN AUTHORIZED REPRESENTATIVE OF DTC TO THE INDENTURE TRUSTEE FOR REGISTRATION OF TRANSFER, EXCHANGE OR PAYMENT, AND ANY BOND ISSUED IS REGISTERED IN THE NAME OF CEDE & CO. OR SUCH OTHER NAME AS REQUIRED BY AN AUTHORIZED REPRESENTATIVE OF DTC AND ANY PAYMENT IS MADE TO CEDE & CO., ANY TRANSFER, PLEDGE OR OTHER USE HEREOF FOR VALUE OR OTHERWISE BY OR TO ANY PERSONS IS WRONGFUL SINCE THE REGISTERED OWNER HEREOF, CEDE & CO., HAS AN INTEREST HEREIN.

| REGISTERED | REGISTERED |
|---|---|
| NUMBER R-__ | $_____ |

### TOBACCO SETTLEMENT AUTHORITY

### TOBACCO SETTLEMENT ASSET-BACKED BOND
### SERIES 2002

| INTEREST RATE | DATED DATE | MATURITY DATE | CUSIP |
|---|---|---|---|
| % | November 5, 2002 | June 1, 20__ | |

REGISTERED OWNER:    CEDE & CO.

PRINCIPAL AMOUNT: _____ DOLLARS

     THE TOBACCO SETTLEMENT AUTHORITY (the "Issuer"), a public instrumentality and agency of the State of Washington (the "State"), separate and distinct from the State, exercising public and essential governmental functions, for value received promises to pay to the registered owner of this bond, on the payment date determined pursuant to the below-described Indenture, the principal amount hereof and interest thereon at the rate of interest set forth above from the Dated Date set forth above, or from the most recent payment date to which interest has been paid, but if the date of authentication of this bond is after the Record Date

A-6

immediately preceding an interest payment date, interest will be paid from such interest payment date.  Interest at such rate will be paid on June 1 and December 1 of each year, beginning June 1, 2003, and at the date of payment of principal, as set forth herein, by wire transfer, at the corporate trust office of U.S. Bank, N.A., as trustee (the "Indenture Trustee") or by check mailed to the address of the registered owner hereof as shown on the registration books of the Indenture Trustee, as of the close of business on the Record Date immediately preceding the applicable interest payment date.  Interest shall be calculated on the basis of a year of 360 days and twelve 30-day months.

**PAYMENT OF THE PRINCIPAL OF, INTEREST ON, AND REDEMPTION PREMIUM, IF ANY, ON THIS BOND SHALL BE A VALID CLAIM ONLY AS AGAINST THE SPECIAL FUND OR FUNDS RELATING THERETO. NEITHER THE FAITH AND CREDIT NOR THE TAXING POWER OF THE STATE OR ANY MUNICIPAL CORPORATION, SUBDIVISION, OR AGENCY OF THE STATE, OTHER THAN THE ISSUER AS SET FORTH IN THE LAWS OF 2002, CHAPTER 365, OF THE STATE, CODIFIED AS RCW 43.340.005, *ET SEQ.*, AS AMENDED (THE "ACT"), IS PLEDGED TO THE PAYMENT OF THE PRINCIPAL OF, INTEREST ON, AND REDEMPTION OR PREPAYMENT PREMIUM, IF ANY, ON THIS BOND.**

This bond is a Bond of the Issuer entitled "Tobacco Settlement Authority Tobacco Settlement Asset-Backed Bonds, Series 2002" (the "Series 2002 Bonds"), representing a borrowing of $517,905,000 pursuant to an Indenture dated as of October 1, 2002, between the Issuer and the Indenture Trustee (as amended and supplemented, the "Indenture").  Reference is made to the Indenture for a description of the funds pledged and the rights, limitations of rights, duties, obligations and immunities of the Issuer, the Indenture Trustee and the Bondholders, including restrictions on the rights of the Bondholders to bring suit.  Definitions given or referred to in the Indenture are incorporated herein by this reference.  The Indenture may be amended to the extent and in the manner provided therein.

