K&L GATES LLP  
Robert N. Michaelson, Esq.  
Kristin S. Elliott, Esq.  
599 Lexington Avenue  
New York, NY 10022  
(212) 536-3900  

Hearing Date: February 11, 2009 at 10:00 a.m.  
Objection Deadline: February 6, 2009 at 5:00 p.m.  

Attorneys for the Tobacco Settlement Authority

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------x

**DECLARATION OF KRISTIN S. ELLIOTT IN SUPPORT OF MOTION OF THE TOBACCO SETTLEMENT AUTHORITY FOR AN ORDER (A) COMPELLING LEHMAN BROTHERS SPECIAL FINANCING INC. TO ASSUME OR REJECT AN EXECUTORY CONTRACT PURSUANT TO 11 U.S.C. § 365(d)(2) OR, ALTERNATIVELY, (B) MODIFYING THE AUTOMATIC STAY TO ALLOW THE SETTLEMENT AUTHORITY TO TERMINATE THE AGREEMENT**

KRISTIN S. ELLIOTT, hereby declares pursuant to 28 U.S.C. § 1748:

1. I am a member of the Bar of this Court, and I am an associate of the law firm of K&L Gates LLP, with offices located at 599 Lexington Avenue, New York, New York 10022, and counsel to the Washington State Tobacco Settlement Authority in the within matter.

2. Attached hereto as Exhibit A is a true copy of a Bloomberg printout reflecting that, as of September 15, 2008, Moody's had downgraded the the senior unsecured debt rating of Lehman Brothers Holding Inc. to a rating of "B3".

NY-658796 v1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2009

_____
Kristin S. Elliott

**EXHIBIT A**

&lt;HELP&gt; for explanation.                                              Equity**CRPR**

| Related Functions | Company Tree Ratings | Alert | CREDIT PROFILE |

Lehman Brothers Holdings Inc                                     Page 1/2

Page    1/ 1

Senior Unsecured Debt          -MOODY'S

1) Is
2) Se  RATING   WATCH   EFFECTIVE      RATING   WATCH   EFFECTIVE
3) Su  WR               12/10/08       A3               1/13/88
4) JR  C                12/ 8/08       A2               8/28/86
5) Pr  B3        *-     9/15/08
6) Sh  A2        *      9/10/08
       A2               7/17/08
       A1        *-     6/13/08
7) LT  A1               10/22/03
8) LT  A2        *+     6/24/03
9) ST  A2               11/ 3/00
10) ST A3        *+     9/14/00
       A3               8/ 5/99
       Baa1      *+     7/ 7/99
       Baa1             3/21/95

UP    / DOWN   / NEUTRAL
[MENU] to return to credit profile

Australia 61 2 9777 8600  Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000     U.S. 1 212 318 2000    Copyright 2009 Bloomberg Finance L.P.
                                                                          H198-726-0 12-Jan-2009 11:20:45

**Bloomberg**
TERMINAL