DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York  12203
(518) 436-0344
Martin A. Mooney, Esq. (MM )


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————

In Re:                                                              Case No. 08-13555-JMP
                                                                       (Chapter 11)
      LEHMAN BROTHERS HOLDING INC.,

          Debtor.

—————————————————————————

## NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
## OF ALL ORDERS, NOTICES, AND PLEADINGS
## UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

       DCFS Trust, a creditor in the above-captioned case, hereby appears and requests, pursuant to

Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders

and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at

the address set forth below.

DATED:      December 11, 2008
             Albany, New York

                             \s\ Martin A. Mooney_____
                             Martin A. Mooney, Esq. (MM )
                             DEILY, MOONEY & GLASTETTER, LLP
                             Attorneys for DCFS Trust
                             Office and P.O. Address
                             8 Thurlow Terrace
                             Albany, New York  12203
                             Phone:  (518) 436-0344

TO:     Court Clerk
        U.S. Bankruptcy Court
        One Bowling Green
        New York, New York  10004-1408

        Jacqueline Marcus, Esq.
        Attorney for Debtor
        Weil Gotshal & Manges, LLP
        767 5th Avenue
        New York, New York  10153

        Harvey R. Miller, Esq.
        Attorney for Debtor
        Weil, Gotshal & Manges, LLP
        767 Fifth Avenue
        New York, New York  10153

        Shai Waisman, Esq.
        Attorney for Debtor
        Weil, Gotshal & Manges, LLP
        767 5th Avenue
        New York, New York  10153

B-DCSTEX.08.06896