DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York  12203
(518) 436-0344
Martin A. Mooney, Esq. (MM )

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                                            Case No. 08-13555-JMP
                                                                       (Chapter 11)
            LEHMAN BROTHERS HOLDING INC.,

            Debtor.

## CERTIFICATE OF SERVICE

I, Jennifer M Reiser, certify that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Appearance with Request for Copies of All Orders, Notices, and Pleadings Under Bankruptcy Rules 2002(g) and 9010(b) on January 15, 2009.

**E-Mail Service:** via e-mail notification to the following:

| | |
|---|---|
| United States Trustee | Jacqueline Marcus, Esq. |
| United States Bankruptcy Court | Attorney for Debtor |
| 33 Whitehall Street, 21st Floor | Weil Gotshal & Manges, LLP |
| New York, New York  10004-2112 | 767 5th Avenue |
| | New York, New York  10153 |
| | |
| | Harvey R. Miller, Esq. |
| | Attorney for Debtor |
| | Weil, Gotshal & Manges, LLP |
| | 767 Fifth Avenue |
| | New York, New York  10153 |
| | |
| | Shai Waisman, Esq. |
| | Attorney for Debtor |
| | Weil, Gotshal & Manges, LLP |
| | 767 5th Avenue |
| | New York, New York  10153 |

                                                                \s\ Jennifer Reiser_____
                                                                Jennifer M Reiser

B-DCSTEX.08.06896