**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
                                             :
In re                                        :    Chapter 11 Case No.
                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    08-13555 (JMP)
                                             :
            Debtors.                         :    (Jointly Administered)
                                             :
                                             :
----------------------------------------------------------------------x

### ORDER EXTENDING THE TIME WITHIN WHICH DEBTORS' MUST COMPLY WITH SECTION 345(b) OF THE BANKRUPTCY CODE

Upon the motion (the "Motion"), dated December 31, 2008, by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to sections 105 and 345 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9006, to extend the time within which the Debtors must comply with section 345(b) of the Bankruptcy Code and the guideline of the United States Trustee (or make other such arrangements agreed to by the United States Trustee) (the "345 Compliance Period") through and including March 11, 2009, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28

U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the order entered September 22, 2008 governing case management and administrative procedures [Docket No. 285] to (i) the United States Trustee for the Southern District of New York (the "U.S. Trustee"); (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the U.S. Trustee having consented to entry of an order extending the 345 Compliance Period through and including March 11, 2009; and the Court having determined that it is appropriate to enlarge the 345 Compliance Period; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors shall have until March 11, 2009 (or such time as the U.S. Trustee may agree to) to comply with section 345(b) of the Bankruptcy Code or make such other arrangements agreed to by the U.S. Trustee, without prejudice to the Debtors' rights to seek further extensions.

Dated: January 15, 2009
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ James M. Peck
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

A:\LEHMAN - 345 MOTION - ORDER_#1956175.DOC          2