UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS, INC. *et al.*, : Case No. 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------------x   Ref. Docket Nos. 2536, 2537, 2538,
2539 & 2540

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 14, 2009, I served the following:

   a) "Affidavit and Disclosure Statement of Steven E. Abelman, on behalf of Brownstein Hyatt Farber Schreck, LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed January 14, 2009 [Docket No. 2536],

   b) "Notice of Eighth Supplemental List of Ordinary Course Professionals," dated January 14, 2009 [Docket No. 2537],

   c) "Affidavit and Disclosure Statement of Alasdair Maclaren Robertson on behalf of Maples and Calder Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed January 14, 2009 [Docket No. 2538],

   d) "Affidavit and Disclosure Statement of Gerald R. Uram, on behalf of Davis & Gilbert LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed January 14, 2009 [Docket No. 2539], and

   e) "Affidavit and Disclosure Statement of Paul D. Olden on behalf of Nautadultilh N.V. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed January 14, 2009 [Docket No. 2540],

by causing true and correct copies to be:

a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky  
Paul Belobritsky

Sworn to before me this  
15th day of January, 2009  
/s/ Regina Amporfro  
Notary Public, State of New York  
No. 01AM6064508  
Qualified in Bronx County  
Commission Expires September 24, 2009

**EXHIBIT "A"**

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

**Exhibit B – Additional Parties**

Brownstein Hyatt Farber Schreck, LLP:  sabelman@bhfs.com  (Docket # 2536 only)
Maples and Calder:  Alasdair.Robertson@maplesandcalder.com (Docket # 2538 only)
Davis & Gilbert LLP:  guram@dglaw.com   (Docket # 2539 only)
NautaDutilh N.V.:  rene.vandeklift@nautadutilh.com  (Docket # 2540 only)