**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

Gettinger Assocs LP, et al
V
Abraham Kamber, et al

---

INDIVIDUAL ASSIGNMENT PART **59**

~~STIPULATION~~ STATUS CONF ORDER

INDEX NO. **111166/2006**

MOTION CALENDAR NO.

DATE **11/13/2008**

IT IS HEREBY ~~STIPULATED AND AGREED~~ ORDERED by and between the below-named attorney(s) as follows:

that EBTs are to be held at the respective parties' offices beginning January 6, 2009 and continuing day-to-day until complete, EBTs not to be adjourned without court approval.

Post EBT discovery demands to be served within 10 days after EBTs, responses due within 20 days thereafter.

→ SC: January 27, 2009 @ 2:30 PM ←
→ NOI ext: March 31, 2009 ←

Dispositive motions to be filed within 60 days after NOI filing.

_____
Attorney for Plaintiff — Jeremy Shore, Akerman Senterfitt (appearance only)

Date: **NOV 13 2008**

_____
Attorney for Defendant — Neal Schwarzfeld (appearance only)

So Ordered.

_____
Attorney for Defendant

ENTER: _____
DEBRA A. JAMES
J.S.C.

SC-8G (rev 2/86)