Utah State Bar
645 South 200 East
Salt Lake City, Utah 84111
Telephone: 801.531.9077
Facsimile: 801.531.0660



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 08-13555-jmp |
| Lehman Brothers Holdings Inc. | ) | Chapter 11 |
| Debtor. | ) | REQUEST FOR NOTICE |

Utah State Bar, a creditor in the above referenced case, requests that the below address be added to the mailing matrix and any notice be mailed to said address:

Utah State Bar
c/o Katherine A. Fox
645 South 200 East
Salt Lake City, UT 84111

Dated this 8th day of January, 2009.

Katherine A. Fox
General Counsel, Utah State Bar



# Utah State Bar

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
www.utahbar.org

John C. Baldwin
Executive Director

January 8, 2009

U.S. Bankruptcy Court for the District of New York
Southern Division
One Bowling Green
New York, NY 10004

355 Main Street
Poughkeepsie, NY 12601

300 Quarropas Road
White Plains, NY 10601

Dear Clerk of the Court:

    Please find attached a Request for Notice (in the Lehman Brothers Holding, Inc., bankruptcy proceeding) to be added to the mailing matrix. It is unclear to me which court location needs to be properly provided with the request for filing purposes and as a consequence, I am providing an original to all three locations. Thank you.

Very truly yours,

Katherine A. Fox
General Counsel

KAF/dlg

Enclosure

**Board of Commissioners**

Nathan D. Alder
President

Stephen W. Owens
President-Elect

Steven R. Burt, AIA

Christian W. Clinger

Yvette D. Donosso

James D. Gilson

Mary Kay Griffin, CPA

Robert L. Jeffs

Curtis M. Jensen

Felshaw King

Lori W. Nelson

Herm Olsen

Scott R. Sabey

Rodney G. Snow

E. Russell Vetter

*Do the Public Good • Volunteer for Pro Bono*