Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154-1192
Phone: (206) 624-3600
Fax: (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDING, INC., et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Joint Administration)<br><br>Related to Docket Nos. 60, 107, 182, 902 |

**WITHDRAWAL OF CONDITIONAL OBJECTION AND RESERVATION OF RIGHTS AND SUPPLEMENT BY MICROSOFT RE ASSUMPTION, <u>ASSIGNMENT AND CURE</u>**

COMES NOW Microsoft Corporation and its wholly subsidiary, Microsoft Licensing, GP (collectively, "Microsoft"), and withdraws its conditional objection and reservation of rights that was filed on September 19, 2008, under Docket No. 182, and its supplement that was filed on October 13, 2008, under Docket No. 902, on the following grounds:

　　1.　Microsoft has consulted with the assignee, Barclays Capital.

　　2.　Microsoft understands that the following agreements are the only ones being assumed by the Debtors and assigned to Barclays Capital:

4850-4617-1651.01

| Customer Name | Sales Location | Agree Type | Agreement | Program | Status | Agreement Start Date | Agreement End Date |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Holdings, Inc. | United States | Standard Enrollment | 3055743 | Select 6 | Active | May 1 2006 | Apr 30 2009 |
| Lehman Brothers Holdings, Inc. | United States | Master Agreement | 01S6E426 | Select 6 | Active | May 1 2006 | Apr 30 2009 |
| Lehman Brothers Holdings, Inc. | United States | Standard Enrollment | 3661123 | Enterprise 6 | Active | May 1 2006 | Apr 30 2009 |
| Lehman Brothers Holdings, Inc. | United States | Master Agreement | 01E66159 | Enterprise 6 | Active | May 1 2006 | Apr 30 2026 |
| Lehman Brothers Inc. | United States | MS Business Agreement | U5555636 | Non-specific | Active | Apr 25 2001 | |
| Lehman Brother Inc. | Unites States | MS Business Agreement - Master Services | U5875924 | Non-specific | Active | Oct 30 1996 | |
| Lehman Brother Inc. | Unites States | Premier Support Services Description | 001274088 | Premier Support Services | Active | May 1 2008 | Apr 30 2009 |

3. Microsoft has determined that no cure is due on these agreements.

4. WHEREFORE, Microsoft withdraws its conditional objection (Docket No. 182) and supplement (Docket No. 902).

Dated: January 16, 2009

RIDDELL WILLIAMS P.S.

By: _____
Joseph E. Shickich, Jr. (JS 5229)
Washington State Bar No. 8751
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154-1192
Phone: (206) 624-3600
Fax: (206) 389-1708
jshickich@riddellwilliams.com

Attorneys for Microsoft Corporation and
Microsoft Licensing, GP

2

4850-4617-1651.01

## **CERTIFICATE OF SERVICE**

Sheila Rowden, declares:

1. I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On January 16, 2009, I electronically filed the foregoing Withdrawal of Conditional Objection and Reservation of Rights and Supplement by Microsoft Re Assumption, Assignment and Cure with the Clerk of the Court (using the CM/ECF System).

3. It is my understanding that the CM/ECF System will send notification of this filing to all parties listed in this case to receive notice electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 16th day of January, 2009.

*Sheila Rowden*
Sheila Rowden

4850-4617-1651.01
011609/1247/20363.00480