UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS, INC.,                        : Case No. 08-13555 (JMP)
  :
*et al.*,                                              : (Jointly Administered)
                                                       :
                     Debtors.                          :
                                                       :
-------------------------------------------------------x

## NOTICE OF APPOINTMENT OF EXAMINER

TO:   THE HONORABLE JAMES M. PECK, UNITED STATES BANKRUPTCY JUDGE, AND PARTIES IN INTEREST:

**Please take notice**, pursuant to the Order Directing Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code (Docket No. 2569, entered January 16, 2009), and subject to further Court approval, Diana G. Adams, the United States Trustee, has appointed Anton R. Valukas as Examiner in the chapter 11 cases referenced above.

Dated: New York, New York
       January 19, 2009                         DIANA G. ADAMS
                                                UNITED STATES TRUSTEE

                                     **By:**   */s/ Andrew D. Velez-Rivera*
                                                Trial Attorney
                                                33 Whitehall Street, 21st Floor
                                                New York, New York 10004
                                                Tel. No. (212) 510-0500
                                                Fax. No. (212) 668-2255