ANTON R. VALUKAS
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :        Case No. 08-13555 (JMP)
                                          :
                  Debtors.                :        (Jointly Administered)
------------------------------------------------------------------x
```

**DECLARATION OF DISINTERESTEDNESS**
**BY ANTON R. VALUKAS**

I, Anton R. Valukas, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am Chairman of the law firm of Jenner & Block LLP ("Jenner & Block") and a partner in Jenner & Block's litigation department.  Jenner & Block maintains offices for the practice of law in the State of Illinois at 330 North Wabash Avenue, Chicago, Illinois 60611-7603, in the State of New York at 919 Third Avenue, New York, New York 10022-3908, and in the District of Columbia at 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412.

2.      I am an attorney admitted to practice law in the State of Illinois and before the

United States District Court for the Northern District of Illinois and the United States Court of

Appeals for the Seventh Circuit.

3.      I submit this Declaration in support of the application of the United States Trustee

seeking Court approval of my appointment as Examiner in the above-captioned chapter 11 cases

of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Lehman

Debtors") pursuant to 11 U.S.C. § 1104 and Rules of Bankruptcy Procedure 2007.1 and 5002.

4.      Unless otherwise stated in this Declaration, I have personal knowledge of the

facts set forth herein.[1]

5.      I make the following disclosures:  (i) to establish that I am qualified to act as

Examiner in these chapter 11 cases and do not have any relationship with the Office of the

United States Trustee, the Bankruptcy Judge presiding over these chapter 11 cases, or any other

person who would disqualify me from being appointed as Examiner in these chapter 11 cases;

(ii) to establish that I am a "disinterested person" as that term is defined in Section 101(14) of the

Bankruptcy Code; and (iii) to set forth all my connections – and to the extent relevant to the

determination of my status as a disinterested person, those of Jenner & Block – with the Lehman

Debtors, their creditors, their respective attorneys and accountants, any other parties-in-interest

in these chapter 11 cases, the United States Trustee (Region 2), and persons employed in the

Office of the United States Trustee (Region 2).[2]

---

[1] Certain of the disclosures set forth herein relate to matters within the knowledge of other attorneys at
Jenner & Block and are based on information provided to me by them.

[2] The connections disclosed herein are to the best of my knowledge at the time of this Declaration.  Jenner
& Block's and my inquiries into connections with parties-in-interest in these chapter 11 cases are
ongoing.  If Jenner & Block or I discover any additional connections, Jenner & Block or I will promptly
file and serve supplemental disclosures as to any such additional connections.

6.      Throughout my legal career of over 40 years, I have led numerous investigations of Fortune 500 companies and large international corporations involving potential financial misconduct, accounting irregularities, ethical issues, and alleged corporate fraud.  I have also held several positions with the United States Department of Justice, including United States Attorney for the Northern District of Illinois (1985-1989), First Assistant United States Attorney (1975-1976), Chief of Special Prosecutions Division (1974), and Assistant United States Attorney (1970-1974).  In these roles and as a partner at Jenner & Block, I have worked closely with prosecutors, enforcement attorneys, and agents around the country from the Federal Bureau of Investigation, the Securities and Exchange Commission, the Internal Revenue Service, the Postal Inspection Service, the Commodity Futures Trading Commission, various Inspectors General, and bank regulatory agencies.  I have also been selected for special appointments such as Special Counsel to the City of Chicago investigating the city's health care system, Chairman of the Illinois Governor's Task Force on Crime and Corrections, Special Inspector General to the Chicago Transit Authority to investigate vendor fraud, and counsel to the Chicago Housing Authority to investigate vendor and pension fraud.  My resume is attached hereto as Exhibit A and provides additional detail regarding my career.

7.      To assist me in the performance of my duties as Examiner, I intend to retain Jenner & Block as my principal counsel.  I may also engage additional counsel, consultants, and subject matter experts, and will work with Jenner & Block and such other counsel, consultants, and subject matter experts to allocate responsibility for various tasks in order to avoid duplication of effort and to move the investigation forward as quickly, harmoniously, and efficiently as possible.

8.      With respect to my "disinterestedness" under Section 101(14) of the Bankruptcy

Code, I provide the following information.

9.      I am not, and have not been during the pendency of these chapter 11 cases, a

creditor, equity security holder, or insider of the Lehman Debtors.[3]

10.     I am not, and have not been, a director, officer, or employee of any of the Lehman

Debtors.

11.     I am not, and have not been, an investment banker for any outstanding security of

any of the Lehman Debtors.

12.     I am not, and have not been, an investment banker for a security of any of the

Lehman Debtors, or an attorney for any such investment banker in connection with the offer,

sale, or issuance of a security for any of the Lehman Debtors.

13.     I am not related to and do not have connections with any Bankruptcy Judge of the

United States Bankruptcy Court for the Southern District of New York, the United States Trustee

(Region 2), or any person employed by the United States Trustee (Region 2), other than

communications with the United States Trustee Program in connection with the prospective

appointment of a trustee or an examiner in chapter 11 cases.

14.     In connection with my proposed appointment as Examiner in these chapter 11

cases, I have asked Jenner & Block to compile a list of persons and entities (the "Identified

Parties") relevant to this Declaration to ascertain my and Jenner & Block's connections to such

parties.  The list of Identified Parties is attached hereto as Exhibit B.  Jenner & Block compiled

the list from several sources, including the listings of entities identified and described in the

---

[3] I do not have knowledge as to whether any mutual fund or 401(k) plan in which I am an investor holds
any debt or equity securities of the Lehman Debtors or any of the other parties-in-interest in these cases.  I
respectfully submit, however, that any such holding by any mutual fund or 401(k) plan in which I am an
investor would not adversely affect my status as a disinterested person.

materials filed in support of the applications of the Lehman Debtors and the Official Unsecured Creditors' Committee to retain counsel.  I understand that those listings were created based on publicly available information and information obtained from the Lehman Debtors' counsel.[4] The Identified Parties include:[5]

- a. the Lehman Debtors, their significant nondebtor affiliates, and former affiliates;

- b. the Lehman Debtors' and affiliates' current and former (up to three years) directors and officers;

- c. significant (i.e., greater than five percent) equity holders of the Lehman Debtors as of the commencement date;

- d. the underwriters of the Lehman Debtors' securities for all securities issued or outstanding on the commencement date of these chapter 11 cases or during the three years prior to the commencement date;

- e. accountants employed or retained by the Lehman Debtors during the two-year period prior to the commencement date;

- f. professionals employed by the Lehman Debtors;

- g. Barclays Capital, Inc.;

- h. members of the Ad Hoc or Unofficial Creditors' Committees;

- i. current and former members of the Official Committee of Unsecured Creditors;

- j. professionals retained by significant creditor groups;

- k. the Lehman Debtors' secured creditors;

---

[4] Neither I nor Jenner & Block has obtained the consolidated list of creditors and equity security holders of the Lehman Debtors.  Upon receipt of such list and as appropriate in connection with the scope of my Examiner duties, Jenner & Block and I will conduct a further search to determine whether Jenner & Block or I have any additional connections with the persons and entities identified thereon, and will, to the extent applicable, file and serve supplemental disclosures as to any such additional connections.

[5] The identification and classification herein of various entities or individuals as falling within certain categories (e.g., "secured creditors") is not intended and should not be deemed to be an admission of the legal rights or status of any particular individual or entity.

l.      the Lehman Debtors' bank lenders;

m.     the Lehman Debtors' 50 largest bond holders;

n.      the Lehman Debtors' 100 largest unsecured creditors other than
        bondholders;

o.      the Lehman Debtors' 100 largest holders of trade debt;

p.      significant lessors and lessees of the Lehman Debtors;

q.      the Lehman Debtors' utilities;

r.      parties to litigation involving the Lehman Debtors;

s.      major competitors of the Lehman Debtors;

t.      the affiliations of the Lehman Debtors' outside directors;

u.      certain government and state regulatory agencies; and

v.      other potential parties-in-interest.

15.     Based upon a review of the Identified Parties listed in <u>Exhibit B</u>, I respectfully
represent that to the best of my knowledge I do not have any connections with any of the
Identified Parties except that I have various personal relationships with professionals at firms
identified as professionals employed by the Lehman Debtors in <u>Exhibit B</u> and I have personal
banking relationships with some of the Identified Parties who are not Lehman Debtors or LBHI
affiliates.  I do not have any interest materially adverse to the interests of the estates of any of the
Lehman Debtors, or of any class of creditors or equity security holders of any of the Lehman
Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, any of
the Lehman Debtors, or for any other reason.

16.     To the best of my knowledge, no investigation I supervised while a United States
Attorney involved activities involving matters that I, as Examiner, would investigate in these
chapter 11 cases.  In addition, no investigation I supervised while a United States Attorney
involved the Lehman Debtors, their affiliates, and/or their officers or directors.

17.    To the extent that Jenner & Block's, its partners', attorneys', or counsels'
connections with the Lehman Debtors, their creditors, their respective attorneys and accountants,
any other parties-in-interest in these chapter 11 cases, the United States Trustee, and persons
employed in the Office of the United States Trustee are or may be relevant to the determination
of my status as a disinterested person, I provide the following information.  This information
represents the best of my knowledge and what I have been able to ascertain to date following a
request from the Office of the United States Trustee to identify such connections.  Jenner &
Block is continuing to conduct further inquiries of its partners, attorneys, and counsel with
respect to the matters contained herein.  Jenner & Block or I, as applicable, will file
supplemental declarations regarding these matters if any additional relevant information comes
to my or Jenner & Block's attention.

18.    In conducting inquiries into Jenner & Block's, its partners', attorneys', and
counsels' connections with the Identified Parties, Jenner & Block used a set of procedures
developed by the firm (the "Firm Disclosure Procedures") to ensure full compliance with the
requirements of the Bankruptcy Code, the Bankruptcy Rules, and any local rules of the Court
regarding the retention of professionals under the Bankruptcy Code.  Pursuant to the Firm
Disclosure Procedures, Jenner & Block entered the names of the Identified Parties into a
computer database containing the names of all clients and conflict information concerning such
clients of Jenner & Block.  In addition, Jenner & Block sent a general inquiry by electronic mail
to all attorneys, among other things, to:  (i) verify that such individuals were not representing and
have not represented the Lehman Debtors; (ii) determine whether any such individuals hold any
securities of or claims against the Lehman Debtors; and (iii) determine whether any such
individuals are related to any Bankruptcy Judge for the Southern District of New York, the

United States Trustee (Region 2), or any person employed by the United States Trustee (Region 2).

19.     Based upon the results of Jenner & Block's searches regarding the Identified Parties which were communicated to me, I respectfully represent that Jenner & Block, its partners, attorneys, or counsel do not have any connections with any of the Identified Parties, except as set forth hereinafter; and do not have any interest materially adverse to the interests of the estates of any of the Lehman Debtors, or of any class of creditors or equity security holders of any of the Lehman Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, any of the Lehman Debtors, or for any other reason.

20.     None of Jenner & Block, its partners, attorneys, or counsel are creditors, equity security holders, or insiders of any of the Lehman Debtors,[6] except that one partner owns a $25,000 Lehman Brothers bond and one attorney owns 160 shares of stock of LBHI.

21.     None of Jenner & Block, its partners, attorneys, or counsel are or were within two years before the date of the filing of the petitions of any of the Lehman Debtors, a director, officer, or employee of any of the Lehman Debtors.

22.     None of Jenner & Block, its partners, attorneys, or counsel are or were within three years before the date of the filing of the petitions of any of the Lehman Debtors, an investment banker for any outstanding security of any of the Lehman Debtors.

23.     None of Jenner & Block, its partners, attorneys, or counsel are or were within two years before the date of the filing of the petitions of any of the Lehman Debtors, an investment

---

[6] I do not have knowledge as to whether any Jenner & Block partners', attorneys', or counsels' mutual fund, 401(k) plan, or other similar investment vehicle holds any debt or equity securities of the Lehman Debtors, or any of the other parties-in-interest in these chapter 11 cases. I respectfully submit, however, that any such holding by any mutual fund, 401(k) plan, or other similar investment vehicle would not adversely affect my status as a disinterested person.

banker for a security of any of the Lehman Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Lehman Debtors.

24.    None of Jenner & Block, its partners, attorneys, or counsel are connected with (i) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (ii) the United States Trustee (Region 2), or (iii) any person employed by the United States Trustee (Region 2), other than through communications with the United States Trustee Program in connection with the prospective appointment of a trustee or an examiner in chapter 11 cases.

25.    None of Jenner & Block, its partners, attorneys, or counsel currently represent any of the Lehman Debtors or any of the non-debtor affiliates of the Lehman Debtors, or any persons employed by or associated with any of the Lehman Debtors or any of the non-debtor affiliates of the Lehman Debtors; however, Jenner & Block's auditor is PricewaterhouseCoopers LLP, which has been identified to me as a professional employed by LBHI prior to the commencement of these cases, and associates of which have been appointed by the English High Court of Justice as the Joint Administrators of certain LBHI European affiliates.  With respect to any prior connections between Jenner & Block and the Lehman Debtors or their related parties, it has been reported to me that Jenner & Block represented Townsend Financial Services, an affiliate of Townsend Analytics, Ltd. which is a non-debtor LBHI-related entity, in two matters which concluded in 2006 and which were unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's investigation.

26.    Jenner & Block, its partners, attorneys, and counsel have represented in the past, currently represent, and may in the future represent, creditors of the Lehman Debtors and various other parties-in-interest in these chapter 11 cases with respect to matters in which the Lehman

Debtors and their affiliates were or are adverse but which were or are unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's investigation. These include the following:

a.     Jenner & Block acts as co-counsel to the Adelphia Recovery Trust in litigation brought by the trust against a large number of financial institutions, including Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc., which are Lehman Debtors. Other defendants include Lehman Syndicated Loan Funding Inc., which is a former LBHI affiliate. Prior to the Lehman Debtors' bankruptcy, the claims against several of the financial institutions (including LBHI and its affiliates) were dismissed by the district court, and are now the subject of an appeal pending before the Second Circuit. Kasowitz, Benson, Torres & Friedman LLP has served as primary counsel in this litigation and will be responsible for the prosecution of any claims asserted against LBHI, its affiliates, or the Lehman Debtors' bankruptcy estates. The claims asserted against defendants in this litigation arose out of events that preceded the filing of a Chapter 11 petition by Adelphia Communications Corporation on June 25, 2002. The subject matter of the Adelphia litigation is unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's investigation.