Pursuant to Section 11 of the Act, prior to the date that is three hundred sixty-six days after which the Issuer no longer has any bonds outstanding, the Issuer is prohibited from filing a voluntary petition under Chapter 9 of the federal bankruptcy code or such corresponding chapter or section as may, from time to time, be in effect, and a public official or organization, entity, or other person shall not authorize the Issuer to be or become a debtor under Chapter 9 or any successor or corresponding chapter or sections during such periods. Said Section 11 is part of the contractual obligation owed to the holders of this bond.

Principal of this bond and applicable premium, if any, are payable in lawful money of the United States of America, upon presentation and surrender of this bond when due and payable at the office of the Indenture Trustee or of such other paying agent as may hereafter be designated by the Issuer (in either case, the "Paying Agent").

All money paid to the Paying Agent for the payment of the principal of, premium, if any, or interest on any Bond that remains unclaimed at the end of three years after such principal, premium, if any, or interest shall have become due and payable will be paid to the Issuer, and the holder of such Bond shall thereafter look only to the Issuer for payment.

This bond shall not be valid or become obligatory for any purpose until the certificate of authentication hereon has been dated and manually signed by the Indenture Trustee.

It is hereby certified and recited that all conditions, acts and things required by the Constitution and statutes of the State to exist, to have happened and to have been performed precedent to and in the issuance of this bond, exist, have happened and have been performed, and that the series of Bonds of which this is one, together with all other indebtedness of the Issuer, is within every debt and other limit prescribed by the Constitution and laws of the State.

Neither the directors of the Issuer nor any person executing this bond shall be liable personally thereon or be subject to any personal liability or accountability solely by reasons of the issuance hereof.

To the extent of available funds, the Turbo Term Bonds shall be redeemed in whole or in part on specified Distribution Dates prior to their Maturity Date, at a price equal to 100% of the principal amount being redeemed, in accordance with the schedule of Sinking Fund Installments set forth in the Series 2002 Supplement, as adjusted.

The Turbo Term Bonds shall be redeemed in whole or in part on any Distribution Date prior to their Maturity Date, at a price equal to 100% of the principal amount being redeemed, from amounts on deposit in the Turbo Redemption Account (and from amounts on deposit in the Partial Lump Sum Payment Account in accordance with Section 402(b)(4) of the Indenture).

The Bonds maturing on or prior to June 1, 2012 are not subject to optional redemption. The Bonds maturing on June 1, 2026 and June 1, 2032 are subject to redemption (from sources other than Collections or from the proceeds of Refunding Bonds) at the option of the Issuer: (1) with respect to Turbo Term Bonds, in whole or in part at any time, but only in an amount that may not exceed the amount of the Projected Turbo Redemptions that were projected to be paid but, as of the date of such redemption, have not been paid with respect to such Turbo Term Bonds, and (2) with respect to all Bonds, in whole or in part on or after June 1, 2013, from any maturity selected by the Issuer in its discretion and Pro Rata within a maturity, in each case at a redemption price equal to 100% of the principal amount being redeemed.

The Bonds are subject to mandatory redemption in whole only, at a redemption price equal to 100% of the principal amount being redeemed, at any time that the available amounts on deposit in the Accounts (other than the Rebate Account, the Operating Account, the Operating Contingency Account and the Costs of Issuance Account) exceed the aggregate principal amount of, and accrued interest on, all Outstanding Bonds.

The Defeased Turbo Term Bonds shall be subject to mandatory redemption, at a redemption price equal to 100% of the principal amount being redeemed, in accordance with the Pro Rata Defeasance Redemption Schedule provisions contained in Section 202(c) of the Indenture.

Upon the occurrence of an Event of Default, the Bonds and Swap Contracts shall be paid on a Pro Rata basis as described in the Indenture.