b.     Jenner & Block acts as counsel to the Chapter 11 trustee of Sentinel Management Group, Inc. Sentinel commenced its bankruptcy proceedings in August 2007. In the course of those proceedings, Lehman Brothers Inc. and Lehman Commercial Paper Inc. filed a proof of claim in Sentinel's case seeking roughly $13 million under a 2000 Master Repurchase Agreement between the Lehman entities and Sentinel, and also filed a proof of claim asserting a secured right of set-off against what the Lehman entities claim to be $1.2 million in surplus net proceeds from the liquidation of repurchase securities under that agreement. The Lehman entities also asserted a claim for attorneys' fees well in excess of one-half million dollars in connection with both of the foregoing claims. Sentinel's trustee has contested the damages and claims asserted by the Lehman entities, among other reasons, on the grounds that the Lehman entities' disposition of the securities in question was not conducted in a commercially reasonable or arms-length manner, and its damages were not calculated in accordance with the provisions of section 562 of the Bankruptcy Code. Sentinel's trustee also has contested whether the Lehman entities have a right to assert claims for a significant portion of their claimed attorneys' fees and expenses. As of this date, Sentinel's trustee has not filed a formal objection to the Lehman entities' proofs of claim. The subject matter of the Lehman entities' claims against Sentinel's estate is unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's investigation. Moreover,

Jenner & Block will refer these claims to any conflicts counsel that is retained by Sentinel's trustee or, if no such counsel is retained, will screen the attorney in the firm who will be assigned to work on these claims from any matters regarding the Examiner's investigation.

c.      Jenner & Block acts as counsel to WMC Mortgage, LLC, the successor to WMC Mortgage Corp., in connection with a number of disputes relating to loans WMC originated and sold.  WMC is an affiliate of GE Corporation.  Jenner & Block represents GE and various affiliates, including WMC, in several matters unrelated to these chapter 11 cases. Jenner & Block's representation of WMC has involved repurchase requests asserted by loan purchasers, including some asserted by LBHI entities.  At this point in time we do not know whether LBHI or its affiliates intend to pursue any of the repurchase requests they have filed against WMC.  In 2008, Jenner & Block represented WMC in a settlement with Lehman Bank, FSB and Aurora Loan Servicing that settled five repurchase requests.  The amount of repurchase requests filed to date, including those that have settled, is not material in the context of the total amount of loans WMC sold to LBHI.  In addition, the subject matter of this representation is unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's investigation. Nevertheless, Jenner & Block will screen the attorneys who will work on any repurchase requests asserted by LBHI entities from all matters regarding the Examiner's investigation.

d.      Jenner & Block represents Eltek ASA and certain investors therein in a dispute with Lehman Brothers Venture Partners 2003-C, LP and certain related entities (none of which are Lehman Debtors) arising out of investments managed by those entities.  The subject matter of this dispute is unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's investigation.

e.      Jenner & Block represents UST-GEPT JOINT VENTURE, L.P., an Illinois limited partnership ("GEPT"), and one of its constituent partners, in regards to a 2005 transaction in which GEPT borrowed $245,000,000 secured by real property located at 500 West Madison, Chicago, Illinois.  I understand that Lehman Brothers Bank, FSB, which is not a debtor in these chapter 11 cases, presently holds $25,000,000 of the debt secured by the property.  The subject matter of this dispute is unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's investigation.

27.      The following matters are closed matters in which Jenner & Block represented parties adverse to one or more of the Lehman Debtors or LBHI related entities, which were closed within the two years prior to the Lehman Debtors' bankruptcy filing.

a.  Jenner & Block represented General Motors Asset Management with respect to a proposed investment in Lehman Brothers Credit Arbitrage Fund, Ltd., which is not a debtor in these chapter 11 cases.  This proposed transaction was not consummated during the course of Jenner & Block's representation which concluded in 2007.

b.  Jenner & Block represented two individuals in NASD arbitrations against Lehman Brothers, Inc. ("LBI") for violations of the federal securities laws and common law arising from a broker who was employed at LBI and who allegedly stole investor funds and falsified account statements.  LBI settled the matter and paid Jenner & Block's clients a confidential sum. These matters concluded in April 2007.

c.  Jenner & Block represented Edward F. Heil in matters relating to his status as a shareholder and former director of Nestor Inc.  I am advised that an affiliate of LBHI had lent money to Nestor.  Jenner & Block's representation of Mr. Heil involved an attempted workout.  Jenner & Block did not represent Nestor Inc. or Mr. Heil in connection with the original loan transaction.

d.  Jenner & Block represented GE Asset Management, Inc. in regards to a lease of property at 200 W. Monroe, Chicago, Illinois to Lehman Brothers Asset Management LLC, which is not a debtor in these chapter 11 cases. The parties terminated the lease and Lehman Brothers vacated the space and paid all amounts due to GE Asset Management, Inc.

e.  Jenner & Block represented Baum Brothers, LLC in connection with the negotiation of a settlement agreement with LBHI related to Karcher Mall, which Baum acquired from an affiliate of LBHI. The dispute related to a claim by a tenant for a retroactive reduction in base rent after Baum acquired the property on August 26, 2006.  Jenner & Block's representation of Baum Brothers, LLC concluded in February 2007.

f.  Jenner & Block represented David M. Clapper in connection with a $10 million mortgage financing of Thorncreek Townhomes located in Park Forest, Illinois, in which Lehman Brothers Bank, FSB was the lender. Jenner & Block's representation of Mr. Clapper concluded in October 2007.

g.  In August and September 2007, Jenner & Block represented Jupiter Realty Company LLC in a potential $39 million acquisition of the Summerwood Apartments in Merrillville, Indiana from Indiana Summer LLC, a non-debtor LBHI entity.  The potential acquisition was never consummated.

28.  Jenner & Block, its partners, attorneys, and counsel have represented in the past, may currently represent, and/or may in the future represent, creditors of the Lehman Debtors and

various other parties-in-interest in these chapter 11 cases with respect to matters which are completely unrelated to the Lehman Debtors and their affiliates. Jenner & Block's, its partners', attorneys', and counsels' connections with these creditors and other parties-in-interest are described in Exhibit C attached hereto. With the exception of the entities listed in the following paragraph, which have been identified to me as parties-in-interest in these chapter 11 cases, no single creditor or party-in-interest (including their respective subsidiaries and affiliates) referenced in this Declaration and its exhibits accounted for more than 1% of Jenner & Block's gross revenues for the year ending December 31, 2008. In addition to the connections listed in Exhibit C, Jenner & Block, its partners, counsel, and associates and I: (i) may appear, may have appeared, and may in the future appear, in cases or proceedings, under the Bankruptcy Code or otherwise, which are not related to the Lehman Debtors but where one or more of the Identified Parties may have been or may be involved; and (ii) with respect to the various professional firms on the list of Identified Parties, may have retained or may in the future retain or represent clients who have retained these entities.

29.    The following entities, including their respective subsidiaries and affiliates, which are Identified Parties listed in Exhibit B, each account for more than 1%, but less than 5%, of the firm's gross revenues for the year ending December 31, 2008: (i) the Adelphia Recovery Trust; (ii) the Sentinel Liquidation Trust (formerly the chapter 11 trustee for Sentinel Management Group); (iii) GE Corporation; (iv) a group of securities issuers who are defendants in a certain IPO Securities Litigation; (v) General Motors; and (vi) Fannie Mae. The matters with respect to which we represent such entities (described in paragraphs 26 and 30 of this Declaration) are unrelated to matters likely to fall within the subject matter and scope of the Examiner's investigation, and will not present any conflict of interest or appearance of partiality.

30.    Jenner & Block represents a substantial number of securities issuers who are defendants in certain IPO Securities Litigation.  The defendants represented by Jenner & Block are companies that issued securities that are the subject of the litigation; none of the companies represented by Jenner & Block are banks, investment banks or other financial institutions. Certain of the Lehman Debtors are also defendants in that litigation.  Accordingly, while there is a potential for cross-claims among those defendants, no such cross-claims have been asserted since the IPO Securities Litigation commenced in 2001.  Moreover, Jenner & Block's engagement letters with its issuer clients contain provisions in which those clients agree that Jenner & Block may work on matters adverse to them, so long as those matters are not substantially related to the IPO Securities Litigation.  Finally, published reports have indicated that the parties to the IPO Securities Litigation have reached a tentative global settlement, although no final agreement has yet been submitted to the court for possible approval.  Jenner & Block's representation of General Motors, of which several affiliates are listed in Exhibit B as potential parties-in-interest, includes various litigation and transactional matters unrelated to these chapter 11 cases and unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's investigation.  Jenner & Block's representation of Fannie Mae, which is listed as a potential party-in-interest in Exhibit B, involves the litigation of a consolidated securities class action and a professional liability malpractice action involving a 2001-2004 restatement of accounting.  Jenner & Block also represents and has represented Fannie Mae in disputes over allegations of predatory lending, bankruptcy claims against mortgage services companies, and other matters unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's investigation.

31.    In addition to the foregoing, some of Jenner & Block's approximately 480 attorneys may have had some personal or professional relationships with attorneys, accountants, employees, officers, creditors, equity security holders, or other parties-in-interest of the Lehman Debtors.  The undersigned does not have knowledge of any such relationship that is material.  I am advised that to the extent that Jenner & Block or I determine that any additional matters should be disclosed, Jenner & Block or I will disclose those matters to the Court by supplemental declaration.

32.    As mentioned above, Jenner & Block is conducting further inquiries of its partners, attorneys, and counsel with respect to the matters contained herein.  Jenner & Block or I, as applicable, will file supplemental declarations regarding these matters if any additional relevant information comes to my or Jenner & Block's attention.

33.    I have agreed that the following procedures will be implemented in connection with my duties as Examiner:

a.    I do not currently represent the Lehman Debtors or any of their affiliates, partners, or subsidiaries, and I will not undertake the representation of the Lehman Debtors or any related entities during this engagement. Moreover, I will not undertake the representation of any party in connection with these chapter 11 cases.

b.    I will otherwise comply with applicable law and professional ethics, take steps to assure the protection of confidential information, and take steps to permit the Examiner's work to proceed in an unimpeded fashion.

34.    To ensure that as Examiner I will remain disinterested throughout the term of this appointment, I represent that Jenner & Block also agrees that Jenner & Block will not represent any client other than the Examiner in any matter in these chapter 11 cases.

35.    As required by Section 504 of the Bankruptcy Code, neither Jenner & Block nor I have agreed to share any compensation or reimbursement received in connection with these chapter 11 cases with another person except pursuant to the partnership agreement of Jenner & Block.

36.    I am a member in good standing of the State Bar of Illinois.  At the present time, my standard hourly rate is $925, though for purposes of this matter, because of the significant public interest associated with the duties that I would undertake as Examiner, I have agreed with the Office of the United States Trustee to reduce my standard hourly rate by 10%.  Any request for payment from the estates of the Lehman Debtors for compensation and reimbursement of expenses incurred in the performance of my services as Examiner will be subject to approval of the Court, and will be made in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, the "United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330," dated January 30, 1996, and orders of this Court, including the Court's two Administrative Orders dated June 24, 1991 and April 21, 1995 regarding professional fees.

[Remainder of this page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of January, 2009, at Chicago, Illinois.

_____
Anton R. Valukas

Sworn to and subscribed before me
this 19th day of January 2009.

_____
NOTARY PUBLIC

My Commission Expires:

OFFICIAL SEAL
JANYCE Y. WEBSTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-29-2011

## <u>Exhibit A</u>

**Anton R. Valukas Resume**

*Anton R. Valukas*

# JENNER&BLOCK



Chairman of the Firm
Tel:  312 923-2903
Fax:  312 840-7303
E-mail:  avalukas@jenner.com

Anton R. Valukas is the Chairman of Jenner & Block and a member of the Firm's Litigation Department.  A former United States Attorney, Mr. Valukas specializes in major civil and white collar criminal litigation, representing individuals and leading corporations in contested proceedings throughout the nation.  He is Chair of the Firm's White Collar Criminal Defense and Counseling Practice.  He also serves on the Firm's Policy Committee.  He is a Fellow of the American College of Trial Lawyers and is listed in *Best Lawyers in America* for both business litigation and criminal law.  He serves as a member of the Judicial Conference Advisory Committee on Civil Rules.  Mr. Valukas is AV Peer Review Rated, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability.

Mr. Valukas has been lead counsel in a wide variety of matters relating to government contracts and issues of fraud and compliance.  He represents many Fortune 500 companies and public entities with regard to conflict of interest, ethics violations and internal corporate investigations.  He has extensive experience in representing clients in SEC investigations and in civil securities fraud lawsuits.

Mr. Valukas has successfully defended several media companies, broadcast and print, in cases of libel and defamation, invasion of privacy, and violation of federal eavesdropping laws.

Mr. Valukas has a wide range of experience in the health care area.  He has assisted many corporations in developing corporate compliance policies, and conducted internal investigations for matters ranging from sale of products to embargoed countries to misrepresentations in new drug applications.  He has successfully resolved many matters prior to the filing of charges, and has handled many *qui tam* actions regarding Medicare/Medicaid and PATH fraud allegations, as well as the resulting shareholder derivative suits.

Mr. Valukas has extensive experience in the areas of class action and mass tort actions.  He has defended companies ranging from manufacturers to air carriers in consumer products litigation, product defect and consumer fraud class actions, food contamination, mass accident, toxic exposure, and environmental claims. Some notable cases include serving as lead trial counsel for American Airlines in defending and prosecuting contribution claims in the Southern District of New York involving claims arising out of the November 2001 aviation disaster known as *In Re Belle Harbor Aviation Disaster – AA Flight #587*; the defense of a major food

©Copyright 2009 Jenner & Block LLP.  Jenner & Block is an Illinois Limited Liability Partnership including professional corporations.

manufacturer in the wrongful death and class action cases stemming from an outbreak of listeria traced to the company's meat products (the criminal case was settled by the company pleading to a misdemeanor and a fine), the defense of a major air carrier in approximately 50 wrongful death and survivor suits (appeared before NTSB, all cases settled after jury selection), and the defense of a chemical company in toxic tort-wrongful death cases alleging plant emissions caused cancer in area children.

As a criminal defense attorney, Mr. Valukas has represented a diverse clientele, which includes lawyers, accountants, real estate developers, major corporations and corporate executives in high-profile white collar criminal matters. Many of these cases were either resolved before charges were brought or ended in verdicts of acquittal.

Mr. Valukas has been a partner with Jenner & Block from 1976 through the present, with the exception of his tenure as the United States Attorney for the Northern District of Illinois from 1985 through 1989. Prior to Jenner & Block, Mr. Valukas held several positions with the United States Department of Justice, including Assistant United States Attorney (1970-1974), Chief of the Special Prosecutions Division (1974), and First Assistant United States Attorney (1975-1976). Upon his graduation from law school, Mr. Valukas served for two years as Assistant Director of the National Defender Project, a Ford Foundation program funded to establish Defender Offices for indigents in various states.