A-8

If less than all the Outstanding Bonds of any Maturity Date are to be redeemed, the particular Bonds to be redeemed shall be selected by the Indenture Trustee by such method as it shall deem fair and appropriate and the Indenture Trustee may provide for the selection for redemption of portions (equal to any authorized denominations) of the principal of Bonds of a denomination larger than the minimum authorized denomination.

This bond shall be redeemed upon the giving of notice, if any, as provided in the Indenture.

The Bonds are issuable only in fully registered form in the denomination of $5,000 or any integral multiple thereof.  The Issuer, the Indenture Trustee and the Paying Agent may treat the registered owner as the absolute owner of this bond for all purposes, notwithstanding any notice to the contrary.  This bond is transferable by the registered owner hereof in accordance with the Indenture.

The respective covenants of the Issuer with respect hereto shall be fully discharged and of no further force and effect at such time as this bond, together with interest thereon, shall have been paid in full at maturity, or shall have otherwise been redeemed, defeased or discharged.

IN WITNESS WHEREOF, the Issuer has caused this bond to be executed in its name by its Chairperson and attested by its Secretary by their manual or facsimile signatures hereon, all as of the 5th day of November, 2002.

TOBACCO SETTLEMENT AUTHORITY


By:  _____
                    Chairperson


ATTEST:


_____
          Secretary

## CERTIFICATE OF AUTHENTICATION

This bond is one of the Series 2002 Bonds described in and issued in accordance with the Indenture, including the Series 2002 Supplement.

U.S. BANK, N.A., as Indenture Trustee

By: _____
Authorized Signatory

Date of Authentication: _____, 2002

ASSIGNMENT

For value received the undersigned do(es) hereby sell, assign and transfer unto _____ the within-mentioned registered Bond and hereby irrevocably constitute(s) and appoint(s) _____ attorney, to transfer the same on the books of the Indenture Trustee with full power of substitution in the premises.

_____

NOTICE:  The signature on this Assignment must correspond with the name as it appears on the face of the within Bond in every particular, without alteration or enlargement or any change whatsoever.

Dated: _____

Signature Guaranteed By:

_____

NOTICE:  Signature guarantee should be made by a guarantor institution participating in the securities transfer agents medallion program or in such other guarantee program acceptable to the Indenture Trustee.

Social Security or Other Taxpayer
Identification Number of Transferee:

_____

Addressee of Transferee:

_____

_____

_____

A-12

EXHIBIT 4
to Series 2002 Supplement

Application of Proceeds

| | |
|---|---|
| Purchase Price paid to the State (for deposit in Tobacco Securitization Trust Account) | $450,000,000.00 |
| Liquidity Reserve Account | 45,534,106.25 |
| Operating Account | 825,000.00 |
| Capitalized Interest Subaccount | 4,907,889.84 |
| Costs of Issuance Account | 2,434,467.10 |
| Total | $503,701,463.19 |

A-13

EXHIBIT B

## TOBACCO SETTLEMENT AUTHORITY

### RESIDUAL CERTIFICATE

REGISTERED OWNER: STATE OF WASHINGTON

The TOBACCO SETTLEMENT AUTHORITY (the "Issuer"), a public instrumentality and agency of the State of Washington (the "State"), separate and distinct from the State, exercising public and essential governmental functions, for value received, promises to pay to the registered owner of this Residual Certificate amounts available in accordance with Section 402(g) of the Indenture (the "Indenture"), dated as of October 1, 2002, between the Issuer and U.S. Bank, N.A., as Indenture Trustee (the "Indenture Trustee"). Capitalized terms used but not defined in this Residual Certificate shall have the meaning given to them in the Indenture.

Notwithstanding anything to the contrary in the Indenture or this Residual Certificate, no amounts shall be due and payable through or in respect of this Residual Certificate, and the registered owner of the Residual Certificate shall have no right to, or interest of any kind, in the payment of any such amount, unless and until the Indenture Trustee shall determine that funds are available therefor in accordance with Article IV of the Indenture and the Indenture Trustee shall in fact withdraw funds from the Accounts for such payment and transfer the same to the registered owner of the Residual Certificate.