Mr. Valukas was appointed in 1991 as Special Counsel to the City of Chicago to investigate and report on the City's health care system. He was selected Special Inspector General to the Chicago Transit Authority to investigate vendor fraud, and counsel to the Chicago Housing Authority to investigate vendor and pension fraud. He has also served as Chairman of the Governor's Task Force on Crime and Corrections for the State of Illinois, a 2-year effort which led to the passage of major prison reform legislation in 1993. From 1992 through 1995, Mr. Valukas was a member of the Visiting Committee of the Northwestern University School of Law, as well as a Trustee of Lawrence University. He is also presently a member of the Board of Directors of the Chicagoland Chamber of Commerce and Business and Professional People for the Public Interest (BPI), and has served as a director of numerous other organizations. He is a member of the Economic Club, the Law Club of Chicago, and the Executives Club of Chicago.

In 2007, Mr. Valukas chaired the Chicago Bar Foundation's "Investing in Justice" Campaign to support the work and supplement the salaries of Chicago's 250 legal aid attorneys. As Chair, he led a team of senior partners from Chicago law firms and senior corporate legal executives who helped the inaugural fundraising campaign raise $905,000 in a two-week period.

Mr. Valukas has been an instructor at The John Marshall Law School (1972-1976), and an Adjunct Professor of Law at Northwestern University School of Law (1980-1982). He has been a featured speaker at numerous American Bar Association seminars and institutes, speaking on a variety of topics including litigation of complex cases, both civil and criminal, defense of antitrust and securities cases, and representation of corporations and corporate executives. Mr. Valukas is also a frequent speaker and commentator on a variety of issues relating to grand jury investigations and corporate internal investigations. He has published numerous articles and is the author of the publication *Preventing, Investigating and Addressing Criminal Conduct in the Corporate Environment.* He is a member of the American Bar Association, the Chicago Bar Association and the Illinois State Bar Association. He is the recipient of numerous awards and commendations for his professional and civic activities.

Mr. Valukas graduated from Lawrence University in 1965, and Northwestern University School of Law in 1968. He is a member of the bar of the State of Illinois, and is admitted to practice in numerous other federal and state jurisdictions.

## __EXHIBIT B__

## Identified Parties

**1.  Debtors**

1. Lehman Brothers Holdings Inc.
2. LB 745 LLC
3. PAMI Statler Arms LLC
4. Lehman Brothers Commodity Services Inc.
5. Lehman Brothers Finance SA
6. Lehman Brothers Special Financing Inc.
7. Lehman Brothers OTC Derivatives Inc.
8. Lehman Brothers Derivative Products Inc.
9. Lehman Commercial Paper Inc.
10. Lehman Brothers Commercial Corporation
11. Lehman Brothers Financial Products Inc.
12. Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
13. Lehman Scottish Finance L.P.
14. CES Aviation LLC
15. CES Aviation V LLC
16. CES Aviation IX LLC
17. East Dover Limited
18. Luxembourg Residential Properties Loan Finance S.a.r.l.
19. BNC Mortgage LLC

**2.  50 Largest Bond Holders**

20. Advanced Series Trust
21. AETNA Life Insurance Company
22. AIG Annuity Insurance Company
23. ALFA Mutual Fire Insurance Company
24. Allianz Life Insurance Company of North America
25. Alpha Mutual Fund Management
26. American Family Life Assurance Company
27. American Life Insurance Company
28. AXA Equitable Life Insurance Company
29. Barclays Global Fund Advisors
30. BBVA Gestion SA SGIIC (Spain)
31. Blackrock Advisors
32. Capital Research and Management
33. Continental Casualty Company
34. Federated Investors
35. Fidelity Management and Research
36. Franklin Advisors Inc.
37. Franklin Templeton Investments
38. Guardian Life Insurance Company
39. Hartford Life Insurance Company
40. ING Investment LLC

41.    Jackson National Life Insurance
42.    John Hancock Investment Management Services
43.    John Hancock Life Insurance Company
44.    Liberty National Life Insurance Company
45.    Loomis Sayles & Company L.P.
46.    Medical Liability Mutual Insurance Company
47.    Metlife Insurance Company of Connecticut
48.    Metropolitan Life Insurance
49.    Metropolitan West Capital Management
50.    NATIXIS Asset Management Advisors
51.    Northwest Mutual Life Insurance Company
52.    Phillips Hager & North Investment Management
53.    PIMCO Advisors L.P.
54.    PIMCO Funds Global Investors
55.    Principal Life Insurance Company
56.    Prudential Financial Inc.
57.    Prudential Insurance Company of America
58.    Riversource Life Insurance Company
59.    Sun Life Assure Co. of Canada
60.    T. Rowe Price Associates
61.    Teachers Insurance and Annuity Association
62.    Thrivent Financial for Lutherans
63.    Transamerica Life Insurance Company
64.    UBS Investment KAG
65.    United States – Indices
66.    Van Kampen Asset Management
67.    Vanguard Group Incorporated
68.    Western Asset Management Company
69.    Zurich American Insurance Company


**3.  100 Largest Unsecured Creditors other than Bondholders**

70.    55 Broadway
71.    125 Broad Street
72.    767 Fifth Ave
73.    1221 Avenue of the Americas
74.    1301 Properties Owner L.P.
75.    Allen & Overy
76.    Anjarlekar & Associates
77.    ANZ Banking Group Limited
78.    Aozora Bank
79.    Ashurst Morris Crisp
80.    Australia and New Zealand Banking Group Limited
81.    Banctec Ltd.
82.    Bank of America Plaza STE 3500

83. Bank of China, New York Branch
84. Bank of Taiwan, New York Agency
85. Bats Trading, Inc.
86. Bloomberg Finance L.P.
87. Bloomberg L.P.
88. BNP Paribas
89. Broadridge Securities Processing
90. Caldwalader, Wickersham, and Taft
91. Canary Warf Management Limited
92. CB Richard Ellis Client Account RE Gloa
93. CDW Direct LLC
94. Chuo Mitsui Trust & Banking
95. Citibank, N.A., Hong Kong Branch
96. Citibank, N.A.
97. Clifford Chance
98. Commonwealth Bank of Australia, Tokyo Branch
99. Compucenter (UK) Ltd.
100. CW Lending II Limited
101. Davis, Polk and Wardwell
102. Dell Marketing L.P.
103. Deutsche Borsche AG
104. Dimension Data
105. DnB NOR Bank ASA
106. Drowst Trading, LLC
107. Ernst & Young
108. Ernst & Young Private Limited
109. Fidessa Plc.
110. First Commercial Bank Co., Ltd., New York Agency
111. FT Interactive Data
112. Haworth Singapore PTE Ltd.
113. Henegan Construction Co., Inc.
114. Hewlett Packard AP (Hong Kong) Limited
115. HSBC Bank
116. Hua Nan Commercial Bank, Ltd.
117. IBM Corporation
118. ICAP Securities Limited
119. Information Builders Inc.
120. JQ Network PTD Limited
121. KBC Bank
122. Kim & Chang
123. Kingston Communications PLC
124. Linklaters
125. Linklaters, S.L.
126. Lloyds Bank, PLC
127. London & European Title Insurance Services Ltd.
128. London Borough of Tower Hamlets Rates

129. Mace Limited
130. McKee Nelson LLP
131. Microsoft Licensing, GP
132. Millennium Developers Pvt Ltd
133. Mizuho Corporate Bank Ltd.
134. Morse Group Limited
135. Morse Service Holdings Limited
136. National Bank of Australia
137. National Commerce Bank
138. Network Appliance
139. Nippon Life Insurance Co.
140. NYSE Market, Inc.
141. Origin HR Consulting Limited
142. Paul Weiss
143. Pricoa Relocation UK Limited
144. Reuters America Inc.
145. Reuters Ltd.
146. Shinkin Central Bank
147. Shinsei Bank Ltd.
148. Sidley Austin Brown & Wood
149. Standard & Poors
150. Standard and Poors Corp.
151. Standard Chartered Bank
152. Sumitomo Mitsubishi Banking Corp
153. Sungard Securities Finance Inc.
154. Svenska Handelsbanken
155. Swapswire Limited
156. Taipei Fubon Bank, New York Agency
157. Tata Consultancy Services
158. The Bank of New York
159. The Bank of Nova Scotia
160. The British Land Company PLC
161. Thompson Financial
162. TIBCO Software, Inc.
163. UFJ Bank Limited
164. Vertex Mortgage Services
165. Virtx
166. WIPRO Infotech Enterprise Solutions
167. YXIME
168. ZKB (Zurcher Kantonalbank)

## 4. Bank Lenders

169. J.P. Morgan Chase
170. Metlife

171.    Mizuho Corporate Bank, Ltd.
172.    RR Donnelley & Sons
173.    Shinsei Bank, Limited
174.    The Bank of NY Mellon
175.    The Royal Bank of Scotland, PLC
176.    Wilmington Trust Company

## 5.  Significant Lessors and Lessees

177.    101 Hudson Leasing Associates
178.    1111 Brickell Office, LLC
179.    125 High Street L.P.
180.    1301 Properties Owner LLC
181.    20 CCC Business Trust
182.    300 Main L.L.C.
183.    50 Broadway Realty Corp.
184.    5450 West Sahara LLC
185.    600 Partners Co., L.P.
186.    605 Third Avenue Fee LLC
187.    70 Hudson Street, LLC
188.    8 Sound Shore Associates, LLC
189.    85 Tenth Avenue Associates, LLC
190.    AIG Technologies, Inc.
191.    American Center
192.    Archipelago Holdings, Inc.
193.    Argonne Capital Group
194.    B&R 919, LLC
195.    Beneficiaries of North Star Trust Company Title Holding Land Trust
196.    BNC Mortgage
197.    Board of Trade of the City of Chicago, Inc.
198.    BP 399 Park Avenue LLC
199.    Brandywine Office Investments LLC
200.    Brookfield Properties One WFC Co. LLC
201.    CA-10880 Wilshire Limited Partnership
202.    CB Office 10, Ltd.
203.    Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
204.    Clifford Chance US LLP
205.    CMD ST Financial Centre, LLC
206.    Columbia Center Property LLC
207.    Constellation Place, LLC
208.    Consultatio Inversora S.A.
209.    Corporate Park Associates
210.    Corridors I & II/Loudoun II SPE Feeco, L.L.C.
211.    Courtside West, LLC
212.    CPR (USA) Inc.

213.    Creekside Business Mall LLC
214.    Crescent TC Investors L.P.
215.    Crown Point, L.L.C.
216.    CT Tower Investments Inc.
217.    Custer Court, L.P.
218.    Denver United LLC
219.    Deutsche Bank AG, New York Branch
220.    Deutsche Bank Securities, Inc.
221.    Deutsche Immobilien Fonds Aktiengesellschaft
222.    Eastrich No. 167 Corporation
223.    For 1031 Heritage II LLC
224.    Four Point Star Operating Company, L.P.
225.    Galleria Properties, LLC
226.    GRE Glendale LLC
227.    Guggenheim Concourse, L.P.
228.    Hanover Moving & Storage Co., Inc.
229.    Historic TW Inc.
230.    HQ Global Workplaces
231.    Huron Consulting Group, LLC
232.    HWA 555 Owners, LLC
233.    JBC Funds 200 West Monroe LLC
234.    JDJ Properties, Inc.
235.    Legacy III Centennial, LLC
236.    Lehman Brothers Holdings, Inc.
237.    Lempira S.R.L., R.U.C.
238.    Liberty Property Limited Partnership
239.    Mack-Cali CW Realty Associates L.L.C.
240.    Mackenzie Financial Corporation
241.    MCPR Unit V LP, S.E.
242.    Middlefield Park Associates
243.    Millennium De Investimentos Imobiliarios LTDA
244.    MJH Wacker LLC
245.    Monarch Centre Associates, LLC
246.    Mountain Towers Properties, LLC
247.    National Union Fire Insurance Company of Pittsburgh, PA
248.    NBS Brookside 700/800, L.L.C.
249.    New Tower Trust Company Multi-Employer Property Trust
250.    Nine Penn Center Associates, LP
251.    Normandy Real Estate Partners
252.    Palm Beach Centre 4, LLC
253.    PCC Properties (Calgary) Ltd.
254.    Piedmont Operating Partnership, L.P.
255.    PricewaterhouseCoopers, LLP
256.    Regus do Brasil, Ltd
257.    Rock Forty Ninth LLC
258.    Rosemead Properties, Inc.

259.    San Diego - Frazee, LLC
260.    Sandtrap II, Ltd.
261.    Sharon Land Company, LLC
262.    SLG 220 News Owner LLC
263.    SP4 190 S. LaSalle, L.P.
264.    Stillwater Development, LLC
265.    Sunray Investments
266.    Teachers Insurance and Annuity Assoc. of America
267.    Telwares, Inc.
268.    Tempe Fountainhead Corporate, LLC
269.    Texas Tower Limited
270.    The Irvine Company
271.    The Realty Associates Fund VIII, L.P.
272.    Triple Net Properties, LLC
273.    Trizec Westwood Center LLC
274.    WA 555 Owners, LLC
275.    Wacker Drive Limited Partnership
276.    WA-Columbia Center Property LLC
277.    WLA UPU 1 and 2, LLC
278.    WPGH, LLC

## 6.    Secured Creditors

279.    Danske Bank
280.    Fenway Funding LLC
281.    JPMorgan Chase
282.    MetLife
283.    SMBC
284.    State Street
285.    Swedbank

## 7.    Government and State Regulatory Agencies – U.S. Regulation

286.    Commodity Futures Trading Commission (LBI, NB LLC)
287.    Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
288.    Federal Energy Regulatory Commission (Lehman Brothers Commodity Services
        Inc.)