Reference is made to the Indenture for a description of the funds pledged and for the provisions with respect to the incurring of indebtedness and to the rights, limitations of rights, duties, obligations and immunities of the Issuer, the Indenture Trustee, the Bondholders, and the registered owner of this Residual Certificate.

This Residual Certificate is issuable only in fully registered form and may not be converted into bearer form. The Issuer and the Indenture Trustee may treat the registered owner as the absolute owner of this Residual Certificate for all purposes, notwithstanding any notice to the contrary.

This Residual Certificate shall not be valid or become obligatory for any purpose until the certificate of authentication hereon has been dated and manually signed by the Indenture Trustee.

IN WITNESS WHEREOF, the TOBACCO SETTLEMENT AUTHORITY has caused this Residual Certificate to be executed in its name by its Chairperson as of the 5th day of November, 2002.

TOBACCO SETTLEMENT AUTHORITY

By: _____
                    Chairperson

B-1

CERTIFICATE OF AUTHENTICATION


This Residual Certificate is the Residual Certificate described in and issued in accordance with the within mentioned Indenture.


U.S. BANK, N.A.,
as Indenture Trustee


By:_____
Authorized Officer

Date of Authentication: _____ __


B-2

SERIES 2002 SUPPLEMENT
AUTHORIZING THE ISSUANCE OF

$517,905,000

TOBACCO SETTLEMENT ASSET-BACKED BONDS,
SERIES 2002

of

TOBACCO SETTLEMENT AUTHORITY

Dated as of October 1, 2002

# TABLE OF CONTENTS

**Page**

### ARTICLE I
### DEFINITIONS AND AUTHORITY

SECTION 1.01.  Definitions...............................................................................................A-1

SECTION 1.02.  Authority for this Series 2002 Supplement.....................................................A-1

### ARTICLE II
### THE SERIES 2002 BONDS

SECTION 2.01.  Principal Amount and Terms. .......................................................................A-1

SECTION 2.02.  Application of Proceeds................................................................................A-1

Exhibit 1 – Serial Bonds ....................................................................................................A-3

Exhibit 2 – Turbo Term Bonds and Projected Turbo Schedule..............................................A-4

Exhibit 3 – Form of Bond ...................................................................................................A-4

Exhibit 4 – Application of Proceeds ....................................................................................A-10

i

# ARTICLE I

## DEFINITIONS AND AUTHORITY

SECTION 1.01.  Definitions.  Terms used herein and not otherwise defined shall have the respective meanings given or referred to in the Indenture, dated as of October 1, 2002 (as amended and supplemented by all Supplemental Indentures, including this Series 2002 Supplement, the "Indenture") by and between TOBACCO SETTLEMENT AUTHORITY and U.S. BANK, N.A., as Indenture Trustee.

SECTION 1.02.  Authority for this Series 2002 Supplement.  This 2002 Supplement is executed and delivered pursuant to Section 1001(a) of the Indenture.

# ARTICLE II

## THE SERIES 2002 BONDS

SECTION 2.01.  Principal Amount and Terms.  Pursuant to the Indenture, a series of Tax-Exempt Bonds is hereby authorized in the aggregate principal amount of $517,905,000. Such Bonds shall be distinguished by the title "Tobacco Settlement Asset-Backed Bonds, Series 2002."

(a)  Details of the Series 2002 Bonds.  The Series 2002 Bonds shall be issued in fully registered form and shall be numbered from R-1 upwards. The Series 2002 Bonds shall be in the denomination of $5,000 or any integral multiple thereof. The Series 2002 Bonds shall be dated their date of delivery. Interest on the Series 2002 Bonds shall be payable on June 1 and December 1 of each year, beginning June 1, 2003, at the rates specified on Exhibits 1 and 2 hereto. The Series 2002 Bonds having Maturity Dates in the years 2005, 2006 and 2008 through 2012 are Serial Bonds. The Series 2002 Bonds having Maturity Dates in the years 2026 and 2032 are Turbo Term Bonds and shall have the Sinking Fund Installments and Turbo Term Bond Maturities shown on Exhibit 2 hereto. The Projected Turbo Schedule for Series 2002 Bonds that are Turbo Term Bonds is also shown on Exhibit 2 hereto. The Series 2002 Bonds shall be issued substantially in the form of Exhibit 3 hereto.