289.    Financial Industry Regulatory Authority (non-governmental)
290.    National Futures Association (non-governmental)
291.    New York Stock Exchange (non-governmental)
292.    Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
293.    Office of Thrift Supervision (LB Bank)
294.    Securities and Exchange Commission

295.    State Bank Commissioner of the State of Delaware (Lehman Brothers Trust
Company of Delaware)
296.    State Blue Sky Laws in all 50 states and Puerto Rico
297.    Utah Commissioner of Financial Institutions (LB Commercial Bank)

**8.  Members of Ad Hoc or Unofficial Creditors' Committees (formed prior to the
Commencement Date, to the extent known at the Commencement Date)**

*The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc., Gas Project
Revenue Bonds*

298.    Allstate Insurance Co.
299.    Capital Research Management Co.
300.    Franklin Advisors L.P.
301.    Franklin Federal Intermediate-Term-Tax-Free Income Fund
302.    Franklin Federal Tax-Free Income Fund
303.    Franklin Georgia Tax-Free Income Fund
304.    Franklin High-Yield Tax-Free Income Fund
305.    Independence Holding Co.
306.    Main Street Natural Gas, Inc., Gas Project Revenue Bonds
307.    Oppenheimer Funds, Inc.
308.    The Vanguard Group

*Informal LBHI Bondholder Group*

309.    Alliance Bernstein
310.    Capital Guardian Trust Company
311.    Cyrus Capital Partners, L.P.
312.    King Street Capital Management, L.L.C.
313.    Pacific Management Investment Company
314.    Wexford Capital LLC
315.    York Capital Management

**9.  Significant Stockholders (greater than 5%)**

316.    AXA and related parties - 7.25%
317.    Clearbridge Advisors, LLC and related parties - 6.33%
318.    FMR LLC and related parties - 5.87

**10. Directors and Officers**

*Current and former (up to three years) members of a corporation's board of directors and its
officers, as well as the names of the entities with whom such directors or officers were, during
their tenure with the Debtor, affiliated as an employee*

Current Board of Directors

319.    Henry Kaufman
320.    Jerry A. Grundhofer
321.    John D. Macomber
322.    John F. Akers
323.    Marsha Johnson Evans
324.    Michael L. Ainslie
325.    Richard S. Fuld, Jr.
326.    Roger S. Berlind
327.    Roland A. Hernandez
328.    Sir Christopher Gent
329.    Thomas H. Cruikshank

Current Officers

330.    Alex Kirk
331.    Bryan Marsal
332.    Christian Meissner
333.    David Coles
334.    David Goldfarb
335.    Eric Felder
336.    George H. Walker
337.    Gerald A Donini
338.    Herbert H. McDade III
339.    Hugh E. McGee III
340.    Hyung S. Lee
341.    Ian T Lowitt
342.    James Fogarty
343.    Jasjit S. Bhattal
344.    Michael Geband
345.    Riccardo Banchetti
346.    Richard S. Fuld, Jr.
347.    Scott J. Freidheim
348.    Stephen M. Lessing
349.    Thomas A. Russo

Former Officers

350.    Christopher O'Mera
351.    Erin Callen
352.    Jonathan Beyman

353.    Jospeh M. Gregory

## 11. Underwriting Investment Bankers for Debtor's securities for all securities issued or outstanding on the Commencement Date or during the three years prior to the Commencement Date.

354.    ABN AMRO Rothschild
355.    Hoare Govett, Ltd.
356.    Lehman Brothers
357.    Merrill Lynch
358.    UBS Investment Bank

## 12. Accountants employed or retained during the two years prior to the Commencement Date

359.    Deloitte & Touch USA LLP
360.    Ernst & Young
361.    PWC (PricewaterhouseCoopers)

## 13. Related Entities

362.    737 Portfolio Services LLC
363.    737 Portfolio Trust
364.    Area Assignor Corp. (dissolved)
365.    Area Depository Corporation (dissolved)
366.    Area GP Corporation Aristos LLC
367.    Aristos LLC
368.    ASB LLC
369.    Bixen Limited
370.    BK I Realty Inc. (dissolved)
371.    BK II Properties Inc. BK III Properties Inc.
372.    Blue Jay Realty Corporation
373.    Bromley LLC
374.    Brookson Corp.
375.    Brookwood Energy & Properties Inc.
376.    Canope Credit Corp.
377.    Central Funding (Concord) Corporation (dissolved) Clarks Summit I, LLC
378.    Clarks Summit II, LLC
379.    CP1 Real Estate Services Inc.
380.    CP4 Real Estate Services Inc. (dissolved)
381.    Dimont Corporation
382.    DL Mortgage Corp.
383.    DRA Management, Inc. (dissolved)

384.    Eagle Energy Management, LLC
385.    Eagle Energy Partners I, L.P.
386.    East Dover Limited
387.    Edibrook Corp.
388.    EHP/GP Inc. (dissolved)
389.    Embarcadero Aircraft Securitization Trust
390.    Equipment Management Inc.
391.    Equity Strategies Loans LLC
392.    Equity Strategy Loans LLC
393.    First Ward Properties Inc.
394.    Flight Sim I LLC
395.    Flight Sim II LLC
396.    Flight Sim III LLC
397.    Flight Sim IV LLC
398.    Flight Sim V Inc.
399.    FRAH Special Services Inc.
400.    Fundo De Investimento Multimercado Credito Privado Navigator Investimento
401.    GA Dekalb Inc.
402.    Global Principal Strategies Loans Inc.
403.    GRA Finance Corporation Ltd.
404.    Growth Partners Inc. (dissolved)
405.    Hydrocarbon Capital II LLC
406.    IL Lombard Inc. (dissolved)
407.    Ivanhoe Lan Pty Limited
408.    Jet Aircraft Leasing Inc. (dissolved)
409.    Jet Partners, LLC
410.    JFM Aviation Once LLC
411.    KM-I Real Estate Company VII (sold)
412.    Laminar Holdings LLC
413.    LB Alberta Holdings Inc.
414.    LB GPS Lightfoot LLC
415.    LB Holdings Intermediate 2 LtdLB I Group Inc
416.    LB I Group Inc.
417.    LB India Holdings Mauritius I Limited
418.    LB India Holdings Mauritius II Limited
419.    LB India Holdings Mauritius III Limited
420.    LB Investment Corp., Inc.
421.    LB Investment Holding Company Limited (dissolved)
422.    LB Leasing Inc.
423.    LB Maritim Investor GmbH
424.    LB Memphis Brownestone LLC
425.    LB Military Housing LLC
426.    LB Note Corp.
427.    LB Ohana, LLC
428.    LB Skypower Inc.
429.    LB Trade Corp.

430.    LB3 GmbH
431.    LB-NL Holdings (Cayman) Limited
432.    LB-NL Holdings I Inc.
433.    LB-NL Holdings L.P.
434.    LB-NL U.S. Investor Inc.
435.    LBQ Hong Kong Funding Ltd.
436.    LBQ Hong Kong Services Limited
437.    LCP LTU LLC
438.    LCPI Properties Inc.
439.    LCPI Properties Inv.
440.    Leesburg ACG LLC
441.    Lehman ABS Corporation
442.    Lehman Aircraft Securitization Holdings LLC
443.    Lehman Asset Backed Caps Inc.
444.    Lehman Brother Venture Capital 2003 Partnership
445.    Lehman Brothers (Israel) Inc.
446.    Lehman Brothers (Spain) S.A.
447.    Lehman Brothers 1999 Venture Managers' Partnership L.P.
448.    Lehman Brothers 1999 Vernture GP Partnership L.P.
449.    Lehman Brothers AIM Holding II LLC
450.    Lehman Brothers Alternative Investment Management LLC
451.    Lehman Brothers Argentina S.A.
452.    Lehman Brothers Asset Management Asia, Inc. (dissolved)
453.    Lehman Brothers Asset Securitization LLC
454.    Lehman Brothers Capital Partners I, L.P.
455.    Lehman Brothers Capital Partners II, L.P.
456.    Lehman Brothers Capital Partners IV, L.P.
457.    Lehman Brothers CDO 2003 L.P.
458.    Lehman Brothers CDO Associates (Cayman), Ltd.
459.    Lehman Brothers CDO Associates 2003 L.P.
460.    Lehman Brothers CDO Associates 2004 L.P.
461.    Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
462.    Lehman Brothers Commodity Service Inc.
463.    Lehman Brothers Communications Partnership
464.    Lehman Brothers de Chile, S.A. (dissolved)
465.    Lehman Brothers de Venezuela C.A. (inactive)
466.    Lehman Brothers Derivative Finance LLC
467.    Lehman Brothers Derivative Products Inc.
468.    Lehman Brothers Diversified Private Equity Fund 2004, L.P.
469.    Lehman Brothers Energy Canada, ULC
470.    Lehman Brothers Europe Inc.
471.    Lehman Brothers European Mezzanine 2002 Associates L.P.
472.    Lehman Brothers European Mezzanine 2002 L.P.
473.    Lehman Brothers European Venture Capital Associates L.P.
474.    Lehman Brothers European Venture Capital L.P.
475.    Lehman Brothers Finance (Japan) Inc.

476.    Lehman Brothers Financial Products Inc.
477.    Lehman Brothers Fund of Funds Associates L.P.
478.    Lehman Brothers Fund of Funds L.P.
479.    Lehman Brothers Global Asset Management K.K. (liquidated)
480.    Lehman Brothers Healthcare Venture Capital Associates L.P.
481.    Lehman Brothers Healthcare Venture Capital L.P.
482.    Lehman Brothers Holdings Inc.
483.    Lehman Brothers Holdings International Inc.
484.    Lehman Brothers Inc.
485.    Lehman Brothers International Services, Inc.
486.    Lehman Brothers Investment Holding Company Inc.
487.    Lehman Brothers Investment Management Asia Limited
488.    Lehman Brothers LBO Inc.
489.    Lehman Brothers MBG Associates III LLC
490.    Lehman Brothers MBG Associates L.P.
491.    Lehman Brothers MBG Capital Partners 1998 (C) L.P.
492.    Lehman Brothers MBG Finders 1999 (A) L.P.
493.    Lehman Brothers MBG Finders 1999 (B) L.P.
494.    Lehman Brothers MBG Finders 2000 (B) L.P.
495.    Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
496.    Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
497.    Lehman Brothers MBG Partners 1998 (A) L.P.
498.    Lehman Brothers MBG Partners 1998 (B) L.P.
499.    Lehman Brothers MBG Partners 1998 (C) L.P.
500.    Lehman Brothers MBG Partners 1999 (A) L.P.
501.    Lehman Brothers MBG Partners 1999 (B) L.P.
502.    Lehman Brothers MBG Partners 1999 (C) L.P.
503.    Lehman Brothers MBG Partners L.P.
504.    Lehman Brothers MBG Venture Capital Partners 1997
505.    Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
506.    Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
507.    Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
508.    Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
509.    Lehman Brothers MLP Associates, L.P.
510.    Lehman Brothers MLP Partners, L.P.
511.    Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
512.    Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
513.    Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
514.    Lehman Brothers Offshore Investment Partnership L.P.
515.    Lehman Brothers Offshore Investment Partnership-Japan L.P.
516.    Lehman Brothers Offshore Long/Short Fund, Ltd.
517.    Lehman Brothers Offshore Long/Short Master Fund Ltd.
518.    Lehman Brothers Offshore Partners Ltd.
519.    Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
520.    Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
521.    Lehman Brothers Overseas Inc.

522.    Lehman Brothers Participation Fund Associates, L.P.
523.    Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
524.    Lehman Brothers Secondary Fund of Funds Associates L.P.
525.    Lehman Brothers Secondary Fund of Funds L.P.
526.    Lehman Brothers Securities Taiwan Limited
527.    Lehman Brothers South Asia Limited (Inactive)
528.    Lehman Brothers Special Financing Inc.
529.    Lehman Brothers Sudamerica S.A.
530.    Lehman Brothers Uruguay S.A.
531.    Lehman Brothers VC Partners L.P.
532.    Lehman Brothers Venture Associates Inc.
533.    Lehman Brothers Venture Bankers' Partnership L.P.
534.    Lehman Brothers Venture Capital Partners I, L.P.
535.    Lehman Brothers Venture GP Partnership L.P.
536.    Lehman Brothers Venture Partners L.P.
537.    Lehman CMO Inc.
538.    Lehman Commercial Paper Inc.
539.    Lehman Commodities Services, Inc.
540.    Lehman Finance, S.A.
541.    Lehman Insurance Company
542.    Lehman Loan Funding I LLC
543.    Lehman Mortgage Company of Canada (surrendered)
544.    Lehman Mortgage Holdings Canada I Inc. (inactive)
545.    Lehman Mortgage Holdings Canada II Inc. (inactive)
546.    Lehman Municipal ABS Corp.
547.    Lehman OPC LLC
548.    Lehman Pass-Through Securities Inc.
549.    Lehman Queens Center Inc. (inactive)
550.    Lehman Queens Limited Inc. (inactive)
551.    Lehman Realty & Development Corp.
552.    Lehman Receivables Corp. (dissolved)
553.    Lehman Risk Management, Inc. (dissolved)
554.    Lehman Structured Financings, Inc.
555.    Lehman Structured Securities Corp.
556.    Lehman Syndicated Loan Inc.
557.    Lehman VIP Holdings Inc.
558.    Lehman VIP Investment LDC
559.    Liberty Corner Inc. (sold)
560.    Liberty GP II Inc. (sold)
561.    Libro Companhia Securitizadora de Creditos
562.    Long Point Funding Pty Ltd.
563.    LPTG Inc.
564.    LPTG Intermediate LLC
565.    LPTG LLC
566.    lvanhoe Lan Pty Limited
567.    LW-LP Inc.

568.    LW-LP Properties Inc.
569.    M&L Debt Investments Holdings Pty Limited
570.    M&L Debt Investments Pty Limited
571.    Mast Depositor Corp
572.    MBR/GP Corp.
573.    Merit, LLC
574.    Metro Realty Corporation (dissolved)
575.    Morganberry Corporation
576.    Newark Properties One Inc.
577.    Nexity Investment Partnership L.P.
578.    NL Funding, L.P.
579.    NL GP Inc.
580.    Northstar Equipment Leasing Income Inc. (dissolved)
581.    NPC Inc. (dissolved)
582.    O.M.B. Limited Partner Ltd.
583.    OSD Corp.
584.    PAC Aircraft Management Inc.
585.    Pentaring, Inc.
586.    Pindar Pty Ltd.
587.    QP80 Real Estate Services Inc.
588.    Quality Pork Partners, Inc.
589.    Real Estate Investors Inc. (dissolved)
590.    Real Estate Services I Inc. (dissolved)
591.    Real Estate Services VII Inc. (dissolved)
592.    Reliance Energy E&P, LLC
593.    RIBCO LLC
594.    RIBCO SPC, Inc.
595.    Rock Hill Real Estate, Inc.
596.    Sambar Properties Inc.
597.    SASCO ARC Corporation
598.    Scranzay, Inc.
599.    Select Asset Inc.
600.    Senior Income Fund Inc. (dissolved)
601.    Serafino Investments Pty Limited
602.    Shearson Lehman Brothers Capital Partners II, L.P.
603.    Shearson Lehman Hutton Capital Partners II
604.    Skratook LLC
605.    Small Business Assets I LLC
606.    Stamford Investment Realty Inc.
607.    STRATUS I Inc.
608.    Structure Asset Securities Corporation II
609.    Structured Asset Securities Corporation
610.    Structured Options Inc.
611.    STUIE CORP.
612.    TAL Europe, LLC
613.    Tallus

614.    Townsend Analytics Japan Ltd.
615.    Townsend Analytics, Ltd.
616.    TX Tower Inc. (sold)
617.    West Dover, LLC


**14. Former Lehman Brothers Holdings Inc. Entities**

618.    000 Lehman Brothers
619.    314 Commonwealth Ave. Inc.