(b)  Redemption.  The Series 2002 Bonds shall be redeemable prior to maturity in accordance with their terms and the terms of the Indenture. Notwithstanding the provisions of Section 404(b) of the Indenture to the contrary, so long as any Series 2002 Bonds are registered in the name of the DTC, the Indenture Trustee shall issue to DTC a notice of paydown or partial paydown (rather than partial redemption) with respect to Series 2002 Bonds to be paid or redeemed Pro Rata.

SECTION 2.02.  Application of Proceeds.  Upon receipt of the proceeds of the Series 2002 Bonds of the Issuer, the Indenture Trustee shall apply such proceeds as specified on Exhibit 4 hereto.

1

IN WITNESS WHEREOF, the parties have caused this Series 2002 Supplement to be duly executed all as of the date first above written.

TOBACCO SETTLEMENT AUTHORITY

By: _____
Chairperson

U.S. BANK, N.A., as Indenture Trustee

By: _____
Authorized Signatory

2

EXHIBIT 1
to Series 2002 Supplement

<u>Serial Bonds</u>

The Series 2002 Bonds shown below are Serial Bonds and shall mature (subject to prior redemption as provided herein) on the Maturity Dates shown below and shall bear interest at the interest rates per annum as follows:

| Maturity Date (June 1) | Principal Amount | Interest Rate |
|---|---|---|
| 2005 | $    550,000 | 3.40% |
| 2006 | 110,000 | 3.80 |
| 2008 | 10,675,000 | 5.00 |
| 2009 | 10,060,000 | 5.25 |
| 2010 | 9,620,000 | 5.25 |
| 2011 | 13,285,000 | 6.25 |
| 2012 | 14,325,000 | 5.50 |

EXHIBIT 2
to Series 2002 Supplement

### Turbo Term Bonds

The Series 2002 Bonds shown below are Turbo Term Bonds and shall finally mature (subject to prior redemption as provided herein) on the Maturity Dates shown below, shall have the Sinking Fund Installments shown below and shall bear interest at the interest rates per annum as follows:

$279,775,000  6.50% Turbo Term Bonds
Maturing June 1, 2026

| Sinking Fund Installment Date (June 1) | Principal Amount | Sinking Fund Installment Date (June 1) | Principal Amount |
|---|---|---|---|
| 2013 | $14,605,000 | 2020 | $18,550,000 |
| 2014 | 16,595,000 | 2021 | 19,645,000 |
| 2015 | 17,910,000 | 2022 | 20,980,000 |
| 2016 | 19,125,000 | 2023 | 22,010,000 |
| 2017 | 20,560,000 | 2024 | 23,960,000 |
| 2018 | 16,370,000 | 2025 | 25,560,000 |
| 2019 | 17,285,000 | 2026 | 26,620,000 |

$179,505,000  6.625% Turbo Term Bonds
Maturing June 1, 2032

| Sinking Fund Installment Date (June 1) | Principal Amount | Sinking Fund Installment Date (June 1) | Principal Amount |
|---|---|---|---|
| 2027 | $28,265,000 | 2030 | $35,170,000 |
| 2028 | 30,415,000 | 2031 | 37,810,000 |
| 2029 | 32,700,000 | 2032 | 15,145,000 |