620.    Aegis Finance LLC
621.    Alnwick Investments (UK) Limited
622.    Alnwick Investments (UK) Ltd. Kingdom
623.    Appalachian Asset Management Corp.
624.    ARS Holdings I LLC
625.    Aurora Loan Services LLC
626.    Ballybunion Investments No. 2 Ltd.
627.    Ballybunion Investments No. 3 Ltd.
628.    Ballybunion Investments No. Ltd.
629.    Ballybunion Partnership
630.    Bamburgh Investments (UK) Ltd.
631.    Banque Lehman Brothers S.A.
632.    Blixen U.S.A.
633.    Blue Way Finance Corporation U.A.
634.    BNC Holdings Inc.
635.    Brasstown Entrada I SCA
636.    Brasstown LLC
637.    Brasstown Mansfield I SCA
638.    Capital Analytics II, L.P.
639.    Capstone Mortgage Services Ltd.
640.    CIMT Limited
641.    Cohort Investments Limited
642.    Commonwealth Ave. Inc.
643.    Dynamo Investments Ltd.
644.    Eldon Street Holdings Limited
645.    ELQ Holdings B.V.
646.    ELQ Hypothekan N.V.
647.    Entrada II Sarl
648.    Erin Asset
649.    e-Valuate, L.P.
650.    Executive Monetary Management, Inc.
651.    Falcon Holdings I LLC
652.    Falcon Holdings II Inc.
653.    Falcon Investor I-X Inc.
654.    Falcon LB Sarl
655.    Furno & Del Castano CapitalPartners LLP

656.    Gainsborough Investments BV
657.    GKI Korea Development Limited
658.    Global Korea Investments Ltd.
659.    Global Thai Property Fund
660.    Hills Funding One, Ltd.
661.    Kayenta L.P
662.    Kenilworth Investments Ltd.
663.    L.B.C. YK
664.    L.B.C. YK Hearn Street Holdings Limited
665.    LB 745 Leaseco I LLC
666.    LB 745 LLC
667.    LB Alpha Finance Cayman Limited
668.    LB Asia Issuance Company Ltd.
669.    LB Asset Management Ltd.
670.    LB Australia and Asia Investments Limited
671.    LB Beta Finance Cayman Limited
672.    LB Capital Investments Ltd.
673.    LB Delta (Cayman) No 1 Ltd.
674.    LB Delta (Cayman) No Ltd.
675.    LB Delta Funding
676.    LB Holdings Intermediate 1 Ltd.
677.    LB Holdings Intermediate 2 LtdLB I Group Inc
678.    LB Holdings Intermediate Ltd.
679.    LB India Holdings Cayman I Limited
680.    LB India Holdings Cayman II Limited
681.    LB Investments (UK) Limited
682.    LB Lease & Finance No. Ltd.
683.    LB Leaseco I
684.    LB LLC
685.    LB Lomond Investments Limited
686.    LB Russia Holdings Inc.
687.    LB Russia Holdings LLC
688.    LB SF No. Ltd.
689.    LB SPV SCA
690.    LB UK Financing Limited
691.    LB UK RE Holdings Ltd.
692.    LB Vin Co Inc.
693.    LBA Funding (Cayman) Limited
694.    LBAC Holdings I Inc.
695.    LBASC LLC
696.    LBCCA Holdings I Inc.
697.    LBCCA Holdings I LLC
698.    LBCCA Holdings II Inc.
699.    LBCCA Holdings II LLC
700.    LBHK Funding (Cayman) No. 1 Ltd
701.    LBHK Funding (Cayman) No. 2 Ltd.

702. LBHK Funding (Cayman) No. 4 Ltd
703. LBHK Funding (Cayman) No. Ltd.
704. LBO Funding (Cayman) Limited
705. LBO Investments Limited
706. LBQ Funding (UK)
707. LBS Holdings SARL
708. LCPI Properties Inc.
709. Lehman (Cayman Islands) Ltd.
710. Lehman Aircraft Securitization Holdings Inc.
711. Lehman ALI Inc.
712. Lehman Brothers (PTG) Limited
713. Lehman Brothers AIM Holding III LLC
714. Lehman Brothers Asia Capital Company
715. Lehman Brothers Asia Capital Company Kong
716. Lehman Brothers Asia Holdings Limited
717. Lehman Brothers Asia Limited
718. Lehman Brothers Asia Pacific (Singapore) Pte. Ltd.
719. Lehman Brothers Asset Management (Europe) Ltd.
720. Lehman Brothers Asset Management France
721. Lehman Brothers Asset Management Inc.
722. Lehman Brothers Asset Management, LLC
723. Lehman Brothers Australia Granica Pty Limited
724. Lehman Brothers Australia Holdings Pty Limited.
725. Lehman Brothers Australia Limited
726. Lehman Brothers Bancorp Inc
727. Lehman Brothers Bancorp UK Holdings Limited
728. Lehman Brothers Bank, FSB
729. Lehman Brothers Bankhaus Aktiengesellschaft
730. Lehman Brothers Canada Inc.
731. Lehman Brothers Capital GmbH, Co.
732. Lehman Brothers Capital Private Limited
733. Lehman Brothers Co-Investment Associates LLC
734. Lehman Brothers Commercial Bank
735. Lehman Brothers Commercial Corporation
736. Lehman Brothers Commercial Corporation Asia Limited
737. Lehman Brothers Commercial Mortgage K.K.
738. Lehman Brothers Commodity Services Inc.
739. Lehman Brothers do Brasil Ltda
740. Lehman Brothers Equity Finance (Cayman) Limited
741. Lehman Brothers Europe Limited
742. Lehman Brothers Finance S.A.
743. Lehman Brothers Fixed Income Securities Private Limited
744. Lehman Brothers Futures Asia Limited
745. Lehman Brothers Futures Asset Management Corp.
746. Lehman Brothers Global Investments LLC
747. Lehman Brothers Holdings Capital Trust IV

| | |
|---|---|
| 748. | Lehman Brothers Holdings Japan Inc. |
| 749. | Lehman Brothers Holdings Plc. |
| 750. | Lehman Brothers Holdings Scottish LP |
| 751. | Lehman Brothers Hy Opportunities Inc. |
| 752. | Lehman Brothers Hy Opportunities Korea Inc. |
| 753. | Lehman Brothers Inc. |
| 754. | Lehman Brothers Insurance Agency L.L.0 |
| 755. | Lehman Brothers International (Europe) |
| 756. | Lehman Brothers Investment Korea Inc. |
| 757. | Lehman Brothers Investments PTE Ltd. |
| 758. | Lehman Brothers Japan Inc. |
| 759. | Lehman Brothers Limited |
| 760. | Lehman Brothers Luxembourg Investments Sari |
| 761. | Lehman Brothers Management LLC |
| 762. | Lehman Brothers Offshore Real Estate Associates, Ltd |
| 763. | Lehman Brothers OTC Derivatives Inc. |
| 764. | Lehman Brothers P.A. LLC |
| 765. | Lehman Brothers Pacific Holdings Pte. Ltd. |
| 766. | Lehman Brothers Private Equity Advisers |
| 767. | Lehman Brothers Private Equity Advisers LLC |
| 768. | Lehman Brothers Private Fund Advisers L.P. |
| 769. | Lehman Brothers Private Fund Advisers LPD |
| 770. | Lehman Brothers Private Fund Management L.P. |
| 771. | Lehman Brothers Private Funds Investment Company GP, LLC |
| 772. | Lehman Brothers Private Funds Investment Company LP, LLC |
| 773. | Lehman Brothers Securities Asia Limited |
| 774. | Lehman Brothers Securities N.V. |
| 775. | Lehman Brothers Securities Private Limited |
| 776. | Lehman Brothers Services India Private Limited |
| 777. | Lehman Brothers Singapore PTE Ltd. |
| 778. | Lehman Brothers South East Asia Investments PTE Limited |
| 779. | Lehman Brothers Spain Holdings Limited |
| 780. | Lehman Brothers Special Financing Inc. |
| 781. | Lehman Brothers Treasury Co. B.V. |
| 782. | Lehman Brothers Trust Company of Delaware |
| 783. | Lehman Brothers Trust Company, National Association |
| 784. | Lehman Brothers U.K. Holdings (Delaware) Inc. |
| 785. | Lehman Brothers U.K. Holdings Ltd. |
| 786. | Lehman Brothers UK Investments Limited |
| 787. | Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH |
| 788. | Lehman Capital Investments Ltd. |
| 789. | Lehman Commercial Mortgage Conduit Ltd. |
| 790. | Lehman Crossroads Corporate Investors II, L.P. |
| 791. | Lehman Crossroads Corporate Investors, L.P. |
| 792. | Lehman Crossroads Investment Advisers, L.P. |
| 793. | Lehman Crossroads Investment Company, L.P. |

794. Lehman Re Ltd.
795. Lehman Risk Advisors Inc.
796. Lehman Risk Services (Bermuda) Ltd.
797. Lehman Structured Assets Inc.
798. Lehman Syndicated Loan Funding Inc.
799. LIBRO Holdings I Inc.
800. Lincoln Capital Fixed Income Management Company, LLC
801. Longmeade Limited
802. Louise Y.K.
803. LUBS Inc.
804. Lunar Constellation Limited Partnership
805. MABLE Commercial Funding Limited
806. Maewha K-STARS Ltd.
807. MBAM Investor Limited
808. MICT Limited
809. MMP Funding Corp.
810. Nai Harn Hotel 1 Company Limited
811. Nale Trust
812. Neuberger & Berman Agency, Inc.
813. Neuberger Berman Asset Management, LLC
814. Neuberger Berman Inc.
815. Neuberger Berman Investment Services, LLC
816. Neuberger Berman Management Inc.
817. Neuberger Berman Pty Ltd.
818. Neuberger Berman, LLC
819. New Century Finance Co., Ltd.
820. OCI Holdings Limited
821. Opal Finance Holdings Ireland Limited
822. Pentaring Inc.
823. Pentaring Inc. Long Point Funding Pty Ltd
824. Phuket Hotel 1 Holdings Company Limited.
825. Pike International Y.K.
826. Pindar Pty Ltd.
827. Portsmouth Investment Company Pty Ltd.
828. Preferred Group Limited
829. Preferred Holdings Limited
830. Preferred Mortgages Limited
831. Principal Transactions Inc.
832. Property Asset Management Inc.
833. Real Estate Private Equity Inc.
834. REPE LBREP II LLC
835. REPE LBREP III LLC
836. Resetfan Limited
837. Resetfan Limited Capstone Mortgage Services Ltd.
838. Revival Holdings Limited
839. Sage Partners, LLC

840.   SAIL Investor Pte Ltd.
841.   Security Assurance Advisers, L.P.
842.   SkyPower Corporation
843.   SOGKI Development Inc.
844.   Southern Pacific Funding
845.   Southern Pacific Funding 5 Ltd.
846.   Southern Pacific Mortgage Limited
847.   SPML Mortgage Funding Limited
848.   Stockholm Investments Limited
849.   Storm Funding Ltd.
850.   Storm Funding Ltd. Lehman (Cayman Islands) Ltd.
851.   Sunrise Finance Co., Ltd.
852.   Thayer Group Limited
853.   Thayer Properties (Jersey) Ltd.
854.   Thayer Properties Limited
855.   The Main Office Management Company, LP
856.   TMIC Limited
857.   Wharf Reinsurance Inc.
858.   Woori-LB Fifth Asset Securitization Specialty Co., Ltd.
859.   Woori-LB First Asset Securitization Specialty Co., Ltd.
860.   Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
861.   Woori-LB Sixth Asset Securitization Specialty Co., Ltd
862.   Y.K Tower Funding
863.   Y.K. Park Funding


## 15. Potential Parties in Interest

864.   1301 Properties Owner, LP
865.   250 East Borrower LLC
866.   4Kids Entertainment, Inc.
867.   50 Broadway Realty Corp. LLC
868.   AB Bankas
869.   Abm Industries, Inc.
870.   Accenture LLP
871.   Account Temps
872.   ADV Portfolio Tech
873.   AIG Global Investment Corporation
874.   Alameda County (CA) Employees' Retirement Association
875.   Aliant Bank
876.   Allianz Global Investors AG
877.   Altova, Inc.
878.   Amber Capital Investment Management
879.   Ameren et., al.
880.   America's Servicing Company
881.   Anthony Victor Lomas

882.    Arab Bank
883.    Arapahoe County Attorney's Office
884.    Arapahoe County Treasurer
885.    Assicurazioni
886.    AT&T
887.    Automated Securities Clearance LLC
888.    Automobile Club Insurance Association
889.    Avaya Inc.
890.    Avista Corp.
891.    Banca Sai
892.    Banesco Holding C.A.
893.    Bank of America Mellon
894.    Bank of China
895.    Bank of Montreal
896.    Bank of New York Mellon
897.    Bank of Taiwan
898.    Bank Pekao
899.    Bankruptcy Creditors' Service, Inc.
900.    Bats Holdings, Inc.
901.    Bay Harbour Management LC
902.    Bay Harbour Master Ltd.
903.    Bel Air Investment Advisors LLC
904.    Best Karpet
905.    BHCO Master Ltd.
906.    BIM
907.    Binding Company, Inc.
908.    Bondwave LLC
909.    BP Canada
910.    BP Energy
911.    BP North America
912.    Burleson, ISD
913.    Business Objects Americas
914.    Caisse De Depot et Placement du Quebec
915.    Caixa Geral De Depositos, S.A.
916.    California Ind. Systems Operator Corp.
917.    California Public Employees Retirement System
918.    Canadian Imperial Bank
919.    Cap Gemini Financial Services USA, Inc
920.    Carrollton-Farmers Branch Independent School District
921.    Cascade Investment LLC
922.    Cattolica Assicurazioni S.p.A
923.    CB Richard Ellis, Inc.
924.    CD Representative
925.    CFIP Fund
926.    Chevron Natural Gas
927.    Chicago Board Options Exchange, Incorporated

928.    CIBC World Market.
929.    CIBC World Markets Inc.
930.    Cisco Systems Capital Corporation / Cisco Systems, Inc. / Cisco
931.    Citibank, NA
932.    Citigroup, Inc.
933.    City of Edinburgh Council as Administrating Authority of the Lothian Pension
        Fund
934.    City Of Farmers Branch
935.    CNX Gas Co.
936.    Cognizant Technology Solutions US Corporation
937.    Collins Building Services, Inc.
938.    Commerzbank A.G.
939.    Commerzbank A.G. (New York and Grand Cayman Branches)
940.    Community Trust Bancorp Inc.
941.    Compagnie Financiere Trdaition SA
942.    Constellation PL
943.    Contrarian Capital Management, LLC
944.    CorrectNet, Inc.
945.    Costello Maione Schuch Inc.
946.    Counsel To Australia And New Zealand Banking
947.    County of Monterey (CA)
948.    County of San Mateo (CA)
949.    Credit Suisse
950.    Crossmark Investment Advisers, LP
951.    Crossroads Investment Advisors
952.    Curd Fixed Fund
953.    Currenex
954.    Customer Asset Protection
955.    D.E. Shaw Composite Portfolios, LLC
956.    D.E. Shaw Oculus Portfolios, LLC
957.    Dallas County
958.    Dan Yoram Schwarzmann
959.    DCI Umbrella Fund PLC
960.    DE Shaw
961.    Delaware Management Holdings, Inc.
962.    Demann
963.    DG3 Holdings LLC
964.    Direct Energy Business LLC
965.    Direct Energy LLC
966.    Diversified Credit Investments LLC as agent for the Government of Singapore
        Investment Corporation PTE, LTD.