4

## Projected Turbo Schedule

| Turbo Redemption Date | Series 2002 Turbo Term Bonds Maturing June 1, 2026 | Series 2002 Turbo Term Bonds Maturing June 1, 2032 |
|---|---|---|
| 2004 | $ 7,150,000 | |
| 2005 | 7,725,000 | |
| 2006 | 9,365,000 | |
| 2007 | 10,730,000 | |
| 2008 | 16,890,000 | |
| 2009 | 20,060,000 | |
| 2010 | 23,155,000 | |
| 2011 | 22,445,000 | |
| 2012 | 24,545,000 | |
| 2013 | 42,190,000 | |
| 2014 | 45,785,000 | |
| 2015 | 49,605,000 | |
| 2016 | 130,000 | $53,710,000 |
| 2017 | | 58,395,000 |
| 2018 | | 52,365,000 |
| 2019 | | 15,035,000 |

EXHIBIT 3
to Series 2002 Supplement

## FORM OF SERIES 2002 BOND

As provided in the Indenture referred to herein, until the termination of the system of Book-Entry-Only transfers through The Depository Trust Company (together with any successor securities depository appointed pursuant to the Indenture, "DTC") and notwithstanding any other provision of the Indenture to the contrary, a portion of the principal amount of this Series 2002 Bond may be paid or redeemed without surrender hereof to the Paying Agent.  DTC or a nominee, transferee or assignee of DTC as owner of this Series 2002 Bond may not rely upon the principal amount indicated hereon as the principal amount hereof outstanding and unpaid.  The principal amount hereof outstanding and unpaid shall for all purposes be the amount determined in the manner provided in the Indenture and indicated on the books of the Indenture Trustee.

UNLESS THIS BOND IS PRESENTED BY AN AUTHORIZED REPRESENTATIVE OF DTC TO THE INDENTURE TRUSTEE FOR REGISTRATION OF TRANSFER, EXCHANGE OR PAYMENT, AND ANY BOND ISSUED IS REGISTERED IN THE NAME OF CEDE & CO. OR SUCH OTHER NAME AS REQUIRED BY AN AUTHORIZED REPRESENTATIVE OF DTC AND ANY PAYMENT IS MADE TO CEDE & CO., ANY TRANSFER, PLEDGE OR OTHER USE HEREOF FOR VALUE OR OTHERWISE BY OR TO ANY PERSONS IS WRONGFUL SINCE THE REGISTERED OWNER HEREOF, CEDE & CO., HAS AN INTEREST HEREIN.

REGISTERED
NUMBER R-__

REGISTERED
$_____

### TOBACCO SETTLEMENT AUTHORITY

### TOBACCO SETTLEMENT ASSET-BACKED BOND
### SERIES 2002

| INTEREST RATE | DATED DATE | MATURITY DATE | CUSIP |
|---|---|---|---|
| % | November 5, 2002 | June 1, 20__ | |

REGISTERED OWNER:   CEDE & CO.

PRINCIPAL AMOUNT:   _____  DOLLARS

THE TOBACCO SETTLEMENT AUTHORITY (the "Issuer"), a public instrumentality and agency of the State of Washington (the "State"), separate and distinct from the State, exercising public and essential governmental functions, for value received promises to pay to the registered owner of this bond, on the payment date determined pursuant to the below-described Indenture, the principal amount hereof and interest thereon at the rate of interest set forth above from the Dated Date set forth above, or from the most recent payment date to which interest has been paid, but if the date of authentication of this bond is after the Record Date

6

immediately preceding an interest payment date, interest will be paid from such interest payment date.    Interest at such rate will be paid on June 1 and December 1 of each year, beginning June 1, 2003, and at the date of payment of principal, as set forth herein, by wire transfer, at the corporate trust office of U.S. Bank, N.A., as trustee (the "Indenture Trustee") or by check mailed to the address of the registered owner hereof as shown on the registration books of the Indenture Trustee, as of the close of business on the Record Date immediately preceding the applicable interest payment date.    Interest shall be calculated on the basis of a year of 360 days and twelve 30-day months.