967.    Division Water
968.    Dresdner Bank A.G.
969.    Dresdner Kleinwort Group Holdings LLC
970.    Duke Corporate Education
971.    Duke Energy Ohio, Inc.

972.    Dun & Bradstreet
973.    East 46th Borrower LLC
974.    Eaton Corporation
975.    EHMD, LLC
976.    Elliott Associates, L.P.
977.    Elliott International L.P.
978.    EMC Corporation
979.    EnergyCo Marketing and Trading
980.    Essex Equity Holdings USA, LLC
981.    European Bank For Reconstruction
982.    Executive Fliteways, Inc.
983.    Exegy Incorporated
984.    EZE Castle
985.    Factiva, Inc.
986.    Fannie Mae
987.    Federal Express Corporation
988.    Federal Home Loan
989.    Federal Home Loan Bank of Atlanta
990.    Federal Home Loan Bank Of Pittsburgh
991.    Federal Home Loan Mortgage Corp
992.    Federal Reserve Bank of New York
993.    Fir Tree Capital Opportunity Master Fund, L.P.
994.    Fir Tree Value Master Fund, L.P.
995.    First Choice Power, LP
996.    First Trust Advisors L.P.
997.    First Trust Portfolios L.P.
998.    Fondiaria
999.    Fondo Latinoamesicano De Reservas
1000.    Fred Hutchinson Cancer Research Center
1001.    Frictionless Commerce, Inc.
1002.    Friedman, Billings, Ramsey & Group, Inc.
1003.    FX Alliance, LLC
1004.    Fxcm Holdings LLC
1005.    Galleon Buccaneer's Offshore Ltd
1006.    Gartner UK Limited
1007.    Gartner, Inc.
1008.    GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial
Services
1009.    General Electric Capital Corp
1010.    Gensler Architecture, Design And Planning LLC
1011.    GL Trade
1012.    Glg Partners LP
1013.    Global Thematic
1014.    GM Canada Foreign Trust
1015.    GMAC LLC
1016.    GMAC Residential Capital

1017.  GMAC-IM
1018.  GMAM Investment Funds Trust
1019.  Godiva Chocolatier, Inc.
1020.  Government of Guam Retirement Fund
1021.  Green Tree Servicing Inc.
1022.  Green Tree Servicing LLC
1023.  Greenbriar Minerals, LLC
1024.  Greg Georgas & Mark Grock/ Greg Georgas et, al.
1025.  Hale Avenue Borrower LLC
1026.  Hanover Moving & Storage Co. Inc
1027.  Harbert
1028.  Harbinger Capital Partners
1029.  Harbinger Capital Partners Special Situations Fund LP
1030.  Harris County
1031.  Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
1032.  Henegan Construction Co., Inc.
1033.  Hilliard Farber & Co., Inc
1034.  Hughes Hubbard
1035.  Hypo Investment Bank Ag
1036.  IBM
1037.  IGI Resources
1038.  IGS
1039.  Illuminating
1040.  Independence Holding Co.
1041.  INF SRVS
1042.  Informal Group Of Taiwan Financial Institutions
1043.  ING Bank, FSB
1044.  ING Real Estate Finance
1045.  Institutional Benchmarks
1046.  Intechra LLC
1047.  Interactive Data Corp.
1048.  Intercall Inc.
1049.  Interface Cable Assemblies and Services Corp. a/k/a ICAS
1050.  IntraLinks, Inc.
1051.  Investcorp, Et. Al.
1052.  Iris Software, Inc.
1053.  Iron Mountain Information Management
1054.  J.P. Morgan Chase Bank, N.A.
1055.  James W. Giddens
1056.  Jarden Corporation
1057.  JFK InternationaI Air Terminal LLC
1058.  Johnson County Arlington ISD
1059.  Kapalua Bay, LLC
1060.  Keane, Inc.
1061.  Korea Investment & Securities Co., LTD
1062.  Kraft Foods Inc.

1063.   Landamerica Financial Group, Inc.
1064.   LB Co-Investment Partners Cayman AIV I LP
1065.   LB Merchant Banking Partners III Cayman AIV LP
1066.   LB Offshore GP Holdings (PE) Ltd
1067.   LB Offshore Investment Partners II LP
1068.   LB Secondary OPP Offshore Fund II LP
1069.   LB Secondary OPP Offshore Fund LP
1070.   LB VC Partners LP (VC Fund II)
1071.   LBAYK
1072.   LBREP Lakeside SC Master I, LLC
1073.   LBREP/L-SUNCAL MASTER I LLC.
1074.   Lehman Brothers Private Equity Funds
1075.   Lewtan Technologies, Inc.
1076.   LiquidPoint
1077.   Los Angeles City Employees' Retirement System
1078.   Lyon Capital Ventures
1079.   M&B Maher
1080.   M. Arthur Gensler Jr and Assoc, Inc.
1081.   M. Brian Maher & Basil Maher
1082.   Mack-Cali Realty LP
1083.   Main Street Natural Gas, Inc.
1084.   Mansfield ISD
1085.   Marble Care
1086.   Margolis Edelstein
1087.   Marshall & Ilsley Trust C
1088.   Marshall Funds, Inc.
1089.   Mclennan County
1090.   Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV
          01-1971 DOC
1091.   Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare
1092.   Michael John Andrew Jervis
1093.   Microsoft Corporation
1094.   Microsoft Licensing
1095.   Midwest Realty Advisors, LLC
1096.   Milano
1097.   Minardi Capital Corp
1098.   Missouri Department Of Revenue, Bankruptcy Unit
1099.   Misys IQ LLC
1100.   Mitsubishi UGJ SEC CO.
1101.   Mizuho Corporate Bank
1102.   Mizuho Corporate Bank LTD
1103.   Monument Realty LLC
1104.   Moody's Investors Service
1105.   Morgan Stanley & Co.
1106.   Motors Insurance Corp.
1107.   MSS Distressed & Opportunities 2

1108.  MSTD, Inc.
1109.  National Australia Bank Limited
1110.  National Bank of Canada
1111.  National Cinemedia, Inc.
1112.  NetApp, Inc.
1113.  Newedge USA, LLC
1114.  Newport Global Advisors LP
1115.  Nomura Holding America Inc.
1116.  Nomura Holdings Inc.
1117.  Normandy Hill Capital, L.P.
1118.  NorthEast
1119.  Northern Ireland Governmental Officers Superannuation Committee
1120.  Northgate Minerals Corporation
1121.  Northrup Grumman
1122.  Novara
1123.  NPD Group Inc.
1124.  NY State Department Of Taxation and Finance
1125.  NYSE Euronext, Inc.
1126.  Occidental Energy Marketing, Inc.
1127.  Och-Ziff
1128.  Office of the U.S. Trustee
1129.  Office of the United States Attorney
1130.  Office of Thrift Supervision
1131.  Office of Thrift Supervision, Northeast Region
1132.  Open Solutions Inc.
1133.  Operating Engineers Local 3 Trust Fund
1134.  Oracle Credit Corporation
1135.  Oversea-Chinese Banking Corp. Ltd.
1136.  Pacific Coast Cap. Partners, LLC
1137.  Pacific Gas & Electric Company Bank of America N.A.
1138.  Panton Fund
1139.  Parsec Corp.
1140.  Parsec Trading Corp.
1141.  Payreel, Inc.
1142.  Pension Benefit Guaranty Corporation
1143.  PJM Interconnection, L.L.C.
1144.  Plumbers and Pipefitters National Pension Fund
1145.  Popolare
1146.  Powerex Corp.
1147.  Providence Equity Partners
1148.  PT Bank Negara Indonesia
1149.  Public Service of North Carolina
1150.  Pursuit Capital Partners Master
1151.  Pursuit Capital Partners Master (Cayman) Ltd.
1152.  Pursuit Opportunity Fund I Master Ltd.
1153.  Pursuit Partners

1154.  R3
1155.  Reliance Globalcom Services, Inc.
1156.  Reliant Energy Power Supply, LLC
1157.  Reliant Energy Services, Inc.
1158.  Rentokil
1159.  Republic Waste
1160.  Residential Funding Company LLC
1161.  River Capital Advisors Inc.
1162.  RMC
1163.  Rockefeller Center Management Corporation
1164.  Rockefeller Center North, Inc.
1165.  Rockefeller Group Development Corporation
1166.  Rock-Forty Ninth LLC, Rockefeller Center et, al.
1167.  Royal Bank of America
1168.  Royal Bank of Scotland
1169.  Russell Investment Group, Inc.
1170.  Shareholders of Novastar Financial, Inc.
1171.  SMBC Capital Markets
1172.  Societe Generale
1173.  Somerset Properties SPE, LLC
1174.  SP4 190 S. Lasalle, L.P.
1175.  Sprint Nextel Corp
1176.  State Street Bank
1177.  Statler Arms Garage LLC
1178.  Steingass
1179.  Steven Anthony Pearson
1180.  Structure Consulting Group, LLC
1181.  Structure Tone Inc.
1182.  SuccessFactors, Inc.
1183.  Sumitomo Mitsui Banking Corp.
1184.  Sumitomo Mitsui Brussels Branch
1185.  Sumitomo Trust & Banking Co., LTD
1186.  Summit Systems, Inc.
1187.  Sun Guard, ET AL.
1188.  Sun Microsystems, Inc.
1189.  Sun Trust Banks, Inc.
1190.  SunGard
1191.  Svenska Handelsbanken AB
1192.  Tangoe, Inc.
1193.  Tarrant County
1194.  Tata American International
1195.  TD Security
1196.  Telecom Italia Capital S.A.
1197.  The Central Puget Sound Regional Transit Authority
1198.  The Chuo Mitsui Trust And Banking Co., Ltd
1199.  The City of Long Beach

1200. The Informal Noteholder Group
1201. The Joint Administrators of the Lehman European Group Administration
      Companies
1202. The Juilliard School
1203. The Liverpool Limited Partnership
1204. The TAARP Group, LLP
1205. The Vanguard Group, Inc.
1206. The Walt Disney Company / Disney
1207. Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
1208. Thomson Reuters Plc & Thomson Reuters Corp.
1209. ThruPoint, Inc.
1210. Tiger Asia Fund, L.P.
1211. Tiger Asia Overseas Fund, Ltd.
1212. Time Warner
1213. Tishman Speyer Properties, L.P.
1214. Toronto-Dominion Bank
1215. Tradeweb Markets LLC
1216. Trading Technologies International
1217. Training the Street, Inc.
1218. TransCanada Pipelines Limited
1219. Travelers National Accounts
1220. Trophy Hunter Investments Ltd.
1221. True Friend 4th Securitization Specialty Co.
1222. Turnberry Fund
1223. Tuxedo Reserve Owner LLC
1224. Tuxedo TPA Owner LLC
1225. TW Telecom Inc.
1226. UBS Financial Services
1227. UBS Financial Services of Puerto Rico
1228. UBS International Inc.
1229. Union Bank Of California, N.A.
1230. United Bank Of California, N.A.
1231. United Parcel Service, Inc. / UPS
1232. US Bank, National Association
1233. Verizon Communications Inc.
1234. Vignette Europe Limited
1235. VITA
1236. Vollers Excavating & Construstion,Inc
1237. Wall St Concepts
1238. Washington Mutual Bank
1239. Washington Mutual, Inc.
1240. WCCV
1241. Wells Fargo & Co.
1242. Wells Fargo Bank, N.A.
1243. Wilmington Trust Company
1244. Wilmington Trust FSB

1245. WSG Development Co.
1246. Yildiz Holdings, Inc.
1247. Deutsche Bank Securities Inc.
1248. Brookfield Properties One WFC Co. LLC
1249. Barclays Capital, Inc.
1250. 8 Sound Shore Associates LLC
1251. Marshall & Ilsley Trust Company, N.A.
1252. The Bank of Tokyo-Mitsubishi UFJ, Ltd.
1253. Shinsei Bank Limited
1254. Dnb Nor Bank Asa
1255. A-V Services, Inc.
1256. Computer Financial Consultants Inc.
1257. AEW Capital Management, LP
1258. Broadridge Processing Solutions, Inc.
1259. Bank of America N.A.
1260. PNMR Services Co.
1261. EnergyCo, LLC
1262. Systema
1263. Swedbank
1264. UBS Securities LLC
1265. Lloyds Bank
1266. Dell Marketing L.P.
1267. Access Data
1268. Meridian Company of New York
1269. First Commercial Bank Co., Ltd. New York Agency

## 16. Affiliations of Outside Directors

1270. Advisory Committee to the Investment Committee of the International Monetary
Fund Staff Retirement Plan
1271. America's Development Foundation.
1272. Atlantic Council
1273. Bain & Company, Inc.
1274. Board of Directors of The Posse Foundation, Inc.
1275. Board of Governors of Tel Aviv University treasurer (and former trustee) of The
Economic Club of New York
1276. Board of Overseers of the Stern School of Business of New York University
1277. Board of Trustees of New York University
1278. Board of Trustees of the Animal Medical Center
1279. Board of Trustees of the Institute of International Education
1280. Carnegie Institution of Washington
1281. Collexis Holdings, Inc.
1282. Council for Excellence in Government
1283. David Rockefeller Center for Latin American Studies at Harvard University
1284. Ferrari SpA