**PAYMENT OF THE PRINCIPAL OF, INTEREST ON, AND REDEMPTION PREMIUM, IF ANY, ON THIS BOND SHALL BE A VALID CLAIM ONLY AS AGAINST THE SPECIAL FUND OR FUNDS RELATING THERETO. NEITHER THE FAITH AND CREDIT NOR THE TAXING POWER OF THE STATE OR ANY MUNICIPAL CORPORATION, SUBDIVISION, OR AGENCY OF THE STATE, OTHER THAN THE ISSUER AS SET FORTH IN THE LAWS OF 2002, CHAPTER 365, OF THE STATE, CODIFIED AS RCW 43.340.005, *ET SEQ.*, AS AMENDED (THE "ACT"), IS PLEDGED TO THE PAYMENT OF THE PRINCIPAL OF, INTEREST ON, AND REDEMPTION OR PREPAYMENT PREMIUM, IF ANY, ON THIS BOND.**

This bond is a Bond of the Issuer entitled "Tobacco Settlement Authority Tobacco Settlement Asset-Backed Bonds, Series 2002" (the "Series 2002 Bonds"), representing a borrowing of $517,905,000 pursuant to an Indenture dated as of October 1, 2002, between the Issuer and the Indenture Trustee (as amended and supplemented, the "Indenture").    Reference is made to the Indenture for a description of the funds pledged and the rights, limitations of rights, duties, obligations and immunities of the Issuer, the Indenture Trustee and the Bondholders, including restrictions on the rights of the Bondholders to bring suit.    Definitions given or referred to in the Indenture are incorporated herein by this reference.    The Indenture may be amended to the extent and in the manner provided therein.

Pursuant to Section 11 of the Act, prior to the date that is three hundred sixty-six days after which the Issuer no longer has any bonds outstanding, the Issuer is prohibited from filing a voluntary petition under Chapter 9 of the federal bankruptcy code or such corresponding chapter or section as may, from time to time, be in effect, and a public official or organization, entity, or other person shall not authorize the Issuer to be or become a debtor under Chapter 9 or any successor or corresponding chapter or sections during such periods. Said Section 11 is part of the contractual obligation owed to the holders of this bond.

Principal of this bond and applicable premium, if any, are payable in lawful money of the United States of America, upon presentation and surrender of this bond when due and payable at the office of the Indenture Trustee or of such other paying agent as may hereafter be designated by the Issuer (in either case, the "Paying Agent").

All money paid to the Paying Agent for the payment of the principal of, premium, if any, or interest on any Bond that remains unclaimed at the end of three years after such principal, premium, if any, or interest shall have become due and payable will be paid to the Issuer, and the holder of such Bond shall thereafter look only to the Issuer for payment.

7

This bond shall not be valid or become obligatory for any purpose until the certificate of authentication hereon has been dated and manually signed by the Indenture Trustee.

It is hereby certified and recited that all conditions, acts and things required by the Constitution and statutes of the State to exist, to have happened and to have been performed precedent to and in the issuance of this bond, exist, have happened and have been performed, and that the series of Bonds of which this is one, together with all other indebtedness of the Issuer, is within every debt and other limit prescribed by the Constitution and laws of the State.

Neither the directors of the Issuer nor any person executing this bond shall be liable personally thereon or be subject to any personal liability or accountability solely by reasons of the issuance hereof.

To the extent of available funds, the Turbo Term Bonds shall be redeemed in whole or in part on specified Distribution Dates prior to their Maturity Date, at a price equal to 100% of the principal amount being redeemed, in accordance with the schedule of Sinking Fund Installments set forth in the Series 2002 Supplement, as adjusted.

The Turbo Term Bonds shall be redeemed in whole or in part on any Distribution Date prior to their Maturity Date, at a price equal to 100% of the principal amount being redeemed, from amounts on deposit in the Turbo Redemption Account (and from amounts on deposit in the Partial Lump Sum Payment Account in accordance with Section 402(b)(4) of the Indenture).