1285.  Folger Library
1286.  Harvard Law School
1287.  Henry Kaufman & Company
1288.  Huntsman Corporation
1289.  International Advisory Committee of the Federal Reserve Bank of Nev York
1290.  Lehman Brothers Bank, FSB
1291.  LPGA
1292.  MGM Mirage
1293.  Naval Academy Foundation
1294.  Office Depot, Inc.
1295.  Pew Partnership for Civic Change
1296.  President's Council on International Activities — Yale University
1297.  Reform
1298.  Sony Corporation
1299.  Stewart & Stevenson LLC
1300.  The Broadway League
1301.  The Ryland Group, Inc.
1302.  The St. Joe Company
1303.  Vail Resorts, Inc.
1304.  Vanderbilt University
1305.  W.R. Grace & Co
1306.  Weight Watchers International, Inc.

## 17. Professionals Employed by the Company

1307.  Akerman Senterfitt
1308.  Allen & Overy LLP
1309.  Alvarez & Marsal
1310.  Andrew & Kurth LLP
1311.  Baker & McKenzie LLP
1312.  Ballard Spahr Anders & Ingersoll, LLP
1313.  Benesch, Fiedlander, Coplan & Arnoff LLP
1314.  Blake Cassels & Graydon LLP
1315.  Bloom Murr & Accomazzo, P.C.
1316.  Brand Law Group, PC
1317.  Burns, White & Hickton
1318.  Cadwalader, Wickersgam & Taft LLP
1319.  Carrington, Coleman, Sloman & Blumenthal, L.L.P.
1320.  Cederquist
1321.  Click & Null, P.C.
1322.  Conway and Mrowiec
1323.  Cox Castle Nicholson
1324.  Davies Ward Phillips & Vineberg
1325.  Dechert LLP
1326.  DLA Piper

1327. Dorsey & Whitney LLP
1328. Einstein Malanchuk LLP
1329. Ernst & Young
1330. Foster, Graham, Milstein & Calisher, LLP
1331. Freshfields Bruckhaus Deringer
1332. Gianni, Origoni Grippo & Partners
1333. Gibson, Dunn & Crutcher LLP
1334. Hahn Loeser & Parks LLP
1335. HBN Law
1336. Heller Ehrman LLP
1337. Herbert Smith Ltd.
1338. Herrick & Feinstein MMOR Consulting
1339. Hogan & Hartson
1340. Houses & Allison, APC
1341. Hunton & Williams LLP
1342. Jeffer, Mangels, Butler & Marrnaro
1343. Jones Day
1344. Kepley Brouscious & Biggs
1345. Kleyr Grasso Associes
1346. Kramer Levin Naftalis & Frankel LLP
1347. Krieg Devault LLP
1348. L.B. Smithplein 3
1349. Latham & Watkins, LLP
1350. Lazard
1351. Lewis and Roca LLP
1352. LS Horizon Ltd.
1353. McKee Nelson
1354. McKenna Long & Aldridge LLP
1355. Menter, Rudin & Trivelpiece, P.C.
1356. Mercer Marsh & McLennan Companies
1357. Miller Canfield Paddock Stone
1358. Mitsui Company
1359. MM Arizona Holdings LLC
1360. Morrison & Foerster LLP
1361. NBP Clems
1362. Oh-Ebashi LPC & Partners
1363. Paul, Hastings, Janofsky & Walker LLP
1364. Paul, Weiss, Rifkind, Wharton & Garrison LLP
1365. Pite Duncan
1366. PricewaterhouseCoopers
1367. Prickett Jones & Elliott, P.A.
1368. Reilly Pozner & Connelly LLP
1369. Schulte, Roth, & Zabel LLP
1370. Sidley Austin LLP
1371. Sills Cummis & Gross P.C.
1372. Sills Cummis Epstein & Gross P.C.

1373. Simpson Thacher & Bartlett LLP
1374. Skadden, Arps, Slate, Meagher & Flom LLP
1375. Snell & Wilmer
1376. Sonnenschein Nath & Rosenthal
1377. Squire, Sanders & Dempsey L.L.P.,
1378. Stroock, Stroock & Lavan
1379. Thacher Proffitt & Wood LLP
1380. Tompkins, McGuire, Wachenfeld & Barsy LLP
1381. Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
1382. Weil Gotshal& Mages LLP
1383. White & Case
1384. Willkie Farr & Gallagher LLP
1385. Windels Marx Lane & Mittendorf, LLP
1386. Woodbury & Santiago, P.A.


## 18. Litigation Claimants

1387. Alaska Electrical Pension Fund
1388. Alex E. Rinehart
1389. Annuity Fund
1390. Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
1391. Avenius, et, al. v. Banc of America Securities LLC, et., al.
1392. Bader and Yakaitis P.S.P. and Trust, et, al. v. Michael L. Ainslie, et. al.
1393. BHL Capital Partners L.P.
1394. Breakaway Solutions Inc.
1395. City of Cleveland, Ohio
1396. David Trent
1397. Electronic Trading Group, LLC
1398. Elizabeth Foster
1399. First Alliance Mortgage Company Class Action
1400. Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
1401. Fogel Capital Management, Inc.
1402. Forza Capital Management, L.L.C.
1403. Hugh D. Barton
1404. In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
1405. In re Lehman Brothers Holdings, Inc., Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
1406. In re Mirant Corporation Securities Litigation (class action)
1407. In re Public Offering Antitrust Litigation (consolidated class action)
1408. In re Short Sale Antitrust Litigation.
1409. IPO Class Actions
1410. J. Bader

1411.  Keith Carpenter
1412.  Keith Cheng
1413.  Locals 302 & 612 of the International Union of Operating Engineers-Employers
1414.  Mark Montag
1415.  Mary Helbeyn
1416.  Oliver Cheng
1417.  Operative Plasterers and Cement Masons International Association Local 262
       Annuity Fund
1418.  Overstock.com, Inc., et., al. v. Morgan Stanley & Co., Inc., et, al.
1419.  Research Analyst Independence Litigations
1420.  Sentinel Management Group, Inc.
1421.  The Adelphia Recovery Trust
1422.  Wright et al. v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and
       Dynoil Refining LLC, plaintiffs)


## 19. 100 Largest Holders of Trade Debt (List Filed By Milbank)

1423.  1221 Avenue of the Americas
1424.  125 Broad Street
1425.  1301 Properties Owner L.P.
1426.  1301 Properties Owner L.P.
1427.  2027 Collections Center Drive
1428.  425 Lexington Ave.
1429.  515 South Flower Street
1430.  55 Broadway
1431.  767 Fifth Ave
1432.  77 West Wacker
1433.  Allen & Overy
1434.  Anjarlekar & Associates
1435.  ANZ Banking Group Limited
1436.  Ashurst Morris Crisp
1437.  Australia and New Zealand Banking Group Limited
1438.  Banctec Ltd.
1439.  Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency
1440.  Bank One Plaza
1441.  Bats Trading, Inc.
1442.  Bloomberg Finance L.P.
1443.  Bloomberg L.P.
1444.  Broadridge Securities Processing
1445.  BT Americas, Inc.
1446.  Caldwalader, Wickersham, and Taft
1447.  Canary Warf Management Limited
1448.  CB Richard Ellis Client Account RE Gloa
1449.  CDW Direct LLC
1450.  Centrale Attivita Finanziarie SPA

1451.  Clifford Chance
1452.  Compucenter (UK) Ltd.
1453.  Cushman and Wakefield, Inc.
1454.  Davis Polk and Wardwell
1455.  Dell Marketing L.P.
1456.  Department 0723
1457.  Dept. 7247-6838
1458.  Deutsche Borsche AG
1459.  Dimension Data
1460.  DnB NOR Bank ASA
1461.  Drowst Trading, LLC
1462.  Elyo Services Limited
1463.  Ernst & Young
1464.  Ernst and Young Private Limited
1465.  Fidessa Plc.
1466.  File No. 72497
1467.  First Commercial Bank Co., Ltd, New York Agency
1468.  FT Interactive Data
1469.  Hatfield Philips International Limited
1470.  Haworth Singapore PTE Ltd.
1471.  Henegan Construction Co., Inc.
1472.  Hewlett Packard AP (Hong Kong) Limited
1473.  HSBC Bank
1474.  IBM Corporation
1475.  ICAP Securities Limited 1078. Information Builders Inc. Intuition Publishing
1476.  IPC Information Systems Inc.
1477.  JQ Network PTD Limited 1082. Kim & Chang
1478.  Kingston Communications PLC
1479.  Lancaster Office Cleaning Co.
1480.  Linklaters
1481.  Linklaters, S.L.
1482.  London & European Title Insurance Services Ltd.
1483.  London Borough of Tower Hamlets Rates
1484.  London Eastern Railway Limited
1485.  Mace Limited
1486.  McKee Nelson LLP
1487.  Meridian IT, Inc.
1488.  Microsoft Licensing, GP
1489.  Millennium Developers PVT Ltd.
1490.  Morse Group Limited
1491.  Morse Service Holdings Limited
1492.  National Bank of Australia
1493.  National Commerce bank
1494.  Net One Systems
1495.  Network Appliance
1496.  NYSE Market, Inc.

1497.   Origin HR Consulting Limited
1498.   P.O. Box 60000
1499.   Paul Weiss
1500.   Pricoa Relocation UK Limited
1501.   Reuters America Inc.
1502.   Reuters Ltd.
1503.   Standard & Poors
1504.   Standard and Poors Corp.
1505.   Standard Chartered Bank
1506.   Sungard Securities Finance Inc.
1507.   Sungard Securities Finance Ltd.
1508.   Swapswire Limited
1509.   Taipei Fubon Bank, New York Agency
1510.   Tata Consultancy Services
1511.   The British Land Company PLC
1512.   Thompson Financial
1513.   TIBCO Software, Inc.
1514.   Vertex Mortgage Services
1515.   Virtx
1516.   WIPRO Infotech Enterprise Solutions 1122. YXIME
1517.   ZKB (Zurcher Kantonalbank)


**20. 100 Largest Holders of Trade Debt  (List Filed by Quinn Emanuel)**

1518.   1301 Properties Owner LP
1519.   4 Connections LLC
1520.   A V Services Inc.
1521.   AC Nielsen Company
1522.   Acronis, Inc.
1523.   AFD Contract Furniture Inc.
1524.   Agilysys Nj, Inc.
1525.   Allen. & Overy
1526.   Alpha Office Supplies Inc.
1527.   Aperture Technologies
1528.   Automated Securities Clearance Ltd.
1529.   Ayco Services Agency Inc.
1530.   Bloomberg Finance LP
1531.   Broadridge Securities Processing
1532.   CDW Direct LLC
1533.   CDW Direct LLC
1534.   CHD Meridian Healthcare
1535.   Clayton Fixed Income Services., Inc.
1536.   Compliance Data Center Inc.
1537.   Computer Associates International Inc.
1538.   Computer Associates International Inc.

1539.   Computer Financial Consultants, Inc.
1540.   Cushman & Wakefield Inc.
1541.   Cyveillance
1542.   DBRS Inc.
1543.   DBRS, Inc.
1544.   Dell Marketing LP.
1545.   DGWB, Inc.
1546.   Dimension Data
1547.   Diversified Global Graphics Group DG3
1548.   Emil Werr
1549.   Enterprise Solution Providers Inc.
1550.   Ernst & Young LLP
1551.   EXLservice Holdings Inc.
1552.   FTInteractive Data
1553.   Gartner Group Inc,
1554.   Gotham Technology Group
1555.   Greenline Financial Technologies Inc.
1556.   Hanover Moving & Storage Co Inc.
1557.   Headstrong Services, LLC
1558.   Hewlett Packard Company
1559.   IBM Corporation
1560.   Ikon Office Solutions Inc.
1561.   ILOG Inc.
1562.   Inconit Corporation.
1563.   Information Builders Inc.
1564.   Infusion Development Corp
1565.   Integreon Managed Solutions
1566.   Interactive Data Corp.
1567.   Intuition Publishing Inc.
1568.   Iron Mountain Digital Archives
1569.   Iron Mountain Records Management
1570.   Kepner Tregoe Inc.
1571.   Key Systems
1572.   KPMG, LLP
1573.   Lexis-Nexis
1574.   Liquid Engines, Inc.
1575.   Logical Information Machines
1576.   Mellon Analytical Solutions
1577.   Meridian IT, Inc.
1578.   Michael Stapleton Associates
1579.   Microsoft Corporation
1580.   Network Appliance Inc.
1581.   Nishimura & Partners
1582.   Northrop Grunman
1583.   Polaris Software Lab (India), Ltd.
1584.   Quest Software Inc.

1585.   Rainmaker Group LLC
1586.   Restaurant Associates
1587.   Rittal Corporation
1588.   Rockefeller Center North, Inc.
1589.   Rolfe & Nolan Systems Inc.
1590.   RR Donnelley Receivables Inc.
1591.   SAS Institute Inc
1592.   Sharon Land Company, LLC
1593.   SOS Security Inc.
1594.   Standard Register
1595.   Storage Technology Corp
1596.   Structure Group
1597.   Sungard Securities Finance Inc
1598.   Swets Information Services Inc.
1599.   Tac Americas, Inc.
1600.   The Bank Of New York
1601.   Thomson Financial
1602.   Tibco Software, Inc.
1603.   Transaction Network Services
1604.   Trilogy Leasing Co. LLC
1605.   Trimont Real Estate Advisors Inc.
1606.   Triple Point Technology, Inc.
1607.   Verrazano Consulting Solutions, LLC
1608.   Video Corporation Of America
1609.   Wipro Technologies
1610.   Wombat Financial Software, Inc.

## 21. Professionals Retained by Significant Creditor Groups

1611.   Akin Gump Strauss Hauer & Feld LLP
1612.   FTI Consulting, Inc.
1613.   Houlihan Lokey Howard & Zukin Capital, Inc.
1614.   Milbank, Tweed, Hadley & McCloy LLP
1615.   Munsch Hardt Kopf & Harr, P.C.
1616.   The Wilson Law Firm, P.C.
1617.   Quinn Emanuel Urquhart Oliver and Hedges LLP

## 22. Utilities

1618.   AT&T
1619.   Cleveland Division of Water
1620.   Cleveland Public Power
1621.   ComEd
1622.   Con Edison

1623.    Dominion
1624.    Illuminating
1625.    Interstate Gas
1626.    NEORSD
1627.    NSTAR Electric
1628.    NYC Water Board
1629.    Sempra Energy Solutions
1630.    The Hess Corporation
1631.    Time Warner

## 23. Competitors