The Bonds maturing on or prior to June 1, 2012 are not subject to optional redemption. The Bonds maturing on June 1, 2026 and June 1, 2032 are subject to redemption (from sources other than Collections or from the proceeds of Refunding Bonds) at the option of the Issuer: (1) with respect to Turbo Term Bonds, in whole or in part at any time, but only in an amount that may not exceed the amount of the Projected Turbo Redemptions that were projected to be paid but, as of the date of such redemption, have not been paid with respect to such Turbo Term Bonds, and (2) with respect to all Bonds, in whole or in part on or after June 1, 2013, from any maturity selected by the Issuer in its discretion and Pro Rata within a maturity, in each case at a redemption price equal to 100% of the principal amount being redeemed.

The Bonds are subject to mandatory redemption in whole only, at a redemption price equal to 100% of the principal amount being redeemed, at any time that the available amounts on deposit in the Accounts (other than the Rebate Account, the Operating Account, the Operating Contingency Account and the Costs of Issuance Account) exceed the aggregate principal amount of, and accrued interest on, all Outstanding Bonds.

The Defeased Turbo Term Bonds shall be subject to mandatory redemption, at a redemption price equal to 100% of the principal amount being redeemed, in accordance with the Pro Rata Defeasance Redemption Schedule provisions contained in Section 202(c) of the Indenture.

Upon the occurrence of an Event of Default, the Bonds and Swap Contracts shall be paid on a Pro Rata basis as described in the Indenture.

8

If less than all the Outstanding Bonds of any Maturity Date are to be redeemed, the particular Bonds to be redeemed shall be selected by the Indenture Trustee by such method as it shall deem fair and appropriate and the Indenture Trustee may provide for the selection for redemption of portions (equal to any authorized denominations) of the principal of Bonds of a denomination larger than the minimum authorized denomination.

This bond shall be redeemed upon the giving of notice, if any, as provided in the Indenture.

The Bonds are issuable only in fully registered form in the denomination of $5,000 or any integral multiple thereof. The Issuer, the Indenture Trustee and the Paying Agent may treat the registered owner as the absolute owner of this bond for all purposes, notwithstanding any notice to the contrary. This bond is transferable by the registered owner hereof in accordance with the Indenture.

The respective covenants of the Issuer with respect hereto shall be fully discharged and of no further force and effect at such time as this bond, together with interest thereon, shall have been paid in full at maturity, or shall have otherwise been redeemed, defeased or discharged.

IN WITNESS WHEREOF, the Issuer has caused this bond to be executed in its name by its Chairperson and attested by its Secretary by their manual or facsimile signatures hereon, all as of the 5th day of November, 2002.

TOBACCO SETTLEMENT AUTHORITY

By: _____
                        Chairperson

ATTEST:

_____
                Secretary

10

CERTIFICATE OF AUTHENTICATION

This bond is one of the Series 2002 Bonds described in and issued in accordance with the Indenture, including the Series 2002 Supplement.

U.S. BANK, N.A., as Indenture Trustee

By: _____

Authorized Signatory

Date of Authentication: _____, 2002

11

## ASSIGNMENT

For value received the undersigned do(es) hereby sell, assign and transfer unto _____ the within-mentioned registered Bond and hereby irrevocably constitute(s) and appoint(s) _____ attorney, to transfer the same on the books of the Indenture Trustee with full power of substitution in the premises.

NOTICE: The signature on this Assignment must correspond with the name as it appears on the face of the within Bond in every particular, without alteration or enlargement or any change whatsoever.

Dated: _____

Signature Guaranteed By:

NOTICE: Signature guarantee should be made by a guarantor institution participating in the securities transfer agents medallion program or in such other guarantee program acceptable to the Indenture Trustee.

Social Security or Other Taxpayer
Identification Number of Transferee:

_____

Addressee of Transferee:

_____

_____

_____

12

EXHIBIT 4
to Series 2002 Supplement

Application of Proceeds

| | |
|---|---|
| Purchase Price paid to the State (for deposit in Tobacco Securitization Trust Account) | $450,000,000.00 |
| Liquidity Reserve Account | 45,534,106.25 |
| Operating Account | 825,000.00 |
| Capitalized Interest Subaccount | 4,907,889.84 |
| Costs of Issuance Account | 2,434,467.10 |
| Total | $503,701,463.19 |