1632.    Bank of America Securities LLC
1633.    Barclays Capital Inc.
1634.    BNP Paribas Securities Corp.
1635.    Cantor Fitzgerald & Co.
1636.    Citigroup Global Markets Inc.
1637.    Credit Suisse Securities (USA) LLC
1638.    Daiwa Securities America Inc.
1639.    Deutsche Bank Securities Inc.
1640.    Dresdner Kleinwort Securities LLC Goldman, Sachs & Co.
1641.    Greenwich Capital Markets, Inc.
1642.    HSBC Securities (USA) Inc.
1643.    J.P. Morgan Securities Inc.
1644.    Merrill Lynch Governmental Securities Inc.
1645.    Mizuho Securities USA Inc.
1646.    Morgan Stanley & Co., Incorporated
1647.    UBS Securities LLC

## 24. Strategic Partners

1648.    Barclays Capital, Inc.

## 25. Committee Members

*Present*

1649.    Metlife
1650.    Mizuho Corporate Bank, Ltd.
1651.    Shinsei Bank, Limited
1652.    The Bank of NY Mellon
1653.    Wilmington Trust Company
1654.    The Vanguard Group Inc.
1655.    Aegon USA Investment Management

*Former*

    1656.  RR Donnelley & Sons
    1657.  The Royal Bank of Scotland, plc

## 26. Additional Entities Searched by Quinn Emanuel

    1658.  555 Owners LLC
    1659.  AboveNet Communications Inc.
    1660.  Account Temps
    1661.  Aegon USA Investment Management
    1662.  AIG Financial Products Corp,.
    1663.  Alverez & Marsal
    1664.  Amber Capital investment Management
    1665.  Anthony Victor Lomas
    1666.  AT&T
    1667.  Australia National .Bank
    1668.  Automated Securities Clearance LLC
    1669.  Automobile Club Insurance Association
    1670.  Avaya Inc.
    1671.  Bay Harbour Management LC
    1672.  Bay Harbour Master ltd.
    1673.  Best Karpet
    1674.  BHCO Master Ltd.
    1675.  Capgomini Financial Services USA, INC
    1676.  Chicago Board Options Exchange, Incorporated
    1677.  Cisco Systems Capital Corporation Cisco Systems, Inc. / Cisco
    1678.  Community Trust Bancorp Inc.
    1679.  CorrectNet, Inc.
    1680.  Dan Yoram Schwarzmann
    1681.  DCI Umbrella Fund PLC
    1682.  Demann
    1683.  Diversified Credit Investments LLC as agent for the Government of Singapore
            Investment
    1684.  Division Water
    1685.  Dun & Bradstreet
    1686.  Elliott Associates, L.P.
    1687.  Elliott International L.P.
    1688.  Embarcadero Aircraft Securitizadon Trust
    1689.  EMC Corporation
    1690.  Engineers-Employers Construction Industry Retirement Trust/Saginaw Police &
            Fire Pension Board
    1691.  Federal Home Loan
    1692.  Friedman, Billings Ramsey & Group Inc.
    1693.  FX Alliance, LLC

1694.  FTI Consulting
1695.  Garber, Staeihr, Locals 302 & 612 of the International Union of Operating
1696.  GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial
        Services
1697.  GM Canada Foreign Trust
1698.  GMAM Investment Funds Trust
1699.  Harbinger Capital Partners Master Fund I, Ltd.
1700.  Hilliard Farber & Co., Inc.
1701.  Houlihan Lokev
1702.  Hughes Hubbard
1703.  ICAP North America Inc.
1704.  IGS
1705.  Illuminating
1706.  Institutional Benchmarks
1707.  Interface Cable Assemblies and Services Corp. aka ICAS
1708.  IntraLinks, Inc.
1709.  Iris Software, Inc.
1710.  James W. Giddens
1711.  Jarden Corporation
1712.  Keane Inc.
1713.  Lazard
1714.  LBAYK
1715.  LBREP Lakeside SC Master I LLC
1716.  LBREP/L-SUNCAL MASTER I LLC
1717.  Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
1718.  Lehman Brothers First Trust Income Opportunity Fund Inc.
1719.  Lehman Brothers High Yield Bond Fund LLC
1720.  Lehman Brothers Income Funds For Lehman .Brothers High Income Bond Funds
1721.  Lehman Brothers income Funds For Lehman Brothers Strategic Income Fund
1722.  Lehman Brothers Merchant Banking Partners IV LP
1723.  Lewtan Technologies, Inc.
1724.  LiquidPoint
1725.  LosAngcles City Employees' Refirrerment System
1726.  M. Brian Maher & Basil Maher
1727.  Main Street Natural Gas, Inc.
1728.  Marble Care
1729.  Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare
1730.  Michael John Andrew Jervis
1731.  Midwest Realty Advisors, LLC
1732.  Mirant Corporation
1733.  Misys IQ, LLC
1734.  Motors Insurance Corp,
1735.  MSS Distressed & Opportunites 2
1736.  MSTD, Inc.
1737.  Neuberger Berman Advisers Management Trust For Lehman Brothers High
        Income Bond Fund

1738.  Neuberger Berman Income Opportunity Fund Inc.
1739.  North-East
1740.  NPD Group Inc.
1741.  NYSE Euronext, Inc.
1742.  Overstock.com, Inc.
1743.  Plumbers and Pipefitters National Pension Fund
1744.  R3
1745.  Reliance Globalcom Services, Inc.
1746.  Rentokil
1747.  Republic Waste
1748.  RMC
1749.  Rooketaer Center Management Corporation
1750.  Rockefeller Group Development Corporation
1751.  Shareholders of Novastar Financial, Inc.
1752.  Sky Power Corporation
1753.  Statler Arms Garage LLC
1754.  Statler Arms Garage LLC
1755.  Steingass
1756.  Steven Anthony Pearson
1757.  Structure Consulting Group, LLC
1758.  Structure Tone Inc.
1759.  SuccessFactors, Inc.
1760.  Summit Systems, Inc.
1761.  Sun Microsystems, Inc.
1762.  SunGard
1763.  SunGard Asset Management Systems LLC
1764.  SunGand Availability Services LP
1765.  SunGard Business Integration Ltd.
1766.  SunGard Expert Solutions LLC
1767.  SunGard Institutional Brokerage Inc.
1768.  SunGard Investment Systems LLC
1769.  TD Security
1770.  The Joint Administrators of the Lehman European Group Administration
       Companies
1771.  The Liverpool Limited Partnership
1772.  The Walt Disney Company / Disney
1773.  ThruPoint, Inc.
1774.  Time Warner
1775.  Tradeweb Markets LLC
1776.  Training the Street, Inc.
1777.  TransCanada Pipelines Limited
1778.  Trophy Hunter Investments Ltd.
1779.  United Parcel Service, Inc. / UPS
1780.  Verizon Communications Inc.
1781.  WCCV
1782.  Weil Gotshal & Manges LLP

## **<u>EXHIBIT C</u>**

**Jenner & Block Connections with Identified Parties**

<u>Exhibit C</u>
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| ABN AMRO Rothschild | Affiliate of former client on unrelated matters | Underwriter for Debtors' securities |
| AEW Capital Management, LP | Former client on unrelated matter | Potential party in interest |
| Alvarez & Marsal, LLC | Employee served as Administrator of former client on unrelated matter | Professional employed by the Company |
| AT&T | Former client on unrelated matter | Utility |
| Bank of America, N.A. | Former client on unrelated matter and employee was a former client on unrelated matter | Potential party in interest |
| Bank of America Securities LLC | An employee was a former client on unrelated matter | Competitor |
| Barclays Capital, Inc. | Affiliate of former client on unrelated matter | Competitor |
| Board of Trade of The City of Chicago, Inc. ("BoT") | Former client on unrelated matters, and Jenner partners have served as arbitrators on arbitrations administered by the BoT on unrelated matters | Significant lessor or lessee |
| Brookfield Properties One WFC Co. LLC | Affiliate of current client on unrelated matter | Significant lessor or lessee |

---

[1]    A "current client" is an entity for which there are, as of the Initial Petition Date, active matters on which Jenner is engaged; a "former client" is an entity for which there were no active matters as of the Initial Petition Date, but there may in the future be active matters; and a "former client of Jenner attorney" is an entity that was a client of a Jenner attorney prior to such attorney's employment by Jenner.

<u>Exhibit C</u>
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| Citigroup Capital Markets, Inc. | Affiliate of former client on unrelated matter and former client of Jenner attorney | Competitor |
| Cisco Systems, Inc. | Former client on unrelated matters | Additional entity searched by Quinn Emanuel |
| Commonwealth Edison | Current client on unrelated matters | Utility |
| Computer Associates International, Inc. | Affiliate of current client on unrelated matter | One of the 100 largest holders of trade debt |
| Con Edison | Current client on unrelated matter | Utility |
| Dell Computer Corp. | Current client on unrelated matters | One of the 100 largest unsecured creditors |
| Deutsche Bank Securities, Inc. | Affiliate of current client on unrelated matter | Competitor |
| DLA Piper Rudnick | A Jenner partner served as an arbitrator in a closed matter in which DLA Piper Rudnick served as plaintiff's counsel | Professional employed by the Company |
| Dominion | Affiliate of current client on unrelated matter | Utility |
| Dun & Bradstreet | Affiliate of client on unrelated matter | Additional entity searched by Quinn Emanuel |
| Eaton Corporation | Former client on unrelated matter | Potential party in interest |
| Elizabeth Foster | Elizabeth R. Foster is a former client on an unrelated matter and it is not certain that this is the same person that is the subject of the conflict check | Litigation claimant |

Exhibit C
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| EMC Corporation | Affiliate of client on unrelated matter | Additional entity searched by Quinn Emanuel |
| Ernst & Young | Adverse to current clients and former clients on unrelated matters | Professional employed by the Company |
| Fannie Mae | Current client on unrelated matter | Potential party in interest |
| Federal Deposit Insurance Corp. ("FDIC") | Jenner has been approved to represent the FDIC with respect to a failed bank, and has not in the past, and is not currently, representing the FDIC in any matter | Government regulatory agency |
| Federal Express Corporation | Former client of Jenner attorney | Potential party in interest |
| Federal Home Loan Mortgage Corp. | Former client on unrelated matters | Potential party in interest |
| FTI Consulting, Inc. | Former client on unrelated matters | Professional retained by Creditors' Committee |
| GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services | Affiliate of current clients on unrelated matters | Potential party in interest |
| General Electric Capital Corp. | Current client on unrelated matter | Potential party in interest |
| Gibson, Dunn & Crutcher LLP | A sibling of a Jenner attorney is an attorney with Gibson, Dunn & Crutcher | Professional employed by the Company |
| GMAC LLC | Affiliate of current clients on unrelated matters | Potential party in interest |

Exhibit C
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| GMAM Investment Funds Trust | Affiliate of current clients on unrelated matters | Potential party in interest |
| GM Canada Foreign Trust | Affiliate of current clients on unrelated matters | Potential party in interest |
| Goldman Sachs | Employees of Goldman Sachs are current clients on unrelated matters | Competitor |
| Health Care Service Corp. | Former client on unrelated matters | Potential party in interest |
| Hogan & Hartson | The father of a Jenner attorney is an attorney with Hogan & Hartson and a sibling of a Jenner attorney has accepted an offer of employment with Hogan & Hartson | Professional employed by the Company |
| Houlihan, Lokey Howard & Zukin, Inc. | Former client on unrelated matters | Professional retained by Creditors' Committee |
| HSBC Bank | Affiliate of current clients on unrelated matters | One of the 100 largest holders of trade debt |
| IBM Corp. | Affiliate of current client on unrelated matter | One of the 100 largest unsecured creditors |
| Jones Day | The spouses of three Jenner attorneys are Jones Day attorneys | Professional employed by the Company |
| JPMorgan | Affiliate of former clients on unrelated matters | Secured creditor; bank lender |
| KBC Bank NV | Former client on unrelated matter | One of the 100 largest unsecured creditors |
| Kraft Foods | Affiliate of current client on unrelated matters | Potential party in interest |

<u>Exhibit C</u>
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| Latham & Watkins, LLP | A Jenner attorney is the spouse of a Latham & Watkins attorney, and a Jenner attorney is the parent of a Latham & Watkins attorney | Professional employed by the Company |
| Lazard Freres | Adverse to current and former clients on unrelated matters, and a former client of Jenner attorney on unrelated matters. | Professional employed by the Company |
| Merrill Lynch | Affiliate of and current client on unrelated matters | Underwriter of Debtor's securities |
| Microsoft Corp. | Affiliate of current client on unrelated matter | One of the 100 largest unsecured creditors |
| Morrison & Foerster LLP | A Jenner attorney is the spouse of a Morrison & Foerster attorney | Professional employed by the Company |
| National Association of Securities Dealers, Inc. ("NASD") | Jenner partners have served as arbitrators on arbitrations administered by the NASD on unrelated matters | Government regulatory agency |
| National Futures Association ("NFA") | Jenner partners have served as arbitrators on arbitrations administered by the NFA on unrelated matters | Government regulatory agency |
| New Century Finance Co., Ltd. | Affiliate of current client on unrelated matter | Former Lehman Brothers Holdings, Inc. entity |
| Nomura Holding America Inc. | Affiliate of current clients on unrelated matters | Potential party in interest |
| Oh-Ebashi LPC & Partners | Current client on unrelated matters | Professional employed by the Company |

Exhibit C
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| Pricewaterhouse Coopers LLC | A former client on unrelated matters, adverse to current and former clients on unrelated matters, and Jenner's auditor. | Professional employed by the Debtors |
| Providence Equity Partners | Affiliate of former client on unrelated matter | Potential party in interest |
| Rentokil | Former client on unrelated matter | Additional entity searched by Quinn Emanuel |
| Reuters, Ltd. | Affiliate of current client on unrelated matter, and former client on unrelated matter.  A Jenner partner is writing a book that is expected to be published by a Reuters affiliate. | One of the 100 largest unsecured creditors |
| Rolf & Nolan Systems, Inc. | Affiliate of former client on unrelated matters | One of the 100 largest holders of trade debt |
| Sidley Austin LLP | Former client on unrelated matter, and the parent of a Jenner attorney is a Sidley Austin attorney | Professional employed by the Debtors |
| Sprint Nextel | Current client on unrelated matters and affiliate of current client on unrelated matter | Potential party in interest |
| State Street | Former client on unrelated matters | Potential party in interest |
| Sun Microsystems, Inc. | Affiliate of current client on unrelated matter | Additional entity searched by Quinn Emanuel |
| The Bank of New York Mellon | Former client on unrelated matters | Bank lender |
| The Walt Disney Company | Former client on unrelated matters and affiliate of current clients on unrelated matters | Potential party in interest |

Exhibit C
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| TIBCO Software, Inc. | Affiliate of current client on unrelated matter | One of the 100 largest holders of trade debt |
| Washington Mutual, Inc. | Affiliate of former client on unrelated matters | Potential party in interest |
| Weil, Gotshal & Manges LLP | Co-counsel to current Jenner clients in unrelated matters, and a co-defendant in an unrelated matter in which Jenner represented a former client | Professional employed by the Company |
| White & Case | A brother of a Jenner attorney is an attorney with White & Case | Professional employed by the Company |
| Wilmington Trust Co. | Affiliate of and former client on unrelated matters | Bank lender |