UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                         :

In re                           :       Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS, INC. *et al.*,  :       Case No. 08-13555 (JMP)

         Debtors.        :       (Jointly Administered)
                                           :

----------------------------------------------------------------------x     Ref. Docket No. 2561

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

        PAUL BELOBRITSKY, being duly sworn, deposes and says:

     1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

     2.     On January 16, 2009, I served the "NOTICE OF DEBTORS' MOTION FOR AN ORDER APPROVING CONSENSUAL ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS," dated January 16, 2009, to which was attached the "DEBTORS' MOTION FOR AN ORDER APPROVING CONSENSUAL ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS," dated January 16, 2009 [docket #2561], by causing true and correct copies to be:

     a)  delivered by email to those parties listed on the attached Exhibit "A",

     b)  delivered by facsimile to those parties listed on the attached Exhibit "B", and

     c)  enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the attached Exhibit "C".

     3.     All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            Paul Belobritsky

Sworn to before me this
19th day of January, 2009

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 11-22-2011

T:\Clients\LBH\Affidavits\Mtn for Assump of Derv Contracts 2561_ aff 01-16-09.doc

# Exhibit "A"

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bambacha@sec.gov
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com

bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bt@luckydognc.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
carter.hunter@arentfox.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com

dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dneier@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com

elobello@blankrome.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com

jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jg5786@att.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jketten@willkie.com
jkurtzman@klehr.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com

jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawrence.bass@hro.com
lberkoff@moritthock.com
lehman@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com

lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
metkin@lowenstein.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mitchell.epner@friedfrank.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
Nasreen.Bulos@dubaiic.com
nbannon@tishmanspeyer.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
omeca.nedd@lovells.com
owllady@hughes.net
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
prachmuth@reedsmith.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com

richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
Sara.Tapinekis@cliffordchance.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com

snewman@katskykorins.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
wheuer@dl.com
wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

Additional Parties
AEckstein@BlankRome.com
andrew.troop@cwt.com
arovira@sidley.com
barnold@whdlaw.com
carmen.lonstein@bakernet.com
craig.freeman@alston.com
dalowenthal@pbwt.com
ddiesing@whdlaw.com
Dellajo@duanemorris.com
diconzam@gtlaw.com
dmcgarry@whdlaw.com
dnolan@duffyandatkins.com
dpost@kramerlevin.com
etillinghast@sheppardmullin.com
ewilson@kelleydrye.com
hsteel@kelleydrye.com
ira.a.reid@bakernet.com
JJYeum@duanemorris.com
jsafer@lockelord.com
jwagner@kramerlevin.com
kit.weitnauer@alston.com
lattanasio@sidley.com
lharrison@curtis.com
LJKotler@duanemorris.com
lori.fife@weil.com
mark.broude@lw.com
mark.ledwin@wilsonelser.com
mark.lessard@pillsburylaw.com
mark.shinderman@mto.com
Martin.Eisenberg@thompsonhine.com
marty.bunin@alston.com
matthew.morris@lovells.com
MBusenkell@wcsr.com
nrosenbaum@mofo.com
payson.coleman@pillsburylaw.com
pgoodman@andrewskurth.com
pratelle@fwhtlaw.com
RCavaliere@BlankRome.com
rchristmas@nixonpeabody.com
rick.antonoff@pillsburylaw.com
robert.lemons@weil.com
rpedone@nixonpeabody.com
seth.goldman@mto.com
sreisman@curtis.com
tdriscoll@moritthock.com
top@chapman.com
william.hao@alston.com

## Company & Corresponding Email Addresses

### 1

1@1.com

### 53

amanda.crowley@53.com
amy.clayton@53.com
amy.denn@53.com
andrew.arton@53.com
andrew.diebold@53.com
andrew.strickland@53.com
angie.marlow@53.com
anthony.dagostino@53.com
anthony.roberts@53.com
badams@53.com
barbara.wylie@53.com
barry.smith@53.com
bernd.klink@53.com
biff.black@53.com
bob.bradley@53.com
bob.luckey@53.com
brenda.clem@53.com
brett.hofstrom@53.com
brian.bulger@53.com
brian.finley@53.com
bryan.batory@53.com
carlos.gutierrez@53.com
carol.svihl@53.com
chie.nicholson@53.com
chris.hagedorn@53.com
chris.marshall@53.com
chris.plageman@53.com
chuck.zubek@53.com
craig.reesey@53.com
dan.popowics@53.com
dan.statsick@53.com
dan.whitney@53.com
dave.withrow@53.com
david.byrns@53.com
david.fissel@53.com
david.hammerly@53.com
david.luebke@53.com
david.mannarino@53.com
david.mason@53.com
denise.rader@53.com
dennis.mullins@53.com
dino.lucarelli@53.com
doug.macleod@53.com
geoffrey.zeller@53.com
gev.nentin@53.com
greg.vogele@53.com
herbert.huesman@53.com
jason.schwartz@53.com
jeff.mcpeek@53.com
jeffrey.krumpelman@53.com
jennifer.trowbridge@53.com

## Company & Corresponding Email Addresses

jennifera.johnson@53.com
jeremy.scacco@53.com
jilla.thompson@53.com
jim.chartrand@53.com
joel.ashman@53.com
john.hancock@53.com
john.hoeting@53.com
john.marian@53.com
john.meyer@53.com
jon.fisher@53.com
kathleen.vogelsang@53.com
keith.behymer@53.com
ken.weddle@53.com
kevin.clements@53.com
laura.coffey@53.com
mahesh.sankaran@53.com
mark.demos@53.com
mark.fleming@53.com
mark.gargano@53.com
mark.graft@53.com
mark.laurent@53.com
mark.long@53.com
marty.hargrave@53.com
marvin.hartsfield@53.com
matt.mcallister@53.com
matthew.cannan@53.com
melissa.asfahl@53.com
michael.crinai@53.com
michael.gilmore@53.com
michael.hidbrader@53.com
michael.wayton@53.com
michaelj.martin@53.com
mirko.mikelic@53.com
mitchell.stapely@53.com
nancy.infelise@53.com
nancy.judy@53.com
nathan.bullock@53.com
nathan.steuber@53.com
neal.arnold@53.com
patty.younker@53.com
paul.cox@53.com
peter.kwiatkowski@53.com
richard.chin@53.com
ronald.trubisky@53.com
ross.hazlett@53.com
ryan.english@53.com
ryanj.haartman@53.com
sarah.quirk@53.com
scott.billeadeau@53.com
scott.brandt@53.com
scott.bucker@53.com
scott.mlynek@53.com
scott.richter@53.com
selwyn.crews@53.com

## Company & Corresponding Email Addresses

shari.kempf@53.com
stephen.johnson@53.com
steve.folker@53.com
steven.capouch@53.com
steven.thesing@53.com
sunil.reddy@53.com
tayfun.tuzun@53.com
terry.burns@53.com
tim.kerr@53.com
veronica.cobb@53.com
veronica.hairston@53.com
wendi.mcparland@53.com

**111**
111@111.com

**123**
123@123.com
testing@123.com

**888**
888@888.com

**1838**
dsugimoto@1838.com
emiller@1838.com
hvandenberg@1838.com
jdoyle@1838.com
jlisle@1838.com
jmoore@1838.com
mzercoe@1838.com
rholt@1838.com
rmcnavish@1838.com
srobbins@1838.com

**4086**
alison.mainord@4086.com
allen.tso@4086.com
brian.hamel@4086.com
brian.milligan@4086.com
bryan.higgins@4086.com
chad.landrum@4086.com
charles.liao@4086.com
craig.lehman@4086.com
david.polson@4086.com
dean.ramsamooj@4086.com
doug.fox@4086.com
edwin.ferrell@4086.com
eric.johnson@4086.com
james.klusmeier@4086.com
jason.riehle@4086.com
jay.small@4086.com
jeffrey.cicirelli@4086.com
jeffrey.hobbs@4086.com
jesse.horsfall@4086.com
john.nasser@4086.com
joseph.bargdill@4086.com
kathleen.thygesen@4086.com
keith.howard@4086.com

**Company & Corresponding Email Addresses**

kimberly.malik@4086.com
kristen.walker@4086.com
kurt.williams@4086.com
laura.spinosa@4086.com
mathew.anderson@4086.com
matt.hall@4086.com
michael.duncan@4086.com
michael.dunlop@4086.com
mike.konrad@4086.com
nael.wahaidi@4086.com
nick.detmer@4086.com
pangding.zhu@4086.com
patrick.hoehne@4086.com
richard.matas@4086.com
richard.xie@4086.com
robert.cook@4086.com
ryan.avrett@4086.com
ryan.jasper@4086.com
stewart.day@4086.com
tim.powell@4086.com
trey.harrison@4086.com
tyler.gentry@4086.com
vishal.mahajan@4086.com
willie.brown@4086.com
zackery.sizemore@4086.com

**95599**

zhangguoxing@95599.sh.cn

**apr**

oliver.beckmann@apr.unicreditgroup.eu

**sun**

a.chen@sun.com
andrea.williams@sun.com
brad.vollmer@sun.com
huijun.che@sun.com
matt.miller@sun.com
navneet.govil@sun.com
paul.ziots@sun.com
peter.bellia@sun.com
shanker.trivedi@corp.sun.com
siytangco@sun.com
umemoto@sun.com

**hauck-aufhaeuser**

harald.ruppelt@ hauck-aufhaeuser.de

**1stnatbank**

rares@1stnatbank.com

**1stsource**

bauerb@1stsource.com
bythrow@1stsource.com
giffordp@1stsource.com
jackson-j@1stsource.com
ribonib@1stsource.com
shive@1stsource.com
simont@1stsource.com

**1x2y3z**

## Company & Corresponding Email Addresses

123@1x2y3z.cot

**212ventures**
aguira@212ventures.com

**3bg**
d.baumgartner@3bg.at
d.krammer@3bg.at

**3com**
dette_lazo@3com.com
kristin_stokan@3com.com

**3suissesinternational**
plorthioir@3suissesinternational.fr

**6thaveinvest**
chris.phalen@6thaveinvest.com
christi.fletcher@6thaveinvest.com
david.logeman@6thaveinvest.com
david.toussaint@6thaveinvest.com
elaine.miller@6thaveinvest.com
james.schmank@6thaveinvest.com
laurissa.palmberg@6thaveinvest.com
mark.lamb@6thaveinvest.com
rich.king@6thaveinvest.com
sara.gragg@6thaveinvest.com
steve.bowser@6thaveinvest.com
suchitra.ram@6thaveinvest.com
therese.metcalf@6thaveinvest.com
troy.mcmaster@6thaveinvest.com

**720capital**
krista@720capital.com

**7bridgescap**
bruce.falbaum@7bridgescap.com
ian.johnston@7bridgescap.com
joy.belle@7bridgescap.com

**a**
n.a@n.a.com

**aa**
aa@aa.ss
ajdennis@aa.com
eric.briggle@aa.com
erin.sistrunk@aa.com
geraldine.lim@aa.com
kenji.hashimoto@aa.com
michael.schafer@aa.com
mike.fields@aa.com
patrick.sporl@aa.com
peter.warlick@aa.com
sarah.heatley@aa.com
sharon.chandler@aa.com

**aaa**
222@aaa.com
aaaa@aaa.com
tcruise@aaa.com

**aaamichigan**
dasarafian@aaamichigan.com
rcsaranen@aaamichigan.com

**Company & Corresponding Email Addresses**

rdselvey@aaamichigan.com

**aaa-net**
christian_gresch@aaa-net.com
daniel.vock@aaa-net.com
philip_hjelmer@aaa-net.com
rene.kluser@aaa-net.com
rolf_angehrn@aaa-net.com

**aaib**
habdalla@aaib.com

**aaibank**
araouf@aaibank.com

**aal**
glen_vanic@aal.org
jerry_scheel@aal.org
joel_johnson@aal.org
john_fruit@aal.org
john_grelsch@aal.org

**aam**
adrian.zbinden@aam.ch
aleksandra.prondzinsky@aam.de
andreas.giger@aam.ch
beat.diggelmann@aam.ch
benedikt.henne@aam.de
brigitte.denzel@aam.de
carina.zimmerman@aam.de
christian-wolf_schaefer@aam.de
claude_alain.berard@aam.ch
claudia-kristin.fortmann@aam.de
daniel.knuchel@aam.ch
ernst.lust@aam.de
gabriele.lauerer@aam.de
hans-fredo.list@aam.de
helmut.osterauer@aam.de
helmut.wenninger@aam.de
helmut.wimmer@aam.de
ilka.heckenmueller@aam.de
jean-claude.wolferstatter@aam.de
josef.helmes@aam.de
klaus.konrad@aam.de
markus.bill@aam.ch
martin.wuermli@aam.ch
matthias.geissbuehler@aam.ch
maxence-louis.mormede@aam.de
maximilian.zimmerer@aam.de
michael.seedorff@aam.de
norbert.faget@aam.de
pascal.hildbrand@aam.ch
rainer.duffner@aam.de
ralf.schiller@aam.de
richard.winkler@aam.ch
roland.bart@aam.ch
tatjana.schmied-woerle@aam.de
thierry.boutin@aam.de
thomas.guetle@aam.de

## Company & Corresponding Email Addresses

thomas.heinrich@aam.de
torsten.reich@aam.de
ursula.denzel@aam.de
werner.blank@aam.de
werner.huber@aam.ch
yoshiko.saba@aam.de

### aamcompany

aaron.diefenthaler@aamcompany.com
bob.bennett@aamcompany.com
cpriebe@aamcompany.com
dan.byrnes@aamcompany.com
dogdon@aamcompany.com
ehenderson@aamcompany.com
greg.bell@aamcompany.com
hmccaffrey@aamcompany.com
hstarrett@aamcompany.com
jason.mcrae@aamcompany.com
jbonomo@aamcompany.com
jenny.campuzano@aamcompany.com
joel.cramer@aamcompany.com
john.mcelravey@aamcompany.com
jschaefer@aamcompany.com
jtay@aamcompany.com
kadams@aamcompany.com
ktracey@aamcompany.com
lladewski@aamcompany.com
lori.waite@aamcompany.com
mbravo@aamcompany.com
michael.ashley@aamcompany.com
michael.mclaughlin@aamcompany.com
mohammed.ahmed@aamcompany.com
mquinn@aamcompany.com
mshelstad@aamcompany.com
pat.mcgeever@aamcompany.com
rnuttall@aamcompany.com
robert.salzman@aamcompany.com
sedwards@aamcompany.com
stewart.foley@aamcompany.com
tkurisu@aamcompany.com
tom.carroll@aamcompany.com
tyra.lydon@aamcompany.com

### aareal-bank

albert.overbeck@aareal-bank.com
annette.keil@aareal-bank.com
bach.bernd@aareal-bank.com
dermot.hardy@aareal-bank.com
fexil.mellinger@aareal-bank.com
jonathan.arthurs@aareal-bank.com
jutta.friedrich@aareal-bank.com
marin.amrhein@aareal-bank.com
michael.hamp@aareal-bank.com
michael.schrimpf@aareal-bank.com
michaela.lorenz@aareal-bank.com
mohan.menon@aareal-bank.com

## Company & Corresponding Email Addresses

nastaran.samiee@aareal-bank.com
oliver.herzog@aareal-bank.com
pani.gunawardene@aareal-bank.com
patrick.trouet@aareal-bank.com
peter.schott@aareal-bank.com
ralf.dallendoerfer@aareal-bank.com
stanley.mathew@aareal-bank.com
stefan.gundlach@aareal-bank.com
tammo.diemer@aareal-bank.com
tanja.stephan@aareal-bank.com
thomas.zwilling@aareal-bank.com
tim.schmelzer@aareal-bank.com
tobias.engel@aareal-bank.com

### aareal-capital
jwong@aareal-capital.com

### abacuscapitalfund
jc@abacuscapitalfund.com

### abank
barbaros.ozuyilmaz@abank.com.tr
murat.ozer@abank.com.tr
omer.gencal@abank.com.tr
sevgi.aytekin@abank.com.tr

### a-bank
ab1700@a-bank.co.jp
ab1947@a-bank.co.jp
ab2186@a-bank.co.jp

### abasesores
jpadilla@abasesores.es

### abb
alex.hall@ch.abb.com
alexis.owtscharov@ch.abb.com
andre.ersoy@ch.abb.com
ann.falken@se.abb.com
ann.larsson@ch.abb.com
ann-sofie.joensson@ch.abb.com
christer.x.eriksson@se.abb.com
christoph.avenarius@ch.abb.com
constantinos.tsolakas@ch.abb.com
daniel.dubach@ch.abb.com
daniel.hagmann@us.abb.com
even.bakke@ch.abb.com
henry.withinshaw@gb.abb.com
ian.keller@ch.abb.com
jan.westring@se.abb.com
joerg.hotz@ch.abb.com
johan.gunnarson@se.abb.com
john.krum@ch.abb.com
kaj.kvaavik@se.abb.com
kiran.dave@ch.abb.com
lorraine.schneider@ch.abb.com
marco.caderas@ch.abb.com
mario.stefania@ch.abb.com
markus.metzger@ch.abb.com
michael.johansson@se.abb.com

**Company & Corresponding Email Addresses**

michel.gerber@ch.abb.com
mikael.karrsten@se.abb.com
nicole.seiler@ch.abb.com
nrupesh.mastakar@ch.abb.com
olivier.mathys@ch.abb.com
pawel.skala@ch.abb.com
philippe.agiman@ch.abb.com
robert.dufour@us.abb.com
thomas.krum@ch.abb.com

**abbey**

antonio.osorio@abbey.com
jhennessy@abbey.com
jonny.gordon@abbey.com
kevin.dorey@abbey.com
michael.odonnell@abbey.com
milen.mateev@abbey.com
mitchell.humphreys@abbey.com
rob.reid@abbey.com
roger.neath@abbey.com
ronny.maiti@abbey.comuk
sam.ingham@abbey.com
steve.moir@abbey.com

**abbeylife**

john.burgum@abbeylife.co.uk
matthew.robertson@abbeylife.com

**abbeynational**

barry.naisbitt@abbeynational.co.uk
john.reynolds@abbeynational.co.uk
rohith.chandra-rajan@abbeynational.co.uk

**abbott**

dan.potratz@abbott.com
natalie.szczerbak@abbott.com
randy.selgrad@abbott.com
robert.reiser@abbott.com
tina.ventura@abbott.com

**abc**

abc@abc.com

**ab-capital**

philip@ab-capital.com

**abc-arbitrage**

d.hoey@abc-arbitrage.com
j.delaire@abc-arbitrage.com
x.chauderlot@abc-arbitrage.fr
x.gille@abc-arbitrage.com

**abcchina**

luyizhou@abcchina.com

**abchina**

chanowec@abchina.com.hk
fubingtao@abchina.com
funglail@abchina.com.hk
fupengyu@abchina.com
jiyanmin@abchina.com
kwokantc@abchina.com
kwokantc@abchina.com.hk

## Company & Corresponding Email Addresses

lamkook@abchina.com.hk
leedavid@abchina.com.hk
lilinn@abchina.com
limingg@abchina.com
luoxiaojinghan@abchina.com
mengyun@abchina.com
nganricl@abchina.com.hk
shining@abchina.com
smy@abchina.com.sg
tanshus@abchina.com.hk
wangxia@abchina.com
wongkak@abchina.com.hk
wuquoqiang@abchina.com
xiaojun@abchina.com.sg
yuxiaochen@abchina.com
zhangyun@abchina.com
zhouqianjbcq@abchina.com
zhubing@abchina.com

**abcnyoffice**
frankcao@abcnyoffice.com

**abcsz**
cindyzy@abcsz.com.cn

**aberdeen**
tony.oregan@aberdeen.com.au

**aberdeen-asseet**
caroline.espinal@aberdeen-asseet.com

**aberdeenasset**
michael.degernes@aberdeenasset.com

**aberdeen-asset**
adam.hartley@aberdeen-asset.com
adithep.vanabriksha@aberdeen-asset.com.sg
adrienne.cryle@aberdeen-asset.com
alan.cockburn@aberdeen-asset.com
alex.calder@aberdeen-asset.com
alex.ross@aberdeen-asset.com
ali.bakar@aberdeen-asset.com
alistair.watson@aberdeen-asset.com
allen.ang@aberdeen-asset.com
alton.gwee@aberdeen-asset.com
amardeep.nahal@aberdeen-asset.com
ambrose.tan@aberdeen-asset.com
andrew.gillan@aberdeen-asset.com
andrew.norris@aberdeen-asset.com
andrew.preston@aberdeen-asset.com
andrew.stanners@aberdeen-asset.com
andrew.woo@aberdeen-asset.com
angus.kerr@aberdeen-asset.com
anna.rounsefell@aberdeen-asset.com
annette.fraser@aberdeen-asset.com
anthony.fletcher@aberdeen-asset.com
anthony.michael@aberdeen-asset.com
april.fraser@aberdeen-asset.com
arash.pezeshkpour@aberdeen-asset.com
barry.cohen@aberdeen-asset.com

**Company & Corresponding Email Addresses**

ben.ritchie@aberdeen-asset.com
bertie.thomson@aberdeen-asset.com
bharat.joshi@aberdeen-asset.com
bill.bovingdon@aberdeen-asset.com
bill.greehalgh@aberdeen-asset.com
bradley.hounsom@aberdeen-asset.com
bradshaw.crombie@aberdeen-asset.com
brett.diment@aberdeen-asset.com
brian.marshall@aberdeen-asset.com
carmen.chang@aberdeen-asset.com
caroline.hayes@aberdeen-asset.com
charles.luke@aberdeen-asset.com
charles.tan@aberdeen-asset.com
chris.chapman@aberdeen-asset.com
chris.langford@aberdeen-asset.com
christopher.gagnier@aberdeen-asset.com
christopher.wong@aberdeen-asset.com
chua.chee-keong@aberdeen-asset.com
claire.wooldridge@aberdeen-asset.com
clare.denholm@aberdeen-asset.com
colin.crosby@aberdeen-asset.com
colm.mcdonagh@aberdeen-asset.com
craig.mcconnell@aberdeen-asset.com
curt.starer@aberdeen-asset.com
daniel.gilley@aberdeen-asset.com
daniel.lim@aberdeen-asset.com
daniel.taylor@aberdeen-asset.com
david.binnie@aberdeen-asset.com
david.boyle@aberdeen-asset.com
david.briggs@aberdeen-asset.com
david.brighouse@aberdeen-asset.com
david.lai@aberdeen-asset.com
david.michael@aberdeen-asset.com
david.mullock@aberdeen-asset.com
david.simmons@aberdeen-asset.com
david.todd@aberdeen-asset.com
david.watt@aberdeen-asset.com
david.yates@aberdeen-asset.com
deborah.gillam@aberdeen-asset.com
derek.fulton@aberdeen-asset.com
derek.mccole@aberdeen-asset.com
devan.kaloo@aberdeen-asset.com
dominic.delaforce@aberdeen-asset.com
donald.amstad@aberdeen-asset.com
doug.thomson@aberdeen-asset.com
dqm@aberdeen-asset.com
duncan.hayban@aberdeen-asset.com
edward.conroy@aberdeen-asset.com
edwin.gutierrez@aberdeen-asset.com
emdebt@aberdeen-asset.com
esther.chan@aberdeen-asset.com
euan.borland@aberdeen-asset.com
ewa.nicholls@aberdeen-asset.com
fabrice.connin@aberdeen-asset.com

**Company & Corresponding Email Addresses**

finoa.tidswell@aberdeen-asset.com
flavia.cheong@aberdeen-asset.com
gareth.nicholson@aberdeen-asset.com
gary.lequesne@aberdeen-asset.com
gavin.goodhand@aberdeen-asset.com
geoff.burton@aberdeen-asset.com
geoffrey.trzepacz@aberdeen-asset.com
gillian.henderson@aberdeen-asset.com
graeme.arnold@aberdeen-asset.com
graeme.sharp@aberdeen-asset.com
hannah.winterhalder@aberdeen-asset.com
harry.melandri@aberdeen-asset.com
hayden.richmond@aberdeen-asset.com
hugh.young@aberdeen-asset.com
humaira.sanders@aberdeen-asset.com
humaira.sheikh@aberdeen-asset.com
ian.winship@aberdeen-asset.com
investment_team@aberdeen-asset.com
jack.fan@aberdeen-asset.com
james.athey@aberdeen-asset.com
james.gegg@aberdeen-asset.com
james.laing@aberdeen-asset.com
james.thompson@aberdeen-asset.com
james.thorneley@aberdeen-asset.com
james.wilson@aberdeen-asset.com
jamie.cumming@aberdeen-asset.com
jamie.day@aberdeen-asset.com
jane.shakespeare@aberdeen-asset.com
jeremy.mercer@aberdeen-asset.com
jeremy.whitley@aberdeen-asset.com
joanne.irvine@aberdeen-asset.com
joel.karsch@aberdeen-asset.com
john.a.murphy@aberdeen-asset.com
john.bocchino@aberdeen-asset.com
john.boyle@aberdeen-asset.com
john.conlon@aberdeen-asset.com
john.dolder@aberdeen-asset.com
john.plumpton@aberdeen-asset.com
john.zembsch@aberdeen-asset.com
jonathan.allison@aberdeen-asset.com
jonathan.cocks@aberdeen-asset.com
joseph.mcfadden@aberdeen-asset.com
judy.mathieson@aberdeen-asset.com
justin.tan@aberdeen-asset.com
kasarin.chakkaphak@aberdeen-asset.com.sg
kathy.xu@aberdeen-asset.com
keith.patton@aberdeen-asset.com
ken.brown@aberdeen-asset.com
kenneth.akintewe@aberdeen-asset.com
kerry.ireland@aberdeen-asset.com
kevin.daly@aberdeen-asset.com
kevin.magda@aberdeen-asset.com
kristy.fong@aberdeen-asset.com
kwok.chern-yeh@aberdeen-asset.com

**Company & Corresponding Email Addresses**

kyvan.tang@aberdeen-asset.com
larry.dunne@aberdeen-asset.com
lauren.flett@aberdeen-asset.com
lee.dobinson@aberdeen-asset.com
lei.keng@aberdeen-asset.com
leonardo.dacosta@aberdeen-asset.com
lesya.paisley@aberdeen-asset.com
lisa.maclachlan@aberdeen-asset.com
lorraine.dyer@aberdeen-asset.com
louw.mattheus@aberdeen-asset.com
luis.lopez@aberdeen-asset.com
mamoon.hussain@aberdeen-asset.com
mandy.pike@aberdeen-asset.com
marcus.watzlaff@aberdeen-asset.com
maria.papathanasiou@aberdeen-asset.com.au
mark.butler@aberdeen-asset.com
mark.gordon-james@aberdeen-asset.com
mark.khoo@aberdeen-asset.com
mark.murray@aberdeen-asset.com
mark.wilson@aberdeen-asset.com
martin.connaghan@aberdeen-asset.com
martin.gilbert@aberdeen-asset.com
martin.turnbull@aberdeen-asset.com
masaru.ogawa@aberdeen-asset.com
matt.eva@aberdeen-asset.com
matthew.cobon@aberdeen-asset.com
matthew.lynes@aberdeen-asset.com
matthew.peters@aberdeen-asset.com
maureen.webb@aberdeen-asset.com
max.wolman@aberdeen-asset.com
michael.degernes@aberdeen-asset.com
michael.hall@aberdeen-asset.com
michael.pike@aberdeen-asset.com
michael.siviter@aberdeen-asset.com
michael.warren@aberdeen-asset.com
michael.wilcox@aberdeen-asset.com
michelle.calcutt@aberdeen-asset.com
mikko.ala-ilomaki@aberdeen-asset.com
monica.langa@aberdeen-asset.com
munib.madni@aberdeen-asset.com.au
natalie.tam@aberdeen-asset.com
natalie.winter@aberdeen-asset.com
nate.rupp@aberdeen-asset.com
neil.horner@aberdeen-asset.com
neil.steedman@aberdeen-asset.com
neil.williamson@aberdeen-asset.com
niall.smith@aberdeen-asset.com
nicholas.hornsby@aberdeen-asset.com
nicholas.yeo@aberdeen-asset.com
nick.bishop@aberdeen-asset.com
nick.coombes@aberdeen-asset.com
nick.laxton@aberdeen-asset.com
nicola.mckenzie@aberdeen-asset.com
nicola.wimpory@aberdeen-asset.com

**Company & Corresponding Email Addresses**

nik.hart@aberdeen-asset.com
nima.tayebi@aberdeen-asset.com
nurain.mussani@aberdeen-asset.com
pascal.masse@aberdeen-asset.com.sg
patrick.o'donnell@aberdeen-asset.com
paul.magura@aberdeen-asset.com
paul.reed@aberdeen-asset.com
peter.becker@aberdeen-asset.com
peter.birnie@aberdeen-asset.com
peter.elston@aberdeen-asset.com
peter.hames@aberdeen-asset.com
peter.matovu@aberdeen-asset.com
peter.scottgraham@aberdeen-asset.com
phil.webster@aberdeen-asset.com
philip.payne@aberdeen-asset.com
pruksa.iamthongthong@aberdeen-asset.com
rahul.kalia@aberdeen-asset.com
ray.elston@aberdeen-asset.com
rebecca.morris@aberdeen-asset.com
rich.smith@aberdeen-asset.com
richard.dyson@aberdeen-asset.com
richard.spalton@aberdeen-asset.com
rita.mcavoy@aberdeen-asset.com
robert.guzman@aberdeen-asset.com
robert.minter@aberdeen-asset.com
robert.penaloza@aberdeen-asset.com
rod.davidson@aberdeen-asset.com
roger.curtis@aberdeen-asset.com
romney.fox@aberdeen-asset.com
rosie.mcmellin@aberdeen-asset.com
ross.martin@aberdeen-asset.com
ross.watson@aberdeen-asset.com
roy.budge@aberdeen-asset.com
russell.clements@aberdeen-asset.com
samuel.etheridge@aberdeen-asset.com
sarah.shand@aberdeen-asset.com
sarita.bajaj@aberdeen-asset.com
scott.bennett@aberdeen-asset.com
sharon.watson@aberdeen-asset.com
sheena.yellop@aberdeen-asset.com
shelly.moledina@aberdeen-asset.com
sheryl.harrison@aberdeen-asset.com
simon.bell@aberdeen-asset.com
simon.hancock@aberdeen-asset.com
simon.kirton@aberdeen-asset.com
simon.melville@aberdeen-asset.com
stacey.seah@aberdeen-asset.com
stefan.martin@aberdeen-asset.com
stella.panu@aberdeen-asset.com
stephen.docherty@aberdeen-asset.com
stephen.hobbis@aberdeen-asset.com
stephen.morris@aberdeen-asset.com
steve.robinson@aberdeen-asset.com.au
steven.frech@aberdeen-asset.com

**Company & Corresponding Email Addresses**

steven.kaye@aberdeen-asset.com
stewart.methven@aberdeen-asset.com
stuart.campbell@aberdeen-asset.com
stuart.gray@aberdeen-asset.com
stuart.james@aberdeen-asset.com.au
stuart.marshall@aberdeen-asset.com
stuart.overend@aberdeen-asset.com
susan.brewster@aberdeen-asset.com
tan.chew-may@aberdeen-asset.com
technology.research@aberdeen-asset.com
ted.leschke@aberdeen-asset.com.au
tessa.mondesir@aberdeen-asset.com
tessa.thostrup@aberdeen-asset.com
tha.sisopha@aberdeen-asset.com
thomas.flaherty@aberdeen-asset.com
thu-ha.chow@aberdeen-asset.com
tom.hooper@aberdeen-asset.com
tom.huelin@aberdeen-asset.com
tony.dickin@aberdeen-asset.com
tracey.johnstone@aberdeen-asset.com
tracy.reed@aberdeen-asset.com
trade.queries@aberdeen-asset.com
trevor.chown@aberdeen-asset.com
uk.research@aberdeen-asset.com
usresearch@aberdeen-asset.com
victoria.brown@aberdeen-asset.com
victoria.winckle@aberdeen-asset.com
warren.bates@aberdeen-asset.com
wendy.priest@aberdeen-asset.com
winnie.man@aberdeen-asset.com
wolfgang.kuhn@aberdeen-asset.com
yoojeong.oh@aberdeen-asset.com
yoon-chou.chong@aberdeen-asset.com.sg
yueh.ee-leen@aberdeen-asset.com
yusof.shahreza@aberdeen-asset.com

**aberdeen-asst**
graeme.sinclair@aberdeen-asst.com

**aberdeenpropertyinvestors**
joel.cann@aberdeenpropertyinvestors.com

**abfoods**
michael.winterburn@abfoods.com

**abgsc**
arne.sunde@abgsc.no
eyvind.width@abgsc.no
jens.sefland@abgsc.no
knut.steen@abgsc.no
odd.gjerdsjo@abgsc.no
ole.rustad@abgsc.no
ove.lange@abgsc.no
tor.nygaard@abgsc.no

**abimltd**
barnett@abimltd.com
bgraney@abimltd.com
dhiotis@abimltd.com

## Company & Corresponding Email Addresses

egordon@abimltd.com
jquingert@abimltd.com
mbrown@abimltd.com

### abnambro

gerben.jorritsma@nl.abnambro.com

### abnamro

adi.sorber@nl.abnamro.com
adrian.mollison@uk.abnamro.com
alan.barry@nl.abnamro.com
alan.bridges@uk.abnamro.com
alan.telford@abnamro.com
alec.anderson@uk.abnamro.com
alex.dacosta@uk.abnamro.com
alex.khosrowpour@uk.abnamro.com
alexander.luehr@ch.abnamro.com
alexandre.santos@nl.abnamro.com
amanda.pearson@au.abnamro.com
amy.walkington@abnamro.com
andre.smits@lu.abnamro.com
andrew.a.king@uk.abnamro.com
andrew.fleming@gb.abnamro.com
andrew.king@au.abnamro.com
andy.booth@uk.abnamro.com
aneesh.menon@ae.abnamro.com
anton.wouters@nl.abnamro.com
antonio.perez@ch.abnamro.com
arjan.palthe@nl.abnamro.com
arjen.dibbets@nl.abnamro.com
arjen.pasma@nl.abnamro.com
arjen.prinsen@nl.abnamro.com
arjen.soederhuizen@nl.abnamro.com
arjen.vanderlinden@abnamro.com
arjo.blok@nl.abnamro.com
armand.creemers@be.abnamro.com
arnold.van.os@nl.abnamro.com
astrid.smit@nl.abnamro.com
aymeric.forest@uk.abnamro.com
azela.alfonso@nl.abnamro.com
bas.iserief@abnamro.com
beat.haller@ch.abnamro.com
ben.callan@uk.abnamro.com
bernard.janssen@nl.abnamro.com
bert.oldenkamp@nl.abnamro.com
bert.schouws@nl.abnamro.com
bert.van.den.berg@nl.abnamro.com
bert-jan.de.ruiter@uk.abnamro.com
bertus.franssens@nl.abnamro.com
boris.broeders@nl.abnamro.com
brad.wheatland@hk.abnamro.com
bruce.graham@uk.abnamro.com
bruce.lohman@abnamro.com
bruno.de.scorbiac@fr.abnamro.com
can.kumru@nl.abnamro.com
carmelina.carluzzo@it.abnamro.com

**Company & Corresponding Email Addresses**

carsten.nerge@de.abnamro.com
catherine.a.lewis@uk.abnamro.com
cecile.roze@nl.abnamro.com
charles.longden@abnamro.com
charles.ullerich@abnamro.com
chris.brils@uk.abnamro.com
chris.elias@uk.abnamro.com
chris.sinclair@lu.abnamro.com
christine.mcgoey@uk.abnamro.com
clayton.trible@abnamro.com
coleen.north@abnamro.com
colin.gallagher@uk.abnamro.com
cor.brinkers@be.abnamro.com
daan.potjer@uk.abnamro.com
daniel.bley@abnamro.com
daniel.hemmant@uk.abnamro.com
daniel.james@uk.abnamro.com
daniel.roelfsema@nl.abnamro.com
daniel.strumphler@abnamro.com
daniela.meier@uk.abnamro.com
daniele.lombardo@ch.abnamro.com
daphne.chan@sg.abnamro.com
darren.ripton@uk.abnamro.com
david.catherall@uk.abnamro.com
david.kiddie@bg.abnamro.com
david.morrow@uk.abnamro.com
david.sullivan@uk.abnamro.com
davide.garulli@it.abnamro.com
dean.neamos@abnamro.com
derek.ramage@lu.abnamro.com
didier.duret@ch.abnamro.com
diederik.kolfschoten@nl.abnamro.com
donggeng.gong@abnamro.com
edward.niehoff@nl.abnamro.com
edwin.simon@nl.abnamro.com
eileen.mcguire@abnamro.com
elio.fattorini@nl.abnamro.com
elizabeth.imrie@uk.abnamro.com
emmanuel.vergeynst@lu.abnamro.com
eriko.okamota@jp.abnamro.com
erin.palmer@abnamro.com
erwin.faas@nl.abnamro.com
fei.chen@nl.abnamro.com
fernando.losada@abnamro.com
fokke.de.vries@nl.abnamro.com
frank-karel.snepvangers@uk.abnamro.com
frans.bedaux@nl.abnamro.com
fred.weenig@nl.abnamro.com
friso.rengers@nl.abnamro.com
gary.smith@uk.abnamro.com
gary.southgate@uk.abnamro.com
george.turner@uk.abnamro.com
ger.leijs@nl.abnamro.com
geraldien.leegwater@nl.abnamro.com

## Company & Corresponding Email Addresses

gerard.langerhorst@nl.abnamro.com
gerard.peters@nl.abnamro.com
gerco.goote@nl.abnamro.com
gerrit.jan.ten.doesschate@nl.abnamro.com
gerrit.schuurman@nl.abnamro.com
gertjan.nijhuis@nl.abnamro.com
giles.fitpatrick@uk.abnamro.com
govert.eijsvoogel@nl.abnamro.com
grace.kanzaki@abnamro.com
greg.guthrie@uk.abnamro.com
guy.lutz@ch.abnamro.com
habib.ferchichi@ch.abnamro.com
han.de.jong@nl.abnamro.com
han.mesters@nl.abnamro.com
hans.oostindien@nl.abnamro.com
hatem.jerad@ae.abnamro.com
heinz.giger@ch.abnamro.com
herman.barten@nl.abnamro.com
howard.burdett@uk.abnamro.com
hp.van.asselt@abnamro.com
hugh.scott-barrett@abnamro.com
hugo.westerink@nl.abnamro.com
ian.duckworth@uk.abnamro.com
ingmar.kaptein@nl.abnamro.com
isabelle.mayor@ch.abnamro.com
ivo.klein@nl.abnamro.com
jaap.veerman@nl.abnamro.com
jack.kelly@uk.abnamro.com
jacques.de.marnix@fr.abnamro.com
james.hughes@uk.abnamro.com
james.wagenhofer@abnamro.com
jan.harmsen@uk.abnamro.com
jan.lamme@nl.abnamro.com
jason.ng@abnamro.com
jason.walsh@abnamro.com
jean.paul.van.straalen@nl.abnamro.com
jean-marie.schmit@lu.abnamro.com
jeff.brown@uk.abnamro.com
jeff.micallef@lu.abnamro.com
jeffrey.fina@abnamro.com
jeremy.tisdall@uk.abnamro.com
jeroen.harderwijk@nl.abnamro.com
jochem.in.t.velt@nl.abnamro.com
john.chozen@abnamro.com
john.galakis@nl.abnamro.com
john.oakes@abnamro.com
john.townley@uk.abnamro.com
jon.cunliffe@uk.abnamro.com
jon.t.ender@abnamro.com
joost.bergsma@uk.abnamro.com
joost.strickx@lu.abnamro.com
joris.tolenaar@nl.abnamro.com
joseph.van.den.heuvel@nl.abnamro.com
kaj.martensen@nl.abnamro.com

**Company & Corresponding Email Addresses**

kapui.cheung@uk.abnamro.com
karen.gillham@uk.abnamro.com
karl.guha@nl.abnamro.com
kazuya.ohmura@nl.abnamro.com
kees.van.den.berg@nl.abnamro.nl
kellie.lacey@uk.abnamro.com
kenneth.leighton@abnamro.com
kevin.n.smith@uk.abnamro.com
khing-an.liem@nl.abnamro.com
kim.suchy@abnamro.com
kirsi.hirvonen@nl.abnamro.com
kurt.baur@uk.abnamro.com
lachlan.cooper@hk.abnamro.com
lance.hill@uk.abnamro.com
laurence.hennico@lu.abnamro.com
laurence.lefebure@fr.abnamro.com
leigh.gordon@abnamro.com
lidy.knigge@nl.abnamro.com
loes.pals@nl.abnamro.com
lorenzo.moruzzi@uk.abnamro.com
lorna.matheson@nl.abnamro.com
louise.bulley@uk.abnamro.com
lucien.carton@nl.abnamro.com
luigi.leo@nl.abnamro.com
luiz.f.felix@nl.abnamro.com
maarten.roest@nl.abnamro.com
malcolm.david.smith@uk.abnamro.com
mami.tazaki@jp.abnamro.com
marc.borghans@abnamro.com
marc.breij@nl.abnamro.com
marcel.dubbeld@nl.abnamro.com
marcel.husmann@nl.abnamro.com
marcos.nogues@abnamro.com
margaret.tan@nl.abnamro.com
maria.coello.de.llobet@nl.abnamro.com
maria.fregosi@abnamro.com
marja.kooistra@lu.abnamro.com
mark.carton@uk.abnamro.com
mark.olson@uk.abnamro.com
mark.p.sheppard@au.abnamro.com
martein.osch@nl.abnamro.com
martin.caramians@au.abnamro.com
mary.ras@abnamro.com
mathias.hultgren@uk.abnamro.com
matthew.auxier@abnamro.com
matthew.grange@uk.abnamro.com
melanie.splain@abnamro.com
menno.sloterdijk@nl.abnamro.com
mesut.ellialtioglu@tr.abnamro.com
michael.gasparac@abnamro.com
michael.gordon@au.abnamro.com
michael.victoros@uk.abnamro.com
michel.gely@ch.abnamro.com
michiel.lodewijk@nl.abnamro.com

## Company & Corresponding Email Addresses

mika.nishimura@abnamro.com
morris.disston@ae.abnamro.com
nancy.droppelman@abnamro.com
nanda.weeber@nl.abnamro.com
nathalie.demirdjian@fr.abnamro.com
nick.cannon@uk.abnamro.com
nick.murphy@nl.abnamro.com
nicole.seed@uk.abnamro.com
nigel.clarke@uk.abnamro.com
nils.lorenzen@abnamro.com
nippi.kochhar@ch.abnamro.com
nitin.phase@abnamro.com
oscar.volder@jp.abnamro.com
oskar.volder@nl.abnamro.com
paolo.braghieri@it.abnamro.com
paolo.danna@uk.abnamro.com
patrick.ohara@abnamro.com
paul.abberley@uk.abnamro.com
paul.groenewoud@nl.abnamro.com
paul.stilwell@uk.abnamro.com
paul.wojtyla@abnamro.com
pauline.marshall-lee@uk.abnamro.com
penelope.wordsworth@uk.abnamro.com
peter.berg@nl.abnamro.com
peter.cole@uk.abnamro.com
peter.van.apeldoorn@nl.abnamro.com
peter.van.dashorst@nl.abnamro.com
phillip.miller@abnamro.com
piero.pinto@ch.abnamro.com
pierre.lequeux@uk.abnamro.com
pieter.maarten.mann@nl.abnamro.com
pim.van.mourik.broekman@nl.abnamro.com
r.duncan@uk.abnamro.com
ragheed.moghrabi@ae.abnamro.com
ralph.axford@uk.abnamro.com
raphael.kassin@uk.abnamro.com
ray.bell@uk.abnamro.com
rayna.butler@uk.abnamro.com
reine.gunnarsson@uk.abnamro.com
richard.goddard@it.abnamro.com
richard.murphy@ch.abnamro.com
rishma.moennasing@nl.abnamro.com
rob.van.de.wijngaert@nl.abnamro.com
robert.mann@abnamro.com
robert.napoli@abnamro.com
robert.timmers@lu.abnamro.com
robert.walker@abnamro.com
robert.willemsen@nl.abnamro.com
robin.savchuk@nl.abnamro.com
roel.barnhoorn@ch.abnamro.com
roger.groebli@sg.abnamro.com
rolf.smit@nl.abnamro.com
ronald.van.loon@uk.abnamro.com
rory.mason@uk.abnamro.com

**Company & Corresponding Email Addresses**

roy.smale@nl.abnamro.com
saaish.sukumaran@ae.abnamro.com
san.lie@nl.abnamro.com
sander.boelen@nl.abnamro.com
sandra.tordin@ch.abnamro.com
sarah.russell@nl.abnamro.com
sascha.wullschleger@abnamro.com
saurabh.singh@uk.abnamro.com
scott.a.moore@abnamro.com
scott.newhall@abnamro.com
shabbir.rashid@nl.abnamro.com
shweta.ahluwalia@uk.abnamro.com
simon.ballard@uk.abnamro.com
simon.blundell@uk.abnamro.com
simon.forster@uk.abnamro.com
simon.meijlink@nl.abnamro.com
simon.newman@uk.abnamro.com
siukee.chan@nl.abnamro.com
sonia.bendt@nl.abnamro.com
specialsituations@uk.abnamro.com
stacey.gray@abnamro.com
stephane.buricod@ch.abnamro.com
stephane.gutbub@fr.abnamro.com
steven.dryborough@nl.abnamro.com
steven.sherman@abnamro.com
steven.winpenny@abnamro.com
stewart.fleming@abnamro.com
stewart.meijer@abnamro.com
stratos.nikolakakis@nl.abnamro.com
swee.leong@uk.abnamro.com
sylvio.de.castro@nl.abnamro.com
tanneke.lyppens@nl.abnamro.com
theo.de.kort@nl.abnamro.com
therese.collins@lu.abnamro.com
thomas.dolan@abnamro.com
thomas.vorlaufer@nl.abnamro.com
thomas.winkler@abnamro.com
tim.ball@abnamro.com
tim.olijerhoek@nl.abnamro.com
timothy.stoll@abnamro.com
tjemme.van.der.meer@nl.abnamro.com
toby.rackliff@uk.abnamro.com
tom.holland@abnamro.com
tristan.hockin@uk.abnamro.com
valentin.schmid@nl.abnamro.com
vincent.mooijer@nl.abnamro.com
walden.thompkins@uk.abnamro.com
walid.majdalani@nl.abnamro.com
wietze.reehoorn@nl.abnamro.com
wilfred.bakker@nl.abnamro.com
william.higgins@uk.abnamro.com
william.mcandrews@abnamro.com
wouter.van.der.veen@nl.abnamro.com
yoko.katai@abnamro.com

## Company & Corresponding Email Addresses

**abnamrocapital**
diederik.van.rappard@abnamrocapital.com

**abnamromellon**
ed.burmester@abnamromellon.com
kunj.shah@abnamromellon.com
mark.gjertsen@abnamromellon.com
oliver.wootton@abnamromellon.com
paul.faulkner@abnamromellon.com
ross.bayley@abnamromellon.com

**abnamroprime**
smccullagh@abnamroprime.com

**abnamrousa**
alek.gasiel@abnamrousa.com
chris.mika@abnamrousa.com
eric.nilles@abnamrousa.com
fred.engimann@abnamrousa.com
peter.fasone@abnamrousa.com
shaker_sundaram@abnamrousa.com
steve.smart@abnamrousa.com

**abnanro**
roberto.lemple@abnanro.com

**aboc**
mkarnes@aboc.com

**abocn**
zh.chenhy@intl.abocn.com
zh.chugq@intl.abocn.com
zh.guishan@intl.abocn.com
zh.lirsh@intl.abocn.com
zh.makai@intl.abocn.com
zh.wanghy@intl.abocn.com
zh.yanch@intl.abocn.com
zh.zhangh@intl.abocn.com
zh.zhangzhj@abocn.com
zh.zlu@intl.abocn.com
zh.zzg@intl.abocn.com
zhbliu@intl.abocn.com
zhcy@intl.abocn.com
zhdb@intl.abocn.com
zhfm@intl.abocn.com
zhfz@intl.abocn.com
zhgndf@intl.abocn.com
zhhgf@intl.abocn.com
zhhrm@intl.abocn.com
zhihm@intl.abocn.com
zhliq@intl.abocn.com
zhliyj@intl.abocn.com
zhlqp@intl.abocn.com
zhlsq@intl.abocn.com
zhlxi@intl.abocn.com
zhmlq@iintl.abocn.com
zhpxd@intl.abocn.com
zhqm@intl.abocn.com
zhsf@intl.abocn.com
zhsj@intl.abocn.com

**Company & Corresponding Email Addresses**

zhwgs@intl.abocn.com
zhwv@intl.abocn.com
zhwxue@intl.abocn.com
zhwzk@intl.abocn.com
zhzq@intl.abocn.com
zhzxf@intl.abocn.com

**abocsz**

feiyin@abocsz.com

**abp**

b.van.poppen@abp.nl
c.pennekamp@abp.nl
f.van.weegberg@abp.nl
jwf.mingels@abp.nl
klaas.reedijk@abp.nl
klass.reedjik@abp.nl
m.lucas@abp.nl
m.pereboom@abp.nl
o.peters@abp.nl
otis.spencer@abp.nl

**abpinvestments**

francijn.de.ruijter@abpinvestments.nl
frank.de.kleijn@abpinvestments.nl
frits.jetten@abpinvestments.nl
sjacco.schouten@abpinvestments.nl

**abrir**

tivan.bovington@abrir.ch

**absbc**

mpeden@absbc.org

**absig**

maarvig@absig.com

**accelacommunications**

clare_obrien@accelacommunications.com

**accival**

jortega@accival.com.mx
jramirez@accival.com.mx
mgarciac@accival.com.mx
rcastelazo@accival.com.mx

**accor**

anthony.pallier@accor.com
cohen_benjamin@accor.fr
daniel_philippe@accor.fr
drejeau_michele@accor.fr
eliane.rouyer@accor.com
espalioux_jean-marc@accor.fr
mabrut_jean-francois@accor.fr
martine.gadby@accor.com
pernot_eric@accor.fr
solene.zammito@accor.com
stern_jacques@accor.fr
tgaches@accor.fr

**accor-hotels**

beaucamps_jacques@accor-hotels.com
karaoglanian_christian@accor-hotels.com

**accredohealth**

**Company & Corresponding Email Addresses**

dstevens@accredohealth.com

**aceandcompany**

lgrande@aceandcompany.com

**acecapitalre**

tkrushman@acecapitalre.com

**aceguarantyre**

pbonner@aceguarantyre.com

**achmea**

andre.kleimeer@achmea.nl
dave.piguillet@achmea.com
eric.kok@achmea.nl
erik.prakken@achmea.nl
frank.smeltink@achmea.nl
gerard.bonekamp@achmea.nl
jan.grootendorst@achmea.nl
jan.maurits.de.vries@achmea.nl
marco.kemper@achmea.nl
marieke.van.kamp@achmea.nl
ralph.hardenberg@achmea.com
roger.somers@achmea.nl
rudi.kramer@achmea.nl
ruud.van.gogh@achmea.nl
sander.van.riel@achmea.nl
wouter.de.bever@achmea.nl

**ackermancapital**

david@ackermancapital.com

**acm-adam**

andreas.keck@acm-adam.de
volker.blau@acm-adam.de

**acml**

aaron.hoffman@acml.com
alan_horowitz@acml.com
albert_degulis@acml.com
aleksandr_yesilevich@acml.com
alex_van_voorhees@acml.com
alfred_harrison@acml.com
algis_remeza@acml.com
alison_martier@acml.com
althea_stewart@acml.com
amit_deshpande@acml.com
ana_faircloth@acml.com
ana_lanzana@acml.com
andrew_horoszczak@acml.com
angel_fernandez-ruiz@acml.com
angel_salazar@acml.com
angelo_lovallo@acml.com
anna_tsu@acml.com
anthony_tammaro@acml.com
anthony_xuereb@acml.com
anton_tabakh@acml.com
arif_husain@acml.com
armando_velasquez@acml.com
aryeh_glatter@acml.com
barry_levine@acml.com

**Company & Corresponding Email Addresses**

ben_ghalmi@acml.com
benjamin_wang@acml.com
bill_oliver@acml.com
brad.gustafson@acml.com
brad_gustafson@acml.com
brian_phillips@acml.com
cara_hourican@acml.com
carmine_soldiviero@acml.com
charles_kim@acml.com
charles_southgate@acml.com
charlie_nanick@acml.com
chima_joseph@acml.com
chris_kligopoulos@acml.com
chris_nikolich@acml.com
chris_sebolt@acml.com
chris_verlingo@acml.com
christian_diclementi@acml.com
christine_aurelio@acml.com
christine_kopelman@acml.com
clifton_grant@acml.com
connie_moscon@acml.com
corinne_hill@acml.com
corinne_perkins@acml.com
cort_ingram@acml.com
cosmo_valente@acml.com
cristina_fernandez-alepuz@acml.com
damian.barrera@acml.com
dan_nordby@acml.com
daniel_loughney@acml.com
daniel_robbins@acml.com
daniel_rudnitsky@acml.com
daniella_gordon@acml.com
darren_williams@acml.com
dave_frederick@acml.com
david_goss@acml.com
david_jerome@acml.com
david_tarifi@acml.com
david_wolfson@acml.com
deirdre_kehoe@acml.com
demi_psyllos@acml.com
donna_podd@acml.com
donna_strick@acml.com
douglas_peebles@acml.com
dutch_handke@acml.com
ed_baker@acml.com
edward_rayner@acml.com
elba_maldonado@acml.com
elizabeth_zimler@acml.com
elvin_santiago@acml.com
emily_wiener@acml.com
erika_hibino@acml.com
fabrice_pellous@acml.com
fernando.grisales@acml.com
firstname_surname@acml.com

**Company & Corresponding Email Addresses**

fortuna_disanto@acml.com
frances_dunn@acml.com
gaiti_ali@acml.com
geoffrey_hauck@acml.com
george_king@acml.com
george_vatore@acml.com
gershon_distenfeld@acml.com
gina_griffin@acml.com
gina_toth@acml.com
gregory_gaare@acml.com
guy_davidson@acml.com
haji_young@acml.com
henry_lee@acml.com
hiroyo_tanuki@acml.com
holly_sze@acml.com
ian_chitterer@acml.com
ilya_figelman@acml.com
ilya_siegelman@acml.com
ira_nicholson@acml.com
jacinta_saldanah@acml.com
jack_koltes@acml.com
jack_plym@acml.com
james_conner@acml.com
james_macri@acml.com
james_menapace@acml.com
jamie_kiggen@acml.com
janet_walsh@acml.com
jasmine_ng@acml.com
jason_goldstein@acml.com
jason_ley@acml.com
jason_moshos@acml.com
jason_pappalardi@acml.com
jdicapua@acml.com
jean_vandewalle@acml.com
jennifer_mui@acml.com
jenny_wong@acml.com
jeremy_alford@acml.com
jill_iannetta@acml.com
jim_kennedy@acml.com
jim_pendergast@acml.com
jim_reilly@acml.com
jj_mckoan@acml.com
joe_mantineo@acml.com
joe_rice@acml.com
joel_serebransky@acml.com
joelle_boucher@acml.com
john_bergia@acml.com
john_chiodi@acml.com
john_giaquinta@acml.com
john_granholm@acml.com
john_huang@acml.com
john_tylor@acml.com
jon_thiel@acml.com
jonathan_nye@acml.com

**Company & Corresponding Email Addresses**

jonnathan_wong@acml.com
joran_laird@acml.com
joseph_laspina@acml.com
joseph_rosenblum@acml.com
josh_lisser@acml.com
jovany_larroche@acml.com
jsmith@acml.com
judi_devivo@acml.com
judy_eng@acml.com
julia_igoshin@acml.com
justin_egan@acml.com
jvandewalle@acml.com
kaivan_gill@acml.com
karen_sesin@acml.com
kathleen_corbet@acml.com
kathy_d'ornellas@acml.com
kdunlap@acml.com
kenneth_diaz@acml.com
krisha_rangarajan@acml.com
lauren_kelly@acml.com
lawrence_kreicher@acml.com
lawrence_shaw@acml.com
li_ying_lu@acml.com
liliana_dearth@acml.com
lisa_wagemann@acml.com
loesch_matthew@acml.com
loretta_roland@acml.com
lorna_schmidt@acml.com
marcin_zdunek@acml.com
maria_cona@acml.com
marion_nankin@acml.com
mark_chui@acml.com
mark_gordon@acml.com
mark_hamilton@acml.com
mark_howard@acml.com
mark_pease@acml.com
marlin_goldstein@acml.com
martin_reeves@acml.com
martin_scott@acml.com
mary_hishke@acml.com
matthew_droessler@acml.com
matthew_kennedy@acml.com
matthew_minnetian@acml.com
matthew_murray@acml.com
matthew_sheridan@acml.com
maureen_halasz@acml.com
may_lawyer@acml.com
mdigiacomo@acml.com
megan_mosher@acml.com
michael_b_lee@acml.com
michael_davis@acml.com
michael_depalma@acml.com
michael_mon@acml.com
michael_ning@acml.com

**Company & Corresponding Email Addresses**

michael_o'brien@acml.com
michael_reilly@acml.com
mink_uaamnuichai@acml.com
minneapolis_reception@acml.com
myles_glaser@acml.com
nagaraj.katti@acml.com
nancy_northrop@acml.com
natalie_hahn@acml.com
nazmi_ressas@acml.com
neil_mack@acml.com
nelson_jantzen@acml.com
nils_mellquist@acml.com
nina_tannebaum@acml.com
noam_lefkovitz@acml.com
pamela.maharaj@acml.com
pamella_maharaj@acml.com
panniballe@acml.com
paola_bonoldi@acml.com
patrick_condello@acml.com
paul_denoon@acml.com
paul_gulberg@acml.com
paul_jenkel@acml.com
paul_zoschke@acml.com
peter_cornax@acml.com
peter_zhang@acml.com
phuong_pham@acml.com
polina_kurdiavko@acml.com
rahul_patel@acml.com
rajen_jadav@acml.com
ranji_nagaswami@acml.com
raymond_papera@acml.com
richard_newitter@acml.com
richard_ronan@acml.com
richard_taylor@acml.com
rmassenberg@acml.com
robert_felvinci@acml.com
robert_feng@acml.com
robert_haynes@acml.com
robert_heisterberg@acml.com
robert_joseph@acml.com
robert_schick@acml.com
ron_diamond@acml.com
russell_brody@acml.com
sabya_roy@acml.com
samantha_foster@acml.com
samantha_lau@acml.com
sarah_dimling@acml.com
sarah_percy-dove@acml.com
sarah_ringle@acml.com
saurin_shah@acml.com
scott_dimaggio@acml.com
scott_wallace@acml.com
scott_weiner@acml.com
sharon_wizik@acml.com

## Company & Corresponding Email Addresses

shawn_keegan@acml.com
shawna_millman@acml.com
sheila_davies@acml.com
shirley_lam@acml.com
shoshana_zysberg@acml.com
shrut_vakil@acml.com
simon_liu@acml.com
soyoung_lee@acml.com
stacey_rubin@acml.com
stephanie_simon@acml.com
stephen_pelensky@acml.com
steve_hussey@acml.com
steven_miller@acml.com
steven_phillips@acml.com
steven_zhu@acml.com
su-ho_lee@acml.com
sunhee_oh@acml.com
susan_zelmanovich@acml.com
su-tung_lee@acml.com
tamara_molinary@acml.com
tdiller@acml.com
terence_cuddihy@acml.com
terry_hults@acml.com
theodore_kuck@acml.com
tim_i_murphy@acml.com
tom_kamp@acml.com
tyler_smith@acml.com
vicki_fuller@acml.com
vicky_hughes@acml.com
viktoria_grinberg@acml.com
vladimir_vladimirov@acml.com
vladislav_iordanov@acml.com
walid_khalfallah@acml.com
wayne_oliver@acml.com
william_lee@acml.com
xiaowei_jiang@acml.com
yeonkyoung_kwon@acml.com
yeonyoung_kwon@acml.com
zoila_serrano@acml.com

**acorncapitalmgt**
camundsen@acorncapitalmgt.com
stewart@acorncapitalmgt.com
walker@acorncapitalmgt.com

**acqcap**
research.wolfman@acqcap.com

**acsinc**
fmaybank@acsinc.net

**activest**
alexandra.reiter@activest.de
andreas.fehrenbach@activest.de
andreas.koenig@activest.de
andreas.marcinkowski@activest.de
andreas.schaefer@activest.de
anja.seyfried@activest.de

**Company & Corresponding Email Addresses**

armin.lang@activest.de
bojka.nikolic@activest.de
bruno.tretter@activest.de
carolin.gerstmayer@activest.de
conrad.mattern@activest.de
daniel.kerbach@activest.de
dieter.volk@activest.de
dorothea.mueller@activest.de
elke.luger@activest.de
frank.grehl@activest.de
frank.sauer@activest.de
frank.wolfert@activest.de
guido.graupner@activest.de
herbert.ruf@activest.de
holger.schick@activest.de
ina.riskin@activest.de
joerg.dehning@activest.de
juergen.euba@activest.de
juergen.rauhaus@activest.de
karl.thiele@activest.de
kathrin.sick@activest.de
klaus.mutzl@activest.de
kristina.mimietz-paul@activest.de
maike.metzner@activest.de
marc.maenner@activest.de
marcin.fieika@activest.de
marco.salaorno@activest.de
martin.demmel@activest.de
matthias.mirwald@activest.de
michael.schmid@activest.de
natalie.schmutte@activest.de
peter.raab@activest.de
peter.winzinger@activest.de
reinhard.huber@activest.de
simone.kerbach@activest.de
stefan.amenda@activest.de
stefan.mueller@activest.de
susanne.hagen@activest.de
ulla.peplinsky@activest.de
wolfgang.kirschner@activest.de

**acuity**

ptures@acuity.com
ryan.degnitz@acuity.com
wendy.schuler@acuity.com

**adam-global**

matthias.teig@adam-global.com

**adamsexpress**

bridgeman@adamsexpress.com
chmn@adamsexpress.com
church@adamsexpress.com
hooper@adamsexpress.com
kohler@adamsexpress.com
prue@adamsexpress.com
schiminger@adamsexpress.com

**Company & Corresponding Email Addresses**

stonesifer@adamsexpress.com
swindell@adamsexpress.com
truta@adamsexpress.com
weaver@adamsexpress.com

**adam-us**

lb_global_daily@adam-us.com
lb_global_weekly@adam-us.com
michael.neary@adam-us.com

**adb**

bngwe@adb.org
bylim@adb.org
cbobin@adb.org
chundu@adb.org
dcsotelo@adb.org
echen@adb.org
hjdelacruz@adb.org
ihaley@adb.org
jianzhuang@adb.org
jmann@adb.org
kandes@adb.org
ktayman@adb.org
mdelosreyes@adb.org
mhowe@adb.org
mirazal@adb.org
mjordan@adb.org
mmanrique@adb.org
mpajarillo@adb.org
mtang@adb.org
nllave@adb.org
perquiaga@adb.org
rberjamin@adb.org
ssm@adb.org
vavante@adb.org
wschang@adb.org
ynishimiya@adb.org

**adbi**

ahashimoto@adbi.org

**adbl**

hmontgomery@adbl.org

**adcb**

adrian.hodges@adcb.com
alaa@adcb.com
rohan.ketkar@adcb.com
shaima.a@adcb.com
vikas.vijayan@adcb.com
walter.pompliano@adcb.com

**adcouncil**

okuttiamu@adcouncil.ae

**adelga**

ch.haechler@adelga.ch

**adelphia**

ecorey@adelphia.net
jberlinger@adelphia.net
jcbeard@adelphia.net

**Company & Corresponding Email Addresses**

**adelphi-capital**
alder@adelphi-capital.com
burke-smith@adelphi-capital.com
dollmann@adelphi-capital.com
guest@adelphi-capital.com
hakan@adelphi-capital.com
henderling@adelphi-capital.com
hogstrom@adelphi-capital.com
jack@adelphi-capital.com
jongen@adelphi-capital.com
licence@adelphi-capital.com
malde@adelphi-capital.com
nicolson@adelphi-capital.com
talbot@adelphi-capital.com
tyler@adelphi-capital.com
winssinger@adelphi-capital.com
zekany@adelphi-capital.com

**adfsd**
sfds@adfsd.com

**adia**
aak.na@adia.ae
aak.pr@adia.ae
aam.na@adia.ae
aar.na@adia.ae
abh.pr@adia.ae
abt.eu@adia.ae
aby.pr@adia.ae
ade.na@adia.ae
adr.tr@adia.ae
afg.ia@adia.ae
age.na@adia.ae
ahm.tr@adia.ae
als.em@adia.ae
ama.cdu@adia.ae
ama.pd@adia.ae
ameeriabdulla@adia.ae
amu.na@adia.ae
amu.pr@adia.ae
and.eu@adia.ae
ans.it@adia.ae
aot.tr@adia.ae
arb.em@adia.ae
arq.na@adia.ae
ash.na@adia.ae
ash.tr@adia.ae
auc.eu@adia.ae
aya.na@adia.ae
bcr.eu@adia.ae
bfd.ie@adia.ae
bharat@adia.co.uk
brp.ad@adia.ae
bxu.em@adia.ae
carey@adia.co.uk
chr.pr@adia.ae

**Company & Corresponding Email Addresses**

cjf.tr@adia.ae
claude@adia.co.uk
cyw.em@adia.ae
dac.tr@adia.ae
dag.em@adia.ae
dah.pd@adia.ae
daw.ia@adia.ae
dbm.cdu@adia.ae
dds.eu@adia.ae
dhh.tr@adia.ae
dkg.tr@adia.ae
dkp.em@adia.ae
dma.em@adia.ae
dmh.na@adia.ae
dob.em@adia.ae
fab.tr@adia.ae
fak.cdu@adia.ae
fba.tr@adia.ae
fjr.tr@adia.ae
fkm.tr@adia.ae
fmk.tr@adia.ae
gah.na@adia.ae
gfw.tr@adia.ae
gk@adia.ae
gph.ie@adia.ae
has.eu@adia.ae
hek.cdu@adia.ae
hma.eu@adia.ae
hma.na@adia.ae
hmd.pe@adia.ae
hmm.em@adia.ae
hom.tu@adia.ae
hsb.tr@adia.ae
hsd.eu@adia.ae
hum.eu@adia.ae
iac.tr@adia.ae
ian@adia.co.uk
ihs.na@adia.ae
ika.na@adia.ae
iman@adia.co.uk
ivs.tr@adia.ae
jag.em@adia.ae
jag.ie@adia.ae
james@adia.co.uk
jar.ef@adia.ae
jbr.na@adia.ae
jbs.tr@adia.ae
jki.na@adia.ae
jkk.na@adia.ae
jpv.ef@adia.ae
jpv.tu@adia.ae
jsb.eu@adia.ae
jsd.eu@adia.ae
jsm.tr@adia.ae

**Company & Corresponding Email Addresses**

jth.na@adia.ae
jwi.pr@adia.ae
kak.pr@adia.ae
kan.eu@adia.ae
kaq.pr@adia.ae
kar.eu@adia.ae
kha.eu@adia.ae
khalifa@adia.co.uk
khm.na@adia.ae
khu.eu@adia.ae
kjb.ex@adia.ae
kmo.eu@adia.ae
kpa.tr@adia.ae
kra.tr@adia.ae
ksm.eu@adia.ae
kss.ex@adia.ae
lag.cdu@adia.ae
lbs.eu@adia.ae
lis.tr@adia.ae
ljm.eu@adia.ae
mab.eu@adia.ae
mab.ie@adia.ae
mab.na@adia.ae
mae.tr@adia.ae
maf.na@adia.ae
mah.tr@adia.ae
mah.tr@adia.tr
maj.cdu@adia.ae
maj.ef@adia.ae
malkhoori@adia.co.uk
mam.na@adia.ae
map.tr@adia.ae
mbe.tr@adia.ae
mbq.pr@adia.ae
mda.eu@adia.ae
mdk.pr@adia.ae
mfe.tr@adia.ae
mgk.tr@adia.ae
mhd.tr@adia.ae
mic.tr@adia.ae
mii.na@adia.ae
mjr.it@adia.ae
mjs.eu@adia.ae
mkl.em@adia.ae
mko.eu@adia.ae
mmm.em@adia.ae
mmm.pr@adia.ae
mob.tr@adia.ae
mot.eu@adia.ae
mrk.ad@adia.ae
msh.ef@adia.ae
msh.tr@adia.ae
mss.tr@adia.ae
mth.tr@adia.ae

**Company & Corresponding Email Addresses**

mtl.tr@adia.ae
mts.tr@adia.ae
mut.tr@adia.ae
nas.ex@adia.ae
ncp.cdu@adia.ae
neil@adia.co.uk
nem.ef@adia.ae
nha.pr@adia.ae
nicholas@adia.co.uk
nid.tu@adia.ae
nwd.tr@adia.ae
ofa.eu@adia.ae
pal.na@adia.ae
paz.na@adia.ae
pjk.tu@adia.ae
pog.cdu@adia.ae
rab.na@adia.ae
rah.cdu@adia.ae
rak.tr@adia.ae
ray.it@adia.ae
raz.cdu@adia.ae
rbk.tr@adia.ae
rgn.tr@adia.ae
ril.tr@adia.ae
rjh.eu@adia.ae
rmd.tr@adia.ae
rnh.eu@adia.ae
ruj.tr@adia.ae
rwk.cdu@adia.ae
sag.em@adia.ae
sah.eu@adia.ae
sakis@adia.co.uk
san.eu@adia.ae
sar.em@adia.ae
saz.tr@adia.ae
sba.cdu@adia.ae
sdo.em@adia.ae
shb.pr@adia.ae
shd.ex@adia.ae
sma.pr@adia.ae
smh.eu@adia.ae
smm.ef@adia.ae
smm.tr@adia.ae
smp.ia@adia.ae
sms.eu@adia.ae
smz.tr@adia.ae
squ.tr@adia.ae
squ.tr@adia.co.ae
sri.cdu@adia.ae
sud.ad@adia.ae
sum.pr@adia.ae
syr.na@adia.ae
tar.pr@adia.co.ae
tbc@adia.ae

## Company & Corresponding Email Addresses

thh.tr@adia.ae
thv.na@adia.ae
tnw.tr@adia.ae
tok.pr@adia.ae
vim.tr@adia.ae
wak.ef@adia.ae
yab.tr@adia.ae
zoa.tr@adia.ae

**adib**
amalik@adib.co.ae
peter@adib.co.ae

**adic**
abbas@adic.co.ae
agarwal@adic.co.ae
alfaheem@adic.co.ae
asifali@adic.co.ae
atrinkl@adic.co.ae
george@adic.co.ae
gopinath@adic.co.ae
i.alqubaisi@adic.ae
jassem@adic.co.ae
m.wiggins@adic.ae
n.azar@adic.ae
nmclouglin@adic.co.ae
perihanss@adic.co.ae
rrasheed@adic.co.ae
zayedalmansoori@adic.co.ae
zidany@adic.ae

**adidas**
friedrich.meierjohann@adidas.de
herbert.hainer@adidas.de
klaus.koehler@adidas.de
natalie.knight@adidas.de
robin.stalker@adidas.de

**adidas-group**
dennis.weber@adidas-group.com
hendric.junker@adidas-group.com
john-paul.omeara@adidas-group.com

**adig**
andrea.thielen@adig.lu
cord.rodewald@adig.lu
hans-peter.rathjens@adig.de
stephan.christmann@adig.lu
thomas.nummer@adig.lu

**adi-gestion**
lfaurie@adi-gestion.com

**adk**
n86025@adk.jp
oshimo@adk.jp
ta99018@adk.jp

**adlerbank**
christoph.hegglin@adlerbank.ch
harry.kohli@adlerbank.ch

**admin**

**Company & Corresponding Email Addresses**

arnie.combe@admin.utah.edu
dphillips@admin.rochester.edu

**adp**

bill_krause@adp.com
chris_backer@adp.com
doug_deschutter@adp.com
fran_migliocco@adp.com

**adpomr**

oconnorj@adpomr.com
silversd@adpomr.com
sloand@adpomr.com

**adr**

itri.u@adr.it

**adriatica**

nboure@adriatica.com.ve

**advancefinancial**

cfo@advancefinancial.com

**advanta**

ldickson@advanta.com
mcoco@advanta.com

**advantuscapital**

andrew.schleiger@advantuscapital.com
annmarie.stanina@advantuscapital.com
christopher.sebald@advantuscapital.com
corinne.whelan@advantuscapital.com
craig.stapleton@advantuscapital.com
dale.berg@advantuscapital.com
dave.kuplic@advantuscapital.com
david.graetzer@advantuscapital.com
david.land@advantuscapital.com
dean.dibias@advantuscapital.com
james.ziegler@advantuscapital.com
janahan.rajaratnam@advantuscapital.com
jen.oconnor@advantuscapital.com
jennifer.defiebre@advantuscapital.com
jim.kragenbring@advantuscapital.com
joe.gogola@advantuscapital.com
johanna.denboer@advantuscapital.com
johanna.e.anderson@advantuscapital.com
jon.thompson@advantuscapital.com
jorja.iwaszko@advantuscapital.com
joseph.betlej@advantuscapital.com
joseph.scanlan@advantuscapital.com
joshua.klaetsch@advantuscapital.com
karen.maw@advantuscapital.com
kathleen.parker@advantuscapital.com
kathleen.posus@advantuscapital.com
kaycee.brookshaw@advantuscapital.com
kenneth.dicke@advantuscapital.com
lena.harhaj@advantuscapital.com
lisa.perrin@advantuscapital.com
lowell.bolken@advantuscapital.com
lynne.mill@advantuscapital.com
merlin.erickson@advantuscapital.com

**Company & Corresponding Email Addresses**

michael.andersonadvantus@advantuscapital.com
nathan.ellsworth@advantuscapital.com
phillip.brown@advantuscapital.com
robb.phillips@advantuscapital.com
robert.diedrich@advantuscapital.com
robert.phillips@advantuscapital.com
robert.thompson@advantuscapital.com
sean.timonen@advantuscapital.com
shannon.willenbring@advantuscapital.com
shawn.anderson@advantuscapital.com
steve.ross@advantuscapital.com
steven.lane@advantuscapital.com
terri.jonesadvantus@advantuscapital.com
thomas.houghton@advantuscapital.com

**advest**

brian.goldstein@advest.com
george.kirkwood@advest.com
joseph.blair@advest.com
michael.schwager@advest.com
nicole.payne@advest.com

**advisorscap**

rkmann@advisorscap.com

**ae-gis**

alcober@ae-gis.com
daly@ae-gis.com
ortega@ae-gis.com
research@ae-gis.com
stow@ae-gis.com

**aego**

mbrizee@aego.nl

**aegon**

abani@aegon.nl
abby.glennie@aegon.co.uk
alastair.campbell@aegon.co.uk
alastair.duffy@aegon.co.uk
alistair.byrne@aegon.co.uk
alistair.haig@aegon.co.uk
amaatman@aegon.nl
ameinema2@aegon.nl
amentink@aegon.nl
andrew.dove@aegon.co.uk
andrew.fleming@aegon.com
andrew.gibb@aegon.co.uk
andrew.mckaig@aegon.co.uk
andrew.munro@aegon.co.uk
aocko@aegon.nl
awidyoko@aegon.nl
awynaendts@aegon.nl
bbolk@aegon.nl
ben.mills@aegon.co.uk
bettina.roster@aegon.co.uk
brendan.mcfadyen@aegon.co.uk
bruce.naysmith@aegon.co.uk
bsnijders@aegon.nl

## Company & Corresponding Email Addresses

btimmerman@aegon.nl
carol.thomson@aegon.co.uk
charles.henderson@aegon.co.uk
chris.madsen@aegon.com
christophe.ferrand@aegon.co.uk
christopher.maginnis@aegon.co.uk
chuegen@aegon.nl
cmmurison@aegon.co.uk
colette.clements@aegon.co.uk
colette.walker@aegon.co.uk
colin.black@aegon.co.uk
colin.finlayson@aegon.co.uk
colin.graham@aegon.co.uk
colin.purdie@aegon.co.uk
corrie.lough@aegon.co.uk
daniel.mckernan@aegon.co.uk
darragh.lenihan@aegon.co.uk
david.griffiths@aegon.co.uk
david.pringle@aegon.co.uk
david.roberts@aegon.co.uk
david.sheasby@aegon.co.uk
ddiepbrink@aegon.nl
dmilner@aegon.nl
donald.phillips@aegon.co.uk
doudenhoven@aegon.nl
douglas.jones@aegon.co.uk
douglas.scott@aegon.co.uk
dstraker@aegon.nl
dvdmars@aegon.nl
ebeije@aegon.nl
ebogaard@aegon.nl
ebracke@aegon.nl
edreus@aegon.nl
ehylarides@aegon.nl
elaine.crichton@aegon.co.uk
elaine.morgan@aegon.co.uk
elarson@aegon.nl
eleseman@aegon.nl
emassie@aegon.nl
enapel@aegon.nl
erinlu@aegon.com.tw
euan.mcneil@aegon.co.uk
fbortst@aegon.nl
fmeijer@aegon.nl
gareth.hewie@aegon.co.uk
gareth.turtle@aegon.co.uk
gligtenberg@aegon.nl
gmoerman@aegon.nl
gordon.happell@aegon.co.uk
gregory.turnbullschwartz@aegon.co.uk
heggens@aegon.nl
helen.webster@aegon.co.uk
hfigee@aegon.nl
hvbeek@aegon.nl

**Company & Corresponding Email Addresses**

iain.buckle@aegon.co.uk
iain.fulton@aegon.co.uk
iain.wells@aegon.co.uk
ian.wagstaff@aegon.co.uk
indra.tan@aegon.com
ivanderveen@aegon.nl
jamie.murdoch@aegon.co.uk
jboers@aegon.nl
jbouterse@aegon.nl
jcoene@aegon.nl
jhawillemsen@aegon.nl
jheyns@aegon.nl
jkohler@aegon.nl
jmlaidlaw@aegon.co.uk
john.kirchin@aegon.co.uk
john.mcneill@aegon.co.uk
jpoot@aegon.nl
jrol@aegon.nl
jslijkerman@aegon.nl
june.walker@aegon.co.uk
jvijverberg@aegon.nl
jweemhoff@aegon.nl
jwilkinson@aegon.nl
kerry.logan@aegon.co.uk
kevin.lyster@aegon.co.uk
kevin.telfer@aegon.co.uk
kirsten.stirling@aegon.co.uk
krigter@aegon.nl
laura.gallacher@aegon.co.uk
ljousma@aegon.nl
louise.smith@aegon.co.uk
lynsey.selkirk@aegon.co.uk
mahnaz.sharif@aegon.co.uk
manso.alfonso@aegon.es
mario.matkovic@aegon.com
mark.kedar@aegon.co.uk
mark.love@aegon.co.uk
mark.peden@aegon.co.uk
martin.gibson@aegon.co.uk
masmoredjo@aegon.nl
matthijs.pinxteren@aegon.com
maweede@aegon.nl
mboom@aegon.nl
mbottenberg@aegon.nl
mcombe@aegon.nl
mdavidse@aegon.nl
melanie.mitchell@aegon.co.uk
mentzinger@aegon.nl
mheemelaar@aegon.nl
mhoefnagel@aegon.nl
michael.bach.nielsen@aegon.co.uk
michael.barrett@aegon.co.uk
michiel.vankatwijk@aegon.com
mlansink@aegon.nl

## Company & Corresponding Email Addresses

mnaaktgeboren@aegon.nl
mregnault-stoel@aegon.nl
mswaak@aegon.nl
mvdheide@aegon.nl
name.surname@aegon.co.uk
nicola.brown@aegon.co.uk
norman.dalgleish@aegon.co.uk
nschuitmaker@aegon.nl
nswagers@aegon.nl
pamela.kerkhoff@aegon.co.uk
paul.roberts@aegon.co.uk
pauline.stewart@aegon.co.uk
pbajema@aegon.nl
pblange@aegon.nl
perea.ignacio@aegon.es
peter.hadden@aegon.co.uk
peter.pih@aegon.co.uk
phborghuis@aegon.nl
philip.haworth@aegon.co.uk
philip.milburn@aegon.co.uk
philippa.matthews@aegon.co.uk
pjansen@aegon.nl
plaar@aegon.nl
rboersma@aegon.nl
rbosch@aegon.nl
rcroonen@aegon.nl
rhona.stewart@aegon.co.uk
rkouwenberg@aegon.nl
rmlukassen@aegon.nl
robert.cecchi@aegon.co.uk
ross.bradley@aegon.co.uk
rpriestly@aegon.co.uk
rruijter@aegon.nl
rschapers@aegon.nl
russell.hogan@aegon.co.uk
rvanaart@aegon.nl
rvandermark@aegon.nl
rwolters@aegon.nl
ryan.smith@aegon.co.uk
sandyshiau@aegon.com.tw
scott.jamieson@aegon.co.uk
simon.cairns@aegon.co.uk
simon.carter@aegon.co.uk
simon.holman@aegon.co.uk
stephen.adams@aegon.co.uk
stephen.jones@aegon.co.uk
thoefakker@aegon.nl
tom.copeland@aegon.co.uk
tom.crombie@aegon.co.uk
tom.robertson@aegon.co.uk
tsmid@aegon.nl
walmeloo@aegon.nl
wendy.hay@aegon.co.uk
wildeboerschut@aegon.nl

**Company & Corresponding Email Addresses**

william.dinning@aegon.co.uk
wschouten@aegon.nl
ykeuter@aegon.nl
yvonne.christie@aegon.co.uk

**aegon-cnooc**

gracegao@aegon-cnooc.com
hectorxu@aegon-cnooc.com
jennieyang@aegon-cnooc.com
seanliu@aegon-cnooc.com

**aegonglobal**

dhayes@aegonglobal.com

**aegonusa**

aaalderks@aegonusa.com
abrumm@aegonusa.com
abuss@aegonusa.com
achawla@aegonusa.com
ahazen@aegonusa.com
akanduri@aegonusa.com
aklocke@aegonusa.com
amarcus@aegonusa.com
amcintos@aegonusa.com
awillian@aegonusa.com
awirtz@aegonusa.com
awolfe@aegonusa.com
bbarnhart@aegonusa.com
bbeman@aegonusa.com
bcox@aegonusa.com
bddoyle@aegonusa.com
belliott@aegonusa.com
bgiles@aegonusa.com
bgoddard@aegonusa.com
bgray@aegonusa.com
bhansen@aegonusa.com
bhenricksen@aegonusa.com
bherman@aegonusa.com
bkies@aegonusa.com
bko@aegonusa.com
bkramer@aegonusa.com
bmcantrell@aegonusa.com
bmiller@aegonusa.com
bmorris@aegonusa.com
bmurphy@aegonusa.com
broby@aegonusa.com
bscoles@aegonusa.com
bscook@aegonusa.com
bsmedley@aegonusa.com
bstertzbach@aegonusa.com
btong@aegonusa.com
btvedt@aegonusa.com
ccovington@aegonusa.com
cfagenbaum@aegonusa.com
cfong@aegonusa.com
cfoster@aegonusa.com
cfowler@aegonusa.com

**Company & Corresponding Email Addresses**

chaker@aegonusa.com
chjohnso@aegonusa.com
cjperry@aegonusa.com
cleung@aegonusa.com
clthompson@aegonusa.com
cnorris@aegonusa.com
cnyedlik@aegonusa.com
cschadt@aegonusa.com
cwinkler@aegonusa.com
cyeary@aegonusa.com
dcambridge@aegonusa.com
dcfoster@aegonusa.com
dguarino@aegonusa.com
dhalfpap@aegonusa.com
dhopewell@aegonusa.com
djuvane@aegonusa.com
dkolsrud@aegonusa.com
dlanghoff@aegonusa.com
dlevans@aegonusa.com
dlindaue@aegonusa.com
dludke@aegonusa.com
dmdurbin@aegonusa.com
dmenge@aegonusa.com
dpfox@aegonusa.com
drthompson@aegonusa.com
dslade@aegonusa.com
dvolz@aegonusa.com
dvorwald@aegonusa.com
dweih@aegonusa.com
dwirtjes@aegonusa.com
eberberich@aegonusa.com
edaniell@aegonusa.com
eeden@aegonusa.com
efurnish@aegonusa.com
egoodman@aegonusa.com
epeters@aegonusa.com
eroeder@aegonusa.com
esandberg@aegonusa.com
evining@aegonusa.com
fcollecchia@aegonusa.com
fcollechia@aegonusa.com
fhoward@aegonusa.com
fpires@aegonusa.com
frybinski@aegonusa.com
gcamburn@aegonusa.com
gcreed@aegonusa.com
gdryden@aegonusa.com
gklein@aegonusa.com
gkneeland@aegonusa.com
gpodhajs@aegonusa.com
hcburnett@aegonusa.com
hschaefer@aegonusa.com
ir@aegonusa.com
jarich@aegonusa.com

**Company & Corresponding Email Addresses**

jbailey@aegonusa.com
jbaskin@aegonusa.com
jbaylor@aegonusa.com
jbraverman@aegonusa.com
jbreaux@aegonusa.com
jbrown@aegonusa.com
jdeans@aegonusa.com
jdeverell@aegonusa.com
jemoore@aegonusa.com
jerb@aegonusa.com
jewhitehead@aegonusa.com
jfelderman@aegonusa.com
jfergus@aegonusa.com
jfrey@aegonusa.com
jhamilto@aegonusa.com
jjohanse@aegonusa.com
jkcameron@aegonusa.com
jkuhn@aegonusa.com
jlcoleman@aegonusa.com
jlemke@aegonusa.com
jmccloud@aegonusa.com
jmccorkle@aegonusa.com
jmcglaun@aegonusa.com
jmead@aegonusa.com
jnosek@aegonusa.com
jrabineau@aegonusa.com
jrank@aegonusa.com
jrdemoss@aegonusa.com
jrickels@aegonusa.com
jschaeffer@aegonusa.com
jschloss@aegonusa.com
jsong@aegonusa.com
jsrosen@aegonusa.com
jtchong@aegonusa.com
jthurm@aegonusa.com
kbakker@aegonusa.com
kbeaman@aegonusa.com
kbormann@aegonusa.com
kbuese@aegonusa.com
kcasey@aegonusa.com
kedgarton@aegonusa.com
kfoss@aegonusa.com
kgesling@aegonusa.com
kgiles@aegonusa.com
khalvorson@aegonusa.com
kjlewis@aegonusa.com
kjsmith@aegonusa.com
kkrousie@aegonusa.com
kpatrick@aegonusa.com
kpurnell@aegonusa.com
krwright@aegonusa.com
kstrobel@aegonusa.com
kturnquist@aegonusa.com
kvanourny@aegonusa.com

**Company & Corresponding Email Addresses**

kwbuese@aegonusa.com
kweigel@aegonusa.com
lfindlay-mittan@aegonusa.com
litang@aegonusa.com
lksmith@aegonusa.com
llayman@aegonusa.com
lmcdonald@aegonusa.com
lolds@aegonusa.com
lpapkin@aegonusa.com
lschumac@aegonusa.com
lstarr@aegonusa.com
lstomp@aegonusa.com
lswantz@aegonusa.com
ltan@aegonusa.com
mcoppens@aegonusa.com
mdunn@aegonusa.com
mevans@aegonusa.com
mfeitz@aegonusa.com
mfloyd@aegonusa.com
mfuller@aegonusa.com
mherp@aegonusa.com
milerisoy@aegonusa.com
mimurray@aegonusa.com
mjheenan@aegonusa.com
mldoyle@aegonusa.com
mleonberger@aegonusa.com
mlodh@aegonusa.com
mmgallagher@aegonusa.com
mmonson@aegonusa.com
mmorell@aegonusa.com
mparrish@aegonusa.com
mpgilbert@aegonusa.com
mradke@aegonusa.com
mreilly@aegonusa.com
msimpson@aegonusa.com
murban@aegonusa.com
mwoode@aegonusa.com
mzinkula@aegonusa.com
njoss@aegonusa.com
nkangpan@aegonusa.com
nliang@aegonusa.com
nmadsen@aegonusa.com
nrahman@aegonusa.com
opina@aegonusa.com
pgilman@aegonusa.com
pnims@aegonusa.com
rbansal@aegonusa.com
rbiesiot@aegonusa.com
rchandran@aegonusa.com
rdscott@aegonusa.com
rflugum@aegonusa.com
rfrazier@aegonusa.com
rgoel@aegonusa.com
rjmurphy@aegonusa.com

**Company & Corresponding Email Addresses**

rmann@aegonusa.com
rmelcher@aegonusa.com
rmeyer@aegonusa.com
rperry@aegonusa.com
rseifert@aegonusa.com
sgilkes@aegonusa.com
sgoedkin@aegonusa.com
sgutke@aegonusa.com
shassenstab@aegonusa.com
sinagarajan@aegonusa.com
sjohanse@aegonusa.com
skapuganti@aegonusa.com
skassev@aegonusa.com
slange@aegonusa.com
sledger@aegonusa.com
smukhopadhyaya@aegonusa.com
sopp@aegonusa.com
sperchik@aegonusa.com
ssidhu@aegonusa.com
stenley@aegonusa.com
ststone@aegonusa.com
tfranklin@aegonusa.com
tfuhs@aegonusa.com
thartlage@aegonusa.com
tkellenberger@aegonusa.com
tknight@aegonusa.com
tljohnson@aegonusa.com
tmanthe@aegonusa.com
troetlin@aegonusa.com
twerner@aegonusa.com
wpattison@aegonusa.com
xuwang@aegonusa.com
xye@aegonusa.com
yfeng@aegonusa.com
yxiong@aegonusa.com
zhussain@aegonusa.com

**aeltus**

bakerc@aeltus.com
barnesp1@aeltus.com
burdeshawj@aeltus.com
burroughsc@aeltus.com
coted@aeltus.com
cubbagek@aeltus.com
fernandezm@aeltus.com
grangerh@aeltus.com
irvingz@aeltus.com
jensena@aeltus.com
jjkrementowski@aeltus.com
kochenn@aeltus.com
martine@aeltus.com
meyerl@aeltus.com
migliorej@aeltus.com
o'neill@aeltus.com
pihls@aeltus.com

## Company & Corresponding Email Addresses

pincherak@aeltus.com
powellk@aeltus.com
raimundik@aeltus.com
richardj@aeltus.com
royr@aeltus.com
swankp@aeltus.com
taylorr@aeltus.com
tenbroecka@aeltus.com
whitney@aeltus.com
zarwanskim@aeltus.com

### aero
benoit.debains@onair.aero

### aesb
tstress@aesb.net

### aetna
alexanderm@aetna.com
antonellip@aetna.com
bakere@aetna.com
barrassof@aetna.com
bitela@aetna.com
bjl@aetna.com
bouchardj@aetna.com
callawayt@aetna.com
cardonepl@aetna.com
caseykj@aetna.com
chirichellala@aetna.com
coyner@aetna.com
diaza@aetna.com
donahuemj@aetna.com
fairchildt@aetna.com
fisherm4@aetna.com
gagnesl@aetna.com
garberm@aetna.com
glynnj1@aetna.com
gruessnerjc@aetna.com
hendersontd@aetna.com
holtta@aetna.com
holttg@aetna.com
jamiesont@aetna.com
jenkinsonje@aetna.com
kulasgf@aetna.com
larryr@aetna.com
latorrej@aetna.com
lawtonth@aetna.com
lloydj@aetna.com
luke.smith@aetna.com
maslind@aetna.com
mccarthysd@aetna.com
mehtahv@aetna.com
notarok@aetna.com
oadespr@aetna.com
ostashenta@aetna.com
pappasd@aetna.com
paquettehc@aetna.com

**Company & Corresponding Email Addresses**

paskiewiczse@aetna.com
petersena@aetna.com
pottert@aetna.com
ricciot@aetna.com
rosadom@aetna.com
rowlandj1@aetna.com
saltzmangk@aetna.com
schulerg@aetna.com
scotts@aetna.com
stricklandss@aetna.com
thibodeaub@aetna.com
trimania@aetna.com
vartelasaj@aetna.com
velascodj@aetna.com
vittnergg@aetna.com
winfield.bell@aetna.com

**aexp**

albert.t.chang@aexp.com
arnaud.j.heymann@aexp.com
arthur.h.berman@aexp.com
babar.m.mufti@aexp.com
beryl.c.lee@aexp.com
betty.p.wee@aexp.com
biswaroop.t.baura@aexp.com
carol.schwartz@aexp.com
charles.w.johnson@aexp.com
christopher.j.hall@aexp.com
christopher.palazzolo@aexp.com
corinna.yau@aexp.com
daniel.o.mosca@aexp.com
david.a.allright@aexp.com
david.l.yowan@aexp.com
dennis.a.harhalakis@aexp.com
ershad.e.hossain@aexp.com
hk.treasury@aexp.com
hockchan.h.sen@aexp.com
james.c.chu@aexp.com
jorge.c.alvarez@aexp.com
liana.s.ho@aexp.com
lilian.l.ting@aexp.com
maureen.ryan@aexp.com
miquel.n.alonso@aexp.com
nicolas.w.roth@aexp.com
paul.r.cannon@aexp.com
raymond.b.seymour@aexp.com
ringo.r.leo@aexp.com
samuel.perruchoud@aexp.com
simon.b.byrne@aexp.com
solon.b.saoulis@aexp.com
stephane.m.varin@aexp.com
tanny.t.sethi@aexp.com
warren.w.yang@aexp.com
wendy.k.tsang@aexp.com

**afa**

**Company & Corresponding Email Addresses**

anders.algotsson@afa.se.
bengt.kileus@afa.se
carina.swerin@afa.se
dan.bergman@afa.se
fredrik.bergvall@afa.se
fredrik.nilert2@afa.se
jonas.nilsson@afa.se
krister.jorneskog@afa.se
owen.winrow@afa.se
peter.nygren@afa.se
stefan.guter@afa.se
torsten.gyllensvard@afa.se

**afaforsakring**

bengt.eke@afaforsakring.se
fi@afaforsakring.se
per.svensson@afaforsakring.se

**afcmb**

mwm@afcmb.com

**afcmerchantbank**

roystontan@afcmerchantbank.com

**afdb**

a.osakwe@afdb.org
a.oteh@afdb.org
f.mwase@afdb.org
g.henricksen@afdb.org
j.dicoum@afdb.org
j.nguessan@afdb.org
l.borji@afdb.org
o.carrolaggi@afdb.org
o.eweck@afdb.org
s.nalletamby@afdb.org
s.sekioua@afdb.org
t.julin@afdb.org
y.abdoulaye@afdb.org
y.hassan@afdb.org

**afh**

neerajsehgal@uae.afh.com.sg
pallavsinha@uae.afh.com.sg

**aflac**

adobson@aflac.com
ccampbell@aflac.com
ccoakley@aflac.com
cgeeslin@aflac.com
cmckinney@aflac.com
dharris@aflac.com
dyoung@aflac.com
ggantt@aflac.com
jharris@aflac.com
jhill4@aflac.com
jjeffery@aflac.com
kjanke@aflac.com
mandrews@aflac.com
mchapman@aflac.com
mkeim@aflac.com

## Company & Corresponding Email Addresses

msmith@aflac.com
rdruica@aflac.com
rmullens@aflac.com
sclemmons@aflac.com
swoods@aflac.com

**aflic**

ngaffney@aflic.com

**afz**

jinguji@afz.crane.jal.co.jp

**ag**

ulf.steinborn@ag.man.de

**ag-am**

amargolius@ag-am.com
bdeitelzweig@ag-am.com
bzimmerman@ag-am.com
cchang@ag-am.com
cfasciano@ag-am.com
cjoei@ag-am.com
cmarino@ag-am.com
crupinski@ag-am.com
dbalsan@ag-am.com
dbrown@ag-am.com
dbuono@ag-am.com
dmacmillan@ag-am.com
dtroxell@ag-am.com
edonovan@ag-am.com
ftaveras@ag-am.com
gscacco@ag-am.com
jflomenhaft@ag-am.com
jgould@ag-am.com
jrhodes@ag-am.com
jseveral@ag-am.com
knelson@ag-am.com
lchai@ag-am.com
lkagan@ag-am.com
mbergen@ag-am.com
mcook@ag-am.com
mevans@ag-am.com
modonnell@ag-am.com
mrivera@ag-am.com
ncharran@ag-am.com
omorgan@ag-am.com
phermann@ag-am.com
psheehy@ag-am.com
pwen@ag-am.com
rlewis@ag-am.com
seames@ag-am.com
shager@ag-am.com
slee@ag-am.com
slurito@ag-am.com
soh@ag-am.com
tbuckley@ag-am.com
wpotter@ag-am.com

**agamwestfcb**

## Company & Corresponding Email Addresses

martin.kelly@agamwestfcb.com
russell.booth@agamwestfcb.com

### agc

barry_nielson@agc.com
collin_chance@agc.com
david_medrano@agc.com
james_lee@agc.com
judith_gullota@agc.com
kathryn_spicker@agc.com
michael_bubnis@agc.com
michelle_amrine@agc.com
mike_obley@agc.com
neal_waggoner@agc.com
robert_kase@agc.com
stephanie.goldman@agc.com
susan_hendrix@agc.com

### agf

alice.popescu@agf.com
alpha.ba@agf.com
ani.markova@agf.com
annie.liu@agf.com
becky.tsang@agf.com
bob.lyon@agf.com
caterina.prato@agf.com
charleso@agf.com
chrisb@agf.com
chrishu@agf.com
cindy.gedney@agf.com
coulter.wright@agf.com
dalia.stanikaite@agf.fr
duvall@agf.fr
enghockong@agf.com.sg
eric.gibouleau@agf.com
erik.olesen@agf.com
eunice.dong@agf.com
grayma@agf.fr
imhoff@agf.fr
irina.chistyakova@agf.com
jamie.horvat@agf.com
jean.charbonneau@agf.com
jean_marc.cornet@agf.be
jeff.corbett@agf.com
jiri.baert@agf.be
kathleen.coussement@agf.be
koeke@agf.fr
koenraad.goethals@agf.be
laurie.kozlan@agf.com
lehman@agf.fr
lloyd.goldstein@agf.com
luco@agf.fr
martin.hubbes@agf.com
michel.leroy@agf.be
natasha.trainor@agf.com
nicole.demaeghdt@agf.be

**Company & Corresponding Email Addresses**

pascal.michez@agf.be
patricia.perez-coutts@agf.com
patrizia.fiorino@agf.com
phil.stafford@agf.com
philiju@agf.fr
pier.riches@agf.fr
pierre_alain.rucquois@agf.be
prohin@agf.fr
richard.dolhun@agf.com
robert.armstrong@agf.com
ronald.tsang@agf.com
rosh.panesar@agf.com
sharina.sanny@agf.com
stephane.willem@agf.be
stephanie.maher@agf.com
stephen.way@agf.com
steve.rogers@agf.com
stijn.vanvuchelen@agf.be
tanya.peterson@agf.com
terry.chong@agf.com
tony.genua@agf.com
toutaio@agf.fr
tristan.sones@agf.com
viald@agf.fr
wai.tong@agf.com
xccobn@agf.be
zoran.vojvodic@agf.com

**agfg**

andrew_kandolha@agfg.com
april_norris@agfg.com
betsy_taylor@agfg.com
brian_fox@agfg.com
cochs@agfg.com
david_tooley@agfg.com
david_wagenseller@agfg.com
diana_brockman@agfg.com
don_paullo@agfg.com
douglas_allen@agfg.com
evelyn_williams@agfg.com
gordon_massie@agfg.com
james_roth@agfg.com
john_fleming@agfg.com
judy_cao@agfg.com
julia_tucker@agfg.com
julie_cowart@agfg.com
karen_green@agfg.com
kathy_gentry@agfg.com
leon_olver@agfg.com
lisa_sacerdote@agfg.com
lorri_white@agfg.com
mark_pauly@agfg.com
mei_markentell@agfg.com
mei_merkentell@agfg.com
mistura_longe@agfg.com

## Company & Corresponding Email Addresses

rey_stroube@agfg.com
rick_conway@agfg.com
scott_dunglinson@agfg.com
scott_inglis@agfg.com
scott_platzer@agfg.com
ted_etlinger@agfg.com
tom_schlotzhauer@agfg.com
victoria_franklin@agfg.com

**agfinance**
bbinyon@agfinance.com

**agfirst**
bgoff@agfirst.com
dkirkpatrick@agfirst.com
fmorant@agfirst.com
jlay@agfirst.com
maddy@agfirst.com
mmcdermott@agfirst.com
rarnold@agfirst.com
tskipper@agfirst.com

**agip**
claudio.capsoni@agip.it

**agippetroli**
mauro.risi@agippetroli.eni.it

**agribank**
anna.kincannon@agribank.com
azhang@agribank.com
dberdah@agribank.com
kevin.rust@agribank.com

**aguil**
juhan.sartor@aguil.se

**agusta**
g.torchio@it.agusta.com
l.luzi@it.agusta.com
l.orlando@it.agusta.com

**ah**
musserjj@ah.org

**ahb-ag**
h-ggrossmann@ahb-ag.de
mgajdic@ahb-ag.de
wbledau@ahb-ag.de

**ahbr**
andreas.wuermeling@ahbr.de
anja.hohaus@ahbr.de
guido.damian@ahbr.de
heinz-rudolf.sabel@ahbr.de
jana.ritter@ahbr.de
klaus.winde@ahbr.de
leo.cremer@ahbr.de
mustafa.sari@ahbr.de
peter.liwowski@ahbr.de
stephan.welfonder@ahbr.de
susanne.jakob@ahbr.de
susanne.noetling@ahbr.de
werner.lorentz@ahbr.de

**Company & Corresponding Email Addresses**

wernher.e.kielmann@ahbr.de

**ahliunited**

james.forster@ahliunited.com
tim.clemmey@ahliunited.com

**ahold**

huib.wurfbain@corp.ahold.nl

**ahorro**

aalvarez@ahorro.com
agarcia@ahorro.com
aojinaga@ahorro.com
aojinaga@bcn.ahorro.com
edlopez@ahorro.com
emartinez@ahorro.com
emeijide@ahorro.com
epardo@ahorro.com
fnavarro@ahorro.com
fsainz@ahorro.com
jclaveria@ahorro.com
jgarcia@bcn.ahorro.com
jgarciac@ahorro.com
jpc@ahorro.com
jrguerra@ahorro.com
jruz@ahorro.com
jtruzman@ahorro.com
mamorales@ahorro.com
mbasurte@ahorro.com
msanchez@ahorro.com
msierra@ahorro.com
nconesa@bcn.ahorro.com
parranz@ahorro.com
pgarcia@ahorro.com
sascha@ahorro.com
slibkind@ahorro.com
znodal@ahorro.com

**ahorrocorporacion**

ablanco@ahorrocorporacion.com
asanchez@ahorrocorporacion.com
asanchezp@ahorrocorporacion.com
emestre@ahorrocorporacion.com
jcpernas@ahorrocorporacion.com
jflowy@ahorrocorporacion.es
jnavarra@ahorrocorporacion.com
jsolis@ahorrocorporacion.com
mdmanterola@ahorrocorporacion.com
nangulo@ahorrocorporacion.com
nmanon@ahorrocorporacion.com
paldaya@ahorrocorporacion.com

**ahss**

david.martin@ahss.org
gary.skilton@ahss.org
jeff.pearson@ahss.org

**aib**

adrienne.m.gaynor@aib.ie
aidan.j.donnelly@aib.ie

## Company & Corresponding Email Addresses

aine.j.shannon@aib.ie
alan.f.burke@aib.ie
alex.m.mcknight@aib.ie
amanda.j.tinney@aib.ie
andrew.m.whelan@aib.ie
andrew.r.clark-hutchison@aib.ie
annemarie.flynn@aib.ie
annette.m.croke@aib.ie
arnaud.x.heck@aib.ie
barbara.a.sorohan@aib.ie
barry.j.ahearne@aib.ie
barry.j.o'dwyer@aib.ie
barry.w.pitcher@aib.ie
bernard.p.killelea@aib.ie
brendan.h.lynch@aib.ie
brian.a.hand@aib.ie
brian.g.holohan@aib.ie
brian.g.muldoon@aib.ie
brian.g.o'kelly@aib.ie
brian.p.mcgirr@aib.ie
bryan.p.maher@aib.ie
caitriona.a.seery@aib.ie
caroline.j.molloy@aib.ie
cathal.b.mcardle@aib.ie
catherine.a.flavin@aib.ie
chris.a.curley@aib.ie
chris.curley@aib.ie
christopher.palmer@aib.ie
ciaran.p.mccarron@aib.ie
cj.berry@aib.ie
cliona.brennock@aib.ie
conor.j.byrne@aib.ie
conor.l.mallen@aib.ie
conor.m.martin@aib.ie
conor.p.o'donovan@aib.ie
cormac.t.treanor@aib.ie
cormac.w.heffernan@aib.ie
craig.z.lynch@aib.ie
dara.m.mckenna@aib.ie
dara.r.marnell@aib.ie
darragh.p.crowley@aib.ie
dave.b.mcevoy@aib.ie
david.e.love@aib.ie
david.j.lock@aib.ie
david.j.o'neill@aib.ie
david.m.burns@aib.ie
david.p.coyne@aib.ie
david.p.mcguinness@aib.ie
declan.a.mullen@aib.ie
declan.j.cooling@aib.ie
declan.j.fitzgerald@aib.ie
deirdre.m.breheny@aib.ie
denis.murphy@aib.ie
denis.r.culligan@aib.ie

**Company & Corresponding Email Addresses**

denise.brown@aib.ie
desmond.k.bevan@aib.ie
donal.f.murphy@aib.ie
duncan.k.farquhar@aib.ie
dwayne.p.mcnicholas@aib.ie
eamon.b.brennan@aib.ie
eamonn.c.hackett@aib.ie
eamonn.s.boylan@aib.ie
eavan.k.o'connell@aib.ie
eddie.h.o'neill@aib.ie
emer.m.murphy@aib.ie
eoin.m.maher@aib.ie
eric.k.blake@aib.ie
eugene.j.kelly@aib.ie
finbar.m.dowling@aib.ie
frank.j.o'kennedy@aib.ie
frank.oconner@aib.ie
frank.p.mcardle@aib.ie
gabrielle.g.croke@aib.ie
gary.p.phelan@aib.ie
gavan.m.barlow@aib.ie
gavin.m.barlow@aib.ie
gerard.t.o'brien@aib.ie
gerrard.j.buckley@aib.ie
gerry.g.gleeson@aib.ie
glenn.n.clarke@aib.ie
glynis.s.webb@aib.ie
graham.m.fagan@aib.ie
grainne.m.o'brien@aib.ie
helen.m.shaughnessy@aib.ie
ian.f.cooke@aib.ie
imelda.s.sexton@aib.ie
ingrid.lacey@aib.ie
jacqui.m.gleeson@aib.ie
james.r.mckeever@aib.ie
jeff.c.kay@aib.ie
jim.p.arigho@aib.ie
jj.walsh@aib.ie
joe.a.naughton@aib.ie
joe.p.simpson@aib.ie
johanne.s.fagan@aib.ie
john.b.hynes@aib.ie
john.d.foy@aib.ie
john.g.lowry@aib.ie
john.s.mccarthy@aib.ie
joseph.m.harrigan@aib.ie
joseph.naughton@aib.ie
karen.j.birt@aib.ie
karl.j.cooke@aib.ie
keith.w.grehan@aib.ie
ken.j.rouse@aib.ie
ken.v.murnaghan@aib.ie
kerry.m.maccarthy@aib.ie
kim.r.martin@aib.ie

**Company & Corresponding Email Addresses**

lance.r.graham@aib.ie
laurence.c.endersen@aib.ie
leanna.m.larkin@aib.ie
lee.p.o'halloran@aib.ie
linda.m.buckley@aib.ie
lore.a.hayes@aib.ie
lorraine.murphy@aib.ie
louisa.a.kinirons@aib.ie
louise.a.frazer@aib.ie
louise.m.mcguigan@aib.ie
malcolm.macdonald@aib.ie
margaret.g.donnellon@aib.ie
mark.j.tuite@aib.be
mark.r.seavers@aib.ie
martin.j.edmonds@aib.ie
mary.f.daly@aib.ie
mary.j.moloney@aib.ie
matthew.c.baker@aib.ie
michael.a.lanning@aib.ie
michael.h.ryan@aib.ie
michael.j.hegarty@aib.ie
michael.j.mchale@aib.ie
michael.t.grace@aib.ie
michael.v.morris@aib.ie
michelle.m.mcgreal@aib.ie
niall.m.monks@aib.ie
niall.p.fitzpatrick@aib.be
niamh.o'neill@aib.ie
nick.j.treble@aib.ie
oihana.g.gotxi@aib.ie
padraig.j.odalaigh@aib.ie
padraig.m.oconnell@aib.ie
pat.o'connor@aib.ie
patrick.d.drurybyrne@aib.ie
patrick.k.cunneen@aib.ie
patrick.l.barry@aib.ie
paul.a.brophy@aib.ie
paul.a.gallagher@aib.ie
paul.a.mclaughlan@aib.ie
paul.f.cahill@aib.ie
paul.g.doorley@aib.ie
paul.lovett@aib.ie
paula.m.dowdall@aib.ie
pedro.a.yaguez@aib.ie
peter.j.shortt@aib.ie
philip.p.ashbrook@aib.ie
rachel.f.naughton@aib.ie
ray.g.fitzpatrick@aib.ie
ray.m.o'neill@aib.ie
raymond.g.tierney@aib.ie
richard.j.wall@aib.ie
robert.j.maunsell@aib.ie
robert.m.gallagher@aib.ie
rod.j.mckenzie@aib.ie

## Company & Corresponding Email Addresses

roisin.a.magee@aib.ie
roland.j.emmans@aib.ie
rosalind.j.jones@aib.ie
russell.j.lee@aib.ie
ruth.m.hogan@aib.ie
samantha.m.cunningham@aib.ie
scott.p.townsend@aib.ie
sean.c.callanan@aib.ie
shane.a.gargan@aib.ie
shane.forster@aib.ie
shane.o'neill@aib.ie
sinead.m.neeson@aib.ie
siobhan.m.tuite@aib.ie
stuart.a.norman@aib.ie
sue.p.bowley@aib.ie
suzanne.m.doyle@aib.ie
terry.a.mccabe@aib.ie
tim.j.emmott@aib.ie
tim.m.cahill@aib.ie
tim.t.bennett@aib.ie
tom.c.lynch@aib.ie
tom.l.maginn@aib.ie
tony.p.gargan@aib.ie
tony.t.farrell@aib.ie
trevor.a.courtney@aib.ie
triona.m.o'mahony@aib.ie
vinny.a.butler@aib.ie
yann.l.mitchell@aib.ie

**aibbny**

aidan.g.egan@aibbny.ie
aidan.m.hickey@aibbny.ie
aisling.t.kelly@aibbny.ie
alan.p.mccormick@aibbny.ie
alan.p.raftery@aibbny.ie
alison.j.harris@aibbny.ie
anna.e.szklarczyk@aibbny.ie
aoife.m.doyle@aibbny.ie
aoife.m.naughton@aibbny.ie
aoife.m.rooney@aibbny.ie
audrey.m.oconnell@aibbny.ie
avril.t.waldie@aibbny.ie
barbara.a.sorohan@aibbny.ie
brian.t.duffy@aibbny.ie
caroline.j.edge@aibbny.ie
caroline.m.delaney@aibbny.ie
cathal.p.o'leidhin@aibbny.ie
ceri.b.burchell@aibbny.ie
charlotte.m.oleary@aibbny.ie
ciaran.e.roche@aibbny.ie
claire.c.dorris@aibbny.ie
clare-anne.a.white@aibbny.ie
clodagh.m.mcclean@aibbny.ie
colin.d.o'connor@aibbny.ie
colm.a.ryan@aibbny.ie

## Company & Corresponding Email Addresses

corrado.j.morellicarroll@aibbny.ie
cynthia.r.bell@aibbny.ie
darryl.e.bannon@aibbny.ie
deirdre.c.hanlon@aibbny.ie
deirdre.m.gallagher@aibbny.ie
della.v.kilduff@aibbny.ie
denise.d.flynn@aibbny.ie
diane.k.keane@aibbny.ie
edel.m.downey@aibbny.ie
elaine.a.bryan@aibbny.ie
elaine.m.crehan@aibbny.ie
elias.a.salami@aibbny.ie
emily.m.o'connell@aibbny.ie
enda.c.sheridan@aibbny.ie
eoin.j.edwards@aibbny.ie
eoin.p.o'connor@aibbny.ie
eugene.a.ferriss@aibbny.ie
evonne.p.kelly@aibbny.ie
fiona.a.lavelle@aibbny.ie
fiona.e.foley@aibbny.ie
garret.m.mcginley@aibbny.ie
geraldine.m.green@aibbny.ie
glg.partners.aibbny@aibbny.ie
graham.m.fagan@aibbny.ie
ian.b.fagan@aibbny.ie
ian.c.mcdonald@aibbny.ie
james.a.murphy@aibbny.ie
james.c.dunne@aibbny.ie
jd.d.dwane@aibbny.ie
jennifer.m.o'loughlin@aibbny.ie
jim.p.o'neill@aibbny.ie
john.d.mulligan@aibbny.ie
john.j.griffiths@aibbny.ie
john.k.griffith@aibbny.ie
kevin.j.tuite@aibbny.ie
leo.m.donegan@aibbny.ie
lisa.a.byrne@aibbny.ie
lisa.c.walkin@aibbny.ie
lisa.m.wren@aibbny.ie
louise.b.milner@aibbny.ie
luke.d.thomas@aibbny.ie
margaret.m.mulhall@aibbny.ie
marian.w.dennigan@aibbny.ie
mark.p.levins@aibbny.ie
martin.j.thompson@aibbny.ie
maura.n.fenton@aibbny.ie
maurice.tracey@aibbny.ie
michael.a.donohoe@aibbny.ie
michelle.c.moroney@aibbny.ie
michelle.c.nugent@aibbny.ie
neil.m.browne@aibbny.ie
niall.g.o'brien@aibbny.ie
niamh.m.morrissey@aibbny.ie
oisin.p.tracey@aibbny.ie

**Company & Corresponding Email Addresses**

olivia.m.tracey@aibbny.ie
padraig.t.hogan@aibbny.ie
paul.a.mclaughlin@aibbny.ie
paul.a.sheehan@aibbny.ie
paul.o.morley@aibbny.ie
robert.d.blake@aibbny.ie
robert.d.mcdonnell@aibbny.ie
ruth.m.mcnamara@aibbny.ie
sinead.a.fennell@aibbny.ie
sinead.b.dunne@aibbny.ie
sinead.m.tynan@aibbny.ie
siobhan.a.broderick@aibbny.ie
sonia.m.carey@aibbny.ie
sophia.m.long@aibbny.ie
stephen.a.bennett@aibbny.ie
stephen.a.boyle@aibbny.ie
stephen.m.quinn@aibbny.ie
stephen.r.carey@aibbny.ie
suzanne.mccarthy@aibbny.ie
thomas.w.cotter@aibbny.ie
trevor.j.cobbe@aibbny.ie
una.m.kane@aibbny.ie
william.e.greene@aibbny.ie

**aibbyn**
isabelle.m.monahan@aibbyn.ie

**aibgovett**
julian.cooke@aibgovett.co.uk
nadine.salkeld@aibgovett.co.uk
philip.letts@aibgovett.co.uk

**aibla**
john.farrace@aibla.com

**aibny**
allen.klein@aibny.com
antonio.nevada@aibny.com
hilary.c.patterson@aibny.com
keith.e.hamilton@aibny.com
marcia.meeker@aibny.com
rima.terradista@aibny.com

**aicm**
dthompson@aicm.com
gcopeland@aicm.com
jmurray@aicm.com
jreddy@aicm.com

**aig**
aaron.gold@aig.com
adam.chu@aig.com
adam.siper@aig.com
adeel.shafiqullah@aig.com
adrian.slaughter@aig.com
alan.pryor@aig.com
alessia.falsarone@aig.com
alex.piccolo@aig.com
alex_chen@aig.com
alexandra.passy@aig.com

**Company & Corresponding Email Addresses**

alexis.taylor@aig.com
alison.brown@aig.com
alison.odornan@aig.com
allison.emmert2@aig.com
alyson.holsclaw@aig.com
amanda.andersen@aig.com
amir.debourou@aig.com
amir.isufi@aig.com
amit.agrawal@aig.com
amit.mahajan@aig.com
anders.faergemann@aig.com
andre.minassian@aig.com
andressa.tezine@aig.com
andrew.bouffard@aig.com
andrew.lewis@aig.com
andrew.parower@aig.com
andrew-db.chan@aig.com
anik.sen@aig.com
anna.lunden@aig.com
anthony.king@aig.com
anthony.luu@aig.com
anu.sachdeva@aig.com
ardavan.mobasheri@aig.com
art.jameison@aig.com
asel.delgado@aig.com
benjamin.tell@aig.com
benjamin-ts.wong@aig.com
billw.fish@aig.com
bradley.schwab@aig.com
brady.mcloone@aig.com
brendan.buckley@aig.com
brett.bonet@aig.com
brian.mok@aig.com
brian.pollak@aig.com
brian.schreiber@aig.com
brian.sikkenga@aig.com
bryan.petermann@aig.com
bryan-cm.wong@aig.com
carla.cantreva@aig.com
carlissa.li@aig.com
catherine_barnett@aig.com
cathy.mannarino@aig.com
catrin.gustafsson@aig.com
chantal.brennan@aig.com
charlene.hamrah@aig.com
charlie.carlton@aig.com
cheri-sk.wong@aig.com
cheryl.mcdermott@aig.com
chiara.mastrodomenico@aig.com
chris.casey@aig.com
chris.coffman@aig.com
chris.eger@aig.com
chris.harner@aig.com
christian.manni@aig.com

**Company & Corresponding Email Addresses**

christina-sm.fung@aig.com
christine.dziadul@aig.com
christine.onyung@aig.com
christopher.cramer@aig.com
christopher.lui@aig.com
christopher.malfant@aig.com
christopher.young@aig.com
corinne.conry@aig.com
craig.mitchell@aig.com
cynthia-xx.chen@aig.com
damian.geistkemper@aig.com
dan.koontz@aig.com
dan.neuger@aig.com
dan.purser@aig.com
dan.pursur@aig.com
dana.burns@aig.com
daniel.fernandez-cos@aig.com
daniel.hung@aig.com
danielcozzi@aig.com
danielle.ferry@aig.com
danny.zoba@aig.com
david.ladue@aig.com
david.molnar@aig.com
david.murray@aig.com
david.nordin@aig.com
david.oldow@aig.com
david.warshawsky@aig.com
deb.gellman@aig.com
debbie.adami@aig.com
deborah.medenica@aig.com
deepak.seeburrun@aig.com
dennis.diraffaele@aig.com
derek.yeung@aig.com
dianne.reed@aig.com
dinah.brown@aig.com
dmitri.savin@aig.com
domenick.fumai@aig.com
don.mcclatchy@aig.com
donj.mchugh@aig.com
doug.erwin@aig.com
doug.kocis@aig.com
doug.lee@aig.com
douglas.jones@aig.com
duncan.vise@aig.com
dusty.granet@aig.com
edward-cp.fang@aig.com
eileen.casey@aig.com
eileen-sh.pang@aig.com
email@aig.com
emilie.sumera@aig.com
eric.alani@aig.com
eric.alfuth@aig.com
fidelma.mcmahon@aig.com
filippo.arcieri@aig.com

**Company & Corresponding Email Addresses**

florence.wong@aig.com
florent.vallespir@aig.com
fouad.hashem@aig.com
frank.hochheimer@aig.com
gary.sparago@aig.com
geoffrey.cornell@aig.com
george.coheleach@aig.com
george.colwell@aig.com
gerald.herman@aig.com
graeme.bencke@aig.com
greg.braun@aig.com
greg.matthews@aig.com
greg.spilberg@aig.com
gregg.hammer@aig.com
guillermo.donadini@aig.com
gus.robertson@aig.com
guy.antonelli@aig.com
hachidai.ueda@aig.com
hans.danielsson@aig.com
hao.wu@aig.com
harold.singleton@aig.com
harry.carrel@aig.com
helen.lee@aig.com
hutch.bryan@aig.com
indraneel.karlekar@aig.com
irem.sukan@aig.com
irina.bogatcheva@aig.com
iris.clay@aig.com
isaac-ww.lo@aig.com
j.chan@aig.com
jaclyn.roster@aig.com
jacob.mase@aig.com
james.dowling@aig.com
james.tsang@aig.com
jamie.tucker@aig.com
janine.miller@aig.com
jason.dangelo@aig.com
jason.d'angelo@aig.com
jasona.weiss@aig.com
jayne.winthrop@aig.com
jdavid.moore@aig.com
jeff.agne@aig.com
jeff.swiatek@aig.com
jeffrey.smart@aig.com
jennifer.brown3@aig.com
jenny.tung@aig.com
jeremy.baldwin@aig.com
jeremy.burton@aig.com
jermey.baldwin@aig.com
jerome.muldowney@aig.com
jerry.mccarron@aig.com
jihui.zhang@aig.com
jim.ferguson@aig.com
jim.hentges@aig.com

**Company & Corresponding Email Addresses**

jim.kurtz@aig.com
jimmy.ng@aig.com
jing.ning@aig.com
jk.kang@aig.com
joanna.awad@aig.com
joanna.moon@aig.com
joe.zaid@aig.com
joey.javier@aig.com
johanna.brodbeck@aig.com
john.barden@aig.com
john.brandon@aig.com
john.dunlevy@aig.com
john.king@aig.com
john.pollock@aig.com
john.toohey@aig.com
john.yovanovic@aig.com
jorge.perez@aig.com
jose.aragon@aig.com
joseph.hartswell@aig.com
joseph.myers@aig.com
joseph.philips@aig.com
joshua.gatmaitan@aig.com
julia.dorn@aig.com
julian.maizels@aig.com
julian.temes@aig.com
justin.kim@aig.com
kaitlin.yount@aig.com
kan.zheng@aig.com
karyn.baumeister@aig.com
kate.faraday@aig.com
kaye.handley@aig.com
kei.sasaki@aig.com
keisha.graham@aig.com
keith.chen@aig.com
keith.dionis@aig.com
keithd.duffy@aig.com
kelly.hubert@aig.com
kenneth.lo@aig.com
kenneth.weliczka@aig.com
kevin.fernandez@aig.com
kevin.taylor@aig.com
kirstine.mcmillan@aig.com
krassimir.katev@aig.com
kurt.daum@aig.com
kurt.fredland@aig.com
kwee-peng.ong@aig.com
lan.cai@aig.com
laura.ortiz@aig.com
lei.jing@aig.com
lewis.gibofsky@aig.com
lila.jordan@aig.com
lin.shi@aig.com
loc.mcnew@aig.com
lori.cinciva@aig.com

**Company & Corresponding Email Addresses**

lorri.white@aig.com
louis.messina@aig.com
magali.azemabarac@aig.com
marc.kasher@aig.com
marco.nascimento@aig.com
margaret.wasnak@aig.com
maria.berenguer@aig.com
maria.giannitelli@aig.com
marieline.carter@aig.com
mark.girolamo2@aig.com
mark.gross@aig.com
mark.hutchings@aig.com
markus.schoemer@aig.com
markus.schomer@aig.com
marlene.mora@aig.com
marlys.appleton@aig.com
matt.meyer@aig.com
matthew.buhse@aig.com
matthew.dahlman@aig.com
matthew.hendricksen@aig.com
matthew.lo@aig.com
matthew.loftus@aig.com
matthew.mcloughlin@aig.com
matthew.walsh@aig.com
matthew.walton@aig.com
meg.sullivan@aig.com
melanie.davis@aig.com
michael.baek@aig.com
michael.butche@aig.com
michael.buthe@aig.com
michael.chua@aig.com
michael.emechebo@aig.com
michael.fara@aig.com
michael.fioribello@aig.com
michael.hennessy@aig.com
michael.kloss@aig.com
michael.kolster@aig.com
michael.lanier@aig.com
michael.rieger@aig.com
michael.rimell@aig.com
michael.rinell@aig.com
michael.thorp@aig.com
michael.yang@aig.com
michaelj.kelly@aig.com
michele.varvaro@aig.com
michelle.delrosario@aig.com
michelle.hennigar@aig.com
michelle.murrin-johns@aig.com
mikhail.samonov@aig.com
mohammad.shah@aig.com
mohit.marria@aig.com
monika.machon@aig.com
nancy.mariani@aig.com
nanette.johnson@aig.com

**Company & Corresponding Email Addresses**

natasha.smirnova@aig.com
nathan.margolis@aig.com
nellie.wong@aig.com
nick-hy.wan@aig.com
nicole.lemmo@aig.com
nikos.ermorfopoulos@aig.com
nikos.evmorfopoulos@aig.com
nixon.mak@aig.com
owen.carter@aig.com
paolo.zapparoli@aig.com
patrick.mcginnis@aig.com
patrick.pace@aig.com
paul.gately@aig.com
paul.narayanan@aig.com
peter.adamczyk@aig.com
peter.defazio@aig.com
peter.hu2@aig.com
peter.soo@aig.com
peter.stevenson@aig.com
poh-kin.cheong@aig.com
qasim.ahmedbhai@aig.com
quan.wen@aig.com
rachel.kolsky@aig.com
rajeev.mittal@aig.com
ralph.green@aig.com
randy.o'toole@aig.com
raphael.castellanos@aig.com
raphael.davis@aig.com
ravi.kamath@aig.com
raymond-mf.lau@aig.com
rebecca.coulson@aig.com
rebecca.todd@aig.com
regina.harrington@aig.com
renee.chrostowski@aig.com
rich.mercante@aig.com
richard.biegen@aig.com
richard.greenwood@aig.com
richard.scott@aig.com
richard.thompson@aig.com
rick.scott@aig.com
rita.osea@aig.com
rob.vandenassem@aig.com
robert.emes@aig.com
robert.hinchliffe@aig.com
robert.mcdonald@aig.com
robert.morello@aig.com
robert.torretti@aig.com
robin.thorn@aig.com
robin.weise@aig.com
rocky.mould@aig.com
roger.gorham@aig.com
ronald.anderson@aig.com
ronald.joe@aig.com
rosemarie.seery@aig.com

**Company & Corresponding Email Addresses**

russell.taylor@aig.com
ryan.fulmer@aig.com
sally.ritter@aig.com
sara.grohl@aig.com
sarah.collett@aig.com
scott.foushee@aig.com
scott.kruger@aig.com
scott.nielsen3@aig.com
scott.storey@aig.com
sean.lyng@aig.com
sharonm.smith@aig.com
shawn.parry@aig.com
shawn.perry@aig.com
sheedsa.ali@aig.com
shintaro.yoshida@aig.com
shirley.loh@aig.com
siang.tan@aig.com
silke.halvorson@aig.com
simon.hillard@aig.com
sita.japsi@aig.com
sonia.hamstra@aig.com
soo-feng.lee@aig.com
soo-thiam.tan@aig.com
sophia.zhao@aig.com
stacy.curtin@aig.com
stella.magklivera@aig.com
stella.yukhaev@aig.com
stephen.detommaso@aig.com
stephen.mathai-davis@aig.com
stephen.webster@aig.com
steven.cook@aig.com
steven.palmer@aig.com
steven.rosen@aig.com
stewart-kc.thong@aig.com
stuartc.beharry@aig.com
sudarshan.rajan@aig.com
sudhir.sharma@aig.com
suzannah.grady@aig.com
tara.innes@aig.com
tara.waterhouse@aig.com
tatiana.iliczewa@aig.com
ted.holliday@aig.com
terence-cm.shiu@aig.com
tetsuaki.kajitani@aig.com
thomas.craven@aig.com
thomas.marx@aig.com
tiffany.tian@aig.com
tim.campion@aig.com
tim.grant@aig.com
tim.lindvall@aig.com
tim.tucker@aig.com
tom.denkler@aig.com
tom.okeefe@aig.com
tom.o'keeffe@aig.com

**Company & Corresponding Email Addresses**

travis.white@aig.com
trevor.cox@aig.com
urs.gisiger@aig.com
victor.kolvites@aig.com
victoriay.chin@aig.com
vincent.chun@aig.com
vinti.khanna@aig.com
vivian-pt.tsai@aig.com
vladimir.karlov@aig.com
walter.josiah@aig.com
warren.geiger@aig.com
wasan.alsaleh@aig.com
wayne.klein@aig.com
wilbur.matthews@aig.com
william.dooley@aig.com
william.mills2@aig.com
win.neuger@aig.com
yuki.matsumura@aig.com
yunkyung.kim@aig.com
zhan.liu@aig.com
zishan.cheema@aig.com

**aigag**

brian_steinbrueck@aigag.com

**aigfpc**

andersen@aigfpc.com
assets@aigfpc.com
benson@aigfpc.com
clayton@aigfpc.com
dring@aigfpc.com
evelyn@aigfpc.com
fewings@aigfpc.com
forster@aigfpc.com
frost@aigfpc.com
goodwin@aigfpc.com
hildyard@aigfpc.com
hishikawa@aigfpc.com
homscheid@aigfpc.com
jacobs@aigfpc.com
jim.haas@aigfpc.com
ka@aigfpc.com
kanaan@aigfpc.com
kissina@aigfpc.com
kowalishin@aigfpc.com
maclean@aigfpc.com
martin@aigfpc.com
mccormack@aigfpc.com
meir@aigfpc.com
oliveira@aigfpc.com
phil.kassin@aigfpc.com
portugal@aigfpc.com
ptrager@aigfpc.com
robinson@aigfpc.com
ryan@aigfpc.com
steele@aigfpc.com

**Company & Corresponding Email Addresses**

   stonebraker@aigfpc.com
   taylor@aigfpc.com
   teasel@aigfpc.com
   ward@aigfpc.com
   wayne@aigfpc.com
   whelan@aigfpc.com
   wilkinson@aigfpc.com

**aig-huatai**
   jack.lee@aig-huatai.com

**aigi**
   ppancholi@aigi.com
   steve_richardson@aigi.com

**aigpb**
   b.zimmermann@aigpb.com
   christian.mueri@aigpb.com
   claude.blank@aigpb.com
   daniel.nikolovski@aigpb.com
   daniel.weber@aigpb.com
   david.hanschke@aigpb.com
   diego.camossi@aigpb.com
   dieter.buchholz@aigpb.com
   ernesa.skenderi@aigpb.com
   fabian.baumann@aigpb.com
   forex@aigpb.com
   gerard.cella@aigpb.com
   gerold.wirth@aigpb.com
   gertrud.furrer@aigpb.com
   guido.kruedenscheidt@aigpb.com
   heiner.speich@aigpb.com
   inicolay@aigpb.com
   jan.sommerhalder@aigpb.com
   juerg.bollinger@aigpb.com
   julia.balandina@aigpb.com
   lawrence.sautter@aigpb.com
   luzia.raffainer@aigpb.com
   monica.tschannen-hug@aigpb.com
   orun.palit@aigpb.com
   p.schaad@aigpb.com
   patricia.manente@aigpb.com
   r.pfyl@aigpb.com
   roman.petix@aigpb.com
   s.belser@aigpb.com
   sales.bischofberger@aigpb.com
   sebastian.miele@aigpb.com
   simon.maeder@aigpb.com
   werner.huerlimann@aigpb.com

**aigprivatebank**
   andreas.keller@aigprivatebank.com
   gerdalois.schaedler@aigprivatebank.com

**aigtc**
   msteinberg@aigtc.com

**aimcapital**
   daniel_siegel@aimcapital.com

**aimco**

## Company & Corresponding Email Addresses

dietmar.sollbach@aimco.ab.ca

### aimfunds

adrienne_evans@aimfunds.com
amy_pitts@aimfunds.com
betty_eng@aimfunds.com
borge_endresen@aimfunds.com
brad_warden@aimfunds.com
christopher_lee@aimfunds.com
david_bass@aimfunds.com
dean_pancoast@aimfunds.com
emily_abernethy@aimfunds.com
eric_lane@aimfunds.com
franklin_rubin@aimfunds.com
gary_beauchamp@aimfunds.com
gerrian_neeley@aimfunds.com
hal_barr@aimfunds.com
harry_breda@aimfunds.com
jason.holzer@aimfunds.com
jason_mclean@aimfunds.com
jennifer_sloan@aimfunds.com
joe_hagler@aimfunds.com
julia_nolen@aimfunds.com
kelley_welch@aimfunds.com
linda_rodriguez@aimfunds.com
luann_katz@aimfunds.com
lynn_bernard@aimfunds.com
marie_jordon@aimfunds.com
mark_mcmeans@aimfunds.com
mark_wehring@aimfunds.com
marko_zrno@aimfunds.com
mason_winfield@aimfunds.com
matt_dennis@aimfunds.com
michael_marek@aimfunds.com
muri_sadler@aimfunds.com
nick_white@aimfunds.com
patty_hoopes@aimfunds.com
philip.ferguson@aimfunds.com
samuel_murray@aimfunds.com
sara_mcclelland@aimfunds.com
scott_pierce@aimfunds.com
shannon_harkins@aimfunds.com
sharon_copper@aimfunds.com
steve_cao@aimfunds.com
steve_mahan@aimfunds.com
susan_drake@aimfunds.com
susan_smith@aimfunds.com

### aiminvestment

gary.russell@aiminvestment.com
john.segner@aiminvestment.com

### aiminvestments

abel.garcia@aiminvestments.com
alex.qian@aiminvestments.com
ali.siddiqui@aiminvestments.com
amy.earle@aiminvestments.com

## Company & Corresponding Email Addresses

andres.cook@aiminvestments.com
andrew.lees@aiminvestments.com
angelica.wilson@aiminvestments.com
angie.wilson@aiminvestments.com
ann.srubar@aiminvestments.com
barrett.sides@aiminvestments.com
bart.glenn@aiminvestments.com
ben.hock@aiminvestments.com
blake.cmajdalka@aiminvestments.com
bob.alley@aiminvestments.com
brenda.hanson@aiminvestments.com
brendang@aiminvestments.com
brent.lium@aiminvestments.com
brently.bates@aiminvestments.com
bret.stanley@aiminvestments.com
brian.jurkash@aiminvestments.com
brian.nelson@aiminvestments.com
canon.coleman@aiminvestments.com
carolyn.gibbs@aiminvestments.com
cecelia.figueroa@aiminvestments.com
charles.grob@aiminvestments.com
charles.hebert@aiminvestments.com
christian.remmert@aiminvestments.com
christopher.calton@aiminvestments.com
christopher.lee@aiminvestments.com
cindy.brien@aiminvestments.com
clarissa.perez-machado@aiminvestments.com
clas.olsson@aiminvestments.com
clay.manley@aiminvestments.com
clint.dudley@aiminvestments.com
colleen.ziegler@aiminvestments.com
damon.hall@aiminvestments.com
daniel.seigle@aiminvestments.com
danny.harvey@aiminvestments.com
darren.hughes@aiminvestments.com
dat.nguyen@aiminvestments.com
david.gluch@aiminvestments.com
davis.paddock@aiminvestments.com
dean.dillard@aiminvestments.com
deborah.brown@aiminvestments.com
derek.izuel@aiminvestments.com
derek.taner@aiminvestments.com
donna.anderson@aiminvestments.com
doug.asiello@aiminvestments.com
doug.grant@aiminvestments.com
duy.nguyen@aiminvestments.com
dwane.bacak@aiminvestments.com
edward.kolczynski@aiminvestments.com
eric.reed@aiminvestments.com
esther.chance@aiminvestments.com
evan.snyder@aiminvestments.com
fritz.meyer@aiminvestments.com
geoffrey.keeling@aiminvestments.com
glen.hayashi@aiminvestments.com

**Company & Corresponding Email Addresses**

glen.hilton@aiminvestments.com
hal.clark@aiminvestments.com
hau.pham@aiminvestments.com
henry.wu@aiminvestments.com
jake.borbridge@aiminvestments.com
james.jacoby@aiminvestments.com
jan.friedli@aiminvestments.com
jay.cunningham@aiminvestments.com
jean.onken@aiminvestments.com
jeff.reed@aiminvestments.com
jeffrey.galloway@aiminvestments.com
jerry.chao@aiminvestments.com
jim.colquitt@aiminvestments.com
joel.soroos@aiminvestments.com
john.kim@aiminvestments.com
john.schoel@aiminvestments.com
john.thornton@aiminvestments.com
jonathan.edwards@aiminvestments.com
jonathan.harrington@aiminvestments.com
jonathan.mcadams@aiminvestments.com
jonathan.mueller@aiminvestments.com
jonathan.sellers@aiminvestments.com
joshua.goldstein@aiminvestments.com
juan.hartsfield@aiminvestments.com
juliet.ellis@aiminvestments.com
karen.hunter@aiminvestments.com
karen.kelley@aiminvestments.com
karoline.carlson@aiminvestments.com
kathleen.roberts@aiminvestments.com
kellie.veazey@aiminvestments.com
ken.oberg@aiminvestments.com
kenneth.zinner@aiminvestments.com
kevin.cronin@aiminvestments.com
kristina.junco@aiminvestments.com
larry.billimek@aiminvestments.com
latricia.dickson@aiminvestments.com
laurie.brignac@aiminvestments.com
leslie.mclain@aiminvestments.com
leslie.reyes@aiminvestments.com
linda.tagen@aiminvestments.com
linda.tran@aiminvestments.com
linn.wright@aiminvestments.com
lyman.missimer@aiminvestments.com
maria.escamilla@aiminvestments.com
mark.gilley@aiminvestments.com
mark.jason@aiminvestments.com
mark.mcdonnell@aiminvestments.com
mark.williamson@aiminvestments.com
marques.mercier@aiminvestments.com
marty.flanagan@aiminvestments.com
mary.cunningham@aiminvestments.com
matthew.seinsheimer@aiminvestments.com
meggan.walsh@aiminvestments.com
mia.hosty@aiminvestments.com

## Company & Corresponding Email Addresses

michael.chapman@aiminvestments.com
michael.dominey@aiminvestments.com
michael.morris1@aiminvestments.com
michael.simon@aiminvestments.com
michael.yellen@aiminvestments.com
michaele.brown@aiminvestments.com
mike.cole@aiminvestments.com
monika.degan@aiminvestments.com
nakia.brown@aiminvestments.com
nancy.hamrick@aiminvestments.com
nitin.vaidya@aiminvestments.com
patrick.lewis@aiminvestments.com
paul.rasplicka@aiminvestments.com
pei.weng@aiminvestments.com
peter.ehret@aiminvestments.com
phil.taylor@aiminvestments.com
rachel.bruner@aiminvestments.com
richard.nield@aiminvestments.com
robert.graham@aiminvestments.com
robert.lee@aiminvestments.com
robert.lloyd@aiminvestments.com
robert.shelton@aiminvestments.com
robert.shoss@aiminvestments.com
roberta.tucker@aiminvestments.com
ronald.sloan@aiminvestments.com
roseanne.dillon@aiminvestments.com
ryan.amerman@aiminvestments.com
scot.johnson@aiminvestments.com
scott.roberts@aiminvestments.com
scott.zuehlke@aiminvestments.com
stephen.satter@aiminvestments.com
stuart.coco@aiminvestments.com
sunaina.murthy@aiminvestments.com
susan.pawlak.olson@aiminvestments.com
teresam.perez@aiminvestments.com
tien.sanlucas@aiminvestments.com
tim.beyer@aiminvestments.com
tim.moore@aiminvestments.com
tonya.kiel@aiminvestments.com
traci.andress@aiminvestments.com
tyler.dann@aiminvestments.com
warren.tennant@aiminvestments.com
william.oneil@aiminvestments.com
yvonne.pennock@aiminvestments.com

## airbus

andreas.sperl@airbus.com
arthur.gazarian@airbus.fr
christian.streiff@airbus.com
claude-henri.hereus@airbus.com
dana.lockhart@airbus.com
derek.davies@airbus.com
etienne.de-coninck@airbus.fr
glen.fukushima@airbus.com
gustav.humbert@airbus.com

**Company & Corresponding Email Addresses**

harald.wilhelm@airbus.com
john.leahy@airbus.com
jurgen.thomas@airbus.fr
laurent.rouaud@airbus.com
martina.fricke@airbus.com
michel.guerard@airbus.com
noel.forgeard@airbus.fr
paul.mason@airbus.fr
philippe.delmas@airbus.com
philippe.gossard@airbus.com
philippe.jarry@airbus.com
yann.ballet@airbus.fr

**airtouch**
chris.christensen@airtouch.com

**aizawa**
tetsuo_akaike@aizawa.co.jp

**aj**
asmith@aj.co.nz
jmorrow@aj.co.nz
ssolly@aj.co.nz

**ajinomoto**
kouichi_okamoto@ajinomoto.com
ryou_sugie@ajinomoto.com

**akb**
andreas.muehlemann@akb.ch
andreas.zollinger@akb.ch
baotoan.tran@akb.ch
beat.zihnder@akb.ch
christian.gwerder@akb.ch
daniel.buser@akb.ch
dieter.widmer@akb.ch
hernani.defaria@akb.ch
kurt.baer@akb.ch
liana.steinmann@akb.ch
markus.bucher@akb.ch
peter.pastor@akb.ch
raphael.donati@akb.ch
regula.simsalazic@akb.ch
robert.baumann@akb.ch
ronald.born@akb.ch
sascha.haudenschild@akb.ch
stefan.pluess@akb.ch

**akbank**
ahmet.yavuz@akbank.com
bahadir.cakmakli@akbank.com
burak.suren@akbank.com
eyup.engin@akbank.com
ibrahim.toprak@akbank.com
muammer.cakir@akbank.com
murat.ural@akbank.com
rtoygar@akbank.com.tr

**akbprivatbank**
andre.kuehni@akbprivatbank.ch

**akk**

## Company & Corresponding Email Addresses

orelj@akk.hu

### aktia
andreas.bergman@aktia.fi
antti.rikka@aktia.fi
jani.laitinen@aktia.fi
johan.hamstrom@aktia.fi
john.juslin@aktia.fi
jonne.sandstrom@aktia.fi
juuso.rantala@aktia.fi
lars.grandell@aktia.fi
marco.granskog@aktia.fi
maria.tuomolin@aktia.fi
mikael.westerlund@aktia.fi
miska.kuhalampi@aktia.fi
saku.santavirta@aktia.fi
satu.linden@aktia.fi
tom.lehto@aktia.fi

### akzonobel
bastiaan.vanderheyden@akzonobel.com
bob.puijin@akzonobel.com
ellen.aberson@akzonobel.com
frits.wielaard@akzonobel.com
investor.relations@akzonobel.com
rob.horlings@akzonobel.com
robert.gray@akzonobel.com
roderick.ritchie@akzonobel.com
wendy.bruns@akzonobel.com

### alabamafuel
rhare@alabamafuel.com

### alahli
a.alsharief@alahli.com
a.baaghil@alahli.com
a.elkhraijy@alahli.com
a.farid@alahli.com
a.gusti@alahli.com
h.attar@alahli.com
h.bafaqeeh@alahli.com
h.fairag@alahli.com
kh.alamoudi@alahli.com
m.aijazi@alahli.com
p.peters@alahli.com
r.darwish@alahli.com
s.abdowaise@alahli.com
s.alshamlan@alahli.com
t.alkhereiji@alahli.com
t.khoujah@alahli.com

### alaska
apcm@alaska.net
cjhodel@alaska.com

### alaskapermfund
aloney@alaskapermfund.com
bjohnson@alaskapermfund.com
blow@alaskapermfund.com
ccummins@alaskapermfund.com

**Company & Corresponding Email Addresses**

clavallee@alaskapermfund.com
cphillips@alaskapermfund.com
erichter@alaskapermfund.com
jburger@alaskapermfund.com
jma@alaskapermfund.com
jparise@alaskapermfund.com
kbuckland@alaskapermfund.com
kemberton@alaskapermfund.com
kganapuram@alaskapermfund.com
lflores@alaskapermfund.com
mbell@alaskapermfund.com
mtsu@alaskapermfund.com
mwood@alaskapermfund.com
phendry@alaskapermfund.com
rshafer@alaskapermfund.com
season@alaskapermfund.com
tputman@alaskapermfund.com

**alaskausa**
n.lowe@alaskausa.org
n.west@alaskausa.org

**alaskausatrust**
s.swanson@alaskausatrust.com

**al-bank**
bjarne.kogut@al-bank.dk
jan.andersen@al-bank.dk

**albertinisim**
cpetrolati@albertinisim.it
smaltese@albertinisim.it

**alberto**
wdavidson@alberto.com

**alcatel**
claire.pedini@alcatel.fr
constant.van_aerschot@alcatel.fr
daniel.geistodt-kiener@alcatel.fr
david.lequain@alcatel.fr
eric.gaillard@alcatel.fr
frederic.doucet@alcatel.fr
jacques.molgo@alcatel.fr
jean-francois.pigeon@alcatel.com.cn
jean-michel.gagnier@alcatel.fr
marc.de_font-reaulx@alcatel.fr
nelly.surriah@alcatel.fr
ottomane@alcatel.fr
patrick.lepvrier@alcatel.fr
philippe.barberot@alcatel.fr
raphael.fabre@alcatel.fr
serge.tchuruk@alcatel.fr
thierry.albrand@alcatel.fr

**alcatel-lucent**
arhenderson@alcatel-lucent.com
christophe.weiss@alcatel-lucent.com
francois.brun@alcatel-lucent.com
jdebono@alcatel-lucent.com
maria.alcon@alcatel-lucent.com

## Company & Corresponding Email Addresses

mitta.men_sam@alcatel-lucent.com

### alcoa

andrew.logsdon@alcoa.com
cynthia.holloway@alcoa.com
david.deloub@alcoa.com
fred.lamberth@alcoa.com
margaret.aupke@alcoa.com
paula.werner@alcoa.com
ricardo.sayao@alcoa.com
ron.barin@alcoa.com
susan.atkins@alcoa.com
william.oplinger@alcoa.com
william.plummer@alcoa.com

### aldenglobal

bruce.chin@aldenglobal.com

### alecta

anders.bjorklund@alecta.com
bo.selling@alecta.com
erik.callert@alecta.com
erik.sprinchorn@alecta.com
johan.staff@alecta.com
john.esk@alecta.com
leif.tornvall@alecta.com
liselott.ledin@alecta.com
marcus.luttgen@alecta.com
martin.nilsson@alecta.com
mikael.wiberg@alecta.com
olof.grenmark@alecta.com
paul.klinkert@alecta.com
per.frennberg@alecta.com
per.frenneberg@alecta.com
peter.van.berlekom@alecta.com
petra.klaffert@alecta.com
robert.runge@alecta.com
rosemarie.westman@alecta.com
staffan.rasjo@alecta.com
tomas.persson@alecta.com
tony.persson@alecta.com
torbjorn.arenbo@alecta.com
ulrika.torell@alecta.com

### alenia

gzappa@alenia.finmeccanica.it

### alettibank

leopoldo.avesani@alettibank.it

### alexanderkey

bill.lynch@alexanderkey.com
bob.priddy@alexanderkey.com
bruce.arnett@alexanderkey.com
chris.lynch@alexanderkey.com
david.lanshe@alexanderkey.com
dianna.bruce@alexanderkey.com
garry.clay@alexanderkey.com
george.turner@alexanderkey.com
georgia.pitts@alexanderkey.com

## Company & Corresponding Email Addresses

jennie.edlin@alexanderkey.com
joseph.gallivan@alexanderkey.com
keith.dull@alexanderkey.com
kyndra.chaffin@alexanderkey.com
lisa.gamble@alexanderkey.com
lisa.rose@alexanderkey.com
rhett.lambert@alexanderkey.com
stokes.grymes@alexanderkey.com
susan.stevens@alexanderkey.com
tammy.wright@alexanderkey.com
tracy.rosson@alexanderkey.com
will.o'rielly@alexanderkey.com

### alfacapital
jane@alfacapital.co.uk
jekstrom@alfacapital.ru
ron@alfacapital.co.uk

### alfains
ldavis@alfains.com
mwilber@alfains.com
srutledge@alfains.com

### alfransi
rirani@alfransi.com.sa

### alfredberg
andreas.hansen@alfredberg.se
dan.falkeborn@alfredberg.se
fredrik.kallstrom@alfredberg.se
gabriel.wetter@alfredberg.se
hartvig.rygaard@alfredberg.se
henrik.segerberg@alfredberg.se
mattias.larsson@alfredberg.se
niklas.bergstrom@alfredberg.se
olof.gabrils@alfredberg.se
staffan.fredholm@alfredberg.se
stefan.gothenby@alfredberg.se

### alger
achu@alger.com
acrawford@alger.com
ajaveri@alger.com
akim@alger.com
asilverberg@alger.com
bcostello@alger.com
bschulz@alger.com
cbonello@alger.com
cwalsh@alger.com
dahnow@alger.com
dchung@alger.com
df@alger.com
dkilpatrick@alger.com
dmeythaler@alger.com
erichards@alger.com
fhernandez@alger.com
gadams@alger.com
gregoryp@alger.com
hliebes@alger.com

**Company & Corresponding Email Addresses**

hyarbrough@alger.com
jcurry@alger.com
jkiang@alger.com
jmcpeake@alger.com
kchen@alger.com
kcollins@alger.com
kcurtis@alger.com
kgluckman@alger.com
kmartens@alger.com
lvigus@alger.com
mdenny@alger.com
mdimeglio@alger.com
mhersom@alger.com
mherson@alger.com
mmelnyk@alger.com
pferguson@alger.com
ppirsch@alger.com
rkerr@alger.com
rott@alger.com
rtanuku@alger.com
schawla@alger.com
spatel@alger.com
spavone@alger.com
sstroud@alger.com
sthumm@alger.com
syang@alger.com
tkontos@alger.com
udahl@alger.com
udyal@alger.com

**alger-ny**

jgreenwald@alger-ny.com
jlisiewski@alger-ny.com
nhoang@alger-ny.com
pkelly@alger-ny.com
zkarabell@alger-ny.com

**alico**

diego.alvarez@alico.com.ar

**alinpa**

kassandra.wipf@alinpa.com
robert.karas@alinpa.com

**alitalia**

ciamei.maria.adelaide@alitalia.it
de_metrio_giulio@alitalia.it
ghellini.sargenti.barbara@alitalia.it
pellas_roberto@alitalia.it
pocobelli.fabrizio@alitalia.it
tolloni.francesca@alitalia.it
voinich.vladimiro@alitalia.it

**allamerica**

rswidey@allamerica.com

**allampapir**

horvathj@allampapir.hu

**alleanza**

alberto.maturi@mail.alleanza.it

**Company & Corresponding Email Addresses**

    alberto.santoro@alleanza.it
    gianluca.sanmartino@alleanza.it
    gianluca.serafini@alleanza.it
    ludovico.beretta@alleanza.it
    stefano.negri@alleanza.it

**alleanzaassicurazioni**

    lucadivenosa@mail.alleanzaassicurazioni.it
    mario.basciani@mail.alleanzaassicurazioni.it
    tiziana.nart@mail.alleanzaassicurazioni.i

**allegiancecapital**

    amawhorter@allegiancecapital.com
    azimmerman@allegiancecapital.com
    cgunster@allegiancecapital.com
    dhewlett@allegiancecapital.com
    efrei@allegiancecapital.com
    iondan@allegiancecapital.com
    jbroscius@allegiancecapital.com
    jdemichele@allegiancecapital.com
    jpattalino@allegiancecapital.com
    jyang@allegiancecapital.com
    jyoung@allegiancecapital.com
    klam@allegiancecapital.com
    lbenedetto@allegiancecapital.com
    mspitler@allegiancecapital.com
    mstandish@allegiancecapital.com
    mtorline@allegiancecapital.com
    nmegli@allegiancecapital.com
    rmestaz@allegiancecapital.com
    snguyen@allegiancecapital.com
    ssegesser@allegiancecapital.com
    sshukr@allegiancecapital.com
    wmawhorter@allegiancecapital.com
    xwang@allegiancecapital.com

**allegiantgroup**

    alex.vallecillo@allegiantgroup.com
    andrew.shipman@allegiantgroup.com
    aneet.deshpande@allegiantgroup.com
    benita.smith@allegiantgroup.com
    calvin.zhang@allegiantgroup.com
    chen.chen@allegiantgroup.com
    cynthia.cole@allegiantgroup.com
    ed.johnson@allegiantgroup.com
    hitesh.patel@allegiantgroup.com
    jacky.chow@allegiantgroup.com
    jeff.hertel@allegiantgroup.com
    joe.famoso@allegiantgroup.com
    john.abunassar@allegiantgroup.com
    julie.liu@allegiantgroup.com
    kathleen.olesinski@allegiantgroup.com
    keith.erwin@allegiantgroup.com
    kevin.crotty@allegiantgroup.com
    larry.eakin@allegiantgroup.com
    lijun.shi@allegiantgroup.com
    margaret.krebs@allegiantgroup.com

## Company & Corresponding Email Addresses

martin.schulz@allegiantgroup.com
michael.halloran@allegiantgroup.com
michael.santelli@allegiantgroup.com
mike.rawson@allegiantgroup.com
ori.elan@allegiantgroup.com
patty.giudice@allegiantgroup.com
patty.mullen@allegiantgroup.com
paul.hayes@allegiantgroup.com
paul.kleinaitis@allegiantgroup.com
rebecca.berridge@allegiantgroup.com
richard.stevenson@allegiantgroup.com
rob.roquitte@allegiantgroup.com
scott.camp@allegiantgroup.com
steve.greiner@allegiantgroup.com
tarik.adam@allegiantgroup.com

### allete
dausman@allete.com
pcutshall@allete.com

### allfonds
theofana.weinreich@allfonds.de
thomas.kolle@allfonds.de

### allfonds-bkg
andreas.menke@allfonds-bkg.de
frederik.mehlitz@allfonds-bkg.de
gerd.rendenbach@allfonds-bkg.de
herwig.maertel@allfonds-bkg.de
martin.hinkofer@allfonds-bkg.de
oliver.schlick@allfonds-bkg.de
peter.sedlmeier@allfonds-bkg.de
thomas.leopold@allfonds-bkg.de
uwe.ehrismann@allfonds-bkg.de
wilfried.hauck@allfonds-bkg.de
wolfgang.gzuk@allfonds-bkg.de

### alliance
dburns@alliance.com

### alliancebernstein
aadithya_thayyar@alliancebernstein.com
abhay.joshi@alliancebernstein.com
adegoke.adediran@alliancebernstein.com
adorno.raina@alliancebernstein.com
ajit.ramachandran@alliancebernstein.com
aku.patel@alliancebernstein.com
alan.connery@alliancebernstein.com
alan.levi@alliancebernstein.com
alex.chang@alliancebernstein.com
alexander.moseley@alliancebernstein.com
allison.boxer@alliancebernstein.com
amanda.kraus@alliancebernstein.com
amy.boothe@alliancebernstein.com
amy.judd@alliancebernstein.com
amy.raskin@alliancebernstein.com
andrew.kehnle@alliancebernstein.com
andrew.potter@alliancebernstein.com
andrew.reiss@alliancebernstein.com

**Company & Corresponding Email Addresses**

annie.tsao@alliancebernstein.com
anthony.chan@alliancebernstein.com
anupam.sanyal@alliancebernstein.com
aolivares@alliancebernstein.com
artem.staviskiy@alliancebernstein.com
aslihan.denizkurdu@alliancebernstein.com
avien.pillay@alliancebernstein.com
ben.buchan@alliancebernstein.com
benjamin.sklar@alliancebernstein.com
bernice.adorno@alliancebernstein.com
bill.baird@alliancebernstein.com
bin.sun@alliancebernstein.com
blindenbaum@alliancebernstein.com
brett.winton@alliancebernstein.com
brian.brugman@alliancebernstein.com
brian.maguire@alliancebernstein.com
brian.mullen@alliancebernstein.com
brian.peters@alliancebernstein.com
brian.rasizer@alliancebernstein.com
bruce.aronow@alliancebernstein.com
bruce.calvert@alliancebernstein.com
bruegsegger@alliancebernstein.com
bryan.sullivan@alliancebernstein.com
bryan.tucker@alliancebernstein.com
byran.cass@alliancebernstein.com
byron.smith@alliancebernstein.com
candice.reddan@alliancebernstein.com
carey.toh@alliancebernstein.com
carl.sells@alliancebernstein.com
carol.davis@alliancebernstein.com
caroline.galligan@alliancebernstein.com
catherine.wood@alliancebernstein.com
cesar.cotillo@alliancebernstein.com
chad.fisher@alliancebernstein.com
charles.duddy@alliancebernstein.com
chris.noone@alliancebernstein.com
chris.wilson@alliancebernstein.com
christopher.carter@alliancebernstein.com
christopher.costanza@alliancebernstein.com
christopher.farina@alliancebernstein.com
christopher.kotowicz@alliancebernstein.com
christopher.toub@alliancebernstein.com
cindy.frick@alliancebernstein.com
clarie.luk@alliancebernstein.com
clive.burstow@alliancebernstein.com
coreen.simonowicz@alliancebernstein.com
court.ingraham@alliancebernstein.com
craig.ayers@alliancebernstein.com
damian.barrera@alliancebernstein.com
dane.leone@alliancebernstein.com
daniel.bloomgarden@alliancebernstein.com
daniel.hewitt@alliancebernstein.com
daria.k@alliancebernstein.com
daryl.clements@alliancebernstein.com

**Company & Corresponding Email Addresses**

david.condon@alliancebernstein.com
david.drishpon@alliancebernstein.com
david.lynch@alliancebernstein.com
david.randell@alliancebernstein.com
david.robinson@alliancebernstein.com
david.steigerwald@alliancebernstein.com
david.weingast@alliancebernstein.com
david.wheeler@alliancebernstein.com
day.bishop@alliancebernstein.com
debra.ackerman@alliancebernstein.com
dennis.shen@alliancebernstein.com
diana.akerman@alliancebernstein.com
dinesha.vittaldas@alliancebernstein.com
dinnie.andrew@alliancebernstein.com
dmitry.rakhlin@alliancebernstein.com
dokyoung.lee@alliancebernstein.com
dora.mintz@alliancebernstein.com
doug.wilson@alliancebernstein.com
douglas.keller@alliancebernstein.com
douglas.wagner@alliancebernstein.com
dounia.elias@alliancebernstein.com
dustin.margolis@alliancebernstein.com
dyan.lelo-schwartz@alliancebernstein.com
edward.dombrowski@alliancebernstein.com
edward.lupo@alliancebernstein.com
ehab.amiri@alliancebernstein.com
eli.casdin@alliancebernstein.com
elizabeth.alvarez@alliancebernstein.com
elizabeth.armstrong@alliancebernstein.com
elizabeth.bakarich@alliancebernstein.com
elke.beigel@alliancebernstein.com
eric.glass@alliancebernstein.com
eric.goldstein@alliancebernstein.com
eric.hewitt@alliancebernstein.com
eric.rosenberg@alliancebernstein.com
eric.traugott@alliancebernstein.com
erik.lam@alliancebernstein.com
erin.fuller@alliancebernstein.com
evan.sauer@alliancebernstein.com
feng.sha@alliancebernstein.com
filomena.cambareri@alliancebernstein.com
frank.accovelli@alliancebernstein.com
frank.arlia@alliancebernstein.com
frank.caruso@alliancebernstein.com
frank.suozzo@alliancebernstein.com
fred.cohen@alliancebernstein.com
gaetano.dimicelli@alliancebernstein.com
gareth.jenkins@alliancebernstein.com
gary.johnson@alliancebernstein.com
gaurav.bana@alliancebernstein.com
ge.zhang@alliancebernstein.com
gehan.wanduragala@alliancebernstein.com
gian.kull@alliancebernstein.com
gino.boscutti@alliancebernstein.com

**Company & Corresponding Email Addresses**

girish.jain@alliancebernstein.com
greg.eckersley@alliancebernstein.com
greg.raskin@alliancebernstein.com
greg.rosenberg@alliancebernstein.com
gtomlinson@alliancebernstein.com
guy.thornewill@alliancebernstein.com
haibo.chen@alliancebernstein.com
hanh.huynh@alliancebernstein.com
harel.sender@alliancebernstein.com
harry.sun@alliancebernstein.com
heath.bogin@alliancebernstein.com
heather.hurley@alliancebernstein.com
helen.davies@alliancebernstein.com
ian.gordon@alliancebernstein.com
ian.kirwan@alliancebernstein.com
ioulia.vorona@alliancebernstein.com
irma.tome@alliancebernstein.com
isabel.buccatelli@alliancebernstein.com
izak.swanepoel@alliancebernstein.com
jack.kelley@alliancebernstein.com
jacqueline.wilhelmy@alliancebernstein.com
jade.mondschein@alliancebernstein.com
jake.pham@alliancebernstein.com
james.barrineau@alliancebernstein.com
james.devins@alliancebernstein.com
james.grigg@alliancebernstein.com
james.russo@alliancebernstein.com
james.wallin@alliancebernstein.com
jamie.carter@alliancebernstein.com
jane.schneirov@alliancebernstein.com
jaroslaw.morawiec@alliancebernstein.com
jason.appleson@alliancebernstein.com
jeffery.zieba@alliancebernstein.com
jeffrey.bencik@alliancebernstein.com
jeffrey.phlegar@alliancebernstein.com
jeffrey.stakel@alliancebernstein.com
jenna.lee@alliancebernstein.com
jennie.nilsson@alliancebernstein.com
jennie.phelon@alliancebernstein.com
jennifer.swanson@alliancebernstein.com
jenny.norris@alliancebernstein.com
jenny.solis@alliancebernstein.com
jeremy.hyatt@alliancebernstein.com
jeremy.sterngold@alliancebernstein.com
jessica.lee@alliancebernstein.com
jiong.yu@alliancebernstein.com
joe.carson@alliancebernstein.com
joe.huang@alliancebernstein.com
john.colan@alliancebernstein.com
john.detweiler@alliancebernstein.com
john.downey@alliancebernstein.com
john.fogarty@alliancebernstein.com
john.hart@alliancebernstein.com
john.marino@alliancebernstein.com

**Company & Corresponding Email Addresses**

john.schiavetta@alliancebernstein.com
john.talbert@alliancebernstein.com
john.taylor@alliancebernstein.com
jon.denfeld@alliancebernstein.com
jonathon.hansson@alliancebernstein.com
jorge.puente@alliancebernstein.com
jorgen.kjaersgaard@alliancebernstein.com
josee.kui@alliancebernstein.com
joseph.brennan@alliancebernstein.com
joseph.dona@alliancebernstein.com
joseph.elegante@alliancebernstein.com
joseph.ferretti@alliancebernstein.com
joseph.fersedi@alliancebernstein.com
joseph.grisejr@alliancebernstein.com
joseph.hayek@alliancebernstein.com
joseph.logiudice@alliancebernstein.com
judah.rifkin@alliancebernstein.com
judy.yu@alliancebernstein.com
julia.laskaris@alliancebernstein.com
julia.truong@alliancebernstein.com
kailun.zhou@alliancebernstein.com
karen.hales@alliancebernstein.com
katerina.alexandraki@alliancebernstein.com
katherine.boening@alliancebernstein.com
katie.horne@alliancebernstein.com
kcolangelo@alliancebernstein.com
keith.chan@alliancebernstein.com
keith_gertsen@alliancebernstein.com
kevin.chen@alliancebernstein.com
kevin.huttner@alliancebernstein.com
kevin.klare@alliancebernstein.com
kewjin.yuoh@alliancebernstein.com
kim.williams@alliancebernstein.com
kirstie.mcdonald@alliancebernstein.com
komal.misra@alliancebernstein.com
kumar.kirpalani@alliancebernstein.com
kyu.chay@alliancebernstein.com
larry.bertan@alliancebernstein.com
larry.lubitz@alliancebernstein.com
lauren.knight@alliancebernstein.com
laurent.douillet@alliancebernstein.com
leon.zhu@alliancebernstein.com
lewis.sanders@alliancebernstein.com
lida.eslami@alliancebernstein.com
linda.giuliano@alliancebernstein.com
lindsay_weinschenk@alliancebernstein.com
lipkee.lu@alliancebernstein.com
lisa.elm@alliancebernstein.com
lisa.lau@alliancebernstein.com
lisa.shalett@alliancebernstein.com
liyu.li@alliancebernstein.com
louiza.ferrara@alliancebernstein.com
luke.lyons@alliancebernstein.com
madhusudan.bagree@alliancebernstein.com

## Company & Corresponding Email Addresses

malcolm.lochhead@alliancebernstein.com
manasa.rao@alliancebernstein.com
mandy.lam@alliancebernstein.com
marc.coumeri@alliancebernstein.com
mariko.iwabe@alliancebernstein.com
marisa.grant@alliancebernstein.com
mark.attalienti@alliancebernstein.com
mark.chandros@alliancebernstein.com
mark.lawrence@alliancebernstein.com
mark.mackenzie@alliancebernstein.com
mark.polidore@alliancebernstein.com
mark.rule@alliancebernstein.com
mary.chase@alliancebernstein.com
mathew.bate@alliancebernstein.com
matt.loesch@alliancebernstein.com
matthew.bloom@alliancebernstein.com
matthew.bray@alliancebernstein.com
matthew.rothschild@alliancebernstein.com
matthew.scott@alliancebernstein.com
matthew.sigel@alliancebernstein.com
matthew.trapasso@alliancebernstein.com
maxwell.burns@alliancebernstein.com
maxwell.mcalister@alliancebernstein.com
mdaley-smith@alliancebernstein.com
megumi.noguchi@alliancebernstein.com
melissa.kurtz@alliancebernstein.com
michael.canter@alliancebernstein.com
michael.cetta@alliancebernstein.com
michael.coffee@alliancebernstein.com
michael.curcio@alliancebernstein.com
michael.depalma@alliancebernstein.com
michael.doherty@alliancebernstein.com
michael.genovese@alliancebernstein.com
michael.herskovitz@alliancebernstein.com
michael.j.coe@alliancebernstein.com
michael.jin@alliancebernstein.com
michael.levy1@alliancebernstein.com
michael.sohr@alliancebernstein.com
michael.valentino@alliancebernstein.com
michele.patri@alliancebernstein.com
michelle.chan@alliancebernstein.com
michelle.davis@alliancebernstein.com
mie.koshiishi@alliancebernstein.com
mike.chen@alliancebernstein.com
monika.nalewajko@alliancebernstein.com
nabeel.chohan@alliancebernstein.com
nagaraj.katti@alliancebernstein.com
nancy.talt@alliancebernstein.com
nantha.suppiah@alliancebernstein.com
natalie.lyon@alliancebernstein.com
nathan.dupree@alliancebernstein.com
nermis.rosario@alliancebernstein.com
nghi.pham@alliancebernstein.com
nicholas.chan@alliancebernstein.com

**Company & Corresponding Email Addresses**

nicholas.thompson@alliancebernstein.com
nickeel.shah@alliancebernstein.com
nilakshi.ambekar@alliancebernstein.com
nita.patel@alliancebernstein.com
nmanolakakis@alliancebernstein.com
noreen.cahalan@alliancebernstein.com
norman.fidel@alliancebernstein.com
olalekan.akinyanmi@alliancebernstein.com
oren.isacoff@alliancebernstein.com
owen.beelders@alliancebernstein.com
pamela.tublin@alliancebernstein.com
pankaj.nevatia@alliancebernstein.com
patrick.baumann@alliancebernstein.com
patrick.mcdonough@alliancebernstein.com
paul.jo@alliancebernstein.com
paul.read@alliancebernstein.com
paul.rissman@alliancebernstein.com
paul.sullivan@alliancebernstein.com
paul.vogel@alliancebernstein.com
perri.henderson@alliancebernstein.com
peter.eliot@alliancebernstein.com
petter.stensland@alliancebernstein.com
pujan.amin@alliancebernstein.com
qaisar.hasan@alliancebernstein.com
rachel.campbell@alliancebernstein.com
rafael.bernal@alliancebernstein.com
rajat.ahuja@alliancebernstein.com
rajen.jadav@alliancebernstein.com
rajesh.agarwal@alliancebernstein.com
randi.abada@alliancebernstein.com
raymond.napolitano@alliancebernstein.com
regina.circosta@alliancebernstein.com
research.vadim@alliancebernstein.com
richard.brink@alliancebernstein.com
richard.derose@alliancebernstein.com
richard.mercier@alliancebernstein.com
richard.troyer@alliancebernstein.com
richard.weiss@alliancebernstein.com
rick.vallieres@alliancebernstein.com
rie.shibuya@alliancebernstein.com
rishi.sadarangani@alliancebernstein.com
robert.absey@alliancebernstein.com
robert.alster@alliancebernstein.com
robert.ardente@alliancebernstein.com
robert.ashton@alliancebernstein.com
robert.dickerson@alliancebernstein.com
robert.felvinci@alliancebernstein.com
robert.ginsberg@alliancebernstein.com
robert.marcus@alliancebernstein.com
rohit.pandey@alliancebernstein.com
roland.spurr@alliancebernstein.com
ronald.clark@alliancebernstein.com
rosanna.castro@alliancebernstein.com
rustem.shaikhutdinov@alliancebernstein.com

## Company & Corresponding Email Addresses

ryan.foster@alliancebernstein.com
samantha.bacon@alliancebernstein.com
samuel.atanasio@alliancebernstein.com
samuel.wilamowsky@alliancebernstein.com
sandra.curtis@alliancebernstein.com
sanem.bilgin@alliancebernstein.com
sanjeev.shah@alliancebernstein.com
sanjiv.tumkur@alliancebernstein.com
sara.kellersman@alliancebernstein.com
scampbell-reid@alliancebernstein.com
scott.bryant@alliancebernstein.com
scott.mcelroy@alliancebernstein.com
scott.schweizer@alliancebernstein.com
sean.foley@alliancebernstein.com
selamawit.thomas@alliancebernstein.com
shahnawaz.buch@alliancebernstein.com
shigeki.abe@alliancebernstein.com
shigeki_katoh@alliancebernstein.com
shoshana.zysberg@alliancebernstein.com
song.li@alliancebernstein.com
spasupuleti@alliancebernstein.com
stephanie.foster@alliancebernstein.com
stephen.flynn@alliancebernstein.com
stephen.lee@alliancebernstein.com
stephen.tong@alliancebernstein.com
steve.beinhacker@alliancebernstein.com
steven.chubak@alliancebernstein.com
steven.nussbaum@alliancebernstein.com
suhas.ghorpadkar@alliancebernstein.com
surakij.saengtawesin@alliancebernstein.com
susan.buchsbaum@alliancebernstein.com
sweta.asnotkar@alliancebernstein.com
swetha.ramachandran@alliancebernstein.com
syed.hasnain@alliancebernstein.com
tanya.odom@alliancebernstein.com
tassos.los@alliancebernstein.com
tassos.stassopoulos@alliancebernstein.com
terence.chang@alliancebernstein.com
terence.cordner@alliancebernstein.com
theresa.pope@alliancebernstein.com
thomas.sabram@alliancebernstein.com
thomas.zottner@alliancebernstein.com
tiffany.hewlin@alliancebernstein.com
tilak.silva@alliancebernstein.com
tim.mccarthy@alliancebernstein.com
timothy.bacik@alliancebernstein.com
timothy.moss@alliancebernstein.com
tom.schmitt@alliancebernstein.com
tommy.bardong@alliancebernstein.com
tony.su@alliancebernstein.com
tracy.calev@alliancebernstein.com
uto.shinohara@alliancebernstein.com
valli.srikanthapalan@alliancebernstein.com
venita.olson@alliancebernstein.com

**Company & Corresponding Email Addresses**

victor.baghat@alliancebernstein.com
victor.bhagat@alliancebernstein.com
vidya.rajappa@alliancebernstein.com
vik.chopra@alliancebernstein.com
vincent.dupont@alliancebernstein.com
vincent.fannon@alliancebernstein.com
vivian.lee@alliancebernstein.com
waitak.wong@alliancebernstein.com
walter.vester@alliancebernstein.com
way.king@alliancebernstein.com
wen-tse.tseng@alliancebernstein.com
william.johnston@alliancebernstein.com
william.parker@alliancebernstein.com
william.perkins@alliancebernstein.com
william.sidford@alliancebernstein.com
wim.steemers@alliancebernstein.com
winnie.choi@alliancebernstein.com
wonie.leong@alliancebernstein.com
xihua.chen@alliancebernstein.com
yan.vinokur@alliancebernstein.com
yong.chang@alliancebernstein.com
yoshiki.takeda@alliancebernstein.com
yun.chen@alliancebernstein.com
yvette.elliott@alliancebernstein.com
zafrin.rahman@alliancebernstein.com
zev.halstuch@alliancebernstein.com
zoe.goodman@alliancebernstein.com

**allianceberstein**
frank.bruttomesso@allianceberstein.com
**alliancecapital**
thomas.socha@alliancecapital.com
**alliance-leicester**
philip.hemsley@alliance-leicester.co.uk
stuart.dawkins@alliance-leicester.co.uk
**alliance-mortgage**
mkoster@alliance-mortgage.com
rpolatty@alliance-mortgage.com
**alliance-unichem**
geoff_cooper@alliance-unichem.com
**allianz**
agnieszka.kulinska@ids.allianz.com
albrecht.duernhoefer@allianz.de
andreas.gruber@allianz.de
anja.bickert@allianz.com
apolitis@allianz.gr
birgit.brenninger-dofczek@ids.allianz.com
carsten.renner@ids.allianz.com
christian.lamprecht@allianz.de
christian.mayert@allianz.de
christian.willinsky@allianz.com
claus.gramlich@allianz.es
clemens.weichs@allianz.de
cornelia.demirel@ids.allianz.com
cornelia.paape@ids.allianz.com

**Company & Corresponding Email Addresses**

cothe@allianz.gr
dieter.klose@allianz.de
dieter.ross@ids.allianz.com
dirk.diederich@allianz.com
elke.pfeiffer@allianz.de
emmanuelle.bressier@ids.allianz.com
evelin.skultety@allianz.de
extern.barta@allianz.de
extern.kroll_tobias@allianz.com
felix.streitferdt@allianz.de
fernanda.ojea@allianz.es
financial-risk@allianz.com
fmichali@allianz.gr
george.chrissikos@allianz.gr
gunther.hahn@ids.allianz.com
hank.boot@allianz.de
hans-ronald.schieb@ids.allianz.com
ioannis.capras@allianz.de
jaime.moreno@allianz.es
james.conrad@allianz.de
jochen.hausmann@allianz.de
joerg.baldauf@allianz.com
joerg.biebel@allianz.de
joerg.ladwein@allianz.de
joseph.emgelhart@allianz.de
juergen.maier@allianz.de
juergen.voss@allianz.de
jurij.ovsepyan@ids.allianz.com
karin.deiser@allianz.com
katya.dimova@ids.allianz.com
kees.van.der.pot@allianz.nl
lisa.kotschi@allianz.de
margareta.balser@ids.allianz.com
martin.opfermann@allianz.de
martin.zimmermann@ids.allianz.com
martina.nebelung@ids.allianz.com
masha.delgoshaei@allianz.com
matthias.raab@allianz.de
meinrad.ege@allianz.com
michael.flad@allianz.de
michael.greser@allianz.de
michael.hehn@allianz.de
michael.kolbeck@allianz.de
michaela.gerl@ids.allianz.com
monica.aguilar@allianz.de
nadja.heiden@ids.allianz.com
oliver.schmidt@allianz.de
paul.achleitner@allianz.com
peter.widmann@allianz.de
reiner.laakmann@ids.allianz.com
roland.spaeth@allianz.de
rolf.klubmann@allianz.de
rolf.klussmann@allianz.de
roman.hederer@allianz.com

## Company & Corresponding Email Addresses

roswitha.radke@ids.allianz.com
sandra.kehrmann@allianz.de
sigrid.koller-savir@ids.allianz.com
skoutoumanos@allianz.gr
slavomir.nagy@ids.allianz.com
sotirios.koutoumanos@allianz.gr
stefan.sanne@allianz.de
stefanie.lehner@allianz.de
stephan.simonidis@ids.allianz.com
stephan.theissing@allianz.de
susanne.reis@ids.allianz.com
susanne.wild@allianz.de
sylvia@allianz.de
theodoros.gikos@allianz.gr
thomas.kirchherr@ids.allianz.com
thomas.krotz@ids.allianz.com
thomas.puetter@allianz.de
thomas.vogg@ids.allianz.com
thomas.weigl@ids.allianz.com
tuantu.schmucker@allianz.de
udo.riese@allianz.de
ulrich.gauss@allianz.de
ulrich.sperber@ids.allianz.com
ulrike.kohlmann-kreutz@allianz.de
ute.hildebrand@ids.allianz.com
ute.zeptner@ids.allianz.com
veit.trunk@ids.allianz.com
vnikiforakis@allianz.gr
volker.neuhaus@allianz.de
wigbert.boehm@allianz.com
wojciech.zawada@allianz.com
wolfgang.dietl@ids.allianz.com

### allianzcapitalpartners
robert.frost@allianzcapitalpartners.com

### allianzcornhill
alan.rowe@allianzcornhill.co.uk
forough.long@allianzcornhill.co.uk
sean.molony@allianzcornhill.co.uk
tim.burge@allianzcornhill.co.uk

### allianzgi
andreas.fruschki@allianzgi.de
andreas.schroeter@allianzgi.de
andreas.schulze@allianzgi.de
andreas.seitz@allianzgi.de
armin.kayser@allianzgi.de
astrid.weigl@allianzgi.de
bernd.vonwahlert@allianzgi.de
bianca.schnieder@allianzgi.de
bianca.wolf@allianzgi.de
bjoern.mehrmann@allianzgi.de
boesseri@allianzgi.de
christian.schlimm@allianzgi.de
christian.schneider@allianzgi.de
christina.weiss@allianzgi.com

## Company & Corresponding Email Addresses

christoph.mast@allianzgi.de
connie.schuemann@allianzgi.de
daniele.patti@allianzgi.de
dirk.martin@allianzgi.de
eva-ulrike.feldkord@allianzgi.de
felix.schnella@allianzgi.de
frank.hansen@allianzgi.de
gunnar.miller@allianzgi.de
harald.sporleder@allianzgi.de
heike.unger@allianzgi.de
heinrich.ey@allianzgi.de
ioannis.papassavvas@allianzgi.de
isabell.albus@allianzgi.de
jan.faltin@allianzgi.de
javier.latorre@allianzgi.de
joerg.devries-hippen@allianzgi.de
joerg.herlan@allianzgi.de
johannes.reinhard@allianzgi.de
juergen.hawlitzky@allianzgi.de
juergen.hildebrand@allianzgi.de
lutz.kalthoff@allianzgi.de
mahnaz.rashidi@allianzgi.com
marcel.preisach@allianzgi.de
marie.rupp@allianzgi.de
markus.golinski@allianzgi.de
marzena.lange@allianzgi.de
matthias.born@allianzgi.de
michael.heldmann@allianzgi.de
michael.konstantinov@allianzgi.de
michael.puhle@allianzgi.de
michael.stamos@allianzgi.de
michael.verhofen@allianzgi.de
natalyia.shevchenko@allianzgi.de
oliver.flade@allianzgi.de
pascal.traccucci@allianzgi.com
patrick.fuchs@allianzgi.de
petra.kuehl@allianzgi.de
philipp.federspieler@allianzgi.de
rainer.muench@allianzgi.de
ralf.stromeyer@allianzgi.de
reinhold.gerbig@allianzgi.de
robert.hofmann@allianzgi.de
sascha.becker@allianzgi.de
stefan.hofrichter@allianzgi.de
stefan.liebl@allianzgi.de
stephanie.schmueck@allianzgi.de
stev.zaumseil@allianzgi.de
tbc@allianzgi.com
thomas.kurzmann@allianzgi.de
thomas.sprey@allianzgi.de
thomas.voges@allianzgi.com
thorsten.winkelmann@allianzgi.de
ulrich.lind@allianzgi.de
wilhelm.heinrichs@allianzgi.de

**Company & Corresponding Email Addresses**

**allianzgi-us**
michael.allen@allianzgi-us.com

**allianzhfp**
xiao.zhang@allianzhfp.com

**allianzinvestors**
clark.biggers@allianzinvestors.com
david.frederick@allianzinvestors.com
kevin.curtiss@allianzinvestors.com
renee.hui@allianzinvestors.com

**alliedcapital**
gakins@alliedcapital.com
rcorry@alliedcapital.com

**allmerica**
cauger@allmerica.com
ecapellari@allmerica.com
ehiatt@allmerica.com
hstcyr@allmerica.com
jkavanaugh@allmerica.com
jnunley@allmerica.com
jocdonohue@allmerica.com
jomdyer@allmerica.com
kwambach@allmerica.com
llibby@allmerica.com
pkane@allmerica.com
rboateng@allmerica.com
rlitchfield@allmerica.com
thardy@allmerica.com
trobey@allmerica.com

**allstate**
aanand@allstate.com
ablaker@allstate.com
abobe@allstate.com
achung@allstate.com
adick@allstate.com
agallow@allstate.com
ageryol@allstate.com
agoody@allstate.com
alimbach@allstate.com
alippitt@allstate.com
anthony.scalfani@allstate.com
anthony.sclafani@allstate.com
aparthas@allstate.com
arei2@allstate.com
asawhney@allstate.com
ashiliwa@allstate.com
aurganus@allstate.com
basher@allstate.com
bbodett@allstate.com
bbrown1@allstate.com
bchaltas@allstate.com
bchi4@allstate.com
bealey@allstate.com
bfarrell@allstate.com
bgedemer@allstate.com

**Company & Corresponding Email Addresses**

bhartig@allstate.com
bharvey@allstate.com
blockhar@allstate.com
blockwoo@allstate.com
brho3@allstate.com
bschmidt@allstate.com
bsmith7@allstate.com
bviscuso@allstate.com
bwydick@allstate.com
cachtel@allstate.com
cballing@allstate.com
ccazolas@allstate.com
cfeijoo@allstate.com
cfiorito@allstate.com
cgoergen@allstate.com
ckiel@allstate.com
ckrak@allstate.com
cmeier@allstate.com
cmires@allstate.com
cpncomb@allstate.com
csarna@allstate.com
csmith4@allstate.com
cstrack@allstate.com
csylla@allstate.com
dabbs@allstate.com
dan.zaldivar@allstate.com
david.xia@allstate.com
dbrown03@allstate.com
dbusiel@allstate.com
dcarnes@allstate.com
ddupont@allstate.com
deven@allstate.com
dgoacher@allstate.com
dhong@allstate.com
dlaskows@allstate.com
dlisi@allstate.com
dmainka@allstate.com
dmeacock@allstate.com
dobrien@allstate.com
dpuckett@allstate.com
drivera1@allstate.com
dseevers@allstate.com
dsirovy@allstate.com
dtang@allstate.com
dwalsh@allstate.com
dwebb@allstate.com
dwelch@allstate.com
dyang1@allstate.com
dzang@allstate.com
ealvarad@allstate.com
ecook@allstate.com
ekogan@allstate.com
evasilie@allstate.com
gadashek@allstate.com

## Company & Corresponding Email Addresses

ggurl@allstate.com
gkalchev@allstate.com
gkalmano@allstate.com
gkopacz@allstate.com
gmitkoe@allstate.com
gmitkove@allstate.com
gragusa@allstate.com
gshaner@allstate.com
gsvoboda@allstate.com
hfields@allstate.com
hmck3@allstate.com
htan@allstate.com
jason.weinberg@allstate.com
jbaumsta@allstate.com
jbrinati@allstate.com
jcannon@allstate.com
jcicirel@allstate.com
jdavid@allstate.com
jfitzpat@allstate.com
jglacy@allstate.com
jgos1@allstate.com
jgreffin@allstate.com
jhughes@allstate.com
jkunkle@allstate.com
jlee@allstate.com
jmallory@allstate.com
jschleif@allstate.com
jwalker@allstate.com
jwinter1@allstate.com
jzinkula@allstate.com
kbivens@allstate.com
kchung1@allstate.com
kdrza@allstate.com
kheard@allstate.com
kkuag@allstate.com
kmullark@allstate.com
kodom@allstate.com
kpatel2@allstate.com
kroth@allstate.com
kseiler@allstate.com
kszersze@allstate.com
kurt.rust@allstate.com
lahrens@allstate.com
ldewine@allstate.com
ljhangia@allstate.com
lkendzer@allstate.com
lmoews@allstate.com
lskiera@allstate.com
matthew.peters@allstate.com
mblankfi@allstate.com
mbubnis@allstate.com
mcloghes@allstate.com
mfiocchi@allstate.com
mhanu@allstate.com

**Company & Corresponding Email Addresses**

mhawley@allstate.com
mjanik@allstate.com
mkelley1@allstate.com
mkobs@allstate.com
mlopes@allstate.com
mlutz@allstate.com
mmoran1@allstate.com
mpalermo@allstate.com
mpittman@allstate.com
mprindiv@allstate.com
mquilico@allstate.com
mschulz@allstate.com
mvarner@allstate.com
mvicik@allstate.com
mvitek@allstate.com
mzeifert@allstate.com
nbailey@allstate.com
nidhi.bhatia@allstate.com
npeplins@allstate.com
npetrie@allstate.com
pamos@allstate.com
pbrill@allstate.com
pchrist1@allstate.com
pfaustma@allstate.com
phecht@allstate.com
phoros@allstate.com
pkroger@allstate.com
pwilson@allstate.com
randers1@allstate.com
rblock@allstate.com
rfischer@allstate.com
rhopps@allstate.com
rjostes@allstate.com
rlehnher@allstate.com
rmartin@allstate.com
rmendel@allstate.com
rob.ipsen@allstate.com
robyn.richards@allstate.com
rpullie@allstate.com
rscheun@allstate.com
rsimonso@allstate.com
rzhab@allstate.com
rzubak@allstate.com
sboyina@allstate.com
scoulter@allstate.com
sflahert@allstate.com
sfollmer@allstate.com
sfrenkel@allstate.com
shanifor@allstate.com
she@allstate.com
skarasic@allstate.com
skensing@allstate.com
skolderu@allstate.com
sluaa@allstate.com

**Company & Corresponding Email Addresses**

smallman@allstate.com
smarron@allstate.com
smcguinn@allstate.com
spe12@allstate.com
ssmith10@allstate.com
svbalach@allstate.com
tjensen@allstate.com
tmullen@allstate.com
tnapholtz@allstate.com
tnapholz@allstate.com
tokes@allstate.com
tzellmer@allstate.com
vhitchco@allstate.com
wgrady@allstate.com
woconnor@allstate.com
wwu@allstate.com
zfuchs@allstate.com
zkecm@allstate.com
zmian@allstate.com

**almal**
mhayat@almal.com.kw

**alpha**
capitalmarket@alpha.gr
capitalmarkets@alpha.gr
currencymarkets@alpha.gr
dpapaioannou@alpha.gr
earzinos@alpha.gr
ekatopodi@alpha.gr
gfarmaki@alpha.gr
ggeorgiou@alpha.gr
gmichalopoulos@alpha.gr
kkostoulas@alpha.gr
marketanalysis@alpha.gr
mchatzi@alpha.gr
myannopoulos@alpha.gr
nparliaris@alpha.gr
psgardelis@alpha.gr
sbranis@alpha.gr
straka@alpha.gr
structuredproducts@alpha.gr
syndications@alpha.gr
vpsaltis@alpha.gr

**alphabank**
dimitrsi.kakounis@alphabank.gr

**alphacapinc**
nrodgers@alphacapinc.com

**alphatrust**
d.dalipis@alphatrust.gr
e.ontopoulou@alphatrust.gr

**alpinvest**
gerald.chaney@alpinvest.com
jason.block@alpinvest.com

**alpitour**
ivan.marabotto@alpitour.it

## Company & Corresponding Email Addresses

marco.perucca@alpitour.it
maurizio.d'accardi@alpitour.it
stefano.bianchi@alpitour.it
tiziana.costa@alpitour.it

**alpshk**

jchan@alpshk.com
paul.chan@alpshk.com

**alrajhibank**

alkhudairy@alrajhibank.com.sa
asalrajhi@alrajhibank.com.sa

**alstom**

cedrick.cornec@chq.alstom.com
etienne.demoulin@chq.alstom.com
hunter.jamieson@chq.alstom.com
kylie.blackwood@chq.alstom.com
milagros.battle@chq.alstom.com
sandra.oliveira@chq.alstom.com
vanessa.marom@chq.alstom.com
zhong.zheng@power.alstom.com

**alternative-assets**

cla@alternative-assets.com

**alticor**

amway butch steffes (butch.steffes@alticor.com)

**altria**

angela.r.thompson@altria.com
barry.hammond@eu.altria.com
debbie.grillo@altria.com
gerald.filippone@altria.com
maria.blitz@eu.altria.com
mark.werner@altria.com
peter.brunner@eu.altria.com
sandra.hind@altria.com
victor.pena@altria.com
will.graves@altria.com

**alum**

ssheen@alum.wellesley.edu
whu@alum.mit.edu

**alumni**

acheh91@alumni.gsb.columbia.edu
cbergmann01@alumni.gsb.columbia.com
michaeldevlin@alumni.haas.org

**am**

akane-sekiya@am.mufg.jp
akio_ichikawa@am.sumitomolife.co.jp
akio-kajita@am.mufg.jp
akira_hurugoori@am.sumitomolife.co.jp
atsuo-kamitsuji@am.mufg.jp
atusi_matuura@am.sumitomolife.co.jp
ayako-mizuno@am.mufg.jp
aya-yamazaki@am.mufg.jp
daisuke-nakamura@am.mufg.jp
eiiti_yamamoto@am.sumitomolife.co.jp
eizaburou_konisi@am.sumitomolife.co.jp
eizirou_ueno@am.sumitomolife.co.jp

**Company & Corresponding Email Addresses**

eturou_yamamoto@am.sumitomolife.co.jp
fumihito-iwabuchi@am.mufg.jp
fumio-motokawa@am.mufg.jp
hajime-nozaki@am.mufg.jp
hazime_isii@am.sumitomolife.co.jp
hideaki_sugita@am.sumitomolife.co.jp
hidekazu_kimura@am.sumitomolife.co.jp
hideki_teranishi@am.sumitomolife.co.jp
hidenobu_takiguti@am.sumitomolife.co.jp
hideo-namiki@am.mufg.jp
hideo-shimomura@am.mufg.jp
hirohiko-sato@am.mufg.jp
hirohumi_miyahara@am.sumitomolife.co.jp
hirohumi-yagi@am.mufg.jp
hiroko_muramatu@am.sumitomolife.co.jp
hiromi_nisino@am.sumitomolife.co.jp
hiromichi-tsuyukubo@am.mufg.jp
hiromi-kitamura@am.mufg.jp
hiroo_huzita@am.sumitomolife.co.jp
hiroshi-hayashi@am.mufg.jp
hiroshi-miyamoto@am.mufg.jp
hiroshi-morohoshi@am.mufg.jp
hirosi_nagai@am.sumitomolife.co.jp
hiroyasu_nakano@am.sumitomolife.co.jp
hiroyuki_suetugu@am.sumitomolife.co.jp
hiroyuki_tomiyama@am.sumitomolife.co.jp
hiroyuki-kajii@am.mufg.jp
hisanori_sugahara@am.sumitomolife.co.jp
hisato_doi@am.sumitomolife.co.jp
hitoshi-kawamura@am.mufg.jp
ichitaro-akita@am.mufg.jp
ituo_wakao@am.sumitomolife.co.jp
iwao_matsumoto@am.sumitomolife.co.jp
junichi-ito@am.mufg.jp
junya-ota@am.mufg.jp
kaoru_kinouti@am.sumitomolife.co.jp
katsushi-ishikawa@am.mufg.jp
kayo-yoshinaga@am.mufg.jp
kazuharu-konishi@am.mufg.jp
kazuhiko_hirohasi@am.sumitomolife.co.jp
kazuhiro_wada@am.sumitomolife.co.jp
kazuhisa-yanagawa@am.mufg.jp
kazuko_iwai@am.sumitomolife.co.jp
kazuya_oomura@am.sumitomolife.co.jp
kazuyoshi-fukushima@am.mufg.jp
kazuyuki_yamasina@am.sumitomolife.co.jp
kazuyuki-terao@am.mufg.jp
keisuke_utiyama@am.sumitomolife.co.jp
keisuke-fujii@am.mufg.jp
keisuke-shirasuka@am.mufg.jp
keita_itou@am.sumitomolife.co.jp
keitaro-irie@am.mufg.jp
ken_yamaguti@am.sumitomolife.co.jp
kenichi-katsumata@am.mufg.jp

## Company & Corresponding Email Addresses

kenji-hama@am.mufg.jp
kenji-nishikawa@am.mufg.jp
kenji-sekiguchi@am.mufg.jp
kenshi-kuraya@am.mufg.jp
ken-yamauchi@am.mufg.jp
kimiko-kurosu@am.mufg.jp
kiyoshi-ishigane@am.mufg.jp
kiyosi_matumoto@am.sumitomolife.co.jp
koh-hatazawa@am.mufg.jp
koji-uchida@am.mufg.jp
kosuke-kitamura@am.mufg.jp
kosuke-tsuchida@am.mufg.jp
kouhei_hasimoto@am.sumitomolife.co.jp
kouhei_satou@am.sumitomolife.co.jp
kouiti_hukuzumi@am.sumitomolife.co.jp
kouta_kanno@am.sumitomolife.co.jp
maki-iijima@am.mufg.jp
makoto-ito@am.mufg.jp
mamoru-oizumi@am.mufg.jp
masaaki_katou@am.sumitomolife.co.jp
masaaki_yoshimura@am.sumitomolife.co.jp
masahiko_okada@am.sumitomolife.co.jp
masahiko_tazima@am.sumitomolife.co.jp
masahiro_hagiwara@am.sumitomolife.co.jp
masahiro_koseki@am.sumitomolife.co.jp
masakazu_simoyama@am.sumitomolife.co.jp
masamichi-takigawa@am.mufg.jp
masanori-iijima@am.mufg.jp
masao-tsuji@am.mufg.jp
masaru_hitotuya@am.sumitomolife.co.jp
masaru_onodera@am.sumitomolife.co.jp
masaru-myojin@am.mufg.jp
masaru-shibuta@am.mufg.jp
masaya_honziyou@am.sumitomolife.co.jp
masayuki_hori@am.sumitomolife.co.jp
masayuki_murata@am.sumitomolife.co.jp
masayuki_yoshihara@am.sumitomolife.co.jp
masayuki-umetani@am.mufg.jp
mayumi-okutani@am.mufg.jp
miho-mochizuki@am.mufg.jp
mikio_sugisaki@am.mufg.jp
minako-shibata@am.mufg.jp
minoru-takata@am.mufg.jp
mitihisa_tanimoto@am.sumitomolife.co.jp
mituo_masuda@am.sumitomolife.co.jp
muneo_morita@am.sumitomolife.co.jp
nao_okamoto@am.sumitomolife.co.jp
naoki_adati@am.sumitomolife.co.jp
naoki-nagata@am.mufg.jp
naoki-shoji@am.mufg.jp
naoki-todo@am.mufg.jp
naoto_kashiyama@am.sumitomolife.co.jp
naoto-kojima@am.mufg.jp
naoyoshi-sato@am.mufj.jp

**Company & Corresponding Email Addresses**

nobuki_yasuda@am.sumitomolife.co.jp
nobuo_kawamura@am.sumitomolife.co.jp
nobusige_tanaka@am.sumitomolife.co.jp
nobuyuki-kobayashi@am.mufg.jp
norihiro-aonuma@am.mufg.jp
norihiro-takada@am.mufg.jp
norio_kisimoto@am.sumitomolife.co.jp
osamu_kosaka@am.sumitomolife.co.jp
osamu_seki@am.sumitomolife.co.jp
osamu_takimura@am.sumitomolife.co.jp
rie-katoh@am.mufg.jp
rieko-mino@am.mufg.jp
riyouta_inami@am.sumitomolife.co.jp
ryo_tanigawa@am.sumitomolife.co.jp
ryosuke-tanaka@am.mufg.jp
satoru-takano@am.mufg.jp
satoshi-kamata@am.mufg.jp
satoshi-suzuki@am.mufg.jp
satosi_oohara@am.sumitomolife.co.jp
shingo-takenaga@am.mufg.jp
shinichiro-hidaka@am.mufg.jp
shinji-nishiyama@am.mufg.jp
shinya-suzuki@am.mufg.jp
shohei_hara@am.sumitomolife.co.jp
shuichi-wada@am.mufg.jp
shunsuke-imai@am.mufg.jp
singo_tahara@am.sumitomolife.co.jp
siniti_kawaguti@am.sumitomolife.co.jp
sinzi_hikiti@am.sumitomolife.co.jp
sinzi_imamura@am.sumitomolife.co.jp
sinzi_masad@am.sumitomolife.jp
sinzou_kouno@am.sumitomolife.co.jp
sumiyoshi-matsuzaki@am.mufg.jp
sunao-yokokawa@am.mufg.jp
suntarou_tanaka@am.sumitomolife.co.jp
susumu_aramaki@am.sumitomolife.co.jp
tadakazu_izumi@am.sumitomolife.co.jp
tadashi-uchida@am.mufg.jp
tadato-sekine@am.mufg.jp
taiyo-ogino@am.mufg.jp
takahiro_mori@am.sumitomolife.co.jp
takahiro-furusato@am.mufg.jp
takahito_hukui@am.sumitomolife.co.jp
takao_akaogi@am.sumitomolife.co.jp
takao_yosimoto@am.sumitomolife.co.jp
takao-suzuki@am.mufg.jp
takao-uotani@am.mufg.jp
takashi-fujimaki@am.mufg.jp
takashi-miyazaki@am.mufg.jp
takasi_sakanoue@am.sumitomolife.co.jp
takatoshi-itoshima@am.mufg.jp
takato-yoshida@am.mufg.jp
takayuki-akiyama@am.mufg.jp
takehiro_hamada@am.sumitomolife.co.jp

**Company & Corresponding Email Addresses**

takeshi_nagai@am.sumitomolife.co.jp
takeshi-hanai@am.mufg.jp
takeshi-iwakata@am.mufg.jp
takeshi-nakamura@am.mufg.jp
takeshi-nishioka@am.mufg.jp
takeshi-watanabe@am.mufg.jp
takesi_kasimura@am.sumitomolife.co.jp
takesi_kasiwara@am.sumitomolife.co.jp
takesi_oosaki@am.sumitomolife.co.jp
takeyoshi-suzuki@am.mufg.jp
takumi-morita@am.mufg.jp
takurou_kurumisawa@am.sumitomolife.co.jp
taro-iida@am.mufg.jp
tetupei_kanehiro@am.sumitomolife.co.jp
tihiro_uematu@am.sumitomolife.co.jp
tohru-hashizume@am.mufg.jp
tomoaki-kota@am.mufg.jp
tomohiro_kunisue@am.sumitomolife.co.jp
tomokazu-kojima@am.mufg.jp
tomonaga_hama@am.sumitomolife.co.jp
tomonari_kadoumi@am.sumitomolife.co.jp
tomonobu-gotouda@am.mufg.jp
toshihisa_itinose@am.sumitomolife.co.jp
toshiro_ohchi@am.sumitomolife.co.jp
toshiyuki-kurabayashi@am.mufg.jp
toshiyuki-sato@am.mufg.jp
tosio_huzimura@am.sumitomolife.co.jp
tosio_kobayasi@am.sumitomolife.co.jp
voicemail@am.com
wataru-fukumoto@am.mufg.jp
yasuaki-sumimoto@am.mufg.jp
yasuhiro_nonaka@am.sumitomolife.co.jp
yasuhiro_saitou@am.sumitomolife.co.jp
yasuhiro-tabei@am.mufg.jp
yasuhito_inukai@am.sumitomolife.co.jp
yasuko-tada@am.mufg.jp
yasunori_murakami@am.sumitomolife.co.jp
yasuo-sasai@am.mufg.jp
yasutaka_kouti@am.sumitomolife.co.jp
yasutaka-inoue@am.mufg.jp
yasuyuki-ochi@am.mufg.jp
yoichiro-higasa@am.mufg.jp
yoichiro-yasui@am.mufg.jp
yoshinobu-kanda@am.mufg.jp
yoshitomo_baba@am.sumitomolife.co.jp
yoshiyuki-sato@am.mufg.jp
yoshiyuki-tsuruoka@am.mufg.jp
yosihiro_gake@am.sumitomolife.co.jp
yosihisa_inoue@am.sumitomolife.co.jp
yosimiti_takahasi@am.sumitomolife.co.jp
yosinobu_douzono@am.sumitomolife.co.jp
yosiomi_nanba@am.sumitomolife.co.jp
yositeru_hata@am.sumitomolife.co.jp
yosuke-kushiki@am.mufg.jp

## Company & Corresponding Email Addresses

yousuke_mitomori@am.sumitomolife.co.jp
yuichi-muraki@am.mufg.jp
yuichi-sano@am.mufg.jp
yuji-maeda@am.mufg.jp
yuji-sujino@am.mufg.jp
yukie-osagawa@am.mufg.jp
yukiko-sano@am.mufg.jp
yuki-sogo@am.mufg.jp
yu-nishikawa@am.mufg.jp
yusuke-akashi@am.mufg.jp
yuuitirou_katou@am.sumitomolife.co.jp
yuuya_kurihara@am.sumitomolife.co.jp
ziyun_nakazima@am.sumitomolife.co.jp
ziyuniti_suzuki@am.sumitomolife.co.jp

### amagerbanken

joachim.rahbek@amagerbanken.dk
mads.simonsen@amagerbanken.dk
michael.baagoee@amagerbanken.dk
michael.seilund@amagerbanken.dk
mikael.ludvigsen@amagerbanken.dk
niels.pryts@amagerbanken.dk
poul.bentsen@amagerbanken.dk

### amalgamatedbank

lawrenceadolf@amalgamatedbank.com
michellefrazier@amalgamatedbank.com
vincentsalerno@amalgamatedbank.com

### amashin

hidetoshi.kawamoto@amashin.co.jp
hirotaka.yamashita@amashin.co.jp
kokusai@amashin.co.jp
masaji.kurihara@amashin.co.jp

### amat

mark_friedrich@amat.com
meyer_alec@amat.com
ping_pw_wu@amat.com
randy_banes@amat.com
randy_webb@amat.com
robert_c_chen@amat.com
robert_friess@amat.com

### amb

ansgar.puellen@amb.de
ludger.buesken@amb.de
manfred.oedingen@amb.de
oliver.weiler@amb.de

### ambac

acaine@ambac.com
akrasniqi@ambac.com
akung@ambac.com
amerenyi@ambac.com
bhu@ambac.com
bschofield@ambac.com
clachnicht@ambac.com
dadams@ambac.com
dbarlow@ambac.com

**Company & Corresponding Email Addresses**

dgleeson@ambac.com
drubin@ambac.com
dsalz@ambac.com
ffong-lopez@ambac.com
ggal@ambac.com
gmoy@ambac.com
hamemiya@ambac.com
ibruce@ambac.com
jlam@ambac.com
jnabi@ambac.com
jramos@ambac.com
jwen@ambac.com
maspinelli@ambac.com
mcush@ambac.com
mgerity@ambac.com
mshtilman@ambac.com
naloe@ambac.com
plivingstone@ambac.com
pmccormick@ambac.com
puebel@ambac.com
rdonovan@ambac.com
rkumasaki@ambac.com
rpersaud@ambac.com
rselvaggio@ambac.com
sgordon@ambac.com
tgandolfo@ambac.com
tstevens@ambac.com
ttravers@ambac.com
yikeda@ambac.com
yliu@ambac.com

**amback**
drenfield-miller@amback.com

**ambac-uk**
cparker@ambac-uk.com

**ambaresearch**
avinashl@ambaresearch.com
mallikarjunh@ambaresearch.com
pradeepak@ambaresearch.com
rashik@ambaresearch.com

**ambeacon**
darryl.graham@ambeacon.com
mylinh.tran@ambeacon.com

**amb-generali**
dr.claus.braeutigam@amb-generali.de
dr.markus.schmidt@amb-generali.de
frederic.poizat@amb-generali.de
katja.segbers@amb-generali.de
peregrin.ward@amb-generali.de

**ambgf**
jeremy.gutbrod@ambgf.de
markus.irngartinger@ambgf.de
michael.winker@ambgf.de
stephan.stockert@ambgf.de

**ambro**

**Company & Corresponding Email Addresses**

ggallo@notes.ambro.it

**amcm**
benson_ao@amcm.gov.mo
cesar_i@amcm.gov.mo
eric_leong@amcm.gov.mo
silva_noruega@amcm.gov.mo
stanley_tang@amcm.gov.mo
veronica_kuan@amcm.gov.mo
wineo_lam@amcm.gov.mo
winnie_ian@amcm.gov.mo

**amcore**
jeff.lorenzen@amcore.com

**amd**
alice.xu@amd.com
ugur.guner@amd.com

**amdahl**
yvonne_garza@amdahl.com

**amec1**
dwilliams@amec1.com
mgerber@amec1.com

**americancentrury**
gerred_howe@americancentrury.com

**americancentury**
a3a@americancentury.com
ab8@americancentury.com
alex_tedder@americancentury.com
alia_rasheed@americancentury.com
alk@americancentury.com
andrew_weinman@americancentury.com
angie_halteman@americancentury.com
anthony_han@americancentury.com
arnie_douville@americancentury.com
atteberry_chris@americancentury.com
b3m@americancentury.com
bart_wyrick@americancentury.com
bbg@americancentury.com
ben_giele@americancentury.com
bill_koeler@americancentury.com
bla@americancentury.com
bob_puff@americancentury.com
brad_eixmann@americancentury.com
brad_jackson@americancentury.com
brendan_healy@americancentury.com
brent_puff@americancentury.com
brian_brady@americancentury.com
brian_ertley@americancentury.com.
brian_woglom@americancentury.com
bryan_unterhalter@americancentury.com
c2k@americancentury.com
c3k@americancentury.com
c9a@americancentury.com
c9p@americancentury.com
cgb@americancentury.com
chad_baumler@americancentury.com

**Company & Corresponding Email Addresses**

chris_bouffar@americancentury.com
chris_brown@americancentury.com
chris_schaefer@americancentury.com
christine_chien@americancentury.com
christine_silman@americancentury.com
christy_turner@americancentury.com
cm@americancentury.com
cmv@americancentury.com
connie_song@americancentury.com
cr8@americancentury.com
cv2@americancentury.com
d2a@americancentury.com
d2u@americancentury.com
daniel_baker@americancentury.com
david_hollond@americancentury.com
david_ledgerwood@americancentury.com
dgr@americancentury.com
diw@americancentury.com
dri@americancentury.com
dyl@americancentury.com
eff@americancentury.com
emw@americancentury.com
enrique_chang@americancentury.com
f2l@americancentury.com
fei_zou@americancentury.com
francisco_bido@americancentury.com
fred_mohl@americancentury.com
g3n@americancentury.com
ga3@americancentury.com
gavin_fleischman@americancentury.com
gdm@americancentury.com
geoff_burger@americancentury.com
geoff_wise@americancentury.com
ghb@americancentury.com
gina_sanchez@americancentury.com
glenn_fogle@americancentury.com
grace_huang@americancentury.com
greg_walsh@americancentury.com
greg_woodhams@americancentury.com
h2c@americancentury.com
hannah_chiang@americancentury.com
hln@americancentury.com
ht@americancentury.com
indraneel_das@americancentury.com
irina_torelli@americancentury.com
j2z@americancentury.com
j5p@americancentury.com
james_pitman@americancentury.com
janan_boehme@americancentury.com
je1@americancentury.com
jeff_bourke@americancentury.com
jeff_brewer@americancentury.com
jeff_john@americancentury.com
jeff_otto@americancentury.com

**Company & Corresponding Email Addresses**

jeff_tyler@americancentury.com
jennifer_anastasia@americancentury.com
jesse_singh@americancentury.com
jill_mcknight@americancentury.com
jim_doran@americancentury.com
jim_stowers@americancentury.com
jkn@americancentury.com
joe_kong@americancentury.com
joe_reiland@americancentury.com
joe_sterling@americancentury.com
john_rabroker@americancentury.com
john_small@americancentury.com
john_sykora@americancentury.com
jon_brickman@americancentury.com
jon_lewis@americancentury.com
jpx@americancentury.com
js5@americancentury.com
jtg@americancentury.com
judy_bustamante_beard@americancentury.com
justin_brown@americancentury.com
jw1@americancentury.com
jxk@americancentury.com
kan@americancentury.com
kct@americancentury.com
keith_creveling@americancentury.com
keith_lee@americancentury.com
kevin_sid@americancentury.com
ks4@americancentury.com
kurt_borgwardt@americancentury.com
kurt_stalzer@americancentury.com
l5b@americancentury.com
lcs@americancentury.com
ld4@americancentury.com
lisa_banhart@americancentury.com
lisa_quan@americancentury.com
lmx@americancentury.com
lon_west@americancentury.com
lt5@americancentury.com
lynette_pang@americancentury.com
m1b@americancentury.com
m2p@americancentury.com
m8m@americancentury.com
marc_scott@americancentury.com
maria_eaton@americancentury.com
marilyn_castro@americancentury.com
mark_kopinski@americancentury.com
mark_mallon@americancentury.com
matt_dennis@americancentury.com
matt_ferretti@americancentury.com
matt_ison@americancentury.com
matt_spain@americancentury.com
matt_titus@americancentury.com
matt_weight@americancentury.com
matthew_hurni@americancentury.com

**Company & Corresponding Email Addresses**

mdy@americancentury.com
melissa_fong@americancentury.com
mhk@americancentury.com
mho@americancentury.com
mht@americancentury.com
michael_keyser@americancentury.com
michael_li@americancentury.com
michael_liss@americancentury.com
michael_mow@americancentury.com
michael_orndorff@americancentury.com
michelle_werth@americancentury.com
miguel_castillo@americancentury.com
mt7@americancentury.com
nathan_maccombs@americancentury.com
nymorningmail@americancentury.com
p2h@americancentury.com
pam_godwin@americancentury.com
paras_shah@americancentury.com
pat_srinivas@americancentury.com
pg4@americancentury.com
phil_davidson@americancentury.com
philip_sundell@americancentury.com
pierson_cheng@americancentury.com
pl4@americancentury.com
prabha_ramakrishnan@americancentury.com
preeti_chadha@americancentury.com
prescott_legard@americancentury.com
rajesh_gandhi@americancentury.com
randy_merk@americancentury.com
raymond_kong@americancentury.com
rob_bove@americancentury.com
rob_wilson@americancentury.com
rvg@americancentury.com
s3f@americancentury.com
s5c@americancentury.com
s7m@americancentury.com
sbp@americancentury.com
scott_marolf@americancentury.com
scott_moore@americancentury.com
scott_renze@americancentury.com
spl@americancentury.com
spt@americancentury.com
sr2@americancentury.com
stafford_southwick@americancentury.com
steve_lurito@americancentury.com
steve_roth@americancentury.com
ted_harlan@americancentury.com
terry_foster@americancentury.com
thomas_telford@americancentury.com
thomas_vaiana@americancentury.com
thp@americancentury.com
tim_miller@americancentury.com
toby_markes@americancentury.com
todd_peters@americancentury.com

**Company & Corresponding Email Addresses**

trevor_gurwich@americancentury.com
vdd@americancentury.com
vinay_thapar@americancentury.com
vivenne_hsu@americancentury.com
wade_slome@americancentury.com
zili_zhang@americancentury.com

**americanexpress**
aspahr@americanexpress.com

**americanfundadvisors**
marc@americanfundadvisors.com
rleavitt@americanfundadvisors.com

**americangeneral**
nicholas.ramussen@americangeneral.com

**americansb**
wpatenaude@americansb.com

**americo**
craig.smyth@americo.com
daniel.skelton@americo.com
eric.petersen@americo.com
eric.swearingen@americo.com
greg.hamilton@americo.com
mark.fallon@americo.com
mark.rooney@americo.com
rob.tilton@americo.com
roxanne.newman@americo.com
steve.myers@americo.com
todd.myers@americo.com
troy.peterson@americo.com

**amerisure**
dgraf@amerisure.com
kclement@amerisure.com
mlong@amerisure.com

**ameritas**
aiaequity@ameritas.com
awhite@ameritas.com
bfmorrow@ameritas.com
czehr@ameritas.com
gina.simpson@ameritas.com
jmikus@ameritas.com
jthompson@ameritas.com
marterburn@ameritas.com
phenry@ameritas.com
tudell@ameritas.com

**ameritech**
jbruce@ameritech.net

**amersham**
peter.loescher@amersham.com

**amerus**
pang.yang@amerus.com

**amervest**
bkrasnojenov@amervest.com
buybonds@amervest.com
sskim@amervest.com

**amfam**

**Company & Corresponding Email Addresses**

bkepley@amfam.com
cbreunig@amfam.com
dsebald@amfam.com
hraymond@amfam.com
jjohns13@amfam.com
jsalzwed@amfam.com
phannifa@amfam.com
pnelso3@amfam.com
pschoenh@amfam.com
rvoge@amfam.com

**amfin**

beffler@amfin.com
bhogan@amfin.com
ceng@amfin.com
ddickman@amfin.com
dmarcian@amfin.com
dmeyer@amfin.com
dvanderh@amfin.com
dvonderh@amfin.com
jagruber@amfin.com
jberding@amfin.com
jmaney@amfin.com
jschuber@amfin.com
kdragan@amfin.com
pbyrne@amfin.com
rmiller@amfin.com
sgroves@amfin.com
tdattilo@amfin.com
tkeitel@amfin.com
tshipp@amfin.com

**amfpension**

anders.fagerlund@amfpension.se
anders.ljungqvist@amfpension.se
bengt.bjorken@amfpension.se
bjorn.bargholtz@amfpension.se
bo.johansson@amfpension.se
christer.alteskog@amfpension.se
christian.brunlid@amfpension.se
fredrik.lindstedt@amfpension.se
fredrik.nordtrom@amfpension.se
fredrik.thor@amfpension.se
helena.nordell@amfpension.se
henrik.oh@amfpension.se
jens.barnevik@amfpension.se
john.hernander@amfpension.se
jonas.romlin@amfpension.se
lars.aberg@amfpension.se
lars.bokenberger@amfpension.se
magnus.rostlund@amfpension.se
magnus.sjoberg@amfpension.se
mats.guldbrand@amfpension.se
peder.hasslev@amfpension.se
rickard.alte@amfpension.se
sten.lengroth@amfpension.se

## Company & Corresponding Email Addresses

stephanie.gabrielsson@amfpension.se
susan.karlfeldt@amfpension.se
ulf.alexandersson@amfpension.se
ulf.arvidsson@amfpension.se
ulf.forsberg@amfpension.se
urban.persson@amfpension.se

### amfpensions

stefan.nydahl@amfpensions.se

### amg

bernhard.leitner@amg.co.at
christina.stimac@amg.co.at
clemens.aschenbrenner@amg.co.at
gerald.fuchs@amg.co.at
hannes.roubik@amg.co.at
joerg.moshuber@amg.co.at
josef.kerschbaumer@amg.co.at
martin.mayer@amg.co.at
oliver.prinz@amg.co.at
ronald.huebler@amg.co.at
stephan.lukesch@amg.co.at
thomas.rosenmayr@amg.co.at
walter.hausner@amg.co.at

### amgam

anne.marks@amgam.de
birgitte.olsen@amgam.de
dana.deusing@amgam.de
hartmut.wagener@amgam.de
heinz-josef.stenten@amgam.de
herbert.wertz@amgam.de
johannes.braun@amgam.de
kai.teschner@amgam.de
klaus.wiener@amgam.de
manfred.skibowski@amgam.de
marianna.gurmann@amgam.de
ralf.wieseler@amgam.de
sascha.mergner@amgam.de
thorsten.runde@amgam.de

### amgcapitalpartners

matt.gale@amgcapitalpartners.com

### amg-invest

andreas.marz@amg-invest.de
gabi.eckard@amg-invest.de
heinz.gawlak@amg-invest.de
martin.chapman@amg-invest.de
susanne.didas@amg-invest.de
susanne.ward@amg-invest.de

### am-gruppe

andreas.voss@am-gruppe.de
britta.lindhorst@am-gruppe.de
mwolburg@am-gruppe.de
rleon@am-gruppe.de

### am-gruppo

moschitzki@am-gruppo.de

### amherstsecurities

## Company & Corresponding Email Addresses

gregg@amherstsecurities.com
lindae@amherstsecurities.com
stevea@amherstsecurities.com

### amica

bbenson@amica.com
bpacheco@amica.com
jburke@amica.com
mmedeiros@amica.com
pmoonan@amica.com
pruggieri@amica.com
srush@amica.com
vbenson@amica.com

### amigroup

dicksonj@amiam.amigroup.com

### amip

alevy@amip.com

### amoco

methompson@amoco.com
mldamsma@amoco.com

### ampega

carsten.hagedorn@ampega.de

### ampegagerling

andreas.bayer@ampegagerling.de
eberhard.massenbach@ampegagerling.de
ignacio.carnicero@ampegagerling.de
marco.neuhaus@ampegagerling.de
michael.kebbel@ampegagerling.de
norbert.frei@ampegagerling.de
oliver.jepsen@ampegagerling.de
oliver.kroll@ampegagerling.de
peter.hielscher@ampegagerling.de
stefan.heinemann@ampegagerling.de
stefan.thiel@ampegagerling.de
thorsten.woelbern@ampegagerling.de

### amph

cbrown@amph.com
kjaskol@amph.com

### amphenderson

nat.vallabh@amphenderson.co.nz
nigel.croke@amphenderson.co.nz

### amphenol

jmercadante@amphenol.com

### amrcorp

gyeong_kim@amrcorp.com
mike_lenz@amrcorp.com
patricia_delgadillo@amrcorp.com
samuel_silver@amrcorp.com
t_f_bacon@amrcorp.com

### amre

jpangallozzi@amre.com
sweng@amre.com

### amresco

tharrigan@amresco.com

### amrinvest

## Company & Corresponding Email Addresses

nancy.eckl@amrinvest.com

### ams

david_sharman@ams.com

### amsjv

cbersanetti@amsjv.it
l.mastrodomenico@amsjv.it

### amtrust

adonatelli@amtrust.com
elasota@amtrust.com
kzaverdinos@amtrust.com
opolishchuk@amtrust.com
tatanosoff@amtrust.com
vrai@amtrust.com

### amwestka

gert_fricke@amwestka.de
s_moeckel@amwestka.de

### analyst

shimon@analyst.co.il

### analyticasset

casnis@analyticasset.com
tsantiago@analyticasset.com
vraby@analyticasset.com

### anb

akahmed@anb.com.sa
arahmed@anb.com.sa
brian.wood@anb.com
cjagdish@anb.com.sa
faltarouti@anb.com.sa
krashad@anb.com.sa
maylen@anb.com.sa
saleem@anb.com.sa

### anblondon

fayoub@anblondon.com
mbrisbourne@anblondon.com

### anchorage

cowlescm@ci.anchorage.ak.us
priceta@ci.anchorage.ak.us

### anchorcapital

brice@anchorcapital.com
bscuzarella@anchorcapital.com
cpohl@anchorcapital.com
dwatson@anchorcapital.com
jnuzzo@anchorcapital.com
smeade@anchorcapital.com
ssiegfriedt@anchorcapital.com
thollingworth@anchorcapital.com
whickey@anchorcapital.com

### andbanc

alexandra.beisiegel@andbanc.com
andres.pomar@andbanc.com
antoni.banon@andbanc.com
antonio.melero@andbanc.com
carles.lluch@andbanc.com
guillermo.carrascosa@andbanc.com

## Company & Corresponding Email Addresses

javier.uriguen@andbanc.com
jessica.morillon@andbanc.com
jordi.martret@andbanc.com
jordi.riera@andbanc.com
josepantoni.cerdan@andbanc.com
miquel.noguer@andbanc.com
oscar.gelabert@andbanc.com
pere.riba@andbanc.com
santiago.mora@andbanc.com
sergi.aguado@andbanc.com
sonia.vidal@andbanc.com
thais.carne@andbanc.com

### anderson
sebastian.edwards@anderson.ucla.edu

### andornet
jcodina@andornet.ad

### andrew
gczamara@andrew.cmu.edu

### androscogginbank
lsoucy@androscogginbank.com
mleavitt@androscogginbank.com
motterson@androscogginbank.com

### anfis
adrian.bradshaw@anfis.co.uk
alison.kennedy@anfis.co.uk
andrew.fraser@anfis.co.uk
anne.nelson@anfis.co.uk
bill.bulloch@anfis.co.uk
brian.adamson@anfis.co.uk
carolan.dobson@anfis.co.uk
clare.williams@anfis.co.uk
david.smith@anfis.co.uk
dmacn1@anfis.co.uk
euan.matheson@anfis.co.uk
gillian.bailey@anfis.co.uk
gillian.mccall@anfis.co.uk
gordon.bennett@anfis.co.uk
judith.childerstone@anfis.co.uk
judith.mercer@anfis.co.uk
kenneth.macpherson@anfis.co.uk
kenneth.wood@anfis.co.uk
lynne.provan@anfis.co.uk
marie.louise.boyle@anfis.co.uk
matt.fletcher@anfis.co.uk
morven.beattie@anfis.co.uk
nick.cox-johnson@anfis.co.uk
scott.love@anfis.co.uk
stephen.porteous@anfis.co.uk
steven.barton@anfis.co.uk
tony.p.irwin@anfis.co.uk
wmack3@anfis.co.uk

### angelogordon
acox@angelogordon.com
aelliott@angelogordon.com

**Company & Corresponding Email Addresses**

aong@angelogordon.com
aroulac@angelogordon.com
asolomon@angelogordon.com
bmartin@angelogordon.com
bpattelli@angelogordon.com
brush@angelogordon.com
cbrescio@angelogordon.com
cbrunn@angelogordon.com
cfong@angelogordon.com
chwang@angelogordon.com
cperilman@angelogordon.com
cshelton@angelogordon.com
csweat@angelogordon.com
dbajpai@angelogordon.com
dhonovich@angelogordon.com
dhowe@angelogordon.com
dkamin@angelogordon.com
dleone@angelogordon.com
dlieber@angelogordon.com
dpound@angelogordon.com
droberts@angelogordon.com
dstohr@angelogordon.com
dtroxell@angelogordon.com
ekressler@angelogordon.com
gbaiera@angelogordon.com
gfink@angelogordon.com
ggeorgalas@angelogordon.com
grepace@angelogordon.com
gschultz@angelogordon.com
gwolf@angelogordon.com
jahern@angelogordon.com
jangelo@angelogordon.com
jcarmel@angelogordon.com
jcaylo@angelogordon.com
jfraser@angelogordon.com
jlieberman@angelogordon.com
jmalley@angelogordon.com
jrorke@angelogordon.com
jwekselblatt@angelogordon.com
kbarket@angelogordon.com
kconcannon@angelogordon.com
kfarina@angelogordon.com
klally@angelogordon.com
ktse@angelogordon.com
lvaidya@angelogordon.com
mchuong@angelogordon.com
mdalleva@angelogordon.com
mfrazier@angelogordon.com
mgroves@angelogordon.com
mhaggar@angelogordon.com
michaelgordon@angelogordon.com
mkanner@angelogordon.com
mkutzin@angelogordon.com
mlewin@angelogordon.com

**Company & Corresponding Email Addresses**

mloigman@angelogordon.com
mmalbari@angelogordon.com
mmanzolillo@angelogordon.com
mmcnamara@angelogordon.com
mnelson@angelogordon.com
mprince@angelogordon.com
mroth@angelogordon.com
msheerin@angelogordon.com
mswotes@angelogordon.com
mtzavelis@angelogordon.com
mwojtusiak@angelogordon.com
nfreilich@angelogordon.com
nfriedlich@angelogordon.com
onunez@angelogordon.com
pavellone@angelogordon.com
plewis@angelogordon.com
plissman@angelogordon.com
rjaffe@angelogordon.com
sbekele@angelogordon.com
sbertner@angelogordon.com
sehrlich@angelogordon.com
sgupte@angelogordon.com
sheanly@angelogordon.com
skalra@angelogordon.com
ssaabneh@angelogordon.com
tarden@angelogordon.com
tboyce@angelogordon.com
tdurkin@angelogordon.com
tfuller@angelogordon.com
thutfilz@angelogordon.con
tmilovanov@angelogordon.com
tpulver@angelogordon.com

**angloamerican**
pwhitcutt@angloamerican.co.uk
sinnell@angloamerican.co.uk
tredman@angloamerican.co.za

**angloirishbank**
alandillon@angloirishbank.ie
alanhenry@angloirishbank.ie
alanmaher@angloirishbank.ie
amandacullen@angloirishbank.ie
andrewcurtin@angloirishbank.ie
andrewodonohoe@angloirishbank.ie
bernarddaly@angloirishbank.ie
brianhanrahan@angloirishbank.ie
brianlynch@angloirishbank.ie
briano'leary@angloirishbank.ie
carmelphelan@angloirishbank.ie
ciarankelleher@angloirishbank.ie
ciaranmcardle@angloirishbank.com
colinclarke@angloirishbank.ie
colmo'neill@angloirishbank.ie
conorhorgan@angloirishbank.ie
conormckeating@angloirishbank.ie

**Company & Corresponding Email Addresses**

conorspencer@angloirishbank.ie
dannyryan@angloirishbank.ie
davidbradley@angloirishbank.ie
davidconlon@angloirishbank.ie
davidhanley@angloirishbank.ie
davidjobling@angloirishbank.co.uk
davidmcevoy@angloirishbank.ie
davidrussell@angloirishbank.ie
deirdreceannt@angloirishbank.com
deniseholmes@angloirishbank.ie
dermotkieran@angloirishbank.ie
desnolan@angloirishbank.ie
donalquaid@angloirishbank.ie
eamonnreilly@angloirishbank.ie
emmagrist@angloirishbank.ie
frankwall@angloirishbank.ie
jasondrennan@angloirishbank.ie
jimbarry@angloirishbank.ie
johnbowe@angloirishbank.ie
keithcox@angloirishbank.ie
maevemoran@angloirishbank.ie
mariadunphy@angloirishbank.ie
marietheresegibson@angloirishbank.ie
markmahony@angloirishbank.ie
matthewcullen@angloirishbank.com
mattmoran@angloirishbank.ie
mauraoneill@angloirishbank.ie
mauriceharty@angloirishbank.ie
michaelmcloughlin@angloirishbank.ie
mikedarcy@angloirishbank.ie
niall.tuite@angloirishbank.ie
nicholafarrell@angloirishbank.ie
ornagleeson@angloirishbank.ie
pathinkson@angloirishbank.ie
patrickgleeson@angloirishbank.ie
paulinemccabe@angloirishbank.ie
peterwalsh@angloirishbank.ie
ray.lennon@angloirishbank.ie
risteardbrennan@angloirishbank.ie
robskelly@angloirishbank.ie
ronancostello@angloirishbank.ie
ronanwhite@angloirishbank.ie
roryoconnor@angloirishbank.ie
rowanomahony@angloirishbank.ie
shanebuckley@angloirishbank.ie
simonbyrne@angloirishbank.ie
stevelowe@angloirishbank.ie

**anheuser-busch**

chetan.goyal@anheuser-busch.com
david.marlette@anheuser-busch.com
john.einwalter@anheuser-busch.com
lisa.thibodeau@anheuser-busch.com
monika.patel@anheuser-busch.com

**anhyp**

## Company & Corresponding Email Addresses
lvanuffe@anhyp.be
### ankerbank
fabrizio.mancini@ankerbank.ch
### ansaldo
dipaolol@ansaldo.com
peranzonib@ansaldo.com
### ansbachermm
michael.allen@ansbachermm.com
### antar
ignacio.portillo@antar.es
josemario.dominguezoutomuro@antar.es
### anthem
baird.blake@anthem.com
david.cooper@anthem.com
francois.otieno@anthem.com
joe.eppers@anthem.com
michael.koetters@anthem.com
michael.tushan@anthem.com
mike.hall@anthem.com
### anthemcapital
wgust@anthemcapital.com
### anthos
dvprooije@anthos.nl
ftenbrink@anthos.nl
hkiekens@anthos.nl
rhelderman@anthos.nl
rjschreuder@anthos.nl
rscholman@anthos.nl
stolboom@anthos.nl
### antonveneta
alessandro.laveder@antonveneta.it
alessandro.mileto@antonveneta.it
andrea.dardi@antonveneta.it
cinzia.iacobone@antonveneta.it
cristiano.casini@antonveneta.it
distribuzione.pd@antonveneta.it
enrico.vagnoni@antonveneta.it
fabiano.fossali@antonveneta.it
fabio.bencich@antonveneta.it
flavio.borghese@antonveneta.it
francesco.ceci@antonveneta.it
francesco.tam@antonveneta.it
gennaro.vicidomini@antonveneta.it
gianluca.caniato@antonveneta.it
gianluca.demarchi@antonveneta.it
giorgio.grossi@antonveneta.it
giuseppe.semerano@antonveneta.it
lorenzo.denovellis@antonveneta.it
luca.quivelli@antonveneta.it
luca.triani@antonveneta.it
manlio.liprino@antonveneta.it
marivi.mellina.bares@antonveneta.it
massimo.carducci@antonveneta.it
maurizio.spadaccino@antonveneta.it

## Company & Corresponding Email Addresses

paolo.lodi@antonveneta.it
pasquale.galassi@antonveneta.it
pierluigi.benettin@antonveneta.it
pietro.lai@antonveneta.it
rita.boscolo@antonveneta.it
salvatore.liprino@antonveneta.it
stefano.tommasi@antonveneta.it

### ants

philip.mcduell@ants.co.uk

### anz

adamsm@anz.com
andrew.waller@anz.com
branstong@anz.com
brenton.smith@anz.com
christian.hains@anz.com
coughlas@anz.com
croyd@anz.com
david.leadsom@anz.com
david.roughley@anz.com
david.wilkinson@anz.com
ellism1@anz.com
fiddamam@anz.com
georgeg2@anz.com
glenn.mackersy@anz.com
irvingt@anz.com
jarvisj@anz.com
ming.wo@anz.com
newburyj@anz.com
nunnj@anz.com
pjm1@anz.com
powells@anz.com
smithpe@anz.com
stewart.morton@anz.com
tim.everist@anz.com
tony.allen@anz.com
woodl@anz.com
yiannisa@anz.com

### aoins

lindberg.mike@aoins.com
ward.ian@aoins.com

### aol

aanisa@aol.com
adoley7@aol.com
agavilan10@aol.com
ajsteamboat@aol.com
amsllc55@aol.com
awwray@aol.com
banknegara@aol.com
bdoby1013@aol.com
bdrchjb@aol.com
berkbowen@aol.com
bethbyrnes@aol.com
bijutsu@aol.com
blindtner@aol.com

**Company & Corresponding Email Addresses**

bnmnyro@aol.com
bodiva@aol.com
bonbish@aol.com
botnewyork@aol.com
bronnenbergj@aol.com
chakoeller@aol.com
chantigny@aol.com
cjbrandon1@aol.com
clehman990@aol.com
ctbnya@aol.com
danireda@aol.com
davecole7@aol.com
davidnic@aol.com
dbmbla2@aol.com
deatherly@aol.com
drurgento@aol.com
drx17@aol.com
edoganton@aol.com
egbandceb@aol.com
ekass73388@aol.com
ellmacc@aol.com
eppy211@aol.com
erichaussman@aol.com
fdsfdsaf@aol.com
fparkes704@aol.com
fyicgopc@aol.com
gannong@aol.com
gennellj@aol.com
gikamran@aol.com
gkdimit@aol.com
gkoltek@aol.com
gpalmieri9@aol.com
gregfort@aol.com
gwagmbh@aol.com
hagstromr@aol.com
hanilbk@aol.com
hdoley@aol.com
home@aol.com
huananbkny@aol.com
ianarnof@aol.com
jbernardo111@aol.com
jeffperry45@aol.com
jfhedgefund@aol.com
jimkoulos@aol.com
jmnjm@aol.com
joneshenrylee@aol.com
jpccfa@aol.com
jphcpa@aol.com
karkruger@aol.com
kellym1536@aol.com
lava285@aol.com
lbotla@aol.com
lisa@aol.com
lisap@aol.com

**Company & Corresponding Email Addresses**

lpcgsi@aol.com
marko379@aol.com
mc2401@aol.com
mccluj@aol.com
mikemclare@aol.com
mkmartino@aol.com
pabornstein@aol.com
paullundmark@aol.com
pbabyak002@aol.com
philyang@aol.com
piyaratana@aol.com
pkhatau@aol.com
prtmaletta@aol.com
pspessoa@aol.com
rstew10446@aol.com
salbashir@aol.com
samho@aol.com
saz16@aol.com
sconnery@aol.com
seabirdiv@aol.com
serpiccioli@aol.com
shochfam@aol.com
slbus@aol.com
smoojoy@aol.com
snewland6@aol.com
ssmith7731@aol.com
steve@aol.com
tinireen@aol.com
vmaultsby@aol.com
wbest768@aol.com
weisowl4@aol.com
wmtramirez@aol.com
wpan562118@aol.com

**aoltw**
mackereth.ruckman@aoltw.com

**aon**
andrew_ward@aon.com
brian.lawrence@aon.com
chi_man_wong@aon.nl
clare.hennings@aon.co.uk
greg_r_briskey@aon.com
john.griffiths@aon.co.uk
john_lagedrost@aon.com
keith_c_lemmer@aon.com
nigel.sedgwick@aon.co.uk
robert.jurkowski@aon.co.uk
robert_johnigan@aon.com
tiffany_rockette@asc.aon.com
william_r_anderson@aon.com

**aozora-apf**
michaelcheung@aozora-apf.com

**aozorabank**
a.iisaka@aozorabank.co.jp
a.kawase@aozorabank.co.jp

**Company & Corresponding Email Addresses**

a.morishima@aozorabank.co.jp
a.nitabaru@aozorabank.co.jp
a.pui@aozorabank.co.jp
a.sakai@aozorabank.co.jp
a1.satou@aozorabank.co.jp
a2.nakajima@aozorabank.co.jp
azbk001@aozorabank.co.jp
c.iida@aozorabank.co.jp
e.kobayashi@aozorabank.co.jp
f.hiura@aozorabank.co.jp
f.smyth@aozorabank.co.jp
h.funatsu@aozorabank.co.jp
h.kajitani@aozorabank.co.jp
h.kuroda@aozorabank.co.jp
h.mizukami@aozorabank.co.jp
h.nakaya@aozorabank.co.jp
h2.kinoshita@aozorabank.co.jp
j.fiorello@aozorabank.co.jp
j.hata@aozorabank.co.jp
j.mccloskey@aozorabank.co.jp
j.mudie@aozorabank.co.jp
k.furuta@aozorabank.co.jp
k.horikawa@aozorabank.co.jp
k.hosono@aozorabank.co.jp
k.otake@aozorabank.co.jp
k.ozaki@aozorabank.co.jp
k.yamakoshi@aozorabank.co.jp
k2.ono@aozorabank.co.jp
k3.nomura@aozorabank.co.jp
k4.tanaka@aozorabank.co.jp
l.millstein@aozorabank.co.jp
m.horiba@aozorabank.co.jp
m.kakuchi@aozorabank.co.jp
m.matsuura@aozorabank.co.jp
m.nagatomi@aozorabank.co.jp
m.nirei@aozorabank.co.jp
m.noguchi@aozorabank.co.jp
m.ohara@aozorabank.co.jp
m.segawa@aozorabank.co.jp
m.takada@aozorabank.co.jp
m.yanagi@aozorabank.co.jp
m1.harada@aozorabank.co.jp
n.terashima@aozorabank.co.jp
n.tokuda@aozorabank.co.jp
n1.sugimoto@aozorabank.co.jp
r.abe@aozorabank.co.jp
r4.tanaka@aozorabank.co.jp
refd@aozorabank.co.jp
s.hashiguchi@aozorabank.co.jp
s.hosobuchi@aozorabank.co.jp
s.kyoutaki@aozorabank.co.jp
s1.tanaka@aozorabank.co.jp
s2.yamaguchi@aozorabank.co.jp
s4.nakamura@aozorabank.co.jp

## Company & Corresponding Email Addresses

t.amano@aozorabank.co.jp
t.inaba@aozorabank.co.jp
t.okuda@aozorabank.co.jp
t.osawa@aozorabank.co.jp
t.oyama@aozorabank.co.jp
t.umino@aozorabank.co.jp
t.uzawa@aozorabank.co.jp
t.yamada@aozorabank.co.jp
t.yanagiya@aozorabank.co.jp
t1.hasegawa@aozorabank.co.jp
t1.katou@aozorabank.co.jp
t1.murakami@aozorabank.co.jp
t1.takeuchi@aozorabank.co.jp
t2.takahashi@aozorabank.co.jp
t3.matsui@aozorabank.co.jp
y.hanayama@aozorabank.co.jp
y.hijikata@aozorabank.co.jp
y.inagaki@aozorabank.co.jp
y.kashiwagi@aozorabank.co.jp
y.kuroda@aozorabank.co.jp
y.nishio@aozorabank.co.jp
y1.hamada@aozorabank.co.jp
y1.matsuura@aozorabank.co.jp
y1.sugimoto@aozorabank.co.jp

### aozora-invmgmt

a.pui@aozora-invmgmt.com
h.noeding@aozora-invmgmt.com
m.vasilache@aozora-invmgmt.com

### aozorobank

f.sacasa@aozorobank.co.jp

### ap1

anders.palmer@ap1.se
andreas.wollheim@ap1.se
anna-lena.winberg@ap1.se
carin.mansson@ap1.se
carl.lundstromer@ap1.se
carlfredrik.karner@ap1.se
cecilia.thomasson-blomquist@ap1.se
claes.nordengren@ap1.se
daniel.chapuis@ap1.se
elisabeth.kruth@ap1.se
erik.akesson@ap1.se
fredrik.aglo@ap1.se
gunnel.lindkvist@ap1.se
gustaf.hagerud@ap1.se
hans.gustafson@ap1.se
helena.kardell@ap1.se
jesper.sandin@ap1.se
johan.setterblad@ap1.se
jonas.jansson@ap1.se
juan.suarez@ap1.se
maria.hedin@ap1.se
mats.larsson@ap1.se
olof.jonasson@ap1.se

## Company & Corresponding Email Addresses

ossian.ekdahl@ap1.se
patrik.nyman@ap1.se
patrik.onnerdal@ap1.se
per.lundborg@ap1.se
per.snarberg@ap1.se
richard.koch@ap1.se
sofi.eriksson@ap1.se
stefan.bergsten@ap1.se
tony.karlsson@ap1.se

**ap3**
ac.hormgard@ap3.se
anders.augusen@ap3.se
anette.hellstom@ap3.se
bengt.hansson@ap3.se
bengt.hellstrom@ap3.se
claudia.stanghellini@ap3.se
david.stillberger@ap3.se
eskil.svensson@ap3.se
hans.ericsson@ap3.se
hans.lindberg@ap3.se
inge.andersson@ap3.se
jannis.asdres@ap3.se
jerk.matero@ap3.se
kerim.kaskal@ap3.se
klas.akerback@ap3.se
lars.orest@ap3.se
lena.djurberg@ap3.se
magnus.eriksson@ap3.se
matthias.buhr-berg@ap3.se
nalini.bonnier@ap3.se
olle.bastmark@ap3.se
per.colleen@ap3.se
peter.lundkvist@ap3.se
sofie.emilsson-nilvall@ap3.se
stig.jonsson@ap3.se
ulrica.slane-sens@ap3.se
urban.eriksson@ap3.se

**ap4**
leif.hassel@ap4.se

**apam**
jonathan@apam.com
steveg@apam.com
trent@apam.com

**apcm**
bert@apcm.net
bill@apcm.net
chris@apcm.net
julee@apcm.net
randy@apcm.net

**apexfcu**
dave@apexfcu.com
steve@apexfcu.com

**apfs**
michael.crilley@apfs.com

**Company & Corresponding Email Addresses**

**apfund1-3**
mats.wallander@apfund1-3.se

**apicil**
nicolas.pernet@apicil.com
patrick.delestra@apicil.com

**apicorp-arabia**
dmoretto@apicorp-arabia.com
hfarid@apicorp-arabia.com
zraja@apicorp-arabia.com

**apioil**
a.canestrelli@apioil.com
c.capizzi@apioil.com
f.ambrogi@apioil.com
f.nico@apioil.com
l.valeri@apioil.com
m.sigismondi@apioil.com
s.asta@apioil.com
s.cardello@apioil.com
t.rea@apioil.com

**apk**
alfred.ungerboeck@apk.at
christian.boehm@apk.at
gerhard.neustaedter@apk.at
guenther.schiendl@apk.at
katharina.leeb@apk.at

**apl**
rochard.kock@apl.se

**aplusmgmt**
lance@aplusmgmt.com

**apoasset**
a.backhaus@apoasset.de
a.dittmer@apoasset.de
a.tansley@apoasset.de
a.weber@apoasset.de
f.jansen@apoasset.de
k.kricks-brunnlieb@apoasset.de
m.hoppe@apoasset.de
m.momberg@apoasset.de
m.tetzlaff@apoasset.de
r.heussen@apoasset.de
u.noetges@apoasset.de
w.valder@apoasset.de

**apobank**
andrea.schubert@apobank.de
andreas.wengler@apobank.de
bjoern.magnussen@apobank.de
boris.hussmann@apobank.de
christian.riedel@apobank.de
claus.wilsing@apobank.de
elke.frevert@apobank.de
ferenc.schmidt@apobank.de
frank.altrock@apobank.de
frank.kaup@apobank.de
frank.roggow@apobank.de

## Company & Corresponding Email Addresses

frank.schubert@apobank.de
guenter.nieden@apobank.de
horst.luszczyk@apobank.de
ines.rueberg@apobank.de
iven.gernetzke@apobank.de
joerg-peter.cauko@apobank.de
lothar.schroeder@apobank.de
marckai.freitag@apobank.de
martin.sachs@apobank.de
michael.franz@apobank.de
michael.grimm@apobank.de
mirko.engels@apobank.de
oliver.may@apobank.de
peter.nowaczyk@apobank.de
peter.staehler@apobank.de
rainald.brune@apobank.de
ralf.hoss@apobank.de
richard.ipesch@apobank.de
simon.piel@apobank.de
thorsten.hotz@apobank.de
ute.rehwald@apobank.de
uwe.krause@apobank.de
uwe.zeidler@apobank.de
viktor.heese@apobank.de

### apoireland
andre.krzyzowski@apoireland.com

### apollocapital
aschweibold@apollocapital.com
berry@apollocapital.com
fzappaterra@apollocapital.com
jfrank@apollocapital.com
jperri@apollocapital.com
jrochwerg@apollocapital.com
jscheir@apollocapital.com
jvanek@apollocapital.com
kpicache@apollocapital.com
mclellan@apollocapital.com
rbittencourt@apollocapital.com
rdennis@apollocapital.com
shines@apollocapital.com
sjoshi@apollocapital.com
slunat@apollocapital.com
tfuzesi@apollocapital.com

### apollodif
jcoccaro@apollodif.com
jkorval@apollodif.com
kang@apollodif.com
katz@apollodif.com
manglani@apollodif.com
mtu@apollodif.com
schneider@apollodif.com

### apolloic
abehrman@apolloic.com
aburke@apolloic.com

**Company & Corresponding Email Addresses**

adelia@apolloic.com
bagaria@apolloic.com
bkatz@apolloic.com
dalton@apolloic.com
evelazquez@apolloic.com
hosseinzadeh@apolloic.com
imazzella@apolloic.com
jbriones@apolloic.com
jmann@apolloic.com
reynolds@apolloic.com
ruberton@apolloic.com
sack@apolloic.com
taker@apolloic.com
tpowell@apolloic.com

**apollolp**

africk@nyc.apollolp.com
ament@nyc.apollolp.com
benjamin@nyc.apollolp.com
bpatel@apollolp.com
constantino@apollolp.com
dbellissimo@apollolp.com
dennis@apollolp.com
ejohnson@apollolp.com
gklavdianos@apollolp.com
katz@co.apollolp.com
kcrowe@apollolp.com
parker@apollolp.com
penn@nyc.apollolp.com
pentikis@nyc.apollolp.com
ppawlowski@apollolp.com
press@apollolp.com
rowan@nyc.apollolp.com
seminara@apollolp.com
tstromstedt@apollolp.com
wildauer@nyc.apollolp.com

**apollorealestate**

jbeaman@apollorealestate.com
jkelley@apollorealestate.com
jmoy@apollorealestate.com
mcosgrove@apollorealestate.com
wurwarg@apollorealestate.com

**apollotrust**

jimd@apollotrust.com

**aposcapital**

isender@aposcapital.com

**apothcap**

alan@apothcap.com
jerel@apothcap.com
kari@apothcap.com
mike@apothcap.com
rick@apothcap.com
ryan@apothcap.com
tom@apothcap.com

**apple**

**Company & Corresponding Email Addresses**

aya@apple.com
jkurniawan@apple.com
millerm@apple.com
mshapiro@apple.com
todorov@apple.com
tomei@apple.com

**apple-bank**

dvanhorne@apple-bank.com
sfriedman@apple-bank.com

**appletonpartners**

aclough@appletonpartners.com
btracy@appletonpartners.com
jladge@appletonpartners.com
jnoonan@appletonpartners.com

**ar**

paula.bujia@ar.schroders.combb

**arabbank**

amer.matar@arabbank.co.uk
andrew.simmons@arabbank.co.uk
angela.al-alaiwat@arabbank.com.bh
barry.jaggs@arabbank.co.uk
bryan.goh@arabbank.co.uk
christopher.cheong@arabbank.com.sg
colin.couchman@arabbank.co.uk
david.wyatt@arabbank.co.uk
diana.lim@arabbank.com.sg
ggattiker@arabbank.ch
ian.greenwood@arabbank.co.uk
john.tan@arabbank.com.sg
karim.dashti@arabbank.com
kheiry.amr@arabbank.co.uk
lynette.boey@arabbank.com.sg
mcchee@arabbank.com.sg
stuart.davies@arabbank.co.uk
vlehmann@arabbank.ch

**arabbanking**

abdelrahman.tarzi@arabbanking.com
ahmed.abbas@arabbanking.com
akeel.ghaith@arabbanking.com
amitabh.arolkar@arabbanking.com
amr.ghadallah@arabbanking.com
aref.barbeer@arabbanking.com
arif.mumtaz@arabbanking.com
ayman.zaidan@arabbanking.com
bill.harrington@arabbanking.com
david.siegel@arabbanking.com
emad.alsaudi@arabbanking.com
essam.elwakil@arabbanking.com
faris.hayek@arabbanking.com
grant.mcdonald@arabbanking.com
ian.wright@arabbanking.com
karim.dashti@arabbanking.com
mahmood.zewam@arabbanking.com
mohsin.qassim@arabbanking.com

## Company & Corresponding Email Addresses

mujeebu.rahman@arabbanking.com
mukund.ballal@arabbanking.com
na@arabbanking.com
osama.mohamed@arabbanking.com
pradeep.mehra@arabbanking.com
robert.fitzsimons@arabbanking.com
saamer.azzuz@arabbanking.com
talal.alghalib@arabbanking.com
talha.karim@arabbanking.com

### arabbankusa

ecaravanos@arabbankusa.com
wghazar@arabbankusa.com

### aragon

ahahnel@aragon.se
eheneskog@aragon.se
mlarsson@aragon.se

### aramea-ag

thomas.pergande@aramea-ag.de

### arbella

kevin.drew@arbella.com

### arbor

safsd@arbor.com

### arborcapital

cbick@arborcapital.com
cronan@arborcapital.com

### arborresearch

charles.carmody@arborresearch.com
tmilani@arborresearch.com

### arcafondi

alessandra.casati@arcafondi.it
amelia.benevento@arcafondi.it
andrea.dalsanto@arcafondi.it
andrea.zavolta@arcafondi.it
angelo.vanelli@arcafondi.it
attilio.ferrari@arcafondi.it
benedetta.rospigliosi@arcafondi.it
carlo.mogni@arcafondi.it
cinzia.pedemonte@arcafondi.it
daniele.savare@arcafondi.it
daniele.zujani@arcafondi.it
davide.digioia@arcafondi.it
davide.guglielminotti@arcafondi.it
dennis.montagna@arcafondi.it
diego.dargenio@arcafondi.it
elena.daverio@arcafondi.it
enzo.salvati@arcafondi.it
fabrizio.petrineschi@arcafondi.it
federico.mosca@arcafondi.it
franca.ruta@arcafondi.it
francesco.cordua@arcafondi.it
francesco.merli@arcafondi.it
giada.vello@arcafondi.it
giampaolo.novelli@arcafondi.it
giovanni.radicella@arcafondi.it

**Company & Corresponding Email Addresses**

giuliano.palumbo@arcafondi.it
giuseppe.novelli@arcafondi.it
laura.cereda@arcafondi.it
laura.gabaglio@arcafondi.it
linda.trovato@arcafondi.it
lorenzo.foroni@arcafondi.it
luca.piano@arcafondi.it
luca.soria@arcafondi.it
marco.cassani@arcafondi.it
marco.mauri@arcafondi.it
marco.migliorin@arcafondi.it
marco.pellini@arcafondi.it
marco.vicinanza@arcafondi.it
marina.leone@arcafondi.it
marisa.pastore@arcafondi.it
maristella.savino@arcafondi.it
marzio.lanzoni@arcafondi.it
massimiliano.fumagalli@arcafondi.it
massimiliano.liberatore@arcafondi.it
massimo.bigoni@arcafondi.it
miranda.agosti@arcafondi.it
paola.spinella@arcafondi.it
paolo.guglielmini@arcafondi.it
paolo.mazzocca@arcafondi.it
patrizia.bianchi@arcafondi.it
pierluigi.spagnolo@arcafondi.it
raffaele.medugno@arcafondi.it
roberta.marconcini@arcafondi.it
roberto.occhipinti@arcafondi.it
settimio.stigliano@arcafondi.it
simone.binismaghi@arcafondi.it
simone.facchinato@arcafondi.it
stefano.ghetti@arcafondi.it
theresa.liu@arcafondi.it
tiziana.rossi@arcafondi.it
valter.nosenzo@arcafondi.it

**arcasim**
f.marcon@arcasim.it
f.pozzoli@arcasim.it

**archipel**
christopher.palm@archipel.se
claes-erik.rydberg@archipel.se
keith.goodman@archipel.se

**architas-mm**
caspar.rock@architas-mm.com

**arco**
janderson@arco.com
jmiller@arco.com
nreynol@mail.arco.com

**arcocapital**
jcanto@arcocapital.com

**ardsley**
andrea@ardsley.com
aneta@ardsley.com

**Company & Corresponding Email Addresses**

anne@ardsley.com
ben@ardsley.com
bob@ardsley.com
charlie@ardsley.com
dot@ardsley.com
george@ardsley.com
james@ardsley.com
jan@ardsley.com
jeffk@ardsley.com
joe@ardsley.com
kirk@ardsley.com
michael@ardsley.com
noel@ardsley.com
pam@ardsley.com
phil@ardsley.com
robyn@ardsley.com
sharon@ardsley.com
spencer@ardsley.com
steve@ardsley.com
todd@ardsley.com
tom@ardsley.com

**aresiaavc**

claudio.arenas@aresiaavc.fr

**argentaria**

g.sandovala@argentaria.es
panabitarte@argentaria.es

**argyle-investment**

marcfreeman@argyle-investment.com
robing@argyle-investment.com
tonym@argyle-investment.com

**ariel**

arogers@ariel.com

**arielcapital**

cwatters@arielcapital.com
gleong@arielcapital.com
mmcguire@arielcapital.com

**arielinvestments**

aparikh@arielinvestments.com
atodd@arielinvestments.com
aweitz@arielinvestments.com
cbobrinskoy@arielinvestments.com
ccargie@arielinvestments.com
cmccann@arielinvestments.com
emojica@arielinvestments.com
jalletto@arielinvestments.com
jmiller@arielinvestments.com
jtyler@arielinvestments.com
kkuhrt@arielinvestments.com
lwyatt@arielinvestments.com
mdonelson@arielinvestments.com
mhobson@arielinvestments.com
msauer@arielinvestments.com
rgoldsborough@arielinvestments.com
rkohn@arielinvestments.com

**Company & Corresponding Email Addresses**

scarollo@arielinvestments.com
tfidler@arielinvestments.com

**arig**
devanand.t@arig.com.bh
tholoor.t@arig.com.bh

**arizona**
maxwell@eller.arizona.edu

**ark**
eg@ark.demon.co.uk
jh@ark.demon.co.uk
pete.iaconis@ark.com

**arkwright**
paul_lafleche@arkwright.com

**armfinancial**
toconnor@armfinancial.com

**arnerbank**
alessandro.censi@arnerbank.ch
domenico.fazio@arnerbank.ch
giacomo.picchetto@arnerbank.ch
gianmarco.mondani@arnerbank.ch
marco.accorroni@arnerbank.ch
maura.bettosini@arnerbank.ch
michael.tornese@arnerbank.ch
mirko.borghi@arnerbank.ch
niccolo.badoglio@arnerbank.ch
nico.cacciabue@arnerbank.ch
nicola.bravetti@arnerbank.ch
nicola.senni@arnerbank.ch
stefano.dedola@arnerbank.ch
tristan.brenner@arnerbank.ch

**arosmaizels**
christer.backstrom@arosmaizels.com

**arrowpointcap**
daniel.kyritsis@arrowpointcap.com
keping.liu@arrowpointcap.com

**art-allianz**
bernhard.arbogast@art-allianz.ch
jflynn@art-allianz.com
pbarnaby@art-allianz.com
thomas.schatzmann@art-allianz.ch
tlamb@art-allianz.com
wseery@art-allianz.com

**artemisinvest**
jac@artemisinvest.com
jci@artemisinvest.com
jit@artemisinvest.com
llm@artemisinvest.com
rsg@artemisinvest.com
sjb@artemisinvest.com

**artesia**
alain_engel@artesia.be
koen_godfried@artesia.be
wim_melyn@artesia.be

**artesiabc**

**Company & Corresponding Email Addresses**

jeffrey.van.impe@artesiabc.be
kathleen.de.boever@artesiabc.be
peter.grijseels@artesiabc.be
propequities@artesiabc.be
roger.osullivan@artesiabc.be

**artesiamortgage**

peterb@artesiamortgage.com

**artisanpartners**

adriane.collimore@artisanpartners.com
jim.kieffer@artisanpartners.com

**arvest**

bakers@arvest.com
jcalvin@arvest.com
jcornett@arvest.com
sphillips@arvest.com

**asagu-life**

d0143@asagu-life.co.jp

**asahi-life**

d0132@asahi-life.co.jp
d0137@asahi-life.co.jp
d0138@asahi-life.co.jp
d0139@asahi-life.co.jp
d0141@asahi-life.co.jp
d0203@asahi-life.co.jp
d0309@asahi-life.co.jp
hosoi_koutarou@mail.asahi-life.co.jp
hotta_koji@mail.asahi-life.co.jp
inoue_yoshihisa@mail.asahi-life.co.jp
kaga_ichio@mail.asahi-life.co.jp
karukomi_kazutaka@mail.asahi-life.co.jp
kawakami_kazuhiro@mail.asahi-life.co.jp
kikuchi_hirofumi@mail.asahi-life.co.jp
masuda_kaoru@mail.asahi-life.co.jp
mori_hideaki@emai.asahi-life.co.jp
murata_toshiaki@mail.asahi-life.co.jp
saitou_toshikazu@mail.asahi-life.co.jp
sekiguchi_hiroshi@mail.asahi-life.co.jp
tamaru_manabu@mail.asahi-life.co.jp
toki_shinichi@mail.asahi-life.co.jp
tsuji_masanao@mail.asahi-life.co.jp
uchimura_nobuaki@mail.asahi-life.co.jp
yokoyama_makoto@mail.asahi-life.co.jp

**asatsu-dk**

n173224@asatsu-dk.co.jp

**asbai**

aaron.mo@asbai.com
abhay.deshpande@asbai.com
alan.barr@asbai.com
alan.sista@asbai.com
alana.baldassari@asbai.com
allen.sista@asbai.com
andrew.gundlach@asbai.com
anita.krishnamoorthy@asbai.com
bethany.klein@asbai.com

## Company & Corresponding Email Addresses

bridget.gagen@asbai.com
charles.devaulx@asbai.com
debbie.lusman@asbai.com
edgardo.khafif@asbai.com
edward.dwek@asbai.com
george.ross@asbai.com
ian.mcgonigle@asbai.com
ira.gorsky@asbai.com
jason.dahl@asbai.com
john.napolitano@asbai.com
jonathan.spitzer@asbai.com
kerry.byrne@asbai.com
kevin.mcgovern@asbai.com
kim.silberman@asbai.com
kimberly.greene@asbai.com
larry.ioffredo@asbai.com
mark.wright@asbai.com
matt.lamphier@asbai.com
maureen.maydick@asbai.com
oanh.nguyen@asbai.com
paul.dowicz@asbai.com
phillip.marriott@asbai.com
rachel.benepe@asbai.com
reginald.luly@asbai.com
ren.richmond@asbai.com
robert.folino@asbai.com
robert.hordon@asbai.com
sheryl.finch@asbai.com
sibel.karantay@asbai.com
thibaut.pizenberg@asbai.com
vinodh.nalluri@asbai.com

### asbcm

akennedy@asbcm.com
akowell@asbcm.com
bcharles@asbcm.com
bwasilewski@asbcm.com
dmulvey@asbcm.com
dritt@asbcm.com
eodonoghue@asbcm.com
herrigo@asbcm.com
hfoster@asbcm.com
jedwards@asbcm.com
lballard@asbcm.com
lburleigh@asbcm.com
llocher@asbcm.com
shudson@asbcm.com
srichey@asbcm.com
tmccubbin@asbcm.com

### asbinc

charles.edward@asbinc.com
colin.morris@asbinc.com
despende.abhey@asbinc.com
edward.charles@asbinc.com
frank.woglam@asbinc.com

**Company & Corresponding Email Addresses**

leslie.teicholz@asbinc.com
meghan.horrigan@asbinc.com
robert.hordon@asbinc.com

**asbnet**

ccontreras@asbnet.com
pschwob@asbnet.com
ptravezan@asbnet.com

**asbonline**

mepps@asbonline.com

**asda**

robert.mcwilliam@asda.co.uk

**asdas**

asdasda@asdas.com

**aseansec**

wtang@aseansec.og

**asglp**

agilbert@asglp.com
bblodgett@asglp.com
dmitry@asglp.com
twitt@asglp.com

**ashland**

treasuryinvestments@ashland.com

**ashmorebrazil**

eclopes@ashmorebrazil.com.br
tcjacinto@ashmorebrazil.com.br

**ashmoregroup**

alex.cawley@ashmoregroup.com
andrew.edmonson@ashmoregroup.com
andrew.grijns@ashmoregroup.com
brent.dejong@ashmoregroup.com
bronwyn.hill@ashmoregroup.com
cathy.campbell@ashmoregroup.com
cemil.urganci@ashmoregroup.com
claire.sowry@ashmoregroup.com
dawn.porter@ashmoregroup.com
edward.cole@ashmoregroup.com
fernando.assad@ashmoregroup.com
graham.pearse@ashmoregroup.com
herbert.saller@ashmoregroup.com
irfan.janmohamed@ashmoregroup.com
jan.dehn@ashmoregroup.com
jerome.booth@ashmoregroup.com
joanna.kalmer@ashmoregroup.com
joanne.baxter@ashmoregroup.com
jules.green@ashmoregroup.com
ousmene.mandeng@ashmoregroup.com
peter.drew@ashmoregroup.com
ricardo.xavier@ashmoregroup.com
robin.forrest@ashmoregroup.com
seumas.dawes@ashmoregroup.com
sheena.popat@ashmoregroup.com
sue.smith@ashmoregroup.com

**asiandevbank**

ihaley@mail.asiandevbank.org

## Company & Corresponding Email Addresses

jlimandibrata@mail.asiandevbank.org
mkubota@mail.asiandevbank.org

### asiaonline
sdkang@asiaonline.net

### asiaparibas
swee-chiew.tan@asiaparibas.com

### asrs
adelk@asrs.state.az.us
johnld@asrs.state.az.us
michaelv@asrs.state.az.us

### assegurances
gvera@assegurances.sanostra.es
jgomezd@assegurances.sanostra.es
mfleixac@assegurances.sanostra.es

### asset
ann.dewar@aberdeen.asset.com

### assetmanagement
daniel.gloor@assetmanagement.za.ch
francisca.riederer@assetmanagement.zh.ch

### asso
jacques.gerbi@magdebourg.asso.fr

### associatedbank
allen.larson@associatedbank.com
annette.guyekordus@associatedbank.com
bob.nuthals@associatedbank.com
chan.barden@associatedbank.com
dave.fisher@associatedbank.com
david.hoff@associatedbank.com
deborah.hoeft@associatedbank.com
dennis.olsta@associatedbank.com
diane.lightfield@associatedbank.com
greg.dahlman@associatedbank.com
jason.herried@associatedbank.com
jennifer.nixon@associatedbank.com
joe.selner@associatedbank.com
john.thayer@associatedbank.com
joseph.dutkiewicz@associatedbank.com
kim.hilgers@associatedbank.com
kristen.oxenford@associatedbank.com
lloyd.francis@associatedbank.com
mark.heaselden@associatedbank.com
mark.hilgendorf@associatedbank.com
mark.tumpach@associatedbank.com
michael.mahlik@associatedbank.com
mike.hochholzer@associatedbank.com
mike.spalding@associatedbank.com
pat.fry@associatedbank.com
pat.hogan@associatedbank.com
patricia.baker@associatedbank.com
steve.hoffman@associatedbank.com
steve.pipp@associatedbank.com
susan.farrell@associatedbank.com
susie.anderson@associatedbank.com
thomas.toerpe@associatedbank.com

## Company & Corresponding Email Addresses

val.glytas@associatedbank.com

### assurant
cindy.landreth@assurant.com

### astonbank
a.gentili@astonbank.com
g.supino@astonbank.com
l.serra@astonbank.com
r.colangelo@astonbank.com
s.rivellini@astonbank.com

### aston-bond
a.fabiani@aston-bond.com
c.costa@aston-bond.com
c.negro@aston-bond.com
f.guffanti@aston-bond.com
l.bruni@aston-bond.com
l.schettino@aston-bond.com
m.gualdani@aston-bond.com
m.pecchi@aston-bond.com
s.vigoni@aston-bond.com
vcosta@aston-bond.com

### astoriafederal
ffusco@astoriafederal.com
lharper@astoriafederal.com
tlucifero@astoriafederal.com

### astra
rina.andriani@ai.astra.co.id

### asv
awiele@asv.de

### atag
baumannp@atag.com
maderb@atag.com
weibeld@atag.com

### atalanta
baruch@atalanta.com

### atalantasosnoff
agm@atalantasosnoff.com
asn@atalantasosnoff.com
cbs@atalantasosnoff.com
cg@atalantasosnoff.com
dts@atalantasosnoff.com
gmk@atalantasosnoff.com
jpm@atalantasosnoff.com
jvs@atalantasosnoff.com
kwn@atalantasosnoff.com
mgm@atalantasosnoff.com
mts@atalantasosnoff.com
pak@atalantasosnoff..com
rfr@atalantasosnoff.com
rma@atalantasosnoff.com
rn@atalantasosnoff.com
sgd@atalantasosnoff.com
wmk@atalantasosnoff.com

### atgsystems
jspagoletti@atgsystems.com

**Company & Corresponding Email Addresses**

ntritton@atgsystems.com

**atlanti**

atlanti@atlanti.ch

**atlanticasset**

acheng@atlanticasset.com
amoran@atlanticasset.com
apellicci@atlanticasset.com
bbayer@atlanticasset.com
bschmauch@atlanticasset.com
bsegura@atlanticasset.com
ccole@atlanticasset.com
ccomito@atlanticasset.com
dmcmillan@atlanticasset.com
dtrotter@atlanticasset.com
ehunt@atlanticasset.com
fsheikh@atlanticasset.com
gcapasso@atlanticasset.com
jpratt@atlanticasset.com
jsellers@atlanticasset.com
mdineen@atlanticasset.com
mmogavero@atlanticasset.com
sarnone@atlanticasset.com
ssaurack@atlanticasset.com

**atlanticinvestment**

berson@atlanticinvestment.net
brenner@atlanticinvestment.net
canaan@atlanticinvestment.net
capasso@atlanticinvestment.net
carlson@atlanticinvestment.net
chang@atlanticinvestment.net
gevert@atlanticinvestment.net
graziosa@atlanticinvestment.net
hanford@atlanticinvestment.net
hardwick@atlanticinvestment.net
huey@atlanticinvestment.net
ivanova@atlanticinvestment.net
jenckes@atlanticinvestment.net
kobuse@atlanticinvestment.net
krasne@atlanticinvestment.net
meek@atlanticinvestment.net
orourke@atlanticinvestment.net
roepers@atlanticinvestment.net
sawwan@atlanticinvestment.net
siddiqui@atlanticinvestment.net
vanpraagh@atlanticinvestment.net
yamada@atlanticinvestment.net

**atlanticinvestments**

mito@atlanticinvestments.net
moy@atlanticinvestments.net

**atlantico**

jcabanas@atlantico.com

**atlascopco**

erik.johnsen@se.atlascopco.com
hans.ola.meyer@atlascopco.se

## Company & Corresponding Email Addresses

mattias.olsson@atlascopco.com

**atlasventure**

jbesse@atlasventure.fr

**atofina**

stephane.everaerts@atofina.com

**atrs**

wayne.greathouse@atrs.state.ar.us

**att**

akondo@yhc.att.ne.jp
carol.gould@att.com
cmlockhart@att.com
jsboyd-secu@att.net
ktakashi@cba.att.ne.jp
leskarpru@att.net
lightninglou@worldnet.att.net
normkurland@att.net
ozawa@tkg.att.ne.jp
rangelica@ems.att.com
rochelle@att.com
sskell@att.blackberry.net
w.bethke@worldnet.att.net

**attbi**

bbtracy@attbi.com

**au**

istewart@westpac.au.com

**aua**

fritz.otti@aua.com
harold.weilbold@aua.com

**auburn**

moorec5@mail.auburn.edu

**augustus**

adrian.owens@augustus.co.uk
alex.mcknight@augustus.co.uk
andrew.bourke@augustus.co.uk
andrew.snowball@augustus.co.uk
ben.helm@augustus.co.uk
chris.hood@augustus.co.uk
clare.hepburn@augustus.co.uk
daniel.sheard@augustus.co.uk
edward.dove@augustus.co.uk
haroon.shaikh@augustus.co.uk
james.mcalevey@augustus.co.uk
johannes.wagner@augustus.co.uk
kelly.shea@augustus.co.uk
marcus.norwood@augustus.co.uk
mark.banford-lawrence@augustus.co.uk
mark.dragten@augustus.co.uk
michael.allen@augustus.co.uk
michael.hepburn@augustus.co.uk
paul.mcnamara@augustus.co.uk
steven.wright@augustus.co.uk
tim.haywood@augustus.co.uk
victoria.friend@augustus.co.uk
william.wallis@augustus.co.uk

**Company & Corresponding Email Addresses**

**augutus**
thomas.oshea@augutus.co.uk

**aul**
chris.pahlke@aul.com
dave_sapp@aul.com
jason_w_bear@aul.com
kent_adams@aul.com
kristin_n_bevington@aul.com
maryann_kriener@aul.com

**auna**
rodolfo.martin@auna.es

**auscal**
avatankha@auscal.com
cfox@auscal.com

**autogrill**
alberto.de-vecchi@autogrill.net
claudio.demolli@autogrill.net
nicola.toffolatti@autogrill.net
rocco.caruso@autogrill.net

**autostrade**
atschopp@autostrade.it
eangrisani@autostrade.it
gcastellucci@autostrade.it
msonego@autostrade.it
pcordova@autostrade.it
vgamberale@autostrade.it

**av**
andrepeter.horovitz@erstebank.av

**available**
not@available.com

**avatar-associates**
ceddy@avatar-associates.com
fbrimberg@avatar-associates.com
lseibert@avatar-associates.com
nbendig@avatar-associates.com
nepstein@avatar-associates.com
ttheodore@avatar-associates.com

**avenir**
peter.ramsay@avenir.fi

**averagp**
chrispaul@averagp.com

**aviva**
alain_grandjean@aviva.fr
alban_tourrade@aviva.fr
andrew.moss@aviva.com
bernard_guillaume@aviva.fr
charles_afriat@aviva.fr
christine_mithouard@aviva.fr
daphne_heinz@aviva.fr
david_butler@aviva.com
denis_lehman@aviva.fr
fernley.dyson@aviva.com
francoise_labbe@aviva.fr
frederic_tassin@aviva.fr

## Company & Corresponding Email Addresses

gordon.harpin@aviva.com
jean.francois_boulier@aviva.fr
jean-pierre_salles@aviva.fr
john_westby@aviva.com
jonathan.macdonald@aviva.com
laurence_aubin@aviva.fr
laurent_bellity@aviva.fr
marc_lecointe@aviva.fr
neil.macguire@aviva.com
olivier_riottot@aviva.fr
pascal_heurtault@aviva.fr
paul_gagey@aviva.fr
philippe_vibertguigue@aviva.fr
stephane_echardour@aviva.fr
susan_sharrockyates@aviva.com
xavier_nicolas@aviva.fr

### avmltd

andrew.white@avmltd.com
angela.hillebrand@avmltd.com
baldemar.mejia@avmltd.com
bill.kantor@avmltd.com
bill.mccauley@avmltd.com
bob.hart@avmltd.com
bob.koets@avmltd.com
brandon.pellegrino@avmltd.com
brian.arsenault@avmltd.com
cameron.cohen@avmltd.com
cbenso@avmltd.com
chad.hladik@avmltd.com
chris.hite@avmltd.com
chris.matchett@avmltd.com
collateral@avmltd.com
daniel.dow@avmltd.com
dave.vealey@avmltd.com
david.allen@avmltd.com
david.mauroner@avmltd.com
david.sukoff@avmltd.com
deep.kumar@avmltd.com
eugenio.perez@avmltd.com
fowler.hatley@avmltd.com
gabe.anuar@avmltd.com
gail.schaumann@avmltd.com
garth.friesen@avmltd.com
greg.babij@avmltd.com
heather.mendenhall@avmltd.com
hiroshi.utsumi@avmltd.com
isaac.gamble@avmltd.com
jack.lin@avmltd.com
jason.prest@avmltd.com
jerry.dupont@avmltd.com
jim.sherman@avmltd.com
joey.boaen@avmltd.com
john.cieslowski@avmltd.com
john.johnson@avmltd.com

## Company & Corresponding Email Addresses

karim.basta@avmltd.com
kathleen.williams@avmltd.com
lester.coyle@avmltd.com
lincoln.power@avmltd.com
lisa.wu@avmltd.com
luis.cota@avmltd.com
matt.rhodes@avmltd.com
michelle.habyan@avmltd.com
monty.agarwal@avmltd.com
mreger@avmltd.com
pat.doyle@avmltd.com
paul.kanitra@avmltd.com
paulina.czabaj@avmltd.com
priya.ramanathan@avmltd.com
raymond.wong@avmltd.com
robert.arnold@avmltd.com
ron.tagoff@avmltd.com
rose.siciliano@avmltd.com
sabita.kumar@avmltd.com
sam.pearlman@avmltd.com
sanjiv@avmltd.com
sara.alexander@avmltd.com
scott.schneider@avmltd.com
scott.wyler@avmltd.com
sophie.bakalar@avmltd.com
terri.jackson@avmltd.com
treasuries@avmltd.com
trent.redman@avmltd.com

**avon**
frank.sassano@avon.com
irene.moshouris@avon.com
suzanna.quinn@avon.com

**awbank**
dkelleher@awbank.net

**axa**
akihiro.matsuyama@axa.co.jp
akira.saida@axa.co.jp
blaise.bourgeois@axa.com
boris.moutier@axa.co.jp
christophe.demain@axa.be
christophe.lambert@axa.be
denis.vanbauwel@axa.be
eddy.vansantvoort@axa.be
elizabeth.baker@axa.co.jp
erik.maes@axa.be
etienne.bouaslaurent@axa.com
hidemasa.funada@axa.co.jp
hiroshi.yokouchi@axa.co.jp
izumi.uematsu@axa.co.jp
jean.sorasio@axa.co.jp
jun.onuma@axa.co.jp
junichi.saito@axa.co.jp
katsuaki.oshima@axa.co.jp
katsuhiko.oka@axa.co.jp

## Company & Corresponding Email Addresses

katsuhiro.egi@axa.co.jp
kazuya.sato@axa.co.jp
kenichiro.watanabe@axa.co.jp
kristel.devos@axa.be
kyoko.tominaga@axa.co.jp
laurent.cezard@axa.com
lieven.goosens@axa.be
lionel.derome@axa.be
martine.magnee@axa.be
masahiko.saito@axa.co.jp
michael.short@axa.co.jp
michael.vandenbroeck@axa.be
minoru.watanabe@axa.co.jp
moriyuki.ito@axa.co.jp
nadine.soetaert@axa.be
naoki.katsuta@axa.co.jp
naoto.nakagawa@axa.co.jp
nobuyuki.sekioka@axa.co.jp
paul.sampson@axa.co.jp
paul.schonen@axa.be
perrine.debellefroid@axa.be
peter.strobl@axa.at
rebecca.antoniou@axa.com
rodolphe.sagehomme@axa.be
satoshi.morita@axa.co.jp
serge.vandeuren@axa.be
serge.wibaut@axa.be
shin.futamata@axa.co.jp
takashi.fujimoto@axa.co.jp
tetsuomi.kawabuchi@axa.co.jp
tomokata.nakaoji@axa.co.jp
tomokazu.yoshida@axa.co.jp
tomoko.matsuda@axa.co.jp
ton.kennedie@axa.be
toshiyuki.murakami@axa.co.jp
toyokuni.tanaka@axa.co.jp
tskeshi.sugaya@axa.co.jp
veronique.limpens@axa.be
virginie.cayatte@axa.com
wim.malyster@axa.be
yoichiro.fukuro@axa.co.jp
yoshio.ito@axa.co.jp
yu.yanagisawa@axa.co.jp
yuko.nobuhara@axa.co.jp
yumi.igarashi@axa.co.jp

## axacs

caroline.portel@axacs.com
jane.graham@axacs.com
jennifer.lawn@axacs.com
kevin.max@axacs.com
maud.suarez@axacs.com
robert.walsh@axacs.com

## axa-financial

brian.firstman@axa-financial.com

## Company & Corresponding Email Addresses

nicholas.liolis@axa-financial.com
william.goodwin@axa-financial.com

### axaframlington

amanda.prince@axaframlington.com
andy.smith@axaframlington.com
anu.narula@axaframlington.com
caroline.wingfield@axaframlington.com
gemma.game@axaframlington.com
jeremy.gleeson@axaframlington.com
lesley.couzens@axaframlington.com
mark.tinker@axaframlington.com
matthew.lovatt@axaframlington.com
maura.brady@axaframlington.com
mauro.cecchi@axaframlington.com
nathalie.mbwaki@axaframlington.com
neil.denman@axaframlington.com
paul.middleton@axaframlington.com
stephen.kelly@axaframlington.com
tim.short@axaframlington.com

### axa-franceassurance

alexandra.handjian@axa-franceassurance.fr
elisabeth.thiolas@axa-franceassurance.fr
vincent.godemel@axa-franceassurance.fr

### axa-im

aarnout.snouck@axa-im.com
abdou.tall@axa-im.com
adam.ward@axa-im.com
adrian.wallwork@axa-im.com
ahmed.eltobgui@axa-im.com
alain.robert@axa-im.com
alex.lloyd@axa-im.com
alexandre.lacote@axa-im.com
alexandre.menendez@axa-im.com
alexandre.thierry@axa-im.com
alexis.andrieu@axa-im.com
alison.hockley@axa-im.com
amane.zouhairi@axa-im.com
amaury.boyenval@axa-im.com
anas.elmaizi@axa-im.com
ando.rakotobe@axa-im.com
andrea.dacquin@axa-im.com
andrea.stanton@axa-im.com
andrew.dales@axa-im.com
andrew.rydon@axa-im.com
andrew.wilmont@axa-im.com
andy.wace@axa-im.com
angela.oosterling@axa-im.com
anita.barczewski@axa-im.com
anita.barjenvski@axa-im.com
anna.stephan@axa-im.com
anne.gagliardini@axa-im.com
anne.ollier@axa-im.com
anne.rainguez@axa-im.com
annelise.lengrand@axa-im.com

**Company & Corresponding Email Addresses**

annemarie.eckart@axa-im.com
antoine.beaugendre@axa-im.com
antoine.decrepy@axa-im.com
antoine.esposito-morrone@axa-im.com
antoine.josserand@axa-im.com
antoine.massoud@axa-im.com
arnaud.bourgoin@axa-im.com
arnaud.maricourt@axa-im.com
arnaud.mounier@axa-im.com
arnaud.sankou@axa-im.com
arnault.maurel@axa-im.com
ashley.goldblatt@axa-im.com
aurelien.billard@axa-im.com
aurelien.lafaye@axa-im.com
aurore.martin@axa-im.com
aurore.wannesson-raynaud@axa-im.com
axel.botte@axa-im.com
axelle.favre@axa-im.com
barbara.atlas@axa-im.com
benjamin.komarnicki@axa-im.com
benoit.robaux@axa-im.com
benoit.soler@axa-im.com
benoit.trioux@axa-im.com
berenger.joseph@axa-im.com
bertrand.frehel@axa-im.com
bill.roden@axa-im.com
boutaina.zangui@axa-im.com
brenda.clarke@axa-im.com
brian.kirkland@axa-im.com
brian.mcmillan@axa-im.com
bruce.davidson@axa-im.com
bruno.guiot@axa-im.com
bruno.nierat@axa-im.com
camille.leguelvont@axa-im.com
camille.leguelvout@axa-im.com
caroline.tixier@axa-im.com
catherine.ancel@axa-im.com
chandima.mendis@axa-im.com
charles.carey@axa-im.com
charles.dautresme@axa-im.com
charlotte.brettel@axa-im.com
chris.ford@axa-im.com
christelle.curt@axa-im.com
christine.linxe@axa-im.com
christoph.fritsch@axa-im.com
christoph.metz@axa-im.com
christophe.bessagnet@axa-im.com
christophe.duverger@axa-im.com
christophe.florin@axa-im.com
christophe.herpet@axa-im.com
christophe.roupie@axa-im.com
christopher.iggo@axa-im.com
chrysoula.zervoudakis@axa-im.com
claire.doreau@axa-im.com

## Company & Corresponding Email Addresses

claire.jiang@axa-im.com
corinne.gaborieau@axa-im.com
cynthia.voorhees@axa-im.com
cyril.benier@axa-im.com
cyril.mace@axa-im.com
damien.maisonniac@axa-im.com
daniel.benin@axa-im.com
daniel.cohen@axa-im.com
daniel.dewar@axa-im.com
daniel.leon@axa-im.com
daniel.mouen@axa-im.co.uk
daniel.pailler@axa-im.com
daniel.stegmeier@axa-im.com
daniele.chekroun@axa-im.com
david.benarous@axa-im.com
david.boutrou@axa-im.com
david.dyer@axa-im.com
david.finch@axa-im.com
david.sebanjeantet@axa-im.com
dean.batley@axa-im.com
deborah.shire@axa-im.com
delphine.delaveau@axa-im.com
denis.gould@axa-im.com
denis.znamenskiy@axa-im.com
diane.bruno@axa-im.com
didier.boublil@axa-im.com
didier.simonetti@axa-im.com
dominique.carrel-billiard@axa-im.com
donald.brydon@axa-im.com
duncan.archer@axa-im.com
duncan.freestone@axa-im.com
edward.robinet@axa-im.com
ekaterina.findlow@axa-im.com
elaine.dunne@axa-im.com
elena.harder@axa-im.com
eleonore.bunel@axa-im.com
elie.illouz@axa-im.com
emile.gosset@axa-im.com
emma.blundell@axa-im.com
emmanuel.bulle@axa-im.com
emmanuel.philis@axa-im.com
emmanuel@axa-im.com
eric.havard-duclos@axa-im.com
erwan.boscher@axa-im.com
eva.mulder@axa-im.com
farah.bouzida@axa-im.com
faycal.haddad@axa-im.com
firstname.surname@axa-im.com
florent.deixonne@axa-im.com
florian.grandcolas@axa-im.com
florina.minciu@axa-im.com
foule.diabiancel@axa-im.com
franck.mongison@axa-im.com
francois.brochard@axa-im.com

## Company & Corresponding Email Addresses

francois.klitting@axa-im.com
francois.touati@axa-im.com
francoisxavier.aubry@axa-im.com
francoisxavier.foucault@axa-im.com
franz.wenzel@axa-im.com
frederic.atlan@axa-im.com
frederic.bach@axa-im.com
frederic.bonard@axa-im.com
frederic.goudonneix@axa-im.com
frederic.suhit@axa-im.com
frederic.tempel@axa-im.com
gaelle.philippe@axa-im.com
gautier.bonnecuelle@axa-im.com
ghita.biaz@axa-im.com
gilles.dauphine@axa-im.com
gilles.guibout@axa-im.com
gordon.calver@axa-im.com
greg.wilks@axa-im.com
gregory.chemama@axa-im.com
guillaume.boulanger@axa-im.com
guillaume.dambrine@axa-im.com
guillaume.defrance@axa-im.com
guillaume.legal@axa-im.com
guillaume.pothier@axa-im.com
guillaume.robiolle@axa-im.com
hadiza.lair@axa-im.com
harinder.dhillon@axa-im.com
heras.mendaza@axa-im.com
herve.aubree@axa-im.com
herve.lievore@axa-im.com
herve.mangin@axa-im.com
ian.stephenson@axa-im.com
idir.louadj@axa-im.com
igrassin@axa-im.co.uk
ines.prevot-leygonie@axa-im.com
irina.topa-serry@axa-im.com
isabelle.pajot@axa-im.com
isabelle.philippon@axa-im.com
isabelle.tufenkjian@axa-im.com
iva.alexandrova@axa-im.com
jalel.kallel@axa-im.com
jamal.benerroua@axa-im.com
james.ogilvy@axa-im.com
james.pitt@axa-im.com
jamie.grant@axa-im.com
jasper.hennessey@axa-im.com
javier.carrallo@axa-im.co.uk
jayne.forbes@axa-im.com
jeanlouis.laforge@axa-im.com
jeanmarc.buis@axa-im.com
jeanmarc.maringe@axa-im.com
jeanmarc.piques@axa-im.com
jean-michel.tricot@axa-im.com
jeanne.follet@axa-im.com

**Company & Corresponding Email Addresses**

jeanphilippe.levilain@axa-im.com
jeanpierre.hellebuyck@axa-im.com
jeanpierre.leoni@axa-im.com
jenny.keeling@axa-im.com
jerome.broustra@axa-im.com
jerome.buret@axa-im.com
jerome.gaidet@axa-im.com
jerome.vierling@axa-im.com
jessica.matheron@axa-im.com
jim.goudie@axa-im.com
jim.stride@axa-im.com
joanna.munro@axa-im.com
joanna.turner@axa-im.com
joelle.selmer@axa-im.com
john.coultrap@axa-im.com
john.devlin@axa-im.com
john.madziyire@axa-im.com
jonathan.newman@axa-im.com
jong.frochaux@axa-im.com
julia.roulet@axa-im.com
julian.harris@axa-im.com
julian.webber@axa-im.com
julie.lamirel@axa-im.com
julien.creismeas@axa-im.com
julien.fourtou@axa-im.com
julien.petitpas@axa-im.com
kais.marrakchi@axa-im.com
karim.flitti@axa-im.com
kathy.nelson@axa-im.com
katia.giraud@axa-im.com
keith.robinson@axa-im.com
khiem.le@axa-im.com
kostas.nicolaou@axa-im.com
lars.meisinger@axa-im.com
laurence.devivier@axa-im.com
laurent.gaetani@axa-im.com
laurent.gueunier@axa-im.com
laurent.jacquemin@axa-im.com
laurent.riera@axa-im.com
laurent.talon@axa-im.com
lee.sanders@axa-im.com
lee.shepherd@axa-im.com
leila.bouraoui@axa-im.com
lenaig.pichavant@axa-im.com
lionel.cohen@axa-im.com
lionel.pernias@axa-im.com
lise.fauconnier@axa-im.com
lorraine.zafrani@axa-im.com
louis.dupouy@axa-im.com
lucio.sarno@axa-im.com
lucy.bonmartel@axa-im.com
lysiane.azizian@axa-im.com
magda.branet@axa-im.com
malick.niang@axa-im.com

**Company & Corresponding Email Addresses**

malika.kourdi@axa-im.com
marc.basselier@axa-im.com
marie.chaperon@axa-im.com
marie.zedda@axa-im.com
mariefrance.boucher@axa-im.com
marion.lemorhedec@axa-im.com
mark.benstead@axa-im.com
martin.deux@axa-im.com
martine.legal@axa-im.com
mathieu.cranz@axa-im.com
matthew.fosterjohn@axa-im.com
matthew.huddart@axa-im.com
matthieu.bonte@axa-im.com
matthieu.declermont@axa-im.com
matthieu.guignard@axa-im.com
matthieu.martinmevel@axa-im.com
matthieu.stanic@axa-im.com
matthieu.tonneau@axa-im.com
matthieuemmanuel.levilion@axa-im.com
maud.chevroton@axa-im.com
maud.debreuil@axa-im.com
maud.klemberg@axa-im.com
maurizio.carulli@axa-im.com
megan.sobr@axa-im.com
mehdi.benjelloun@axa-im.com
melissa.mcdonald@axa-im.com
michael.aflalo@axa-im.com
michael.victoros@axa-im.com
michel.aubenas@axa-im.com
michel.fryszman@axa-im.com
michel.vannier@axa-im.com
mikael.pacot@axa-im.com
milan.stupar@axa-im.com
mohamed.darrazi@axa-im.com
mohamed.maalej@axa-im.com
mohamed.sellami@axa-im.com
myriam.elhachadi@axa-im.com
nadege.arbez@axa-im.com
nadine.tremollieres@axa-im.com
natasha.eagleton@axa-im.com
natasja.huysmans@axa-im.com
nathalie.frizzole@axa-im.com
nathalie.hirsbein@axa-im.com
nathalie.retif@axa-im.com
nathalie.savey@axa-im.com
neil.sutherland@axa-im.com
nick.murphy@axa-im.com
nick.waters@axa-im.com
nicolas.moreau@axa-im.com
nicole.montoya@axa-im.com
nora.zamit@axa-im.com
olaf.k.toelke@axa-im.com
olive.mccarron@axa-im.com
olivier.caillaux@axa-im.com

**Company & Corresponding Email Addresses**

olivier.cotelli@axa-im.com
olivier.delamotte@axa-im.com
olivier.dieudonne@axa-im.com
olivier.eugene@axa-im.com
olivier.levrier@axa-im.com
olivier.mouton@axa-im.com
othman.elmaoula@axa-im.com
parcdoinvest@axa-im.com
pascal.christory@axa-im.com
pascale.sagnier@axa-im.com
patrick.mabille@axa-im.com
paul.squires@axa-im.com
paul.vickars@axa-im.com
paula.jouandet-dahlen@axa-im.com
peggy.pirson@axa-im.com
perry.beaumont@axa-im.com
peter.andres@axa-im.com
philippe.argou@axa-im.com
philippe.berthelot@axa-im.com
philippe.descheemaeker@axa-im.com
philippe.oizon@axa-im.com
philippe.ruffat@axa-im.com
philippe.zhang@axa-im.com
pierre.biscay@axa-im.com
pierre.dallemagne@axa-im.com
pierreemmanuel.juillard@axa-im.com
pierrefrancois.demontserrat@axa-im.com
pierreyves.gauthier@axa-im.com
raphael.gallardo@axa-im.com
renaud.champion@axa-im.com
renaud.desferet@axa-im.com
renaudlatreille@axa-im.com
richard.fry@axa-im.com
richard.marwood@axa-im.com
robert.deguigne@axa-im.com
robert.kyprianou@axa-im.com
robert.tramonti@axa-im.com
rolando.rodrigues@axa-im.com
romain.larreur@axa-im.com
romain.riegert@axa-im.com
roy.dosramos@axa-im.com
russell.penn@axa-im.com
said.oumar@axa-im.com
salma.baho@axa-im.com
sam.chantana@axa-im.com
samer.helou@axa-im.com
samir.essafri@axa-im.com
sanda.molotcovroustel@axa-im.com
sandrine.richard@axa-im.com
sanjay.chawla@axa-im.com
sarah.lu@axa-im.com
sebastian.parishorvitz@axa-im.com
sebastien.lagarde@axa-im.com
sebastien.lecorrs@axa-im.com

**Company & Corresponding Email Addresses**

sebastien.maillard@axa-im.com
serge.pizem@axa-im.com
shawn.france@axa-im.com
sheryl.asch@axa-im.com
simon.rechatin@axa-im.com
sophie.lemenestrel@axa-im.com
sophie.munier@axa-im.com
stefan.wolpert@axa-im.com
stellos.pantelitdakis@axa-im.com
stephane.boussidan@axa-im.com
stephane.jourdan@axa-im.com
stephane.lepriol@axa-im.com
stephanie.ferrieu@axa-im.com
stephanie.timsit@axa-im.com
steve.chapman@axa-im.com
stuart.talliss@axa-im.com
sunjay.mulot@axa-im.com
sylvain.desouza@axa-im.com
sylvie.lecomte@axa-im.com
tamsin.barth@axa-im.com
thedora.zemek@axa-im.com
thibaud.devitry@axa-im.com
thibaut.ferret@axa-im.com
thierry.vidal@axa-im.com
thomas.coudert@axa-im.com
thomas.jondeau@axa-im.com
tim.smith@axa-im.com
tim.withey@axa-im.com
timothe.rauly@axa-im.com
tina.heath@axa-im.com
tina.jeffery-heath@axa-im.com
tony.bauchet@axa-im.com
tony.lee@axa-im.com
tony.lockwood@axa-im.com
tony.smith@axa-im.com
tracy.small@axa-im.com
valerie.nannettedan@axa-im.com
van.dupuy@axa-im.com
victor.donev@axa-im.com
vincent.berrada@axa-im.com
vincent.demartel@axa-im.com
vincent.megard@axa-im.com
vincent.solnik@axa-im.com
virginie.derue@axa-im.com
vivienne.blackwell@axa-im.com
warren.stock@axa-im.com
william.sebban@axa-im.com
williams.riveramontalban@axa-im.com
xavier.galiez@axa-im.com
xavier.hoche@axa-im.com
yann.cordier@axa-im.com
yann.couellan@axa-im.com
yannick.leserviget@axa-im.com
**axa-multimanager**

## Company & Corresponding Email Addresses

simon.reynolds@axa-multimanager.com

**axa-pm**

gerald.servais@axa-pm.be

**axa-slim**

alison.bradley@axa-slim.co.uk
jason_maud@axa-slim.co.uk
loretta.allen@axa-slim.co.uk
mark.harvey@axa-slim.co.uk
muriel.l'homme@axa-slim.co.uk
stuart.fowler@axa-slim.co.uk
vantil.charles@axa-slim.co.uk

**axa-uk**

jean.drouffe@axa-uk.co.uk

**axa-winterthur**

steven.kaufmann@axa-winterthur.ch

**axelero**

judit.nemenyi@axelero.hu

**axelspringer**

frank.ecker@axelspringer.de
ute.schweizer@axelspringer.de

**axia-advisors**

dbonnier@axia-advisors.com
dglaymon@axia-advisors.com
grozenberg@axia-advisors.com
mmonnelly@axia-advisors.com
mwallis@axia-advisors.com
skleinwort@axia-advisors.com
ysiew@axia-advisors.com

**ay**

harada_yasushi@ay.smbc.co.jp
katsurada_hiroshige@ay.smbc.co.jp
komatsu_shin@ay.smbc.co.jp
matsumoto_naohiro@ay.smbc.co.jp

**ayco**

kgrimmer@ayco.com
scutting@ayco.com

**azasrs**

danielk@azasrs.gov
daveu@azasrs.gov
ericr@azasrs.gov
garyd@azasrs.gov
lupitab@azasrs.gov
mattd@azasrs.gov
sarahw@azasrs.gov

**azemos**

n.craven@azemos.ch

**azfund**

andrea.chiappini@azfund.com
andrea.ciaccio@azfund.com
claudio.basso@azfund.com
ivan.migliozzi@azfund.com
massimo.guiati@azfund.com
matteo.solfanelli@azfund.com
raffaella.sommariva@azfund.com

## Company & Corresponding Email Addresses

saverio.papagno@azfund.com
stefano.delpapa@azfund.com

### azgrp

patrick.ruoss@azgrp.ch

### azimut

alessandro.capeccia@azimut.it
alessandro.tonni@azimut.it
andrea.aliberti@azimut.it
chiara.roccaro@azimut.it
cinzia.peccenati@azimut.it
claudio.milito@azimut.it
fausto.artoni@azimut.it
gherardo.spinola@azimut.it
giorgio.frattini@azimut.it
giuseppe.pastorelli@azimut.it
guido.casella@azimut.it
luca.ottolini@azimut.it
marco.bellini@azimut.it
maria.grazia.filippi@azimut.it
ms@azimut.it
pietro.belotti@azimut.it
pietro.giuliani@azimut.it
roberto.bolgiani@azimut.it
sergio.gambazza@azimut.it
stefano.piloni@azimut.it

### azl-group

angelique.palmen@azl-group.com
dave.persoon@azl-group.com
dick.veldman@azl-group.com
henry.reynders@azl-group.com
j.muyrers@azl-group.com
john.van.den.berg@azl-group.com
marton.bloemer@azl-group.com
ralph.poulssen@azl-group.com
sander.huizinga@azl-group.com

### azoa

acameron@azoa.com
afinucane@azoa.com
bcoley@azoa.com
cb@azoa.com
cdudley@azoa.com
edimiceli@azoa.com
gbrown@azoa.com
gtall@azoa.com
jdulude@azoa.com
jfields@azoa.com
jweber@azoa.com
ljtyler@azoa.com
markdoehla@azoa.com
pcornell@azoa.com
rclark@azoa.com
schevalier@azoa.com
sueg@azoa.com
tkellis@azoa.com

## Company & Corresponding Email Addresses

wkurtz@azoa.com

### aztreasury
cpetkiewicz@aztreasury.gov
dales@aztreasury.gov
phumbert@aztreasury.gov

### b
a@b.com

### ba
ian.howick@ba.com
karen.schoenig@ba.com

### baa
alun_thomas@baa.co.uk
marcela_zeman@baa.co.uk
maureen_spence@baa.co.uk
russell_walls@baa.co.uk

### babsoncapital
aberman@babsoncapital.com
adasgupta@babsoncapital.com
adurland@babsoncapital.com
aforcier@babsoncapital.com
agibeau@babsoncapital.com
ajaiswal@babsoncapital.com
akleeman@babsoncapital.com
akulig@babsoncapital.com
alampert@babsoncapital.com
amees@babsoncapital.com
amusgnug@babsoncapital.com
apriljones@babsoncapital.com
bctieste@babsoncapital.com
bfitzgerald@babsoncapital.com
bgearing@babsoncapital.com
bjefferis@babsoncapital.com
bpeachey@babsoncapital.com
bsylvester@babsoncapital.com
caustin@babsoncapital.com
cbailey@babsoncapital.com
ccampbell@babsoncapital.com
cconsedine@babsoncapital.com
ccorley@babsoncapital.com
clombardi@babsoncapital.com
cnoreen@babsoncapital.com
croberts@babsoncapital.com
csanford@babsoncapital.com
dainsworth@babsoncapital.com
dbradin@babsoncapital.com
dcanuel@babsoncapital.com
dcoutu@babsoncapital.com
ddavis@babsoncapital.com
ddickey@babsoncapital.com
decheverria@babsoncapital.com
dhill@babsoncapital.com
dnagle@babsoncapital.com
dquirk@babsoncapital.com
dscaletta@babsoncapital.com

**Company & Corresponding Email Addresses**

dschwartz@babsoncapital.com
dsecrest@babsoncapital.com
dstevenson@babsoncapital.com
dtrevallion@babsoncapital.com
echang@babsoncapital.com
ejan@babsoncapital.com
ekung@babsoncapital.com
emarder@babsoncapital.com
emast@babsoncapital.com
eonukwugha@babsoncapital.com
epartlan@babsoncapital.com
eward@babsoncapital.com
fma@babsoncapital.com
fmason@babsoncapital.com
gbuchanan@babsoncapital.com
gtakacs@babsoncapital.com
hhill@babsoncapital.com
hkumar@babsoncapital.com
hmccrystal@babsoncapital.com
hodgett@babsoncapital.com
hpatel@babsoncapital.com
hyates@babsoncapital.com
idalton@babsoncapital.com
ihu@babsoncapital.com
jainsworth@babsoncapital.com
jbanas@babsoncapital.com
jbosworth@babsoncapital.com
jcaggiano@babsoncapital.com
jdepalma@babsoncapital.com
jdominick@babsoncapital.com
jfields@babsoncapital.com
jgallic@babsoncapital.com
jgebhard@babsoncapital.com
jgurski@babsoncapital.com
jkeers@babsoncapital.com
jkim@babsoncapital.com
jlohman@babsoncapital.com
jlonski@babsoncapital.com
jmccolley@babsoncapital.com
jmeehan@babsoncapital.com
jnolan@babsoncapital.com
jpedro@babsoncapital.com
jpowell@babsoncapital.com
jprince@babsoncapital.com
jrazzano@babsoncapital.com
jreddick@babsoncapital.com
jsamuel@babsoncapital.com
jsanford@babsoncapital.com
jshannon@babsoncapital.com
jtaber@babsoncapital.com
jwallis@babsoncapital.com
jwheeler@babsoncapital.com
jwillard@babsoncapital.com
kjames@babsoncapital.com

## Company & Corresponding Email Addresses

kmauer@babsoncapital.com
kwoytowicz@babsoncapital.com
kylemorin@babsoncapital.com
lcampbell@babsoncapital.com
lkomanduri@babsoncapital.com
llamoureux@babsoncapital.com
lmaro@babsoncapital.com
lmoynihan@babsoncapital.com
lnicaretta@babsoncapital.com
lrichards@babsoncapital.com
lsavard@babsoncapital.com
mackerman@babsoncapital.com
marcabraham@babsoncapital.com
marclevine@babsoncapital.com
maudino@babsoncapital.com
mfarrell@babsoncapital.com
mfreno@babsoncapital.com
mhermsen@babsoncapital.com
mnatcharian@babsoncapital.com
mpatel@babsoncapital.com
mricco@babsoncapital.com
msiegel@babsoncapital.com
mswanson@babsoncapital.com
mturner@babsoncapital.com
nbarker@babsoncapital.com
nellestad@babsoncapital.com
pboehm@babsoncapital.com
pbogle@babsoncapital.com
pdaryani@babsoncapital.com
philipshea@babsoncapital.com
pjoyce@babsoncapital.com
pkenna@babsoncapital.com
pkirk@babsoncapital.com
ppolny@babsoncapital.com
pszczygiel2@babsoncapital.com
rbaumbach@babsoncapital.com
rbirla@babsoncapital.com
rchullani@babsoncapital.com
rcourtemanche@babsoncapital.com
rcrandall@babsoncapital.com
rfaulkner@babsoncapital.com
rgallagher@babsoncapital.com
rgonzalez@babsoncapital.com
rkathuria@babsoncapital.com
rogums@babsoncapital.com
rtaylor@babsoncapital.com
sboxer@babsoncapital.com
sehrenberg@babsoncapital.com
shale@babsoncapital.com
skwon@babsoncapital.com
slibera@babsoncapital.com
smontagna@babsoncapital.com
srivers@babsoncapital.com
ssnyder@babsoncapital.com

**Company & Corresponding Email Addresses**

tdias2@babsoncapital.com
tduski@babsoncapital.com
tgore@babsoncapital.com
tli@babsoncapital.com
tmcdonnell@babsoncapital.com
tpiacentini@babsoncapital.com
tschulze@babsoncapital.com
tsnipe@babsoncapital.com
tzatko@babsoncapital.com
vgallagher@babsoncapital.com
vladyzhets@babsoncapital.com
vmuscolino@babsoncapital.com
vsoo@babsoncapital.com
wweiner@babsoncapital.com
yshen@babsoncapital.com
zoemcke@babsoncapital.com
zsummerscale@babsoncapital.com

**ba-ca**

alexander.merwart@ba-ca.group-treasury.co.at
amandus.pernold@ba-ca.com
andrea.vaz-koenig@ba-ca.com
andreas.fleischmann@ba-ca.grou
andreas.madl@ba-ca.com
andreas.moran@ba-ca.com
andrew.hopson@ba-ca.com
bettina.janoschek@ba-ca.com
brigitte.pewal@ba-ca.com
bruno.einheimler@ba-ca.group-treasury.co.at
christian.karall@ba-ca.com
christian.rakos@ba-ca.com
christine.gruber@ba-ca.com
christine.tilscher@ba-ca.com
christoph.pfeiffer@ba-ca.com
daniel.probst@ba-ca.com
david.penstone@ba-ca.com
dieter.market@ba-ca.com
dominik.stepan@ba-ca.com
edoardo.fugini@ba-ca.com
eva.maerzendorfer@ba-ca.group-treasury.co.at
felix.dornaus@ba-ca.com
franz.fuxa@ba-ca.com
franz.gruber@ba-ca.com
franz.madl@ba-ca.com
franz.teizer@ba-ca.com
fridrich.galavics@ba-ca.group-treasury.co.at
gerald.podhorsky@ba-ca.com
gottfried.ransmayr@ba-ca.group-treasury.co.at
guido.schaffarik@ba-ca.com
gunter.schnaitt@ba-ca.com
hanne.moesenbacher@ba-ca.com
harald.kreuzmair@ba-ca.group-treasury.co.at
heikki.valli@ba-ca.com
heinz.meidlinger@ba-ca.com
herbert.pauritsch@ba-ca.com

**Company & Corresponding Email Addresses**

hugo.neuhold@ba-ca.com
johannes.voelkl@ba-ca.com
juergen.sattler@ba-ca.com
karl.gorbach@ba-ca.com
karlheinz.mistlbachner@ba-ca.com
katrin.pranckl@ba-ca.com
ludwig.fischer@ba-ca.com
marco.roemer@ba-ca.com
mario.castellitz@ba-ca.com
martin.ligezinski@ba-ca.com
martin.neuhold@ba-ca.com
mathias.freistetter@ba-ca.com
matthias.gorisek@ba-ca.com
michael.aschauer@ba-ca.com
michael.eichelberger@ba-ca.com
michael.greilinger@ba-ca.com
michael.kastner@ba-ca.com
michael.meyer@ba-ca.com
michael.schneider@ba-ca.com
nikolas.besemer@ba-ca.com
oliver.dittrich@ba-ca.com
patrick.pfleger@ba-ca.com
peter.scherhammer@ba-ca.com
peter.schuster@ba-ca.com
peter-m.weber@ba-ca.com
renate.kienbacher@ba-ca.com
robert.bruckner@ba-ca.com
robertoliver.fuerst@ba-ca.group-treasury.co.at
roman.samer@ba-ca.com
rudolf.sellinger@ba-ca.group-treasury.co.at
sharif.el-hamalawi@ba-ca.group-treasury.co.at
silvia.lafer-stuppnig@ba-ca.com
stefan.mandl@ba-ca.com
stephan.hans@ba-ca.com
sven.trahan@ba-ca.com
thomas.benesch@ba-ca.com
thomas.burian@ba-ca.com
thomas.kundegraber@ba-ca.com
thomas.rauch@ba-ca.com
thomas.rosmanitz@ba-ca.com
uwe.schluetter@ba-ca.group-treasury.co.at
werner.mueller@ba-ca.group-treasury.co.at
wilhelm.holzer@ba-ca.com
wojciech.mazurkiewicz@ba-ca.com
wolfgang.rattay@ba-ca.com

**bacai**

andrew.russell@us.bacai.com
bob.biringer@us.bacai.com
christina.schoen@us.bacai.com
dave.harnish@us.bacai.com
david.yewer@us.bacai.com
ernst .rumpf@at.bacai.com
eva .mayr@at.bacai.com
gary.kearns@us.bacai.com

**Company & Corresponding Email Addresses**

gerald .gabriel@at.bacai.com
hans.liska@at.bacai.com
markus.holzer@at.bacai.com
patrick.oneil@us.bacai.com
steve.kalin@us.bacai.com
thomas.sommer@at.bacai.com
tyler.mccarthy@us.bacai.com
ulf.lichtenberg@at.bacai.com
warren.seidel@us.bacai.com
wayne.gladen@uk.bacai.com

**backbayadvisors**
treed@backbayadvisors.com

**backbaymgmt**
rbarnes@backbaymgmt.com

**baclaysglobal**
diane.misra@baclaysglobal.com

**bae**
julian.donlad@bae.co.uk

**baerbms**
esther.bruessow@baerbms.com

**baesystems**
andrew.wrathall@baesystems.com
andy.mann@baesystems.com
clare.freeman@baesystems.com
david.adam2@baesystems.com
david.brent@baesystems.com
david.cryer@baesystems.com
gareth.j.edwards@baesystems.com
george.rose@baesystems.com
helen.cottrell@baesystems.com
keith.shapley@baesystems.com
latha.visvendran@baesystems.com
lee.bambridge@baesystems.com
louise.desouza@baesystems.com
mark.venner@baesystems.com
martin.leonard@baesystems.com
neil.easterbrook@baesystems.com
paul.allison@baesystems.com
raj.patara@baesystems.com
roger.wiltshire@baesystems.com
sejal.jobanputra@baesystems.com
simon.davis@baesystems.com
steve.pardoe@baesystems.com
victoria.todd@baesystems.com

**bahn**
annete.goeke@bahn.de
hartwig.schneidereit@bahn.de
swetlana.laube@bahn.de

**bailliegifford**
alistair.smith@bailliegifford.com
alistair.way@bailliegifford.com
amy.dymock@bailliegifford.com
andrew.millington@bailliegifford.com
andrew.stobart@bailliegifford.com

## Company & Corresponding Email Addresses

andrew.strathdee@bailliegifford.com
andrew.telfer@bailliegifford.com
angela.kail@bailliegifford.com
angus.franklin@bailliegifford.com
anna.sloan@bailliegifford.com
anzelm.cydzic@bailliegifford.com
atait@bailliegifford.co.uk
ben.griffiths@bailliegifford.co.uk
ben.lloyd@bailliegifford.com
ben.thompson@bailliegifford.com
brian.lum@bailliegifford.com
brokernotes@bailliegifford.com
cara.fairgrieve@bailliegifford.com
catrina.jack@bailliegifford.com
cave.zigaroudinia@bailliegifford.com
charles.plowden@bailliegifford.com
chris.barker@bailliegifford.com
chris.huckle@bailliegifford.com
christina.bloor@bailliegifford.com
christophe.liegeois-williams@bailliegifford.com
christopher.mcgoldrick@bailliegifford.com
claire.paterson@bailliegifford.com
clare.macdonald@bailliegifford.com
craig.collins@bailliegifford.com
craig.irving@bailliegifford.com
daryl.salmon@bailliegifford.com
david.clarke@bailliegifford.com
david.henderson@bailliegifford.com
david.walton@bailliegifford.com
derek.martin@bailliegifford.com
donald.farquharson@bailliegifford.com
douglas.brodie@bailliegifford.com
ecocomments@bailliegifford.com
elaine.morrison@bailliegifford.com
emacdonald@bailliegifford.co.uk
ewan.maclean@bailliegifford.com
firstname.surname@bailliegifford.com
franklin.adatsi@bailliegifford.com
gareth.roberts@bailliegifford.com
gary.robinson@bailliegifford.com
gary.summers@bailliegifford.com
george.gray@bailliegifford.com
gerard.callahan@bailliegifford.com
gordon.brown@bailliegifford.com
gordon.drysdale@bailliegifford.com
graham.black@bailliegifford.com
gsmith@bailliegifford.co.uk
guy.cameron@bailliegifford.com
hamish.dingwall@bailliegifford.com
harvey.hammonds@bailliegifford.com
iain.campbell@bailliegifford.com
imccombie@bailliegifford.co.uk
james.dow@bailliegifford.com
james.squires@bailliegifford.com

**Company & Corresponding Email Addresses**

janderson@bailliegifford.co.uk
joe.faraday@bailliegifford.com
john.bates@bailliegifford.com
john.burke@bailliegifford.com
john.macdougall@bailliegifford.com
julian.goldberg@bailliegifford.com
kate.leggate@bailliegifford.com
kate.speakman@bailliegifford.com
kave.sigaroudinia@bailliegifford.com
kenneth.barker@bailliegifford.com
kirsteen.lothian@bailliegifford.com
lee.curtis@bailliegifford.com
lee.demarco@bailliegifford.com
linda.ward@bailliegifford.com
mark.hunter@bailliegifford.com
market.data@bailliegifford.com
martin.o'brien@bailliegifford.com
matsue.williams@bailliegifford.com
matthew.brett@bailliegifford.com
mbrewis@bailliegifford.co.uk
michael.donlevy@bailliegifford.com
michael.gallagher@bailliegifford.com
michael.gush@bailliegifford.com
michael.macphee@bailliegifford.com
mike.brooks@bailliegifford.com
mleeming@bailliegifford.com
mmaccoll@bailliegifford.co.uk
mrobertson@bailliegifford.co.uk
murqyhart@bailliegifford.com
nell.opel@bailliegifford.com
nicholas.thomas@bailliegifford.com
olaf.meier@bailliegifford.com
paul.faulkner@bailliegifford.com
pglasgow@bailliegifford.co.uk
philip.annen@bailliegifford.com
phollis@bailliegifford.co.uk
researchreports@bailliegifford.com
robert.baltzer@bailliegifford.com
robert.blaikie@bailliegifford.com
robert.fullerton@bailliegifford.com
roderick.snell@bailliegifford.com
roldfield@bailliegifford.co.uk
rosemary.quinn@bailliegifford.com
rsneller@bailliegifford.co.uk
sally.greig@bailliegifford.com
sarah.mcqueen@bailliegifford.com
sarah.whitley@bailliegifford.com
scott.nisbet@bailliegifford.com
sonia.kowal@bailliegifford.com
spencer.adair@bailliegifford.com
srodger@bailliegifford.co.uk
stephen.paice@bailliegifford.com
steven.dutaut@bailliegifford.com
steven.galbraith@bailliegifford.com

## Company & Corresponding Email Addresses

steven.hay@bailliegifford.com
susan.thomson@bailliegifford.com
tamas.bakacs@bailliegifford.com
thomas.cotts@bailliegifford.com
thomas.coutts@bailliegifford.com
thomas.slater@bailliegifford.com
tim.campbell@bailliegifford.com
tim.george@bailliegifford.com
toby.ross@bailliegifford.com
tom.record@bailliegifford.com
uk@bailliegifford.com
william.sutcliffe@bailliegifford.com
yang.gao@bailliegifford.com
zaki.sabir@bailliegifford.com

### bakerinvest
andre@bakerinvest.com

### bakernye
rnye@bakernye.com
sschmidt@bakernye.com
tamato@bakernye.com

### balbny
bstuelpnagel@balbny.com

### baloise
jutta.schaetzle-schmidt@baloise.ch
marco.di_liberto@baloise.ch
stephan.gamper@baloise.ch
thomas.leitner@baloise.ch
tina.wegmueller@baloise.ch

### bamcaimi
giorgio.flego@bamcaimi.it

### baminvest
amcnee@baminvest.co.uk
sdickson@baminvest.co.uk

### banamex
abrachet@banamex.com
adrian.garza@banamex.com
afont@banamex.com
agcastrore@banamex.com
bnaskerianzrod@banamex.com
dgarduno@banamex.com
frjcastabar@banamex.com
gsantos@banamex.com
jaleman@banamex.com
jmdelave@banamex.com
jorvananos@banamex.com
josalaza@banamex.com
kwilliam@banamex.com
pamacunatam@banamex.com
perla.pulido@banamex.com
pnewman@banamex.com
rgonzalez@banamex.com
rgonzalezba@banamex.com

### banca
alberto.gianfala@banca.mps.it

## Company & Corresponding Email Addresses

antonio.cesarano@banca.mps.it
armando.dantonio@banca.mps.it
barbara.favoro@banca.mps.it
berthold.biehler@banca.mps.it
calldesk@banca.mps.it
candy.leung@banca.mps.it
chiara.gallo@banca.mps.it
claudia.benci@banca.mps.it
claudio.calusi@banca.mps.it
claudio.giannoni@banca.mps.it
daniele.pirondini@banca.mps.it
doriana.fragnelli@banca.mps.it
enrico.vignoli@banca.mps.it
fabrizio.delongis@banca.mps.it
francesca.assi@banca.mps.it
gennaro.miccoli@banca.mps.it
gherardo.divaira@banca.mps.it
giancarlo.pompei@banca.mps.it
gianfranco.bassi@banca.mps.it
gianluca.baldassarri@banca.mps.it
gianluca.sanna@banca.mps.it
gianni.contenta@banca.mps.it
giovanni.fulci@banca.mps.it
giuseppe.migliorati@banca.mps.it
giuseppe.toscani@banca.mps.it
jason.cheng@banca.mps.it
loredana.pecchiai@banca.mps.it
luca.pesaro@banca.mps.it
luca.sabetta@banca.mps.it
lucio.pensatori@banca.mps.it
luigi.cammilli@banca.mps.it
mara.nardi@banca.mps.it
marcello.deluca@banca.mps.it
marcello.vitale@banca.mps.it
marialuisa.delfavero@banca.mps.it
mario.fabiani@banca.mps.it
massimo.molinari@banca.mps.it
massimo.petricci@banca.mps.it
maurizio.ravezzi@banca.mps.it
michele.dimarco@banca.mps.it
monica.porcari@banca.mps.it
nicolas.kanaris@banca.mps.it
nicoletta.geremia@banca.mps.it
paolo.perego@banca.mps.it
patrick.cheung@banca.mps.it
riccardo.tomasi@banca.mps.it
roberto.desiderio@banca.mps.it
roberto.menchetti@banca.mps.it
serge.sondak@banca.mps.it
simone.freschi@banca.mps.it
stefano.alliata@banca.mps.it
victor.diiorio@banca.mps.it

**bancaakros**

alberto.bassani@bancaakros.it

**Company & Corresponding Email Addresses**

alberto.modorati@bancaakros.it
alberto.poretti@bancaakros.it
alessandro.sidoti@bancaakros.it
alfredo.larghi@bancaakros.it
andrea.accarisi@bancaakros.it
andrea.lucini@bancaakros.it
claudio.zanoli@bancaakros.it
domenico.petrillo@bancaakros.it
duccio.galletti@bancaakros.it
elisabetta.priano@bancaakros.it
emanuela.carpita@bancaakros.it
enzo.chiesa@bancaakros.it
fabio.cardona@bancaakros.it
fabrizio.caputi@bancaakros.it
filippo.zamparelli@bancaakros.it
forex@bancaakros.it
franco.autizi@bancaakros.it
giuseppina.torno@bancaakros.it
gualtiero.castiglioni@bancaakros.it
laura.altamura@bancaakros.it
laura.bisconcin@bancaakros.it
lavinia.delvecchio@bancaakros.it
luciano.vailati@bancaakros.it
luigi.capone@bancaakros.it
marcello.cerati@bancaakros.it
marco.accorsi@bancaakros.it
marco.re@bancaakros.it
marco.turrina@bancaakros.it
marta.canesi@bancaakros.it
massimo.lomonte@bancaakros.it
matteo.colombo@bancaakros.it
maurizio.morini@bancaakros.it
nicolo.braendli@bancaakros.it
orlando.cappello@bancaakros.it
paolo.tradati@bancaakros.it
piero.grilli@bancaakros.it
pierpaolo.rossi@bancaakros.it
pippo.ghezzi@bancaakros.it
ramzi.bouzayane@bancaakros.it
raul.dani@bancaakros.it
rocco.zoccali@bancaakros.it
rosemary.maltus-smith@bancaakros.it
salvatore.fruscione@bancaakros.it
sara.caselunghe@bancaakros.it
silvia.baroncini@bancaakros.it
silvia.gambarini@bancaakros.it
silvia.zitolo@bancaakros.it
stefano.canepa@bancaakros.it
tiziano.bregagnollo@bancaakros.it
tranquillo.capozzoli@bancaakros.it
tullio.grilli@bancaakros.it
vaifro.zullato@bancaakros.it
valentina.vicinanza@bancaakros.it

**bancacrasti**

## Company & Corresponding Email Addresses

fabrizio.carbone@bancacrasti.it
lina.spensatellu@bancacrasti.it
salvatore.aliotta@bancacrasti.it
stefania.goggiano@bancacrasti.it

**bancadellarete**

mdoniselli@bancadellarete.it
pgnemmi@bancadellarete.it

**bancadipiacenza**

finance.dep@bancadipiacenza.it

**bancaditalia**

filippo.giovannelli@bancaditalia.it
franco.panfili@bancaditalia.it
gerardo.palazzo@bancaditalia.it
gioia.guarini@bancaditalia.it
marco.fattore@bancaditalia.it
maurilio.pantaloni@bancaditalia.it
maurizio.cassi@bancaditalia.it
valentina.maddalena@bancaditalia.it

**bancaetruria**

danilo.grossi@bancaetruria.it
martina.dellemonache@bancaetruria.it

**bancaeuromobiliare**

augusto.coen@bancaeuromobiliare.it
piero.serafini@bancaeuromobiliare.it

**bancafideuram**

abagella@bancafideuram.it
abrusa@bancafideuram.it
amaturi@bancafideuram.it
avacca@bancafideuram.it
dalbani@bancafideuram.it
dcurti@bancafideuram.it
dgobbetti@bancafideuram.it
dmiano@bancafideuram.it
fcolombo@bancafideuram.it
gserafini@bancafideuram.it
mcuccia@bancafideuram.it
mmantelli@bancafideuram.it
rmodafferi@bancafideuram.it
ssiano@consulenti.bancafideuram.it

**bancagenerali**

alessandro.surian@bancagenerali.it
carlo.talpo@bancagenerali.it
erbi.giuseppe@bancagenerali.it
giorgio.girelli@bancagenerali.it
gregorio.milanesi@bancagenerali.it
massimiliano.vlacci@bancagenerali.it
massimo.gois@bancagenerali.it
maurizio.gasparri@bancagenerali.it
patrizia.masutti@bancagenerali.it
pierpaolo.franca@bancagenerali.it
stefano.furlanich@bancagenerali.it

**bancagesfid**

andrea.sigon@bancagesfid.com
carlo.gallina@bancagesfid.com

**Company & Corresponding Email Addresses**

graziano.deli@bancagesfid.com

**banc-agricol**

fixedincome@banc-agricol.ad

**bancaimius**

amorosoj@bancaimius.com

**bancaintesa**

adimaggio@bancaintesa.us
alanza@bancaintesa.us
alberto.gallati@bancaintesa.it
alessandro.d'agata@bancaintesa.it
alessandro.danna@bancaintesa.it
alessiagiorgiasisti@bancaintesa.it
alessio.garbella@bancaintesa.it
andrea.bianchi@bancaintesa.co.uk
andrea.galeandro@bancaintesa.it
anna.peluso@bancaintesa.it
anna.viviani@bancaintesa.it
antonella.pesatori@bancaintesa.it
antonio.granito@bancaintesa.it
arnaud.deblay@bancaintesa.co.uk
aurelio.caldarola@bancaintesa.it
bali.kochar@bancaintesa.co.uk
barbara.annibaldi@bancaintesa.it
carlo.antonioli@bancaintesa.co.uk
carlo.ghiardelli@bancaintesa.it
carlo.messina@bancaintesa.it
claudio.marazzi@bancaintesa.it
cristiana.corno@bancaintesa.it
cristina.cattaneo@bancaintesa.it
daniele.cassarino@bancaintesa.it
darren.phillips@bancaintesa.co.uk
david.pasi@bancaintesa.it
davide.bevilacqua@bancaintesa.it
davide.stegani@bancaintesa.it
dleung@bancaintesa.com.hk
elena.giannini@bancaintesa.it
elisabetta.pellichero@bancaintesa.it
elisabetta.valentino@bancaintesa.it
emanuele.ceruti@bancaintesa.it
fangeletti@bancaintesa.com.hk
federico.viola@bancaintesa.it
gcorrias@bancaintesa.us
george.brown@bancaintesa.it
gianni.movia@bancaintesa.it
giuseppe.floreno@bancaintesa.it
gregorio.defelice@bancaintesa.it
hctang@bancaintesa.com.hk
james.wohler@bancaintesa.us
jchisholm@bancaintesa.us
jmctague@bancaintesa.us
jtout@bancaintesa.us
lcupido@bancaintesa.us
lodovico.pignatti@bancaintesa.co.uk
lprotto@bancaintesa.us

## Company & Corresponding Email Addresses

luca.facchiniprovera@bancaintesa.it
luca.magnani@bancaintesa.it
lucia.buelloni@bancaintesa.it
luciano.fusi@bancaintesa.it
mailto:henry@bancaintesa.com.hk
marcello.bertoldi1@bancaintesa.it
marco.gastoni@bancaintesa.it
marco.passafiume@bancaintesa.it
marcodelfrate@bancaintesa.it
margherita.martelli@bancaintesa.it
marialuisa.fascendini@bancaintesa.it
mario.proverbio@bancaintesa.it
mario.recchia@bancaintesa.it
mario.vaccarino@bancaintesa.it
massimo.ciampolini@bancaintesa.it
mauro.pernigo@bancaintesa.it
mcastagna@bancaintesa.us
mchrist@bancaintesa.us
michele.fassio@bancaintesa.it
noemi.oslo@bancaintesa.co.uk
paola.giudici@bancaintesa.it
paola.pietrasanta@bancaintesa.it
paolo.comboni@bancaintesa.co.uk
paolo.magri@bancaintesa.it
paolo.taranta@bancaintesa.it
pier.satta@bancaintesa.it
pierluigi.ricchiuti@bancaintesa.it
piero.maiocchi@bancaintesa.it
ppastorino@bancaintesa.us
renato.demarchi@bancaintesa.it
riccardo.lugli@bancaintesa.co.uk
riccardo.mazzi@bancaintesa.it
riccardo.parasporo@bancaintesa.it
roberto.puggioni@bancaintesa.it
roberto.sandei@bancaintesa.it
roberto.villa@bancaintesa.it
robertoranieri@bancaintesa.it
rony.hamaui@bancaintesa.it
rossella.merciai@bancaintesa.it
samuelearico@bancaintesa.it
sebastiano.chiarantano@bancaintesa.it
serena.turrisi@bancaintesa.it
sergio.moro@bancaintesa.it
silvio.sganzerla@bancaintesa.it
stefania.bolis@bancaintesa.it .
stefania.cantatore2@bancaintesa.it
stefania.forti@bancaintesa.it
stefano.burani@bancaintesa.co.uk
stefano.calderano@bancaintesa.it
stefano.didomizio@bancaintesa.it
stefano.gambaro@bancaintesa.it
stefano.risi@bancaintesa.it
susanna.cinelli@bancaintesa.it
tchun@bancaintesa.us

**Company & Corresponding Email Addresses**

teresa.carelli@bancaintesa.it
thomas.shine@bancaintesa.it
valentina.carluccio@bancaintesa.it
valerio.romano@bancaintesa.it
valerio.zuccolo@bancaintesa.it
vincenzo.zappia@bancaintesa.it
vittorio.maggiolini@bancaintesa.it
walter.ambrogi@bancaintesa.co.uk
zachary.barton@bancaintesa.co.uk

**bancaintessa**

giuseppe.botto@bancaintessa.it

**bancaja**

bcastillo@bancaja.es

**bancalombarda**

alfonso.gasparini@bancalombarda.it
alistair.newell@bancalombarda.it
andrea.riva@bancalombarda.it
angelantonio.reale@bancalombarda.it
angelo.cardone@bancalombarda.it
antonio.bovo@bancalombarda.it
bruno.durbano@bancalombarda.it
catherine.bertrand@bancalombarda.it
cristian.terri@bancalombarda.it
dario_giorgi@bancalombarda.it
egidio_boni@bancalombarda.it
elisabetta.grassi@bancalombarda.it
enzo.maggiolini@bancalombarda.it
ettore_bianchi@bancalombarda.it
francesco.bugini@bancalombarda.it
giuseppe.palmieri@bancalombarda.it
guglielmo.paolo.morini@bancalombarda.it
lorenzo_demedici@bancalombarda.it
miriam.pola@bancalombarda.it
raffaello.soardi@bancalombarda.it
riccardo.zucchini@bancalombarda.it
rosetta_rosati@bancalombarda.it
stefano.poli@bancalombarda.it

**bancamarch**

acid@bancamarch.es
bmontesinos@bancamarch.es
bripoll@bancamarch.es
frcardona@bancamarch.es
jdelpalacio@bancamarch.es
mribot@bancamarch.es
rciruelos@bancamarch.es
rgasco@bancamarch.es
rjuan@bancamarch.es
rpalou@bancamarch.es
rperaza@bancamarch.es
tbermejo@bancamarch.es

**bancamarche**

andrea.angeli@bancamarche.it
andrea.castellani@bancamarche.it
cecilia.benvenuto@bancamarche.it

## Company & Corresponding Email Addresses

fabrizio.sperandini@bancamarche.it
francesco.serpilli@bancamarche.it
gianluigi.damone@bancamarche.it
giuliano.balducci@bancamarche.it
katia.strappa@bancamarche.it
massimiliano.benedetto@bancamarche.it
maurizio.bocchini@bancamarche.it
pierfranco.giorgi@bancamarche.it
pierluigi.biondi@bancamarche.it
simone.soldini@bancamarche.it
tesoreria.gruppo@bancamarche.it

### bancamps

lucio.nocerino@bancamps.it
maurizio.garrone@bancamps.it
stephen.shea@bancamps.it

### bancaprofilo

alessandro.gandola@bancaprofilo.it
alessandro.pastres@bancaprofilo.it
andrea.prampolini@bancaprofilo.it
arnaldo.grimaldi@bancaprofilo.it
christoph.krucken@bancaprofilo.it
corrado.pachera@bancaprofilo.it
daniele.caroni@bancaprofilo.it
daniele.grimaldi@bancaprofilo.it
enrico.marchiori@bancaprofilo.it
enrico.michelotti@bancaprofilo.it
esedra.chiacchella@bancaprofilo.it
fabio.cantatore@bancaprofilo.it
francesco.donato@bancaprofilo.it
gianluca.tonon@bancaprofilo.it
giuseppe.agogliati@bancaprofilo.it
giuseppe.distefano@bancaprofilo.it
guido.pardini@bancaprofilo.it
ignino.napoli@bancaprofilo.it
laura.angioni@bancaprofilo.it
lorenzo.romano@bancaprofilo.it
luca.ratti@bancaprofilo.it
mario.bozzano@bancaprofilo.it
maurizio.lojacono@bancaprofilo.it
nicoletta.garola@bancaprofilo.it
nicolo.nunziata@bancaprofilo.it
pietro.tenuta@bancaprofilo.it
rachele.dellera@bancaprofilo.it
raffaele.lovero@bancaprofilo.it
riccardo.grimaldi@bancaprofilo.it
riccardo.lagorio@bancaprofilo.it
riccardo.nembri@bancaprofilo.it
riccardo.ratti@bancaprofilo.it
roberto.petz@bancaprofilo.it
sabrina.girelli@bancaprofilo.it
walter.azzurro@bancaprofilo.it

### bancareale

igor.calcio@bancareale.it
umberto.brinatti@bancareale.it

**Company & Corresponding Email Addresses**

**bancaroma**
24055@bancaroma.it
26356@bancaroma.it
32355@bancaroma.it
32386@bancaroma.it
arcadio.pasqual@bancaroma.it
cassanelli@bancaroma.it
credit@bancaroma.co.uk
giovanni.camerota@bancaroma.it
guglielmo.mazzarino@bancaroma.it
luca.manzoni@bancaroma.it
romano.razzi@bancaroma.it
romeo.collina@bancaroma.it
spina@bancaroma.it
stefano.migliore@bancaroma.it
tamara.haegi@bancaroma.it

**bancasara**
alberto.crespi@bancasara.it
marco.riva@bancasara.it

**bancasempione**
acremonini@bancasempione.ch
awalter@bancasempione.ch
csartori@bancasempione.ch
fcasari@bancasempione.ch
gbianchi@bancasempione.ch
gbortone@bancasempione.ch
gnadalin@bancasempione.ch
llepori@bancasempione.ch
mlepori@bancasempione.ch
mmaetzler@bancasempione.ch
mvalsangiacomo@bancasempione.ch
ptomasina@bancasempione.ch
rbracchi@bancasempione.ch
sbertoldo@bancasempione.ch
skever@bancasempione.ch

**banchemarche**
risk.management@banchemarche.it

**banco**
hans.lofgreen@banco.se
jonas.lindstrom@banco.se

**bancobpi**
antonio.alberto.camboa@bancobpi.pt
antonio.domingues.catana@bancobpi.pt
carla.brito.fonseca@bancobpi.pt
dirint@bancobpi.pt
francisco.magalhaes.carneiro@bancobpi.pt
goncalo.jose.santos@bancobpi.pt
isabel.castelo.branco@bancobpi.com
joao.antas.martins@bancobpi.pt
jorge.filipe.nunes@bancobpi.pt
jose.luis.borges@bancobpi.pt
luis.camara.pestana@bancobpi.pt
nuno.costa.antunes@bancobpi.pt
pedro.noronha.camara@bancobpi.pt

## Company & Corresponding Email Addresses

tiago.miguel.santos@bancobpi.pt
vanda.alves.oliveira@bancobpi.pt

### bancodinapoli

c.paone@bancodinapoli.it
g.mimms@bancodinapoli.it
g.quercioli@bancodinapoli.it
m.depasca@bancodinapoli.it
v.rippa@bancodinapoli.it

### bancodisicilia

astella@bancodisicilia.it
avirga@bancodisicilia.it
dandria@bancodisicilia.it
gsimone@bancodisicilia.it
investment.it@bancodisicilia.it
lgugliara@bancodisicilia.it
lvinci@bancodisicilia.it
mbiondo@bancodisicilia.it
origination@bancodisicilia.it
rcorona@bancodisicilia.it
sfontana@bancodisicilia.it
tbc@bancodisicilia.it
vtumminello@bancodisicilia.it

### bancogalicia

charles.kinsky@bancogalicia.co
daniel.llambias@bancogalicia.com.ar
diego.rivas@bancogalicia.com.ar
luis.m.ribaya@bancogalicia.com
pablo.caputto@bancogalicia.com.ar
pablo.leon@bancogalicia.com.ar
pablo.magnanini@bancogalicia.com

### bancogui

aaguirre@bancogui.com
abastarr@bancogui.com
aeuba@bancogui.es
aeuba@bg.bancogui.com
aurrutia@bancogui.com
dtorress@bancogui.com
elarroque@bancogui.com
igoyeneche@bancogui.com
mgurrutx@bancogui.com
pmarazue@bancogui.es
secheber@bancogui.com

### bancoinversion

aeg@bancoinversion.es
afg@bancoinversion.es
asg@bancoinversion.es
bfm@bancoinversion.es
ccf@bancoinversion.es
era@bancoinversion.es
fcs@bancoinversion.es
gcc@bancoinversion.es
gvg@bancoinversion.es
jpe@bancoinversion.es
rpm@bancoinversion.es

## Company & Corresponding Email Addresses

**bancomadrid**
cpulido@bancomadrid.com
dpurena@bancomadrid.com
lregalado@bancomadrid.com

**bancomello**
elramel@bancomello.pt
fbicho@bancomello.pt

**bancomercantilny**
ralvarez@bancomercantilny.com

**bancomext**
asosa@bancomext.gob.mx
cdesenti@bancomext.gob.mx
esalgado@bancomext.gob.mx
frodrigv@bancomext.gob.mx
mrodrigs@bancomext.gob.mx
msiliceo@bancomext.gob.mx

**bancone**
dave_sivinski@bancone.com
franklin_ayers@bancone.com
john.d.hines@bancone.com
mona_roberts@bancone.com
rick_smith@bancone.com

**bancopastor**
aburgazj@bancopastor.es
amunozc@bancopastor.es
bmartineza@bancopastor.es
fbotellap@bancopastor.es
fdurantep@bancopastor.es
fosterloh@bancopastor.es
fromero@bancopastor.es
ghernandezg@bancopastor.es
jmmajadass@bancopastor.es
jmpernas@bancopastor.es
lesteban@bancopastor.es
mlrodriguezt@bancopastor.es
mmelcona@bancopastor.es
mtcalderonc@bancopastor.es
osolanillas@bancopastor.es
purrutiaj@bancopastor.es
rmartosl@bancopastor.es
tbradshaw@bancopastor.es
tcalzadas@bancopastor.es

**bancopopolare**
soulsbyp@bancopopolare.it

**banco-privado**
acordeiro@banco-privado.pt
agaribaldi@banco-privado.pt
cosorio@banco-privado.pt
cpunto@banco-privado.pt
fgoncalves@banco-privado.pt
fsoares@banco-privado.pt
gpestana@banco-privado.pt
jleite@banco-privado.pt
jperalta@banco-privado.pt

**Company & Corresponding Email Addresses**

jquadrado@banco-privado.pt
mptrindade@banco-privado.pt
nparames@banco-privado.pt
pcgomes@banco-privado.pt
plopes@banco-privado.pt
pribeiro@banco-privado.pt
rbarbara@banco-privado.pt

**bancoprofilo**

matteo.michelazzi@bancoprofilo.it

**bancorio**

dagarcia@bancorio.com.ar
eallen@bancorio.com.ar
fsaraniti@bancorio.com.ar
ptorretta@bancorio.com.ar

**bancosantander**

spalacio@bancosantander.com.com

**bancosardegna**

luca_giovanni_fort@bancosardegna.it
mario_santagostino_bietti@bancosardegna.it
virginio_codegoni@bancosardegna.it

**bancourquijo**

arroyovalentin@bancourquijo.com
belmontejc@bancourquijo.com
benguriag@bancourquijo.com
bergazcristina@bancourquijo.com
corderorebeca@bancourquijo.com
i_romero@bancourquijo.es
j_guiroga@bancourquijo.es
jc_sanchez@bancourquijo.es
l_rquejido@bancourquijo.es
l_ussia@bancourquijo.es
m_beato@bancourquijo.es
m_novoa@bancourquijo.es
m_sainz@bancourquijo.es
martinezsylvia@bancourquijo.com
merinocarlos@bancourquijo.com
p_hernandez@bancourquijo.es
pernasmonica@bancourquijo.com
r_parra@bancourquijo.es
r_portillo@bancourquijo.es
s_leon@bancourquijo.es
y_ussia@bancourquijo.es
zamoraantonio@bancourquijo.com

**bancoval**

clara.laguna@bancoval.es
federico.vries@bancoval.es
ignacio.diaz@bancoval.es
julian.denicolas@bancoval.es
roberto.ambres@bancoval.es
roberto.hauyon@bancoval.es
victor.macein@bancoval.es

**bancozaragozano**

fgomez@bancozaragozano.es
flozano@bancozaragozano.es

**Company & Corresponding Email Addresses**

fperez@bancozaragozano.es
igarrido@bancozaragozano.es
tornos@bancozaragozano.es

**bancsabadell**

ajramjacinto@bancsabadell.com
andreujordi@bancsabadell.com
balcellsa@bancsabadell.com
banyeres@bancsabadell.com
bentuej@bancsabadell.com
cervantesanna@bancsabadell.com
delgadoe@bancsabadell.com
dominguezjosemaria@bancsabadell.com
fernandezbravoangel@bancsabadell.com
fernandezcastanonana@bancsabadell.com
houghton@bancsabadell.com
iglesiasc@bancsabadell.com
iglesiasjordi@bancsabadell.com
latre@bancsabadell.com
lletjosr@bancsabadell.com
lopezcorcueracristina@bancsabadell.com
lopezvallefranciscojavier@bancsabadell.com
martijai@bancsabadell.com
martrats@mail.bancsabadell.com
maymusa@bancsabadell.com
navalon@bancsabadell.com
palavecinos@bancsabadell.com
pascualj@bancsabadell.com
perezj@mail.bancsabadell.es
portilloramonmaria@bancsabadell.com
puigd@bancsabadell.com
rodriguezso@bancsabadell.com
serranoe@bancsabadell.com
serranos@bancsabadell.com
serrap@bancsabadell.com
serretx@bancsabadell.com
suarezj@bancsabadell.com
suauf@bancsabadell.com
tortp@bancsabadell.com
trujillanojaime@bancsabadell.com
vadjaraganian@mail.bancsabadell.es
valenzuelaj@bancsabadell.com
vicentemariasalud@bancsabadell.com
vilam@bancsabadell.com

**banesto**

aalfonso@notes.banesto.es
ablancoc@notes.banesto.es
acervanm@notes.banesto.es
aescolar@notes.banesto.es
afernandez@notes.banesto.es
agarciac@notes.banesto.es
agmujic@notes.banesto.es
aguitian@notes.banesto.es
ajimeneb@notes.banesto.es
ajuarros@notes.banesto.es

**Company & Corresponding Email Addresses**

alazaroc@notes.banesto.es
amercado@notes.banesto.es
aperezma@notes.banesto.es
apozasco@notes.banesto.es
aromeros@notes.banesto.es
atorresb@notes.banesto.es
bgimenez@notes.banesto.es
c.ruiz@bfondos.banesto.es
carodrig@notes.banesto.es
catetiwa@notes.banesto.es
ccaminom@notes.banesto.es
ccervera@notes.banesto.es
cgilcapa@notes.banesto.es
dmarting@notes.banesto.es
dpineiro@notes.banesto.es
earrimad@notes.banesto.es
ebarreda@notes.banesto.es
ecamacod@notes.banesto.es
erigolro@notes.banesto.es
esaiz@notes.banesto.es
etusetmo@notes.banesto.es
fbarranc@notes.banesto.es
fcarrets@notes.banesto.es
fdiezcal@notes.banesto.es
fjimenez@notes.banesto.es
fleyungo@notes.banesto.es
fmorosan@notes.banesto.es
fsimpson@notes.banesto.es
gbarquin@notes.banesto.es
giucarna@notes.banesto.es
gmadrazo@notes.banesto.es
gperezri@notes.banesto.es
gvaquell@notes.banesto.es
igarciag@notes.banesto.es
ipindado@notes.banesto.es
isisogar@notes.banesto.es
iturmcgl@notes.banesto.es
iurquiza@notes.banesto.es
ivazquez@notes.banesto.es
iylleraa@notes.banesto.es
jaltitis@notes.banesto.es
jasenjoh@notes.banesto.es
jbertolo@notes.banesto.es
jblancod@notes.banesto.es
jcampilb@notes.banesto.es
jcantera@notes.banesto.es
jcarrion@notes.banesto.es
jdelibes@notes.banesto.es
jdezagor@notes.banesto.es
jdomingu@notes.banesto.es
jechaide@notes.banesto.es
jexposit@notes.banesto.es
jgarita@notes.banesto.es
jgonzare@notes.banesto.es

**Company & Corresponding Email Addresses**

jhoyosoc@notes.banesto.es
jjohanss@notes.banesto.es
jlgarcia@notes.banesto.es
jmartins@notes.banesto.es
jovillan@notes.banesto.es
jsantmar@notes.banesto.es
justogomez@notes.banesto.es
jvildoso@notes.banesto.es
jvillaro@notes.banesto.es
lostolaz@notes.banesto.es
lrequejo@notes.banesto.es
lutrerai@notes.banesto.es
lvelasco@notes.banesto.es
m.sanchez@bfondos.banesto.es
malcaide@notes.banesto.es
mcorralm@notes.banesto.es
mdiazgan@notes.banesto.es
mestebaran@notes.banesto.es
mfcorral@notes.banesto.es
mmenensa@notes.banesto.es
mperezar@notes.banesto.es
mradar@notes.banesto.es
msanchez@notes.banesto.es
msandar@notes.banesto.es
msantiaa@notes.banesto.es
ogalbisb@notes.banesto.es
omartinr@notes.banesto.es
pgomezca@notes.banesto.es
plamasle@notes.banesto.es
psanfeli@notes.banesto.es
rcubashu@notes.banesto.es
rdepablo@notes.banesto.es
rdevegar@notes.banesto.es
rpicardo@notes.banesto.es
sboubran@notes.banesto.es
sgamezma@notes.banesto.es
slopezsa@notes.banesto.es
smarquez@notes.banesto.es
tgarciaf@notes.banesto.es
tlangela@notes.banesto.es
tmelguiz@notes.banesto.es
tvillanu@notes.banesto.es
vramirez@notes.banesto.es

**banet**

chiban2@banet.net

**bank**

aigars.egle@bank.lv
daira.brunere@bank.lv
ilmars@bank.lv
karlis@bank.lv
michael.bauernfeind@bhf.bank.com
roberts.grava@bank.lv
toms.silins@bank.lv
vadims.zaicevs@bank.lv

## Company & Corresponding Email Addresses

vilnis.barons@bank.lv

### bankamerica

bill.holmes@bankamerica.com
blanton.y.keh@bankamerica.com
david.b.gebler@bankamerica.com
elsie.fletcher@bankamerica.com
elzie.h.whitlow_jr@bankamerica.com
gonzalo.santillan@bankamerica.com
gracie.c.matsuda@bankamerica.com
kimberlee.h.kelly@bankamerica.com
rick.i.davis@bankamerica.com
sean.epp@bankamerica.com
stephen.p.scharre@bankamerica.com
steve.l.vielhaber@bankamerica.com
wendy.e.norman@bankamerica.com
william.a.sellier@bankamerica.com

### bankatlantic

akoymen@bankatlantic.com
aleibman@bankatlantic.com
amitchell@bankatlantic.com
bhorton@bankatlantic.com
fdiaz@bankatlantic.com
gmartone@bankatlantic.com
lguary@bankatlantic.com
lsarrica@bankatlantic.com
mufen@bankatlantic.com
rlang@bankatlantic.com
rwatson@bankatlantic.com

### bankaudi

d_morand@bankaudi.ch
m_rastaldi@bankaudi.ch
o_gugi@bankaudi.ch
t_kienler@bankaudi.ch

### bankaustria

investor.relations@bankaustria.com
perry.lok@hk.bankaustria.com

### bank-banque-canada

aandree@bank-banque-canada.ca
ffurlan@bank-banque-canada.ca
isemerdjiev@bank-banque-canada.ca
jdeleon@bank-banque-canada.ca
jkiff@bank-banque-canada.ca
mschuster@bank-banque-canada.ca
mwhittingham@bank-banque-canada.ca
pdemerse@bank-banque-canada.ca
pfarahmand@bank-banque-canada.ca
sbordeleau@bank-banque-canada.ca
sguilbault@bank-banque-canada.ca
tmacklem@bank-banque-canada.ca
wspeckert@bank-banque-canada.ca

### bank-bgld

zawodskyc@bank-bgld.at

### bankbii

arrachman@bankbii.com

## Company & Corresponding Email Addresses

bkurniawan@bankbii.com
bnawangsidi@bankbii.com
edij@bankbii.com
fhmuhsinin@bankbii.com
fnirawan@bankbii.com
rchandra@bankbii.com
rdwi@bankbii.com
smurti@bankbii.com
swsukianto@bankbii.com

**bankcalumet**
mpeterson@bankcalumet.com
tquinn@bankcalumet.com

**bankcnb**
jbower@bankcnb.com

**bankcoop**
andreas.hinck@bankcoop.ch
esther.eglin@bankcoop.ch
gregory.wyss@bankcoop.ch
luciano.danninger@bankcoop.ch
martin.voelkle@bankcoop.ch
sacha.vicente@bankcoop.ch
stephan.schwarz@bankcoop.ch

**bankersbank**
lhelligrath@bankersbank.com

**bankersbankusa**
inv@bankersbankusa.com
sdevine@bankersbankusa.com

**bankerstrust**
elena.a.matthews@bankerstrust.com
joann.fisher@bankerstrust.com
kbeyer@bankerstrust.com
takeshi.fukushima@bankerstrust.com

**bankerstust**
peter.c.barcia@bankerstust.com

**bankfinancial**
eferguson@bankfinancial.com

**bankgesellscaft**
andreas.wein@ib.bankgesellscaft.de

**bankgesellschaft**
alexander.plenk@ib.bankgesellschaft.de
andreas.pehla@bankgesellschaft.de
arnd.muehle@ib.bankgesellschaft.de
avallone@ibuk.bankgesellschaft.de
britta.nitze@ib.bankgesellschaft.de
ccollins@ibuk.bankgesellschaft.de
christian.markwart@ib.bankgesellschaft.de
christian.orquera@ib.bankgesellschaft.de
christine.schulz@ib.bankgesellschaft.de
conny.ricklemoser@ib.bankgesellschaft.de
daniel.schmidt@bankgesellschaft.de
david.youle@ib.bankgesellschaft.de
dirk.brauers@ib.bankgesellschaft.de
dirk.kipp@ib.bankgesellschaft.de
dirk.scheunemann@bankgesellschaft.de

**Company & Corresponding Email Addresses**

dkolter@ibuk.bankgesellschaft.de
franz.muehl@bankgesellschaft.de
gerald.klein@ib.bankgesellschaft.de
guenter.senftleben@ib.bankgesellschaft.de
hagen.sinodoru@ib.bankgesellschaft.de
hans.huff@ib.bankgesellschaft.de
ir@bankgesellschaft.de
jan.bockelmann@bankgesellschaft.de
jens.hoffmann@bankgesellschaft.de
joerg.wenz@ib.bankgesellschaft.de
kathrin.eichmann@bankgesellschaft.de
kerstin.junker@ib.bankgesellschaft.de
lilie.hesse@ib.bankgesellschaft.de
lothar.falk@bankgesellschaft.de
markus.papenroth@ib.bankgesellschaft.de
martin.mueller@bankgesellschaft.de
matthias.drescher@ib.bankgesellschaft.de
matthias.rapp@bankgesellschaft.lu
michael.anschuetz@ib.bankgesellschaft.de
michael.riedel@bankgesellschaft.de
michael.schickling@bankgesellschaft.de
mjacoby@ibuk.bankgesellschaft.de
nathan.kohlhoff@ib.bankgesellschaft.de
niels.mogensen@bankgesellschaft.de
nils.weber@ib.bankgesellschaft.de
norbert.wieneke@ib.bankgesellschaft.de
olaf.krueger@bankgesellschaft.de
oliver.guenter@ib.bankgesellschaft.de
phanrott@ibuk.bankgesellschaft.de
ralf.hallmann@ib.bankgesellschaft.de
reinout.schalkwijk@ib.bankgesellschaft.de
renee.boukhelf@ib.bankgesellschaft.de
ronald.borowski@ib.bankgesellschaft.de
sborg@ibuk.bankgesellschaft.de
sebastian.doering@ib.bankgesellschaft.de
sebastian.stein@ib.bankgesellschaft.de
simon.scholes@ib.bankgesellschaft.de
skopf@ibuk.bankgesellschaft.de
sminzlaff@ibuk.bankgesellschaft.de
sstuart-smith@ibuk.bankgesellschaft.de
stefan.kind@bankgesellschaft.lu
uneuhauss@ibuk.bankgesellschaft.de
uwe.jech@ib.bankgesellschaft.de
viktor.schneider@ib.bankgesellschaft.de
volker.hergert@ib.bankgesellschaft.de
xenia.loesch@ib.bankgesellschaft.de

**bankgesselscaft**

bernard.debecker@ib.bankgesselscaft.de

**bankhaus-loebbecke**

diego.viviani@bankhaus-loebbecke.de
hans.jakob@bankhaus-loebbecke.de
horst.buschmann@bankhaus-loebbecke.de
johannes.ciesla@bankhaus-loebbecke.de

**bankhnb**

**Company & Corresponding Email Addresses**

jcarpenter@bankhnb.com

**bankinter**

abejarb@bankinter.es
ajschez@bankinter.es
amadariaga@bankinter.es
amsaez@bankinter.es
apedrosl@bankinter.es
apier@bankinter.es
bkrf@bankinter.es
brguez@bankinter.es
buriartev@bankinter.es
cencinas@bankinter.es
cglezgc@bankinter.es
clastrag@bankinter.es
dblancom@bankinter.es
ddiez@bankinter.es
dperez@bankinter.es
eeorellana@bankinter.es
elinos@bankinter.es
epalomarma@bankinter.es
ezaldiva@bankinter.es
fcasas@bankinter.es
fra@bankinter.es
fsalido@bankinter.es
ialonso@bankinter.es
iblanco@bankinter.es
jaramirez@bankinter.es
javas@bankinter.es
jbcollado@bankinter.es
jflopez@bankinter.es
jgalindoh@bankinter.es
jjprietoa@bankinter.es
jperalgu@bankinter.es
lmartinma@bankinter.es
martola@bankinter.es
mhpascual@bankinter.es
mlopezso@bankinter.es
na@bankinter.com
rbrenes@bankinter.es
rmorenom@bankinter.es
savilespa@bankinter.es
sguerrerog@bankinter.es
stapia@bankinter.es

**bankinvest**

aa@bankinvest.dk
ada@bankinvest.dk
afv@bankinvest.dk
anc@bankinvest.dk
ap@bankinvest.dk
arb@bankinvest.dk
bde@bankinvest.dk
bjt@bankinvest.dk
cgt@bankinvest.dk
chh@bankinvest.dk

**Company & Corresponding Email Addresses**

chs@bankinvest.dk
cm@bankinvest.dk
cohn@bankinvest.dk
cs@bankinvest.dk
dad@bankinvest.dk
dbr@bankinvest.dk
dfn@bankinvest.dk
ers@bankinvest.dk
evk@bankinvest.dk
fmb@bankinvest.dk
fp@bankinvest.dk
heo@bankinvest.dk
hgr@bankinvest.dk
hhs@bankinvest.dk
hlh@bankinvest.dk
idb@bankinvest.dk
jab@bankinvest.dk
jfn@bankinvest.dk
jht@bankinvest.dk
jlh@bankinvest.dk
jrh@bankinvest.com
jrn@bankinvest.dk
jwk@bankinvest.dk
jz@bankinvest.dk
kan@bankinvest.dk
keg@bankinvest.dk
kel@bankinvest.dk
kin@bankinvest.dk
kjh@bankinvest.dk
lav@bankinvest.dk
ljk@bankinvest.dk
lrr@bankinvest.dk
lsj@bankinvest.dk
mam@bankinvest.dk
mh@bankinvest.dk
mha@bankinvest.dk
mhc@bankinvest.dk
nbt@bankinvest.dk
ngp@bankinvest.dk
nln@bankinvest.dk
nmv@bankinvest.dk
pam@bankinvest.dk
pch@bankinvest.dk
pha@bankinvest.com
plc@bankinvest.dk
ran@bankinvest.dk
rha@bankinvest.dk
rol@bankinvest.dk
sb@bankinvest.dk
sbe@bankinvest.dk
shr@bankinvest.dk
smc@bankinvest.dk
smo@bankinvest.dk
spo@bankinvest.dk

## Company & Corresponding Email Addresses

sti@bankinvest.dk
thp@bankinvest.dk
ths@bankinvest.dk
tht@bankinvest.dk
thv@bankinvest.dk
tos@bankinvest.dk
tsc@bankinvest.dk
tt@bankinvest.dk

### bankisrael
andrew@bankisrael.gov.il
barrytp@bankisrael.gov.il
davidhof@bankisrael.gov.il
eranf@bankisrael.gov.il
janet_as@bankisrael.gov.il
kettyc@bankisrael.gov.il
meravp@bankisrael.gov.il
oleg@bankisrael.gov.il
sylviap@bankisrael.gov.il
talbiber@bankisrael.gov.il

### bankleumi
arthur.rosenbach2@bankleumi.co.il
ayelet.shabat@bankleumi.co.il
dgabb@bankleumi.co.uk
haimabraham@bankleumi.co.il
herb.small@bankleumi.co.il
itai.ben-zeev@bankleumi.co.il
jcousins@bankleumi.co.uk
lexcell@bankleumi.co.uk
liora.caplan@bankleumi.co.il
mleslie@bankleumi.co.uk

### bankleumiusa
gbucher@bankleumiusa.com
treasury@bankleumiusa.com

### bankmuscat
deepak@bankmuscat.com
ganeshs@bankmuscat.com
krishnans@bankmuscat.com

### bankoa
jgallastegui@bankoa.es
jhoyos@bankoa.es
palcorta@bankoa.es

### bankofameirca
katherine.p.orrell@bankofameirca.com

### bankofamerica
adam.g.florence@bankofamerica.com
adam.r.bailey@bankofamerica.com
adrian.hyde@bankofamerica.com
alain.louissaint@bankofamerica.com
alan.h.johnson@bankofamerica.com
alberto.boquin@bankofamerica.com
alex.j.mason@bankofamerica.com
alex.jarrett@bankofamerica.com
alexandra.i.tyson@bankofamerica.com
alisa.chintakananda@bankofamerica.com

**Company & Corresponding Email Addresses**

alison.l.warren@bankofamerica.com
allen.cheng@bankofamerica.com
amanda.clarke@bankofamerica.com
amit.k.jain@bankofamerica.com
amy.clay@bankofamerica.com
andrei.pastor@bankofamerica.com
andrew.l.brunson@bankofamerica.com
andrew.rudolph@bankofamerica.com
andrew.sarnie@bankofamerica.com
angela.c.jones@bankofamerica.com
aninda.mitra@bankofamerica.com
anna.aroutiounova@bankofamerica.com
anthony.p.paquette@bankofamerica.com
anusha.prasad@bankofamerica.com
april.haley@bankofamerica.com
bartlomiej.pastwa@bankofamerica.com
ben.floyd@bankofamerica.com
ben.james@bankofamerica.com
bernadette.mazzella@bankofamerica.com
beth.harris@bankofamerica.com
bill.brown@bankofamerica.com
bob.davee@bankofamerica.com
bob.farzin@bankofamerica.com
bob.j.debenedet@bankofamerica.com
bob.voreyer@bankofamerica.com
brad.owensby@bankofamerica.com
bradley.j.brown@bankofamerica.com
brendan.d.connaughton@bankofamerica.com
brendan.sullivan@bankofamerica.com
brent.dellinger@bankofamerica.com
brian.j.smith@bankofamerica.com
brian.lyszczarz@bankofamerica.com
brian.r.whitaker@bankofamerica.com
brian.staunton@bankofamerica.com
brian.zwerner@bankofamerica.com
camille.zerbinos@bankofamerica.com
carl.w.wong@bankofamerica.com
chandrak.x.katuri@bankofamerica.com
charels.welch@bankofamerica.com
charles.fletcher@bankofamerica.com
charles.law@bankofamerica.com
charles.pelham@bankofamerica.com
charles.r.bingham@bankofamerica.com
chi.ly@bankofamerica.com
chin-chun.lai@bankofamerica.com
chirag.hansjee@bankofamerica.com
chitt.swamidasan@bankofamerica.com
christian.romon@bankofamerica.com
christine.l.sustakowsky@bankofamerica.com
christopher.m.slattery@bankofamerica.com
christopher.rulla@bankofamerica.com
chuck.fletcher@bankofamerica.com
claire.gasperetti@bankofamerica.com
claire.m.croft@bankofamerica.com

**Company & Corresponding Email Addresses**

clare.c.jansson@bankofamerica.com
claudia.zaffaroni@bankofamerica.com
clinton.eubanks@bankofamerica.com
colin.y.kim@bankofamerica.com
conrad.j.lautenbacher@bankofamerica.com
cristy.barton@bankofamerica.com
dan.lane@bankofamerica.com
dan.malouff@bankofamerica.com
dan.w.caldwell@bankofamerica.com
daniel.b.boorstein@bankofamerica.com
daniel.holtzman@bankofamerica.com
dave.m.metzger@bankofamerica.com
david.berry@bankofamerica.com
david.kagno@bankofamerica.com
david.n.joffe@bankofamerica.com
david.oakley@bankofamerica.com
david.powell.osborn@bankofamerica.com
derek.m.power@bankofamerica.com
desiree.lucic@bankofamerica.com
dewitt.w.king@bankofamerica.com
dominic.malleo@bankofamerica.com
donald.canfield@bankofamerica.com
dong.li@bankofamerica.com
dorothy.halsey@bankofamerica.com
doug.maxham@bankofamerica.com
douglas.redmond@bankofamerica.com
duncan.king@bankofamerica.com
edward.brunni@bankofamerica.com
edward.yu@bankofamerica.com
eileen.perrin@bankofamerica.com
elaine.gehnich@bankofamerica.com
elizabeth.k.verell@bankofamerica.com
eric.borden@bankofamerica.com
eric.burgess@bankofamerica.com
eric.fales@bankofamerica.com
eric.g.clause@bankofamerica.com
eric.hiller@bankofamerica.com
eric.rizza@bankofamerica.com
eric.williamson@bankofamerica.com
ermina.latic-selimagic@bankofamerica.com
eynour.boutia@bankofamerica.com
farah.zakir@bankofamerica.com
felicia.f.ofori@bankofamerica.com
frank.abraham@bankofamerica.com
gareth.coombs@bankofamerica.com
garfield.johnson@bankofamerica.com
georgia.raphael@bankofamerica.com
gerhard.seebacher@bankofamerica.com
giles.crosthwaite@bankofamerica.com
greg.hackworth@bankofamerica.com
greg.mellone@bankofamerica.com
greg.rickards@bankofamerica.com
gregory.m.towner@bankofamerica.com
grey.duddleston@bankofamerica.com

**Company & Corresponding Email Addresses**

guy.berger@bankofamerica.com
han.wang@bankofamerica.com
hank.j.delvecchio@bankofamerica.com
hanying.ye@bankofamerica.com
harvey.hirschhorn@bankofamerica.com
helen.odomirok@bankofamerica.com
henry.d.kirkland@bankofamerica.com
hiroki.gomi@bankofamerica.com
hitesh.k.mistry@bankofamerica.com
ian.banwell@bankofamerica.com
ian.d.cassese@bankofamerica.com
iftikhar.ali@bankofamerica.com
indhira.urrutia@bankofamerica.com
jacob.dowden@bankofamerica.com
james.b.freeze@bankofamerica.com
james.carey@bankofamerica.com
james.e.cook@bankofamerica.com
james.j.hollis@bankofamerica.com
jameson.r.miller@bankofamerica.com
jamie.pasterick@bankofamerica.com
janet.mullen@bankofamerica.com
janice.r.piggee@bankofamerica.com
janine.hofer@bankofamerica.com
jeff.brown@bankofamerica.com
jeff.t.willoughby@bankofamerica.com
jeffrey.alvino@bankofamerica.com
jeffrey.l.moering@bankofamerica.com
jeffrey.roach@bankofamerica.com
jennifer.helle@bankofamerica.com
jeremy.d.preddy@bankofamerica.com
jim.e.michaels@bankofamerica.com
jo.parker@bankofamerica.com
jo_anne.maarten@bankofamerica.com
joesepha.s.chong@bankofamerica.com
john.birnstengel@bankofamerica.com
john.d.lutkehaus@bankofamerica.com
john.desroches@bankofamerica.com
john.j.regan@bankofamerica.com
john.kapustiak@bankofamerica.com
john.lake@bankofamerica.com
john.muller@bankofamerica.com
john.p.sargent@bankofamerica.com
john.philbin@bankofamerica.com
jon.barnes@bankofamerica.com
jon.centurino@bankofamerica.com
jonathan.eckersley@bankofamerica.com
jonathan.moulds@bankofamerica.com
jonathan.noonan@bankofamerica.com
joseph.d.cauthen@bankofamerica.com
joseph.igoe@bankofamerica.com
joseph.ofei@bankofamerica.com
joyce.ollunga@bankofamerica.com
joyce.r.starks@bankofamerica.com
julie.a.hansen@bankofamerica.com

**Company & Corresponding Email Addresses**

julie.r.bean@bankofamerica.com
kareena.sweat@bankofamerica.com
kathleen.a.o'hara-maddox@bankofamerica.com
keith.wright@bankofamerica.com
kelly.evans@bankofamerica.com
kelly.shephard@bankofamerica.com
kevin.b.choi@bankofamerica.com
kevin.c.walsh@bankofamerica.com
kevin.d.burns@bankofamerica.com
kevin.m.young@bankofamerica.com
kevin.stitt@bankofamerica.com
kimberlee.h.kelly@bankofamerica.com
kip.constantinou@bankofamerica.com
kit.x.lam@bankofamerica.com
konstantin.tcherepachenets@bankofamerica.com
krishan.grover@bankofamerica.com
kristin.young@bankofamerica.com
kristofer.ostberg@bankofamerica.com
kurtis.kimmerling@bankofamerica.com
lane.herrington@bankofamerica.com
laurence.coley@bankofamerica.co.uk
laurie.cang@bankofamerica.com
lawrence.morgenthal@bankofamerica.com
lee.d.turner@bankofamerica.com
lee.mcentire@bankofamerica.com
lee.stafford@bankofamerica.com
leo.mizuhara@bankofamerica.com
letitia.c.lai@bankofamerica.com
leyla.pakzad@bankofamerica.com
li.zhang@bankofamerica.com
lily.lai@bankofamerica.com
linus.wright@bankofamerica.com
lisa.margosian@bankofamerica.com
liz.hamilton@bankofamerica.com
lorraine.elliot@bankofamerica.com
louisa.sans@bankofamerica.com
ltuyau@bankofamerica.com
lynda.holmes@bankofamerica.com
lynn.baldwin@bankofamerica.com
Lynn.M.Lauderdale@Bankofamerica.com
lynn.reaser@bankofamerica.com
maciej.ombach@bankofamerica.com
mandy.norton@bankofamerica.com
marc.abraham@bankofamerica.com
maria.s.massetti@bankofamerica.com
marika.d.economos@bankofamerica.com
mark.cauthen@bankofamerica.com
mark.kehe@bankofamerica.com
mark.raskopf@bankofamerica.com
mark.supert@bankofamerica.com
marshall.stuckey@bankofamerica.com
matt.antunes@bankofamerica.com
matt.dellabitta@bankofamerica.com
matthew.a.wilson@bankofamerica.com

## Company & Corresponding Email Addresses

matthew.alder@bankofamerica.com
matthew.bellucci@bankofamerica.com
matthew.brennan@bankofamerica.com
matthew.l.lemere@bankofamerica.com
matthew.moore@bankofamerica.com
meghan.a.nagle-peterson@bankofamerica.com
melinda.crosby@bankofamerica.com
meredith.burns@bankofamerica.com
michael.brosnan@bankofamerica.com
michael.fulginiti@bankofamerica.com
michael.n.duignan@bankofamerica.com
michael.p.nichols@bankofamerica.com
michelle.cherry@bankofamerica.com
mickey.l.nguyen@bankofamerica.com
mike.allison@bankofamerica.com
mike.dillon@bankofamerica.com
mike.vandenberg@bankofamerica.com
mitch.nadel@bankofamerica.com
monica.g.maguire@bankofamerica.com
mtietz@bankofamerica.com
natacha.moreau@bankofamerica.com
nate.negrin@bankofamerica.com
neal.jordan@bankofamerica.com
nicole.s.guest@bankofamerica.com
nikhil.shah@bankofamerica.com
nima.pirzadeh@bankofamerica.com
nobuaki.tanabe@bankofamerica.com
norman.lovitch@bankofamerica.com
patrick.j.grune@bankofamerica.com
patrick.s.bright@bankofamerica.com
patrick.wang@bankofamerica.com
paul.d.rivers@bankofamerica.com
peter.d.clapham@bankofamerica.com
peter.g.hammersley@bankofamerica.com
peter.young@bankofamerica.com
phillip.edwards@bankofamerica.com
pkruger@bankofamerica.com
premdulari.thakkar@bankofamerica.com
qfmodel@bankofamerica.com
qiufang.cao@bankofamerica.com
rafael.e.amoros@bankofamerica.com
rafael.silveira@bankofamerica.com
ravi.mudan@bankofamerica.com
reg.brown@bankofamerica.com
richard.gibson@bankofamerica.com
richard.honeck@bankofamerica.com
richard.p.grammer@bankofamerica.com
richard.s.cohen@bankofamerica.com
rinesh.mehta@bankofamerica.com
rob.rivest@bankofamerica.com
robb.staszewski@bankofamerica.com
robert.d.mclaughlin@bankofamerica.com
robert.d.reeves@bankofamerica.com
robert.e.stilwell@bankofamerica.com

## Company & Corresponding Email Addresses

robert.lucenti@bankofamerica.com
robert.miller@bankofamerica.com
robert.scillwell@bankofamerica.com
rohinton.karanjia@bankofamerica.com
rolf.johansen@bankofamerica.com
roy.s.kim@bankofamerica.com
rupal.mehta@bankofamerica.com
russell.condrich@bankofamerica.com
ryan.c.karaian@bankofamerica.com
ryan.m.metcalf@bankofamerica.com
ryan.t.monahan@bankofamerica.com
sal.mirran@bankofamerica.com
samantha.abner-wallace@bankofamerica.com
samuel.burick@bankofamerica.com
sara.shea@bankofamerica.com
sarah.l.mcavoy@bankofamerica.com
scott.e.ross@bankofamerica.com
scott.terada@bankofamerica.com
sean.p.kelly@bankofamerica.com
shane.brashears@bankofamerica.com
shannon.ackermann@bankofamerica.com
sharada.kalanidhi@bankofamerica.com
sharon.herrmann@bankofamerica.com
shelly.bansal@bankofamerica.com
shirley.heller@bankofamerica.com
simon.bruce@bankofamerica.com
simon.c.wilcox@bankofamerica.com
simon.park@bankofamerica.com
simon.shephard@bankofamerica.com
simon.yee@bankofamerica.com
sohail.gani@bankofamerica.com
srinivas.preethi@bankofamerica.com
stacey.a.almond@bankofamerica.com
stanton.vandenberg@bankofamerica.com
steph.allen@bankofamerica.com
stephen.campisi@bankofamerica.com
stephen.j.salmon@bankofamerica.com
steven.beck@bankofamerica.com
steven.l.randall@bankofamerica.com
sudhanshu.x.khandelwal@bankofamerica.com
susan.chevalier@bankofamerica.com
susan.h.quigley@bankofamerica.com
suzie.demer@bankofamerica.com
svetlana.bukharina@bankofamerica.com
tendayi.kapfidze@bankofamerica.com
terence.p.dillon@bankofamerica.com
teresa.g.bowlin@bankofamerica.com
teresa.g.jones@bankofamerica.com
tim.li@bankofamerica.com
timothy.martin@bankofamerica.com
tom.avazian@bankofamerica.com
tony.hamer@bankofamerica.com
tsuyoshi.takara@bankofamerica.com
vanessa.a.cesario@bankofamerica.com

**Company & Corresponding Email Addresses**

vladimir.valenta@bankofamerica.com
walter.j.muller@bankofamerica.com
waseem.b.abourjeili@bankofamerica.com
wayne.rosenwinkel@bankofamerica.com
weijiang.gu@bankofamerica.com
wendy.j.gorman@bankofamerica.com
william.bishop@bankofamerica.com
william.bogolin@bankofamerica.com
william.wrest@bankofamerica.com
yan.jan@bankofamerica.com
yassir.benjelloun@bankofamerica.com
yoshihiko.asano@bankofamerica.com
yumiko.kawahara@bankofamerica.com
zach.wagner@bankofamerica.com
zachary.harl@bankofamerica.com
zahid.mustafa@bankofamerica.com

**bankofamierca**

krishna.m.mangallampalli@bankofamierca.com

**bankofbermuda**

amethyst.farier@bankofbermuda.com
caroline.wilks@bankofbermuda.com
claire.donaldson@bankofbermuda.com
david.senogles@bankofbermuda.com
derek.cauldwell@bankofbermuda.com
diazfm@bankofbermuda.com
francois.vandermerwe@bankofbermuda.com
frosth@bankofbermuda.com
hugh.burnaby@bankofbermuda.com
iris.chau@bankofbermuda.com
jerry.hsieh@bankofbermuda.com
john.monaghan@bankofbermuda.com
kerry.davison@bankofbermuda.com
klivancm@bankofbermuda.com
laura.lake@bankofbermuda.com
michael.davidson@bankofbermuda.com
natasha.sideris@bankofbermuda.com
neil.hossack@bankofbermuda.com
pangvl@bankofbermuda.com
rasheed.boykin@bankofbermuda.com
scottl@bankofbermuda.com
sebastian.dunn@bankofbermuda.com
tanisha.augustus@bankofbermuda.com
triblecj@bankofbermuda.com
tsaimy@bankofbermuda.com
weltonwh@bankofbermuda.com

**bankofcanada**

gding@bankofcanada.ca
jandreou@bankofcanada.ca
kinn@bankofcanada.ca
morr@bankofcanada.ca
nlafhel@bankofcanada.ca
rhannah@bankofcanada.ca
rmiller@bankofcanada.ca
wbarker@bankofcanada.ca

## Company & Corresponding Email Addresses

zantia@bankofcanada.ca

### bankofcanton

rsnyder@bankofcanton.com

### bank-of-china

dpassmore@bank-of-china.com
heguangbei@bank-of-china.com
rloewy@bank-of-china.com
stanley.cheang@bank-of-china.com
wangzeyu@bank-of-china.com
yangzhiming@bank-of-china.com

### bankofcyprus

agamemnon.loutsios@cy.bankofcyprus.com
akefalea@bankofcyprus.gr
demetris.papallis@cy.bankofcyprus.com
theodoros.alepis@cy.bankofcyprus.com

### bankofengland

adam.fitzjohn@bankofengland.co.uk
alex.brazier@bankofengland.co.uk
amit.kara@bankofengland.co.uk
andrew.bailey@bankofengland.co.uk
andrew.harley@bankofengland.co.uk
andrew.hauser@bankofengland.co.uk
andrew.shankland@bankofengland.co.uk
ben.may@bankofengland.co.uk
benjamin.martin@bankofengland.co.uk
bjorn-erik.orskaug@bankofengland.co.uk
charles.bean@bankofengland.co.uk
chris.salmon@bankofengland.co.uk
chris.yeates@bankofengland.co.uk
chris.young@bankofengland.co.uk
christopher.hackworth@bankofengland.co.uk
colin.miles@bankofengland.co.uk
craig.shute@bankofengland.co.uk
crispin.ovenden@bankofengland.co.uk
danny.smith@bankofengland.co.uk
dave.barley@bankofengland.co.uk
david.rule@bankofengland.co.uk
david.wall@bankofengland.co.uk
dominic.bryant@bankofengland.co.uk
duncan.reid@bankofengland.co.uk
enzo.cassino@bankofengland.co.uk
fabio.cortes@bankofengland.co.uk
firstname.surname@bankofengland.co.uk
frances.hill@bankofengland.co.uk
george.speight@bankofengland.co.uk
glenn.hoggarth@bankofengland.co.uk
guillermo.felices@bankofengland.co.uk
hammer@bankofengland.co.uk
howard.jones@bankofengland.co.uk
iain.de.weymarn@bankofengland.co.uk
information.manager@bankofengland.co.uk
james.o'connor@bankofengland.co.uk
james.proudman@bankofengland.co.uk
james.talbot@bankofengland.co.uk

**Company & Corresponding Email Addresses**

jan.groen@bankofengland.co.uk
janette.parry@bankofengland.co.uk
jennifer.greenslade@bankofengland.co.uk
joanne.cutler@bankofengland.co.uk
joanne.perez@bankofengland.co.uk
joe.ganley@bankofengland.co.uk
john.henderson@bankofengland.co.uk
jonathan.rand@bankofengland.co.uk
kate.barker@bankofengland.co.uk
katie.farrant@bankofengland.co.uk
laura.piscitelli@bankofengland.co.uk
m.bell@bankofengland.co.uk
marilyne.tolle@bankofengland.co.uk
mark.cornelius@bankofengland.co.uk
martin.brooke@bankofengland.co.uk
martin.hammer@bankofengland.co.uk
mary.harris@bankofengland.co.uk
matthew.tong@bankofengland.co.uk
melanie.lund@bankofengland.co.uk
mervyn.king@bankofengland.co.uk
michael.cross@bankofengland.co.uk
michelle.morris@bankofengland.co.uk
misa.tanaka@bankofengland.co.uk
neal.hatch@bankofengland.co.uk
neil.george@bankofengland.co.uk
neil.rossiter@bankofengland.co.uk
nicholas.vause@bankofengland.co.uk
nicola.stead@bankofengland.co.uk
nigel.jenkinson@bankofengland.co.uk
olaf.weeken@bankofengland.co.uk
ole.rummel@bankofengland.co.uk
paul.fisher@bankofengland.co.uk
paul.mikhailoff@bankofengland.co.uk
paul.tucker@bankofengland.co.uk
peter.andrews@bankofengland.co.uk
peter.brierley@bankofengland.co.uk
peter.westaway@bankofengland.co.uk
philip.thomas@bankofengland.co.uk
richard.lambert@bankofengland.co.uk
richard.wellington@bankofengland.co.uk
rishi.kansagra@bankofengland.co.uk
rob.wood@bankofengland.co.uk
ronald.johannes@bankofengland.co.uk
sarah.stevens@bankofengland.co.uk
simon.wells@bankofengland.co.uk
simon.whitaker@bankofengland.co.uk
stuart.cole@bankofengland.co.uk
stuart.davies@bankofengland.co.uk
sumita.ghosh@bankofengland.co.uk
thomas.belsham@bankofengland.co.uk
thomas.smith@bankofengland.co.uk
tim.taylor@bankofengland.co.uk
tim.young@bankofengland.co.uk
trevor.baxter@bankofengland.co.uk

**Company & Corresponding Email Addresses**

ukteam@bankofengland.co.uk
ursel.baumann@bankofengland.co.uk
vicky.read@bankofengland.co.uk
vincenzo.cassino@bankofengland.co.uk

**bankofindia**
pharikishan@bankofindia.com

**bankofisrael**
chavir@bankofisrael.gov.il
doesnthaveone@bankofisrael.com

**bankofjordan**
aal-khatib@bankofjordan.com.jo

**bankofnewyork**
bnedzi@bankofnewyork.com
danlong@bankofnewyork.com
roderick_p._abad@lnotes5.bankofnewyork.com

**bankofny**
aaiello@bankofny.com
aedinmcgowan@bankofny.com
afroede@bankofny.com
agould@bankofny.com
aguity@bankofny.com
ahauser@bankofny.com
ajmoses@bankofny.com
alhernandez@bankofny.com
allanmurphy@bankofny.com
alun.k.evans@bankofny.com
amschwartz@bankofny.com
andrew_demko@lnotes3.bankofny.com
andymcintosh@bankofny.com
anwalker@bankofny.com
aschaeffer@bankofny.com
astepanoffdargery@bankofny.com
ayuen@bankofny.com
bgtan@bankofny.com
bliechmann@bankofny.com
bmckenna@bankofny.com
bmschmidt@bankofny.com
bocallaghan@bankofny.com
borben@bankofny.com
brallen@bankofny.com
brian.c.dignam@bankofny.com
brigit.ryan@bankofny.com
bruane@bankofny.com
bschoenfeld@bankofny.com
btong@bankofny.com
bwiese@bankofny.com
carrie.a.grant@bankofny.com
catherine.e.white@bankofny.com
cdudley@bankofny.com
celciahe@bankofny.com
cercolano@bankofny.com
cert@bankofny.com
cfelix@bankofny.com
chlee@bankofny.com

**Company & Corresponding Email Addresses**

chouston@bankofny.com
cimoy@bankofny.com
ckolanovic@bankofny.com
claire.a.healy@bankofny.com
cliona.okeefe@bankofny.com
cmcdonnell@bankofny.com
cneill@bankofny.com
colano.claudio@bankofny.com
crenaut@bankofny.com
csearle@bankofny.com
csmart@bankofny.com
ctwohig@bankofny.com
dannytsui@bankofny.com
darena@bankofny.com
davechan@bankofny.com
david_moffat@lnotes3.bankofny.com
dcoluccio@bankofny.com
dcooper@bankofny.com
dcrimmins@bankofny.com
ddivietri@bankofny.com
deanne_steele@lnotes5.bankofny.com
delchaar@bankofny.com
dgeraghty@bankofny.com
dgiglio@bankofny.com
dgrandison@bankofny.com
dgranelli@bankofny.com
dgross@bankofny.com
dhewitson@bankofny.com
dhquinn@bankofny.com
dkhare@bankofny.com
dkrisko@bankofny.com
dlocricchio@bankofny.com
dosullivan@bankofny.com
dpinnella@bankofny.com
drooney@bankofny.com
dsauber@bankofny.com
dstephan@bankofny.com
dzaman@bankofny.com
e.siano@bankofny.com
eamills@bankofny.com
ebadger@bankofny.com
edesalvio@bankofny.com
ehamley@bankofny.com
elmartinez@bankofny.com
emooney@bankofny.com
eoconnell@bankofny.com
euwright@bankofny.com
evonsauers@bankofny.com
faustin@bankofny.com
fbarnao@bankofny.com
fionnan.d.o'sullivan@bankofny.com
flilly@bankofny.com
fmonasterio@bankofny.com
fpolito@bankofny.com

## Company & Corresponding Email Addresses

fryan@bankofny.com
fvasta@bankofny.com
gabrielle.a.o'sullivan@bankofny.com
gbarry@bankofny.com
gclunie@bankofny.com
gcolaluca@bankofny.com
gcolonias@bankofny.com
geraldine.m.kidney@bankofny.com
gfabrizio@bankofny.com
gmalanga@bankofny.com
gmannes@bankofny.com
goodfellow@bankofny.com
gosborne@bankofny.com
gslotosch@bankofny.com
gtollinchi@bankofny.com
gvalentine@bankofny.com
gvellahn@bankofny.com
gwarnke@bankofny.com
himre@bankofny.com
hochen@bankofny.com
hrauser@bankofny.com
hsamuel@bankofny.com
hsingh@bankofny.com
iclanford@bankofny.com
ifinnegan@bankofny.com
io'neill@bankofny.com
iwilkins@bankofny.com
janetlawlor@bankofny.com
jasonchiu@bankofny.com
jbarbera@bankofny.com
jboffa@bankofny.com
jcadunzi@bankofny.com
jciacciarelli@bankofny.com
jcipriani@bankofny.com
jducey@bankofny.com
jefoley@bankofny.com
jfarr@bankofny.com
jfollosco@bankofny.com
jfoote@bankofny.com
jgrosse@bankofny.com
jisherwood@bankofny.com
jkblair@bankofny.com
jkeenan@bankofny.com
jlandau@bankofny.com
jleinberger@bankofny.com
jlmera@bankofny.com
jlrogers@bankofny.com
jluster@bankofny.com
jlwolf@bankofny.com
jmcauliffe@bankofny.com
jmulchy@bankofny.com
jmurphy@bankofny.com
jnajar@bankofny.com
jnoss@bankofny.com

**Company & Corresponding Email Addresses**

joan.e.blume@bankofny.com
jonathanjones@bankofny.com
josefpitera@bankofny.com
joywong@bankofny.com
jpeck@bankofny.com
jpobrien@bankofny.com
jquinn@bankofny.com
jrejas@bankofny.com
jrgannon@bankofny.com
jrgonzalez@bankofny.com
jrhodes@bankofny.com
jrusso@bankofny.com
jschnorr@bankofny.com
jscordia@bankofny.com
jspirgel@bankofny.com
jswatkins@bankofny.com
jtempleton@bankofny.com
jtessler@bankofny.com
jthompson@bankofny.com
juday@bankofny.com
julie.m.coleman@bankofny.com
jungkyunghan@bankofny.com
jvaitukaitis@bankofny.com
jvricella@bankofny.com
jwilkinson@bankofny.com
katarzyna.traczynska@bankofny.com
kbannon@bankofny.com
kboulmetis@bankofny.com
kcorrado@bankofny.com
kdean@bankofny.com
kdobaczewska@bankofny.com
kelvinlim@bankofny.com
kevbrennan@bankofny.com
kevwells@bankofny.com
khickman@bankofny.com
khrogers@bankofny.com
kkent@bankofny.com
klau@bankofny.com
klopian@bankofny.com
klshaw@bankofny.com
kmcdermott@bankofny.com
kpeetz@bankofny.com
kradigan@bankofny.com
kshen@bankofny.com
ksprauer@bankofny.com
kteng@bankofny.com
kurtwilliamson@bankofny.com
kzyla@bankofny.com
ldato@bankofny.com
ldunn@bankofny.com
llavalle@bankofny.com
llocke@bankofny.com
lmannix@bankofny.com
loverby@bankofny.com

**Company & Corresponding Email Addresses**

lrhi@bankofny.com
ltemsic@bankofny.com
lynda.m.finn@bankofny.com
lzhang@bankofny.com
macook@bankofny.com
mailto:cfai@bankofny.com
makong@bankofny.com
maprahamian@bankofny.com
mark.l.nugent@bankofny.com
markreed@bankofny.com
martigas@bankofny.com
martinsmith@bankofny.com
mbice@bankofny.com
mcocanougher@bankofny.com
mcranwell@bankofny.com
mdas@bankofny.com
mepstein@bankofny.com
mespinosa@bankofny.com
messman@bankofny.com
mfenner@bankofny.com
michelesmith@bankofny.com
michellewong@bankofny.com
mimasters@bankofny.com
miriam.e.mccann@bankofny.com
mkessler@bankofny.com
mlaboy@bankofny.com
mlancaster@bankofny.com
mleeman@bankofny.com
mmccabe@bankofny.com
mmcgrane@bankofny.com
mmcmorrow@bankofny.com
mmekolites@bankofny.com
moloughlin@bankofny.com
mpacifico@bankofny.com
mparekh@bankofny.com
mrusseljones@bankofny.com
msabino@bankofny.com
mscaduto@bankofny.com
msheehy@bankofny.com
mshmleva@bankofny.com
msmolinsky@bankofny.com
mswintek@bankofny.com
munger@bankofny.com
mweisbuch@bankofny.com
mworos@bankofny.com
mwrigley@bankofny.com
ncalvert@bankofny.com
nikkybeatty@bankofny.com
nkane@bankofny.com
nlaidlaw@bankofny.com
nradia@bankofny.com
nramsey@bankofny.com
nyan@bankofny.com
oowersgibbs@bankofny.com

## Company & Corresponding Email Addresses

owright@bankofny.com
ozhilaev@bankofny.com
pabplanalp@bankofny.com
patrickbyrne@bankofny.com
pbianco@bankofny.com
pcasey@bankofny.com
pdanderson@bankofny.com
pharland@bankofny.com
phew@bankofny.com
phillord@bankofny.com
pleung@bankofny.com
ppereira@bankofny.com
psaitta@bankofny.com
pstack@bankofny.com
ptadie@bankofny.com
pwilson@bankofny.com
qlei@bankofny.com
rbattle@bankofny.com
rbhasin@bankofny.com
rchan@bankofny.com
rfronapfel@bankofny.com
rgeorge@bankofny.com
rgill@bankofny.com
rgoldstein@bankofny.com
rherr@bankofny.com
richardbarns@bankofny.com
riesposito@bankofny.com
rkehoe@bankofny.com
rklingman@bankofny.com
rmattessich@bankofny.com
rmclawrence@bankofny.com
rmcwalters@bankofny.com
rmignemi@bankofny.com
rmulligan@bankofny.com
rnelson@bankofny.com
rpierson@bankofny.com
rrinaudo@bankofny.com
rtweed@bankofny.com
rwang@bankofny.com
rzayas@bankofny.com
sahlner@bankofny.com
samahogg@bankofny.com
sbrennan@bankofny.com
schr@bankofny.com
scotanderson@bankofny.com
sdetraglia@bankofny.com
sdtorgeson@bankofny.com
sgrace@bankofny.com
shammond@bankofny.com
shchen@bankofny.com
sheath@bankofny.com
shreenapatel@bankofny.com
sjoseph@bankofny.com
skline@bankofny.com

## Company & Corresponding Email Addresses

slawler@bankofny.com
slistor@bankofny.com
smilazzo@bankofny.com
smost@bankofny.com
soolee@bankofny.com
sparkes@bankofny.com
spegram@bankofny.com
srobinson@bankofny.com
ssahgal@bankofny.com
sswitzer@bankofny.com
stephen_conlon@lnotes3.bankofny.com
strusso@bankofny.com
swadams@bankofny.com
swetter@bankofny.com
tbd@bankofny.com
tberntsen@bankofny.com
tbosh@bankofny.com
tbrobbey@bankofny.com
tbulitt@bankofny.com
tbullitt@bankofny.com
tbuthorn@bankofny.com
tconnolly@bankofny.com
tegan@bankofny.com
tford@bankofny.com
tfrangione@bankofny.com
tgibbons@bankofny.com
thomaslee@bankofny.com
tkane@bankofny.com
tkeaney@bankofny.com
tmccormick@bankofny.com
tnobile@bankofny.com
tprice@bankofny.com
tprose@bankofny.com
tskim@bankofny.com
tszczesny@bankofny.com
tthresher@bankofny.com
vecamp@bankofny.com
vfitzpatrick@bankofny.com
viannone@bankofny.com
waiyeung@bankofny.com
wambrosia@bankofny.com
wambrosio@bankofny.com
wbaird@bankofny.com
wbwelch@bankofny.com
william_blank@lnotes5.bankofny.com
williamklam@bankofny.com
wlemberg@bankofny.com
wpkelly@bankofny.com
ytheis@bankofny.com
yyeong@bankofny.com

## bankofscotland

andrew_hodder@bankofscotland.co.uk
bill_boland@bankofscotland.com
brian_watters@bankofscotland.com

## Company & Corresponding Email Addresses

catherine_more@bankofscotland.co.uk
colin_mackie@bankofscotland.co.uk
colin_swanson@bankofscotland.co.uk
ian_crowther@bankofscotland.co.uk
ian_macdonald@bankofscotland.co.uk
jacky_ah_fong@bankofscotland.co.uk
joelle_antmann@bankofscotland.co.uk
john_carlson@bankofscotland.co
josephine_sullivan@bankofscotland.co.uk
kristin_yeatman@bankofscotland.co.uk
martin_davidson-gay@bankofscotland.co.uk
martyn_drake@bankofscotland.co.uk
neil_r_forest@bankofscotland.co.uk
steve_morrison@bankofscotland.co.uk
stuart_gibson@bankofscotland.co.uk
tom_raeside@bankofscotland.co.uk

### bankofscotlandusa
michaelelwell@bankofscotlandusa.com

### bankofthewest
alexandra.linden@bankofthewest.com
cfernandes@bankofthewest.com
cvuong@bankofthewest.com
david.lockwood@bankofthewest.com
david.sway@bankofthewest.com
dmallone@bankofthewest.com
gary.tichota@bankofthewest.com
jdworak@bankofthewest.com
jfield@bankofthewest.com
jho@bankofthewest.com
jim.tyler@bankofthewest.com
jsteinkirchner@bankofthewest.com
kto@bankofthewest.com
maria.bagley@bankofthewest.com
matt.carvalho@bankofthewest.com
peter.guastamachio@bankofthewest.com
richard.aubrey@bankofthewest.com
rick.yee@bankofthewest.com
tani.girton@bankofthewest.com
teaira.adams@bankofthewest.com

### bankone
alan_turner@bankone.com
alison_sites@mail.bankone.com
amy_m_miller@bankone.com
andrea_kantor@bankone.com
anita_glencoe@bankone.com
arthur_apodaca@bankone.com
barb_glenn@bankone.com
barb_miller@bankone.com
barbara_browning@bankone.com
beth_a_harp@bankone.com
brad_r_stauffer@bankone.com
brent_brendle@bankone.com
brett_keske@bankone.com
brian_bergere@bankone.com

## Company & Corresponding Email Addresses

brian_jordan@bankone.com
chris_s_page@bankone.com
christopher_e_parr@bankone.com
christopher_mercy@bankone.com
christopher_nauseda@bankone.com
chuck_grebus@bankone.com
clark_pleiss@bankone.com
clifford_hayden@bankone.com
daniel_f_gibbons@bankone.com
darryl_jenkins@bankone.com
dave_farrell@bankone.com
david_e_charlesworth@bankone.com
david_j_espinoza@bankone.com
denise_r_farnum@bankone.com
donald_g_clark@bankone.com
donald_moore@bankone.com
douglas_goodwin@bankone.com
douglas_s_swanson@bankone.com
duane_r_huff@bankone.com
elizabeth_roche@bankone.com
erin_aland@bankone.com
eve_l_benton@bankone.com
francine_atiyeh@bankone.com
gary_s_gage@bankone.com
gerard_lewis@bankone.com
gregory_e_reed@bankone.com
howard_c_hunt@bankone.com
ingrid_thomas@bankone.com
iris_foster-denieuwe@bankone.com
jack_lanphar@bankone.com
jeff_starrick@bankone.com
jeffrey_p_hatton@bankone.com
jennifer_m_anderson@bankone.com
jennifer_tabak@bankone.com
jeryne_a_peterson@mail.bankone.com
jimmie_irby@bankone.com
joel_c_seiboldt@bankone.com
john_d_nicely@mail.bankone.com
john_i_blakely@mail.bankone.co
john_keisler@bankone.com
john_s_jenkins@bankone.com
john_sajdak@bankone.com
john_ward@bankone.com
joseph_m_szabo@bankone.com
joycelyn_byers@bankone.com
karen_t_montgomery@bankone.com
kathleen_laird@bankone.com
kelly_m_mercy@bankone.com
ken_selle@bankone.com
kent_wentworth@bankone.com
kevin_mortimer@bankone.com
kimberly_a_bingle@bankone.com
ku_shin@bankone.com
kwang_lee@bankone.com

## Company & Corresponding Email Addresses

larry_a_lonis@bankone.com
leonidas_mata@bankone.com
les_dixon@bankone.com
lisa_tesarik@bankone.com
lynn_yturri@bankone.com
malinda_h_distefano@bankone.com
mark_beeson@bankone.com
mark_d_wheeler@bankone.com
mark_e_davis@bankone.com
mark_hurrelbrink@bankone.com
mark_j_degrazia@bankone.com
mark_jackson@bankone.com
mary.a.downing@bankone.com
mary_f_willcox@bankone.com
mary_grant@bankone.com
matt_kelbick@bankone.com
matt_quagliara@bankone.com
matthew_constancio@bankone.com
michael_j_jarvis@bankone.com
michael_sais@bankone.com
michael_stoffregen@bankone.com
michael_w_davis@bankone.com
mike_mcclinchie@bankone.com
mounir_mikhail@bankone.com
myra_a_almase@bankone.com
nahrain_yacoub@bankone.com
nelson_ho@bankone.com
oliver_glenn@bankone.com
paddy_clerkin@bankone.com
paige_h_kurtz@bankone.com
patrick_keedy@bankone.com
patrick_morrissey@bankone.com
patrick_watson@bankone.com
paul_j_martinez@bankone.com
paul_j_nolte@bankone.com
paul_swoboda@bankone.com
peter_d_simons@bankone.com
peter_donofrio@bankone.com
randy_nemecek@bankone.com
rene_noel@bankone.com
ricardo_cipicchio@bankone.com
robert_bodenlos@bankone.com
robert_f_manning@bankone.com
robert_l_haworth@bankone.com
roger_craig@bankone.com
roger_hale@mail.bankone.com
rose_czerny@bankone.com
ross_galitsky@bankone.com
sandra_ballard@bankone.co
scott_grimshaw@bankone.com
scott_j_thomas@bankone.com
seth_r_cochran@bankone.com
sherry_wentworth@mail.bankone.com
shudong_huang@bankone.com

**Company & Corresponding Email Addresses**

spencer_l_klein@bankone.com
stanley_a_kaniecki@bankone.com
stephen_deibel@bankone.com
stephen_k_mayes@bankone.com
steve_gowsoski@bankone.com
steve_w_bright@bankone.com
steven_cutler@bankone.com
sue_arnold@bankone.com
susan_parekh@bankone.com
suzanne_knox@bankone.com
thad_paskell@bankone.com
thomas_a_benson@bankone.com
thomas_i_poz@bankone.com
tim_holihen@mail.bankone.com
tim_thiebout@bankone.com
tim_w_bond@bankone.com
timothy_w_eisel@mail.bankone.com
tj_kravits@bankone.com
toby_maczka@bankone.com
tom_donne@bankone.com
tom_h_cartwright@bankone.com
ward_highstone@bankone.com
wendy_fletcher@mail.bankone.co
william_k_lynch@bankone.com
william_lafferty@bankone.com
william_t_norris@bankone.com

**bankpime**
emonge@bankpime.es
esalles@bankpime.es
esoler@bankpime.es
pdelafuente@bankpime.es

**bankpng**
apatrick@bankpng.gov.pg

**bankpyme**
fburgues@bankpyme.es
isust@bankpyme.es
jnin@bankpyme.es
lporrata@bankpyme.es
mramos@bankpyme.es
rafael.rabat@bankpyme.es
xdorca@bankpyme.es

**banksterling**
chip.kiesewetter@banksterling.com
poakes@banksterling.com
raffaele@banksterling.com
ria.sugay@banksterling.com

**bank-trust**
ccarpenter@bank-trust.com

**bank-von-ernst**
etz@bank-von-ernst.ch

**bankwinter**
gerald.siegmund@bankwinter.com

**banqueaudi**
charles.khairallah@banqueaudi.com

**Company & Corresponding Email Addresses**

jean.cheval@banqueaudi.com

**banque-bpsd**

bmillet@banque-bpsd.fr
gaelle.saintdrenant@banque-bpsd.fr
jerome.tavernier@banque-bpsd.fr
philippe.perrody@banque-bpsd.fr
sandrine.bastide@banque-bpsd.fr
thierry.rigaudiere@banque-bpsd.fr

**banquecial**

patrick.denhiere@banquecial.fr

**banquecramer**

alain.sierro@banquecramer.ch
francoise.maret@banquecramer.ch
jacques.fedorowsky@banquecramer.ch
janine.belahbib@banquecramer.ch
jose.persoz@banquecramer.ch

**banque-diamantaire**

christophe.clabots@banque-diamantaire.ch
fabrice.bock@banque-diamantaire.ch
flavien.giacometti@banque-diamantaire.ch
joakim.bunzli@banque-diamantaire.ch
philippe.gross@banque-diamantaire.ch

**banquedorsay**

alternative@banquedorsay.fr
arnaud.delatour@banquedorsay.fr
bo_derivatives@banquedorsay.fr
bo_treasury@banquedorsay.fr
brice.moucheboeuf@banquedorsay.fr
carole.muhlbach@banquedorsay.fr
celine.cabanac@banquedorsay.fr
cfleury.westam@banquedorsay.fr
eric.duhamel@banquedorsay.fr
fgirard.westam@banquedorsay.fr
frederic.guesnerot@banquedorsay.fr
gdetanquedec.westam@banquedorsay.fr
georges.culino@banquedorsay.fr
guillaume.chieusse@banquedorsay.fr
gwenael.lecarvennec@banquedorsay.fr
jean-philippe.marchand@banquedorsay.fr
laurent.viegnes@banquedorsay.fr
monique.tin@banquedorsay.fr
olivier.combescure@banquedorsay.fr
olivier.mulin@banquedorsay.fr
philippe.andrieu@banquedorsay.fr
philippe.martin@banquedorsay.fr
pierre.toussain@banquedorsay.fr
rozanne.moraux@banquedorsay.fr
spance.westam@banquedorsay.fr
xsimler.westam@banquedorsay.fr
yannick.gounon@banquedorsay.fr
yannig.pariset@banquedorsay.fr

**banque-france**

aattie@banque-france.fr
abdel.benzerroug@banque-france.fr

## Company & Corresponding Email Addresses

alain.gueritee@banque-france.fr
alexandre.chailloux@banque-france.fr
annabel.chevalier@banque-france.fr
anne-marie.rieu@banque-france.fr
arnaud.dirassen@banque-france.fr
arthur.divisia@banque-france.fr
benoit.mojon@banque-france.fr
bruno.deborne@banque-france.fr
bruno.estecahandy@banque-france.fr
christian.nesi@banque-france.fr
claire.decrevoisier@banque-france.fr
david.olivan@banque-france.fr
denis.jourde@banque-france.fr
didier.leroi@banque-france.fr
edouard.vidon@banque-france.fr
elewi@banque-france.fr
elisabeth.pauly@banque-france.fr
emmanuelle.assouan@banque-france.fr
emmanuelle.olleon@banque-france.fr
florent.lecinq@banque-france.fr
georges.choisi@banque-france.fr
georges.nguyen@banque-france.fr
guy.levy-rueff@banque-france.fr
herve.gonsard@banque-france.fr
herve.thoumiand@banque-france.fr
imene.rahmouni@banque-france.fr
jean-matthieu.vermosen@banque-france.fr
lionel.pawlak@banque-france.fr
luc.riedweg@banque-france.fr
marie.prouille@banque-france.fr
natacha.isslame-rocher@banque-france.fr
nathalie.klein@banque-france.fr
nathalie.rouille@banque-france.fr
olivier.debandt@banque-france.fr
philippe.mongars@banque-france.fr
pierre.cousseran@banque-france.fr
pierre.jaillet@banque-france.fr
remy.lecat@banque-france.fr
sebastien.levy@banque-france.fr
valerie.bour@banque-france.fr
vincent.legroux@banque-france.fr

**banque-hervet**
alexandre.villey@banque-hervet.fr
dominique.serrault@banque-hervet.fr
pierre.diot@banque-hervet.fr

**banquepiguet**
mmenoud@banquepiguet.com

**banquepopulaire**
damien.martin@sudouest.banquepopulaire.fr

**banquetransatlantique**
martinfk@banquetransatlantique.com

**banque-vernes**
mmoinoin@banque-vernes.fr

**banque-vernes-artesia**

**Company & Corresponding Email Addresses**

ogasquet@banque-vernes-artesia.fr

**banque-worms**

johann.ropers@banque-worms.fr

**banrep**

acabrale@banrep.gov.co
calvargu@banrep.gov.co
ccamergo@banrep.gov.co
dcifuepa@banrep.gov.co
djarapin@banrep.gov.co
frontbdlr@banrep.gov.co
jbohmsil@banrep.gov.co
juribees@banrep.gov.co
mrochaco@banrep.gov.co
mruizgil@banrep.gov.co
sclavive@banrep.gov.co
sgalvema@banrep.gov.co

**bansabadell**

franquescarlos@bansabadell.com

**bansel**

dario.esposito@int.bansel.it
info@bansel.it

**banvenez**

daniel_lens@banvenez.com
richard_kemp@banvenez.com

**banxico**

adominguez@banxico.org.mx
aehernandeza@banxico.org.mx
aesparza@banxico.org.mx
alejandro_aguilar@banxico.org.mx
alfonso_martin@banxico.org.mx
amartina@banxico.org.mx
apalerm@banxico.org.mx
asordo@banxico.org.mx
atarassiouk@banxico.org.mx
avinieg@banxico.org.mx
cesar_espinosa@banxico.org.mx
csamano@banxico.org.mx
dmargoli@banxico.org.mx
ecampos@banxico.org.mx
elobato@banxico.org.mx
frubli@banxico.org.mx
gcasillas@banxico.org.mx
gerardo.garcia@banxico.org.mx
gguemez@banxico.org.mx
glozano@banxico.org.mx
gschuster@banxico.org.mx
hvaldes@banxico.org.mx
iperalta@banxico.org.mx
jarroyo@banxico.org.mx
jcarrera@banxico.org.mx
jduclaud@banxico.org.mex
jking@banxico.org.mx
jmurillo@banxico.org.mx
jrgarcia@banxico.org.mx

**Company & Corresponding Email Addresses**

lajimene@banxico.org.mx
larias@banxico.org.mx
ldiez-canedo@banxico.org.mx
lprieto@banxico.org.mx
mbarbere@banxico.org.mx
mherrera@banxico.org.mx
mjimenez@banxico.org.mx
mrico@banxico.org.mx
mzarur@banxico.org.mx
ncastro@banxico.org.mx
rfuente@banxico.org.mx
rgoldberg@banxico.org.mx
rmedinaa@banxico.org.mx
rodrigo.velasco@banxico.org.mx
rogelio_arellano@banxico.org.mx
rorozco@banxico.org.mx
rramired@banxico.org.mx
rvelascol@banxico.org.mx
vmartine@banxico.org.mx

**bapensions**

angela.bishop@bapensions.com
caroline.heagney@bapensions.com
graham.kirk@bapensions.com
henrik.munk-nielsen@bapensions.com
joanne.melville@bapensions.com
john.matthews@bapensions.com
justin.hatch@bapensions.com
max.irwin@bapensions.co.uk
michelle.m-smith@bapensions.com
peter.hill@bapensions.com
rebecca.stokes@bapensions.co.uk
sonal.kothari@bapensions.com
stephen.taylor@bapensions.co.uk
thomas.keir@bapensions.com
vincent.au@bapensions.com
yuen.lo@bapensions.com

**bapfim**

glencora.senior@bapfim.co.uk
paulaprice@bapfim.co.uk
richard.morgan@bapfim.co.uk
simongordon@bapfim.co.uk

**bapfin**

firstnamesurname@bapfin.co.uk
guyhayes@bapfin.co.uk

**bapr**

eugenio.mantello@bapr.it
giuseppe.ini@bapr.it
nicola.cosola@bapr.it

**barbnet**

ajesse@barbnet.com
astevens@barbnet.com
atanna@barbnet.com
balsikafi@barbnet.com
bdonley@barbnet.com

**Company & Corresponding Email Addresses**

beasterling@barbnet.com
bmcveigh@barbnet.com
boleary@barbnet.com
breimann@barbnet.com
bwanger@barbnet.com
cbode@barbnet.com
cchapple@barbnet.com
crobertson@barbnet.com
dchochrek@barbnet.com
dflowers@barbnet.com
dhampton@barbnet.com
dking@barbnet.com
dsparks@barbnet.com
dstackpole@barbnet.com
dsun@barbnet.com
dwilson@barbnet.com
eray@barbnet.com
fbadini@barbnet.com
gbrown@barbnet.com
gimbruce@barbnet.com
gsiegfried@barbnet.com
guylay@barbnet.com
jasher@barbnet.com
jdefrino@barbnet.com
jesquibel@barbnet.com
jford@barbnet.com
jmarion@barbnet.com
jolesky@barbnet.com
jreed@barbnet.com
jweiser@barbnet.com
kcoe@barbnet.com
kketner@barbnet.com
kmccarty@barbnet.com
mcaufield@barbnet.com
mcha@barbnet.com
mchambers@barbnet.com
mpitts@barbnet.com
ncouch@barbnet.com
psmith@barbnet.com
rsharp@barbnet.com
sdale@barbnet.com
sgupta@barbnet.com
slking@barbnet.com
swoods@barbnet.com
swoolf@barbnet.com
tchristman@barbnet.com
tguylay@barbnet.com
tmajors@barbnet.com
vscarola@barbnet.com
warnold@barbnet.com
wrutkoske@barbnet.com

**barcap**

aaron.chilton@barcap.com
abhinandan.deb@barcap.com

## Company & Corresponding Email Addresses

alexander.kretschmann@barcap.com
alison.gent@barcap.com
alison.mcguigan@barcap.com
andrea.decarolis@barcap.com
andrew.wise@barcap.com
andrew.yuen@barcap.com
andy.cope@barcap.com
andy.payne@barcap.com
asim.gunduz@barcap.com
barry.cole@barcap.com
barry.mitchinson@barcap.com
bill.hughes@barcap.com
boris.tadic@barcap.com
brand.richey@barcap.com
carol.bradshaw@barcap.com
caroline.searles@barcap.com
catherine.mcclen@barcap.com
christoph.schon@barcap.com
colin.bermingham@barcap.com
daniel.brookman@barcap.com
david.head@barcap.com
edward.kyritz@barcap.com
eric.jaeger@barcap.com
geir.espeskog@barcap.com
george.karvounis@barcap.com
gleb.sandmann@barcap.com
glenda.kao@barcap.com
graham.rainbow@barcap.com
herleif.haavik@barcap.com
hughes.geslin@barcap.com
ian.hunter@barcap.com
jackie.reid@barcap.com
jae.ahn@barcap.com
jason.kastner@barcap.com
jean.chan@barcap.com
jenny.chung@barcap.com
jerry.williams@barcap.com
jesse.mcdougall@barcap.com
jim.murphy@barcap.com
jinki.hong@barcap.com
john.hopper@barcap.com
john.kerslake@barcap.com
john.mahon@barcap.com
john.porter@barcap.com
jon.gresham@barcap.com
joshi.dhiren@barcap.com
joshua.farber@barcap.com
k.richards@barcap.com
karam.deol@barcap.com
karl.nolson@barcap.com
katja.werner@barcap.com
keith.davies@barcap.com
kenneth.baynes@barcap.com
kevin.aepli@barcap.com

**Company & Corresponding Email Addresses**

kevin.thompson@barcap.com
kirk.harrison@barcap.com
laurent.fransolet@barcap.com
leanne.rouse@barcap.com
lina.taher@barcap.com
luc.paillard@barcap.com
malika.muhammad@barcap.com
marc.aylett@barcap.com
marc.slakmon@barcap.com
martin.juillard@barcap.com
matthew.hegarty@barcap.com
matthieu.chauvel@barcap.com
maurizio.alfano@barcap.com
melissa.curry@barcap.com
michael.stanley@barcap.com
michele.yap@barcap.com
mike.wojtowicz@barcap.com
mirko.milojevic@barcap.com
nagi.bedawi@barcap.com
nathaly.molle@barcap.com
nick.leyhane@barcap.com
oban.breathnach@barcap.com
oliva.stefania@barcap.com
oscar.wu@barcap.com
panayiotis.teklos@barcap.com
pat.quilty@barcap.com
patricia.jamal@barcap.com
patricia.moore@barcap.com
paul.smith3@barcap.com
peter.kaufmann@barcap.com
peter.lindstrom@barcap.com
peter.spence@barcap.com
phil.sheridan@barcap.com
philip.rosenstrach@barcap.com
phyllis.chang@barcap.com
quan.lee@barcap.com
ramal.chatterjee@barcap.com
ravin.onakan@barcap.com
regis.loeb@barcap.com
richard.hughes4@barcap.com
robert.white@barcap.com
rupesh.tailor@barcap.com
sarah.mcgill@barcap.com
scott.tindle@barcap.com
sean.hodgson@barcap.com
sebastien.dimeo@barcap.com
silvia.suarez@barcap.com
simon.long@barcap.com
stephen.stretton@barcap.com
stuart.urquhart@barcap.com
sudeep.sarma@barcap.com
theresa.martino@barcap.com
thorsten.knoth@barcap.com
thorsten.polleit@barcap.com

## Company & Corresponding Email Addresses

tim.spencer@barcap.com
tim.stephens@barcap.com
trevor.mundt@barcap.com
vincent.dumontoy@barcap.com
wing.chau@barcap.com
zhiwei.feng@barcap.com
zulekha.lakhani@barcap.com

### barclayglobal
paul.harrison@barclayglobal.com

### barclayi
bbolen@barclayi.com
cbeal@barclayi.com
jeckert@barclayi.com
tbattle@barclayi.com

### barclays
alain.pavan@bpb.barclays.com
alessio.falino@barclays.co.uk
almudena.benedit@barclays.com
ana.damaia@barclays.co.uk
andrew.fisher@barclays.co.uk
andrew.k.reid@barclays.com
anne-cecile.de-laulanie@barclays.co.uk
anthony.brooks@barclays.co.uk
arnab.roychowdhury@barclays.co.uk
ayesha.akbar@barclays.co.uk
ben.gee@barclays.com
carlos.perez.parada@barclays.com
chantal.dubo@barclays.co.uk
christophe.servoin@barclays.fr
claire.bennison@barclays.co.uk
colin.lunnon@barclays.co.uk
daniel.krimholtz@barclays.co.uk
david.breach@barclays.co.uk
david.ferguson@barclays.co.uk
david.harbage@barclays.co.uk
david.liston@barclays.com
debbie.cozens@barclays.co.uk
debbie.sager@barclays.com
dimitrios.tzililis@barclays.co.uk
doug.challis@barclays.co.uk
eduardo.ratier@barclays.co.uk
eleanore.dachicourt@barclays.co.uk
frederic.isaac@barclays.fr
gael.dalpan@bpb.barclays.com
gary.kelly@barclays.co.uk
harriet.phillips@barclays.co.uk
helen.eydens@barclays.com
henri.riey@barclays.co.uk
howard.wimpory@barclays.co.uk
hugh.graham@barclays.co.uk
ian.hodges@barclays.co.uk
jacobo.penaranda@barclays.co.uk
jaime.amselem@barclays.com
james.cure@barclays.co.uk

**Company & Corresponding Email Addresses**

jean-marc.divoux@barclays.co.uk
jean-paul.trotet@barclays.co.uk
jean-philippe.scholler@barclays.fr
jeremy.wilson@barclays.co.uk
jerry.stock@barclays.co.uk
jim.kean@barclays.co.uk
jim.wood-smith@barclays.co.uk
john.hopper@barclays.com
john.young@barclays.co.uk
jon.lowes@barclays.co.uk
jose.castellon@barclays.co.uk
jose-manuel.uribarren@barclays.co.uk
justin.simler@barclays.co.uk
karen.aubouy@bpb.barclays.com
luan.huynh@barclays.com
manuel.pareja@barclays.co.uk
mark.santall@barclays.co.uk
mark.winter@barclays.co.uk
marta.de.juan@barclays.com
martin.kensett@barclays.co.uk
max.zaltsman@barclays.com
melanie.brown@barclays.com
michael.green@barclays.co.uk
nassim.cheurfi@barclays.fr
olivier.stul@barclays.fr
patrick.buxton@barclays.co.uk
paul.beach@barclays.co.uk
peter.goshawk@barclays.co.uk
peter.hanlon@barclays.co.uk
philippe.lencou@barclays.co.uk
pierre.bose@barclays.co.uk
polin.foo@barclays.com
rachid.jdidi@barclays.co.uk
richard.o'connell@barclays.co.uk
richard.schreuder@barclays.co.uk
richard.taylor1@barclays.co.uk
roberto.protei@barclays.co.uk
robin.perry@barclays.co.uk
roland.brunner@bpb.barclays.com
romaine.tavernier@bpb.barclays.com
ross.ferguson@barclays.co.uk
scott.goodfellow@barclays.co.uk
sid.malik@bpb.barclays.com
simon.cawdery@barclays.co.uk
simon.chatterton@barclays.co.uk
simon.clark@barclays.co.uk
simon.clark@barclays.com
simon.gunning@barclays.co.uk
stephane.zeisel@barclays.com
steven.moss@barclays.com
stuart.taylor1@barclays.co.uk
william.hughes@barclays.co.uk
**barclaysasia**
darren.tong@barclaysasia.com

**Company & Corresponding Email Addresses**

jason.tang@barclaysasia.com

**barclayscapital**

aisling.coleman@barclayscapital.com
albert.desclee@barclayscapital.com
andrew.day@barclayscapital.com
andy.cope@barclayscapital.com
anil.saddi@barclayscapital.com
arpan.patel@barclayscapital.com
arup.ghosh@barclayscapital.com
bcsa-research@barclayscapital.com
ben.murison@barclayscapital.com
benedict.redmond@barclayscapital.com
cabot.henderson@barclayscapital.com
candy.baffour-awuah@barclayscapital.com
cave.montazeri@barclayscapital.com
christophe.thomas@barclayscapital.com
clarke.smith@barclayscapital.com
david.tattan@barclayscapital.com
dhvani.gupta@barclayscapital.com
dominick.emmanuelli@barclayscapital.com
eamonn.long@barclayscapital.com
fabrizio.boaron@barclayscapital.com
francis.liwanag@barclayscapital.com
franck.lacour@barclayscapital.com
gianmarco.cappellari@barclayscapital.com
graham.rennison@barclayscapital.com
jan.wassenaar@barclayscapital.com
jason.rogers@barclayscapital.com
jasper.boersma@barclayscapital.com
jeffrey.marcus@barclayscapital.com
jesse.mcdougall@barclayscapital.com
jim.adkin@barclayscapital.com
johan.lindqvist@barclayscapital.com
john.cahill@barclayscapital.com
john.wake@barclayscapital.com
joseph.bechara@barclayscapital.com
khenghoe.ng@barclayscapital.com
kristof.kaldau@barclayscapital.com
laurent.barocas@barclayscapital.com
laurent.perriat@barclayscapital.com
lee.phillips2@barclayscapital.com
marc.ohayon@barclayscapital.com
mark.dearlove@barclayscapital.com
mark.merzon@barclayscapital.com
martin.lewis@barclayscapital.com
massimo.todaro@barclayscapital.com
michael.nelson2@barclayscapital.com
miguel.bacal@barclayscapital.com
natasha.jhunjhunwala@barclayscapital.com
nathan.bance@barclayscapital.com
navneet.kaur@barclayscapital.com
nick.parkhouse@barclayscapital.com
oscarhuettner@barclayscapital.com
paul.pollington@barclayscapital.com

**Company & Corresponding Email Addresses**

philippe.henry@barclayscapital.com
ralf.kalt@barclayscapital.com
rene.casis@barclayscapital.com
robert.bradbury@barclayscapital.com
rohan.tawadey@barclayscapital.com
shunsuke.kabaya@barclayscapital.com
simon.polbennikov@barclayscapital.com
smadar.mishan@barclayscapital.com
stefan.schmid@barclayscapital.com
szeyee.chan@barclayscapital.com
tadashi.tago@barclayscapital.com
thomas.pietrobelli@barclayscapital.com
thomas.tan@barclayscapital.com
timothy.keenan@barclayscapital.com
tom.kellet@barclayscapital.com
victoria.chittock@barclayscapital.com
victoria.sharpe@barclayscapital.com
vijay.s.chauhan@barclayscapital.com
vladimir.portnykh@barclayscapital.com
wim.boekema@barclayscapital.com

**barclayscorporate**

tony.kemp@barclayscorporate.com

**barclaysglobal**

adam.levi@barclaysglobal.com
adam.townsend@barclaysglobal.com
adi.behari@barclaysglobal.com
adil.syed@barclaysglobal.com
agnes.hong@barclaysglobal.com
ahmed.talhaoui@barclaysglobal.com
akhlaq.chowdhury@barclaysglobal.com
alan.hall@barclaysglobal.com
alan.stuart-grant@barclaysglobal.com
alex.claringbull@barclaysglobal.com
alex.dale@barclaysglobal.com
alex.kown@barclaysglobal.com
alex.lanwarne@barclaysglobal.com
alex.rivera@barclaysglobal.com
alexandra.sheridan@barclaysglobal.com
alexandre.germak@barclaysglobal.com
ali.almufti@barclaysglobal.com
ali.jahansouz@barclaysglobal.com
alice.keegan@barclaysglobal.com
alistair.harding-smith@barclaysglobal.com
allan.lane@barclaysglobal.com
almond.goduti@barclaysglobal.com
amanda.cox@barclaysglobal.com
amy.ho@barclaysglobal.com
amy.sakaldasis@barclaysglobal.com
amy.whitelaw@barclaysglobal.com
amy@barclaysglobal.com
anand.iyer@barclaysglobal.com
anand.sinha@barclaysglobal.com
ananth.madhavan@barclaysglobal.com
andrea.dericcardis@barclaysglobal.com

**Company & Corresponding Email Addresses**

andrea.wastell@barclaysglobal.com
andrew.berry@barclaysglobal.com
andrew.dales@barclaysglobal.com
andrew.dalgleish@barclaysglobal.com
andrew.essig@barclaysglobal.com
andrew.harrison@barclaysglobal.com
andrew.spencer@barclaysglobal.com
andrew.wealls@barclaysglobal.com
andrew.widdows@barclaysglobal.com
andrew.winn@barclaysglobal.com
andy.burrell@barclaysglobal.com
andy.hartley@barclaysglobal.com
andy.hunt@barclaysglobal.com
angie.au-yeung@barclaysglobal.com
anisha.hirani@barclaysglobal.com
ann.liu@barclaysglobal.com
anna.hawley@barclaysglobal.com
anne.matlock@barclaysglobal.com
anthony.eggington@barclaysglobal.com
anthony.fashana@barclaysglobal.com
anthony.liu@barclaysglobal.com
anthony.panter@barclaysglobal.com
anthony.pryor@barclaysglobal.com
armen.anjargholi@barclaysglobal.com
arvind.bhandari@barclaysglobal.com
aubrey.basdeo@barclaysglobal.com
audrey.leeman@barclaysglobal.com
axel.lomholt@barclaysglobal.com
aydin.uysal@barclaysglobal.com
barry.widdows@barclaysglobal.com
ben.meng@barclaysglobal.com
ben.ming@barclaysglobal.com
benjamin.brodsky@barclaysglobal.com
benjamin.imelhaine@barclaysglobal.com
benoy.thomas@barclaysglobal.com
bernie.tew@barclaysglobal.com
bgi.firesearch@barclaysglobal.com
bgikm.operations@barclaysglobal.com
bin.zeng@barclaysglobal.com
bing.yan@barclaysglobal.com
binu.george@barclaysglobal.com
blake@barclaysglobal.com
brandi.gaudet@barclaysglobal.com
brenda.vales@barclaysglobal.com
brendan.galloway@barclaysglobal.com
brent.canada@barclaysglobal.com
brent.hicks@barclaysglobal.com
brett.sadler@barclaysglobal.com
brian.crane@barclaysglobal.com
brian.lysiak@barclaysglobal.com
brian.zalaznick@barclaysglobal.com
bruce.lavine@barclaysglobal.com
bryan.cameron@barclaysglobal.com
bryan.jacobi@barclaysglobal.com

**Company & Corresponding Email Addresses**

bryan.smith@barclaysglobal.com
burke.treidler@barclaysglobal.com
calvin.huang@barclaysglobal.com
calvin.lee@barclaysglobal.com
carl.gilchrist@barclaysglobal.com
carla.monge@barclaysglobal.com
carmen.turner@barclaysglobal.com
carol.lee@barclaysglobal.com
carolyn.lantz@barclaysglobal.com
carter.lyons@barclaysglobal.com
cayman.seacrest@barclaysglobal.com
celeste.wong@barclaysglobal.com
chad.jacobs@barclaysglobal.com
chad.meuse@barclaysglobal.com
chad.reed@barclaysglobal.com
chalida.meas@barclaysglobal.com
changhwan.sung@barclaysglobal.com
charles.griffith@barclaysglobal.com
charles.lee@barclaysglobal.com
charles.lenfest@barclaysglobal.com
charles.xie@barclaysglobal.com
chinte.liu@barclaysglobal.com
chip.stevens@barclaysglobal.com
chris.barr@barclaysglobal.com
chris.bliss@barclaysglobal.com
chris.brown2@barclaysglobal.com
chris.sutton@barclaysglobal.com
christian.willard@barclaysglobal.com
christina.polischuk@barclaysglobal.com
christoffer.jonsson@barclaysglobal.com
christopher.muth@barclaysglobal.com
christopher.shayne@barclaysglobal.com
christopher.stevenson@barclaysglobal.com
cindy.andresen@barclaysglobal.com
cindy.bernhardt@barclaysglobal.com
claire.simpson@barclaysglobal.com
clay.armistead@barclaysglobal.com
cliff.wood@barclaysglobal.com
clinton.newman@barclaysglobal.com
cole.feinberg@barclaysglobal.com
connie.fischer@barclaysglobal.com
corby.robinson@barclaysglobal.com
corin.frost@barclaysglobal.com
craig.peters@barclaysglobal.com
creighton.jue@barclaysglobal.com
crystal.kwok@barclaysglobal.com
curtis.ruoff@barclaysglobal.com
dagmar.nikles@barclaysglobal.com
dale.hogan@barclaysglobal.com
dan.ransenberg@barclaysglobal.com
dan.rosenbaum@barclaysglobal.com
dana.jensen@barclaysglobal.com
daniel.bergstresser@barclaysglobal.com
daniel.gallegos@barclaysglobal.com

**Company & Corresponding Email Addresses**

daniel.mayston@barclaysglobal.com
daniel.morillo@barclaysglobal.com
daniel.saieh@barclaysglobal.com
daniel.simpson@barclaysglobal.com
daniel.veiner@barclaysglobal.com
danny.meidan@barclaysglobal.com
darren.wills@barclaysglobal.com
darren.winstone@barclaysglobal.com
david.buttle@barclaysglobal.com
david.campbell@barclaysglobal.com
david.castellanos@barclaysglobal.com
david.chapman@barclaysglobal.com
david.clark@barclaysglobal.com
david.geffen@barclaysglobal.com
david.lahorgue@barclaysglobal.com
david.lonergan@barclaysglobal.com
david.piazza@barclaysglobal.com
david.semaya@barclaysglobal.com
david.webb@barclaysglobal.com
dean.shenton@barclaysglobal.com
debbie.mah@barclaysglobal.com
denise.olding@barclaysglobal.com
derek.walker@barclaysglobal.com
dhruv.mallick@barclaysglobal.com
diane.hsiung@barclaysglobal.com
diane.shew@barclaysglobal.com
dina.ting@barclaysglobal.com
dion.roseman@barclaysglobal.com
dominic.constanza@barclaysglobal.com
dominic.pegler@barclaysglobal.com
donal.o'neill@barclaysglobal.com
donny.tjandra@barclaysglobal.com
douglas.graham@barclaysglobal.com
downchr@barclaysglobal.com
duncan.fergusson@barclaysglobal.com
duncan.fraser@barclaysglobal.com
duncan.smith@barclaysglobal.com
dylan.hughes@barclaysglobal.com
eben.vanwyk@barclaysglobal.com
ed.corallo@barclaysglobal.com
ed.oetinger@barclaysglobal.com
eddy.vataru@barclaysglobal.com
edric.saito@barclaysglobal.com
edward.wandasiewicz@barclaysglobal.com
edward.wright@barclaysglobal.com
eleanor.defreitas@barclaysglobal.com
eloy.prieto@barclaysglobal.com
emma.ritchie@barclaysglobal.com
eri.ito@barclaysglobal.com
eric.bak@barclaysglobal.com
eric.clothier@barclaysglobal.com
eric.fifer@barclaysglobal.com
eric.kisslinger@barclaysglobal.com
eric.neis@barclaysglobal.com

**Company & Corresponding Email Addresses**

eric.steffen@barclaysglobal.com
eric.wong@barclaysglobal.com
ernie.chow@barclaysglobal.com
evariste.verchere@barclaysglobal.com
eve.scrivener@barclaysglobal.com
extella.jones@barclaysglobal.com
ferian.juwano@barclaysglobal.com
ferian.juwono@barclaysglobal.com
fernando.cabrales@barclaysglobal.com
fiona.colley@barclaysglobal.com
Fiona.Harrington@barclaysglobal.com
fixincome.bgieurope@barclaysglobal.com
florian.bardong@barclaysglobal.com
frank.yu@barclaysglobal.com
frank.zhang@barclaysglobal.com
fred.dopfel@barclaysglobal.com
fred.goetzke@barclaysglobal.com
freddy.huynh@barclaysglobal.com
frederic.favre@barclaysglobal.com
fredrik.axsater@barclaysglobal.com
garth.flannery@barclaysglobal.com
gary.clark@barclaysglobal.com
gary.downie@barclaysglobal.com
gearoid.neligan@barclaysglobal.com
geoff.keith@barclaysglobal.com
george.madrigal@barclaysglobal.com
george.oconnor@barclaysglobal.com
george.poyiadjis@barclaysglobal.com
gerald.garvey@barclaysglobal.com
gerard.vanleusden@barclaysglobal.com
giancarlo.agurto@barclaysglobal.com
glenn.smith@barclaysglobal.com
gordon.readey@barclaysglobal.com
grace.zhang@barclaysglobal.com
graeme.carnochan@barclaysglobal.com
graeme.dewar@barclaysglobal.com
graham.dewar@barclaysglobal.com
graham.hepher@barclaysglobal.com
grainne.carey@barclaysglobal.com
greg.asher@barclaysglobal.com
gregg.murrell@barclaysglobal.com
gregory.nutt@barclaysglobal.com
gregory.savage@barclaysglobal.com
haiwei.li@barclaysglobal.com
hannah.skeates@barclaysglobal.com
hanqing.tian@barclaysglobal.com
haydn.davies@barclaysglobal.com
heather.degarmo@barclaysglobal.com
heather.rooke@barclaysglobal.com
hedi.katz@barclaysglobal.com
heidi.dallamore@barclaysglobal.com
helen.eun@barclaysglobal.com
helen.zha@barclaysglobal.com
helena.kent@barclaysglobal.com

## Company & Corresponding Email Addresses

henrietta.pacquement@barclaysglobal.com
holly.smith@barclaysglobal.com
hongleng.chuah@barclaysglobal.com
howard.wu@barclaysglobal.com
howe.ng@barclaysglobal.com
hubert.dejesus@barclaysglobal.com
hubert.lee@barclaysglobal.com
hugh.cutler@barclaysglobal.com
hussein.safa@barclaysglobal.com
ian.williams@barclaysglobal.com
ignacio.blanch@barclaysglobal.com
indranil.barari@barclaysglobal.com
inma.pena@barclaysglobal.com
ittiphan.jearkjirm@barclaysglobal.com
ivania.dobles@barclaysglobal.com
jabaz.mathai@barclaysglobal.com
jaime.lee@barclaysglobal.com
jalal.akhavein@barclaysglobal.com
james.attwell@barclaysglobal.com
james.galliland@barclaysglobal.com
james.lim@barclaysglobal.com
james.middleton@barclaysglobal.com
james.pomery@barclaysglobal.com
james.templeman@barclaysglobal.com
jamie.gurton@barclaysglobal.com
jane.leung@barclaysglobal.com
jane.montana@barclaysglobal.com
janet.chow@barclaysglobal.com
janet.oram@barclaysglobal.com
janine.guillot@barclaysglobal.com
jason.draut@barclaysglobal.com
jason.gordon@barclaysglobal.com
jason.lamacchia@barclaysglobal.com
jason.strofs@barclaysglobal.com
jatin.vara@barclaysglobal.com
javier.rodriguez@barclaysglobal.com
jay.vyas@barclaysglobal.com
jayesh.patel@barclaysglobal.com
jeff.clapp@barclaysglobal.com
jeff.geib@barclaysglobal.com
jeff.hilton@barclaysglobal.com
jeff.hord@barclaysglobal.com
jeff.lenamon@barclaysglobal.com
jeff.shen@barclaysglobal.com
jenelle.dito@barclaysglobal.com
jennifer.barker@barclaysglobal.com
jennifer.gurr@barclaysglobal.com
jennifer.hole@barclaysglobal.com
jennifer.hsui@barclaysglobal.com
jennifer.kwai@barclaysglobal.com
jenny.bright@barclaysglobal.com
jenny.murkes@barclaysglobal.com
jermaine.pierre@barclaysglobal.com
jerry.millendorf@barclaysglobal.com

**Company & Corresponding Email Addresses**

jesper.madsen@barclaysglobal.com
jess.nuttridge@barclaysglobal.com
jesse.cox@barclaysglobal.com
jianming.kou@barclaysglobal.com
jihwan.choi@barclaysglobal.com
jim.amorella@barclaysglobal.com
jim.chan@barclaysglobal.com
jim.chin@barclaysglobal.com
jim.gilliland@barclaysglobal.com
jim.hwang@barclaysglobal.com
jim.keagy@barclaysglobal.com
jim.lewis@barclaysglobal.com
jim.millard@barclaysglobal.com
jim.wang@barclaysglobal.com
jimmy.huang@barclaysglobal.com
jiten.samani@barclaysglobal.com
joanne.edwards@barclaysglobal.com
joel.silva@barclaysglobal.com
johannes.pretorius@barclaysglobal.com
john.blackmoresquires@barclaysglobal.com
john.buck@barclaysglobal.com
john.cheng@barclaysglobal.com
john.dewey@barclaysglobal.com
john.ho@barclaysglobal.com
john.maskell@barclaysglobal.com
john.pirone@barclaysglobal.com
john.ricci@barclaysglobal.com
john.schardin@barclaysglobal.com
john.scruggs@barclaysglobal.com
john.simpson@barclaysglobal.com
john.sulski@barclaysglobal.com
jonathan.baker@barclaysglobal.com
jonathan.burrows@barclaysglobal.com
jonathan.cohen@barclaysglobal.com
jonathan.curry@barclaysglobal.com
jonathan.graves@barclaysglobal.com
jonathan.howe@barclaysglobal.com
jonathan.lamb@barclaysglobal.com
jonathan.lansing@barclaysglobal.com
jonathan.ligon@barclaysglobal.com
jonathan.masse@barclaysglobal.com
jonathan.morgan@barclaysglobal.com
jonathan.mundy@barclaysglobal.com
jonathan.pye@barclaysglobal.com
jonathan.sissen@barclaysglobal.com
jonathan.willis@barclaysglobal.com
joselle.duncan@barclaysglobal.com
joseph.caminiti@barclaysglobal.com
joseph.kippels@barclaysglobal.com
joseph.linhares@barclaysglobal.com
josephine.chu@barclaysglobal.com
josh.taft@barclaysglobal.com
joshua.margulies@barclaysglobal.com
juan.medina-mora@barclaysglobal.com

## Company & Corresponding Email Addresses

judy.wong@barclaysglobal.com
juhee.khetrapal@barclaysglobal.com
julia.belford@barclaysglobal.com
julia.wu@barclaysglobal.com
julian.fischer@barclaysglobal.com
julian.marks@barclaysglobal.com
juliana.hastings@barclaysglobal.com
julie.hillier@barclaysglobal.com
julie.winterburn@barclaysglobal.com
jung.cho@barclaysglobal.com
junmin.hu@barclaysglobal.com
justin.herlihy@barclaysglobal.com
justin.louis@barclaysglobal.com
justin.rozek@barclaysglobal.com
kalpana.bhat@barclaysglobal.com
kaori.ono@barclaysglobal.com
karen.chaltikian@barclaysglobal.com
karen.temple@barclaysglobal.com
kari.sigurdsson@barclaysglobal.com
karim.khiar@barclaysglobal.com
karl.cheng@barclaysglobal.com
kasey.tu@barclaysglobal.com
kate.jones@barclaysglobal.com
kathy.taylor@barclaysglobal.com
katrina.gil@barclaysglobal.com
kaushal.shah@barclaysglobal.com
kaushik.saha@barclaysglobal.com
kayma.croker-liburd@barclaysglobal.com
ked.hogan@barclaysglobal.com
keiko.kimura@barclaysglobal.com
keith.berry@barclaysglobal.com
keith.kelsall@barclaysglobal.com
kelly.torok@barclaysglobal.com
ken.kroner@barclaysglobal.com
ken.millman@barclaysglobal.com
ken.zhu@barclaysglobal.com
keshava.shastry@barclaysglobal.com
ketan.gada@barclaysglobal.com
kevin.franklin@barclaysglobal.com
kevin.kneafsey@barclaysglobal.com
kevin.koch@barclaysglobal.com
kevin.mcnulty@barclaysglobal.com
kevin@barclaysglobal.com
khanh.nguyen@barclaysglobal.com
khoabane.phoofolo@barclaysglobal.com
kimia.zabetian@barclaysglobal.com
kirk.leung@barclaysglobal.com
konstantin.nemnov@barclaysglobal.com
krishan.gopaul@barclaysglobal.com
kristin.bradbury@barclaysglobal.com
kristopher.heck@barclaysglobal.com
kunal.ghosh@barclaysglobal.com
kurt.klimenko@barclaysglobal.com
kurt.won@barclaysglobal.com

**Company & Corresponding Email Addresses**

kyo.koyama@barclaysglobal.com
lachlan.french@barclaysglobal.com
larry.zhang@barclaysglobal.com
lathrus@barclaysglobal.com
laura.algera@barclaysglobal.com
laura.gill@barclaysglobal.com
laura.henderson-leather@barclaysglobal.com
laura.nemeth@barclaysglobal.com
laura.peres@barclaysglobal.com
laura.woo@barclaysglobal.com
lauritz.ringdal@barclaysglobal.com
lech.panowicz@barclaysglobal.com
lee.sterne@barclaysglobal.com
leeann.auer@barclaysglobal.com
lei.fu@barclaysglobal.com
leland.clemons@barclaysglobal.com
leon.barzman@barclaysglobal.com
leslie.gambon@barclaysglobal.com
li.huang@barclaysglobal.com
liang.qiao@barclaysglobal.com
lilian.wan@barclaysglobal.com
lin.cui@barclaysglobal.com
linus.svensson@barclaysglobal.com
lise-lotte.smith@barclaysglobal.com
lorna.potts@barclaysglobal.com
lotta.smith@barclaysglobal.com
louise.holmes@barclaysglobal.com
lu.dalessandro@barclaysglobal.com
lucy.charmeton@barclaysglobal.com
lucy.thompson@barclaysglobal.com
lucy.watts@barclaysglobal.com
luke.squires@barclaysglobal.com
luke.tieman@barclaysglobal.com
lysa.nickels@barclaysglobal.com
lysa.nicklas@barclaysglobal.com
malcolm.smith@barclaysglobal.com
manjunath.boraiah@barclaysglobal.com
manus.stapleton@barclaysglobal.com
manvendra.gupta@barclaysglobal.com
marc.knowles@barclaysglobal.com
marc.mander@barclaysglobal.com
marcel.bahoshy@barclaysglobal.com
marco.merz@barclaysglobal.com
marcus.rudler@barclaysglobal.com
marcus.tom@barclaysglobal.com
mariana.egan@barclaysglobal.com
mariela.jobson@barclaysglobal.com
mark.brandreth@barclaysglobal.com
mark.britten-jones@barclaysglobal.com
mark.butterworth@barclaysglobal.com
mark.coppejans@barclaysglobal.com
mark.easterbrook@barclaysglobal.com
mark.ferrari@barclaysglobal.com
mark.finley@barclaysglobal.com

## Company & Corresponding Email Addresses

mark.fitzgerald@barclaysglobal.com
mark.friebel@barclaysglobal.com
mark.haberecht@barclaysglobal.com
mark.khalil@barclaysglobal.com
mark.nordio@barclaysglobal.com
mark.r.fitzgerald@barclaysglobal.com
mark.reshke@barclaysglobal.com
mark.sodergren@barclaysglobal.com
mark.stephenson@barclaysglobal.com
mark.talbot@barclaysglobal.com
mark.taylor@barclaysglobal.com
mark.taylor2@barclaysglobal.com
marsha.jong@barclaysglobal.com
martin.humphries@barclaysglobal.com
martin.white@barclaysglobal.com
masaru.yamazaki@barclaysglobal.com
matt.timm@barclaysglobal.com
matt.tucker@barclaysglobal.com
matthew.annable@barclaysglobal.com
matthew.cramer@barclaysglobal.com
matthew.crawford@barclaysglobal.com
matthew.farrar@barclaysglobal.com
matthew.hurd@barclaysglobal.com
matthew.lau@barclaysglobal.com
matthew.lee@barclaysglobal.com
matthew.o'hara@barclaysglobal.com
matthew.potts@barclaysglobal.com
matthew.scanlan@barclaysglobal.com
max.kozlov@barclaysglobal.com
meiliu.nystedt@barclaysglobal.com
michael.a.clark@barclaysglobal.com
michael.chong@barclaysglobal.com
michael.evan@barclaysglobal.com
michael.gallagher@barclaysglobal.com
michael.gates@barclaysglobal.com
michael.harper@barclaysglobal.com
michael.korzeniowski@barclaysglobal.com
michael.melvin@barclaysglobal.com
michael.sobel@barclaysglobal.com
michael.sullivan@barclaysglobal.com
michael.wong@barclaysglobal.com
michael.woodward@barclaysglobal.com
michael@barclaysglobal.com
michele.patron@barclaysglobal.com
michelle.tran@barclaysglobal.com
mike.andrews@barclaysglobal.com
mike.kleyn@barclaysglobal.com
mike.lee@barclaysglobal.com
mike.rawson@barclaysglobal.com
mike.rierson@barclaysglobal.com
mike.shearer@barclaysglobal.com
minder.cheng@barclaysglobal.com
ming.chow@barclaysglobal.com
minhton.ha@barclaysglobal.com

## Company & Corresponding Email Addresses

miriam.bilekova@barclaysglobal.com
mital.bhayani@barclaysglobal.com
mohan.subbiah@barclaysglobal.com
moises.silva@barclaysglobal.com
monika.garcia@barclaysglobal.com
monika.lindeman@barclaysglobal.com
monir.ahmad@barclaysglobal.com
morgan.lee@barclaysglobal.com
morrine.thompson@barclaysglobal.com
mustufa.khan@barclaysglobal.com
muzahir.degani@barclaysglobal.com
naozer.dadachanji@barclaysglobal.com
natalie.pickering@barclaysglobal.com
navneet.arora@barclaysglobal.com
neil.ambler@barclaysglobal.com
neil.vassar@barclaysglobal.com
neill.carter@barclaysglobal.com
nelson.ramos@barclaysglobal.com
nicholas.craze@barclaysglobal.com
nicholas.du.cros@barclaysglobal.com
nick.baturin@barclaysglobal.com
nick.cherney@barclaysglobal.com
nick.cox@barclaysglobal.com
nick.pierce@barclaysglobal.com
nicolaas.marais@barclaysglobal.com
nicole.tranmer@barclaysglobal.com
niels.johnson@barclaysglobal.com
nil.barari@barclaysglobal.com
norman.lee@barclaysglobal.com
oleg.puzyrko@barclaysglobal.com
olena.datsenko@barclaysglobal.com
olessia.burner@barclaysglobal.com
oliver.mcmahon@barclaysglobal.com
olivia-leslie.loubiere@barclaysglobal.com
orlando.montalvo@barclaysglobal.com
pamela.young@barclaysglobal.com
pankaj.shah@barclaysglobal.com
paras.fancy@barclaysglobal.com
parul.shah@barclaysglobal.com
patricia.keogh@barclaysglobal.com
patrick.dunne@barclaysglobal.com
patrick.hoban@barclaysglobal.com
patrick.leung@barclaysglobal.com
patrick.oconnor@barclaysglobal.com
paul.battams@barclaysglobal.com
paul.chin@barclaysglobal.com
paul.cummins@barclaysglobal.com
paul.ebner@barclaysglobal.com
paul.henderson@barclaysglobal.com
paul.lacoursiere@barclaysglobal.com
paul.leonard@barclaysglobal.com
paul.saks@barclaysglobal.com
paul.wallace@barclaysglobal.com
paul.whitehead@barclaysglobal.com

**Company & Corresponding Email Addresses**

peter.christiansen@barclaysglobal.com
peter.cramer@barclaysglobal.com
peter.dabrowski@barclaysglobal.com
peter.day@barclaysglobal.com
peter.knez@barclaysglobal.com
peter.stanfield@barclaysglobal.com
peter.tsang@barclaysglobal.com
peter.wilson@barclaysglobal.com
peter.wood@barclaysglobal.com
phil.schade@barclaysglobal.com
philip.chen@barclaysglobal.com
philip.hsin@barclaysglobal.com
philip.lawson@barclaysglobal.com
philip.westpfel@barclaysglobal.com
phillip.boustridge@barclaysglobal.com
phillip.chen@barclaysglobal.com
pooja.malik@barclaysglobal.com
prashant.gupta@barclaysglobal.com
rachel.baratiak@barclaysglobal.com
ralph.smith@barclaysglobal.com
randall.malcolm@barclaysglobal.com
ranjit.attalia@barclaysglobal.com
ravi.goutam@barclaysglobal.com
reiko.tokukatsu@barclaysglobal.com
rene.casis@barclaysglobal.com
rhonda.vitanye@barclaysglobal.com
richard.brightman@barclaysglobal.com
richard.chen@barclaysglobal.com
richard.flint@barclaysglobal.com
richard.may@barclaysglobal.com
richard.meese@barclaysglobal.com
richard.sloan@barclaysglobal.com
richard.tsai@barclaysglobal.com
richard@barclaysglobal.com
rick.castro@barclaysglobal.com
rima.el-kawa@barclaysglobal.com
rob.bechard@barclaysglobal.com
rob.buckmaster@barclaysglobal.com
rob.gulden@barclaysglobal.com
robert.broadwell@barclaysglobal.com
robert.cosgrove@barclaysglobal.com
robert.fishbach@barclaysglobal.com
robert.fisher@barclaysglobal.com
robert.ginis@barclaysglobal.com
robert.shackleton@barclaysglobal.com
robert.shimell@barclaysglobal.com
rodolfo.martell@barclaysglobal.com
roger.lynch@barclaysglobal.com
roman.gutkovich@barclaysglobal.com
roman.swaton@barclaysglobal.com
ron.kahn@barclaysglobal.com
ronald.ratcliffe@barclaysglobal.com
rory.tobin@barclaysglobal.com
ross.james@barclaysglobal.com

**Company & Corresponding Email Addresses**

rowman.caguyong@barclaysglobal.com
rupert.lescott@barclaysglobal.com
russ.koesterich@barclaysglobal.com
russell.graham@barclaysglobal.com
russell.vernick@barclaysglobal.com
ryan.braniff@barclaysglobal.com
ryan.burkett@barclaysglobal.com
ryan.kim@barclaysglobal.com
ryan.martin@barclaysglobal.com
ryu.tsujikawa@barclaysglobal.com
sally.yu@barclaysglobal.com
salvatore.zeolla@barclaysglobal.com
sam.lloyd@barclaysglobal.com
sam.patel@barclaysglobal.com
sam.pulsford@barclaysglobal.com
samantha.bartlett@barclaysglobal.com
sameer.jain@barclaysglobal.com
sameer.parab@barclaysglobal.com
sami.mesrour@barclaysglobal.com
samuel.tung@barclaysglobal.com
sandra.guerrero@barclaysglobal.com
sanjay.soni@barclaysglobal.com
sanjay.yadav@barclaysglobal.com
sarah.curry@barclaysglobal.com
savio.rodrigues@barclaysglobal.com
scott.clifford@barclaysglobal.com
scott.cowling@barclaysglobal.com
scott.dohemann@barclaysglobal.com
scott.evans@barclaysglobal.com
scott.ireland@barclaysglobal.com
scott.radell@barclaysglobal.com
scott.richardson@barclaysglobal.com
scott.williamson@barclaysglobal.com
sean.hanley@barclaysglobal.com
sean.wills@barclaysglobal.com
seanna.johnson@barclaysglobal.com
sebastien.betermier@barclaysglobal.com
sebastien.guglietta@barclaysglobal.com
seth.weingram@barclaysglobal.com
shannon.vigil@barclaysglobal.com
shaun.ong@barclaysglobal.com
shawn.steel@barclaysglobal.com
sheila.cullinane@barclaysglobal.com
sherri.shaffer@barclaysglobal.com
sherry.ly@barclaysglobal.com
sid.swaminathan@barclaysglobal.com
simon.brailey@barclaysglobal.com
simon.huang@barclaysglobal.com
simon.martin@barclaysglobal.com
simon.morley@barclaysglobal.com
simon.n.williams@barclaysglobal.com
simon.pottinger@barclaysglobal.com
siva.sivasubramaniam@barclaysglobal.com
sonia.valencia@barclaysglobal.com

## Company & Corresponding Email Addresses

spencer.lee@barclaysglobal.com
spyros.skoulakis@barclaysglobal.com
sriram.reddy@barclaysglobal.com
stan.beckers@barclaysglobal.com
stefan.wills@barclaysglobal.com
stephanie.selinger@barclaysglobal.com
stephanie.yardley@barclaysglobal.com
stephen.bozeman@barclaysglobal.com
stephen.corliss@barclaysglobal.com
stephen.kim@barclaysglobal.com
stephen.lee@barclaysglobal.com
stephen.rafferty@barclaysglobal.com
stephen.rogers@barclaysglobal.com
stephen.schumm@barclaysglobal.com
steve.barrilleaux@barclaysglobal.com
steve.carnaby@barclaysglobal.com
steven.angelich@barclaysglobal.com
steven.cornew@barclaysglobal.com
steven.schoenfeld@barclaysglobal.com
steven.tze@barclaysglobal.com
stuart.burrows@barclaysglobal.com
stuart.doyle@barclaysglobal.com
stuart.forsyth@barclaysglobal.com
stuart.jarvis@barclaysglobal.com
stuart.owen@barclaysglobal.com
surj.sandher@barclaysglobal.com
susanna.jacob@barclaysglobal.com
suzy.ramos@barclaysglobal.com
tamzin.dossantos@barclaysglobal.com
tarik.ben-saud@barclaysglobal.com
ted.chen@barclaysglobal.com
teresa.kong@barclaysglobal.com
teresa.tan@barclaysglobal.com
terry.nercessian@barclaysglobal.com
thomas.burroughs@barclaysglobal.com
thomas.mcfarren@barclaysglobal.com
thomas.sponholtz@barclaysglobal.com
tibor.szikszai@barclaysglobal.com
tim.foord@barclaysglobal.com
tim.mcleod@barclaysglobal.com
tim.webb@barclaysglobal.com
tim.wong@barclaysglobal.com
timothy.murray@barclaysglobal.com
timothy.welch@barclaysglobal.com
tina.chen@barclaysglobal.com
ting.so@barclaysglobal.com
toby.warburton@barclaysglobal.com
tom.mccutchen@barclaysglobal.com
tom.mccuthen@barclaysglobal.com
tom.mcutchen@barclaysglobal.com
tom.nicholas@barclaysglobal.com
tom.parker@barclaysglobal.com
tom.stephens@barclaysglobal.com
tracy.clark@barclaysglobal.com

## Company & Corresponding Email Addresses

trent.larcombe@barclaysglobal.com
trevor.oliver@barclaysglobal.com
trevor.whelan@barclaysglobal.com
trisha.fitzpatrick@barclaysglobal.com
u-wen.kok@barclaysglobal.com
vicky.eatwell@barclaysglobal.com
victor.wong@barclaysglobal.com
vijay.rao@barclaysglobal.com
vincent.demartel@barclaysglobal.com
vincent.zhao@barclaysglobal.com
vinod.chandrashekaran@barclaysglobal.com
vishal.gupta@barclaysglobal.com
vishal.patel@barclaysglobal.com
vivian.wong@barclaysglobal.com
vroy@barclaysglobal.com
wei.li@barclaysglobal.com
wendy.beller@barclaysglobal.com
wendy.elwell@barclaysglobal.com
will.tanaka@barclaysglobal.com
william.barnes@barclaysglobal.com
william.flanagan@barclaysglobal.com
william.riley@barclaysglobal.com
william.stumpf@barclaysglobal.com
win.robbins@barclaysglobal.com
xiaoli.dang@barclaysglobal.com
xiaowei.li@barclaysglobal.com
yan.du@barclaysglobal.com
yan.ge@barclaysglobal.com
yang.chen@barclaysglobal.com
yared.woudneh@barclaysglobal.com
yasuhide.ogata@barclaysglobal.com
yoko.kondo@barclaysglobal.com
york.deavers@barclaysglobal.com
youngju.lee@barclaysglobal.com
zachary.moore@barclaysglobal.com
zifan.tang@barclaysglobal.com
zlatko.martinic@barclaysglobal.com

**barclaysmail**
bpb.gardanow@barclaysmail.com

**barclayswealth**
bonnie.smith@barclayswealth.com
paul.singer@barclayswealth.com
paul.stappard@barclayswealth.com
thuyquynh.dang@barclayswealth.com

**barep**
alain.casiraghi@barep.com
brice.tropper@barep.com
cedric.chone@barep.com
cyril.furtak@barep.com
cyril.lesmier@barep.com
daniel.pyc@barep.com
edouard.gomis@barep.com
eric.laplagne@barep.com
gilles.barret@barep.com

## Company & Corresponding Email Addresses
irene.luu@barep.com
ishay.emkies@barep.com
jamil.hallak@barep.com
kristell.agaesse@barep.com
laurent.kenigswald@barep.com
loic.henry@barep.com
marc.serafini@barep.com
nathalie.mariel@barep.com
nicolas-t.robin@barep.com
ollivier.courcier@barep.com
pierre.court@barep.com
romain.feraud@barep.com
sami.kermiche@barep.com
thierry.de-rycke@barep.com
wei.sun@barep.com

### barilla
a.colferai@barilla.it
c.mora@barilla.it
d.zoni@barilla.it
e.x@mail.barilla.it
e.zambini@barilla.it
f.barigazzi@barilla.it
f.poschi@barilla.it
l.russo@barilla.it
n.marcheselli@barilla.it
p.testi@barilla.it
v.ogliengo@barilla.it

### baring-asset
alan.leung@baring-asset.com
bob.cecere@baring-asset.com
chris.lees@baring-asset.com
crispin.cripwell@baring-asset.com
dan.savyckyj@baring-asset.com
jessica.lawrence@baring-asset.com
kazuhiro.okamura@baring-asset.com
kenji.hoki@baring-asset.com
kristina.burkey@baring-asset.com
maki.ohnuma@baring-asset.com
maria.perrone@baring-asset.com
mary.dunbrack@baring-asset.com
mieko.oketa@baring-asset.com
misako.yamashita@baring-asset.com
nabil.hamadeh@baring-asset.com
nobufusa.nabeshima@baring-asset.com
rosaly.lentini@baring-asset.com
thomas.melvin@baring-asset.com
tim.dowd@baring-asset.com
timothy.malloy@baring-asset.com
tsutomu.iwasawa@baring-asset.com
urban.larson@baring-asset.com
yoko.yoshimoto@baring-asset.com

### barings
andrew.lamb@barings.com
arisa.hata@barings.com

**Company & Corresponding Email Addresses**

atsushi.yamazaki@barings.com
john-paul.burke@barings.com
joji.maki@barings.com
manabu.tamaru@barings.com
mariko.isonuma@barings.com
shunji.ochiai@barings.com
susan.o'brien@barings.com
toyokazu.kaneko@barings.com
wataru.nishimura@barings.com

**barlcaysglobal**
gregg.murrell@barlcaysglobal.com

**barlcyas**
bishwa.limbu@barlcyas.co.uk

**barmenia**
frank.sievert@barmenia.de
petra.nithammer@barmenia.de

**barrettassociates**
rvoccolai@barrettassociates.com

**barrow**
zturnage@barrow.com

**barrowhanley**
amcgowan@barrowhanley.com
askipwith@barrowhanley.com
bchambers@barrowhanley.com
bquinn@barrowhanley.com
cmartin@barrowhanley.com
dganucheau@barrowhanley.com
dhardin@barrowhanley.com
dhodges@barrowhanley.com
dpetruzzelli@barrowhanley.com
eolson@barrowhanley.com
firesearch@barrowhanley.com
jbarrow@barrowhanley.com
jfahrenbruch@barrowhanley.com
jgilday@barrowhanley.com
jharloe@barrowhanley.com
jskinner@barrowhanley.com
lropp@barrowhanley.com
megenes@barrowhanley.com
mgiambrone@barrowhanley.com
mluchsinger@barrowhanley.com
mwetherington@barrowhanley.com
pandrews@barrowhanley.com
rengland@barrowhanley.com
rnixon@barrowhanley.com
rwrighton@barrowhanley.com
slantis@barrowhanley.com
smcdonald@barrowhanley.com
tculler@barrowhanley.com

**barrpart**
catherine@barrpart.com

**bart**
sschroe@bart.gov

**bartlett1898**

## Company & Corresponding Email Addresses

clenihan@bartlett1898.com
dfrancis@bartlett1898.com
eprofancik@bartlett1898.com
jdowden@bartlett1898.com
jkiss@bartlett1898.com
jwalburg@bartlett1898.com
kdowning@bartlett1898.com
kschlachter@bartlett1898.com
mmellis@bartlett1898.com
tsteele@bartlett1898.com

**bartlettinvestors**

jim@bartlettinvestors.com

**basf**

joachim.gauglitz@basf.com
ute.kaller@basf.com

**basf-ag**

klaus.jessen@basf-ag.de
klaus-j.boehm@basf-ag.de

**basler**

beat.wernli@basler.ch
pascal.netz@basler.ch
sylvia.foerster@basler.ch

**bass-net**

bbarrett@bass-net.com
clundy@bass-net.com
dcarrell@bass-net.com
kiverson@bass-net.com
ldafoe@bass-net.com
learle@bass-net.com
mcross@bass-net.com
phudson@bass-net.com

**bat**

charlotte_fink@bat.com
daniel_lui@bat.com
david_booth@bat.com
david_swann@bat.com
edwin_koeckhoven@bat.com
elizabeth_carlson@bat.com
gemma_hewitt@bat.com
leonardo_senra@bat.com
michael_prideaux@bat.com
nina_bainbridge@bat.com
paresh_aatkar@bat.com
paul_harrison@bat.com
paul_rhodes@bat.com
rachael_brierley@bat.com
ralph_edmondson@bat.com
sarah_youngson@bat.com
sean_whelan@bat.com
sharon_woodcock@bat.com

**batelco**

ndhanky@batelco.com.bh
taictwo@batelco.com.bh

**batlantico**

**Company & Corresponding Email Addresses**

agfatlant.lgonzalez@batlantico.es
jesus.asenjo@batlantico.es
jorge.martin@batlantico.es
luis.navia@batlantico.es
mcampanario@batlantico.es

**baupost**

abeer@baupost.com
bspector@baupost.com
byh@baupost.com
cab@baupost.com
cnelson@baupost.com
cnn@baupost.com
dan@baupost.com
distressed@baupost.com
dlr@baupost.com
dmn@baupost.com
dtn@baupost.com
esp@baupost.com
fks@baupost.com
gac@baupost.com
hsp@baupost.com
jaf@baupost.com
jag@baupost.com
jcc@baupost.com
jdf@baupost.com
jfm@baupost.com
jhd@baupost.com
jlc@baupost.com
kcr@baupost.com
ket@baupost.com
lag@baupost.com
lsvetlana@baupost.com
mck@baupost.com
mf@baupost.com
mfd@baupost.com
mj@baupost.com
rab@baupost.com
rcarona@baupost.com
richard@baupost.com
rmunger@baupost.com
sam@baupost.com
scd@baupost.com
snathan@baupost.com
sth@baupost.com
tcm@baupost.com
vpa@baupost.com
wagner@baupost.com

**bawag**

alexandra.primetzhofer@bawag.com
alfred.mittermann@bawag.com
anna-katharina.zimmel@bawag.com
christian.buettner@bawag.com
christina.stauber@bawag.com
d.balaz@bawag.com

## Company & Corresponding Email Addresses

daniel.jakowitsch@bawag.com
elisabeth.kaufmann@bawag.com
helmut.flieh@bawag.com
horst.lechner@bawag.com
ig@bawag.com
invest@bawag.com
johannes.nagy@bawag.com
johannes.stattmann@bawag.com
klaus.peternell@bawag.com
manfred.heller@bawag.com
manfred.rack@bawag.com
mariko.bamer@bawag.com
peter.muellauer@bawag.com
reno.kroboth@bawag.com
thomas.hackl@bawag.com
thomas.kraus@bawag.com
thomas.ruthner@bawag.com
ulrike.kunz@bawag.com
ursula.federsel@bawag.com
walter.windt@bawag.com

### bawagpsk

andrea.haberl@bawagpsk.com
bernhard.herzig@bawagpsk.com
harald.raffay@bawagpsk.com
michael.kastner@bawagpsk.com
philip.reading@bawagpsk.com
regina.oppitz-pfannhauser@bawagpsk.com
tamara.albrecht@bawagpsk.com
wolfgang.buresch@bawagpsk.com

### bawagpskfonds

daniel.stoessl@bawagpskfonds.at
gerhard.andert@bawagpskfonds.at
silvia.cova@bawagpskfonds.at

### bawgpsk

christian.koellich@bawgpsk.com

### bayer

cecilia.scully.b@bayer.com
christian.sarto.b@bayer.com
john.aratruda.b@bayer.com
robert.schoenleber@bayer.com

### bayer-ag

christian.held.ch@bayer-ag.de
frank.rittgen.fr@bayer-ag.de
gabriele.horst.gh@bayer-ag.de
marc-oliver.klemm@bayer-ag.de
markus.ritzauer.mr@bayer-ag.de
michael.kaltenborn.mk@bayer-ag.de
ralph-froehlich.rf@bayer-ag.de
roland.backes.rb@bayer-ag.de
stephan.schneider.ss1@bayer-ag.de
stephanie.kroesche.sk@bayer-ag.de
verena-jeanette.fister-rech.vf@bayer-ag.de

### bayerhealthcare

jutta.merzdorf@bayerhealthcare.com

## Company & Corresponding Email Addresses

martinbeuck@bayerhealthcare.com

**bayerischerueck**

agostino_galvagni@bayerischerueck.com
claudia_weir@bayerischerueck.com
stefan_bulla@bayerischerueck.com
udo_martinsohn@bayerischerueck.com

**bayermaterialscience**

mario.seesko@bayermaterialscience.com
thomas.binz@bayermaterialscience.com

**bayernhb**

bschinabeck@bayernhb.de
mwenzel@bayernhb.de

**bayernib**

rudolf.hanisch@bayernib.de

**bayerninvest**

andreas.kampe@bayerninvest.de
christian.weber@bayerninvest.de
dominik.jahnke@bayerninvest.de
frank.hermann@bayerninvest.de
helmut.schmitt@bayerninvest.de
holger.kammel@bayerninvest.de
joerg.marienhagen@bayerninvest.de
juergen.geib@bayerninvest.de
narciso.quijano@bayerninvest.de
tom.heineke@bayerninvest.de

**bayern-invest**

azak@bayern-invest.de
christian.mardeck@bayern-invest.de
gcordon@bayern-invest.de
hboscheinen@bayern-invest.de
ilocher@bayern-invest.de
mjust@bayern-invest.de
peer.emmrich@bayern-invest.de
rainer.schoellkopf@bayern-invest.de
robert.grund@bayern-invest.de
sdavid@bayern-invest.de
ssteiger@bayern-invest.de
ssteiner@bayern-invest.de
werner.mueller@bayern-invest.de

**bayernlb**

alexander.berger@bayernlb.de
alexander.hill@bayernlb.de
alexander.krebs@bayernlb.com
alfred.anner@bayernlb.de
alfred.mundner@bayernlb.com
andreas.engesser@bayernlb.de
andreas.h.schmidt@bayernlb.de
andreas.vambrie@bayernlb.de
antoine.caudrillier@bayernlb.de
assem.el-alami@bayernlb.de
beate.schuster@bayernlb.de
bernhard.birgmann@bayernlb.de
bernhard.lehner@bayernlb.de
bernhard.steege@bayernlb.de

**Company & Corresponding Email Addresses**

christian.fuechsl@bayernlb.de
christian.trost@bayernlb.com
christiane.hoppe-oehl@bayernlb.com
claus-peter.deglmann@bayernlb.com
conrad.clarke@bayernlb.co.uk
emmanuel.ballande@bayernlb.de
ernst.wittmann@bayernlb.de
florian.dittmer@bayernlb.de
florian.drexler@bayernlb.com
frank.burschel@bayernlb.de
frank.greisel@bayernlb.com
georg.haas@bayernlb.de
georg.huber1@bayernlb.com
gerhard.gribkowsky@bayernlb.de
hans-christoph.groscurth@bayernlb.de
harald.kaiser@bayernlb.de
harald.tanzer@bayernlb.de
hartmut.deglmann@bayernlb.de
herbert.marxen@bayernlb.com
holger.fertig@bayernlb.de
iris.kaltenhaeuser@bayernlb.de
irmin.haucke@bayernlb.de
irmin.hauke@bayernlb.com
jens.hennesser@bayernlb.de
jochen.geus@bayernlb.de
joerg.angele@bayernlb.de
joerg.babelotzky@bayernlb.de
johann.geiginger@bayernlb.de
john.lam@bayernlb.de
john-douglas.shires@bayernlb.de
josef.gruber@bayernlb.de
juergen.adamitza@bayernlb.de
juergen.wollitzer@bayernlb.de
klaus.wrobel@bayernlb.de
marius.bergander@bayernlb.com
markus.gaugenrieder@bayernlb.de
markus.steilen@bayernlb.com
martin.blasi@bayernlb.com
martina.steinberg@bayernlb.de
michael.hoffmann@bayernlb.de
nathan.evans@bayernlb.de
nicholas.atkinson@bayernlb.de
peter.posch@bayernlb.de
petra.friedrich@bayernlb.com
philip.chu@bayernlb.de
reiner.gesellmann@bayernlb.de
reiner.grupp@bayernlb.com
richarda.heubisch@bayernlb.de
rolf.maier@bayernlb.com
ronald.striegl@bayernlb.de
roswitha.droeber@bayernlb.de
rudolf.hofbauer@bayernlb.de
stefan.magerl@bayernlb.de
susanne.cubera@bayernlb.de

**Company & Corresponding Email Addresses**

tanja.wienckol@bayernlb.com
thomas.brenner@bayernlb.de
thomas.thieken@bayernlb.com
till.menges@bayernlb.de
timothy.tan@bayernlb.de
tobias.strelow@bayernlb.de
ulrike.brocke@bayernlb.de
volker.karioth@bayernlb.de
winfried.freygang@bayernlb.de

**bayernlbny**

bvonstuelpnagel@bayernlbny.com
canderson@bayernlbny.com
cdowd@bayernlbny.com
gstampfel@bayernlbny.com
jalbeck@bayernlbny.com
jcampagna@bayernlbny.com
jlafronz@bayernlbny.com
jlopez@bayernlbny.com
mtorres@bayernlbny.com
phealy@bayernlbny.com
rsauer@bayernlbny.com
sfielitz@bayernlbny.com
sschulman@bayernlbny.com
tagbabiaka@bayernlbny.com
twoodmaska@bayernlbny.com
uvonwietersheim@bayernlbny.com

**bayharbour**

amorro@bayharbour.com
jrevitz@bayharbour.com
jstout@bayharbour.com
kcellar@bayharbour.com
mfang@bayharbour.com
mherring@bayharbour.com
mthompson@bayharbour.com
pwainman@bayharbour.com
sgreenwald@bayharbour.com
sjain@bayharbour.com
smayse@bayharbour.com
ssanchez@bayharbour.com
ssozio@bayharbour.com
svandyke@bayharbour.com
thughes@bayharbour.com
tkovalsky@bayharbour.com
wleamon@bayharbour.com

**baylbny**

espinosa@baylbny.com
pobermann@baylbny.com
rgregory@baylbny.com

**bbandt**

apulliam@bbandt.com
bbaker@bbandt.com
bboughner@bbandt.com
bcarl@bbandt.com
beppard@bbandt.com

## Company & Corresponding Email Addresses

bfolger@bbandt.com
bgressette@bbandt.com
bguyler@bbandt.com
bmillikan@bbandt.com
cbreswitz@bbandt.com
ccampbell@bbandt.com
ckard@bbandt.com
crogers@bbandt.com
cwoschenko@bbandt.com
darthur@bbandt.com
dharrell-cayton@bbandt.com
dishee@bbandt.com
dlburnette@bbandt.com
dmaness@bbandt.com
dnolan@bbandt.com
dtjohnson@bbandt.com
efarls@bbandt.com
enell@bbandt.com
eraymond@bbandt.com
fmaybank@bbandt.com
geoff.williams@bbandt.com
ggore@bbandt.com
gguess@bbandt.com
gmckenzie@bbandt.com
gtowner@bbandt.com
iflores@bbandt.com
jbnicholson@bbandt.com
jbresnahan@bbandt.com
jcallahan@bbandt.com
jclancy@bbandt.com
jcwillis@bbandt.com
jellington@bbandt.com
jfoltz@bbandt.com
jforeman@bbandt.com
jkvantas@bbandt.com
jlowden@bbandt.com
jlowry@bbandt.com
jluke@bbandt.com
jmcclung@bbandt.com
jschappe@bbandt.com
kkapoor@bbandt.com
kkarlawish@bbandt.com
kmcnair@bbandt.com
ko'hara@bbandt.com
lfalchetta@bbandt.com
lgarland@bbandt.com
ljennette@bbandt.com
llamonica@bbandt.com
lrallen@bbandt.com
lthaxton@bbandt.com
marian.lane@bbandt.com
mary.turner@bbandt.com
mbfisher@bbandt.com
mbond@bbandt.com

## Company & Corresponding Email Addresses

mbrowning@bbandt.com
mgarey@bbandt.com
mmarley@bbandt.com
mskorich@bbandt.com
mvandyke@bbandt.com
psorento@bbandt.com
rhughes@bbandt.com
rlwilson@bbandt.com
rmann@bbandt.com
rrimkus@bbandt.com
rsong@bbandt.com
ryan.bierds@bbandt.com
scislo@bbandt.com
shawn.gibson@bbandt.com
siannini@bbandt.com
sowens@bbandt.com
speterfy@bbandt.com
srjohnson@bbandt.com
stephen.morgan@bbandt.com
tbehl@bbandt.com
tcliborne@bbandt.com
tcrawford@bbandt.com
tnicholson@bbandt.com
tpollack@bbandt.com
wbrundige@bbandt.com
yonjae.kwon@bbandt.com

### bbandtcm

jezell@bbandtcm.com
nfitzgerald@bbandtcm.com
rlambert@bbandtcm.com

### bbbank

detlef.lang@bbbank.de
markus.merkel@bbbank.de

### bbbsa

a.oddin@bbbsa.ch
b.desgardins@bbbsa.ch
e.vanraes@bbbsa.ch
g.grospierre@bbbsa.ch
invest@bbbsa.ch
jp.burki@bbbsa.ch
p.chandon-moet@bbbsa.ch
p.honegger@bbbsa.ch
p.kopitz@bbbsa.ch

### bbc

charlotte.lancaster@bbc.co.uk
clare.davidson@bbc.co.uk
dharshini.david@bbc.co.uk
emily.young@bbc.co.uk
evan.davis@bbc.co.uk
hannah.thomson@bbc.co.uk
jenny.scott@bbc.co.uk
jonty.bloom@bbc.co.uk
paul.mason.01@bbc.co.uk
stephanie.flanders@bbc.co.uk

**Company & Corresponding Email Addresses**

steve.schifferes@bbc.co.uk

**bbg**

howard.atkinson@bbg.co.uk
jadwiga.bialkowska@bbg.co.uk
jaswinder.sandher@bbg.co.uk
jessica.robinson@bbg.co.uk
kevin.burley@bbg.co.uk
mark.winter@bbg.co.uk
peter.j.green@bbg.co.uk
rosemary.thorne@bbg.co.uk
tim.bending@bbg.co.uk
tony.cowley@bbg.co.uk
tristan.allen@bbg.co.uk

**bbh**

andrew.myerson@bbh.com
andrew.randak@bbh.com
andrew.schonfeld@bbh.com
andrew.tucker@bbh.com
andy.denham@bbh.com
aneta.manceva@bbh.com
angela.uttaro@bbh.com
annie.yip@bbh.com
antoine.dieulot@bbh.com
arlene.chua@bbh.com
ates.civitci@bbh.com
ben.neumann@bbh.com
bill.buchanan@bbh.com
bill.vautin@bbh.com
bob.obrien@bbh.com
bradley.mitchell@bbh.com
brian.fox@bbh.com
brian.ventura@bbh.com
caitlin.mckillop@bbh.com
carlos.deleon@bbh.com
charles.izard@bbh.com
charles.miller@bbh.com
cherie.jeffries@bbh.com
chris.romaglino@bbh.com
christian.bolanos@bbh.com
christine.donovan@bbh.com
christoph.krey@bbh.com
christopher.benedict@bbh.com
christopher.elias@bbh.com
christopher.kinney@bbh.com
craig.knocke@bbh.com
cynthia.racine@bbh.com
daniel.andrade@bbh.com
daniel.montoya@bbh.com
daniel.silver@bbh.com
daniel.tse@bbh.com
daryl.armstrong@bbh.com
david.goggins@bbh.com
david.gorski@bbh.com
david.lee@bbh.com

**Company & Corresponding Email Addresses**

david.weibe@bbh.com
douglas.mark@bbh.com
ellen.morton@bbh.com
emlen.harmon@bbh.com
eric.szostek@bbh.com
evan.siamantouras@bbh.com
fanie.gouws@bbh.com
fergal.delaney@bbh.com
francois.marlier@bbh.com
frank.votta@bbh.com
galen.lockwood@bbh.com
gary.simonelli@bbh.com
gfa.dublin-boston@bbh.com
glen.mceachern@bbh.com
glenn.baker@bbh.com
gloria.wong@bbh.com
gordon.wan@bbh.com
gregory.steier@bbh.com
guillaume.engles@bbh.com
hadley.clark@bbh.com
harry.martin@bbh.com
hayley.xuereb@bbh.com
henry.blagden@bbh.com
j.vonsceiver@bbh.com
jake.a.gehret@bbh.com
james.evans@bbh.com
james.naklicki@bbh.com
james.strecker@bbh.com
james.tsang@bbh.com
jason.crawford@bbh.com
jason.hutt@bbh.com
jason.markowitz@bbh.com
jay.vansciver@bbh.com
jeff.barry@bbh.com
jeff.idler@bbh.com
jeff.oneill@bbh.com
jeffrey.adams@bbh.com
jerry.cubbin@bbh.com
jim.bertles@bbh.com
jim.heizer@bbh.com
jim.phillips@bbh.com
jingbo.zhang@bbh.com
john.ackler@bbh.com
john.brownlie@bbh.com
john.driscoll@bbh.com
john.herdje@bbh.com
john.mcdevitt@bbh.com
john.neff@bbh.com
john.nelson@bbh.com
johnpaul.drew@bbh.com
jonathan.adams@bbh.com
jorge.ibarra-rivera@bbh.com
joseph.mirsky@bbh.com
joseph.panchamsingh@bbh.com

**Company & Corresponding Email Addresses**

judith.pressat@bbh.com
julie.anderson@bbh.com
justin.cleator@bbh.com
karen.bottar@bbh.com
kate.fuller@bbh.com
katrina.lee@bbh.com
kay.strozewski@bbh.com
keith.becconsall@bbh.com
ken.lynch@bbh.com
kevin.hardage@bbh.com
kim.sarmotta@bbh.com
kirk.belinfanti@bbh.com
kristen.hayes@bbh.com
larry.stein@bbh.com
laurent.dorleac@bbh.com
lawrence.reis@bbh.com
leighton.waters@bbh.com
li.lei@bbh.com
lisa.snider@bbh.com
lori.guenther@bbh.com
lucien.norbrun@bbh.com
lucy.west@bbh.com
luke.mccabe@bbh.com
luke.morosanu@bbh.com
madison.tse@bbh.com
maria.di.vito@bbh.com
marina.yu@bbh.com
mark.curnin@bbh.com
mark.emrich@bbh.com
mark.payson@bbh.com
marla.sims@bbh.com
mary.messner@bbh.com
matthew.erlich@bbh.com
matthew.hyman@bbh.com
matthew.olivo@bbh.com
maureen.kelly@bbh.com
medeya.benidze@bbh.com
meg.browne@bbh.com
melissa.correia@bbh.com
michael.beckerman@bbh.com
michael.carbery@bbh.com
michael.keller@bbh.com
michael.kenneally@bbh.com
michael.liberti@bbh.com
michael.meehan@bbh.com
michael.perkons@bbh.com
michael.r.keller@bbh.com
michael.ryan@bbh.com
michael.schuster@bbh.com
michael.townson@bbh.com
michael.walsh@bbh.com
mlgsfa@bbh.com
mortimer.kelly@bbh.com
nathaniel.lee@bbh.com

## Company & Corresponding Email Addresses

neel.panchal@bbh.com
neil.hohmann@bbh.com
nick.bennenbraek@bbh.com
omar.ahmedgas@bbh.com
pascal.felici@bbh.com
paul.huang@bbh.com
pearse.mcdowell@bbh.com
philip.dipaolo@bbh.com
philippe.eger@bbh.com
ray.reid@bbh.com
raymond.humphrey@bbh.com
regina.lombardi@bbh.com
richard.marshall@bbh.com
richard.meek@bbh.com
richard.wilmarth@bbh.com
robert.bakanauskas@bbh.com
robert.dunlap@bbh.com
robert.matayev@bbh.com
roger.binggeli@bbh.com
ron.habakus@bbh.com
sabine.weiler@bbh.com
salim.khanachet@bbh.com
sally-ann.dunphy@bbh.com
sarah.shoukimas@bbh.com
scott.clemons@bbh.com
scott.hill@bbh.com
scott.schultz@bbh.com
scott.winslow@bbh.com
shane.cook@bbh.com
shane.rein@bbh.com
sk.shin@bbh.com
stela.sejdini@bbh.com
stephen.nazzaro@bbh.com
stephen.whitman@bbh.com
teresa.tupper@bbh.com
thomas.murphy@bbh.com
thomas.stawicki@bbh.com
thomas.waters@bbh.com
tim.harth@bbh.com
todd.woodacre@bbh.com
tommy.pace@bbh.com
tripp.blum@bbh.com
vadim.mezrin@bbh.com
valerie.beale@bbh.com
vincent.tedaldi@bbh.com
vineet.theodore@bbh.com

**bbhc**

rwitmer@bbhc.com

**bb-invest**

juergen.wetzel@bb-invest.de
kathrin.spanek@bb-invest.de
matthias.reichenbach@bb-invest.de
oliver.borgis@bb-invest.de
sven.krause@bb-invest.de

## Company & Corresponding Email Addresses

**bbinvestments**
- felixbaker@bbinvestments.com
- graskin@bbinvestments.com
- julianbaker@bbinvestments.com

**bbk**
- afuenteb@bbk.es
- imartinm@bbk.es
- jrobredo@bbk.es

**bbkonline**
- fatimab@bbkonline.com
- hussain_albanna@bbkonline.com
- jalal@bbkonline.com
- rohit.chawdhry@bbkonline.com
- sathar@bbkonline.com

**bbk-zentrale**
- hans-helmut.kotz@bbk-zentrale.de

**bbl**
- anne.gruz@bbl.fr
- brian.haeck@bbl.be
- david.goldenberg@bbl.be
- elisabeth.jonlet@bbl.be
- equity.research@bbl.br
- eric.vidal@bbl.fr
- frank.fogiel@bbl.be
- gaetan.couvreur@bbl.be
- gilles.carlier@bbl.be
- gunter.klaffke@bbl.be
- gwenaelle.vanhoutte@bbl.be
- ilya.de-lannoy@bbl.be
- jeanmarie.louis@bbl.be
- kevin.o'connell@bbl.be
- lasusulu-teresa.peters@bbl.be
- marc.eichinger@bbl.fr
- patrick.gerard@bbl.fr
- peter.zerhouni@bbl.be
- phillipe.gilson@bbl.be
- raymond.reece@bbl.fr
- sandy.schoemaker@bbl.be
- severine.delen@bbl.be
- tamar.joulia@bbl.be

**bblam**
- fabien.madar@bblam.fr

**bbls**
- annika.cortellini@bbls.ch
- anthony.cohen@bbls.ch
- arno.dursel@bbls.ch
- christian.borga@bbls.ch
- franco.diguardo@bbls.ch
- gabriele.odone@bbls.ch
- josette.tapponier@bbls.ch
- koen.vanderbracht@bbls.ch
- matthias.kortmoller@bbls.ch
- mervyn.putz@bbls.ch
- valerie.schneider@bbls.ch

**Company & Corresponding Email Addresses**

victor.kaelin@bbls.ch

**bblusa**
cwhelan@bblusa.com

**bbmbank**
luisg@bbmbank.com.br

**bbnb**
lgockley@bbnb.com

**bbva**
ck.cheam@bbva.com.hk
david.sasson@bbva.com.hk
j.davila3@gfbemail.bbva.bancomer.com
jeffrey.chu@bbva.com.hk

**bbvany**
jblanco@bbvany.com

**bbvapartners**
pedro.canamera@bbvapartners.com

**bbvapr**
anido@bbvapr.com
marizmen@bbvapr.com
riccolon@bbvapr.com
tania.middelhof@bbvapr.com

**bbvauk**
ana.corvalan@bbvauk.com
herky.dialdas@bbvauk.com
luis.azofra@bbvauk.com
rafael.canada@bbvauk.com

**bbvnet**
jregueiro@bbvnet.com

**bbvsecurities**
bosco.eguilior@bbvsecurities.com

**bbwest**
lmartin@bbwest.com

**bc**
amarsh@bc.pitt.edu
egavin@bc.pitt.edu
plawrence@bc.pitt.edu
sgilbert@bc.pitt.edu
vince_hannity@bc.com

**bcb**
afonso.barros@bcb.gov.br
alexandre.mendes@bcb.gov.br
antonio.francisco@bcb.gov.br
armando.amaral@bcb.gov.br
aroldo.junior@bcb.gov.br
benjamin.tabak@bcb.gov.br
candiota@bcb.gov.br
carolina.cascelli@bcb.gov.br
conrado.costa@bcb.gov.br
danielle.nunes@bcb.gov.br
dineuzita.souza@bcb.gov.br
emanuel.werner@bcb.gov.br
fabia.carvalho@bcb.gov.br
fabio.andaku@bcb.gov.br
felipe.ribeiro@bcb.gov.br

## Company & Corresponding Email Addresses

fernando.cavalcanti@bcb.gov.br
fernando.gomes@bcb.gov.br
francisco.pinto@bcb.gov.br
gleizer@bcb.gov.br
gustavo.bussinger@bcb.gov.br
gustavo.ottoni@bcb.gov.br
isabela.maia@bcb.gov.br
jluiz.fernandes@bcb.gov.br
jose.barros@bcb.gov.br
julio.kumai@bcb.gov.br
junia.oliveira@bcb.gov.br
lffigueiredo@bcb.gov.br
linaldo@bcb.gov.br
lucia.pinheiro@bcb.gov.br
luis.pontes@bcb.gov.br
marcelo.martinelli@bcb.gov.br
marcio.ayrosa@bcb.gov.br
marcio.mattos@bcb.gov.br
max.meira@bcb.gov.br
michel.gomes@bcb.gov.br
nazim@bcb.com.my
nicolau.arbex@bcb.gov.br
otto.lobo@bcb.gov.br
paulo.cacella@bcb.gov.br
regis.salgado@bcb.gov.br
regis.varao@bcb.gov.br
renato.jansson@bcb.gov.be
renato.jansson@bcb.gov.br
ricardo.martinelli@bcb.gov.br
ricardo.mesquita@bcb.gov.br
ricardo.moura@bcb.gov.br
rizal@bcb.com.my
sara.gomes@bcb.gov.br
sergio.goldenstein@bcb.gov.br
simone.burello@bcb.gov.br
suzana.simasmachado@bcb.gov.b
vanessa.simbalista@bcb.gov.br
veronica.marino@bcb.gov.br
vinicius.silva@bcb.gov.br

### bcbsfl

frederick.briggs@bcbsfl.com
joseph.janocko@bcbsfl.com
lisa.ermin@bcbsfl.com
quent.herring@bcbsfl.com
sara.johnson@bcbsfl.com

### bcbsm

drummel@bcbsm.com
jkearney@bcbsm.com
nlaurin@bcbsm.com
promano@bcbsm.com

### bcbsma

elizabeth.cohen@bcbsma.com
john.mohr@bcbsma.com

### bcbsnc

## Company & Corresponding Email Addresses

steve.cherrier@bcbsnc.com

**bccr**

quirosaa@bccr.fi.cr

**bcee**

a.crochet@bcee.lu
a.forman@bcee.lu
a.kohll@bcee.lu
h.thome@bcee.lu
investment.fim@bcee.lu
josney@bcee.lu
m.baily@bcee.lu
m.morth@bcee.lu
m.polfer@bcee.lu
p.vinciarelli@bcee.lu
r.dejulian@bcee.lu
r.werdel@bcee.lu
repodesk.fim@bcee.lu
srv.cam@bcee.lu
srv.cri@bcee.lu
structuredfinance.fim@bcee.lu
y.bodson@bcee.lu

**bcentral**

arado@bcentral.cl
jlizana@bcentral.cl
jmeyer@bcentral.cl
jureta@bcentral.cl
lcaviere@bcentral.cl
mreyes@bcentral.cl
psmartin@bcentral.cl
rfaulkner@bcentral.cl
rfernand@bcentral.cl
rgomez@bcentral.cl

**bcf**

isaura.costa@bcf.pt

**bcge**

cedric.goris@bcge.ch
daniel.hostettler@bcge.cg
francois.julia@bcge.ch
marc.hollistein@bcge.ch
neil.carnegie@bcge.ch
ozren.bakaric@bcge.ch
pascal.devanthery@bcge.ch
renato.tondina@bcge.ch
thierry.deslarzes@bcge.ch

**bci**

acohen@bci.it
agiangregorio@bci.it
buzzi@bci.it
bvalbuzzi@bci.it
bzittucro@bci.it
camitie@bci.it
cmarchiori@bci.it
cpalmieri@bci.it
ddegliesposti@bci.it

## Company & Corresponding Email Addresses

ebermant@bci.it
esaldarini@bci.it
fmanna@bci.it
fmoglia@bci.it
fnassetti@bci.it
gcaprini@bci.it
gcoladangelo@bci.it
gdainotto@bci.it
gdisalvo@bci.it
gmaselli@bci.it
jamagsila@bci.it
jdickerhof@bci.it
jparascandola@bci.it
kleung@bci.it
lsteve@bci.it
ltruflandier@bci.it
marnaboldi@bci.it
mbonelli@bci.it
mcerrina@bci.it
msantini@bci.it
mtrevisan@bci.it
nrossano@bci.it
pagani@bci.ch
pbattistella@bci.it
qfu@bci.it
sbonanomi@bci.it
securities@bci.ch
tferrazzo@bci.it
vconti@bci.it
vdelucia@bci.it
vwolflercalvo@bci.it
ysakurai@bci.it

**bcif**
adupeloux@bcif.fr
dalleaume@bcif.fr

**bcihongkong**
info@bcihongkong.com.hk
sbertasi@bcihongkong.com

**bcl**
francesca.barberis@bcl.ch
mattia.agostinetti@bcl.ch

**bcml**
dnilkodem@bcml.com

**bcmnet**
balk@bcmnet.nl
boelen@bcmnet.nl
dekrijger@bcmnet.nl
tol@bcmnet.nl
wolters@bcmnet.nl

**bcp**
adangelo@bcp.it
antonio.pintocoelho@bcp.pt
cmeglio@bcp.it
cpalomba@bcp.it

## Company & Corresponding Email Addresses

dario.soarez@bcp.it
diogo.lacerda@bcp.pt
flamanna@bcp.it
joao.cunhamartins@bcp.pt
jose.pereirasilva@bcp.pt
lcruz@bcp.pt
lgallifuoco@bcp.it
luis.piteira@bcp.pt
mafalda.oliveira@bcp.pt
maria.monteiroalmeida@bcp.pt
mario.afonso@bcp.pt
miguel.duarte@bcp.pt
nuno.almeidaalves@bcp.pt
rcapasso@bcp.it
rciotola@bcp.it
susana.teixeira@bcp.pt

**bcp-bank**
amadeo.cubeles@bcp-bank.com
atalay.kendirli@bcp-bank.com
cengiz.akandil@bcp-bank.com
davut.celik@bcp-bank.com
francois.nordhof@bcp-bank.com
kerrar.kulak@bcp-bank.com
ozlem.ustundag@bcp-bank.com
sergey.reynov@bcp-bank.com

**bcra**
apratgay@bcra.gov.ar
rmare@bcra.gov.ar

**bct**
dgfpe.dfe@bct.gov.tn

**bcv**
ad@bcv.ch
agim.xhaja@bcv.ch
alexandre.zannoni@bcv.ch
andi.kabili@bcv.ch
andre.zumwald@bcv.ch
andreas.wismer@bcv.ch
beat.rohner@bcv.ch
benoit.berger@bcv.ch
bernard.ravussin@bcv.ch
bertrand.joel.sager@bcv.ch
bogdan.velickovic@bcv.ch
cedric.hefti@bcv.ch
charles-andre.castella@bcv.ch
christel.clapasson@bcv.ch
christian.protti@bcv.ch
christian.zanone@bcv.ch
claudio.bernasconi@bcv.ch
daniel.isler@bcv.ch
david.martinella@bcv.ch
david.sueur@bcv.ch
dominique.marguet@bcv.ch
dominique.tschanz@bcv.ch
eric.jolliet@bcv.ch

**Company & Corresponding Email Addresses**

eric.vauthey@bcv.ch
etienne.weber@bcv.ch
fernando.martins.da.silva@bcv.ch
florence.rochat@bcv.ch
francois.simond@bcv.ch
frederic.nicola@bcv.ch
frederic.sonney@bcv.ch
fund.selection@bcv.ch
funda.savci@bcv.ch
gerard.doerr@bcv.ch
gilbert.rod@bcv.ch
gilles.corbel@bcv.ch
gregory.priolo@bcv.ch
hassan.zein@bcv.ch
isabelle-caroline.weber@bcv.ch
jean.chevalley@bcv.ch
jean-luc.maillard@bcv.ch
jean-marie.coquoz@bcv.ch
jean-philippe.barras@bcv.ch
jessica.guignard@bcv.ch
johan.pea@bcv.ch
jonas.enstrom@bcv.ch
jose.antonio.galeano@bcv.ch
josianne.nanchen@bcv.ch
julie.mardelle@bcv.ch
krystian.laszewski@bcv.ch
laurent.mauron@bcv.ch
laurent.mudry@bcv.ch
lsparra@bcv.org.ve
luc.byrde@bcv.ch
marc.aellen@bcv.ch
marco.pasquali@bcv.ch
marion.buchel@bcv.ch
martine.rognon@bcv.ch
max.roth@bcv.ch
michel.aubry@bcv.ch
michel.cachin@bcv.ch
michel.grimaldi@bcv.ch
mlago@bcv.org.ve
nadine.donze.jobin@bcv.ch
nicolas.burki@bcv.ch
nicolas.di.maggio@bcv.ch
nicolas.tissot@bcv.ch
nils.tuchschmid@bcv.ch
olivier.balsiger@bcv.ch
olivier.cavaleri@bcv.ch
olivier.gisimondo@bcv.ch
olivier.groux@bcv.ch
olivier.matter@bcv.ch
pablo.orgeira@bcv.ch
pascal.dux@bcv.ch
patricia.bochud@bcv.ch
philippe.besson@bcv.ch
philippe.gabella@bcv.ch

## Company & Corresponding Email Addresses

philippe.zufferey@bcv.ch
pierre.delaly@bcv.ch
pierre-antoine.bellon@bcv.ch
pierre-yves.piccand@bcv.ch
rafael.fucinos@bcv.ch
raphael.motta@bcv.ch
raphael.schindelholz@bcv.ch
rene-pierre.giavina@bcv.ch
richard.christinat@bcv.ch
richardo.rodriques@bcv.ch
sacha.mingard@bcv.ch
sandra.pernet@bcv.ch
santo.di.pollina@bcv.ch
serge.lignot@bcv.ch
sergio.del.gottardo@bcv.ch
settlement.securities.lending@bcv.ch
sonia.pernot@bcv.ch
sylvain.bornand@bcv.ch
taner.alicehic@bcv.ch
thierry.favre@bcv.ch
thierry.lambert@bcv.ch
thierry.reymond@bcv.ch
ulrich.luthy@bcv.ch
valentin.burki@bcv.ch
veronique.haefliger@bcv.ch
vincent.mottier@bcv.ch
vincent.servan@bcv.ch
yann.rossier@bcv.ch
yves.chappuis@bcv.ch
yves.crausaz@bcv.ch

**bcvs**

didier.rion@bcvs.ch
fabrice.constantin@bcvs.ch

**bd**

nizam.broachi@bd.com

**bdc**

clement.albert@bdc.ca

**bde**

acollantes@bde.es
afranzoni@bde.es
alberola@bde.es
ameson@bde.es
buisan@bde.es
cesar.roa@bde.es
cjimenez@bde.es
dgsupof4glam@bde.es
frestoy@bde.es
jccaballero@bde.es
jose.garcia@bde.ed
jose.jimenez@bde.es
jsaurina@bde.es
juan_luis.vega@bde.es
maria.nieto@bde.es
martinez@bde.es

## Company & Corresponding Email Addresses

mesa.operaciones@bde.es
msainz@bde.es
santiago.fernandez-de-lis@bde.es

**bdf-gestion**
faubin@bdf-gestion.com

**bdg**
daniele.falck@bdg.ch
doris.pittet@bdg.ch
marc.gemoets@bdg.ch
martina.burysek@bdg.ch

**bdl**
astrid.moll@bdl.lu
benoit.elvinger@bdl.lu
claude.dionysius@bdl.lu
franck.heinen@bdl.lu
georges.engel@bdl.lu
guy.wagner@bdl.lu
helene.duchatellier@bdl.lu
ivan.bouillotmontero@bdl.lu
joel.reuland@bdl.lu
leon.kirch@bdl.lu
marc.guiot@bdl.lu
olivier.valentin@bdl.lu
pierre.stoll@bdl.lu
roger.diedenhofen@bdl.lu
sammy.skovronek@bdl.lu
theo.meder@bdl.lu

**bdroma**
alessandro.paoli@us.bdroma.com
claudio.perna@uk.bdroma.com
g.orgera@hk.bdroma.com
jonathan.bloom@us.bdroma.com
margaret.delay@us.bdroma.com
peter.scharf@uk.bdroma.com
terence.ip@hk.bdroma.com
tradingroom@us.bdroma.com
vincent.wright@uk.bdroma.com

**bea**
tr@bea.com

**bear**
aalbert@bear.com
aantonelli@bear.com
achiesi@bear.com
aheadley@bear.com
aherr@bear.com
ahsieh@bear.com
akoul@bear.com
amoolji@bear.com
amoyer@bear.com
anath@bear.com
asenapaty@bear.com
ashaw@bear.com
bass@bear.com
bemorris@bear.com

**Company & Corresponding Email Addresses**

besterson@bear.com
bgrossman@bear.com
bng@bear.com
bosman@bear.com
bschmidt@bear.com
bslater@bear.com
carroyo@bear.com
cgordon@bear.com
cjsmith@bear.com
claporta@bear.com
dadler@bear.com
david.cook@bear.com
dbyatt@bear.com
dchiesi@bear.com
ddelgado1@bear.com
ddunne@bear.com
ddwu@bear.com
dfreedman@bear.com
dleccese@bear.com
doh1@bear.com
drudnitsky@bear.com
dsteiker@bear.com
dwoodwar@bear.com
dworth@bear.com
esimonova@bear.com
fgaldi@bear.com
fteitscheid@bear.com
gbetts@bear.com
gcorona@bear.com
gjones@bear.com
gkarkambasis@bear.com
gkulaligil@bear.com
gmiller@bear.com
gramadi@bear.com
gwilliams@bear.com
hcohen@bear.com
hzhou@bear.com
ibitner@bear.com
iedelblum@bear.com
jacobsen@bear.com
jalexander@bear.com
jasimon@bear.com
jbagaglio@bear.com
jberg@bear.com
jbogen@bear.com
jdifucci@bear.com
jdorfman@bear.com
jdowd@bear.com
jdreyes@bear.com
jdriscoll@bear.com
jgarrett@bear.com
jgeissinger@bear.com
jgraves@bear.com
jkamil@bear.com

**Company & Corresponding Email Addresses**

jli5@bear.com
jlopez@bear.com
jmassey@bear.com
jmccluskey@bear.com
jmcginley@bear.com
jpatel@bear.com
jpetrides@bear.com
jprin@bear.com
jqiao@bear.com
jquinn1@bear.com
jriccardo@bear.com
jschori@bear.com
jshi@bear.com
jtuck@bear.com
kcavazzi@bear.com
kluyombya@bear.com
knguyentaylor@bear.com
ksharkey@bear.com
ktimony@bear.com
lcastagna@bear.com
lferreira@bear.com
lfields@bear.com
lhoughton@bear.com
lridley@bear.com
lwasserman@bear.com
maria.napoli@bear.com
mbelani@bear.com
mferguson@bear.com
mfong1@bear.com
mgilfillan@bear.com
mgomez2@bear.com
mguarasci@bear.com
mhiggins@bear.com
mkurland@bear.com
mlupin@bear.com
mnapoli@bear.com
mnervi@bear.com
mreidlinger@bear.com
mrosen@bear.com
mschneider@bear.com
mshin@bear.com
msosland@bear.com
mstpierre@bear.com
myuan@bear.com
npostyn@bear.com
nrosenzweig@bear.com
pclark@bear.com
peter.wong@bear.com
phamptian@bear.com
pkapoor@bear.com
pkazlowski@bear.com
plinekin@bear.com
pramakrishnan@bear.com
rbrown@bear.com

**Company & Corresponding Email Addresses**

rbuch@bear.com
rcasey1@bear.com
rfeldmann@bear.com
rgbrown@bear.com
rklein@bear.com
rkurtz@bear.com
rmeeker@bear.com
rnatale@bear.com
rojones@bear.com
rreitzes@bear.com
rrosenthal@bear.com
rskloff@bear.com
schoi@bear.com
sdelle@bear.com
sdoherty@bear.com
sfarneti@bear.com
sfriscia@bear.com
sgayle@bear.com
sgroban@bear.com
skhanna1@bear.com
smerves@bear.com
smiller3@bear.com
sneller@bear.com
spark@bear.com
sriccio@bear.com
ssill@bear.com
tgalbraith@bear.com
thad.davis@bear.com
thuang@bear.com
tlord@bear.com
tsycoff@bear.com
tzaldivar@bear.com
umoran@bear.com
vbaliga@bear.com
vdeswal@bear.com
vfeygin1@bear.com
vpacillo@bear.com
wmachol@bear.com
ychang@bear.com
ygrant@bear.com
ylee3@bear.com

**bearbull**
d.casai@bearbull.ch
jb@bearbull.ch
nk@bearbull.ch

**bearmeasurisk**
twong@bearmeasurisk.com

**bearstearns**
ddelahanty@bearstearns.com
tsable@bearstearns.com

**beazer**
pplaia@beazer.com

**bechtel**
dguthrie@bechtel.com

**Company & Corresponding Email Addresses**

jbennett@bechtel.com
jxseto@bechtel.com
nlee@bechtel.com
pfmurph1@bechtel.com
sjeung@bechtel.com

**becu**
kthurman@becu.org

**bedrift**
torstein.moland@bedrift.telenor.no

**beeboutconsulting**
tbeebout@beeboutconsulting.com

**befreeinvestments**
john@befreeinvestments.com

**belga**
steve.van.reempts@belga.be

**belgacom**
benny.loix@belgacom.be
bernard.caroyez@belgacom.be
christine.carbonez@is.belgacom.be
christophe.cogels@belgacom.be
christophe.van.nevel@belgacom.be
delphine.hochstrass@belgacom.be
frank.claus@belgacom.be
ingvild.van.lysebetten@belgacom.be
john.goossens@belgacom.be
kamran.ghassempour@belgacom.be
koen.d.hauwe@belgacom.be
luc.rooms@belgacom.be
marc.paquot@is.belgacom.be
marc.speeckaert@is.belgacom.be
mark.rigolle@belgacom.be
marleen.deloof@belgacom.be
nancy.goossens@belgacom.be
nicolas.bonheure@belgacom.be
peter.berrie@belgacom.be
pierre.henin@belgacom.be
ray.stewart@belgacom.be
raymonde.jacobs@belgacom.be
sandra.lievens@belgacom.be
scott.alcott@belgacom.be
soo.lim.goh@belgacom.be
valerie.kibieta@belgacom.be

**bellatlantic**
barney.fox@bellatlantic.com
bblfbal@bellatlantic.com
iacovacc@bellatlantic.net

**bellevue**
bm@bellevue.ch
bteta@bellevue.ch
larpino@bellevue.ch
obenz@bellevue.ch
randeregg@bellevue.ch
rrudin@bellevue.ch
sanderwald@bellevue.ch

**Company & Corresponding Email Addresses**

**bellmortgage**
trath@bellmortgage.net

**bellsouth**
allison.mitchamore@bellsouth.com
arlene.yokley@bellsouth.com
arnald.capriles@bellsouth.com
barry.boniface@bellsouth.com
brett.lokhorst@bellsouth.com
cash.investments@bellsouth.com
ganttw@bellsouth.net
gareth.young@bellsouth.com
gkschaefer@bellsouth.net
kdannell@bellsouth.net
keith.cornelius@bellsouth.com
keith.cowan@bellsouth.com
kevin.mccormack@bellsouth.com
paige.mckinley@bellsouth.com
steve.carmichael@bellsouth.com
steve.trabucco@bellsouth.com
watsonfl@bellsouth.net

**bellsouthtips**
lobrien@bellsouthtips.com

**belvederetrust**
mpandya@belvederetrust.com

**bencap**
mhoben@bencap.com

**benchmark**
kmousu@benchmark.at
mueller@benchmark.at

**beneficialsavingsbank**
jconners@beneficialsavingsbank.com
jmccauley@beneficialsavingsbank.com
mdigiovanni@beneficialsavingsbank.com
rquintiliana@beneficialsavingsbank.com

**benetton**
csoligo@benetton.it
mborelli@benetton.it
mpasin@benetton.it
mspadott@benetton.it
pier.francesco.facchini@benetton.it
scunei@benetton.it

**benfinancial**
gerry.lee@benfinancial.com
jason.miller@benfinancial.com

**benlife**
matt.willes@benlife.com
sterling.russell@benlife.com

**bennettmgmt**
gvadasdi@bennettmgmt.com
jbennett@bennettmgmt.com
sdonahue@bennettmgmt.com

**berbens**
hwp@berbens.nl

**bergenbrunswig**

**Company & Corresponding Email Addresses**

debi.gold@bergenbrunswig.com

**bergencapital**

dennis@bergencapital.com

**berkeley**

roh2@ci.berkeley.ca.us

**berkeleycm**

bbrewington@berkeleycm.com
jpmarion@berkeleycm.com

**berkeleydelta**

bcullen@berkeleydelta.com
cgoldsmith@berkeleydelta.com
dgarza@berkeleydelta.com
ialperstein@berkeleydelta.com
mryan@berkeleydelta.com

**berkeleyvc**

bcox@berkeleyvc.com
jencinger@berkeleyvc.com
jlandau@berkeleyvc.com
kcolotla@berkeleyvc.com
rgrimm@berkeleyvc.com

**berliner**

martin.rottmann@berliner.volksbank.de

**berliner-volksbank**

alexander.braune@berliner-volksbank.de
alexander.stuwe@berliner-volksbank.de
herr.meisner@berliner-volksbank.de
ibcr@berliner-volksbank.de
markus.becker@berliner-volksbank.de
martin.locke@berliner-volksbank.de
martin.rottmann@berliner-volksbank.de

**bermuda**

slatter@bermuda.sl.slb.com

**bernstein**

ajit.ketkar@bernstein.com
al.caesar@bernstein.com
alit@bernstein.com
allen.hunt@bernstein.com
andrew.chin@bernstein.com
andrew.hong@bernstein.com
angie.brudevold@alliance.bernstein.com
anish.tawakley@bernstein.com
anthony.chung@bernstein.com
antonyshynkg@bernstein.com
asotz@bernstein.com
atsushi.horikawa@bernstein.com
avinash.agarwal@bernstein.com
bakalb@bernstein.com
baricauarc@bernstein.com
bartletttb@bernstein.com
behzad@bernstein.com
belova@bernstein.com
benjamin.gigot@bernstein.com
bgrand@bernstein.com
boreenka@bernstein.com

## Company & Corresponding Email Addresses

boyles@bernstein.com
brewerc@bernstein.com
bryan.wolff@bernstein.com
camerons@bernstein.com
chiangwh@bernstein.com
christopherdh@bernstein.com
clementsja@bernstein.com
cohenfs@bernstein.com
connollyck@bernstein.com
correnzar@bernstein.com
coyleme@bernstein.com
crhis.braendli@bernstein.com
daniel.grasman@bernstein.com
davisem@bernstein.com
dawsonpm@bernstein.com
diane.won@bernstein.com
djl@bernstein.com
dunstanm@bernstein.com
engmc@bernstein.com
evanst@bernstein.com
fays@bernstein.com
feeneyp@bernstein.com
felix.malpartida@bernstein.com
findleys@bernstein.com
frithp@bernstein.com
fuminori.asaki@bernstein.com
gerberjm@bernstein.com
girodt@bernstein.com
gokhan.ates@bernstein.com
gpaul@bernstein.com
gregory@bernstein.com
gyimesisj@bernstein.com
hamish.fitzsimons@bernstein.com
harry.hummel@bernstein.com
hejz@bernstein.com
hiranotz@bernstein.com
hudsonmj@bernstein.com
huttonpw@bernstein.com
ian.martin@bernstein.com
inagakimz@bernstein.com
inalkc@bernstein.com
ishigatz@bernstein.com
itay.moshenberg@bernstein.com
jacksonjz@bernstein.com
jesse.liu@bernstein.com
joe.nastasi@bernstein.com
john.lin@bernstein.com
john.mahedy@bernstein.com
john_pagliuca@bernstein.com
johnsonra@bernstein.com
johnsonsl@bernstein.com
joneshr@bernstein.com
joshua.duhl@bernstein.com
kakyz@bernstein.com

**Company & Corresponding Email Addresses**

kameyamadz@bernstein.com
kapoorak@bernstein.com
katerina.alexandraki@bernstein.com
katzcs@bernstein.com
kenneallys@bernstein.com
kent_hargis@bernstein.com
kingnj@bernstein.com
kranzs@bernstein.com
larsondc@bernstein.com
lavia@bernstein.com
levinemd@bernstein.com
lilian.quah@bernstein.com
littletc@bernstein.com
lomaxb@bernstein.com
loughlinfa@bernstein.com
macgregorjw@bernstein.com
macs@bernstein.com
mandelljr@bernstein.com
marisga@bernstein.com
martini@bernstein.com
marxcw@bernstein.com
marzianotc@bernstein.com
mcisaacg@bernstein.com
mckinleycs@bernstein.com
mcmanussf@bernstein.com
meyncl@bernstein.com
mfedak@bernstein.com
mistryd@bernstein.com
molinahz@bernstein.com
moloffn@bernstein.com
mylnikova@bernstein.com
neil.abraham@bernstein.com
nelson@bernstein.com
newkirkrd@bernstein.com
nicoll@bernstein.com
ogatakz@bernstein.com
oharakz@bernstein.com
paul@bernstein.com
pauljg@bernstein.com
pearcesd@bernstein.com
philippidespz@bernstein.com
phillipsjd@bernstein.com
powellgl@bernstein.com
prasad.inampudi@bernstein.com
rajeev.eyunni@bernstein.com
raphael.fiorentino@bernstein.com
rastogirk@bernstein.com
reisja@bernstein.com
reissja@bernstein.com
richard.bei@bernstein.com
richard.weaver@bernstein.com
robert.ryman@bernstein.com
robertsonpl@bernstein.com
romualdo@bernstein.com

**Company & Corresponding Email Addresses**

rosemary.candido@bernstein.com
rossjm@bernstein.com
rscetlin@bernstein.com
sarah.jones@bernstein.com
scaliapd@bernstein.com
schlusslerdc@bernstein.com
schorrc@bernstein.com
sejase@bernstein.com
sellersml@bernstein.com
servoy@bernstein.com
sheenaw@bernstein.com
shri.singhvi@bernstein.com
simmskf@bernstein.com
smithja@bernstein.com
spencergt@bernstein.com
steven.malin@bernstein.com
strugazowaz@bernstein.com
stuart.rae@bernstein.com
stuart.robinson@bernstein.com
susrut.kesari@bernstein.com
suzukis@bernstein.com
sveta.obin@bernstein.com
tanakatz@bernstein.com
tariq.hilaly@bernstein.com
taylorj@bernstein.com
testanisa@bernstein.com
tewarip@bernstein.com
tomaror@bernstein.com
tothgm@bernstein.com
townsendjc@bernstein.com
turenchalkea@bernstein.com
tzewai.yiu@bernstein.com
underwoodm@bernstein.com
valerie.brown@bernstein.com
venkataramanaz@bernstein.com
vidulichbz@bernstein.com
viral.patel@bernstein.com
vlad.byalik@bernstein.com
vnair@bernstein.com
wallack@bernstein.com
warnersd@bernstein.com
weineraj@bernstein.com
westobya@bernstein.com
wilenskygj@bernstein.com
wongsk@bernstein.com
wrightd@bernstein.com
yuendz@bernstein.com
yuet@bernstein.com
yunn@bernstein.com

**berstein**

andradeem@berstein.com
dauriahs@berstein.com

**bertelsmann**

gonzalo.mahou@bertelsmann.de

## Company & Corresponding Email Addresses

matthias.ritter@bertelsmann.de
oliver.herrgesell@bertelsmann.de
roger.schweitzer@bertelsmann.de
stefan.glaeser@bertelsmann.de
stephan.scheller@bertelsmann.de
stephanie.staar@bertelsmann.de
thomas.hesse@bertelsmann.de
verena.volpert@bertelsmann.de

### bertrandfaure
gimbert@bertrandfaure.com

### besci
ricardo.pires@besci.co.uk

### bescl
fabrizia.capurro@bescl.co.uk
gavin.ramsden@bescl.co.uk
guy.harris@bescl.co.uk
malcolm.morris@bescl.co.uk
steve.holley@bescl.co.uk

### bessemer
aird@bessemer.com
andrews@bessemer.com
aw@bessemer.com
barkus@bessemer.com
bradshaw-mack@bessemer.com
bryan-levin@bessemer.com
callies@bessemer.com
campanile@bessemer.com
cave@bessemer.com
chen@bessemer.com
christie@bessemer.com
comunale@bessemer.com
craik@bessemer.com
davies@bessemer.com
derose@bessemer.com
desaintphalle@bessemer.com
dornick@bessemer.com
eilenberg@bessemer.com
ferris@bessemer.com
gabriel@bessemer.com
hagey@bessemer.com
hall@bessemer.com
hayesh@bessemer.com
healyt@bessemer.com
hoo@bessemer.com
koh@bessemer.com
lauber@bessemer.com
lester@bessemer.com
liss@bessemer.com
luk@bessemer.com
mandrekar@bessemer.com
message@bessemer.com
miller@bessemer.com
misrahi@bessemer.com
morrisroe@bessemer.com

**Company & Corresponding Email Addresses**

nebus@bessemer.com
okeeffe@bessemer.com
parker@bessemer.com
parkerg@bessemer.com
ritter@bessemer.com
roman@bessemer.com
rutledge@bessemer.com
sanders@bessemer.com
scullyp@bessemer.com
shaw@bessemer.com
shelly@bessemer.com
shore@bessemer.com
sicignano@bessemer.com
sledge@bessemer.com
stahl@bessemer.com
stern@bessemer.com
stjohn@bessemer.com
tang@bessemer.com
thomas@bessemer.com
tobin@bessemer.com
tolentino@bessemer.com
tremblay@bessemer.com
waters@bessemer.com
whiteford@bessemer.com
wilcox@bessemer.com
woolley@bessemer.com
yearty@bessemer.com

**best**

qed@best.com

**besv**

pbruneau@besv.fr

**betafundsltd**

bfl@betafundsltd.co.uk

**bethlehem**

plee@bethlehem.com

**bethpagefcu**

bclarke@bethpagefcu.com

**beutel-can**

a_sweeney@beutel-can.com
c_weisberg@beutel-can.com
d_gregoris@beutel-can.com

**beutelgoodman**

amorgan@beutelgoodman.com
botton@beutelgoodman.com
emendum@beutelgoodman.com
gfortin@beutelgoodman.com
givory@beutelgoodman.com
glatremoille@beutelgoodman.com
jblack@beutelgoodman.com
kcparker@beutelgoodman.com
mthomson@beutelgoodman.com
ppalozzi@beutelgoodman.com
sarpin@beutelgoodman.com
sclements@beutelgoodman.com

**Company & Corresponding Email Addresses**
smcnamara@beutelgoodman.com
**beverlynational**
james.rich@beverlynational.com
lisa.austin@beverlynational.com
**bezeq**
alan@bezeq.co.il
aribr@bezeq.com
ir@bezeq.com
shimonse@bezeq.com
tobifi@bezeq.com
**bfcm**
andercr@bfcm.creditmutuel.fr
caosacsa@bfcm.creditmutuel.fr
**bfg-bank**
stepahan.bingold@bfg-bank.lu
**bfg-hyp**
dieter.koch@bfg-hyp.de
drew.patrick@bfg-hyp.de
edmund.kunnen@bfg-hyp.de
**bfg-invest**
ludger.vossenberg@bfg-invest.de
martin.hochstein@bfg-invest.de
**bfm**
jcucunato@bfm.com
jfigurel@bfm.com
**bfsinvest**
ben.morris@bfsinvest.co.uk
**bft**
abonningues@bft.fr
aduplan@bft.fr
bnicolai@bft.fr
brousseau@bft.fr
cclavieras@bft.fr
ccrozat@bft.fr
cdecourcel@bft.fr
clegroux@bft.fr
clepic@bft.fr
cmagnier@bft.fr
drager@bft.fr
dtoledano@bft.fr
epierrot@bft.fr
fmasson@bft.fr
fmichel@bft.fr
gaubry@bft.fr
ggeloen@bft.fr
gmanseau@bft.fr
hdoumenc@bft.fr
ibeyer@bft.fr
ilazarov@bft.fr
imarquine@bft.fr
jlevy@bft.fr
ldeleotard@bft.fr
mzatarain@bft.fr
ndelabie@bft.fr

## Company & Corresponding Email Addresses

odorgeval@bft.fr
pjpalaysi@bft.fr
sbouras@bft.fr
skrall@bft.fr
sreveau@bft.fr
swapsvaluation@bft.fr
vformery@bft.fr
wbuntrock@bft.fr
wgueriri@bft.fr
wlyons@bft.fr

**bftx**
cak@bftx.org

**bfusa**
kellyjack@bfusa.com

**bgbank**
avi@bgbank.dk
cmf@bgbank.dk
cwil@bgbank.dk
erje@bgbank.dk
lhas@bgbank.dk
pigl@bgbank.dk
stefan.bungarten@bgbank.bk
tti@bgbank.dk

**bgcfx**
agadd@bgcfx.com
iwilk@bgcfx.com
ktaylor@bgcfx.com
lknight@bgcfx.com
lmoncur@bgcfx.com
mgoater@bgcfx.com
mlockey@bgcfx.com
spryor@bgcfx.com
walsford@bgcfx.com

**bgcpartners**
jmullings@bgcpartners.com
ralec@bgcpartners.com

**bgf**
adalberto.a.gonzalez@bgf.gobierno.pr
anibal.rivera@bgf.gobierno.pr
emilio.torres@bgf.gobierno.pr
gabriel.torres@bgf.gobierno.pr
iraida.l.figueroa@bgf.gobierno.pr
jennifer.perez@bgf.gobierno.pr
omar.alvarez@bgf.gobierno.pr
rafael.a.martinez@bgf.gobierno.pr
rafael.rodriquez@bgf.gobierno.pr

**bgfoods**
amyc@bgfoods.com
stacied@bgfoods.com

**bg-group**
andrew.bonfield@bg-group.com
becky.biddulph@bg-group.com
david.black@bg-group.com
david.boyd@bg-group.com

**Company & Corresponding Email Addresses**

denise.wilson@bg-group.com
eloise.southward@bg-group.com
frank.chapman@bg-group.com
henry.coolidge@bg-group.com
kathie.cox@bg-group.com
kim.howell@bg-group.com
marcy.emerton@bg-group.com
martin.houston@bg-group.com
michael.hollewand@bg-group.com
michael.sellers@bg-group.com
rachel.english@bg-group.com
ritu.dattani@bg-group.com
sally.williams@bg-group.com
sylvia.radbourn@bg-group.com
tim.ashley@bg-group.com

**bgi**

katiek@bgi.com
paul.bottoms@bgi.com

**bgi-group**

aimeeg@bgi-group.com
alanh@bgi-group.com
allysonr@bgi-group.com
amandab@bgi-group.com
benx@bgi-group.com
billt@bgi-group.com
bryong@bgi-group.com
dariou@bgi-group.com
deana@bgi-group.com
dorrisek@bgi-group.com
erinb@bgi-group.com
grega@bgi-group.com
gregk@bgi-group.com
irenam@bgi-group.com
jamiec@bgi-group.com
jasonb@bgi-group.com
johno@bgi-group.com
justinh@bgi-group.com
karenw@bgi-group.com
keitht@bgi-group.com
kristinh@bgi-group.com
martyn@bgi-group.com
mattb@bgi-group.com
michaelc@bgi-group.com
michellew@bgi-group.com
nickiw@bgi-group.com
patrickm@bgi-group.com
paulv@bgi-group.com
randyj@bgi-group.com
robertt@bgi-group.com
ronj@bgi-group.com
ryanm@bgi-group.com
stacyy@bgi-group.com
timh@bgi-group.com
xiaofeiy@bgi-group.com

## Company & Corresponding Email Addresses

**bg-int**
yvonne.barton@bg-int.com

**bginvestment**
marco.scardovi@bginvestment.lu

**bgl**
alain.jemming@bgl.lu
andres.feal@bgl.lu
anthony.smith-meyer@bgl.lu
audrey.rossi@bgl.lu
emmanuel.grimee@bgl.lu
isabelle.chalon@bgl.lu
jacques.bofferding@bgl.lu
laurent.kremer@bgl.lu
laurent.terrens@bgl.lu
marc.rollmann@bgl.lu
pierre.harpes@bgl.lu
raphael.krings@bgl.lu
robert.scharfe@bgl.lu
yvon.antoni@bgl.lu

**bglobal**
alain.cubeles@bglobal.com
anita.higgins@bglobal.com
judith.robertson@bglobal.com
leona.bridges@bglobal.com
mike.williams@bglobal.com

**bgm**
dschancy@bgm.com

**bg-northamerica**
elizabeth.spomer@bg-northamerica.com

**bgpi**
arnaud.boualet@bgpi.com
boris.marchand@bgpi.com
emmanuel.lanos@bgpi.com
gael.desprezdelamorlais@bgpi.com
gilles.raynaud@bgpi.com
guila.israel@bgpi.com
jeancharles.delaire@bgpi.com
jerome.fourtanier@bgpi.com
lionel.daguzan@bgpi.com
marieaude.montegon@bgpi.com
marieeve.poulain@bgpi.com
normand.allaire@bgpi.com
sarah.beraud@bgpi.com
sebastien.vernhes@bgpi.com
stephane.delacotardiere@bgpi.com
tristan.blondel@bgpi.com

**bgsgr**
corrado.cominotto@bgsgr.it
donatella.pianciamore@bgsgr.it
elena.leonardi@bgsgr.it
elisabetta.rubino@bgsgr.it
francesca.battistelli@bgsgr.it
gianluigi.costanzo@bgsgr.it
marcello.civitella@bgsgr.it

## Company & Corresponding Email Addresses

marco.cappelleri@bgsgr.it
marino.dolfini@bgsgr.it

### bgu
sverre.schaanning@bgu.lu

### bh
dwzjdzi@bh.com.pl

### bh-corp
bhc@bh-corp.com

### bhf
eva.spitzlay@bhf.com
sven.marzahn@bhf.com

### bhf-bank
ann.castro@bhf-bank.com
annett.solty@bhf-bank.com
antje.fricke@bhf-bank.com
anuschka.prokot@bhf-bank.com
astrid.doerr@bhf-bank.com
christian.lueer@bhf-bank.com
christine.hanser@bhf-bank.com
christine.schweikert@bhf-bank.com
claudia.himmelreich@bhf-bank.com
dagmar.brosch@bhf-bank.com
detlef.kosior@bhf-bank.com
dirk.schmidtmann@bhf-bank.com
dirk.werthmann@bhf-bank.com
erik.niehus@bhf-bank.com
esther.hontke@bhf-bank.com
esther.kuna@bhf-bank.com
frank.oberhoff@bhf-bank.com
fx-derivatives@bhf-bank.com
gerd.mueller@bhf-bank.com
gregor.bruckner@bhf-bank.com
gregor.kott@bhf-bank.com
holger.schmidt@bhf-bank.com
holger.seib@bhf-bank.com
ingo.schneider@bhf-bank.com
isabelle.sutter@bhf-bank.com
joachim.maedler@bhf-bank.com
josef.holzer@bhf-bank.com
juergen.schmidt@bhf-bank.com
juergen_paul.frank@bhf-bank.com
karl-heinrich.mengel@bhf-bank.com
klaus-dieter.stassen@bhf-bank.com
lars.rickert@bhf-bank.com
martin.eisele@bhf-bank.com
martina.schroeder@bhf-bank.com
matthias.grabbe@bhf-bank.com
michael.mueller-bishop@bhf-bank.com
michaela.loew@bhf-bank.com
nadja.guillaume@bhf-bank.com
rick.marquez@bhf-bank.com
roger.princelle@bhf-bank.com
roland.ziegler@bhf-bank.com
sabine.koenig@bhf-bank.com

## Company & Corresponding Email Addresses

sandra.panzner@bhf-bank.com
sigrid.assmann@bhf-bank.com
stephanie.heinrichs@bhf-bank.com
thomas.andreas@bhf-bank.com
thomas.dzaack@bhf-bank.com
thomas.etzel@bhf-bank.com
thomas.heil@bhf-bank.com
thomas.schroe06@bhf-bank.com
thomas.wintertoller@bhf-bank.com
thorsten.mehltretter@bhf-bank.com
till.schneider@bhf-bank.com
ursula.prior@bhf-bank.com

**bhf-us**
cheitzman@bhf-us.com

**bhimail**
brigitte.fotsch@bhimail.ch
ruedi.brunner@bhimail.ch

**bhw**
bernd.begemann@bhw.de
ibertomeuyca@bhw.de
igerland@bhw.de

**bi**
a_suhendar@bi.go.id
achmadrayadi@bi.co.id
agustina@bi.go.id
ardhayadi@bi.go.id
dalia@bi.go.id
delfianto@bi.go.id
donny@bi.go.id
dzulverdi@bi.go.id
ediana@bi.go.id
esusianto@bi.go.id
halamsyah@bi.go.id
hariyadi@bi.go.id
hartadi@bi.go.id
hendy_s@bi.go.id
hjmm@bi.go.id
m.suharnanto@bi.go.id
marwoto@bi.go.id
narendra@bi.go.id
pjacobs@bi.go.id
rkusumastuti@bi.go.id
ronald_dp@bi.go.id
ruth_c@bi.go.id
safarina@bi.go.id
stigor@bi.go.id
suhari@bi.go.id
t_ameriana@bi.go.id
tavianto@bi.go.id
timbul_budi@bi.go.id
titierni@bi.go.id
wahyu_tl@bi.go.id
y.maris@bi.go.id
yan_haikal@bi.go.id

## Company & Corresponding Email Addresses

zainal@bi.go.id

**bia**

amarni.kamaruddin@bia.com.bn
azmi.rahman@bia.com.bn
don.hamid@bia.com.bn
hashnann.rahman@bia.com.bn
hazlina.abdullah@bia.com.bn
khairuddin.abdulhami@bia.com.bn
khairul.omar@bia.com.bn
marzdiah.abubakar@bia.com.bn
matusin.apong@bia.com.bn
mokhzani.abubakar@bia.com.bn
mozart.brahim@bia.com.bn
noorsurainah.tengah@bia.com.bn
noorul.julaihi@bia.com.bn
rossthenee.nendaroh@bia.com.bn
sofian.jani@bia.com.bn
syukri.jais@bia.com.bn

**bialondon**

nabilah.abdullah@bialondon.co.uk
zaliha.morshidi@bialondon.co.uk

**bigfoot**

edhannon@bigfoot.com
paul_touradji@bigfoot.com

**biglobe**

daishiniigata@msi.biglobe.ne.jp
yb-mmd@msa.biglobe.ne.jp

**bigplanet**

shizuokala@bigplanet.com

**bigpond**

indecs@bigpond.com

**biharko**

gerardo.arcos@biharko.es

**bii**

anapangestu@bii.co.id

**bil-dexia**

alain.billo@bil-dexia.com
antoine-pierre.degrammont@bil-dexia.com
claude.schettgen@bil-dexia.com
frederic.flament@bil-dexia.com
henry.munster@bil-dexia.com
luc.hernoux@bil-dexia.com
romain.grethen@bil-dexia.com

**billiton**

agolding@billiton.com

**bimbank**

a.beatrici@bimbank.it
a.dolsa@bimbank.it
c.pepino@bimbank.it
f.bosazzo@bimbank.it
f.martina@bimbank.it
f.paggi@bimbank.it
m.abate@bimbank.it
m.covelli@bimbank.it

**Company & Corresponding Email Addresses**

m.pugnaloni@bimbank.it
p.piazzolla@bimbank.it
r.giancola@bimbank.it
w.tisi@bimbank.it

**bimcor**

aubry.l@bimcor.ca
bascunan.m@bimcor.ca
davis.r@bimcor.ca
destounis.s@bimcor.ca
gagnon.h@bimcor.ca
hillel.d@bimcor.ca
kousinioris.g@bimcor.ca
sutherland.b@bimcor.ca
toner.m@bimcor.ca

**bimsgr**

a.midolo@bimsgr.it
c.vanzan@bimsgr.it
fdagostino@bimsgr.it
m.villani@bimsgr.it
p.boretto@bimsgr.it

**biomail**

john.king@biomail.com
padraic.walsh@biomail.com

**bip**

olivier.meyers@bip.lu

**bipielle**

a.chiappa@bipielle.it
a.foffano@bipielle.it
a.gasparri@bipielle.it
a.invernizzi@bipielle.it
a.luciani@bipielle.it
a.rovelli@bipielle.it
an.susani@bipielle.it
b.guiney@bipielle.co.uk
b.marrazzo@bipielle.it
c.speziali@bipielle.it
d.darbisi@bipielle.it
d.mcelroy@bipielle.co.uk
e.provenzano@bipielle.it
f.dalcerri@bipielle.it
g.debattista@bipielle.it
g.favero@bipielle.it
g.fratti@bipielle.it
g.garrone@bipielle.it
g.malerbi@bipielle.it
k.royer@bipielle.co.uk
l.dellatorrepuliga@bipielle.it
l.segala@bipielle.it
m.bottoni@bipielle.it
m.giavardi@bipielle.it
m.macor@bipielle.it
m.santonocito@bipielle.it
m.vaniglia@bipielle.it
p.lucchini@bipielle.it

## Company & Corresponding Email Addresses

p.monti@bipielle.it
r.biffi@bipielle.it
r.paghini@bipielle.it
rpedrazzini@bipielle.it
s.bernardinello@bipielle.it
s.canova@bipielle.it
u.bernardini@bipielle.it
u.colombo@bipielle.it
v.folli@bipielle.it

### bipiemmesgr

antonio.bergamasco@bipiemmesgr.com
jim.valencia@bipiemmesgr.com

### birchhilladvisors

jstiles@birchhilladvisors.com

### bis

alex.joia@bis.org
andrea.foresti@bis.org
andrew.jameson@bis.org
andy.lui@bis.org
anna.cobau@bis.org
bruce.bowlin@bis.org
bruno.tissot@bis.org
charlotte.devoise-lambert@bis.org
chris.aylmer@bis.org
david.archer@bis.org
david.bolder@bis.org
dietrich.domanski@bis.org
dimitrios.karampatos@bis.org
dirk.baumesiter@bis.org
eli.remolona@bis.org
eriko.kawai@bis.org
feng.zhu@bis.org
frank.packer@bis.org
fxg@bis.org
gabriele.galati@bis.org
greg.sutton@bis.org
henri.bernard@bis.org
ingo.fender@bis.org
jacob.gyntelberg@bis.org
jacob.nelson@bis.org
jayesh.odedra@bis.org
jean-francois.rigaudy@bis.org
jeffery.amato@bis.org
jesper.wormstrup@bis.org
jhuvesh.sobrun@bis.org
joachim.coche@bis.org
jonine.mostert@bis.org
laurent.franquet@bis.org
luis.bengoechea@bis.org
madhusudan.mohanty@bis.org
marc.bentin@bis.org
marc.henrard@bis.org
maria.caspar@bis.org
maurizio.luisi@bis.org

**Company & Corresponding Email Addresses**

melissa.fiorelli@bis.org
michael.chiun@bis.org
michael.chui@bis.org
mikael.charoze@bis.org
miklos.endreffy@bis.org
miranda.tam@bis.org
naohiko.baba@bis.org
nicole.scherrer@bis.org
oliver.schmidt@bis.org
palle.andersen@bis.org
patricia.coghlan@bis.org
patrick.mcguire@bis.org
patrizia.baudino@bis.org
peter.hoerdahl@bis.org
philip.wooldridge@bis.org
prakash@bis.org
rafael.garza@bis.org
rafael.schmidt@bis.org
ramon.moreno@bis.org
robert.scott@bis.org
roland.sehmke@bis.org
serge.jeanneau@bis.org
service.creditresearch@bis.org
susanne.kaufmann@bis.org
sweta.saxena@bis.org
tanguy.saure-jarrosson@bis.org
thomas.liu@bis.org
tim.salter@bis.org
tomasz.jakubczyk@bis.org
vandermeulen@bis.org
wolfgang.gehlen@bis.org
xinyi.li@bis.org
yuichi.shigeno@bis.org

**bisys**
chung.yu@bisys.com
ron.helm@bisys.com

**biver**
salamercati@biver.it

**bjurman**
gabjurman@bjurman.com
otbarry@bjurman.com
ptbradford@bjurman.com

**bkb**
alfred.ritter@bkb.ch
amh@bkb.ch
andrea.guth@bkb.ch
anja.lange@bkb.ch
bbyi@bkb.com
bfshannahan@bkb.ch
cae@bkb.ch
cdr@bkb.ch
elmar.sieber@bkb.ch
enrico.bastianon@bkb.ch
gabriel.degen@bkb.ch

## Company & Corresponding Email Addresses

hans-peter.kellenberger@bkb.ch
konstantin.katsalis@bkb.ch
ktz@bkb.ch
mwmcguirk@bkb.com
oliver.tschan@bkb.ch
peter.amport@bkb.ch
ralph.blickisdorf@bkb.ch
rchilson@bkb.com
roger.sitzler@bkb.ch
roland.king@bkb.ch
sfrois@bkb.com
silke.waterstraat@bkb.ch
skrishnaswamy@bkb.com
stefan.kunzmann@bkb.ch
stefan.schmeling@bkb.ch
tjkennelly@bkb.com
urs.wiesendanger@bkb.ch
vikas.sharma@bkb.ch
wolgang.jakob@bkb.ch

### bks
dieter.dreier@bks.at
robert.krassnig@bks.at

### blabal
gill.andrerson@bof.blabal.com

### blabla
charn@blabla.com
erosemary@blabla.com
katerina@blabla.com
patricia@blabla.com

### blackcanyoncapital
cfarrell@blackcanyoncapital.com
pshields@blackcanyoncapital.com

### blackndecker
bbuilder@blackndecker.com

### black-river
alan.rodhouse@black-river.com
chris.goodwin@black-river.com
gary.jarrett@black-river.com
gavin.kaparis@black-river.com
james.clifford@black-river.com
keita.miyamoto@black-river.com
lance.wolkow@black-river.com
mark.mitchell@black-river.com
peter.doyle@black-river.com
peter.james@black-river.com
robert_grillo@black-river.com
wally.cisewski@black-river.com
wei.guo@black-river.com

### blackrock
a_cohen@blackrock.com
aaron.halfacre@blackrock.com
aaron.kohli@blackrock.com
adam.avigdori@blackrock.com
adam.bowman@blackrock.com

## Company & Corresponding Email Addresses

adam.ryan@blackrock.com
adrian.tovar@blackrock.com
adrian.wooldridge@blackrock.com
adrian_woodridge@blackrock.com
aesserian@blackrock.com
agolbin@blackrock.com
aimee.kaiser@blackrock.com
ajones@blackrock.com
akrol@blackrock.com
alain.bourrier@blackrock.com
alan.fegan@blackrock.com
alasdair.riach@blackrock.com
albert.cheung@blackrock.com
aldo.roldan@blackrock.com
alethea.leung@blackrock.com
alex.bates@blackrock.com
alex.brown@blackrock.com
alex.mcdougall@blackrock.com
alex.shehovsov@blackrock.com
alex.zabik@blackrock.com
alex_popplewell@blackrock.com
alexander.reiss@blackrock.com
alexis.demones@blackrock.com
alice.gaskell@blackrock.com
alina.ulkina@blackrock.com
alister_vandermaas@blackrock.com
alvaro.ramirez@blackrock.com
amanda.forrest@blackrock.com
amar.bashir@blackrock.com
amit.j.patel@blackrock.com
amol.pinge@blackrock.com
ana.boksay@blackrock.com
anders_hansen@blackrock.com
andrea.hawkins@blackrock.com
andreas.zoellinger@blackrock.com
andres_balcazar@blackrock.com
andrew.beashel@blackrock.com
andrew.defino@blackrock.com
andrew.gordon@blackrock.com
andrew.greenby@blackrock.com
andrew.jones@blackrock.com
andrew.kaufman@blackrock.com
andrew.krull@blackrock.com
andrew.leger@blackrock.com
andrew.mckinlay@blackrock.com
andrew.singer@blackrock.com
andrew.thut@blackrock.com
andrew.ulland@blackrock.com
andrew.warwick@blackrock.com
andrew.wessel@blackrock.com
andrew.williamson-jones@blackrock.com
andrew.wilton@blackrock.com
andrew_belshaw@blackrock.com
andrew_bolton@blackrock.com

## Company & Corresponding Email Addresses

andrew_dyson@blackrock.com
andrew_oliver@blackrock.com
andrew_robbins@blackrock.com
andy.chang@blackrock.com
andy.damm@blackrock.com
andy_warwick@blackrock.com
angela.yu@blackrock.com
ann.repke@blackrock.com
anne.osborne@blackrock.com
annette.morales@blackrock.com
anthony.forcione@blackrock.com
anthony.heyman@blackrock.com
anthony_lee@blackrock.com
antonia.lloyd@blackrock.com
aphillips@blackrock.com
arpita_bose@blackrock.com
ashley_neal@blackrock.com
ashum@blackrock.com
atif_malik@blackrock.com
austin.park@blackrock.com
awizon@blackrock.com
ayorks@blackrock.com
aziz.bakar@blackrock.com
barbara.frankowicz@blackrock.com
barbara.stolting@blackrock.com
bbattista@blackrock.com
becky_chan@blackrock.com
benaifer_patell@blackrock.com
benjamin.freeburg@blackrock.com
benjamin.moyer@blackrock.com
bennett.golub@blackrock.com
bernard.frojmovich@blackrock.com
bethany.angeles@blackrock.com
betty.williams@blackrock.com
biju.thuruthimattam@blackrock.com
bill.zola@blackrock.com
bob.doll@blackrock.com
bob.hodgson@blackrock.com
bob.shearer@blackrock.com
boris.paucinac@blackrock.com
bradley.snyder@blackrock.com
brenda.su@blackrock.com
brendan.connaughton@blackrock.com
brepasy@blackrock.com
brett.buchness@blackrock.com
brett.shaver@blackrock.com
brian.beades@blackrock.com
brian.hall@blackrock.com
brian.hird@blackrock.com
brian.smith@blackrock.com
brian.woo@blackrock.com
brian.yang@blackrock.com
brian_murdock@blackrock.com
brita.steffelin@blackrock.com

**Company & Corresponding Email Addresses**

brogers@blackrock.com
brooke.williams@blackrock.com
bruce_hamilton@blackrock.com
bryan.burrough@blackrock.com
bryan.krause@blackrock.com
bweinste@blackrock.com
caitlin.esterbrook@blackrock.com
cameron.watt@blackrock.com
carl.lee@blackrock.com
carmen.appel@blackrock.com
carol.stoliar@blackrock.com
carol_greenwood@blackrock.com
caroline_wild@blackrock.com
carrie.king@blackrock.com
catherine_hockings@blackrock.com
cathryn_tracy@blackrock.com
cfofana@blackrock.com
charles_prideaux@blackrock.com
charlotte.mills@blackrock.com
cheryl.deguzman@blackrock.com
chiafen.yeh@blackrock.com
chirayu.patel@blackrock.com
chorvath@blackrock.com
chris.doty@blackrock.com
chris.greener@blackrock.com
chris.mecray@blackrock.com
chris.milner@blackrock.com
chris.morahan@blackrock.com
chris.parliman@blackrock.com
chris.rhine@blackrock.com
chris_littlejohns@blackrock.com
chris_turner@blackrock.com
christian.holder@blackrock.com
christine.garvey@blackrock.com
christine.jurinich@blackrock.com
christopher.allen@blackrock.com
christopher.coolidge@blackrock.com
christopher.leddy@blackrock.com
christopher.linsky@blackrock.com
christopher.stavrakos@blackrock.com
christopher.strickland@blackrock.com
christopher_wray@blackrock.com
cindy.librera@blackrock.com
clare.ormerod@blackrock.com
clare_wheeler@blackrock.com
claude.blocry@blackrock.com
claude_tache@blackrock.com
clinsky@blackrock.com
clinton.soose@blackrock.com
cmarshal@blackrock.com
cmejia@blackrock.com
coldren@blackrock.com
colin.graham@blackrock.com
corey.benjamin@blackrock.com

## Company & Corresponding Email Addresses

cpatel@blackrock.com
craig.tavender@blackrock.com
cristina.barish@blackrock.com
croson@blackrock.com
csylwest@blackrock.com
curt.engler@blackrock.com
curtis.arledge@blackrock.com
cvoelker@blackrock.com
cyanoshi@blackrock.com
cynthia_wu@blackrock.com
dan.chamby@blackrock.com
dan.hanson@blackrock.com
dan.mcauley@blackrock.com
dan.rice@blackrock.com
daniel.chen@blackrock.com
daniel.fleishman@blackrock.com
daniel.hanson@blackrock.com
daniel.mckernan@blackrock.com
daniel.neumann@blackrock.com
daniel.shannon@blackrock.com
daniel.shaykevich@blackrock.com
daniel.tubbs@blackrock.com
danna_achour@blackrock.com
danny.arnouk@blackrock.com
dapeng.hu@blackrock.com
darren.mazzuca@blackrock.com
darrin.sanfillippo@blackrock.com
dausten@blackrock.com
david.antonelli@blackrock.com
david.bai@blackrock.com
david.barenborg@blackrock.com
david.burt@blackrock.com
david.byrket@blackrock.com
david.curtin@blackrock.com
david.dalzell@blackrock.com
david.delbos@blackrock.com
david.gardner@blackrock.com
david.goldman@blackrock.com
david.hudson@blackrock.com
david.midura@blackrock.com
david.reed@blackrock.com
david.reid@blackrock.com
david.rogal@blackrock.com
david.sayles@blackrock.com
david.shaw@blackrock.com
david.taerstein@blackrock.com
david.watson@blackrock.com
david_buckle@blackrock.com
david_tovey@blackrock.com
ddonahue@blackrock.com
denis.walsh@blackrock.com
denise.darling@blackrock.com
dennis.stattman@blackrock.com
desmond.cheung@blackrock.com

**Company & Corresponding Email Addresses**

devan.marshall@blackrock.com
dfearins@blackrock.com
dforan@blackrock.com
dheike@blackrock.com
dhiren.shah@blackrock.com
diane.litwin@blackrock.com
diane.newman@blackrock.com
dkrohnert@blackrock.com
dnichola@blackrock.com
doare@blackrock.com
dominic_herbert@blackrock.com
dongchan.lee@blackrock.com
doug_shaw@blackrock.com
douglas.whang@blackrock.com
dparish@blackrock.com
dschoenhofen@blackrock.com
dsefcik@blackrock.com
ebergman@blackrock.com
ebisso@blackrock.com
ed.donofrio@blackrock.com
edgar.allen@blackrock.com
edward.andrews@blackrock.com
edward.booth@blackrock.com
edward.dowd@blackrock.com
edward.rzeszowski@blackrock.com
edward_green@blackrock.com
edwin.davison@blackrock.com
eileen.leary@blackrock.com
eileen.mulcaire@blackrock.com
eingold@blackrock.com
ekincaid@blackrock.com
elena.georgiades@blackrock.com
elise.baum@blackrock.com
emily.clarke@blackrock.com
emmanuel_raymond@blackrock.com
epellicciaro@blackrock.com
eric.alarcon@blackrock.com
eric.gold@blackrock.com
eric.mimeault@blackrock.com
eric.mitofsky@blackrock.com
eric.sontag@blackrock.com
eric.stern@blackrock.com
eric.trepanier@blackrock.com
erik.moss@blackrock.com
erin.xie@blackrock.com
esherman@blackrock.com
estevens@blackrock.com
evans@blackrock.com
evy_hambro@blackrock.com
ewen.cameron-watt@blackrock.com
felix_mason@blackrock.com
fergie.may@blackrock.com
filip.polasz@blackrock.com
fiona.bensusan@blackrock.com

**Company & Corresponding Email Addresses**

fiona_ellard@blackrock.com
firstname_lastname@blackrock.com
francesca.lograsso@blackrock.com
francine.perrone@blackrock.com
fred.herrmann@blackrock.com
fred.lieblich@blackrock.com
fred.weinberger@blackrock.com
gabriel.rivera@blackrock.com
gareth.williams@blackrock.com
garo.norian@blackrock.com
garrett.falzone@blackrock.com
gary.low@blackrock.com
gary_chappenden@blackrock.com
gavin.quinn@blackrock.com
gemma_schirrmacher@blackrock.com
geoff_campbell@blackrock.com
george.eckerd@blackrock.com
george.ferguson@blackrock.com
george.mishkin@blackrock.com
georgia.lygerakis@blackrock.com
geraldine.gunn@blackrock.com
gheineke@blackrock.com
ghena_zhang@blackrock.com
golbie.kamarei@blackrock.com
gordon.fraser@blackrock.com
gperillo@blackrock.com
gpucci@blackrock.com
grace.gu@blackrock.com
graham.birch@blackrock.com
graham.radford@blackrock.com
gregory.basil@blackrock.com
griff.noble@blackrock.com
guy.lakonishok@blackrock.com
guy.wynter@blackrock.com
h.brian.diener@blackrock.com
habtamu.bekele@blackrock.com
halsey.morris@blackrock.com
hampus.lundh@blackrock.com
hans.kamminga@blackrock.com
harry.radovich@blackrock.com
heena_patel@blackrock.com
heidi.laukkanen@blackrock.com
helen.chan@blackrock.com
helen_hope@blackrock.com
hoerner@blackrock.com
holly.abitz@blackrock.com
howard.berkowitz@blackrock.com
howard.downs@blackrock.com
hugo.tudor@blackrock.com
hutch@blackrock.com
ian.cowan@blackrock.com
ian.jamieson@blackrock.com
ian_frost@blackrock.com
ihussain@blackrock.com

**Company & Corresponding Email Addresses**

ila.eckhoff@blackrock.com
imittet@blackrock.com
imran.sattar@blackrock.com
irene.yip@blackrock.com
ivan.larin@blackrock.com
jabari.magnus@blackrock.com
jack.hattem@blackrock.com
jacob.silady@blackrock.com
jacqueline.jacques@blackrock.com
james.bristow@blackrock.com
james.keenan@blackrock.com
james.kumpf@blackrock.com
james.mclaren@blackrock.com
james_macmillan@blackrock.com
james_macpherson@blackrock.com
james_tomlins@blackrock.com
janak.patel@blackrock.com
jason.feinstein@blackrock.com
jason.kritzer@blackrock.com
jason.lewis@blackrock.com
jason.smith@blackrock.com
jason.stuart@blackrock.com
jason_byrom@blackrock.com
javier.revelo@blackrock.com
jay.buckley@blackrock.com
jbaumgar@blackrock.com
jbeil@blackrock.com
jdemarco@blackrock.com
jdorgan@blackrock.com
jean.rosenbaum@blackrock.com
jeff.gary@blackrock.com
jeffrey.berman@blackrock.com
jeffrey.lindsey@blackrock.com
jeffrey.russo@blackrock.com
jennie_nilsson@blackrock.com
jennifer.driscoll@blackrock.com
jennifer.ibrahim@blackrock.com
jennifer.ni@blackrock.com
jeremy.medland@blackrock.com
jeremy_cunningham@blackrock.com
jhoffman@blackrock.com
jill.giovanello@blackrock.com
jing.zhou@blackrock.com
jjacobs@blackrock.com
jkeenan@blackrock.com
jlott@blackrock.com
jmarkows@blackrock.com
jmcginle@blackrock.com
jmoreno@blackrock.com
jo_howley@blackrock.com
joan_nimon@blackrock.com
jody@blackrock.com
joe.plonski@blackrock.com
joel.heymsfeld@blackrock.com

**Company & Corresponding Email Addresses**

john.basler@blackrock.com
john.burger@blackrock.com
john.c.hamilton@blackrock.com
john.coyle@blackrock.com
john.davis@blackrock.com
john.gallagher@blackrock.com
john.lee@blackrock.com
john.ng@blackrock.com
john.stefanelli@blackrock.com
john.vibert@blackrock.com
john_leonard@blackrock.com
john_morcombe@blackrock.com
john_powell@blackrock.com
jon.gilman@blackrock.com
jonathan_eng@blackrock.com
jonathan_harris@blackrock.com
jonathan_mackay@blackrock.com
jonathon_green@blackrock.com
jordan.schreiber@blackrock.com
joseph.rodgers@blackrock.com
joseph.yallop@blackrock.com
joshua.friedberg@blackrock.com
joshua.zwick@blackrock.com
jpruskowski@blackrock.com
jsweeney@blackrock.com
jswu@blackrock.com
jtillman@blackrock.com
juan.vasquez@blackrock.com
judy.rice@blackrock.com
juliana.garbalinska@blackrock.com
julien_reynolds@blackrock.com
justine.anderson@blackrock.com
jwells@blackrock.com
jwing@blackrock.com
jypark@blackrock.com
karen.boka@blackrock.com
karen.e.hogan@blackrock.com
karen.morely@blackrock.com
karen.uzzolino@blackrock.com
karina.saade@blackrock.com
karol.chrystowski@blackrock.com
kashif.riaz@blackrock.com
kate.brady@blackrock.com
kate.oconnor@blackrock.com
katharine_dryer@blackrock.com
kathleen.anderson@blackrock.com
kathleen.baum@blackrock.com
kathleen.mckenzie@blackrock.com
katie.ng@blackrock.com
kbannon@blackrock.com
kbouchard@blackrock.com
keating.hagmann@blackrock.com
keith.meixell@blackrock.com
keith@blackrock.com

**Company & Corresponding Email Addresses**

kelli.joyce@blackrock.com
kelly.campbell@blackrock.com
kelvin.sze@blackrock.com
kenichi_yoshida@blackrock.com
kenny.chow@blackrock.com
kent.hogshire@blackrock.com
kenzy.haslam@blackrock.com
kevin.holt@blackrock.com
kevin.rendino@blackrock.com
kevin.schiatta@blackrock.com
kevin_ironmonger@blackrock.com
khill@blackrock.com
kim.fahey@blackrock.com
kim.moore@blackrock.com
kim.zapata@blackrock.com
kim_simmonds@blackrock.com
kirincic@blackrock.com
kishore.yalamanchili@blackrock.com
kjonas@blackrock.com
klingert@blackrock.com
kmaloney@blackrock.com
kmooney@blackrock.com
kochansk@blackrock.com
kolsen@blackrock.com
konrad.ledochowski@blackrock.com
kristina.koutrakos@blackrock.com
kurt.dodds@blackrock.com
kurt.schansinger@blackrock.com
kurtis.stein@blackrock.com
kyle.barden@blackrock.com
kyle.johnston@blackrock.com
kyle.macmillens@blackrock.com
kyle.mcclements@blackrock.com
kyle_mallen@blackrock.com
lance.deluca@blackrock.com
lauren.gallagher@blackrock.com
laurent_ducoin@blackrock.com
lawrence.kissko@blackrock.com
lee_alexander@blackrock.com
leon.roisenberg@blackrock.com
leonard.fabiano@blackrock.com
lfink@blackrock.com
liliana_colla@blackrock.com
linda.gardner@blackrock.com
linda.hastings@blackrock.com
linda.zhang@blackrock.com
lindsay.campbell@blackrock.com
lindsay.watson@blackrock.com
lingxiao.zhang@blackrock.com
lisa.gill@blackrock.com
lisa.odonnell@blackrock.com
lisa.walker@blackrock.com
lleskosk@blackrock.com
lorna_wace@blackrock.com

**Company & Corresponding Email Addresses**

lorraine.hopkins@blackrock.com
lou.gitlin@blackrock.com
louise_a_taylor@blackrock.com
louise_murray@blackrock.com
luca.simoncelli@blackrock.com
lucy.hill@blackrock.com
luis.yance@blackrock.com
luke_chappell@blackrock.com
luke_hodges@blackrock.com
lutz-peter.wilke@blackrock.com
lydia_vitalis@blackrock.com
madeline_dobson@blackrock.com
malcolm.mcdonald@blackrock.com
manavy@blackrock.com
marc.beale@blackrock.com
marc.rovers@blackrock.com
marco.carraro@blackrock.com
marcus_chandler@blackrock.com
margaret.dannunzio@blackrock.com
margaret_leontopoulou@blackrock.com
maria.gentilucci@blackrock.com
marie.sheehan@blackrock.com
mark.goodwin@blackrock.com
mark.lyttleton@blackrock.com
mark.marinella@blackrock.com
mark.schnell@blackrock.com
mark.stubbelfield@blackrock.com
mark.williams@blackrock.com
mark_rimmer@blackrock.com
marta.edmonds@blackrock.com
martha.gonzalez@blackrock.com
martin.fransson@blackrock.com
martin_ohare@blackrock.com
mary.stepnowski@blackrock.com
mary.warner@blackrock.com
maryann.sonnenfeld@blackrock.com
mason.woodworth@blackrock.com
matt.litwin@blackrock.com
matthew.jessel@blackrock.com
matthew.massimi@blackrock.com
matthew.mcneely@blackrock.com
matthew.rodriguez@blackrock.com
matthew.weinstein@blackrock.com
matthew_renirie@blackrock.com
maureen.kolodziej@blackrock.com
mbkelly@blackrock.com
mccabe@blackrock.com
mdichek@blackrock.com
medgington@blackrock.com
megan.gaul@blackrock.com
melanie.rotunno@blackrock.com
melissa.dunn@blackrock.com
melvin.rosa@blackrock.com
mgarfin@blackrock.com

## Company & Corresponding Email Addresses

mgriffin@blackrock.com
mhuebsch@blackrock.com
michael.carey@blackrock.com
michael.constantis@blackrock.com
michael.gargano@blackrock.com
michael.heilbronn@blackrock.com
michael.jarzyna@blackrock.com
michael.khankin@blackrock.com
michael.kim@blackrock.com
michael.mesard@blackrock.com
michael.ridloff@blackrock.com
michael_krautzberger@blackrock.com
michel.vandersanden@blackrock.com
michelle.dressel@blackrock.com
michelle.hall@blackrock.com
michelle.lynch@blackrock.com
michelle.mustafa@blackrock.com
michelle.zhang@blackrock.com
michelle_scrimgeour@blackrock.com
mike.oberdorf@blackrock.com
mikyung.kim@blackrock.com
mitchell.mcdermott@blackrock.com
mitesh.patel@blackrock.com
mkotecha@blackrock.com
mkotecha2@blackrock.com
mkraeger@blackrock.com
mluongo@blackrock.com
mlustig@blackrock.com
mmacelhi@blackrock.com
mmagerman@blackrock.com
mmarra@blackrock.com
morten_andersen@blackrock.com
mreilly@blackrock.com
murali.balaraman@blackrock.com
mwarner@blackrock.com
narayan.gopalon@blackrock.com
nathalie.esposito@blackrock.com
navann.ty@blackrock.com
ndenny@blackrock.com
neal.lofthouse@blackrock.com
ned.hole@blackrock.com
neil.kothari@blackrock.com
neil_lupton@blackrock.com
neil_weller@blackrock.com
nelson.flores@blackrock.com
nicholas.denny@blackrock.com
nicholas.mcleod-clarke@blackrock.com
nicholas.zamarelli@blackrock.com
nicholas.zamparelli@blackrock.com
nick.osborne@blackrock.com
nick_coats@blackrock.com
nick_little@blackrock.com
nick_moakes@blackrock.com
nicola.muirhead@blackrock.com

## Company & Corresponding Email Addresses

nicole.everett@blackrock.com
nigel.drake@blackrock.com
nigel.foster@blackrock.com
nigel_ridge@blackrock.com
nigel_tupper@blackrock.com
nikhil.uppal@blackrock.com
noel_montaigue@blackrock.com
noriaki_matsui@blackrock.com
nugzari.jakobishvili@blackrock.com
nweiner@blackrock.com
oded.levin@blackrock.com
oliver_ruppert@blackrock.com
oona.elliott@blackrock.com
owen_murfin@blackrock.com
pablo_delamata@blackrock.com
pacosta@blackrock.com
panos_ferendinos@blackrock.com
paola.mejia@blackrock.com
patrick.dolan@blackrock.com
patrick.donnelly@blackrock.com
patrick.edelmann@blackrock.com
paudet@blackrock.com
paul.clarke@blackrock.com
paul.donohoe@blackrock.com
paul.etheridge@blackrock.com
paul.rudland@blackrock.com
paul.shuttleworth@blackrock.com
paul_clifton@blackrock.com
paul_hauff@blackrock.com
paul_walker-duncalf@blackrock.com
paul_walton@blackrock.com
paula.croson@blackrock.com
pcroson@blackrock.com
peter.carragher@blackrock.com
peter.chan@blackrock.com
peter.gailliot@blackrock.com
peter.hayes@blackrock.com
peter.leffler@blackrock.com
peter.mathern@blackrock.com
peter.sanderson@blackrock.com
peter.wong@blackrock.com
peter_gibbs@blackrock.com
pfisher@blackrock.com
phil_doherty@blackrock.com
philip.brides@blackrock.com
philip.chew@blackrock.com
philip.wan@blackrock.com
phillip.soccio@blackrock.com
pierre_sarrau@blackrock.com
pjuran@blackrock.com
plamen.monovski@blackrock.com
pmccabe@blackrock.com
poppy.allonby@blackrock.com
priya.malhotra@blackrock.com

**Company & Corresponding Email Addresses**

pschwartzman@blackrock.com
quintin.price@blackrock.com
rachel.kinney@blackrock.com
rahn@blackrock.com
rajah.menon@blackrock.com
rajiv.lapasia@blackrock.com
ralph.cox@blackrock.com
ralph.divino@blackrock.com
rbrown@blackrock.com
reginald.leese@blackrock.com
renee.eick@blackrock.com
ren-raw.chen@blackrock.com
rfriedbe@blackrock.com
rganesh@blackrock.com
rhallisey@blackrock.com
richard.hoerner@blackrock.com
richard.mejzak@blackrock.com
richard.urwin@blackrock.com
richard.williams@blackrock.com
richard_dell@blackrock.com
richard_plackett@blackrock.com
richard_pooley@blackrock.com
richard_turnill@blackrock.com
riginos_dimitriou@blackrock.com
rking@blackrock.com
rkushel@blackrock.com
rmiron@blackrock.com
rmollett@blackrock.com
rmorgan@blackrock.com
rmowrer@blackrock.com
rnewsome@blackrock.com
robert.burns@blackrock.com
robert.capaldi@blackrock.com
robert.cobb@blackrock.com
robert.daly@blackrock.com
robert.degennaro@blackrock.com
robert.iverson@blackrock.com
robert.kapito@blackrock.com
robert.macarthur@blackrock.com
robert.martorelli@blackrock.com
robert_fairbairn@blackrock.com
robert_willsdon@blackrock.com
robin_batchelor@blackrock.com
roderick.mckenzie@blackrock.com
roland_arnold@blackrock.com
rolanda.raichel@blackrock.com
ron.cheng@blackrock.com
ron.dvari@blackrock.com
ronan_connolly@blackrock.com
rory_hill@blackrock.com
rory_verenicoll@blackrock.com
rpaul@blackrock.com
rschlosst@blackrock.com
rshea@blackrock.com

## Company & Corresponding Email Addresses

rsion@blackrock.com
rui.zhao@blackrock.com
russell.maddox@blackrock.com
ruth.fitter@blackrock.com
rvillacorta@blackrock.com
rwartell@blackrock.com
ryan.szakacs@blackrock.com
ryan.witko@blackrock.com
sacha.bacro@blackrock.com
saiyi_he@blackrock.com
salvatore.parascandola@blackrock.com
sam.bapasola@blackrock.com
sam.riter@blackrock.com
samantha.burden@blackrock.com
samuel.kidston@blackrock.com
sandra.borland@blackrock.com
sandra.sullivan@blackrock.com
sandy.christie@blackrock.com
sanjay.roy@blackrock.com
sarah.melvin@blackrock.com
sarah_coole@blackrock.com
sberkley@blackrock.com
scott.amero@blackrock.com
scott.bluth@blackrock.com
scott.condron@blackrock.com
scott.skowronski@blackrock.com
scott.thiel@blackrock.com
scott.wetzel@blackrock.com
scott_e_barber@blackrock.com
sdalal@blackrock.com
sean.carney@blackrock.com
selig.sechzer@blackrock.com
sfamilet@blackrock.com
sfleming@blackrock.com
shane.jackson@blackrock.com
shaun.jamieson@blackrock.com
shawn.tesoro@blackrock.com
shea.harvey@blackrock.com
sheide@blackrock.com
shirley.yu@blackrock.com
simon.young@blackrock.com
simon_clements@blackrock.com
simon_flood@blackrock.com
simon_mcclure@blackrock.com
skunt@blackrock.com
smanning@blackrock.com
smehta@blackrock.com
smmannin@blackrock.com
smoeller@blackrock.com
sochong.yi@blackrock.com
sophia.zhao@blackrock.com
sorin.roibu@blackrock.com
sriram.sumaithangi@blackrock.com
sspodek@blackrock.com

**Company & Corresponding Email Addresses**

sswitzky@blackrock.com
stacy.turnof@blackrock.com
stephan.bassas@blackrock.com
stephanie.limond@blackrock.com
stephen.meschenmoser@blackrock.com
stephen.miller@blackrock.com
stephen.scinicariello@blackrock.com
stephen_jury@blackrock.com
stephen_penfold@blackrock.com
stepnauski@blackrock.com
steve_yardley@blackrock.com
steven.dalzell@blackrock.com
steven.goulden@blackrock.com
steven.kleiman@blackrock.com
steven.siem@blackrock.com
stewart_edginton@blackrock.com
stuart.reeve@blackrock.com
stuart_meldrum@blackrock.com
stuart_niman@blackrock.com
suemeng.chan@blackrock.com
sukhbir.gill@blackrock.com
sunil.krishnan@blackrock.com
suraj.kripalani@blackrock.com
susan.wagner@blackrock.com
swalker@blackrock.com
swigmore@blackrock.com
syeo@blackrock.com
tallal.malik@blackrock.com
tasos.bouloutas@blackrock.com
tate_josserand@blackrock.com
tatiana.spineanu@blackrock.com
tcolwell@blackrock.com
terry.bray@blackrock.com
tharris@blackrock.com
thomas.biscardi@blackrock.com
thomas.callan@blackrock.com
thomas.downey@blackrock.com
thomas.holl@blackrock.com
thomas.kolimago@blackrock.com
thomas.musmanno@blackrock.com
thomas.orourke@blackrock.com
thomas.steffens@blackrock.com
tim.martin@blackrock.com
tim_aylott@blackrock.com
timothy.johnson@blackrock.com
timothy.noonan@blackrock.com
timothy.rezvan@blackrock.com
timothy.routledge@blackrock.com
tkieran@blackrock.com
tobias_astor@blackrock.com
todd.bocabella@blackrock.com
todd.burnside@blackrock.com
todd.hurtubise@blackrock.com
tom.burke@blackrock.com

**Company & Corresponding Email Addresses**

tom.cullen@blackrock.com
tom.mayo@blackrock.com
tom.mondelaers@blackrock.com
tony.hubbard@blackrock.com
tony_stenning@blackrock.com
tracy.lau@blackrock.com
tracy.ossowski@blackrock.com
travis.stevenson@blackrock.com
tricia.ho@blackrock.com
trina_yeung@blackrock.com
tucker.morrissey@blackrock.com
tunde.bey@blackrock.com
unnati.patel@blackrock.com
v_cooney@blackrock.com
vashik_vajner@blackrock.com
vikas.goyal@blackrock.com
vikram_lunavat@blackrock.com
viola.dunne@blackrock.com
vish.acharya@blackrock.com
vivek.gupta@blackrock.com
vsantiago@blackrock.com
vvairavamurthy@blackrock.com
w_lavelle@blackrock.com
walter.mello@blackrock.com
warren.chang@blackrock.com
wayne.archambo@blackrock.com
wayne.kircher@blackrock.com
wendy.held@blackrock.com
wesley.dearsley@blackrock.com
wfrey@blackrock.com
whenderson@blackrock.com
whitney.wright@blackrock.com
will.landers@blackrock.com
william.degale@blackrock.com
william.moore@blackrock.com
willie.hartleyrussell@blackrock.com
winnie.pun@blackrock.com
wkwong@blackrock.com
wmcfarla@blackrock.com
xavier.goss@blackrock.com
xiang.liu@blackrock.com
xlchen@blackrock.com
ychaudhary@blackrock.com
yevgeny.gelfand@blackrock.com
ygeyman@blackrock.com
yingchu.ni@blackrock.com
yookan.lee@blackrock.com
young.yoo@blackrock.com
ytong@blackrock.com
yudhveer.chaudhry@blackrock.com
yuri.rios@blackrock.com
yzhong@blackrock.com
zachary.alpern@blackrock.com
**blackrockkelso**

**Company & Corresponding Email Addresses**

mbl@blackrockkelso.com
sun@blackrockkelso.com

**blair**

pfranke@blair.com

**blaylicklp**

drj@blaylicklp.com

**blaylockabacus**

cplouche@blaylockabacus.com
jmartin@blaylockabacus.com
nharris@blaylockabacus.com
slockman@blaylockabacus.com

**blaylockco**

dogrady@blaylockco.com
tdevane@blaylockco.com

**blaylocklp**

asiegel@blaylocklp.com
cplister@blaylocklp.com
cwoolridge@blaylocklp.com
dkraebel@blaylocklp.com
dutter@blaylocklp.com
emac@blaylocklp.com
gswenson@blaylocklp.com
jdmoitra@blaylocklp.com
jwakim@blaylocklp.com
lbuckland@blaylocklp.com
pdecat@blaylocklp.com
r@blaylocklp.com
snusim@blaylocklp.com

**blb**

andrea.mueller@blb.de
andreas.hannappel@blb.de
andreas.martin@blb.de
barbara.dietrich@blb.de
bernhard.kriwanek@blb.de
carsten.raun@blb.de
christian.gastager@blb.de
dieter.brugmer@blb.de
elaine.murphy@blb.de
gerold.brandt@blb.de
gottfried.scheer@blb.de
hans-peter.goth@blb.de
hartmant@blb.de
heimo.scherer@blb.de
helmut.fause@blb.de
ines.schmid@blb.de
jean-francois.bouglon@blb.de
jeanie.auyeung@blb.de
jochen.lueck@blb.de
joerg.lappoehn@blb.de
johannes.geiginger@blb.de
juergen.rothhammer@blb.de
kelvin.lee@blb.de
marco.raffaelli@blb.de
martin.hindelang@blb.de

**Company & Corresponding Email Addresses**

martin.rost@blb.de
martin.schmucker@blb.de
michael.pietzek@blb.de
monika.wollensak@blb.de
nadine.hengmigh@blb.de
ngci@blb.be
nicolas.queme@blb.de
richard.neuner@blb.de
robert.schoetz@blb.de
roberto.falaschi@blb.de
roland.schneiter@blb.ch
rolf.shaefer@blb.co.uk
silvia.chin@blb.de
simone.schmid@blb.de
stefan.strassburg@blb.de
stephan.schmidbauer@blb.de
thomas.bachmeier@blb.de
thomas.fischer@blb.de
thomas.hartmann@blb.de
thomas.werkle@blb.de
ulrich.mattonet@blb.de
uwe.flossmann@blb.de
yon.ibrahim@blb.de
yusuf.bilgic@blb.de

**blbabson**
rabel@blbabson.com

**blbarg**
rbarbosa@blbarg.com

**blblon**
bernhard.russ@blblon.co.uk
russell.williams@blblon.co.uk
simon.whitfield@blblon.co.uk

**blcvm**
abrahama@blcvm.com

**blenheiminv**
brichardson@blenheiminv.com
cakins@blenheiminv.com
gpark@blenheiminv.com
hsardanis@blenheiminv.com
jgazzini@blenheiminv.com
jliu@blenheiminv.com
jwohlmacher@blenheiminv.com
kfallon@blenheiminv.com
kmag@blenheiminv.com
lfucha@blenheiminv.com
mgriffin@blenheiminv.com
ppuglisi@blenheiminv.com
rbiswas@blenheiminv.com
sengstrom@blenheiminv.com
sgao@blenheiminv.com
sklein@blenheiminv.com
tkooyker@blenheiminv.com
tomk@blenheiminv.com
tross@blenheiminv.com

**Company & Corresponding Email Addresses**

**blfram**
ivan.bouillot@blfram.lu
luc.bauler@blfram.lu

**blkb**
beat.vonwyl@blkb.inet.ch
ives.kupferschmid@blkb.inet.ch
lukas.ladner@blkb.inet.ch
patrick.greiner@blkb.inet.ch
patrick.schneeberger@blkb.inet.ch
rolf.rudin@blkb.inet.ch

**bll**
adaw@bll.co.il
bibi@bll.co.il
boazg@bll.co.il
carinew@bll.co.il
cedricj@bll.co.il
chaim_f@bll.co.il
chemik@bll.co.il
einats@bll.co.il
eitanr@bll.co.il
eyalr@bll.co.il
galiam@bll.co.il
gilbu@bll.co.il
grosman@bll.co.il
hagit@bll.co.il
hanochf@bll.co.il
ilanv@bll.co.il
inbalb@bll.co.il
int.deals@bll.co.il
israel_s@bll.co.il
itaif@bll.co.il
jennifer@bll.co.il
lironr@bll.co.il
menaheme@bll.co.il
michelmi@bll.co.il
nuritk@bll.co.il
oferhi@bll.co.il
ofern@bll.co.il
ronyy@bll.co.il
sandrap@bll.co.il
yosefl@bll.co.il
yosig@bll.co.il
zeevn@bll.co.il

**bllomberg**
dwoolaghan@bllomberg.net
ptschaar@bllomberg.net

**blockrock**
james_lenton@blockrock.com

**blomberg**
foog@blomberg.net
henning@blomberg.net
olange@blomberg.net

**blommberg**
dcezd@blommberg.net

**Company & Corresponding Email Addresses**

**bloombeg**
  rwonghk@bloombeg.net
**bloomber**
  p.bronzi5@bloomber.net
**bloomberg**
  02dw@bloomberg.net
  3310430@bloomberg.net
  38linares@bloomberg.net
  7584@bloomberg.net
  a.blazquez@bloomberg.net
  a.hepper@bloomberg.net
  a.lau@bloomberg.net
  a.p.mills@bloomberg.net
  a_zahrani@bloomberg.net
  a026824@bloomberg.net
  a142158@bloomberg.net
  a377388@bloomberg.net
  aaigprop@bloomberg.net
  aajawi@bloomberg.net
  aaldakheel@bloomberg.net
  aal-rabaian@bloomberg.net
  aalvarez9@bloomberg.net
  aamiludin@bloomberg.net
  aarondavison@bloomberg.net
  aavigliano@bloomberg.net
  aawny@bloomberg.net
  abaiona1@bloomberg.net
  abances@bloomberg.net
  abaraviera@bloomberg.net
  abarbieri@bloomberg.net
  abezzetto@bloomberg.net
  abianco1@bloomberg.net
  abidin@bloomberg.net
  abk@bloomberg.net
  aboutry@bloomberg.net
  abouwman@bloomberg.net
  aboychuk@bloomberg.net
  abraga@bloomberg.net
  abroderick@bloomberg.net
  abtahir@bloomberg.net
  abutt@bloomberg.net
  acarrasco@bloomberg.net
  acatignani@bloomberg.net
  acecconi@bloomberg.net
  achamberlain@bloomberg.net
  acimoli@bloomberg.net
  aconroy@bloomberg.net
  acorso1@bloomberg.net
  adalloglio@bloomberg.net
  adam24@bloomberg.net
  adarbari@bloomberg.net
  adasilva74@bloomberg.net
  adaugherty3@bloomberg.net
  adavies@bloomberg.net

**Company & Corresponding Email Addresses**

adecaro3@bloomberg.net
adeflandre@bloomberg.net
adellaflora@bloomberg.net
ademarco@bloomberg.net
adenis1@bloomberg.net
ades@bloomberg.net
adimo@bloomberg.net
adivot@bloomberg.net
adixon@bloomberg.net
adjebsen@bloomberg.net
adonnelly4@bloomberg.net
adromer1@bloomberg.net
adsilver1031@bloomberg.net
advisser@bloomberg.net
advstef@bloomberg.net
aecon@bloomberg.net
aeggler@bloomberg.net
aelman@bloomberg.net
aezra@bloomberg.net
afahlen1@bloomberg.net
afarina1@bloomberg.net
afdlr2@bloomberg.net
afell4@bloomberg.net
aferoze1@bloomberg.net
aferrari6@bloomberg.net
afischer@bloomberg.net
afitzpatrick@bloomberg.net
afornoni@bloomberg.net
agaddi1@bloomberg.net
agamba3@bloomberg.net
agartner@bloomberg.net
agauzia@bloomberg.net
ageel@bloomberg.net
agies@bloomberg.net
aglossop2@bloomberg.net
agonzales@bloomberg.net
agurski@bloomberg.net
ahansen1@bloomberg.net
ahauser@bloomberg.net
ahuegli@bloomberg.net
aiscoleman@bloomberg.net
ajardon.bbl@bloomberg.net
ajolliffe@bloomberg.net
ajoseph1@bloomberg.net
akamm@bloomberg.net
akeirle1@bloomberg.net
akemp5@bloomberg.net
akfischer1@bloomberg.net
akg@bloomberg.net
akhalid@bloomberg.net
aklinger1@bloomberg.net
akluge@bloomberg.net
akohashi@bloomberg.net
akorsgaard@bloomberg.net

**Company & Corresponding Email Addresses**

akousteni1@bloomberg.net
alacourciere@bloomberg.net
alain.muller@bloomberg.net
alanna@bloomberg.net
aleeming2@bloomberg.net
alegere@bloomberg.net
alesniewski@bloomberg.net
alexkrol@bloomberg.net
alexmendes@bloomberg.net
alexmoiseev@bloomberg.net
alexopo@bloomberg.net
alfcan@bloomberg.net
alfedu@bloomberg.net
aliman@bloomberg.net
alismith@bloomberg.net
alle@bloomberg.net
alm4113@bloomberg.net
al-mutaweh@bloomberg.net
alopeza@bloomberg.net
alorusso@bloomberg.net
alqua@bloomberg.net
alyusuf@bloomberg.net
alzahrani@bloomberg.net
am16@bloomberg.net
ama02@bloomberg.net
ama0911ny@bloomberg.net
amainord@bloomberg.net
amajekod@bloomberg.net
amalacchia@bloomberg.net
amansour@bloomberg.net
amarquardt7@bloomberg.net
amarsh@bloomberg.net
amatsuya@bloomberg.net
amazzoleni@bloomberg.net
ambri@bloomberg.net
amckay1@bloomberg.net
amerville@bloomberg.net
amesser1@bloomberg.net
ametzger@bloomberg.net
amikhailov@bloomberg.net
amills@bloomberg.net
aminassian@bloomberg.net
amitus@bloomberg.net
amn002@bloomberg.net
amoffat2@bloomberg.net
amoolji3@bloomberg.net
amor@bloomberg.net
amousny@bloomberg.net
amunoz@bloomberg.net
anassira@bloomberg.net
anazmi@bloomberg.net
andebe@bloomberg.net
andream@bloomberg.net
andrejs@bloomberg.net

**Company & Corresponding Email Addresses**

andrevh@bloomberg.net
andyofee@bloomberg.net
angulez@bloomberg.net
anguscrozier@bloomberg.net
angushui@bloomberg.net
anhsu@bloomberg.net
annearend@bloomberg.net
ansteven@bloomberg.net
anupch@bloomberg.net
aobrien@bloomberg.net
aolegario@bloomberg.net
aorr8@bloomberg.net
apagnoni@bloomberg.net
apatel2@bloomberg.net
apeat@bloomberg.net
apenbrin@bloomberg.net
apexmom@bloomberg.net
apiozzi@bloomberg.com
apoestges1@bloomberg.net
arangaraj@bloomberg.net
arfas@bloomberg.net
arielj@bloomberg.net
arisj@bloomberg.net
armin.seng@bloomberg.net
arnbourdon@bloomberg.net
arnie@bloomberg.net
aroberts@bloomberg.net
arosenbach@bloomberg.net
arossi75@bloomberg.net
arthurm@bloomberg.net
arusso14@bloomberg.net
aryan7@bloomberg.net
asacre@bloomberg.net
asahi06@bloomberg.net
asakurai@bloomberg.net
asanchezbalc@bloomberg.net
asanotakuya@bloomberg.net
asc@bloomberg.net
ascherd@bloomberg.net
aschmitt@bloomberg.net
aschneider1@bloomberg.net
askayer@bloomberg.net
aslk@bloomberg.net
asma@bloomberg.net
asouter3@bloomberg.net
asp23@bloomberg.net
aspanish@bloomberg.net
aspriggs@bloomberg.net
astatti1@bloomberg.net
asteele@bloomberg.net
asten@bloomberg.net
astoria1@bloomberg.net
asultan@bloomberg.net
atalanta@bloomberg.net

**Company & Corresponding Email Addresses**

atantazzi@bloomberg.net
athorsson@bloomberg.net
atruppia1@bloomberg.net
atrzepala@bloomberg.net
atters@bloomberg.net
attila@bloomberg.net
atuazon@bloomberg.net
atunzi@bloomberg.net
ausland@bloomberg.net
aval@bloomberg.net
avalsensi@bloomberg.net
avanloo1@bloomberg.net
avanotti@bloomberg.net
avondale@bloomberg.net
avonderrecke@bloomberg.net
avu2@bloomberg.net
awebb12@bloomberg.net
awebb123@bloomberg.net
awhite1@bloomberg.net
awoods4@bloomberg.net
aza@bloomberg.net
azimmermann3@bloomberg.net
azizaziz@bloomberg.net
b.roma@bloomberg.net
babd@bloomberg.net
bagger91@bloomberg.net
bahmann@bloomberg.net
baldrich@bloomberg.net
banai@bloomberg.net
bang@bloomberg.net
baohochang@bloomberg.net
baprg@bloomberg.net
barkerm@bloomberg.net
barretst@bloomberg.net
basterra@bloomberg.net
batiyyah1@bloomberg.net
battili@bloomberg.net
baumgs@bloomberg.net
baunaz@bloomberg.net
bbajic@bloomberg.net
bbarry2@bloomberg.net
bbeck@bloomberg.net
bblbprtf@bloomberg.net
bbogers1@bloomberg.net
bborander@bloomberg.net
bbowden@bloomberg.net
bbwhite@bloomberg.net
bcervin@bloomberg.net
bchoo3@bloomberg.net
bcimc@bloomberg.net
bclouser1@bloomberg.net
bcmccarthy1@bloomberg.net
bcole7@bloomberg.net
bcpi@bloomberg.net

## Company & Corresponding Email Addresses

bdecker4@bloomberg.net
bdelcour.bbl@bloomberg.net
bdmts@bloomberg.net
bdoran@bloomberg.net
bdurnez@bloomberg.net
beard@bloomberg.net
beckmannn@bloomberg.net
bedwial.tods@bloomberg.net
befitzy@bloomberg.net
behling@bloomberg.net
belenminayo@bloomberg.net
benjamin_ng@bloomberg.net
benjaminlu@bloomberg.net
benmalone@bloomberg.net
bentonj@bloomberg.net
berryd@bloomberg.net
bettencourt@bloomberg.net
bfahy@bloomberg.net
bfalk2@bloomberg.net
bfarquhar@bloomberg.net
bfeldst@bloomberg.net
bfinnerty@bloomberg.net
bgaines@bloomberg.net
bgaither2@bloomberg.net
bgiordano@bloomberg.net
bgordon@bloomberg.net
bgray5@bloomberg.net
bgumprecht@bloomberg.net
bhellen@bloomberg.net
bhfgruppe@bloomberg.net
bhoaire@bloomberg.net
biallas@bloomberg.net
biancullip@bloomberg.net
bichisao@bloomberg.net
biddi@bloomberg.net
bigmacneil@bloomberg.net
billobrien@bloomberg.net
billwan@bloomberg.net
bimicheal@bloomberg.net
binarellip@bloomberg.net
binkert@bloomberg.net
biqwa@bloomberg.net
bisik@bloomberg.net
bittch.lndb@bloomberg.net
bives@bloomberg.net
bjun@bloomberg.net
bkellaway@bloomberg.net
bkelly15@bloomberg.net
bkok@bloomberg.net
bkonig@bloomberg.net
bkshah@bloomberg.net
blairlog@bloomberg.net
blamonda@bloomberg.net
blawson3@bloomberg.net

**Company & Corresponding Email Addresses**

bleidich@bloomberg.net
blieberman@bloomberg.net
blud@bloomberg.net
blumenthal@bloomberg.net
bmaher@bloomberg.net
bmalone@bloomberg.net
bmcg1@bloomberg.net
bmeaden@bloomberg.net
bmiller@bloomberg.net
bmiller7@bloomberg.net
bmorton@bloomberg.net
bnangle@bloomberg.net
boc.tse@bloomberg.net
bodo@bloomberg.net
boeseler@bloomberg.net
bohringer@bloomberg.net
bojan@bloomberg.net
bokobu@bloomberg.net
bokok@bloomberg.net
bolesn@bloomberg.net
boln@bloomberg.net
bondb@bloomberg.net
bondsales@bloomberg.net
bop@bloomberg.net
botard@bloomberg.net
bpanganiban@bloomberg.net
bpapa1@bloomberg.net
bpineau@bloomberg.net
bpizlm@bloomberg.net
bpp@bloomberg.net
bradyb@bloomberg.net
brandy99@bloomberg.net
branis@bloomberg.net
bria@bloomberg.net
brianlinde@bloomberg.net
brkandjoe@bloomberg.net
brobertson2@bloomberg.net
brossak@bloomberg.net
brunetti@bloomberg.net
bsanders@bloomberg.net
bsargent1@bloomberg.net
bsarmago@bloomberg.net
bschotanus@bloomberg.net
bschulz2@bloomberg.net
bshah@bloomberg.net
bshanahan1@bloomberg.net
bshigezawa@bloomberg.net
bshirley1@bloomberg.net
bsmith@bloomberg.net
bsnyder@bloomberg.net
bstaub1@bloomberg.net
bsudameris@bloomberg.net
bterlesky1@bloomberg.net
btpbull@bloomberg.net

**Company & Corresponding Email Addresses**

bubbabutt@bloomberg.net
buchanan1@bloomberg.net
buhlen@bloomberg.net
bullrun@bloomberg.net
bvanbuuren@bloomberg.net
bwahlig@bloomberg.net
bwann@bloomberg.net
bwkjr@bloomberg.net
bwong8@bloomberg.net
bxorourke@bloomberg.net
byusof@bloomberg.net
bzachhuber@bloomberg.net
c.behrens@bloomberg.net
c.kipfer@bloomberg.net
caezar@bloomberg.net
cahills2@bloomberg.net
caitrionam@bloomberg.net
cala@bloomberg.net
camjim@bloomberg.net
campana2@bloomberg.net
camtom@bloomberg.net
cannavaro@bloomberg.net
cansell1@bloomberg.net
cantputt@bloomberg.net
capecchi@bloomberg.net
capex@bloomberg.net
carberry@bloomberg.net
carcoraci@bloomberg.net
caris_cheung@bloomberg.net
carolinne.mueller@bloomberg.net
caron@bloomberg.net
caseri.lndb@bloomberg.net
casmith@bloomberg.net
castler@bloomberg.net
cater@bloomberg.net
catf@bloomberg.net
catfood@bloomberg.net
catmou@bloomberg.net
cazpaul@bloomberg.net
cbaldoni@bloomberg.net
cbbaer@bloomberg.net
cbergel@bloomberg.net
cbierbaum2@bloomberg.net
cbolger@bloomberg.net
cbreman2@bloomberg.net
ccaringer1@bloomberg.net
ccbidanne@bloomberg.net
cceresa1@bloomberg.net
cclemente@bloomberg.net
ccleuty@bloomberg.net
ccoenegracht@bloomberg.net
ccyoung@bloomberg.net
cdambrosio@bloomberg.net
cdangerf1@bloomberg.net

**Company & Corresponding Email Addresses**

cday6@bloomberg.net
cdec82@bloomberg.net
cdemonte@bloomberg.net
cdinsmore@bloomberg.net
cdouple@bloomberg.net
cdquigley@bloomberg.net
ceca1@bloomberg.net
cecho@bloomberg.net
cen1@bloomberg.net
ceresio@bloomberg.net
cfloristan@bloomberg.net
cfloros@bloomberg.net
cgigante@bloomberg.net
cgorman10@bloomberg.net
cgorman99@bloomberg.net
cgranger@bloomberg.net
cguilherme@bloomberg.net
champton7@bloomberg.net
changg@bloomberg.net
chanover1@bloomberg.net
chardie@bloomberg.net
charris8@bloomberg.net
chbn@bloomberg.net
chicagobear@bloomberg.net
chiew@bloomberg.net
chigman@bloomberg.net
chipbailey@bloomberg.net
chi-ster@bloomberg.net
chkun@bloomberg.net
chomann@bloomberg.net
choprak75@bloomberg.net
chrisrooke@bloomberg.net
chrisspencer@bloomberg.net
chsia1@bloomberg.net
chwicki@bloomberg.net
chyang@bloomberg.net
cianmurphy@bloomberg.net
citaku@bloomberg.net
ckamm@bloomberg.net
ckandimaa1@bloomberg.net
ckelley14@bloomberg.net
ckuan@bloomberg.net
clandolt@bloomberg.net
claud@bloomberg.net
cldorsch@bloomberg.net
clerch@bloomberg.net
clm@bloomberg.net
clmartin@bloomberg.net
clmmsm@bloomberg.net
cloew@bloomberg.net
cloy@bloomberg.net
cm@bloomberg.net
cmaccettella@bloomberg.net
cmadden3@bloomberg.net

## Company & Corresponding Email Addresses

cmanning@bloomberg.net
cmartini@bloomberg.net
cmays@bloomberg.net
cmcbride@bloomberg.net
cmoleux@bloomberg.net
cmurtagh@bloomberg.net
cmuth1@bloomberg.net
cnapoliello@bloomberg.net
cnbeur@bloomberg.net
cnolan3@bloomberg.net
coadp@bloomberg.net
coastal@bloomberg.net
colemano@bloomberg.net
combesth@bloomberg.net
comericabill@bloomberg.net
compt2@bloomberg.net
comsecurity@bloomberg.net
conelius@bloomberg.net
conorc@bloomberg.net
corbinpd@bloomberg.net
cosmo@bloomberg.net
coster@bloomberg.net
cpbergel@bloomberg.net
cpengel@bloomberg.net
cpezzini@bloomberg.net
cpickering@bloomberg.net
cpmccue@bloomberg.net
cquallen2@bloomberg.net
creardon@bloomberg.net
creedie2@bloomberg.net
crichens2@bloomberg.net
crodrig.bbl@bloomberg.net
csalomon@bloomberg.net
csammons@bloomberg.net
csanford@bloomberg.net
csawneyj@bloomberg.net
cschidlo@bloomberg.net
cseip@bloomberg.net
cseregni@bloomberg.net
cshilling@bloomberg.net
csitu2@bloomberg.net
csmckane@bloomberg.net
csosey@bloomberg.net
cstavrakos@bloomberg.net
csterling3@bloomberg.net
csupadulya@bloomberg.net
csweeney1@bloomberg.net
ctegan@bloomberg.net
ctomassini@bloomberg.net
ctuffy1@bloomberg.net
cuar@bloomberg.net
cuniberti@bloomberg.net
cvalentini@bloomberg.net
cvechhi@bloomberg.net

**Company & Corresponding Email Addresses**

cviner@bloomberg.net
cviscardi@bloomberg.net
cvonroten@bloomberg.net
cvorobieff2@bloomberg.net
cwalker@bloomberg.net
cwarren2@bloomberg.net
cwilmot@bloomberg.net
cwolfenden2@bloomberg.net
cyn@bloomberg.net
czagler@bloomberg.net
czobbi@bloomberg.net
d.fowler1@bloomberg.net
d.kitayama@bloomberg.net
d.rino@bloomberg.net
dabbott@bloomberg.net
dabees@bloomberg.net
daberius@bloomberg.net
daehong@bloomberg.net
dainav@bloomberg.net
dallen15@bloomberg.net
danclose@bloomberg.net
danielchoy@bloomberg.net
daniellzw@bloomberg.net
danmurphy78@bloomberg.net
darongreene@bloomberg.net
darren@bloomberg.net
darynf@bloomberg.net
dasc@bloomberg.net
datack@bloomberg.net
daudley@bloomberg.net
davchoy@bloomberg.net
davejsy@bloomberg.net
daventf@bloomberg.net
davesand@bloomberg.net
david.w@bloomberg.net
davidbarron1@bloomberg.net
davidcox007@bloomberg.net
dbalas@bloomberg.net
dball1@bloomberg.net
dbarnao@bloomberg.net
dbarnes4@bloomberg.net
dbender3@bloomberg.net
dbernz@bloomberg.net
dbevan1@bloomberg.net
dbianchi@bloomberg.net
dbigelow4@bloomberg.net
dbilley@bloomberg.net
dboccardi@bloomberg.net
dbrennand2@bloomberg.net
dbrezzo@bloomberg.net
dbriand1@bloomberg.net
dbruneau@bloomberg.net
dbsg@bloomberg.net
dcaderas@bloomberg.net

**Company & Corresponding Email Addresses**

dcantania@bloomberg.net
dcapeloto@bloomberg.net
dcascio@bloomberg.net
dcbpl@bloomberg.net
dchang2005@bloomberg.net
dchesir@bloomberg.net
dcomerford1@bloomberg.net
dcoombs@bloomberg.net
dcoratti1@bloomberg.net
ddb21150@bloomberg.net
ddb26146@bloomberg.net
ddb41432@bloomberg.net
ddb46456@bloomberg.net
ddb61475@bloomberg.net
ddb65018@bloomberg.net
ddb65440@bloomberg.net
ddb70078@bloomberg.net
ddeacon@bloomberg.net
ddelechat1@bloomberg.net
ddepner@bloomberg.net
ddesaul@bloomberg.net
ddevaraj@bloomberg.net
ddichio2@bloomberg.net
ddijkstaal@bloomberg.net
ddipierro@bloomberg.net
ddocanto1@bloomberg.net
ddurbin@bloomberg.net
deanlane@bloomberg.net
deanna@bloomberg.net
debon@bloomberg.net
debourbon@bloomberg.net
debrauwer@bloomberg.net
debykanner@bloomberg.net
dejerez@bloomberg.net
deknoppper@bloomberg.net
delalu@bloomberg.net
demarsin@bloomberg.net
demchenko@bloomberg.net
demetrick@bloomberg.net
demrick@bloomberg.net
denisebrowne@bloomberg.net
denks@bloomberg.net
denniswong@bloomberg.net
derivati@bloomberg.net
desmetv@bloomberg.net
desouter@bloomberg.net
dfedynak@bloomberg.net
dfinazzi@bloomberg.net
dfinn7@bloomberg.net
dfitzpat@bloomberg.net
dfont1@bloomberg.net
dfox5@bloomberg.net
dfswazey@bloomberg.net
dgenovese@bloomberg.net

## Company & Corresponding Email Addresses

dgps@bloomberg.net
dgruwez.bbl@bloomberg.net
dhill2@bloomberg.net
dhobart@bloomberg.net
dianev@bloomberg.net
didikaki@bloomberg.net
dilbar@bloomberg.net
dipole@bloomberg.net
dischoenfeld@bloomberg.net
diwinet@bloomberg.net
djager@bloomberg.net
djarnot1@bloomberg.net
djetten@bloomberg.net
djohnston@bloomberg.net
djsanford@bloomberg.net
dkbarnes@bloomberg.net
dkelly@bloomberg.net
dkersch@bloomberg.net
d-kimoto@bloomberg.net
dkopp@bloomberg.net
dkroeger@bloomberg.net
dkurfess@bloomberg.net
dl2005@bloomberg.net
dlkendall@bloomberg.net
dloudon@bloomberg.net
dm@bloomberg.net
dmagnetto@bloomberg.net
dmalick@bloomberg.net
dmangone2@bloomberg.net
dmanoux1@bloomberg.net
dmarsh1@bloomberg.net
dmatthius1@bloomberg.net
dmcmahon5@bloomberg.net
dmgreenhalgh@bloomberg.net
dmike1@bloomberg.net
dmoix@bloomberg.net
dmulroy@bloomberg.net
dnah@bloomberg.net
dnb2dr@bloomberg.net
dnjr@bloomberg.net
dnout@bloomberg.net
dogren@bloomberg.net
dohanlon@bloomberg.net
doma@bloomberg.net
domocats@bloomberg.net
donjr@bloomberg.net
donmccabe@bloomberg.net
donovan3@bloomberg.net
dooleyco@bloomberg.net
doreendlg@bloomberg.net
dorisyu@bloomberg.net
dosh@bloomberg.net
dpaleokr@bloomberg.net
dpalicki@bloomberg.net

**Company & Corresponding Email Addresses**

dpalin1@bloomberg.net
dparra@bloomberg.net
dpierce@bloomberg.net
dplynch@bloomberg.net
draburn@bloomberg.net
drader1@bloomberg.com
dreed@bloomberg.net
dreister@bloomberg.net
drej@bloomberg.net
drichter2@bloomberg.net
drosenfelder@bloomberg.net
drovelli2@bloomberg.net
drub@bloomberg.net
dsalomon@bloomberg.net
dschiff1@bloomberg.net
dschimizzi@bloomberg.net
dserio1@bloomberg.net
dsitzer@bloomberg.net
dsmith1978@bloomberg.net
dss6@bloomberg.net
dstarr1@bloomberg.net
dtconnor@bloomberg.net
dtoy3@bloomberg.net
dudley@bloomberg.net
dullman@bloomberg.net
duncanmeares@bloomberg.net
dupree@bloomberg.net
dushuyi@bloomberg.net
duyx@bloomberg.net
dvillani@bloomberg.net
dw1@bloomberg.net
dwgilbert@bloomberg.net
dwhitmore@bloomberg.net
dyhe@bloomberg.net
dynamike1@bloomberg.net
dzuccariello@bloomberg.net
e.malik@bloomberg.net
e.stecher@bloomberg.net
eanderhub@bloomberg.net
earfvidsson@bloomberg.net
eawatt@bloomberg.net
ebague@bloomberg.net
ebarca@bloomberg.net
ebernhardt31@bloomberg.net
eblee2@bloomberg.net
ebr@bloomberg.net
ebrandt1@bloomberg.net
ebryce@bloomberg.net
ebuck@bloomberg.net
ecesari@bloomberg.net
eceynar@bloomberg.net
echele@bloomberg.net
echiu6@bloomberg.net
eckertj@bloomberg.net

**Company & Corresponding Email Addresses**

eckhoff@bloomberg.net smtp eck
edbevin@bloomberg.ne
eddd@bloomberg.net
edeka@bloomberg.net
edereus@bloomberg.net
edobbinscm@bloomberg.net
edoherty1@bloomberg.net
edonald2@bloomberg.net
eemmer@bloomberg.net
eenglberger@bloomberg.net
egbersd@bloomberg.net
eggqiang@bloomberg.net
egraham4@bloomberg.net
ehampton@bloomberg.net
eharty1@bloomberg.net
eherc@bloomberg.net
ehuq@bloomberg.net
eimfeld@bloomberg.net
eitan@bloomberg.net
eitan-m@bloomberg.net
ejfraser@bloomberg.net
elaveggi@bloomberg.net
elazcano@bloomberg.net
elinasunan@bloomberg.net
elisan@bloomberg.net
ellaluo@bloomberg.net
elwood@bloomberg.net
emacdonald@bloomberg.net
emartinez@bloomberg.net
emcelvaney@bloomberg.net
emcmillan@bloomberg.net
emilykramer@bloomberg.net
emmaward@bloomberg.net
emoretti1@bloomberg.net
emosca71@bloomberg.net
emw@bloomberg.net
endress@bloomberg.net
eobrien4@bloomberg.net
epr@bloomberg.net
epremiani@bloomberg.net
eragnini@bloomberg.net
erappa1@bloomberg.net
erbend@bloomberg.net
ereidy@bloomberg.net
erempicci@bloomberg.net
ericchw@bloomberg.net
erikzak@bloomberg.net
erose@bloomberg.net
eryan@bloomberg.net
esaul@bloomberg.net
eschmitt002@bloomberg.net
eschmitz@bloomberg.net
estahr@bloomberg.net
estanis@bloomberg.net

## Company & Corresponding Email Addresses

estowell@bloomberg.net
estrahl@bloomberg.net
etang@bloomberg.net
etic@bloomberg.net
etournier@bloomberg.net
eugenesg@bloomberg.net
ev1@bloomberg.net
evstan@bloomberg.net
eward5@bloomberg.net
ewoodland@bloomberg.net
exped@bloomberg.net
eyeoh2@bloomberg.net
ezral@bloomberg.net
ezuaiter@bloomberg.net
f.b.petersen@bloomberg.net
f.gianatasio@bloomberg.net
f_ferrario@bloomberg.net
faahant@bloomberg.net
fabrizioc@bloomberg.net
faith.liu@bloomberg.net
falsallal@bloomberg.net
fantoni@bloomberg.net
farel@bloomberg.net
farisnab@bloomberg.net
farook@bloomberg.net
fatb@bloomberg.net
fateh@bloomberg.net
fazi@bloomberg.net
fbailey@bloomberg.net
fbaldan@bloomberg.net
fbarreto@bloomberg.net
fbelak1@bloomberg.net
fbento7@bloomberg.net
fberg1@bloomberg.net
fbosazzi@bloomberg.net
fcapanna@bloomberg.net
fcappelli@bloomberg.net
fciarniello1@bloomberg.net
fciut@bloomberg.net
fcontarin@bloomberg.net
fcoraggio@bloomberg.net
fcorti1@bloomberg.net
fcuito@bloomberg.net
fdaini@bloomberg.net
fdiaz@bloomberg.net
felefante@bloomberg.net
felli@bloomberg.net
ffloren@bloomberg.net
fharleman1@bloomberg.net
fhatt1@bloomberg.net
fhjones1@bloomberg.net
fhusken@bloomberg.net
ficig@bloomberg.net
filpil@bloomberg.net

## Company & Corresponding Email Addresses

fimktg2@bloomberg.net
finch@bloomberg.net
finddbpjc@bloomberg.net
fiorentino9@bloomberg.net
fjansen3@bloomberg.net
fjungbluth@bloomberg.net
flafortezza@bloomberg.net
fleuriet@bloomberg.net
fmach@bloomberg.net
fmach1@bloomberg.net
fmamc@bloomberg.net
fmanzanilla@bloomberg.net
fmertens3@bloomberg.net
fmonterisi@bloomberg.net
folksam@bloomberg.net
fondicri@bloomberg.net
fondsdipo@bloomberg.net
fong10@bloomberg.net
fongma@bloomberg.net
forget@bloomberg.net
forsterr@bloomberg.net
forza@bloomberg.net
fourhands@bloomberg.net
foxdavid@bloomberg.net
fpanelli@bloomberg.net
fpitts@bloomberg.net
fpotente@bloomberg.net
fqueguineur@bloomberg.net
francesb@bloomberg.net
frandim.lndb@bloomberg.net
frang@bloomberg.net
frankieboy@bloomberg.net
frankteri@bloomberg.net
fredac@bloomberg.net
fredkutten@bloomberg.net
frepoe@bloomberg.net
frmdpt@bloomberg.net
frmhorgen@bloomberg.net
frocca3@bloomberg.net
fruehn@bloomberg.net
fsocoloff@bloomberg.net
fsoriano@bloomberg.net
fthach@bloomberg.net
fting3@bloomberg.net
ftl@bloomberg.net
fufei@bloomberg.net
fujicap02@bloomberg.net
fundsop@bloomberg.net
furbinati@bloomberg.net
gabegoh@bloomberg.net
galferez@bloomberg.net
gallagm@bloomberg.net
galmaller@bloomberg.net
gamackay1@bloomberg.net

**Company & Corresponding Email Addresses**

ganderko@bloomberg.net
ganghu@bloomberg.net
gantly@bloomberg.net
garoffe@bloomberg.net
gashton1@bloomberg.net
gastonasa@bloomberg.net
gates@bloomberg.net
gaubeccr@bloomberg.net
gawad@bloomberg.net
gbanbury@bloomberg.net
gbiro@bloomberg.net
gbruzzi1@bloomberg.net
gbuechler@bloomberg.net
gc001@bloomberg.net
gcg@bloomberg.net
gcianci3@bloomberg.net
gcollett1@bloomberg.net
gcolonna@bloomberg.net
gcowie@bloomberg.net
gcristini@bloomberg.net
gcrofton1@bloomberg.net
gdefrutos@bloomberg.net
gdellerba@bloomberg.net
gdevoeght1@bloomberg.net
geissmann@bloomberg.net
genejets@bloomberg.net
genep@bloomberg.net
georgek@bloomberg.net
geppley@bloomberg.net
gerejoh.lndb@bloomberg.net
germain1@bloomberg.net
gerri@bloomberg.net
gesmadrid1@bloomberg.net
gexton@bloomberg.net
gezichella@bloomberg.net
gfluyt.bbl@bloomberg.net
gfm@bloomberg.net
ggrassi@bloomberg.net
ggrim1@bloomberg.net
ggrogan1@bloomberg.net
gguerisoli@bloomberg.net
ghanot@bloomberg.net
ghara@bloomberg.net
ghaviv@bloomberg.net
gheher3@bloomberg.net
ghsu@bloomberg.net
gianni1@bloomberg.net
giglig@bloomberg.net
gilf@bloomberg.net
gillespie@bloomberg.net
gioner@bloomberg.net
giorgiov@bloomberg.net
giri@bloomberg.net
gjallott@bloomberg.net

**Company & Corresponding Email Addresses**

gjames4@bloomberg.net
gjerzyk@bloomberg.net
gjunesch@bloomberg.net
gjupp1@bloomberg.net
gkimmes@bloomberg.net
gklement@bloomberg.net
gkuchinski@bloomberg.net
gladysl@bloomberg.net
glambrin1@bloomberg.net
glassandro@bloomberg.net
glevante@bloomberg.net
glr@bloomberg.net
gluca@bloomberg.net
gmaiatsky@bloomberg.net
gmarquardt@bloomberg.net
gmcconnell2@bloomberg.net
gmcdon@bloomberg.net
gmillar@bloomberg.net
gmilone@bloomberg.net
gmolina@bloomberg.net
gn55@bloomberg.net
gniemczyk@bloomberg.net
gnnietode@bloomberg.net
golablue@bloomberg.net
gonzas@bloomberg.net
gonzfit@bloomberg.net
gopalakm@bloomberg.net
gordonr1@bloomberg.net
gorham@bloomberg.net
gormic@bloomberg.net
gospel@bloomberg.net
goulden@bloomberg.net
goutmezguine@bloomberg.net
govie@bloomberg.net
gpetruzelli@bloomberg.net
gpisano@bloomberg.net
gpoesger@bloomberg.net
gpostic2@bloomberg.net
gpuricelli@bloomberg.net
gradym@bloomberg.net
graghuraman3@bloomberg.net
graimundo@bloomberg.net
gregd@bloomberg.net
griffin21@bloomberg.net
grigg_j@bloomberg.net
grosello1@bloomberg.net
grosenbauer@bloomberg.net
grosetti@bloomberg.net
grossi5@bloomberg.net
gsccir@bloomberg.net
gstamnos@bloomberg.net
gstiel1@bloomberg.net
gtmcgraw@bloomberg.net
gtom@bloomberg.net

**Company & Corresponding Email Addresses**

gtomolillo@bloomberg.net
gtranchik@bloomberg.net
guding@bloomberg.net
gunsbourg@bloomberg.net
gutblas@bloomberg.net
guyvcraene@bloomberg.net
gvaneeten1@bloomberg.net
gvouters1@bloomberg.net
gwafford@bloomberg.net
gwanningen@bloomberg.net
gwisbey1@bloomberg.net
gwuelser@bloomberg.net
gyang@bloomberg.net
gylow@bloomberg.net
h1.watanabe@bloomberg.net
hackett@bloomberg.net
hagenp@bloomberg.net
haigka.lndb@bloomberg.net
haileyferg@bloomberg.net
halek@bloomberg.net
hallerph@bloomberg.net
hanauerjbh@bloomberg.net
hanzawah@bloomberg.net
harijs@bloomberg.net
harriscd@bloomberg.net
hartk@bloomberg.net
haselhoff@bloomberg.net
hasnal@bloomberg.net
hayata@bloomberg.net
hbachman2@bloomberg.net
hbadawy@bloomberg.net
hbaensch@bloomberg.net
hbrans@bloomberg.net
hbrueren@bloomberg.net
hdana@bloomberg.net
hdepree@bloomberg.net
heffernanm@bloomberg.net
heilert@bloomberg.net
heins1@bloomberg.net
heischmann@bloomberg.net
hermiek@bloomberg.net
hfallegger@bloomberg.net
hgeron@bloomberg.net
hgloor@bloomberg.net
hhknudsen@bloomberg.net
highbury@bloomberg.net
hillocks@bloomberg.net
hirano@bloomberg.net
hiromasu@bloomberg.net
hkanda@bloomberg.net
hkfundho@bloomberg.net
hkusumoto1@bloomberg.net
hlair@bloomberg.net
hlbdesa@bloomberg.net

**Company & Corresponding Email Addresses**

hlbjbart@bloomberg.net
hlbjwend@bloomberg.net
hlbjwhit@bloomberg.net
hlbmschw@bloomberg.net
hlbscho@bloomberg.net
hleung3@bloomberg.net
hmatch@bloomberg.net
hmatsubara@bloomberg.net
hmavis@bloomberg.net
hmessiter1@bloomberg.net
hmizukaki@bloomberg.net
hmyers1@bloomberg.net
hnancy@bloomberg.net
hnobuyuki@bloomberg.net
hon-wai.wong@bloomberg.net
hoorn@bloomberg.net
hotntot@bloomberg.net
hourfali@bloomberg.net
howardj22@bloomberg.net
hpeterson@bloomberg.net
hprielipp1@bloomberg.net
hprose2@bloomberg.net
hsauve1@bloomberg.net
hsbcmyp@bloomberg.net; yuen.peng.mok@hsbcpb.com
hschreider1@bloomberg.net
hseun@bloomberg.net
hsinyiw@bloomberg.net
hspencer@bloomberg.net
hsteindorfer@bloomberg.net
htat@bloomberg.net
hthirumalai@bloomberg.net
htomita1@bloomberg.net
huaruor@bloomberg.net
hubbard1@bloomberg.net
huber2u@bloomberg.net
hueifung@bloomberg.net
hufner@bloomberg.net
hughes@bloomberg.net
hugop@bloomberg.net
hugues@bloomberg.net
humaidan@bloomberg.net
huntg@bloomberg.net
huntjr@bloomberg.net
hunzikst@bloomberg.net
hussmann@bloomberg.net
hutta@bloomberg.net
hvliu@bloomberg.net
hvoelker@bloomberg.net
hwangcs@bloomberg.net
hwiegmann@bloomberg.net
i.rigo@bloomberg.net
ianctaylor@bloomberg.net
iansilva@bloomberg.net
ibetz@bloomberg.net

**Company & Corresponding Email Addresses**

ibjhattori@bloomberg.net
ibkny@bloomberg.net
iblanco@bloomberg.net
ibmc@bloomberg.net
icbctky@bloomberg.net
icolquhoun2@bloomberg.net
idotan@bloomberg.net
igribbin1@bloomberg.net
iiandiorio@bloomberg.net
ijimenez@bloomberg.net
ikbtrading3@bloomberg.net
ikebk@bloomberg.net
ikim12@bloomberg.net
ikook@bloomberg.net
ilubelza@bloomberg.net
imccann3@bloomberg.net
immerzeel@bloomberg.net
imunoz@bloomberg.net
ingaalam@bloomberg.net
ingbakker@bloomberg.net
ingsveldt@bloomberg.net
investcash@bloomberg.net
ipedersen@bloomberg.net
irene.koh@bloomberg.net
irishs@bloomberg.net
ishikure@bloomberg.net
ismas@bloomberg.net
istubbe@bloomberg.net
iturkington@bloomberg.net
ivandijk@bloomberg.net
ivy@bloomberg.net
j.hodgkins@bloomberg.net
j.koestle@bloomberg.net
j.litschke@bloomberg.net
jabaldwin@bloomberg.net
jackaman@bloomberg.net
jackchen67@bloomberg.net
jacooper@bloomberg.net
jacquerioz@bloomberg.net
jagudo@bloomberg.net
jakewill75@bloomberg.net
jalvarado@bloomberg.ne
jamarke@bloomberg.net
james.pennell@bloomberg.com
jamescap@bloomberg.net
jamesk08@bloomberg.net
jameswhite@bloomberg.net
janders2@bloomberg.net
jandrews2@bloomberg.net
jant@bloomberg.net
jarechederra@bloomberg.net
jarmita@bloomberg.net
jarocki@bloomberg.net
jas.mahil@bloomberg.net

**Company & Corresponding Email Addresses**

jas192bv@bloomberg.net
jax@bloomberg.net
jaydawgz@bloomberg.net
jayn@bloomberg.net
jba1@bloomberg.net
jba53@bloomberg.net
jbadwan@bloomberg.net
jbaik3@bloomberg.net
jbarak@bloomberg.net
jbarbollag@bloomberg.net
jbarnea@bloomberg.net
jbaumhoegger@bloomberg.net
jbelbeck1@bloomberg.net
jbj@bloomberg.net
jblackin@bloomberg.net
jbonatucci@bloomberg.net
jbradshaw3@bloomberg.net
jbrown35@bloomberg.net
jburellseb@bloomberg.net
jburke@bloomberg.net
jburke83@bloomberg.net
jbyron2@bloomberg.net
jcadogan@bloomberg.net
jcanman@bloomberg.net
jcantrell2@bloomberg.net
jcantwell2@bloomberg.net
jcao11@bloomberg.net
jcha@bloomberg.net
jchan21@bloomberg.net
jchang3@bloomberg.net
jchap@bloomberg.net
jchen154@bloomberg.net
jchyde@bloomberg.net
jcolbert@bloomberg.net
jcoyle007@bloomberg.net
jcparsons@bloomberg.net
jcrone3@bloomberg.net
jdaniels1@bloomberg.net
jdearce@bloomberg.net
jdsimon@bloomberg.net
jepp@bloomberg.net
jerometeo@bloomberg.net
jess@bloomberg.net
jessiem@bloomberg.net
jewong@bloomberg.net
jfeaster@bloomberg.net
jfeeley2@bloomberg.net
jferriero@bloomberg.net
jfhowell@bloomberg.net
jfina@bloomberg.net
jfinkler1@bloomberg.net
jfitzpatri11@bloomberg.net
jforbes1@bloomberg.net
jforde@bloomberg.net

**Company & Corresponding Email Addresses**

jfrankel@bloomberg.net
jgallop@bloomberg.net
jgent@bloomberg.net
jgilmore6@bloomberg.net
jgiro@bloomberg.net
jgoglia@bloomberg.net
jgould@bloomberg.net
jgovender@bloomberg.net
jgpjr@bloomberg.net
jgrott@bloomberg.net
jgruvel@bloomberg.net
jhackstein@bloomberg.net
jhakansson1@bloomberg.net
jhazarika@bloomberg.net
jheffernan2@bloomberg.net
jhgrossman@bloomberg.net
jhuther@bloomberg.net
jif@bloomberg.net
jillmahon@bloomberg.net
jilvento@bloomberg.net
jimgilmartin@bloomberg.net
jimgreek@bloomberg.net
jimlin@bloomberg.net
jingminl@bloomberg.net
jitu@bloomberg.net
jiunn@bloomberg.net
jjacks@bloomberg.net
jjahn@bloomberg.net
jjansen7@bloomberg.net
jjara@bloomberg.net
jjbc@bloomberg.net
jjcardello@bloomberg.net
jjsullivan@bloomberg.net
jjuara1@bloomberg.net
jjwalshboi@bloomberg.net
jkabel2@bloomberg.net
jkapadia@bloomberg.net
jkarr1@bloomberg.net
jkeuppens@bloomberg.net
jkhuang@bloomberg.net
jkirshbaum2@bloomberg.net
jkkang@bloomberg.net
jkok@bloomberg.net
jkopensky1@bloomberg.net
jkosaka@bloomberg.net
jkox@bloomberg.net
jkruni@bloomberg.net
jlabusch@bloomberg.net
jlalex@bloomberg.net
jlanigan@bloomberg.net
jlantz7@bloomberg.net
jlarizza@bloomberg.net
jlarregola@bloomberg.net
jlarroche@bloomberg.net

**Company & Corresponding Email Addresses**

jleberon@bloomberg.net
jlee126@bloomberg.net
jlee254@bloomberg.net
jleitch@bloomberg.net
jlemchak@bloomberg.net
jlernercig@bloomberg.net
jlombardero@bloomberg.net
jltartack@bloomberg.net
jltissot@bloomberg.net
jmahoney9@bloomberg.net
jmandrews@bloomberg.net
jmandy@bloomberg.net
jmangion@bloomberg.net
jmann1@bloomberg.net
jmardon@bloomberg.net
jmarrone@bloomberg.net
jmartinriva@bloomberg.net
jmas@bloomberg.net
jmbbt@bloomberg.net
jmcarthy@bloomberg.net
jmcdonald@bloomberg.net
jmcdonnell5@bloomberg.net
jmiller49@bloomberg.net
jmilton@bloomberg.net
jmonahan@bloomberg.net
jmoroney5@bloomberg.net
jmueller6@bloomberg.net
jmuench1@bloomberg.net
jnadler1@bloomberg.net
jnash2@bloomberg.net
jnewman14@bloomberg.net
jnjuni@bloomberg.net
jnmbs@bloomberg.net
jnward@bloomberg.net
jochi9@bloomberg.net
joedoherty@bloomberg.net
joegolf@bloomberg.net
joehong320@bloomberg.net
joelkim@bloomberg.net
joemueller@bloomberg.net
joerg2@bloomberg.net
joergstumpf@bloomberg.net
johar@bloomberg.net
johnkennedy1@bloomberg.net
johnniep@bloomberg.net
johnnyluga@bloomberg.net
jokrings@bloomberg.net
jolintang@bloomberg.net
jom@bloomberg.net
jomah@bloomberg.net
jomatha@bloomberg.net
jonallen@bloomberg.net
jonesd@bloomberg.net
joostdegraaf@bloomberg.net

**Company & Corresponding Email Addresses**

jorleans2@bloomberg.net
jorvre@bloomberg.net
joyli@bloomberg.net
jpankratz@bloomberg.net
jparker2@bloomberg.net
jparsons@bloomberg.net
jpeterson5@bloomberg.net
jpickens@bloomberg.net
jpotgieter2@bloomberg.net
jpt1@bloomberg.net
jpxhonneux@bloomberg.net
jramirez7@bloomberg.net
jreitler@bloomberg.net
jricome@bloomberg.net
jrlh@bloomberg.net
jrmac@bloomberg.net
jrmahoney@bloomberg.net
jrmyers@bloomberg.net
jrolander@bloomberg.net
jroth@bloomberg.net
jrpercival@bloomberg.net
jrugen@bloomberg.net
jrutig@bloomberg.net
jsanderson2@bloomberg.net
jsankovic@bloomberg.net
jsauvez@bloomberg.net
jsaz@bloomberg.net
jschoenmaker@bloomberg.net
jschouwey@bloomberg.net
jschultz14@bloomberg.net
jsivigny2@bloomberg.net
jslankas@bloomberg.net
jsmith58@bloomberg.net
jsoutter@bloomberg.net
jstebner@bloomberg.net
jsteeds@bloomberg.net
jtanguis@bloomberg.net
jtattwood@bloomberg.net
jtavolieri@bloomberg.net
jtighe@bloomberg.net
jtoda@bloomberg.net
jtroiano@bloomberg.net
jtyler1@bloomberg.net
judicwk@bloomberg.net
judysun8@bloomberg.net
juiying@bloomberg.net
jukoh@bloomberg.net
jukuntz@bloomberg.net
julia26@bloomberg.net
juline@bloomberg.net
julirch@bloomberg.net
jullrich1@bloomberg.net
justinhill@bloomberg.net
jvanderbom1@bloomberg.net

**Company & Corresponding Email Addresses**

jvega1@bloomberg.net
jvelazquez@bloomberg.net
jvhbxl@bloomberg.net
jvhuni@bloomberg.net
jvinchur4@bloomberg.net
jwaghorn1@bloomberg.net
jwagner@bloomberg.net
jweidman@bloomberg.net
jwells10@bloomberg.net
jwinderl@bloomberg.net
jwiviott@bloomberg.net
jwong102@bloomberg.net
jwooley@bloomberg.net
jwreisert@bloomberg.net
jyoung777@bloomberg.net
jyounglee@bloomberg.net
k.adachi@bloomberg.net
k.hasukawa@bloomberg.net
k.hirn@bloomberg.net
k.rogers@bloomberg.net
kabdulaziz@bloomberg.net
kaburakimcb@bloomberg.net
kagobank2@bloomberg.net
kagobank3@bloomberg.net
kagobank4@bloomberg.net
kainala@bloomberg.net
kakichi@bloomberg.net
kalee@bloomberg.net
kalmgren2@bloomberg.net
kandrade2@bloomberg.net
kapbhogaita@bloomberg.net
karene@bloomberg.net
karmstrong4@bloomberg.net
karolya@bloomberg.net
karonsen@bloomberg.net
kathy.wang@bloomberg.net
kavindi@bloomberg.net
kazfujita5@bloomberg.net
kbabuji@bloomberg.net
kbalt@bloomberg.net
kbermudez@bloomberg.net
kcangemi1@bloomberg.net
kchandler5@bloomberg.net
kcronin1@bloomberg.net
kcunningham3@bloomberg.net
kdahlgren@bloomberg.net
kdbasia@bloomberg.net
kdirussa2@bloomberg.net
kdolan@bloomberg.net
kebldn@bloomberg.net
keesvandena@bloomberg.net
kefalonia@bloomberg.net
kelli.coster@bloomberg.net
kellygolds@bloomberg.net

**Company & Corresponding Email Addresses**

kenley@bloomberg.net
kenli@bloomberg.net
kenwong@bloomberg.net
kerg@bloomberg.net
kersch@bloomberg.net
kessig@bloomberg.net
kevinccb@bloomberg.net
kevingaffney@bloomberg.net
kevinmaher@bloomberg.net
kfitz2@bloomberg.net
kfritscher@bloomberg.net
kfujii@bloomberg.net
kgouka@bloomberg.net
kh1hall@bloomberg.net
khairuzin@bloomberg.net
khayashi55@bloomberg.net
khazell@bloomberg.net
khcheong@bloomberg.net
khochwald@bloomberg.net
khopkins@bloomberg.net
khorsley1@bloomberg.net
kic@bloomberg.net
kikogol@bloomberg.net
kim-jee@bloomberg.net
kingdm@bloomberg.net
kishy@bloomberg.net
kitou1@bloomberg.net
kjaco@bloomberg.net
kjeld10@bloomberg.net
kjohnston2@bloomberg.net
kjwhite@bloomberg.net
kkaplony@bloomberg.net
kkara@bloomberg.net
kkaretnick@bloomberg.net
kkashimoto@bloomberg.net
klausnaefken@bloomberg.net
klf@bloomberg.net
kljubina@bloomberg.net
klmcgrath@bloomberg.net
klosken@bloomberg.net
klpatric@bloomberg.net
kmarcus2@bloomberg.net
kmarmara@bloomberg.net
kmaynard@bloomberg.net
kmcgovern3@bloomberg.net
kmosako@bloomberg.net
kmurray@bloomberg.net
kmyler@bloomberg.net
k-nakagawa@bloomberg.net
knaoshi@bloomberg.net
kobake@bloomberg.net
kochs@bloomberg.net
koe1@bloomberg.net
komatsui@bloomberg.net

**Company & Corresponding Email Addresses**

koopse@bloomberg.net
kordasstef@bloomberg.net
kosako@bloomberg.net
kosc0016@bloomberg.net
koshimizuibj@bloomberg.net
kousa@bloomberg.net
kperschetz@bloomberg.net
krantz@bloomberg.net
kroney@bloomberg.net
krueger@bloomberg.net
krupaco@bloomberg.net
ksawa@bloomberg.net
ksbb@bloomberg.net
ksheffield1@bloomberg.net
kshinsaka@bloomberg.net
kslade@bloomberg.net
ksmith214@bloomberg.net
ksmolanoff@bloomberg.net
kstangberg@bloomberg.net
kstrobl@bloomberg.net
ktjon@bloomberg.net
kuchiyama2@bloomberg.net
kuc-krueger@bloomberg.net
kwaldmann@bloomberg.net
kwenberg@bloomberg.net
kwest2@bloomberg.net
kwhitney1@bloomberg.net
kwosepka@bloomberg.net
kxburke@bloomberg.net
kyaguchi@bloomberg.net
kyano@bloomberg.net
kyoshin@bloomberg.net
labdelli@bloomberg.net
labinet@bloomberg.net
labow@bloomberg.net
lajeunesse@bloomberg.net
lambski@bloomberg.net
l-aoyama@bloomberg.net
larryfeig@bloomberg.net
lasmond@bloomberg.net
lauer@bloomberg.net
lawrence@bloomberg.net
lazard123@bloomberg.net
lbbw-options@bloomberg.net
lberg@bloomberg.net
lbeuzit1@bloomberg.net
lbonhomme2@bloomberg.net
lbonofiel4@bloomberg.net
lbuhain1@bloomberg.net
lcrowe@bloomberg.net
ldavis14@bloomberg.net
ldeclerck@bloomberg.net
ldevito@bloomberg.net
ldibernardo@bloomberg.net

**Company & Corresponding Email Addresses**

ldimanche@bloomberg.net
leder2@bloomberg.net
ledgerbond@bloomberg.net
leestak@bloomberg.net
leestep@bloomberg.net
leeweesim@bloomberg.net
leftie@bloomberg.net
lehmanns@bloomberg.net
leowge@bloomberg.net
leroberts@bloomberg.net
lewbund@bloomberg.net
lewislau@bloomberg.net
lfilidi@bloomberg.net
lfung7@bloomberg.net
lgarcia7@bloomberg.net
lgaskins@bloomberg.net
lgiacomini@bloomberg.net
lgianola@bloomberg.net
lgiovannone@bloomberg.net
lgq@bloomberg.net
lgrassol@bloomberg.net
lh16@bloomberg.net
lhammouche@bloomberg.net
lhawk@bloomberg.net
lheaney@bloomberg.net
lheylinbb@bloomberg.net
liciwu@bloomberg.net
lilei@bloomberg.net
lilia@bloomberg.net
limcs1@bloomberg.net
linge@bloomberg.net
linnemeyer@bloomberg.net
lisalin@bloomberg.net
lisao@bloomberg.net
littlefield@bloomberg.net
liujia@bloomberg.net
liun6@bloomberg.net
lixinli@bloomberg.net
lkerr2@bloomberg.net
llu888@bloomberg.net
llunab@bloomberg.net
lmartinsson1@bloomberg.net
lmikkel@bloomberg.net
lnicholson@bloomberg.net
lnitsch@bloomberg.net
lnoto2@bloomberg.net
loic.rougier@bloomberg.net
longueville@bloomberg.net
loschiavo@bloomberg.net
lousarno@bloomberg.net
lpaolone2@bloomberg.net
lpapso@bloomberg.net
lpauly@bloomberg.net
lpendic@bloomberg.net

**Company & Corresponding Email Addresses**

lplavigne@bloomberg.net
lquijano1@bloomberg.net
lroberi@bloomberg.net
lrong@bloomberg.net
lsalvatico@bloomberg.net
lschroeder@bloomberg.net
lschroeter@bloomberg.net
lschwa@bloomberg.net
lsimoncini2@bloomberg.net
lslechta@bloomberg.net
lsottile@bloomberg.net
ltornetta@bloomberg.net
luderosa@bloomberg.net
lugraziani@bloomberg.net
lwargo@bloomberg.net
lwells4@bloomberg.net
lwilliams11@bloomberg.net
lyon75@bloomberg.net
lyongc@bloomberg.net
lyonsb@bloomberg.net
m.colombo.71@bloomberg.net
m.naka@bloomberg.net
m.salden@bloomberg.net
m.vantol@bloomberg.net
m_bouriss@bloomberg.net
m6byrne@bloomberg.net
macnultya@bloomberg.ne
mad1@bloomberg.net
magazzotti@bloomberg.net
magtan@bloomberg.net
mahtani@bloomberg.net
maiqbal@bloomberg.net
mak3rd@bloomberg.net
makasaka@bloomberg.net
malene@bloomberg.net
mally@bloomberg.net
mamato1@bloomberg.net
mamooney@bloomberg.net
mancio@bloomberg.net
mandreas@bloomberg.net
manfred@bloomberg.net
marchant@bloomberg.net
marchlon@bloomberg.net
marcussenp@bloomberg.net
mardini@bloomberg.net
marinuccim@bloomberg.net
markacox@bloomberg.net
markjr@bloomberg.net
markjw74@bloomberg.net
markmueller@bloomberg.net
markyang@bloomberg.net
maroun@bloomberg.net
marting@bloomberg.net
martinka@bloomberg.net

**Company & Corresponding Email Addresses**

maryho@bloomberg.net
masaton@bloomberg.net
mastromarchi@bloomberg.net
matcohen@bloomberg.net
mateos@bloomberg.net
matsou@bloomberg.net
matthieu@bloomberg.net
matwill@bloomberg.net
matza@bloomberg.net
mauromi@bloomberg.net
max.casella@bloomberg.net
maxdemori@bloomberg.net
maxim.tishin@bloomberg.net
maxwell@bloomberg.net
maynat@bloomberg.net
mazanoni@bloomberg.net
mazzillim@bloomberg.net
mazzoni@bloomberg.net
mbaggiani1@bloomberg.net
mbaker4@bloomberg.net
mbarnes7@bloomberg.net
mbartos1@bloomberg.net
mbenson3@bloomberg.net
mbertrand3@bloomberg.net
mbholloway@bloomberg.net
mbittle@bloomberg.net
mbocchi@bloomberg.net
mbok2@bloomberg.net
mbottenberg@bloomberg.net
mboulade@bloomberg.net
mboyadj@bloomberg.net
mbrennan@bloomberg.net
mbronner1@bloomberg.net
mbudenz1@bloomberg.net
mburlison@bloomberg.net
mburrello@bloomberg.net
mcardieri@bloomberg.net
mcassia1@bloomberg.net
mcastenr@bloomberg.net
mcc@bloomberg.net
mcgorrianc@bloomberg.net
mcgovernm@bloomberg.net
mcimperman@bloomberg.net
mcipriano1@bloomberg.net
mcleand@bloomberg.net
mcmanusl@bloomberg.net
mcollard@bloomberg.net
mconner@bloomberg.net
mcontini@bloomberg.net
mcroad@bloomberg.net
mcwhirtt@bloomberg.net
mddl@bloomberg.net
mdebellis@bloomberg.net
mdellovio@bloomberg.net

## Company & Corresponding Email Addresses

mdwek@bloomberg.net
mdz@bloomberg.net
medgington@bloomberg.net
meganmc@bloomberg.net
mehale2@bloomberg.net
melfver1@bloomberg.net
mellosales@bloomberg.net
meln@bloomberg.net
melodyh@bloomberg.net
melvin1@bloomberg.net
memcgloin@bloomberg.net
mennellaf@bloomberg.net
menoud@bloomberg.net
mercerj2@bloomberg.net
meru@bloomberg.net
metezade@bloomberg.net
metzgerd@bloomberg.net
mezzaale@bloomberg.net
mfanari@bloomberg.net
mfancett@bloomberg.net
mfelix1@bloomberg.net
mflanner@bloomberg.net
mfraser4@bloomberg.net
mfroio@bloomberg.net
mfuchs2@bloomberg.net
mgatherer@bloomberg.net
mghirga@bloomberg.net
mgodsey@bloomberg.net
mgrohovaz@bloomberg.net
mguggemos@bloomberg.net
mgulisano1@bloomberg.net
mgunawardana@bloomberg.net
mgunn4@bloomberg.net
mguzman-quin@bloomberg.net
mhaddad5@bloomberg.net
m-hager@bloomberg.net
mharding@bloomberg.net
mhayes11@bloomberg.net
mhcbca@bloomberg.net
mhchang@bloomberg.net
mhdhi@bloomberg.net
mhigashiura1@bloomberg.net
mholliday1@bloomberg.net
mhori1@bloomberg.net
mhsu2@bloomberg.net
michaelgros@bloomberg.net
michaelos@bloomberg.net
michem@bloomberg.net
micjam@bloomberg.net
mielert@bloomberg.net
mifferrer@bloomberg.net
migliano@bloomberg.net
mike.srba@bloomberg.net
mikeburns@bloomberg.net

**Company & Corresponding Email Addresses**

mike-lupin@bloomberg.net
mikeprendi@bloomberg.net
miketcnj@bloomberg.net
milaine@bloomberg.net
miltonh@bloomberg.net
mimaier@bloomberg.net
minako@bloomberg.net
minghsu@bloomberg.net
minsel@bloomberg.net
mirat@bloomberg.net
mischneider@bloomberg.net
mitter@bloomberg.net
miyatakemcb@bloomberg.net
mjackson6@bloomberg.net
mjakelich@bloomberg.net
mjf@bloomberg.net
mjpgreen@bloomberg.net
mkaal@bloomberg.net
mkapnick3@bloomberg.net
mkassimir@bloomberg.net
mkemer@bloomberg.net
mkirkwood@bloomberg.net
mkonishi1@bloomberg.net
mkraeger@bloomberg.net
mkreer@bloomberg.net
mkruemmel@bloomberg.net
mkrzyzanska@bloomberg.net
mkwek2@bloomberg.net
mlantz@bloomberg.net
mlarsson8@bloomberg.net
mlclending@bloomberg.net
mldad1@bloomberg.net
mlee11@bloomberg.net
mleininger@bloomberg.net
mleonori@bloomberg.net
mlevine@bloomberg.net
mlevy32@bloomberg.net
mlin8@bloomberg.net
mlindberg3@bloomberg.net
mlupin3@bloomberg.net
mmbal@bloomberg.net
mmcginnity@bloomberg.net
mmegret@bloomberg.net
mmelson@bloomberg.net
mmeyer20@bloomberg.net
mmiah@bloomberg.net
mminogue4@bloomberg.net
mminovi@bloomberg.net
mmiranda6@bloomberg.net
mmitchell@bloomberg.net
mmoore15@bloomberg.net
mmoore45@bloomberg.net
mmorandi1@bloomberg.net
mmoulin@bloomberg.net

## Company & Corresponding Email Addresses

mmurrone@bloomberg.net
mmusso@bloomberg.net
mnahari@bloomberg.net
mnapp@bloomberg.net
mneyland@bloomberg.net
mnorman3@bloomberg.net
mnovo@bloomberg.net
moaoki@bloomberg.net
moatj@bloomberg.net
mockard@bloomberg.net
mohdr@bloomberg.net
mohdtariq@bloomberg.net
momer@bloomberg.net
monk1@bloomberg.net
monks@bloomberg.net
montalto@bloomberg.net
moonstar@bloomberg.net
morava@bloomberg.net
morrissbrian@bloomberg.net
morrock@bloomberg.net
morte@bloomberg.net
mortenroed@bloomberg.net
moschb@bloomberg.net
moseltin@bloomberg.net
mosti@bloomberg.net
mpadhy1@bloomberg.net
mpellemeier@bloomberg.net
mpicozzi@bloomberg.net
mpietronico@bloomberg.net
mplage1@bloomberg.net
mpolcari@bloomberg.net
mprice1@bloomberg.net
mproche@bloomberg.net
mrackham2@bloomberg.net
mracz@bloomberg.net
mreutter@bloomberg.net
mrgossel@bloomberg.net
mriordan@bloomberg.net
mrissanen1@bloomberg.net
mrobinson13@bloomberg.net
mrodrig23@bloomberg.net
mrubashkin@bloomberg.net
mrudler@bloomberg.net
msadow@bloomberg.net
msalamone@bloomberg.net
msample@bloomberg.net
msaurino@bloomberg.net
mschramm4@bloomberg.net
mschuepbach@bloomberg.net
mschuessler@bloomberg.net
mscorpio@bloomberg.net
msi3@bloomberg.net
msimeoni@bloomberg.net
mskinner1@bloomberg.net

**Company & Corresponding Email Addresses**

msledge@bloomberg.net
msobolewski1@bloomberg.net
msowell@bloomberg.net
mspecht@bloomberg.net
mstephens@bloomberg.net
msundberg3@bloomberg.net
mswezey@bloomberg.net
msyp@bloomberg.net
mtafur@bloomberg.net
mtaliercio@bloomberg.net
mtassinari@bloomberg.net
mteichmann@bloomberg.net
mtmorrissey@bloomberg.net
mtphillips@bloomberg.net
mtsui@bloomberg.net
mtunno@bloomberg.net
muerto@bloomberg.net
muhl@bloomberg.net
muldall@bloomberg.net
mumemoto@bloomberg.net
mvc1@bloomberg.net
mvreeland@bloomberg.net
mwaghe1@bloomberg.net
mwakida@bloomberg.net
mwallacerepo@bloomberg.net
mwalz1@bloomberg.net
mweeks@bloomberg.net
mweilheimer@bloomberg.net
mwendorf@bloomberg.net
mwhigham@bloomberg.net
mwil@bloomberg.net
mwiniarczyk@bloomberg.net
mwinkelman@bloomberg.net
mwmo@bloomberg.net
mwpowell@bloomberg.net
myeo6@bloomberg.net
myoshimoto@bloomberg.net
n.ivanov@bloomberg.net
nabbott@bloomberg.net
naka@bloomberg.net
nakagawaumd@bloomberg.net
nakazeki@bloomberg.net
nakhoul@bloomberg.net
naldridge2@bloomberg.net
nalgiero@bloomberg.net
nal-rifai@bloomberg.net
nanisimov@bloomberg.net
nascar@bloomberg.net
naveen@bloomberg.net
navity@bloomberg.net
nbb@bloomberg.net
nbca@bloomberg.net
nbcbond@bloomberg.net
nbehbehani22@bloomberg.net

**Company & Corresponding Email Addresses**

nbonus@bloomberg.net
nbromley@bloomberg.net
nchapman5@bloomberg.net
ncogswel@bloomberg.net
ndey2@bloomberg.net
ndusart@bloomberg.net
nealquinn@bloomberg.net
nedpascual@bloomberg.net
nedwards6@bloomberg.net
nedwardz@bloomberg.net
negsofidsim@bloomberg.net
newcombm@bloomberg.net
newlann@bloomberg.net
nfistarol@bloomberg.net
ngray@bloomberg.net
nharris1@bloomberg.net
nicholasdyte@bloomberg.com
nick.bundy@bloomberg.net
nickhay@bloomberg.net
nickrja@bloomberg.net
nicomancini@bloomberg.net
nicwilliams3@bloomberg.net
nigelr@bloomberg.net
nije@bloomberg.net
nirajpshah@bloomberg.net
nishinon@bloomberg.net
nitamizu@bloomberg.net
niwamatsu@bloomberg.net
njones16@bloomberg.net
nkimmel@bloomberg.net
nkinas7@bloomberg.net
nluccioni@bloomberg.net
nmeek2@bloomberg.net
nod008@bloomberg.net
nong1@bloomberg.net
nooza@bloomberg.net
norai@bloomberg.net
nordlblux1@bloomberg.net
normanm@bloomberg.net
norrisha@bloomberg.net
npaul@bloomberg.net
npavlidis@bloomberg.net
npegoraro@bloomberg.net
npilgrim@bloomberg.net
npn@bloomberg.net
nprazeres@bloomberg.net
npuetz@bloomberg.net
nroberson@bloomberg.net
nsequeira@bloomberg.net
nshibata@bloomberg.net
n-shito@bloomberg.net
nsimar@bloomberg.net
nsoderstrom1@bloomberg.net
nsomich1@bloomberg.net

**Company & Corresponding Email Addresses**

nspiezio4@bloomberg.net
nsulikow@bloomberg.net
ntesta@bloomberg.net
nthibault@bloomberg.net
ntsi@bloomberg.net
nupton@bloomberg.net
nwakabayashi@bloomberg.net
nwenger@bloomberg.net
nwilkes@bloomberg.net
nyang8@bloomberg.net
nyf@bloomberg.net
o.david@bloomberg.net
oadams1@bloomberg.net
oalharbi@bloomberg.net
oambrosetti@bloomberg.net
obetz@bloomberg.net
obirch@bloomberg.net
obutt@bloomberg.net
ochiai@bloomberg.net
ochsners@bloomberg.net
ockerhausen@bloomberg.net
oclementin@bloomberg.net
ocon@bloomberg.net
odahan@bloomberg.net
odaiuto@bloomberg.net
oecevit@bloomberg.net
ofavell@bloomberg.net
ofouchet1@bloomberg.net
ofredon@bloomberg.net
ogood@bloomberg.net
okojvk@bloomberg.net
oku@bloomberg.net
oliverhill@bloomberg.net
omoeller@bloomberg.net
onohid@bloomberg.net
onslow@bloomberg.net
openninga@bloomberg.net
orenart@bloomberg.net
origerc1@bloomberg.net
oscare@bloomberg.net
osiniakov@bloomberg.net
othioune@bloomberg.net
ovdheuvel@bloomberg.net
p.maggi@bloomberg.net
p.mann@bloomberg.net
pacheco@bloomberg.net
palegre1@bloomberg.net
palgreen@bloomberg.net
palmewar@bloomberg.net
paltichieri@bloomberg.net
panquetil@bloomberg.net
paolop@bloomberg.net
paoreilly@bloomberg.net
parchment@bloomberg.net

## Company & Corresponding Email Addresses

parens@bloomberg.net
parlavecchia@bloomberg.net
parrotdad@bloomberg.net
paslos3@bloomberg.net
passar@bloomberg.net
pastres@bloomberg.net
pathurley@bloomberg.net
patrikh@bloomberg.net
patty13@bloomberg.net
paulc@bloomberg.net
paulcallan@bloomberg.net
paulfuji@bloomberg.net
paulzack@bloomberg.net
pavitabile@bloomberg.net
pbalakrishna@bloomberg.net
pbbgl@bloomberg.net
pberg3@bloomberg.net
pbolovis@bloomberg.net
pbrain1@bloomberg.net
pbrunell@bloomberg.net
pbsabo@bloomberg.net
pburge@bloomberg.net
pbush@bloomberg.net
pcardon@bloomberg.net
pcarlsen@bloomberg.net
pcasati@bloomberg.net
pcastellano@bloomberg.net
pcolaco1@bloomberg.net
pcollins11@bloomberg.net
pcolwell@bloomberg.net
pcunningham1@bloomberg.net
pdalzell@bloomberg.net
pdearce@bloomberg.net
pdeazambuja@bloomberg.net
pdebraine1@bloomberg.net
pdesury@bloomberg.net
pdf77@bloomberg.net
pdifiore@bloomberg.net
pdillinger@bloomberg.net
pdolci@bloomberg.net
pduddy@bloomberg.net
pecc1@bloomberg.net
pechon@bloomberg.net
perttuh@bloomberg.net
petad@bloomberg.net
peterjan.de.koning@bloomberg.net
peterkelly@bloomberg.net
peterrot@bloomberg.net
petrounakou@bloomberg.net
pfewell@bloomberg.net
pfullerton@bloomberg.net
pgieren@bloomberg.net
pgoodman@bloomberg.net
pgorman4@bloomberg.net

**Company & Corresponding Email Addresses**

pgorman9@bloomberg.net
pgpking@bloomberg.net
pgrice1@bloomberg.net
pgu1@bloomberg.net
phenry@bloomberg.net
phermann3@bloomberg.net
phguan@bloomberg.net
phillipphil@bloomberg.net
phommeyer3@bloomberg.net
phong7@bloomberg.net
phsaini@bloomberg.net
pibor@bloomberg.net
pic1@bloomberg.net
pieper@bloomberg.net
piergiova@bloomberg.net
piffaretti@bloomberg.net
pillions@bloomberg.net
piqbal@bloomberg.net
pirro@bloomberg.net
piyushg@bloomberg.net
pjn@bloomberg.net
pjvdlinden@bloomberg.net
pkeogan@bloomberg.net
pkruis@bloomberg.net
pkvarn@bloomberg.net
pkz@bloomberg.net
plarkin@bloomberg.net
plebois@bloomberg.net
plecocq@bloomberg.net
plepetit@bloomberg.net
ploffredi@bloomberg.net
ploux@bloomberg.net
plyons2@bloomberg.net
pmaccrone@bloomberg.net
pmagida@bloomberg.net
pmaiorana@bloomberg.net
pmattocks@bloomberg.net
pmatzelle2@bloomberg.net
pmc1111@bloomberg.net
pmeritt@bloomberg.net
pmilora@bloomberg.net
pmortg@bloomberg.net
pnoel@bloomberg.net
ppafort@bloomberg.net
ppalfrey@bloomberg.net
pperrott1@bloomberg.net
ppertusi3@bloomberg.net
pphilen@bloomberg.net
ppillmore@bloomberg.net
ppuig@bloomberg.net
ppv@bloomberg.net
prealdeasua@bloomberg.net
preite@bloomberg.net
priveebond@bloomberg.net

**Company & Corresponding Email Addresses**

pro9@bloomberg.net
prolt@bloomberg.net
prook@bloomberg.net
prusso@bloomberg.net
pscalisi@bloomberg.net
pschleiffer@bloomberg.net
pschmidt10@bloomberg.net
pschulten2@bloomberg.net
pschulze8@bloomberg.net
psjarvis@bloomberg.net
pstern1@bloomberg.net
pstern2@bloomberg.net
pstoll1@bloomberg.net
psullivan18@bloomberg.net
pthacker@bloomberg.net
ptschuetsche@bloomberg.net
pulin@bloomberg.net
punt@bloomberg.net
puraye@bloomberg.net
pvanderelst@bloomberg.net
pvkane@bloomberg.net
pwhelan1@bloomberg.net
pwilshin@bloomberg.net
pwinfield@bloomberg.net
pwirrer@bloomberg.net
pwynn@bloomberg.net
pyrsch@bloomberg.net
pzlatkovic@bloomberg.net
pzywot@bloomberg.net
qiansheng@bloomberg.net
qnb@bloomberg.net
quekmm@bloomberg.net
qwu@bloomberg.net
qzhang8@bloomberg.net
r.carroll-freile@bloomberg.net
r.scholten@bloomberg.net
r.temperley@bloomberg.net
r.verhoeven@bloomberg.net
r1champion@bloomberg.net
rach@bloomberg.net
rafalinde@bloomberg.net
rafzac@bloomberg.net
ragrimonti@bloomberg.net
rahman@bloomberg.net
rahmanm@bloomberg.net
rainman@bloomberg.net
raivo@bloomberg.net
ramm58@bloomberg.net
ramzans@bloomberg.net
ranastas@bloomberg.net
rangehrn@bloomberg.net
rapper@bloomberg.net
raroberson@bloomberg.net
raschini@bloomberg.net

## Company & Corresponding Email Addresses

ravasi@bloomberg.net
ravi.i@bloomberg.net
rbafx@bloomberg.net
rbecker2@bloomberg.net
rbourgeois@bloomberg.net
rcamponovo@bloomberg.net
rcasey1@bloomberg.net
rcordier@bloomberg.net
rcoyle1@bloomberg.net
rcuomo1@bloomberg.net
rcuta1@bloomberg.net
rdauria@bloomberg.it
rdeustachio@bloomberg.net
redli@bloomberg.net
reeve1@bloomberg.net
reiji@bloomberg.net
reim@bloomberg.net
reimmat.ffdb@bloomberg.net
reinhardt44@bloomberg.net
remo.caderas@bloomberg.net
retaildwr@bloomberg.net
reynote@bloomberg.net
rfeiss@bloomberg.net
rferber@bloomberg.net
rfolmer@bloomberg.net
rfornes@bloomberg.net
rfrederes@bloomberg.net
rgadala@bloomberg.net
rgatten1@bloomberg.net
rgengelb@bloomberg.net
rgiliberti1@bloomberg.net
rgiudice4@bloomberg.net
rgomes1@bloomberg.net
rguimara@bloomberg.net
rhabursky@bloomberg.net
rharvey1@bloomberg.net
rhenderson12@bloomberg.net
rhimmo@bloomberg.net
rhofmann@bloomberg.net
rhossli2@bloomberg.net
rhowells@bloomberg.net
richarda@bloomberg.net
richardhill@bloomberg.net
rickboesch@bloomberg.net
rickp@bloomberg.net
rickylaw@bloomberg.net
riskbotm@bloomberg.net
riva@bloomberg.net
rjaamereno@bloomberg.net
rjameson@bloomberg.net
rjandrasits@bloomberg.net
rjensen3@bloomberg.net
rjrpng@bloomberg.net
rkalra@bloomberg.net

**Company & Corresponding Email Addresses**

rkamali@bloomberg.net
rkaneko@bloomberg.net
rkarlsson1@bloomberg.net
rkazemi@bloomberg.net
rkoop@bloomberg.net
rkusmierski@bloomberg.net
rkuze@bloomberg.net
rlangston@bloomberg.net
rleonard3@bloomberg.net
rlindberg@bloomberg.net
rllewellin@bloomberg.net
rlowe@bloomberg.net
rmahmud@bloomberg.net
rmaura@bloomberg.net
rmediobanca@bloomberg.net
rmirco@bloomberg.net
rn02472@bloomberg.net
rnegi@bloomberg.net
rnoel@bloomberg.net
robbid@bloomberg.net
robbins@bloomberg.net
robbishop@bloomberg.net
roberttw@bloomberg.net
rodrigues@bloomberg.net
rogsuen@bloomberg.net
rohmann@bloomberg.net
roja@bloomberg.net
romanenko.i@bloomberg.net
ronan1@bloomberg.net
ronbrandon@bloomberg.net
rory1@bloomberg.net
roscroft@bloomberg.net
rosenga@bloomberg.net
rosminah@bloomberg.net
rostern@bloomberg.net
rotert@bloomberg.net
rothwep@bloomberg.net
rowedon@bloomberg.net
rpalliser1@bloomberg.net
rpaschke@bloomberg.net
rperfetto@bloomberg.net
rpettafor@bloomberg.net
rpettifour@bloomberg.net
rpotito@bloomberg.net
rppalang@bloomberg.net
rreisenbuechler@bloomberg.net
rrscholl@bloomberg.net
rsach@bloomberg.net
rsajkoski@bloomberg.net
rsandbergen2@bloomberg.net
rsaper@bloomberg.net
rsaussier1@bloomberg.net
rsharp3@bloomberg.net
rshawger@bloomberg.net

**Company & Corresponding Email Addresses**

rshea3@bloomberg.net
rshep@bloomberg.net
rshino@bloomberg.net
rsora@bloomberg.net
rstarr4@bloomberg.net
rstiles3@bloomberg.net
rstopiak@bloomberg.net
rtfernandez@bloomberg.net
ruizdan@bloomberg.net
rumit@bloomberg.net
rurso1@bloomberg.net
russenberger@bloomberg.net
ruyalves@bloomberg.net
rvaldivia@bloomberg.net
rvannoort1@bloomberg.net
rvrodrigo@bloomberg.net
rvturner@bloomberg.net
rward7@bloomberg.net
rwendt@bloomberg.net
rwijgerse@bloomberg.net
rwilliams@bloomberg.net
rwindle@bloomberg.net
rwoodard11@bloomberg.net
ryandan@bloomberg.net
ryanpowers@bloomberg.net
ryhanen@bloomberg.net
ryiu1@bloomberg.net
ryugin@bloomberg.net
s.bandini@bloomberg.net
s.banerjee@bloomberg.net
s.diop@bloomberg.net
saad@bloomberg.net
saeedmirza@bloomberg.net
safra@bloomberg.net
sagabond@bloomberg.net
sahn7@bloomberg.net
saiz@bloomberg.net
sajjad@bloomberg.net
sakeda@bloomberg.net
saksak1@bloomberg.net
saku1@bloomberg.net
sakumi@bloomberg.net
sal.esposito@bloomberg.net
salawwad@bloomberg.net
salbert@bloomberg.net
salbrecht1@bloomberg.net
salesservi1@bloomberg.net
salesservi2@bloomberg.net
sallang@bloomberg.net
salwabil1@bloomberg.et
sambrogi1@bloomberg.net
samhopkins@bloomberg.net
sandysm@bloomberg.net
sansman.hkdb@bloomberg.net

**Company & Corresponding Email Addresses**

santamrm@bloomberg.net
sarah.garvan@bloomberg.net
sartigaud@bloomberg.net
sartorim@bloomberg.net
sattpy@bloomberg.net
saurabhsinha@bloomberg.net
saurav@bloomberg.net
saxelsson1@bloomberg.net
sayac@bloomberg.net
sbastien1@bloomberg.net
sbauer@bloomberg.net
sbeck4@bloomberg.net
sbeirne@bloomberg.net
sbkelly@bloomberg.net
sbrambilla@bloomberg.net
sburge2@bloomberg.net
sbuschmann1@bloomberg.net
scalnan@bloomberg.net
scarlsson1@bloomberg.net
scfried@bloomberg.net
schorng@bloomberg.net
schuepbach@bloomberg.net
schung16@bloomberg.net
schurch1@bloomberg.net
schuthel@bloomberg.net
scollett@bloomberg.net
sconaghan1@bloomberg.net
scs3@bloomberg.net
scullen@bloomberg.net
sdabbah@bloomberg.net
sdandrea@bloomberg.net
sdangoor1@bloomberg.net
sdewhurst@bloomberg.net
sdigiorgi1@bloomberg.net
sdilbone@bloomberg.net
sdob1@bloomberg.net
sdonaghue@bloomberg.net
sdroyles@bloomberg.net
sdupslaff@bloomberg.net
sdwang1@bloomberg.net
seamus78@bloomberg.net
seanmac8@bloomberg.net
sebryant@bloomberg.net
sebtrading@bloomberg.net
sebusby@bloomberg.net
seifried.s@bloomberg.net
selfd@bloomberg.net
sengleong@bloomberg.net
sfdd@bloomberg.net
sfillaut@bloomberg.net
sfiresto1@bloomberg.net
sfoley3@bloomberg.net
sforde@bloomberg.net
sgarton@bloomberg.net

## Company & Corresponding Email Addresses

sgiacchini1@bloomberg.net
sginsbach@bloomberg.net
sginzburg1@bloomberg.net
sgordon32@bloomberg.net
sgriggs1@bloomberg.net
sguihan@bloomberg.net
sguinoiseau@bloomberg.net
shaggerty19@bloomberg.net
shags@bloomberg.net
shall3@bloomberg.net
shanna2@bloomberg.net
shansen5@bloomberg.net
sharonbell@bloomberg.net
shaunl@bloomberg.net
shd_stef@bloomberg.net
sheekeen@bloomberg.net
sheky@bloomberg.net
shelms@bloomberg.net
shenkar@bloomberg.net
sheps@bloomberg.net
shimamimcb@bloomberg.net
shimizut1@bloomberg.net
shinton2@bloomberg.net
shinyat@bloomberg.net
shizintl@bloomberg.net
shochu02@bloomberg.net
shoconnell@bloomberg.net
sholt1@bloomberg.net
shong8@bloomberg.net
shoufu@bloomberg.net
sicdb@bloomberg.net
sicpl@bloomberg.net
sidi@bloomberg.net
sieder@bloomberg.net
silkcut@bloomberg.net
simma.lndb@bloomberg.net
sinirene@bloomberg.net
sionoid@bloomberg.net
sisaacsl@bloomberg.net
sit3@bloomberg.net
sjagst@bloomberg.net
sjlake@bloomberg.net
sjmiller@bloomberg.net
sjmonissen@bloomberg.net
sjs1@bloomberg.net
sjs53@bloomberg.net
skatz2@bloomberg.net
skawabe@bloomberg.net
skayser@bloomberg.net
skhatri@bloomberg.net
skippyc@bloomberg.net
skmjapan@bloomberg.net
sknapp@bloomberg.net
sknappe@bloomberg.net

**Company & Corresponding Email Addresses**

skoeckerling@bloomberg.net
skofol.lndb@bloomberg.net
skoga@bloomberg.net
skorn@bloomberg.net
skowronski.d@bloomberg.net
skrilcic@bloomberg.net
skyhawk@bloomberg.net
slampman@bloomberg.net
slawekp@bloomberg.net
slawry@bloomberg.net
slbeuro@bloomberg.net
slbond@bloomberg.net
slcasey@bloomberg.net
sleguti@bloomberg.net
slesieur@bloomberg.net
slfoo@bloomberg.net
slolli@bloomberg.net
smatsuno@bloomberg.net
smayor1@bloomberg.net
smcbeth@bloomberg.net
smcdowell@bloomberg.net
smcfeely@bloomberg.net
smelluish2@bloomberg.net
smelzer@bloomberg.net
smessina@bloomberg.net
smezic@bloomberg.net
smiserey@bloomberg.net
smithandy@bloomberg.net
smithbb1@bloomberg.net
smithgary@bloomberg.net
smontobbio@bloomberg.net
smorley@bloomberg.net
smuspratt1@bloomberg.net
smyojin@bloomberg.net
snarui@bloomberg.net
snjnara@bloomberg.net
snlnxn@bloomberg.net
snoss1@bloomberg.net
snowbond@bloomberg.net
soccer5@bloomberg.net
someya1@bloomberg.net
sondrioev@bloomberg.net
sondriolb@bloomberg.net
songjinzhi@bloomberg.net
songjo@bloomberg.net
sophied@bloomberg.net
spalmer7@bloomberg.net
spar1@bloomberg.net
spei1@bloomberg.net
spena@bloomberg.net
spencert@bloomberg.net
speng7@bloomberg.net
sperotto@bloomberg.net
spersico@bloomberg.com

**Company & Corresponding Email Addresses**

spham1@bloomberg.net
sphilebrown@bloomberg.net
spmmam@bloomberg.net
spr1@bloomberg.net
srad@bloomberg.net
srock@bloomberg.net
srodgers3@bloomberg.net
srossi@bloomberg.net
srossi5@bloomberg.net
srudland2@bloomberg.net
ssabbagh4@bloomberg.net
ssampaoli@bloomberg.net
ssanders@bloomberg.net
ssangiovann1@bloomberg.net
ssanny@bloomberg.net
sschmidt14@bloomberg.net
sschumm@bloomberg.net
sseaby@bloomberg.net
ssheng@bloomberg.net
ssimmons15@bloomberg.net
ssjoholm@bloomberg.net
sspada@bloomberg.net
ssutton@bloomberg.net
sszorzoli@bloomberg.net
standardfed@bloomberg.net
st-antoine@bloomberg.net
stavri@bloomberg.net
stcmmuni@bloomberg.net
stephensm@bloomberg.net
sternda@bloomberg.net
sterneagee@bloomberg.net
steshigawara@bloomberg.net
stevencario@bloomberg.net
stigfal@bloomberg.net
stodagishi@bloomberg.net
stopyra@bloomberg.net
stpang@bloomberg.net
str@bloomberg.net
stricknerg@bloomberg.net
stripsbob@bloomberg.net
strueber@bloomberg.net
stuarta@bloomberg.net
studee@bloomberg.net
stufi@bloomberg.net
suchun.ma@bloomberg.net
suezz@bloomberg.net
sugarkit@bloomberg.net
suikboon@bloomberg.net
sulbrich@bloomberg.net
sunlu@bloomberg.net
supportfi@bloomberg.net
surline@bloomberg.net
svalverde@bloomberg.net
svkwok@bloomberg.net

**Company & Corresponding Email Addresses**

swangseb@bloomberg.net
swicken@bloomberg.net
swillmes@bloomberg.net
swpark@bloomberg.net
swsi@bloomberg.net
swteo@bloomberg.net
sxrogers@bloomberg.net
syafiq@bloomberg.net
sysun@bloomberg.net
szauske@bloomberg.net
szmidt@bloomberg.net
t.hempel@bloomberg.net
t.leonard@bloomberg.net
t.miyazaki@bloomberg.net
t318142@bloomberg.net
t320781@bloomberg.net
tacrr@bloomberg.net
tada.ino@bloomberg.net
tadams2@bloomberg.net
tafat@bloomberg.net
taic@bloomberg.net
taitjam@bloomberg.net
takumatsuda@bloomberg.net
tamyg@bloomberg.net
tanaken@bloomberg.net
tandersen@bloomberg.net
tandl@bloomberg.net
tartwell@bloomberg.net
tata1@bloomberg.net
tb2@bloomberg.net
tbc2@bloomberg.net
tbeben@bloomberg.net
tblack@bloomberg.net
tboettger1@bloomberg.net
tbouchard1@bloomberg.net
tboy1@bloomberg.net
tbruseh@bloomberg.net
tcampbell14@bloomberg.net
tcappella@bloomberg.net
tchester@bloomberg.net
tchrestman@bloomberg.net
tcon@bloomberg.net
tcquek@bloomberg.net
tcurrier2@bloomberg.net
tdemeyer@bloomberg.net
tdesouza@bloomberg.net
tdickin@bloomberg.net
tdjones@bloomberg.net
tedfarrell@bloomberg.net
tegreen5@bloomberg.net
templetonrio@bloomberg.net
temurray1@bloomberg.net
tenomoto2@bloomberg.net
tepper@bloomberg.net

**Company & Corresponding Email Addresses**

terraze@bloomberg.net
terrymorgan@bloomberg.net
tetdan@bloomberg.net
tfarm@bloomberg.net
tfelker@bloomberg.net
tferrer@bloomberg.net
tfukushima3@bloomberg.net
tgaylord1@bloomberg.net
thaiss@bloomberg.net
thannafin@bloomberg.net
thayere@bloomberg.net
thefriedster@bloomberg.net
theokraan@bloomberg.net
thias@bloomberg.net
thierrydiana@bloomberg.net
thoffmann@bloomberg.net
thomas_mann@bloomberg.net
thowes@bloomberg.net
thschneider@bloomberg.net
thutchinson@bloomberg.net
thyge@bloomberg.net
tiend@bloomberg.net
tifkuo1@bloomberg.net
tilsond@bloomberg.net
tim1@bloomberg.net
timalb@bloomberg.net
timbsi@bloomberg.net
timothys@bloomberg.net
tironi@bloomberg.net
tisch@bloomberg.net
titoli1@bloomberg.net
titschrivero@bloomberg.net
tiwamoto@bloomberg.net
tjab@bloomberg.net
tjester@bloomberg.net
tjones8@bloomberg.net
tjthomas@bloomberg.net
tkcho@bloomberg.net
tkearney4@bloomberg.net
tkihara@bloomberg.net
tklingman@bloomberg.net
tlamar@bloomberg.net
tlindemann@bloomberg.net
tlunde2@bloomberg.net
tlynch12@bloomberg.net
tmcginnis@bloomberg.net
tmckee@bloomberg.net
tmeichl1@bloomberg.net
tmermagen@bloomberg.net
tmomose@bloomberg.net
tmorgan55@bloomberg.net
tmueller8@bloomberg.net
tmullin1@bloomberg.net
tmurphy01@bloomberg.net

**Company & Corresponding Email Addresses**

tnak@bloomberg.net
tobruns@bloomberg.net
tohnakamura@bloomberg.net
tohpat@bloomberg.net
tokaigolf@bloomberg.net
tokugin@bloomberg.net
tomaszp@bloomberg.net
tomaszw@bloomberg.net
tomin@bloomberg.net
tomin2@bloomberg.net
tomin4@bloomberg.net
tomriva@bloomberg.net
t-onaka@bloomberg.net
tonychan07@bloomberg.net
tonydoyle@bloomberg.net
took@bloomberg.net
topfund@bloomberg.net
toronia@bloomberg.com
torresmi@bloomberg.net
tosato@bloomberg.net
towerdoug@bloomberg.net
tpalumbo@bloomberg.net
tpantas1@bloomberg.net
tpastorello@bloomberg.net
tperez5@bloomberg.net
tperman@bloomberg.net
tradetower@bloomberg.net
treasurytop@bloomberg.net
trekatz@bloomberg.net
tribs@bloomberg.net
tridgway@bloomberg.net
trjv@bloomberg.net
trkevhan@bloomberg.net
tromanow@bloomberg.net
trossano@bloomberg.net
trothe@bloomberg.net
trotte@bloomberg.net
trussardi@bloomberg.net
tsabu@bloomberg.net
tshishido@bloomberg.net
tsidorenko@bloomberg.net
tsikora2@bloomberg.net
tsilva1@bloomberg.net
tstudds4@bloomberg.net
tsullivan6@bloomberg.net
tsutsui@bloomberg.net
tswadling@bloomberg.net
tswift@bloomberg.net
tsygl3@bloomberg.net
ttatekawa@bloomberg.net
ttokita@bloomberg.net
ttomizzi2@bloomberg.net
ttresigne1@bloomberg.net
ttsyjm5@bloomberg.net

**Company & Corresponding Email Addresses**

tullke.lndb@bloomberg.net
tune@bloomberg.net
turner8@bloomberg.net
twain@bloomberg.net
twania@bloomberg.net
twinklmann@bloomberg.net
tzh@bloomberg.net
tzul@bloomberg.net
u.gormanns@bloomberg.net smtp
u22863cgak@bloomberg.net
uberner@bloomberg.net
ubk@bloomberg.net
ubpce@bloomberg.net
uebepa.ffdb@bloomberg.net
uebrva@bloomberg.net
uecgto@bloomberg.net
uechve@bloomberg.net
ufugmann@bloomberg.net
ujsung@bloomberg.net
ulriksenh@bloomberg.net
v2@bloomberg.net
valbano@bloomberg.net
valcourthere@bloomberg.net
vanreeth@bloomberg.net
varnold@bloomberg.net
vbonte1@bloomberg.net
vbosch@bloomberg.net
vboukhantsev@bloomberg.net
vchiu2@bloomberg.net
veehoo@bloomberg.net
velasco@bloomberg.net
vfumagalli@bloomberg.net
vgor1@bloomberg.net
vhouxelle@bloomberg.com
vicknesan@bloomberg.net
victor.koh@bloomberg.net
virwin@bloomberg.net
visser81@bloomberg.net
vittof@bloomberg.net
vmat@bloomberg.net
vmilev@bloomberg.net
vmurray48@bloomberg.net
vnatu@bloomberg.net
vocfra@bloomberg.net
volkanarslan@bloomberg.net
vols1@bloomberg.net
voutlaw1@bloomberg.net
vpanteri@bloomberg.net
vpb-weh@bloomberg.net
vtanqueray@bloomberg.net
vtlux1@bloomberg.net
vwillard@bloomberg.net
w090689@bloomberg.net
waelchli@bloomberg.net

**Company & Corresponding Email Addresses**

wakeup@bloomberg.net
wallaby@bloomberg.net
walshkm@bloomberg.net
walter7557@bloomberg.net
walzak@bloomberg.net
wang.hoimin@bloomberg.net
wangtong@bloomberg.net
wangyanboc@bloomberg.net
wareshmd@bloomberg.net
wassup@bloomberg.net
wasylnbpp@bloomberg.net
wawalker@bloomberg.net
waynef@bloomberg.net
wboustead1@bloomberg.net
wby@bloomberg.net
wchambers@bloomberg.net
wcheng4@bloomberg.net
wchun1@bloomberg.net
wdenehy1@bloomberg.net
wdnewby@bloomberg.net
wdunbar@bloomberg.net
websterh@bloomberg.net
weemeng1@bloomberg.net
weidenbach@bloomberg.net
weigelt@bloomberg.net
well3@bloomberg.net
wellerwu@bloomberg.net
wells@bloomberg.net
wernerc@bloomberg.net
wfowler4@bloomberg.net
wfrazier2@bloomberg.net
wgilder1@bloomberg.net
wgzmarkets@bloomberg.net
whalas@bloomberg.net
whartford@bloomberg.net
whbivs@bloomberg.net
willow2@bloomberg.net
wilson.wong@bloomberg.net
winkworthg@bloomberg.net
winstar@bloomberg.net
winstonlu@bloomberg.net
wispy@bloomberg.net
wjf3@bloomberg.net
wkasmc@bloomberg.net
wkuan1@bloomberg.net
wlan@bloomberg.net
wlee20@bloomberg.net
wmaloney@bloomberg.net
wmccleary1@bloomberg.net
wmendes@bloomberg.net
wobrien9@bloomberg.net
wongvicky@bloomberg.net
woschenko@bloomberg.net
wpace1@bloomberg.net

**Company & Corresponding Email Addresses**

wpaul@bloomberg.net
wpaulini@bloomberg.net
wplei@bloomberg.net
wramette@bloomberg.net
wrighte@bloomberg.net
wsadozai@bloomberg.net
wsalvage@bloomberg.net
wshare1@bloomberg.net
wusaibbrun@bloomberg.net
wweibel@bloomberg.net
wwindy@bloomberg.net
wwong81@bloomberg.net
wzbkih@bloomberg.net
wzbpzf@bloomberg.net
xanthopoulos@bloomberg.net
xbmarvin@bloomberg.net
xhzhao@bloomberg.net
xiaojian@bloomberg.net
xmeng@bloomberg.net
xqyuan@bloomberg.net
xxu15@bloomberg.net
xyli@bloomberg.net
yab2@bloomberg.net
yabing@bloomberg.net
yal-hassawi@bloomberg.net
yam.r@bloomberg.net
yanan@bloomberg.net
yariv@bloomberg.net
yasinleen@bloomberg.net
yastakeda@bloomberg.net
yasugi@bloomberg.net
yati@bloomberg.net
ybierre@bloomberg.net
ycb0142@bloomberg.net
ydenisov@bloomberg.net
yeisen@bloomberg.net
yfairouz@bloomberg.net
yfujimoto@bloomberg.net
yichou@bloomberg.net
yingdai@bloomberg.net
yjyoon55@bloomberg.net
ykonishi3@bloomberg.net
ykuru1@bloomberg.net
ymarhic2@bloomberg.net
ymbk2@bloomberg.net
ymiteva2@bloomberg.net
ynwen@bloomberg.net
yoelm@bloomberg.net
yoni.s@bloomberg.net
yozaki2@bloomberg.net
yravai-mans@bloomberg.net
yshilo@bloomberg.net
yting@bloomberg.net
ytomballe@bloomberg.net

**Company & Corresponding Email Addresses**

yuanchen@bloomberg.net
zaccaro1@bloomberg.net
zafarkhan@bloomberg.net
zapin@bloomberg.net
zc@bloomberg.net
zdalloul@bloomberg.net
zdichynec@bloomberg.net
zeevdani@bloomberg.net
zeidan1@bloomberg.net
zenaya.lndb@bloomberg.net
zorrozoe@bloomberg.net
zshao@bloomberg.net
ztsong@bloomberg.net
zubeldia@bloomberg.net
zweverink@bloomberg.net
zwojczakowsk@bloomberg.net
zwokczakowsk@bloomberg.net

**bloombet**
scaruso@bloombet.net
**bloomerg**
bseton@bloomerg.net
rmr@bloomerg.net
**blooomberg**
tgraffeo@blooomberg.net
**blpk**
r.weiss@blpk.ch
**blubonnetsavings**
sstuckey@blubonnetsavings.com
**bluebonnetsavings**
chollon@bluebonnetsavings.com
cratliff@bluebonnetsavings.com
kthiebaud@bluebonnetsavings.com
ssmith@bluebonnetsavings.com
**bluefintrading**
mike@bluefintrading.com
**blueskygroup**
marcel.blom@blueskygroup.nl
mark.geene@blueskygroup.nl
peter.bajema@blueskygroup.nl
ramon.tol@blueskygroup.nl
**bluevalor**
claude.braginsky@bluevalor.com
**bluewin**
arne@bluewin.ch
h.j.baumann@bluewin.ch
martin.klement@bluewin.ch
rolf.biland.abpk@bluewin.ch
sun7@bluewin.ch
valcourt@bluewin.ch
**blvk**
laurent.dutoit@blvk.ch
margrit.teuscher@blvk.ch
martin.willi@blvk.ch
theo.tillmann@blvk.ch

## Company & Corresponding Email Addresses

### blx
atmendez@blx.com
eho@blx.com
jcadley@blx.com
mmejia@blx.com
schen@blx.com
ubidkar@blx.com
vmojica@blx.com

### bma
bahar@bma.gov.bh
buhijji@bma.gov.bh

### bmb
albert.kittaneh@bmb.com.bh
mahran.najeeb@bmb.com.bh

### bmc
brian_huddleston@bmc.com
chet_fenner@bmc.com
corey_walsh@bmc.com
derrick_vializ@bmc.com
kip_noser@bmc.com

### bmo
al.abusharif@bmo.com
alan.mcintyre@bmo.com
amanda.bernhard@bmo.com
andrew.jones2@bmo.com
andy.kanfer@bmo.com
annmarie.brown@bmo.com
anthony.zarmakoupis@bmo.com
barney.bonekamp@bmo.com
barry.monks@bmo.com
bart.gromada@bmo.com
bart.steenbergen@bmo.com
ben.carter@bmo.com
besnik.skenderi@bmo.com
betty.au@bmo.com
brad.reid@bmo.com
bret.blanton@bmo.com
bryan.wilson@bmo.com
charles.horn@bmo.com
chris.luke@bmo.com
christine.tekker@bmo.com
christophe.campagne@bmo.com
christopher.currer@bmo.com
craig.ingram@bmo.com
craig.leveille@bmo.com
dale.richardson@bmo.com
dan.atack@bmo.com
dave.gaudette@bmo.com
david.binning@bmo.com
david.mansfield@bmo.com
david.oelke@bmo.com
derek.shewring@bmo.com
donna.morlock@bmo.com
douglas.blythe@bmo.com

## Company & Corresponding Email Addresses

ed.solari@bmo.com
edward.harvey@bmo.com
elena.perez@bmo.com
elie.azar@bmo.com
eric.bergstrom@bmo.com
eric.lindstrom@bmo.com
ernie.porchetta@bmo.com
ezio.dadalt@bmo.com
farhad.shishbiradaran@bmo.com
finbarr.farrell@bmo.com
firas.askari@bmo.com
florence.chen@bmo.com
francis.kestler@bmo.com
frank.jones@bmo.com
frankie.li@bmo.com
gary.lipinski@bmo.com
geethan.rayan@bmo.com
gene.jong@bmo.com
geoffrey.mcconnell@bmo.com
gerald.moore@bmo.com
greg.walker@bmo.com
henry.sanchez@bmo.com
hitesh.dharamshi@bmo.com
ian.clare@bmo.com
ian.jones@bmo.com
ilona.nichols@bmo.com
jack.kane@bmo.com
jackie.morris@bmo.com
james.schuler@bmo.com
jason.park@bmo.com
jean.gagnon@bmo.com
jeanne.mancheff@bmo.com
jennifer.richards@bmo.com
jerry.connor@bmo.com
jo.carral@bmo.com
joanne.wright@bmo.com
joel.prussky@bmo.com
joel.salloum@bmo.com
john.kaslyn@bmo.com
john.kwan@bmo.com
john.mcauliffe@bmo.com
jolway.li@bmo.com
jonathan.jacob@bmo.com
jordon.lupu@bmo.com
joseph.tamboli@bmo.com
jude.swampilli@bmo.com
justin.london@bmo.com
karin.walchshofer@bmo.com
kolin.mccarter@bmo.com
kulvinder.sindhu@bmo.com
leilani.rutherford@bmo.com
lem.seabrook@bmo.com
linda.park@bmo.com
linda.watts@bmo.com

**Company & Corresponding Email Addresses**

lori.marchildon@bmo.com
lorne.gavsie@bmo.com
lovisa.mccallum@bmo.com
manuel.delossantos@bmo.com
mark.tuite@bmo.com
martin.deschenes@bmo.com
mel.mistry@bmo.com
michael.rowe@bmo.com
mike.fisher@bmo.com
mike.leong@bmo.com
monica.bonar@bmo.com
monique.srivastava@bmo.com
mukesh.sharma@bmo.com
naeff.waqar@bmo.com
nancy.braun@bmo.com
nicholas.chan@bmo.com
nicholas.neary@bmo.com
nick.howell@bmo.com
ovidiu.sandu@bmo.com
owen.oneill@bmo.com
paul.knobl@bmo.com
paul.secchia@bmo.com
peter.kruslak@bmo.com
philippe.sarfati@bmo.com
piper.kerr@bmo.com
prudy.lo@bmo.com
radu.tunaru@bmo.com
rahul.garga@bmo.com
rajeev.patil@bmo.com
raymond.fung@bmo.com
rebecca.scharffe@bmo.com
rejeev.patel@bmo.com
richard.mcclorey@bmo.com
richard.moreland@bmo.com
richard.muruve@bmo.com
rick.brown@bmo.com
rina.yoo@bmo.com
rob.johnston@bmo.com
rob.white@bmo.com
robert.digangi@bmo.com
robert.kaplan@bmo.com
robert.nigro@bmo.com
robin.das@bmo.com
rod.wilmer@bmo.com
rohit.kapur@bmo.com
ron.bailey@bmo.com
sam.chui@bmo.com
scott.purdy@bmo.com
shawn.robb@bmo.com
simon.gellett@bmo.com
simon.watkins@bmo.com
simon_broxham@bmo.com
snehal.pathak@bmo.com
soren.christensen@bmo.com

**Company & Corresponding Email Addresses**

stevan.maglic@bmo.com
steve.matsuo@bmo.com
steve.santa-maria@bmo.com
steve.turley@bmo.com
sue.devereux@bmo.com
susan.chang-hong@bmo.com
sylvain.fritsch@bmo.com
thomas.dzakowic@bmo.com
timothy.dorey@bmo.com
timothy.hanson@bmo.com
tom.kotsopoulos@bmo.com
uri.snir@bmo.com
valentine.dsouza@bmo.com
vipul.kadakia@bmo.com
walt.ebner@bmo.com
wei.he@bmo.com

**bmonb**

abid.chaudry@bmonb.com
alan.stoddart@bmonb.com
amanda.lickorish@bmonb.com
anthony.harris@bmonb.com
bish.koziol@bmonb.com
bob.galvin@bmonb.com
bob.nguyen@bmonb.com
brian.archdekin@bmonb.com
carmine.difederico@bmonb.com
darren.campbell@bmonb.com
dave.kucera@bmonb.com
david.leschied@bmonb.com
david.sloper@bmonb.com
dennis.foley@bmonb.com
desmond.solomon@bmonb.com
divyesh.chotalia@bmonb.com
doris.lem@bmonb.com
franco.carelli@bmonb.com
fundingdesk@bmonb.com
gary.bramfitt@bmonb.com
gary.hulbert@bmonb.com
godefroy.tessier@bmonb.com
greg.zaludek@bmonb.com
helen.corbett@bmonb.com
james.kent@bmonb.com
james.wong@bmonb.com
jamie.weiss@bmonb.com
jamie.wise@bmonb.com
jim.halliday@bmonb.com
joanne.newman@bmonb.com
katrina.rempel@bmonb.com
keith.edwards@bmonb.com
kevin.fong@bmonb.com
kyle.macgregor@bmonb.com
lino.morra@bmonb.com
lou.galassini@bmonb.com
mark.geller@bmonb.com

## Company & Corresponding Email Addresses

nels.anderson@bmonb.com
nick.linder@bmonb.com
omerdugas@bmonb.com
pacronin@bmonb.com
pam.gilkes@bmonb.com
patrick.kearns@bmonb.com
paul.rhude@bmonb.com
peter.marchant@bmonb.com
puneet.kohli@bmonb.com
rick.bryan@bmonb.com
shael.kalef@bmonb.com
sonnie.ayere@bmonb.com
spencer.pitcher@bmonb.com
stephen.church@bmonb.com
steveproctor@bmonb.com
stuart.kraft@bmonb.com
tim.wong@bmonb.com
todd.houghton@bmonb.com
tom.ormesher@bmonb.com
tony.decrescentiis@bmonb.com
tony.sevsek@bmonb.com

### bmond
martin.davies@bmond.com

### bms
anup.marda@bms.com
bruce.wendel@bms.com
carly.ferraro@bms.com
darren.alkins@bms.com
dima.sakkab@bms.com
gladys.fung@bms.com
graham.brazier@bms.com
jack.geltosky@bms.com
james.foley@bms.com
jason.woerz@bms.com
jeffrey.ives@bms.com
john.beecham@bms.com
kate.pingitore@bms.com
kathleen.semet@bms.com
kristen.vonseggern@bms.com
lorraine.neabor@bms.com
lynn.lewis@bms.com
lynne.croucher@bms.com
mark.rothwell@bms.com
mathieu.aussermeier@bms.com
michael.meebus@bms.com
pierluigi.antonelli@bms.com
rajiv.dave@bms.com
robert.ewers@bms.com
sujinta.lin@bms.com
tamar.howson@bms.com
terry.lo@bms.com
tod.fairbanks@bms.com
valerie.brown@bms.com
vassili.kotlov@bms.com

## Company & Corresponding Email Addresses

vlad.kolpakov@bms.com
yi-mei.lu@bms.com

### bmtc
apilch@bmtc.com

### bmv
ulrich.seldeslachts@bmv.be

### bmw
christian.feilmeier@bmw.de
dagobert.autering@bmw.de
elmar.steurer@bmw.de
harald.undis@bmw.de
karl.ertl@bmw.de
mariejeanne.kerschkamp@bmw.de
martin.nellen@bmw.de
mirjam.scherle@bmw.de
peter.studtrucker@bmw.de
peter.wagenhaeuser@bmw.de
ralf.edelmann@bmw.de
torsten.schuessler@bmw.de

### bmwgroup
thomas.rentschler@bmwgroup.com

### bnc
barbara.boucher@tres.bnc.ca
benoit.desbiens@tres.bnc.ca
chris.farah@tres.bnc.ca
daniel.baillet@tres.bnc.ca
dave.hand@tres.bnc.ca
david.mcauliffe@tres.bnc.ca
denis.parisien@tres.bnc.ca
dominic.dion@tres.bnc.ca
etienne.dubuc@tres.bnc.ca
francis.marois@tres.bnc.ca
jean.baram@tres.bnc.ca
jean-francois.ipwan@tres.bnc.ca
jeanpatrick.poulin@tres.bnc.ca
john.martin@tres.bnc.ca
leila.khessairi@tres.bnc.ca
manoj.karia@tres.bnc.ca
martin.gagnon@tres.bnc.ca
martin.ouellet@tres.bnc.ca
mathieu.germain@tres.bnc.ca
michael.lee@tres.bnc.ca
nbc-corp@tres.bnc.ca
olivier.tripard@tres.bnc.ca
pierre.delisle@tres.bnc.ca
puneet.kohli@tres.bnc.ca
robert.hesselbo@tres.bnc.ca
samir.bentekaya@tres.bnc.ca
stephane.dupuis@tres.bnc.ca
stephanie.scott@tres.bnc.ca
william.bonnell@tres.bnc.ca

### bncga
boutros.klink@bncga.com

### bng

## Company & Corresponding Email Addresses

alex.wilson@bng.nl
capital.markets@bng.nl
freek.bravenboer@bng.nl
hans.moerman@bng.nl
john.reichardt@bng.nl
tiemo.wesseling@bng.nl
tim.segboer@bng.nl
uden@bng.nl

**bnhp**
aviva.amrami@bnhp.co.il
eli.yones@bnhp.co.il
yosef.yarom@bnhp.co.il

**bni**
andi.rachmarelawandi@bni.co.id
evita.kusumawati@bni.co.id
fayadri@bni.co.id
hendri.wijaya@bni.co.id
hindria.listyadi@bni.co.id
idham.runizam@bni.co.id
iwan.kurniawan@bni.co.id
octhan.akbar@bni.co.id
santosa@bni.co.id
sigit.pramono@bni.co.id
tauhidin.ananda@bni.co.id
trspmd03@bni.co.id
yulies.kanti@bni.co.id

**bnihk**
trs@bnihk.com

**bnl**
colin.hall@bnl.com
marino.cucca@bnl.com

**bnlmail**
adapuzzo@bnlmail.com
alan.seacombe@bnlmail.com
albert.bove@bnlmail.com
alessandra.mastrota@bnlmail.com
alessandra.rossato@bnlmail.com
alessandro.cataldi@bnlmail.com
alessandro.discala@bnlmail.com
alessandro.napolitano@bnlmail.com
andrea.pomes@bnlmail.com
anna.rosati@bnlmail.com
annarita.consalvi@bnlmail.com
antonio.anselmi@bnlmail.com
antonio.colavolpe@bnlmail.com
antonio.saolini@bnlmail.com
cantarini.marco@bnlmail.com
carlo.micarelli@bnlmail.com
ciro.parisi@bnlmail.com
claudia.tempesta@bnlmail.com
cristiano.castellani@bnlmail.com
daniele.caporaletti@bnlmail.com
david.willmer@bnlmail.com
domenico.bellocco@bnlmail.com

**Company & Corresponding Email Addresses**

donna.laspina@bnlmail.com
eduardo.palazzo@bnlmail.com
emanuele.bertotto@bnlmail.com
eugenio.cerioni@bnlmail.com
fabrizia.semboloni@bnlmail.com
fabrizio.vallone@bnlmail.com
federico.cornelli@bnlmail.com
flora.giovannetti@bnlmail.com
francesco.giovagnoni@bnlmail.com
franco.autizi@bnlmail.com
franco.dimario@bnlmail.com
gennaro.viscusi@bnlmail.it
giada.sonego@bnlmail.com
gianluca.almi@bnlmail.com
gianluca.magnocavallo@bnlmail.com
gianluca.moltoni@bnlmail.com
gino.rubbi@bnlmail.com
giovanni.chiovini@bnlmail.com
giulia.billard@bnlmail.com
giuliana.giorgio@bnlmail.com
giuliana.luzi@bnlmail.com
giuseppe.canzoneri@bnlmail.com
guido.grossi@bnlmail.com
james.dolby@bnlmail.com
jennine.sogluizzo@bnlmail.com
jesse.torres@bnlmail.com
juan.cortes@bnlmail.com
laura.compagnoni@bnlmail.com
loredana.tarsia@bnlmail.com
luca.albanesi@bnlmail.com
luca.arcangeli@bnlmail.com
lucio.conti@bnlmail.com
massimo.celi@bnlmail.com
massimo.giocondi@bnlmail.com
massimo.massaro@bnlmail.com
mauro.parisse@bnlmail.com
milena.biasini@bnlmail.com
paolo.baeli@bnlmail.com
paolo.tesoro@bnlmail.com
patrick.corkery@bnlmail.com
pierfranco.dimuro@bnlmail.com
robert.lisi@bnlmail.com
samuela.sacchi@bnlmail.com
silvia.guerriero@bnlmail.com
simona.delgreco@bnlmail.com
simone.francazi@bnlmail.com
stephen.byrne@bnlmail.com
tony.scrimali@bnlmail.com

**bnm**

aashah@bnm.gov.my
adam@bnm.gov.my
adnan@bnm.gov.my
adrian@bnm.gov.my
adrienne@bnm.gov.my

**Company & Corresponding Email Addresses**

afaizal@bnm.gov.my
aimran@bnm.gov.my
alexteoh@bnm.gov.my
alma@bnm.gov.my
amycheng@bnm.gov.my
anazmi@bnm.gov.my
anuar@bnm.gov.my
ariani@bnm.gov.my
arwina@bnm.gov.my
ashraf@bnm.gov.my
audrey@bnm.gov.my
azam@bnm.gov.my
azmanali@bnm.gov.my
azzahir@bnm.gov.my
bkisma@bnm.gov.my
bknasr@bnm.gov.my
bylee@bnm.gov.my
chiew@bnm.gov.my
chowts@bnm.gov.my
cksee@bnm.gov.my
dalila@bnm.gov.my
dave@bnm.gov.my
durai@bnm.gov.my
farahhanim@bnm.gov.my
hafizul@bnm.gov.my
haliza@bnm.gov.my
hamid@bnm.gov.my
hangtuah@bnm.gov.my
harrish@bnm.gov.my
haszeri@bnm.gov.my
hazimi@bnm.gov.my
idham@bnm.gov.my
iqbal@bnm.gov.my
jamil@bnm.gov.my
julian@bnm.gov.my
julinda@bnm.gov.my
kamil@bnm.gov.my
khai@bnm.gov.my
lal@bnm.gov.my
lokman@bnm.gov.my
mahen@bnm.gov.my
mashraf@bnm.gov.my
mdhafiz@bnm.gov.my
mdnazri@bnm.gov.my
mfairuz@bnm.gov.my
muhaizam@bnm.gov.my
muizz@bnm.gov.my
nazrul@bnm.gov.my
nirashiny@bnm.gov.my
norasalleh@bnm.gov.my
onglm@bnm.gov.my
reza@bnm.gov.my
salina@bnm.gov.my
satvin@bnm.gov.my

**Company & Corresponding Email Addresses**

shah@bnm.gov.my
shahredza@bnm.gov.my
shariramir@bnm.gov.my
shasha@bnm.gov.my
sofia@bnm.gov.my
soo@bnm.gov.my
sujay@bnm.gov.my
syafiq@bnm.gov.my
sygoh@bnm.gov.my
teychunmaw@bnm.gov.my
tohsengg@bnm.gov.my
vikram@bnm.gov.my
virginie@bnm.gov.my
wailocke@bnm.gov.my
ynmooi@bnm.gov.my
yusof@bnm.gov.my
zaff@bnm.gov.my
zani@bnm.gov.my
zulfadzlie@bnm.gov.my
zulfiqar@bnm.gov.my

**bnp**

clafrogne@bnp.fr
ewomansson@bnp.fr
jtereshenko@bnp.com
pmarchessaux@bnp.fr

**bnparibas**

serge.desrayaud@americas.bnparibas.com

**bnpfp**

bernard.dennery@bnpfp.com

**bnpgroup**

agnes.pfertzel@bnpgroup.com
alain.poirson@bnpgroup.com
brigitte.o"loghen@bnpgroup.com
chantal.amant@bnpgroup.com
christophe.gouelo@bnpgroup.co
claire.pereira@bnpgroup.com
daniel.grnier@bnpgroup.com
emmanuel.heurtierr@bnpgroup.com
laurant.attali@bnpgroup.com
laurent.dulout@bnpgroup.com
marc.campi@bnpgroup.com
martin.robins@bnpgroup.com
maurice.bennett@bnpgroup.com
paul.forestier@bnpgroup.com
philippe.meurice@bnpgroup.com
pierre.fourrier@bnpgroup.com
pierre.mathieu@bnpgroup.com
pierre.nguyen@bnpgroup.com
sarah.hollands@bnpgroup.com
simon.coates@bnpgroup.com
yves.fournier@bnpgroup.com

**bnpp**

lloyd.plenty@bnpp.com

**bnppari**

**Company & Corresponding Email Addresses**
mike.weinberg@americas.bnppari

**bnpparibas**
adam.albin@americas.bnpparibas.com
adam.gage@bnpparibas.com
adina.grigoriu@bnpparibas.com
agnes.desruelle@bnpparibas.com
ajay.jani@americas.bnpparibas.com
alain.deforge@bnpparibas.com
alain.jaques@bnpparibas.com
alain.krief@bnpparibas.com
alain.papiasse@bnpparibas.com
alex.bedwell@uk.bnpparibas.com
alexander.bauer@bnpparibas.com
alexander.ivanovitch@bnpparibas.com
alexander.koerner@bnpparibas.com
alexandre.benech@bnpparibas.com
alexandre.bernard@bnpparibas.com
alexandre.deruaz@bnpparibas.com
alexandre.horiszny@bnpparibas.com
alexandre.roques@bnpparibas.com
alexandre.vigier@bnpparibas.com
alham.abakhti@bnpparibas.com
ali.bissat@bnpparibas.com
ali.hobballah@bnpparibas.com
alice.jyichampenois@bnpparibas.com
alkesh.patel@bnpparibas.com
amandine.ecobichon@bnpparibas.com
amaury.deternay@bnpparibas.com
amel.berkane@bnpparibas.com
amine.drhimeur@bnpparibas.com
andrea.rutigliani@bnpparibas.com
andrew.freris@bnpparibas.com
andrew.mcconnell@bnpparibas.com
andy.gabor@americas.bnpparibas.com
angela.billick@bnpparibas.com
angelika.molak@americas.bnpparibas.com
angus.duncan@americas.bnpparibas.com
ann.chuang@asia.bnpparibas.com
anna.badura@bnpparibas.com
anna.noonan@bnpparibas.com
anna.simons@bnpparibas.com
annabelle.libeau@bnpparibas.com
anne.demontrond@bnpparibas.com
anne.froideval@bnpparibas.com
anne.wong@asia.bnpparibas.com
anne-selime.demurard@bnpparibas.com
annie-claude.horvilleur@bnpparibas.com
anthony.finan@bnpparibas.com
anthony.hayot@uk.bnpparibas.com
anthony.shrubb@bnpparibas.com
antoine.chausson@bnpparibas.com
antoine.furcy@bnpparibas.com
antonio.bertone@bnpparibas.com
ariel.blumencwejg@americas.bnpparibas.com

**Company & Corresponding Email Addresses**

arnaud.lacroix@bnpparibas.com
arnaud.musy@bnpparibas.com
ashid.mahmood@bnpparibas.com
ashleyjayne.turns@uk.bnpparibas.com
ashok.outtandy@bnpparibas.com
atul.patel@americas.bnpparibas.com
ayal.cohen@bnpparibas.com
barbara.cohen@bnpparibas.com
barbara.emmerson@bnpparibas.com
baudouin.prot@bnpparibas.com
beatrice.belorgey@bnpparibas.com
beatrice.mignard@bnpparibas.com
ben.boudraf@bnpparibas.com
benjamin.todres@americas.bnpparibas.com
benoit.dauchez@bnpparibas.com
benoit.juin@bnpparibas.com
benoit.mathey@bnpparibas.com
benoit.nansot@bnpparibas.com
benoit.picard@bnpparibas.com
bernard.coupez@bnpparibas.com
bernard.j.masse@bnpparibas.com
bernard.sandberg@bnpparibas.com
bolyvann.ngauv@bnpparibas.com
boris.demonet@bnpparibas.com
brendan.lee@asia.bnpparibas.com
brian.reilly@americas.bnpparibas.com
brigitte.denis@bnpparibas.com
brigitte.gagnon@bnpparibas.com
bruno.bancal@bnpparibas.com
bruno.candini@bnpparibas.com
bruno.crinon@bnpparibas.com
bruno.lebeda@asia.bnpparibas.com
butler@americas.bnpparibas.com
camille.demarliave@bnpparibas.com
carlos.rodriguez@americas.bnpparibas.com
carlotta.martoglio@bnpparibas.com
carole.perraud@bnpparibas.com
caroline.debourleuf@bnpparibas.com
caroline.lambert@bnpparibas.com
carolle.lemarchand@bnpparibas.com
catherine.bahl@bnpparibas.com
catherine.berjal@bnpparibas.com
catherine.leodegourville@bnpparibas.com
catherine.oconnell@bnpparibas.com
cathy.lam@bnpparibas.com
cecile.daudet@bnpparibas.com
cecile.marechal@bnpparibas.com
cecile.noguier@bnpparibas.com
cecilia.jacquerioz@bnpparibas.com
cedric.chavot@bnpparibas.com
cedric.dalloglio@bnpparibas.com
celine.gillet@bnpparibas.com
chantal.peyredefabregues@bnpparibas.com
charles.abelsmith@bnpparibas.com

## Company & Corresponding Email Addresses

charles.cock@bnpparibas.com
charles.cresteil@bnpparibas.com
charles.mangin@bnpparibas.com
charles.yang@americas.bnpparibas.com
charlotte.conlan@bnpparibas.com
charlotte.dennery@bnpparibas.com
chris.bickley@bnpparibas.com
chris.rowland@bnpparibas.com
chris.samara@bnpparibas.com
chris.tolkin@americas.bnpparibas.com
christian.dargnat@bnpparibas.com
christian.heyden@bnpparibas.com
christian.valette@bnpparibas.com
christina.chan@asia.bnpparibas.com
christina.feicht@americas.bnpparibas.com
christine.ferraresi@bnpparibas.com
christophe.auvity@bnpparibas.com
christophe.berguerand@bnpparibas.com
christophe.bourgeois@bnpparibas.com
christophe.issenhuth@bnpparibas.com
christophe.karpiel@bnpparibas.com
christophe.mounier@bnpparibas.com
christophe.p.moulin@bnpparibas.com
christophe.papereux@bnpparibas.com
christophe.ponette@bnpparibas.com
christophe.reynier@bnpparibas.com
claire.coquard@bnpparibas.com
claire.toulouze-fiastre@bnpparibas.com
clarisse.breynaert-mauvage@bnpparibas.com
claude.c.guerin@bnpparibas.com
claude.guillaume@bnpparibas.com
claude.haberer@asia.bnpparibas.com
claude.tiramani@bnpparibas.com
colin.sze@asia.bnpparibas.com
corine.blanc@bnpparibas.com
corinne.chaslin@bnpparibas.com
corinne.parlier@bnpparibas.com
corinne.robusion@bnpparibas.com
cormac.billings@bnpparibas.com
cornelia.raif@bnpparibas.com
corynne.roux-buisson@bnpparibas.com
craig.engwert@americas.bnpparibas.com
craig.young@bnpparibas.com
curtis.deane@americas.bnpparibas.com
cyril.geada@bnpparibas.com
damien.kohler@bnpparibas.com
daniel.bruesch@bnpparibas.com
daniel.laguibre@bnpparibas.com
daniel.ng@bnpparibas.com
david.amasio@bnpparibas.com
david.brunner@americas.bnpparibas.com
david.favier@bnpparibas.com
david.gosselin@bnpparibas.com
david.kreidler@americas.bnpparibas.com

**Company & Corresponding Email Addresses**

david.lonsdale@bnpparibas.com
david.randle@bnpparibas.com
david.seaman@americas.bnpparibas.com
debbie.cotman@bnpparibas.com
deborah.mcneill@bnpparibas.com
debrah.okelly@bnpparibas.com
delphine.arrighi@bnpparibas.com
delphine.padovani@bnpparibas.com
denis.autier@bnpparibas.com
denis.bertin@bnpparibas.com
denis.panel@bnpparibas.com
denis.wallerich@bnpparibas.com
didier.margetyal@bnpparibas.com
diego.rodriguez@bnpparibas.com
dimitri.lamarlere@asia.bnpparibas.com
dirk.dudman@bnpparibas.com
dominique.dequidt@bnpparibas.com
dominique.h.leroy@bnpparibas.com
dominique.hoenn@bnpparibas.com
dominique.iroz@bnpparibas.com
dominique.mousset@bnpparibas.com
dominique.reliquet@bnpparibas.com
dominique.schulthess@bnpparibas.com
dorian.raimond@bnpparibas.com
dorothea.goedkoop@bnpparibas.com
duane.helkowski@americas.bnpparibas.com
eddy.tsoi@asia.bnpparibas.com
eder.lam@asia.bnpparibas.com
edith.yue@asia.bnpparibas.com
eduardo.garcia@bnpparibas.com
edward.laming@bnpparibas.com
edward.liem@asia.bnpparibas.com
edward.lim@asia.bnpparibas.com
edward.werder@bnpparibas.com
egmont.schaefer@bnpparibas.com
eid.fadi@bnpparibas.com
elaine.lorimer@uk.bnpparibas.com
eliane.devillaines@bnpparibas.com
elizabeth.harvey@bnpparibas.com
elodie.solaret@bnpparibas.com
emmanuel.bellegarde@bnpparibas.com
englibert.lequangchieu@bnpparibas.com
eric.borremans@bnpparibas.com
eric.bouthillier@bnpparibas.com
eric.cardona@bnpparibas.com
eric.coinde@bnpparibas.com
eric.doisteau@bnpparibas.com
eric.lepage@bnpparibas.com
eric.levy@bnpparibas.com
eric.plantier@bnpparibas.com
eric.renard@bnpparibas.com
eric.vergnaud@bnpparibas.com
eric_trouslard@bnpparibas.com
erkan.yilmaz@bnpparibas.com

## Company & Corresponding Email Addresses

ernst.hagmann@bnpparibas.com
estelle.adam@bnpparibas.com
eve.bouard@bnpparibas.com
everett.schenk@americas.bnpparibas.com
fabien.savonitto@bnpparibas.com
fabrice.loho@bnpparibas.com
fabrice.susini@bnpparibas.com
fadi.berbari@bnpparibas.com
farid.issaelkhoury@bnpparibas.com
fiona.wills@bnpparibas.com
florence.bonnevay@bnpparibas.com
florian.castel@bnpparibas.com
florine.chua@asia.bnpparibas.com
franck.monier@bnpparibas.com
francois.artignan@uk.bnpparibas.com
francois.faure@bnpparibas.com
francois.haitaian@bnpparibas.com
francois.ruiz@bnpparibas.com
francois.valette@bnpparibas.com
francoise.dugas-lamotte@bnpparibas.com
francois-xavier.chevallier@bnpparibas.com
frank.chiofalo@americas.bnpparibas.com
frank.diop@bnpparibas.com
frank.schultz@americas.bnpparibas.com
frank.sodano@americas.bnpparibas.com
frederic.janbon@bnpparibas.com
frederic.juvy@bnpparibas.com
frederic.staub@bnpparibas.com
frederic.surry@bnpparibas.com
frederic.x.thomas@bnpparibas.com
gabriel.tissot@bnpparibas.com
gael.gauthier@bnpparibas.com
gaetan.obert@bnpparibas.com
gail.lecoz@bnpparibas.com
gale.gerrier@bnpparibas.com
garrick.smith@bnpparibas.com
georges.karam@bnpparibas.com
georges.sanches@bnpparibas.com
georges.skouvaklis@bnpparibas.com
georgie.rabelle@bnpparibas.com
gerald.noltsch@bnpparibas.com
geraud.desaint-vincent@bnpparibas.com
gilles.alfonse@bnpparibas.com
gilles.benhamou@bnpparibas.com
gilles.d.david@bnpparibas.com
gilles.devaugrigneuse@bnpparibas.com
gilles.glicenstein@bnpparibas.com
gilles.leroy@bnpparibas.com
gregg.bonardi@americas.bnpparibas.com
gregori.tchouboukoff@bnpparibas.com
gregory.martory@uk.bnpparibas.com
guillaume.bellin@bnpparibas.com
guillaume.cendrier@americas.bnpparibas.com
guillaume.hollier-larousse@bnpparibas.com

**Company & Corresponding Email Addresses**

guillaume.kovarcik@bnpparibas.com
guy.longueville@bnpparibas.com
harpal.maini@americas.bnpparibas.com
helen.guillemot@bnpparibas.com
helene.j.nottin@bnpparibas.com
hermann.rangamana@bnpparibas.com
herve.besnard@bnpparibas.com
herve.duteil@americas.bnpparibas.com
herve.loup@bnpparibas.com
hubert.goye@bnpparibas.com
hubert.rotivel@bnpparibas.com
ian.hooker@bnpparibas.com
ida.farina@uk.bnpparibas.com
idriss.tchapdadjamen@bnpparibas.com
ignacio.garciallacerbort@bnpparibas.com
ihab.saidi@bnpparibas.com
ingrid.binet-tarbe@bnpparibas.com
ioana.mihut@bnpparibas.com
jack.waters@bnpparibas.com
jacky.prudhomme@bnpparibas.com
jacqueline.vide@bnpparibas.com
jacques.cacheux@bnpparibas.com
jacques.d'hondt@bnpparibas.com
james.ruskin@us.bnpparibas.com
janice.s.ho@americas.bnpparibas.com
jason.moggeridge@uk.bnpparibas.com
jasvinder.mahil@bnpparibas.com
javier.gonzalezhelly@bnpparibas.com
jayesh.patel@uk.bnpparibas.com
jean.bergeret@bnpparibas.com
jean.brady@uk.bnpparibas.com
jean.darsses@americas.bnpparibas.com
jean.dominjon@bnpparibas.com
jean-baptiste.teissier@bnpparibas.com
jean-christophe.guillou@bnpparibas.com
jeanchristophe.reocreux@bnpparibas.com
jean-claude.langer@bnpparibas.com
jean-claude.wilfrid@bnpparibas.com
jean-francois.gagneux@bnpparibas.com
jean-luc.alexandre@bnpparibas.com
jean-marc.devolder@bnpparibas.com
jeanmarc.magner@bnpparibas.com
jean-marc.pasquet@bnpparibas.com
jean-mark.lueder@bnpparibas.com
jeanphilippe.chabanel@bnpparibas.com
jean-pierre.gaillard@bnpparibas.com
jean-yves.dumontier@bnpparibas.com
jean-yves.fillion@americas.bnpparibas.com
jeff.delcaire@bnpparibas.com
jennifer.fleming@uk.bnpparibas.com
jennifer.saper@americas.bnpparibas.com
jeremie.honvault@uk.bnpparibas.com
jeremy.humphreys-davies@bnpparibas.com
jeremy.rosen@americas.bnpparibas.com

**Company & Corresponding Email Addresses**

jerome.lemue@bnpparibas.com
jerome.taravella@bnpparibas.com
jl.chicha@americas.bnpparibas.com
joao.amaral@bnpparibas.com
joceyln.debourmont@bnpparibas.com
joelle.viatte@bnpparibas.com
john.skelly@bnpparibas.com
john.woods@bnpparibas.com
john.x.williams@uk.bnpparibas.com
jon.lloyd@bnpparibas.com
jonathan.faulkner@uk.bnpparibas.com
jose-luis.bilbao@bnpparibas.com
joseph.seo@americas.bnpparibas.com
josselin.lecuyer@bnpparibas.com
joy.kiely@bnpparibas.com
jpmarson@bnpparibas.com
juan.dasilva@bnpparibas.com
juan.hernandez@americas.bnpparibas.com
julie.mcnamara@bnpparibas.com
julien.bordeaux@bnpparibas.com
julien.carmona@bnpparibas.com
julien.pincet@bnpparibas.com
karim.derrough@americas.bnpparibas.com
karine.juvin@bnpparibas.com
karsten.kaas@bnpparibas.com
kate.bible@bnpparibas.com
kay.hayre@bnpparibas.com
kerri.russell@uk.bnpparibas.com
kevin.burns@bnpparibas.com
kirsten.brown@uk.bnpparibas.com
laetitia.jamme@bnpparibas.com
laila.kollmorgen@bnpparibas.com
laurence.lemonnier@bnpparibas.com
laurence-elisabeth.hovine@bnpparibas.com
laurent.leclercq@uk.bnpparibas.com
laurent.louvrier@bnpparibas.com
laurent.quignon@bnpparibas.com
laurent.revil@bnpparibas.com
laurent.samama@bnpparibas.com
laurent.soubirou-pouey@bnpparibas.com
li.tao@bnpparibas.com
li-jun.cao@bnpparibas.com
liliane.gauffre@bnpparibas.com
lionel.goepfert@bnpparibas.com
lionel.sequier@bnpparibas.com
lisa.suen@asia.bnpparibas.com
lloyd.baron@americas.bnpparibas.com
louis.chollet@bnpparibas.com
luc.lefer@bnpparibas.com
ludivine.politano@bnpparibas.com
luigi.apollonio@bnpparibas.com
lynsey.mcdonald@uk.bnpparibas.com
mael.nagat@externe.bnpparibas.com
malgorzata.cisek@uk.bnpparibas.com

**Company & Corresponding Email Addresses**

manuel.blanco@bnpparibas.com
manuela.maccia@bnpparibas.com
marc.aubert@bnpparibas.com
marc.descamps@bnpparibas.com
marc.deslignieris@bnpparibas.com
marc.grouvel@bnpparibas.com
marcelo.castro@br.bnpparibas.com
marcelo.guifrida@br.bnpparibas.com
marcia.rothschild@americas.bnpparibas.com
marco.murgida@bnpparibas.com
marco.peyron@bnpparibas.com
marco.zanoni@uk.bnpparibas.com
marc-olivier.lebeau@bnpparibas.com
marialuz.diazblanco@bnpparibas.com
mariasoledad.carrasco@bnpparibas.com
marie-edmee.demontsdesavasse@bnpparibas.com
marie-laure.rene@bnpparibas.com
marie-pierre.dalisson@bnpparibas.com
marie-valerie.texier@bnpparibas.com
mario.dumont@bnpparibas.com
marion.redel@bnpparibas.com
marisa.flood@americas.bnpparibas.com
mark.hind@bnpparibas.com
mark.kinsella@bnpparibas.com
mark.waters@bnpparibas.com
maroulla.sullivan@uk.bnpparibas.com
martial.godet@bnpparibas.com
martin.grolimund@bnpparibas.com
massimo.talia@bnpparibas.com
matt.devaney@bnpparibas.com
matteo.cassina@bnpparibas.com
matteo.mazzocchi@bnpparibas.com
matthew.barnes@bnpparibas.com
matthew.bermel@uk.bnpparibas.com
matthieu.p.paquier@bnpparibas.com
meg.dillon@bnpparibas.com
melanie.birdsall@uk.bnpparibas.com
melony.heh@americas.bnpparibas.com
meno.stavrakellis@bnpparibas.com
michael.flynn@americas.bnpparibas.com
michael.good@bnpparibas.com
michael.lee@americas.bnpparibas.com
michael.morley@americas.bnpparibas.com
michael.pyatski@americas.bnpparibas.com
michael.sabbah@bnpparibas.com
michel.doulcet@bnpparibas.com
michel.falvert@bnpparibas.com
michel.jreige@bnpparibas.com
michel.laversanne@bnpparibas.com
michel.p.laurent@bnpparibas.com
michel.perrin@bnpparibas.com
michel.pesci@bnpparibas.com
mick.ford@bnpparibas.com
miki.endo@japan.bnpparibas.com

## Company & Corresponding Email Addresses

mireille.loizeau@bnpparibas.com
mitsuo.fukuda@japan.bnpparibas.com
molby.lim@bnpparibas.com
mouad.boutaour@bnpparibas.com
mourad.tahiri@bnpparibas.com
mylene.karch@bnpparibas.com
myriam.frileux-gaussier@bnpparibas.com
nabil.ouddane@bnpparibas.com
nadine.higgins@uk.bnpparibas.com
narjess.benhadjyahia@uk.bnpparibas.com
natasha.cowie@bnpparibas.com
nathalie.benatia@bnpparibas.com
nathalie.prunier@bnpparibas.com
neal.parker@bnpparibas.com
neil.collins@bnpparibas.com
nelson.lopez.alves@bnpparibas.com
nicola.elshaw@bnpparibas.com
nicola.germano@bnpparibas.com
nicolas.blanc@bnpparibas.com
nicolas.boutar@bnpparibas.com
nicolas.chaput@bnpparibas.com
nicolas.gaultier@bnpparibas.com
nicolas.gazin@bnpparibas.com
nicolas.neurdin@bnpparibas.com
nicole.mitchell@americas.bnpparibas.com
nina.mahdavi@bnpparibas.com
ola.anderssen@americas.bnpparibas.com
olga.simoncelli@americas.bnpparibas.com
olivia.raadgraccodelay@bnpparibas.com
olivier.abihssira@bnpparibas.com
olivier.ahhot@bnpparibas.com
olivier.boutoille@bnpparibas.com
olivier.chermette@bnpparibas.com
olivier.fabas@bnpparibas.com
olivier.fevre@bnpparibas.com
olivier.laplenie@bnpparibas.com
olivier.retiere@bnpparibas.com
olivier.rudez@bnpparibas.com
olivier.rudigoz@bnpparibas.com
olivier.suter@bnpparibas.com
olivier.vella@bnpparibas.com
olivier.vigneron@bnpparibas.com
omar.mezalek@bnpparibas.com
otto.nilssen@bnpparibas.com
pascal.gandrille@bnpparibas.com
pascale.benguigui@bnpparibas.com
pascale.fargnier@bnpparibas.com
patrice.truffer@bnpparibas.com
patricia.donnelly@bnpparibas.com
patrick.barbe@bnpparibas.com
patrick.biver@bnpparibas.com
patrick.d'herouville@bnpparibas.com
patrick.fisch@bnpparibas.com
patrick.leconte@bnpparibas.com

**Company & Corresponding Email Addresses**

patrick.mange@bnpparibas.com
patrick.widmer@bnpparibas.com
patrick.zoro@americas.bnpparibas.com
paul.dockeray@uk.bnpparibas.com
paul.guilbert@bnpparibas.com
paul.hearn@bnpparibas.com
paul.presinzano@americas.bnpparibas.com
pauline.deseauve@bnpparibas.com
peter.bainlardi@americas.bnpparibas.com
peter.butler@bnpparibas.com
peter.kjaergaard@bnpparibas.com
peter.lueck@bnpparibas.com
peter.nowell@uk.bnpparibas.com
philip.ghosn@bnpparibas.com
philippe.blavier@bnpparibas.com
philippe.bordenave@bnpparibas.com
philippe.debreu@bnpparibas.com
philippe.kellerhals@bnpparibas.com
philippe.renaudin@bnpparibas.com
phillip.lamerton@bnpparibas.com
pierre.capsie@bnpparibas.com
pierre.dubernard-laurent@bnpparibas.com
pierre.moulin@bnpparibas.com
pierre.p.picard@bnpparibas.com
pierre.pincemaille@bnpparibas.com
pierre.pinel@bnpparibas.com
pierre-antoine.cousin@bnpparibas.com
pierre-marie.piquet@bnpparibas.com
pierre-yves.guillo@americas.bnpparibas.com
pius.boeswald@bnpparibas.com
prop@bnpparibas.com
rami.tabbara@bnpparibas.com
raul.leotedecarvalho@bnpparibas.com
raymond.sze@asia.bnpparibas.com
recherchecreditbnppam@bnpparibas.com
remy.naturkrejt@bnpparibas.com
renee.chatoux@bnpparibas.com
research.bnppam@bnpparibas.com
resit.talimcioglut@bnpparibas.com
richard.hoss@bnpparibas.com
richard.thompson@bnpparibas.com
richard.ungaro@americas.bnpparibas.com
richard.wittesaele@bnpparibas.com
rim.tehraoui@bnpparibas.com
robert.brogan@bnpparibas.com
robert.cazes@bnpparibas.com
robert.farley@americas.bnpparibas.com
robert.mchugh@americas.bnpparibas.com
rodolphe.chilewicz@bnpparibas.com
rodrigue.antoun@bnpparibas.com
romain.perchet@bnpparibas.com
ronald.grenacher@bnpparibas.com
roseann.burke@americas.bnpparibas.com
roula.rouphael@bnpparibas.com

**Company & Corresponding Email Addresses**

ruth.johnstone@uk.bnpparibas.com
s.vranken@bnpparibas.com
sabrina.meyer@bnpparibas.com
sadok.moussa-djarrara@bnpparibas.com
salah.amraoui@bnpparibas.com
salvatore.leanza@bnpparibas.com
sam.mcgairl@uk.bnpparibas.com
samira.clair@bnpparibas.com
sarah.a.smith@bnpparibas.com
sarah.fotsch@bnpparibas.com
sarah.lamb@bnpparibas.com
sarah.mcdonald@uk.bnpparibas.com
sarfaraz.yousaf@uk.bnpparibas.com
satish.selvanathan@bnpparibas.com
scott.dickinson@uk.bnpparibas.com
scott.r.shapiro@americas.bnpparibas.com
scott.x.brown@uk.bnpparibas.com
sebastien.figue@bnpparibas.com
segolene.mathis@bnpparibas.com
serge.guerineau@bnpparibas.com
severine.kettels@bnpparibas.com
shane.thornhill@uk.bnpparibas.com
shirley.remy@americas.bnpparibas.com
silvia.gomez@bnpparibas.com
simon.allocca@bnpparibas.com
simon.fricker@bnpparibas.com
simon.reed@bnpparibas.com
siobhan.hicks@bnpparibas.com
soledad.lecube@bnpparibas.com
soohwan.kim@americas.bnpparibas.com
sophie.fournier@bnpparibas.com
sophie.gautie@bnpparibas.com
sophie.rouillon@bnpparibas.com
stefano.galli@bnpparibas.com
stella.ng@asia.bnpparibas.com
stephane.baverez@bnpparibas.com
stephane.blanchoz@bnpparibas.com
stephane.carregues@bnpparibas.com
stephane.castillo-soler@bnpparibas.com
stephane.denise@bnpparibas.com
stephane.duperray@bnpparibas.com
stephane.eglizeau@bnpparibas.com
stephane.geny@bnpparibas.com
stephane.lavaud@bnpparibas.com
stephanie.hiddinga-marelle@bnpparibas.com
stephanie.marelle@bnpparibas.com
stephanie.pavillon@bnpparibas.com
stephanie.rogers@americas.bnpparibas.com
steve.chew@uk.bnpparibas.com
stewart.davies@uk.bnpparibas.com
sudhir.bhat@americas.bnpparibas.com
sue.lawrence@bnpparibas.com
sunny.pang@asia.bnpparibas.com
susan.gray@uk.bnpparibas.com

**Company & Corresponding Email Addresses**

susannah.bourke@bnpparibas.com
suzanne.cartan@bnpparibas.com
suzanne.sharp@bnpparibas.com
sven.helsen@bnpparibas.com
sylvain.dupuis@bnpparibas.com
ted.koerner@americas.bnpparibas.com
teurquetil@bnpparibas.com
thibaud.gogny-goubert@bnpparibas.com
thibaut.declerck@bnpparibas.com
thierry.creno@bnpparibas.com
thierry.malka@bnpparibas.com
thierry.rojat@bnpparibas.com
thomas.alamalhoda@bnpparibas.com
thomas.heckel@bnpparibas.com
thomas.poullaouec@bnpparibas.com
thomas.to@asia.bnpparibas.com
thuy.doan@uk.bnpparibas.com
thymis.carolides@bnpparibas.com
tony.blanchard@uk.bnpparibas.com
tony.bulcaen@bnpparibas.com
tony.dunoyer@americas.bnpparibas.com
tony.solway@bnpparibas.com
tracey.telfer@uk.bnpparibas.com
tricia.hacioglu@us.bnpparibas.com
tristan.larrue@bnpparibas.com
ulysse.buonomo@bnpparibas.com
valerie.henon@bnpparibas.com
valerie.nicolas@bnpparibas.com
vanina.babbini@bnpparibas.com
veeral.shah@us.bnpparibas.com
veronique.barenne@bnpparibas.com
veronique.floxoli@bnpparibas.com
veronique.geronde@bnpparibas.com
veronique.ormezzano@bnpparibas.com
vincent.boyer@uk.bnpparibas.com
vincent.perrot@bnpparibas.com
vincent.rappo@bnpparibas.com
virginie.badozober@bnpparibas.com
virginie.dedriche@bnpparibas.com
virginie.dessertenne@bnpparibas.com
wendy.scott@uk.bnpparibas.com
william.brunet@bnpparibas.com
william.mandaro@americas.bnpparibas.com
xavier.belligon@bnpparibas.com
xavier.burtschell@bnpparibas.com
xavier.coste@bnpparibas.com
xavier.frelat@bnpparibas.com
xavier.garcia@bnpparibas.com
xavier.hovass@bnpparibas.com
xavier.mathieu@bnpparibas.com
xavier.sement@bnpparibas.com
yann.corbino@bnpparibas.com
yann.quatannens@bnpparibas.com
yannick.ouaknine@bnpparibas.com

**Company & Corresponding Email Addresses**

yassamine.abid@bnpparibas.com
youssef.azami@bnpparibas.com
yuet.wong@asia.bnpparibas.com
yung.wu@americas.bnpparibas.com
yvette.lam@asia.bnpparibas.com
zsolt.banky@bnpparibas.com

**bnpparibus**
boris.pascal@bnpparibus.co

**bnpparis**
christian.champenois@bnpparis.com

**bns**
joe.toh@bns.com.sg

**bnsf**
casey.gourley@bnsf.com
david.burr@bnsf.com
investor.relations@bnsf.com
marsha.morgan@bnsf.com

**bntb**
karenfranklin@bntb.bm

**bnymellon**
alla.azarova@bnymellon.com
andy.clark@bnymellon.com
anita.mcdermot@bnymellon.com
anthony.koon@bnymellon.com
bob.pomeroy@bnymellon.com
carol.mcdermott@bnymellon.com
catherine.rooney@bnymellon.com
christine.abramo@bnymellon.com
christopher.nicholl@bnymellon.com
christopher.nylen@bnymellon.com
claudio.ercolano@bnymellon.com
colin.j.garde@bnymellon.com
cory.cronin@bnymellon.com
cynthia.m.brown@bnymellon.com
daniel.gallagher@bnymellon.com
daniel.gebhart@bnymellon.com
d'arcy.minehane@bnymellon.com
david.aldrich@bnymellon.com
david.judge@bnymellon.com
david.pierce@bnymellon.com
dennis.mcclellan@bnymellon.com
dennis.murray@bnymellon.com
dmccabe@bnymellon.com
edward.morgan@bnymellon.com
gerard.nolan@bnymellon.com
james.hallisey@bnymellon.com
james.malgier@bnymellon.com
james.mcgovern@bnymellon.com
jason.audette@bnymellon.com
jason.zollinger@bnymellon.com
jeremy.moss@bnymellon.com
jonny.browne@bnymellon.com
julie.leahy@bnymellon.com
kai.wong@bnymellon.com

## Company & Corresponding Email Addresses

kevin.buhse@bnymellon.com
kshitij.mittal@bnymellon.com
lucy.t.boyle@bnymellon.com
makenasdteam@bnymellon.com
mary.ann.fusco@bnymellon.com
maura.o'sullivan@bnymellon.com
mcisari@bnymellon.com
michael.yachimski@bnymellon.com
michael.yoon@bnymellon.com
nancy.sullivan@bnymellon.com
nicholas.tosi@bnymellon.com
olivier.ruff@bnymellon.com
patricia.schneider@bnymellon.com
peter.seelig@bnymellon.com
robert.brady@bnymellon.com
robert.j.martin@bnymellon.com
robert.m.mcgrath@bnymellon.com
robert.mccormack@bnymellon.com
robert.rupp@bnymellon.com
ryder.donahue@bnymellon.com
seema.maru@bnymellon.com
sharon.o'mahony@bnymellon.com
steve.shingiro@bnymellon.com
terence.law@bnymellon.com
theresa.mcmanus@bnymellon.com
thomas.nugent@bnymellon.com
troy.wilson@bnymellon.com
vince.borjas@bnymellon.com
wilson.mastrandrea@bnymellon.com

**bnz**

brendan_marsh@bnz.co.nz
errol_mccutcheon@bnz.co.nz
greg.cotterrell@bnz.co.nz
jason_dwen@bnz.co.nz
lachlan_griffiths@bnz.co.nz
larry_kirwan@bnz.co.nz
mark_o'reilly@bnz.co.nz
michael_jamed@bnz.co.nz
patrick_mullins@bnz.co.nz
rodney_knight@bnz.co.nz
stephen_hong@bnz.co.nz
valerie_michael@bnz.co.nz
vivienne_rooney@bnz.co.nz

**bnzif**

mindy.z.shea@bnzif.co.uk

**bob**

modisao@bob.bw
mosekic@bob.bw
motsumig@bob.bw
motswagaep@bob.bw
sealetsas@bob.bw

**boc**

andrew@boc.or.kr

**boccard**

**Company & Corresponding Email Addresses**

louis-philippe.muller@boccard.ch
marcel.dousse@boccard.ch

**bocgroup**

gaojinyue@bocgroup.com
sonny_wong@bocgroup.com
wangbo@bocgroup.com
zhangjy@bocgroup.com

**bochk**

agnes_wong@bochk.com
chenying@bochk.com
christang@bochk.com
ckfu@bochk.com
cpleung@bochk.com
cpto@bochk.com
daiying@bochk.com
fenghao@bochk.com
francisli@bochk.com
howingwong@bochk.com
hqiang@bochk.com
kfwong@bochk.com
kwli@bochk.com
kwtse@bochk.com
lchen@bochk.com
lr@bochk.com
lui_chiuming@bochk.com
meiyeecheung@bochk.com
mlchanbtc@bochk.com
mmchiu@bochk.com
smkwong@bochk.com
twso@bochk.com
vincent_lui@bochk.com
wilkielai@bochk.com
wllau@bochk.com
wytse@bochk.com
ycheungbtc@bochk.com
ynyuen@bochk.com

**bocusa**

dhoang@bocusa.com
ekatz@bocusa.com
hzhuo@bocusa.com
jhan@bocusa.com
jzeng@bocusa.com
ksin@bocusa.com
lyochiu@bocusa.com
qyliu@bocusa.com
qzhu@bocusa.com
tfu@bocusa.com
tfung@bocusa.com
wsmith@bocusa.com
xjhuang@bocusa.com
xliu@bocusa.com
yeqiu@bocusa.com
yqin@bocusa.com

**boeing**

**Company & Corresponding Email Addresses**

gary.d.lee2@boeing.com

**bof**

antti.nurminen@bof.fi
jani.lindholm@bof.fi
jarno.ilves@bof.fi
kai.sotamaa@bof.fi
katja.taipalus@bof.fi
markus.fogelholm@bof.fi
outi.helenius@bof.fi
pentii.pikkarainen@bof.fl
risto.peltokangas@bof.fi
tommi.moilanen@bof.fi
veikko.kantola@bof.fi

**bofa**

jrossi@bofa.com
jstella@bofa.com
vavena@bofa.com

**bofasecurities**

adan.rendon@bofasecurities.com
ali.sufyan@bofasecurities.com
canderson@bofasecurities.com
christopher.j.chiles@bofasecurities.com
daniel.j.ziluca@bofasecurities.com
ivan.m.gjaja@bofasecurities.com
jodi.furman@bofasecurities.com
ken.tuchman@bofasecurities.com
kurt.b.harrison@bofasecurities.com
leo.livolsi@bofasecurities.com
leon.h.tatevossian@bofasecurities.com
matthew.vandyne@bofasecurities.com
michael.hecht@bofasecurities.com
michelle.d.bacal@bofasecurities.com
nicholas.peterfy@bofasecurities.com
susan.m.vansciver@bofasecurities.com

**bogusmail**

mkellen@bogusmail.com

**boh**

bopendack@boh.com
cwyrick@boh.com
daniel.stevens@boh.com
denis.massey@boh.com
dhoule@boh.com
dshigemura@boh.com
ehaik@boh.com
gsumner@boh.com
jige@boh.com
jkatakur@boh.com
kelly.fong@boh.com
kkatsube@boh.com
lbryant@boh.com
lianglee@boh.com
ltiongco@boh.com
mmccamley@boh.com
ndang@boh.com

**Company & Corresponding Email Addresses**

osaikevych@boh.com
piwamoto@boh.com
pnishiki@boh.com
rcrowell@boh.com
rkhlopin@boh.com
rmui@boh.com
robert.wheeler@boh.com

**bohler**

vb@bohler.co.uk

**boi**

aileen.wilson@biam.boi.ie
aisling.carvill@biam.boi.ie
andrew.hay@biam.boi.ie
anne.golden@biam.boi.ie
barry.glavin@biam.boi.ie
behana@biam.boi.ie
beirnee@biam.boi.ie
brendan.owens@biam.boi.ie
brendanm.lardner@biam.boi.ie
brian.routledge@biam.boi.ie
carthyp@biam.boi.ie
cathy.gibson@biam.boi.ie
ce@boi.com.sg
chris.johns@biam.boi.ie
cian.obrien@biam.boi.ie
con.english@boi.ie
cora.hughes@biam.boi.ie
david.furey@biam.boi.ie
david.thompson@biam.boi.ie
david.white@biam.boi.ie
deirdrem.kennedy@biam.boi.ie
deirdrem.oleary@biam.boi.ie
desj.flood@biam.boi.ie
elaine.mulcahy@biam.boi.ie
elaine.ryan@boi.ie
floridesa@biam.boi.ie
frank.connaughton@boiss.boi.ie
gueniade@boi.gov.il
imelda.orange@boiss.boi.ie
jamiep.wood@biam.boi.ie
jane.neill@biam.boi.ie
jimmy.furlong@biam.boi.ie
joe.lawlor@biam.boi.ie
john.mcellin@boiss.boi.ie
katrina.strecher@boi.ie
kevin.lohan@biam.boi.ie
kevinm.walsh@biam.boi.ie
killeenw@biam.boi.ie
lacyp@biam.boi.ie
lahariap@biam.boi.ie
lindsay.mcmillan@biam.boi.ie
lisa.murnin@biam.boi.ie
liudmila.sorgassi@boiss.boi.ie
maryb.mcnulty@biam.boi.ie

**Company & Corresponding Email Addresses**

matthew.beale@biam.boi.ie
maurice.fitzgerald@boi.ie
mccarthyb@biam.boi.ie
michael.cosgrave@boi.ie
mick.sweeney@biam.boi.ie
morrisal@boiss.boi.ie
name.surname@biam.boi.ie
niall.oleary@biam.boi.ie
niamh.mcgowan@biam.boi.ie
orla.mellett@biam.boi.ie
osullivanes@biam.boi.ie
patrickj.cunningham@biam.boi.ie
paul.dalton@boi.ie
peter.odonoghue@biam.boi.ie
philip.duggan@biam.boi.ie
raymond.murray@boiss.boi.ie
richard.kelly@biam.boi.ie
ronan.burke@biam.boi.ie
ronan.crosson@biam.boi.ie
ronan.mcmahon@biam.boi.ie
ronan.odonoghue@biam.boi.ie
ruvenh@boi.gov.il
sarac@boi.gov.il
sean.crowe@boi.ie
shirleyba@boi.gov.il
siobhan.carolan@boiss.boi.ie
tony.mcintyre@boiss.boi.ie

**boigm**

adrian.o'sullivan@boigm.com
andy@boigm.com
barry.mcloughlin@boigm.com
barry.moran@boigm.com
barryt.murphy@boigm.com
chris.case@boigm.com
cliona.coakley@boigm.com
conor.rooney@boigm.com
david.neary@boigm.com
david.rickard@boigm.com
david.tilson@boigm.com
dean.berry@boigm.com
deborah.oneill@boigm.com
derek.doody@boigm.com
earnen.fitzpatrick@boigm.com
edward.preston@boigm.com
eimear.turley@boigm.com
finbarr.quirke@boigm.com
graham.crawford@boigm.com
john.barry@boigm.com
john.brennan@boigm.com
john.o'mahony@boigm.com
john.reen@boigm.com
jose.ruiz@boigm.com
kai.fisher@boigm.com
kevin.twomey@boigm.com

**Company & Corresponding Email Addresses**

matthew.galligan@boigm.com
monty.mackenzie@boigm.com
niall.osullivan@boigm.com
patrick.byrne@boigm.com
paul.dillon@boigm.com
paul.greer@boigm.com
pearse.conaty@boigm.com
peter.butler@boigm.com
redmond.oleary@boigm.com
richard.casey@boigm.com
sean.mcbrien@boigm.com
thomas.farrell@boigm.com
tom.turney@boigm.com
trevor.cowan@boigm.com

**boimail**

adrian.behan@boimail.com
annette.o'reilly@boimail.com
brendan.mcloughlin@boimail.com
brian.kealy@boimail.com
brian.lillis@boimail.com
carl.andresen@boimail.com
cathal.gilmartin@boimail.com
conor.linehan@boimail.com
david.walsh@boimail.com
deirdre.m.hogan@boimail.com
eoghan.doyle@boimail.com
fergus.mcguinn@boimail.com
fiona.smith@boimail.com
frank.schmitt@boimail.com
geraldine.hannon@boimail.com
gerry.gillespie@boimail.com
gwen.evans@boimail.com
iain.donovan@boimail.com
joseph.hughes@boimail.com
katherina.bennett@boimail.com
kevin.holden@boimail.com
kieran.rockett@boimail.com
mary.gaffney@boimail.com
michael.mahar@boimail.com
niamh.o'flynn@boimail.com
pat.mcbride@boimail.com
paul.kulkarni@boimail.com
philip.allen@boimail.com
ray.wyer@boimail.com
ronan.gately@boimail.com
sinead.eaton@boimail.com
tom.hayes@boimail.com

**boitib**

alan.hartley@boitib.com
bryan.conway@boitib.com
catherine.keane@boitib.com
liam.whelan@boitib.com
paul.flynn@boitib.com
paul.mcenroe@boitib.com

**Company & Corresponding Email Addresses**

rosalind.torney@boitib.com
sheila.kerins@boitib.com
simon.barry@boitib.com
vincent.digby@boitib.com

**boiuk**

brendan.gilmore@boiuk.com
joerg.bachtler@boiuk.com
peter.mullen@boiuk.com
will.haywood@boiuk.com

**boius**

ford.young@boius.com

**boj**

akinari.horii@boj.or.jp
atsushi.miyanoya@boj.or.jp
atsushi.samitsu@boj.or.jp
atsushi.takeuchi@boj.or.jp
atsushi.ueno@boj.or.jp
eiji.maeda@boj.or.jp
hara@boj.co.uk
haruyuki.toyama@boj.or.jp
hirofumi.kouda@boj.or.jp
hiroki.inaba@boj.or.jp
hiroo.mizuno@boj.or.jp
hiroshi.nakaso@boj.or.jp
hirotaka.inoue@boj.or.jp
hiroto.uehara@boj.or.jp
hiroyasu.andou@boj.or.jp
hitoshi.mio@boj.or.jp
ichirou.mutou@boj.or.jp
isao.hishikawa@boj.or.jp
izumi.yamashtia@boj.or.jp
jouji.ishikawa@boj.or.jp
jun.iwasaki@boj.or.jp
junko.ishikawa@boj.or.jp
junko.tanigawa@boj.or.jp
kameda@boj.co.uk
katsuhiko.aiba@boj.or.jp
kawakami@boj.co.uk
ken.chikada@boj.or.jp
kiyoshi.watanabe@boj.or.jp
kiyoto.ido@boj.or.jp
kunimasa.antoku@boj.or.jp
kyousuke.shiotani@boj.or.jp
makoto.saitou-3@boj.or.jp
masafumi.miya@boj.co.jp
masao.yamada-1@boj.or.jp
masayoshi.amamiya@boj.or.jp
mizuki.yanagisawa@boj.or.jp
nami.numoto@boj.or.jp
naomi.komori@boj.or.jp
naoya.okada@boj.or.jp
naoyuki.suzuki@boj.or.jp
nobukazu.ono@boj.or.jp
nozomi.kakinuma@boj.or.jp

## Company & Corresponding Email Addresses

omoi@boj.co.uk
ono@boj.co.uk
rieko.matsuzawa@boj.or.jp
rieko.tsuchiya@boj.or.jp
rnishi@boj.co.uk
satoe.aoki@boj.or.jp
satoshi.heike@boj.or.jp
satoshi.nagano@boj.or.jp
sayako.konno@boj.or.jp
shimizu@boj.co.uk
shin.nakahara-0035@boj.or.jp
shinichirou.kawano@boj.or.jp
shinobu.nakagawa@boj.or.jp
shinsuke.ohyama@boj.or.jp
shiori.kitamura@boj.or.jp
tadashi.nunami@boj.or.jp
tai.terada@boj.or.jp
takashi.yagi@boj.or.jp
takei@boj.co.uk
taku.onodera@boj.or.jp
takurou.kouno@boj.or.jp
takuya.shibayama@boj.or.jp
tanemura@boj.co.uk
teizo.taya@boj.or.jp
tokiko.shimizu@boj.or.jp
tomonori.yuyama@boj.or.jp
toru.tokoyoda@boj.or.jp
toshiaki.kamijyou@boj.or.jp
toshikazu.sasaki@boj.or.jp
toshio.idesawa@boj.or.jp
toshio.tsuiki@boj.or.jp
wataru.takahashi@boj.or.jp
yamashita@boj.org.hk
yashiki@boj.co.uk
yasuaki.amatatsu@boj.or.jp
yoshihiro.takada-1@boj.or.jp
yoshiki.kokubo@boj.or.jp
yoshiyuki.fukuda@boj.or.jp
yosikuni@boj.co.uk
youichi.ueno@boj.or.jp
youko.takeda@boj.or.jp
yousuke.yasui@boj.or.jp
yukiko.kurachi@boj.or.jp
yumi.suzuki@boj.or.jp
yuuji.yokobori@boj.or.jp
yuuki.shimizu@boj.or.jp
yuusuke.ootsubo@boj.or.jp
yuusuke.oozeki@boj.or.jp

### bojny

fujiwara@bojny.com
ryoji.koike@bojny.com
shigemoto@bojny.com
tetsuro.hanajiri@bojny.com

### bok

## Company & Corresponding Email Addresses

andrew@bok.or.kr
baek@bok.or.kr
baeklee@bok.or.kr
bhbaek@bok.or.kr
bokmpat@bok.or.kr
boram@bok.or.kr
bpetit@bok.or.kr
brlee@bok.or.kr
bwjung@bok.or.kr
chang_cs@bok.or.kr
changmin@bok.or.kr
chcheon@bok.or.kr
choich@bok.or.kr
choish@bok.or.kr
chyoo@bok.or.kr
cider1977@bok.or.kr
cjlim@bok.or.kr
cks@bok.or.kr
coolpark@bok.or.kr
csi@bok.or.kr
djyang@bok.or.kr
dongchoi@bok.or.kr
dshong@bok.or.kr
eesh@bok.or.kr
eggjieun@bok.or.kr
ghyim@bok.or.kr
gkwnchoi@bok.or.kr
hanskim@bok.or.kr
hansungkim@bok.or.kr
heedonkang@bok.or.kr
hihikss@bok.or.kr
hkims@bok.or.kr
hkrhu@bok.or.kr
holim@bok.or.kr
hoon@bok.or.kr
hrkim@bok.or.kr
hschoo@bok.or.kr
hslee@bok.or.kr
hsshin@bok.or.kr
htk@bok.or.kr
huhjinho@bok.or.kr
hyuk@bok.or.kr
hyunchang78@bok.or.kr
idjung@bok.or.kr
irobot@bok.or.kr
itkim@bok.or.kr
jakoh@bok.or.kr
jeanchang@mail.bok.com.tw
jetkang@bok.or.kr
jhchung@bok.or.kr
jhhuh@bok.or.kr
jhjoo@bok.or.kr
jhkim@bok.or.kr
jiminpark@bok.or.kr

**Company & Corresponding Email Addresses**

jjinpark@bok.or.kr
jjyoung@bok.or.kr
jkwang@bok.or.kr
jminpark@bok.or.kr
jmseo@bok.or.kr
joongsiklee@bok.or.kr
jpark@bok.or.kr
jscha@bok.or.kr
jswon@bok.or.kr
juneau@bok.or.kr
junseo@bok.or.kr
justti@bok.or.kr
juylee@bok.or.kr
jwk@bok.or.kr
jychoi@bok.or.kr
kb1516@bok.or.kr
kbchoe@bok.or.kr
kbkim@bok.or.kr
kcahn@bok.or.kr
kckuo@mail.bok.com.tw
kdh@bok.or.kr
keumjm@bok.or.kr
kig@bok.or.kr
kijeun@bok.or.kr
killer@bok.or.kr
kimds@bok.or.kr
kimhoon@bok.or.kr
kimsw@bok.or.kr
kjhang@bok.or.kr
kjs6010@bok.or.kr
kmsbok@bok.or.kr
kmyook@bok.or.kr
ksw@bok.or.kr
kth@bok.or.kr
kumhawoh@bok.or.kr
kyo@bok.or.kr
lawlee@bok.or.kr
lch1028@bok.or.kr
leeshng@bok.or.kr
leeys@bok.or.kr
lmoon@bok.or.kr
lollol@bok.or.kr
mayking@bok.or.kr
mijoolee@bok.or.kr
mildruby@bok.or.kr
minjang@bok.or.kr
monitoring@bok.or.kr
mpdept@bok.or.kr
mzrk1@bok.or.kr
namhyun@bok.or.kr
namyi.kang@bok.or.kr
ngchoi@bok.or.kr
ninaas@bok.or.kr
nirvana@bok.or.kr

**Company & Corresponding Email Addresses**

ohyg@bok.or.kr
ornge@bok.or.kr
overseas@bok.or.kr
park425@bok.or.kr
park78@bok.or.kr
pkchu@bok.or.kr
repo1@bok.or.kr
samuelkim@bok.or.kr
sbchae@bok.or.kr
sbn@bok.or.kr
scipio21@bok.or.kr
sdchung@bok.or.kr
seyoon@bok.or.kr
sgkang@bok.or.kr
sgyoon@bok.or.kr
shark@bok.or.kr
shinsy@bok.or.kr
shkim21@bok.or.kr
shoch@bok.or.kr
sjyang@bok.or.kr
skk@bok.or.kr
smjang@bok.or.kr
song@bok.or.kr
soowon@bok.or.kr
style1@bok.or.kr
suhmg@bok.or.kr
sukjunyang@bok.or.kr
sungwon@bok.or.kr
sws@bok.or.kr
swsuh@bok.or.kr
sympool@bok.or.kr
syonglee@bok.or.kr
taekwon@bok.org.uk
therese@bok.or.kr
tjnam@bok.or.kr
topchung@bok.or.kr
tulturi2@bok.or.kr
vincent@bok.or.kr
wanochoi@bok.or.kr
wshong@bok.or.kr
yjyoon@bok.or.kr
ykh102@bok.or.kr
ykrhee@bok.or.kr
yonghooni@bok.or.kr
youngkim@bok.or.kr
youngseok@bok.or.kr
youngsuli@bok.or.kr
yspark@bok.or.kr

**bokf**

bbenanzer@bokf.com
bemmons@bokf.com
bhenderson@bokf.com
jcapps@bokf.com
jcoffman@bokf.com

## Company & Corresponding Email Addresses

jholloman@bokf.com
jhuntzinger@bokf.com
jsanders@bokf.com
lallen@bokf.com
lgrim@bokf.com
maharris@bokf.com
mciabocchi@bokf.com
tferguson@bokf.com

### boltblue
spiracom@boltblue.com

### bondinvestor
agreco@bondinvestor.com
dmadigan@bondinvestor.com
jwcraig@bondinvestor.com
lwinslow@bondinvestor.com
mbuscone@bondinvestor.com
mhaley@bondinvestor.com
mhodgman@bondinvestor.com
pcoffin@bondinvestor.com
pnewell@bondinvestor.com
smooney@bondinvestor.com

### bondwave
mtreter@bondwave.com
rgraham@bondwave.com

### bonusplus
gabriel.maeder@bonusplus.ch

### bony
cdienno@bony.com
dsteele@bony.com
gmartino@bony.com
lbuchanon@bony.com
pcrowe@bony.com
sgreer@bony.com
vbalouzian@bony.com

### boots-plc
carole.dickinson@boots-plc.com
chris.laud@boots-plc.com
howard.dodd@boots-plc.com
peter.baguley@boots-plc.com

### bopso
carlo.delgrosso@bopso.ch

### bordier
baddi@bordier.com
bhend@bordier.com
boyer@bordier.com
chardier@bordier.com
dietrich@bordier.com
ducommun@bordier.com
girod@bordier.com
juvet@bordier.com
laborde@bordier.com
leclerc@bordier.com
natalini@bordier.com
pellet@bordier.com

**Company & Corresponding Email Addresses**

perret@bordier.com
rosanoff@bordier.com
statkow@bordier.com
tinguely@bordier.com
wiederkehr@bordier.com
zancanella@bordier.com

**borel**

rfick@borel.com

**bosch**

boris.gleissner@de.bosch.com
hans.ruebel2@de.bosch.com
henk.becker@de.bosch.com
klaus.albeck@de.bosch.com
marco.rasch@de.bosch.com
martin.joos@de.bosch.com
misoon.shin@de.bosch.com
sabine.sekutor@de.bosch.com
stefan.lauinger@de.bosch.com
wolfgang.stein@de.bosch.com

**bostonadvisors**

andrea.giacalone@bostonadvisors.com
chris.zani@bostonadvisors.com
david.hanna@bostonadvisors.com
james.gaul@bostonadvisors.com
lisa.sebesta@bostonadvisors.com
mike.vogelzang@bostonadvisors.com
robyn.misiano@bostonadvisors.com
shakeel.dewji@bostonadvisors.com
tanya.kerrigan@bostonadvisors.com

**bostonis**

jcrangle@bostonis.com

**bostonprivatebank**

ebuckley@bostonprivatebank.com
gkrejmas@bostonprivatebank.com
gschwartz@bostonprivatebank.com
jenglund@bostonprivatebank.com
joconnell@bostonprivatebank.com
kablondi@bostonprivatebank.com
kgentile@bostonprivatebank.com
kpapson@bostonprivatebank.com
lames@bostonprivatebank.com
rhines@bostonprivatebank.com
rsipley@bostonprivatebank.com
rwannop@bostonprivatebank.com
ssainju@bostonprivatebank.com

**bostonprobes**

tjohansen@bostonprobes.com

**bot**

041779@mail.bot.com.tw
047775@mail.bot.com.tw
081975@mail.bot.com.tw
082116@mail.bot.com.tw
088932@mail.bot.com.tw
099602@mail.bot.com.tw

**Company & Corresponding Email Addresses**

101218@mail.bot.com.tw
110287@mail.bot.com.tw
achavapc@bot.or.th
adulsaka@bot.or.th
alisaras@bot.or.th
amornt@bot.or.th
ampors@bot.or.th
aroonsrt@bot.or.th
arunratn@bot.or.th
bot069@mail.bot.com.tw
bot12502@mail.bot.com.tw
botevp06@mail.bot.com.tw
burina@bot.or.th
bussarpa@bot.or.th
charnchail@bot.or.th
choteaps@bot.or.th
chotibhj@bot.or.th
danaiar@bot.or.th
darapad@bot.or.th
duangjas@bot.or.th
ekonk@bot.or.th
fasapp@bot.or.th
garykao@mail.bot.com.tw
george@mail.bot.com.tw
huohlynn@mail.bot.com.tw
isarap@bot.or.th
jarumanr@bot.or.th
jarumant@bot.or.th
jasonho@mail.bot.com.tw
kanockck@bot.or.th
khwankaj@bot.or.th
kittipaj@bot.or.th
kittipom@bot.or.th
krisanas@bot.or.th
marywang@mail.bot.com.tw
may.chen@mail.bot.com.tw
melanie@mail.bot.com.tw
nalink@bot.or.th
nhuo@bot.or.th
noppuny@bot.or.th
nujchanp@bot.or.th
nuttl@bot.or.th
ongartp@bot.or.th
passarac@bot.or.th
patrick@mail.bot.com.tw
phurichr@bot.or.th
pimpanc@bot.or.th
ponladep@bot.or.th
poonsroc@bot.or.th
prasongw@bot.or.th
prisadej@bot.or.th
rattanad@bot.or.th
raychen@mail.bot.com.tw
ronadoln@bot.or.th

## Company & Corresponding Email Addresses

santir@bot.or.th
saranunp@bot.or.th
sarayutc@bot.or.th
smiths@bot.or.th
subinl@bot.or.th
sudawanr@bot.or.th
sudpreel@bot.or.th
sunthart@bot.or.th
suparatt@bot.or.th
supawadp@bot.or.th
supotek@bot.or.th
suppachc@bot.or.th
supreeyp@bot.or.th
swisaa@bot.or.th
teerayak@bot.or.th
thammarm@bot.or.th
tharithp@bot.or.th
theeraph@bot.or.th
thirachp@bot.or.th
trini@bot.or.th
umpaii@bot.or.th
vachiraa@bot.or.th
vanaporl@bot.or.th
varinp@bot.or.th
vasuvir@bot.or.th
visras@bot.or.th
wenaril@bot.or.th
wikrann@bot.or.th
wongjans@bot.or.th
wongwatp@bot.or.th
woramonk@bot.or.th
yootk@bot.or.th

**botsg**
carol@botsg.com

**bouwfonds**
d.acker@bouwfonds.nl
h.kroon@bouwfonds.nl
j.thompson@bouwfonds.nl
l.muller@bouwfonds.nl
m.arnoldy@bouwfonds.nl
m.dubois@bouwfonds.nl
o.hoogeveen@bouwfonds.nl

**bouyguestelecom**
eforest@bouyguestelecom.fr
ehaentje@bouyguestelecom.fe

**bov**
aldo.scardino@bov.com
bernard.cassar@bov.com
david.darmanin@bov.com
david.paceross@bov.com
dorianne.cassar@bov.com
joanne.grech@bov.com
johann.ferrando@bov.com
mark.scicluna@bov.com

## Company & Corresponding Email Addresses

mvella.vfm@bov.com
omar.ellul@bov.com

### bp

admansga@bp.com
bob.moore@bp.com
byeg@bp.com
colemagw@bp.com
fergusmacleod@bp.com
hallpm@bp.com
hewinsrr@bp.com
huckje@bp.com
isabelle.schirmer@uk.bp.com
keith.westhead@bp.com
lamoretf@bp.com
peattidk@bp.com
sloughp@bp.com
taylord13@bp.com
tba@bp.com
trols1@bp.com

### bpb

maurizio.amaglio@bpb.it
stefania.morotti@bpb.it

### bpbassicurazioni

francesco.filacchioni@bpbassicurazioni.it
marco.aliprandi@bpbassicurazioni.it

### bpbfinance

d.roncaglio@bpbfinance.com
r.gervasoni@bpbfinance.com
s.acquaroli@bpbfinance.com

### bpbt

rchaulman@bpbt.com

### bpbtc

arandall@bpbtc.com
bcummings@bpbtc.com
ccasey@bpbtc.com
dbarrie@bpbtc.com
dcunningham@bpbtc.com
dglen@bpbtc.com
eburkhalter@bpbtc.com
gpapin@bpbtc.com
gschwartz@bpbtc.com
jparker@bpbtc.com
jravida@bpbtc.com
jwailes@bpbtc.com
lchauncey@bpbtc.com
mhoyt@bpbtc.com
mthompson@bpbtc.com
pokeefe@bpbtc.com
reverett@bpbtc.com
rhenderson@bpbtc.com
rkjellman@bpbtc.com
rquinn@bpbtc.com
tvaill@bpbtc.com
wpressey@bpbtc.com

**Company & Corresponding Email Addresses**

**bpci**
e.deacal@bpci.it
m.villa@bpci.it
me.gatti@bpci.it
pe.pelizzari@bpci.it

**bpd**
james.sharer@bpd.treas.gov

**bpdbank**
fporta@bpdbank.com

**bper**
ajans@bper.ch
alessandro.brizzi@bper.it
alessandro.zini@bper.it
andrea.campagnoli@bper.it
andrea.manzini@bper.it
bjacquier@bper.ch
bmeier@bper.ch
ccouyoumtzelis@bper.ch
crohrbasser@bper.ch
daniela.serra@bper.it
davide.fantoni@bper.it
dengel@bper.ch
diego.baroncini@bper.it
elena.fava@bper.it
erika.furno@bper.it
eroeder@bper.ch
federica.ferrari@bper.it
framza@bper.ch
francesco.altilia@bper.it
franza@bper.ch
gabriele.ugolini@bper.it
gguyon@bper.ch
gilberto.borghi@bper.it
guido.fabbri@bper.it
intmobiliare@bper.it
jpbruhin@bper.ch
jvallade@bper.ch
lbacci@bper.ch
lcf-rotschild-funds@bper.ch
llemke@bper.ch
lorenzo.batacchi@bper.it
lxu@bper.ch
marco.parravicini@bper.it
marco.righinicli@bper.it
massimo.bonisoli@bper.it
matteo.cavedoni@bper.it
matteo.malmusi@bper.it
mbruderer@bper.ch
mcurty@bper.ch
mlagier@bper.ch
mreinhardt@bper.ch
mstrauss@bper.ch
paolo.panini@bper.it
pchollet@bper.ch

## Company & Corresponding Email Addresses

plederrey@bper.ch
privee-bourse@bper.ch
pscherrer@bper.ch
psegal@bper.ch
pvasas@bper.ch
pybrack@bper.ch
rebecca.bianconi@bper.it
roberto.benatti@bper.it
roberto.panini@bper.it
romeo.orlandi@bper.it
skostenbaum@bper.ch
stefano.montorsi@bper.it
tiziano.fantozzi@bper.it
tommaso.perrone@bper.it

**bpf**

ivano.masiero@bpf.com
renato.calabretto@bpf.com

**bph**

andrzej.krzeminski@bph.pl
arkadiusz.gwozdz@bph.pl
grzegorz.bialobrzeski@bph.pl
izabela.klejnowska@bph.pl
jacek.jurczynski@bph.pl
jacek.ostas@bph.pl
jakub.koscielski@bph.pl
magdalena.machura@bph.pl
marcin.mrowiec@bph.pl
mateusz.swierczewski@bph.pl
piotr.mielus@bph.pl
ryszard.petru@bph.pl
tomasz.mironczuk@bph.pl

**bpi**

159700@bpi.pt
abc@bpi.pt
aca@bpi.pt
alf@bpi.pt
amv@bpi.pt
bas@bpi.pt
cpp@bpi.pt
cs@bpi.pt
eduardo.monteiro@bpi.pt
f.cirignano@bpi.it
fcr@bpi.pt
fu@bpi.pt
fxa@bpi.pt
icb@bpi.pt
jba@bpi.pt
jcb@bpi.pt
jcr@bpi.pt
jmst@bpi.pt
joao.aleixo.silveira@bpi.pt
jqm@bpi.pt
lbx@bpi.pt
maj@bpi.pt

## Company & Corresponding Email Addresses

mjgb@bpi.pt
mpc@bpi.pt
psa@bpi.pt
pso@bpi.pt
rac@bpi.pt
rta@bpi.pt
sdm@bpi.pt
ssl@bpi.pt
vitor.hugo.pires@bpi.pt
vmg@bpi.pt
vst@bpi.pt

### bpi-gruposantander
bpetrozzi@bpi-gruposantander.com
tfernandez@bpi-gruposantander.com

### bpintra
barberis@bpintra.it
budelli@bpintra.it
caputo@bpintra.it
federici@bpintra.it
guzzo@bpintra.it
marcello@bpintra.it
mercuri@bpintra.it
pisoni@bpintra.it
reho@bpintra.it
romano@bpintra.it
santoro@bpintra.it
secomandi@bpintra.it
somaschini@bpintra.it
tudisco@bpintra.it
vairetti@bpintra.it

### bpk
froidevaux.jean-pierre@bpk.ch
wiedmer.hanspeter@bpk.ch

### bpl
c.tarenzi@bpl.gruppobipielle.it
g.boni@bpl.gruppobipielle.it
o.brunetti@bpl.gruppobipielle.it
t.bianchi@bpl.gruppobipielle.it

### bpm
adam.white@bpm.it
andrea.ferrari@bpm.it
andrew.law@bpm.it
arne.riscassi@bpm.it
barbara.bocchio@bpm.it
beverley.dyson@bpm.it
daniela.finocchio@bpm.it
emanuela.galbiati@bpm.it
enzo.bergamini@bpm.it
enzo.chiesa@bpm.it
fabio.faina@bpm.it
francesca.fiorita@bpm.it
giacomo.fumu@guest.bpm.it
giorgio.pellagatti@bpm.it
giovanni.prati.de.pellati@bpm.it

**Company & Corresponding Email Addresses**

giuseppe.marcato@bpm.it
graham.dudden@bpm.it
jeremy.spain@bpm.it
lucia.casoli@bpm.it
luigi.fulgosi@bpm.it
marco.colautto@bpm.it
marco.ferrario@bpm.it
oscar.cipelli@bpm.it
renzo.tarantino@bpm.it
roberto.peronaglio@bpm.it
rosa.gisini@bpm.it
rosamaria.colicchia@bpm.it
salvatore.di.vincenzo@bpm.it
sean.martin@bpm.it
stefano.panerai@bpm.it
valerio.piacentini@bpm.it
valter.apostolo@bpm.it
walter.apostolo@bpm.it

**bpmarostica**
antonio_prosdocimo@bpmarostica.it
francesco_brotto@bpmarostica.it

**bpmny**
aprofita@bpmny.com
jchatman@bpmny.com
rcruz@bpmny.com
rdesantes@bpmny.com
tfitzherbert@bpmny.com

**bpmsgr**
andrea.bergamaschi@bpmsgr.it
andrea.mancadori@bpmsgr.it
armando.carcaterra@bpmsgr.it
carla.scarano@bpmsgr.it
emilia.colombo@bpmsgr.com
fabrizio.viola@bpmsgr.it
gianluca.follador@bpmsgr.it
giuseppe.sarti@bpmsgr.it
lucia.frazzon@bpmsgr.it
manuela.novati@bpmsgr.it
marco.seveso@bpmsgr.it
mary.thomson@bpmsgr.it
piero.cirenei@bpmsgr.com

**bpmvita**
francesco.campominosi@bpmvita.it
giulio.delsante@bpmvita.it
giuseppe.giusto@bpmvita.it
marta.calisse@bpmvita.it
maurizio.bellini@bpmvita.it
maurizio.cavirani@bpmvita.it

**bpn**
bertolottil@bpn.it
leoa@bpn.it
lovetereg@bpn.it
maggiolie@bpn.it
roccamenaa@bpn.it

**Company & Corresponding Email Addresses**

zemeg@bpn.it

**bpop**
emeah@bpop.com
hrams@bpop.com
khenniga@bpop.com
rmcgill@bpop.com

**bportugal**
chribeiro@bportugal.pt
jmalves@bportugal.pt
jorge.eduardo.marcal@bportugal.pt
jpsbraga@bportugal.pt
ljeronimo@bportugal.pt
lmsousa@bportugal.pt
mcandeias@bportugal.pt
pdias@bportugal.pt

**bpp**
passuncao@bpp.pt
pmorais@bpp.pt

**bppr**
angelriverag@bppr.com
eaguilar@bppr.com
elhernandez@bppr.com
jblasini@bppr.com
jsoroeta@bppr.com
llastra@bppr.com
rbarrios@bppr.com

**bpr**
liverani.alfredo@bpr.it

**bpscapital**
crooney@bpscapital.com
gwahlen@bpscapital.com
jjohnson@bpscapital.com
pknapp@bpscapital.com

**bpsd**
gudika@bpsd.fr
v.nocton@bpsd.fr

**bp-sd**
antoine.demenibus@bp-sd.com
berthod.becam@bp-sd.com

**bpservizi**
ragioneria@bpservizi.it

**bpubanca**
claudio.soranzo@bpubanca.it
ezio.castagna@bpubanca.it
giorgio.erasmi@bpubanca.it
giorgio.masoero@bpubanca.it
laura.giannotti@bpubanca.it
luca.pavesi@bpubanca.it
luigi.dimartino@bpubanca.it
riccardo.magni@bpubanca.it
roberto.bini@bpubanca.it
rossella.leidi@bpubanca.it

**bpuinvestments**
alustig@bpuinvestments.com

**Company & Corresponding Email Addresses**

dcheswick@bpuinvestments.com
mbfeduska@bpuinvestments.com

**bpv**

alessandro.stangalini@bpv.it
ammtit@bpv.it
amtit@bpv.it
cambrianid@bpv.it
esterovr@bpv.it
finanza@bpv.it
fondimo@bpv.it
franco.fieni@bpv.it
giorgio.scognamillo@bpv.it
luigi.sartini@bpv.lu
maurizio.galli@bpv.it
silvia.demase@bpv.it
spuntatitolimo@bpv.it
vito.macchia@bpv.it

**bpvifondi**

gzucchini@bpvifondi.it
lmascheroni@bpvifondi.it
lpardini@bpvifondi.it
spuppini@bpvifondi.it

**bpviinc**

brenda@bpviinc.com
deno@bpviinc.com
don@bpviinc.com
egoldberg@bpviinc.com
jim@bpviinc.com
ken@bpviinc.com
mary@bpviinc.com
morgan@bpviinc.com
mtimm@bpviinc.com
rachel@bpviinc.com
ryan@bpviinc.com
steve@bpviinc.com
tim@bpviinc.com
timd@bpviinc.com
woody@bpviinc.com

**bpvn**

jorge.cunha@bpvn.lu
steve.tonizzo@bpvn.lu

**bradfordmarzec**

abond@bradfordmarzec.com
bkang@bradfordmarzec.com
ccoleman@bradfordmarzec.com
chrisb@bradfordmarzec.com
clin@bradfordmarzec.com
dianeb@bradfordmarzec.com
dlopez@bradfordmarzec.com
gallen@bradfordmarzec.com
hclifford@bradfordmarzec.com
imarsee@bradfordmarzec.com
jbrothers@bradfordmarzec.com
jcheng@bradfordmarzec.com

**Company & Corresponding Email Addresses**

jgibbons@bradfordmarzec.com
jheitkemper@bradfordmarzec.com
jmoore@bradfordmarzec.com
jremillard@bradfordmarzec.com
jsafran@bradfordmarzec.com
jwlodek@bradfordmarzec.com
kparker@bradfordmarzec.com
mkaton@bradfordmarzec.com
mkiani@bradfordmarzec.com
mwalsh@bradfordmarzec.com
nalhadeff@bradfordmarzec.com
rkoh@bradfordmarzec.com
seanc@bradfordmarzec.com
snguyen@bradfordmarzec.com
tbradford@bradfordmarzec.com
terryr@bradfordmarzec.com
zmarzec@bradfordmarzec.com

**braeburncapital**

johnson@braeburncapital.com
rhys@braeburncapital.com
tmulvaney@braeburncapital.com

**braverstern**

valentine@braverstern.com

**bred**

alain.behar@bred.fr
alain.ouzou@bred.fr
albert.elfassy@bred.fr
alexandre.kubiak@bred.fr
anne-laure.bronstein@bred.fr
bernard.gadelle@bred.fr
catherine.caballero@bred.fr
catherine.salducci@bred.fr
christine.mahamba@bred.fr
d_roguet@bred.fr
daniel.aidan@bred.fr
emmanuel.bechet@bred.fr
ethel.salducci@bred.fr
fabrice.houze@bred.fr
frederic.jallet@bred.fr
frederic.philippe@bred.fr
guillaume.de-lafarge@bred.fr
guillaume.jamain@bred.fr
guillaume.perret@bred.fr
jean-philippe.foucher@bred.fr
jerome.guiot-dorel@bred.fr
jerome.olivier@bred.fr
karine.ferrer@bred.fr
marc.ryszfeld@bred.fr
olivier.deneuville@bred.fr
olivier.sauvage@bred.fr
pascal.marionneau@bred.fr
pierre.masliah@bred.fr
quang-vinh.le@bred.fr
rodolphe.bailleuil@bred.fr

## Company & Corresponding Email Addresses

sdm003@bred.fr
sdm004@bred.fr
sdm006@bred.fr
sdm013@bred.fr
sebastien.delage@bred.fr
stephane.cuartero@bred.fr
thierry.le-gall@bred.fr

**brederode**
info@brederode.be

**bremen**
karl-heinz.burmester@sparkasse.bremen.de

**bremer**
bkstousland@bremer.com
cmmanfred@bremer.com
crfreiberg@bremer.com
djerickson@bremer.com
djmelroe@bremer.com
djpetersen@bremer.com
jbmccourtney@bremer.com
rbbuck@bremer.com
srmcfarlane@bremer.com
trfinnerty@bremer.com

**bremerlandesbank**
cora.bernecker@bremerlandesbank.de
elke.heinig@bremerlandesbank.de
fred.walther@bremerlandesbank.de
guido.schlichting@bremerlandesbank.de
kirsten.discher@bremerlandesbank.de
maria-luisa.deli@bremerlandesbank.de
rainer.punke@bremerlandesbank.de
tanja.hornburg@bremerlandesbank.de

**brentonbank**
brad.cunningham@brentonbank.com

**brfinancialgroup**
kevin.mcentee@brfinancialgroup.com

**brgco**
azilberberg@brgco.com
bdelaet@brgco.com
dschroyen@brgco.com
dwi@brgco.com
ead@brgco.com
fle@brgco.com
jtheunissen@brgco.com
pst@brgco.com
sbe@brgco.com
svc@brgco.com

**brhlp**
brian.mccormack@brhlp.com
david.doherty@brhlp.com
ken.richard@brhlp.com

**bri**
rudjito@bri.co.id

**bridgestone**
kawashima.kazuhito@bridgestone.co.jp

## Company & Corresponding Email Addresses

### bridport
dehartog@bridport.ch
giannuzzo@bridport.ch
stojanovic@bridport.ch
thiebaud@bridport.ch

### bridportjersey
bell@bridportjersey.net
jones@bridportjersey.net
vetier@bridportjersey.net

### brinson
adamsd@brinson.com
burkec@brinson.com
clarker@brinson.com
cummingn@brinson.com
dellaquilaf@brinson.com
engwellv@brinson.com
grahams@brinson.com
hallg@brinson.com
humphriesm@brinson.com
lambm@brinson.com
liny@brinson.com
provinceg@brinson.com
sheehyb@brinson.com
smidchense@brinson.com
smithte@brinson.com
strahlh@brinson.com
wozniakg@brinson.com
yeadona@brinson.com

### britamtob
andrew_cripps@britamtob.com
mike_hall@britamtob.com
patrick_aylmer@britamtob.com

### britannia
andrew.beech@britannia.co.uk
andrew.donnelly@britannia.co.uk
andrew.roberts@britannia.co.uk
christopher.gardner@britannia.co.uk
clair.taylor-henshall@britannia.co.uk
elaine.fox@britannia.co.uk
elaine.mahoney@britannia.co.uk
gemma.jones@britannia.co.uk
graham.jones@britannia.co.uk
jeremy.helme@britannia.co.uk
jon.katovsky@britannia.co.uk
laura.shaw@britannia.co.uk
paul.fergusson@britannia.co.uk
spencer.ashby@britannia.co.uk
steve.nichols@britannia.co.uk
steven.morris@britannia.co.uk
tony.hubbard@britannia.co.uk

### britannicasset
afield@britannicasset.com
amccreaddie@britannicasset.com
asinclair@britannicasset.com

**Company & Corresponding Email Addresses**

awporter@britannicasset.com
bpaterson@britannicasset.com
cgray@britannicasset.com
chay@britannicasset.com
cpaton@britannicasset.com
dhaxton@britannicasset.com
dlee@britannicasset.com
dmcewan@britannicasset.com
dphillips@britannicasset.com
emackenzie@britannicasset.com
emcguire@britannicasset.com
emiddleton@britannicasset.com
fpage@britannicasset.com
gjohnston@britannicasset.com
gmcintosh@britannicasset.com
hfallow@britannicasset.com
initialsurname@britannicasset.com
jmccartney@britannicasset.com
jmckenna@britannicasset.com
kburden@britannicasset.com
kfenelon@britannicasset.com
kmclardy@britannicasset.com
lmcgregor@britannicasset.com
phughes@britannicasset.com
rbenson@britannicasset.com
rcrawford@britannicasset.com
rdavidson@britannicasset.com
rjack@britannicasset.com
rmcallister@britannicasset.com
scusack@britannicasset.com
sjohnstone@britannicasset.com
tchigariro@britannicasset.com

**britinsurance**

mike.chambers@britinsurance.com
mike.sibthorpe@britinsurance.com

**british-airways**

george.h.stinnes@british-airways.com

**broadwaybankchicago**

dg@broadwaybankchicago.com
kpancholi@broadwaybankchicago.com

**brownadvisory**

bbehrens@brownadvisory.com
bfinnell@brownadvisory.com
cberrier@brownadvisory.com
creid@brownadvisory.com
deisenberg@brownadvisory.com
doliver@brownadvisory.com
dpowell@brownadvisory.com
dschuster@brownadvisory.com
echa@brownadvisory.com
efinney@brownadvisory.com
fmerserve@brownadvisory.com
gcarey@brownadvisory.com
gdavidson@brownadvisory.com

**Company & Corresponding Email Addresses**

hbuppert@brownadvisory.com
hvernon@brownadvisory.com
jkorhonen@brownadvisory.com
jvlosich@brownadvisory.com
ken.stuzin@brownadvisory.com
lfitzwilliams@brownadvisory.com
lowen@brownadvisory.com
lrich@brownadvisory.com
lruther@brownadvisory.com
mbajaj@brownadvisory.com
mfoss@brownadvisory.com
mhausner@brownadvisory.com
mpoggi@brownadvisory.com
ncoutros@brownadvisory.com
nyudell@brownadvisory.com
pchew@brownadvisory.com
pcorbin@brownadvisory.com
pli@brownadvisory.com
pobrien@brownadvisory.com
rbernstein@brownadvisory.com
rpalmer@brownadvisory.com
scohn@brownadvisory.com
spark@brownadvisory.com
thathaway@brownadvisory.com
wmorrill@brownadvisory.com
wwhilden@brownadvisory.com

**brownadvisroy**

dbrown@brownadvisroy.com

**browncapital**

azhang@browncapital.com
cbaker@browncapital.com
ckraw@browncapital.com
dblakeney@browncapital.com
ebrown@browncapital.com
elugo@browncapital.com
eramos@browncapital.com
jbutler@browncapital.com
kempton@browncapital.com
kkratz@browncapital.com
klee@browncapital.com
mhaywood@browncapital.com
msteinik@browncapital.com
pflaherty@browncapital.com
sgronek@browncapital.com
wpearson@browncapital.com

**brownia**

kathy.wicker@brownia.com

**brummer**

bo.bortemark@brummer.se
caroline.mitteregger@brummer.se
carsten.ruge@brummer.se
dag.martensson@brummer.se
eija.mutkala@brummer.se
erik.thedeen@brummer.se

**Company & Corresponding Email Addresses**

fredrik.attefall@brummer.se
fredrik.malmen@brummer.se
fredrik.wallman@brummer.se
gustaf.frithz@brummer.se
hans.ulinder@brummer.se
henrik.johansson@brummer.se
it-support@brummer.se
jerry.anderson@brummer.se
johan.grabe@brummer.se
johan.grip@brummer.se
johan.kinannder@brummer.se
johan.sidenmark@brummer.com
jonas.erikson@brummer.se
kerim.kaskal@brummer.se
klaus.jantti@brummer.se
magnus.angenfelt@brummer.se
magnus.hillerstrom@brummer.se
magnus.soderblom@brummer.se
mans.carlson@brummer.se
martin.jonsson@brummer.se
martin.larsen@brummer.se
mats.hyden@brummer.se
mattias.lundgren@brummer.se
michael.hemph@brummer.se
patrik.brummer@brummer.se
paul.meyer@brummer.se
per.josefsson@brummer.se
per.norling@brummer.se
per.sundstrom@brummer.se
peter.thelin@brummer.se
peter.vanberlekom@brummer.com
robert.slorach@brummer.se
stefan.jarudd@brummer.se
stefan.lohr@brummer.se
svante.elfving@brummer.se
svante.elving@brummer.se
thomas.andersson@brummer.se
thomas.nilsson@brummer.se

**brunet**
hafidzyakob@brunet.bn
**brusselsairlines**
cvandervinne@brusselsairlines.com
rjacoud@brusselsairlines.com
**brv-llc**
rmceldowney@brv-llc.com
**bryangarnier**
grevenu@bryangarnier.fr
pbleier@bryangarnier.ch
**bs**
beat.bommer@bs.ch
christian.schaerz@bs.ch
max-eric.laubscher@bs.ch
**bsantander**
dflores@bsantander.com.mx

**Company & Corresponding Email Addresses**

**bsct**

contatto@bsct.ch
cpisoni@bsct.ch
ctomasini@bsct.ch
dbarbuscia@bsct.ch
mscaromella@bsct.ch
rspigolon@bsct.ch

**bsi**

matteo.canali@bsi.it
moetaz.soliman@bsi.it

**bsibank**

aat@bsibank.com
alberto.zanzi@bsibank.com
aldo.visani@bsibank.com
alen.vukic@bsibank.com
alessandra.nani@bsibank.com
alex.merla@bsibank.com
andre.forster@bsibank.com
andrea.appiani@bsibank.com
andrea.giusto@bsibank.com
andrea.laurent@bsibank.com
andrea.pantellini@bsibank.com
andrea.solari@bsibank.com
andrea.zanoccoli@bsibank.com
andri.cantieni@bsibank.com
antonio.bianchi@bsibank.com
antonio.casuscelli@bsibank.com
antonio.ligori@bsibank.com
banci.osvaldo@bsibank.com
barbara.andreoli@bsibank.com
barbara.tunesi@bsibank.com
carlo.broggi@bsibank.com
carmine.russo@bsibank.com
chiara.canellini@bsibank.com
chris.biedermann@bsibank.com
christian.bernasconi@bsibank.com
christian.ferry@bsibank.com
christian.moser@bsibank.com
christian.rizzi@bsibank.com
christoph.bieri@bsibank.com
claudio.caiata@bsibank.com
claudio.camplani@bsibank.com
claudio.mattaidelmoro@bsibank.com
claudio.meroni@bsibank.com
claudio.sala@bsibank.com
corina.galli@bsibank.com
corrado.varisco@bsibank.com
cristophe.schaer@bsibank.com
daniel.cavargna@bsibank.com
danila.kelly@bsibank.com
dario.meroni@bsibank.com
dario.milani@bsibank.com
diego.gadient@bsibank.com
edy.bernasconi@bsibank.com

## Company & Corresponding Email Addresses

emilio.casati@bsibank.com
enrico.carbonelli@bsibank.com
enzo.mombelli@bsibank.com
eros.lupi@bsibank.com
eugenio.giacopini@bsibank.com
fabrizio.graziani@bsibank.com
felice.giuggioli@bsibank.com
fioravante.lombardo@bsibank.com
flavio.testi@bsibank.com
francesco.badaracco@bsibank.com
franco.montano@bsibank.com
fulgenzio.jorio@bsibank.com
gabriele.bedolla@bsibank.com
georges.khneysser@bsibank.com
giancarlo.prada@bsibank.com
giancarlo.preda@bsibank.com
gianluca.pea@bsibank.com
giordano.battaini@bsibank.com
giordano.giuxe@bsibank.com
giorgio.radaelli@bsibank.com
giorgio.sala@bsibank.com
grazia.cozzi@bsibank.com
gregor.mueller@bsibank.com
gregory.kettelhack@bsibank.com
grosso.francesco@bsibank.com
iequities@bsibank.com
jacek.treter@bsibank.com
jacqueline.ponti@bsibank.com
jeanpierre.abdalian-sireki@bsibank.com
jole.tabacchi@bsibank.com
juanluis.mallo@bsibank.com
julien.stouff@bsibank.com
karen.sabti@bsibank.com
lorena.cedillo@bsibank.com
luca.luisoni@bsibank.com
luca.maddalon@bsibank.com
luca.orelli@bsibank.com
manuel.pellanda@bsibank.com
manuela.sulmoni@bsibank.com
mara.morandi@bsibank.com
marcel.luechinger@bsibank.com
marco.boldrin@bsibank.com
marco.bottinelli@bsibank.com
marco.campana@bsibank.com
marco.casartelli@bsibank.com
marco.dolci@bsibank.com
marco.ferrari@bsibank.com
marco.foglia@bsibank.com
marco.melis@bsibank.com
marco.nebiker@bsibank.com
marco.panzeri@bsibank.com
marco.resinelli@bsibank.com
marco.rinaldi@bsibank.com
marco.valerio@bsibank.com

**Company & Corresponding Email Addresses**

margrethe.rokkum-testi@bsibank.com
mariachiara.zanotta@bsibank.com
marialuisa.parodi@bsibank.com
marialuisa.siccardi@bsibank.com
mario.canepa@bsibank.com
mario.cribari@bsibank.com
marzio.martinelli@bsibank.com
massimo.fini@bsibank.com
matteo.bossi@bsibank.com
matteo.monzeglio@bsibank.com
maurizio.moranzoni@bsibank.com
mauro.casalini@bsibank.com
michel.bassi@bsibank.com
michele.argenta@bsibank.com
michele.cutruneo@bsibank.com
michele.malingamba@bsibank.com
mitri.bustros@bsibank.com
nadia.ceresa@bsibank.com
nicola.carcano@bsibank.com
nicola.marelli@bsibank.com
nicola.tamburini@bsibank.com
nicola.versi@bsibank.com
olivier.baggi@bsibank.com
paola.bernardinello@bsibank.com
paolo.angioletti@bsibank.com
paolo.guggiari@bsibank.com
patricia.berger@bsibank.com
patrick.cecconi@bsibank.com
patrick.keller@bsibank.com
patrick.tschupp@bsibank.com
patrik.pizzali@bsibank.com
patrizia.dellatorre@bsibank.com
paulo.angeletti@bsibank.com
pierluigi.pasotti@bsibank.com
raffaele.derosa@bsibank.com
ralf.wuerker@bsibank.com
raoul.paglia@bsibank.com
regina.reinert@bsibank.com
renato.rezzonico@bsibank.com
reto.weber@bsibank.com
rinaldo.rusca@bsibank.com
roberto.cerratti@bsibank.com
roberto.eggmann@bsibank.com
rodolfo.pusterla@bsibank.com
rolando.hepp@bsibank.com
romano.costa@bsibank.com
ronald.ogna@bsibank.com
sacha.demicheli@bsibank.com
salvatore.cordaro@bsibank.com
samuele.rudelli@bsibank.com
sandro.canuti@bsibank.com
sandro.monti@bsibank.com
sebastian.canepa@bsibank.com
sergei.mancastroppa@bsibank.com

## Company & Corresponding Email Addresses

sergio.cola@bsibank.com
sergio.nacci@bsibank.com
simone.pinelli@bsibank.com
stefanie.wright@bsibank.com
stefano.cividini@bsibank.com
stefano.fiala@bsibank.com
stefano.jermini@bsibank.com
stefano.melera@bsibank.com
stefano.passera@bsibank.com
sylvia.strausz@bsibank.com
tbc@bsibank.com
thea.ivanisevic@bsibank.com
tino.sarantis@bsibank.com
urs.pfister@bsibank.com
valeria.zanon@bsibank.com
vittorio.treichler@bsibank.com
vittoriotreichler@bsibank.com
yvan.chevrette@bsibank.com

**bsiifabanque**

jvc@bsiifabanque.com
v.jenkinsrhea@bsiifabanque.com

**bsipb**

rosanna.marcionelli@london.bsipb.com

**bsnp**

alexandra.brandao@bsnp.pt
andre.leite@bsnp.pt
bernardo.pereira@bsnp.pt
cunha.leal@bsnp.pt
fernando.vicente@bsnp.pt
francisco.cruz@bsnp.pt
humberto.pinto@bsnp.pt
luis.martins@bsnp.pt
luis.silva@bsnp.pt
manuel.preto@bsnp.pt
marisa.esteves@bsnp.pt
nuno.godinho@bsnp.pt
pedro.bastos@bsnp.pt
sandra.baltazar@bsnp.pt

**bsp**

rhernandez@bsp.gov.ph

**bspf**

c.gibbon@bspf.co.uk
d.newlands@bspf.co.uk
d.rollier@bspf.co.uk
f.mcgarrity@bspf.co.uk
h.smart@bspf.co.uk
j.wright@bspf.co.uk
k.yarwood@bspf.co.uk
m.buntrock@bspf.co.uk
r.sharpe@bspf.co.uk
s.white@bspf.co.uk
t.brown@bspf.co.uk

**bspr**

fbruno@bspr.com

## Company & Corresponding Email Addresses

glenda.gonzalez@bspr.com
jperez1@bspr.com
lal@bspr.com
sarai.montes@bspr.com
victor.feliciano@bspr.com

### bt

adam.machin@bt.com
adrian.b.smith@bt.com
andrew.levy@bt.com
christopher.2.bell@bt.com
colin.brown@bt.com
damian.oreilly@bt.com
dave.n.smith@bt.com
emma.jamieson@bt.com
francesco.compostella@bt.com
gary.botterill@im.bt.com
george.pickvance@bt.com
hayley.ormrod@bt.com
howard.ford@bt.com
john.brougham@bt.com
mark.d.smith@bt.com
peter.3.cross@bt.com
peter.bonfield@bt.com
peter.roe@bt.com
sally.2.davis@bt.com
sebastian.wood@bt.com
tariq.2.malik@bt.com
terry.hutson@bt.com

### btal

name.surname@btal.com.au

### btclick

bilondon@btclick.com

### btconnect

abocld@btconnect.com
hakki.arslan@btconnect.com
ken_forman@btconnect.com

### btfinancialgroup

adrian.richardson@btfinancialgroup.com
andrew.blackler@btfinancialgroup.com
andrew.south@btfinancialgroup.com
andrew.waddington@btfinancialgroup.com.au
ben.squire@btfinancialgroup.com
craig.stobo@btfinancialgroup.com
crispin.murray@btfinancialgroup.com
david.maywald@btfinancialgroup.com
dirk.morris@btfinancialgroup.com
gill.graham@btfinancialgroup.com
greg.fraser@btfinancialgroup.com
ileria.chan@btfinancialgroup.com.au
joe.bracken@btfinancialgroup.com
john.sorrell@btfinancialgroup.com
linda.bakhshian@btfinancialgroup.com
peter.farac@btfinancialgroup.com
scott.osborne@btfinancialgroup.com.au

## Company & Corresponding Email Addresses

sidney.chong@btfinancialgroup.com
stephen.hunt@btfinancialgroup.com
tim.edmonstone@btfinancialgroup.com
vivien.ronnebeck@btfinancialgroup.com

### btim
george.bishay@btim.com.au

### btinternet
amwynn@btinternet.com
ccuny@btinternet.com
charlesawood@btinternet.com
jonathan.hoffman@btinternet.com

### btm
masahiko_iwata@btm.co.jp
sladjevardi@btm.co.uk
tnakauchi@btm.co.uk

### btmeurope
anthony.e.brown@uk.btmeurope.com
james.nisbet@uk.btmeurope.com
jeetendra.solanki@uk.btmeurope.com
ken_ichi.yoshida@uk.btmeurope.com
oliver.j.seitz@uk.btmeurope.com
seiji.nakao@uk.btmeurope.com
takashi.kimouri@uk.btmeurope.com
yuko.uchida@uk.btmeurope.com

### btmna
aamo@btmna.com
abernstein@btmna.com
abezdenezhnykh@btmna.com
agreen@btmna.com
akolesnikov@btmna.com
atoyoshima@btmna.com
brhodes@btmna.com
brose@btmna.com
ccarney@btmna.com
cdroussiotis@btmna.com
cgiordano@btmna.com
cpemba@btmna.com
crietscha@btmna.com
cstanton@btmna.com
cstewart@btmna.com
ctsang@btmna.com
dwang@btmna.com
eabello@btmna.com
ehorrnick@btmna.com
eplaney@btmna.com
greyes@btmna.com
gstewart@btmna.com
htajima@btmna.com
hzimmermann@btmna.com
jdarling@btmna.com
jdennehy@btmna.com
jjeffers@btmna.com
jlee@btmna.com
jmasuda@btmna.com

**Company & Corresponding Email Addresses**

jmillar@btmna.com
jreid@btmna.com
jstill@btmna.com
kbrinkman@btmna.com
khirashima@btmna.com
kkoumoulis@btmna.com
kmatsumoto@btmna.com
kmcgroary@btmna.com
knishii@btmna.com
kossolinski@btmna.com
kotani@btmna.com
kwallace@btmna.com
lalee@btmna.com
lbarbosa@btmna.com
lkawahara@btmna.com
lkim@btmna.com
ltam@btmna.com
mhughes@btmna.com
mrini@btmna.com
mzion@btmna.com
nbattista@btmna.com
nsaffra@btmna.com
pfiguracio@btmna.com
plarusso@btmna.com
preidy@btmna.com
pshah@btmna.com
rkay@btmna.com
rmasucci@btmna.com
rvandeberghe@btmna.com
sakita@btmna.com
sgeesey@btmna.com
shughes@btmna.com
simbrosciano@btmna.com
snogaki@btmna.com
taoyama@btmna.com
tfennessey@btmna.com
tfukutani@btmna.com
tkatsumi@btmna.com
tminami@btmna.com
wmanning@btmna.com

**btmsha**
wilkens@btmsha.com.cn

**btopenworld**
cn.morrison@btopenworld.com
ianharviewatt@btopenworld.com
joeboorman@btopenworld.com

**btv**
richard.altstaetter@btv.at

**buc**
dealing@buc.ch
titoli@buc.ch

**buckconsultants**
geller.a@buckconsultants.com
ndonelan@buckconsultants.com

## Company & Corresponding Email Addresses

**buenavistapartners**
paul@buenavistapartners.com

**buffalofunds**
ahancock@buffalofunds.com
bkornitzer@buffalofunds.com
clay@buffalofunds.com
dcarlsen@buffalofunds.com
jdeardorff@buffalofunds.com
jjohn@buffalofunds.com
john@buffalofunds.com
jsitzmann@buffalofunds.com
kent@buffalofunds.com
nkornitzer@buffalofunds.com
pcubbage@buffalofunds.com
pdlugosch@buffalofunds.com
polly@buffalofunds.com
robertm@buffalofunds.com
smoore@buffalofunds.com
wlynch@buffalofunds.com

**bull**
daniel.ravizza@bull.net

**bundesbank**
axel.weber@bundesbank.de
elisabeth.volk@bundesbank.de
ellen.guba@bundesbank.de
hans.reckers@bundesbank.de
jens.ulbrich@bundesbank.de
katja.hofmann@bundesbank.de
klaus.stamm@bundesbank.de
martin.lindner@bundesbank.de
martin.wieland@bundesbank.de
rick.burmeister@bundesbank.de
siegbert.eschenbacher@bundesbank.de
thomas.morck@bundesbank.de
volker.schieck@bundesbank.de
willy.friedmann@bundesbank.de

**bunge**
christophe.darbord@bunge.com
jean-eudes.gautrot@bunge.com
mark.bickler@bunge.com

**bupa**
daviesc@bupa.com
mcgurkk@bupa.com
warrens@bupa.com

**burgan**
jjamal@burgan.com

**butlercapitalpartners**
wb@butlercapitalpartners.com

**butterfieldprivatebank**
mark.dowell@butterfieldprivatebank.co.uk

**bve**
marcel.bartholdi@bve.ch
marcello.solida@bve.ch
reto.heldstab@bve.ch

**Company & Corresponding Email Addresses**

thomas.flothen@bve.ch

**bvv-vers**

b.siegismund@bvv-vers.de
f.egermann@bvv-vers.de
r.dieckvoss@bvv-vers.de
u.hermann@bvv-vers.de

**bwater**

aaron.seymour@bwater.com
alex.vayner@bwater.com
alex.vengerovsky@bwater.com
alexander.valdes@bwater.com
ambreen.brown@bwater.com
amit.srivastava@bwater.com
avraam.sidiropoulos@bwater.com
benjamin.ford@bwater.com
birnbaum@bwater.com
bob.elliott@bwater.com
bob.prince@bwater.com
courtney.harmer@bwater.com
daniel.rasmussen@bwater.com
derrick.howard@bwater.com
ed.calejesan-reyes@bwater.com
eric.califano@bwater.com
eric.nishiyama@bwater.com
ernesto.florio@bwater.com
everett.grant@bwater.com
execution_equities@bwater.com
ferguson@bwater.com
ferrizz@bwater.com
fred.post@bwater.com
gardner@bwater.com
glenn.kinen@bwater.com
greg.tanner@bwater.com
haroonor.rashid@bwater.com
hilary.devendorf@bwater.com
hill@bwater.com
hope.woodhouse@bwater.com
jared.kutner@bwater.com
jason.conlin@bwater.com
jason.rotenberg@bwater.com
jason.woerz@bwater.com
jeff.pinals@bwater.com
jensen@bwater.com
joe.norena@bwater.com
joe.sondheimer@bwater.com
john.sorbo@bwater.com
jon.behar@bwater.com
jon.hantler@bwater.com
josh.bouchard@bwater.com
julia.domoradzka@bwater.com
justin.young@bwater.com
karen.karniol-tambour@bwater.com
kelly.roberts@bwater.com
kerry.reilly@bwater.com

## Company & Corresponding Email Addresses

kevin.brennan@bwater.com
kevin.duffy@bwater.com
latronica@bwater.com
lawrence.minicone@bwater.com
len.marmitt@bwater.com
lester.bourne@bwater.com
lloyd.gregory@bwater.com
mario.schlosser@bwater.com
mark.salzman@bwater.com
matt.rabuse@bwater.com
matt.rubino@bwater.com
matthew.singer@bwater.com
michael.johnson@bwater.com
michael.srihari@bwater.com
nate.polachek@bwater.com
nick.reber@bwater.com
noah.yechiely@bwater.com
nunu.chen@bwater.com
paul.ross@bwater.com
paul.swartz@bwater.com
ray.dalio@bwater.com
rick.bookstaber@bwater.com
rob.krasko@bwater.com
robert.guelich@bwater.com
robert.mpuku@bwater.com
ron.pinsky@bwater.com
saidman@bwater.com
sandler@bwater.com
svilen.ivanov@bwater.com
taylor.brown@bwater.com
tracy.vonick@bwater.com
tyler.pinkernell@bwater.com
verushka.ramirez@bwater.com
winston.rains@bwater.com
woolbert@bwater.com
zach.ingraham@bwater.com

### bwbank

alankelly@bwbank.ie
butlero@bwbank.ie
conorirwin@bwbank.ie
cullenh@bwbank.ie
donnellyb@bwbank.ie
dowlings@bwbank.ie
griffinj@bwbank.ie
lachenmayerb@bwbank.ie
quinnm@bwbank.ie
sineadohara@bwbank.ie
turnerb@bwbank.ie

### bw-bank

annabell.annoff@bw-bank.de
armin.wenninger@bw-bank.de
bernhard.goderbauer@bw-bank.de
dirk.brodowski@bw-bank.de
frank.biller@bw-bank.de

## Company & Corresponding Email Addresses

frank.kaufmann@bw-bank.de
guenther.diewald@bw-bank.de
heiko.lang@bw-bank.de
jan.fischer@bw-bank.de
karl.steinhart@bw-bank.de
mark.mueller@bw-bank.de
nicolai.schill@bw-bank.de
norbert.hirschberg@bw-bank.de
odilo.mandel@bw-bank.de
oliver.brunner@bw-bank.de
peter.gaessler@bw-bank.de
rainer.kienzle@bw-bank.de
ralf.schmidgall@bw-bank.de
sergius.storfer@bw-bank.de
thomas.herrmann@bw-bank.de
timo.kuerschner@bw-bank.de
volker.stoll@bw-bank.de
winfried.schiefelbein@bw-bank.de

**bwfund**
kbrowndorf@bwfund.org

**bwinvest**
gerhard.ruehle@bwinvest.de
peter.hohler@bwinvest.de
rolf.boesenberg@bwinvest.de
uwe.voshage@bwinvest.de

**bwk**
trauth@bwk.de
voshage@bwk.de

**bym**
galfaro@bym.es

**ca-aipg**
david.barcus@ca-aipg.com
erica.king@ca-aipg.com
kara.miller@ca-aipg.com
maritza.magana@ca-aipg.com
matt.wooster@ca-aipg.com
patrick.brankin@ca-aipg.com
shannon.doherty@ca-aipg.com

**caam**
agnes.pennanech@caam.com
alain.baron@caam.com
alain.schlosser@caam.com
alessandro.guazzotti@caam.com
alessandro.russo@caam.com
alexandra.vangyseghem@caam.com
alexandre.blein@caam.com
alexandre.burgues@caam.com
alexandre.perricard@caam.com
alexis.picasso@caam.com
alexis.scouarnec@caam.com
ali.moaven-nasri@caam.com
amelie.derambure@caam.com
amine.benghabrit@caam.com
andrew.gibbins@caam.com

**Company & Corresponding Email Addresses**

andrew.hwang@caam.com
anh.mai@caam.com
anna.chenye@hk.caam.com
anne.beaudu@caam.com
anne.rodi@caam.com
anne.ruffin@caam.com
anne-francoise.doosthove@caam.com
anne-francoise.sorasio@caam.com
annemarie.dumas@caam.com
antoine.mathon@caam.com
ari.ezra@caam.com
arlette.gailhard@caam.com
arnaud.bourgoin@caam.com
arnaud.de-la-houpliere@caam.com
arnaud.gamain@caam.com
arnaud.vergonjeanne@caam.com
ayaaz.allymun@caam.com
beatrice.brunet@caam.com
benoit.fort@caam.com
benoit.houzelle@caam.com
benoit.palliez@caam.com
benoit.plumel@caam.com
bernard.nexon@caam.com
bernard.simon-barboux@caam.com
bertrand.boucheron@caam.com
bertrand.penverne@caam.com
brice.blanchet@caam.com
brigitte.carriere@caam.com
bruno.gandjee@caam.com
bruno.kratz@caam.com
bruno.laborie@caam.com
bruno.saugnac@caam.com
carine.nikolov@caam.com
catherine.bouremani@caam.com
catherine.clausse@caam.com
catherine.delibata@caam.com
catherine.lebougre@caam.com
catherine.seropian@caam.com
cecilia.mouille@caam.com
cedric.chavot@caam.com
cedric.pierre@caam.com
cedric.tixier@caam.com
celine.valentin@caam.com
christian.ghandour@caam.com
christian.lerider@caam.com
christian.perrin@caam.com
christiane.novais@caam.com
christine.degeorge@caam.com
christophe.buret@caam.com
christophe.champion@caam.com
christophe.garon@caam.com
christophe.kieffer@caam.com
christophe.lemarie@caam.com
christophe.romero@caam.com

**Company & Corresponding Email Addresses**

claude.guillou@caam.com
claude.rosenfeld@caam.com
clement.boisson@caam.com
clementine.boris@caam.com
corinne.baudeloche@caam.com
corinne.herledan@caam.com
corinne.martin@caam.com
cyril.colmont@caam.com
daniel.pagnon@caam.com
dave.benichou@caam.com
david.heard@caam.com
david.miflin@caam.com
david.rapanoel@caam.com
david.taieb@caam.com
delphine.georges@caam.com
delphine.tiger@caam.com
diane.logros@caam.com
dominique.mallard@caam.com
dominique.moisy@caam.com
dominique.ould-ferhat@caam.com
dunganh.pham@caam.com
edmond.lezmi@caam.com
edouard.darwiche@caam.com
edouard.knockaert@caam.com
emmanuel.martin@caam.com
emmanuel.simonetto@caam.com
emmanuelle.bourboulon@caam.com
eric.hermitte@caam.com
eric.osswald@caam.com
eric.stazzu@caam.com
eric.taze-bernard@caam.com
estelle.menard@caam.com
evillain4@caam.com
fabien.bourguignon@caam.com
fabien.delaunay@caam.com
fabrice.alvaro@caam.com
fabrice.renaut@caam.com
fanny.jacquemont@caam.com
firstname.surname@caam.com
florence.nicholas@caam.com
francine.lenoir@caam.com
franck.simonnet@caam.com
francois.dhautefeuille@caam.com
francoise.leroy@caam.com
francoise.prats@caam.com
frederic.destor@caam.com
frederic.fretard@caam.com
frederic.labia@caam.com
frederic.laurent@caam.com
frederic.lemeaux@caam.com
frederic.pascal@caam.com
frederic.rosamond@caam.com
frederik.ducrozet@caam.com
frederique.lavolte@caam.com

**Company & Corresponding Email Addresses**

gaelle.mansard@caam.com
genevieve.gelin@caam.com
georgina.zervudachi@caam.com
gerard.bailly@caam.com
gerard.deplinval@caam.com
gerard.martin@caam.com
gerard.sagnier@caam.com
gerrard.bailly@caam.com
ghislaine.orsinet@caam.com
gilbert.keskin@caam.com
gilbert.soubie@caam.com
gilles.lecorsu@caam.com
gisele.perreault@caam.com
gregory.claeys@caam.com
guillaume.jeanroy@caam.com
guillaume.thiolon@caam.com
guillaume.trentin@caam.com
gwenaelle.balcon@caam.com
helene.baudchon@caam.com
helene.ecalle@caam.com
herve.boiral@caam.com
hicham.lahbabi@caam.com
hien.delestrange@caam.com
hubert.vannier@caam.com
ian.lubelsky@caam.com
ingrid.allemand@caam.com
isabelle.boussiquet@caam.com
isabelle.erimo@caam.com
isabelle.horen-lestang@caam.com
isabelle.jarry@caam.com
isabelle.job@caam.com
isabelle.lafargue@caam.com
isabelle.leguay@caam.com
isabelle.vic-philippe@caam.com
ismael.miled@caam.com
isolde.kreissig@caam.com
jacqueline.lambert@caam.com
jacques.chazelle@caam.com
jacques.rachi@caam.com
jacques.werenn@caam.com
jean.dumas@caam.com
jean.mouroukian@caam.com
jean.picon@caam.com
jean.rousselot@caam.com
jean-baptiste.degorostarzu@caam.com
jean-claude.attar@caam.com
jean-claude.kaltenbach@caam.com
jean-louis.lacoux@caam.com
jean-louis.tissot@caam.com
jean-luc.paraire@caam.com
jean-luc.thomas@caam.com
jean-marc.bohl@caam.com
jean-max.rouchon@caam.com
jean-michel.bourgoin@caam.com

**Company & Corresponding Email Addresses**

jean-michel.paul@caam.com
jean-philippe.hervieu@caam.com
jean-philippe.vernier@caam.com
jean-pierre.mounho@caam.com
jean-renaud.viala@caam.com
jens.birkmann@caam.com
jerome.barkate@caam.com
jerome.gunther@caam.com
josianne.bonnet@caam.com
jovan.avramovic@caam.com
j-p.bry@caam.com
julien.bonnin@caam.com
julien.haddad@caam.com
jung-eun.kim@caam.com
justin.kim@hk.caam.com
karima.ghoul@caam.com
karine.nicolov@caam.com
khalid.chaneb@caam.com
khalid.ghallali@caam.com
khiem.le@caam.com
kokou.topeglo@caam.com
laetitia.perron@caam.com
laurence.benichouaboudaram@caam.com
laurence.taliercio@caam.com
laurence.vignes@caam.com
laurent.crosnier@caam.com
laurent.deponteves@caam.com
laurent.fumeron@caam.com
laurent.gonon@caam.com
laurent.paris@caam.com
laurent.rieu@caam.com
laurent.trottier@caam.com
lionel.bernard@caam.com
lionel.lepinois@caam.com
loic.becue@caam.com
luc.martin@caam.com
luc.mouzon@caam.com
lucette.shirai@caam.com
lucile.brossier@caam.com
mai.vo@caam.com
maimouna.nda-amoikon@caam.com
marc.andral@caam.com
marc.romano@caam.com
marc-ali.benabdallah@caam.com
marco.piersimoni@caam.com
margaret.poigny@caam.com
maria.louis@caam.com
marianne.kahn@caam.com
marie.briere@caam.com
marie-anne.khan@caam.com
marie-helene.leopold@caam.com
marie-pascale.bonhomme@caam.com
marie-therese.barrera@caam.com
marlene.blot@caam.com

**Company & Corresponding Email Addresses**

martha.travers-veress@caam.com
mary-line.haussy@caam.com
mary-sol.michel@caam.com
matthieu.caillou@caam.com
matthieu.huet@caam.com
matthieu.romefort@caam.com
matthieu.ullmann@caam.com
maxime.royet@caam.com
melchior.dechelette@caam.com
michel.poret@caam.com
michel.portal@caam.com
mickael.juvenelle@caam.com
mickael.tricot@caam.com
mm.jardin@caam.com
mohamed.dohni@caam.com
mouha.ait-el-ghachi@caam.com
muriel.pitner@caam.com
mxime.ruyet@caam.com
nathalie.coffre@caam.com
nathalie.monnoyeur@caam.com
nathalie.quinqueneau@caam.com
nicolas.dujols@caam.com
nicolas.grondin@caam.com
nicolas.walewski@caam.com
nima.habibollahi@caam.com
nima.habibulahi@caam.com
nolwenn.leroux@caam.com
olivia.asseo@caam.com
olivier.baduel@caam.com
olivier.bizimana@caam.com
olivier.chatelot@caam.com
olivier.desnos@caam.com
olivier.eluere@caam.com
olivier.hache@caam.com
olivier.lebrun@caam.com
olivier.leconte@caam.com
olivier.renard@caam.com
olivier.tailleur@caam.com
ombretta.signori@caam.com
pascal.dessaux@caam.com
pascal.dubreuil@sg.caam.com
pascal.paunovic@caam.com
pascal.poupelle@caam.com
pascal.vernerie@caam.com
patrice.allart@caam.com
patrice.degris@caam.com
patrice.delarrard@caam.com
patrice.piade@caam.com
patricia.bouchard@caam.com
patrick.defraguier@caam.com
patrick.gueguen@caam.com
patrick.guivarch@caam.com
patrick.matagne@caam.com
patrick.simeon@caam.com

**Company & Corresponding Email Addresses**

paul.demey@caam.com
paul-hen.delaportedutheil@caam.com
pgmoucan@caam.com
philippe.busetta@caam.com
philippe.gaspard@caam.com
philippe.guigny@caam.com
philippe.klaskala@caam.com
philippe.mahe@caam.com
philippe.rousseau@caam.com
pierre.boulic@caam.com
pierre.escande@caam.com
pierre.py@caam.com
pierre.savarzeix@caam.com
pierre.thomir@caam.com
przemyslaw.sitarz@caam.com
qian.jiang@caam.com
reine.haslay@caam.com
remy.marcel@caam.com
richard.butler@caam.com
richard.lefebvre@caam.com
richard.lepere@caam.com
rodolphe.leleu@caam.com
roland.coulon@caam.com
romain.munera@caam.com
rozenn.le-cainec@caam.com
samuel.naccache@caam.com
sandra.lourenco@caam.com
sandrine.levallegan@caam.com
sbouchet@caam.com
sebastien.morin@caam.com
severine.delahaye@caam.com
severine.deval@caam.com
sidharth.mahapatra@hk.caam.com
silvia.bocchiotti@caam.com
sophie.nicolas@caam.com
stephane.de-saint-hilaire@caam.com
stephane.desvernay@caam.com
stephane.dubost@caam.com
stephane.dutrey@caam.com
stephane.taillepied@caam.com
stephane.villarme@caam.com
stephanie.floquet@caam.com
stephanie.pless@caam.com
sudeshna.andre@caam.com
sylvie.delaguiche@caam.com
sylvie.gros@caam.com
tanguy.de-la-tullaye@caam.com
tarek.issaoui@caam.com
theodore.dalberti@caam.com
thierry.coste@caam.com
thierry.darmon@caam.com
thierry.ormiere@caam.com
thierry.plaine@caam.com
thomas.gilotte@caam.com

**Company & Corresponding Email Addresses**

thomas.giquel@caam.com
thomas.lapeyre@caam.com
thomas.yeung@hk.caam.com
turpin.senou@caam.com
ugo.domange@caam.com
valentine.ainouz@caam.com
valerie.bardou@caam.com
valerie.phillips@caam.com
valerie.seror@caam.com
vincent.breton@caam.com
vincent.haderer@caam.com
vincent.laguerre@caam.com
vincent.masson@caam.com
viviane.ting@hk.caam.com
xavier.got@caam.com
yacine.benamida@caam.com
yacine.benhamida@caam.com
yannick.quenehen@caam.com
yasmine.debray@caam.com
yves.hausmann@caam.com
yves.kaeppelin@caam.com
yves.perrier@caam.com

**caam-re**

nicolas.simon@caam-re.com
patrick.delataillade@caam-re.com

**caamsgr**

luca.libralato@caamsgr.it
tomaso.corsini@caamsgr.it

**ca-assetmanagement**

anthony.chan@hk.ca-assetmanagement.com
antoine.laurent@ca-assetmanagement.fr
basil.masters@jp.ca-assetmanagement.com
benjamin.scialom@ca-assetmanagement.fr
catherine.mehu@ca-assetmanagement.fr
cecile.philipot@ca-assetmanagement.fr
david.chen@hk.ca-assetmanagement.com
denys.decampigneulles@hk.ca-assetmanagement.com
didier.valade@ca-assetmanagement.fr
emmanuel.bourdeix@ca-assetmanagement.fr
emmanuelle.chastenet@ca-assetmanagement.fr
felix.tan@sg.ca-assetmanagement.com
ibra.wane@ca-assetmanagement.fr
ines.prevot-leygonie@ca-assetmanagement.fr
jerome.antonini@ca-assetmanagement.fr
kwok-on.fung@hk.ca-assetmanagement.com
lionel.lefebvre@ca-assetmanagement.fr
nolwenn.leroux@ca-assetmanagement.fr
pascal.blanque@ca-assetmanagement.fr
patrice.lemonnier@ca-assetmanagement.fr
patrick.carletto@ca-assetmanagement.fr
ray.jovanovich@hk.ca-assetmanagement.com
raymond.chan@hk.ca-assetmanagement.com
sandrine.beyaert@ca-assetmanagement.fr
simon.cao@hk.ca-assetmanagement.com

## Company & Corresponding Email Addresses

valerie.bureau@ca-assetmanagement.fr
vincent.bourdarie@hk.ca-assetmanagement.com
william.chu@hk.ca-assetmanagement.com

### caboto

chiara.fornarola@caboto.it
cristina.castagner@caboto.it
donatella.selva@caboto.it
fabio.ferrando@caboto.it
l.cigognini@caboto.it
mauro.bigotti@caboto.it
valeria.anzoino@caboto.it

### cabotsquare

hmcneill@cabotsquare.com
jclark@cabotsquare.com
rduff@cabotsquare.com

### cadence

bdavis@cadence.com
cutright@cadence.com
eldredge@cadence.com
tram@cadence.com

### cades

christophe.frankel@cades.fr
eric.ralaimiadana@cades.fr
philippe.noel@cades.com
pierre.hainry@cades.com

### cafe

s-hebd@cafe.tc.umn.edu

### cahners

lbrooke@cahners.com

### caicheuvreux

bmaitland@caicheuvreux.com
pwald@caicheuvreux.com

### cail

alexandra.dimitrijevic@cail.lu
bernadette.alexander@cail.lu
caroles.wijstma@cail.lu
charles.emond@cail.lu
elie.flatters@cail.lu
gerard.olivier@cail.lu
lin.chen@cail.lu
maxime.bianconi@cail.lu
pierre.louppe@cail.lu
pilippe.delles@cail.lu
roberto.vogrig@cail.lu
sabine.baton@cail.lu
sylviane.fuzewski@cail.lu
thierry.logier@cail.lu

### cainbrothers

bplank@cainbrothers.com
cbeith@cainbrothers.com
ceverett@cainbrothers.com
jcain@cainbrothers.com
rwang@cainbrothers.com
tsheehan@cainbrothers.com

## Company & Corresponding Email Addresses

### ca-indosuez
abrady@us.ca-indosuez.com
antoine.walter@ca-indosuez.com
benard.steinberg@uk.ca-indosuez.com
bgrabows@us.ca-indosuez.com
dsmith@us.ca-indosuez.com
garry.khasidy@uk.ca-indosuez.com
grussell@us.ca-indosuez.com
gvsanjay@us.ca-indosuez.com
jerome.attali@uk.ca-indosuez.com
jhenry@us.ca-indosuez.com
jramey@us.ca-indosuez.com
jzupan@us.ca-indosuez.com
lmateri@us.ca-indosuez.com
lmercado@us.ca-indosuez.com
lvonreissig@us.ca-indosuez.com
mkalifa@us.ca-indosuez.com
mkogler@us.ca-indosuez.com
mong@us.ca-indosuez.com
pxstone@us.ca-indosuez.com
rhom@ca-indosuez.com
rmanix@us.ca-indosuez.com
rpoushan@us.ca-indosuez.com
sbalakri@us.ca-indosuez.com
tcunning@us.ca-indosuez.com
thasse@us.ca-indosuez.com
thomas.spitz@ca-indosuez.com
vincent.thebault@jp.ca-indosuez.com

### ca-indusuez
brice.benaben@ca-indusuez.com

### ca-investorservices
patrick.lemuet@eu.ca-investorservices.com

### cais
bokny@cais.com
bokny5@cais.com

### caissedesdepots
gerard.cancelier@car.caissedesdepots.fr

### caisse-epargne
antoine.demiramon@cnce.caisse-epargne.fr
arnaud.queffeulou@ceidfp.caisse-epargne.fr
aurelien.labonne@cnce.caisse-epargne.fr
bertrand.faivre@cnce.caisse-epargne.fr
bertrand.tamarelle@cnce.caisse-epargne.fr
cedrik.stoissich@ceral.caisse-epargne.fr
christian.jimenez@ecuvie.caisse-epargne.fr
christiane.marcellier@cnce.caisse-epargne.fr
christophe.lebrun@cnce.caisse-epargne.fr
damien.pommier@cnce.caisse-epargne.fr
didier.ferrand@ceidfp.caisse-epargne.fr
emmanuel.desinety@cnce.caisse-epargne.fr
eric.malard@cepacr.caisse-epargne.fr
fabien.frappart@ceidfp.caisse-epargne.fr
florence.poncharal@cnce.caisse-epargne.fr
francois.chauveau@cnce.caisse-epargne.fr

**Company & Corresponding Email Addresses**

frederic.goupy@cnce.caisse-epargne.fr
frederic.michelet@ceifo.caisse-epargne.fr
hassan.esper@picardie.caisse-epargne.fr
helene.falchier@ecuvie.caisse-epargne.fr
herve.de-bonduwe@ceidfp.caisse-epargne.fr
herve.garnier@cnce.caisse-epargne.fr
isabelle.gaudrat@ceidfp.caisse-epargne.fr
jean-eudes.leleu@ecuvie.caisse-epargne.fr
jean-francois.saudrais@cnce.caisse-epargne.fr
karine.dombre@ceifo.caisse-epargne.fr
laurent.sacksteder@cepacr.caisse-epargne.fr
marc.bounini@cnce.caisse-epargne.fr
nicolas.merindol@cnce.caisse-epargne.fr
olivier.bertin@ceifo.caisse-epargne.fr
patrice.harouimi@cepacr.caisse-epargne.fr
sebastien.didier@picardie.caisse-epargne.fr
selvaggi@cccep.caisse-epargne.fr
stephane.caminati@cnce.caisse-epargne.fr
sylvain.petit@cnce.caisse-epargne.fr
sylvie.bratel@cnce.caisse-epargne.fr
valerie.chevallier-chantepie@ceral.caisse-epargne.fr
vincent.fedelich@picardie.caisse-epargne.fr
vincent.marioni@cnce.caisse-epargne.fr

**caiway**

p.w.haasbroek@caiway.nl

**caixabank**

charles-eric.bauer@caixabank.fr
felipe.clara@caixabank.fr
jfjammes@caixabank.ad

**caixabi**

daniel.amaral@caixabi.pt
ines.chaves@caixabi.pt
paulo.pinto@caixabi.pt

**caixacat**

ferran.scott@caixacat.es
josep-ramon.aixela@caixacat.es
pascal.wojtaszczyk@caixacat.es

**caixacatalunya**

albert.punti@caixacatalunya.es
alex.zanfano@caixacatalunya.es
alfons.pilan@caixacatalunya.es
ana.alcover@caixacatalunya.es
ana-belen.olaya@caixacatalunya.es
angel.tello@caixacatalunya.es
carles.guimera@caixacatalunya.es
casimir.ferrer@caixacatalunya.es
eduard.cuito@caixacatalunya.es
eduard.guito@caixacatalunya.es
gasull.moros@caixacatalunya.es
ivan.comerma@caixacatalunya.es
jacob.albo@caixacatalunya.es
josep.garcia@caixacatalunya.es
lidia.godoy@caixacatalunya.es
lluisgasull@caixacatalunya.es

## Company & Corresponding Email Addresses

marta.figuerola@caixacatalunya.es
matias.torrellas@caixacatalunya.es
nuria.cervello@caixacatalunya.es
oriol.marquina@caixacatalunya.es
xavier.alsina@caixacatalunya.es
xavier.marti@caixacatalunya.es

**caixa-geral**

jvasconceldos@caixa-geral.pt
tribunal@caixa-geral.pt

**caixamanresa**

oriol.dalmau@caixamanresa.es

**caixatarragona**

dgarciaconde@caixatarragona.es
jmmartin@caixatarragona.es
jrnogues@caixatarragona.es

**cajaamdrid**

csalvadm@cajaamdrid.es

**cajadeavila**

alopezpi@cajadeavila.es

**cajadeburgos**

jronda@cajadeburgos.es
rrey@cajadeburgos.es
tesoreria@cajadeburgos.es

**cajaduero**

antonio.antoniles@cajaduero.es
josefrancisco.diaz@cajaduero.es

**cajalaboral**

ainhoa.gallastegui@cajalaboral.es
gaizka.arrazola@cajalaboral.es
inaki.sanjuan@cajalaboral.es
javier.gorronogoitia@cajalaboral.es
joseignacio.uriarte@cajalaboral.es
juanfco.garcia@cajalaboral.es

**cajamadrid**

acaroher@cajamadrid.es
acifueng@cajamadrid.es
afernanq@cajamadrid.es
ahidalgl@cajamadrid.es
alopezma@cajamadrid.es
amarti03@cajamadrid.es
amartinl@cajamadrid.es
apedroal@cajamadrid.es
aperezla@cajamadrid.es
aubedafd@cajamadrid.es
avigilga@cajamadrid.es
balvareo@cajamadrid.es
bizquier@cajamadrid.es
bperezro@cajamadrid.es
bsanchef@cajamadrid.es
calonso@cajamadrid.es
cbarcelm@cajamadrid.es
cbarriel@cajamadrid.es
cbravohe@cajamadrid.es
ccubillm@cajamadrid.es

## Company & Corresponding Email Addresses

choyosru@cajamadrid.es
cmarti03@cajamadrid.es
cragozzi@cajamadrid.es
cstilian@cajamadrid.es
dcastrog@cajamadrid.es
dflormul@cajamadrid.es
eariasro@cajamadrid.es
eaugusts@cajamadrid.es
fariasgo@cajamadrid.es
fcuestab@cajamadrid.es
fhernang@cajamadrid.es
fllorenf@cajamadrid.es
fmagneto@cajamadrid.es
fsilvala@cajamadrid.es
fvicolop@cajamadrid.es
gjimenel@cajamadrid.es
glopezgr@cajamadrid.es
gvalencv@cajamadrid.es
irenartg@cajamadrid.es
isaezgar@cajamadrid.es
isainzar@cajamadrid.es
jarcosar@cajamadrid.es
jartiedg@cajamadrid.es
jbonmato@cajamadrid.es
jcomunia@cajamadrid.es
jcontreg@cajamadrid.es
jdomings@cajamadrid.es
jferna07@cajamadrid.es
jfernanj@cajamadrid.es
jgarci40@cajamadrid.es
jgarciap@cajamadrid.es
jgilsanu@cajamadrid.es
jgonzall@cajamadrid.es
jhernanm@cajamadrid.es
jhinojot@cajamadrid.es
jjimeneu@cajamadrid.es
jknight@cajamadrid.es
jlopez@cajamadrid.es
jlopezdi@cajamadrid.es
jlopezru@cajamadrid.es
jminuesa@cajamadrid.es
jpobletm@cajamadrid.es
jquirosm@cajamadrid.es
lcotillp@cajamadrid.es
lgilgome@cajamadrid.es
lgonzalm@cajamadrid.es
lrodrigs@cajamadrid.es
lsazpena@cajamadrid.es
mamat@cajamadrid.es
marenalb@cajamadrid.es
mbarcenf@cajamadrid.es
mcarocci@cajamadrid.es
mcubill@cajamadrid.es
mdiazele@cajamadrid.es

**Company & Corresponding Email Addresses**

mferrerr@cajamadrid.es
mgarci10@cajamadrid.es
mgonzalv@cajamadrid.es
mherrerg@cajamadrid.es
mpozoloz@cajamadrid.es
mrodri01@cajamadrid.es
mromeroc@cajamadrid.es
nbrown@cajamadrid.es
nramosbe@cajamadrid.es
ogarciap@cajamadrid.es
onunezmo@cajamadrid.es
pbarrabb@cajamadrid.es
pjacostg@cajamadrid.es
ptorreso@cajamadrid.es
purrutij@cajamadrid.es
rgarcesb@cajamadrid.es
rleongar@cajamadrid.es
rmartine@cajamadrid.es
rmartins@cajamadrid.es
rporrasl@cajamadrid.es
rrodrigc@cajamadrid.es
rtorioma@cajamadrid.es
salluemi@cajamadrid.es
scamarea@cajamadrid.es
segrasso@cajamadrid.es
sgallego@cajamadrid.es
sgurich@cajamadrid.es
sredondj@cajamadrid.es
ssanch01@cajamadrid.es
sseoanev@cajamadrid.es
xgonzalc@cajamadrid.es

**cajamdrid**
fvegadia@cajamdrid.es

**cajanavarra**
joaquinmario.oloriz@cajanavarra.es
natalia.rodriguez@cajanavarra.es

**cajarural**
alfonso.guitian@cajarural.com
asier_diez_bce@cajarural.com
gcolino.bce@cajarural.com
ignacio_benlloch_bce@cajarural.com
ignacio_rojas_bce@cajarural.com
jose_garzon_bce@cajarural.com
lvitores.bce@cajarural.com
nidia_murhib_bce@cajarural.com
pablo_lago_bce@cajarural.com
pilar_villaseca_bce@cajarural.com

**cajastur**
jdiezfer@cajastur.es

**calbt**
kimj@calbt.com

**calfed**
autumn.mosteller@calfed.com
bloper@calfed.com

**Company & Corresponding Email Addresses**

dcomanda@calfed.com
luhler@calfed.com
mwalker@calfed.com
rmcarthy@calfed.com
rterzian@calfed.com
sgivans@calfed.com
sliu@calfed.com

**calnational**

btrujillo@calnational.com

**calnationalbank**

lalexander@calnationalbank.com

**calpers**

al_fernandez@calpers.ca.gov
alonzo_white@calpers.ca.gov
andy_drol@calpers.ca.gov
angela_lyons@calpers.ca.gov
anne_boschert@calpers.ca.gov
anny_chen@calpers.ca.gov
arnie_phillips@calpers.ca.gov
arnold_phillips@calpers.ca.gov
arthur_han@calpers.ca.gov
bashar_zacharia@calpers.ca.gov
bashar_zakaria@calpers.ca.gov
brad_stevens@calpers.ca.gov
bridgette_butler@calpers.ca.gov
carl_guidi@calpers.ca.gov
chris_doffing@calpers.ca.gov
chris_gray@calpers.ca.gov
chris_owen@calpers.ca.gov
chuck_lindholm@calpers.ca.gov
chung_wang@calpers.ca.gov
craig_dandurand@calpers.ca.gov
craig_rhines@calpers.ca.gov
cristina_cam@calpers.ca.gov
curtis@calpers.ca.gov
dale_johnson@calpers.ca.gov
dallas_stone@calpers.ca.gov
dan_bienvenue@calpers.ca.gov
dan_kiefer@calpers.ca.gov
david_bach@calpers.ca.gov
david_merwin@calpers.ca.gov
david_schmidt@calpers.ca.gov
dennis_harbison@calpers.ca.gov
derek_hayamizu@calpers.ca.gov
derek_niu@calpers.ca.gov
dianne_sandoval@calpers.ca.gov
don_pontes@calpers.ca.gov
eric_bassesen@calpers.ca.gov
eric_busay@calpers.ca.gov
farouki_majeed@calpers.ca.gov
geraldine_jimenez@calpers.ca.gov
ho_ho@calpers.ca.gov
ian_carew@calpers.ca.gov
ike_michaels@calpers.ca.gov

**Company & Corresponding Email Addresses**

james_chang@calpers.ca.gov
jay_jeong@calpers.ca.gov
jean_hsu@calpers.ca.gov
jeffrey_jaro@calpers.ca.gov
jerry_graber@calpers.ca.gov
jesus_arguelles@calpers.ca.gov
jim_kourkoulakos@calpers.ca.gov
jj@calpers.ca.gov
john_kowalik@calpers.ca.gov
jonathon_o'donnell@calpers.ca.gov
joncarlo_mark@calpers.ca.gov
joseph_jelincic@calpers.ca.gov
joyce_rowan@calpers.ca.gov
justin_scripps@calpers.ca.gov
kelly_forrest@calpers.ca.gov
kevin_winter@calpers.ca.gov
leon_shahinian@calpers.ca.gov
louis_zahorak@calpers.ca.gov
marina_kong@calpers.ca.gov
marina_sun@calpers.ca.gov
mark_yelavich@calpers.ca.gov
mary_cottrill@calpers.ca.gov
mary_low@calpers.ca.gov
mary_nobbe@calpers.ca.gov
melody_wilcox@calpers.ca.gov
michael_dutton@calpers.ca.gov
mike_claybar@calpers.ca.gov
mike_johnson@calpers.ca.gov
nitin_doke@calpers.ca.gov
omid_rezania@calpers.ca.gov
patricia_pinkos@calpers.ca.gov
paul_kramer@calpers.ca.gov
peter_nguyen@calpers.ca.gov
racel_ochoa@calpers.ca.gov
racel_sy@calpers.ca.gov
raymond_venner@calpers.ca.gov
rhonda_webb@calpers.ca.gov
richard_duffy@calpers.ca.gov
rob_grady@calpers.ca.gov
robert_booker@calpers.ca.gov
robert_perez@calpers.ca.gov
russell_read@calpers.ca.gov
scott_whelan@calpers.ca.gov
simiso_nzima@calpers.ca.gov
simon_lim@calpers.ca.gov
stacy_guidry@calpers.ca.gov
steven_carden@calpers.ca.gov
thomas_mcdonagh@calpers.ca.gov
todd_smith@calpers.ca.gov
tom_baker@calpers.ca.gov
tony_lo@calpers.ca.gov
uyen_nguyen@calpers.ca.gov
van_banh@calpers.ca.gov
warren_trepeta@calpers.ca.gov

**Company & Corresponding Email Addresses**

wilson_fong@calpers.ca.gov
yingru_li@calpers.ca.gov

**calsavings**

jgala@calsavings.com

**calstrs**

aiseri@calstrs.com
akhan@calstrs.com
brice@calstrs.com
cailman@calstrs.com
cdisalvo@calstrs.com
cmerlini@calstrs.com
ctyler@calstrs.com
dbergquist@calstrs.com
dcontini@calstrs.com
dng@calstrs.com
ehoyt@calstrs.com
ekwong@calstrs.com
garani@calstrs.com
ghosokawa@calstrs.com
imccarty@calstrs.com
jccrawford@calstrs.com
jcolville@calstrs.com
jdeluca@calstrs.com
jdiedesch@calstrs.com
jhamey@calstrs.com
jperez@calstrs.com
jpetzold@calstrs.com
ksano@calstrs.com
mcunningham@calstrs.com
mmorris@calstrs.com
myager@calstrs.com
oswanigan@calstrs.com
pat_mitchell@calstrs.com
plarrieu@calstrs.com
pshantic@calstrs.com
rlucchesini@calstrs.com
sdhillon@calstrs.com
shussey@calstrs.com
sreichenberg@calstrs.com
stong@calstrs.com
tcutter@calstrs.com
wyee@calstrs.com
yyevsyukova@calstrs.com

**caltrust**

cbrown@caltrust.com
jswain@caltrust.com

**calvert**

cathy.roy@calvert.com
chris.santos@calvert.com
chris.will@calvert.com
dan.hayes@calvert.com
eric.elg@calvert.com
eugene.chen@calvert.com
fatima.batalvi@calvert.com

## Company & Corresponding Email Addresses

gregory.habeeb@calvert.com
jodi.vanvoorhis@calvert.com
john.nichols@calvert.com
josh.evans@calvert.com
matt.nottingham@calvert.com
matthew.duch@calvert.com
mauricio.agudelo@calvert.com
sam.jones@calvert.com
steve.matosziuk@calvert.com
steven.hale@calvert.com
suzanne.tosini@calvert.com
tracy.shafer@calvert.com

### calvertgroup

carmen.reid@calvertgroup.com
michael.abramo@calvertgroup.com
patrick.faul@calvertgroup.com
tom.dailey@calvertgroup.com
tracy.knight@calvertgroup.com

### calyon

a.delazardiere@calyon.com
alan.reynolds@uk.calyon.com
alison.richardson@uk.calyon.com
andrew.watson@calyon.com
antoine.bedin@calyon.com
antoine.chardonduranquet@calyon.com
armand.castiel@calyon.com
athanasios.samaras@calyon.com
aurel.lavedrine@hk.calyon.com
benjamin.jacquard@uk.calyon.com
benoit.delmas@calyon.com
bernard.carayon@calyon.com
bertrand.sentenac@calyon.com
carl.iovine@us.calyon.com
carole.miller@calyon.com
charles.moran@calyon.com
claire.valvona@uk.calyon.com
claude.brassens@calyon.com
cpmtransactions@calyon.com
cyril.louchtchay@calyon.com
cyril.regnat@calyon.com
cyrille.strugarek@calyon.com
david.djipi@calyon.com
david.sinclair@uk.calyon.com
dawn.simes@uk.calyon.com
dominique.blanchard@jp.calyon.com
dominique.fournier@calyon.com
don.peduzzi@uk.calyon.com
edouard.bremond@calyon.com
edouard.esteve@calyon.com
elodie.avarguez@calyon.com
emmanuel.raffner@calyon.com
eric.chevre@calyon.com
eric.gerner@calyon.com
eric.hottelart@calyon.com

**Company & Corresponding Email Addresses**

erik.bogros@uk.calyon.com
fabienne.zamfiresco@calyon.com
gilles.pradere@uk.calyon.com
guillaume.courtines@calyon.com
guillaume.di-paolantonio@calyon.com
guillaume.dupin@calyon.com
guillaume.lattaignant@uk.calyon.com
helene.carregenoud@calyon.com
henri.kuppers@calyon.com
hertam@calyon.com
herve.decampigneulles@calyon.com
isabelle.danet@calyon.com
ishan.kapur@calyon.com
jason.hsiao@us.calyon.com
jean-louis.angelini@calyon.com
jeanluc.lamarque@calyon.com
jean-marc.pinaud@calyon.com
jean-marc.vichard@uk.calyon.com
jeanphilippe.guillerault@calyon.com
jerome.lejamtel@us.calyon.com
julien.petit@uk.calyon.com
kenro.arimoto@jp.calyon.com
laurence.dudon-barbery@calyon.com
lise.kessler@uk.calyon.com
luc.viennet@calyon.com
manish.peshawaria@uk.calyon.com
marc.litzler@calyon.com
marc.reboule@calyon.com
marcus.asante@us.calyon.com
marienoelle.jabain@calyon.com
matthias.kaufling@calyon.com
mauro.calderon@us.calyon.com
michael.fought@uk.calyon.com
michael.sheren@uk.calyon.com
michel.anastassiades@calyon.com
michel.bilger@calyon.com
michel.lefort@calyon.com
michel.robert@calyon.com
michele.fargues@calyon.com
monique.veillerobe@calyon.com
mounir.meslem@calyon.com
nathalie.esnault@calyon.com
olivier.belorgey@calyon.com
olivier.morandduval@calyon.com
olivier.nobile@calyon.com
paolo.torti@us.calyon.com
patrick.couque@calyon.com
patrick.josse@calyon.com
patrick.sarfati@calyon.com
paul.bearman@uk.calyon.com
pauline.carlotti@uk.calyon.com
phil.muldoon@uk.calyon.com
phil.scott@us.calyon.com
philippe.madar@calyon.com

## Company & Corresponding Email Addresses

pierre.harang@calyon.com
pierre.martineu@calyon.com
pierrecyril.calandreau@calyon.com
pierrehenri.floquet@calyon.com
ram.sabri@uk.calyon.com
regis.monfront@uk.calyon.com
rene.mouchotte@calyon.com
robert.wallin@calyon.com
samantha.stephenson@uk.calyon.com
sebastian.hagman@uk.calyon.com
sebastien.monnerotdumaine@it.calyon.com
simon.picard@calyon.com
snehashis.das@hk.calyon.com
soeren.moerch@uk.calyon.com
stanley.chan@hk.calyon.com
stephane.occhipinti@calyon.com
stephanie.bonder@calyon.com
steve.tubb@uk.calyon.com
suicheng.wang@calyon.com
susumu.kato@jp.calyon.com
thierry.sebton@uk.calyon.com
thomas.gadenne@calyon.com
valerie.kuotsingjen@calyon.com
vincent.caillon@calyon.com
virginie.vermeersch@calyon.com
wertheim@us.calyon.com
yedau.ogoundele@calyon.com
zouhair.bechchar@calyon.com

**cam**

aepedros@cam.es
dtjmramos@cam.es
fov6173@red.cam.es
iabellan@cam.es
jcanavatec@gestimed.cam.es
jhn6184@red.cam.es
jlsabatern@cam.es
jsempere@cam.es
jsv6173@red.cam.es
msg6166@red.cam.es
pmm6192@red.cam.es
rma6109@red.cam.es
rmartineza@cam.es
szb6192@red.cam.es

**camamadrid**

malonsog@camamadrid.es

**camarguecapital**

bennspiers@camarguecapital.com

**camasia**

lucas_yeoh@camasia.com.sg

**cambinv**

afinnegan@cambinv.com
courtney@cambinv.com
hthunt@cambinv.com
jamie@cambinv.com

**Company & Corresponding Email Addresses**

**cambonds**
cmencer@cambonds.com
cmeng@cambonds.com
dkarpa@cambonds.com
rgardner@cambonds.com
rhale@cambonds.com
rschneider@cambonds.com
wsloneker@cambonds.com

**cambridgeantibody**
meg.wilson@cambridgeantibody.com

**cambridgeassociates**
cturner@cambridgeassociates.com

**campbellsoup**
adolfo_jimenez@campbellsoup.com
ashok_madhavan@campbellsoup.com
christine_senopoulos@campbellsoup.com
robert_schifner@campbellsoup.com
tim_murphy@campbellsoup.com

**campisisim**
stefano.veneziani@campisisim.com

**campus**
cvillazon@campus.uoc.es

**can**
felipe.izpura@delfos.can.es

**canadalife**
adrian_croft@canadalife.com
andrew_smith@canadalife.com
bill.harer@canadalife.co.uk
bob_morrison@canadalife.com
chandra_mickle@canadalife.com
craig.mcdougall@canadalife.co.uk
david.bradbury@canadalife.co.uk
eleni.poullides@canadalife.co.uk
george_isaac@canadalife.com
graham.taylor@canadalife.co.uk
harold.snow@canadalife.co.uk
jack_alvo@canadalife.com
joseph_morano@canadalife.com
mark.bon@canadalife.co.uk
michael.count@canadalife.co.uk
michael.wosner@canadalife.co.uk
mike.willans@canadalife.co.jp
patricia_noga@canadalife.com
paul.jay@canadalife.co.uk
penny.kemp@canadalife.co.uk
rishul.shah@canadalife.co.uk
roger.dawes@canadalife.co.uk
sunny.vachhani@canadalife.co.uk
tom_drake@canadalife.com

**canal-plus**
christine.ponelle.studio@canal-plus.com
edith.seingier@canal-plus.com
fcarayol@canal-plus.fr
frederic.dossantos@canal-plus.com

## Company & Corresponding Email Addresses

michel.campioni@canal-plus.fr
ochassea@canal-plus.com
xpetit@canal-plus.com

### candw
oam@candw.ky

### cantor
achang@cantor.com
alopchinsky@cantor.com
cdrabin@cantor.com
jadams@cantor.com
jallan@cantor.com
jrandolph@cantor.com
jregan@cantor.com
mbonitto@cantor.com
pvolino@cantor.com
sbischoff@cantor.com
sgolden@cantor.com
sweinand@cantor.com
wcleary@cantor.com

### canyonparteners
phauser@canyonparteners.com

### canyonparters
khrstich@canyonparters.com

### canyonpartners
aba@canyonpartners.com
agoldman@canyonpartners.com
ajray@canyonpartners.com
akawalski@canyonpartners.com
akawalsky@canyonpartners.com
akay@canyonpartners.com
aklaber@canyonpartners.com
asistos@canyonpartners.com
bamatthews@canyonpartners.com
bfaderrattner@canyonpartners.com
bmatthews@canyonpartners.com
cbarrow@canyonpartners.com
cburke@canyonpartners.com
ccourtney@canyonpartners.com
cheine@canyonpartners.com
csheffield@canyonpartners.com
dcontes@canyonpartners.com
djung@canyonpartners.com
dlynch@canyonpartners.com
dmartin@canyonpartners.com
dmielle@canyonpartners.com
dwang@canyonpartners.com
ecohen@canyonpartners.com
ekestenberg@canyonpartners.com
ekim@canyonpartners.com
emiller@canyonpartners.com
epae@canyonpartners.com
fkim@canyonpartners.com
gjikovski@canyonpartners.com
gserrano@canyonpartners.com

**Company & Corresponding Email Addresses**

hchyung@canyonpartners.com
hkim@canyonpartners.com
hsachs@canyonpartners.com
iklinger@canyonpartners.com
iklingler@canyonpartners.com
iweil@canyonpartners.com
jbarzideh@canyonpartners.com
jdavis@canyonpartners.com
jdonfeld@canyonpartners.com
jfetterman@canyonpartners.com
jfriedman@canyonpartners.com
jhersch@canyonpartners.com
jloccisano@canyonpartners.com
jplaga@canyonpartners.com
jrhee@canyonpartners.com
jsimpson@canyonpartners.com
jsingson@canyonpartners.com
jsmith@canyonpartners.com
kchellapa@canyonpartners.com
kchellappa@canyonpartners.com
kfrazeur@canyonpartners.com
kfurutani@canyonpartners.com
kwheeler@canyonpartners.com
lgarshofsky@canyonpartners.com
lmcduffee@canyonpartners.com
lsan@canyonpartners.com
lsilva@canyonpartners.com
mgreen@canyonpartners.com
mhall@canyonpartners.com
mikekao@canyonpartners.com
mjulis@canyonpartners.com
mleyland@canyonpartners.com
mmendo@canyonpartners.com
mprinn@canyonpartners.com
mpuleo@canyonpartners.com
mramirez@canyonpartners.com
msiddiqui@canyonpartners.com
mstroyman@canyonpartners.com
mvalenzano@canyonpartners.com
mwong@canyonpartners.com
nsandler@canyonpartners.com
pbae@canyonpartners.com
pdooley@canyonpartners.com
pheckman@canyonpartners.com
pshah@canyonpartners.com
rcbe@canyonpartners.com
rdryden@canyonpartners.com
rforgues@canyonpartners.com
rguha@canyonpartners.com
riyer@canyonpartners.com
rle@canyonpartners.com
rmyers@canyonpartners.com
rpeirce@canyonpartners.com
rstarling@canyonpartners.com

**Company & Corresponding Email Addresses**

rviyer@canyonpartners.com
sbadlani@canyonpartners.com
sbardack@canyonpartners.com
sfarsi@canyonpartners.com
spho@canyonpartners.com
sreid@canyonpartners.com
tkim@canyonpartners.com
tlemkin@canyonpartners.com
tmo@canyonpartners.com
twirkus@canyonpartners.com
tylin@canyonpartners.com
uyurday@canyonpartners.com
wdahl@canyonpartners.com
xwong@canyonpartners.com
yyoo@canyonpartners.com

**cap**
cburt@cap.com
pkelley@cap.com

**ca-paris**
didier.leboeuf@ca-paris.fr
dominique.chupin@ca-paris.fr
francoise.debrus@ca-paris.fr
laurent.cajgfinger@ca-paris.fr
olivier.rabaux@ca-paris.fr

**capassurance**
jeremy.vessels@capassurance.com

**capco**
ronny.cosijns@capco.com

**capelcuresharp**
jimm@capelcuresharp.co.uk

**capfed**
jdicus@capfed.com
joliver@capfed.com
ktownsend@capfed.com
rjackson@capfed.com

**capgroup**
aag@capgroup.com
aah@capgroup.com
aama@capgroup.com
abbj@capgroup.com
abv@capgroup.com
acp@capgroup.com
adg@capgroup.com
adk@capgroup.com
admm@capgroup.com
ado@capgroup.com
adrd@capgroup.com
aeed@capgroup.com
afb@capgroup.com
agab@capgroup.com
aggs@capgroup.com
aih@capgroup.com
ajg@capgroup.com
ajw@capgroup.com

**Company & Corresponding Email Addresses**

aki@capgroup.com
aks@capgroup.com
akt@capgroup.com
akw@capgroup.com
al_ali@capgroup.com
ala@capgroup.com
alb@capgroup.com
albl@capgroup.com
alex_commissaris@capgroup.com
alexi_maravel@capgroup.com
alrf@capgroup.com
alw@capgroup.com
alxn@capgroup.com
alz@capgroup.com
am@capgroup.com
ampm@capgroup.com
amyr@capgroup.com
andd@capgroup.com
andg@capgroup.com
anne_durgavich@capgroup.com
antb@capgroup.com
aprs@capgroup.com
ar@capgroup.com
arthur_caye@capgroup.com
asb@capgroup.com
ashk@capgroup.com
bah@capgroup.com
bcb@capgroup.com
bco@capgroup.com
betc@capgroup.com
bgg@capgroup.com
bjk@capgroup.com
blp@capgroup.com
bmk@capgroup.com
bnd@capgroup.com
boris_petersik@capgroup.com
brae@capgroup.com
brrb@capgroup.com
brs@capgroup.com
bse@capgroup.com
bwk@capgroup.com
cads@capgroup.com
capc@capgroup.com
cars@capgroup.com
catherine_lord@capgroup.com
cecilia_tjokrosetyo@capgroup.com
cef@capgroup.com
ch@capgroup.com
chapman_taylor@capgroup.com
charles_cymbor@capgroup.com
chf@capgroup.com
chig@capgroup.com
chir@capgroup.com
chm@capgroup.com

**Company & Corresponding Email Addresses**

christina_xanthos@capgroup.com
christine_hathaway@capgroup.com
cht@capgroup.com
ciya@capgroup.com
ckc@capgroup.com
claire_cui@capgroup.com
claudia.rathgeb@capgroup.com
clh@capgroup.com
cljh@capgroup.com
clvo@capgroup.com
cmr@capgroup.com
cnm@capgroup.com
cojs@capgroup.com
colk@capgroup.com
conkkf@capgroup.com
cph@capgroup.com
cr@capgroup.com
ct@capgroup.com
ctm@capgroup.com
cvc@capgroup.com
cxi@capgroup.com
cxxs@capgroup.com
da@capgroup.com
daas@capgroup.com
dad@capgroup.com
dah@capgroup.com
daryl_gomez@capgroup.com
dasl@capgroup.com
david_kang@capgroup.com
davidbetanzos@capgroup.com
ddo@capgroup.com
del@capgroup.com
delb@capgroup.com
dis@capgroup.com
dpa@capgroup.com
dsb@capgroup.com
dts@capgroup.com
dvm@capgroup.com
dxb@capgroup.com
dxjm@capgroup.com
dxp@capgroup.com
eafm@capgroup.com
ebn@capgroup.com
ebr@capgroup.com
ecj@capgroup.com
ecs@capgroup.com
eexb@capgroup.com
egn@capgroup.com
egs@capgroup.com
ejk@capgroup.com
ejo@capgroup.com
elt@capgroup.com
emo@capgroup.com
enk@capgroup.com

**Company & Corresponding Email Addresses**

eoc@capgroup.com
epk@capgroup.com
epp@capgroup.com
eps@capgroup.com
es@capgroup.com
ett@capgroup.com
euc@capgroup.com
evelyne_dennijanto@capgroup.com
evmd@capgroup.com
ey@capgroup.com
fab@capgroup.com
fabc@capgroup.com
fad@capgroup.com
fiw@capgroup.com
fixedincomefails@capgroup.com
fjw@capgroup.com
fmh@capgroup.com
fnm@capgroup.com
frankcst@capgroup.com
fras@capgroup.com
frt@capgroup.com
gc@capgroup.com
gcd@capgroup.com
gd@capgroup.com
gdj@capgroup.com
gei@capgroup.com
ggjm@capgroup.com
gho@capgroup.com
gimd@capgroup.com
gl@capgroup.com
glb@capgroup.com
glp@capgroup.com
gm@capgroup.com
gr@capgroup.com
gww@capgroup.com
gxn@capgroup.com
gzzs@capgroup.com
habib_annous@capgroup.com
hchm@capgroup.com
hit@capgroup.com
hmb@capgroup.com
hmo@capgroup.com
hweber@capgroup.com
id@capgroup.com
idl@capgroup.com
ids@capgroup.com
ilw@capgroup.com
initials@capgroup.com
irf@capgroup.com
irina_goedemans@capgroup.com
is@capgroup.com
jahh@capgroup.com
jasb@capgroup.com
jast@capgroup.com

**Company & Corresponding Email Addresses**

jay_mortenson@capgroup.com
jbb@capgroup.com
jbbf@capgroup.com
jcfm@capgroup.com
jed@capgroup.com
jeeg@capgroup.com
jeetu_panjabi@capgroup.com
jeg@capgroup.com
jennifer_hinman@capgroup.com
jer@capgroup.com
jess@capgroup.com
jett@capgroup.com
jey@capgroup.com
jeyb@capgroup.com
jfr@capgroup.com
jimh@capgroup.com
jinl@capgroup.com
jkd@capgroup.com
jld@capgroup.com
jlf@capgroup.com
jlnc@capgroup.com
jlpo@capgroup.com
jmah@capgroup.com
jmkb@capgroup.com
jmp@capgroup.com
jn@capgroup.com
jnlh@capgroup.com
jny@capgroup.com
joanne_stewart@capgroup.com
joem@capgroup.com
john_smet@capgroup.com
jojs@capgroup.com
jom@capgroup.com
joyce_gallie@capgroup.com
joyp@capgroup.com
jpxw@capgroup.com
jql@capgroup.com
jqx@capgroup.com
jrav@capgroup.com
jrm@capgroup.com
jsb@capgroup.com
jsk@capgroup.com
juaa@capgroup.com
jxw@capgroup.com
jzzg@capgroup.com
kaas@capgroup.com
kar@capgroup.com
kd@capgroup.com
kf@capgroup.com
kfh@capgroup.com
khd@capgroup.com
kima@capgroup.com
kirstie_mcandrew@capgroup.com
kis@capgroup.com

## Company & Corresponding Email Addresses

kju@capgroup.com
kjz@capgroup.com
kkc@capgroup.com
kll@capgroup.com
kmct@capgroup.com
kmp@capgroup.com
krm@capgroup.com
krr@capgroup.com
ktts@capgroup.com
kw@capgroup.com
kxk@capgroup.com
kxt@capgroup.com
kyy@capgroup.com
laam@capgroup.com
lajk@capgroup.com
lar@capgroup.com
laurentius_harrer@capgroup.com
lbt@capgroup.com
leaa@capgroup.com
leeb@capgroup.com
lfo@capgroup.com
lhh@capgroup.com
lms@capgroup.com
lnk@capgroup.com
lom@capgroup.com
lrs@capgroup.com
luke_farrell@capgroup.com
lwn@capgroup.com
madl@capgroup.com
majw@capgroup.com
malb@capgroup.com
manami_kondo@capgroup.com
mark_macdonald@capgroup.com
masashi_yamamoto@capgroup.com
masm@capgroup.com
matc@capgroup.com
mbl@capgroup.com
mch@capgroup.com
mcy@capgroup.com
mddh@capgroup.com
mdp@capgroup.com
mgy@capgroup.com
mhd@capgroup.com
michael_shanahan@capgroup.com
mics@capgroup.com
midk@capgroup.com
miet@capgroup.com
mijb@capgroup.com
mikm@capgroup.com
miv@capgroup.com
mixh@capgroup.com
mk@capgroup.com
mlfr@capgroup.com
monica_nagami@capgroup.com

**Company & Corresponding Email Addresses**

mqb@capgroup.com
mre@capgroup.com
mrm@capgroup.com
mssp@capgroup.com
mtll@capgroup.com
mu@capgroup.com
mvf@capgroup.com
mvl@capgroup.com
naq@capgroup.com
nas@capgroup.com
ncw@capgroup.com
ndw@capgroup.com
neil_campbell@capgroup.com
nick_chen@capgroup.com
nll@capgroup.com
nmw@capgroup.com
np@capgroup.com
ns@capgroup.com
nsdl@capgroup.com
nuk@capgroup.com
nzk@capgroup.com
oliver_edmonds@capgroup.com
pa@capgroup.com
pam@capgroup.com
patonia_wong@capgroup.com
paul_survilla@capgroup.com
paum@capgroup.com
paus@capgroup.com
pcs@capgroup.com
per@capgroup.com
pfg@capgroup.com
philip_scully@capgroup.com
pjh@capgroup.com
plm@capgroup.com
pmm@capgroup.com
pna@capgroup.com
pov@capgroup.com
ptag@capgroup.com
rdw@capgroup.com
rebecca_king@capgroup.com
relk@capgroup.com
rgc@capgroup.com
rgk@capgroup.com
rgm@capgroup.com
rhl@capgroup.com
rhn@capgroup.com
rhs@capgroup.com
ri@capgroup.com
richard_bridges@capgroup.com
rklm@capgroup.com
rnh@capgroup.com
rnl@capgroup.com
rr@capgroup.com
rt@capgroup.com

**Company & Corresponding Email Addresses**

rtt@capgroup.com
rus@capgroup.com
rysc@capgroup.com
sajl@capgroup.com
sauj@capgroup.com
sazs@capgroup.com
sb@capgroup.com
sbcw@capgroup.com
scott_sykes@capgroup.com
sekk@capgroup.com
sheila_ecaille@capgroup.com
shfh@capgroup.com
shgg@capgroup.com
shxc@capgroup.com
simon_steward@capgroup.com
sjs@capgroup.com
sjwm@capgroup.com
slr@capgroup.com
smmh@capgroup.com
smt@capgroup.com
sn@capgroup.com
snst@capgroup.com
spes@capgroup.com
spst@capgroup.com
srw@capgroup.com
ssy@capgroup.com
st@capgroup.com
stb@capgroup.com
stc@capgroup.com
stck@capgroup.com
steven_lotwin@capgroup.com
stmh@capgroup.com
suehyun.kim@capgroup.com
sulp@capgroup.com
syd@capgroup.com
t2t@capgroup.com
taah@capgroup.com
takumi_naito@capgroup.com
tara_torrens@capgroup.com
taralynn_torrens@capgroup.com
tb@capgroup.com
tc@capgroup.com
tda@capgroup.com
tgn@capgroup.com
thb@capgroup.com
thh@capgroup.com
tim_binks@capgroup.com
tim_stark@capgroup.com
tjjb@capgroup.com
tkk@capgroup.com
tls@capgroup.com
tmm@capgroup.com
tn@capgroup.com
todd_james@capgroup.com

**Company & Corresponding Email Addresses**

tom_chang@capgroup.com
toml@capgroup.com
tomoya_aoki@capgroup.com
tony_ho@capgroup.com
tracy_li@capgroup.com
tristan_reid@capgroup.com
trs@capgroup.com
ts@capgroup.com
tsc@capgroup.com
tsw@capgroup.com
ttdd@capgroup.com
tus@capgroup.com
tw@capgroup.com
twt@capgroup.com
usg@capgroup.com
uva@capgroup.com
vdk@capgroup.com
veron_tan@capgroup.com
vickie.taylor@capgroup.com
vk@capgroup.com
vl@capgroup.com
vp@capgroup.com
wem@capgroup.com
wjg@capgroup.com
wkp@capgroup.com
wlr@capgroup.com
wps@capgroup.com
yunguang_li@capgroup.com
zac@capgroup.com
zeg@capgroup.com
zsanae_givens@capgroup.com

**capgrowthmgt**

ccolumb@capgrowthmgt.com
ebragnun@capgrowthmgt.com
eschaefer@capgrowthmgt.com
kenheebner@capgrowthmgt.com
rkemp@capgrowthmgt.com
ssmall@capgrowthmgt.com

**capgrp**

micy@capgrp.com
tamh@capgrp.com

**capis**

jmoeller@capis.com
kdevlin@capis.com
mmolho@capis.com
ndecker@capis.com
rpacheco@capis.com
slamandola@capis.com
wdailey@capis.com

**capitagest**

dipasquale@capitagest.it

**capitaladv**

csmith@capitaladv.com
jwilson@capitaladv.com

## Company & Corresponding Email Addresses

kgoddard@capitaladv.com
mbutts@capitaladv.com
rlofgren@capitaladv.com

### capitalcambridge
twallach@capitalcambridge.com

### capitalconsultantsinc
rogert@capitalconsultantsinc.com

### capitalgateway
jeff@capitalgateway.com
ken@capitalgateway.com

### capitalgest
agodi@capitalgest.it
bargiano@capitalgest.it
basile@capitalgest.it
bertinelli@capitalgest.it
calzoni@capitalgest.it
cinosi@capitalgest.it
cioffi@capitalgest.it
faroni@capitalgest.it
ferri@capitalgest.it
fontana@capitalgest.it
gallina@capitalgest.it
loi@capitalgest.it
maurelli@capitalgest.it
nelli@capitalgest.it
noventa@capitalgest.it
palandi@capitalgest.it
pellegrinelli@capitalgest.it
perazzolo@capitalgest.it
pontoglio@capitalgest.it
porcella@capitalgest.it
titoli@capitalgest.it
tonoli@capitalgest.it
valeri@capitalgest.it

### capitalglobal
alex.popa@capitalglobal.com
czb@capitalglobal.com
ellen.choi@capitalglobal.com
frank.ding@capitalglobal.com
harold.la@capitalglobal.com
johnny.chan@capitalglobal.com
katherine.wee@capitalglobal.com
ken.kojima@capitalglobal.com
kimiko.yamamoto@capitalglobal.com
krmb@capitalglobal.com
paul.li@capitalglobal.com
sung.lee@capitalglobal.com
takanori.nagatomo@capitalglobal.com
taylor.hinshaw@capitalglobal.com
winnie.kwan@capitalglobal.com

### capitalgrwothmgt
dkrause@capitalgrwothmgt.com

### capitalia
a.leccisotti@capitalia.it

**Company & Corresponding Email Addresses**

luigia.campagna@capitalia.it
maddalena.citterio@capitalia.it

**capitalia-am**

alberto.alliney@capitalia-am.com
alberto.castelli@capitalia-am.com
alberto.paccotto@capitalia-am.com
alessandra.drago@capitalia-am.com
alessandra.minghetti@capitalia-am.com
alessandro.castoldi@capitalia-am.com
alessandro.caviglia@capitalia-am.com
alfredo.granata@capitalia-am.com
andrea.bertes@capitalia-am.com
andrea.martinello@capitalia-am.com
andrea.palma@capitalia-am.com
andrea.zaralli@capitalia-am.com
angelo.brizi@capitalia-am.com
angelo.trementozzi@capitalia-am.com
augusto.aggio@capitalia-am.com
bruno.putorti@capitalia-am.com
claudio.canale@capitalia-am.com
corrado.bei@capitalia-am.com
davide.digirolamo@capitalia-am.com
domenico.pirovine@capitalia-am.com
elena.lizzoli@capitalia-am.com
elster.flore@capitalia-am.com
enrico.piccari@capitalia-am.com
fabio.carpentieri@capitalia-am.com
fabio.stolfa@capitalia-am.com
fabrizio.tavernari@capitalia-am.com
francesco.ferrario@capitalia-am.com
franco.ravaglia@capitalia-am.com
g.isolani@capitalia-am.com
gianluca.calvi@capitalia-am.com
gianluca.guidi@capitalia-am.com
gianpaolo.isolani@capitalia-am.com
ginaluca.piacenti@capitalia-am.com
giulio.zaccagnini@capitalia-am.com
giuseppe.perrucci@capitalia-am.com
guido.guzzetti@capitalia-am.com
guido.sibilia@capitalia-am.com
ivan.franceschi@capitalia-am.com
l.tajana@capitalia-am.com
laura.tortosa@capitalia-am.com
leonardo.limiti@capitalia-am.com
licia.bodanzal@capitalia-am.com
lorenzo.cella@capitalia-am.com
lorenzo.tajana@capitalia-am.com
luca.massironi@capitalia-am.com
luca.pepe@capitalia-am.com
lucio.galati@capitalia-am.com
manfredi.senni@capitalia-am.com
manfredo.volterra@capitalia-am.com
manuela.sassoli@capitalia-am.com
marco.cabrini@capitalia-am.com

## Company & Corresponding Email Addresses

marco.morcello@capitalia-am.com
marco.morello@capitalia-am.com
mario.seghelini@capitalia-am.com
mark.pinckney@capitalia-am.com
massimiliano.guttadauro@capitalia-am.com
massimiliano.micheli@capitalia-am.com
matteo.solbiati@capitalia-am.com
maurizio.bucchi@capitalia-am.com
maurizio.cozzolini@capitalia-am.com
maurizio.profeta@capitalia-am.com
paola.latorre@capitalia-am.com
paola.vicari@capitalia-am.com
paolo.adoncecchi@capitalia-am.com
paolo.caruso@capitalia-am.com
pasquale.cattani@capitalia-am.com
pasquale.tripaldi@capitalia-am.com
piermario.cambula@capitalia-am.com
pino.mattioli@capitalia-am.com
raffaele.savi@capitalia-am.com
roberto.mini@capitalia-am.com
roberto.moscone@capitalia-am.com
sandro.volpe@capitalia-am.com
sara.marrocu@capitalia-am.com
sergio.locatelli@capitalia-am.com
sertac.yeltekin@capitalia-am.com
silvia.ciabuschi@capitalia-am.com
suzan.dorul@capitalia-am.com
tilde.tosetti@capitalia-am.com
tiziana.palladini@capitalia-am.com
umberto.crespi@capitalia-am.com
valeria.penco@capitalia-am.com
virginio.nottola@capitalia-am.com

**capitali-am**
alessandro.dall'oglio@capitali-am.com
mariano.gambero@capitali-am.com
nicola.farina@capitali-am.com

**capitalmanagmentcorp**
james.accurso@capitalmanagmentcorp.com

**capitalmgt**
capital@capitalmgt.com

**capitalone**
barry.lai@capitalone.com
dave.willey@capitalone.com

**capitalonebank**
craig.kercho@capitalonebank.com
dina.mabasa@capitalonebank.com
francis.coker@capitalonebank.com
kirk.jackson@capitalonebank.com
laura.watts@capitalonebank.com
richard.chauvin@capitalonebank.com
ross.wales@capitalonebank.com
skip.moeller@capitalonebank.com

**capitalresearch**
bgoodwin@capitalresearch.com

## Company & Corresponding Email Addresses

**capitaltrustltd**
george@capitaltrustltd.com
olga.aburdene@capitaltrustltd.com

**capitalworld**
dina.perry@capitalworld.com
jfj@capitalworld.com
rwl@capitalworld.com
yoko.nakayama@capitalworld.com

**capitglobal**
ross.sappenfield@capitglobal.com

**capmgcp**
bhlong@capmgcp.com
mcfadden@capmgcp.com

**cappgroup**
mom@cappgroup.com

**capraasset**
aarons@capraasset.com
guyh@capraasset.com
nilsn@capraasset.com
research@capraasset.com
susanb@capraasset.com

**capstonefinancial**
dwatson@capstonefinancial.com
jwolf@capstonefinancial.com
ptownsen@capstonefinancial.com
sseverson@capstonefinancial.com

**caqpgroup**
rlf@caqpgroup.com

**carac**
avalimamode@carac.fr
cvialonga@carac.fr
jmstraus@carac.fr
rgravil@carac.fr

**cardcap**
kgray@cardcap.com

**cardif**
bruno.ducros@cardif.fr
david.boutrou@cardif.fr
didier.federle@cardif.fr
eric.bernard@cardif.fr
fabrice.romano@cardif.fr
fabrice.taravant@cardif.fr
gregor.jourdin@cardif.fr
jean-francois.ruggieri@cardif.fr
jean-paul.cheve@cardif.fr
marie.sorlin@cardif.fr
olivier.hereil@cardif.fr
pascal.perrier@cardif.fr
pascal.wolljung@cardif.fr
thomas.blondel@cardif.fr
vincent.salle@cardif.fr

**cargill**
amanda_higgins@cargill.com
andrew_holdsworth@cargill.com

**Company & Corresponding Email Addresses**

andrew_mack@cargill.com
andy_reul@cargill.com
betsy_horton@cargill.com
brad_smith@cargill.com
brian_bajema@cargill.com
daniel_mauer@cargill.com
darrick_ginkel@cargill.com
david_whitcomb@cargill.com
derek_pitt@cargill.com
greg_trebil@cargill.com
gregory_belonogoff@cargill.com
guilherme_schmidt@cargill.com
guillermo_saenger@cargill.com
heather_margolies@cargill.com
ian_lokkerbol@cargill.com
jack_bohn@cargill.com
jamie_colvin@cargill.com
jayolson@cargill.com
jeremy_llewelyn@cargill.com
john_brice@cargill.com
josh_taylor@cargill.com
karlo_ortiz@cargill.com
kelly_burns@cargill.com
kirk_ogren@cargill.com
kristi_richard@cargill.com
lesley_doehr@cargill.com
lesley_phillips@cargill.com
liane_wesson@cargill.com
maria_carolina_amaral@cargill.com
mark_guidinger@cargill.com
martin_smith@cargill.com
miho_yokoyama@cargill.com
nancy_killpatrick@cargill.com
neil_birnie@cargill.com
nicholas_weber1@cargill.com
octavio_garcia@cargill.com
olga_kouznetsova@cargill.com
paul_mullaney@cargill.com
paul_richardson@cargill.com
phyllis_daisey@cargill.com
rory_oneill@cargill.com
sam_essling@cargill.com
samuel_albert@cargill.com
serdar_rebis@cargill.com
stephanie_turner@cargill.com
steven_pumilia@cargill.com
tembora_kardanov@cargill.com
terry_ruppe@cargill.com
todd_urban@cargill.com
tom_serie@cargill.com
yonghoi_koo@cargill.com

**carife**

alberto.soffritti@carife.it
fabrizio_farinatti@carife.it

## Company & Corresponding Email Addresses

luricc@carife.it
stefano.baldazzi@carife.it

### carifirenze

alberto.tarani@carifirenze.it
alessandra.pucci@carifirenze.it
claudio.andretti@carifirenze.it
consulen@carifirenze.it
cristina.pezzati@carifirenze.it
fulvio.innella@carifirenze.it
gp.carifirenze@carifirenze.it
lorenzo.ronchi@carifirenze.it
luciano.tortoli@carifirenze.it
martina.biancardi@carifirenze.it
paolo.bucciarelli@carifirenze.it
paolo.gambassini@carifirenze.it
raoul.maddaleni@carifirenze.it

### carige

emanuela.sessare@carige.it
ennio.lamonica@carige.it
enrico.cardani@carige.it
finanza@carige.it
giacomo.burro@carige.it
giambattista.pesce@carige.it
gianbattista.pesce@carige.it
maurizio.maoramarco@carige.it
paolo.boretti@carige.it

### carigesgr

pventuri@carigesgr.it

### carinalli

charlie@carinalli.com

### cariplo

basil.cassini@cariplo.com
riccardodirenzo@cariplo.it

### caript

elisabetta.parlanti@caript.it
gianfranco.niccolai@caript.it

### carisp

daniele.carabini@carisp.sm
federico.micheloni@carisp.sm
giuseppe.buoncompagni@carisp.sm
info@carisp.sm
luca.faggian@carisp.sm
luca.simoni@carisp.sm
maurizio.morolli@carisp.sm

### carispcesena

amancini@carispcesena.it

### cariverona

giuseppe_mignogna@cariverona.it
guisppe_franceschetti@cariverona.it
massimo_franco_andreoli@cariverona.it

### carlsberg

fredrik.aberg@carlsberg.com
investor.relations@carlsberg.com
jorn.p.jensen@carlsberg.com

**Company & Corresponding Email Addresses**

mikael.bolarsen@carlsberg.com
nils.anderson@carlsberg.com
paul.berquist@carlsberg.com

**carlton**

cliff.hide@carlton.com
gabywilliams@carlton.com

**carnegie**

anders.borchsenius@carnegie.dk
brask@carnegie.dk
christian.sibbesen@carnegie.dk
henrik.muthel@carnegie.dk
kristian.greisen@carnegie.dk
ricsun@carnegie.se
ulftos@carnegie.se

**carnegieam**

bk@carnegieam.dk
bs@carnegieam.dk
hah@carnegieam.dk
hb@carnegieam.dk
hbg@carnegieam.dk
hh@carnegieam.dk
kaj@carnegieam.dk
kkn@carnegieam.dk
lw@carnegieam.dk
mgm@carnegieam.dk
mk@carnegieam.dk
mpl@carnegieam.dk
mr@carnegieam.dk
ms@carnegieam.dk
mw@carnegieam.dk
pg@carnegieam.dk
rd@carnegieam.dk
tk@carnegieam.dk

**carnival**

broberts@carnival.com
jborder@carnival.com
lfreedman@carnival.com

**carol**

canderson@carol.net

**carolinafirst**

ben.toole@carolinafirst.com
dcrawfor@carolinafirst.com
james.monroe@carolinafirst.com
jonathan.taylor@carolinafirst.com
matthew.jaeggli@carolinafirst.com
peter.stoffelen@carolinafirst.com
selena.given@carolinafirst.com

**carrefour**

alessandra_girolami@carrefour.com
claire_lise_berger@carrefour.com
jean_michel_garrigue@carrefour.com
jose_louis_duran@carrefour.com
matthieu_de_bergeyck@carrefour.com
patrice_moulin@carrefour.com

## Company & Corresponding Email Addresses

pierre_mainoldi@carrefour.com
reginald_gillet@carrefour.fr
vincent_barucq@carrefour.com
virginie_blin@carrefour.com

### carret
wreisner@carret.com

### carson
paulinel@carson.com.hk

### carval
christopher.lyche@carval.com
isabel.luo@carval.com
jan.peters@carval.com
maciej.woznica@carval.com
mrk.sorensen@carval.com
sean.goudy@carval.com
vinh-tuan.ngo@carval.com

### casgrain
gcasgrain@casgrain.ca

### cassalombarda
andrea.personeni@cassalombarda.it
c.terzano@cassalombarda.it
d.carettoni@cassalombarda.it
f.rossetti@cassalombarda.it
f.scala@cassalombarda.it
f.vezzani@cassalombarda.it
g.colacicco@cassalombarda.it
g.lucchelli@cassalombarda.it
m.ragni@cassalombarda.it
m.saurgnani@cassalombarda.it
m.trabaldo@cassalombarda.it
mattia.donadeospada@cassalombarda.it
p.ricci@cassalombarda.it
r.pedon@cassalombarda.it

### castberg
anders.stang@castberg.com

### ca-suisse
alessandro.conrad@ca-suisse.com
alexander.shargorodsky@ca-suisse.com
antonia.morgan@ca-suisse.com
brigitte.turin@ca-suisse.com
christian.evain@ca-suisse.com
daniel.fontannaz@ca-suisse.com
davis.hall@ca-suisse.com
emanuela.caruzzofeijoo@ca-suisse.com
fremond@ca-suisse.com
georges.spirig@ca-suisse.com
jarka.saidi@ca-suisse.com
jean-marc.montlahuc@ca-suisse.com
jose.gonzalez@ca-suisse.com
karim.derleth@ca-suisse.com
marc.libourel@ca-suisse.com
olivier.passeri@ca-suisse.com
olivier.tempia-caliera@ca-suisse.com
paolo.lampugnani@ca-suisse.com

**Company & Corresponding Email Addresses**

patrice.morin@ca-suisse.com
paul.bawab@ca-suisse.com
pcornet@ca-suisse.com
portfolio.management@ca-suisse.com
rani.jabban@ca-suisse.com
reto.jaeggli@ca-suisse.com
roberto.brero@ca-suisse.com
shannon.jaggi@ca-suisse.com
simon.vallotto@ca-suisse.com
suzanne.kitscha-lambillon@ca-suisse.com
sylveline.besson@ca-suisse.com
ute.schulthess@ca-suisse.com
yacine.zarrouk@ca-suisse.com

**cat**
banks_steven_m@cat.com
bomberger_david_l@cat.com
cara_vlad@cat.com
howard_damian@cat.com
kaczmarek_bryce_e@cat.com
urban_charles_t@cat.com
yoder_keith_d@cat.com

**catella**
gustaf.sjogren@catella.se
jesper.bo@catella.dk
mikael.haneli@catella.se
morten.gustafson@catella.dk

**cater-allen**
alexs@cater-allen.co.uk
paul.berry@cater-allen.co.uk
paulb@cater-allen.co.uk
pauls@cater-allen.co.uk
phillip_gottlick@cater-allen.co.uk
richardc@cater-allen.co.uk
stevel@cater-allen.co.uk

**caterpillar**
andyfinks@caterpillar.com

**catfinance**
info@catfinance.ch

**cathaybank**
dennis_kwok@cathaybank.com
eva_chan@cathaybank.com
javier_otoya@cathaybank.com
joyce_kuo@cathaybank.com
maureen_wong@cathaybank.com

**cathaybk**
louis.yang@cathaybk.com.tw

**cathayconsult**
industry@cathayconsult.com.tw
suspeed@cathayconsult.com.tw

**cathay-ins**
chialig@cathay-ins.com.tw

**cathaylife**
3200102@cathaylife.com.tw
allenchen@cathaylife.com.tw

## Company & Corresponding Email Addresses

allenlee@cathaylife.com.tw
andrewhuang@cathaylife.com.tw
andyhung@cathaylife.com.tw
andytsai@cathaylife.com.tw
cc11018@cathaylife.com.tw
ccchiang@cathaylife.com.tw
changyau@cathaylife.com.tw
chenms@cathaylife.com.tw
chian@cathaylife.com.tw
chinglan@cathaylife.com.tw
chiyahua@cathaylife.com.tw
chunanlin@cathaylife.com.tw
cindytseng@cathaylife.com.tw
claireteng@cathaylife.com.tw
clchang@cathaylife.com.tw
cyl@cathaylife.com.tw
daryl@cathaylife.com.tw
derrickyang@cathaylife.com.tw
doris_sh_wang@cathaylife.com.tw
eric_chao@cathaylife.com.tw
ericshih0621@cathaylife.com.tw
erictsai@cathaylife.com.tw
ethanchao@cathaylife.com.tw
ethanhuang@cathaylife.com.tw
euphoria@cathaylife.com.tw
g8852014@cathaylife.com.tw
howardtsai@cathaylife.com.tw
hschang@cathaylife.com.tw
hsenyehwu@cathaylife.com.tw
hugh@cathaylife.com.tw
ib@cathaylife.com.tw
ivan.lin@cathaylife.com.tw
ivanwang@cathaylife.com.tw
jameshsueh@cathaylife.com.tw
jasontsai@cathaylife.com.tw
jeffyu@cathaylife.com.tw
jerry_hsin@cathaylife.com.tw
jimyang@cathaylife.com.tw
joelin@cathaylife.com.tw
joycelee@cathaylife.com.tw
kai@cathaylife.com.tw
karenhsu@cathaylife.com.tw
kenwang@cathaylife.com.tw
laida620@cathaylife.com.tw
leowu@cathaylife.com.tw
lisa_lin@cathaylife.com.tw
maggieyc@cathaylife.com.tw
markhsu@cathaylife.com.tw
meganhuang@cathaylife.com.tw
mia0621@cathaylife.com.tw
mirogoya@cathaylife.com.tw
nevalin@cathaylife.com.tw
ninafeng@cathaylife.com.tw
oscar_huang@cathaylife.com.tw

## Company & Corresponding Email Addresses

owenchang@cathaylife.com.tw
owenkuo@cathaylife.com.tw
paulachen@cathaylife.com.tw
ping_lin@cathaylife.com.tw
pyopyo@cathaylife.com.tw
rebecca_chu@cathaylife.com.tw
rebekah@cathaylife.com.tw
rhn49225@cathaylife.com.tw
rodney@cathaylife.com.tw
ruping@cathaylife.com.tw
sophiawang@cathaylife.com.tw
stsai1@cathaylife.com.tw
sychuang@cathaylife.com.tw
thomasliao@cathaylife.com.tw
tongli@cathaylife.com.tw
tt@cathaylife.com.tw
vader@cathaylife.com.tw
vickie@cathaylife.com.tw
vincent_yu@cathaylife.com.tw
viviku@cathaylife.com.tw
wayc2k@cathaylife.com.tw
wenlee@cathaylife.com.tw
williamchung@cathaylife.com.tw
wushuying@cathaylife.com.tw
ylw@cathaylife.com.tw

**cathaysite**
vincent@cathaysite.com.tw

**cathlife**
5100000@cathlife.com.tw
6700000@cathlife.com.tw

**catholicknights**
russ@catholicknights.com

**cattolicaassicurazioni**
adriano.castagnetti@cattolicaassicurazioni.it
alberto.zoico@cattolicaassicurazioni.it
alessandro.menegus@cattolicaassicurazioni.it
andrea.bombieri@cattolicaassicurazioni.it
andrea.lisi@cattolicaassicurazioni.it
antonio.crisafulli@cattolicaassicurazioni.it
chiara.adria@cattolicaassicurazioni.it
damiano.fusina@cattolicaassicurazioni.it
emmanuel.meyer@cattolicaassicurazioni.it
francesca.tonegato@cattolicaassicurazioni.it
giovanni.berti@cattolicaassicurazioni.it
mario.cavaggioni@cattolicaassicurazioni.it
mattia.calzolari@cattolicaassicurazioni.it
piero.gavazzi@cattolicaassicurazioni.it

**cavanalhill**
eloi@cavanalhill.com
mkitchen@cavanalhill.com
mmaurer@cavanalhill.com
probertson@cavanalhill.com
rwilliams@cavanalhill.com

**cavcap**

**Company & Corresponding Email Addresses**

jmdugan@cavcap.com
mbrune@cavcap.com
sshutz@cavcap.com
tgraff@cavcap.com

**caxton**

aangeles@caxton.com
abrehm@caxton.com
aciocon@caxton.com
acottone@caxton.com
adelrio@caxton.com
agurevich@caxton.com
akassan@caxton.com
akrok@caxton.com
amenson@caxton.com
ametzger@caxton.com
anappo@caxton.com
aradick@caxton.com
arennert@caxton.com
asacher@caxton.com
aschlesinger@caxton.com
aschlessinger@caxton.com
awilliams@caxton.com
bbinder@caxton.com
bboral@caxton.com
bbrill@caxton.com
bcumiskey@caxton.com
bernagozzi@caxton.com
bgibson@caxton.com
blwong@caxton.com
bmccoy@caxton.com
boswald@caxton.com
bpopadiuk@caxton.com
braithd@caxton.com
brutkowsky@caxton.com
bschell@caxton.com
bturney@caxton.com
bvallely@caxton.com
cardis@caxton.com
cdavis@caxton.com
cgeraci@caxton.com
charris@caxton.com
chart@caxton.com
cjacobson@caxton.com
cllloyd@caxton.com
clocastro@caxton.com
cmetz@caxton.com
cmosquera@caxton.com
codonnell@caxton.com
cschiavone@caxton.com
csiegel@caxton.com
dchan@caxton.com
ddownes@caxton.com
dgouchoe@caxton.com
dlascano@caxton.com

## Company & Corresponding Email Addresses

dmcmurry@caxton.com
edabora@caxton.com
ehedenburg@caxton.com
ehilzenrath@caxton.com
eklodnicki@caxton.com
ekopera@caxton.com
em@caxton.com
escheyer@caxton.com
ffisher@caxton.com
fhalili@caxton.com
gfung@caxton.com
gglasser@caxton.com
gmoser@caxton.com
gsherry@caxton.com
hlehr@caxton.com
id@caxton.com
iepstein@caxton.com
igoicochea@caxton.com
itousignant@caxton.com
jbeloin@caxton.com
jbiggs@caxton.com
jcecil@caxton.com
jchanis@caxton.com
jcoirollo@caxton.com
jdenci@caxton.com
jenslin@caxton.com
jforbes@caxton.com
jleale@caxton.com
jmakin@caxton.com
jmartin@caxton.com
jmccarthy@caxton.com
jmcfadden@caxton.com
jnoto@caxton.com
jrieger@caxton.com
jrubenstein@caxton.com
jscharf@caxton.com
jsmith@caxton.com
jwolfe@caxton.com
jyang@caxton.com
jyatsko@caxton.com
kbarry@caxton.com
kbridgers@caxton.com
kcross@caxton.com
kevina@caxton.com
kfeuerman@caxton.com
kjanetzko@caxton.com
kjoseph@caxton.com
kpiznak@caxton.com
krader@caxton.com
ksinha@caxton.com
larpaia@caxton.com
lcardonick@caxton.com
ldeyoe@caxton.com
lengelhardt@caxton.com

## Company & Corresponding Email Addresses

ljohnson@caxton.com
lsperling@caxton.com
luhl@caxton.com
lvozza@caxton.com
mbellini@caxton.com
mbenaviv@caxton.com
mcohen@caxton.com
mcooke@caxton.com
mdelucia@caxton.com
melgawly@caxton.com
mfemia@caxton.com
mhaddad@caxton.com
mhoffman@caxton.com
mlabisi@caxton.com
mlaflamme@caxton.com
mmaffattone@caxton.com
mmckenna@caxton.com
mmiller@caxton.com
mnisimov@caxton.com
mpark@caxton.com
mpeck@caxton.com
mpresto@caxton.com
mrietbrock@caxton.com
mschrage@caxton.com
msparks@caxton.com
mstasik@caxton.com
myoung@caxton.com
nmarzella@caxton.com
nrusso@caxton.com
nsherron@caxton.com
nyang@caxton.com
pbarno@caxton.com
pchakany@caxton.com
pdangelo@caxton.com
pdegreeve@caxton.com
plin@caxton.com
pmurray@caxton.com
psmith@caxton.com
pstubbs@caxton.com
pyepes@caxton.com
rarendt@caxton.com
rbansal@caxton.com
rbrown@caxton.com
rcolicchio@caxton.com
rdamato@caxton.com
rferraioli@caxton.com
rfrancello@caxton.com
rfrangella@caxton.com
rlatour@caxton.com
rlennox@caxton.com
rmarks@caxton.com
rmcintosh@caxton.com
rmorino@caxton.com
rmueller@caxton.com

**Company & Corresponding Email Addresses**

rpreston@caxton.com
rshalhoub@caxton.com
rtaylor@caxton.com
rwedeking@caxton.com
sachse@caxton.com
schacko@caxton.com
schen@caxton.com
sfinley@caxton.com
sgrossman@caxton.com
sherrera@caxton.com
siscovick@caxton.com
skappagoda@caxton.com
skiernan@caxton.com
smalik@caxton.com
sosullivan@caxton.com
spetras@caxton.com
spratsides@caxton.com
sproffitt@caxton.com
spurushothman@caxton.com
srobbins@caxton.com
ssegarra@caxton.com
ssiegal@caxton.com
tcostello@caxton.com
tferris@caxton.com
tjackson@caxton.com
tklimes@caxton.com
tkoether@caxton.com
tmoore@caxton.com
tnavasardian@caxton.com
tostlund@caxton.com
tstrom@caxton.com
ttoth@caxton.com
twilson@caxton.com
vborue@caxton.com
vgallo@caxton.com
vmeschoulam@caxton.com
vpalumbo@caxton.com
vpande@caxton.com
vvarma@caxton.com
wgadsden@caxton.com
whill@caxton.com
ykuru@caxton.com
ysasaki@caxton.com
ywan@caxton.com
ztucker@caxton.com

**caxtonadvantage**

eroberts@caxtonadvantage.com
rleheny@caxtonadvantage.com
smorenstein@caxtonadvantage.com

**caxtonhealth**

bbooth@caxtonhealth.com
jrao@caxtonhealth.com
lscott@caxtonhealth.com
rchristie@caxtonhealth.com

## Company & Corresponding Email Addresses
rfoster@caxtonhealth.com

### caxton-iseman
rraval@caxton-iseman.com
slefkowitz@caxton-iseman.com

### caxtonrvh
avi@caxtonrvh.com
james@caxtonrvh.com
jiang@caxtonrvh.com
jimmy@caxtonrvh.com
josh@caxtonrvh.com
tiffany@caxtonrvh.com

### caylon
jean-marc.vichard@caylon.com
schluraff@us.caylon.com

### cazenove
bdholcombe@cazenove.com
chris.rice@cazenove.com
ddocherty@cazenove.com
eaccottrell@cazenove.com
firstinitialsurname@cazenove.com
gary.friend@cazenove.com
james.downey@cazenove.com
jdean@cazenove.com
koen.molineaux@cazenove.com
macollins@cazenove.com
martin.day@cazenove.com
mhudson@cazenove.com
mlangmead@cazenove.com
mtimmins@cazenove.com
simon.somerville@cazenove.com
stephen.nash@cazenove.com
trussell@cazenove.com
twaters@cazenove.com

### cazenovecapital
arvind.sabharwal@cazenovecapital.com
christopher.greaves@cazenovecapital.com
melanie.jenkins@cazenovecapital.com
morten.herholdt@cazenovecapital.com
peter.harvey@cazenovecapital.com
thant.han@cazenovecapital.com
wade.pollard@cazenovecapital.com

### cba
basil.stefanidis@cba.com.au
bryan.lynskey@cba.com.au
clare.lewis@cba.com.au
clayton.watt@cba.com.au
corsoj@cba.com.au
coxad@cba.com.au
daryl.mcclure@cba.com.au
deadmaga@cba.com.au
emma.kober@cba.com.au
garfield.lee@cba.com.au
gavin.stacey@cba.com.au
graham.raward@cba.com.au

**Company & Corresponding Email Addresses**

heejin.baek@cba.com.au
james.connell@cba.com.au
james.lin@cba.com.au
james.scott@cba.com.au
joelle.mekers@cba.com.au
kippinb@cba.com.au
linda.smith@cba.com.au
marcus.grimm@cba.com.au
matthew.bacon-hall@cba.com.au
michael.cook@cba.com.au
mike.moran@cba.com.au
nicky.parsons@cba.com.au
nicollsi@cba.com.au
oflynnan@cba.com.au
philip.christie@cba.com.au
philip.rands@cba.com.au
richard.kassaby@cba.com.au
stuart.grimshaw@cba.com.au
thomas.agus@cba.com.au
tony.butera@cba.com.au

**cbandt**

brian.stivers@cbandt.com

**cbb**

abukhowa@cbb.gov.bh
ahmedalsomaim@cbb.gov.bh

**cbc**

acctfx@mail.cbc.gov.tw
cbc08208@mail.cbc.gov.tw
cbc10177@mail.cbc.gov.tw
cbc11235@mail.cbc.gov.tw
cbc12348@mail.cbc.gov.tw
chesterh@mail.cbc.gov.tw
chiang@mail.cbc.gov.tw
chihping@mail.cbc.gov.tw
chingsu@mail.cbc.gov.tw
chingtai@mail.cbc.gov.tw
chkuan@mail.cbc.gov.tw
chlei@mail.cbc.gov.tw
chou@mail.cbc.gov.tw
cmtsai@mail.cbc.gov.tw
c-sophie@mail.cbc.gov.tw
cyang1301@mail.cbc.gov.tw
fengyuan@mail.cbc.gov.tw
fnperng@mail.cbc.gov.tw
franktsai@mail.cbc.gov.tw
fx@cbc.gov.tw
graceliu65@mail.cbc.gov.tw
hortense@mail.cbc.gov.tw
hsiam@mail.cbc.gov.tw
hyen@mail.cbc.gov.tw
ichun@mail.cbc.gov.tw
ishuans@mail.cbc.gov.tw
jackchen@mail.cbc.gov.tw
jacklin@mail.cbc.gov.tw

**Company & Corresponding Email Addresses**

jj_shan@mail.cbc.gov.tw
johnyu@mail.cbc.gov.tw
judie@mail.cbc.gov.tw
jychen@mail.cbc.gov.tw
katylin@mail.cbc.gov.tw
kuoeric@mail.cbc.gov.tw
lcho@mail.cbc.gov.tw
mengtze@mai.cbc.gov.tw
miao@mail.cbc.gov.tw
michael.yhy@mail.cbc.gov.tw
michelle@mail.cbc.gov.tw
morihuang@mail.cbc.gov.tw
myeh@mail.cbc.gov.tw
pei0426@mail.cbc.gov.tw
serena@mail.cbc.gov.tw
shuchen@mail.cbc.gov.tw
sinclairkung@mail.cbc.gov.tw
square@mail.cbc.gov.tw
sslu@mail.cbc.gov.tw
stevenliu@mail.cbc.gov.tw
sylvia@mail.cbc.gov.tw
tinalin@mail.cbc.gov.tw
websterhung@mail.cbc.gov.tw
wei106@mail.cbc.gov.tw
wpeishan@mail.cbc.gov.tw
yawlee@mail.cbc.gov.tw

**cbcf**
joseph.swanson@cbcf.com

**cbcf-net**
bob.strasz@cbcf-net.com
cathy.lancaster@cbcf-net.com
charlie.christy@cbcf-net.com
chris.wheeler@cbcf-net.com
dan.czmer@cbcf-net.com
martin.grunst@cbcf-net.com
steve.schlott@cbcf-net.com

**cbcm**
adam_katz@cbcm.com
alexander_shklyarevsky@cbcm.com
bill_kavaler@cbcm.com
carmine_urciuoli@cbcm.com
christine_martins@cbcm.com
david_knesich@cbcm.com
david_madon@cbcm.com
eric_langille@cbcm.com
george_steelman@cbcm.com
gretchen_rodkey@cbcm.com
matthew_walczuk@cbcm.com
monty_gandhi@cbcm.com
naresh.malhotra@cbcm.com
paul_shottes@cbcm.com
phoebe_yen@cbcm.com
raj_dave@cbcm.com

**cbd**

**Company & Corresponding Email Addresses**

alanh@cbd.ae
deepak@cbd.ae
faiselq@cbd.ae
matassi@cbd.ae
ramani@cbd.ae
ramezm@cbd.ae

**cbimd**

john.marshall@cbimd.co.uk

**cbk**

davis@cbk.com
kkulanghat@cbk.com
maymudhaf@cbk.com

**cbnm**

christopherp@cbnm.com
davidb@cbnm.com
scott@cbnm.com

**cbo-oman**

alkitany@cbo-oman.org

**cbt**

trabelsi@cbt.com

**cbt-alabama**

davidthompson@cbt-alabama.com

**cbve**

andreas.brogle@cbve.com
bernhard.maendli@cbve.com
bernhard.studer@cbve.com
daniel.steiner@cbve.com
evangelos.ioannides@cbve.com
joerg.lehmann@cbve.com
john.jemielewski@cbve.com
martin.allenbach@cbve.com
nicole.suter@cbve.com
nina.kupferschmied@cbve.com
oliver.naas@cbve.com
pascal.hotz@cbve.com
peter.krismer@cbve.com
philipp.ulrich@cbve.com
rene.halter@cbve.com
stephan.brunner@cbve.com
thomas.schmidt@cbve.com
trivan.mathur@cbve.com
urs.schwarz@cbve.com
walo.meyer@cbve.com
walter.reger@cbve.com

**ccastrategies**

jake.abry@ccastrategies.com
rick.grossman@ccastrategies.com
scott.lorang@ccastrategies.com

**cccall**

frankc@woodstock.cccall.com

**cccm**

curetmf@cccm.creditmutuel.fr

**ccf**

aleleux@ccf.com

**Company & Corresponding Email Addresses**

llogi@ccf.com

**cchbc**

melina.androutsopoulou@cchbc.com

**ccoinvest**

john.benevides@ccoinvest.com

**ccr**

berengere.carmenen@ccr.fr

emarty@ccr.fr

gerard.boulier@ccr.fr

pcoumes@ccr.fr

**ccrgestion**

ebourguignon@ccrgestion.fr

jfcleren@ccrgestion.fr

**cd**

ab@cd.com

**cdcixis-amau**

kwest@cdcixis-amau.com

**cdcixis-ccm**

aschmidt@cdcixis-ccm.com

**cdcixis-cm**

cimmel@cdcixis-cm.com

oferial@cdcixis-cm.com

skleeberg@cdcixis-cm.com

tlay@cdcixis-cm.com

yneto@cdcixis-cm.com

**cdcna**

kelba@cdcna.com

**cdn**

daniel.vert@cdn.fr

**cdrfp**

jeff.miller@cdrfp.com

scotts@cdrfp.com

**ceca**

abravoji@ceca.es

alechuga@ceca.es

arodrima@ceca.es

eserra@ceca.es

evelasco@ceca.es

fmata@ceca.es

jbonet@ceca.es

jdecarlo@ceca.es

jdisanto@ceca.es

jgomezg@ceca.es

jhiguera@ceca.es

jmarabar@ceca.es

jpedrero@ceca.es

jvelamaz@ceca.es

jverdugo@ceca.es

marranz@ceca.es

mbadia@ceca.es

mferser@ceca.es

mmurrayc@ceca.es

rpinedo@ceca.com

**cedarbarn**

**Company & Corresponding Email Addresses**

jgalowski@cedarbarn.com

**cedarrockcapital**
andy.brown@cedarrockcapital.com
mark.husson@cedarrockcapital.com
nicholas.tingley@cedarrockcapital.com
tom.wilkins@cedarrockcapital.com
yavuz.arikan@cedarrockcapital.com

**cencorpcu**
lgassen@cencorpcu.com
rchase@cencorpcu.com

**cendantmortgage**
bud.ryan@cendantmortgage.com
dave.giancoli@cendantmortgage.com
sanjay.dhawan@cendantmortgage.com

**cenlar**
gtornquist@cenlar.com
plebas@cenlar.com
swilliamson@cenlar.com

**centaurus-capital**
claire@centaurus-capital.com

**centex**
vroberts@centex.com

**centrabank**
klemley@centrabank.com

**centralbank**
bsd@centralbank.ie
don_perdue@centralbank.net
leanne_kampeter@centralbank.net
marlambr@centralbank.gov.cy
mike_mccoy@centralbank.net
phylos_sandison@centralbank.net
syrichas@centralbank.gov.cy
will_white@centralbank.net

**central-bank**
rbishop@central-bank.org.tt

**centrobanca**
d.zampar@centrobanca.it
m.motta@centrobanca.it
m.uboldi@centrobanca.it
o.rossini@centrobanca.it

**centroleasing**
rodolfo_liccione@centroleasing.it

**centrosim**
a.braga@centrosim.it
c.belotti@centrosim.it
c.bernasconi@centrosim.it
c.capotorti@centrosim.it
f.abbattista@centrosim.it
g.caramia@centrosim.it
m.calzolari@centrosim.it

**centrumbank**
bruno.huwyler@centrumbank.li
dieter.musielak@centrumbank.com
hdl@centrumbank.li

**Company & Corresponding Email Addresses**

heino.hoch@centrumbank.com
hermann.neusuess@centrumbank.li
matthias.troesch@centrumbank.li
patricia.zechner@centrumbank.com
peter.metzler@centrumbank.com
philip.wright@centrumbank.com
rino.cantele@centrumbank.li
stefan.laternser@centrumbank.com

**century-bank**

jsloane@century-bank.com
kmartin@century-bank.com
whornby@century-bank.com

**ceredexvalue**

brett.barner@ceredexvalue.com
charlie.carter@ceredexvalue.com
cody.smith@ceredexvalue.com
don.wordell@ceredexvalue.com
hein.hanekom@ceredexvalue.com
jennifer.graff@ceredexvalue.com
michael.gaudio@ceredexvalue.com
mills.riddick@ceredexvalue.com
nickie.guidry@ceredexvalue.com
rohit.dewan@ceredexvalue.com
sarah.thompson@ceredexvalue.com

**ceresiobank**

boris.bizzozero@ceresiobank.com
borsa@ceresiobank.com
christian.weiz@ceresiobank.com
giacomo.foglia@ceresiobank.com
mail@ceresiobank.com
orfeo.mazzella@ceresiobank.com
tiziano.brianza@ceresiobank.com
uge@ceresiobank.com

**ceridian**

anne.g.kominek@ceridian.com
carrie.cray@ceridian.com
james.rochat@ceridian.com
john.street@ceridian.com
maggie.nguyen@ceridian.com
nancy.a.stewart@ceridian.com
treasuryresearch@ceridian.com

**certiumllc**

chad.deakins@certiumllc.com

**certusmgt**

ctowne@certusmgt.com
dsoldatis@certusmgt.com
jaiello@certusmgt.com
jmiles@certusmgt.com
pmaher@certusmgt.com

**cfam**

carol@cfam.com
joseph@cfam.com
patricia@cfam.com

**cfgcustomers**

**Company & Corresponding Email Addresses**

kelley.walker@cfgcustomers.com

**cfglife**

michael.fosbury@cfglife.com

**cfh**

sebastian.skoda@cfh.de

**cfindustries**

ebergstrom@cfindustries.com

**cfm**

aarini@cfm.mc
agabus@cfm.mc
akoning@cfm.mc
apoucuturi@cfm.mc
cbetti@cfm.mc
cfmsatmmarche@cfm.mc
cmarciano@cfm.mc
cranc@cfm.mc
gdreksler@cfm.mc
gilbert.buzzi@cfm.mc
gilles.guesdon@cfm.mc
karine.bernard@cfm.mc
laurent.fradin@cfm.mc
laurent.jeannel@cfm.mc
marie.rebiere@cfm.mc
nicolas.jugniot@cfm.mc
tarek.rekik@cfm.mc
thierry.soma@cfm.mc

**cgd**

americo.abrantes@cgd.pt
ana.diniz@cgd.pt
antonio.vaz@cgd.pt
cristina.brizido@cgd.pt
filipa.andre.caixagest@cgd.pt
filipe.amado@cgd.pt
joao.marques.caixagest@cgd.pt
jose.rodrigues@cgd.pt
lsmartins@cgd.pt
luis.alvarenga@cgd.pt
luis.carvalho@cgd.pt
manuel.filipe.silva@cgd.pt
maria.canha@cgd.pt
miguel.silva@cgd.pt
p.santos@cgd.pt
paula.mateus@cgd.pt
ricardo.calico@cgd.pt
rui.manuel@cgd.pt
sandra.bagulho@cgd.fr
sofia.heredia@cgd.pt
tiago.santos@cgd.pt

**cgi**

hubertus.vonblomberg@cgi.de

**cgi-gmbh**

detlev.dietz@cgi-gmbh.de

**cgii**

anfb@cgii.com

## Company & Corresponding Email Addresses

ardw@cgii.com
bev.mitchell@cgii.com
brant.thompson@cgii.com
caz@cgii.com
cja@cgii.com
cl@cgii.com
corrina.lim@cgii.com
dcec@cgii.com
eeb@cgii.com
eliza.lee@cgii.com
elizabeth.ramm@cgii.com
gene.barron@cgii.com
georges.lambert@cgii.com
hk@cgii.com
jane.henderson@cgii.com
ka@cgii.com
keag@cgii.com
khr@cgii.com
ks@cgii.com
liza.morley@cgii.com
louise.smith@cgii.com
mccm@cgii.com
michael.cox@cgii.com
mixh@cgii.com
nwh@cgii.com
patrick.grenham@cgii.com
philip.chitty@cgii.com
philip.winston@cgii.com
robin.zakoor@cgii.com
sophia.hartley@cgii.com
sthb@cgii.com
sue.abdullah@cgii.com
suzanne.rogers@cgii.com
thl@cgii.com
tl@cgii.com
wh@cgii.com
yoshiko.motoyama@cgii.com

**cgnu**
jane_sibley@cgnu.net
john_easter@cgnu.net
mark_dearsley@cgnu.net
paul_lumbis@cgnu.net
steve_riley@cgnu.net

**cguusa**
cyrus_linscott@cguusa.com
ingrid_nowak@cguusa.com
jeff_slater@cguusa.com
peter_antos@cguusa.com

**championsaysyes**
dan_rich@championsaysyes.com

**chandlerasset**
jayson@chandlerasset.com
kate@chandlerasset.com
kay@chandlerasset.com

**Company & Corresponding Email Addresses**

marco@chandlerasset.com
martin@chandlerasset.com
nicole@chandlerasset.com
ted@chandlerasset.com

**chapcap**

dogfish@chapcap.com

**chargeurs**

cpothier@chargeurs.fr
emalone@chargeurs.fr

**charles-stanley**

dwilson@charles-stanley.co.uk
jrobinson@charles-stanley.co.uk
pnathan@charles-stanley.co.uk
stephen.peters@charles-stanley.co.uk
wbarratt@charles-stanley.co.uk

**charter**

blayne22@charter.net

**charteronebank**

bkoch@charteronebank.com
bpawloski@charteronebank.com
dfernald@charteronebank.com
jared.harsha@charteronebank.com
jay.plum@charteronebank.com
jdkoch@charteronebank.com

**chartertrust**

kcrump@chartertrust.com

**chase**

alain.nkontchou@chase.com
andrew.g.newman@chase.com
ann.hunt@chase.com
annalise.tapia@chase.com
anthony.isola@chase.com
anthony.pedone@chase.com
anthony.rotondi@chase.com
asha.cryan@chase.com
audrey.codrington@chase.com
barrie.lieb@chase.com
brandon.gill@chase.com
brian.blakey@chase.com
brian.walp@chase.com
carl.a.danauski@chase.com
carl.flatau@chase.com
carlos.a.dominguez@chase.com
carlos.a.dominquez@chase.com
carolyn.gill@chase.com
chantelle.c.ware@chase.com
charles.ceisel@chase.com
charles.montford@chase.com
charlie.c.lu@chase.com
chris.davies@chase.com
chris.moroney@chase.com
claude.koontz@chase.com
clay.hancock@chase.com
cmurray@chase.com

**Company & Corresponding Email Addresses**

daisy.collazo@chase.com
damian.voulo@chase.com
daniel.tm.green@chase.com
daniel.uk.robinson@chase.com
darren.chan@chase.com
david.durkac@chase.com
denise.joseph@chase.com
dennis.oakley@chase.com
dimitrios.kritikos@chase.com
doug.potolsky@chase.com
douglas.e.anderson@chase.com
edward.l.santiago@chase.com
emerson.a.leacock@chase.com
eva.borowski@chase.com
fran.sheridan@chase.com
frances.dixon@chase.com
francesco.cirieco@chase.com
frank.pascarella@chase.com
gabe.thornhill@chase.com
garry.a.cipponeri@chase.com
gary.franklin@chase.com
gary.roos@chase.com
george.j.luo@chase.com
glodine.jourdan@chase.com
greg.harrington@chase.com
greg.kisiel@chase.com
guy.barba@chase.com
hannah.shaw@chase.com
helen.taylor@chase.com
hugh.rainey@chase.com
inna.y.berrue@chase.com
jack.cunha@chase.com
james.bailey-house@chase.com
james.y.wu@chase.com
jamie.mcconnachie@chase.com
jane.s.scott@chase.com
jeff.williams@chase.com
jim.chassen@chase.com
jocelyn.d.wright@chase.com
joel.smalley@chase.com
john.a.allen@chase.com
john.bradley@chase.com
john.d.naud@chase.com
john.kowalski@chase.com
john.rochford@chase.com
john.shellard@chase.com
john.tirone@chase.com
john.updegraff@chase.com
john.wilmot@chase.com
jolanta.skevington@chase.com
jon.goldberg@chase.com
joseph.wong@chase.com
jules.copson@chase.com
karen.i.taylor@chase.com

**Company & Corresponding Email Addresses**

karen.r.walker@chase.com
karstein.bjastad@chase.com
kathy.selinka@chase.com
keith.a.condie@chase.com
kristen.weber@chase.com
kwadwo.a.kwakwa@chase.com
kym.wilson@chase.com
larry.williamson@chase.com
lesa.mclean@chase.com
lisa.bryant@chase.com
lisa.shirvinski@chase.com
lyndon.westerberg@chase.com
maeve.obrien@chase.com
maria.e.alvarez@chase.com
marisol.cartagena@chase.com
mark.c.kemmerer@chase.com
mark.d.miller@chase.com
mark.tesoriero@chase.com
martha.beard@chase.com
maryvel.gonzalez@chase.com
maxwell.m.zhu@chase.com
melissa.wayte@chase.com
michael.browne@chase.com
michael.c.maynard@chase.com
michael.denoriscia@chase.com
michael.t.ross@chase.com
michelle.phillips@chase.com
mike.braezeal@chase.com
monica.berbif@chase.com
myra.bauza@chase.com
neil.roberts@chase.com
nicholas.hendy@chase.com
nicholas.j.gray@chase.com
nick.s.davis@chase.com
pamela.hunter@chase.com
pandora.setian@chase.com
patricia.tracy@chase.com
paul.mullings@chase.com
peggy.palos@chase.com
performance@chase.com
peter.j.wasserman@chase.com
peter.moffatt@chase.com
portal@chase.com
richard.f.jordan@chase.com
richard.hetherington@chase.com
rob.orahilly@chase.com
robert.b.miller@chase.com
robert.j.eschweiler@chase.com
shannon.hernandez@chase.com
shannon.mcadams@chase.com
sharon.brett-smith@chase.com
shravan.sood@chase.com
simon.thorpe@chase.com
simon.warner@chase.com

## Company & Corresponding Email Addresses

simon-uk.lee@chase.com
stephen.frost@chase.com
stephen.schaller@chase.com
steve.frost@chase.com
steve.hall@chase.com
steve.simpers@chase.com
steven.cowcher@chase.com
steven.silbermann@chase.com
susan.johnson@chase.com
susan.troia@chase.com
susanna.ould@chase.com
swain@chase.com
takeshi.shintani@chase.com
thomas.d.novak@chase.com
thomas.hoare@chase.com
timothy.pihl@chase.com
tom.a.ahern@chase.com
willard.c.butcher@chase.com
william.harrison@chase.com
william.krohn@chase.com
william.morgan@chase.com
youyi.chen@chase.com
zuzana.hurych@chase.com

### chb

amy.yu@ms3.chb.com.tw
arranger@chb.co.kr
bckwon@chb.co.kr
bev@ms1.chb.com.tw
bondfx@ms1.chb.com.tw
bonds@chb.com.hk
bslee@chb.co.kr
chb141013@ms4.chb.com.tw
chb141763@ms1.chb.com.tw
chb150672@ms3.chb.com.tw
chb153562@ms1.chb.com.tw
chbhk@chb.com.hk
cklin@ms1.chb.com.tw
dslee27@chb.co.kr
ekkwak@chb.co.kr
emme@ms1.chb.com.tw
hyunduks@chb.co.kr
jef989@ms1.chb.com.tw
jimmykuo@ms1.chb.com.tw
krlee@chb.co.kr
kthan@chb.co.kr
loans@chb.com.hk
nchen4@ms2.chb.com.tw
parkhs@chb.co.kr
peter0404@ms1.chb.com.tw
pms0123@chb.co.kr
samlee@chb.co.kr
sbwee@chb.co.kr
soan0115@chb.co.kr
sskang@chb.co.kr

**Company & Corresponding Email Addresses**

sukkim@chb.co.kr
sung913@chb.co.kr
sylvia.chung@ms3.chb.com.tw
teayon@chb.co.kr
yoosung@chb.co.kr

**chbi**

daikim123@chbi.co.kr

**chbny**

bsmoon@chbny.com
jwoh@chbny.com

**checmail**

amar.patel@checmail.com
jay.bray@checmail.com
jay.simons@checmail.com
shawn.stone@checmail.com
tony.barone@checmail.com

**chelanpud**

john.janney@chelanpud.org
kevink@chelanpud.org

**chemical**

test@chemical.co.jp

**chemungcanal**

twirth@chemungcanal.com

**chevreux**

ecaralp@chevreux.com

**chevron**

akkn@chevron.com
bruceboer@chevron.com
channak@chevron.com
edgardhabib@chevron.com
holly.shen@chevron.com
jaku@chevron.com
jmau@chevron.com
katrina.kaufman@chevron.com
mdel@chevron.com
mjantz@chevron.com
mjoe@chevron.com
mrosauro@chevron.com
pirb@chevron.com
ptru@chevron.com
roger.haley@chevron.com
ryan.popple@chevron.com
troythompson@chevron.com
tucd@chevron.com

**chevrontexaco**

butlejj@chevrontexaco.com
cbew@chevrontexaco.com
e.robinson@chevrontexaco.com
fanjc@chevrontexaco.com
faya@chevrontexaco.com
gregorymassaro@chevrontexaco.com
hsheppard@chevrontexaco.com
lbrm@chevrontexaco.com
matthew.steele@chevrontexaco.com

## Company & Corresponding Email Addresses

mngn@chevrontexaco.com
mysh@chevrontexaco.com
rgordan@chevrontexaco.com
rpenny@chevrontexaco.com
sgoodman@chevrontexaco.com
vanvoja@chevrontexaco.com
wilc@chevrontexaco.com

### chevychasebank
amwestland@chevychasebank.net
cjcusack@chevychasebank.net
drjagow@chevychasebank.net
jafriedman@chevychasebank.net
maholles@chevychasebank.net
mxkelly-kearsley@chevychasebank.net
pckendall@chevychasebank.net
rbmeyer@chevychasebank.net
tdfitzsimmons@chevychasebank.net

### chevychasetrust
ekraus@chevychasetrust.com
smansukhani@chevychasetrust.com

### chgroup
boba@chgroup.com
filipw@chgroup.com
jackb@chgroup.com
jwj@chgroup.com
michaels@chgroup.com
timl@chgroup.com

### chib
chb141763@ms3.chib.com.tw

### chibakogyo-bank
takehiro_tanaka@chibakogyo-bank.co.jp

### chicagoasset
frank.holsteen@chicagoasset.com
gary.dhein@chicagoasset.com
jon.holsteen@chicagoasset.com
peter.goldman@chicagoasset.com
scott.sindelar@chicagoasset.com
william.zimmer@chicagoasset.com

### chicagocapital
nancy.leslie@chicagocapital.com
tkmiotek@chicagocapital.com
tmarthaler@chicagocapital.com

### chicagoequity
asharma@chicagoequity.com
cmitchell@chicagoequity.com
dcoughenour@chicagoequity.com
djohnsen@chicagoequity.com
dkolasinski@chicagoequity.com
dxystus@chicagoequity.com
james.dezellar@chicagoequity.com
jferguson@chicagoequity.com
jmiller@chicagoequity.com
jpalermo@chicagoequity.com
kgustafson@chicagoequity.com

## Company & Corresponding Email Addresses

kliu@chicagoequity.com
mbudd@chicagoequity.com
mlawrence@chicagoequity.com
mmorris@chicagoequity.com
patrick.morris@chicagoequity.com
pfitzgerald@chicagoequity.com
pwilliams@chicagoequity.com
rkramer@chicagoequity.com
tfares@chicagoequity.com
wbarrett@chicagoequity.com
wmurray@chicagoequity.com

**chicagogsb**
anil.kashyap@chicagogsb.edu

**chicago-trust**
lpasquale@chicago-trust.com

**chilmarkpartners**
dschulte@chilmarkpartners.com

**chinalife**
benhung@chinalife.com.tw
chinglin@chinalife.com.tw
kuoyuling@chinalife.com.tw
laurenhsieh@chinalife.co.tw
susi@chinalife.com.tw
winnie0527@chinalife.com.tw

**chinarockcapital**
cng@chinarockcapital.com
hchi@chinarockcapital.com

**chinatrust**
albert.kuo@chinatrust.com.tw
alice.sang@email.chinatrust.com.tw
amy.hsu@chinatrust.com.tw
andrea.chang@chinatrust.com.tw
andy.yu@chinatrust.com.tw
angel.chen@email.chinatrust.com.tw
angela.chen@chinatrust.com.tw
arthur.wang@email.chinatrust.com.tw
beatrice.chang@chinatrust.com.tw
beverly.chen@email.chinatrust.com.tw
bey.yen@chinatrust.com.tw
carol.ph.huang@email.chinatrust.com.tw
celine.chen@chinatrust.com.tw
chihhong.huang@email.chinatrust.com.tw
clement.lee@email.chinatrust.com.tw
connyn.chang@email.chinatrust.com.tw
cy.chen@email.chinatrust.com.tw
diva.yu@email.chinatrust.com.tw
eddie.fu@email.chinatrust.com.tw
edison.lai@email.chinatrust.com.tw
elsa.chang@email.chinatrust.com.tw
emily.twu@chinatrust.com.tw
eric.kw.wu@chinatrust.com.tw
gary.lin@chinatrust.com.tw
hades.liang@chinatrust.com.tw
howard.liang@chinatrust.com.tw

**Company & Corresponding Email Addresses**

hsiuping.tu@email.chinatrust.com.tw
ibg.obu@mail.chinatrust.com.tw
ibing.moor@email.chinatrust.com.tw
irene.lai@email.chinatrust.com.tw
jack.pai@email.chinatrust.com.tw
jack.tsai@email.chinatrust.com.tw
james.chiu@chinatrust.com.tw
janice.tsai@chinatrust.com.tw
jason.tseng@email.chinatrust.com.tw
jennifer.chao@email.chinatrust.com.tw
jimmy.ch.wang@email.chinatrust.com.tw
joe.chien@email.chinatrust.com.tw
joe.ren@email.chinatrust.com.tw
johnny.ht.lee@email.chinatrust.com.tw
joice.shih@email.chinatrust.com.tw
josh.kao@chinatrust.com.tw
julie.chen@email.chinatrust.com.tw
june.soo@email.chinatrust.com.tw
karry.tsai@email.chinatrust.com.tw
kelly.chen@email.chinatrust.com.tw
kevin.niu@email.chinatrust.com.tw
kira.tsai@chinatrust.com.tw
ko.tseng@email.chinatrust.com.tw
larry.hsu@email.chinatrust.com.tw
luan.wen@email.chinatrust.com.tw
mahavira.chang@email.chinatrust.com.tw
mark.yang@email.chinatrust.com.tw
michelle.chang@email.chinatrust.com.tw
moore.lin@email.chinatrust.com.tw
morris.li@email.chinatrust.com.tw
nickie.hsu@email.chinatrust.com.tw
patrick.huang@email.chinatrust.com.tw
peter.liu@email.chinatrust.com.tw
philip.jao@email.chinatrust.com.tw
ricky.liu@email.chinatrust.com.tw
rita.hsiao@email.chinatrust.com.tw
sammi.teng@chinatrust.com.tw
sean.hsueh@email.chinatrust.com.tw
selina.lu@email.chinatrust.com.tw
sharon.wang@chinatrust.com.tw
shawn.yee@email.chinatrust.com.tw
shirlery.cheng@email.chinatrust.com.tw
silvia.pai@email.chinatrust.com.tw
steve.tsai@email.chinatrust.com.tw
sue.juan@email.chinatrust.com.tw
sylvia.wu@chinatrust.com.tw
terresa.tu@email.chinatrust.com.tw
tina.huang@email.chinatrust.com.tw
ting.chen@email.chinatrust.com.tw
valen.tsai@email.chinatrust.com.tw
victor.lin@email.chinatrust.com.tw
victoria.wang@email.chinatrust.com.tw
wayne.yu@email.chinatrust.com.tw
webin.chuang@chinatrust.com.tw

**Company & Corresponding Email Addresses**

webster.kiang@chinatrust.com.tw
weichen.wang@email.chinatrust.com.tw
weitzu.chao@eamil.chinatrust.com.tw
wenchi.chen@email.chinatrust.com.tw
wenhuei.cheng@email.chinatrust.com.tw
wisely.liu@email.chinatrust.com.tw
wuby.chang@email.chinatrust.com.tw
yalan.chang@email.chinatrust.com.tw
yifang.wang@chinatrust.com.tw
yijen.chen@email.chinatrust.com.tw
yiyu.chang@email.chinatrust.com.tw
yufen.lee@email.chinatrust.com.tw
z07779@email.chinatrust.com.tw

**chinatrustusa**

frank.huang@chinatrustusa.com
thomasread@chinatrustusa.com
ylau@chinatrustusa.com

**chiron**

charles_ng@chiron.com
jan_elberse@chiron.com

**chittenden**

adeitrich@chittenden.com
ballbee@chittenden.com
cbenjamin@chittenden.com
jfrost@chittenden.com
jimbrown@chittenden.com
kwalters@chittenden.com
msheehy@chittenden.com
rsmith@chittenden.com
sboyce@chittenden.com
tgray@chittenden.com
tsmith@chittenden.com

**chl**

robert.young@chl.org.uk

**choiceone**

lbraford@choiceone.com

**choiceonemail**

phs@choiceonemail.com

**chol**

h8515@chol.net
johnnam@chol.com

**cholet-dupont**

fabricecholet@cholet-dupont.fr
g.dhalluin@cholet-dupont.fr
g.hery@cholet-dupont.fr
h.bodenez@cholet-dupont.fr
p.delamorandiere@cholet-dupont.fr
p.vieville@cholet-dupont.fr
s.brunel@cholet-dupont.fr

**chollian**

connie71@chollian.net
simonpar@chollian.net

**chotin**

jpeaslee@chotin.com

**Company & Corresponding Email Addresses**

**chotingroup**
jeff@chotingroup.com
jgrant@chotingroup.com
rschotin@chotingroup.com

**chreveux**
mdibie@chreveux.com

**chubb**
bclarkson@chubb.com
bgingrich@chubb.com
dnordstrom@chubb.com
eosborne@chubb.com
jfinnegan@chubb.com
laschmidt@chubb.com
lpeoples@chubb.com
lsalerno@chubb.com
moreilly@chubb.com
mraines@chubb.com
ngerstman@chubb.com
pgeyer@chubb.com
pljohnson@chubb.com
rbrookhouse@chubb.com
rmwitkoff@chubb.com
smoore@chubb.com
tgaglia@chubb.com
tswartz@chubb.com
tvispoli@chubb.com
vtirupattur@chubb.com
whicks@chubb.com

**chugin**
shikin00@chugin.jp

**chukyo-bank**
siei_syo@chukyo-bank.co.jp

**chuomitsui-spr**
aoki@chuomitsui-spr.com.sg
margaret@chuomitsui-spr.com.sg
stephanie@chuomitsui-spr.com.sg
umeda@chuomitsui-spr.com.sg

**ci**
agalloway@ci.com
awojcik@ci.com
bchim@ci.com
bill.cardneaux@ci.shreveport.la.us
bill.franz@ci.denver.co.us
ble@ci.escondido.ca.us
clee@ci.com
dbrodeur@ci.com
ddorman@ci.fremont.ca.us
denise.blohm@ci.hayward.ca.us
dthurman@ci.portland.or.us
gcoleman@ci.com
gmarshall@ci.com
gwen_woodson@ci.richmond.ca.us
james_groins@ci.richmond.ca.us
jdutkiewicz@ci.com

**Company & Corresponding Email Addresses**

jim.rolfs@ci.shreveport.la.us
jspice@ci.com
katie.jensen@ci.denver.co.us
katrina.laudeman@ci.orlando.fl.us
latha_ravinder@ci.richmond.ca.us
mcoghill.com@ci.com
nmandery@ci.chula-vista.ca.us
panderson@ci.com
pdiorio@ci.com
rdurfy@ci.com
sjenkens@ci.com
stacie_plummer@ci.richmond.ca.us
susan_segovia@ci.richmond.ca.us
tjeffrey@ci.palm-desert.ca.us
tracey_lovely@ci.richmond.ca.us

**cial**

amaralje@cial.cic.fr
daniel.widmer@cial.ch
david.jermann@cial.ch
deckerni@cial.cic.fr
deconija@cial.cic.fr
doussoma@cial.cic.fr
forex@cial.ch
frederic.wuethrich@cial.ch
gamaurcl@cial.cic.fr
girodfe@cial.cic.fr
grenetst@cial.cic.fr
gruborst@cial.cic.fr
herbert.kumbartzki@cial.ch
homefr@cial.cic.fr
jean-claude.amstutz@cial.ch
kuballth@cial.cic.fr
lamberbr@cial.cic.fr
lionel.oeuvray@cial.ch
lubranth@cial.cic.fr
marco.bider@cial.ch
markus.steger@cial.ch
patrik.janovjak@cial.ch
remyje@cial.cic.fr
rene.bachmann@cial.ch
rohfrida@cial.cic.fr
schencch@cial.cic.fr
sst@cial.ch
wolerju@cial.cic.fr

**cibasc**

beat.borer@cibasc.com
christoph.gschwend@cibasc.com
harry.mueller@cibasc.com
jean-claude-1.stadelmann@cibasc.com
pia.senn@cibasc.com
reto.wolf@cibasc.com
stefan.eckert@cibasc.com

**cibc**

adam.bulley@cibc.ca

## Company & Corresponding Email Addresses

alex.prole@cibc.co.uk
angelo.gasparotto@cibc.ca
ashif.jiwani@cibc.ca
barry.garner@us.cibc.com
c.a.ablett@cibc.ca
craig.lindsay@cibc.ca
dan.murphy@us.cibc.com
david.j.pugliese@cibc.ca
david.knapp@cibc.com
donald.lim@cibc.ca
edwin.yoshawirja@cibc.com.sg
evelyn.ong@cibc.com.sg
ishani.dezoysa@cibc.ca
janus.yeo@cibc.com.sg
jason.adams@us.cibc.com
jeffrey.wong@cibc.com.sg
john.lie@cibc.com.sg
john.orr@cibc.com
john.ovens@cibc.ca
john.paterson@cibc.com
john.penhale@cibc.ca
kenneth.worthington@us.cibc.com
laurence.verghese@cibc.co.uk
meena.tanna@cibc.ca
meighlal@cibc.ca
michael.choi@cibc.ca
patti.perras.shugart@cibc.ca
paul.stanaitis@cibc.ca
peter.mcgloughlin@cibc.co.uk
pilar.guzman@cibc.co.uk
pui.leng.fong@cibc.com.sg
rohan.desilva@cibc.com
simon.fallon@cibc.com
thomas.frost@cibc.co.uk
toni.lobo@cibc.ca
vie.ming.tan@cibc.com.sg

### cibcmellon

bhughs@cibcmellon.com
ctigert@cibcmellon.com
james_slater@cibcmellon.com
lloyd_sebastian@cibcmellon.com
robert_chiuch@cibcmellon.com
tom_macmillan@cibcmellon.com

### cibeg

ahmed.issa@cibeg.com
mostafa.gamal@cibeg.com
sameh.khalil@cibeg.com

### cic

bardouan@cic.fr
brunetla@cic.fr
carole.frelechoux@cic.ch
claudio.meiger@cic.ch
daniel.meyer@cic.ch
dizierca@cic.fr

## Company & Corresponding Email Addresses

giuseppe.paone@cic.ch
johnjames.bayer@cic.ch
juerg.wilden@cic.ch
luca.pertoldi@cic.ch
mario.geniale@cic.ch
medward@cic.com
mike.billich@cic.ch
oscar.alberte@cic.ch
reto.fuenfgeld@cic.ch
stefan.daetwyler@cic.ch

**ciceuro**
rmoone@ciceuro.com

**cicfg**
elefevre@cicfg.com
pguyonvarch@cicfg.com

**cicinvestments**
gail@cicinvestments.com

**cicny**
amarcantetti@cicny.com
boleary@cicny.com
dforbes@cicny.com
dhyduk@cicny.com
edulot@cicny.com
elonguet@cicny.com
khalligan@cicny.com
maltman@cicny.com
medward@cicny.com
mhoeh@cicny.com
rpearsall@cicny.com
slaurans@cicny.com
smounier@cicny.com
trock@cicny.com
urangarajan@cicny.com
ylomakina@cicny.com

**ci-collins-stewart**
gcoxon@ci-collins-stewart.com

**cicparis**
blebigot@cicparis.com
nmagendie@cicparis.com
ochaixdelavarene@cicparis.com
pmarcaillou@cicparis.com

**cic-ue**
pierre.curtis@cic-ue.fr

**cidatelgroup**
gita.suneja@cidatelgroup.com
jennifer.oldham@cidatelgroup.com
thomas.pozios@cidatelgroup.com

**cifunds**
jconcepcion@cifunds.com

**cigna**
andreas.heinsius@cigna.com
john.likos@cigna.com

**cihc**
eddie@cihc.com.tw

## Company & Corresponding Email Addresses

mihse@cihc.com.tw

**cii**

eyal.rosenthal@cii.co.il
gonenb@cii.co.il

**cim**

andreas.jonson@cim.se

**cimbanque**

capitanio@cimbanque.ch
fischbacher@cimbanque.ch
ruffa@cimbanque.ch

**cimfra**

jcopsidas@cimfra.com
pbreton@cimfra.com
rbouille@cimfra.com

**cin**

douardar@cin.cic.fr
vivierpa@cin.cic.fr

**cinfin**

andy_temming@cinfin.com
brandon_copeland@cinfin.com
brian_huwel@cinfin.com
greg_depew@cinfin.com
jeff_riechman@cinfin.com
ken_miller@cinfin.com
marty_hollenbeck@cinfin.com
michael_abrams@cinfin.com
mick_o'connor@cinfin.com
molly_lee@cinfin.com
patrick_loftis@cinfin.com
richard_balestra@cinfin.com
steve_luehrmann@cinfin.com
steve_soloria@cinfin.com

**circlepointfunds**

taki-s@circlepointfunds.com

**cirgroup**

gcecchini@cirgroup.it
rdebenedetti@cirgroup.it

**cirio**

c.gentile@cirio.it
filippo.fucile@cirio.it

**cis**

andrew.forshaw@cis.co.uk
andrew.moffat@cis.co.uk
daniel.palmer@cis.co.uk
jamie.bebb@cis.co.uk
mark.hogg@cis.co.uk
mark.mcbride@cis.co.uk
neal.foundly@cis.co.uk
neil.blower@cis.co.uk
paul.mcginnis@cis.co.uk
simon.rubingh@cis.co.uk
zack.hocking@cis.co.uk

**cisco**

danlynch@cisco.com

## Company & Corresponding Email Addresses

eforstall@cisco.com
gbrombe@cisco.com
imsingh@cisco.com
jchambers@cisco.com
kturner@cisco.com
lcarter@cisco.com
mtheurber@cisco.com
nandros@cisco.com
nhooper@cisco.com
nkotkovs@cisco.com
phschmit@cisco.com
ravchopr@cisco.com
rbiscay@cisco.com
rfeign@cisco.com
sfolan@cisco.com
sohallor@cisco.com
stejames@cisco.com
tbandoni@cisco.com
wsuper@cisco.com

### citadel
jrosenberg@citadel.com

### citadelfcu
msteffy@citadelfcu.org

### citadelgroup
aaron.eagerman@citadelgroup.com
aaron.moatz@citadelgroup.com
abigail.purcell@citadelgroup.com
abrinar.guerra@citadelgroup.com
adam.cooper@citadelgroup.com
adam.kahn@citadelgroup.com
adrian.redlich@citadelgroup.com
adrian.weller@citadelgroup.com
adriana.weber@citadelgroup.com
adrienne.wang@citadelgroup.com
agam.jain@citadelgroup.com
alaina.lawson@citadelgroup.com
alan.gu@citadelgroup.com
alan.liu@citadelgroup.com
alejandro.brockmann@citadelgroup.com
alex.lipton@citadelgroup.com
alexander.dias@citadelgroup.com
alexis.tessier@citadelgroup.com
alina.hamza@citadelgroup.com
alison.blankenbiller@citadelgroup.com
allison.walker@citadelgroup.com
aloke.agarwal@citadelgroup.com
amaya.ochoa@citadelgroup.com
amy.mulderry@citadelgroup.com
andrei.paraschivescu@citadelgroup.com
andrew.biggs@citadelgroup.com
andrew.sewell@citadelgroup.com
aneesh.partap@citadelgroup.com
anish.parvataneni@citadelgroup.com
ann.davis@citadelgroup.com

**Company & Corresponding Email Addresses**

anna.gomez@citadelgroup.com
anne.renna@citadelgroup.com
annette.weir@citadelgroup.com
anthony.greep@citadelgroup.com
anthony.terrano@citadelgroup.com
arpan.shah@citadelgroup.com
arthur.delnegro@citadelgroup.com
ashok.vasvani@citadelgroup.com
audrey.bruchner@citadelgroup.com
avi.weiss@citadelgroup.com
avram.perlmuter@citadelgroup.com
avrum.lamet@citadelgroup.com
bala.ragothaman@citadelgroup.com
barry.catezone@citadelgroup.com
barry.leipsic@citadelgroup.com
becket.wolf@citadelgroup.com
becky.mcquillan@citadelgroup.com
benjamin.cahill@citadelgroup.com
benjamin.samim@citadelgroup.com
bin.mu@citadelgroup.com
boney.poovan@citadelgroup.com
bonnie.sebby@citadelgroup.com
boris.gelfand@citadelgroup.com
boris.kozintsev@citadelgroup.com
brad.baumgarten@citadelgroup.com
brad.begle@citadelgroup.com
brad.couri@citadelgroup.com
brad.mann@citadelgroup.com
brad.mitchell@citadelgroup.com
brandon.haley@citadelgroup.com
brent.engel@citadelgroup.com
brian.boots@citadelgroup.com
brian.conn@citadelgroup.com
brian.eskoff@citadelgroup.com
brian.herward@citadelgroup.com
brian.lalonde@citadelgroup.com
brian.pang@citadelgroup.com
brian.weigus@citadelgroup.com
bruce.emery@citadelgroup.com
bruno.yang@citadelgroup.com
cameron.khajavi@citadelgroup.com
camilla.burraston@citadelgroup.com
campbell.morgan@citadelgroup.com
candace.singh@citadelgroup.com
carl.simon@citadelgroup.com
carla.owens@citadelgroup.com
carlo.portes@citadelgroup.com
carlos.guajardo@citadelgroup.com
catharine.seward@citadelgroup.com
chace.brundige@citadelgroup.com
chandler.paris@citadelgroup.com
chao.chen@citadelgroup.com
charles.jordan@citadelgroup.com
chris.bair@citadelgroup.com

**Company & Corresponding Email Addresses**

chris.boas@citadelgroup.com
chris.dimitropoulos@citadelgroup.com
chris.keennan@citadelgroup.com
christine.zarkovich@citadelgroup.com
christopher.patrick@citadelgroup.com
christopher.vaswani@citadelgroup.com
claire.grandpierre@citadelgroup.com
colleen.hickey@citadelgroup.com
corrin.drowica@citadelgroup.com
costin.bontas@citadelgroup.com
craig.paton@citadelgroup.com
damon.kanakis@citadelgroup.com
dan.bunnell@citadelgroup.com
dan.fein@citadelgroup.com
dan.johnson@citadelgroup.com
dan.urchell@citadelgroup.com
daniel.barrett@citadelgroup.com
daniel.dufresne@citadelgroup.com
daniel.lawrence@citadelgroup.com
daniel.lynch@citadelgroup.com
daniel.mattio@citadelgroup.com
daniel.philips@citadelgroup.com
darin.sadow@citadelgroup.com
darius.brawn@citadelgroup.com
dave.grossman@citadelgroup.com
dave@citadelgroup.com
david.burnett@citadelgroup.com
david.chang@citadelgroup.com
david.fulrin@citadelgroup.com
david.hensle@citadelgroup.com
david.houten@citadelgroup.com
david.kalish@citadelgroup.com
david.richards@citadelgroup.com
david.walker@citadelgroup.com
dean.vasilakos@citadelgroup.com
deb.leclair@citadelgroup.com
demian.pons@citadelgroup.com
dennis.ouma@citadelgroup.com
derek.ingram@citadelgroup.com
derek.janssen@citadelgroup.com
derek.kaufman@citadelgroup.com
derek.toross@citadelgroup.com
devin.dallaire@citadelgroup.com
dhruv.agrawal@citadelgroup.com
dietmar.baum@citadelgroup.com
dimitry.balzac@citadelgroup.com
dmitry.balzac@citadelgroup.com
don.muller@citadelgroup.com
donald.mason@citadelgroup.com
doug.stamps@citadelgroup.com
drina.loncar@citadelgroup.com
edward.browne@citadelgroup.com
edward.galbally@citadelgroup.com
elehmann@citadelgroup.com

**Company & Corresponding Email Addresses**

elizabeth.dabbelt@citadelgroup.com
elizabeth.henne@citadelgroup.com
elizabeth.johnson@citadelgroup.com
elizabeth.kason@citadelgroup.com
elsasser@citadelgroup.com
erdem.kiciman@citadelgroup.com
eric.cunningham@citadelgroup.com
eric.kang@citadelgroup.com
eric.lambrecht@citadelgroup.com
eric.meizlish@citadelgroup.com
eric.watson@citadelgroup.com
eriin.clark@citadelgroup.com
erin.duggan@citadelgroup.com
erin.lemberg@citadelgroup.com
eyouderia@citadelgroup.com
fan.wu@citadelgroup.com
fan.zhang@citadelgroup.com
feng.wang@citadelgroup.com
fidata@citadelgroup.com
financials@citadelgroup.com
francois.drouin@citadelgroup.com
frederic.boyer@citadelgroup.com
gabriel.cochmer@citadelgroup.com
gabriel.kochmer@citadelgroup.com
gang.chang@citadelgroup.com
gauhar.wadhera@citadelgroup.com
gaurav.shah@citadelgroup.com
gene.davolio@citadelgroup.com
genevieve.cooper@citadelgroup.com
geoffrey.liu@citadelgroup.com
george.hartman@citadelgroup.com
george.malikov@citadelgroup.com
george.michalopoulos@citadelgroup.com
gerald.beeson@citadelgroup.com
gina.leach@citadelgroup.com
gita.suneja@citadelgroup.com
gregg.colburn@citadelgroup.com
gregory.donohue@citadelgroup.com
gregory.feinberg@citadelgroup.com
hannah.reeves@citadelgroup.com
harry.barman@citadelgroup.com
hedi.kallal@citadelgroup.com
hence.orme@citadelgroup.com
hil.davis@citadelgroup.com
hilary.moffett@citadelgroup.com
howard.goodwin@citadelgroup.com
hua.chen@citadelgroup.com
irene.costello@citadelgroup.com
isaac.tak@citadelgroup.com
ishmael.mcghee@citadelgroup.com
ivan.dong@citadelgroup.com
jackson.kwan@citadelgroup.com
jaimi.goodfriend@citadelgroup.com
jakub.crhonek@citadelgroup.com

**Company & Corresponding Email Addresses**

jamal.barnes@citadelgroup.com
james.farrell@citadelgroup.com
james.gildersleeve@citadelgroup.com
james@citadelgroup.com
jamey.thompson@citadelgroup.com
jason.baichtal@citadelgroup.com
jason.lehman@citadelgroup.com
jason.morris@citadelgroup.com
jason.sensat@citadelgroup.com
jason.tsadilas@citadelgroup.com
jason.wu@citadelgroup.com
jay.novatney@citadelgroup.com
jdapietro@citadelgroup.com
jeff.machaj@citadelgroup.com
jeffrey.holman@citadelgroup.com
jeffrey.myres@citadelgroup.com
jennifer.grabowski@citadelgroup.com
jennifer.hong@citadelgroup.com
jennifer.paulson@citadelgroup.com
jeremy.sitruk@citadelgroup.com
jill.sanderson@citadelgroup.com
jim.hoeg@citadelgroup.com
jimmy.karalis@citadelgroup.com
jimmy.rizos@citadelgroup.com
jj.berney@citadelgroup.com
jodi.chase@citadelgroup.com
joe.russell@citadelgroup.com
john.barber@citadelgroup.com
john.baylis@citadelgroup.com
john.dirocco@citadelgroup.com
john.gu@citadelgroup.com
john.ho@citadelgroup.com
john.kogel@citadelgroup.com
john.lingbeck@citadelgroup.com
john.macmahon@citadelgroup.com
john.nagel@citadelgroup.com
john.rountree@citadelgroup.com
john.tompkins@citadelgroup.com
johnna.perko@citadelgroup.com
jonah.jiang@citadelgroup.com
jonas.diedrich@citadelgroup.com
jonathan.anderson@citadelgroup.com
jonathan.berger@citadelgroup.com
jonathan.gauntt@citadelgroup.com
jonathan.hart2@citadelgroup.com
jonathan.ledden@citadelgroup.com
joon.chang@citadelgroup.com
joon.park@citadelgroup.com
joseph.donner@citadelgroup.com
joseph.rotter@citadelgroup.com
josette.nowicki@citadelgroup.com
josh.passman@citadelgroup.com
joshua.white@citadelgroup.com
jsun@citadelgroup.com

**Company & Corresponding Email Addresses**

juan.parra@citadelgroup.com
judith.anderson@citadelgroup.com
judson.baskfield@citadelgroup.com
juha.korpela@citadelgroup.com
kai.fang@citadelgroup.com
kaitlin.godfrey@citadelgroup.com
kalidoss.sivasamy@citadelgroup.com
kaoru.nishiura@citadelgroup.com
kara.arnaudy@citadelgroup.com
karl.ellensohn@citadelgroup.com
karl.kroeker@citadelgroup.com
karl.robijns@citadelgroup.com
kathleen.brenneck@citadelgroup.com
katie.rollins@citadelgroup.com
ken.kishimoto@citadelgroup.com
ken@citadelgroup.com
kenneth.chang@citadelgroup.com
kenneth.kosman@citadelgroup.com
kevin.comprelli@citadelgroup.com
kevin.merritt@citadelgroup.com
kevin.patula@citadelgroup.com
kevin.rogers@citadelgroup.com
knute.ohman@citadelgroup.com
kunal.bhatia@citadelgroup.com
laurie.latourette@citadelgroup.com
lee.maude@citadelgroup.com
levoyd.robinson@citadelgroup.com
linda.lazarus@citadelgroup.com
lisa.firlus@citadelgroup.com
lisa.neri@citadelgroup.com
lisa.pickup@citadelgroup.com
lkang@citadelgroup.com
louis.conrad@citadelgroup.com
lynette.goldstein@citadelgroup.com
lynn.chan@citadelgroup.com
mallory.middaugh@citadelgroup.com
manda.messing@citadelgroup.com
marc.scanlon@citadelgroup.com
marc.serafin@citadelgroup.com
marc.vesecky@citadelgroup.com
marcel.bessent@citadelgroup.com
marcello.bartucci@citadelgroup.com
marcia.banks@citadelgroup.com
marco.minonne@citadelgroup.com
margarita.savitskaya@citadelgroup.com
maria.arcos@citadelgroup.com
maria.lam@citadelgroup.com
maribel.flores@citadelgroup.com
mark.gabhart@citadelgroup.com
mark.menapace@citadelgroup.com
mark.miller@citadelgroup.com
mark.wendland@citadelgroup.com
maruthy.ragothaman@citadelgroup.com
matt.reinbold@citadelgroup.com

## Company & Corresponding Email Addresses

matt.weir@citadelgroup.com
matthew.andresen@citadelgroup.com
matthew.calner@citadelgroup.com
matthew.coleman@citadelgroup.com
matthew.crossland@citadelgroup.com
matthew.hooker@citadelgroup.com
matthew.roux@citadelgroup.com
matthew.simon@citadelgroup.com
matthew.starick@citadelgroup.com
megan.ehrle@citadelgroup.com
melissa.omalley@citadelgroup.com
melissa.stitts@citadelgroup.com
michael.dinapoli@citadelgroup.com
michael.felty@citadelgroup.com
michael.forsyth@citadelgroup.com
michael.gavin@citadelgroup.com
michael.kaplanis@citadelgroup.com
michael.murawczyk@citadelgroup.com
michael.romero@citadelgroup.com
michael.towarek@citadelgroup.com
michael.walker@citadelgroup.com
michelle.george@citadelgroup.com
michelle.mayes@citadelgroup.com
michelle.spellman@citadelgroup.com
miguel.ferreira@citadelgroup.com
mihir.shah@citadelgroup.com
mike.newton@citadelgroup.com
mitch.cone@citadelgroup.com
mridul.mehta@citadelgroup.com
namiho.koyama@citadelgroup.com
natasha.jones@citadelgroup.com
nathaniel.macadams@citadelgroup.com
neil.choi@citadelgroup.com
neil.patel@citadelgroup.com
nicholas.patrick@citadelgroup.com
nick.stukas@citadelgroup.com
nicole.borovicka@citadelgroup.com
nicole.ruddock@citadelgroup.com
nidhi.gupta@citadelgroup.com
nikhil.gupta@citadelgroup.com
nikita.turik@citadelgroup.com
oren.shaked@citadelgroup.com
oscar.chow@citadelgroup.com
paritosh.batra@citadelgroup.com
paul.kehoe@citadelgroup.com
paul.kowalow@citadelgroup.com
paul.santucci@citadelgroup.com
pbinfo@citadelgroup.com
peter.jenson@citadelgroup.com
peter.myran@citadelgroup.com
peter.redward@citadelgroup.com
peter.sanchez@citadelgroup.com
philip.boyce@citadelgroup.com
philip.vandermause@citadelgroup.com

**Company & Corresponding Email Addresses**

psgresearch@citadelgroup.com
psubrama@citadelgroup.com
raj.hathiramani@citadelgroup.com
rajesh.vasireddy@citadelgroup.com
raul.espejel@citadelgroup.com
ravi.mattu@citadelgroup.com
ren.wu@citadelgroup.com
rich.dabrowski@citadelgroup.com
richard.farmer@citadelgroup.com
richard.harjes@citadelgroup.com
richard.lee@citadelgroup.com
richard.wegener@citadelgroup.com
richard.wertheimer@citadelgroup.com
ricky.sun@citadelgroup.com
rob.donath@citadelgroup.com
rob.polak@citadelgroup.com
rob.timmons@citadelgroup.com
robert.doherty@citadelgroup.com
robert.polachek@citadelgroup.com
robert.schwartz@citadelgroup.com
robert.wildeman@citadelgroup.com
rod.chay@citadelgroup.com
roderick.stephan@citadelgroup.com
rohit.gupta@citadelgroup.com
ron.klipstein@citadelgroup.com
ron.wexler@citadelgroup.com
ronda.craft@citadelgroup.com
rory.murphy@citadelgroup.com
roy.thomas@citadelgroup.com
ruth.rayner@citadelgroup.com
ryan.garino@citadelgroup.com
ryan.osullivan@citadelgroup.com
ryan.sheftel@citadelgroup.com
ryan.valente@citadelgroup.com
sairam.muthialu@citadelgroup.com
sally.mellon@citadelgroup.com
sam.assamongkol@citadelgroup.com
samuel.kim@citadelgroup.com
sasi.digavalli@citadelgroup.com
savo.bakrac@citadelgroup.com
sayan.ghosh@citadelgroup.com
scott.frymoyer@citadelgroup.com
scott.hoffman@citadelgroup.com
scott.pool.@citadelgroup.com
scott.rafferty@citadelgroup.com
scott.wendt@citadelgroup.com
sea-jin.huh@citadelgroup.com
sean.hurley@citadelgroup.com
sean.salji@citadelgroup.com
sharif.siddiqui@citadelgroup.com
sharon.ng@citadelgroup.com
shaun.o'donnell@citadelgroup.com
shellane.quinn@citadelgroup.com
shuaib.siddiqui@citadelgroup.com

**Company & Corresponding Email Addresses**

solomon.barnett@citadelgroup.com
soo.cao@citadelgroup.com
soo-jin.lee@citadelgroup.com
soukup.kurt@citadelgroup.com
spencer.hallarn@citadelgroup.com
stephanie.davis@citadelgroup.com
stephanie.dusinski@citadelgroup.com
stephanie.landry@citadelgroup.com
stephen.chiu@citadelgroup.com
stephen.parlett@citadelgroup.com
steve.edney@citadelgroup.com
steve.weller@citadelgroup.com
steven.belluardo@citadelgroup.com
steven.boyd@citadelgroup.com
steven.rosenberg@citadelgroup.com
sue.dolan@citadelgroup.com
sumner.anderson@citadelgroup.com
sunil.annapareddy@citadelgroup.com
suraj.chopra@citadelgroup.com
susanna.jacob@citadelgroup.com
suzy.hinds@citadelgroup.com
taimur.hassan@citadelgroup.com
takuya.sakamoto@citadelgroup.com
ted.hollander@citadelgroup.com
ted.lu@citadelgroup.com
thanassis.tjavaras@citadelgroup.com
thomas.hayes@citadelgroup.com
thomas.stephens@citadelgroup.com
thomas.twiggs@citadelgroup.com
tim.bailey@citadelgroup.com
tim.gill@citadelgroup.com
timothy.lyons@citadelgroup.com
titus.liu@citadelgroup.com
todd.barker@citadelgroup.com
todd.gjervold@citadelgroup.com
todd.glick@citadelgroup.com
todd.schroeder@citadelgroup.com
tom.denniston@citadelgroup.com
tom.doyle@citadelgroup.com
tom.rowland@citadelgroup.com
tonya.gross@citadelgroup.com
trent.ward@citadelgroup.com
udara.fernando@citadelgroup.com
vayoula.georgakopoulos@citadelgroup.com
vince.gubitosi@citadelgroup.com
vinod.rajakumar@citadelgroup.com
vivek.sadanand@citadelgroup.com
vladimir.novakovski@citadelgroup.com
wayne.yu@citadelgroup.com
wilhelm.walke@citadelgroup.com
william.magee@citadelgroup.com
xudong.wang@citadelgroup.com
yannick.mathieu@citadelgroup.com
yong.lu@citadelgroup.com

**Company & Corresponding Email Addresses**

yusef.elfiki@citadelgroup.com

**citadelsolutions**

bao.nguyen@citadelsolutions.com
christopher.dvorak@citadelsolutions.com
katy.phoun@citadelsolutions.com
laurence.chan@citadelsolutions.com
lucy.cruz@citadelsolutions.com
michael.etzkorn@citadelsolutions.com
mike.gregory@citadelsolutions.com

**citco**

cheth@citco.com
jmeusen@citco.com
mmcleod@citco.com
nfinley@citco.com
sokeeffe@citco.com
ubsops@citco.com

**citi**

adam.cf.li@citi.com
angelina.tchang@citi.com
barry.winter@citi.com
boris.jin@citi.com
breid.boyle@citi.com
charles.h.silverstein@citi.com
cheryl.gan@citi.com
cormac.obrien@citi.com
cornelia.raif@citi.com
david.cui@citi.com
ebru.gonenc@citi.com
elina.ribakova@citi.com
emily.oconnell@citi.com
esteban.liguori@citi.com
filiberto.villani@citi.com
gilbert.ojeda@citi.com
james.w.king@citi.com
jamie.klatsky@citi.com
jason.gruhot@citi.com
jennifer.ray@citi.com
jervis.smith@citi.com
joseph.castanza@citi.com
kathy.el.ong@citi.com
keith.fortune@citi.com
kevin.j.murray@citi.com
kim.steven.chaffart@citi.com
linda.moses@citi.com
lisa.a.thomas@citi.com
mark.lawrence@citi.com
mathias.reichelsdorfer@citi.com
matthew.j.mcinerny@citi.com
melanie.e.hanlon@citi.com
muska.chiu@citi.com
nick.wallum@citi.com
paul.e.jablansky@citi.com
richard.e.john@citi.com
rishi.kakati@citi.com

## Company & Corresponding Email Addresses

robert.valoroso@citi.com
rolland.yingmiao.chen@citi.com
shalom.chen@citi.com
shariq.khan@citi.com
steven.a.rosen@citi.com
sylvia.wm.woo@citi.com
thomas.leah@citi.com
victoria.thompson@citi.com

### citibank

achille.d'antoni@citibank.com
cparso@citibank.com
pasquale.sala@citibank.com

### citic

kongdan@citic.com
zhangdm@citic.com

### citicb

gianoy@citicb.com.cn

### citicbank

chenchao@citicbank.com
cuishuang@citicbank.com
fanzhiqiang@citicbank.com
gaofeng@citicbank.com
jinzhushi@citicbank.com
liangxin@citicbank.com
ljh@citicbank.com
lvjing@citicbank.com
mengxiangbin@citicbank.com
quanjunjie@citicbank.com
sunyi@citicbank.com
xianghui@citicbank.com
yangyibo@citicbank.com
yecan@citicbank.com
zhangqiulin@citicbank.com
zhaomei@citicbank.com
zhouhongbo@citicbank.com
zhouyunying@citicbank.com

### citicib

chenshouli@citicib.com.cn
cy@citicib.com.cn
daijianchun@citicib.com.cn
gaofeng@citicib.com.cn
guyu@citicib.com.cn
hwb@citicib.com.cn
jiazhimin@citicib.com.cn
khy@citicib.com.cn
laidesheng@citicib.com.cn
liuwl@citicib.com.cn
lrh@citicib.com.cn
mengchao@citicib.com.cn
mn@citicib.com.cn
panfeng@citicib.com.cn
pangaihua@citicib.com.cn
sjg@citicib.com.cn
sunjinli@citicib.com.cn

**Company & Corresponding Email Addresses**

sunwei@citicib.com.cn
wusenlin@citicib.com.cn
wuyang@citicib.com.cn
wwh@citicib.com.cn
xjx@citicib.com.cn
yeqing@citicib.com.cn
yf@citicib.com.cn
ysk@citicib.com.cn
zhangjie@citicib.com.cn
zhaojingliang@citicib.com.cn
zhuhong@citicib.com.cn
zhuyang@citicib.com.cn

**citicorp**

alaa.al-amoudi@citicorp.com
aldus.chapin@citicorp.com
alex.patelis@citicorp.com
ana.diez-fontana@citicorp.com
andrew.black@citicorp.com
ashley.hancock@citicorp.com
ashok.talukdar@citicorp.com
barry.munson@citicorp.com
bernard.hanratty@citicorp.com
caroline.edmondson@citicorp.com
catherine.lau@citicorp.com
charles.fellowes@citicorp.com
ching-chi.hsia@citicorp.com
clement.li@citicorp.com
derek.kwong@citicorp.com
eric.chin@citicorp.com
francesco.rustici@citicorp.com
fuad.elmani@citicorp.com
giorgio.costa@citicorp.com
gregory.rodeheaver@citicorp.com
gwenny.tse@citicorp.com
haggi@citicorp.com
haydn.moth@citicorp.com
hee-seok.oh@citicorp.com
himanshu.lukha@citicorp.com
huay-imm.poh@citicorp.com
irene.yc.chen@citicorp.com
jackson.yu@citicorp.com
james.leighton@citicorp.com
jane.attwell@citicorp.com
jason.doctor@citicorp.com
jonathan.adams@citicorp.com
kevin.strauss@citicorp.com
kibum.kim@citicorp.com
lisa.capuano@citicorp.com
lisa.dao@citicorp.com
livia.meszaros@citicorp.com
mailto: albert.ip@citicorp. com
mandeep.sachdeva@citicorp.com
martin.s.c.lee@citicorp.com
mary.fleming@citicorp.com

**Company & Corresponding Email Addresses**

michael.t.nugent@citicorp.com
natalia.morgunova@citicorp.com
nigel.chapman@citicorp.com
paul.goody@citicorp.com
peter.fegelman@citicorp.com
peter.grigory@citicorp.com
peter.litvin@citicorp.com
pierre.miguel@citicorp.com
polly.chow@citicorp.com
rafael.gonzalez_aller@citicorp.com
ramiro.antezana@citicorp.com
richard.burwood@citicorp.com
robert.cox@citicorp.com
robin.lenna@citicorp.com
rona.silverio@citicorp.com
ros.stripe@citicorp.com
rosamunde.price@citicorp.com
sarah.merefield@citicorp.com
sergey.korotkov@citicorp.com
soumilya@citicorp.com
tammy.battersby@citicorp.com
thierry.misson@citicorp.com

**citigroup**

ahmad.kreydieh@citigroup.com
albert.vanness@citigroup.com
alex.romeo@citigroup.com
alexandros.garias@citigroup.com
amir.karimi@citigroup.com
andrew.cheung@citigroup.com
andrew.j.harris@citigroup.com
andrew.kerridge@citigroup.com
andy.wong@citigroup.com
angela.p.degis@citigroup.com
annie.hsieh@citigroup.com
anthony.tutrone@citigroup.com
antoine.pain@citigroup.com
ardavan.nozari@citigroup.com
arijana.samsoniene@citigroup.com
arkady.m.bernard@citigroup.com
arnaud.saintsauveur@citigroup.com
benjamin.garrity@citigroup.com
benoit.ghiezen@citigroup.com
beth.bartz@citigroup.com
brian.holland@citigroup.com
bruce.e.fox@citigroup.com
carole.dargnies@citigroup.com
cathal.goodman@citigroup.com
catherine.lapadula@citigroup.com
christophe.cornet@citigroup.com
christopher.d.potter@citigroup.com
christopher.m.meyers@citigroup.com
clayton.nolde@citigroup.com
craig.mcgeeney@citigroup.com
daniel.willey@citigroup.com

## Company & Corresponding Email Addresses

david.a.nadeau@citigroup.com
david.depaepe@citigroup.com
david.e.scholl@citigroup.com
david.fare@citigroup.com
david.lew@citigroup.com
david.loo@citigroup.com
david.nardiello@citigroup.com
debra.witkowsky@citigroup.com
denise.t.duffee@citigroup.com
dorota.sadowska@citigroup.com
edward.tappan@citigroup.com
elizabeth.yum@citigroup.com
eric.senft@citigroup.com
erik.vanbergen@citigroup.com
f.denney.voss@citigroup.com
fabrice.castelein@citigroup.com
felix.lempert@citigroup.com
first.surname@citigroup.com
frances.wong@citigroup.com
gary.madia@citigroup.com
gene.c.collins@citigroup.com
gianfranco.bartellino@citigroup.com
greg.harris@citigroup.com
gregory.g.chu@citigroup.com
harle.mossman@citigroup.com
helen.kim@citigroup.com
hikaru.kozuki@citigroup.com
hunter.schwartz@citigroup.com
ian.burns@citigroup.com
ian.r.barnes@citigroup.com
james.broderick@citigroup.com
james.conroy@citigroup.com
james3.nolan@citigroup.com
jason.doiron@citigroup.com
jasper.jan.meijerink@citigroup.com
jenny.vasconez@citigroup.com
jie.wan@citigroup.com
jinhei.park@citigroup.com
joerg.sittmann@citigroup.com
john.f.burke@citigroup.com
john.lau@citigroup.com
john.w.ingraham@citigroup.com
jonathan.rotenstreich@citigroup.com
jonathan.wilson@citigroup.com
joseph.nestor@citigroup.com
kamran.shafqat@citigroup.com
karen.bale@citigroup.com
kathy.el.ong@citigroup.com
katya.novikova@citigroup.com
kevin.starrett@citigroup.com
kimerly.guerrero@citigroup.com
kimie.sekine@citigroup.com
kristel.adler@citigroup.com
lalitha.shivaswamy@citigroup.com

**Company & Corresponding Email Addresses**

larry.reitman@citigroup.com
lloyd.whitworth@citigroup.com
lok.yim@citigroup.com
lucas.velleley@citigroup.com
marcin.drohomirecki@citigroup.com
mario.spreafico@citigroup.com
marjorie.motch@citigroup.com
mark.manigault@citigroup.com
mark.margiotta@citigroup.com
matthew.hayek@citigroup.com
matthew.j.robinson@citigroup.com
michael.dombrowski@citigroup.com
michael.j.hickey.jr@citigroup.com
michael.loura@citigroup.com
michael.r.plage@citigroup.com
michael.sleightholme@citigroup.com
michal.zaleski@citigroup.com
michel.martin@citigroup.com
mike.robinson@citigroup.com
misbah.r.shah@citigroup.com
monica.kelly@citigroup.com
munir.dean@citigroup.com
niall.hornett@citigroup.com
niamh.gaffney@citigroup.com
nigel.atha@citigroup.com
nina.kleinbongartz@citigroup.com
norah.walsh@citigroup.com
olga.bogush@citigroup.com
patrick.peppard@citigroup.com
patrick.tsang@citigroup.com
paul.a.mataras@citigroup.com
paul.cangro@citigroup.com
paul.egan@citigroup.com
pavel.sool@citigroup.com
peter.coffey@citigroup.com
peter.devine@citigroup.com
peter.jerauld@citigroup.com
peter.robert@citigroup.com
philip.j.foronda@citigroup.com
polina.bogdanova@citigroup.com
pracheesh.mishra@citigroup.com
rachel.speirs@citigroup.com
rahul.sharma@citigroup.com
rajeev.eyunni@citigroup.com
reece.birtles@citigroup.com
richard.brown@citigroup.com
richard.m.twomey@citigroup.com
richard.r.davis@citigroup.com
richard.v.annunziato@citigroup.com
richard.warr@citigroup.com
robert.c.melillo@citigroup.com
robert.j.obrien@citigroup.com
robert.simmons@citigroup.com
ronald.p.checkley@citigroup.com

## Company & Corresponding Email Addresses

rowena.romulo@citigroup.com
sameera.waheed@citigroup.com
sandip.taylor@citigroup.com
scott.j.odonnell@citigroup.com
scott.mccrossin@citigroup.com
shayne.elliott@citigroup.com
simon.fallon@citigroup.com
stephen.kauke@citigroup.com
stephen.m.williams@citigroup.com
steven.d.woolford@citigroup.com
stuart.ames@citigroup.com
stuart.crouch@citigroup.com
susan.marron@citigroup.com
svein.stokke@citigroup.com
theresa.boffa@citigroup.com
thomas.dachille@citigroup.com
thomas.doerner@citigroup.com
thomas.m.jadlos@citigroup.com
thomas.perrera@citigroup.com
thomas.w.aust@citigroup.com
tim.slotover@citigroup.com
tom.mcaleavy@citigroup.com
tomasz.grajewski@citigroup.com
tsz.lung.lau@citigroup.com
victoria.rock@citigroup.com
vikram.raju@citigroup.com
vincent.laudati@citigroup.com
virgenmina.nieves@citigroup.com
william.hamlyn@citigroup.com
william.m.gardner@citigroup.com
yo.shibuya@citigroup.com

### citigroupo

manuel.wegmann@citigroupo.com

### citinational

randlee@citinational.com

### cititgroup

edward.m.dugan@cititgroup.com

### citizensbank

bennett.singer@citizensbank.com
bill.corbet@citizensbank.com
brad.kopp@citizensbank.com
brian.bickford@citizensbank.com
charles.m.sullivan@citizensbank.com
charles.mathews@citizensbank.com
christoffer.eriksson@citizensbank.com
cuneyt.ispir@citizensbank.com
david.c.lindenauer@citizensbank.com
david.cushing@citizensbank.com
don.gaiter@citizensbank.com
evan.kantor@citizensbank.com
gene.mccabe@citizensbank.com
handan.fahmy@citizensbank.com
james.fitzgerald@citizensbank.com
james.j.hollis@citizensbank.com

**Company & Corresponding Email Addresses**

jason.hamilton@citizensbank.com
jeff.hanna@citizensbank.com
john.biasuzzi@citizensbank.com
joseph.r.dewhirst@citizensbank.com
kent.gladding@citizensbank.com
kim.magruder@citizensbank.com
kristen.silva@citizensbank.com
matt.blank@citizensbank.com
matthew.guleserian@citizensbank.com
matthew.murphy@citizensbank.com
maureen.kelliher@citizensbank.com
mike.edwards@citizensbank.com
mike.lindley@citizensbank.com
nate.webb@citizensbank.com
patricia.galuska@citizensbank.com
peter.iversen@citizensbank.com
sarah.pereschino@citizensbank.com
steve.steinour@citizensbank.com
vikram.dasgupta@citizensbank.com

**citizensbanking**
chad.baehr@citizensbanking.com

**citizensfirst-rome**
conniewilliams@citizensfirst-rome.com

**citynpl**
kbingham@citynpl.com

**cityntl**
aremedio@cityntl.com
ghayrape@cityntl.com
pcaruso@cityntl.com
plisda@cityntl.com

**cityoftampa**
dhoto@cityoftampa.gov

**citysecurities**
bstewart@citysecurities.com
jfranz@citysecurities.com
mgeraty@citysecurities.com
pturner@citysecurities.com

**citysummit**
toddj@citysummit.com

**cityutil**
eshinaul@cityutil.com

**cityweb**
westhyp3@cityweb.de

**ck**
higashi_shuntaro@ck.smbc.co.jp
kawai_toshiaki@ck.smbc.co.jp
murase_mitsuhiro@ck.smbc.co.jp
ochiai_takabumi@ck.smbc.co.jp

**claf**
john.behar@claf.com

**clal-fin**
ronenp@clal-fin.co.il
saritg@clal-fin.co.il
sergiow@clal-fin.co.il

**Company & Corresponding Email Addresses**

**clal-ins**
nirdo@clal-ins.co.il

**clamericas**
alex.kramer@clamericas.com
anggelos.skutaris@clamericas.com
anh.dung.nguyen@clamericas.com
asad.khan@clamericas.com
brian.walsh@clamericas.com
bruce.yeager@clamericas.com
christophe.ciarlet@clamericas.com
claudia.kalle@clamericas.com
david.cegle@clamericas.com
jacques.busquet@clamericas.com
janice.turek@clamericas.com
kenneth.ricciardi@clamericas.com
kristina.jobson@clamericas.com
laiyan.wong@clamericas.com
nicolas.renvoize@clamericas.com
pereon@clamericas.com
pmccarthy@clamericas.com
rasmussen@clamericas.com
richard.mcbride@clamericas.com
shymanski@clamericas.com
soustra@clamericas.com
stephane.cadoch@clamericas.com
stephen.schofield@clamericas.com
steve.wilson@clamericas.com
tavangar@clamericas.com
tgrant@clamericas.com
tom.randolph@clamericas.com
walter.cegarra@clamericas.com

**clara**
linda@clara.net

**clarica**
allen.olsen@clarica.com
connie.keller@clarica.com
tom.howse@clarica.com
tom.westrup@clarica.com

**clariden**
david.steiger@clariden.com
tanja.lenger@clariden.com

**claridenleu**
ady.steinbeck@claridenleu.com
alain.chiolero@claridenleu.com
alex.hinder@claridenleu.com
alexander.kaiser@claridenleu.com
andi.wuethrich@claridenleu.com
andrea.liebich@claridenleu.com
andreas.kappeler@claridenleu.com
andreas.kappler@claridenleu.com
andreas.keller@claridenleu.com
andreas.roca@claridenleu.com
andrew.yong@claridenleu.com
anja.moesli@claridenleu.com

## Company & Corresponding Email Addresses

anne.bourgeois@claridenleu.com
antonio.mantarro@claridenleu.com
antonio.oro@claridenleu.com
armando.beer@claridenleu.com
arzu.koc@claridenleu.com
aveline.chan@claridenleu.com
barbara.hauser@claridenleu.com
beat.troehler@claridenleu.com
beatrice.kunz@claridenleu.com
ben.giles@claridenleu.com
benjamin.brauchli@claridenleu.com
benjamin.knecht@claridenleu.com
bernard.stadler@claridenleu.com
bernhard.pfenninger@claridenleu.com
brigitte.hefti@claridenleu.com
camil.ghantous@claridenleu.com
carla.barella@claridenleu.com
caspar.ruetz@claridenleu.com
chenghin.saw@claridenleu.com
christian.bruns@claridenleu.com
christian.eckenberg@claridenleu.com
christian.froehlich@claridenleu.com
christian.grob@claridenleu.com
christoph.peter.3@claridenleu.com
christoph.peter@claridenleu.com
christoph.schmich@claridenleu.com
christoph.schmid@claridenleu.com
clare.cuddigan@claridenleu.com
claude.birkenmaier@claridenleu.com
claudine.sydler@claridenleu.com
claudio.mazzoni@claridenleu.com
cornel.bruhin@claridenleu.com
daniel.blesi@claridenleu.com
daniel.egger.2@claridenleu.com
daniel.grau@claridenleu.com
daniel.jeseneg@claridenleu.com
daniel.rueedi@claridenleu.com
david.schmid@claridenleu.com
david.sigg@claridenleu.com
david.steiger@claridenleu.com
dieter.hoefert@claridenleu.com
dimitar.pashev@claridenleu.com
dominik.scheck@claridenleu.com
dominique.voegelin@claridenleu.com
edouard.dubuis@claridenleu.com
eleonore.charrez@claridenleu.com
elisabeth.bossard@claridenleu.com
elisabeth.garcia@claridenleu.com
erwin.hefti@claridenleu.com
fabio.depaoli@claridenleu.com
fabrice.vallat@claridenleu.com
felix.csajka@claridenleu.com
fernando.defrutos@claridenleu.com
filomeno.calabretto@claridenleu.com

**Company & Corresponding Email Addresses**

franz.sturzenegger@claridenleu.com
franziska.liebich@claridenleu.com
gerhard.hofer@claridenleu.com
ghassan.elsaleh@claridenleu.com
gianni.lavigna@claridenleu.com
giovanni.miccoli@claridenleu.com
giuseppe.caltabiano@claridenleu.com
gonzalo.borja@claridenleu.com
goran.jauk@claridenleu.com
gustav.hail@claridenleu.com
guy.scheiwiller@claridenleu.com
gzime.hidiasani@claridenleu.com
hannes.david@claridenleu.com
hansjoerg.luethi@claridenleu.com
heinz.leibbrand@claridenleu.com
hilary.paul@claridenleu.com
irene.b.puettner@claridenleu.com
jakob.schoechli@claridenleu.com
joerg.ganter@claridenleu.com
juan.mendoza@claridenleu.com
juerg.kramis@claridenleu.com
juerg.wiederkehr@claridenleu.com
juri.sarbach@claridenleu.com
kaspar.boehni@claridenleu.com
kevin.sullivan@claridenleu.com
lorenz.kiener@claridenleu.com
luc.mathys@claridenleu.com
lucia.wuermli@claridenleu.com
luis.correia@claridenleu.com
luke.dyer-smith@claridenleu.com
makiko.zuercher@claridenleu.com
manuel.ritter@claridenleu.com
marc.eggler@claridenleu.com
marc.granjean@claridenleu.com
marc.kaenzig@claridenleu.com
marc.schuerer@claridenleu.com
marcel.keller@claridenleu.com
marcel.wyss@claridenleu.com
marco.barreca@claridenleu.com
marco.bartolucci@claridenleu.com
marco.botta@claridenleu.com
marco.gabriel@claridenleu.com
marco.ruefenacht@claridenleu.com
marietta.k.stieger@claridenleu.com
marion.feisthammel@claridenleu.com
marion.struber@claridenleu.com
mark.schindler@claridenleu.com
markus.baechtold@claridenleu.com
markus.furrer@claridenleu.com
markus.koch@claridenleu.com
markus.lang@claridenleu.com
martial.balbinot@claridenleu.com
martin.flueckiger@claridenleu.com
martin.hueppi@claridenleu.com

**Company & Corresponding Email Addresses**

martin.scheel.2@claridenleu.com
martin.schlatter@claridenleu.com
mathias.rieben@claridenleu.com
matthias.ahrens@claridenleu.com
matthias.fankhauser@claridenleu.com
matthias.seger@claridenleu.com
michael.foo@claridenleu.com
michael.haeusler.3@claridenleu.com
michael.schneider.2@claridenleu.com
michael.stahel@claridenleu.com
michel.tanner@claridenleu.com
mirko.frapolli@claridenleu.com
natalia.outecheva@claridenleu.com
nicholas.arthur.2@claridenleu.com
nicole.schleuniger@claridenleu.com
noel.craven@claridenleu.com
paola.tognala@claridenleu.com
pascal.fischer@claridenleu.com
patricia.fonjad@claridenleu.com
patrick.d.businger@claridenleu.com
patrick.estermann@claridenleu.com
patrick.meier@claridenleu.com
patrick.meyer@claridenleu.com
patrick.uelfeti@claridenleu.com
peter.aebischer@claridenleu.com
peter.gnehm@claridenleu.com
peter.labhart@claridenleu.com
peter.white@claridenleu.com
philip.m.salvisberg@claridenleu.com
philippe.martin@claridenleu.com
phillip.sundquist@claridenleu.com
plinio.zanetti@claridenleu.com
raffael.weidmann@claridenleu.com
ralph.laeuppi@claridenleu.com
ralph.weber@claridenleu.com
raphael.weber@claridenleu.com
regina.reinert@claridenleu.com
rene.michel.2@claridenleu.com
rene.wagner@claridenleu.com
rino.miraglia@claridenleu.com
robert.hardmeier@claridenleu.com
robert.wenk@claridenleu.com
roger.bischof@claridenleu.com
roger.fischer@claridenleu.com
roger.kernbach@claridenleu.com
roger.kunz@claridenleu.com
roger.schmid@claridenleu.com
roland.dornbierer@claridenleu.com
rolf.weiss@claridenleu.com
roman.walter@claridenleu.com
roman.wyss@claridenleu.com
romeo.sakac@claridenleu.com
sandra.sorg@claridenleu.com
sandra.stahel@claridenleu.com

**Company & Corresponding Email Addresses**

sandro.baechli@claridenleu.com
sandro.rosa@claridenleu.com
sarah.wahby@claridenleu.com
sebastian.epp.2@claridenleu.com
sebastian.epp@claridenleu.com
sergio.esteban@claridenleu.com
silvia.marengo@claridenleu.com
simon.frick@claridenleu.com
simon.krieger@claridenleu.com
stefan.k.kraeuchi@claridenleu.com
stefan.kloeti@claridenleu.com
stefan.muheim@claridenleu.com
stefan.wick@claridenleu.com
stephan.huebner@claridenleu.com
stephane.barthassat@claridenleu.com
stephane.cuerel@claridenleu.com
stephen.hughes.3@claridenleu.com
thomas.bauer@claridenleu.com
thomas.faeh@claridenleu.com
thomas.frei@claridenleu.com
thomas.frischknecht@claridenleu.com
thomas.liebi@claridenleu.com
thomas.maier@claridenleu.com
thomas.schmidlin@claridenleu.com
thomas.schudel@claridenleu.com
thomas.stoeckli@claridenleu.com
thomas.unterberger@claridenleu.com
tobias.wyss@claridenleu.com
uwe.guenther.2@claridenleu.com
vaia.tzokas@claridenleu.com
vangelis.bratsikas@claridenleu.com
vera.dianova@claridenleu.com
vincenzo.calia@claridenleu.com
walter.thoma@claridenleu.com
yvan.meier@claridenleu.com
zeljko.korica@claridenleu.com
zina.psiola@claridenleu.com

**clarima**
giovanni.elia@clarima.unicredit.it

**clark**
jack.rasmusson@clark.wa.gov

**clarkest**
clafayette@clarkest.com
kgibson@clarkest.com
schristel@clarkest.com
sduff@clarkest.com
tmiller@clarkest.com

**class**
gcastagneto@class.it

**clcm**
s-haneda@clcm.co.jp
s-tsuchimoto@clcm.co.jp

**clearbridgeadvisors**
aborisenko@clearbridgeadvisors.com

## Company & Corresponding Email Addresses

ccoleman@clearbridgeadvisors.com
clist@clearbridgeadvisors.com
kgmccann@clearbridgeadvisors.com
pemiller@clearbridgeadvisors.com

### clfbanque-dexia

olivier.tallon@clfbanque-dexia.com
pierre.barre@clfbanque-dexia.com

### clf-dexia

abdelhalim.fadil@clf-dexia.com
abdessamad.elbabsiri@clf-dexia.com
amine.boureghda@clf-dexia.com
anais.koskas@clf-dexia.com
angela.garay@clf-dexia.com
brendan.owens@clf-dexia.com
christophe.boucher@clf-dexia.com
cyrille.robic@clf-dexia.com
daragh.clune@clf-dexia.com
david.benhamou@clf-dexia.com
david.raynaud@clf-dexia.com
david.widart@clf-dexia.com
denis.constantin@clf-dexia.com
edouard.daryabegui@clf-dexia.com
fergal.mcgrath@clf-dexia.com
francois.duruy@clf-dexia.com
gilles.hannoun@clf-dexia.com
guillaume.quibel@clf-dexia.com
jean-luc.petitpont@clf-dexia.com
jean-marie.boudet@clf-dexia.com
lai.ly@clf-dexia.com
laurence.picand@clf-dexia.com
lionel.benzekri@clf-dexia.com
martin.mcgovern@clf-dexia.com
melanie.kalifat@clf-dexia.com
olivier.eudes@clf-dexia.com
olivier.leroy@clf-dexia.com
olivier.lionnard@clf-dexia.com
olivier.robert@clf-dexia.com
olivier.stoband@clf-dexia.com
patrick.swiderski@clf-dexia.com
rene.kassis@clf-dexia.com
ricardo.pedro@clf-dexia.com
robert.benayoun@clf-dexia.com
robert.boublil@clf-dexia.com
tarek.belkahia@clf-dexia.com
vincent.treillet@clf-dexia.com
yael.kabla@clf-dexia.com

### clinton

ajung@clinton.com
alexi.yannas@clinton.com
alla@clinton.com
amattone@clinton.com
amr@clinton.com
ben.finger@clinton.com
billc@clinton.com

**Company & Corresponding Email Addresses**

billf@clinton.com
bobw@clinton.com
brian.choe@clinton.com
brian.gibson@clinton.com
cgt@clinton.com
chad.carta@clinton.com
cpeters@clinton.com
darrell@clinton.com
das@clinton.com
david.spring@clinton.com
derek.bandler@clinton.com
dvignone@clinton.com
ellen@clinton.com
eric@clinton.com
flawless@clinton.com
franruch@clinton.com
gary.rugendorf@clinton.com
gdrenn@clinton.com
geh@clinton.com
georgene.huang@clinton.com
gmr@clinton.com
hamecs@clinton.com
jmf@clinton.com
jmg@clinton.com
john.freda@clinton.com
johnh@clinton.com
joseph.deperio@clinton.com
joseph.jiang@clinton.com
josephsheer@clinton.com
kathy.starrs@clinton.com
kevin@clinton.com
lauren@clinton.com
lfherk@clinton.com
marion.soper@clinton.com
mark.pibl@clinton.com
mav@clinton.com
mfb@clinton.com
mhannafey@clinton.com
mkahne@clinton.com
mouldst@clinton.com
nblas@clinton.com
nick@clinton.com
noel.heavey@clinton.com
ojcheevers@clinton.com
patrick.dote@clinton.com
pek@clinton.com
ptr@clinton.com
pvankud@clinton.com
rcohen@clinton.com
robert.roman@clinton.com
romeara@clinton.com
scott.arnold@clinton.com
sgrier@clinton.com
shafla@clinton.com

**Company & Corresponding Email Addresses**

sko@clinton.com
stephen.dirkes@clinton.com
svc@clinton.com
tobin.kim@clinton.com
tom.jackson@clinton.com
vdarp@clinton.com
vincent.darpino@clinton.com
vvarghese@clinton.com
yong.lu@clinton.com
yyc@clinton.com

**clintongrp**
yannis@clintongrp.com

**closepb**
chris.stephens@closepb.com

**closewealth**
julian.chorley@closewealth.co.uk

**clubaa**
repulsebay@clubaa.com

**club-internet**
ccr_acts@club-internet.fr

**cmb**
gtagi@cmb.mc
mceruti@cmb.mc

**cmbc**
zhangwenjun2@cmbc.com.cn

**cmbchina**
00103@oa.cmbchina.com
00257@oa.cmbchina.com
00270@oa.cmbchina.com
00436@oa.cmbchina.com
00662@oa.cmbchina.com
00664@oa.cmbchina.com
00675@oa.cmbchina.com
00717@oa.cmbchina.com
00748@oa.cmbchina.com
28205@oa.cmbchina.com
28231@oa.cmbchina.com
97079@oa.cmbchina.com
97100@oa.cmbchina.com
97109@oa.cmbchina.com
alan@cmbchina.com
alexis@cmbchina.com
andyqu@cmbchina.com
chen_ping@cmbchina.com
denglongheng@cmbchina.com
dongfang@cmbchina.com
evahe@cmbchina.com
hj_yin@cmbchina.com
hj5288@cmbchina.com
larry@oa.cmbchina.com
lili@oa.cmbchina.com
liudongliang@cmbchina.com
mrfei@cmbchina.com
nibin@cmbchina.com

**Company & Corresponding Email Addresses**

qian_yang@cmbchina.com
qinlong@cmbchina.com
renyg@cmbchina.com
ryan_liu@cmbchina.com
sagalyt@cmbchina.com
thonychen@cmbchina.com
wanghch@cmbchina.com
yanliguo@cmbchina.com
zhangxiaowei@cmbchina.com
zmjcmb@cmbchina.com

**cmcee**

bonnaicr@cmcee.creditmutuel.fr

**cmcic**

aboucamk@cmcic.fr
baguetje@cmcic.fr
broumejo@cmcic.fr
capetdo@cmcic.fr
carlesch@cmcic.fr
chartist@cmcic.fr
chauviea@cmcic.fr
christce@cmcic.fr
clammefa@cmcic.fr
cordieal@cmcic.fr
delreegu@cmcic.fr
dupontca@cmcic.fr
fauregi@cmcic.fr
gramlira@cmcic.fr
jurepa@cmcic.fr
kessouli@cmcic.fr
kuyperm@cmcic.fr
levyol@cmcic.fr
michalro@cmcic.fr
moltenma@cmcic.fr
paresyma@cmcic.fr
pasquije@cmcic.fr
percheni@cmcic.fr
reichstadtl@cmcic.fr
schneiec@cmcic.fr
spiesst@cmcic.fr
sudriepi@cmcic.fr
vanderge@cmcic.fr
vargasju@cmcic.fr
volantpa@cmcic.fr
weylanda@cmcic.fr
yangefr@cmcic.fr
yvertol@cmcic.fr

**cmcic-sdm**

bourboan@cmcic-sdm.fr
leminoda@cmcic-sdm.fr
merotyo@cmcic-sdm.fr
narcyel@cmcic-sdm.fr
pennanph@cmcic-sdm.fr
robinnc@cmcic-sdm.fr
tornadma@cmcic-sdm.fr

## Company & Corresponding Email Addresses

### cmcnet
bobwong@cmcnet.com.tw
maggietu@cmcnet.com.tw

### cmfchina
franciskoo@cmfchina.com

### cmhk
liangpingxin@cmhk.com

### cmim
name.surname@cmim.co.uk
peter.worn@cmim.co.uk

### cminvest
jmartin@cminvest.com

### cmsenergy
alan.wright@cmsenergy.com

### cna
bernice.cail@cna.com
christopher.dvorak@cna.com
gregory.mcclain@cna.com
john.psoklas@cna.com
lisheng.su@cna.com
marilou.mcgirr@cna.com
meghan.johnson@cna.com
pamela.dempsey@cna.com
ryan.kelly@cna.com
sarah.simmons@cna.com

### cnb
adam.phillips@cnb.com
bmiller@cnb.com
cary.walker@cnb.com
dana.smidova@cnb.cz
don.riechel@cnb.com
frydrych@cnb.cz
greg.kaplan@cnb.com
hcyang@cnb.co.kr
jean-paul.anoh@cnb.com
joe.morgan@cnb.com
john.coscia@cnb.com
karel.bauer@cnb.cz
kathleen.meyer@cnb.com
lenka.klcova@cnb.cz
marek.sestak@cnb.cz
martin.schimek@cnb.cz
mary.lamb@cnb.com
michael.melisik@cnb.cz
michael.taila@cnb.com
ondrej.stradal@cnb.cz
otis.heald@cnb.com
paul.single@cnb.com
pavlina.novakova@cnb.cz
peter.ro@cnb.com
robert.harder@cnb.com
rod.olea@cnb.com
sean.johnson@cnb.com
spencer.ludgate@cnb.com

**Company & Corresponding Email Addresses**

terry.loughran@cnb.com
vladimir.mrazek@cnb.cz
zuzana.patrakova@cnb.cz

**cnbceurope**
bhubard@cnbceurope.com

**cnbelkins**
tderbyshire@cnbelkins.com

**cnbsnet**
tdougherty@cnbsnet.com

**cnh**
greg.hebard@cnh.com

**cnp**
anne.sikora@cnp.fr
annette.lobotzki@cnp.fr
antoine.devaublanc@cnp.fr
antoine.fromenteze@cnp.fr
antoine.lissowski@cnp.fr
antoine.maffre@cnp.fr
emmanuel.delaveau@cnp.fr
emmanuel.perrin@cnp.fr
eric.meunier@cnp.fr
florent.lecam@cnp.fr
frederic.mary@cnp.fr
gabrielle.adam@cnp.fr
gilles.benoist@cnp.fr
guy.combot@cnp.fr
ismael.lourabi@cnp.fr
ivan.delloye@cnp.fr
jean-daniel.muon@cnp.fr
jean-louis.kandala@cnp.fr
jean-luc.guillermou@cnp.fr
manuel.courau@cnp.fr
martial.lasfargues@cnp.fr
michael.migus@cnp.fr
nicolas.monnier@cnp.fr
olivier.guichard@cnp.fr
olivier.mareuse@cnp.fr
patrick.bouvier2@cnp.fr
philippe.joly@cnp.fr
pierre.dury@cnp.fr
pierre.ogier@cnp.fr
sebastien.daguenet@cnp.fr
stephane.trarieux@cnp.fr
veronique.brunel@cnp.fr
veronique.leroybouille@cnp.fr
xavier.lambert@cnp.fr
yann.didou@cnp.fr

**co**
acade@co.fresno.ca.us
bkellyac@co.san-diego.ca.us
david.lawless@co.hennepin.mn.us
david.zweig@co.santa-cruz.ca.us
david_mcelwain@co.harris.tx.us
dialg@co.stanislaus.ca.us

## Company & Corresponding Email Addresses

dkent@co.riverside.ca.us
dsato@co.la.ca.us
gg6@co.miami-dade.fl.us
jkern@co.sarasota.fl.us
joann_ingalls@co.harris.tx.us
lkellrac@co.san-diego.ca.us
mfriedtr@co.san-diego.ca.us
portegl@co.mecklenburg.nc.us
timothy.m.johnson@co.hennepin.mn.us
tmason@co.la.ca.us
ttc001@co.santa-cruz.ca.us
ttc003@co.santa-cruz.ca.us

**coair**
dgabel@coair.com
jcompt@coair.com
jeff.smisek@coair.com
joe.cue@coair.com
jraine@coair.com
lkelln@coair.com
marcus.pullicino@coair.com
reid.pennebaker@coair.com
rick.pressly@coair.com
zane.rowe@coair.com

**coastalcorp**
ken.johnson@coastalcorp.com
roy.gates@coastalcorp.com

**coastalsecurites**
cmj@coastalsecurites.com

**coastalsecurities**
cac@coastalsecurities.com
eaj@coastalsecurities.com
hgm@coastalsecurities.com

**coastasset**
kengl@coastasset.com

**coatesvillesavings**
jwogram@coatesvillesavings.com

**cobank**
agoldberg@cobank.com
bboushele@cobank.com
gcosgrove@cobank.com
jbezon@cobank.com
milheij@cobank.com
smahler@cobank.com
smcfadden@cobank.com
tsteidle@cobank.com

**coefficientglobal**
mgokhman@coefficientglobal.com

**coface**
benoit_claire@coface.fr
bernard_benisti@coface.com
bertrand_bouchonnet@coface.com
christophe_derouen@coface.com
fabien_conderanne@coface.com
franck_morel@coface.com

**Company & Corresponding Email Addresses**

marc_dupuy@coface.com
pierre_fournel@coface.com

**cofimo**

abarbieri@cofimo.it
fgarzilli@cofimo.it
mauro.desiderio@cofimo.it

**cofiri**

f.beccali@cofiri.it
g.conti@cofiri.it
r.stazi@cofiri.it

**cogefi**

c.nourissat@cogefi.fr
c.pigasse@cogefi.fr
g.joncheres@cogefi.fr
g.texier@cogefi.fr
h.aurousseau@cogefi.fr
jl.chenut@cogefi.fr
lucile.combe@cogefi.fr
m.fetrossi@cogefi.fr
p.desaintmartin@cogefi.fr

**cogema**

jduvignaux@cogema.fr

**coj**

cplummer@coj.net
richardd@coj.net

**cokecce**

jgoebeler@na.cokecce.com
jkinglavinder@na.cokecce.com
spetrey@na.cokecce.com

**colimbiamanagement**

vadim.shteyn@colimbiamanagement.com

**collegesavings**

dnagy@collegesavings.com
gjohnson@collegesavings.com

**collineo-am**

panagiota.vergini@collineo-am.com
sandra.wawrzyniak@collineo-am.com

**collins-stewart**

arstuart@collins-stewart.com
jbryan@collins-stewart.com
jplasco@collins-stewart.com
mpiper@ci.collins-stewart.com
rlarner@ci.collins-stewart.com

**collinsstewartllc**

eskibo@collinsstewartllc.com
gpowell@collinsstewartllc.com
mbranca@collinsstewartllc.com

**colognere**

evolkeni@colognere.com
heinen@colognere.com
hey@colognere.com
isringh@colognere.com
kuon@colognere.com
leffelee@colognere.com

## Company & Corresponding Email Addresses

meindl@colognere.com
quick@colognere.com
ruetterm@colognere.com
sfromme@colognere.com
swoppow@colognere.com

### colonialbank

ashwin_kakani@colonialbank.com
brent_sloman@colonialbank.com
brian_glenn@colonialbank.com
debbie_diboll@colonialbank.com
glenda_allred@colonialbank.com
kamal_hosein@colonialbank.com
lisa_free@colonialbank.com
marylou_bathen@colonialbank.com
michael_peters@colonialbank.com
rob_bonds@colonialbank.com
robert_lowder@colonialbank.com
rodney_lewis@colonialbank.com
sarah_moore@colonialbank.com
scott_robicheaux@colonialbank.com
walter_hargrove@colonialbank.com

### colonialfiststate

jbishop@colonialfiststate.co.uk

### colonialfs

james.cooke@colonialfs.co.uk
karen.jones@colonialfs.co.uk

### colonialsavings

connie@colonialsavings.com

### colpal

deborah_miller@colpal.com
marco_paracciani@colpal.com

### columbia

anwiti.bahuguna@columbia.com
cwh8@columbia.edu
mz2015@columbia.edu

### columbiafunds

thomsent@columbiafunds.com

### columbiamanagement

abdul.a.alhedaib@columbiamanagement.com
abdullah.m.aldekheel@columbiamanagement.com
adeem.fenster@columbiamanagement.com
alan.erickson@columbiamanagement.com
alex.powers@columbiamanagement.com
alexander.wilkinson@columbiamanagement.com
alexis.addrisi@columbiamanagement.com
alfred.f.alley@columbiamanagement.com
alice.whitney@columbiamanagement.com
allen.bond@columbiamanagement.com
allyn.seymour@columbiamanagement.com
amy.neberieza@columbiamanagement.com
andrew.russ@columbiamanagement.com
angela.streur@columbiamanagement.com
ann.peterson@columbiamanagement.com
anthony.d.dixon@columbiamanagement.com

**Company & Corresponding Email Addresses**

anthony.purcell@columbiamanagement.com
arlen.wiley@columbiamanagement.com
arlene.jackson@columbiamanagement.com
arthur.j.hurley@columbiamanagement.com
asta.a.vaichys@columbiamanagement.com
barry.connolly@columbiamanagement.com
bart.hellwig@columbiamanagement.com
benedikt.blomberg@columbiamanagement.com
benjamin.campbell@columbiamanagement.com
benjamin.wigren@columbiamanagement.com
bernard.braudis@columbiamanagement.com
bernard.gormley@columbiamanagement.com
beth.loucks@columbiamanagement.com
betsy.coyne@columbiamanagement.com
bimal.patel@columbiamanagement.com
bradley.komenda@columbiamanagement.com
brenda.m.coffield@columbiamanagement.com
brenda.sampson@columbiamanagement.com
brian.aronson@columbiamanagement.com
brian.c.pringle@columbiamanagement.com
brian.condon@columbiamanagement.com
brian.d.neigut@columbiamanagement.com
brian.e.kelly@columbiamanagement.com
brian.mcgreevy@columbiamanagement.com
brian.pringle@columbiamanagement.com
brian.waldner@columbiamanagement.com
bruce.warren@columbiamanagement.com
bryan.cline@columbiamanagement.com
bryan.knepper@columbiamanagement.com
c.richard.lucy@columbiamanagement.com
carl.pappo@columbiamanagement.com
carmen.s.diaz@columbiamanagement.com
cary.denson@columbiamanagement.com
catherine.black-gallivan@columbiamanagement.com
catherine.nelson@columbiamanagement.com
chad.fleischman@columbiamanagement.com
chaim.kurlandski@columbiamanagement.com
char.bauman@columbiamanagement.com
charles.borgioli@columbiamanagement.com
charles.mann@columbiamanagement.com
charlotte.cheim@columbiamanagement.com
cheryl.ip@columbiamanagement.com
christian.champ@columbiamanagement.com
christian.pineno@columbiamanagement.com
christian.stadlinger@columbiamanagement.com
christopher.l.parrish@columbiamanagement.com
christy.kim@columbiamanagement.com
claire.mccarthy@columbiamanagement.com
clifford.siverd@columbiamanagement.com
colin.moore@columbiamanagement.com
colin.trovato@columbiamanagement.com
courtney.concannon@columbiamanagement.com
craig.j.weisenberger@columbiamanagement.com
craig.leopold@columbiamanagement.com

**Company & Corresponding Email Addresses**

daisuke.nomoto@columbiamanagement.com
dale.albright@columbiamanagement.com
dan.o'connell@columbiamanagement.com
dana.wing@columbiamanagement.com
daniel.cole@columbiamanagement.com
daniel.l.boncarosky@columbiamanagement.com
daniele.donahoe@columbiamanagement.com
dara.j.white@columbiamanagement.com
dave.egan@columbiamanagement.com
david.brecht@columbiamanagement.com
david.hall@columbiamanagement.com
david.hoffman@columbiamanagement.com
david.j2.williams@columbiamanagement.com
david.jellison@columbiamanagement.com
david.obrien@columbiamanagement.com
david.s.kennedy@columbiamanagement.com
deb.vargo@columbiamanagement.com
deb.wolfe@columbiamanagement.com
denise.keegan@columbiamanagement.com
deniz.savas@columbiamanagement.com
diane.sobin@columbiamanagement.com
donald.robinson@columbiamanagement.com
donna.h.nicosia@columbiamanagement.com
dori.aleksandrowicz@columbiamanagement.com
edward.hickey@columbiamanagement.com
elise.bisio@columbiamanagement.com
elizabeth.garside@columbiamanagement.com
emil.gjester@columbiamanagement.com
emma.yan@columbiamanagement.com
eric.hamilton@columbiamanagement.com
erica.l.turner@columbiamanagement.com
faisal.butt@columbiamanagement.com
fan.hu@columbiamanagement.com
frank.salem@columbiamanagement.com
frank.w.hemeter@columbiamanagement.com
fred.copper@columbiamanagement.com
garth.nisbet@columbiamanagement.com
george.kimball@columbiamanagement.com
george.luo@columbiamanagement.com
george.maris@columbiamanagement.com
george.mix@columbiamanagement.com
george.myers@columbiamanagement.com
greg.shell@columbiamanagement.com
gregg.smalley@columbiamanagement.com
gregory.m.miller@columbiamanagement.com
gregory.s.liechty@columbiamanagement.com
greta.clapp@columbiamanagement.com
guy.holbrook@columbiamanagement.com
guy.pope@columbiamanagement.com
hansethb@columbiamanagement.com
harlan.sonderling@columbiamanagement.com
hasmik.vardanyan@columbiamanagement.com
heidi.stephens@columbiamanagement.com
holly.s.thompson@columbiamanagement.com

## Company & Corresponding Email Addresses

howard.kaplan@columbiamanagement.com
ida.thorbek@columbiamanagement.com
jack.g.barlage@columbiamanagement.com
james.d'arcy@columbiamanagement.com
james.depierre@columbiamanagement.com
james.fellows@columbiamanagement.com
jarl.ginsberg@columbiamanagement.com
jasmine.huang@columbiamanagement.com
jason.montecucco@columbiamanagement.com
jeffrey.buell@columbiamanagement.com
jeffrey.burger@columbiamanagement.com
jeffrey.hibbeler@columbiamanagement.com
jeffrey.huffman@columbiamanagement.com
jeffrey.shepard@columbiamanagement.com
jeffrey.wantman@columbiamanagement.com
jennifer.avara@columbiamanagement.com
jennifer.lukas@columbiamanagement.com
jennifer.wacker@columbiamanagement.com
jens.leerssen@columbiamanagement.com
jeremy.javidi@columbiamanagement.com
jim.claire@columbiamanagement.com
jnicholas.smith@columbiamanagement.com
joe.tannehill@columbiamanagement.com
john.barrett@columbiamanagement.com
john.maack@columbiamanagement.com
john.s.pau@columbiamanagement.com
john.sullivan@columbiamanagement.com
john.swaim@columbiamanagement.com
john.teague@columbiamanagement.com
john.wilson@columbiamanagement.com
jon.m.morgan@columbiamanagement.com
jon.metcalf@columbiamanagement.com
jon.perregaux@columbiamanagement.com
jonas.patrikson@columbiamanagement.com
jonathan.mckenzie@columbiamanagement.com
jonathan.p.carlson@columbiamanagement.com
jones.michael@columbiamanagement.com
joong.kang@columbiamanagement.com
joseph.marini@columbiamanagement.com
joseph.markovich@columbiamanagement.com
josh.kapp@columbiamanagement.com
julio.fuentes@columbiamanagement.com
june.giroux@columbiamanagement.com
justin.h.garrison@columbiamanagement.com
karen.arneil@columbiamanagement.com
karen.covey@columbiamanagement.com
karen.mccoll@columbiamanagement.com
karl.chang@columbiamanagement.com
karl.henning@columbiamanagement.com
karyn.corridan@columbiamanagement.com
kay.lang@columbiamanagement.com
keith.banks@columbiamanagement.com
kenneth.korngiebel@columbiamanagement.com
kevin.cronk@columbiamanagement.com

**Company & Corresponding Email Addresses**

kevin.lema@columbiamanagement.com
kim.i.michalski@columbiamanagement.com
kimberly.campbell@columbiamanagement.com
kristi.sontag@columbiamanagement.com
kristine.kitts@columbiamanagement.com
kurt.havnaer@columbiamanagement.com
larry.israel@columbiamanagement.com
laura.l.boring@columbiamanagement.com
laura.ostrander@columbiamanagement.com
laura.pittman@columbiamanagement.com
lawrence.w.lin@columbiamanagement.com
lee.reddin@columbiamanagement.com
leigh.drake@columbiamanagement.com
leonard.aplet@columbiamanagement.com
leonard.keyser@columbiamanagement.com
leslie.rich@columbiamanagement.com
lester.duke@columbiamanagement.com
levence.s.eutsay@columbiamanagement.com
linda.blankenship@columbiamanagement.com
linda.bounds@columbiamanagement.com
linda.solarek@columbiamanagement.com
lori.ensinger@columbiamanagement.com
luke.hagopian@columbiamanagement.com
macharva.t.lucas@columbiamanagement.com
marci.steinberg@columbiamanagement.com
mari.goldenberg@columbiamanagement.com
mark.ingram@columbiamanagement.com
mark.t.rasimas@columbiamanagement.com
martha.childs@columbiamanagement.com
mary.blust@columbiamanagement.com
mary.werler@columbiamanagement.com
mary-ann.ward@columbiamanagement.com
matt.m.waldner@columbiamanagement.com
matthew.dunn@columbiamanagement.com
matthew.kennedy@columbiamanagement.com
meg.littlewood@columbiamanagement.com
melda.mergen@columbiamanagement.com
melody.ikemura@columbiamanagement.com
michael.conerly@columbiamanagement.com
michael.gnadinger@columbiamanagement.com
michael.graham@columbiamanagement.com
michael.hoover@columbiamanagement.com
michael.kennedy@columbiamanagement.com
michael.kirkbride@columbiamanagement.com
michael.s.barclay@columbiamanagement.com
michael.seelen@columbiamanagement.com
michael.welter@columbiamanagement.com
michael.zazzarino@columbiamanagement.com
michael1.t.smith@columbiamanagement.com
michele.basilici@columbiamanagement.com
michelle.bellizzi@columbiamanagement.com
michelle.m.moller@columbiamanagement.com
mike.matthews@columbiamanagement.com
mike.young@columbiamanagement.com

## Company & Corresponding Email Addresses

monica.g.maguire@columbiamanagement.com
monika.garg@columbiamanagement.com
murdoch.m.johnson@columbiamanagement.com
nicholas.f.stark@columbiamanagement.com
nicholas.stiggers@columbiamanagement.com
nicolas.janvier@columbiamanagement.com
nicole.o'connell@columbiamanagement.com
nikos.vasilakos@columbiamanagement.com
ning.sun@columbiamanagement.com
nischal.pai@columbiamanagement.com
noah.petrucci@columbiamanagement.com
normand.desrosiers@columbiamanagement.com
paige.e.jennings@columbiamanagement.com
pamela.hunter@columbiamanagement.com
pamella.kempen@columbiamanagement.com
patricia.winiarczyk@columbiamanagement.com
patrick.donohue@columbiamanagement.com
patrick.graham@columbiamanagement.com
patrick.j.ford@columbiamanagement.com
paul.aston@columbiamanagement.com
paul.berlinguet@columbiamanagement.com
paul.denninger@columbiamanagement.com
paul.fuchs@columbiamanagement.com
paul.j.digiacomo@columbiamanagement.com
paul.qiuistberg@columbiamanagement.com
paul.quistberg@columbiamanagement.com
paul.rocheleau@columbiamanagement.com
peter.deininger@columbiamanagement.com
peter.s.joo@columbiamanagement.com
peter.santoro@columbiamanagement.com
peter.schroeder@columbiamanagement.com
phil.carty@columbiamanagement.com
randy.royther@columbiamanagement.com
renee.paysour@columbiamanagement.com
richard.caro@columbiamanagement.com
richard.cutts@columbiamanagement.com
richard.dahlberg@columbiamanagement.com
richard.hegwood@columbiamanagement.com
richard.mettler@columbiamanagement.com
richard.petrino@columbiamanagement.com
richard.tauber@columbiamanagement.com
richard.turner@columbiamanagement.com
rick.pitten@columbiamanagement.com
rob.rigg@columbiamanagement.com
robert.brinker@columbiamanagement.com
robert.edelson@columbiamanagement.com
robert.hale@columbiamanagement.com
robert.m.corbett@columbiamanagement.com
robert.mcconnaughey@columbiamanagement.com
robert.stephenson@columbiamanagement.com
roger.sullivan@columbiamanagement.com
ronald.coleman@columbiamanagement.com
ronald.k.chan@columbiamanagement.com
ronald.stahl@columbiamanagement.com

## Company & Corresponding Email Addresses

rosa.e.velasquez@columbiamanagement.com
russ.ewing@columbiamanagement.com
russell.bloomfield@columbiamanagement.com
ryan.johnson@columbiamanagement.com
ryan.mccann@columbiamanagement.com
sabya.sinha@columbiamanagement.com
samuel.epee-bounya@columbiamanagement.com
sandy.panetta@columbiamanagement.com
sara.obrien@columbiamanagement.com
sarah.cheung@columbiamanagement.com
scott.davis@columbiamanagement.com
scott.moore@columbiamanagement.com
shane.merriweather@columbiamanagement.com
shelley.yang@columbiamanagement.com
shirley.s.wang@columbiamanagement.com
stanley.ouyang@columbiamanagement.com
stephanie.s.schneider@columbiamanagement.com
stephen.harasimowicz@columbiamanagement.com
stephen.peacher@columbiamanagement.com
steven.lilly@columbiamanagement.com
steven.luetger@columbiamanagement.com
steven.theby@columbiamanagement.com
susan.dushock@columbiamanagement.com
susan.sanderson@columbiamanagement.com
swapnil.karnik@columbiamanagement.com
tami.arbogast@columbiamanagement.com
tammi.ortega@columbiamanagement.com
tanya.ferguson@columbiamanagement.com
tchintcia.s.barros@columbiamanagement.com
ted.paluszek@columbiamanagement.com
thomas.gaylord@columbiamanagement.com
thomas.lettenberger@columbiamanagement.com
thomas.west@columbiamanagement.com
tiffany.zahas@columbiamanagement.com
tim.anderson@columbiamanagement.com
timothy.cronin@columbiamanagement.com
timothy.m.weber@columbiamanagement.com
tisha.jackson@columbiamanagement.com
tj.brannon@columbiamanagement.com
todd.herget@columbiamanagement.com
todd.mick@columbiamanagement.com
tom.abrams@columbiamanagement.com
tom.galvin@columbiamanagement.com
tom.lapointe@columbiamanagement.com
travis.j.bates@columbiamanagement.com
vanessa.galvan@columbiamanagement.com
vesta.m.foster@columbiamanagement.com
vikram.j.kuriyan@columbiamanagement.com
walter.h.colsman@columbiamanagement.com
walter.tate@columbiamanagement.com
wayne.collette@columbiamanagement.com
wayne.fitzgerald@columbiamanagement.com
wendy.e.norman@columbiamanagement.com
william.chamberlain@columbiamanagement.com

**Company & Corresponding Email Addresses**
william.e.oliver@columbiamanagement.com
william.goldthwait@columbiamanagement.com
william.j.wallace@columbiamanagement.com
william.obrien@columbiamanagement.com
william.peishoff@columbiamanagement.com
winnie.w.cheng@columbiamanagement.com
yan.jin@columbiamanagement.com
**columbus**
akt@columbus.com
amd@columbus.com
ame@columbus.com
awo@columbus.com
axr@columbus.com
axs@columbus.com
bta@columbus.com
cac@columbus.com
cgf@columbus.com
clc@columbus.com
cmc@columbus.com
ctc@columbus.com
cxc@columbus.com
ddd@columbus.com
djc@columbus.com
dln@columbus.com
dmg@columbus.com
dxd@columbus.com
elr@columbus.com
fac@columbus.com
gfh@columbus.com
jac@columbus.com
jas@columbus.com
jay@columbus.com
jms@columbus.com
jrr@columbus.com
jxd@columbus.com
kxw@columbus.com
mbf@columbus.com
mds@columbus.com
mjg@columbus.com
mrs@columbus.com
mxi@columbus.com
oam@columbus.com
rsw@columbus.com
spf@columbus.com
sxj@columbus.com
tjb@columbus.com
**columbusbankandtrust**
shawnredmon@columbusbankandtrust.com
**combank**
stefopoulou.i@combank.gr
stefopoulou.l@combank.gr
**combk**
rkowalchik@combk.com
**comcast**

## Company & Corresponding Email Addresses

apkfma@comcast.net
bmoore225@comcast.net
davidpchu@comcast.net
jerry.hartzog@comcast.net
matt.premier@comcast.net
mwaterhouse@comcast.net
nordea@comcast.net
rcleslie@comcast.net
setangreg@comcast.net
tjn610@comcast.net

### comdata
bkribbs@comdata.com
lpemberton@comdata.com

### comerica
anthony_j_magdowski@comerica.com
austin_r_holm@comerica.com
caeckstrom@comerica.com
caruben@comerica.com
cindy_j_higgins@comerica.com
d_king@comerica.com
dan_j_clarke@comerica.com
dennis_janowski@comerica.com
ernest_m_zarb@comerica.com
gyovan@comerica.com
hclight@comerica.com
henry_j_hajdas@comerica.com
james_k_pollock@comerica.com
jjtrentacoste@comerica.com
john_w_sandrock@comerica.com
jpkalia@comerica.com
lawrence_a_sharley@comerica.com
michael_d_burck@comerica.com
peburdiss@comerica.com
smfontana@comerica.com

### comet
phili.graves@resolutionasset.comet.com

### cominvest
andreas.lorenz@cominvest.de
arian.raoufi@cominvest.de
carmen.torrescampuzano@cominvest.de
christian.subbe@cominvest.de
elena.oblinger@cominvest.de
hans-guenter.schmidt@cominvest.de
ingo.mainert@cominvest.de
juergen.homola@cominvest.de
markus.baer@cominvest.de
martina.kocksch@cominvest.de
nico.scheller@cominvest.de
peter.schottmueller@cominvest.de
thomas.adler@cominvest.de
tobias.geyer@cominvest.de
tobias.windmeier@cominvest.de
ulrich.teutsch@cominvest.de
wolfgang.zecha@cominvest.de

## Company & Corresponding Email Addresses

### cominvest-am

alice.kytka@cominvest-am.com
andreas.burth@cominvest-am.com
andreas.lohmann@cominvest-am.com
andreas.weicherding@cominvest-am.lu
axel.riedel@cominvest-am.com
barbara.hain@cominvest-am.com
bernd.hannaske@cominvest-am.com
bernhard.schill@cominvest-am.com
bodo.zimmermann@cominvest-am.com
christoph.berger@cominvest-am.com
cordula.bauss@cominvest-am.com
daniel.briesemann@cominvest-am.com
dennis.tapp@cominvest-am.com
dirk.bartsch@cominvest-am.com
dirk.voigtlaender@cominvest-am.com
douglas.cunningham@cominvest-am.com
eckhard.ulbrich@cominvest-am.com
elmar.dumke@cominvest-am.com
felix.adrian@cominvest-am.com
frank.arnold@cominvest-am.com
frank.braeunig@cominvest-am.com
frank.gaensch@cominvest-am.com
frank.walhoefer@cominvest-am.com
frederik.wemhoener@cominvest-am.com
giovanni.trombello@cominvest-am.com
guido.goretti@cominvest-am.com
hannelore.kazek@cominvest-am.com
hans-andre.koenigs@cominvest-am.com
heidi.hoeppner@cominvest-am.com
heidrun.heutzenroeder@cominvest-am.com
heike.mueller@cominvest-am.com
heinz-guenter.wickenhaeuser@cominvest-am.com
henning.kelch@cominvest-am.com
ingrid.burkardt@cominvest-am.com
jens.kummer@cominvest-am.com
jochen.hannemann@cominvest-am.com
joerg.fiebiger@cominvest-am.com
joerg.schlinghoff@cominvest-am.com
johannes.ries@cominvest-am.com
juergen.seitz@cominvest-am.com
jutta.schneider@cominvest-am.com
karin.peters@cominvest-am.com
klaus.breil@cominvest-am.com
klaus.reimer@cominvest-am.com
klaus.roettger@cominvest-am.com
klaus.werner-link@cominvest-am.lu
kornel.schweers@cominvest-am.com
manuela.thies@cominvest-am.com
margarita_guillermo@cominvest-am.com
margit.dennerlein@cominvest-am.com
markus.engels@cominvest-am.com
matthias.wilpert@cominvest-am.com
melanie.radu@cominvest-am.com

## Company & Corresponding Email Addresses

michael.fiedler@cominvest-am.com
michael.goerg@cominvest-am.com
milos.komnenov@cominvest-am.com
miriam.uebel@cominvest-am.com
oliver.scheu@cominvest-am.com
oliver.stoenner@cominvest-am.com
oliver.stonner-venkatarama@cominvest-am.com
patrick.belger@cominvest-am.com
patrick.conteh@cominvest-am.com
patrick.schmidtke@cominvest-am.com
patrick.schneider@cominvest-am.com
peter.braun@cominvest-am.com
ralf.juelichmanns@cominvest-am.com
ralf.walter@cominvest-am.com
rene.christoffersen@cominvest-am.com
richard.hinz@cominvest-am.com
roland.ruebesam@cominvest-am.com
sandra.duncan@cominvest-am.com
sebastian.klein@cominvest-am.com
sebastian.wandtke@cominvest-am.com
stefan.guenther@cominvest-am.com
stefan.klein@cominvest-am.com
stefan.lachhammer@cominvest-am.com
stefan.pelgrim@cominvest-am.com
steffen.schaefer@cominvest-am.com
susan.spinner@cominvest-am.com
teija.buenting@cominvest-am.com
theo.kempf@cominvest-am.com
thomas.fleckenstein@cominvest-am.com
thomas.gerber@cominvest-am.com
thomas.handte@cominvest-am.com
thomas.heib@cominvest-am.com
thomas.lange@cominvest-am.com
thomas.tilse@cominvest-am.com
tobias.windmeier@cominvest-am.com
torsten.gruendel@cominvest-am.com
ulf.plesmann@cominvest-am.com
ute.speidel@cominvest-am.com
virginie.jouhaud@cominvest-am.com
volker.marnet-islinger@cominvest-am.com
werner.kraft@cominvest-am.com
wolfgang.jurowski@cominvest-am.com
wolfram.eichner@cominvest-am.com
xiaohu.zhou@cominvest-am.com

### commcercebank
paul.donovan@commcercebank.com

### commerce
cindy.johnson@commerce.com
mark.perry@commerce.com

### commercebank
adam.west@commercebank.com
amy.dilorenzo@commercebank.com
amy.schaff@commercebank.com
arnold.beevers@commercebank.com

## Company & Corresponding Email Addresses

bill.reisner@commercebank.com
bill.welch@commercebank.com
brad.scott@commercebank.com
bradley.dieck@commercebank.com
brent.creach@commercebank.com
brent.schowe@commercebank.com
brian.musielak@commercebank.com
brian.perott@commercebank.com
carl.tegtmeier@commercebank.com
carol.clifton@commercebank.com
cathy.doyle@commercebank.com
christie.cody@commercebank.com
christie.francis@commercebank.com
christine.cotton@commercebank.com
cindy.rapponotti@commercebank.com
corey.means@commercebank.com
dane.kamin@commercebank.com
daniel.callahan@commercebank.com
david.sederholm@commercebank.com
david.wynn@commercebank.com
denise.macy@commercebank.com
don.mcarthur@commercebank.com
donald.sullivan@commercebank.com
douglas.koester@commercebank.com
douglas.laitner@commercebank.com
elizabeth.lewis@commercebank.com
eric.wynkoop@commercebank.com
greg.sonderman@commercebank.com
gustav.krantz@commercebank.com
harold.nachtrieb@commercebank.com
james.dykstal@commercebank.com
jason.fields@commercebank.com
jim.brownfieldjr@commercebank.com
joe.williamsiii@commercebank.com
john.graves@commercebank.com
john.maurer@commercebank.com
justin.shelman2@commercebank.com
kathryn.bingham@commercebank.com
kent.mitchell@commercebank.com
kevin.westerheide@commercebank.com
landers.carnal@commercebank.com
michael.cody@commercebank.com
michael.marks@commercebank.com
nick.burroughs@commercebank.com
oliver.helfrey@commercebank.com
pam.larocca@commercebank.com
pat.wilkes@commercebank.com
paul.kirk@commercebank.com
peter.mchugh@commercebank.com
rich.shulusky@commercebank.com
rosa.gillis@commercebank.com
scott.colbert@commercebank.com
scott.stephenson@commercebank.com
tara.mcconkey@commercebank.com

## Company & Corresponding Email Addresses

thomas.sandbulte@commercebank.com
tom.weiford@commercebank.com
walt.czaicki@commercebank.com
william.sheffey@commercebank.com

### commercebankc

andrew.fent@commercebankc.com

### commercebankfl

cgagnon@commercebankfl.com
jzambrano@commercebankfl.com
rsucre@commercebankfl.com

### commercialfed

jasonproctor@commercialfed.com
jonathangaiser@commercialfed.com
judyruff@commercialfed.com
staceychristianson@commercialfed.com

### commerzbanib

sabine.gast@commerzbanib.com

### commerzbank

aare.rafi@commerzbank.com
abraham.eghujovbo@commerzbank.com
achim.baumgartner@commerzbank.com
alan.butler@commerzbank.com
alan.roth@commerzbank.co.uk
alastair.johnstone@commerzbank.com
alexander.greyer@commerzbank.com
alexander.turnsek@commerzbank.com
alexandra.lecher-knappe@commerzbank.com
andrea.siebel@commerzbank.com
andreas.krebs@commerzbank.com
andreas.mosimann@commerzbank.ch
andrew_tay@commerzbank.com.sg
arnaud_raimon@commerzbank.com
arnd.sieben@commerzbank.com
bernd.optenkamp@commerzbank.com
bernd.ullrich@commerzbank.com
brian_mcbeth@commerzbank.co.uk
carsten.heymann@commerzbank.com
christian.daynes@commerzbank.com
christian.henkel@commerzbank.com
christian.hoppe@commerzbank.com
christian.schenk@commerzbank.com
christine.schwab@commerzbank.com
christof.maetze@commerzbank.com
christoph.riniker@commerzbank.ch
christopher.jackson@commerzbank.co.uk
claudia.graebner-heeg@commerzbank.com
cormac.taggart@commerzbank.com
cornelius.bresser@commerzbank.lu
craig.templer@commerzbank.co.uk
dan.mcginn@commerzbank.com
daniel.kums@commerzbank.com
daniel.schwaab@commerzbank.com
daniel.weisskopf@commerzbank.ch
david.chan@commerzbank.com.hk

## Company & Corresponding Email Addresses

debbie.day@commerzbank.com
devlin.li@commerzbank.com.hk
dirich.kolbeck@commerzbank.com
dirk.rhode@commerzbank.com
dominic.kraetzig@commerzbank.com
elise.coole@commerzbank.com
elke.fick@commerzbank.com
elmar.arbert@commerzbank.com
emanuele.rodilossi@commerzbank.ch
eric.michel@commerzbank.com
evert.goossens2@commerzbank.com
francis_everington@commerzbank.com
frank.bickel@commerzbank.com
fred.just@commerzbank.com
frederik.wemhoener@commerzbank.com
georg.winkel@commerzbank.com
gernot.kleckner@commerzbank.com
gerrit.weber@commerzbank.com
guybeeston@commerzbank.com
h.goetz@commerzbank.com
hans-georg.otten@commerzbank.com
harald.schmidlin@commerzbank.com
hasso.rahmsdorf@commerzbank.com
helen_pulm@commerzbank.com
helmut.risel@commerzbank.com
ikram.yaya@commerzbank.com
jan.kraemer@commerzbank.com
jenna_beazley@commerzbank.com
jens.kirchof@commerzbank.com
jens.stuehmeier@commerzbank.com
jens-georg.nawrath@commerzbank.com
jochen.cerny@commerzbank.com
jochen.guessow@commerzbank.com
joerg.geissler@commerzbank.com
joerg.ruehmann@commerzbank.com
joerg.weirich@commerzbank.com
jorg.motel@commerzbank.com
joyce_sin@commerzbank.com.sg
julian.kox@commerzbank.com
juliette.auboin@commerzbank.com
k.hoffmann@commerzbank.com
karl.mayr@commerzbank.com
karl-heinz.raschtuttis@commerzbank.ce
katie.hostalier@commerzbank.com
katrin.stark@commerzbank.com
klaus.patig@commerzbank.com
klaus-peter.mueller@commerzbank.com
koen.verbraeken@commerzbank.com
laragh.murphy@commerzbank.com
lars.gedlich@commerzbank.com
lars.hermann@commerzbank.com
laura.gill@commerzbank.com
laurent.guyard@commerzbank.com
lisa.taylor@commerzbank.com

**Company & Corresponding Email Addresses**

luc.martin-siegfried@commerzbank.fr
manfred.bier@commerzbank.com
marcus.merz@commerzbank.com
maria.sokolova@commerzbank.com
mariano.riestra@commerzbank.com
martin.blessing@commerzbank.com
martin.lawrence@commerzbank.com
michael.capitain@commerzbank.com
michael.gerlach@commerzbank.com
michael_hyde@commerzbank.com.sg
michael_seelhof@commerzbank.com
michele.larkin@commerzbank.com
michelle.ryan@commerzbank.com
mike.schmidt@commerzbank.com
moritz.mielke@commerzbank.com
mourad.berrahoui@commerzbank.com
na@commerzbank.com
nicolas.natsis@commerzbank.com
oliver.hamann@commerzbank.com
oliver.kaufmann@commerzbank.com
oliver.reitz@commerzbank.com
orla.mchenry@commerzbank.com
paul.suter@commerzbank.com
peter.helbling@commerzbank.ch
peter.hennig@commerzbank.com
peter.tvrdy@commerzbank.com
petra.gerlach@commerzbank.com
philippe.alexandre@commerzbank.com
ralf.steinert@commerzbank.com
reinhard_furthmayr@commerzbank.com
rene.reisshauer@commerzbank.com
robert.shi@commerzbank.com
robin.simpson@commerzbank.com
sandy.bruce@commerzbank.com
stefan.kempf@commerzbank.com
stefan.lewitus@commerzbank.com
stefan_gotsche@commerzbank.com
steffen.jaspers@commerzbank.com
stephane.parlebas@commerzbank.fr
stephen.hartnett@commerzbank.com
thiel.richard@commerzbank.com
thilo.siekmann@commerzbank.com
thomas.friedrichs@commerzbank.com
thomas.luthardt@commerzbank.com
thorben.hakanson@commerzbank.com
thorsten.heidt@commerzbank.com
tobias.neppl@commerzbank.com
ullrich.quenzer@commerzbank.com
urs.meili@commerzbank.ch
uwe.loose@commerzbank.com
wolf.delius@commerzbank.com
wolfgang.hartmann@commerzbank.com
wolfgang_lang@commerzbank.com
**commerzbankib**

## Company & Corresponding Email Addresses

ahmed.saleh@commerzbankib.com
axel.hotze@commerzbankib.com
balraj.khagram@commerzbankib.com
brian.okeefe@commerzbankib.com
chedi.boujellabia@commerzbankib.com
chetan.pugalia@commerzbankib.com
christiane.heineke@commerzbankib.com
eberherd.dilger@commerzbankib.com
emma.giles@commerzbankib.com
evamaria.meese@commerzbankib.com
frank.mayer@commerzbankib.com
george.verghese@commerzbankib.com
gerd.sperfeldt@commerzbankib.com
hannah.beacon@commerzbankib.com
harald.lohr@commerzbankib.com
iviza.orsolic@commerzbankib.com
james.keen@commerzbankib.com
jamie.cox@commerzbankib.com
jason.mcdonald@commerzbankib.com
jemma.malster@commerzbankib.com
jens.ebert@commerzbankib.com
juergen.mahler@commerzbankib.com
julie.owen@commerzbankib.com
kellie.neuman@commerzbankib.com
lucy.gray@commerzbankib.com
mags.arrow@commerzbankib.com
mark.askew@commerzbankib.com
mark.bowater@commerzbankib.com
michael.wahl@commerzbankib.com
nicolas.samaran@commerzbankib.com
patrick.felgenhauer@commerzbankib.com
peter.corner@commerzbankib.com
richard.cumbley@commerzbankib.com
richard.woodhouse@commerzbankib.com
rupert.kay@commerzbankib.com
salim.saab@commerzbankib.com
scott.elliott@commerzbankib.com
simon.kemp@commerzbankib.com
stefan.wurm@commerzbankib.com
stefka.tcherneva@commerzbankib.com
stephen.kyle-binkley@commerzbankib.com
tatiana.bruegelmann@commerzbankib.com
thilo.schwiezer@commerzbankib.com
thomas.gispert@commerzbankib.com
thorre.sauer@commerzbankib.com
tim.lueninghoener@commerzbankib.com
tom.cook@commerzbankib.com

**commerzbanklb**
david.griggths@commerzbanklb.com
**commerzleasing**
ludger.kill@commerzleasing.de
**commonwealth**
koloughlin@commonwealth.com
**communitybankna**

## Company & Corresponding Email Addresses

scott.kingsley@communitybankna.com

### communitybankpkbg

lwebb@communitybankpkbg.com

### compagnia

davide.tinelli@compagnia.torino.it
giulio.casuccio@compagnia.torino.it

### company

antoniogarciauser@company.com
boroughstimuser@company.com
ferranricartuser@company.com
harrisonmichaeluser@company.com
higashirayujiuser@company.com
itoigawatetsushiuser@company.com
josesanchezuser@company.com
juan-antoniosebastianuser@company.com
klastermicheluser@company.com
knorzerandreasuser@company.com
lawrencemannauser@company.com
listermartinuser@company.com
lourdessampelayouser@company.com
moraissantosfernandouser@company.com
patridgeianuser@company.com
reinermatthiasuser@company.com
stilwellbrianuser@company.com
tonyarnolduser@company.com
user@company.com
zaheealwadiuser@company.com

### compassbank

brett.lancaster@compassbank.com
david.bruington@compassbank.com
jcasey@compassbank.com
jo.paley@compassbank.com
joe.bond@compassbank.com
marcel.derushe@compassbank.com
roberta.tucker@compassbank.com

### compassbnk

abbie.strong@compassbnk.com
ashley.cave@compassbnk.com
brad.lee@compassbnk.com
brett.falkenhagen@compassbnk.com
charlie.hoke@compassbnk.com
christy.wilson@compassbnk.com
cs3@compassbnk.com
drew.hanson@compassbnk.com
e5s@compassbnk.com
ed.bilek@compassbnk.com
marc.dobson@compassbnk.com
mark.hemby@compassbnk.com
patrick.ahearn@compassbnk.com
rachael.downey@compassbnk.com
roh@compassbnk.com
sharon.clift@compassbnk.com
thomas.block@compassbnk.com
tlj@compassbnk.com

## Company & Corresponding Email Addresses

**compserve**
  rehhcsb@compserve.com

**comptroller**
  llent@comptroller.nyc.gov
  svelori@comptroller.nyc.gov

**compuserve**
  gezard@compuserve.com
  gpac@compuserve.com
  jonasf@compuserve.com
  kchay@compuserve.com
  lesleyelves@compuserve.com
  magnuskjellin@compuserve.com
  mloeffle@compuserve.com
  msclark@compuserve.com
  yuanchang@compuserve.com

**comune**
  crrgen45@comune.roma.it
  f.ghisellini@comune.roma.it
  m.causi@comune.roma.it
  m.lopomo@comune.roma.it

**conagrafoods**
  billy.maxwell@conagrafoods.com
  chris.klinefelter@conagrafoods.com
  jerry.altilio@conagrafoods.com
  kevin.grady@conagrafoods.com
  robert.hodson@conagrafoods.com
  robert.wagner@conagrafoods.com
  scott.schneider@conagrafoods.com

**concordia**
  henning.mettler@concordia.com
  manfred.teige@concordia.de

**concordiabus**
  vasant.mistry@concordiabus.com

**concordiafunds**
  agao@concordiafunds.com
  basil@concordiafunds.com
  blord@concordiafunds.com
  derivatives@concordiafunds.com
  drath@concordiafunds.com
  gschupak@concordiafunds.com
  hpatel@concordiafunds.com
  jpalumbo@concordiafunds.com
  jren@concordiafunds.com
  kpope@concordiafunds.com
  lperiti@concordiafunds.com
  mcushman@concordiafunds.com
  mgnesi@concordiafunds.com
  mkushino@concordiafunds.com
  nwelch@concordiafunds.com
  smody@concordiafunds.com
  tshafer@concordiafunds.com

**condor**
  aramirez@condor.bcentral.cl

**condor-versicherungsgruppe**

**Company & Corresponding Email Addresses**

jan.oertzen@condor-versicherungsgruppe.de

**coned**

frostt@coned.com

**congressasset**

alagan@congressasset.com
anoyes@congressasset.com
bdurkin@congressasset.com
bguild@congressasset.com
clagan@congressasset.com
clanouette@congressasset.com
dlagan@congressasset.com
eshaver@congressasset.com
gokeefe@congressasset.com
gshaver@congressasset.com
jamand@congressasset.com
jbeaver@congressasset.com
jfausto@congressasset.com
joreilly@congressasset.com
lferrao@congressasset.com
lward@congressasset.com
melie@congressasset.com
mlagan@congressasset.com
mleahy@congressasset.com
mlong@congressasset.com
nblair@congressasset.com
nhuynh@congressasset.com
panderson@congressasset.com
rtumbry@congressasset.com
sdesmond@congressasset.com
tmurphy@congressasset.com
tsolomon@congressasset.com
twalsh@congressasset.com

**conning**

agnes_curry@conning.com
alan_hickey@conning.com
allen_mossien@conning.com
amber_natlo@conning.com
andrew_pace@conning.com
andrewb_brown@conning.com
bill_frields@conning.com
christie_bull@conning.com
dan_isaac@conning.com
dan_mainolfi@conning.com
danuta_wolklaniewski@conning.com
darren_getek@conning.com
david_amaral@conning.com
david_chellgren@conning.com
david_clayton@conning.com
david_greene@conning.com
deborah_smith@conning.com
frank_cataldo@conning.com
garett_plona@conning.com
guy_yeakley@conning.com
henri_proutt@conning.com

**Company & Corresponding Email Addresses**

igor_tesinsky@conning.com
jason_jarema@conning.com
jason_murray@conning.com
john_gauthier@conning.com
john_murphy@conning.com
john_peterson@conning.com
john_scanlon@conning.com
joseph_mayo@conning.com
julie_richard@conning.com
karen_kelleher@conning.com
ken_griffin@conning.com
kevin_antaya@conning.com
kevin_hennessey@conning.com
larry_cook@conning.com
len_carlson@conning.com
louise_down@conning.com
marcus_mcgregor@conning.com
mary_fellows@conning.com
matt_daly@conning.com
michael_mclellan@conning.com
michael_mix@conning.com
michael_rogers@conning.com
michael_stafford@conning.com
michael_vogel@conning.com
mike_gibbons@conning.com
mike_reed@conning.com
patrick_macary@conning.com
paul_sellier@conning.com
paul_sprinsky@conning.com
peter_marshall@conning.com
phil_spak@conning.com
raymond_crosby@conning.com
rich_sega@conning.com
robert_barnum@conning.com
robert_jandreau@conning.com
robert_mills@conning.com
sean_hughes@conning.com
stephen_puglisi@conning.com
stephen_searl@conning.com
susan_royles@conning.com
todd_finkelstein@conning.com
todd_macijauskas@conning.com
walter_blasberg@conning.com
william_hamilton@conning.com
william_liebler@conning.com

**conningcapital**

daniel_conroy@conningcapital.com

**conoco**

chris.w.conway@usa.conoco.com
jose.j.sifontes@conoco.com

**conocophillips**

anita.k.rogers@conocophillips.com
ashley.hall@conocophillips.com
chuck.h.mcclain@conocophillips.com

**Company & Corresponding Email Addresses**

cynthia.j.akagi@conocophillips.com
deanne.smith@conocophillips.com
eric.m.lindsey@conocophillips.com
gary.d.russell@conocophillips.com
gerald.j.jefferson@conocophillips.com
harold.troxel@conocophillips.com
james.r.knudsen@conocophillips.com
jason.m.george@conocophillips.com
jill.petersen@conocophillips.com
john.holmes@conocophillips.com
karen.h.arsola@conocophillips.com
larry.b.mori@conocophillips.com
marianne.s.kah@conocophillips.com
mark.e.mcculloch@conocophillips.com
mark.k.kelley@conocophillips.com
matt.evans@conocophillips.com
matthew.c.evans@conocophillips.com
mike.e.allen@conocophillips.com
mike.matthews@conocophillips.com
patrick.s.hayes@conocophillips.com
rex.w.bennett@conocophillips.com
roger.a.shirley@conocophillips.com
sid.bassett@conocophillips.com
stephen.donovan@conocophillips.com
steve.h.western@conocophillips.com
stuart.dalgleish@conocophillips.com
trease@conocophillips.com
willie.chiang@conocophillips.com

**conseco**

ahmed_moustafa@conseco.com
ajith_balannair@conseco.com
brian_clark@conseco.com
daniel_murphy@conseco.com
david_tankin@conseco.com
eric_fritzche@conseco.com
eric_lutton@conseco.com
guanghi_peng@conseco.com
jalil_patel@conseco.com
jason_toussaint@conseco.com
jeremy_keller@conseco.com
jerimy_horner@conseco.com
link_leatherman@conseco.com
matthew_boice@conseco.com
michael_glickman@conseco.com
michael_whitlock@conseco.com
mohammed_alhaffar@conseco.com
monti_mace@conseco.com
nancy_mckendry@conseco.com
paula_baker@conseco.com
rick_richmond@conseco.com
ryan_white@conseco.com
sara_earle@conseco.com
scott_clancy@conseco.com
shawn_ardizone@conseco.com

## Company & Corresponding Email Addresses

shilpa_kadam@conseco.com
tami_babcook@conseco.com
thomas_davis@conseco.com

**consecofinance**
tim_jacobson@consecofinance.com

**consistenasset**
camco@consistenasset.com

**consistentasset**
camco@consistentasset.com

**constitutioncorp**
danielh@constitutioncorp.org
jeffn@constitutioncorp.org
jenniferb@constitutioncorp.org

**conti**
stefan.rueter@conti.de

**continuum**
jorg@continuum.bm

**continuumgrp**
jf@continuumgrp.com

**convexitycapital**
lsithivong@convexitycapital.com

**cook-inlet**
meeheev@cook-inlet.com

**cookson**
isabel.vilela@cookson.co.uk
lisa_williams@cookson.co.uk
mike.butterworth@cookson.co.uk

**co-operativebank**
chris.wild@co-operativebank.co.uk
ddonald@co-operativebank.co.uk
ebridge@co-operativebank.co.uk
jmoule@co-operativebank.co.uk
matthew.bryant@co-operativebank.co.uk
mcrump@co-operativebank.co.uk
neil.mcloughlin@co-operativebank.co.uk

**cooperindustries**
hachigian@cooperindustries.com
hilla@cooperindustries.com
kadar@cooperindustries.com
leightma@cooperindustries.com
safran@cooperindustries.com
terry.klebe@cooperindustries.com
tom.ogrady@cooperindustries.com
tyler.johnson@cooperindustries.com

**cooperneff**
schung@cooperneff.com

**cooperneff-am**
stephane.hamel@cooperneff-am.com

**copera**
anorton@copera.org
bconty@copera.org
bkoski@copera.org
bpiersma@copera.org
cbaca@copera.org

## Company & Corresponding Email Addresses

cdunmall@copera.org
crenna@copera.org
djensen@copera.org
dlukkes@copera.org
dlynch@copera.org
gbender@copera.org
jbendt@copera.org
jechols@copera.org
jliptak@copera.org
jmestek@copera.org
jpaquette@copera.org
jwidhalm@copera.org
kevans@copera.org
ktayman@copera.org
lbennett@copera.org
ldumler@copera.org
lenger@copera.org
margo@copera.org
mmore@copera.org
mmorrison@copera.org
mmoyer@copera.org
nablicki@copera.org
nbenedict@copera.org
pwerner@copera.org
rhinderlie@copera.org
sputnam@copera.org
stroge@copera.org
tauer@copera.org
tmeirink@copera.org
wrempel@copera.org

**coralwave**
ftbmw@coralwave.com

**cordillera**
kmagner@cordillera.com

**cordius**
gevbugge@cordius.be
javholsb@cordius.be
soboucka@cordius.be
stvanacker@cordius.be

**cordius**
albilge@cordius .be

**corealcredit**
arnd.stricker@corealcredit.de
thomas.arendt@corealcredit.de

**cornell**
aac57@cornell.edu
aah7@cornell.edu
aas56@cornell.edu
abb39@cornell.edu
ac439@cornell.edu
acf33@cornell.edu
ag299@cornell.edu
ag498@cornell.edu
agp49@cornell.edu

**Company & Corresponding Email Addresses**

ahl36@cornell.edu
ajb62@cornell.edu
ajl76@cornell.edu
ak444@cornell.edu
ak445@cornell.edu
akh8@cornell.edu
als76@cornell.edu
anj1@cornell.edu
as2248@cornell.edu
asd46@cornell.edu
asn28@cornell.edu
asu1@cornell.edu
ata25@cornell.edu
avb8@cornell.edu
avk35@cornell.edu
bac55@cornell.edu
bac78@cornell.edu
bb75@cornell.edu
bct43@cornell.edu
bi25@cornell.edu
bk229@cornell.edu
bs439@cornell.edu
bsf22@cornell.edu
bt49@cornell.edu
cc457@cornell.edu
cee24@cornell.edu
cg336@cornell.edu
cjs273@cornell.edu
cms238@cornell.edu
cpd38@cornell.edu
crs63@cornell.edu
cs585@cornell.edu
das10@cornell.edu
das247@cornell.edu
dhf9@cornell.edu
dhs4@cornell.edu
djb@cornell.edu
dl255@cornell.edu
dm273@cornell.edu
dpc28@cornell.edu
dpp22@cornell.edu
dq22@cornell.edu
drc32@cornell.edu
drh38@cornell.edu
dsh39@cornell.edu
dtn4@cornell.edu
dw326@cornell.edu
dws2@cornell.edu
erm37@cornell.edu
evm26@cornell.edu
far26@cornell.edu
fg62@cornell.edu
ft53@cornell.edu
ge33@cornell.edu

**Company & Corresponding Email Addresses**

gfh3@cornell.edu
gh98@cornell.edu
gl78@cornell.edu
gwl1@cornell.edu
gy25@cornell.edu
hd35@cornell.edu
hl366@cornell.edu
hl377@cornell.edu
hld39@cornell.edu
hs267@cornell.edu
hsl3@cornell.edu
hy223@cornell.edu
hz54@cornell.edu
ia37@cornell.edu
ird2@cornell.edu
isn2@cornell.edu
ja256@cornell.edu
jae83@cornell.edu
james.walsh@cornell.edu
jap234@cornell.edu
jas384@cornell.edu
jc495@cornell.edu
jcp68@cornell.edu
jdf222@cornell.edu
jdp228@cornell.edu
jeh27@cornell.edu
jew24@cornell.edu
jh432@cornell.edu
jhc237@cornell.edu
jhl46@cornell.edu
jhn24@cornell.edu
jk739@cornell.edu
jk947@cornell.edu
jl888@cornell.edu
jm744@cornell.edu
jma87@cornell.edu
jmb329@cornell.edu
jmd347@cornell.edu
joo6@cornell.edu
jqh3@cornell.edu
jsb92@cornell.edu
jtk28@cornell.edu
jv228@cornell.edu
jys22@cornell.edu
jyw26@cornell.edu
jz242@cornell.edu
kaw242@cornell.edu
kc346@cornell.edu
kdh42@cornell.edu
kgj2@cornell.edu
kgk36@cornell.edu
khg22@cornell.edu
knb242@cornell.edu
krl23@cornell.edu

**Company & Corresponding Email Addresses**

ks657@cornell.edu
ktb23@cornell.edu
ktb4@cornell.edu
kwc26@cornell.edu
kww8@cornell.edu
law53@cornell.edu
ljb99@cornell.edu
lld43@cornell.edu
lmc57@cornell.edu
lob2@cornell.edu
lr10@cornell.edu
lz56@cornell.edu
lz89@cornell.edu
mak333@cornell.edu
mcc59@cornell.edu
md292@cornell.edu
meg72@cornell.edu
mev28@cornell.edu
mfp39@cornell.edu
mg344@cornell.edu
mgtref@cornell.edu
mh565@cornell.edu
mh599@cornell.edu
mhc67@cornell.edu
mis28@cornell.edu
mkp23@cornell.edu
mm355@cornell.edu
mml46@cornell.edu
mms286@cornell.edu
mns22@cornell.edu
mrm253@cornell.edu
mw333@cornell.edu
mz224@cornell.edu
mz75@cornell.edu
nac47@cornell.edu
ncs66@cornell.edu
njz3@cornell.edu
nm86@cornell.edu
ns439@cornell.edu
ns532@cornell.edu
nt243@cornell.edu
nv82@cornell.edu
nz44@cornell.edu
pdp5@cornell.edu
ph99@cornell.edu
pjm43@cornell.edu
pk334@cornell.edu
pkp27@cornell.edu
pl333@cornell.edu
pln23@cornell.edu
pm327@cornell.edu
pmb9@cornell.edu
pr96@cornell.edu
pz35@cornell.edu

**Company & Corresponding Email Addresses**

ql43@cornell.edu
rg369@cornell.edu
rgw23@cornell.edu
rjr242@cornell.edu
rk275@cornell.edu
rmk59@cornell.edu
rr388@cornell.edu
rts27@cornell.edu
sap39@cornell.edu
sb235@cornell.edu
sc433@cornell.edu
sc469@cornell.edu
sc475@cornell.edu
sc536@cornell.edu
sc938@cornell.edu
ser43@cornell.edu
sfk23@cornell.edu
shm32@cornell.edu
sii3@cornell.edu
sim8@cornell.edu
sjk47@cornell.edu
sjs5@cornell.edu
sjs92@cornell.edu
sk2232@cornell.edu
sk795@cornell.edu
sl945@cornell.edu
sl952@cornell.edu
smc338@cornell.edu
sp433@cornell.edu
spm36@cornell.edu
ss522@cornell.edu
ssl38@cornell.edu
ssr72@cornell.edu
stg8@cornell.edu
stl29@cornell.edu
sva6@cornell.edu
sx33@cornell.edu
tl337@cornell.edu
tt333@cornell.edu
tv44@cornell.edu
tw227@cornell.edu
ub24@cornell.edu
vlb23@cornell.edu
vlt7@cornell.edu
vyc3@cornell.edu
vza1@cornell.edu
wf39@cornell.edu
ww242@cornell.edu
xc45@cornell.edu
xf26@cornell.edu
xl285@cornell.edu
xz277@cornell.edu
yak2@cornell.edu
ybp2@cornell.edu

**Company & Corresponding Email Addresses**

yx36@cornell.edu
zc17@cornell.edu
zjs2@cornell.edu

**corner**
alessandro.bieri@corner.ch
azzi@corner.ch
cand@corner.ch
cliv@corner.ch
emmanuele.martino@corner.ch
eros.butti@corner.ch
fabio.mossi@corner.ch
lorena.fregosi@corner.ch
marc.oehen@corner.ch
marco.campana@corner.ch
nicola.lafranchi@corner.ch
sandro.dellasala@corner.ch
stefano.cei@corner.ch
stefano.gianinazzi@corner.ch

**cornerstoneadvisers**
dwharmby@cornerstoneadvisers.com
wgustafson@cornerstoneadvisers.com

**corning**
sofiokc@corning.com

**cornll**
jhs11@cornll.edu

**cornucopia-capital**
johnny.heng@cornucopia-capital.com

**corpone**
cschneider@corpone.org
jghammashi@corpone.org
lbutke@corpone.org
relger@corpone.org

**corporateone**
rpost@corporateone.coop
tcantrell@corporateone.coop
tthomas@corporateone.coop

**corusbank**
dsemenak@corusbank.com
rkoretz@corusbank.com
ttaylor@corusbank.com

**corusgroup**
kees.vanardenne@corusgroup.com

**countryclubbank**
madams@countryclubbank.com
raplinger@countryclubbank.com
simming@countryclubbank.com

**countrywide**
avi_patel@countrywide.com
brian_doolittle@countrywide.com
brian_mckee@countrywide.com
grant_couch@countrywide.com
hicham_hajhamou@countrywide.com
jacob_williams@countrywide.com
joshua_brenner@countrywide.com

**Company & Corresponding Email Addresses**

joshua_holden@countrywide.com
juan_puigdevall@countrywide.com
kenneth_liu@countrywide.com
kevin_flynn@countrywide.com
kevin_john@countrywide.com
kevin_mahon@countrywide.com
mark_hill@countrywide.com
michael_sanchez@countrywide.com
mike_sorensen@countrywide.com
newton_yeo@countrywide.com
nishant_pathela@countrywide.com
robert_farrell@countrywide.com
tieu-my_nguyen@countrywide.com
william_stenson@countrywide.com

**coutts**

markus.husy@coutts.com
mitesh.patel@coutts.com

**covad**

dknorowski@covad.net

**coventrybuildingsociety**

aoreilly@coventrybuildingsociety.co.uk
kwall@coventrybuildingsociety.co.uk
lwilliams@coventrybuildingsociety.co.uk

**cox**

mchowdhury@cox.net
tjohnson63@cox.net

**cpa**

brandon.duck@cpa.state.tx.us
corbin.chaffin@cpa.state.tx.us
dave.dabney@cpa.state.tx.us
eddie.willis@cpa.state.tx.us
eduardo.lalo.torres@cpa.state.tx.us
kelly.tomkinson@cpa.state.tx.us
kristi.fisher@cpa.state.tx.us
michael.leifeste@cpa.state.tx.us
mike.samples@cpa.state.tx.us
robert.tijerina@cpa.state.tx.us
scott.scarborough@cpa.state.tx.us
tim.nguyen@cpa.state.tx.us

**cpf-aa**

james_li@cpf-aa.com

**cpic-ing**

jason.wang@cpic-ing.com.cn
philips.mao@cpic-ing.com.cn

**cpr**

bjacquard@cpr.fr
fpisani@cpr.fr
plelievre@cpr.fr
pvanacker@cpr.fr
sgoupil@cpr.fr
sharvard@cpr.fr
vquesada@cpr.fr
xlazarus@cpr.fr

**cpr-am**

**Company & Corresponding Email Addresses**

afaller@cpr-am.fr
alexandra.barradas@cpr-am.fr
apchoquenet@cpr-am.fr
arnaud.colombel@cpr-am.fr
arnaud.dazat@cpr-am.fr
arnaud.neris@cpr-am.fr
arthur.guerin@cpr-am.fr
asalle@cpr-am.fr
aude.guillere@cpr-am.fr
caroline.canard@cpr-am.fr
cbourgin@cpr-am.fr
christian.lopez@cpr-am.fr
christophe.dehondt@cpr-am.fr
clement.maclou@cpr-am.fr
cyrille.collet@cpr-am.fr
didier.venet@cpr-am.fr
ebertrand@cpr-am.fr
edreyfuss@cpr-am.fr
ehenri@cpr-am.fr
eric.labbe@cpr-am.fr
fabienne.evrard@cpr-am.fr
fcalais@cpr-am.fr
gregory.molinaro@cpr-am.fr
hpagazani@cpr-am.fr
iguenard@cpr-am.fr
isabelle.colombo@cpr-am.fr
jack.lequertier@cpr-am.fr
jdaire@cpr-am.fr
julien.levykern@cpr-am.fr
karim.mzoughi@cpr-am.fr
laurence.metayer@cpr-am.fr
lclement@cpr-am.fr
lschwartz@cpr-am.fr
michael.sourp@cpr-am.fr
migra20.2003@cpr-am.fr
nelkhoury@cpr-am.fr
nicolas.johnson@cpr-am.fr
noemie.hadjadj@cpr-am.fr
nordine.ouchelli@cpr-am.fr
npicard@cpr-am.fr
ohuby@cpr-am.fr
patrice.ribault@cpr-am.fr
phabert@cpr-am.fr
philippe.weber@cpr-am.fr
ppenet@cpr-am.fr
rdecavele@cpr-am.fr
regis.bruley@cpr-am.fr
rodolphe.taquet@cpr-am.fr
salima.gebleux@cpr-am.fr
sandra.bernard@cpr-am.fr
sbourmaud@cpr-am.fr
scordebar@cpr-am.com
sophie.cloux@cpr-am.fr
stephane.marie-francoise@cpr-am.fr

**Company & Corresponding Email Addresses**

sylvain.bruley@cpr-am.fr
tdekerviler@cpr-am.fr
thierry.sarles@cpr-am.fr
tjabez@cpr-am.fr
trascoll@cpr-am.fr
vafa.ahmadi@cpr-am.fr
yannick.lopez@cpr-am.fr

**cprus**
clacarriere@cprus.com
gtauber@cprus.com
koneil@cprus.com
lregina@cprus.com
narevalo@cprus.com
rmeckler@cprus.com

**cps**
clevert@cps.k12.il.us
sdbiedermann@cps.k12.il.us

**cpw**
rivierep@cpw.co.uk

**cpy**
agatha.wong@cpy.com.hk
jeanchang@cpy.com.hk

**cr29**
pascale.kerviel@cr29.credit-agricole.fr

**cracantu**
mvertova@cracantu.it

**crain**
plentz@crain.com

**crawfordinvestment**
bdenihan@crawfordinvestment.com
bkuzmin@crawfordinvestment.com
dcrawford@crawfordinvestment.com
ddisimone@crawfordinvestment.com
gdelong@crawfordinvestment.com
j4crawford@crawfordinvestment.com
jmorgan@crawfordinvestment.com
lkrone@crawfordinvestment.com
mwilliams@crawfordinvestment.com
pbecht@crawfordinvestment.com
sbarth@crawfordinvestment.com
tbuehler@crawfordinvestment.com

**creberg**
c.conti@creberg.it
m.faroni@creberg.it
m.nicoli@creberg.it
nmarchesii@creberg.it
r.zanetti@creberg.it

**credem**
agioia@credem.it
anilo@credem.it
baleotti@credem.it
cgrasselli@credem.it
cpizzigoni@credem.it
cvuolo@credem.it

**Company & Corresponding Email Addresses**

ebergonzini@credem.it
fbesutti@credem.it
gmarzano@credem.it
gminotti@credem.it
gsalone@credem.it
imontepietra@credem.it
mcalzolari@credem.it
mcambi@credem.it
mcavedoni@credem.it
pevangelista@credem.it
ppanciroli@credem.it
psganzerla@credem.it
rmanfredi@credem.it
rreggiani@credem.it
smalagoli@credem.it
vcasolo@credem.it

**credicorpsec**
bghio@credicorpsec.com

**crediinvest**
drabella@crediinvest.ad
icanabate@crediinvest.ad
smarti@crediinvest.ad
xbernat@crediinvest.ad

**crediop**
francesco.de@crediop.it

**credi-suisse**
guiseppe.condello@credi-suisse.com

**credit**
dewilde@credit.fr

**credit-agricole-sa**
agnes.declermont@credit-agricole-sa.fr
annabelle.wiriath@credit-agricole-sa.fr
brigitte.lefebvre-hebert@credit-agricole-sa.fr
claude.grandfils@credit-agricole-sa.fr
denis.kleiber@credit-agricole-sa.fr
eric.vandamme@credit-agricole-sa.fr
frederic.braun@credit-agricole-sa.fr
georges.pauget@credit-agricole-sa.fr
gilles.demargerie@credit-agricole-sa.fr
henri.tran@credit-agricole-sa.fr
jerome.karkulowski@credit-agricole-sa.fr
laurent.billecoq@credit-agricole-sa.fr
olivier.nicolas@credit-agricole-sa.fr
omar.ismaelaguirre@credit-agricole-sa.co.uk
patrick.mavro@credit-agricole-sa.fr
philippe.dore@credit-agricole-sa.fr
philippe.poeydomengedebettignies@credit-agricole-sa.fr
yoann.cohen@credit-agricole-sa.fr

**creditandorra**
amelsio@creditandorra.ad
bcollado@creditandorra.as
csanchez@creditandorra.ad
cvazquez@creditandorra.ad
dmacia@creditandorra.ad

**Company & Corresponding Email Addresses**

earrebola@creditandorra.ad
efarras@creditandorra.ad
egalceran@creditandorra.ad
jcanals@creditandorra.ad
jkitovitz@creditandorra.ad
jnin@creditandorra.ad
jsanchez@creditandorra.ad
jtico@creditandorra.ad
lgris@creditandorra.ad
mpons@creditandorra.ad
npovedano@creditandorra.ad
oros@creditandorra.ad
ralfonso@creditandorra.ad
rrabat@creditandorra.ad
smartin@creditandorra.ad
storrentn@creditandorra.ad
svilardell@creditandorra.ad
xcornellac@creditandorra.ad

**crediteuope**
cem.kurdoglu@crediteuope.ch

**crediteurop**
laurent.tresch@crediteurop.lu
maria.klesper@crediteurop.lu
marina.longhino@crediteurop.lu
olivier.roussel@crediteurop.lu
philippe.colin@crediteurop.lu
sarah.dirn@crediteurop.lu
treasury@crediteurop.lu

**crediteurope**
ceyhun.zihna@crediteurope.ch

**creditfoncier**
alain.carron@creditfoncier.fr
benoit.demol@creditfoncier.fr
dauphou.edi@creditfoncier.fr
emmanuel.bardeur@creditfoncier.fr
erik.lemaire@creditfoncier.fr
frederic.chassot@creditfoncier.fr
gregory.rousseau@creditfoncier.fr
iris.tuil@creditfoncier.fr
jacques.souquieres@creditfoncier.fr
jean-marie.garreau@creditfoncier.fr
jerome.garnache@creditfoncier.fr
laurent.giraud@creditfoncier.fr
lydie.coarer@creditfoncier.fr
maurice.boukobza@creditfoncier.fr
nathalie.michel@creditfoncier.fr
paul.dudouit@creditfoncier.fr
pierrelouis.baslez@creditfoncier.fr
sandrine.guerin@creditfoncier.fr
thibaut.federici@creditfoncier.fr
thierry.dufour@creditfoncier.fr
veronique.akoun@creditfoncier.fr

**creditlyonnais**
alexandre.varenne@creditlyonnais.fr

## Company & Corresponding Email Addresses

anthony.wilson@creditlyonnais.co.uk
christophe.havret@creditlyonnais.fr
eva.luke@creditlyonnais.ch
francine.perdu@creditlyonnais.fr
francois.licoppe@creditlyonnais.lu
geraldine.bouvet@creditlyonnais.ch
jacques.hautefeuille@creditlyonnais.fr
jay.kanani@creditlyonnais.co.uk
jean-christophe.bonassies@creditlyonnais.fr
jean-patrick.marquet@creditlyonnais.co.uk
olivier.godfriend@creditlyonnais.lu
pablo.gonzalez@creditlyonnais.co.uk
patrick.dhondt@creditlyonnais.lu
patrick.petit@creditlyonnais.lu
paul.ainsworth@creditlyonnais.co.uk
pm@creditlyonnais.ch
simon.brooks@creditlyonnais.co.uk
sonia.lee@creditlyonnais.fr
stephane.guillaume@creditlyonnais.lu
thierry.simon@creditlyonnais.fr
yves.petit@creditlyonnais.fr

### creditlyonnaisyn
ldemolin@creditlyonnaisyn.comb

### creditmutuel
aousticl@creditmutuel.fr
bousseva@creditmutuel.fr

### creditorrelations
gewaunknown@creditorrelations.com1@handelsbanken.s
gohounknown@creditorrelations.com4@handelsbanken.s
unknown@creditorrelations.com

### credit-suise
christoph.merz@credit-suise.com

### credit-suiss
francois.rossier@credit-suiss.com

### creditsuisse
andreas.speer@creditsuisse.com
howard.wu@creditsuisse.com
wilson.yang@creditsuisse.com

### credit-suisse
aaron.joyce@credit-suisse.com
adam.betteridge@credit-suisse.com
adam.kaplan@credit-suisse.com
adam.mika@credit-suisse.com
adam.scheiner@credit-suisse.com
adrian.zuercher@credit-suisse.com
agostino.miele@credit-suisse.com
aidan.kearney@credit-suisse.com
alain.pointet@credit-suisse.com
aleksander.pfajfer@credit-suisse.com
alex.guggisberg@credit-suisse.com
alex.peter@credit-suisse.com
alexander.buerger@credit-suisse.com
alexander.burger@credit-suisse.com
alexander.froschauer@credit-suisse.com

## Company & Corresponding Email Addresses

alexander.schnell@credit-suisse.com
alexander.schwiersch@credit-suisse.com
alexandre.bruhin@credit-suisse.com
alexandre.vuilleumier@credit-suisse.com
alfons.simonius@credit-suisse.com
alfred.johnstone@credit-suisse.com
alida.carcani@credit-suisse.com
alisdair.mitchell@credit-suisse.com
alison.lepavoux@credit-suisse.com
allyson.alimansky@credit-suisse.com
alois.bischofberger@credit-suisse.com
alois.mannhart@credit-suisse.com
amanda.hanks@credit-suisse.com
anders.vik@credit-suisse.com
andre.frick@credit-suisse.com
andre.guentert.2@credit-suisse.com
andre.mannhart@credit-suisse.com
andrea.cortesi@credit-suisse.com
andrea.ehinger@credit-suisse.com
andrea.guzzi@credit-suisse.com
andrea.haenel@credit-suisse.com
andrea.raedler@credit-suisse.com
andrea.roner@credit-suisse.com
andreas.frey@credit-suisse.com
andreas.herth@credit-suisse.com
andreas.hollenstein@credit-suisse.com
andreas.mueller.6@credit-suisse.com
andreas.nedoma@credit-suisse.com
andreas.spring@credit-suisse.com
andres.allende@credit-suisse.com
andrew.bartlett@credit-suisse.com
andrew.beresford-davies@credit-suisse.com
andrew.lenskold@credit-suisse.com
andrew.marshak@credit-suisse.com
andrew.renouf@credit-suisse.com
angelina.chang@credit-suisse.com
anja.hochberg@credit-suisse.com
anke.m.haux@credit-suisse.com
anna.schneebeli@credit-suisse.com
annabel.betz@credit-suisse.com
annelise.eschmann@credit-suisse.com
anthony.deluise@credit-suisse.com
anton.sussland@credit-suisse.com
antonio.aprea@credit-suisse.com
antonios.koutsoukis@credit-suisse.com
apostolos.thimianakis@credit-suisse.com
arjuna.mahendran@credit-suisse.com
arun.ratra@credit-suisse.com
aude.scheuer.2@credit-suisse.com
august.hatecke@credit-suisse.com
beat.alpiger@credit-suisse.com
beat.grunder@credit-suisse.com
beat.ruegg@credit-suisse.com
beat.ruffieux@credit-suisse.com

**Company & Corresponding Email Addresses**

beat.schumacher@credit-suisse.com
ben.goodsell@credit-suisse.com
benjamin.meier@credit-suisse.com
benjy.cuby@credit-suisse.com
bernd.hofmann.2@credit-suisse.com
bernhard.hauschild@credit-suisse.de
bernhard.p.felder@credit-suisse.com
bernhard.tschanz@credit-suisse.com
bernie.mahon@credit-suisse.com
bertrand.beney@credit-suisse.com
bettina.boehm.2@credit-suisse.de
bill.cirocco@credit-suisse.com
bill.giannousis@credit-suisse.com
bin.wu@credit-suisse.com
bixio.farei-campagna@credit-suisse.com
blain.berhanu@credit-suisse.com
boris.boskovic@credit-suisse.com
brendan.whitely@credit-suisse.com
brian.herr@credit-suisse.com
bruno.langfritz@credit-suisse.com
burkhard.varnholt@credit-suisse.com
burnett.hansen@credit-suisse.com
carmelo.basile@credit-suisse.com
carmen.schriber@credit-suisse.com
caroline.wirth@credit-suisse.com
carri.duncan@credit-suisse.ch
carsten.kroeger@credit-suisse.com
cedric.spahr@credit-suisse.com
charles.traband@credit-suisse.com
chirag.shah@credit-suisse.com
chris.trudgeon@credit-suisse.com
christian.arnold@credit-suisse.com
christian.bauer@credit-suisse.com
christian.bluhm@credit-suisse.com
christian.dick@credit-suisse.com
christian.double@credit-suisse.com
christian.gell@credit-suisse.com
christian.luchsinger@credit-suisse.com
christian.morresi@credit-suisse.com
christian.schmid.5@credit-suisse.com
christian.schuepbach@credit-suisse.com
christian.schulte@credit-suisse.com
christian.senn.2@credit-suisse.com
christine.schmid@credit-suisse.com
christoph.fehr@credit-suisse.com
christoph.mueller.12@credit-suisse.com
christoph.peter@credit-suisse.com
christoph.r.sieger@credit-suisse.com
christoph.stelzer@credit-suisse.com
christopher.burton@credit-suisse.com
christopher.mahoney@credit-suisse.com
cindy.morales@credit-suisse.com
claude.duperret@credit-suisse.com
claude.merki@credit-suisse.com

**Company & Corresponding Email Addresses**

claude.vautier@credit-suisse.com
claudio.lepore@credit-suisse.com
clemens.mueller@credit-suisse.com
coley.jellinghaus@credit-suisse.com
colin.nutt@credit-suisse.com
constantin.filitti@credit-suisse.com
curzio.copis@credit-suisse.com
cyril.notz@credit-suisse.com
daniel.aregger@credit-suisse.com
daniel.brem@credit-suisse.com
daniel.brupbacher@credit-suisse.com
daniel.fabry@credit-suisse.com
daniel.gaechter@credit-suisse.com
daniel.gasser@credit-suisse.com
daniel.mathis@credit-suisse.com
daniel.mezenen@credit-suisse.com
daniel.schefer@credit-suisse.com
daniel.schmitt@credit-suisse.com
daniel.shashoua@credit-suisse.com
daniel.stampfli@credit-suisse.com
daniel.stuber@credit-suisse.com
daniela.brechtel@credit-suisse.com
daniela.gili@credit-suisse.com
daragh.murphy@credit-suisse.com
david.blumer@credit-suisse.com
david.broennimann@credit-suisse.com
david.chambovey@credit-suisse.com
david.clarkson@credit-suisse.com
david.dunkleman@credit-suisse.com
david.engel@credit-suisse.com
david.hobson@credit-suisse.com
david.kershaw@credit-suisse.com
david.shiau@credit-suisse.com
david.williamson@credit-suisse.com
david.zejda@credit-suisse.com
davide.mellini@credit-suisse.com
denise.fries@credit-suisse.com
diane.mole@credit-suisse.com
diane.stingo@credit-suisse.com
dietmar.peetz@credit-suisse.com
dirk.jung@credit-suisse.com
dirk.wieringa@credit-suisse.com
dmitry.novitsky@credit-suisse.com
domenico.bonatesta@credit-suisse.com
dominik.bloch@credit-suisse.com
dominik.buesser@credit-suisse.com
dominik.c.mueller@credit-suisse.com
dominik.ulrich@credit-suisse.com
dominique.buemi@credit-suisse.com
dominique.deleze@credit-suisse.com
dominique.demaddalena@credit-suisse.com
dominique.kohler@credit-suisse.com
dominique.schwab@credit-suisse.com
douglas.rothstein@credit-suisse.com

**Company & Corresponding Email Addresses**

dragan.kostic@credit-suisse.com
duncan.thomas@credit-suisse.com
edward.atkins@credit-suisse.com
edward.zaledonis@credit-suisse.com
ee-yung.yip@credit-suisse.com
elena.gounakis@credit-suisse.com
elena.guglielmin@credit-suisse.com
elijah.brice@credit-suisse.com
elizabeth.challenor@credit-suisse.com
elizabeth.eaton@credit-suisse.com
emma.cook@credit-suisse.com
endre.kovacs@credit-suisse.com
enrico.debattista@credit-suisse.com
enrico.zanollo@credit-suisse.com
eric.gueller@credit-suisse.com
eric.wiegand@credit-suisse.com
erik.muller@credit-suisse.com
erika.rajman@credit-suisse.com
ernesto.turnes@credit-suisse.com
ernst.zbinden@credit-suisse.com
ester.marte@credit-suisse.com
etrita.ibroci@credit-suisse.com
fabrizio.bolognini@credit-suisse.com
fabrizio.lemme@credit-suisse.it
felix.maag@credit-suisse.com
felix.tan@credit-suisse.com
fidel.kasikci@credit-suisse.com
filip.sarovic@credit-suisse.com
filippo.rima@credit-suisse.com
florence.schnydrig@credit-suisse.com
francesco.faraci@credit-suisse.com
francesco.fonzi@credit-suisse.com
francesco.luraschi@credit-suisse.com
francesco.perissin@credit-suisse.com
frank.burri@credit-suisse.com
frank.huber@credit-suisse.com
frank.nyffenegger@credit-suisse.com
frederic.anken@credit-suisse.com
frederic.methlow@credit-suisse.ch
frederic.testi@credit-suisse.com
frederik.deblock@credit-suisse.com
fredrik.akesson.2@credit-suisse.com
gabriel.degen@credit-suisse.com
gemma.burke@credit-suisse.com
george.challenor@credit-suisse.com
georgios.mouskoundi@credit-suisse.com
gerald.jordan@credit-suisse.com
gerard.sheehan@credit-suisse.com
germain.maillard@credit-suisse.com
giacomo.marzotto@credit-suisse.com
gian-luca.giuntini@credit-suisse.com
gianluca.pecoraro.2@credit-suisse.com
giles.keating@credit-suisse.com
giovanni.fedrigoli@credit-suisse.com

**Company & Corresponding Email Addresses**

giuseppe.giase@credit-suisse.com
graham.duce@credit-suisse.com
greg.cox@credit-suisse.com
greg.rye@credit-suisse.com
gregg.bridger@credit-suisse.com
gregoire.biollaz@credit-suisse.com
gregor.cantieni@credit-suisse.com
gregor.trachsel@credit-suisse.com
gregory.diche@credit-suisse.com
gregory.siegel@credit-suisse.com
grey.harris@credit-suisse.com
gupta.siddharth@credit-suisse.com
gustav.inglin@credit-suisse.com
gustavo.salomao@credit-suisse.com
han.li@credit-suisse.com
hans.boije@credit-suisse.com
hans-georg.vetterlin@credit-suisse.com
hansjoerg.b.germann@credit-suisse.com
heinz.tschabold@credit-suisse.com
herbert.naef@credit-suisse.com
herbert.steiner@credit-suisse.com
hergo.bhangal@credit-suisse.com
herve.prettre@credit-suisse.com
hilary.park@credit-suisse.com
himanshu.lukha@credit-suisse.com
holger.schulz@credit-suisse.de
holger.seib@credit-suisse.com
hueseyin.ordu@credit-suisse.com
ian.wood@credit-suisse.com
igor.socchi@credit-suisse.com
ilan.friedman@credit-suisse.com
illya.lebedynets@credit-suisse.com
ipo.desk@credit-suisse.com
isiah.zhang@credit-suisse.com
ivan.marinkovic@credit-suisse.com
jack.lee@credit-suisse.com
jacky.cheung@credit-suisse.com
jacqueline.ledergerber@credit-suisse.com
jacqueline.schimenti@credit-suisse.com
jacques.vallon@credit-suisse.com
jake.hindelong@credit-suisse.com
jakob.vonkalckreuth@credit-suisse.com
jakob.zgraggen@credit-suisse.com
james.chandler@credit-suisse.com
james.joicey-cecil@credit-suisse.com
james.potesky@credit-suisse.com
james.wipf@credit-suisse.com
jamie.ferbrache@credit-suisse.com
jan.berg@credit-suisse.com
jana.petrovcic@credit-suisse.com
javier.lamelas@credit-suisse.com
jay.r.goldenstein@credit-suisse.com
jean-claude.coulima-sammouill@credit-suisse.com
jeaninne.ballabio@credit-suisse.com

## Company & Corresponding Email Addresses

jean-marc.martin@credit-suisse.com
jean-philippe.pfulg@credit-suisse.com
jennifer.huang@credit-suisse.com
jens.erler@credit-suisse.com
jeremy.baker.2@credit-suisse.com
jeremy.j.field@credit-suisse.com
jiyoung.kim@credit-suisse.com
joe.capone@credit-suisse.com
joel.kohli@credit-suisse.com
joelle.crugnola@credit-suisse.com
joerg.heierli@credit-suisse.com
johan.rydqvist@credit-suisse.com
john.feigl@credit-suisse.com
john.g.popp@credit-suisse.com
john.howard@credit-suisse.com
johnson.guo@credit-suisse.com
joost.bilkes@credit-suisse.com
jordan.low@credit-suisse.com
jordan.miller@credit-suisse.com
jose.a.ellenberger@credit-suisse.ch
jose.arcilla@credit-suisse.com
jose.michan@credit-suisse.com
joseph.a.vicich@credit-suisse.com
joseph.d'abruzzo@credit-suisse.com
joshua.vollertsen@credit-suisse.com
judy.gau@credit-suisse.com
juerg.stadelmann@credit-suisse.com
juerg.syz@credit-suisse.com
juergen.tetzlaff@credit-suisse.com
julian.beard@credit-suisse.com
julien.gueissaz@credit-suisse.com
julien.lippmann@credit-suisse.ch
juliette.lim-fat@credit-suisse.com
justin.jones@credit-suisse.com
justin.jordan@credit-suisse.com
kai.drewe@credit-suisse.de
kai.rudolph@credit-suisse.com
kam.poon@credit-suisse.com
kamran.butt@credit-suisse.com
karim.p.jabri@credit-suisse.com
karin.hennecke@credit-suisse.com
karl.aziz@credit-suisse.com
karl.barrow@credit-suisse.com
karolina.nowicka@credit-suisse.com
karsten.linowsky@credit-suisse.com
karsten.steinberg@credit-suisse.com
keith.devito@credit-suisse.com
kevin.barry@credit-suisse.com
kim.fox-moertl@credit-suisse.com
kimura.tomonari@credit-suisse.com
knut.mueller@credit-suisse.com
kurt.baer.3@credit-suisse.com
kurt.oberhaensli@credit-suisse.com
kwame.gadsby@credit-suisse.com

## Company & Corresponding Email Addresses

lara.schlegelmilch@credit-suisse.com
lars.kalbreier@credit-suisse.com
laura.friedman@credit-suisse.com
laura.granger@credit-suisse.com
laura.slater@credit-suisse.com
laurent.studer@credit-suisse.com
lawrence.raiman@credit-suisse.com
leo.raymann@credit-suisse.com
leopoldo.reanocostales@credit-suisse.com
liora.kleinman@credit-suisse.com
liu.yang@credit-suisse.com
lorenzo.dellovo@credit-suisse.com
lothar.cerjak@credit-suisse.com
luba.schoenig@credit-suisse.com
luca.martina@credit-suisse.com
luciano.lanza@credit-suisse.com
luis.castro@credit-suisse.com
luis.kendall@credit-suisse.com
lynda.fiuza@credit-suisse.com
lynne.duequemin@credit-suisse.com
maggie.yeo@credit-suisse.com
maja.sieber@credit-suisse.com
malgorzata.kaminski@credit-suisse.com
manfred.bohn@credit-suisse.de
manfred.buechler@credit-suisse.com
manish.rachhoya@credit-suisse.com
marc.arnold@credit-suisse.com
marc.norden@credit-suisse.com
marc.velan@credit-suisse.com
marc.wasserfallen@credit-suisse.com
marc.zieger@credit-suisse.de
marc-antoine.haudenschild@credit-suisse.com
marcel.lutz@credit-suisse.com
marcel.thieliant@credit-suisse.com
marcel.wittwer@credit-suisse.com
marco.freihofer@credit-suisse.com
marco.jenny@credit-suisse.com
marco.koepfli@credit-suisse.com
marco.meier@credit-suisse.com
marco.tinessa@credit-suisse.com
marcus.hettinger@credit-suisse.com
maria.madats@credit-suisse.com
marie-elise.curty@credit-suisse.com
marilyn.boorman@credit-suisse.com
maritza.ribeiro@credit-suisse.com
mark.barres@credit-suisse.com
mark.reeves@credit-suisse.com
mark.rudin@credit-suisse.com
markus.helfenstein@credit-suisse.com
markus.liechti@credit-suisse.com
markus.maechler@credit-suisse.com
markus.pfister@credit-suisse.com
markus.solenthaler@credit-suisse.com
markus.unterhofer@credit-suisse.com

## Company & Corresponding Email Addresses

markus.zipperer@credit-suisse.com
martin.froeschl@credit-suisse.com
martin.isler@credit-suisse.com
martin.janser@credit-suisse.com
martin.kobler@credit-suisse.com
martin.mcmahon@credit-suisse.com
martin.zimmer@credit-suisse.de
martino.perkmann@credit-suisse.com
massimo.pedrazzini@credit-suisse.com
matthew.dembski@credit-suisse.com
matthias.bender@credit-suisse.de
matthias.gehrig@credit-suisse.com
matthias.rutschi@credit-suisse.com
maureen.grover@credit-suisse.com
mauriz.lang@credit-suisse.com
maurizio.rossi@credit-suisse.com
mauro.barloggio@credit-suisse.com
mauro.pedrazzoli@credit-suisse.com
mauro.pennati@credit-suisse.com
mauro.tonini@credit-suisse.com
meiliang.wu@credit-suisse.com
melanie.lenherr@credit-suisse.com
mensur.pocinci.2@credit-suisse.com
michael.chaisanguanthum@credit-suisse.com
michael.dodgson@credit-suisse.com
michael.gaehler@credit-suisse.com
michael.gretener@credit-suisse.com
michael.haene@credit-suisse.com
michael.j.o'riordan@credit-suisse.com
michael.klonsky@credit-suisse.com
michael.kruse@credit-suisse.com
michael.leonard.2@credit-suisse.com
michael.maennlin@credit-suisse.com
michael.matt@credit-suisse.com
michael.meier@credit-suisse.com
michael.o'sullivan@credit-suisse.com
michael.pinggera@credit-suisse.com
michael.rauch@credit-suisse.com
michael.scali@credit-suisse.com
michael.shackelford@credit-suisse.com
michael.zemp.2@credit-suisse.com
michael.zimmermann@credit-suisse.com
michael.zobrist.2@credit-suisse.com
michel.businger@credit-suisse.com
michel.coussaert@credit-suisse.com
michel.degen@credit-suisse.com
michel.venanzi@credit-suisse.com
mike.eng@credit-suisse.com
mira.bhogaita@credit-suisse.com
mirco.tieppo@credit-suisse.com
mirko.ballmer@credit-suisse.com
miroslav.durana@credit-suisse.com
moez.jamal@credit-suisse.ch
mog.chu-yang-heu@credit-suisse.com

**Company & Corresponding Email Addresses**

monica.mastroberardino@credit-suisse.com
monika.tschudi@credit-suisse.com
montserrat.gomez@credit-suisse.com
nancy.nierman@credit-suisse.com
nannette.hechler-fayd'herbe@credit-suisse.com
natalia.correa@credit-suisse.com
niall.buggy@credit-suisse.com
nick.davis@credit-suisse.com
nicola.ballabio@credit-suisse.com
nicola.nole@credit-suisse.com
nicolas.blatti@credit-suisse.com
nicolas.pellicer@credit-suisse.com
nicole.habegger@credit-suisse.com
nicole.rhodes@credit-suisse.com
nigel.coleman@credit-suisse.com
niklaus.wernli@credit-suisse.com
nikolaus.schaefer@credit-suisse.com
ninocarlo.flueckiger@credit-suisse.com
norbert.stahl@credit-suisse.com
oliver.baumann@credit-suisse.com
oliver.gasser@credit-suisse.com
oliver.heinzelmann@credit-suisse.com
oliver.kanner@credit-suisse.com
oliver.mader@credit-suisse.com
olivier.baechler@credit-suisse.com
olivier.gamrasniahlen@credit-suisse.com
olivier.p.mueller@credit-suisse.com
olivier.steimer@credit-suisse.com
othmar.kueng@credit-suisse.com
pascal.hungerbuehler@credit-suisse.com
pascal.koeppel@credit-suisse.com
pascal.pernet@credit-suisse.com
pascal.ramseier@credit-suisse.com
pascal.rohner.3@credit-suisse.com
patrick.berther@credit-suisse.com
patrick.blauth@credit-suisse.com
patrick.ehrsam@credit-suisse.com
patrick.fehr@credit-suisse.com
patrick.husistein@credit-suisse.com
patrick.ingold@credit-suisse.com
patrick.koepfli@credit-suisse.com
patrick.kolb@credit-suisse.com
patrick.maniciati@credit-suisse.com
patrick.reichenbach@credit-suisse.com
patrick.schopfer@credit-suisse.com
patrick.soucas@credit-suisse.com
patrik.kuster@credit-suisse.com
paul.bourdon@credit-suisse.com
paul.durdin@credit-suisse.com
pedro.mora@credit-suisse.com
pete.galliers@credit-suisse.com
peter.attiger@credit-suisse.com
peter.bachmann.2@credit-suisse.com
peter.buckendahl@credit-suisse.de

**Company & Corresponding Email Addresses**

peter.dellsperger@credit-suisse.com
peter.g.wehrmann@credit-suisse.com
peter.hagemann@credit-suisse.com
peter.herrmann.3@credit-suisse.com
peter.hoffmann@credit-suisse.com
peter.poenitzsch@credit-suisse.com
peter.tobler@credit-suisse.com
peter.vonmoos@credit-suisse.com
peter.wetter@credit-suisse.com
philipp.burger@credit-suisse.com
philipp.frank@credit-suisse.com
philipp.kastner@credit-suisse.com
philipp.kuchen@credit-suisse.com
philipp.lisibach@credit-suisse.com
philipp.schmidmeister@credit-suisse.com
philippe.carey@credit-suisse.com
philippe.jotterand@credit-suisse.com
philippe.kretz@credit-suisse.com
philippe.preite@credit-suisse.com
piero.isabella-valenzi@credit-suisse.com
pierre-alain.sieber@credit-suisse.com
pieter.strobos@credit-suisse.com
pietro.giuliani@credit-suisse.com
prakash.shirke@credit-suisse.com
pratik.vazir@credit-suisse.com
qing.wang@credit-suisse.com
rachel.haefliger@credit-suisse.com
radovan.milanovic@credit-suisse.com
rafael.chang@credit-suisse.com
raffael.furrer@credit-suisse.com
rainer.spitznagel@credit-suisse.com
ralf.krings@credit-suisse.com
ralf.seschek@credit-suisse.com
ralph.bloch@credit-suisse.com
ralph.haefliger@credit-suisse.com
ralph.lehnis@credit-suisse.com
ralph.maurer@credit-suisse.com
ramy.sukarieh@credit-suisse.com
raphael.robas@credit-suisse.com
raphael.wilhelm@credit-suisse.com
raphaelle.champion@credit-suisse.com
raphi.savitz@credit-suisse.com
rasmus.rousing@credit-suisse.com
raymond.monney@credit-suisse.com
realestate.hedgefund@credit-suisse.com
rebecca.zeder@credit-suisse.com
regina.webster@credit-suisse.com
remo.quadroni@credit-suisse.com
renata.klita@credit-suisse.com
rene.blanc@credit-suisse.com
rene.freiermuth@credit-suisse.com
rene.merz@credit-suisse.com
rene.vongunten@credit-suisse.com
renzo.bagorda@credit-suisse.com

**Company & Corresponding Email Addresses**

reto.hess@credit-suisse.com
reto.meneghetti@credit-suisse.com
reto.wiget@credit-suisse.com
riccardo.masotti@credit-suisse.com
richard.dryer@credit-suisse.com
richard.hodson@credit-suisse.com
richard.leite@credit-suisse.com
richard.list@credit-suisse.com
richard.tan@credit-suisse.com
richard.warne@credit-suisse.com
richard.zechmeister@credit-suisse.com
rita-marie.giudice@credit-suisse.com
robert.bowie@credit-suisse.com
robert.cronan@credit-suisse.com
robert.moreth@credit-suisse.com
robert.ruttmann@credit-suisse.com
robert.thomas@credit-suisse.com
robert.tombolini@credit-suisse.com
roberto.parente@credit-suisse.com
roberto.prizzi@credit-suisse.com
robin.seydoux@credit-suisse.com
roger.buzas@credit-suisse.com
roger.meier@credit-suisse.com
roger.moh@credit-suisse.com
roger.mueller@credit-suisse.com
roger.rimann@credit-suisse.com
roger.signer@credit-suisse.com
roger.tschantre@credit-suisse.com
roland.baumann.3@credit-suisse.com
roland.stettler@credit-suisse.com
roland.zanini@credit-suisse.com
rolf.bertschi@credit-suisse.com
rolf.steinmann@credit-suisse.com
roman.gysler@credit-suisse.com
roman.salvi@credit-suisse.com
romano.piffaretti@credit-suisse.com
ross.campbell@credit-suisse.com
ruchi.gupta@credit-suisse.com
russell.beer@credit-suisse.com
sacha.devittori@credit-suisse.com
sacha.fischer@credit-suisse.com
sacha.haymoz@credit-suisse.com
sacha.widin@credit-suisse.com
sameer.kero@credit-suisse.com
samia.behbehani@credit-suisse.com
samuel.baumann@credit-suisse.com
sandra.trino@credit-suisse.com
sandro.campanile@credit-suisse.com
sandro.mattle@credit-suisse.com
sascha.banz@credit-suisse.com
sascha.dilly@credit-suisse.com
sascha.hilber@credit-suisse.com
sascha.kaelin@credit-suisse.com
satir.sinan@credit-suisse.com

## Company & Corresponding Email Addresses

scott.pangbourne@credit-suisse.com
scott.spencer@credit-suisse.com
sebastian.muff@credit-suisse.com
serge.kuenzler@credit-suisse.com
serge.kunzler@credit-suisse.com
sergio.cinti@credit-suisse.com
sergio.delgado@credit-suisse.com
sharon.egilinsky@credit-suisse.com
shaun.lemessurier@credit-suisse.com
shawn.deng@credit-suisse.com
sibylle.kirstein@credit-suisse.com
siegfried.cordes@credit-suisse.com
siegfried.kaeser@credit-suisse.com
sigisbert.koch@credit-suisse.com
silvan.noetzli@credit-suisse.com
silvio.giovannini@credit-suisse.com
silvio.pestalozzi@credit-suisse.com
simon.barnard@credit-suisse.com
simon.mauger@credit-suisse.com
simon.steiner@credit-suisse.com
simone.sabbadini@credit-suisse.com
sino.stalbne@credit-suisse.com
soekching.kum@credit-suisse.com
soma.ghosal@credit-suisse.com
sonya.sheehy@credit-suisse.com
stefan.benvegnu@credit-suisse.com
stefan.collaud@credit-suisse.com
stefan.dudler@credit-suisse.com
stefan.froehlich@credit-suisse.com
stefan.gasser.2@credit-suisse.com
stefan.lutz@credit-suisse.com
stefan.reist@credit-suisse.com
stefan.stucki@credit-suisse.com
stefano.mussati@credit-suisse.com
stephan.braendle@credit-suisse.com
stephan.elmenhorst@credit-suisse.com
stephan.hug@credit-suisse.com
stephan.uebersax@credit-suisse.com
stephanie.favre@credit-suisse.com
stephen.clout@credit-suisse.com
stephen.j.garibaldi@credit-suisse.com
stephen.kaszynski@credit-suisse.com
stephen.parr@credit-suisse.com
steven.m.peras@credit-suisse.com
steven.soranno@credit-suisse.com
stuart.rosenthal@credit-suisse.com
susanne.battegay@credit-suisse.ch
suzana.zankova@credit-suisse.com
sven.corsenca@credit-suisse.com
sven.schubert@credit-suisse.com
sven.seeber@credit-suisse.de
sven.sommer@credit-suisse.com
sybril.lau@credit-suisse.com
sylvie.golay@credit-suisse.com

## Company & Corresponding Email Addresses

tamar.hamlyn@credit-suisse.com
tamas.korchmaros@credit-suisse.com
tania.dimitrova@credit-suisse.com
tatjana.michel@credit-suisse.com
thien-bac.tu@credit-suisse.com
thierry.levrat@credit-suisse.com
thomas.amrein@credit-suisse.com
thomas.c.kaufmann@credit-suisse.com
thomas.flannery@credit-suisse.com
thomas.herrmann@credit-suisse.com
thomas.jucker@credit-suisse.com
thomas.leidenroth@credit-suisse.de
thomas.schaniel@credit-suisse.com
thomas.trauth@credit-suisse.com
thomas.vestweber@credit-suisse.com
thomas.waehli@credit-suisse.com
thong.nguyen@credit-suisse.com
tim.cooke@credit-suisse.com
timothy.hellmann@credit-suisse.com
tobias.bettkober@credit-suisse.com
tobias.merath@credit-suisse.com
tobias.wuertzl@credit-suisse.de
todd.buchner@credit-suisse.com
todor.todorov@credit-suisse.com
tonia.r.fischer@credit-suisse.com
tony.patti@credit-suisse.com
toral.munshi@credit-suisse.com
ulrich.braun@credit-suisse.com
ulrich.kaiser@credit-suisse.com
ulrich.roth@credit-suisse.com
urs.guthmann@credit-suisse.com
urs.j.gallmann@credit-suisse.com
ursula.neumann@credit-suisse.com
ursula.speich@credit-suisse.com
uwe.neumann@credit-suisse.com
uwe.schertel@credit-suisse.de
valerie.schneitter@credit-suisse.com
veronika.kuenzler@credit-suisse.com
vicki.gedge@credit-suisse.com
vince.fiso@credit-suisse.com
vinzenz.nef@credit-suisse.com
vipin.ahuja@credit-suisse.com
volker.sachs@credit-suisse.com
walter.berchtold@credit-suisse.com
walter.mitchell@credit-suisse.com
werner.richli@credit-suisse.com
william.nunez@credit-suisse.com
wing.chan@credit-suisse.com
wolfgang.wiehe@credit-suisse.com
xiangheng.liu@credit-suisse.com
yann.mocellin@credit-suisse.com
yirong.li@credit-suisse.com
yoshiteru.nishimoto@credit-suisse.com
yusuf.randera-rees@credit-suisse.com

**Company & Corresponding Email Addresses**

yves.hauser@credit-suisse.com
yves.landry@credit-suisse.com
yves.luescher@credit-suisse.com
yves.monnat@credit-suisse.com
yves.robert-charue@credit-suisse.com
yvonne.baumeler@credit-suisse.com
zoltan.szelyes@credit-suisse.com
zoran.mitrovski@credit-suisse.com

**cref**
myemini@cref.com

**cres-cap**
mcmillianh@cres-cap.com

**crestar**
christine.stumbo@crestar.com

**creval**
colli.umberto@creval.it
mehretab.tesfamicael@creval.it
scarafoni.giuseppina@creval.it
sega.luca@creval.it

**crewsassoc**
klueken@crewsassoc.com
marnone@crewsassoc.com
rowens@crewsassoc.com
spulley@crewsassoc.com

**crewsfs**
aedwards@crewsfs.com
jburrow@crewsfs.com
lplummer@crewsfs.com

**crg**
barbara.avalle@crg.it
maria.depaola@crg.it

**crimola**
maurizio_rivola@crimola.it
mauro_ruggeri@crimola.it

**criterion**
dave.smith@criterion.com
fred.robertson@criterion.com
ken.johnson@criterion.com
scott.brecher@criterion.com
teresa.kudrle@criterion.com

**crlykor**
john.rhee@crlykor.co.kr

**croftleo**
dhunter@croftleo.com
gvalentine@croftleo.com
kcroft@croftleo.com
pvong@croftleo.com
rcroft@croftleo.com
research@croftleo.com
tdickson@croftleo.com

**cronincoinc**
dougj@cronincoinc.com

**crownbank**
jkoegel@crownbank.com

## Company & Corresponding Email Addresses

### crsm
a.ballerini@crsm.it
f.soldi@crsm.it
investimenti@crsm.it
l.terreni@crsm.it
s.benvenuti@crsm.it

### crt
l.malatesta@crt.com
margek@crt.com
seand@crt.com

### crtllc
jbrook@crtllc.com
jharrington@crtllc.com
mfarkas@crtllc.com

### crup
maurizio.coseani@crup.it

### cs
esilvergold@cs.com
fmaitre@cs.hottinger.fr
marcel.kunzler@cs.com
marco.engesser@cs.com
nadja.francesco@cs.com
prgrsshm@cs.com
thomas.schiess@cs.com

### c-s
yazid.sabeg@c-s.fr

### csadvisorypartners
alberto.tavecchio@csadvisorypartners.com
angela.krebs@csadvisorypartners.com
jorge.torea@csadvisorypartners.com
patrick.blattmann@csadvisorypartners.com
sebastian.grawert@csadvisorypartners.com
thorsten.dueser@csadvisorypartners.com
zlata.gagarina@csadvisorypartners.com

### csam
akua.duffuor@csam.com
alan.trigle@csam.com
alexander.mueller@csam.com
alexandre.bouchardy@csam.com
allyn.arden@csam.com
amy.brown@csam.com
anas.elmaizi@csam.com
anders.lundgren@csam.com
andreas.jost@csam.com
andreas.maechler@csam.com
andreas.mueller.7@csam.com
andreas.schmidt@csam.com
andrew.dickinson@csam.com
andy.kastner@csam.com
anna.guglielmetti@csam.com
anne.ezendam@csam.com
anne.montfort@csam.com
anthony.vandaalen@csam.com
april.sommese@csam.com

## Company & Corresponding Email Addresses

barbara.duberstein@csam.com
barry.hughes@csam.com
belinda.otruba@csam.com
bernard.possa@csam.com
bernhard.maeder@csam.com
bernhard.rufli@csam.com
beth.dater@csam.com
betty.c.defranco@csam.com
beverly.davis@csam.com
bhavani.shah@csam.com
bill.mott@csam.com
boris.arabadjiev@csam.com
bruce.glensky@csam.com
bruce.theuerkauf@csam.com
bryan.wallace@csam.com
burnett.hansen@csam.com
caroline.bauert@csam.com
cesar.perez@csam.com
charles.c.vanvleet@csam.com
charles.shaeffer@csam.com
charles.vanvleet@csam.com
chenye.bao@csam.com
chris.hughes@csam.com
christian.hoffmann@csam.com
christian.t.lee@csam.com
christiane.malchow@csam.com
christine.gaelzer@csam.com
christoph.gisler@csam.com
christoph.knecht@csam.com
christopher.blay@csam.com
christopher.mullett@csam.com
claudio.ercolano@csam.com
colleen.jones@csam.com
crispin.finn@csam.com
damien.buggy@csam.com
daniel.hines@csam.com
daniel.utiger@csam.com
daniele.paglia@csam.com
david.b.walsh@csam.com
david.chan.2@csam.com
david.h.lerner@csam.com
david.johnson@csam.com
david.k.chin@csam.com
david.syriani@csam.com
denis.chan@csam.com
denise.fleming@csam.com
derek.man@csam.com
didier.boeckli@csam.com
dilip.rasgotra@csam.com
dominic.jackson@csam.com
dominique.staehlin@csam.com
ella.brown@csam.com
eric.lowman@csam.com
eric.suter@csam.com

**Company & Corresponding Email Addresses**

eric.wiegand@csam.com
erik.brovig@csam.com
ernst.riegel@csam.com
esther.schreiber@csam.com
etel.harris@csam.com
felix.meier@csam.com
frank.biondo@csam.com
garland.hansmann@csam.com
gene.fudge@csam.com
georg.furger@csam.com
george.vassiliadis@csam.com
gerhard.werginz@csam.com
giuseppe.quartodipalo@csam.com
glenn.wellman@csam.com
gordon.schonfeld@csam.com
gregg.m.diliberto@csam.com
gregor.hirt@csam.com
guy.stern@csam.com
haiwen.hsu@csam.com
harald.brandl@csam.com
harjeet.heer@csam.com
heini.sutter@csam.com
helen.hotis@csam.com
himanshu.patel@csam.com
isaac.demming@csam.com
isabel.knight@csam.com
j.steven.evans@csam.com
jake.nartey@csam.com
james.wipf@csam.com
jane.collins@csam.com
janina.macswayed@csam.com
javier.gozalo@csam.com
jeff.alexander@csam.com
jeff.currington@csam.com
jeffrey.m.engelhardt@csam.com
jeffrey.seifert@csam.com
jennifer.l.ferguson@csam.com
jim.mccaughan@csam.com
jim.vos@csam.com
joanne.gilbert@csam.com
joern.steuernagel@csam.com
john.bolton@csam.com
john.davis.2@csam.com
john.degaris@csam.com
john.lindars@csam.com
john.sue@csam.com
jose.rodriguez@csam.com
joseph.baumeler@csam.com
joseph.r.butler@csam.com
kai.leifert@csam.com
kambiz.pouya-majd@csam.com
karen.e.driscoll@csam.com
karen.roberts@csam.com
karen.rustman@csam.com

## Company & Corresponding Email Addresses

karin.vrang@csam.com
kate.wilkie@csam.com
katerina.valka@csam.com
katharine.odonovan@csam.com
kathleen.camilli@csam.com
kathryn.neff@csam.com
ken.m.wallace@csam.com
kevin.etzel@csam.com
khanhngoc.tran@csam.com
khurram.chaudhry@csam.com
kim.goodwin@csam.com
kristin.moschos@csam.com
kurt.spiess@csam.com
laura.gill@csam.com
lee.tristram@csam.com
leland.crabbe@csam.com
lilly.se@csam.com
lingyan.zeng@csam.com
luisa.b.gallardo@csam.com
marc.rose@csam.com
marcel.schibli@csam.com
marcia.michitsch@csam.com
mariusz.blachut@csam.com
mark.k.silverstein@csam.com
mark.spring@csam.com
markus.gremminger@csam.com
markus.huebscher@csam.com
markus.rogger@csam.com
martha.metcalf@csam.com
martin.schwarb@csam.com
maryann.labella@csam.com
matthew.rajpolt@csam.com
matthias.dueggelin@csam.com
maurizio.pedrini@csam.com
mauro.bergstein@csam.com
melissa.sanandres@csam.com
michael.dugan@csam.com
michael.gray@csam.com
michael.kenneally@csam.com
michael.schmid.2@csam.com
michael.schwerzmann@csam.com
michael.strebel@csam.com
michael.syring@csam.com
michal.wozniak@csam.com
michel.jacquemai@csam.com
michele.m.walsh@csam.com
michele.porro@csam.com
michele.rizzuto@csam.com
michelle.fleck@csam.com
michelle.tse@csam.com
minerva.hernandez@csam.com
mitch.b.grabel@csam.com
mitchell.freedman@csam.com
naganath.sundaresan@csam.com

**Company & Corresponding Email Addresses**

neil.brown@csam.com
neil.gregson@csam.com
nelson.louie@csam.com
nelson.mesa@csam.com
nicholas.milovich@csam.com
nicolo.foscari@csam.com
nigel.dooley@csam.com
nik.persic@csam.com
oliver.federer@csam.com
oliver.williams@csam.com
osamu.kato@csam.com
paola.brunelli@csam.com
patrik.carisch@csam.com
peter.anderson@csam.com
peter.brown.3@csam.com
philip.harris@csam.com
philip.schantz@csam.com
philip.true@csam.com
philip.wubbena@csam.com
philipp.buechler@csam.com
philipp.inderbitzin@csam.com
philipp.vorndran@csam.com
phurbu.darpoling@csam.com
pierre-henri.demonts@csam.com
rachel.muscatt@csam.com
raffaelle.berchtold@csam.com
raimund.nierop@csam.com
rajesh.tanna@csam.com
rania.alkhalifa@csam.com
raoul.rayos@csam.com
reto.seiler@csam.com
richard.a.hoffman@csam.com
richard.annunziato@csam.com
richard.avidon@csam.com
richard.balfour@csam.com
richard.brumby@csam.com
richard.colwell@csam.com
richard.hill@csam.com
richard.m.white@csam.com
richard.quin@csam.com
richard.rochat@csam.com
rico.bopp@csam.com
rob.shafir@csam.com
rob.stewart@csam.com
robert.janis@csam.com
robert.mitchelson@csam.com
robert.sullivan@csam.com
robert.thomas@csam.com
roger.inglin@csam.com
roger.lewis@csam.com
roger.wehrli@csam.com
rolf.elmer@csam.com
ronald.bloomer@csam.com
ruchi.patel@csam.com

**Company & Corresponding Email Addresses**

sabine.staeuble@csam.com
sara.meier@csam.com
sarah.doenni@csam.com
sarah.dyer@csam.com
sarah.emberson@csam.com
sarah.green@csam.com
scott.lewis@csam.com
scott.merkel@csam.com
sharon.oneil@csam.com
shashi.srikantan@csam.com
sheryl.hempel@csam.com
silvia.schaak@csam.com
simone.staeuble@csam.com
sonja.demann@csam.com
staci.z.lombard@csam.com
stefan.illmer@csam.com
stefan.novak@csam.com
stefan.zuber@csam.com
stephan.scharrer@csam.com
stephane.casagrande@csam.com
stephanie.howard@csam.com
stephen.hargreaves@csam.com
steve.goldman@csam.com
steve.putnam@csam.com
stuart.harris@csam.com
stuart.young@csam.com
susan.everly@csam.com
susanna.binkert@csam.com
susanne.zech@csam.com
suzanne.e.moran@csam.com
suzie.kemp@csam.com
tatsuro.koyama@csam.com
terry.pavlopoulos@csam.com
thomas.albrecht@csam.com
thomas.b.white@csam.com
thomas.berger@csam.com
thomas.flannery@csam.com
thomas.perez@csam.com
thomas.walser@csam.com
timos.daskalopoulos@csam.com
todd.jablonski@csam.com
tom.mann@csam.com
tomasz.stadnik@csam.com
toni.roesti@csam.com
tony.roesti@csam.com
tracey.nicholls@csam.com
tracy.cherrington@csam.com
ukequity.fundmanagers@csam.com
urs.haberthuer@csam.com
urs.hiller@csam.com
urs.kunz@csam.com
urs.ramseier@csam.com
use.brueggendieck@csam.com
valerio.schmitz-esser@csam.com

## Company & Corresponding Email Addresses

vicky.simonds@csam.com
victor.rodriguez@csam.com
vince.salvato@csam.com
vincent.grieco@csam.com
vincent.pons@csam.com
vivian.chen@csam.com
wai.lee@csam.com
waiman.leung@csam.com
walter.sperb@csam.com
wendy.cogdell@csam.com
william.h.jeffress@csam.com
william.patterson@csam.com
wolfgang.j.marty@csam.com
wyn.ellis@csam.com
xiaomeng.yang@csam.com
zelcah.farsijany@csam.com

### csas

dnavratil@csas.cz
dvaskovic@csas.cz
jstack@csas.cz
khanek@csas.cz
lvosicky@csas.cz
pcetkovsky@csas.cz
pdedecek@csas.cz
pkaspar@csas.cz
plojka@csas.cz
raprokop@csas.cz
rchupik@csas.cz
vkotlan@csas.cz
vmikulecky@csas.cz

### csc

dbryant@csc.cps.k12.il.us
lnakamin@csc.com
ptucker@csc.com

### csccu

jeffn@csccu.com
joec@csccu.com
larryr@csccu.com
madhavir@csccu.com
paulm@csccu.com
quianag@csccu.com

### cse

lnakamin@cse.com

### csfb

andre.rheinberger@csfb.com
andrew.boshoff@csfb.com
angela.lockhart@csfb.com
barry.zamore@csfb.com
carmen.beck@csfb.com
chieh.cheung@csfb.com
chris.zimmermann@csfb.com
claudia.beffa@csfb.com
daniel.franc@csfb.com
david.freddi@csfb.com

## Company & Corresponding Email Addresses

david.schweigman@csfb.com
edward.debruyn@csfb.com
ethan.garber@csfb.com
filomena.villanova@csfb.com
glenn.clarke@csfb.com
hans-andrea.disch@csfb.com
heather.ibrahim@csfb.com
helen.xing@csfb.com
jack.mcnally@csfb.com
jeffrey.peek@csfb.com
jennifer.chin@csfb.com
kareem.serageldin@csfb.com
linda.r.karn@csfb.com
lucas.brunner@csfb.com
marks.bailey@csfb.com
matthew.abbott@csfb.com
matthew.koop@csfb.com
matthew.zames@csfb.com
michael.cash@csfb.com
patrick.durkin@csfb.com
philippe.bernard@csfb.com
richard.small@csfb.com
ryan.lim@csfb.com
stuart.firth@csfb.com
tanja.hauenstein@csfb.com
vance.shaw@csfb.com

**csfides**
alexandra.meier@csfides.ch
max.rueegg@csfides.ch
nicole.aeschlimann@csfides.ch
reto.antonietti@csfides.ch

**csfp**
scott.kramer@csfp.co

**csfs**
alan.bottoli@csfs.com
francois.luisoni@csfs.com
rodolphe.larque@csfs.com
thomas.imhasly@csfs.com
yves.martin@csfs.com

**csi**
nbki_marketing@csi.com

**csm**
hans.vanerp@csm.nl

**cso**
amaury.godron@cso.dwts.co.uk

**csob**
dkrejci@csob.cz
flesch@csob.cz
jperina@csob.cz

**csom**
tnantell@csom.umn.edu

**cspb**
andrew.hadley-grave@cspb.com
babak.dastmalpschi@cspb.com

**Company & Corresponding Email Addresses**

basil.sohrmann@cspb.com
catherina.tobia@cspb.com
christian.vonballmoos@cspb.com
ewa.froidevaux@cspb.com
fabio.barbato@cspb.com
giorgio.arfaras@cspb.com
huifang.liu@cspb.com
lynne.roberts@cspb.com
michael.sullivan@cspb.com

**csplc**

topi.jokiranta@csplc.com

**csprivateadvisors**

ivo.kaufmann@csprivateadvisors.com
marc.sauter@csprivateadvisors.com
michael.zimmer@csprivateadvisors.com

**csresearch**

chris.jennings@csresearch.us
etrita.ibroci@csresearch.us
huong.belpedio@csresearch.us
leo.bernstein@csresearch.us
monika.lynch@csresearch.us
philipp.kruetli@csresearch.us

**csx**

david_baggs@csx.com
david_bowling@csx.com
frank_atkins@csx.com
helen_rowan@csx.com
kathryn_sharpe@csx.com

**ctbr**

srisimovic@ctbr.ch

**ctcb**

chiefrep@ctcb.co.uk

**ctcbjp**

aotomo@ctcbjp.com
cmhsiao@ctcbjp.com
hmaeda@ctcbjp.com

**ctcbny**

ksleung@ctcbny.com

**ctclife**

fgninv@ctclife.com.tw
pochih@ctclife.com.tw
vangs@ctclife.com.tw

**cthusa**

willie@cthusa.com

**ctnbank**

herman@ctnbank.com.tw
jack95@ctnbank.com.tw
jessie@ctnbank.com.tw

**ctoc**

ctc21101@ctoc.com.tw
ctc21201@ctoc.com.tw
ctc21202@ctoc.com.tw
fan@ctoc.com.tw

**ctxmort**

**Company & Corresponding Email Addresses**

aaron.loyd@ctxmort.com
amanda.fagala@ctxmort.com
amanda_fagala@ctxmort.com
diane.anderson@ctxmort.com
duane_homan@ctxmort.com
jeff_upperman@ctxmort.com
jesse.garza@ctxmort.com
kerry_dannenberg@ctxmort.com
steven_chiou@ctxmort.com
tim_bartosh@ctxmort.com

**cubb**
twalsh@cubb.com

**cubist**
jennifer.stone@cubist.com
praveen.tipirneni@cubist.com
tracy.sanderson@cubist.com

**cu-isi**
blafavor@cu-isi.org
degbert@cu-isi.org
mjackson@cu-isi.org

**cumb**
dkendrick@cumb.com
jfarrell@cumb.com

**cumber**
amy.moore@cumber.com
john.mousseau@cumber.com

**cumberassoc**
awallach@cumberassoc.com
bfrank@cumberassoc.com
bgendell@cumberassoc.com
bwilcox@cumberassoc.com
dglickman@cumberassoc.com
dpatel@cumberassoc.com
gchan@cumberassoc.com
gklauer@cumberassoc.com
jchen@cumberassoc.com
pradicchi@cumberassoc.com
rchaabra@cumberassoc.com
rwall@cumberassoc.com
smorrow@cumberassoc.com
spark@cumberassoc.com
ta@cumberassoc.com
wreiners@cumberassoc.com

**cunamutual**
christopher.copeland@cunamutual.com
emily.olson@cunamutual.com
john.halter@cunamutual.com
kurt.lin@cunamutual.com

**cundill**
leslie_ferris@cundill.com

**cuprum**
jmeyer@cuprum.cl
psolis@cuprum.cl

**curian**

**Company & Corresponding Email Addresses**

steve.young@curian.com

**cutterassociates**

afuad@cutterassociates.com
mrosenstein@cutterassociates.com

**cvcap**

jmason@cvcap.com

**cvceruope**

pglieze@cvceruope.com

**cvceurope**

mboughton@cvceurope.com
mgrizzelle@cvceurope.com
slaffin@cvceurope.com

**cw**

andrew.woods@cw.com
joe.oneill@cw.com
katharine.king@cw.com
richard.irons@cw.com

**cwcom**

samantha.ashworth@cwcom.co.uk
vani.gupta@cwcom.co.uk

**cwhenderson**

chenderson@cwhenderson.com
cretrum@cwhenderson.com
cyorke@cwhenderson.com
dbeck@cwhenderson.com
jhoffman@cwhenderson.com
kaudley@cwhenderson.com
kkluender@cwhenderson.com
mandrews@cwhenderson.com
mbhasin@cwhenderson.com
tmallman@cwhenderson.com

**cwplc**

chris.tyler@plc.cwplc.com
marie.durston@plc.cwplc.com
robert.lerwill@plc.cwplc.com
virginia.porter@cwmsg.cwplc.com

**cwusa**

charlotte.nottingham@cwusa.com

**cybercap**

chugokuny@cybercap.com

**cybertrader**

bjones@cybertrader.com
jkupfer@cybertrader.com

**cyrilfinance**

nbarazal@cyrilfinance.com
nonado@cyrilfinance.com
tghorayeb@cyrilfinance.com

**cyrte**

lbruna@cyrte.com

**dadco**

bhoule@dadco.com
cblackwood@dadco.com
cjohns@dadco.com
dwestcott@dadco.com

## Company & Corresponding Email Addresses

fdickson@dadco.com
jrice@dadco.com
mhurley@dadco.com
pcondrat@dadco.com
pwoolridge@dadco.com
rstohr@dadco.com
swalton@dadco.com

### dahsing

alexbraun@dahsing.com
alvinchan@dahsing.com
carloswong@dahsing.com
dantreechow@dahsing.com
dwong@dahsing.com
frankfong@dahsing.com
frankieho@dahsing.com
garywang@dahsing.com
kevinlam@dahsing.com
kingcheung@dahsing.com
lokmak@dahsing.com
nmayhew@dahsing.com
raymondchan@dahsing.com
winniechu@dahsing.com

### daido-life

anndou.mei@daido-life.co.jp
asano.kouji@daido-life.co.jp
gatayama.minoru@daido-life.co.jp
hara.masahide@daido-life.co.jp
ikawa.akira@daido-life.co.jp
kamada.jiyuun@daido-life.co.jp
koizumi.takeshi@daido-life.co.jp
miyamura.tooru@daido-life.co.jp
morita.kazunori@daido-life.co.jp
murata.mitsuaki@daido-life.co.jp
nagai.takahiro@daido-life.co.jp
nishioka.minoru@daido-life.co.jp
oda.shinnsuke@daido-life.co.jp
ogashira.namiko@daido-life.co.jp
onnsenn.yuuichi@daido-life.co.jp
oosawa.kayoko@daido-life.co.jp
sano.masaki@daido-life.co.jp
shimada.manabu@daido-life.co.jp
shiratsuki.tadaaki@daido-life.co.jp
suzuki.masaaki@daido-life.co.jp
takayanagi.hiroshi@daido-life.co.jp
teraoka.yasuo@daido-life.co.jp
tominaga.yoshikazu@daido-life.co.jp
torai.tooru@daido-life.co.jp
tsuchiya.takashi@daido-life.co.jp
ueno.tetsuo@daido-life.co.jp
wakasa.hitoshi@daido-life.co.jp
watanabe.hiroyuki@daido-life.co.jp
yamagami.daisuke@daido-life.co.jp
yano.teiji@daido-life.co.jp

### dai-ichi-life

**Company & Corresponding Email Addresses**

abeken@dl.dai-ichi-life.co.jp
akaoyagi@dl.dai-ichi-life.co.jp
asakura@dl.dai-ichi-life.co.jp
atsuro@dl.dai-ichi-life.co.jp
daijyu@dl.dai-ichi-life.co.jp
dueda@dl.dai-ichi-life.co.jp
emura613@dl.dai-ichi-life.co.jp
fkondo@dl.dai-ichi-life.co.jp
fujii@dl.dai-ichi-life.co.jp
fujisan@dl.dai-ichi-life.co.jp
furuya833@dl.dai-ichi-life.co.jp
guchi@dl.dai-ichi-life.co.jp
h77haya@dl.dai-ichi-life.co.jp
hh@dl.dai-ichi-life.co.jp
hidetom@dl.dai-ichi-life.co.jp
hiraokar@di.dai-ichi-life.co.jp
hitomis@dl.dai-ichi-life.co.jp
hiwatasi@dl.dai-ichi-life.co.jp
hkanai@dl.dai-ichi-life.co.jp
hkiguchi@dl.dai-ichi-life.co.jp
hmasaki@dl.dai-ichi-life.co.jp
hnakao@dl.dai-ichi-life.co.jp
hohashi@dl.dai-ichi-life.co.jp
honda460@dl.dai-ichi-life.co.jp
horikawa@dl.dai-ichi-life.co.jp
hotsuchi689@dl.dai-ichi-life.co.jp
hsakuma@dl.dai-ichi-life.co.jp
ichi@dl.dai-ichi-life.co.jp
ichiba673@dl.dai-ichi-life.co.jp
ihideko@dl.dai-ichi-life.co.jp
iida522@dl.dai-ichi-life.co.jp
ikikoich@dl.dai-ichi-life.co.jp
inagaki@dl.dai-ichi-life.co.jp
ishii008@dl.dai-ichi-life.co.jp
ishii772@dl.dai-ichi-life.co.jp
isida@dl.dai-ichi-life.co.p
ito@dl.dai-ichi-life.co.jp
itou159@dl.dai-ichi-life.co.jp
iwashina037@dl.dai-ichi-life.co.jp
jumezu@dl.dai-ichi-life.co.jp
juntate@dl.dai-ichi-life.co.jp
jyoshii@dl.dai-ichi-life.co.jp
katayori@dl.dai-ichi-life.co.jp
katou580@dl.dai-ichi-life.co.jp
katsukura@dl.dai-ichi-life.co.jp
kenichi@dl.dai-ichi-life.co.jp
kikuta@dl.dai-ichi-life.co.jp
kin833@dl.dai-ichi-life.co.jp
kmaki@dl.dai-ichi-life.co.jp
knaka@dl.dai-ichi-life.co.jp
kohashi@dl.dai-ichi-life.co.jp
kontani@dl.dai-ichi-life.co.jp
kubo4616@dl.dai-ichi-life.co.jp
kujira@dl.dai-ichi-life.co.jp

## Company & Corresponding Email Addresses

kunihiro@dl.dai-ichi-life.co.jp
kuno@hby.dai-ichi-life.co.jp
kurot@dl.dai-ichi-life.co.jp
mahara@dl.dai-ichi-life.co.jp
mankatsu@dl.dai-ichi-life.co.jp
masamura@dl.dai-ichi-life.co.jp
matsumoto886@dl.dai-ichi-life.co.jp
minoura279@dl.dai-ichi-life.co.jp
miyama176@dl.dai-ichi-life.co.jp
miyauchi837@dl.dai-ichi-life.co.jp
mizukami@dl.dai-ichi-life.co.jp
mizunami@dl.dai-ichi-life.co.jp
morikami@dl.dai-ichi-life.co.jp
mtsuchi@dl.dai-ichi-life.co.jp
myama@dl.dai-ichi-life.co.jp
naizawa@dl.dai-ichi-life.co.jp
naka@dl.dai-ichi-life.co.jp
nakami2@dl.dai-ichi-life.co.jp
nakane889@dl.dai-ichi-life.co.jp
nakao994@dl.dai-ichi-life.co.jp
nanbu721@dl.dai-ichi-life.co.jp
narikiyo@dl.dai-ichi-life.co.jp
nishio462@dl.dai-ichi-life.co.jp
nkkawa@dl.dai-ichi-life.co.jp
nmatsuda@dl.dai-ichi-life.co.jp
nomura147@dl.dai-ichi-life.co.jp
ochida@dl.dai-ichi-life.co.jp
oguchi381@dl.dai-ichi-life.co.jp
okamotoi@dl.dai-ichi-life.co.jp
okazaki658@dl.dai-ichi-life.co.jp
okuyama933@dl.dai-ichi-life.co.jp
omasashi@dl.dai-ichi-life.co.jp
ootake@dl.dai-ichi-life.co.jp
otsuki@dl.dai-ichi-life.co.jp
rie0429@dl.dai-ichi-life.co.jp
risaueda@dl.dai-ichi-life.co.jp
riyuu824@dl.dai-ichi-life.co.jp
rmiki@dl.dai-ichi-life.co.jp
ryuichi@dl.dai-ichi-life.co.jp
ryuichis@dl.dai-ichi-life.co.jp
sabe@dl.dai-ichi-life.co.jp
saka@dl.dai-ichi-life.co.jp
sakamoto723@dl.dai-ichi-life.co.jp
satokazu@dl.dai-ichi-life.co.jp
satou962@dl.dai-ichi-life.co.jp
shi766@dl.dai-ichi-life.co.jp
shigemoto054@dl.dai-ichi-life.co.jp
shimizu@dl.dai-ichi-life.co.jp
shinichi@dl.dai-ichi-life.co.jp
shinna@dl.dai-ichi-life.co.jp
skuro@dl.dai-ichi-life.co.jp
soda@dl.dai-ichi-life.co.jp
sogabe@dl.dai-ichi-life.co.jp
ssaeki@hby.dai-ichi-life.co.jp

**Company & Corresponding Email Addresses**

ssuzuki@dl.dai-ichi-life.co.jp
sudo@dl.dai-ichi-life.co.jp
sugauchi@dl.dai-ichi-life.co.jp
sugizaki@dl.dai-ichi-life.co.jp
sumitani@dl.dai-ichi-life.co.jp
suzuka@dl.dai-ichi-life.co.jp
takayama@dl.dai-ichi-life.co.jp
takayama656@dl.dai-ichi-life.co.jp
taketomi@dl.dai-ichi-life.co.jp
takeuchi457@dl.dai-ichi-life.co.jp
takeyuki@dl.dai-ichi-life.co.jp
tasano@dl.dai-ichi-life.co.jp
tateishi@hby.dai-ichi-life.co.jp
tatsuno@dl.dai-ichi-life.co.jp
tatsuya@dl.dai-ichi-life.co.jp
tfuruya@dl.dai-ichi-life.co.jp
tg@dl.dai-ichi-life.co.jp
thara@dl.dai-ichi-life.co.jp
thiguchi@dl.dai-ichi-life.co.jp
tkoba@dl.dai-ichi-life.co.jp
tkono@dl.dai-ichi-life.co.jp
toda@dl.dai-ichi-life.co.jp
tono@dl.dai-ichi-life.co.jp
tonosima@dl.dai-ichi-life.co.jp
tsuda111@dl.dai-ichi-life.co.jp
tsuna@dl.dai-ichi-life.co.jp
tsuyuki@hby.dai-ichi-life.co.jp
uchida226@dl.dai-ichi-life.co.jp
udou@dl.dai-ichi-life.co.jp
uehira974@dl.dai-ichi-life.co.jp
ueshiman@dl.dai-ichi-life.co.jp
watayasu@dl.dai-ichi-life.co.jp
yagura663@dl.dai-ichi-life.co.jp
yamada316@dl.dai-ichi-life.co.jp
yamadat@dl.dai-ichi-life.co.jp
yamashit@dl.dai-ichi-life.co.jp
yarita@dl.dai-ichi-life.co.jp
yashima@dl.dai-ichi-life.co.jp
yasushia@dl.dai-ichi-life.co.jp
yatsuhashi686@dl.dai-ichi-life.co.jp
yhirai@dl.dai-ichi-life.co.jp
ykunii@dl.dai-ichi-life.co.jp
ymiyata@dl.dai-ichi-life.co.jp
ynakada@dl.dai-ichi-life.co.jp
ynoburu@dl.dai-ichi-life.co.jp
yokoyama@dl.dai-ichi-life.co.jp
yoshito@dl.dai-ichi-life.co.jp
yosikazu@dl.dai-ichi-life.co.jp
yuarima@dl.dai-ichi-life.co.jp
yuka1979@dl.dai-ichi-life.co.jp
yukok@dl.dai-ichi-life.co.jp
yyamada@dl.dai-ichi-life.co.jp
zama@dl.dai-ichi-life.co.jp

**dai-ichi-lilfe**

## Company & Corresponding Email Addresses
makino@dl.dai-ichi-lilfe.co.jp

### daiichipharm
miyagk88@daiichipharm.co.jp

### daiichisankyo
harada.michiko.hn@daiichisankyo.co.jp
kondo.shigemichi.a2@daiichisankyo.co.jp

### daimlerchrysler
dgv@daimlerchrysler.com
dlh12@daimlerchrysler.com
jtj3@daimlerchrysler.com
mrf8@daimlerchrysler.com

### daishi-bank
g157001@daishi-bank.jp
g157002@daishi-bank.jp
g157004@daishi-bank.jp
g811004@daishi-bank.jp
g811006@daishi-bank.jp

### daiwa
fumihiko.takahashi@daiwa.co.jp
hajime.sato@daiwa.co.jp
shinya.ota@daiwa.co.jp

### daiwa-am
akakura@daiwa-am.co.jp
akutsu.k@daiwa-am.co.jp
arai.m@daiwa-am.co.jp
araiso@daiwa-am.co.jp
britneylee@daiwa-am.com.hk
chiba@daiwa-am.co.jp
chida.h@daiwa-am.com.hk
dannylai@daiwa-am.com.hk
demura@daiwa-am.co.jp
eguchi@daiwa-am.co.jp
fujii.h@daiwa-am.co.jp
fujimoto.t@daiwa-am.co.jp
fujioka.k@daiwa-am.co.jp
fujiwara@daiwa-am.co.jp
fumei@daiwa-am.co.jp
furukawa@daiwa-am.co.jp
hamada@daiwa-am.co.jp
harada.k@daiwa-am.co.jp
hasegawa@daiwa-am.co.jp
hasenaka.n@daiwa-am.co.jp
hashiguchi@daiwa-am.co.jp
hashimoto.a@daiwa-am.co.jp
hatano.h@daiwa-am.co.jp
hatano.m@daiwa-am.co.jp
hattori.t@daiwa-am.co.jp
hayashi.k@daiwa-am.co.jp
hideo_hasegawa@daiwa-am.co.jp
hirai@daiwa-am.co.jp
hizuka@daiwa-am.co.jp
hokao@daiwa-am.co.jp
hori@daiwa-am.co.jp
horiuchi.t@daiwa-am.co.jp

**Company & Corresponding Email Addresses**

hoshi@daiwa-am.co.jp
hotchi@daiwa-am.co.jp
hotchi@daiwa-am.cp.jp
igarashi@daiwa-am.co.jp
imachi.m@daiwa-am.co.jp
inatomi@daiwa-am.co.jp
ishimaru@daiwa-am.co.jp
ito.h@daiwa-am.co.jp
ito.m@daiwa-am.co.jp
iwabuchi.r@daiwa-am.co.jp
iwasaki.h@daiwa-am.co.jp
iwasaki.o@daiwa-am.co.jp
iwata@daiwa-am.co.jp
jennyszeto@daiwa-am.com.hk
jogo@daiwa-am.co.jp
johnkoh@daiwa-am.com.hk
kado@daiwa-am.co.jp
kadokura@daiwa-am.co.jp
kamimura.y@daiwa-am.co.jp
kamino@daiwa-am.co.jp
kanai@daiwa-am.co.jp
karasawa@daiwa-am.co.jp
katagiri.y@daiwa-am.co.jp
kawamoto.t@daiwa-am.co.jp
kawasaki.k@daiwa-am.co.jp
kawase@daiwa-am.co.jp
kawata.s@daiwa-am.co.jp
kawazu@daiwa-am.co.jp
kentan@daiwa-am.com.sg
kikuchi.k@daiwa-am.co.jp
kira@daiwa-am.co.jp
kishikawa@daiwa-am.co.jp
kitahara@daiwa-am.co.jp
kobayashi.a@daiwa-am.co.jp
kobayashi.k@daiwa-am.co.jp
komiya@daiwa-am.co.jp
komura@daiwa-am.co.jp
kotera@daiwa-am.co.jp
kounishi@daiwa-am.co.jp
koushasai@daiwa-am.co.jp
kubo@daiwa-am.co.jp
kumagai.y@daiwa-am.co.jp
kumahara@daiwa-am.co.jp
kurihara.h@daiwa-am.co.jp
kurita@daiwa-am.co.jp
kuroki.a@daiwa-am.co.jp
kuroki@daiwa-am.co.jp
linda-liu@daiwa-am.com.hk
masuzawa@daiwa-am.co.jp
matsuba@daiwa-am.co.jp
matsubara@daiwa-am.co.jp
matsuda.c@daiwa-am.co.jp
matsuda@daiwa-am.co.jp
matsui.s@daiwa-am.co.jp

**Company & Corresponding Email Addresses**

matsumoto.j@daiwa-am.co.jp
matsumoto.ju@daiwa-am.co.jp
matsunaga@daiwa-am.co.jp
matsuoka.n@daiwa-am.co.jp
matsuzaki@daiwa-am.co.jp
michaelwan@daiwa-am.com.hk
mino@daiwa-am.co.jp
mitsui@daiwa-am.co.jp
mizobuchi@daiwa-am.co.jp
monachung@daiwa-am.com.hk
mori.e@daiwa-am.co.jp
mori.k@daiwa-am.co.jp
mori.y@daiwa-am.co.jp
morioka@daiwa-am.co.jp
nagai.k@daiwa-am.co.jp
nagano@daiwa-am.co.jp
nagao@daiwa-am.co.jp
nakaaze@daiwa-am.co.jp
nakagawa.m@daiwa-am.co.jp
nakasho.i@daiwa-am.co.jp
nakatani@daiwa-am.co.jp
narita.y@daiwa-am.co.jp
niki.d@daiwa-am.co.jp
nishimoto@daiwa-am.co.jp
nitanai@daiwa-am.co.jp
nitta.r@daiwa-am.co.jp
nunomura@daiwa-am.co.jp
oe@daiwa-am.co.jp
ohhata@daiwa-am.co.jp
ohwada@daiwa-am.co.jp
okada.m@daiwa-am.co.jp
okamoto@daiwa-am.co.jp
okano.y@daiwa-am.co.jp
okazaki@daiwa-am.co.jp
oki.s@daiwa-am.co.jp
omata@daiwa-am.co.jp
onishi@daiwa-am.co.jp
ozaki.m@daiwa-am.co.jp
paul.chew@daiwa-am.com.sg
saito.shigeru@daiwa-am.co.jp
sakae@daiwa-am.co.jp
sakamoto@daiwa-am.co.jp
sakata@daiwa-am.co.jp
sakurai@daiwa-am.co.jp
sasa@daiwa-am.co.jp
sasaki.k@daiwa-am.co.jp
sballal@daiwa-am.com.sg
seki.y@daiwa-am.co.jp
sharda@daiwa-am.com.sg
shibata.s@daiwa-am.co.jp
shima.m@daiwa-am.co.jp
shimada.y@daiwa-am.co.jp
shinsa@daiwa-am.co.jp
shiomi.s@daiwa-am.co.jp

**Company & Corresponding Email Addresses**

shiroo.k@daiwa-am.co.jp
sou.s@daiwa-am.co.jp
sugimoto.t@daiwa-am.co.jp
suzuki.hide@daiwa-am.co.jp
suzuki.s@daiwa-am.co.jp
tada@daiwa-am.co.jp
taguchi@daiwa-am.co.jp
tahara@daiwa-am.com.hk
takahashi.t@daiwa-am.co.jp
takamori@daiwa-am.co.jp
takamura@daiwa-am.co.jp
takao@daiwa-am.co.jp
takaoka@daiwa-am.co.jp
takayama@daiwa-am.co.jp
takebayashi@daiwa-am.co.jp
tanaka.j@daiwa-am.co.jp
tane@daiwa-am.co.jp
taniguchi@daiwa-am.co.jp
tanou@daiwa-am.co.jp
terada.m@daiwa-am.co.jp
terashima@daiwa-am.co.jp
togashi@daiwa-am.co.jp
tokuhara.m@daiwa-am.co.jp
tone@daiwa-am.co.jp
tsuchiya@daiwa-am.co.jp
tsuno.h@daiwa-am.co.jp
uchida@daiwa-am.co.jp
uematsu@daiwa-am.co.jp
ueno.y@daiwa-am.co.jp
uesugi@daiwa-am.co.jp
uno@daiwa-am.co.jp
victortse@daiwa-am.com.hk
wada@daiwa-am.co.jp
watanabe.d@daiwa-am.co.jp
watanabe.kazu@daiwa-am.co.jp
watanabe.s@daiwa-am.co.jp
watanabe.w@daiwa-am.co.jp
watanabe.y@daiwa-am.co.jp
yamaguchi.h@daiwa-am.co.jp
yamaguchi@daiwa-am.co.jp
yamamoto.h@daiwa-am.co.jp
yamamoto.n@daiwa-am.co.jp
yamamoto.s@daiwa-am.co.jp
yamanoi@daiwa-am.co.jp
yao@daiwa-am.co.jp
yasui@daiwa-am.co.jp
yoden@daiwa-am.co.jp
yoneyama@daiwa-am.co.jp
yoshida.s@daiwa-am.co.jp
yoshihara@daiwa-am.co.jp
yoshimura.n@daiwa-am.co.jp

**daiwa-ny**

acampbell@daiwa-ny.com
chen@daiwa-ny.com

**Company & Corresponding Email Addresses**

chua@daiwa-ny.com
imai@daiwa-ny.com
matsumoto@daiwa-ny.com
mizobuchi@daiwa-ny.com
shi@daiwa-ny.com
thompson@daiwa-ny.com

**daiwasbi**

aikawa@daiwasbi.co.jp
ambchang@daiwasbi.com.hk
ando-y@daiwasbi.co.jp
anil@daiwasbi.com.sg
anthony.hart@daiwasbi.co.uk
ariga-mi@daiwasbi.co.jp
arikawa@daiwasbi.co.jp
asada@daiwasbi.co.jp
aso@daiwasbi.co.jp
churei@daiwasbi.co.jp
duncan.sanford@daiwasbi.co.uk
eisoda@daiwasbi.co.jp
fkurosawa@daiwasbi.co.jp
fujita@daiwasbi.co.jp
fujiwara-hi@daiwasbi.co.jp
fukuda-t@daiwasbi.co.jp
fukui@daiwasbi.co.jp
furuichi@daiwasbi.co.jp
hanao@daiwasbi.co.jp
harada-h@daiwasbi.co.jp
harie@daiwasbi.co.jp
hashino@daiwasbi.co.jp
hfujiwara@daiwasbi.co.jp
hiranaka@daiwasbi.co.jp
hmatsu@daiwasbi.co.jp
horie@daiwasbi.co.jp
hosaka-y@daiwasbi.co.jp
hyashiro@daiwasbi.co.jp
inaba@daiwasbi.co.jp
inoue-n@daiwasbi.co.jp
ishide@daiwasbi.co.jp
isono@daiwasbi.co.jp
ito-s@daiwasbi.co.jp
ito-ta@daiwasbi.co.jp
iwama@daiwasbi.co.jp
k_yamashita@daiwasbi.com.hk
kagiwada@daiwasbi.co.jp
kakinuma@daiwasbi.co.jp
kamano@daiwasbi.co.jp
kamei@daiwasbi.co.jp
kami@daiwasbi.co.jp
kanamori@daiwasbi.co.jp
kaneko-m@daiwasbi.co.jp
kaneoka@daiwasbi.co.jp
kasai@daiwasbi.co.jp
kashiwazaki@daiwasbi.co.jp
katayama@daiwasbi.co.jp

## Company & Corresponding Email Addresses

kato@daiwasbi.co.jp
kawaberi@daiwasbi.co.jp
kawanobe@daiwasbi.co.jp
kawasaki@daiwasbi.co.jp
kenlau@daiwasbi.com.hk
kikezawa@daiwasbi.co.jp
kimishima@daiwasbi.co.jp
kimura@daiwasbi.co.jp
kinoshita@daiwasbi.co.jp
kito@daiwasbi.co.jp
knoguchi@daiwasbi.co.jp
kohashi-y@daiwasbi.co.jp
koizumi@daiwasbi.co.jp
ktakao@daiwasbi.co.jp
kubota@daiwasbi.co.jp
kuramoto@daiwasbi.co.jp
kurisaki@daiwasbi.co.jp
kuriyama@daiwasbi.co.jp
maejima@daiwasbi.co.jp
maekawa@daiwasbi.co.jp
masuda@daiwasbi.co.jp
matsumura-y@daiwasbi.co.jp
matsushita@daiwasbi.co.jp
mfujiwara@daiwasbi.co.jp
michaelmak@daiwasbi.com.hk
mizuno@daiwasbi.co.jp
mkamohara@daiwasbi.co.jp
mochinaga@daiwasbi.co.jp
mochizuki@daiwasbi.co.jp
mori-ka@daiwasbi.co.jp
mori-ko@daiwasbi.co.jp
mtakahashi@daiwasbi.com.hk
muramatsu@daiwasbi.co.jp
murata-k@daiwasbi.co.jp
nabeta@daiwasbi.co.jp
nagai@daiwasbi.co.jp
nagaishi@daiwasbi.co.jp
nagata@daiwasbi.co.jp
nakajima@daiwasbi.co.jp
nakamura@daiwasbi.co.jp
nakamura-t@daiwasbi.co.jp
nakamura-y@daiwasbi.co.jp
nakashima@daiwasbi.co.jp
nakata@daiwasbi.co.jp
nara@daiwasbi.co.jp
nigauri@daiwasbi.co.jp
nishimoto@daiwasbi.co.jp
nishimura@daiwasbi.co.jp
nishino@daiwasbi.co.jp
niwashita@daiwasbi.co.jp
oda-s@daiwasbi.co.jp
okabe-y@daiwasbi.co.jp
okada@daiwasbi.co.jp
okamura@daiwasbi.co.jp

**Company & Corresponding Email Addresses**

okoide@daiwasbi.co.jp
okuhara@daiwasbi.co.jp
omura@daiwasbi.co.jp
onakado@daiwasbi.co.jp
ozawa-a@daiwasbi.co.jp
philip.watkins@daiwasbi.co.jp
research@daiwasbi.co.jp
saito-s@daiwasbi.co.jp
sakurai@daiwasbi.co.jp
shibuya@daiwasbi.co.jp
shimizu-sa@daiwasbi.co.jp
shiraki@daiwasbi.co.jp
shoji-m@daiwasbi.co.jp
smonji@daiwasbi.co.jp
snakamura@daiwasbi.co.jp
sshimo@daiwasbi.co.jp
sshoji@daiwasbi.co.jp
sugimura@daiwasbi.co.jp
takahashi-ma@daiwasbi.co.jp
takahashi-to@daiwasbi.co.jp
takahashi-y@daiwasbi.co.jp
takahashi-ya@daiwasbi.co.jp
takano@daiwasbi.co.jp
takei@daiwasbi.co.jp
takeinoue@daiwasbi.co.jp
tamura@daiwasbi.co.jp
tanda@daiwasbi.co.jp
tange@daiwasbi.co.jp
taniuchi@daiwasbi.co.jp
tdoumen@daiwasbi.co.jp
terashima@daiwasbi.co.jp
tinomata@daiwasbi.co.jp
tokoro@daiwasbi.co.jp
tomimatsu@daiwasbi.co.jp
tomioka@daiwasbi.co.jp
tsuchiya@daiwasbi.co.jp
ttsuji@daiwasbi.co.jp
ueno@daiwasbi.co.jp
utsunomiya@daiwasbi.co.jp
watanabe@daiwasbi.co.jp
williammak@daiwasbi.com.hk
xxx@daiwasbi.co.jp
y_dezawa@daiwasbi.co.jp
yamada@daiwasbi.co.jp
yamamoto@daiwasbi.co.jp
yano@daiwasbi.co.jp
yokouchi@daiwasbi.co.jp
yoshida-h@daiwasbi.co.jp

**daiwasectab**

brian.kennedy@daiwasectab.ie
corinna.dixon@daiwasectab.ie
darragh.egan@daiwasectab.ie
dylan.waldron@daiwasectab.ie
edward.kelly@daiwasectab.ie

## Company & Corresponding Email Addresses

eimear.forde@daiwasectab.ie
jill.ocleary@daiwasectab.ie
johnathan.prest@daiwasectab.ie
peter.rogan@daiwasectab.ie
seonan.ward@daiwasectab.ie

### daiwasmbc

garry.dreher@daiwasmbc.co.uk
luis.muscatt@daiwasmbc.co.uk
nobuaki.omura@daiwasmbc.co.uk

### daiwausa

aleksandr.bayevskiy@daiwausa.com
anders.toftgaard@daiwausa.com
anibal.taymes@daiwausa.com
anthony.stewart@daiwausa.com
anthony.yong@daiwausa.com
ashok.brito@daiwausa.com
brendan.harney@daiwausa.com
carol.auguste@daiwausa.com
christopher.mcguire@daiwausa.com
christopher.nichol@daiwausa.com
connor.guinan@daiwausa.com
dave.jacobus@daiwausa.com
david.bialer@daiwausa.com
david.parks@daiwausa.com
dawn.murray@daiwausa.com
dennis.manelski@daiwausa.com
edmund.towers@daiwausa.com
elliott.solomon@daiwausa.com
frank.bambace@daiwausa.com
frank.conti@daiwausa.com
gabriel.ng@daiwausa.com
gary.linn@daiwausa.com
hasmet.akgun@daiwausa.com
hayatullah.sadiq@daiwausa.com
inessa.grinn@daiwausa.com
jack.weiner@daiwausa.com
james.denton@daiwausa.com
john.belbol@daiwausa.com
john.perlmutter@daiwausa.com
john.soper@daiwausa.com
john.wong@daiwausa.com
joni.jones@daiwausa.com
joseph.saberito@daiwausa.com
karthik.murali@daiwausa.com
katsumi.iwase@daiwausa.com
kenichi.ueda@daiwausa.com
kent.shibata@daiwausa.com
kevin.mcgrath@daiwausa.com
luis.nieves@daiwausa.com
mai.kitakaze@daiwausa.com
michelle.harlan@daiwausa.com
michelle.smith@daiwausa.com
neal.brauweiler@daiwausa.com
nicholas.diolosa@daiwausa.com

## Company & Corresponding Email Addresses

nick.nubino@daiwausa.com
richard.esterly@daiwausa.com
roger.wong@daiwausa.com
roman.frenkel@daiwausa.com
salvatore.difrancesco@daiwausa.com
samir.patel@daiwausa.com
sergio.leon@daiwausa.com
srihari.angara@daiwausa.com
steven.burke@daiwausa.com
takayuki.sawano@daiwausa.com
thomas.skrapits@daiwausa.com
thomas.spiegel@daiwausa.com
timothy.deegan@daiwausa.com
tom.pantelleria@daiwausa.com
toru.yamamoto@daiwausa.com
william.dickesheid@daiwausa.com
william.gonser@daiwausa.com
yash.misra@daiwausa.com

**dalmine**

rpa@dalmine.it

**dalmineenergie**

stefania.dimauro@dalmineenergie.it
stefano.pedrini@dalmineenergie.it

**dam**

udo.goebel@dam.lu

**damel**

gregor.smith@damel.co.uk
joe.kaemper@damel.co.uk
masahide.ito@damel.co.uk
michael.hosken@damel.co.uk
misaki.kelly@damel.co.uk
misaki.shida@damel.co.uk
oskar.stachowiak@damel.co.uk
paul.lockey@damel.co.uk
simon.kirton@damel.co.uk
tadayuki.ozaki@damel.co.uk

**dana**

droberts@dana.com

**danainvestment**

david@danainvestment.com
joe@danainvestment.com
mark@danainvestment.com
mikeh@danainvestment.com
robl@danainvestment.com

**danamon**

andytha.soemitro@danamon.co.id

**danicapension**

abri@danicapension.dk
jale@danicapension.dk

**danieli**

a.zampa@danieli.it
c.borghese@danieli.it
m.battistella@danieli.it
m.mian@danieli.it

## Company & Corresponding Email Addresses
r.grosso@danieli.it

### danske
harg@us.danske.com
peter.herrlin@uk.danske.com

### danskebank
abg@danskebank.dk
abre@uk.danskebank.com
aher@danskebank.dk
anco@danskebank.dk
andi@uk.danskebank.com
andreas.kronblad@danskebank.se
andsv@danskebank.dk
andth@uk.danskebank.com
anl@danskebank.dk
asuj@danskebank.com
ayo@danskebank.dk
b.hy@danskebank.dk
bjst@danskebank.dk
c.heckmann@danskebank.dk
cafi@danskebank.dk
cape@danskebank.dk
carol.powell@uk.danskebank.com
cb@danskebank.dk
cho@danskebank.dk
christian.kirk@lu.danskebank.com
christian.myhre@danskebank.com
chve@danskebank.dk
claus.boje@danskebank.dk
clausb@danskebank.dk
daki@uk.danskebank.com
dan.jexin@danskebank.se
david.allen@uk.danskebank.com
elim@danskebank.dk
elisabeth.andreew@danskebank.dk
flemming.nielsen@danskebank.dk
flml@uk.danskebank.com
franj@danskebank.dk
gms@uk.danskebank.com
hans.obel@danskebank.dk
heikki.ruoppa@danskebank.com
hennie@danskebank.dk
henrik.hoffmann@uk.danskebank.com
henrik.normann@danskebank.dk
hphu@danskebank.dk
hscha@danskebank.dk
hvan@danskebank.dk
ian.rosenthal@uk.danskebank.com
ibej@danskebank.dk
jacla@danskebank.dk
jacques.skovgaard@danskebank.dk
jakbe@danskebank.dk
jakob.norgaard@danskebank.dk
jan.vedersoe@danskebank.dk
jeca@danskebank.dk

**Company & Corresponding Email Addresses**

jepete@danskebank.dk
jerf@uk.danskebank.com
jesp@danskebank.dk
jesper.hansen@danskebank.dk
jfj@danskebank.dk
jj@danskebank.dk
jmo@danskebank.dk
joakim.gaverstrom@danskebank.se
jobru@us.danskebank.com
johb@uk.danskebank.com
john.l.nielsen@lu.danskebank.com
jp.darque@uk.danskebank.com
jrha@danskebank.dk
jrp@danskebank.dk
jsch@danskebank.dk
jspi@uk.danskebank.com
jste@us.danskebank.com
jtor@danskebank.dk
juho.tiri@danskebank.com
karsten.knudsen@danskebank.dk
kely@danskebank.dk
kim.berman@danskebank.dk
kmd@us.danskebank.com
knm@danskebank.dk
kokf@danskebank.dk
lars.norup@danskebank.dk
latr@danskebank.dk
laube@danskebank.dk
lbu@danskebank.dk
lfos@danskebank.dk
lgu@danskebank.dk
lma@danskebank.dk
mads.jacobsen@danskebank.dk
maxp@danskebank.dk
mbil@uk.danskebank.com
mcg@danskebank.dk
mfal@danskebank.dk
mg@danskebank.dk
mgot@danskebank.dk
mgr@danskebank.dk
mgy@danskebank.dk
micail.johansson@danskebank.dk
mikael.nyqvist@danskebank.se
mipa@danskebank.dk
mlind@danskebank.dk
mmot@danskebank.dk
mmu@danskebank.dk
mpla@danskebank.com
naah@danskebank.dk
nbje@uk.danskebank.com
ne@danskebank.dk
nicla@danskebank.dk
nka@danskebank.dk
nsnd@danskebank.dk

## Company & Corresponding Email Addresses

olar@danskebank.dk
ole.christensen@danskebank.dk
ole.skov@lu.danskebank.com
one@us.danskebank.com
pa@danskebank.dk
peh@danskebank.dk
pehu@uk.danskebank.com
per.asbjorn.nielsen@danskebank.dk
per.hoegh@danskebank.dk
per.regnarsson@uk.danskebank.com
perttu.tuomi@danskebank.com
peter.preisler@lu.danskebank.com
prasm@danskebank.dk
preben.rosenberg@danskebank.dk
ps@danskebank.dk
rahe@danskebank.dk
rg@us.danskebank.com
richard.griffiths@uk.danskebank.com
ronald.bullock@danskebank.de
roni.gani@danskebank.se
ruhe@uk.danskebank.com
samir.charif@danskebank.dk
sander.fynboe@uk.danskebank.com
sani@us.danskebank.com
sanne.sylvest@danskebank.dk
sedm@uk.danskebank.com
siho@uk.danskebank.com
srand@danskebank.dk
srnie@danskebank.dk
steen.blaafalk@danskebank.dk
stjae@danskebank.dk
sujr@danskebank.dk
taru.kosonen@danskebank.com
thjr@danskebank.dk
thomas.lonnerstam@danskebank.com
tiki@uk.danskebank.com
tman@danskebank.dk
tomi.einesalo@danskebank.com
twh@danskebank.com
ubr@danskebank.lu
ulla.hoyer@danskebank.dk
wiveka.burvall@danskebank.se

### danskecapital

allan.moller@danskecapital.com
athi@danskecapital.com
bebr@danskecapital.com
bgje@danskecapital.com
cci@danskecapital.com
erre@danskecapital.com
ffa@danskecapital.com
hjg@danskecapital.com
jah@danskecapital.com
jenla@danskecapital.com
jens.moos@danskecapital.com

## Company & Corresponding Email Addresses

joei@danskecapital.com
jsr@danskecapital.com
kholm@danskecapital.com
kimth@danskecapital.com
lam@danskecapital.com
lard@danskecapital.com
maco@danskecapital.com
marti@danskecapital.com
miek@danskecapital.com
mihee@danskecapital.com
mikla@danskecapital.com
moch@danskecapital.com
mohp@danskecapital.com
nihan@danskecapital.com
pch@danskecapital.com
thb@danskecapital.com
thsc@danskecapital.com
ufr@danskecapital.com
ull@danskecapital.com
ville.rouvila@danskecapital.fi

**danskeinvest**
thet@danskeinvest.com

**danskesecurities**
cth@danskesecurities.com
janepia.andersen@danskesecurities.com

**danzas**
roland.goetz@danzas.com

**dartmouth**
alexander.felix@dartmouth.edu
alexander.j.cook@dartmouth.edu
alexander.t.martinian@dartmouth.edu
andrew.e.dete@dartmouth.edu
aneesa.agha@dartmouth.edu
anh.b.le@dartmouth.edu
anne.esler@dartmouth.edu
annie.rittgers@dartmouth.edu
aravind.reddy@dartmouth.edu
ashley.e.perkins@dartmouth.edu
aurelien.pichon@tuck.dartmouth.edu
avnish@dartmouth.edu
berk.ozturk@dartmouth.edu
blair.a.randall@dartmouth.edu
brendan.j.hart@dartmouth.edu
brian.a.smith@dartmouth.edu
bruce.i.sacerdote@dartmouth.edu
bzm@dartmouth.edu
carter.s.gray@dartmouth.edu
catharina.zuber@tuck.dartmouth.edu
cathy.wu@dartmouth.edu
cc9@dartmouth.edu
charles.a.quincy@dartmouth.edu
charles.a.toye@tuck.dartmouth.edu
chelsea.jia@dartmouth.edu
chetan.mehta@dartmouth.edu

## Company & Corresponding Email Addresses

christian.d.steuart@dartmouth.edu
christina.tjahjana@dartmouth.edu
christine.souffrant@dartmouth.edu
colyn@dartmouth.edu
daniel.gomez.09@dartmouth.edu
daniel.j.egan@dartmouth.edu
daniel.t.lynch@dartmouth.edu
david.c.ong@dartmouth.edu
david.gong@dartmouth.edu
david.h.russ@dartmouth.edu
ebm@dartmouth.edu
edise.g.schmitz@dartmouth.edu
elizabeth.a.wai@dartmouth.edu
elva.l.fan@dartmouth.edu
eng.han.ng@dartmouth.edu
eric.a.crawford@dartmouth.edu
erica.r.hoffmaster@dartmouth.edu
esther.ha@dartmouth.edu
fernando.orta@dartmouth.edu
fred.wainwright@tuck.dartmouth.edu
gregg.m.rubin@dartmouth.edu
hanna.bobyk@dartmouth.edu
harrison.j.davies@dartmouth.edu
hinerleamons@dartmouth.edu
hing.cheng@dartmouth.edu
inna.etinberg@dartmouth.edu
isabel.t.curatolo@dartmouth.edu
jack.m.mcneily@dartmouth.edu
james.r.fries@dartmouth.edu
jemma.cho@dartmouth.edu
jerry.guo@dartmouth.edu
jimmy.ren@dartmouth.edu
jin.yan@dartmouth.edu
joey@dartmouth.edu
joseph.h.huston@dartmouth.edu
julio.o.gil@dartmouth.edu
justin.griggs@tuck.dartmouth.edu
kaitlyn.j.sheehan@dartmouth.edu
kalyan.kuchimanchi@dartmouth.edu
karen.l.sluzenski@dartmouth.edu
karin.s.thorburn@tuck.dartmouth.edu
katerina.v.simons@dartmouth.edu
kayte@dartmouth.edu
kelsey.a.byrne@dartmouth.edu
kent.l.womack@tuck.dartmouth.edu
ki.s.jung@dartmouth.edu
kimberly.c.harris@dartmouth.edu
l.kendrick.li@dartmouth.edu
lei.qi@dartmouth.edu
lily.he@dartmouth.edu
lokesh.bidhan@tuck.dartmouth.edu
long.sha@dartmouth.edu
mahesh.murarka@tuck.dartmouth.edu
mark.mounts@dartmouth.edu

## Company & Corresponding Email Addresses

mezae@dartmouth.edu
mgelb@dartmouth.edu
michael.belinsky@dartmouth.edu
michael.parker@tuck.dartmouth.edu
mitchell.d.mcintyre@dartmouth.edu
muhammad.s.elatab@dartmouth.edu
nate.servis@dartmouth.edu
peter.chau@dartmouth.edu
prabhav.rakhra@dartmouth.edu
ramesh.karpagavinayagam@tuck.dartmouth.edu
rer09@dartmouth.edu
rfh@dartmouth.edu
richard.cummings@dartmouth.edu
richard.j.rogalski@tuck.dartmouth.edu
richard.w.berger@dartmouth.edu
richard.w.sunderland.iii@dartmouth.edu
rubin.srimal@dartmouth.edu
rufaro.makanda@dartmouth.edu
rxn@dartmouth.edu
ryan.h.yuk@dartmouth.edu
ryan.w.j.choi@dartmouth.edu
samuel.e.belk@dartmouth.edu
sbucky@dartmouth.edu
shivam.rajdev@tuck.dartmouth.edu
siddhartha.s.panda@tuck.dartmouth.edu
spr@dartmouth.edu
stan.pyc@dartmouth.edu
steve.pan@dartmouth.edu
tarang.agarwal@dartmouth.edu
thomas.b.sheridan@dartmouth.edu
tiffany.w.tai@dartmouth.edu
ting.cui@dartmouth.edu
tyler.a.young@dartmouth.edu
valentin.yanev@dartmouth.edu
vivienne.zhao@dartmouth.edu
vlad.d.dobru@dartmouth.edu
w.y.andrea.choi@dartmouth.edu
yan.fan@dartmouth.edu
yi.nok.chan@dartmouth.edu
yvonne.l.pop@dartmouth.edu
zachary.z.lim@dartmouth.edu
zc@dartmouth.edu
zhe.liu@dartmouth.edu
zhebin.qian@dartmouth.edu

### dasny
ksees@dasny.org

### dassault
jean-francois.laudet@dassault.fr

### dassault-aviation
alain.girardeau-montaut@dassault-aviation.fr
brigitte.legrand@dassault-aviation.fr
jean.touyet@dassault-aviation.fr

### davenportllc
bgiles@davenportllc.com

**Company & Corresponding Email Addresses**

dadams@davenportllc.com
dcampbell@davenportllc.com
djohnstone@davenportllc.com
dmclamb@davenportllc.com
dwest@davenportllc.com
gallen@davenportllc.com
jackerly@davenportllc.com
jbailey@davenportllc.com
kreece@davenportllc.com
mlevin@davenportllc.com
ndeal@davenportllc.com

**daviscapitalpartners**
lanse@daviscapitalpartners.com

**davisham**
jsarff@davisham.com

**davy**
alan.guy@davy.ie
barbara.turley@davy.ie
donal.omahony@davy.ie
fran.oconnor@davy.ie
john.gleeson@davy.ie
matt.fitzpatrick@davy.ie
michelle.okeefe@davy.ie
paul.fogarty@davy.ie
paul.giblin@davy.ie
roc.mehigan@davy.ie
stephen.church@davy.ie
tony.morley@davy.ie

**db**
abdoulaye.thiam@db.com
abha.shakya@db.com
abhijit.sahay@db.com
abhiroop.lal@db.com
adam.gelder@db.com
adam.lucuk@db.com
adam.seitchik@db.com
adrian.daniel@db.com
adrian.schmidt@db.com
afraz.ahmed@db.com
ahmet.temuer@db.com
aimad.taleb@db.com
aisling.twomey@db.com
ajinder.banns@db.com
akira.tsuboi@db.com
alae.chouaibi@db.com
alessandro.amari@db.com
alessandro.rovelli@db.com
alex.graham@db.com
alex.grinberg@db.com
alex.wagner@db.com
alexa.digiorgio@db.com
alexander.cellarius@db.com
alexander.f.lepinsky@db.com
alexander.kraft@db.com

## Company & Corresponding Email Addresses

alexander.nagel@db.com
alexander.preininger@db.com
alexander.trentin@db.com
alexandra.downing@db.com
alexandre.lalot@db.com
alexis.tsatsaris@db.com
alice.acaron@db.com
aline.thiel@db.com
alistair.ling@db.com
allison.salas@db.com
alvin.burgos@db.com
alwyn-r.silva@db.com
amanda.m.cahill@db.com
amelia.l.mendoza@db.com
amin.qazi@db.com
amir.gharagozlou@db.com
amir.oveissi@db.com
amit.jain@db.com
amy.carratt@db.com
amy.hamma@db.com
amy.l.stewart@db.com
amy.ravindran@db.com
ana.martin-de-sta-olalla@db.com
anabel.francos@db.com
anastasia.beliak@db.com
anastasios.astyfidis@db.com
anatoly.nakum@db.com
andre.crawford-brunt@db.com
andrea.long@db.com
andrea.mottarelli@db.com
andreas.boeger@db.com
andreas.burhoi@db.com
andreas.chwalek@db.com
andreas.denger@db.com
andreas.doerrenhaus@db.com
andreas.duerkes@db.com
andreas.koukorinis@db.com
andreas.wendelken@db.com
andrew.brodie@db.com
andrew.johnston@db.com
andrew.maschhoff@db.com
andrew.ness@db.com
andrew.pratt@db.com
andrew.rand@db.com
andrew.tusa@db.com
andrew-gcd.smith@db.com
andy.taylor@db.com
angela.conti@db.com
angie.salam@db.com
anh.h.parisi@db.com
anita.mucha@db.com
anita.ramnarain@db.com
anita.springer@db.com
anja.beschorner@db.com

**Company & Corresponding Email Addresses**

anna.wallentin@db.com
anne.aguilar@db.com
anne-claire.petit@db.com
annett.wiedemann@db.com
annette.klein@db.com
annette.lebaron@db.com
annmarie.ryan@db.com
anthony.burrell@db.com
anthony.corbett@db.com
anthony.creighton@db.com
anthony.luu@db.com
anthony.santostefano@db.com
anthony.vanimpe@db.com
antje.braun@db.com
antoaneta.zaharieva@db.com
antonio.catanese@db.com
arie.boleslawski@db.com
armin.schmalz@db.com
arnim.holzer@db.com
arno.puskar@db.com
art.lauer@db.com
asad.mawjee@db.com
ashton.goodfield@db.com
aswini.anand@db.com
atsuo.yoshino@db.com
augustine.claudio@db.com
austin.mayberry@db.com
awatif.galdass@db.com
azeem.akhtar@db.com
barbara.portenkirchner@db.com
barry.friedson@db.com
bart.grenier@db.com
barton.holl@db.com
beat.widmer@db.com
beate.huge@db.com
beate.simon@db.com
becky.mammen@db.com
belinda.chow@db.com
ben.hollis@db.com
ben.woodcock@db.com
benjamin.baldwin@db.com
benjamin.hsu@db.com
benjamin.leveque@db.com
benjamin.lippke@db.com
benjamin.pace@db.com
benny.bruno@db.com
bernd.waizenhoefer@db.com
bernhard.freis@db.com
bernice.stein@db.com
bernie.ryan@db.com
bert.dhollander@db.com
betsy.smith@db.com
betty.wu@db.com
bhagwan.rajput@db.com

**Company & Corresponding Email Addresses**

bill.chepolis@db.com
bill.engmann@db.com
bill.shiebler@db.com
birgit.berg@db.com
bjoern.seemann@db.com
blair.ridley@db.com
blanton.neill@db.com
boaz.weinstein@db.com
bobby.aulak@db.com
brad.berberian@db.com
brad.dyslin@db.com
brad.eilert@db.com
brad.perkins@db.com
brenda.rosin@db.com
brendan.carpenter@db.com
brendan.connaughton@db.com
brendan.oneill@db.com
brent.cook@db.com
brent.hixon@db.com
brent.merlis@db.com
brett.gorman@db.com
brett.nunziata@db.com
brian.firstman@db.com
brian.h.hellmann@db.com
brian.lantier@db.com
brian.mckeon@db.com
brian.navarro@db.com
brian.p.spellman@db.com
brian.rebello@db.com
brian.shiau@db.com
brian-c.oleary@db.com
bridget.fallon@db.com
brigitte.dutoit-cornet@db.com
brijesh.parmar@db.com
britta.weidenbach@db.com
brooke.kane@db.com
brown.ronald@db.com
bruce.alpern@db.com
bruce.dell@db.com
bruce.rodio@db.com
bryan.collings@db.com
bryan-j.ray@db.com
camas.hunter@db.com
carin.l.ganjon@db.com
carlo.pirzio-biroli@db.com
carol.franklin@db.com
carol.mills@db.com
carol.roe@db.com
caroline.altmann@db.com
cassie.barrett@db.com
catharine.peppiatt@db.com
catherine.chu@db.com
catherine.dick@db.com
catherine.e.napolitano@db.com

## Company & Corresponding Email Addresses

catherine.m.oconnor@db.com
catherine.shaw@db.com
catherine.y.chen@db.com
cedric.vankerrebroeck@db.com
cesar.gomez@db.com
chander.bishnoi@db.com
charles.angelini@db.com
charles.ekins@db.com
charles.kohler@db.com
charles.wang@db.com
charles.wike@db.com
charlotte.masquelier@db.com
chien-chung.chen@db.com
chris.belknap@db.com
chris.fuchs@db.com
chris.lajaunie@db.com
chris.munshower@db.com
chris.pariseault@db.com
chris.whitaker@db.com
christa.fusco@db.com
christa.tarcea@db.com
christian.happ@db.com
christian.lecointe@db.com
christian.reiter@db.com
christian.sauter@db.com
christian.schiweck@db.com
christian.schulze@db.com
christian.schwehm@db.com
christian-b.adler@db.com
christiane.wenzel@db.com
christina.klein@db.com
christina.m.houk@db.com
christine.frank@db.com
christine.haddad@db.com
christine.niedtner@db.com
christine.pignon@db.com
christine.sharaf@db.com
christoph.klein@db.com
christophe.bernard@db.com
christopher.abel@db.com
christopher.burnham@db.com
christopher.k.carroll@db.com
christopher.koslowski@db.com
christopher.pariseault@db.com
christopher.parisi@db.com
christopher.park@db.com
christopher.rulewich@db.com
christopher.schoewe@db.com
chung-chui.wan@db.com
cindy.lorenzo@db.com
claire.benham@db.com
claire.leadbeater@db.com
claire.sowden@db.com
claire.wooldridge@db.com

**Company & Corresponding Email Addresses**

clare.flynn@db.com
clare.gray@db.com
clark.chang@db.com
claudia.bommersheim@db.com
claudia.friebertshaeuser@db.com
claudia.roering@db.com
claudio.irigoyen@db.com
claudio.rotundo@db.com
clemens.mueller@db.com
clive.dennis@db.com
clotilde.wang@db.com
colin.weatherup@db.com
colleen.cunniffe@db.com
connie.leear@db.com
connie.lee-ar@db.com
connie.leelar@db.com
cornelia.koellmann@db.com
costa.petrunoff@db.com
craig.deadman@db.com
craig.russell@db.com
craig.sulzburgh@db.com
c-steven.park@db.com
cynthia.bow@db.com
cynthia.corrigan@db.com
dagmar.baumer@db.con
damir.poje@db.com
dan.gold@db.com
dan.green@db.com
dan.manghirmalani@db.com
daniel.acevedo@db.com
daniel.barkan@db.com
daniel.escobar@db.com
daniel.hardt@db.com
daniel.holman@db.com
daniel.holtz@db.com
daniel.pietrzak@db.com
daniel.salter@db.com
daniel.sheppard@db.com
daniel.y.sohng@db.com
daniela.martin@db.com
danny-x.wang@db.com
danyelle.guyatt@db.com
daphne.adams@db.com
darlene.rasel@db.com
darren.adamchak@db.com
darren.curtis@db.com
darwei.kung@db.com
dave.barretta@db.com
david.a.johnson@db.com
david.a.mchugh@db.com
david.bate@db.com
david.berg@db.com
david.d.jumper@db.com
david.daum@db.com

**Company & Corresponding Email Addresses**

david.f.hone@db.com
david.g.sandelovsky@db.com
david.gallers@db.com
david.gary@db.com
david.haysey@db.com
david.heape@db.com
david.j.ryan@db.com
david.k.moser@db.com
david.m.friedman@db.com
david.petch@db.com
david.rhydderch@db.com
david.rossmiller@db.com
david.stark@db.com
david.yu@db.com
david-a.lane@db.com
david-m.lane@db.com
david-mg.murphy@db.com
david-n.thomas@db.com
davina.rich@db.com
davina.walter@db.com
dawn.albano@db.com
dawn.underwood@db.com
dean.barber@db.com
dean.benner@db.com
dean.meddaugh@db.com
debbie.fleet@db.com
debbie.kavanagh@db.com
debbie.moses@db.com
deborah.j.jaffe@db.com
debra.chin@db.com
debra.hamilton@db.com
debra.jennings@db.com
delphine.dalu@db.com
denise.burton@db.com
denise.lindsay@db.com
dennis.haensel@db.com
desmond.kappaun@db.com
detlef.hempel@db.com
dhaneesh.kumbhani@db.com
dianne.heuser@db.com
dick.goers@db.com
dieter.warzecha@db.com
dietmar.hitzemann@db.com
dirk.aufderheide@db.com
dirk.bruckmann@db.com
dirk.filice@db.lu
dirk.hastenrath@db.com
dirk.junker@db.com
dirk.schiefer@db.com
don.deutsche@db.com
don.petrow@db.com
donna.marsella@db.com
dorthia.brown@db.com
doug.l.scipione@db.com

**Company & Corresponding Email Addresses**

douglas.nardi@db.com
dr-bob.froehlich@db.com
d-richard.smith@db.com
ed.gonzalez@db.com
edgar.rojas@db.com
eduard.keller@db.com
edward.aw@db.com
edward.barrett@db.com
edward.bliss@db.com
edward.chai@db.com
eileen.mckenna@db.com
eladio.martinez@db.com
elena.alvarez@db.com
elena.kostova@db.com
elizabeth.allan@db.com
elizabeth.b.walton@db.com
elizabeth.zieglmeier@db.com
elke.gruenewald@db.com
ellen.tesler@db.com
ellie.lynch@db.com
ellie_brennan@db.com
elliot.delgado@db.com
emelyne.uchiyama@db.com
emiko.sakai@db.com
emily.parker@db.com
emma.harding@db.com
emmanuel.morano@db.com
encarnacion.ramos@db.com
eng-hock.ong@db.com
enid.ellis@db.com
enrico.biglino@db.com
eric.de-sangues@db.com
eric.hinz@db.com
eric.kirsch@db.com
eric.lobben@db.com
eric.m.weinstein@db.com
eric.w.mchose@db.com
erick.sooy@db.com
erika.a.lawrence@db.com
erin.doyle@db.com
erin.st.john@db.com
ermes.caramaschi@db.com
ernest.maul@db.com
esmiralda.konyuchova@db.com
eugene.bidchenco@db.com
eugene.shuster@db.com
eva.m.rahmanides@db.com
fabian.degen@db.com
federico.hausler@db.com
felicia.richardson@db.com
felix.walther@db.com
feng.guo@db.com
fiona.badian@db.com
fiona.morrison@db.com

**Company & Corresponding Email Addresses**

firstname.surname@db.com
florian.tanzer@db.com
foster.j.mccoy@db.com
francis.maclean@db.com
frank.desharnais@db.com
frank.gambino@db.com
frank.kuemmet@db.com
frank.mcdonnell@db.com
frank.messina@db.com
frank.schwarz@db.com
franklin.leong@db.com
franziska-julia.loehmann@db.com
fraser.brown@db.com
fred.massey@db.com
fred.peemoller@db.com
frederic.de-benoist@db.com
friedrich-a.driftmann@db.com
gallahue@db.com
gary.r.pollack@db.com
gary.sullivan@db.com
gem.de.matas@db.com
gene.caponi@db.com
gene.chin@db.com
geoffrey.gibbs@db.com
georg.schuh@db.com
george.redfern@db.com
george.terizakis@db.com
george.wu@db.com
georgie.skillett@db.com
gerald.larr@db.com
gerald.morgan@db.com
gero.olbertz@db.com
gerold.koch@db.com
gerrit.rohleder@db.com
giuseppe.quadri@db.com
glenn.degenaars@db.com
glenn.koenig@db.com
goetz.haue@db.com
grace.ansani@db.com
grace.rutigliano@db.com
graham.ashby@db.com
graham.forster@db.com
graham.jefferson@db.com
graham.r.lamb@db.com
greg.croll@db.com
greg.fuss@db.com
greg.thompson@db.com
gregory.bilse@db.com
gregory.lewis@db.com
gregory.p.whitby@db.com
gregory.staples@db.com
gregory-s.adams@db.com
grigore.ciorchina@db.com
guenter.dieterich@db.com

**Company & Corresponding Email Addresses**

gunnar.friede@db.com
gunther.schmigalle@db.com
guy.parent@db.com
gwest.saltonstall@db.com
hans.krajewski@db.com
harald.fuerst@db.com
hareesh.jayanthi@db.com
harold.holding@db.com
haroon.iqbal@db.com
harry.epstein@db.com
hayley.williams@db.com
heathcliffe.burrough@db.com
heike.vogeler@db.com
heiko.mayer@db.com
helen.aitchison@db.com
helen.archer@db.com
helen-x.wang@db.com
helmut.kaiser@db.com
henning.potstada@db.com
henry.kenner@db.com
herman.daley@db.com
herman.santiago@db.com
hilary.p.donegan@db.com
hiroaki.mohri@db.com
hiroshi.matsumoto@db.com
hisao.chida@db.com
hitoshi.nishiyama@db.com
holger.fitzke@db.com
holger.geissler@db.com
honyee.wu@db.com
horst.reichert@db.com
howard.breyerman@db.com
hubert.allemani@db.com
hugh.male@db.com
hugo.banziger@db.com
ian.am.clarke@db.com
ian.campbell-laing@db.com
ian.trundle@db.com
indexpet@db.com
inge-lise.mackaay@db.com
ingo.gefeke@db.com
ingo.kuerpick@db.com
ingo.molitor@db.com
inna.okounkova@db.com
inna_okounkova@db.com
irene.lisyansky@db.com
irina.valcheva@db.com
isabelle.brancart@db.com
ivan.capriello@db.com
ivo.westera@db.com
j≈rg.sittner@db.com
jack.zehner@db.com
jaga.bukowska@db.com
jagdip.gill@db.com

**Company & Corresponding Email Addresses**

jaime.vieser@db.com
jaiwish.nolan@db.com
jake.sudbery@db.com
james.anglin@db.com
james.arnold@db.com
james.creighton@db.com
james.d.richard@db.com
james.darch@db.com
james.davidson@db.com
james.g.faunce@db.com
james.grady@db.com
james.grigg-euro@db.com
james.jordan@db.com
james.pulsford@db.com
james-db.henderson@db.com
james-mg.patterson@db.com
james-y.lee@db.com
jamie.a.baum@db.com
jamie.guenther@db.com
jamie.pratt@db.com
jamil.hamdan@db.com
jan.olsson@db.com
jan.treuren@db.com
jan.winnefeld@db.com
jan-christoph.breiter@db.com
jane.brown@db.com
jasmine.n.beharry@db.com
jason.collins@db.com
jason.l.babb@db.com
jason.regalado@db.com
jason.vassil@db.com
jay.nakahara@db.com
jean-michel.starck@db.com
jeanne.gribbin@db.com
jean-paul.paradis@db.com
jeff.polakow@db.com
jeff.reback@db.com
jeffrey.essam@db.com
jeffrey.pond@db.com
jeffrey.saeger@db.com
jen.piettsch@db.com
jeni.beet@db.com
jenni.hunter@db.com
jennifer.gaulrapp@db.com
jennifer.peters@db.com
jennifer.phillippe@db.com
jenny.r.waychoff@db.com
jeremy.hughes@db.com
ji.chung@db.com
jia.fu@db.com
jigisha.patel@db.com
jill.reisner@db.com
jim.francis@db.com
jin.chen@db.com

**Company & Corresponding Email Addresses**

joachim.klaehn@db.com
joachim.pflaumer@db.com
joan.anglione@db.com
joan.bonet@db.com
joan.malcolm@db.com
joann.barry@db.com
joanna.e.girardin@db.com
joanne-a.smith@db.com
joaquin-a.gonzalez@db.com
joe.benevento@db.com
joe.hall@db.com
joe.kowal@db.com
joe.wong@db.com
joel.karsch@db.com
joerg.breedveld@db.com
joerg.triesch@db.com
joergen.hartmann@db.com
joerg-peter.mueller@db.com
joern.felgendreher@db.com
joern.steuernagel@db.com
johann.p.hartmann@db.com
john.axtell@db.com
john.bethell@db.com
john.brennan@db.com
john.callaghan@db.com
john.cassedy@db.com
john.demastri@db.com
john.dibenedetto@db.com
john.domingues@db.com
john.duarte@db.com
john.estrada@db.com
john.hatch@db.com
john.heldman@db.com
john.kenyon@db.com
john.mariano@db.com
john.melvin@db.com
john.rebuth@db.com
john.stipanovich@db.com
john.taphorn@db.com
john.thierfelder@db.com
john.v.reilly@db.com
john-bosco.walsh@db.com
john-d.willis@db.com
john-e.ford@db.com
john-f.moody@db.com
jon.dwiar@db.com
jonathan.morford@db.com
jonathan.sweeney@db.com
jonathan.treat@db.com
jon-paul.viviani@db.com
jorg.wenzel@db.com
jorge.otero@db.com
josefa.llinares@db.com
joseph.axtell@db.com

**Company & Corresponding Email Addresses**

joseph.carvin@db.com
joseph.f.nevins@db.com
joseph.geronimo@db.com
joseph.kim@db.com
joseph.kung@db.com
joseph.lavorgna@db.com
joseph.zimbalist@db.com
josephine.martinez@db.com
josh.blacher@db.com
joshua.galaun@db.com
joshua.wilkes@db.com
jude.volcy@db.com
judith.irish@db.com
juergen.dreier@db.com
juergen.fitschen@db.com
juergen.foerster@db.com
juergen.muser@db.com
juergen.rautenberg@db.de
julia.ollig@db.com
julian.barrell@db.com
julian.evans@db.com
julian.murray@db.com
julie.abbett@db.com
julie.cataldo@db.com
julie.ng@db.com
julie.sheehan@db.com
julie.vancleave@db.com
julien.marie@db.com
june.kim@db.com
jurgen.druckner@db.com
justin.j.eagan@db.com
justin.mckie@db.com
justin-y.tan@db.com
kai.strothmann@db.com
kamal.fayad@db.com
kamran.sadr@db.com
karen.halliday@db.com
karen.stewart@db.com
karim.ayad@db.com
karin.hillmer@db.com
karin.hilmer@db.com
karl.kyriss@db.com
karl.massey@db.com
karl.sternberg@db.com
karl-detlev.gerke@db.com
karsten.bielig@db.com
karsten.rosenkilde@db.com
kaspar.hense@db.com
katharine.bullock@db.com
katherine.j.stanley@db.com
katherine.woodrow@db.com
kathleen.bowers@db.com
kathleen.bradford@db.com
kathy.giove@db.com

## Company & Corresponding Email Addresses

katie.savage@db.com
katrina.batchelor@db.com
katrina.mitchell@db.com
kazuichi.mihara@db.com
keith.bachman@db.com
kelly.chin@db.com
kelly.douglas@db.com
kelly.l.beam@db.com
kelly.p.davis@db.com
kelly.phillips@db.com
ken.bowling@db.com
kenjiro.ichiju@db.com
kenneth.flaherty@db.com
kerry.wann@db.com
kersten.kaden@db.com
kerstin.suwald@db.com
kesi.gibson@db.com
kevin.arnold@db.com
kevin.bliss@db.com
kevin.brodbeck@db.com
kevin.chin@db.com
kevin.flood@db.com
kevin.m.evans@db.com
kevin.m.pleasant@db.com
kevin.mccoy@db.com
kevin.parker@db.com
kevin.r.carey@db.com
kit.yee.martin@db.com
klaus.timpel@db.com
klaus.wodsak@db.com
ko.akiyama@db.com
konrad.aigner@db.com
krishna.memani@db.com
kristopher.carney@db.com
kristy.wierczorek@db.com
kumar.vemuri@db.com
kyle.fox@db.com
laila.gheith@db.com
larry.mcadoo@db.com
larry.v.adam@db.com
laura.alcabes@db.com
laura.schneider@db.com
laurence.fisher@db.com
laurence.oneill@db.com
laurence.porteu@db.com
lee.robertson@db.com
lee.rodon@db.com
leefin.lai@db.com
lenny.zephirin@db.com
leo.grohowski@db.com
leonard.dolan@db.com
leonel.guarneros@db.com
leonie.hirst@db.com
leslie.boland@db.com

**Company & Corresponding Email Addresses**

lia.levenson@db.com
liana.zhitomirsky@db.com
lien.von@db.com
linda.james@db.com
lingzhu.yu-steiner@db.com
lisa.carson@db.com
lisa.m.keating@db.com
lisa.mowbray@db.com
lisa-r.liu@db.com
liz.chong@db.com
lonnie.fox@db.com
louis.green@db.com
louis.puglisi@db.com
louis.rodriguez@db.com
louise.kernohan@db.com
louise.randall@db.com
lu.wang@db.com
lucia.weiss@db.com
lucille.douglas@db.com
luke.duggan@db.com
lutz.neumann@db.com
luzie.wenzel@db.com
lynne.jimenez@db.com
madelene.pegrari@db.com
maher.mansour@db.com
maida.lagmay-polanco@db.com
maki.kamiya@db.com
makis.ktetsis@db.com
makis.maketsis@db.com
malcolm.pratt@db.com
mandeep.manku@db.com
manfred.bauer@db.com
manfred.erne@db.com
mangala.prakash@db.com
manuel.seifert@db.com
manuel.tenekedshijew@db.com
marc.ahrens@db.com
marc.b.sprung@db.com
marc.gorr@db.com
marc.griesche@db.com
marc.mcdonald@db.com
marc.p.miller@db.com
marc.salant@db.com
marc.weibel@db.com
marcel.cassard@db.com
marco.bense@db.com
marco.neto@db.com
marco.ravagli@db.com
marco.scherer@db.com
marcus.herbig@db.com
marcus.mehlinger@bku.db.de
marcus.niethammer@db.com
marcus-michael.hofmann@db.com
marga.del-pilar@db.com

**Company & Corresponding Email Addresses**

margaret.platt@db.com
maria.gatt@db.com
maria.mastrogiacomo@db.com
maria-jose.sainz@db.com
maria-pilar.colino@db.com
marielena.glassman@db.com
marie-lou.funk@db.com
marie-sibylle.de-la-faire@db.com
marina.lund@db.com
marion.c.hogan@db.com
marion.krimmel@db.com
marion-e.schwarz@db.com
mark.bolton@db.com
mark.crawford@db.com
mark.degaetano@db.com
mark.fulwood@db.com
mark.griffin@db.com
mark.hirchon@db.com
mark.hutchinson@db.com
mark.jackson@db.com
mark.keane@db.com
mark.kinsky@db.com
mark.lane@db.com
mark.lovatt@db.com
mark.mcgowan@db.com
mark.norman@db.com
mark.probst@db.com
mark.rigazio@db.com
mark.schumann@db.com
mark.sibley@db.com
mark.small@db.com
mark.v.appadoo@db.com
markus.klingler@db.com
markus.kugele@db.com
marlene.bennett@db.com
marta.didoni@db.com
martin.berberich@db.com
martin.cornell@db.com
martin.fechtner@db.com
martin.kember@db.com
martin.kesper@db.com
martin.loesser@db.com
martin.rother@db.com
martin.sanderson@db.com
martin.thiesen@db.com
martin.tschirky@db.com
martin.tschunko@db.com
martine.francoual@db.com
martin-h.schneider@db.com
martyn.surguy@db.com
maruf.siddiquee@db.com
mary.c.keaveney@db.com
mary.yucedal@db.com
maryellen.higgins@db.com

**Company & Corresponding Email Addresses**

masaaki.kadota@db.com
masaaki.wakai@db.com
mason-a.tilden@db.com
massimo.aglietti@db.com
matt.tuck@db.com
matthew.caggiano@db.com
matthew.gormley@db.com
matthew.macdonald@db.com
matthew.rajpolt@db.com
matthew.rogers@db.com
matthew.santiago@db.com
matthias.dux@db.com
matthias.egger@db.com
matthias.josek@db.com
matthias.knerr@db.com
matthias.loehle@db.com
matthias.paetzel@db.com
matthias.wolf@db.com
matthijs.de-bruijn@db.com
mauro.baccaini@db.com
max.beinhofer@db.com
meenakshi.pursnani@db.com
meike.schmidt@db.com
melissa.hall@db.com
melissa.hieger@db.com
mervyn.thomas@db.com
meryem.tuerkekul@db.com
meryll.sands@db.com
michael.bernadiner@db.com
michael.bertram@db.com
michael.broome-euro@db.com
michael.collins@db.com
michael.degernes@db.com
michael.fuss@db.com
michael.gangemi@db.com
michael.gedigk@db.com
michael.generazo@db.com
michael.hess@db.com
michael.j.morrell@db.com
michael.kaletsch@db.com
michael.krenn@db.com
michael.kullmann@db.com
michael.labella@db.com
michael.mccune@db.com
michael.mirabito@db.com
michael.o.clark@db.com
michael.rhorer@db.com
michael.ripper@db.com
michael.rolnick@db.com
michael.seiman@db.com
michael.shields@db.com
michael.sieghart@db.com
michael.silk@db.com
michael.slater@db.com

**Company & Corresponding Email Addresses**

michael.south@db.com
michael.speni@db.com
michael.staude@db.com
michael.straka@db.com
michael.theel@db.com
michael.wagg@db.com
michael.warzinek@db.com
michael.wu@db.com
michaela.keusch@db.com
michael-j.reilly@db.com
michael-o.schmidt@db.com
michael-p.doherty@db.com
michael-sa.sanderson@db.com
michelle.huang@db.com
michelle.radman@db.com
michelle.smith@db.com
michelle.strianse@db.com
michelle.waters@db.com
mike.bellaro@db.com
mike.berry@db.com
mike.earley@db.com
mike.tattersall@db.com
mike-mg.clarke@db.com
mimi.thai@db.com
minako.nomoto@db.com
minoru.kimura@db.com
mireille.urbani@db.com
mohit.pandya@db.com
moinoor.choudhury@db.com
monika.panger@db.com
morgan.o-donovan@db.com
moritz.klussmann@db.com
moritz.rieper@db.com
mortiz.rieper@db.com
munish.r.varma@db.com
nada.farina@db.com
nadia.ali@db.com
naeem.khalid@db.com
nagesh.ramachandrappa@db.com
nanci.anderson@db.com
nancy.jones@db.com
naohiko.saida@db.com
naohisa.morita@db.com
naomi.fann@db.com
nataly.yackanich@db.com
natasha.chinapen@db.com
necati.surmeli@db.com
neeraj-x.kumar@db.com
neil.forsyth@db.com
neil.leonard@db.com
neil.summers@db.com
neil.tranter@db.com
nicholas.daft@db.com
nick.evans@db.com

**Company & Corresponding Email Addresses**

nicola.walker@db.com
nicolas.robertson@db.com
nicolas.schlotthauer@db.com
nicole.henning@db.com
nicole.im@db.com
nicole.leblang@db.com
nicole.thie@db.com
nicole.young@db.com
nicoletta.commellato@db.com
nigel.chapman@db.com
nils.ernst@db.com
nils.thewes@db.com
nils.wittenhagen@db.com
nitza.berkowitz@db.com
nn@db.com
nolan.wapenaar@db.com
nora.heaton@db.com
norbert.auer@db.com
nuria.roda-aguilera@db.com
ohn.choe@db.com
olaf.eulitz@db.com
ole.birkeland@db.com
oliver.kratz@db.com
oliver.krenn@db.com
oliver.krueger@db.com
oliver.pfeil@db.com
oliver.plein@db.com
oliver.schebel@db.com
olivier.delfosse@db.com
oniel.morgan@db.com
orges.llupa@db.com
oscar.gaddy@db.com
owen.b.fitzpatrick@db.com
owen.campbell-barr@db.com
pamela.quintiliano@db.com
paras.anand@db.com
pascal.boiteau@db.com
patricia.pan@db.com
patrick.brenner@db.com
patrick.o'rourke@db.com
patrick.rahal@db.com
patrick.sheehan@db.com
patrick.tao@db.com
patrick-c.vogel@db.com
paul.a.sassa@db.com
paul.berriman@db.com
paul.bromley@db.com
paul.buckley@db.com
paul.caldwell@db.com
paul.chappell@db.com
paul.copeman@db.com
paul.davis@db.com
paul.g.daggy@db.com
paul.hunter@db.com

**Company & Corresponding Email Addresses**

paul.j.benziger@db.com
paul.kelly-euro@db.com
paul.kunz@db.com
paul.liu@db.com
paul.nolle@db.com
paul.schibli@db.com
paul.wild@db.com
paul-a.buchwitz@db.com
paul-j.flynn@db.com
paul-johannes.altmann@db.com
pawel.mosakowski@db.com
pedro.danobeitia@db.com
peggy.mac@db.com
peggy.mak@db.com
per.wehrmann@db.com
peter.barsa@db.com
peter.crays@db.com
peter.dowling@db.com
peter.e.haagensen@db.com
peter.ellis@db.com
peter.guschov@db.com
peter.harrison@db.com
peter.i.lehrer@db.com
peter.maguire@db.com
peter.olsen@db.com
peter.platzer@db.com
peter.r.duffy@db.com
peter.rutter@db.com
peter.s.fortunato@db.com
peter.saganski@db.com
peter.sass@db.com
peter.schranz@db.com
peter.tils@db.com
peter.vogel@db.com
peter.westlake@db.com
peter.wirtz@db.com
peter.zwerenz@db.com
peter-s.mccarthy@db.com
petra.milbrath@db.com
petra.pflaum@db.com
phil.langfelder@db.com
philip.g.condon@db.com
philip-max.meier@db.com
philipp.rottwilm@db.com
philipp.schmid@db.com
philippe.darbellay@db.com
phillip.young@db.com
phoung.le@db.com
phuong.t.le@db.com
pierre.de-weck@db.com
piers.hillier@db.com
piyanit.photchanatarm@db.com
piyush.srivastava@db.com
qing.sheng@db.com

**Company & Corresponding Email Addresses**

rachel.jordan@db.com
rafael.rico@db.com
rafaelina.lee@db.com
rainer.haerle@db.com
rajyashree.jalan@db.com
ralf.oberbannscheidt@db.com
ralf.rueller@db.com
ralf.rybarczyk@db.com
ralf-botho.grupe@db.com
ralph.striglia@db.com
ramin.yasseri@db.com
randal.a.smith@db.com
randy.brown@db.com
raymond.folmer@db.com
rebecca.flinn@db.com
rebecca_wilson@db.com
rebekah.chow@db.com
renato.luethhold@db.com
renato.von-allmen@db.com
renato-von-allmen@db.com
rene.penzler@db.com
riccardo.vanoli@db.com
rich.kelly@db.com
richard.avidon@db.com
richard.booth@db.com
richard.byrnes@db.com
richard.chung@db.com
richard.curling@db.com
richard.drason@db.com
richard.edelman@db.com
richard.ferguson@db.com
richard.goldsmith@db.com
richard.kennaugh@db.com
richard.larner@db.com
richard.major@db.com
richard.mcbain@db.com
richard.robben@db.com
richard.shepley@db.com
richard.stewart@db.com
richard.thieke@db.com
richard.wigglesworth@db.com
richard-m.smith@db.com
rich-mgam.wilson@db.com
rick.palmon@db.com
rob.denecker@db.com
rob.nagra@db.com
rob.reiner@db.com
rob.taylor@db.com
robert.bowers@db.com
robert.f.wiedemeier@db.com
robert.glaeser@db.com
robert.laverty@db.com
robert.lefkowitz@db.com
robert.lopez@db.com

**Company & Corresponding Email Addresses**

robert.m.sellers@db.com
robert.mccollum@db.com
robert.mclaughlin@db.com
robert.oh@db.com
robert.rubin@db.com
robert.s.janis@db.com
robert.schopen@db.com
robert.semple@db.com
robert.sergent@db.com
robert.venezia@db.com
robert.wasserhess@db.com
robert.weintraub@db.com
roberta.faccio@db.com
roberto.coronado@db.com
roberto.morelli-euro@db.com
robert-s.king@db.com
robyn.y.choe@db.com
rocco.scali@db.com
roger.keusch@db.com
roland.gabert@db.com
romane.somaroo@db.com
ron.bates@db.com
ron.schachter@db.com
ronald.f.martin@db.com
ronald.koelsch@db.com
ronald.mercado@db.com
ronghui.tao@db.com
roni.pond@db.com
rosemarie.licastri@db.com
rosemary.fairhead@db.com
rosemary.winkworth@db.com
ross.seebalack@db.com
rotraut.schmid@db.com
roxanne.scott@db.com
ruben.marciano@db.com
rupert.balfour@db.com
rupert.limentani@db.com
russell.driver@db.com
russell.schtern@db.com
russell.shtern@db.com
ruth.greene@db.com
ryan.gelrod@db.com
ryan.hutchinson@db.com
ryan.mcdonald@db.com
ryan.mims@db.com
sabine.bollo@db.com
saliha.garah-nielsen@db.com
sally.gilding@db.com
salvatore.amorello@db.com
salvatore.r.mule@db.com
salvatore.santostefano@db.com
salvatore.stincone@db.com
sam.gouch@db.com
sam.perry@db.com

**Company & Corresponding Email Addresses**

samer.saleh@db.com
samuel.lau@db.com
sana.ragbir@db.com
sandra.schaufler@db.com
sandra.solange@db.com
sara.gardiner-hill@db.com
sara.weisser@db.com
sara.wigmore@db.com
sarah.luget@db.com
sarah.wild@db.com
sargis.gevorgyan@db.com
sascha.halicki@db.com
satish.ramakrishna@db.com
scott.agi@db.com
scott.brunenavs@db.com
scott.faithfull@db.com
sean.coleman@db.com
sean.conway@db.com
sean.davy@db.com
sean.kavanagh@db.com
sean.onyett@db.com
sean.p.mccaffrey@db.com
sebastian.naumann@db.com
seong-rak.kim@db.com
sergey.losyev@db.com
serguei.nemtsev@db.com
shameem.r.kathiwalla@db.com
shanming.shi@db.com
shaun.mcdonnell@db.com
shelly.deitert@db.com
shelly.kelly@db.com
shermaine.s.lee@db.com
shiho.takashima@db.com
shilpa.lakhani@db.com
shinichi.tanaka@db.com
shohei.miura@db.com
shreyash.gupta@db.com
sid.henderson@db.com
siddharth.sahoo@db.com
sigrid.focke@db.com
sigrid.zecha@db.com
silvia.wagner@db.com
simon.chennell@db.com
simon.kempton@db.com
simon.macdonald@db.com
sinead.murphy@db.com
skander.chabbi@db.com
sompoch.wongkittivatchakul@db.com
sonelius.kendrick-smith@db.com
sonja.foerster@db.com
sonja.spielberger@db.com
spencer.landau@db.com
spyridon.stefanou@db.com
srikant.nagalapur@db.com

## Company & Corresponding Email Addresses

srinivas.namagiri@db.com
stacey.lee@db.com
stacy.jansz@db.com
stan.vasilev@db.com
stan.zlotsky@db.com
stefan.dunatov@db.com
stefan.klee@db.com
stefan.strugies@db.com
stefan-b.schauer@db.com
stefan-guenter.bauknecht@db.com
stephan.scholl@db.com
stephan-c.schumann@db.com
stephanie.milby@db.com
stephen.bersey@db.com
stephen.ficara@db.com
stephen.j.park@db.com
stephen.johnson@db.com
stephen.kalajian@db.com
stephen.kwa@db.com
stephen.lynch@db.com
stephen.r.scott@db.com
stephen.r.sylvester@db.com
stephen.reedy@db.com
stephen.russell@db.com
stephene.e.doty@db.com
stephen-w.barrow@db.com
steve.dembeck@db.com
steve.doire@db.com
steve.everest@db.com
steve.nielander@db.com
steve.philebrown@db.com
steve.walt@db.com
steven.berrios@db.com
steven.frary@db.com
steven.madsen@db.com
steven.penn@db.com
steven.scrudato@db.com
steven.selerno@db.com
stine.pilegaard@db.com
stuart.landucci@db.com
stuart.mortimer-walker@db.com
supreo.ghosh@db.com
susan.kueper-roesnick@db.com
susan.levermann@db.com
susan.martland@db.com
susan.mydlach@db.com
susana.penarrubia@db.com
susanna.cefariello@db.com
susanne.lenz@db.com
sven.diehl@db.com
sven.olson@db.com
sven.rump@db.com
sven.steinberger@db.com
sylvain.afriat@db.com

## Company & Corresponding Email Addresses

sylvain.barrette@db.com
sylvia_kwong@db.com
syona.shingla@db.com
tad.fukushima@db.com
takayuki.yamada@db.com
tamas.gal@db.com
tamojit.dutta@db.com
taylor.mulherin@db.com
tba@db.com
terence.brennan@db.com
terrence.gray@db.com
terry.mcbride@db.com
terry.wood@db.com
teruhiko.hattori@db.com
tetsu.kasuga@db.com
thayalini.mohanavel@db.com
theresa.gusman@db.com
thibault.amand@db.com
tho.nguyen@db.com
thomas.boger@db.com
thomas.bucher@db.com
thomas.chu@db.com
thomas.dewner@db.com
thomas.farina@db.com
thomas.hoefer@db.com
thomas.hoo@db.com
thomas.hynes@db.com
thomas.m.hynes@db.com
thomas.o-keefe@db.com
thomas.petschnigg@db.com
thomas.picciochi@db.com
thomas.preite@db.com
thomas.seppi@db.com
thomas.soudan@db.com
thomas.stollenwerk@db.com
thomas.sweeney@db.com
thomas.tomchak@db.com
thomas.vanck@db.com
thomas.wieneke@db.com
thomas-c.boyle@db.com
thomas-j.davis@db.com
thorsten.nagel@db.com
thorsten.salmikeit@db.com
tiffany.stallings@db.com
tim.brown@db.com
tim.bruenjes@db.com
tim.friebertshaeuser@db.com
tim.harenberg@db.com
tim.sexton@db.com
tim.tomalin-reeves@db.com
timothy-t.ryan@db.com
tobias.spaeti@db.com
tom.hughes@db.com
tomislav.goles@db.com

**Company & Corresponding Email Addresses**

tomoko.watanabe@db.com
toni.s.helton@db.com
tony.cantwell@db.com
tony.trinh@db.com
tony.wilkinson@db.com
torsten.haas@db.com
torsten.strohrmann@db.com
toshihide.morita@db.com
toshiya.kambayashi@db.com
tracy.fu@db.com
trevor.warne@db.com
ty.anderson@db.com
ulrich.althoff@db.com
ulrich.zwanzger@db.com
ulrike.loehr@db.com
umberto.orsenigo@db.com
uta.fehm@db.com
ute.hering@db.com
utter@db.com
uwe.bell@db.com
vadym.sliusar@db.com
valerie.schroeter@db.com
venu-madhav.bolisetty@db.com
verena-van.well@db.com
vic.khaitan@db.com
victor.bemmann@db.com
victor.rozenblits@db.com
victor.toro@db.com
vijay.chopra@db.com
vince.dicarlo@db.com
vincent.fea@db.com
vincent-j.esposito@db.com
virginia.gonzalez@db.com
virginie.boucher-ferte@db.com
vitaly.fiks-cdg@db.com
vivian.yip@db.com
vladislav.vassiliev@db.com
wai-shun.hung@db.com
wallace.yu@db.com
walt.holman@db.com
walter.heil@db.com
wanda.wu@db.com
wendy.procops@db.com
wen-lin.young@db.com
werner.kram2@db.com
will.sedden@db.com
william.barron@db.com
william.d.donnelly@db.com
william.j.constantine@db.com
william.l.davis@db.com
william.lissenden@db.com
william.lora@db.com
wilson.mui@db.com
winston.ouckama@db.com

## Company & Corresponding Email Addresses

wipot.daowprakaimongkol@db.com
wolfgang.helmet@db.com
yassine.laissaoui@db.com
ye-mei.ling@db.com
yfbrogard@db.com
yoshimasa.kato@db.com
yukari.mio@db.com
yvonne.li@db.com
yvonne.vogt@db.com
zoe.matthews@db.com

### dbcm
ogawa@dbcm.co.uk

### dbfm
doron.kohanan@dbfm.it
tiziana.bocus@dbfm.it

### dbi
ayse.karan@dbi.de
kai.trinkies@dbi.de
stephan.schnell@dbi.de
thomas.knigge@dbi.de

### dbla
burkhard.toedter@dbla.com
felix.krantz@dbla.com
hans.abate@dbla.com
stefan.jochum@dbla.com
tim.fritzenwalder@dbla.com

### dbs
adityabhugtiar@dbs.com
adrianong@dbs.com
alextan@dbs.com
alextay@dbs.com
allanred@dbs.com
allinawang@dbs.com
alvinchu@dbs.com
alvintcl@dbs.com
alvintham@dbs.com
amielgaa@dbs.com
amitagarwala@dbs.com
andrewnwh@dbs.com
anthonycheng@dbs.com
audraseah@dbs.com
bedjotedja@dbs.com
bendavies@dbs.com
bengann@dbs.com
bobzhang@dbs.com
carinnneo@dbs.com.sg
charles@dbs.com
charncharn@dbs.com
chenggeok@dbs.com
chenghong@dbs.com
cherylklibbe@dbs.com
chinchern@dbs.com
chinhwee@dbs.com.sg
chiteong@dbs.com

## Company & Corresponding Email Addresses

chonkiat@dbs.com
christopherang@dbs.com
christopherblack@dbs.com
cindy_hoh@dbs.com
clarenceleong@dbs.com
cliffordtan@dbs.com
colinong@dbs.com
conradkwok@dbs.com
cwteng@dbs.com
dakunwoo@dbs.com
davidlch@dbs.com
davidmak@dbs.com
dawu@dbs.com
eddiesim@dbs.com
edwinchansl@dbs.com
eeing@dbs.com
eepuay@dbs.com
efraimg@dbs.com
endre@dbs.com
engleong@dbs.com
gabrielneo@dbs.com
gavinwang@dbs.com
ginalim@dbs.com
harrytan@dbs.com
hautat@dbs.com
henrynguyen@dbs.com
heongchye@dbs.com
hoonhoontan@dbs.com
hweejoo@dbs.com
itay.stolovy@dbs.co.il
ivyong@dbs.com
jackson@dbs.com
jacquelinequek@dbs.com
jamestankh@dbs.com
janellecheng@dbs.com
janeyin@dbs.com
jenniewang@dbs.com
jeremykoh@dbs.com
jeremykok@dbs.com
jeremywong@dbs.com
jimmyaueong@dbs.com
joeong@dbs.com
johnlagman@dbs.com
johnsonwong@dbs.com
jonathanlau@dbs.com
josephyeh@dbs.com
josheffendi@dbs.com
jynnong@dbs.com
kaichuen@dbs.com
kanghui@dbs.com
kashao@dbs.com
kengsweekoh@dbs.com
kevinkct@dbs.com
kiaheong@dbs.com

**Company & Corresponding Email Addresses**

kimsong@dbs.com
kumkong@dbs.com
kwonghong@dbs.com
lengkhiang@dbs.com
liangchoon@dbs.com
limweekian@dbs.com
lisashum@dbs.com
liwee@dbs.com
lukelee@dbs.com
marktay@dbs.com.sg
maxlim@dbs.com
mervynlim@dbs.com
michelletcl@dbs.com
munkit@dbs.com
nelsonpoh@dbs.com
normancheong@dbs.com
paullau@dbs.com
paumeng@dbs.com
peterchiang@dbs.com
petersoh@dbs.com
phickfui@dbs.com
philippedamay@dbs.com
phillipyeo@dbs.com
pkyip@dbs.com
rachaeltang@dbs.com
raymondhcting@dbs.com
rodneylim@dbs.com
ruiling@dbs.com
ryanyeo@dbs.com
sallychua@dbs.com
sarahlim@dbs.com.sg
senniang@dbs.com
sharonlml@dbs.com
shawnlin@dbs.com
shradhag@dbs.com
siautze@dbs.com
sierhan@dbs.com
simonyaptc@dbs.com
siowwei@dbs.com
srinivasramadas@dbs.com
stevenkoh@dbs.com
steventsui@dbs.com
teckhow@dbs.com
terencephang@dbs.com
teresaang@dbs.com
timothytan@dbs.com
tiongguan@dbs.com
tsprince@dbs.com
tzeyang@dbs.com
veuhuan@dbs.com
victorlai@dbs.com
waihoongleong@dbs.com
weechye@dbs.com
weeliat@dbs.com

**Company & Corresponding Email Addresses**

weemeng@dbs.com
weesoonyeong@dbs.com
weichieh@dbs.com
wenjingzhou@dbs.com
whyemeng@dbs.com
williamtan@dbs.com
woeikyet@dbs.com
woongek@dbs.com
yeo.weechye@dbs.com
zeitsch@dbs.com
zhijian@dbs.com
zhulei@dbs.com

**dbsa**

a.valori@dbsa.lu

**dbtc**

c.babel@dbtc.ch
jl.jacquinod@dbtc.ch
r.mozzetti@dbtc.ch
s.theus@dbtc.ch

**dbv**

j.hoogeveen@dbv.nl
r.koole@dbv.nl
t.tang@dbv.nl

**dbv-winterthur**

christoph.jurecka@dbv-winterthur.de
frank.thoeren@dbv-winterthur.de
jan.wicke@dbv-winterthur.de
peter.nies@dbv-winterthur.de
rainer.keidel@dbv-winterthur.de
simone.vetter-fohr@dbv-winterthur.de
wp.173@dbv-winterthur.de

**dbzco**

cherrera@dbzco.com
dkhouri@dbzco.com
dmurphy@dbzco.com
dzwirn@dbzco.com
edwin.greenberg@dbzco.com
mmacleod@dbzco.com
rchan@dbzco.com
rflowers@dbzco.com
rgromko@dbzco.com

**dcalp**

erd@dcalp.com

**dcccd**

dchan@dcccd.edu
robb.dean@dcccd.edu

**dcf_pemex**

oornelas@dcf_pemex.com

**dcinv**

dagrawal@dcinv.com

**dcmc**

amirault@dcmc.creditlyonnais.fr
arnaud.serougne@dcmc.creditlyonnais.fr
corinne.drogrey@dcmc.creditlyonnais.fr

## Company & Corresponding Email Addresses

denize@dcmc.creditlyonnais.fr
emmanuel.lion@dcmc.creditlyonnais.fr
gregory.perrin@dcmc.creditlyonnais.fr
gros@dcmc.creditlyonnais.fr
mouradian@dcmc.creditlyonnais.fr
olivier.dzik@dcmc.creditlyonnais.fr
schumann@dcmc.creditlyonnais.f
silvana.pisoni@dcmc.creditlyonnais.fr
urquijo@dcmc.creditlyonnais.fr

### dcmiglobal

caschultz@dcmiglobal.com
kkillmaster@dcmiglobal.com
mvpisarczyk@dcmiglobal.com
wwlynch@dcmiglobal.com

### dcx

ab59@dcx.com
bmr9@dcx.com
bpj1@dcx.com
cac@dcx.com
dac7@dcx.com
dh127@dcx.com
djb30@dcx.com
fz5@dcx.com
gt7@dcx.com
jls24@dcx.com
rcd1@dcx.com
rlw12@dcx.com
sh9@dcx.com
tal8@dcx.com

### dcxcapital

dlamadue@dcxcapital.com

### dcxcaptial

pseidenwar@dcxcaptial.com

### dd

ee@dd.com
fujimori_seiya@dd.smbc.co.jp
kono_shigeyoshi@dd.smbc.co.jp
yamaguchi_takayasu@dd.smbc.co.jp

### dds

marcuspoon@dds.com

### dea

anna.koeppel@rwe.dea.com

### dearden

jim@dearden.com

### debank

woydich@debank.de

### debeka

juergen.blesius@debeka.de

### deere

im47909@deere.com

### deerfieldcapital

ajacobs@deerfieldcapital.com
alevy@deerfieldcapital.com
apeck@deerfieldcapital.com

## Company & Corresponding Email Addresses

apennetti@deerfieldcapital.com
bdillon@deerfieldcapital.com
bfroysht@deerfieldcapital.com
cbrewer@deerfieldcapital.com
cchen@deerfieldcapital.com
cfrye@deerfieldcapital.com
cgilski@deerfieldcapital.com
cself@deerfieldcapital.com
dbrown@deerfieldcapital.com
dburrow@deerfieldcapital.com
dgritzek@deerfieldcapital.com
dhattori@deerfieldcapital.com
dnatale@deerfieldcapital.com
emuehlhauser@deerfieldcapital.com
erapp@deerfieldcapital.com
ezenner@deerfieldcapital.com
ganderson@deerfieldcapital.com
gregg@deerfieldcapital.com
gsaltzberg@deerfieldcapital.com
hbishai@deerfieldcapital.com
jbrinckerhoff@deerfieldcapital.com
jcarlson@deerfieldcapital.com
jcharles@deerfieldcapital.com
jdonohue@deerfieldcapital.com
jhaleen@deerfieldcapital.com
jleonard@deerfieldcapital.com
jmarquez@deerfieldcapital.com
jmessina@deerfieldcapital.com
jphelan@deerfieldcapital.com
jrosner@deerfieldcapital.com
jsnyder@deerfieldcapital.com
jthom@deerfieldcapital.com
jtigerman@deerfieldcapital.com
jtrutter@deerfieldcapital.com
krichardson@deerfieldcapital.com
kselle@deerfieldcapital.com
lcanet@deerfieldcapital.com
lknecht@deerfieldcapital.com
llu@deerfieldcapital.com
lmerta@deerfieldcapital.com
manderson@deerfieldcapital.com
mkruyswyk@deerfieldcapital.com
mmcmanus@deerfieldcapital.com
mredlinski@deerfieldcapital.com
msomerman@deerfieldcapital.com
mstouffer@deerfieldcapital.com
mweith@deerfieldcapital.com
mwittnebel@deerfieldcapital.com
nstudenroth@deerfieldcapital.com
phorn@deerfieldcapital.com
pmaley@deerfieldcapital.com
psakon@deerfieldcapital.com
rbilcox@deerfieldcapital.com
rcontreras@deerfieldcapital.com

## Company & Corresponding Email Addresses

rhervas@deerfieldcapital.com
rmahjoory@deerfieldcapital.com
rperez@deerfieldcapital.com
rwaterhouse@deerfieldcapital.com
slopez@deerfieldcapital.com
smorrison@deerfieldcapital.com
sroberts@deerfieldcapital.com
teddins@deerfieldcapital.com
tjohnson@deerfieldcapital.com
tradtke@deerfieldcapital.com
ttruitt@deerfieldcapital.com
wmoy@deerfieldcapital.com

### degroof

alain.leonard@degroof.lu
alain.olbrechts@degroof.be
alain.strapart@degroof.be
anne-catherine.volders@degroof.lu
christophe.lambert@degroof.lu
claire.kaeckenbeeck@degroof.be
cynthia.radelet@degroof.be
damien.petit@degroof.lu
didier.laloux@degroof.lu
donald.villeneuve@degroof.lu
eric.debeaud@degroof.be
eric.lobet@degroof.lu
frederic.adam@degroof.lu
frederic.lebrun@degroof.be
geert.debruyne@degroof.lu
gunter.vanrossem@degroof.be
herman.vanderloos@degroof.be
jan.longeval@degroof.be
jean.dewinter@degroof.lu
jean-marc.smal@degroof.lu
joel.crevecoeur@degroof.be
johan.cok@degroof.lu
john.paladino@degroof.lu
laurent.coppieters@degroof.be
laurent.delante@degroof.be
martine.vermersch@degroof.lu
nicolas.christmann@degroof.lu
pascale.libouton@degroof.lu
patrick.nisot@degroof.be
peter.rysselaere@degroof.be
philippe.denef@degroof.be
regis.leoni@degroof.lu
robin.podevyn@degroof.be
ronald.vansteenweghen@degroof.be
sophie.dewachter@degroof.be
steph.cremer@degroof.lu
stephane.cremer@degroof.lu
stephane.vannimmen@degroof.be
vincent.rufo@degroof.lu
vincenzo.dangelo@degroof.be
virginie.dascenzio@degroof.lu

## Company & Corresponding Email Addresses

yves.cochez@degroof.be

### dehaw

koelbel@dehaw.com
peter.skau@dehaw.com

### deka

anastasia.fedotova@deka.de
andrea.nardon@deka.de
andreas.gerlicher@deka.de
andreas.velten@deka.de
andreas.wenzek@deka.de
anja.rolf@deka.de
antje.hargarter@deka.de
bernd.volk@deka.de
bianca.scior@deka.de
christian.schwaar@deka.de
christof.breuer@deka.de
christof.schlueter@deka.de
constantin.brunn@deka.de
detlef.hannemann@deka.de
eike-gerald.goedel@deka.de
felix.fischer@deka.de
frank.hartmann@deka.de
frank.rust@deka.de
frank.scherpeltz@deka.de
frank.zschau@deka.de
gaele.buffard@deka.de
gerald.weinhold@deka.de
gudrun.schartner@deka.de
hans.nowusch@deka.de
harald.helbing@deka.de
helmut.possienke@deka.de
hilmar.baumann@deka.de
holger.sepp@deka.de
holger.tober@deka.de
holger.wasem@deka.de
ireneus.wenzel@deka.de
jan.kennedy@deka.de
jelena.schmidt@deka.de
jens-friedrich.schneider@deka.de
juergen.wunner@deka.de
karsten.naumann@deka.de
klaus.eberle@deka.de
lars.bender@deka.de
lauris.fischer-erlach@deka.de
leighann.kittell@deka.de
lutz.schleidt@deka.de
manfred.guth@deka.de
martina.sossenheimer@deka.de
matthias.both@deka.de
matthias.eizenhoefer@deka.de
maximilian.baer@deka.de
michael.wirtz@deka.de
michaela.huettig@deka.de
nina-maria.uhle-fall@deka.de

**Company & Corresponding Email Addresses**

oliver.kastner@deka.de
pascal.latrouite@deka.de
patrick.hussy@deka.de
peter.kapfelsperger@deka.de
peter.kolb@deka.de
peter.simons@deka.de
ralf.wachler@deka.de
ronald.spekking@deka.de
samy.ibrahim@deka.de
senta.wenke@deka.de
susanne.wedig@deka.de
sven.thoma@deka.de
thomas.dzaack@deka.de
thomas.humml@deka.de
thomas.neisse@deka.de
thorsten.kuechler@deka.de
thorsten.malter@deka.de
thorsten.ruehl@deka.de
timo.schild@deka.de
udo.schmidt-mohr@deka.de
ulf.fuellgraf@deka.de
ulrich.zorn@deka.de
volker.heisig@deka.de
werner.bartels@deka.de

**dekabank**

achim.hartmann@dekabank.de
achim.tenschert@dekabank.de
alexander.jung@dekabank.de
andreas.roehrscheid@dekabank.de
andreas.weis@dekabank.de
andreas.zerssen@dekabank.de
aren.wegner@dekabank.de
arndt.fassbender@dekabank.de
beate.thielcke@dekabank.de
boris.pluemecke@dekabank.de
burkhard.egbers@dekabank.de
burkhard.mau@dekabank.de
carsten.luedemann@dekabank.de
carsten.spengemann@dekabank.de
christine.joerges@dekabank.de
christoph.arzt@dekabank.de
daniel.jorge@dekabank.de
dieter.poyck@dekabank.de
dietmar.klein@dekabank.de
dirk.buss@dekabank.de
ernst.pullmann@dekabank.de
frank.schuster@dekabank.de
holger.feegel@dekabank.de
jens.ebinger@dekabank.de
jens-uwe.wachter@dekabank.de
jiyeon.eppler-kim@dekabank.de
jochem.bassin@dekabank.de
joerg.willig@dekabank.de
juergen.baer@dekabank.de

**Company & Corresponding Email Addresses**

karsten.asch@dekabank.de
kathrin.dassel@dekabank.de
klaus.junker@dekabank.de
klaus.weiland@dekabank.de
manuela.woletz@dekabank.de
maria.garripoli@dekabank.de
martin.gelzenleuchter@dekabank.de
martin.pracht@dekabank.de
martina.jurczyk@dekabank.de
matthias.korn@dekabank.de
melanie.wirges@dekabank.de
merten.stoepel@dekabank.de
michael.uhl@dekabank.de
mikhail.serebrine@dekabank.de
norbert.fuehrer@dekabank.de
oliver.falk@dekabank.de
paola.petillo@dekabank.de
patrick.widmayer@dekabank.de
peter.sauerbier@dekabank.de
peter.stiasny@dekabank.de
peter.voitl@dekabank.de
rainer.gehler@dekabank.de
ralf.paulsen@dekabank.de
roland.rausch@dekabank.de
roland.schulz@dekabank.de
sabine.krueger@dekabank.de
sabine.mueller@dekabank.de
sabine.schrafl@dekabank.de
sikandar.siddiqui@dekabank.de
silvio.lenk@dekabank.de
sophie-von.bila@dekabank.de
stefan.baatz@dekabank.de
stefan.karolewicz@dekabank.de
stefan.wittig@dekabank.de
stephan.wagner@dekabank.de
sven.bartel@dekabank.de
thomas.christian.schulz@dekabank.de
thomas.troeger@dekabank.de
thomas.werndl@dekabank.de
tillmann.fabry@dekabank.de
ulrich.john@dekabank.de
ursula.sahrhage@dekabank.de
viktoria.gerling@dekabank.de
volker.lenhard@dekabank.de
walter.groll@dekabank.de
walter.kraushaar@dekabank.de
werner.brockel@dekabank.de
wolfgang.reminger@dekabank.de

**delaware**

barwickf@delaware.co.uk
batesj@delaware.co.uk
blissn@delaware.co.uk
gildayr@delaware.co.uk
gilmorec@delaware.co.uk

## Company & Corresponding Email Addresses

hussaind@delaware.co.uk
kirkj@delaware.co.uk
krishnano@delaware.co.uk
morganh@delaware.co.uk
mothc@delaware.co.uk
patiencea@delaware.co.uk
peterss@delaware.co.uk
soylub@delaware.co.uk

### delen

christian.callens@delen.be
f.rigo@delen.lu
gs@delen.be
jean.louis.de.hasque@delen.be
philippe.loock@delen.be
research@delen.be

### delhaize-le-lion

gdoultremont@delhaize-le-lion.be

### delinvest

aadowner@delinvest.com
aalombardi@delinvest.com
aeiremo@delinvest.com
akothari@delinvest.com
alicari@delinvest.com
amccullaghjr@delinvest.com
andavis@delinvest.com
arparson@delinvest.com
asmith@delinvest.com
awwei@delinvest.com
bgillespie@delinvest.com
bhamlet@delinvest.com
bjcline@delinvest.com
bmcdonnell@delinvest.com
bschoenfeld@delinvest.com
bscotto@delinvest.com
bsgladstein@delinvest.com
bsritter@delinvest.com
bzenouzi@delinvest.com
ccdembek@delinvest.com
cefish@delinvest.com
cemabry@delinvest.com
cgowlland@delinvest.com
chowt1@delinvest.com
chsia@delinvest.com
ciisom@delinvest.com
cjnelson@delinvest.com
clnagele@delinvest.com
cmdevereux@delinvest.com
cmfisher@delinvest.com
cmholland@delinvest.com
cpiper@delinvest.com
csadams@delinvest.com
csanford@delinvest.com
csbeck@delinvest.com
cschaffer@delinvest.com

**Company & Corresponding Email Addresses**

csremsen@delinvest.com
ctangjaitrong@delinvest.com
dafranchetti@delinvest.com
dandres@delinvest.com
dasabo@delinvest.com
dehullhorst@delinvest.com
desulpizi@delinvest.com
dewestrick@delinvest.com
dgpadilla@delinvest.com
dhamilton@delinvest.com
dhewlett@delinvest.com
dhillmeyer@delinvest.com
dkeverhart@delinvest.com
doleary@delinvest.com
dpbradford@delinvest.com
dpharmelin@delinvest.com
dssheusi@delinvest.com
dzinser@delinvest.com
eestanfield@delinvest.com
ejbrennan@delinvest.com
ekomla-adzimahe@delinvest.com
erivera@delinvest.com
eromyn@delinvest.com
fmccarthy@delinvest.com
fpmagee@delinvest.com
fstrenger@delinvest.com
fxmorris@delinvest.com
gabrams@delinvest.com
gdeascanis@delinvest.com
gebert@delinvest.com
ggizzi@delinvest.com
ggrzegorski@delinvest.com
gjgola@delinvest.com
gmbagnoli@delinvest.com
gni@delinvest.com
gregan@delinvest.com
gzhang@delinvest.com
hecole@delinvest.com
hzhu@delinvest.com
jafiorilla@delinvest.com
jazelten@delinvest.com
jbennick@delinvest.com
jbfields@delinvest.com
jbronchetti@delinvest.com
jdriscoll@delinvest.com
jfung@delinvest.com
jgallagher@delinvest.com
jhhill@delinvest.com
jhshin@delinvest.com
jlcraney-reppert@delinvest.com
jlindholm@delinvest.com
jlirving@delinvest.com
jmclane@delinvest.com
jpanastasia@delinvest.com

**Company & Corresponding Email Addresses**

jpmccarthy@delinvest.com
jrbaxter@delinvest.com
jswong@delinvest.com
jtantorres@delinvest.com
jtrogina@delinvest.com
jvanroden@delinvest.com
jwang@delinvest.com
jwkenefic@delinvest.com
jwrexford@delinvest.com
jxu@delinvest.com
kebartholdson@delinvest.com
khendrickson@delinvest.com
kishaq@delinvest.com
kjackson@delinvest.com
klackner@delinvest.com
kmckee@delinvest.com
kmkelly@delinvest.com
kploome@delinvest.com
kpmadden@delinvest.com
lawagner@delinvest.com
lbowie@delinvest.com
lchen@delinvest.com
lchin@delinvest.com
ldeutsch@delinvest.com
ldisantis@delinvest.com
lfranko@delinvest.com
lgiannone@delinvest.com
lljillard@delinvest.com
lmurphy@delinvest.com
lpwachs@delinvest.com
mbassett@delinvest.com
mbischoff@delinvest.com
mcfanandakis@delinvest.com
mcollins@delinvest.com
mcostanzo@delinvest.com
mding@delinvest.com
mehughes@delinvest.com
metinucci@delinvest.com
mgwildstein@delinvest.com
mjstephens@delinvest.com
mkinosian@delinvest.com
mkschlicher@delinvest.com
mmansaray@delinvest.com
mmastrogiovanni@delinvest.com
mmchwaleba@delinvest.com
mmorris@delinvest.com
mpowers@delinvest.com
mscala@delinvest.com
mstung@delinvest.com
nagray@delinvest.com
nhwahaidi@delinvest.com
nlalvani@delinvest.com
nwynn@delinvest.com
pashah@delinvest.com

**Company & Corresponding Email Addresses**

pgrillo@delinvest.com
pnoel@delinvest.com
poobazee@delinvest.com
ppcoyne@delinvest.com
ppowers@delinvest.com
prperkins@delinvest.com
raearly@delinvest.com
ravogel@delinvest.com
ravrett@delinvest.com
rbiester@delinvest.com
rdtorrijos@delinvest.com
rfcollins@delinvest.com
rfleimkuhler@delinvest.com
rjfilip@delinvest.com
rlkropp@delinvest.com
roger.kramer@delinvest.com
rpeterkin@delinvest.com
schilk1@delinvest.com
sgcatricks@delinvest.com
sgeorge@delinvest.com
shmoradi@delinvest.com
smjuszczyszyn@delinvest.com
sowade@delinvest.com
spbrooks@delinvest.com
sphastings@delinvest.com
spriyadarshi@delinvest.com
ssimonns@delinvest.com
stlampe@delinvest.com
sxhill@delinvest.com
syquek@delinvest.com
tbassion@delinvest.com
tlbearman@delinvest.com
tmobrien@delinvest.com
tnutt@delinvest.com
upuramsetti@delinvest.com
vabrancaccio@delinvest.com
vbwarren@delinvest.com
vgulati@delinvest.com
vmostrowski@delinvest.com
waanglace@delinvest.com
warrel1@delinvest.com
wchen@delinvest.com
wfkeelan@delinvest.com
whreid@delinvest.com
wlin@delinvest.com
wmagee@delinvest.com
wmroehr@delinvest.com
wstitzer@delinvest.com
wtatge@delinvest.com
wyi@delinvest.com
zneale@delinvest.com
ztanaka@delinvest.com

**dell**

andre_medeiros@dell.com

## Company & Corresponding Email Addresses

christopher_adams@dell.com
cindy_zhang@dell.com
david_oatley@dell.com
dwight_hood@dell.com
foreign_exchange@dell.com
gary_bischoping@dell.com
girish_murthy@dell.com
john_hart@dell.com
lisa_terrazas@dell.com
mandy_lai@dell.com
meiching_chou@dell.com
michael_hubick@dell.com
nathan_brunner@dell.com
patti_brown@dell.com
ratna_ray@dell.com
steve_t_smith@dell.com
tracey_shahan@dell.com
tyler_w_johnson@dell.com
ursula_brenner@dell.com
yoel_prasetyo@dell.com

### deloitte
jwilloughby@deloitte.co.uk
ksabir@deloitte.co.uk
marilee@deloitte.co.uk

### delphifinanz
boesman@delphifinanz.com
hjonsson@delphifinanz.com

### delta
al.meilus@delta.com
alec.kuo@delta.com
athlag@delta.gr
brad.strother@delta.com
chris.campisano@delta.com
eli.niepoky@delta.com
evimik@delta.gr
gail.grimmett@corp.delta.com
harlan.bennett@delta.com
jill.pemberton@delta.com
jon.karcsh@delta.com
joshua.denham@delta.com
kenneth.morge@delta.com
michael.preissler@delta.com
michael.randolfi@delta.com
neil.russell@delta.com
paneco@delta.gr
paul.jacobson@delta.com
scott.ashley@delta.com
sofkos@delta.gr

### delta-air
david.stowe@delta-air.com
marie.fields@delta-air.com
steve.zaubi@delta-air.com

### deltalloyd
abdel_ait_hadj_brahim@deltalloyd.nl

## Company & Corresponding Email Addresses

ad_schellen@deltalloyd.nl
alex_otto@deltalloyd.nl
angus_steel@deltalloyd.nl
aniel_chandrikasingh@deltalloyd.nl
arnold_gast@deltalloyd.nl
arnoud_krom@deltalloyd.nl
cees_prins@deltalloyd.nl
charles_de_kock@deltalloyd.nl
chris_lam@deltalloyd.nl
clemens_braams@deltalloyd.nl
cyril_meijers@deltalloyd.nl
dirkjan_dirksen@deltalloyd.nl
ed_posthumus@deltalloyd.nl
edwin_slaghekke@deltalloyd.nl
ellen_blakborn@deltalloyd.nl
frans_de_jong@deltalloyd.nl
gerben_cuiper@deltalloyd.nl
gillian_wu@deltalloyd.nl
grazia_mariani@deltalloyd.nl
ina_goedhart@deltalloyd.nl
ingmar_schaefer@deltalloyd.nl
jack_jonk@deltalloyd.nl
jeffrey_mulder@deltalloyd.nl
joop_bresser@deltalloyd.nl
jurrien_de_boer@deltalloyd.nl
leo_goes@deltalloyd.nl
liesbeth_venendaal@deltalloyd.nl
marc_van_der_maale@deltalloyd.nl
marco_verheijen@deltalloyd.nl
maren_klap@deltalloyd.nl
melanie_graswinckel@deltalloyd.nl
nicole_van_schie@deltalloyd.nl
nita_studen_kiliaan@deltalloyd.nl
paul_van_der_meer@deltalloyd.nl
peter_visser@deltalloyd.nl
rene_de_bray@deltalloyd.nl
roy_van_wechem@deltalloyd.nl
sander_vijselaar@deltalloyd.nl
sandor_steverink@deltalloyd.nl
sandra_de_brouwer@deltalloyd.nl
sarju_hindocha@deltalloyd.nl
sharon_oosterveld@deltalloyd.nl
shengsheng_zhang@deltalloyd.nl
stefan_verkroost@deltalloyd.nl
steven_van_de_wall@deltalloyd.nl
tom_paap@deltalloyd.nl
wee_mien_cheung@deltalloyd.nl

**deminor**
erik.bomans@deminor.com
pierre.nothomb@deminor.com

**dendanske**
leo.yde@dendanske.dk

**dendanskebank**
app@dendanskebank.dk

**Company & Corresponding Email Addresses**

claua@dendanskebank.dk
lal@dendanskebank.dk
leka@dendanskebank.dk

**denizbank**

bakir.melik@denizbank.com
basak.denizci@denizbank.com
bora.tanoren@denizbank.com
cem.koksal@denizbank.com
cenk.topaloglu@denizbank.com
cumhur.ornek@denizbank.com
mehmet.artuk@denizbank.com.tr
okan.aksu@denizbank.com

**denver**

dallen@denver.k12.co.us

**denveria**

abliss@denveria.com
alock@denveria.com
bfitzsimons@denveria.com
bstafford@denveria.com
calexander@denveria.com
cbouma@denveria.com
cgates@denveria.com
cjuran@denveria.com
cpetersen@denveria.com
cwood@denveria.com
danguilm@denveria.com
dhewitson@denveria.com
dmartinez@denveria.com
dscarth@denveria.com
dstarke@denveria.com
gfox@denveria.com
gpedrie@denveria.com
gshea@denveria.com
jduhon@denveria.com
jeffp@denveria.com
jfairchild@denveria.com
jfruin@denveria.com
jherndon@denveria.com
jloehr@denveria.com
jmanz@denveria.com
jpowers@denveria.com
kbeck@denveria.com
kharris@denveria.com
kherrick@denveria.com
lramirez@denveria.com
lsnyder@denveria.com
lstevens@denveria.com
madelmann@denveria.com
mbegun@denveria.com
mecox@denveria.com
mmckissick@denveria.com
mschulhof@denveria.com
mtruelsen@denveria.com
ojpertuit@denveria.com

**Company & Corresponding Email Addresses**

parmenta@denveria.com
ross@denveria.com
saybar@denveria.com
squam@denveria.com
tanderson@denveria.com
tdayton@denveria.com
tjohnson@denveria.com
tstevens@denveria.com
vderryberry@denveria.com
wchester@denveria.com
wreed@denveria.com
wtownsend@denveria.com

**depfa**

andrew.cree@depfa.com
anne.butler@depfa.ie
brian.egan@depfa.com
brian.farrell@depfa.ie
caroline.carr@depfa.com
carsten.samusch@depfa.com
catherine.hayes@depfa.com
christian.maurer@depfa.com
conall.kennedy@depfa.com
costantino.peiser@depfa.com
david.geoghegan@depfa.com
deirdre.farrell@depfa.ie
dermot.cahillane@depfa.com
dermot.golden@depfa.ie
elise.desmet@depfa.ie
fiona.flannery@depfa.ie
garret.tynan@depfa.com
gary.sheils@depfa.ie
giulia.perenzin@depfa.com
guido.schulte@depfa.com
jim.ryan@depfa.ie
joe.huesman@depfa.com
joseph.hughes@depfa.com
juergen.karcher@depfa.com
marco.bargel@depfa.com
marcus.holschuh@depfa.com
mark.erler@depfa.com
mauro.ferone@depfa.com
michael.breyl@depfa.com
michael.cummins@depfa.com
michael.deeny@depfa.ie
michael.reuhl@depfa.com
nadia.landmann@depfa.com
nicola.cummins@depfa.com
pat.coleman@depfa.com
ralf.loewe@depfa.com
ravi.gidoomal@depfa.com
shane.hughes@depfa.com
thomas.obrien@depfa.com
wally.hoefer-neder@depfa.com

**desaricap**

## Company & Corresponding Email Addresses

rjachim@desaricap.com

### deserettrust

martineaulk@deserettrust.com

### deshaw

adam.zipkin@deshaw.com
ajay.mantha@deshaw.com
ajeeta.anand@deshaw.com
alexis.halaby@deshaw.com
ali.abdulmajid@deshaw.com
amanda.jones@deshaw.com
andrew.lin@deshaw.com
andrew.soffler@deshaw.com
anna_hahn@deshaw.com
anne.farrelly@deshaw.com
anthony.ko@deshaw.com
belma.osmanagich@deshaw.com
ben.hall@deshaw.com
benjamin.snedeker@deshaw.com
brad.parish@deshaw.com
brandon-baer@deshaw.com
bryan.anderson@deshaw.com
bryan.dougherty@deshaw.com
burseth@deshaw.com
cameron.wald@deshaw.com
cassp@deshaw.com
charles.silio@deshaw.com
chefern@deshaw.com
chris.ader@deshaw.com
christa.punturieri@deshaw.com
cj.steffen@deshaw.com
cropext@nyc.deshaw.com
crowleym@deshaw.com
damian.stamnes@deshaw.com
damien-stamnes@deshaw.com
daniel.michalow@deshaw.com
daniel.posner@deshaw.com
daniel.ting@deshaw.com
dashr@deshaw.com
david.quint@deshaw.com
david.shainok@deshaw.com
david.sweet@deshaw.com
david.zwillinger@deshaw.com
david-gibson@deshaw.com
deatona@deshaw.com
devin.talbott@deshaw.com
dirk.fole@deshaw.com
ed.sporn@deshaw.com
eddyj@deshaw.com
edwardsm@deshaw.com
eric.engler@deshaw.com
erik.simpson@deshaw.com
erin.palian@deshaw.com
ewepsic@deshaw.com
feng-shi@deshaw.com

**Company & Corresponding Email Addresses**

fixed-prices@deshaw.com
gabriela.ursea@deshaw.com
gakin@deshaw.com
gaudio@deshaw.com
gavin.roseman@deshaw.com
gbo@deshaw.com
geoffroy.moreau@deshaw.com
glenn.shor@deshaw.com
gosule@deshaw.com
graham.stafford@deshaw.com
greggy@deshaw.com
gregory.labuda@deshaw.com
hahn@deshaw.com
harrison@deshaw.com
hasem@deshaw.com
hendersonk@deshaw.com
hilario-ramos@deshaw.com
hvs-flow@deshaw.com
jain@deshaw.com
janos.csirik@deshaw.com
jayesh.mukundan@deshaw.com
jeff.rosenbaum@deshaw.com
jeff.sarrett@deshaw.com
ji.hua@deshaw.com
jigruksh.trivedi@deshaw.com
jim.mackey@deshaw.com
jneil@deshaw.com
joe.prior@deshaw.com
john.rustum@deshaw.com
jonathan.ching@deshaw.com
joseph.hong@deshaw.com
joshua.linder@deshaw.com
julia.gurke@deshaw.com
juliana.ferrell@deshaw.com
justin.boyer@deshaw.com
jyoti.diwan@deshaw.com
kai.huang@deshaw.com
kara.loe@deshaw.com
kaska.dratewska@deshaw.com
katherine.kym@deshaw.com
ken.visser@deshaw.com
kenneyp@deshaw.com
kerckhoc@deshaw.com
khemanin@deshaw.com
krista.young@deshaw.com
kwoks@deshaw.com
lallg@deshaw.com
laura.greiner@deshaw.com
laurel.hesch@deshaw.com
leigh.wang@deshaw.com
liang.meng@deshaw.com
ling.li@deshaw.com
linl@deshaw.com
liz.irwin@deshaw.com

**Company & Corresponding Email Addresses**

lrobertsen@deshaw.com
manu.kumar@deshaw.com
mark.ipri@deshaw.com
martha.brantley@deshaw.com
martin.fong@deshaw.com
massimo.bianchi@deshaw.com
max.khavin@deshaw.com
michael.ashikhmin@deshaw.com
michael.crowley@deshaw.com
michael.zhu@deshaw.com
michael-vodola@deshaw.com
mikerin@deshaw.com
minhua.zhang@deshaw.com
nielsend@deshaw.com
omarym@deshaw.com
pany@deshaw.com
parikhc@deshaw.com
parkinsr@deshaw.com
patric@deshaw.com
patrick.kelly@deshaw.com
patrick.saunders@deshaw.com
peter.bernard@deshaw.com
peter.findley@deshaw.com
peter.kozak@deshaw.com
phelang@deshaw.com
phil.kearns@deshaw.com
phyllis.musoke@deshaw.com
posner@deshaw.com
pravir_bhatia@deshaw.com
priorj@deshaw.com
pwhite@deshaw.com
rajeshwar.singh@deshaw.com
rajiv.kacholia@deshaw.com
rashid@deshaw.com
richard.mckinney@deshaw.com
richarst@deshaw.com
rocky.kurita@deshaw.com
romanot@deshaw.com
ross.levinsky@deshaw.com
ruba.khoury@deshaw.com
rueven@deshaw.com
rui.dong@deshaw.com
safal.durg@deshaw.com
salima.remtulla@deshaw.com
scott.henkin@deshaw.com
sean.harrington@deshaw.com
seilenberg@deshaw.com
sellersj@deshaw.com
seth.charnow@deshaw.com
shahk@deshaw.com
shi.nisman@deshaw.com
snedekeb@deshaw.com
sondra.vitols@deshaw.com
sosyurad@deshaw.com

**Company & Corresponding Email Addresses**

spenser@deshaw.com
srinivasan.sivasamy@deshaw.com
steinbaa@deshaw.com
stephen.bernier@deshaw.com
steve.eilenberg@deshaw.com
stewart.tanner@deshaw.com
stone.shi@deshaw.com
stone@deshaw.com
sunny.mehra@deshaw.com
swatland@deshaw.com
tanner.fahl@deshaw.com
ted.macdonald@deshaw.com
timothy.kleiman@deshaw.com
todd.huskinson@deshaw.com
toors@deshaw.com
trey.beck@deshaw.com
vaysburd@deshaw.com
vikram.modi@deshaw.com
virgy.quist@deshaw.com
vivek.shah@deshaw.com
weitznerd@deshaw.com
woleslagle@deshaw.com
wolfj@deshaw.com
wydena@deshaw.com
xuan.yong@deshaw.com
zhouj@deshaw.com

**desjardins**
alfred.pfeiffer@ccd.desjardins.com
**detecon**
joerg.kerler@detecon.com
rebecca.neuwirth@detecon.com
**detschepost**
sbroske@detschepost.de
**deutsche**
rbrown@deutsche.com
**deutschehypo**
griegerj@deutschehypo.de
hinzmanna@deutschehypo.de
rehfusa@deutschehypo.de
**deutsche-hypo**
christian.fischer@deutsche-hypo.de
frederick.serck@deutsche-hypo.de
simone.wilhelms@deutsche-hypo.de
thomas.staats@deutsche-hypo.de
thorsteinn.jonsson@deutsche-hypo.de
treasury@deutsche-hypo.de
**deutschepost**
f.appel@deutschepost.de
f.schuhbauer@deutschepost.de
h.brackmann@deutschepost.de
h.brakmann@deutschepost.de
k.engelaender@deutschepost.de
**deutscherring**
bernd.langen@deutscherring.de

**Company & Corresponding Email Addresses**

dr.helbing@deutscherring.de
martin.reisch@deutscherring.de

**devif**

achim.philippus@devif.de
andrea.boelinger@devif.de
annette.bierweiler@devif.de
bernd.karstedt@devif.de
boris.tschakowski@devif.de
carl.p.fox@devif.de
carsten.paura@devif.de
christine.mueller@devif.de
claus.wagner@devif.de
friedrich.prasser@devif.de
georg.kainhuber@devif.de
harald.moog@devif.de
hartmut.gogol@devif.de
heribert.fromm@devif.de
holger.jensen@devif.de
jens.gottsman@devif.de
juergen.hagedorn@devif.de
matthias.frey@devif.de
olaf.stotz@devif.de
roland.schmidt@devif.de
stephan.mueller@devif.de
stephan.sewelies@devif.de
sven.falkenhagen@devif.de
thomas.ruf@devif.de
thomas.schmiegel@devif.de
thorsten.albrecht@devif.de
uwe.buertel@devif.de

**devk**

alexander.stock@devk.de
bernd.zens@devk.de
gallus@devk.de

**deweysq**

amadsen@deweysq.com
jleslie@deweysq.com

**dexia**

aezra@dexia.com
alesandre.suzzoni@dexia.be
alex.bram@dexia.be
alex.vantuykom@dexia.be
annette.krause@dexia.de
antonella.michelino@dexia.com
antonino.patrone@dexia.be
arnold.sedlmayr@dexia.de
aurelie.ribeiro@dexia.com
axel.tavernier@dexia.be
bart.paredis@dexia.com
bart.vanderveken@dexia.be
bart.vanhaverbeke@dexia.be
benjamin.vierendeel@dexia.be
bernard.cappellari@dexia.be
bert.lemmens@dexia.be

**Company & Corresponding Email Addresses**

bruno.dedecker@dexia.be
catherine.hoenig@dexia.be
celine.deroux@dexia.com
celine.dosiere@dexia.be
cindy.kis-gado@dexia.com
claire.mahieux@dexia.com
claude.hertveldt@dexia.be
claude.njikam@dexia.be
cyrielle.peres@dexia.be
daria.iourtchenko@dexia.be
didier.corin@dexia.be
dieter.baelden@dexia.be
dirk.bruneel@dexia.com
dominique.manderlier@dexia.be
eckl@dexia.de
edouard.davaux@dexia.com
eric.decooman@dexia.be
erik.vandamme@dexia.be
filip.lambrechts@dexia.be
filip.saffer@dexia.be
frank.euvrard@dexia.com
frank.mertens@dexia.be
frank.persyn@dexia.be
frederic.vanderschueren@dexia.be
frederik.bourgeois@dexia.com
geert.gielens@dexia.be
geert.gv.vandenbroeck@dexia.be
geert.junius@dexia.be
gilles.fabri@dexia.com
gregory.chauviaux@dexia.com
guillaume.duthu@dexia.com
guy.busain@dexia.be
guy.raeves@dexia.be
guy.vandeneynde@dexia.be
guy.vandereecken@dexia.be
heidi.wynants@dexia.be
honore.kouam@dexia.com
inge.hofman@dexia.be
isabelle.rome@dexia.com
jacques.vandenbossche@dexia.be
jan.daems@dexia.be
jan.smedts@dexia.com
janina.groschupp@dexia.de
jean.plas@dexia.be
jean-francois.masure@dexia.be
joaobatista.crispinianogarcia@dexia.com
johan.blyweert@dexia.be
johan.evenepoel@dexia.com
johan.vankelecom@dexia.com
julie.noel@dexia.be
karl.thirion@dexia.be
koen.brouckaert@dexia.be
koen.ceulemans@dexia.be
koen.debelder@dexia.be

**Company & Corresponding Email Addresses**

koen.ghijs@dexia.com
kraemer@dexia.de
laurent.gilson@dexia.com
leen.verriest@dexia.be
luc.obbers@dexia.be
lucvan.reeth@dexia.be
ludovic.lanthier@dexia.be
lutgarde.maesfranckx@dexia.be
maarten.cleppe@dexia.be
malte.wurm@dexia.de
mariarosa.sciarratta@dexia.be
marina.cartondetournai@dexia.be
marius.post@dexia.be
mark.garofalo@dexia.be
martine.demets@dexia.be
mathieu.schmitz@dexia.com
merkel@dexia.de
michael.magermans@dexia.com
michel.speltens@dexia.be
nadege.dufosse@dexia.com
nadia.verbanck@dexia.be
nico.demuijnck@dexia.be
nicolas.simon@dexia.be
olivier.robin@dexia.com
ousmane.diouf@dexia.be
pascale.wera@dexia.be
patrick.vandenhoutte@dexia.be
paul.heyman@dexia.be
paul.tessens@dexia.be
paul.vangeert@dexia.be
paul.vrints@dexia.be
peter.audoore@dexia.be
peter.debaere@dexia.be
peter.depoorter@dexia.be
peter.geens@dexia.be
peter.luypaert@dexia.be
peter.ryckeboer@dexia.com
philip.tortelboom@dexia.be
philippe.bourgault@dexia.be
philippe.dehoux@dexia.com
philippe.ducos@dexia.com
raphael.verellen@dexia.be
regina.spierings@dexia.be
roger.pairoux@dexia.be
sebastien.compere@dexia.com
sebastien.gothier@dexia.com
serge.ivlef@dexia.be
serge.vandevelde@dexia.be
serge.vanhalme@dexia.be
sophie.lados@dexia.com
staf.deplecker@dexia.be
stephan.piron@dexia.be
stijn.huysentruyt@dexia.be
tanguy.devillenfagne@dexia.com

## Company & Corresponding Email Addresses

thomas.deprez@dexia.be
tim.rovekamp@dexia.be
valerie.vigin@dexia.be
vincent.aubras@dexia.be
vincent.sneyers@dexia.be
wilfried.wouters@dexia.de
yves.bavre@dexia.be
yvonne.sigrist@dexia.be

**dexia-am**

alain.debleecker@dexia-am.com
alain.peters@dexia-am.com
alexandre.banneux@dexia-am.com
alexandre.meyer@dexia-am.com
amir.bouyahi@dexia-am.com
andre-xavier.fougerat@dexia-am.com
anh.nguyen@dexia-am.com
anne-catherine.delaye@dexia-am.com
antoine.hamoir@dexia-am.com
arnaud.stenuit@dexia-am.com
aurelie.faure@dexia-am.com
bart.bc.claeys@dexia-am.com
bart.decock@dexia-am.com
bart.desaeger@dexia-am.com
bart.goosens@dexia-am.com
bavo.jacobs@dexia-am.com
bruno.vancrombrugge@dexia-am.com
caroline.detoyer@dexia-am.com
caroline.detroyer@dexia-am.com
catherine.danse@dexia-am.com
cecile.bernaux@dexia-am.com
christian.sole@dexia-am.com
christian.somers@dexia-am.com
christophe.agopian@dexia-am.com
christophe.comoy@dexia-am.com
clara.franse@dexia-am.com
claude.steegmann@dexia-am.com
daniele.barthelemy@dexia-am.com
denis.servaes@dexia-am.com
denis.vallier@dexia-am.com
didier.depireux@dexia-am.com
dorian.jacob@dexia-am.com
dries.janssens@dexia-am.com
edouard.petitcollot@dexia-am.com
emmanuel.vanderelst@dexia-am.com
eric.domergue@dexia-am.com
erwin.dewinter@dexia-am.com
eveline.van.de.velde@dexia-am.com
fabien.dersy@dexia-am.com
fabrice.cuchet@dexia-am.com
fabrice.lombardo@dexia-am.com
filip.corten@dexia-am.com
fixedincome.be@dexia-am.com
freddy.desquenne@dexia-am.com
freddy.susanto@dexia-am.com

**Company & Corresponding Email Addresses**

frederic.devalkeneer@dexia-am.com
frederique.bette@dexia-am.com
gabriel.andraos@dexia-am.com
gaetan.herinckx@dexia-am.com
genevieve.hamende@dexia-am.com
geoffrey.therville@dexia-am.com
geoffroy.goenen@dexia-am.com
georges.farre@dexia-am.com
gert.demaeyer@dexia-am.com
gregoire.delouche@dexia-am.com
helena.clijsters@dexia-am.com
helpdesk.be@dexia-am.com
herve.dejonghe@dexia-am.com
hm.tranchimand@dexia-am.com
inge.anno@dexia-am.com
ivo.de.bondt@dexia-am.com
ivo.dierick@dexia-am.com
jacques.sterck@dexia-am.com
jan.boudewijns@dexia-am.com
jean-yves.dumont@dexia-am.com
jehanne.dewalque@dexia-am.com
jessica.younes@dexia-am.com
joelle.harb@dexia-am.com
johan.reybroeck@dexia-am.com
johan.vanderbiest@dexia-am.com
jonathan.dalle@dexia-am.com
koen.popleu@dexia-am.com
koen.vandemaele@dexia-am.com
kris.temmerman@dexia-am.com
laurent.chebanier@dexia-am.com
laurent.fobe@dexia-am.com
laurent.zeimes@dexia-am.com
lisbeth.peeters@dexia-am.com
luc.dhooge@dexia-am.com
luigi.pignatelli@dexia-am.com
magali.matagne@dexia-am.com
marc.bolle@dexia-am.com
marc.truyts@dexia-am.com
marcel.vanschelvergem@dexia-am.com
myriam.guervin@dexia-am.com
nabil.ouajjane@dexia-am.com
nicolas.cleris@dexia-am.com
nicolas.cremieux@dexia-am.com
nicolas.rutsaert@dexia-am.com
olivier.baccam@dexia-am.com
olivier.genest@dexia-am.com
olivier.streichenberger@dexia-am.com
pascal.dequenne@dexia-am.com
pascal.mathieu@dexia-am.com
patrice.gensse@dexia-am.com
patrick.vandenhaute@dexia-am.com
patrick.zeenni@dexia-am.com
philippe.hijazin@dexia-am.com
philippe.noyard@dexia-am.com

**Company & Corresponding Email Addresses**

philippe.screve@dexia-am.com
pierre.carotti@dexia-am.com
pierre.lamboray@dexia-am.com
remy.ferraretto@dexia-am.com
rene.clerix@dexia-am.com
roman.demeyer@dexia-am.com
rudi.vandeneynde@dexia-am.com
rudy.vermeersch@dexia-am.com
sabine.depauw@dexia-am.com
sandy.issanchou@dexia-am.com
sebastien.baltzer@dexia-am.com
serge.monseu@dexia-am.com
sophie.elkrief@dexia-am.com
stephane.parent@dexia-am.com
steve.philips@dexia-am.com
sven.craeynest@dexia-am.com
sylvain.debus@dexia-am.com
tanguy.cornet@dexia-am.com
thibaut.rutsaert@dexia-am.com
thiery.borstlap@dexia-am.com
vincent.baron@dexia-am.com
wajihjoseph.accary@dexia-am.com
wim.vanhyfte@dexia-am.com
wim.vermeir@dexia-am.com
xavier.robinson@dexia-am.com
yvan.staelens@dexia-am.com
yves.roquet@dexia-am.com
yvonne.ahn@dexia-am.com
zouheir.bentamarout@dexia-am.com

**dexia-bil**

alex.hornung@dexia-bil.com
andre.lecoq@dexia-bil.com
bruno.biordi@dexia-bil.com
cherif.boumedine@dexia-bil.com
christian.schmitz@dexia-bil.com
christian.vogel@dexia-bil.com
christophe.agopian@dexia-bil.com
david.widart@dexia-bil.com
eric.huyberechts@dexia-bil.com
franck.luxembourger@dexia-bil.com
gaetan.laroche@dexia-bil.com
georges.ganuchaud@dexia-bil.com
goran.maelfeyt@dexia-bil.com
guy.gd.delandsheer@dexia-bil.com
jacques.reich@dexia-bil.com
jean-charles.grezault@dexia-bil.com
jette.holm.jensen@dexia-bil.com
joseph.hensen@dexia-bil.com
karin.lambotte@dexia-bil.com
kelly.kong@dexia-bil.com
klaus.michaelsen@dexia-bil.com
liyen.quek@dexia-bil.com
louis.macalli@dexia-bil.com
luc.dondelinger@dexia-bil.com

**Company & Corresponding Email Addresses**
mauro.russo@dexia-bil.com
michele.merk@dexia-bil.com
nello.monacelli@dexia-bil.com
ntoudi.mouyelo@dexia-bil.com
olivier.habay@dexia-bil.com
patricia.knapp@dexia-bil.com
patrick.casters@dexia-bil.com
philippe.devaujuas-langan@dexia-bil.com
philippe.malteste@dexia-bil.com
ralph.diseviscourt@dexia-bil.com
raphael.daune@dexia-bil.com
raphael.eber@dexia-bil.com
roland.schaus@dexia-bil.com
sakari.saro@dexia-bil.com
sarah.kern@dexia-bil.com
serge.fournier@dexia-bil.com
serge.sv.vandevelde@dexia-bil.com
serge.vandevelde@dexia-bil.com
simon.hauxwell@dexia-bil.com
stephane.sc.capette@dexia-bil.com
tino.spina@dexia-bil.com
veronique.dimaria@dexia-bil.com
william.desmet@dexia-bil.com
wolfgang.stemper@dexia-bil.com

**dexia-bill**
michel.delatullaye@dexia-bill.com

**dexia-crediop**
bertrand.chassereau@dexia-crediop.it
claudia.pieroni@dexia-crediop.it
daniele.albarin@dexia-crediop.it
david.tintinago@dexia-crediop.it
grazia.gulluni@dexia-crediop.it
isabella.marani@dexia-crediop.it
maurizio.razze@dexia-crediop.it
raffaella.piva@dexia-crediop.it
roberta.romaldi@dexia-crediop.it
samir.belarbi@dexia-crediop.it
stefano.catalano@dexia-crediop.it

**dexiafr-dexia**
muriel.bonnet@dexiafr-dexia.com

**dexiam**
aymeric.forest@dexiam.lu
christian@dexiam.lu

**dexiamfr-dexia**
christian.serre@dexiamfr-dexia.com
gilles.frisch@dexiamfr-dexia.com
highyield@dexiamfr-dexia.com
jean.nicolet@dexiamfr-dexia.com
manuel.prenant@dexiamfr-dexia.com
nagi.nasr@dexiamfr-dexia.com
naim.abou-jaoud@dexiamfr-dexia.com
nicolas.gomart@dexiamfr-dexia.com
sophie.ellkrief@dexiamfr-dexia.com
stephan.bruch@dexiamfr-dexia.com

## Company & Corresponding Email Addresses

thomas.combarel@dexiamfr-dexia.com

**dexia-pf**

ludo.schockaert@dexia-pf.ch

**dexia-us**

laurence.pauly@dexia-us.com
olivier.causse@dexia-us.com
smagnan@dexia-us.com
tom.ceusters@dexia-us.com

**dexint-dexia**

pascal.becker@dexint-dexia.com

**dfafunds**

akbar.ali@dfafunds.com
apu@dfafunds.com
blake.tatsuta@dfafunds.com
carl.snyder@dfafunds.com
christian.gunther@dfafunds.com
daniel.ong@dfafunds.com
dave.plecha@dfafunds.com
david.booth@dfafunds.com
david.salisbury@dfafunds.com
eduardo.repetto@dfafunds.com
erhan.oktay@dfafunds.com
evan.pan@dfafunds.com
gerard.oreilly@dfafunds.com
grady.smith@dfafunds.com
henry.gray@dfafunds.com
jed.fogdall@dfafunds.com
joe.kolerich@dfafunds.com
joseph.chi@dfafunds.com
kevin.hight@dfafunds.com
matthew.fuentes@dfafunds.com
michael.scardina@dfafunds.com
paul.wise@dfafunds.com
rex.sinquefield@dfafunds.com
rob.fezekas@dfafunds.com
ryan.wiley@dfafunds.com
steve.clark@dfafunds.com
sue.enay@dfafunds.com
wazhma.noorzayee@dfafunds.com

**dfait-maeci**

zahir.lalani@dfait-maeci.gc.ca

**dfs**

jeffriesc@dfs.state.fl.us
mccaskillm@dfs.state.fl.us

**dgbank**

astrid_fiebiger@dgbank.de
fgrunow@dgbank.de
heiko_goetz@dgbank.de
helen_jones@dgbank.de
jens_linder@dgbank.de
joerg_huber@dgbank.de
jose_de_leon@dgbank.de
ralfthomas_decker@dgbank.de
reiner.hauenstein@dgbank.de

**Company & Corresponding Email Addresses**

**dgbank-dip**
lars.carlsen@dgbank-dip.de
michael.siebertz@dgbank-dip.de
mueller.michael@dgbank-dip.de
peter.sziklai@dgbank-dip.de

**dg-g**
delder@dg-g.com
gguard@dg-g.com
scrank@dg-g.com

**dghyp**
andreas.jantzen@dghyp.de
anja.klockow@dghyp.de
bjoern.schwarten@dghyp.de
christian.buelau@dghyp.de
christian.scherf@dghyp.de
christian.voss@dghyp.de
dagmar.kugler@dghyp.de
dirk.brandes@dghyp.de
dorthe.petersen@dghyp.de
erik.wallenius@dghyp.de
frank.stoefer@dghyp.de
friedrich.piaskowski@dghyp.de
harald.buchholz@dghyp.de
heinz.jaeger@dghyp.de
henning.eckhof@dghyp.de
jens.meyer@dghyp.de
joachim.gielens@dghyp.de
kerstin.ohle@dghyp.de
kevin.oconnell@dghyp.de
kolwja.alexander.zimmer@dghyp.de
marco.gluehmann@dghyp.de
marian.klemm@dghyp.de
mark.pries@dghyp.de
markus.bolder@dghyp.de
michael.sohler@dghyp.de
nicola.rieger@dghyp.de
nicole.john@dghyp.de
patrick.ernst@dghyp.de
rainer.sievers@dghyp.de
roland.barz@dghyp.de
sabine.rahn@dghyp.de
thorben.sangkuhl@dghyp.de
ute.wriedt@dghyp.de
werner.langmaak@dghyp.de
winfried.kolln@dghyp.de

**dgpanagora**
gerald.roessel@dgpanagora.de
norman.lins@dgpanagora.de
ralf.flad@dgpanagora.de

**dgpatr**
francisco.ramalho@dgpatr.pt

**dgzbank**
andreas.bamberg@dgzbank.de
axel.rosenberger@dgzbank.de

## Company & Corresponding Email Addresses

hans-albert.eberhard@dgzbank.de
joachim.fuelber@dgzbank.de
kurt.pongratz@dgzbank.de
marco.poerschke@dgzbank.de
werner.diekoetter@dgzbank.de

### dgz-dekabank

armin.schueler@dgz-dekabank.de
beate.doerschmidt@dgz-dekabank.de
beatrix.poth@dgz-dekabank.de
chrisofer.rathke@dgz-dekabank.de
dieter.sewing@dgz-dekabank.de
nicole.kalb@dgz-dekabank.de

### dhbbank

a.sag@dhbbank.com
i.cetiner@dhbbank.com
l.rd@dhbbank.com

### dhja

bob@dhja.com
bsimon@dhja.com
curtrohrman@dhja.com
cwoodruff@dhja.com
daniel@dhja.com
ggarcia@dhja.com
jlohman@dhja.com
nholt@dhja.com
nrodriquez@dhja.com
rd@dhja.com

### dia-lease

tmurao@dia-lease.co.jp

### diam

hiramine@diam.co.jp
laurent.goffinet@diam.be

### dib

benoit.dereme@dib.be

### dicksteinlp

dang@dicksteinlp.com
jeff@dicksteinlp.com

### diethniki

dpapaioan@diethniki.nbg.gr
gsatlas@diethniki.nbg.gr
pathanas@diethniki.nbg.gr

### dillonread

alan.leiderman@dillonread.com
amit.sippy@dillonread.com
balazs.foldvari@dillonread.com
bret.sherak@dillonread.com
brian.cohane@dillonread.com
charles.lerner@dillonread.com
christopher.ng@dillonread.com
collette.dow@dillonread.com
damian.dwan@dillonread.com
edward.berman@dillonread.com
jamie.matlack@dillonread.com
jeffrey.ross@dillonread.com

## Company & Corresponding Email Addresses

john.costas@dillonread.com
john.deacon@dillonread.com
john.niblo@dillonread.com
mary.davis@dillonread.com
michael.hutchins@dillonread.com
michael.malan@dillonread.com
rachel.barnard@dillonread.com
richard.homan@dillonread.com
rishi.bali@dillonread.com
robert.carpenter@dillonread.com
roberto.davola@dillonread.com
sandra.chow@dillonread.com
sean.lawler@dillonread.com
stefan.tsonev@dillonread.com
steven.bulko@dillonread.com
todd.meadow@dillonread.com
yi.shi@dillonread.com

### dime

darasj@dime.com
paternok@dime.com
schmidtk@dime.com
slumpr@dime.com
tayyarif@dime.com
yehy@dime.com

### dimensional

alex.yaftali@dimensional.com
darren.white@dimensional.com
iwona.cholewa@dimensional.com
john.surridge@dimensional.com.au
joseph.chi@dimensional.com
peter.dillard@dimensional.com
pnoble@dimensional.com
stephen.hughes@dimensional.com

### disbank

alper.kara@disbank.com.tr
burak.iyigun@disbank.com.tr
goker.orhan@disbank.com.tr
guldal.secener@disbank.com.tr
haluk.burumcekci@disbank.com.tr
kemal.keskin@disbank.com.tr
tayfun.bayazit@disbank.com.tr

### discountbank

avi.kweller@discountbank.co.il
avishay.bardayan@discountbank.co.
avner.hoffenbratel@discountbank.co.il
ethan.etzioni@discountbank.co.il
fxmm@discountbank.co.il
fxmm@discountbank.net
hagit.feldman@discountbank.co.il
inon.dafni@discountbank.co.il
intidb@discountbank.co.il
intidb@discountbank.net
michael.rabinowitz@discountbank.co.il
nadia.davison@discountbank.co.il

**Company & Corresponding Email Addresses**

ron.bedny@discountbank.co.il
tsairi.kobi@discountbank.co.il

**disney**

bonnie.liu@disney.com
carina.coleman@disney.com
david.a.fernandez@disney.com
david.fields@disney.com
gina.parizek@disney.com
gregory.belzer@disney.com
helene.dina@disney.com
jayesh.shah@disney.com
jennifer.jue@disney.com
kevin.riley@disney.com
lowell.singer@disney.com
marc.e.goldberg@disney.com
michael.i.young@disney.com
mitch.polon@disney.com
paul.meier@disney.com
peter.murphy@disney.com
tamara.benefield@disney.com
teresa.kastl@disney.com
tracy.lum@disney.com

**dit**

alexander.birmili@dit.de
andrea.rockermeier@dit.de
andreas.anschperger@dit.de
andreas.kotzem@dit.de
anne.barker@dit.de
annick.santerre@dit.de
baerbel.roczinski@dit.de
belinda.peltz@dit.de
benedikt.henne@dit.de
chrisitne.hock@dit.de
christian.amplatz@dit.de
christian.drevenstedt@dit.de
christian.sperschneider@dit.de
cinzia.pedrotti@dit.de
cornelia.hahner@dit.de
cornelia.mimietz@dit.de
daniel.ziegler@dit.de
david.finger@dit.de
dietricht@dit.de
dirk.friedrich@dit.de
ekaterina.svetlova@dit.de
elisabeth.worsching@dit.de
elke.tillmann@dit.de
eric.barthalon@dit.de
eva.kleeberg@dit.de
frank.eckhardt@dit.de
frank.vanselow@dit.de
franz.hoebel@dit.de
frederic.merz@dit.de
gerrit.meder@dit.de
gondesen@dit.de

## Company & Corresponding Email Addresses

hajnalka.gaal@dit.de
hans-christian.juergensen@dit.de
heike.gregorzewski@dit.de
heike.otten@dit.de
heiko.schnitgerhans@dit.de
henrik.buescher@dit.de
herold.rohweder@dit.de
ina.meyer@dit.de
ines.moeller@dit.de
ines.raessler@dit.de
ingolf.starke@dit.de
jan.wiessner@dit.de
jan-willelm.verhulst@dit.de
jasmin.weg@dit.de
jens.bernhardt@dit.de
jens.deidersen@dit.de
joachim.preusker@dit.de
juergen.jann@dit.de
kai-uwe.pohl@dit.de
karl-hermann.hammel@dit.de
karsten.blumenthal@dit.de
karsten.niemann@dit.de
kathrin.stoess@dit.de
kerstin.landau@dit.de
klaus.mehling@dit.de
malgorzata.piekarska@dit.de
marcus.stahlhacke@dit.de
marianne.heidt@dit.de
martin.lonsdorfer@dit.de
matthias.kerling@dit.de
matthias.rueffer@dit.de
michael.heldmann@dit.de
michael.knies@dit.de
michael.neppert@dit.de
michael.seyda@dit.de
monika.schnatterer@dit.de
norbert.kaldun@dit.de
oberdorf@dit.de
peter.kraus@dit.de
peter.lang@dit.de
peter.mueller@dit.de
pierfranco.malpenga@dit.de
rainer.scharf@dit.de
rainer.tafelmayer@dit.de
ralf.euler@dit.de
ralph.hessler@dit.de
roberto.izzo@dit.de
rudi.fechter@dit.de
schmidth@dit.de
solveig.stroeer@dit.de
stefan.kloss@dit.de
stefan.nixel@dit.de
stefan.raetzer@dit.de
stefan.schandert@dit.de

**Company & Corresponding Email Addresses**

susanne.mauss@dit.de
tanja.schnepp@dit.de
thomas.stephan@dit.de
thomas.zimmerer@dit.de
tobias.kohls@dit.de
tobias.windecker@dit.de
udo.reimann@dit.de
ulrich.katz@dit.de
ulrike.katheder@dit.de
volker.beck@dit.de
wilda.oberacker@dit.de
wilhelm.gold@dit.de
wilhelm.schorn@dit.de
wolfgang.puetz@dit.de

**divinv**

bcary@divinv.net
dharoz@divinv.net
dseahorn@divinv.net
gklingler@divinv.net
jberk@divinv.net
jgivens@divinv.net
jlevan@divinv.net
jwbalsley@divinv.net
kchrisman@divinv.net
lalderman@divinv.net
mchristy@divinv.net
mconnelly@divinv.net
mleong@divinv.net
mmajure@divinv.net
mmattke@divinv.net
mwolfersberger@divinv.net
nboedy@divinv.net
rbatiste@divinv.net
skakar@divinv.net
skinsey@divinv.net
squarello@divinv.net
ssimpson@divinv.net
swiedemann@divinv.net
thorkan@divinv.net
tpowers@divinv.net
wfeng@divinv.net

**divinvest**

adamsj@divinvest.com

**dixons**

david.lloyd-seed@dixons.co.uk
giles.newell@dixons.co.uk
jeremy.darroch@dixons.co.uk
lesley.smith@dixons.co.uk
matthew.hurn@dixons.co.uk

**dkb**

apanteli@dkb.com
brian.schneider@dkb.com
kyoshikawa@dkb.com
ltien@dkb.com

## Company & Corresponding Email Addresses

pmgt@dkb.ch
rwolinsky@dkb.com

### dkib

alexander.vavalidis@dkib.com
alison.cairns-scott@dkib.com
christof-werner.anstett@dkib.com
edward.selby@dkib.com
elena.dion@dkib.com
james.moi@dkib.com
julian.moore@dkib.com
karl.hamilton@dkib.com
ken.fan@dkib.com
leago.papo@dkib.com
lee.ropelato@dkib.com
mark.andryeyev@dkib.com
michael.coats@dkib.com
michael.summerhayes@dkib.com
nick.watterson@dkib.com
olivier.staub@dkib.com
omar.dessouky@dkib.com
philip.jamison@dkib.com
richard.springate@dkib.com
robert.boelstler@dkib.com
robert.costello@dkib.com
sabine.otto@dkib.com
tanya.lincevski@dkib.com
zubair.ghouse@dkib.com

### dkpartners

abillings@dkpartners.com
adonohoe@dkpartners.com
asawtell@dkpartners.com
astearns@dkpartners.com
asuslavich@dkpartners.com
awatson@dkpartners.com
cbastable@dkpartners.com
ccantalupo@dkpartners.com
cgex@dkpartners.com
ckrishanthan@dkpartners.com
clee@dkpartners.com
cmcgrath@dkpartners.com
dcurtiss@dkpartners.com
dsheets@dkpartners.com
ecooper@dkpartners.com
farratia@dkpartners.com
gbalasingam@dkpartners.com
icapriello@dkpartners.com
idelevska@dkpartners.com
jhirschtritt@dkpartners.com
jlanktree@dkpartners.com
jmorris@dkpartners.com
jschimmer@dkpartners.com
jwachter@dkpartners.com
kbiobaku@dkpartners.com
mbergen@dkpartners.com

## Company & Corresponding Email Addresses

mherzog@dkpartners.com
minsel@dkpartners.com
mlevine@dkpartners.com
msodergren@dkpartners.com
nyalamanchi@dkpartners.com
rwong@dkpartners.com
scalidas@dkpartners.com
skincaid@dkpartners.com
svogel@dkpartners.com
tjaron@dkpartners.com
tkempner@dkpartners.com
tyoseloff@dkpartners.com
yblechner@dkpartners.com
ygrill@dkpartners.com
zgozali@dkpartners.com

### dkpostel
gpostel@dkpostel.com

### dkrw
mark.pettit@dkrw.com
tim.smollen@dkrw.com

### dlb
christian.deiters@dlb.de

### dlbabson
aberman@dlbabson.com
acompton@dlbabson.com
adjang@dlbabson.com
alampert@dlbabson.com
bhettinger@dlbabson.com
bjefferis@dlbabson.com
bkim@dlbabson.com
bstanforth@dlbabson.com
bstgeorge@dlbabson.com
btoth@dlbabson.com
cchichirau@dlbabson.com
davidwells@dlbabson.com
dechevarria@dlbabson.com
djnorton@dlbabson.com
dsujat@dlbabson.com
dyaworsky@dlbabson.com
etai@dlbabson.com
gemanuel@dlbabson.com
jbirchall@dlbabson.com
jkeller@dlbabson.com
jmaurer@dlbabson.com
jnolan@dlbabson.com
jstelwagon@dlbabson.com
jtaillie@dlbabson.com
kcollier@dlbabson.com
kfife@dlbabson.com
kkraez@dlbabson.com
lgrant@dlbabson.com
lzepke@dlbabson.com
mastone@dlbabson.com
menglish@dlbabson.com

**Company & Corresponding Email Addresses**

mgalaydh@dlbabson.com
mhays@dlbabson.com
mkibbe@dlbabson.com
mkim@dlbabson.com
mlaw@dlbabson.com
msylvestri@dlbabson.com
pdias@dlbabson.com
plenkeit@dlbabson.com
rabel@dlbabson.com
rcrandall@dlbabson.com
rdesaultels@dlbabson.com
rdesautels@dlbabson.com
rfeingold@dlbabson.com
rkapur@dlbabson.com
rlittle@dlbabson.com
rlyons@dlbabson.com
rmckeever@dlbabson.com
rmorrison@dlbabson.com
rroberge@dlbabson.com
rsingh2@dlbabson.com
rspencer@dlbabson.com
sblouin@dlbabson.com
sfeeley@dlbabson.com
sgaston@dlbabson.com
slibera@dlbabson.com
sroth@dlbabson.com
sstaggs@dlbabson.com
sstecher@dlbabson.com
svilarindo@dlbabson.com
tbolduc@dlbabson.com
tfinke@dlbabson.com
tkelley@dlbabson.com
tpshea@dlbabson.com
tvien@dlbabson.com
vshinsky@dlbabson.com
wdwyer@dlbabson.com
zperry@dlbabson.com

**dlfi**
asalgado@dlfi.com
rick-waldis@dlfi.com
trish-delaney@dlfi.com

**dlgpartners**
xavier.gudefin@dlgpartners.com

**dlh**
andrea.heinen@dlh.de
bernhard.wiezorek@dlh.de
hamhedging.mt@dlh.de
karin.trautwein@dlh.de
markus.ott@dlh.de
martin.kirchner@dlh.de
matthias.detjen@dlh.de
neil.moyes@dlh.de
peter.czichowski@dlh.de
peter.lennartz@dlh.de

## Company & Corresponding Email Addresses

ralph.link@dlh.de
torsten.kohrs@dlh.de
vicente.alava-pons@dlh.de
walter.gehl@dlh.de
walter.schmitz-cording@dlh.de

### dlj
epetillo@dlj.com
jcallen@dlj.com
jfevola@dlj.com
mminogue@dlj.com

### dlusa
admin@dlusa.com
akari@dlusa.com
fujimaru@dlusa.com
hmatsumoto@dlusa.com
ishii@dlusa.com
kawasaki@dlusa.com
nishio@dlusa.com
numata@dlusa.com
owada@dlusa.com
soraoka@dlusa.com
tatsuno@dlusa.com
tsato@dlusa.com
yinoue@dlusa.com
yoriko@dlusa.com

### dmba
brianis@dmba.com
shakak@dmba.com

### dmgt
nick.jennings@dmgt.co.uk
peter.williams@dmgt.co.uk

### d-m-r
kevinbilyard@d-m-r.co.uk

### dmtc
mike@dmtc.com

### dmw
fredrik.altman@dmw.de

### dn
ando_takashi@dn.smbc.co.jp
aoki_yoshifumi@dn.smbc.co.jp
aoyama_satoshi@dn.smbc.co.jp
fujii_makoto@dn.smbc.co.jp
fujinaga_masashi@dn.smbc.co.jp
fujiwara_nobutomo@dn.smbc.co.jp
gotou_gen@dn.smbc.co.jp
gotou_kenichirou@dn.smbc.co.jp
iguchi_fumio@dn.smbc.co.jp
imanari_akira@dn.smbc.co.jp
inoue_kazuo@dn.smbc.co.jp
inoue_tsutomu@dn.smbc.co.jp
ishikawa_hirofumi@dn.smbc.co.jp
jinbo_shuhei@dn.smbc.co.jp
koyanagi_yoshifumi@dn.smbc.co.jp
kubo_tetsuya@dn.smbc.co.jp

## Company & Corresponding Email Addresses

miyagaki_naoya@dn.smbc.co.jp
miyamoto_akiho@dn.smbc.co.jp
morioka_ryo@dn.smbc.co.jp
nagata_koichi@dn.smbc.co.jp
nakahara_kenji@dn.smbc.co.jp
nakajima_masashige@dn.smbc.co.jp
ochiai_koji@dn.smbc.co.jp
oka_ryoichiro@dn.smbc.co.jp
oka_toshifumi@dn.smbc.co.jp
okubo_satoshi@dn.smbc.co.jp
ouchiyama_atsushi@dn.smbc.co.jp
saeki_hiroaki@dn.smbc.co.jp
sasai_masaki@dn.smbc.co.jp
sasaki_akira@dn.smbc.co.jp
sasaki_toyofumi@dn.smbc.co.jp
shibata_kouji@dn.smbc.co.jp
shimodoi_toshihide@dn.smbc.co.jp
sugawara_masaki@dn.smbc.co.jp
taguchi_takayuki@dn.smbc.co.jp
tamura_masayuki@dn.smbc.co.jp
tamura_taishi@dn.smbc.co.jp
tani_kazunobu@dn.smbc.co.jp
todoroki_yoshitaka@dn.smbc.co.jp
tomura_shigetaka@dn.smbc.co.jp
yamamoto_taro@dn.smbc.co.jp

### dnb

anders.ahl@dnb.se
anders.ekberg@dnb.se
angel.olofson@dnb.se
anna.nordin@dnb.se
b.t.jansen@dnb.nl
berge.ofstad@dnb.no
berit.henrickson@dnb.no
brian.hesbrouk@dnb.no
c.m.n.pieterse@dnb.nl
c.p.m.van.oorschot@dnb.nl
carolineafugglas@dnb.se
christer.kack@dnb.se
d.ottens@dnb.nl
dag.lindskog@dnb.se
e.a.verhoef@dnb.nl
e.w.lindeijer@dnb.nl
elaine.christiansen@dnb.no
erik.brakke@dnb.no
erik.sjostrom@dnb.se
erik.sylvertsen@dnb.no
fm.fixedincome.dollar@dnb.nl
fm.forecast@dnb.nl
fredrik.hedstrom@dnb.se
gaute.eie@dnb.no
gunnar.blix@dnb.se
gunnar.dahlfors@dnb.se
h.g.schokker@dnb.nl
h.h.j.van.der.hoorn@dnb.nl

## Company & Corresponding Email Addresses

h.jager@dnb.nl
hans.gannestad@dnb.no
hans.johnsson@dnb.se
i.r.y.van.herpt@dnb.nl
j.e.berndsen@dnb.nl
j.m.thoolen@dnb.nl
j.meesters@dnb.nl
jan.kolstad@dnb.no
jann.molnes@dnb.no
jeanette.hauff@dnb.se
jeremy.brown@dnb.no
joakim.oskarsson@dnb.se
k.a.van.dijkhuizen@dnb.nl
k.j.van.paddenburg@dnb.nl
knut-arne.alsaker@dnb.se
lars.lovgren@dnb.se
lars.sundberg@dnb.se
lena.ober@dnb.se
lena.oberg@dnb.se
m.a.schrijvers@dnb.nl
m.l.hezemans@dnb.nl
magnus.froblom@dnb.se
magnus.karlsson@dnb.se
marcus.wiberg@dnb.se
mattias.thollin@dnb.se
morten.kreutz@dnb.no
narve.bjordal@dnb.no
niklas.hoglund@dnb.se
nikolai.nashamkin@dnb.no
nils.gunnar.brattlie@dnb.no
p.j.buijs@dnb.nl
per.h.brinch@dnb.no
per.liljestrand@dnb.se
r.c.coppes@dnb.nl
r.pauli@dnb.nl
r.vermeulen@dnb.nl
rickard.warnelid@dnb.se
rune.talberg@dnb.no
stefan.kopperud@dnb.se
stefan.lundbergh@dnb.se
steinulf.literud@dnb.no
sveinivar.mossige@dnb.no
t.m.de.bie@dnb.nl
torbjorn.hamnmark@dnb.se
torbjorn.segerstedt@dnb.se
tord.andersson@dnb.se
torgeir.storo@dnb.no
trygve.young@dnb.no
v.j.ter.morsche@dnb.nl
w.elsenburg@dnb.nl
w.th.a.van.veen@dnb.nl
william.barlow@dnb.se

## dnb4you

kcollins@dnb4you.com

**Company & Corresponding Email Addresses**

**dnbnor**

abhishek.thepade@dnbnor.com
alexander.kleiven@dnbnor.no
andrea.croner@dnbnor.com
bard.sm.johannessen@dnbnor.com
benjaman.werber@dnbnor.com
benjamin.werber@dnbnor.com
bente.hoem@dnbnor.no
berit.henriksen@dnbnor.no
bjorn.borander@dnbnor.no
bjorn.kvarnskog@dnbnor.com
christer.westberg@dnbnor.com
christian.ramm@dnbnor.no
dag.linskog@dnbnor.no
daniel.dahlin@dnbnor.com
david.demartino@dnbnor.com
david.martino@dnbnor.com
filip.boman@dnbnor.com
fredrik.martenson@dnbnor.com
fredrik.oberg@dnbnor.com
gary.twell@dnbnor.no
geir.bergvoll@dnbnor.no
goran.wall@dnbnor.com
hans-martin.presterud@dnbnor.no
helge.forfang@dnbnor.no
henrik.asland@dnbnor.no
henrik.johansson@dnbnor.com
jan.ivar.klausen@dnbnor.no
jan.vennemo@dnbnor.no
joachim.skorge@dnbnor.no
johan.erikson@dnbnor.se
johan.garmann@dnbnor.no
john.vonheim@dnbnor.no
kalapi.darmeci@dnbnor.no
kenneth.hage@dnbnor.no
kristofer.lind@dnbnor.com
lars.kristian.feste@dnbnor.no
larserik.aarstad@dnbnor.no
magnus.harju@dnbnor.com
marten.lindeborg@dnbnor.com
matthew.bloch@dnbnor.no
maud.ljungqvist@dnbnor.com
mikael.persson@dnbnor.com
morten.madsen@dnbnor.no
nicholas.salbu@dnbnor.no
niklas.lundquist@dnbnor.com
olav.bo@dnbnor.no
olav.gunnes@dnbnor.no
oystein.dorum@dnbnor.no
pablo.bernengo@dnbnor.com
patrik.rundin@dnbnor.com
patrik.safvenblad@dnbnor.com
paul.klinkert@dnbnor.com
peter.vonsivers@dnbnor.com

**Company & Corresponding Email Addresses**

phil.kurpiewski@dnbnor.no
reidar.bolme@dnbnor.no
rolf.palmer@dnbnor.no
rolfnagel.dahl@dnbnor.no
siew.hoon.ong@dnbnor.no
stefan.andersson@dnbnor.com
stefan.asbrink@dnbnor.com
stian.solberg@dnbnor.no
svein.aage.aanes@dnbnor.no
sven.elowson@dnbnor.com
thomas.mckeon@dnbnor.com
thomas.tangen@dnbnor.no
tom.olsson@dnbnor.com
truls.nergaard@dnbnor.no
vibeke.pentzen@dnbnor.no

**dnd**

anders.v.johansson@dnd.se

**do**

austin.hong@do.treas.gov
brian.roseboro@do.treas.gov
cm.ludwick@do.treas.gov
everett.reveley@do.treas.gov
fred.pietrangeli@do.treas.gov
garret.overlock@do.treas.gov
jasper.hoek@do.treas.gov
jeff.huther@do.treas.gov
jill.cetina@do.treas.gov
kathleen.byrne@do.treas.gov
marketroom@do.treas.gov
michael.schetzel@do.treas.gov
mojgan.jian@do.treas.gov
my.caohuy@do.treas.gov
nathan.struemph@do.treas.gov
neel.kashkari@do.treas.gov
rob.hill@do.treas.gov
seth.wheeler@do.treas.gov
steve.berardi@do.treas.gov
tim.dulaney@do.treas.gov

**dodgeandcox**

acf@dodgeandcox.com
agg@dodgeandcox.com
ahc@dodgeandcox.com
ahs@dodgeandcox.com
ajb@dodgeandcox.com
aln@dodgeandcox.com
ap@dodgeandcox.com
asr@dodgeandcox.com
ay@dodgeandcox.com
bjh@dodgeandcox.com
cbc@dodgeandcox.com
cfp@dodgeandcox.com
cvq@dodgeandcox.com
dch@dodgeandcox.com
dfc@dodgeandcox.com

**Company & Corresponding Email Addresses**

dme@dodgeandcox.com
dss@dodgeandcox.com
dtb@dodgeandcox.com
ejt@dodgeandcox.com
esp@dodgeandcox.com
etb@dodgeandcox.com
grs@dodgeandcox.com
hmw@dodgeandcox.com
hrh@dodgeandcox.com
jag@dodgeandcox.com
jbj@dodgeandcox.com
jhd@dodgeandcox.com
jjs@dodgeandcox.com
jni@dodgeandcox.com
jpm@dodgeandcox.com
jrb@dodgeandcox.com
jrm@dodgeandcox.com
jtb@dodgeandcox.com
jty@dodgeandcox.com
kdj@dodgeandcox.com
keo@dodgeandcox.com
ker@dodgeandcox.com
kf@dodgeandcox.com
kgm@dodgeandcox.com
kh@dodgeandcox.com
khd@dodgeandcox.com
km@dodgeandcox.com
kmw@dodgeandcox.com
kof@dodgeandcox.com
ky@dodgeandcox.com
lab@dodgeandcox.com
lai@dodgeandcox.com
lap@dodgeandcox.com
lkc@dodgeandcox.com
lmr@dodgeandcox.com
lsb@dodgeandcox.com
mas@dodgeandcox.com
maz@dodgeandcox.com
mcd@dodgeandcox.com
mk@dodgeandcox.com
mlc@dodgeandcox.com
mmt@dodgeandcox.com
mni@dodgeandcox.com
ms@dodgeandcox.com
nco@dodgeandcox.com
nla@dodgeandcox.com
nmr@dodgeandcox.com
nvl@dodgeandcox.com
op@dodgeandcox.com
pb@dodgeandcox.com
pbm@dodgeandcox.com
pcl@dodgeandcox.com
ps@dodgeandcox.com
rak@dodgeandcox.com

**Company & Corresponding Email Addresses**

rgk@dodgeandcox.com
rjm@dodgeandcox.com
rsy@dodgeandcox.com
rtc@dodgeandcox.com
scv@dodgeandcox.com
sdc@dodgeandcox.com
shc@dodgeandcox.com
sjn@dodgeandcox.com
srn@dodgeandcox.com
sss@dodgeandcox.com
tmm@dodgeandcox.com
tms@dodgeandcox.com
tp@dodgeandcox.com
tsd@dodgeandcox.com
tvl@dodgeandcox.com
twp@dodgeandcox.com
tya@dodgeandcox.com
wwb@dodgeandcox.com
xxx@dodgeandcox.com
yg@dodgeandcox.com

**dohabank**
dkothari@dohabank.com.qa
rmoukarim@dohabank.com.qa
sathyamurthy@dohabank.com.sg
snbandara@dohabank.com.qa

**doil**
jsullivan@doil.com

**doley**
crobert@doley.com

**dol-fin**
jwhalen@dol-fin.com

**dollarbank**
bbrubaker@dollarbank.com
dsjoberg902@dollarbank.com

**dom**
dale_e_hinson@dom.com
donald_w_borneman@dom.com
james_carney@dom.com
rhonda_boggs@dom.com

**domcap**
jjt@domcap.com
kap49@domcap.com

**dominickanddominick**
egelman@dominickanddominick.com
elee@dominickanddominick.com
jperry@dominickanddominick.com
lmasi@dominickanddominick.com
mcampbell@dominickanddominick.com

**dominickandominick**
kmckay@dominickandominick.com

**domres**
hallw@domres.com
robertsonl@domres.com
wilsonp@domres.com

## Company & Corresponding Email Addresses

**donau-bank**
m.kiknadze@donau-bank.at

**donner**
a.gussmann@donner.de
b.ronfeld@donner.de
d.hupfer@donner.de
h.leifeld@donner.de
r.oehr@donner.de

**donotsend**
noemail@donotsend.com

**dow**
afarre@dow.com
agokcen@dow.com
bebruce@dow.com
bpwentworth@dow.com
bschmid@dow.com
cfloristan@dow.com
ckay@dow.com
ckendall@dow.com
ckli@dow.com
dfrey@dow.com
drwisniewski@dow.com
ebmartins@dow.com
egil@dow.com
flopez@dow.com
gng@dow.com
gvandrunen@dow.com
jcschmidt@dow.com
jfrisch@dow.com
jhaan@dow.com
kvanheel@dow.com
lcsiemen@dow.com
malanbay@dow.com
mmartinezelecea@dow.com
msato@dow.com
msun@dow.com
mwalker@dow.com
nwillemsen@dow.com
pablosilveri@dow.com
psmanchiraju@dow.com
pstafford@dow.com
ramachr@dow.com
rgthompson@dow.com
rmsparling@dow.com
rremijsen@dow.com
rsteijn@dow.com
schawla@dow.com
smausolf@dow.com
spriante@dow.com
tarnaud@dow.com
thaug@dow.com
utorresan@dow.com
vpitt@dow.com
vricci@dow.com

## Company & Corresponding Email Addresses

vroane@dow.com
vshaw@dow.com
wpcho@dow.com

### dowcorning

brad.sauve@dowcorning.com
h.szafranski@dowcorning.com
j.tobin@dowcorning.com
karen.clapp@dowcorning.com
marcus.worsley@dowcorning.com

### downeysavings

bcote@downeysavings.com
drosenthal@downeysavings.com
fmcgill@downeysavings.com
jjui@downeysavings.com
ronross@downeysavings.com
tprince@downeysavings.com

### dpbank

hejg@dpbank.dk
holt@dpbank.dk
mbor@dpbank.dk
most@dpbank.dk
tbo@dpbank.dk

### dpfs

c.kool@dpfs.nl
h.vanginneken@dpfs.nl
h.vanneerbos@dpfs.nl
i.valke@dpfs.nl
jw.baan@dpfs.nl
l.ravensbergen@dpfs.nl
m.wu@dpfs.nl
n.vanwonderen@dpfs.nl
p.bleeker@dpfs.nl
s.demaar@dpfs.nl

### dpg

jobelius@dpg.de

### dpimc

alan_meder@dpimc.com
brian_vandermeulen@dpimc.com
brooks_beittel@dpimc.com
connie_luecke@dpimc.com
dan_petrisko@dpimc.com
dave.krause@dpimc.com
deborah_jansen@dpimc.com
eden_levinson@dpimc.com
eric_elvekrog@dpimc.com
eric_vetsch@dpimc.com
frank_haggerty@dpimc.com
geoffrey_dybas@dpimc.com
joyolin_brown@dpimc.com
kelly_bruner@dpimc.com
krishna_soma@dpimc.com
mark_porrell@dpimc.com
michael_schatt@dpimc.com
nathan_partain@dpimc.com

**Company & Corresponding Email Addresses**

peg_fritz@dpimc.com
randle_smith@dpimc.com
ron.she@dpimc.com
shalini_sharma@dpimc.com
suzanne.karpick@dpimc.com
teresa_poyner@dpimc.com
thomas_lefebvre@dpimc.com
tim_fitzgerald@dpimc.com

**dpmmellon**

abp@dpmmellon.com

**dpsk12**

al_thomas@dpsk12.org
gary_ratliff@dpsk12.org

**dptco**

david@dptco.net

**dqe**

jim_d_mitchell@dlc.dqe.com

**dqwest**

info@dqwest.com

**dr**

b.b.dijkman@dr.utc.rabobank.com
h.dijkstra@dr.utc.rabobank.com
r.muller@dr.utc.rabobank.com

**dreamwiz**

hsjunghs@dreamwiz.com
ibeeseo@dreamwiz.com

**dresdner**

jbeaudou@dresdner.com
jthieme@dresdner.com
kovachs@dresdner.com
mslentz@dresdner.com
w.lambert@dresdner.com

**dresdner-bank**

alan.harley@dresdner-bank.com
andre.sadowsky@dresdner-bank.com
andrea.herz@dresdner-bank.com
andreas.bode@dresdner-bank.lu
andreas.riedel@dresdner-bank.ch
andreas.ritter2@dresdner-bank.com
andreas.wex@dresdner-bank.com
anika.mueller@dresdner-bank.com
antonio.fananas-ramiro@dresdner-bank.ch
armin.frehsner@dresdner-bank.ch
armin.kurt@dresdner-bank.lu
arnaud.deplasse@dresdner-bank.com
beat.jakob@dresdner-bank.ch
bjoern.esser@dresdner-bank.com
bjoern.grob@dresdner-bank.ch
chris-oliver.schickentanz@dresdner-bank.com
christa.graber@dresdner-bank.ch
christa.pletscher@dresdner-bank.ch
christian.fraipont@dresdner-bank.ch
donat.wild@dresdner-bank.ch
fabian.herzog@dresdner-bank.ch

**Company & Corresponding Email Addresses**

falk.jesse@dresdner-bank.com
frank.waldhaus@dresdner-bank.com
frank.willmann@dresdner-bank.com
franz.zlamal@dresdner-bank.com
gerd.haeusler@dresdner-bank.com
hans-peter.kolb@dresdner-bank.com
helge.lange@dresdner-bank.com
herbert.berger@dresdner-bank.de
holger.basler@dresdner-bank.com
jochen.moeller@dresdner-bank.lu
joerg.krollmann@dresdner-bank.com
joern.heidrich@dresdner-bank.com
joern.lange@dresdner-bank.com
johann.gaber@dresdner-bank.com
josefine.tuppeck@dresdner-bank.com
juergen.borcherdt@dresdner-bank.com
juergen.jh.huber@dresdner-bank.com
juergen.thode@dresdner-bank.com
karl.grutschnig@dresdner-bank.com
karsten.eberle@dresdner-bank.com
katharina.hock@dresdner-bank.lu
klaus.tappolet@dresdner-bank.ch
luigi.pescia@dresdner-bank.ch
marianne.kuster@dresdner-bank.ch
mark.waldmann@dresdner-bank.com
martin.hartmann@dresdner-bank.com
michael.burg@dresdner-bank.lu
michael.cloth@dresdner-bank.com
michael.daniel@dresdner-bank.lu
michael.hofmann@dresdner-bank.com
michael.korn@dresdner-bank.com
michael.mw.wolf@dresdner-bank.com
nigel.tyler@dresdner-bank.com
patrick.berset@dresdner-bank.ch
paul.clarke@dresdner-bank.com
peter.bossart@dresdner-bank.ch
peter.koerndl@dresdner-bank.com
peter.lugauer@dresdner-bank.com
peter.reese@dresdner-bank.com
peter.wilhelm@dresdner-bank.com
reto.buehler@dresdner-bank.ch
reto.buesser@dresdner-bank.ch
robert.mori@dresdner-bank.ch
roberto.prizzi@dresdner-bank.ch
roland.oehler@dresdner-bank.ch
rolf.krahe@dresdner-bank.com
rolf.piepenburg@dresdner-bank.com
ruediger.weber@dresdner-bank.com
sabine.hubler-guy@dresdner-bank.ch
stefan.brunn@dresdner-bank.com
stefan.hintermann@dresdner-bank.ch
stefan.hirter@dresdner-bank.ch
stefan.schoeppner@dresdner-bank.com
stefan.schoppner@dresdner-bank.com

**Company & Corresponding Email Addresses**

stefan.wick@dresdner-bank.ch
steffen.tolzien@dresdner-bank.com
stephen.lomas@dresdner-bank.com
sven.luebs@dresdner-bank.com
thibault.deletraz@dresdner-bank.ch
thomas.hanzel@dresdner-bank.com
thomas.koller@dresdner-bank.com
thomas.langer@dresdner-bank.lu
thomas.liskamm@dresdner-bank.com
thomas.mittag@dresdner-bank.com
thomas.schultz@dresdner-bank.lu
thomas.weckemann@dresdner-bank.ch
uwe.trackmann@dresdner-bank.com
uwe.treckmann@dresdner-bank.com
uwe.truppel@dresdner-bank.lu
volker.kempf@dresdner-bank.com
volker.korella@dresdner-bank.com
volker.schupp@dresdner-bank.com

**dresdnerkb**

paul.freeman@dresdnerkb.com
sciresearch@dresdnerkb.com
tim.skeet@dresdnerkb.com

**dresdnerkleinwort**

ana.quaas@dresdnerkleinwort.com
michael.english@dresdnerkleinwort.com
michael.popkin@dresdnerkleinwort.com
richard.bertoni@dresdnerkleinwort.com

**dresdnerrcm**

brian.urey@dresdnerrcm.com
david.hollis@dresdnerrcm.co.uk
jack.bernard@dresdnerrcm.com
linda.beck@dresdnerrcm.com
marianne.o@dresdnerrcm.com
randolph.chapman@dresdnerrcm.com
steve.kim@dresdnerrcm.com
wang.rosa@dresdnerrcm.com.hk

**dreyfus**

awadella.c@dreyfus.com
browne.wh@dreyfus.com
canter.se@dreyfus.com
chris.knipe@dreyfus.com
darcy.jp@dreyfus.com
demicco.me@dreyfus.com
deonarain.r@dreyfus.com
diane.poulos@dreyfus.com
disdier.p@dreyfus.com
doria.r@dreyfus.com
friedman.jf@dreyfus.com
geser.lh@dreyfus.com
gillespie.ka@dreyfus.com
gurry.rn@dreyfus.com
hoey.rb@dreyfus.com
hopkins.ta@dreyfus.com
irace.ja@dreyfus.com

**Company & Corresponding Email Addresses**

jeisenstadt@dreyfus.com
keriotis.cf@dreyfus.com
ko.wk@dreyfus.com
leong.km@dreyfus.com
livesay.m@dreyfus.com
maher.z@dreyfus.com
marsch.a@dreyfus.com
meehan.c@dreyfus.com
meyers.a@dreyfus.com
mike.mckieghan@dreyfus.com
mixon.ja@dreyfus.com
mojica.be@dreyfus.com
moses.ck@dreyfus.com
moynihan.r@dreyfus.com
nguyen.k@dreyfus.com
noble.jp@dreyfus.com
oconnor.j@dreyfus.com
oh.a@dreyfus.com
olivero.jc@dreyfus.com
pantalena.p@dreyfus.com
petty.mw@dreyfus.com
piez.j@dreyfus.com
platt.es@dreyfus.com
purdy.t@dreyfus.com
ramos.dd@dreyfus.com
rees.e@dreyfus.com
rking@dreyfus.com
ron.chapman@dreyfus.com
ruskin.jp@dreyfus.com
sattaye.gc@dreyfus.com
shipman.se@dreyfus.com
shkreli.g@dreyfus.com
slover.e@dreyfus.com
smaltz@dreyfus.com
sprauer.s@dreyfus.com
thunelius.j@dreyfus.com
tom.riordan@dreyfus.com
vasiliou.b@dreyfus.com
wieboldt.ms@dreyfus.com

**dreyfusbank**

alexis.blum@dreyfusbank.ch
francescantonio.candio@dreyfusbank.ch
pascal.brasey@dreyfusbank.ch
thierry.bloch@dreyfusbank.ch

**drkw**

adam.berry@drkw.com
alexander.schaefer@drkw.com
amer.abbasi@drkw.com
anthony.toscano@drkw.com
ashley.klein@drkw.com
bertrand.pinel@drkw.com
brendan.ruddle@drkw.com
bryan.seyfried@drkw.com
chris.parry@drkw.com

**Company & Corresponding Email Addresses**

christian.iveson@drkw.com
christoph.geck-schlich@drkw.com
christoph.schon@drkw.com
coshea@drkw.com
craig.schiffer@drkw.com
curt.beaudouin@drkw.com
dana.nason@drkw.com
darren.morton@drkw.com
david.goldenberg@drkw.com
dean.light@drkw.com
dirk.deboeck@drkw.com
eleanor.weille@drkw.com
femi.adewale@drkw.com
gauthier.ferret@drkw.com
geoffrey.prent@drkw.com
giulio.beretti@drkw.com
grant.saunders@drkw.com
gunther.kruse@drkw.com
henrik.adam@drkw.com
holger.genuneit@drkw.com
holly.cook@drkw.com
jacques.lucciani@drkw.com
james.gallagher@drkw.com
jan.muench@drkw.com
jay.schreyer@drkw.com
jimmy.poh@drkw.com
joel.stainton@drkw.com
johannes.winkler@drkw.com
john.cinelli@drkw.com
jorge.larangeira@drkw.com
joyce.manalo@drkw.com
julian.marks@drkw.com
kelly.staines@drkw.com
kenny.klein@drkw.com
kevin.bridger@drkw.com
kevin.mclaughlin@drkw.com
kevin.norris@drkw.com
kguest@drkw.com
kris.desmedt@drkw.com
kurt.jarnagin@drkw.com
laurent.chardon@drkw.com
leland.abrams@drkw.com
lissa.szymonowicz@drkw.com
loren.remetta@drkw.com
mandy.lehto@drkw.com
markus.schulz@drkw.com
martha.hamel@drkw.com
mauricio.reyes@drkw.com
michael.cyrus@drkw.com
michael.leffler@drkw.com
michael.neumann@drkw.com
neal.karnovsky@drkw.com
nicolas.hernout@drkw.com
oliver.crame@drkw.com

## Company & Corresponding Email Addresses

paul.collard@drkw.com
paul.devilleneuve@drkw.com
paul.newmark@drkw.com
paul.smith2@drkw.com
pedro.porfirio@drkw.com
peter.miller@drkw.com
peter.o'sullivan@drkw.com
peter.rouhi@drkw.com
philippe.rousseau@drkw.com
pk.sinha@drkw.com
richard.huston@drkw.com
robert.boyd@drkw.com
robert.noveski@drkw.com
ronnie.dick@drkw.com
rsweeney@drkw.com
ryan.fitzsimon@drkw.com
sarah.christian@drkw.com
sascha.gaurilavas@drkw.com
sean.park@drkw.com
serena.tiong@drkw.com
serge.blommaert@drkw.com
shadi.shahin@drkw.com
stefan.ullrich@drkw.com
stefan.wetterlin@drkw.com
stephan.schimberg@drkw.com
steven.cassidy@drkw.com
stuart.clarke@drkw.com
stuart.moon@drkw.com
sylvia.beck@drkw.com
thomas.brady@drkw.com
thorsten.ruelle@drkw.com
tom.johannessen@drkw.com
tyron.eng@drkw.com
ulrich.gerza@drkw.com
volker.honisch@drkw.com
william.fish@drkw.com

### dryden

roger.a.richards@dryden.com
tom.williams@dryden.com

### dsaco

adavis@dsaco.com
aourusoff@dsaco.com
ccavanaugh@dsaco.com
cfriedlander@dsaco.com
chris@dsaco.com
cking@dsaco.com
ctucker@dsaco.com
dblazin@dsaco.com
dgoei@dsaco.com
dkle@dsaco.com
dneenan@dsaco.com
dprozes@dsaco.com
fkunik@dsaco.com
jchen@dsaco.com

**Company & Corresponding Email Addresses**

jchung@dsaco.com
jdetmer@dsaco.com
jdriscoll@dsaco.com
jgutierrez@dsaco.com
jperez@dsaco.com
jsinger@dsaco.com
jtesta@dsaco.com
jvoss@dsaco.com
kcharles@dsaco.com
kfeinberg@dsaco.com
kronstadt@dsaco.com
kryan@dsaco.com
ksabol@dsaco.com
ldiehl@dsaco.com
llaux@dsaco.com
lrana@dsaco.com
mbowen@dsaco.com
mchellis@dsaco.com
mparker@dsaco.com
mwhite@dsaco.com
pcrosbie@dsaco.com
rwright@dsaco.com
schen@dsaco.com
shelby@dsaco.com
smarkowitz@dsaco.com
smercado@dsaco.com
smoon@dsaco.com
sralff@dsaco.com
theysse@dsaco.com
tl@dsaco.com
tpouschine@dsaco.com
wlawlor@dsaco.com

**dsbiusa**
m_haggerty@dsbiusa.net

**ds-fr**
juliette_laquerriere@ds-fr.com

**dsgiplc**
naomi.payne@dsgiplc.com

**dsiim**
george.rooney@dsiim.com
takanori.oki@dsiim.com
takaomi.fujiwara@dsiim.com

**dsl-bank**
frank.haering@dsl-bank.de
monika.dahlmeyer@dsl-bank.de

**dsm**
ad.sleeuwen-van@dsm.com
daniel.rijs@dsm.com
ewout.gillissen@dsm.com
geert.nijssen@dsm.com
johan.mendels@dsm.com
monique.rooij-van@dsm.com
nick.nifterick-van@dsm.com
nico.rieske@dsm.com

**Company & Corresponding Email Addresses**

raymond-r.smeets@dsm.com
roy.koolen@dsm.com

**dsquaretrading**
damian@dsquaretrading.com

**dta**
bjoern.faulmann@dta.de

**dubaiic**
marc.foss@dubaiic.com

**dubuquebank**
dhorstmann@dubuquebank.com
kgrant@dubuquebank.com
mlink@dubuquebank.com
sreicks@dubuquebank.com
tpeckosh@dubuquebank.com
wcallahan@dubuquebank.com

**duesshyp**
andreas.wodara@duesshyp.de
arnold.sedlmayr@duesshyp.de
christoph.schulte-kemper@duesshyp.de
friedrich.munsberg@duesshyp.de
goetz.richter@duesshyp.de
herbert.weimer@duesshyp.de
joerg.linda@duesshyp.de
markus.rose@duesshyp.de
michael.kosche@duesshyp.de

**duke_energy**
cbmcdonough@duke_energy.com

**dukecap**
hazelton@dukecap.co.uk

**duke-energy**
fjfowler@duke-energy.com
ktmatthews@duke-energy.com
sbecht@duke-energy.com
smtrabucco@duke-energy.com
twhasket@duke-energy.com
wjmaniscalco@duke-energy.com

**dukestreetcapital**
horne@dukestreetcapital.com
mathieson@dukestreetcapital.com

**dumac**
ahall@dumac.duke.edu
bmanchen@dumac.duke.edu
cwilson@dumac.duke.edu
mcorigliano@dumac.duke.edu
ntriplett@dumac.duke.edu

**dummy**
jfenn@dummy.com

**duncanw**
atooley@duncanw.com
d_clanton@duncanw.com
mdriscoll@duncanw.com
ragnelli@duncanw.com

**duomo**
abattista@duomo.it

## Company & Corresponding Email Addresses

**dupont**

a.mistras@usa.dupont.com
aaron.j.wilson@usa.dupont.com
andrew.l.royle@usa.dupont.com
barbara.b.harkins@usa.dupont.com
beth.m.lowe@usa.dupont.com
bi-zhen.lai@usa.dupont.com
brett.f.sumsion@usa.dupont.com
c.perrone@usa.dupont.com
carmen.g.gigliotti@usa.dupont.com
charlotte.murphy@usa.dupont.com
chris.watson@usa.dupont.com
dan.collins@usa.dupont.com
dan.e.weber@usa.dupont.com
daniel.a.moore@usa.dupont.com
daniel.m.petruzzi@usa.dupont.com
daryl.b.brown-1@usa.dupont.com
david.a.kline@usa.dupont.com
david.k.osberg@usa.dupont.com
david.m.bruns@usa.dupont.com
david.w.julier@usa.dupont.com
donald.j.pepin@usa.dupont.com
douglas.w.henderson@usa.dupont.com
erica.beswick@usa.dupont.com
erik.e.zipf@usa.dupont.com
gerald.chopard@che.dupont.com
harris.r.arch@usa.dupont.com
holly.a.lissner@usa.dupont.com
howard.f.searing@usa.dupont.com
janet.a.bushick@usa.dupont.com
jessie.pang@sgp.dupont.com
john.m.scukas@usa.dupont.com
jordan.d.culp@usa.dupont.com
joseph.b.tully@usa.dupont.com
juncai.yang@usa.dupont.com
karlis.r.ulmanis@usa.dupont.com
kathy.weaver@usa.dupont.com
kenneth.j.carey@usa.dupont.com
kenneth.j.libert@usa.dupont.com
kevin.g.goodwin@usa.dupont.com
kevin.m.fogarty@usa.dupont.com
kimberly.k.kwak@usa.dupont.com
kraig.s.struglia@usa.dupont.com
kris.kowal@usa.dupont.com
latanya.savage@usa.dupont.com
luis.a.rivera-hopkins@usa.dupont.com
maneesh.jain@usa.dupont.com
margaret.e.moore@usa.dupont.com
marianne.e.stratton@usa.dupont.com
mark.e.fischer@usa.dupont.com
matthew.considine@usa.dupont.com
michael.t.campbell@usa.dupont.com
michael.t.moughan@usa.dupont.com
mshao@usa.dupont.com

**Company & Corresponding Email Addresses**

murat.korkmaz@usa.dupont.com
nikki.a.snyder@usa.dupont.com
nimrit.k.kang@usa.dupont.com
patrick.a.tucci@usa.dupont.com
patrick.r.whalen@usa.dupont.com
paul.a.lloyd@usa.dupont.com
paul.sakaguchi@usa.dupont.com
r.fedorak@usa.dupont.com
rafi.u.zaman@usa.dupont.com
rajesh.shrivastava@usa.dupont.com
raoul.h.rayos@usa.dupont.com
richard.k.driscoll@usa.dupont.com
robert.adriaanse@usa.dupont.com
robert.pari@usa.dupont.com
robin.p.sachs@usa.dupont.com
sahiba.chadha@usa.dupont.com
sandra.l.yeager@usa.dupont.com
stephanie.h.decrevecoeur@usa.dupont.com
steven.m.wilson@usa.dupont.com
stuart.r.davies@usa.dupont.com
ted.hu@usa.dupont.com
valerie.j.sill@usa.dupont.com
wendy.s.wyatt@usa.dupont.com
weston.t.dinsel@usa.dupont.com
xun.sun@usa.dupont.com
yong.zhu@usa.dupont.com

**dupree-funds**
mdragoo@dupree-funds.com

**duqlight**
dbordo@duqlight.com
jmilligan@duqlight.com
mkaplan@duqlight.com
mwebler@duqlight.com

**dussel-hypo**
bleikerm@dussel-hypo.de
fietzp@dussel-hypo.de

**dvbbank**
alex.legler@dvbbank.com
sylvie.morvan@dvbbank.com

**dws**
adam.choragwicki@dws.com
alan.crutchett@dws.de
alexander.banik@dws.com
alexander.cotar@dws.de
alexander.horn@dws.com
alexander.kuppler@dws.de
andrea.ueberschaer@dws.de
andreas.feick@dws.com
andreas.roemer@dws.com
ansgar.klatte@dws.com
antje.lechner@dws.com
asoka.woehrmann@dws.de
axel.scheithauer@dws.com
aye.mader@dws.de

**Company & Corresponding Email Addresses**

barbara.rega@dws.de
bernhard.zahel@dws.com
bettina-x.mueller@dws.de
bianka.arens@dws.com
birgit.haas@dws.de
bjoern.pietsch@dws.de
carmen.weber@dws.de
caroline.hammes@dws.com
carsten.weins@dws.com
christian.schoeppe@dws.com
christian.ullrich@dws.com
christiane.hinkelmann@dws.com
christof.richter@dws.com
christoph.ohme@dws.com
claus.meyer-cording@dws.de
dalibor.jarnevic@dws.com
daniel.endrikat@dws.de
daniel.kramer@dws.com
edward.wijnveen@dws.com
elmar.zurek@dws.de
eugen.minkin@dws.de
fabrice.bay@dws.com
falk.solbrig@dws.com
ferdinand.verweyen@dws.de
frederic.fayolle@dws.de
gerhard.seifried@dws.de
grace.giselle@dws.de
guenter.graw@dws.com
hansjoerg.pack@dws.de
harm.carstens@dws.com
heike.fornefett@dws.de
heinz-wilhelm.fesser@dws.de
helmut.kiener@dws.com
henning.gebhardt@dws.de
holger.kindsgrab@dws.com
huey.peuttman@dws.de
irmgard.soeder@dws.de
jan.viebig@dws.de
jan-erik.schulien@dws.de
jens.lindhout@dws.de
jerry.steiinger@dws.de
joachim.spehr@dws.de
joern.wasmund@dws.de
johannes.mueller@dws.de
juan.barriobero@dws.com
juergen.nott@dws.de
julia.klein@dws.com
karsten.witte@dws.com
katharina.seiler@dws.com
klaus.hahn@dws.com
klaus.kaldemorgen@dws.de
klaus.oster@dws.com
klaus-p.schmitz@dws.de
kyle.kloc@dws.de

## Company & Corresponding Email Addresses

lars.ziehn@dws.com
leif.bjurstroem@dws.de
lilian.haag@dws.de
marc.boettinger@dws.com
marc.kersten@dws.de
marc-alexander.kniess@dws.de
marco.cortes-borgmeyer@dws.com
maren.pesarini@dws.de
marita.barth@dws.com
maritta.kanerva@dws.com
markus.hammes@dws.de
markus.kohlenbach@dws.de
markus.peil@dws.com
markus.wiedemann@dws.de
martin.marinov@dws.com
maryline.jarnoux-sorin@dws.com
matthias.hanske@dws.com
michael.altinzoglou@dws.com
michael.boehm@dws.com
michael.frankenstein@dws.com
michael.koschatzki@dws.com
michael.liller@dws.com
michael.sieghart@dws.de
michael-a.richter@dws.com
monika.roeske@dws.de
nancy.herring@dws.de
nektarios.kessidis@dws.com
nicolas.huber@dws.de
nicoletta.carlomagno@dws.com
niklas.seifert@dws.com
nikolaus.poehlmann@dws.de
nina.knecht@dws.de
nina.ruethel@dws.de
noushin.irani@dws.de
odeniyaz.dzhaparov@dws.com
oliver.dutt@dws.com
oliver.eichmann@dws.de
patrick.nese@dws.de
peter.walburg@dws.de
peter-a.steffen@dws.com
philipp.brugger@dws.com
pierre.martin@dws.de
pierre.saulnier@dws.com
raik.hoffmann@dws.de
rainer.vermehren@dws.de
ralf.rybarczyk@dws.com
ralf.schreyer@dws.de
ralph.roelke@dws.de
robert.kalin@dws.de
robert.wachtel@dws.de
roman.swaton@dws.com
sabine.fruehn@dws.de
sebastian.kahlfeld@dws.de
silke.herrmann@dws.de

## Company & Corresponding Email Addresses

silke.kettermann@dws.com
stefan.heinzerling@dws.com
stefan.kreuzkamp@dws.com
stefan.muth@dws.de
stephan.werner@dws.de
steve.duncan@dws.de
sui-ping.yuen@dws.com
susann.moldenhauer@dws.com
thomas.gerhardt@dws.com
thomas-p.schuessler@dws.de
thorsten.engelmann@dws.com
tim.freuer-junghans@dws.com
torsten.beer@dws.com
tsenov.nikolai@dws.de
udo.rosendahl@dws.de
ulrich.willeitner@dws.de
valerie.schroeter@dws.com
volker.dosch@dws.com
walter.holick@dws.com
werner.eppacher@dws.com
xueming.song@dws.de

### dydro
alf.alviniussen@hfi.dydro.com

### dynexcapital
benedetti@dynexcapital.com
brockwell@dynexcapital.com
nilson@dynexcapital.com
parrish@dynexcapital.com
werner@dynexcapital.com

### dzbank
aikkiong.yeo@dzbank.de
alan.canavan@dzbank.ie
albrecht.hartmann@dzbank.de
alexander.schaefer@dzbank.de
alexander.von.gilsa@dzbank.de
andrea.aiello@dzbank.de
andreas.neugebauer@dzbank.de
andreas.urban@dzbank.de
anke.pelz-michel@dzbank.de
annette.mueller@dzbank.de
armin.kalisch@dzbank.de
arno.wenzel@dzbank.de
arnold.fohler@dzbank.de
arnold.lim@dzbank.de
axel.gerling@dzbank.de
axel.thomas@dzbank.de
barbara.schulz@dzbank.de
beatrice.lamour@dzbank.de
belina.dreessen@dzbank.de
benjamin.yeo@dzbank.com.sg
bernd.hillingshaeuser@dzbank.de
bernd.rohleder@dzbank.de
bernhard.panzenell@dzbank.de
bernhard.ritzdorf@dzbank.de

**Company & Corresponding Email Addresses**

bettina.rosenberger@dzbank.de
birgit.figge@dzbank.de
bodo.gauer@dzbank.de
boris.saborrosch@dzbank.de
carl.amendola@dzbank.de
carsten.boehm@dzbank.de
celeste.kearney@dzbank.ie
christian.berger@dzbank.de
christian.calkosz@dzbank.de
christian.englert@dzbank.de
christian.klocke@dzbank.de
christian.wilfing@dzbank.de
christoph.alenfeld@dzbank.de
christoph.poth@dzbank.de
christopher.schumann@dzbank.de
corinna.droese@dzbank.de
credit@dzbank.ie
dagmar.mueller@dzbank.de
david.dijorio@dzbank.de
detlef.giebe@dzbank.de
detlev.peters@dzbank.de
dieter.veith@dzbank.de
dieter_joetten@dzbank.de
dietmar.sticksel@dzbank.de
dimitri.gorochowski@dzbank.de
dirk.busch@dzbank.de
dirk.gradehand@dzbank.de
dirk.nonnenmacher@dzbank.de
dominic.stupp@dzbank.de
eckhard.arndt@dzbank.de
elizabeth.boilson@dzbank.ie
enda.mulry@dzbank.ie
erik.wredenhagen@dzbank.de
eugen.weinberg@dzbank.de
fabian.straub@dzbank.de
florian.greiner@dzbank.de
frank.cerveny@dzbank.de
frank.menn@dzbank.de
frank.otto@dzbank.de
frankie.mcgann@dzbank.ie
gabor.poberschin@dzbank.de
gabor.vogel@dzbank.de
gabriele.wirth@dzbank.de
gerhard.schmidt@dzbank.de
gernot.zang@dzbank.de
gottfried.finken@dzbank.de
grace.ng@dzbank.com.sg
hans.dahringer@dzbank.de
hans-peter.leisten@dzbank.de
harmut.schuz@dzbank.de
heiko.klebing@dzbank.de
heinz.bauer@dzbank.de
heinz.hilgert@dzbank.de
heinz-juergen.wohlgemuth@dzbank.de

**Company & Corresponding Email Addresses**

helmut.krebber@dzbank.de
hendrik.pfiester@dzbank.de
holger.kahlert@dzbank.de
holger.schad@dzbank.de
hongwai.ma@dzbank.de
igor.zizic@dzbank.de
ingo.holzwarth@dzbank.de
jeff.lenamon@dzbank.de
jeffrey.baun@dzbank.de
jochen.breiltgens@dzbank.de
jochen.dannemann@dzbank.de
john.odonnell@dzbank.ie
juergen.becker@dzbank.de
juergen.scharnowske@dzbank.de
juergen.seifert@dzbank.de
kai.poerschke@dzbank.de
kai-oliver.brand@dzbank.de
katja.neubecker@dzbank.de
klaus.sandner@dzbank.de
klaus.schollenberger@dzbank.de
knut.kuehnhausen@dzbank.de
lars.hille@dzbank.de
loki.zanini@dzbank.de
luke.heatley@dzbank.de
mahmood.jumabhoy@dzbank.de
manja.sammler@dzbank.de
marc.kraemer@dzbank.de
marco.marzejewski@dzbank.de
maren.keul@dzbank.de
markus.mohrenweiser@dzbank.de
martin.finger@dzbank.de
martin.grzonka@dzbank.de
martin.kober@dzbank.de
martin.kuebler@dzbank.de
martin.smith@dzbank.de
martin.wehling@dzbank.com.sg
martin.ziese@dzbank.de
mathias.metzger@dzbank.de
matthias.kinttof@dzbank.de
matthias.wolf@dzbank.de
michael.eckert@dzbank.de
michael.menrad@dzbank.de
michael.schneider@dzbank.de
michaela.notz@dzbank.de
mirco.hoffmann@dzbank.de
nicole.winkler@dzbank.de
nicole.zorn@dzbank.de
nikolas.tsioullis@dzbank.de
norah.mccann@dzbank.de
oezcan.dalmis@dzbank.de
oliver.deutscher@dzbank.de
oliver.hildenbrand@dzbank.de
oliver.stiekel@dzbank.de
patrick.humm@dzbank.de

**Company & Corresponding Email Addresses**

paul.fitzpatrick@dzbank.de
peter.janata@dzbank.de
peter.van.der.mespel@dzbank.de
peter.wrzodek@dzbank.de
phil.jobbins@dzbank.de
phillip.ingram@dzbank.de
rainer.bunz@dzbank.de
rainer.gutacker@dzbank.de
ralf.engel@dzbank.de
ralfthomas_decker@dzbank.de
ralph.ockert@dzbank.de
renate.schoenhoff@dzbank.de
robert.fish@dzbank.de
robin.schink@dzbank.de
roland.schaardt@dzbank.de
ross.atkinson@dzbank.com.sg
sandra.haase@dzbank.de
sandra.strauss@dzbank.de
sascha.zetzsche@dzbank.de
sebastian.bachmann@dzbank.de
sibylle.zinser@dzbank.de
simon.buckley@dzbank.de
sonja.zoellner@dzbank.de
sonja.zoellner@dzbank.ie
stefan.pohl@dzbank.de
stefan.reck@dzbank.de
stefan.schiesser@dzbank.de
stefanie.binder@dzbank.de
steffen.beier@dzbank.de
steffen.trippel@dzbank.de
stephan.schroeter@dzbank.de
sven.rissmueller@dzbank.de
ted.killilea@dzbank.de
teoman.kaplan@dzbank.de
thomas.emmert@dzbank.de
thomas.kaltwasser@dzbank.de
thomas.kettern@dzbank.de
thomas.kollath@dzbank.de
thomas.ridder@dzbank.de
thomas.schreiner@dzbank.de
thomas.schumbert@dzbank.de
thorben.luethge@dzbank.de
tina.stumpf@dzbank.de
tobias.beck@dzbank.de
tom.grogan@dzbank.ie
tom.oelrich@dzbank.de
torsten.seifert@dzbank.de
ulrich.walter@dzbank.de
uwe.flach@dzbank.de
viktoria.keuter@dzbank.de
vladimir.cilli@dzbank.ie
walter.windecker@dzbank.de
wojtek.lipinski@dzbank.de
wolfgang.henrichs@dzbank.de

**Company & Corresponding Email Addresses**

wolfgang.kirsch@dzbank.de
wolfgang.theis@dzbank.de

**dzbank-cee**

gyorgy.kovacs@dzbank-cee.com

**dzi**

andreas.junk@dzi.lu
arne.stracke@dzi.lu
dennis.bach@dzi.lu
frank.tueffers@dzi.lu
markus.clemens@dzi.lu
thomas.gehlen@dzi.lu

**e**

e-mail@e.mail
ueda@e.u-tokyo.ac.jp

**eab-online**

yyousry@eab-online.com
zkhaled@eab-online.com

**eaclp**

lorenzo@eaclp.com

**eagleasset**

adam.gallina@eagleasset.com
becky.dudley@eagleasset.com
bert.boksen@eagleasset.com
bill.williams@eagleasset.com
billy.gillen@eagleasset.com
chris.sassouni@eagleasset.com
clay.lindsey@eagleasset.com
craig.dauer@eagleasset.com
crystal.hargis@eagleasset.com
damian.sousa@eagleasset.com
danny.lee@eagleasset.com
david.blount@eagleasset.com
david.williams@eagleasset.com
ed.cowart@eagleasset.com
eric.mintz@eagleasset.com
eric.wilwant@eagleasset.com
eric.wilwont@eagleasset.com
glen.manna@eagleasset.com
james.camp@eagleasset.com
jay.daniel@eagleasset.com
jeff.vancavage@eagleasset.com
jeffrey.thomas@eagleasset.com
joe.jackson@eagleasset.com
john.jordan@eagleasset.com
jonathan.lewis@eagleasset.com
laura.odell@eagleasset.com
lou.kirschbaum@eagleasset.com
nikola.legetic@eagleasset.com
patrick.franke@eagleasset.com
philip.garrett@eagleasset.com
randy.moore@eagleasset.com
richard.skeppstrom@eagleasset.com
rob.marshall@eagleasset.com
robert.hyken@eagleasset.com

## Company & Corresponding Email Addresses

sameer.sabharwal@eagleasset.com
scott.renner@eagleasset.com
sheila.king@eagleasset.com
stacey.thomas@eagleasset.com
steve.chylinski@eagleasset.com
todd.mccallister@eagleasset.com
tyler.cook@eagleasset.com
vincent.ficca@eagleasset.com

### eagleglobal
abennis@eagleglobal.com
bcruise@eagleglobal.com
bquattrucci@eagleglobal.com
eallen@eagleglobal.com
jgualy@eagleglobal.com
mday@eagleglobal.com
sgonzalez@eagleglobal.com
srusso@eagleglobal.com
thunt@eagleglobal.com
ylongoria@eagleglobal.com

### eaglehomemortgage
mcfaddd@eaglehomemortgage.com

### eaglestarlife
aoife.ferris@eaglestarlife.ie
bryan.fagan@eaglestarlife.ie
eimear.moloney@eaglestarlife.ie

### earthlink
bdrny@earthlink.net
davidoston@earthlink.net
drtew@earthlink.com
judyauld@earthlink.net
larrybernstein@earthlink.net
neilfei@earthlink.net
rbkastan@earthlink.net
yjae@earthlink.net

### earthstarbank
wtillman@earthstarbank.com

### easternbk
a.botticelli@easternbk.com
b.texeira@easternbk.com
c.johnston@easternbk.com
c.lehy@easternbk.com
d.barglow@easternbk.com
d.bogosian@easternbk.com
g.zydel@easternbk.com
j.bitner@easternbk.com
j.fox@easternbk.com
j.kattar@easternbk.com
j.mccourt@easternbk.com
j.mckinlay@easternbk.com
j.ward@easternbk.com
k.lally@easternbk.com
m.mcdonald@easternbk.com
m.zingoni@easternbk.com
r.grant@easternbk.com

## Company & Corresponding Email Addresses

r.holbrook@easternbk.com
r.martin@easternbk.com
r.stimson@easternbk.com
t.bussone@easternbk.com
w.pate@easternbk.com

**eastsidecap**
steven.richman@eastsidecap.com

**eastwestbank**
eenny@eastwestbank.com
scanup@eastwestbank.com
sreilly@eastwestbank.com
tgunadi@eastwestbank.com

**eaton**
bobparmenter@eaton.com
jimmeil@eaton.com
richardfearon@eaton.com

**eatonvance**
acoll@eatonvance.com
adasilva@eatonvance.com
aharris@eatonvance.com
akhan@eatonvance.com
akrenn@eatonvance.com
amerrill@eatonvance.com
aross@eatonvance.com
asunderland@eatonvance.com
asveen@eatonvance.com
avalk@eatonvance.com
aweigold@eatonvance.com
bahern@eatonvance.com
bbarnes@eatonvance.com
bbrandon@eatonvance.com
bhassler@eatonvance.com
bmacintosh@eatonvance.com
bscozzafava@eatonvance.com
btittman@eatonvance.com
cberry@eatonvance.com
cbrandon@eatonvance.com
cclemson@eatonvance.com
ccomenos@eatonvance.com
ccraig@eatonvance.com
ccrocker@eatonvance.com
cgaffney@eatonvance.com
cgauzer@eatonvance.com
ckraysler@eatonvance.com
cmaclellan@eatonvance.com
cmcdermott@eatonvance.com
comalley@eatonvance.com
coneill@eatonvance.com
cremington@eatonvance.com
cruss@eatonvance.com
cterrell@eatonvance.com
czhu@eatonvance.com
dabdrakhmanov@eatonvance.com
dcarson@eatonvance.com

## Company & Corresponding Email Addresses

dcurtin@eatonvance.com
ddigregorio@eatonvance.com
djenkins@eatonvance.com
dlaflamme@eatonvance.com
dmcelaney@eatonvance.com
dmcknown@eatonvance.com
dmckown@eatonvance.com
drichardson@eatonvance.com
drobinson@eatonvance.com
drogers@eatonvance.com
dsillers@eatonvance.com
dtrachtenberg@eatonvance.com
dwalters@eatonvance.com
dzimmerman@eatonvance.com
eburke@eatonvance.com
eciancarelli@eatonvance.com
ekalantzis@eatonvance.com
elucera@eatonvance.com
emcnamara@eatonvance.com
estedman@eatonvance.com
estein@eatonvance.com
fcui@eatonvance.com
gdailey@eatonvance.com
globalresearch@eatonvance.com
gnelson@eatonvance.com
gshi@eatonvance.com
hhong@eatonvance.com
ichung@eatonvance.com
jbalas@eatonvance.com
jbaur@eatonvance.com
jbhawkes@eatonvance.com
jbroome@eatonvance.com
jcasey@eatonvance.com
jcroft@eatonvance.com
jcrowley@eatonvance.com
jdistasio@eatonvance.com
jgruet@eatonvance.com
jhesselbein@eatonvance.com
jkhodarahmi@eatonvance.com
jlemle@eatonvance.com
jlipchin@eatonvance.com
jmiller@eatonvance.com
jparsons@eatonvance.com
jredding@eatonvance.com
jsaryan@eatonvance.com
kbaccei@eatonvance.com
kchristensen@eatonvance.com
kcreedon@eatonvance.com
khogan@eatonvance.com
kkim@eatonvance.com
kmeany@eatonvance.com
lcarter@eatonvance.com
lflynn@eatonvance.com
lkenyon@eatonvance.com

**Company & Corresponding Email Addresses**

lkiernan@eatonvance.com
llisker-blount@eatonvance.com
lpiantedosi@eatonvance.com
lscher@eatonvance.com
mallison@eatonvance.com
marutyunyan@eatonvance.com
marygillespie@eatonvance.com
mattbuckley@eatonvance.com
mcappellano@eatonvance.com
mcirami@eatonvance.com
mdeich@eatonvance.com
mdellelo@eatonvance.com
mdework@eatonvance.com
mhaggett@eatonvance.com
michaelobrien@eatonvance.com
mkeogh@eatonvance.com
mkessler@eatonvance.com
mkiely@eatonvance.com
mkinahan@eatonvance.com
mlocke@eatonvance.com
mmach@eatonvance.com
mmclean@eatonvance.com
mmoran@eatonvance.com
mnappi@eatonvance.com
mortiz@eatonvance.com
mplluska@eatonvance.com
mturgel@eatonvance.com
mvenezia@eatonvance.com
mweilheimer@eatonvance.com
ncampbell@eatonvance.com
ncoons@eatonvance.com
nle@eatonvance.com
ntooke@eatonvance.com
opreap@eatonvance.com
panok@eatonvance.com
pcampbell@eatonvance.com
pcampo@eatonvance.com
ppoduri@eatonvance.com
psalisbury@eatonvance.com
pswaffield@eatonvance.com
rhinckley@eatonvance.com
rhowe@eatonvance.com
rleeman@eatonvance.com
rraybardhan@eatonvance.com
rstudley@eatonvance.com
rwyke@eatonvance.com
sbrengle@eatonvance.com
sburg@eatonvance.com
scaplice@eatonvance.com
sconcannon@eatonvance.com
scraig@eatonvance.com
sdeutsch@eatonvance.com
smuter@eatonvance.com
spage@eatonvance.com

## Company & Corresponding Email Addresses

ssantiago@eatonvance.com
ssmore@eatonvance.com
sstarner@eatonvance.com
staylor@eatonvance.com
tevans@eatonvance.com
tfaust@eatonvance.com
thuggins@eatonvance.com
timfetter@eatonvance.com
tluster@eatonvance.com
tmetzold@eatonvance.com
tshimura@eatonvance.com
tstern@eatonvance.com
tweyl@eatonvance.com
wcross@eatonvance.com
wdelahunty@eatonvance.com
wgardiner@eatonvance.com
wirvine@eatonvance.com
wrow@eatonvance.com
zyu@eatonvance.com

**eave**
patrick.volkart@eave.com

**ebc**
herve.bourquin@ebc.int
ivan.frechard@ebc.int
tuomas.peltonen@ebc.int

**ebkgroup**
astaples@ebkgroup.com
csaathoff@ebkgroup.com
jklein@ebkgroup.com
lmitchell@ebkgroup.com
meveans@ebkgroup.com
sscrogham@ebkgroup.com

**ebmud**
sawchuk@ebmud.com

**ebondtrade**
garry@ebondtrade.com

**ebrd**
batemanp@ebrd.com
beaumanc@ebrd.com
bianchis@ebrd.com
bollebok@ebrd.com
brinkleb@ebrd.coom
burakm@ebrd.com
caldern@ebrd.com
cenank@ebrd.com
checchie@ebrd.com
choteboj@ebrd.com
crnogorh@ebrd.com
cullent@ebrd.com
dieboldt@ebrd.com
doukasv@ebrd.com
feldmanj@ebrd.com
flemingr@ebrd.com
fossemaa@ebrd.com

**Company & Corresponding Email Addresses**

francoib@ebrd.com
greenje@ebrd.com
guneyi@ebrd.com
gyulvesa@ebrd.com
hatjoulg@ebrd.com
holmess@ebrd.com
janssenb@ebrd.com
kantaria@ebrd.com
kohle@ebrd.com
konm@ebrd.com
laurenti@ebrd.com
lawlerb@ebrd.com
longhurg@ebrd.com
lyanovaz@ebrd.com
marshald@ebrd.com
mauldinb@ebrd.com
mullero@ebrd.com
muminova@ebrd.com
normakt@ebrd.com
ostaszewa@ebrd.com
pacattea@ebrd.com
patmorej@ebrd.com
perrierb@ebrd.com
pissarif@ebrd.com
pittarag@ebrd.com
powerf@ebrd.com
pulayj@ebrd.com
ricet@ebrd.com
rousseau@ebrd.com
rybad@ebrd.com
sarbur@ebrd.com
skaping@ebrd.com
smithj@ebrd.com
sonparn@ebrd.com
stanislk@ebrd.com
stefaned@ebrd.com
stewarti@ebrd.com
stolarck@ebrd.com
swinchac@ebrd.com
taubmanc@ebrd.com
trows@ebrd.com
vannedea@ebrd.com
warwickd@ebrd.com
whelann@ebrd.com
yakymeti@ebrd.com
yildiram@ebrd.com

**ebsworld**
djouret@fr.ebsworld.com
jcmekil@fr.ebsworld.com
sguthleben@fr.ebsworld.com

**ecap**
tpoyanr@ecap.com.sg

**ecb**
aidan.meyler@ecb.int

**Company & Corresponding Email Addresses**

alain.vandepeute@ecb.int
anna.nordstrom@ecb.int
anna.vinci@ecb.int
anna_maria.agresti@ecb.int
barbara.roffia@ecb.int
beatriz.sotomayor@ecb.int
benjamin.sahel@ecb.int
bettina.landau@ecb.europa.eu
carlos.bowles@ecb.europa.eu
christian.thimann@ecb.int
christiane.nickel@ecb.int
christine.raymond@ecb.int
christophe.beuve@ecb.int
concha.artola@ecb.europa.eu
daphne.momferatou@ecb.europa.eu
david.lodge@ecb.europa.eu
demosthenes.ioannou@ecb.int
ekkehard.ernst@ecb.int
elke.hahn@ecb.europa.eu
etienne.port@ecb.int
fernando.monar@ecb.int
francesco.drudi@ecb.int
francesco.papadia@ecb.int
frauke.skudelny@ecb.int
georges.pineau@ecb.int
georgi.krustev@ecb.int
gianluigi.ferrucci@ecb.europa.eu
gilles.noblet@ecb.int
giovanni.lombardo@ecb.int
giovanni.vitale@ecb.int
guido.wolswijk@ecb.int
gunter.coenen@ecb.int
han.vanderhoorn@ecb.int
hans-joachim.klockers@ecb.int
heinz-juergen.scheid@ecb.int
huw.pill@ecb.int
investment@ecb.int
ivan.alves@ecb.int
janos.soos@ecb.int
jeanlouis.schirmann@ecb.int
jerome.henry@ecb.int
john.fell@ecb.int
joost.sprokel@ecb.int
joseemilio.gumiel@ecb.int
josemarin.arcas@ecb.int
jouni.timonen@ecb.int
julian.morgan@ecb.int
lars.dalitz@ecb.int
laurent.maurin@ecb.int
lieven.hermans@ecb.int
lucas.papademos@ecb.int
lucrezia.reichlin@ecb.int
ludger.schuknecht@ecb.int
manfred.koch@ecb.int

## Company & Corresponding Email Addresses

manfred.kremer@ecb.int
marcelo.sanchez@ecb.europa.eu
marco.lagana@ecb.int
matthias.sydow@ecb.int
matthieu.darracq-paries@ecb.int
neale.kennedy@ecb.int
nerijus.gaizauskas@ecb.int
nikiforos.vidalis@ecb.int
pascal.nicoloso@ecb.int
paul.arthur@ecb.int
paul.hiebert@ecb.europa.eu
pavlos.karadeloglou@ecb.int
pula.gabor@ecb.europa.eu
ralph.weidenfeller@ecb.int
ramon.gomezsalvador@ecb.int
rawdanowicz@ecb.int
reiner.martin@ecb.int
roberto.de_santis@ecb.int
roberto.schiavi@ecb.int
roland.beck@ecb.int
stefano.siviero@ecb.int
thomas.westermann@ecb.int
tina.zumer@ecb.int
tms.padoaschioppa@ecb.int
tomas.garbaravicius@ecb.int
ursula.bachmann@ecb.int

**ece**
alfonso.esteban-fernandez@ece.ericsson.se

**ecitele**
doron.inbar@ecitele.com

**ecmjapan**
myasuda@ecmjapan.com

**ecofi**
gcercet@ecofi.fr
jclaude@ecofi.fr
jlpare@ecofi.fr
mtbaillargeon@ecofi.fr
olivier.guillou@ecofi.fr

**economicnews**
efranco@economicnews.ca

**ecugest**
nicolan@ecugest.com

**edc**
alopes@edc.ca
atunney@edc.ca
awatson@edc.ca
blaffin@edc.ca
rkelly@edc.ca
spowell@edc.ca
stdavies@edc.ca

**edc-see**
aroberts@edc-see.ca
lbernst@edc-see.ca
nlowe@edc-see.ca

**Company & Corresponding Email Addresses**

rforbes@edc-see.ca
tgiorgio@edc-see.ca

**eddassoc**

kelly.ehler@eddassoc.com
mary.hass@eddassoc.com

**edf**

anne-marie-sft.morel@edf.fr
armelle.poulou@edf.fr
aziza.breteau@edf.fr
bernard.soulas@edf.fr
carole.dupont-pietri@edf.fr
catherine.walpoel@edf.fr
christophe.madec@edf.fr
eloise.matta@edf.fr
henri.fromont@edf.fr
isabelle.kerreveur@edf.fr
jean.steinacher@edf.fr
jean-francois.guillaume@edf.fr
jean-rene.laurette@edf.fr
marie-aurelie.misme@edf.fr
marie-cfoire.reneux@edf.fr
matthieu.bonamy@edf.fr
philippe.lhermie@edf.fr
romain.butte@edf.fr
ryadh.boudjemadi@edf.fr
sererine.haudegand@edf.fr
suzanne.bouteloup@edf.fr

**edfd**

ad@edfd.com
asm@edfd.com
fmg@edfd.com
ghc@edfd.com
glasgowc@edfd.com
gm@edfd.com
gmr@edfd.com
initials@edfd.com
jtr@edfd.com
mct@edfd.com
murraya@edfd.com
spm@edfd.com

**edfgdf**

antoine.burindesroziers@edfgdf.fr
christian.baux@edfgdf.fr
fady.khallouf@edfgdf.fr
franck.bruyere@edfgdf.fr
jean.eyraud@edfgdf.fr
jean-christophe.rubinstein@edfgdf.fr
jean-marie.boutroue@edfgdf.fr
michael.gougeon@edfgdf.fr
patrick.persuy@edfgdf.fr

**edgeassetmgt**

coleman.daniel@edgeassetmgt.com
foreman.phil@edgeassetmgt.com
friedl.john@edgeassetmgt.com

**Company & Corresponding Email Addresses**

mcclung.richard@edgeassetmgt.com
peterson.scott.j@edgeassetmgt.com
pitcher.marshall@edgeassetmgt.com
placzek.brian@edgeassetmgt.com
poker.gary@edgeassetmgt.com
radecki.sarah@edgeassetmgt.com
simpson.david@edgeassetmgt.com
stewart.brad@edgeassetmgt.com
suty.joe@edgeassetmgt.com
zhang.jane@edgeassetmgt.com

**edgf**
cochrana@edgf.com

**edinburgh**
naseem.iqbal@edinburgh.gov.uk

**edison**
deangelisp@edison.it
pisantia@edison.it

**edroth**
e.calorio@edroth.co.uk

**eds**
caunteya.parekh@eds.com
christopher.derganc@eds.com
rich.bartolotta@eds.com
scott.cobb@eds.com

**edwardjones**
adrian.brown@edwardjones.com
alex.bast@edwardjones.com
barbara.eshing@edwardjones.com
bill.hizar@edwardjones.com
bill.welborn@edwardjones.com
brett.kimes@edwardjones.com
brian.buckley@edwardjones.com
dave_glasser@edwardjones.com
david.lee@edwardjones.com
dennis.barton@edwardjones.com
dennis.tong@edwardjones.com
dg.otto@edwardjones.com
doug.hill@edwardjones.com
eric.koestner@edwardjones.com
jarid.king@edwardjones.com
jason.clark@edwardjones.com
jay.plaskett@edwardjones.com
jim.krekeler@edwardjones.com
justin.lone@edwardjones.com
k.flatt@edwardjones.com
karen.liebsch@edwardjones.com
kevin.sprouse@edwardjones.com
larry.thomas@edwardjones.com
m.burnes@edwardjones.com
mario.derose@edwardjones.com
mark.potter@edwardjones.com
michael.fross@edwardjones.com
nicole.randle@edwardjones.com
nicole.rosenwinkel@edwardjones.com

## Company & Corresponding Email Addresses

philip.schwab@edwardjones.com
ray.robbins@edwardjones.com
rhonda.liesenfeld@edwardjones.com
ron.gibbs@edwardjones.com
ryan.eisenbeis@edwardjones.com
shelley.finn@edwardjones.com
sunil.banker@edwardjones.com
susan.ye@edwardjones.com
tom.mcconnell@edwardjones.com
travis.vieth@edwardjones.com
tricia.o'brien@edwardjones.com
william.broderick@edwardjones.com

**edythbush**
mcross@edythbush.org

**eendragt**
atroostwijk@eendragt.nl

**ef**
konstantinova@ef.gin.ru

**effcu**
claudette.hanley@effcu.org
manuel.borrajo@effcu.org
margarita.peralta@effcu.org
patrick.smith@effcu.org

**effegestioni**
l.debiasi@effegestioni.it
micol.baselli@effegestioni.it

**effem**
christian.vonk@eu.effem.com
earl.green@effem.com
jan.heesters@eu.effem.com
joris.janssen@eu.effem.com
mannus.stolk@eu.effem.com
marco.verstegen@eu.effem.com
michael.greeley.jr@effem.com
peter.seka@effem.com
robert.hoke@effem.com

**efgbank**
g.lakios@efgbank.lu
i.kappas@efgbank.lu

**efgfp**
jl@efgfp.com
marcus@efgfp.com

**efib**
jshock@efib.state.id.us

**efispa**
m.sorani@efispa.it

**efv**
andreas.daenzer@efv.admin.ch
felix.senn@efv.admin.ch
hans.ochsner@efv.admin.ch
karin.zweifel@efv.admin.ch
r.bernhard@efv.admin.ch
son.nguyen@efv.admin.ch
thomas.inderwildi@efv.admin.ch

## Company & Corresponding Email Addresses

**efxcap**
j.sender@efxcap.com

**egebank**
agaoglu@egebank.com.tr
tezan@egebank.com.tr

**egg**
abs.monitoring@egg.com
claire.bright@egg.com
dylan.wilson@egg.com

**ehl**
olivier.schohn@ehl.ch

**ehy-us**
joshua.smith@ehy-us.com
ping.fu@ehy-us.com

**eib**
a.peshkoff@eib.org
a.romani@eib.org
b.bargagli@eib.org
buhlig@eib.org
c.guille@eib.org
cenci@eib.org
d.clark@eib.org
d.fabbro@eib.org
dascon@eib.org
f.eggen@eib.org
ferreirc@eib.org
galizia@eib.org
gutierrf@eib.org
j.dezagon@eib.org
j.potocki@eib.org
m.dubois@eib.org
mcmillan@eib.org
mertensg@eib.org
n.mercusa@eib.org
n.milianitis@eib.org
n.orland@eib.org
parthur@eib.org
r.karsenti@eib.org
s.dhawan@eib.org
s.pierson@eib.org
t.oconnell@eib.org
trambev@eib.org
zucca@eib.org

**eif**
massimi@eif.org

**eig2**
nobuyuki.ohyama@eig2.ho.dkb.co.jp

**eircom**
davidoshea0@eircom.net

**ejdelarosa**
jyew@ejdelarosa.com

**ekk**
roland.mainz@ekk.de

**eksportfinans**

## Company & Corresponding Email Addresses

jon@eksportfinans.no
krs@eksportfinans.no
otb@eksportfinans.no

### elas
iain.armstrong@elas.co.uk
njfox@elas.co.uk
ruth_sawyer@elas.co.uk
simon.brett@elas.co.uk

### elbit
dp12962@elbit.co.il
efayan@elbit.co.il
pacholder@elbit.co.il

### elcabop
lpatterson@elcabop.org
mhaney@elcabop.org

### eldorado
sb@eldorado.com
tom@eldorado.com

### electrabel
atinne.snyers@electrabel.com

### electrolux
annelie.lakner@electrolux.se
asa.olsson@electrolux.se
gabriel.garber@electrolux.se
goran.farkas@electrolux.se
harald.larsson@electrolux.se
henrik.jernstrom@electrolux.se
henrik.skogsfors@electrolux.se
jens.jirvell@electrolux.se
jonas.gardmark@electrolux.se
jonas.lindholm@electrolux.se
jonas.martin-lof@electrolux.co.uk
jonas.sohlman@electrolux.se
lisbeth.helgostam@electrolux.se
lorenzo.savi@electrolux.se
madina.dandoy@electrolux.se
marianne.rydin@electrolux.se
martin.bendixen@electrolux.se
matz.eriksson@electrolux.se
mikael.friberg@electrolux.se
niklas.jarl@electrolux.se
oliva.vivas@electrolux.se
per.almesjo@electrolux.se
peter.nyquist@electrolux.se
philip.berman@electrolux.se
richard.lantz@electrolux.se
ulf.krumins@electrolux.se
vera.nikolova@electrolux.se

### elite
anavim@elite.co.il
avib@elite.co.il

### ellington
abatra@ellington.com
ajayt@ellington.com

## Company & Corresponding Email Addresses

andy@ellington.com
andyt@ellington.com
asaro@ellington.com
aschulz@ellington.com
avery@ellington.com
bailon@ellington.com
baird@ellington.com
banks@ellington.com
barrett@ellington.com
battiato@ellington.com
bothwell@ellington.com
collins@ellington.com
cooper@ellington.com
crosenberg@ellington.com
dealinfo@ellington.co
dimitri@ellington.com
eabrams@ellington.com
ethan@ellington.com
fadule@ellington.com
filler@ellington.com
fiorello@ellington.com
ghz@ellington.com
green@ellington.com
hradecky@ellington.com
hren@ellington.com
hwang@ellington.com
icorwin@ellington.com
jlewis@ellington.com
jmcneer@ellington.com
jsamet@ellington.com
ketover@ellington.com
kmurray@ellington.com
kstarrs@ellington.com
markt@ellington.com
mathur@ellington.com
mohammad@ellington.com
mrapoport@ellington.com
mvictory@ellington.com
ndean@ellington.com
niko@ellington.com
nikolay@ellington.com
penn@ellington.com
popham@ellington.com
raus@ellington.com
rkinderman@ellington.com
ryan@ellington.com
sabar@ellington.com
saltzman@ellington.com
scanter@ellington.com
sganatra@ellington.com
skennedy@ellington.com
soriano@ellington.com
stefan.krieger@ellington.com
sugrue@ellington.com

**Company & Corresponding Email Addresses**

toback@ellington.com
tseno@ellington.com
valli@ellington.com
vas@ellington.com
venkatram@ellington.com
vich@ellington.com
vogel@ellington.com
vranos@ellington.com
walker@ellington.com
yearwood@ellington.com
zaretsky@ellington.com
zhou@ellington.com
zipp@ellington.com
zli@ellington.com

**elliottandpage**

antoinette_ridout@elliottandpage.com
belinda_denovellis@elliottandpage.com
jeannie_collins-ardern@elliottandpage.com
luciano_orengo@elliottandpage.com
martin_ayow@elliottandpage.com
mcintyre_john@elliottandpage.com
michael_hatcher@elliottandpage.com
pat_mchugh@elliottandpage.com
sean_zhang@elliottandpage.com
ted_whitehead@elliottandpage.com
todd_parsons@elliottandpage.com

**elpaso**

christopher.coovrey@elpaso.com
dwight.scott@elpaso.com

**em**

wenjy@em.tsinghua.edu.cn

**email**

email@email.com
first.last@email.com
john@email.com
martin.lee@email.com
noemail@email.com
unknown@email.com

**e-mail**

alison_dunning@gre-group.e-mail.com

**emarquettebank**

jo'brien@emarquettebank.com

**emcins**

ray.w.davis@emcins.com

**emigrant**

burnse@emigrant.com
davidsm@emigrant.com
dicksong@emigrant.com
espanolp@emigrant.com
harrys@emigrant.com
hartj@emigrant.com
hastingsc@emigrant.com
lepaged@emigrant.com
linx@emigrant.com

**Company & Corresponding Email Addresses**

noyesj@emigrant.com
rom@emigrant.com
romasp@emigrant.com
rothk@emigrant.com
staudtc@emigrant.com
steing@emigrant.com
tornellos@emigrant.com

**emirates**
adic201@emirates.net.ae
amfinvst@emirates.net.ae
cbankgtr@emirates.net.ae

**emmny**
mstein@emmny.com

**emporiki**
karanika.an@emporiki.gr
meris.n@emporiki.gr
nirgiannakis.k@emporiki.gr
rondiris.k@emporiki.gr

**emporiki-asset**
a.frontistis@emporiki-asset.gr
estefanou@emporiki-asset.gr
fvarsaki@emporiki-asset.gr
gdimitriou@emporiki-asset.gr

**e-multifonds**
j.fauvel@e-multifonds.com
m.delavenere@e-multifonds.com

**enagas**
agadalid@enagas.es
avelazquez@enagas.es

**enel**
alagna.valentina@enel.it
alberto.agostinelli@enel.it
andrea.brentan@enel.it
astri.clara@enel.it
bondi.paolo@enel.it
botta.vincenzo@enel.it
canta.alessandro@enel.it
casinelli.fabio@enel.it
chiabrera.cesare@enel.it
circi.emma@enel.it
claudio.franco2@enel.it
colacchia.elisabetta@enel.it
conti.fulvio@enel.it
crispo.mariafrancesca@enel.it
direnzo.fabio@enel.it
francesca.borraccino@enel.it
francesca.dicarlo@enel.it
francesco.venturini@enel.it
giangrossi.annamaria@enel.it
gianluca.comin@enel.it
guerritore.piero@enel.it
investor.relations@enel.it
luigi.delmastro@enel.it
machetti.claudio@enel.it

**Company & Corresponding Email Addresses**

mantellassi.laura@enel.it
marco.arcelli@enel.it
marco.palermo@enel.it
margarita.ivana@enel.it
mariaantonietta.giannelli@enel.it
massimiliano.bevignani@enel.it
mauro.silveri@enel.it
mezzetti.arianna@enel.it
niccolai.annarita@enel.it
nigro.leonardo@enel.it
palermo.riccardo@enel.it
pallotti.paolo@enel.it
riccardi.roberto@enel.it
rigano.rita@enel.it
roberts.paul@enel.it
sandra.valentini@enel.it
sorbino.francesco@enel.it
stefano.risoldi@enel.it
stefano.scudiere@enel.it
vachez.fabrizio@enel.it
valeria.stefano@enel.it
vallone.stefania@enel.it
vera.colombo@enel.it

**eni**

achille.scarpa@eni.it
alessandro.lanza@eni.it
alvaro.donadelli@eni.it
daniele.ughi@eni.it
federico.sarnari@eni.it
investor.relations@eni.it
jadran.trevisan@eni.it
laura.dell'aquila@eni.it
leonardo.maugeri@eni.it
luana.codignoni@eni.it
luca.bernardini@eni.it
marco.mangiagalli@eni.it
maria.antonietta.solinas@eni.it
maurizia.cozzi@eni.it
michele.ronchi@eni.it
paola.bietrosante@eni.it
paolo.carmosino@eni.it
raffaella.allotti@eni.it
segreteriaad@eni.it
stefano.cao@eni.it

**enifin**

aldo.desimone@enifin.eni.it
chiara.franco@enifin.eni.it
emanuela.bellini@enifin.eni.it
ennio.siracusa@enifin.eni.it
fabio.valsassina@enifin.eni.it
federico.rey@enifin.eni.it
filippo.corvi@enifin.eni.it
francesco.cecchetti@enifin.emi.it
francesco.metrangolo@enifin.eni.it

## Company & Corresponding Email Addresses

giancarlo.costi@enifin.eni.it
giovanni.zuccarini@enifin.eni.it
marcello.bertolini@enifin.eni.it
nadia.ande@enifin.eni.it
paola.casciotti@enifin.eni.it
pietro.mantovano@enifin.emi.it
raffaella.cremonesi@enifin.eni.it
roberto.colacchia@enifin.eni.it

### ennismorefunds

ab@ennismorefunds.com
de@ennismorefunds.com
lp@ennismorefunds.com
sl@ennismorefunds.com
sr@ennismorefunds.com
th@ennismorefunds.com

### enogex

tadler@enogex.com

### ensignpeak

bethersbk@ensignpeak.org
clarkerg@ensignpeak.org
cowanfj@ensignpeak.org
custody@ensignpeak.org
davisja@ensignpeak.org
hardendl@ensignpeak.org
iversonin@ensignpeak.org
jasterrc@ensignpeak.org
johnsonjen@ensignpeak.org
kirkhamaj@ensignpeak.org
lawrh@ensignpeak.org
lundk@ensignpeak.org
porterjg@ensignpeak.org
ricksr@ensignpeak.org
smithgc@ensignpeak.org
staylr@ensignpeak.org
vanwoerkomdw@ensignpeak.org
willesrb@ensignpeak.org

### enskilda

eva.svalling@enskilda.se
goran.fransson@enskilda.se

### entenial

egilletl@entenial.com
pmarronn@entenial.com

### entergy

adougl1@entergy.com
bcurrie@entergy.com
dlebi@entergy.com
lsamaha@entergy.com
lsmith8@entergy.com
mcaruso@entergy.com
mvallad@entergy.com
ppecque@entergy.com
rlapara@entergy.com
slouste@entergy.com
tober@entergy.com

## Company & Corresponding Email Addresses

**entergykoch**
barry.goldblatt@entergykoch.com

**entoil**
andrew.shilston@london.entoil.com
angus.macaskill@london.entoil.com
ian.patterson@london.entoil.com
julia.kehoe@london.entoil.com
nigel.smith@london.entoil.com
patrick.kennedy@london.entoil.com
peter.reilly@london.entoil.com
peter.thomas@london.entoil.com
russell.gurnhill@london.entoil.com

**eon**
lioba.heintzen@eon.com

**eon-energie**
christoph.kesy@eon-energie.com
jochen.menssen@eon-energie.com

**epix**
nps@epix.net

**epo**
abuerger@epo.org
aneszvecsko@epo.org
dmatthijssen@epo.org
fcanali@epo.org
scourteney@epo.org
svecchi@epo.nl
svecchi@epo.org
wjachs@epo.org

**epoch-funds**
raj.gupta@epoch-funds.com

**epost**
michael.stodollik@epost.de

**epsilonfunds**
adrian@epsilonfunds.com
alex.yang@epsilonfunds.com
andy@epsilonfunds.com
bradley@epsilonfunds.com
brian@epsilonfunds.com
brooks@epsilonfunds.com
frits@epsilonfunds.com
heidi@epsilonfunds.com
herbert@epsilonfunds.com
jorge@epsilonfunds.com
kenneth@epsilonfunds.com
liem@epsilonfunds.com
lincoln@epsilonfunds.com
luc@epsilonfunds.com
mail@epsilonfunds.com
michael@epsilonfunds.com
monica@epsilonfunds.com
monroe@epsilonfunds.com
pop@epsilonfunds.com
raza@epsilonfunds.com
richard@epsilonfunds.com

**Company & Corresponding Email Addresses**

scott@epsilonfunds.com
searches@epsilonfunds.com

**epsiloninvest**

lisa@epsiloninvest.com

**e-qci**

eshill@e-qci.com
proland@e-qci.com
tcalkins@e-qci.com

**equalt**

dcroyeau@equalt.com

**equit**

mjenner@equit.com

**er**

ephifer@er.state.tx.us

**erbd**

drissb@erbd.com
rikkin@erbd.com

**ercgroup**

andrew.stapleton@ercgroup.com
ann.granquist@ercgroup.com
jacqueline.mclelland@ercgroup.com
jan.brickey@ercgroup.com
kieran.dempsey@ercgroup.com
reinhard.seitz@ercgroup.com
steve.wood@ercgroup.com
tony.marcello@ercgroup.com

**erg**

arosa@erg.it
dfloro@erg.it
gesposito@erg.it
jgibson@erg.it
mmiglierina@erg.it
mtirasso@erg.it

**ergpetroli**

rperiti@ergpetroli.it

**ericsson**

anders.bergh@ericsson.com
bengt.agefjord@ericsson.com
jonas.malm@ericsson.com
sven.carlsson@ericsson.com

**erieinsurance**

craig.dylewski@erieinsurance.com
crystal.murzynski@erieinsurance.com
david.glod@erieinsurance.com
douglas.ziegler@erieinsurance.com
joseph.rys@erieinsurance.com
kathy.zonna@erieinsurance.com
keely.lowman@erieinsurance.com
lori.nagy@erieinsurance.com
mark.borowy@erieinsurance.com
michelle.drexler@erieinsurance.com
paul.bates@erieinsurance.com
ross.silvis@erieinsurance.com

**erm**

## Company & Corresponding Email Addresses

alastair.blyth@erm.ie
alberto.larocca@erm.ie
angus.stening@erm.ie
declan.magee@erm.ie
giovanni.becchere@erm.ie
maurizio.ferconi@erm.ie
peter.cripwell@erm.ie

**ers**

andrew.hodson@ers.state.tx.us
annie.xiao@ers.state.tx.us
bclukey@ers.state.tx.us
ben.bowman@ers.state.tx.us
cindy.wilkinson@ers.state.tx.us
connie.kunze@ers.state.tx.us
ctocci@ers.state.tx.us
dale.cross@ers.state.tx.us
darrell.jackson@ers.state.tx.us
deann.kiser@ers.state.tx.us
eddie.chan@ers.state.tx.us
emorris@ers.state.tx.us
hue.moser@ers.state.tx.us
invfacil@ers.state.tx.us
jacqueline.johnson@ers.state.tx.us
jelena.melesenko@ers.state.tx.us
jholland@ers.state.tx.us
jim.berges@ers.state.tx.us.com
jim.sherwin@ers.state.tx.us
jngambi@ers.state.tx.us
john.rhodes@ers.state.tx.us.com
john.taylor@ers.state.tx.us
jonathan.lewis@ers.state.tx.us
jsherwin@ers.state.tx.us
jstreun@ers.state.tx.us
karen.mullins@ers.state.tx.us
kathryn.gernert@ers.state.tx.us
keith.lyons@ers.state.tx.us
kelley.hewell@ers.state.tx.us
kreissman@ers.state.tx.us
leticia.davila@ers.state.tx.us
lynne.fowler@ers.state.tx.us
lynne.pfeffer@ers.state.tx.us
mark.fiedler@ers.state.tx.us
mclements@ers.state.tx.us
mprins@ers.state.tx.us
neil.henze@ers.state.tx.us
pamela.moore@ers.state.tx.us
paul.knight@ers.state.tx.us
richard.slaughter@ers.state.tx.us
rkramm@ers.state.tx.us
robert.meyers@ers.state.tx.us
rsessa@ers.state.tx.us
rwood@ers.state.tx.us
scott.osborn@ers.state.tx.us
stuart.williams@ers.state.tx.us

## Company & Corresponding Email Addresses

teofilo.bacungan@ers.state.tx.us
thomas.wightman@ers.state.tx.us
tim.reynolds@ers.state.tx.us
tom.roberts@ers.state.tx.us
twestrup@ers.state.tx.us
vsmith@ers.state.tx.us
york.lin@ers.state.tx.us

### ersab
henrik.eriksson@ersab.se

### ersel
alberto.pettiti@ersel.it
alessandro.moretti@ersel.it
amedeo.ferrauto@ersel.it
andrea.nasce@ersel.it
andrea.rotti@ersel.it
antonella.masoero@ersel.it
barbara.andreis@ersel.it
carlo.devanna@ersel.it
cristina.gaudenzi@ersel.it
daniele.grilli@ersel.it
davide.testu@ersel.it
ferruccio.viazzi@ersel.it
francesco.agnes@ersel.it
giorgio.nicola@ersel.it
giovanni.multari@ersel.it
laura.astegiano@ersel.it
laura.cagnina@ersel.it
marco.covelli@ersel.it
marco.nascimbene@ersel.it
marco.torta@ersel.it
marzia.magnani@ersel.it
nino.mancini@ersel.it
paolo.olivieri@ersel.it
patrizia.diplinio@ersel.it
patrizia.ferro@ersel.it
riccardo.costa@ersel.it
roberta.evangelist@ersel.it
roberto.castella@ersel.it
roberto.matta@ersel.it
sandra.bonardi@ersel.it
sandra.cidda@ersel.it
tommaso.pavia@ersel.it

### erstebank
adam.zentai@erstebank.at
adriana.jankovicova@erstebank.at
agne.loibl@erstebank.at
ahovanessi@erstebank.com
alexander.millonig@erstebank.at
alexandra.primetzhofer@erstebank.at
andreas.buttinger@erstebank.at
andreas.lachs@erstebank.at
andreas.racz@erstebank.at
andreas.rein@erstebank.at
andreas.schreib@erstebank.at

## Company & Corresponding Email Addresses

bernhard.leder@erstebank.at
bl@erstebank.com
brigitte.zeitlberger@erstebank.at
brmeyerson@erstebank.com
bwagman@erstebank.com
christian.reiss@erstebank.at
christian.russ@erstebank.at
christian.wolf@erstebank.at
christoph.kampitsch@erstebank.at
christoph.kummerer@erstebank.at
claudia.poigner@erstebank.at
conrad.schuller@erstebank.at
dirk.haschke@erstebank.at
dominique.schantl@erstebank.at
dorit.krombass@erstebank.at
ec@erstebank.com
erich.pohn@erstebank.at
ernstrudolf.karner@erstebank.at
evgenia.dimitriadou@erstebank.at
fleischmann.gerald@erstebank.at
florian.hanl@erstebank.at
franz.fohrafellner@erstebank.at
georg.wachberger@erstebank.at
gerhard.ramberger@erstebank.at
gernot.weixler@erstebank.at
graptman@erstebank.com
guenter.kosnopfl@erstebank.at
guenther.smisch@erstebank.at
harald.nutz@erstebank.at
heimo.rottensteiner@erstebank.at
helmut.kroboth@erstebank.at
isabelle.dubos@erstebank.at
isbella.dinstl@erstebank.at
jaromir.malak@erstebank.at
jennifer.rowe@erstebank.at
jfay@erstebank.com
jofranco@erstebank.com
johannes.stadler@erstebank.at
josef.pfleger@erstebank.at
jrunnion@erstebank.com
judith.schiller@erstebank.at
julia.uebeleis@erstebank.at
juraj.podracky@erstebank.at
karin.nagler@erstebank.at
klausdieter.lesch@erstebank.at
leila.dalbokov@erstebank.at
leopold.graf@erstebank.at
mahdi.khouadja@erstebank.at
manfred.burdis@erstebank.at
manfred.neuwirth@erstebank.at
marcin.kopaczynski@erstebank.at
martin.aichner@erstebank.at
martin.lemmerer@erstebank.at
martin.schweitzer@erstebank.at

## Company & Corresponding Email Addresses

martin.worel@erstebank.at
martina.lukaschek@erstebank.at
matej.godal@erstebank.at
michael.santer@erstebank.at
michael.sowak@erstebank.at
michiel.souren@erstebank.at
michiel.vanderwerf@erstebank.at
miklos.nagy@erstebank.at
miranda.zhao@erstebank.at
mitomeo@erstebank.com
patrick.zima@erstebank.at
peter.badik@erstebank.at
peter.horvath@erstebank.at
peter.nemschak@erstebank.at
peter.panser@erstebank.at
petra.beron@erstebank.at
petra.frewein@erstebank.at
rastislav.talajka@erstebank.at
regina.opitz@erstebank.at
reinhard.ortner@erstebank.at
renee.bauer@erstebank.at
richard.kosecky@erstebank.at
richard.wilkinson@erstebank.at
robert.petruschan@erstebank.at
roman.rafeiner@erstebank.at
ronald.nemec@erstebank.at
rossen.peytchev@erstebank.at
sami.tamer@erstebank.at
siarhei.novik@erstebank.at
stefan.doerfler@erstebank.at
stefan.suckop@erstebank.at
sylvia.mittermann@erstebank.at
tdavanzo@erstebank.com
thomas.einramhof@erstebank.at
thomas.schaufler@erstebank.at
werner.wiedenbrig@erstebank.at
wh@erstebank.com
wolfgang.hofmann@erstebank.at
wolfgang.schopf@erstebank.at
zachary.carvell@erstebank.at

**erstegroup**
radomir.danek@erstegroup.com
**escortnet**
cilek@escortnet.com
**esfil**
edaehler@esfil.ch
**eslinvest**
eddie@eslinvest.com
elizabeth@eslinvest.com
griffin@eslinvest.com
jeff@eslinvest.com
mark@eslinvest.com
wcc@eslinvest.com
**esperia**

## Company & Corresponding Email Addresses

stan@esperia.co.uk

### esperio

jkorn@esperio.co.uk

### espiritosanto

amsantos@espiritosanto.ch
amsantos@espiritosanto.com
fhomberger@espiritosanto.com
gducouedic@espiritosanto.com
jcaldeira@espiritosanto.ch
jvandeven@espiritosanto.com
llacroix@espiritosanto.com
meggmann@espiritosanto.ch
rdevito@espiritosanto.com
tbender@espiritosanto.com
vperruchoud@espiritosanto.com

### essabank

jsandt@essabank.com
lmiller@essabank.com
mkennedy@essabank.com
sstofik@essabank.com

### essenhyp

andreas.schulte-kemper@essenhyp.com
ansgar.wittenbrink@essenhyp.com
barbara.wittenbrink@essenhyp.com
bjoern.hofmann@essenhyp.com
claudia.ritz@essenhyp.com
dirk.chlench@essenhyp.com
dominik.bludau@essenhyp.com
georg.schlueter@essenhyp.com
gerd.dunker@essenhyp.com
guenter.pless@essenhyp.com
heidi.riedel@essenhyp.com
heiko.siede@essenhyp.com
heinrich.strack@essenhyp.com
henning.zirkel@essenhyp.com
hergen.dieckmann@essenhyp.com
jean.barden@essenhyp.com
jens.remmers@essenhyp.com
martin.engel@essenhyp.com
martin.hofbauer@essenhyp.com
matthias.boesing@essenhyp.com
michael.froehner@essenhyp.com
michael.leineweber@essenhyp.com
monika.rieks@essenhyp.com
oliver.schwarzer@essenhyp.com
peter.kronenberg@essenhyp.com
rainer.polenz@essenhyp.com
stefan.tilch@essenhyp.com
stefan.zander@essenhyp.com
tatjana.zwitbaum@essenhyp.com
thomas.link@essenhyp.com
ulrich.nowak@essenhyp.com
wolfgang.groth@essenhyp.com

### essex

**Company & Corresponding Email Addresses**

adiama@essex.ac.uk

**essexinvest**

ahaugh@essexinvest.com
arames@essexinvest.com
arobinson@essexinvest.com
atilgham@essexinvest.com
augljesa@essexinvest.com
bcoughlin@essexinvest.com
ccronin@essexinvest.com
cmccall@essexinvest.com
cmcconnell@essexinvest.com
dfitzsimmons@essexinvest.com
dgoss@essexinvest.com
dmcdonald@essexinvest.com
egiroux@essexinvest.com
escoledge@essexinvest.com
gkleiner@essexinvest.com
hhawkins@essexinvest.com
jflaherty@essexinvest.com
jhawkins@essexinvest.com
jhegarty@essexinvest.com
jmcnay@essexinvest.com
jmorel@essexinvest.com
jmorris@essexinvest.com
jpinto@essexinvest.com
jshalala@essexinvest.com
kseder@essexinvest.com
lallen@essexinvest.com
lcortez@essexinvest.com
lformicola@essexinvest.com
lramsay@essexinvest.com
mcarlin@essexinvest.com
mcournan@essexinvest.com
mfirlings@essexinvest.com
mgordon@essexinvest.com
mmaccoll@essexinvest.com
mstlaurent@essexinvest.com
nprial@essexinvest.com
rbeane@essexinvest.com
rmunro@essexinvest.com
rwilson@essexinvest.com
ryoung@essexinvest.com
scutler@essexinvest.com
sjohnson@essexinvest.com
spittman@essexinvest.com
ssacks@essexinvest.com
sstickells@essexinvest.com
tblakey@essexinvest.com
tgailun@essexinvest.com
thuang@essexinvest.com

**estradasdeportugal**

goncalo.reis@estradasdeportugal.pt

**esunbank**

01536@esunbank.com.tw

## Company & Corresponding Email Addresses

03558@email.esunbank.com.tw
ada-1519@email.esunbank.com.tw
alan2365-03577@email.esunbank.com.tw
amandakao-04477@email.esunbank.com.tw
angel-03604@email.esunbank.com.tw
anthony-1525@email.esunbank.com.tw
ben@esunbank.com.hk
bonnie-06254@email.esunbank.com.tw
brian@esunbank.com.hk
charles-07206@email.esunbank.com.tw
dav-1219@email.esunbank.com
don@esunbank.com.hk
doris-07227@email.esunbank.com.tw
edward-1011@email.esunbank.com.tw
frank-2819@email.esunbank.com.tw
fred-02814@email.esunbank.com.tw
hugo-0284@email.esunbank.com.tw
jack@email.esunbank.com.tw
jason-03972@email.esunbank.com.tw
jason-04424@email.esunbank.com.tw
jeff@esunbank.com.hk
joseph-0080@email.esunbank.com.tw
kevin-02452@email.esunbank.com.tw
kevin-04055@email.esunbank.com.tw
koala-04400@email.esunbank.com.tw
pippen-03548@email.esunbank.com.tw
sarah-03623@email.esunbank.com.tw
sarah-0828@email.esunbank.com.tw
sjm@email.esunbank.com.tw
stan-03566@email.esunbank.com.tw
stanley-03579@email.esunbank.com.tw
vera-02500@email.esunbank.com.tw
vincent-0998@email.esunbank.com.tw
walmart-03573@email.esunbank.com.tw
william-04034@email.esunbank.com.tw
william-04207@email.esunbank.com.tw
yang-03550@email.esunbank.com.tw
yinghui-1019@email.esunbank.com.tw
yung-hsung@email.esunbank.com.tw

### etb-ag

alexander.brumnic@etb-ag.com
christina.erler@etb-ag.com
michael-a.merz@etb-ag.com

### ethias

alain.jamar@ethias.be
arielle.heuse@ethias.be
frederic.degrange@ethias.be
frederic.olivier@ethias.be
fredericue.olivier@ethias.be
isabelle.crutzen@ethias.be
jean-michel.bourdoux@ethias.be
jean-paul.parmentier@ethias.be
murielle.servais@ethias.be
philippe.laval@ethias.be

**Company & Corresponding Email Addresses**

pierre.ars@ethias.be
sylvie.demonceau@ethias.be

**etoilegestion**

jamsallem@etoilegestion.fr

**etoile-gestion**

andre.gosset@etoile-gestion.com
catherine.bellman@etoile-gestion.com
didier.clermont@etoile-gestion.com
eric.heleine@etoile-gestion.com
herve.freylinger@etoile-gestion.com
jean-charles.naudin@etoile-gestion.com
mouna.sabiri@etoile-gestion.com
romain.fillon@etoile-gestion.com
tangi.leliboux@etoile-gestion.com

**eudaimonia-invest**

jmoss@eudaimonia-invest.com
mweisenberger@eudaimonia-invest.com
tprentice@eudaimonia-invest.com

**eulia**

stephane.waserman@eulia.com

**eurekafunds**

pdugquem@eurekafunds.com

**eureko**

frederik.de.jong@eureko.cc

**eurizoncapital**

andrea.bernasconi@eurizoncapital.lu
andrea.giannotta@eurizoncapital.lu
davide.pavese@eurizoncapital.lu
emmanuel.victor@eurizoncapital.lu
khoa.dang@eurizoncapital.lu
ludovic.bodart@eurizoncapital.lu
luigi.antonaci@eurizoncapital.lu
marc.fohr@eurizoncapital.lu
pierre.grosfils@eurizoncapital.lu
roberto.berzero@eurizoncapital.lu
sabrina.becker@eurizoncapital.lu
steve.bolsee@eurizoncapital.lu

**euroaisgr**

simone.renzelli@euroaisgr.it

**eurobank**

etsaknakis@eurobank.gr
itsakiris@eurobank.gr
ktzavras@eurobank.gr
mchristodoulou@eurobank.gr

**eurobankpr**

jorge.sepulveda@eurobankpr.com

**eurofima**

hofmanne@eurofima.com
info@eurofima.org

**eurohypo**

alphonsus.scanlan@eurohypo.com
chedli.boujellabia@eurohypo.com

**europeancredit**

aannalingam@europeancredit.com

**Company & Corresponding Email Addresses**

acardoso@europeancredit.com
acattermole@europeancredit.com
ahosso@europeancredit.com
alennox@europeancredit.com
ali@europeancredit.com
atemple@europeancredit.com
athomas@europeancredit.com
bwalker@europeancredit.com
cholloran@europeancredit.com
dgolin@europeancredit.com
dhynes@europeancredit.com
djones@europeancredit.com
dsimms@europeancredit.com
dwilson@europeancredit.com
fhutchinson@europeancredit.com
gflynn@europeancredit.com
gharakis@europeancredit.com
gkelly@europeancredit.com
gpini@europeancredit.com
hbartel@europeancredit.com
hboyd@europeancredit.com
hferrier@europeancredit.com
hpacquement@europeancredit.com
iholden@europeancredit.com
iholmes@europeancredit.com
jarnold@europeancredit.com
jbiernat@europeancredit.com
jbristow@europeancredit.com
jhyde@europeancredit.com
jmorris@europeancredit.com
jmuys@europeancredit.com
jon.mawby@europeancredit.com
jroele@europeancredit.com
jseward@europeancredit.com
jwrigley@europeancredit.com
jwyles@europeancredit.com
kshepherd@europeancredit.com
lbriggs@europeancredit.com
makber@europeancredit.com
mbrown@europeancredit.com
mcraston@europeancredit.com
mcunningham@europeancredit.com
mparker@europeancredit.com
mpinato@europeancredit.com
mriddiford@europeancredit.com
nancy.utterback@europeancredit.com
nduggan@europeancredit.com
ntimmons@europeancredit.com
paspbury@europeancredit.com
rclegg@europeancredit.com
rgalione@europeancredit.com
rpamphilon@europeancredit.com
rvakil@europeancredit.com
sblakey@europeancredit.com

## Company & Corresponding Email Addresses

shood@europeancredit.com
skhan@europeancredit.com
smccoubrie@europeancredit.com
smcgairl@europeancredit.com
srumsey@europeancredit.com
sshah2@europeancredit.com
szinser@europeancredit.com
tronberg@europeancredit.com
twilloughby@europeancredit.com
vprice@europeancredit.com
yschan@europeancredit.com

**europe-israel**
nrabinowitz@europe-israel.com

**eurosgr**
alberto.segafredo@eurosgr.it
alessandro.picchioni@eurosgr.it
andrea.spallaccini@eurosgr.it
andrea.spallacini@eurosgr.it
corrado.berlenda@eurosgr.it
daniele.bottolo@eurosgr.it
elisa.bertolini@eurosgr.it
fabio.bonacasa@eurosgr.it
fabio.mori@eurosgr.it
gherardo.divaira@eurosgr.it
luca.lionetti@eurosgr.it
marco.maretta@eurosgr.it
marco.salvini@eurosgr.it
massimo.aloi@eurosgr.it
nicola.maino@eurosgr.it
paola.bianco@eurosgr.it
paolo.banfi@eurosgr.it
pierluca.bonvicini@eurosgr.it
riccardo.cazzola@eurosgr.it
samuele.marafin@eurosgr.it
tba@eurosgr.it

**eurosim**
c.vicari@eurosim.it
f.bovo@eurosim.it

**eurotunnel**
michael.schuller@eurotunnel.com
valery.amouroux@eurotunnel.com

**euro-vl**
estelle.bonneau@euro-vl.com
jean-michel.combaret@euro-vl.com
nirlep.sandhu@euro-vl.com
ronan.marguerie@euro-vl.com

**eutelsat**
cehlinge@eutelsat.fr
gjanvier@eutelsat.fr
jpbrillaud@eutelsat.fr
sthevard@eutelsat.fr

**evalor**
rwaelchli@evalor.ch

**evap**

## Company & Corresponding Email Addresses

rohan@evap.bm

### evcap

aspies@evcap.com
dcapo@evcap.com
dmandel@evcap.com
dresnik@evcap.bm
echan@evcap.com.sg
egraham@evcap.bm
fbaker@evcap.com
gmallal@evcap.com.sg
jbradshaw@evcap.bm
jkleban@evcap.bm
jklingsporn@evcap.com
jlim@evcap.com.sg
jm@evcap.com
jsinaikin@evcap.com
jyap@evcap.com.sg
kcovington@evcap.com
knealon@evcap.bm
llaboy@evcap.com
lrobinson@evcap.bm
mcarrara@evcap.com
md@evcap.com
mfleck@evcap.com
mproctor@evcap.bm
ndunstan@evcap.bm
ptroob@evcap.com
pwalker@evcap.bm
pwood@evcap.com
rellis@evcap.com
roconnell@evcap.bm
rpino@evcap.com
rtorres@evcap.com
sleonida@evcap.bm
smalloy@evcap.com
so@evcap.bm
sonabowle@evcap.bm
sshi@evcap.com.sg
tallraum@evcap.com
tnesbitt@evcap.bm
ttan@evcap.com.sg

### everbank

andrew.murray@everbank.com
blake.wilson@everbank.com
bruce.benzley@everbank.com
clay.reese@everbank.com
curtis.hall@everbank.com
james.hamby@everbank.com
jb.long@everbank.com
jeff.smiley@everbank.com
jeremy.spillers@everbank.com
jim.hamby@everbank.com
john.schnitzius@everbank.com
jschnitzius@everbank.com

**Company & Corresponding Email Addresses**
manish.gautam@everbank.com
matt.garlinghouse@everbank.com
ray.dinius@everbank.com
sandrine.causse@everbank.com
**everestcapital**
jreid@everestcapital.com.au
**evergreeninvestments**
acestone@evergreeninvestments.com
akurdt@evergreeninvestments.com
apeled@evergreeninvestments.com
brian.seay@evergreeninvestments.com
brian.simpson@evergreeninvestments.com
cbaldoni@evergreeninvestments.com
charper@evergreeninvestments.com
cifill@evergreeninvestments.com
cjeanne@evergreeninvestments.com
cpeters@evergreeninvestments.com
ctaylor@evergreeninvestments.com
david.christopher@evergreeninvestments.com
david.harris@evergreeninvestments.com
dbate@evergreeninvestments.com
dbeaver@evergreeninvestments.com
dbowers@evergreeninvestments.com
dchow@evergreeninvestments.com
dennis.ferro@evergreeninvestments.com
ed.outen2@evergreeninvestments.com
egrumberg@evergreeninvestments.com
epaul@evergreeninvestments.com
ericsmith@evergreeninvestments.com
ghunt@evergreeninvestments.com
gli@evergreeninvestments.com
gpzegeo@evergreeninvestments.com
grusnak@evergreeninvestments.com
hbryerman@evergreeninvestments.com
jbeard@evergreeninvestments.com
jbond@evergreeninvestments.com
jelkayam@evergreeninvestments.com
jhandley@evergreeninvestments.com
jkoenigsberg@evergreeninvestments.com
jocelyn.thayer@evergreeninvestments.com
john.pavela1@evergreeninvestments.com
johnlynch@evergreeninvestments.com
jzelko@evergreeninvestments.com
jzhang@evergreeninvestments.com
kkerr@evergreeninvestments.com
klackey@evergreeninvestments.com
klowe@evergreeninvestments.com
kmeyer@evergreeninvestments.com
knorwood@evergreeninvestments.com
lhart@evergreeninvestments.com
mac.livingston@evergreeninvestments.com
martin.mcconnell@evergreeninvestments.com
melissa.brachman@evergreeninvestments.com
mhiggins@evergreeninvestments.com

## Company & Corresponding Email Addresses

michael.brown@evergreeninvestments.com
michael.verano@evergreeninvestments.com
mkiselak@evergreeninvestments.com
nick.combs@evergreeninvestments.com
pbarrett@evergreeninvestments.com
peter.gaynor@evergreeninvestments.com
ppensyl@evergreeninvestments.com
psalov@evergreeninvestments.com
rleeman@evergreeninvestments.com
rmarrone@evergreeninvestments.com
rmclaughlin@evergreeninvestments.com
robert.bender@evergreeninvestments.com
rrifkin@evergreeninvestments.com
sbrassell@evergreeninvestments.com
sconnolly@evergreeninvestments.com
sjackson@evergreeninvestments.com
sreid@evergreeninvestments.com
steve.wilson@evergreeninvestments.com
szakely@evergreeninvestments.com
tim.swanson@evergreeninvestments.com
tj.maher@evergreeninvestments.com

### evk
susanne.haury@evk.admin.ch

### evli
annukka.tokkari@evli.com
atro.makila@evli.com
christian.borgstrom@evli.com
derek.silva@evli.com
kim.pessala@evli.com
kristian.gerkman@evli.com
matti.wallden@evli.com
mikael.lundstrom@evli.com
peter.lindahl@evli.com
risto.paivansalo@evli.com

### evofund
neu@evofund.com

### evrofinance
efimovav@evrofinance.ru
kucheryavyav@evrofinance.com
matyaschuk@evrofinance.ru
sinitzin@evrofinance.com

### exane
bassem.daher@exane.com
cecile.lediberder@exane.com
eric.laurie@exane.com
fabrice.miguelez@exane.com
fundresearch@exane.com
gabriel.roberts@exane.com
gilles.lenoir@exane.com
laurent.schwartz@exane.com
lionel.louiset@exane.com
olivier.avertin@exane.com
olivier.molle@exane.com
philippe.bonnet@exane.com

**Company & Corresponding Email Addresses**

pierre.bouhanna@exane.com
stephane.egnell@exane.com
stephane.jourdan@exane.com
thierry.levalois@exane.com
tim.gittos@exane.com
vincent.huet@exane.com

**exar**

jeff.roderick@exar.com
kevin.bauer@exar.com
raymond.calabrese@exar.com
spencer.sun@exar.com

**exchange**

bislasha@exchange.uk.ml.com
coughfio@exchange.uk.ml.com
davidjam@exchange.uk.ml.com
gilbefio@exchange.uk.ml.com
mclousuz@exchange.ie.ml.com
ryangreg@exchange.ie.ml.com

**exchangebk**

dturner@exchangebk.com
gcollins@exchangebk.com

**exhange**

henneisa@exhange.ie.ml.com

**exprinteruruguay**

dirigoyen@exprinteruruguay.com.uy
snavarro@exprinteruruguay.com.uy

**extendicare**

rbertrand@extendicare.com

**exxon**

darren.woods@exxon.com
david.b.middlebrooks@exxon.com
james.e.bayne@exxon.com
mark.woodburn@exxon.com
peter.townsend@exxon.com

**exxonmobil**

anne.n.seeger@exxonmobil.com
benjamin.waters@exxonmobil.com
brian.k.reed@exxonmobil.com
daniel.j.higgins@exxonmobil.com
david.g.bailey@exxonmobil.com
glenda.l.barina@exxonmobil.com
kathy.e.strawn@exxonmobil.com
leonard.m.rubin@exxonmobil.com
lori.c.beard@exxonmobil.com
matt.j.head@exxonmobil.com
michael.j.hawkins@exxonmobil.com
phillip.b.newman@exxonmobil.com
phillip.sewell@exxonmobil.com
robert.j.minyard@exxonmobil.com
ruskin.c.green@exxonmobil.com
steven.r.segien@exxonmobil.com
z.john.atanas@exxonmobil.com

**ey**

artan.kucuku@ey.com

**Company & Corresponding Email Addresses**

**ezaccess**
wilshinskygroup@ezaccess.net

**fac**
carol.lynch@fac.com
charlie.bricker@fac.com
chris.edwards@fac.com
john.fedele@fac.com
john.fitzgibbon@fac.com
lonnie.schaffer@fac.com
lynn.lounsbery@fac.com
mark.johnson@fac.com
mike.mulquin@fac.com
richard.edwards@fac.com
rob.hom@fac.com
sue.christoph@fac.com

**fadv**
clwilliams@fadv.com

**fafadvisors**
alan.villalon@fafadvisors.com
amit.kumar@fafadvisors.com
andrew.clark1@fafadvisors.com
andrew.rem@fafadvisors.com
anthony.boase@fafadvisors.com
brenda.briceno@fafadvisors.com
brent.mellum@fafadvisors.com
brett.agnew@fafadvisors.com
chad.kemper@fafadvisors.com
corib.johnson@fafadvisors.com
david.chalupnik@fafadvisors.com
douglas.white@fafadvisors.com
eric.espeseth@fafadvisors.com
gerald.bren@fafadvisors.com
gregory.carlson@fafadvisors.com
gregory.ryanii@fafadvisors.com
hal.goldstein@fafadvisors.com
jagdeep.ghuman@fafadvisors.com
james.diedrich@fafadvisors.com
jane.snorek@fafadvisors.com
janna.miller@fafadvisors.com
jeffrey.danforth@fafadvisors.com
jeffrey.schmitz1@fafadvisors.com
jody.rose@fafadvisors.com
joel.taitt@fafadvisors.com
john.fruit@fafadvisors.com
jon.stevens@fafadvisors.com
joseph.ulrey@fafadvisors.com
justin.amand@fafadvisors.com
kevin.earley@fafadvisors.com
laura.starr@fafadvisors.com
linda.sauber@fafadvisors.com
lindsay.strickland@fafadvisors.com
marco.naylon@fafadvisors.com
maria.peterson@fafadvisors.com
marie.newcome@fafadvisors.com

**Company & Corresponding Email Addresses**

mark.hessw@fafadvisors.com
marta.wenker@fafadvisors.com
neal.shah@fafadvisors.com
peter.agrimson@fafadvisors.com
robert.mcdougall@fafadvisors.com
robert.new@fafadvisors.com
scott.mullinix@fafadvisors.com
scott.sedlak@fafadvisors.com
scott.tonneson@fafadvisors.com
sean.conner@fafadvisors.com
seth.smith@fafadvisors.com
stephanie.weiss@fafadvisors.com
terry.sloan@fafadvisors.com
thomas.gunderson1@fafadvisors.com
thomas.schreier@fafadvisors.com
timothy.nelson@fafadvisors.com
travis.hook@fafadvisors.com
walter.french@fafadvisors.com
wanchong.kung@fafadvisors.com

**fahnestock**

cdowning@fahnestock.com
lkeary@fahnestock.com
vmazza@fahnestock.com

**fairchildsemi**

carla.dupuis@fairchildsemi.com
katherine.edenbach@fairchildsemi.com
vito.courtney@fairchildsemi.com

**fairfax**

b_bradstreet@fairfax.ca
ch_ratnaswami@fairfax.ca
e_laselva@fairfax.ca
j-buick@fairfax.ca
p_ianni@fairfax.net
p_watsa@fairfax.ca
w_cadwallader@fairfax.ca

**fairfaxcounty**

hal.lambert@fairfaxcounty.gov

**fake**

dummy@fake.com
email@fake.com

**falconbridgecapital**

schowdry@falconbridgecapital.com

**falconig**

paul.schreder@falconig.com
richard.merage@falconig.com

**falconmgt**

axelrod@falconmgt.com
gmass@falconmgt.com
jd@falconmgt.com
jleitner@falconmgt.com
mbrinkley@falconmgt.com

**fancy**

ymbksec2@fancy.ocn.ne.jp

**fandc**

**Company & Corresponding Email Addresses**

abigail.mardlin@fandc.com
adam.mossakowski@fandc.com
adrian.fowler@fandc.com
ainsley.lee@fandc.com
alessandro.laurent@fandc.com
alex.richards@fandc.com
alex.soulsby@fandc.com
alexandra.gropp@fandc.com
algie.ko@fandc.com
aline@fandc.co.uk
allan.saldanha@fandc.com
allegra.vanhovell@fandc.com
amrendra.sinha@fandc.com
andre.bakkum@fandc.nl
andrea.dunn@fandc.com
andrea.gaielli@fandc.com
andreas.schuster@fandc.co.uk
andrew.brown@fandc.com
andrew.lake@fandc.com
andrew.maclachlan@fandc.com
andrew.ohara@fandc.com
andrew.woodley@fandc.com
andrew.yeowell@fandc.com
andy.carter@fandc.com
angus.halkett@fandc.co.uk
anja.eijking@fandc.com
anjali.samani@fandc.com
anthony.brown@fandc.co.uk
antonio.pereira@fandc.com
antony.trory@fandc.com
arahim@fandc.co.uk
arnal.patel@fandc.com
ashley.boodhun@fandc.com
barry.boyle@fandc.com
barry.maksymczuk@fandc.com
ben.akrigg@fandc.com
benoit.chaligne@fandc.com
bernadette.musker@fandc.com
bert.siebrand@fandc.com
brad.holland@fandc.com
bryan.costigan@fandc.co.uk
carl.bacon@fandc.co.uk
carwyn.butcher@fandc.com
catherine.hubert-dorel@fandc.com
cathrine.stanley@fandc.com
cfarley@fandc.co.uk
chloe.moulin@fandc.com
chris.bailey@fandc.com
chris.doornekamp@fandc.com
chris.fox@fandc.com
christopher.childs@fandc.com
christopher.hadley@fandc.com
cindy.mayer@fandc.com
claire.franklin@fandc.com

**Company & Corresponding Email Addresses**

cmcfayden@fandc.co.uk
cstorrar@fandc.co.uk
danny.lau@fandc.com
david.hopwood@fandc.com
david.moss@fandc.com
david.stallard@fandc.com
davina.curling@fandc.com
derek.mclean@fandc.com
derek.mitchell@fandc.co.uk
dirk.molenaar@fandc.com
dominique.dijkhuis@fandc.com
els.nieuwenhuizen@fandc.com
els.van.muylder@fandc.com
emd.research@fandc.com
erica.ive@fandc.com
erik.rubingh@fandc.com
eurogovt.research@fandc.com
falmeida@fandc.co.uk
farah.khan@fandc.com
fariba.faraji@fandc.com
fatima.luis@fandc.com
fbexon@fandc.co.uk
fiukig.research@fandc.com
frank.rowe@fandc.com
franz.weis@fandc.co.uk
gabriele.kapfer-gill@fandc.com
gerben.cuiper@fandc.com
giles.money@fandc.com
glenn.zahn@fandc.com
gordon.ibrahim@fandc.com
graham.walker@fandc.co.uk
graham.whittaker@fandc.com
grahame.beales@fandc.com
guido.billstein@fandc.com
gulcan.elmas@fandc.com
guy.benton@fandc.com
han.altink@fandc.com
hannah.charlick@fandc.com
hans.schoonderwoerd@fandc.nl
harriet.waley-cohen@fandc.com
heinie.hakker@fandc.com
helen.roberts@fandc.com
helene.williamson@fandc.com
henri.jongschaap@fandc.com
hhunt@fandc.co.uk
hilary.aldridge@fandc.com
holly.barton@fandc.com
hthreadgill@fandc.co.uk
humbert.demaillynesle@fandc.com
ian.robinson@fandc.com
income@fandc.com
jacob.dewit@fandc.com
jacqueline.walsh@fandc.com
james.cavanagh@fandc.com

**Company & Corresponding Email Addresses**

james.flood@fandc.com
james.lavan@fandc.com
james.semler@fandc.co.uk
jamie.hooper@fandc.com
jamie.jenkins@fandc.com
jan.willemsen@fandc.nl
jasmith@fandc.co.uk
jcasson@fandc.co.uk
jcave@fandc.co.uk
jeff.chowdhry@fandc.com
jeff.grow@fandc.com
jennifer.byron@fandc.com
jeroen.wilbrink@fandc.com
jhartigan@fandc.co.uk
jhayes@fandc.co.uk
jhow@fandc.co.uk
jmaloney@fandc.co.uk
joao.eufrasio@fandc.com
jocelyn.ngassa@fandc.com
jocelyne.ngassa@fandc.com
johannes.neethling@fandc.com
john.cahill@fandc.com
jonathan.cummins@fandc.com
jonathan.mann@fandc.com
jonathon.maslen@fandc.com
jorrit.arissen@fandc.com
joseph.hazelwood@fandc.com
judith.vanderven@fandc.com
julian.cane@fandc.com
jun.xia@fandc.com
katarzyna.sydor@fandc.com
kevin.mathews@fandc.com
kevin.morris@fandc.com
kieran.fitzgerald@fandc.com
kirsty.jenkinson@fandc.com
lee.barry@fandc.com
leendert.schoenmaker@fandc.com
lef.sigalos@fandc.com
lindsay.middleton@fandc.com
linso.pals@fandc.com
liz.fordham@fandc.co.uk
ltagliapietra@fandc.co.uk
luke.newman@fandc.com
makis.kaketsis@fandc.com
malika.gulabani@fandc.com
marc.cox@fandc.com
marc.harrington@fandc.com
margarida.fonseca@fandc.com
maria.daniels@fandc.com
mario.hooghiemstra@fandc.com
mark.lebbell@fandc.com
mark.perrin@fandc.com
mark.williams@fandc.com
marlon.mcglashan@fandc.co.uk

**Company & Corresponding Email Addresses**

marsha.van.beusekom@fandc.nl
martin.smith@fandc.com
masaki.hasegawa@fandc.com
matthew.young@fandc.co.uk
michael.johnson@fandc.com
michael.ulrich@fandc.com
michel.bernard@fandc.com
michel.de.groot@fandc.com
miguel.gandolfo@fandc.com
miguel.maia@fandc.com
mike.hanbury-williams@fandc.com
mitesh.patel@fandc.com
mmurphy@fandc.co.uk
mwren@fandc.co.uk
nader.munif@fandc.com
nallen@fandc.co.uk
natalie.gray@fandc.com
neil.farrow@fandc.nl
niall.kirk@fandc.com
nicholas.allen@fandc.com
nick.holmes@fandc.co.uk
nicola.gildersleve@fandc.com
nshenton@fandc.com
olivia.mulligan@fandc.com
orla.power@fandc.com
ouafaa.sadiki@fandc.com
paras.mehta@fandc.com
paris.anand@fandc.com
patrick.hendrikx@fandc.com
patrick.newens@fandc.com
paul.allen@fandc.com
paul.allison@fandc.com
paul.marendaz@fandc.com
paul.niven@fandc.com
paul.wesson@fandc.com
paulo.quintino@fandc.com
pcameron@fandc.co.uk
per.eklof@fandc.com
peter.dalgliesh@fandc.com
peter.jarvis@fandc.com
peter.lees@fandc.com
peter.meulepas@fandc.com
peter.meulepas@fandc.nl
peter.moore@fandc.com
peter.stage@fandc.com
phil.doel@fandc.com
philip.chow@fandc.com
philip.gillman@fandc.com
philip.hunt@fandc.co.uk
philip.ladstaetter@fandc.com
pjoshi@fandc.co.uk
rahil.iqbal@fandc.com
raymond.heesakker@fandc.com
rcornish@fandc.co.uk

08-13555-mg    Doc 2573    Filed 01/20/09    Entered 01/20/09 09:59:08    Main Document
Pg 726 of 2103

**Company & Corresponding Email Addresses**

rebecca.seabrook@fandc.com
rharvey@fandc.co.uk
richard.fletcher@fandc.com
richard.singleton@fandc.com
richard.watts@fandc.com
richard.wilson@fandc.com
rita.taplatzidou@fandc.com
rjones@fandc.co.uk
rlong@fandc.co.uk
robert.crewe@fandc.com
robert.siddles@fandc.co.uk
roland.bosch@fandc.co.uk
rui.grenho@fandc.com
rupert.della-porta@fandc.co.uk
ruud.oude.wolbers@fandc.com
rwoodall@fandc.co.uk
sbonser@fandc.co.uk
screwe@fandc.co.uk
sdolbear@fandc.co.uk
sean.mylod@fandc.com
sean.oshea@fandc.com
sebastien.krol@fandc.com
sfleming@fandc.co.uk
sfong@fandc.co.uk
shauna.ramage@fandc.com
simon.clinch@fandc.com
simon.wells@fandc.co.uk
simone.guidi@fandc.com
skelley@fandc.co.uk
sonya.dilova@fandc.com
sowmya.sreerangaiah@fandc.com
stefan.bain@fandc.com
stephen.hollis@fandc.com
stephen.martin@fandc.co.uk
stephen.southgate@fandc.com
stergios.saloustros@fandc.com
steven.baker@fandc.com
stuart.crafer@fandc.com
stuart.oneill@fandc.com
stuart.phillips@fandc.com
sueann.leong@fandc.com
surendran.rajasundaram@fandc.co.uk
susanne.gahler@fandc.com
susie.jana@fandc.com
sven.scholze@fandc.com
sven.smit@fandc.com
tbroccardo@fandc.co.uk
tclare@fandc.co.uk
ted.scott@fandc.com
teimuraz.barbakadze@fandc.com
terry.wood@fandc.com
tessa.vanderburgh@fandc.com
thomas.johansen@fandc.com
thomas.nyegaard@fandc.com

**Company & Corresponding Email Addresses**

thyett@fandc.co.uk
tim.shardman@fandc.com
timothy.rea@fandc.com
tjomme.dijkma@fandc.com
toby.vaughan@fandc.com
tracy.middleton@fandc.com
vitaly.ushakov@fandc.com
vitor.santos@fandc.com
william.brown@fandc.co.uk

**fanniemae**

alice_yang@fanniemae.com
allen_carrion@fanniemae.com
alvaro_pinto@fanniemae.com
amy_e_anderson@fanniemae.com
andrew_mccormick@fanniemae.com
ang_l_middleton@fanniemae.com
anna_m_martinez@fanniemae.com
annie_kelliher@fanniemae.com
anthony_davis@fanniemae.com
anthony_silva@fanniemae.com
anton_haidorfer@fanniemae.com
antony_d_drew@fanniemae.com
ashish_gupta@fanniemae.com
ashley_h_dyson@fanniemae.com
aydin_aras@fanniemae.com
barbara_a_percia@fanniemae.com
barbara_a_ryan@fanniemae.com
ben_fazeli@fanniemae.com
ben_jones@fanniemae.com
benjamin_x_perlman@fanniemae.com
bhanu_j_frueh@fanniemae.com
boris_deychman@fanniemae.com
bradley_king@fanniemae.com
brian.fischer@fanniemae.com
brian_delgado@fanniemae.com
brian_s_evans@fanniemae.com
bryan_capsavage@fanniemae.com
caren_e_suarez@fanniemae.com
caroline_a_robertson@fanniemae.com
caroline_e_blakely@fanniemae.com
casey_becker@fanniemae.com
catherine_a_jones@fanniemae.com
chaka_a_long@fanniemae.com
chandra_potluri@fanniemae.com
cherise_mcgovern@fanniemae.com
chiang_lee@fanniemae.com
chi-cheol_chung@fanniemae.com
christiaan_berge@fanniemae.com
christian_b_allen@fanniemae.com
christian_r_valencia@fanniemae.com
christopher_benham@fanniemae.com
christopher_carlson@fanniemae.com
chu_pang@fanniemae.com
cj_zhao@fanniemae.com

**Company & Corresponding Email Addresses**

concetta_a_tkacz@fanniemae.com
daniel_brawdy@fanniemae.com
daniel_c_bradford@fanniemae.com
danielle_vissers@fanniemae.com
david_bealmear@fanniemae.com
david_c_benson@fanniemae.com
david_dong@fanniemae.com
david_e_martin@fanniemae.com
david_gussmann@fanniemae.com
david_kogut@fanniemae.com
david_ni@fanniemae.com
david_robinson@fanniemae.com
david_s_ligon-miller@fanniemae.com
deepak_t_tolani@fanniemae.com
desheng_kang@fanniemae.com
devin_a_white@fanniemae.com
devoki_sengupta@fanniemae.com
diane_asuncion-white@fanniemae.com
dianne_e_branch@fanniemae.com
donald_l_sinclair@fanniemae.com
dorothea_donelan@fanniemae.com
edmund_hohmann@fanniemae.com
edward_martin@fanniemae.com
emre_i_duygun@fanniemae.com
enrico_dallavecchia@fanniemae.com
eric_r_sahadi@fanniemae.com
erwin_c_villavicencio@fanniemae.com
fabiola_m_gallego@fanniemae.com
faith_l_vakil@fanniemae.com
fan_xu@fanniemae.com
frederick_w_schwanke@fanniemae.com
gary_boston@fanniemae.com
gary_tang@fanniemae.com
gaurav_kishore@fanniemae.com
gavin_wellington@fanniemae.com
george_nowack@fanniemae.com
gerhard_k_kulzinger@fanniemae.com
gerhard_metzen@fanniemae.com
grace_huebscher@fanniemae.com
gregorio_t_druehl@fanniemae.com
gregory_ehrhardt@fanniemae.com
gregory_j_murdock@fanniemae.com
gunes_kulaligil@fanniemae.com
guoqing_yan@fanniemae.com
helen_mcnally@fanniemae.com
heng_lay@fanniemae.com
hilary_m_branson@fanniemae.com
hsiu-wen_wu@fanniemae.com
ian_anderson@fanniemae.com
irina_koval@fanniemae.com
jack_keil@fanniemae.com
james_beechler@fanniemae.com
james_johnson@fanniemae.com
james_zucco@fanniemae.com

**Company & Corresponding Email Addresses**

janette_c_young@fanniemae.com
jason_a_pinnix@fanniemae.com
jason_carter@fanniemae.com
jason_krasilovsky@fanniemae.com
jason_thayer@fanniemae.com
jayne_shontell@fanniemae.com
jeanne_l_ranaivoson@fanniemae.com
jef_kinney@fanniemae.com
jeffrey_wheeler@fanniemae.com
jian_chen@fanniemae.com
jian_zhou@fanniemae.com
jianhua_yuan@fanniemae.com
jianlin_zhai@fanniemae.com
jianting_hu@fanniemae.com
john_a_keil@fanniemae.com
john_bennett@fanniemae.com
john_ge@fanniemae.com
john_isquith@fanniemae.com
john_jackson@fanniemae.com
john_thelosen@fanniemae.com
john_wilson@fanniemae.com
jon_houttekier@fanniemae.com
jon_updike@fanniemae.com
jonathan_b_berkeley@fanniemae.com
jonathan_e_gross@fanniemae.com
jonathan_g_harris@fanniemae.com
jordan_a_segue@fanniemae.com
joseph_stagi@fanniemae.com
joshua_m_seiff@fanniemae.com
juliana_heitz@fanniemae.com
justen_carter@fanniemae.com
justin_hwang@fanniemae.com
kang_pan@fanniemae.com
kasi_-_shanmugam@fanniemae.com
ken_barnes@fanniemae.com
kent_booth@fanniemae.com
kevin_ayers@fanniemae.com
kimberly_h_johnson@fanniemae.com
kin_y_chung@fanniemae.com
kiran_p_kini@fanniemae.com
krishna_gudavalli@fanniemae.com
kyle_a_wyatt@fanniemae.com
kyle_lynch@fanniemae.com
lamont_g_morgan@fanniemae.com
larry_dale@fanniemae.com
laura_kim@fanniemae.com
laura_m_simmons@fanniemae.com
lauren_topham@fanniemae.com
laurie_coleman@fanniemae.com
laurie_zeller@fanniemae.com
lawrence_r_bishop@fanniemae.com
leigh_coates@fanniemae.com
leonard_o_mills@fanniemae.com
lian_pi@fanniemae.com

**Company & Corresponding Email Addresses**

lik-man_yam@fanniemae.com
lillian_nakhla@fanniemae.com
lin_cao@fanniemae.com
linda_knight@fanniemae.com
linda_powell-williams@fanniemae.com
marc_baker@fanniemae.com
marc_bourzutschky@fanniemae.com
marcia_i_miller@fanniemae.com
margo_miller@fanniemae.com
mari_l_robertson@fanniemae.com
mark_l_wright@fanniemae.com
mark_liang@fanniemae.com
martin_geislinger@fanniemae.com
martin_kelly@fanniemae.com
mary_spence@fanniemae.com
matt_johnson@fanniemae.com
maureen_t_jones@fanniemae.com
mehmood_nathani@fanniemae.com
michael_a_treidl@fanniemae.com
michael_g_somerville@fanniemae.com
michael_j_lohmeier@fanniemae.com
michael_maloney@fanniemae.com
michael_p_fiore@fanniemae.com
michael_p_lebowitz@fanniemae.com
michael_r_kenney@fanniemae.com
michael-rylant@fanniemae.com
michele_evans@fanniemae.com
mildred_banks@fanniemae.com
mildred_walker@fanniemae.com
min_zhang@fanniemae.com
miyuki_onishi@fanniemae.com
mohit_chandarana@fanniemae.com
molly_r_boesel@fanniemae.com
monica_j_fulop@fanniemae.com
monte_h_shapiro@fanniemae.com
mostafa_raddaoui@fanniemae.com
mukesh_s_desai@fanniemae.com
murali_krishnamurthy@fanniemae.com
nadine_j_bates@fanniemae.com
nancy_e_greiner@fanniemae.com
nathanael_sutanto@fanniemae.com
neelima_reddy@fanniemae.com
neil_hughes@fanniemae.com
nick_kiritz@fanniemae.com
nicole_r_brady@fanniemae.com
nikeshea_spears@fanniemae.com
nimit_sharma@fanniemae.com
omar_akhtar@fanniemae.com
omar_gundogdu@fanniemae.com
pamela_l_tucker@fanniemae.com
patrick_h_beranek@fanniemae.c
patrick_m_conway@fanniemae.com
paul_moretti@fanniemae.com
paul_norris@fanniemae.com

**Company & Corresponding Email Addresses**

pavan_chatlani@fanniemae.com
peter_hubley@fanniemae.com
peter_m_flynn@fanniemae.com
peter_niculescu@fanniemae.com
peter_ugincius@fanniemae.com
prem_somu@fanniemae.com
qiang_fu@fanniemae.com
qing_sun@fanniemae.com
ramon_r_decastro@fanniemae.com
renee_r_schultz@fanniemae.com
renee_tang@fanniemae.com
richard_jaucian@fanniemae.com
richard_sorkin@fanniemae.com
richard_w_wolf@fanniemae.com
robert_a_herlund@fanniemae.com
robert_f_wagner@fanniemae.com
robert_ives@fanniemae.com
rogelio_soltero@fanniemae.com
roy_r_hormuth@fanniemae.com
rui_falcon@fanniemae.com
sal_mirran@fanniemae.com
sanda_pesut@fanniemae.com
sandeep_jeksaani@fanniemae.com
sandeep_shilawat@fanniemae.com
sanjay_bhatt@fanniemae.com
sarah_kong@fanniemae.com
scott_c_shepard@fanniemae.com
scott_chastain@fanniemae.com
scott_webster@fanniemae.com
sean_c_fallon@fanniemae.com
sharon_pinnock@fanniemae.com
sharon_stieber@fanniemae.com
shayan_salahuddin@fanniemae.com
sheri_murrah@fanniemae.com
sherry_e_wilson@fanniemae.com
sibongile_boyd@fanniemae.com
somender_chaudhary@fanniemae.com
sonya_sheth@fanniemae.com
stephen_bartolini@fanniemae.com
steve_costoff@fanniemae.com
steve_shen@fanniemae.com
steven_brannum@fanniemae.com
steven_e_deggendorf@fanniemae.com
stuart_cohen@fanniemae.com
sukru_saman@fanniemae.com
sung_yoon@fanniemae.com
tanu_s_bhatnagar@fanniemae.com
tao_cheng@fanniemae.com
theresa_meawad@fanniemae.com
thomas_a_lawler@fanniemae.com
thomas_weigle@fanniemae.com
thushara_therrien@fanniemae.com
tim_brown@fanniemae.com
tisha_tyson@fanniemae.com

## Company & Corresponding Email Addresses

todd_e_peterson@fanniemae.com
todd_parker@fanniemae.com
toni_jackson@fanniemae.com
tushar_dayal@fanniemae.com
tvr_rao@fanniemae.com
ursula_o_schaefer@fanniemae.com
ursula_o"donnell@fanniemae.com
vamsi_kommasani@fanniemae.com
vanessa_moulin@fanniemae.com
vanessa_schlegel@fanniemae.com
venkat_gangisetty@fanniemae.com
vikas_singhal@fanniemae.com
walter_bauman@fanniemae.com
walter_hill@fanniemae.com
walter_k_kim@fanniemae.com
wayne_b_mclurkin@fanniemae.com
william_black@fanniemae.com
william_quinn@fanniemae.com
william_r_schultz@fanniemae.com
william_segal@fanniemae.com
x6uonp@fanniemae.com
xinchao_zhang@fanniemae.com
y2ulxm@fanniemae.com
yawei_jin@fanniemae.com
yigao_liang@fanniemae.com
yingsheng_li@fanniemae.com
yolanda_s_green@fanniemae.com
yongjin_hou@fanniemae.com
zack_z_li@fanniemae.com
zahid_abbasi@fanniemae.com
zhitong_zhang@fanniemae.com
zhou_y_liu@fanniemae.com
zirong_zhang@fanniemae.com
zubin_alemo@fanniemae.com

### faralloncapital

afremder@faralloncapital.com
aspokes@faralloncapital.com
dmcmahon@faralloncapital.com
dmeade@faralloncapital.com
egorham@faralloncapital.com
jarnoldy@faralloncapital.com
jdownes@faralloncapital.com
jkaram@faralloncapital.com
jkruger@faralloncapital.com
jmoment@faralloncapital.com
josh.dapice@faralloncapital.com
jwarren@faralloncapital.com
kacosta@faralloncapital.com
mduke@faralloncapital.com
mfisch@faralloncapital.com
mlandry@faralloncapital.com
mlinn@faralloncapital.com
mstrasburg@faralloncapital.com
pcollison@faralloncapital.com

**Company & Corresponding Email Addresses**

rpatel@faralloncapital.com
rvoon@faralloncapital.com
rzage@faralloncapital.com
smillham@faralloncapital.com
tsteyer@faralloncapital.com
vstorie@faralloncapital.com
w_f_mellin@faralloncapital.com
wchu@faralloncapital.com
wstegall@faralloncapital.com

**farcap**

abushler@farcap.com
acaldwell@farcap.com
apant@farcap.com
awarner@farcap.com
bd@farcap.com
bparkyn@farcap.com
bseybold@farcap.com
cclark@farcap.com
cem@farcap.com
cescher@farcap.com
charris@farcap.com
cshreve@farcap.com
cward@farcap.com
dchun@farcap.com
deepak@farcap.com
ding.chun@farcap.com
dkim@farcap.com
dlang@farcap.com
dpost@farcap.com
dsmith@farcap.com
earnings@farcap.com
ebrodsky@farcap.com
echung@farcap.com
edrobny@farcap.com
esaito@farcap.com
etato@farcap.com
fchiu@farcap.com
gsodhoffs@farcap.com
gswart@farcap.com
jfakhry@farcap.com
jfortner@farcap.com
jgibson@farcap.com
jkelly@farcap.com
jkoerner@farcap.com
jlin@farcap.com
jpierce@farcap.com
jschilling@farcap.com
jshort@farcap.com
jwerner@farcap.com
jwilton@farcap.com
kmcnabb@farcap.com
lcalfee@farcap.com
lhicks@farcap.com
lkinczel@farcap.com

## Company & Corresponding Email Addresses

lteran@farcap.com
mdewispelaere@farcap.com
mford@farcap.com
mjorgensen@farcap.com
mmetzger@farcap.com
mmoshkov@farcap.com
mselz@farcap.com
msennett@farcap.com
msullivan@farcap.com
nbellefeuille@farcap.com
nhill@farcap.com
nsamsonova@farcap.com
nw@farcap.com
probinson@farcap.com
rlee@farcap.com
roshanp@farcap.com
rpaidipaty@farcap.com
rschaper@farcap.com
rseverude@farcap.com
sa@farcap.com
sdalton@farcap.com
sharif@farcap.com
shurst@farcap.com
smallach@farcap.com
tpaff@farcap.com
trigo@farcap.com
wlenehan@farcap.com
yconnolly@farcap.com
ycramer@farcap.com

### fareastnationalbank
bruce.clark@fareastnationalbank.com
ctseng@fareastnationalbank.com
patrick.kezele@fareastnationalbank.com
steven.chen@fareastnationalbank.com
vickie.chang@fareastnationalbank.com

### farleycap
ameli@farleycap.com
aschaffer@farleycap.com
sfarley@farleycap.com

### farmcreditbank
capp.crawford@farmcreditbank.com
eric.paul@farmcreditbank.com
jlarge@farmcreditbank.com
kristy.vrabel@farmcreditbank.com
raul.ojeda@farmcreditbank.com

### farmcredit-ffcb
aheiden@farmcredit-ffcb.com
bwhitehead@farmcredit-ffcb.com
dspencer@farmcredit-ffcb.com
dwilliams@farmcredit-ffcb.com
gdoran@farmcredit-ffcb.com
jstewart@farmcredit-ffcb.com
nroccano@farmcredit-ffcb.com
rgill@farmcredit-ffcb.com

## Company & Corresponding Email Addresses

sbilotta@farmcredit-ffcb.com
sgelb@farmcredit-ffcb.com

**farmermac**
edward_caywood@farmermac.com
jsinghal@farmermac.com
nancy_corsiglia@farmermac.com
robert_owens@farmermac.com
robin_taylor@farmermac.com

**farmersinsurance**
laszlo.heredy@farmersinsurance.com
marlo.oaks@farmersinsurance.com

**farmersnb**
wmarsh@farmersnb.com

**fastnet**
olivier.massillon@fastnet.lu

**fastnetgroup**
guiseppe.scifo@eu.fastnetgroup.com

**faurecia**
abauduin@boulognebl.faurecia.com

**fayezsarofim**
cdick@fayezsarofim.com
mporter@fayezsarofim.com

**fbfinance**
cindee.williams@fbfinance.com
edmund.kim@fbfinance.com
michael.symmons@fbfinance.com
mike.halovatch@fbfinance.com
peter.wadkins@fbfinance.com
tod.vanname@fbfinance.com

**fbfs**
brummelhart@fbfs.com
caday@fbfs.com
chappel@fbfs.com
dhiggins@fbfs.com
gpietsch@fbfs.com
kgreving@fbfs.com
lbeebe@fbfs.com
msandbulte@fbfs.com

**fblfinancial**
annette.shaw@fblfinancial.com
dbruning@fblfinancial.com
herman.riva@fblfinancial.com
jeff.ellis@fblfinancial.com
justin.carley@fblfinancial.com

**fbol**
ed.furman@fbol.com

**fbopcorp**
gmitchell@fbopcorp.com
tschneider@fbopcorp.com

**fbs**
bart.tishauser@fbs.nl
erwin.blaas@fbs.nl
frank.berens@fbs.nl
matthieu.vdveldt@fbs.nl

## Company & Corresponding Email Addresses

paul.roethof@fbs.nl
richard.schulein@fbs.nl
rob.habets@fbs.nl

### fbtx
anocella@fbtx.com

### fbw
bswanson@fbw.com
dnolan@fbw.com
krast@fbw.com
pvaughan@fbw.com
sglantz@fbw.com
twashall@fbw.com

### fcbnm
cspencer@fcbnm.com

### fcbsc
craig.nix@fcbsc.com

### fcbw
craig.olsen@fcbw.com
david.kemp@fcbw.com
jim.shanahan@fcbw.com
tony.english@fcbw.com

### fcc-sca
dairen.beblow@fcc-sca.ca
lori.christie@fcc-sca.ca
sharilee.fossum@fcc-sca.ca

### fcem
egoodchild@fcem.co.uk
hcarey@fcem.co.uk
hzimmerman@fcem.co.uk
jcrone@fcem.co.uk
kclarke@fcem.co.uk
nthornycroft@fcem.co.uk
onegyal@fcem.co.uk
rbrandt@fcem.co.uk
smahtani@fcem.co.uk

### fciadvisors
aliggett@fciadvisors.com
bbarnes@fciadvisors.com
bcourtney@fciadvisors.com
bhobbs@fciadvisors.com
bperott@fciadvisors.com
gcloud@fciadvisors.com
kjohnson@fciadvisors.com
mallison@fciadvisors.com
pgreig@fciadvisors.com
pgronniger@fciadvisors.com
pmcclain@fciadvisors.com
sberkley@fciadvisors.com
vschaff@fciadvisors.com

### fcil
lettice.hagan@fcil.co.uk

### fcminvest
elena@fcminvest.com
mjones@fcminvest.com

**Company & Corresponding Email Addresses**

mwu@fcminvest.com
research@fcminvest.com

**fcnbd**

andria_sandora@em.fcnbd.com
cathy_r_williams@em.fcnbd.com
deanna_spangler@em.fcnbd.com
jay_taparia@am.fcnbd.com
jill_k_leach@am.fcnbd.com
john_jackucyk@am.fcnbd.com
julie_kroll@em.fcnbd.com
kelli_king@am.fcnbd.com
linwood_thiessen@am.fcnbd.com
nick_markus@em.fcnbd.com
robert_grimm@em.fcnbd.com
steven_brooks@em.fcnbd.com
suzanne_austin@em.fcnbd.com
thomas_j_bebej@am.fcnbd.com

**fcsamerica**

saltong@fcsamerica.com

**fddbank**

s.defrancesco@fddbank.com

**fdic**

aamiel@fdic.gov
agilchrist@fdic.gov
amurphy@fdic.gov
anfelton@fdic.gov
baryan@fdic.gov
bbean@fdic.gov
bdavis@fdic.gov
bhoyer@fdic.gov
brlewis@fdic.gov
cangell@fdic.gov
cbarry@fdic.gov
ccollier@fdic.gov
cfiol@fdic.gov
ckulp@fdic.gov
clipuma@fdic.gov
ddudnik@fdic.gov
dhaskins@fdic.gov
dpromani@fdic.gov
dtallant@fdic.gov
dweyback@fdic.gov
dwiley@fdic.gov
ebloecher@fdic.gov
ereither@fdic.gov
gcevallos@fdic.gov
gikosi@fdic.gov
gquint@fdic.gov
jayres@fdic.gov
jcoburn@fdic.gov
jgolter@fdic.gov
jhull@fdic.gov
jplock@fdic.gov
jroberts@fdic.gov

## Company & Corresponding Email Addresses

jweinberger@fdic.gov
kegan@fdic.gov
kgleason@fdic.gov
kkalser@fdic.gov
lcheng@fdic.gov
lduffy@fdic.gov
lkowalski@fdic.gov
llo@fdic.gov
lmontgomery@fdic.gov
lsamowitz@fdic.gov
lwright@fdic.gov
mcawthon@fdic.gov
mfanaroff@fdic.gov
mgarner@fdic.gov
mhasty@fdic.gov
mmorgan@fdic.gov
msolt@fdic.gov
pdriscoll@fdic.gov
pvigil@fdic.gov
rburns@fdic.gov
rcofer@fdic.gov
rcox@fdic.gov
robbasinger@fdic.gov
rpackard@fdic.gov
rsims@fdic.gov
rsommers@fdic.gov
rspieker@fdic.gov
rvilim@fdic.gov
rwat@fdic.gov
sburhouse@fdic.gov
sburton@fdic.gov
schen@fdic.gov
sfunaro@fdic.gov
sgabriel@fdic.gov
shughes@fdic.gov
solesiuk@fdic.gov
stschultz@fdic.gov
tcoltharp@fdic.gov
tiedwards@fdic.gov
tineeck@fdic.gov
tmurray@fdic.gov
wstewart@fdic.gov

### fearnleys

a.amriati@fearnleys.no
a.skjevesland@fearnleys.no
b.lind@fearnleys.no
f.falch@fearnleys.no
sb.svenning@fearnleys.no

### federal

moore@federal.com

### federal-finance

anthony.dupiellet@federal-finance.fr
arnaud.lanctin@federal-finance.fr
franck.richard@federal-finance.fr

**Company & Corresponding Email Addresses**

francois.menut@federal-finance.fr
gerald.claudel@federal-finance.fr
jean-francois.blottiere@federal-finance.fr
laurence.corbel@federal-finance.fr
marc.salaun@federal-finance.fr
philippe.fremond@federal-finance.fr
regis.feroc@federal-finance.fr
stephane.cadieu@federal-finance.fr
stephane.le-gall@federal-finance.fr
tanguy.moreau@federal-finance.fr

**federalgestion**

erwan.bonder@federalgestion.com
erwan.marrec@federalgestion.com
jean-michel.maingain@federalgestion.com
pierre.gueguen@federalgestion.com
yann.louarn@federalgestion.com

**federated**

s.hoelscher@federated.de
t-l.kamann@federated.de

**federatedinv**

abeck@federatedinv.com
aho@federatedinv.com
akaplan@federatedinv.com
akirschler@federatedinv.com
aknizner@federatedinv.com
akohler@federatedinv.com
amassimiani@federatedinv.com
amorabito@federatedinv.com
atetlow@federatedinv.com
aventurino@federatedinv.com
bbejster@federatedinv.com
bbell@federatedinv.com
bdavis@federatedinv.com
bdingle@federatedinv.com
bklaber@federatedinv.com
bnolte@federatedinv.com
bostrowski@federatedinv.com
bruffner@federatedinv.com
bschneider@federatedinv.com
carendas@federatedinv.com
cbaggio@federatedinv.com
cbodamer@federatedinv.com
ccaton@federatedinv.com
cgross@federatedinv.com
cifill@federatedinv.com
cjsmith@federatedinv.com
ckeller@federatedinv.com
cmiller@federatedinv.com
cstewart@federatedinv.com
cwu@federatedinv.com
cyingling@federatedinv.com
dbickerstaff@federatedinv.com
dburr@federatedinv.com
dcatanzaro@federatedinv.com

## Company & Corresponding Email Addresses

dchoi@federatedinv.com
dcook@federatedinv.com
dcunningham@federatedinv.com
dczoch@federatedinv.com
ddoherty@federatedinv.com
dellenberger@federatedinv.com
dgerber@federatedinv.com
dgilmore@federatedinv.com
dgubba@federatedinv.com
dkartsonas@federatedinv.com
dkozusko@federatedinv.com
dmeissner@federatedinv.com
dperis@federatedinv.com
dshoup@federatedinv.com
dsouccar@federatedinv.com
dstartari@federatedinv.com
efolan@federatedinv.com
egraham@federatedinv.com
eklosky@federatedinv.com
elee@federatedinv.com
elee2@federatedinv.com
fzheng@federatedinv.com
ghardwick@federatedinv.com
gneavin@federatedinv.com
gpazzanese@federatedinv.com
gpurinton@federatedinv.com
gwright@federatedinv.com
hharris@federatedinv.com
hmchan@federatedinv.com
ileiser@federatedinv.com
isalib@federatedinv.com
jbalestrino@federatedinv.com
jbreslin@federatedinv.com
jchelmu@federatedinv.com
jcrea@federatedinv.com
jdevito@federatedinv.com
jgentry@federatedinv.com
jgordon@federatedinv.com
jgrant@federatedinv.com
jhamilton@federatedinv.com
jharris@federatedinv.com
jhoff@federatedinv.com
jjones2@federatedinv.com
jjones3@federatedinv.com
jmycka@federatedinv.com
jnichol@federatedinv.com
jpasko@federatedinv.com
jruzicka@federatedinv.com
jscullion@federatedinv.com
jsetzenfand@federatedinv.com
jsidawi@federatedinv.com
jsteel@federatedinv.com
jvarrati@federatedinv.com
jwager@federatedinv.com

**Company & Corresponding Email Addresses**

jwarszawski@federatedinv.com
kaltschafl@federatedinv.com
kandrachick@federatedinv.com
kcrummie@federatedinv.com
kfitzpatrick@federatedinv.com
kfowler@federatedinv.com
kglass@federatedinv.com
khightower@federatedinv.com
khines@federatedinv.com
klamark@federatedinv.com
kmanna@federatedinv.com
kmccloskey@federatedinv.com
krhad@federatedinv.com
ksabol@federatedinv.com
lbakhshian@federatedinv.com
lcunningham@federatedinv.com
lduessel@federatedinv.com
loconnell@federatedinv.com
ltill@federatedinv.com
lvila@federatedinv.com
mambrose@federatedinv.com
mbrewster@federatedinv.com
mbruce@federatedinv.com
mdisalvio@federatedinv.com
mdurbiano@federatedinv.com
mhalperin@federatedinv.com
mmitsui@federatedinv.com
mpavuk@federatedinv.com
mporada@federatedinv.com
mrayman@federatedinv.com
mtesla@federatedinv.com
mtolbert@federatedinv.com
mtucker@federatedinv.com
mwible@federatedinv.com
naversa@federatedinv.com
nkehm@federatedinv.com
nmetz@federatedinv.com
nnavari@federatedinv.com
ntripodes@federatedinv.com
pbenacci@federatedinv.com
pheagy@federatedinv.com
porlando@federatedinv.com
pvalle@federatedinv.com
pwilhelm@federatedinv.com
rbauer@federatedinv.com
rchi@federatedinv.com
rcumberledge@federatedinv.com
rfilia@federatedinv.com
rkowit@federatedinv.com
rmaglin@federatedinv.com
rotoole@federatedinv.com
rrice@federatedinv.com
rsanchez-dahl@federatedinv.com
rsterr@federatedinv.com

**Company & Corresponding Email Addresses**

rtitto@federatedinv.com
rtriltsch@federatedinv.com
rwinkowski@federatedinv.com
salbrecht@federatedinv.com
sarnold@federatedinv.com
sauth@federatedinv.com
schiavarone@federatedinv.com
scrane@federatedinv.com
sgammill@federatedinv.com
sgupta@federatedinv.com
skail@federatedinv.com
skalos@federatedinv.com
slehman@federatedinv.com
smokkapati@federatedinv.com
smorgan@federatedinv.com
snason@federatedinv.com
sperez@federatedinv.com
ssathkumara@federatedinv.com
swagner@federatedinv.com
tabraham@federatedinv.com
tbanks@federatedinv.com
tblanchette@federatedinv.com
tdelserone@federatedinv.com
teddinger@federatedinv.com
tgannon@federatedinv.com
tgoodger@federatedinv.com
tlusk@federatedinv.com
tmadden@federatedinv.com
tmitchell@federatedinv.com
tsangalli@federatedinv.com
tscherr@federatedinv.com
wbean@federatedinv.com
wlist@federatedinv.com
xsi@federatedinv.com
yxu@federatedinv.com

**fedex**

eacrowder@fedex.com
jdhartney@fedex.com
jeffrey.smith@fedex.com
mickey.foster@fedex.com
sdhughes@fedex.com

**fenb-us**

andrew.wang@fenb-us.com
carol.lee@fenb-us.com
john.mangold@fenb-us.com
tammy.chiao@fenb-us.com
vincy.yu@fenb-us.com

**fenway partners**

ageisser@fenway partners.com

**feo**

ichikura@feo.fuji-ric.co.jp
uehara@feo.fuji-ric.co.jp

**fergwell**

bond@fergwell.com

## Company & Corresponding Email Addresses

flexer@fergwell.com
fovinci@fergwell.com
knebel@fergwell.com
krys-rusoff@fergwell.com
norris@fergwell.com

### feri

anette.dyroff@feri.de
cord.hinrichs@feri.de
david.meyer@feri.de
delphine.gebauer@feri.de
dieter.merz@feri.de
dirk.schoeneich@feri.de
dirk.soehnholz@feri.de
holger.brauer@feri.de
ingo.klamroth@feri.de
jens.wetter@feri.de
knut.moreth@feri.de
marcus.kraft@feri.de
martin.duerr@feri.de
mathias.haffner@feri.de
mora.golding@feri.de
steffen.bender@feri.de
tobias.schmidt@feri.de
werner.goricki@feri.de
zeljko.tipuric@feri.de

### ferragamo

federico.focardi@ferragamo.com
paolo.despirt@ferragamo.com

### ferro

binglej@ferro.com
tahboubl@ferro.com
zuppoj@ferro.com

### fes

muller@fes.ch

### ff

dd@ff.com
divya.patel@ff.com
jason.huang@ff.com
joe.dedominicis@ff.cm
joe.dedominicis@ff.com
raymond.tan@ff.com
steve.mageras@ff.com

### ffandp

guenter.ferstl@ffandp.com
james.wigley@ffandp.com
klaus.bockstaller@ffandp.com
neil.honebon@ffandp.com
reinhard.ploder@ffandp.com

### ffbc-oh

barbara.turcotte@ffbc-oh.com
doug.lefferson@ffbc-oh.com
frank.hall@ffbc-oh.com
larry.mulligan@ffbc-oh.com
teresa.moon@ffbc-oh.com

## Company & Corresponding Email Addresses

### ffbonline
jcrowley@ffbonline.com
msexton@ffbonline.com

### ffcnet
bwood@ffcnet.com

### fffc
katie.modugno@fffc.com
marc.geredes@fffc.com
sbarnett@fffc.com

### ffna
cdeberardinis@ffna.com
mmafrica@ffna.com

### ffsa
philippe.trainar@ffsa.fr

### fftw
aakant@fftw.com
aasipenkava@fftw.com
abushehri@fftw.com
acraig@fftw.com
aeventon@fftw.com
ajoergensen@fftw.com
akrieckh@fftw.com
alloyd@fftw.com
awhitford@fftw.com
awoller@fftw.com
bkeller@fftw.com
breda@fftw.com
cdechillaz@fftw.com
cduffy@fftw.com
cfullinck@fftw.com
cjames@fftw.com
clu@fftw.com
cmiranda@fftw.com
cscholtes@fftw.com
cstacey@fftw.com
ctang@fftw.com
dhazell@fftw.com
dmarmon@fftw.com
dpletzer@fftw.com
dshapiro@fftw.com
dye@fftw.com
fjaccarino@fftw.com
fschulman@fftw.com
fsyed@fftw.com
gchan@fftw.com
goulven.drevillon@fftw.com
gskapin@fftw.com
gverveniotis@fftw.com
hleong@fftw.com
ikiefer@fftw.com
jcarey@fftw.com
jholmes@fftw.com
jkim@fftw.com
jlyman@fftw.com

**Company & Corresponding Email Addresses**

jmorton@fftw.com
jolcay@fftw.com
jraymundo@fftw.com
jsong@fftw.com
jyiu@fftw.com
jzhao@fftw.com
kbarua@fftw.com
kchen@fftw.com
kgrimes@fftw.com
khourican@fftw.com
kkata@fftw.com
klind@fftw.com
kodonnell@fftw.com
kpiskorowski@fftw.com
krosenbloom@fftw.com
lahamed@fftw.com
lgianferrari@fftw.com
lschirf@fftw.com
lturkisher@fftw.com
mbielik@fftw.com
mgarcia@fftw.com
mhancock@fftw.com
mjorge@fftw.com
mkalman@fftw.com
mlacana@fftw.com
mliu@fftw.com
mmedina@fftw.com
mrogov@fftw.com
mrossi@fftw.com
msheehy@fftw.com
mslootsky@fftw.com
mvodola@fftw.com
mwyne@fftw.com
pbhudia@fftw.com
pgreco@fftw.com
pnavanandan@fftw.com
pwithers@fftw.com
qchen@fftw.com
rdalmau@fftw.com
rdesmond@fftw.com
rdiao@fftw.com
rudell@fftw.com
schang@fftw.com
sconstantine@fftw.com
sdaniel@fftw.com
sgoh@fftw.com
ssheeler@fftw.com
sstaeuber@fftw.com
sweinstein@fftw.com
tfaye@fftw.com
urickheeram@fftw.com
wcheung@fftw.com
yng@fftw.com
**ffw**

**Company & Corresponding Email Addresses**

cwong@ffw.com

**fgb**

ahmed.gaffar@fgb.ae
ahsan.raza@fgb.ae
arun.pavithran@fgb.ae
ashu.khurana@fgb.ae
avinash.bathija@fgb.ae
banu.akbez@fgb.ae
bilal.hasanjee@fgb.ae
ganesh.nayak@fgb.ae
haroon.chaudhry@fgb.ae
hashbeer.ali@fgb.ae
imran.mirza@fgb.ae
issra.battash@fgb.ae
jassem.khan@fgb.ae
pawan.jhangiani@fgb.ae
prabir.mitrabarua@fgb.ae
rajendra.amin@fgb.ae
shahid.rasool@fgb.ae
spag@fgb.ae
tasdique.pasha@fgb.ae
walaa.riad@fgb.ae

**fgic**

alex.masri@fgic.com
allison.taylor@fgic.com
david.dowden@fgic.com
diane.westerback@fgic.com
elizabeth.menhenett@fgic.com
inga.smolyar@fgic.com
karen.hogan@fgic.com
robert.velins@fgic.com
scott.sprauer@fgic.com
sherwin.johnson@fgic.com
tracy.pridgen@fgic.com
udo.onwuachi@fgic.com
vasiliki.koutoupi@fgic.com

**fglife**

b2189@fglife.com.tw

**fgnw**

awenstrand@fgnw.org

**fhfb**

grahamf@fhfb.gov

**fhhl**

john.mcguire@fhhl.com
pete.mackowiecki@fhhl.com

**fhhlc**

achang@fhhlc.com
bstory@fhhlc.com
czorrilla@fhhlc.com
gdowell@fhhlc.com
jmherman@fhhlc.com
jmontgom@fhhlc.com
mporter@fhhlc.com
mrogers@fhhlc.com

## Company & Corresponding Email Addresses

pjsciandra@fhhlc.com
plciri@fhhlc.com
spierson@fhhlc.com
tmccoy@fhhlc.com
wphillips@fhhlc.com

### fhlb

anila.hoxha@fhlb.com
bud.gill@fhlb.com
chandra.quaite@fhlb.com
cindy@fhlb.com
dan.cavender@fhlb.com
david.hazard@fhlb.com
gary.olsen@fhlb.com
jennifer.gao@fhlb.com
justin.shead@fhlb.com
maria.coronado@fhlb.com
mark.wert@fhlb.com
michael.sims@fhlb.com
mike.klepikow@fhlb.com
ryan.welch@fhlb.com
steven.johnson@fhlb.com
stuart.boyle@fhlb.com

### fhlbatl

agrimes@fhlbatl.com
akeeshajarrett@fhlbatl.com
alang@fhlbatl.com
amills@fhlbatl.com
bregan@fhlbatl.com
bschwartz@fhlbatl.com
bsommerville@fhlbatl.com
cainsworth@fhlbatl.com
cclark@fhlbatl.com
ccleare@fhlbatl.com
cgatewood@fhlbatl.com
cjacobs@fhlbatl.com
cmcentee@fhlbatl.com
cphifer@fhlbatl.com
dbegley@fhlbatl.com
dbennett@fhlbatl.com
deckardt@fhlbatl.com
dlarusse@fhlbatl.com
dreichert@fhlbatl.com
dyoung@fhlbatl.com
ewimbush@fhlbatl.com
gglass@fhlbatl.com
gpalmer@fhlbatl.com
hfoster@fhlbatl.com
hkazazian@fhlbatl.com
iwright@fhlbatl.com
javery@fhlbatl.com
jbell@fhlbatl.com
jclayton@fhlbatl.com
jeverson@fhlbatl.com
jgagen@fhlbatl.com

## Company & Corresponding Email Addresses

jserrato@fhlbatl.com
kbabar@fhlbatl.com
kmalmberg@fhlbatl.com
kphillips@fhlbatl.com
kwilcox@fhlbatl.com
kwyckoff@fhlbatl.com
lchapple@fhlbatl.com
ldouglass@fhlbatl.com
ldowd@fhlbatl.com
lmartin@fhlbatl.com
lpita@fhlbatl.com
lshaffer@fhlbatl.com
lward@fhlbatl.com
lwilliams@fhlbatl.com
mdecarvalho@fhlbatl.com
mjaski@fhlbatl.com
mkarageanes@fhlbatl.com
mkotzan@fhlbatl.com
mlozano@fhlbatl.com
msimpson@fhlbatl.com
pbertucelli@fhlbatl.com
pjha@fhlbatl.com
rdurso@fhlbatl.com
rgonzalez@fhlbatl.com
rwacker@fhlbatl.com
sbiehle@fhlbatl.com
sbrennan@fhlbatl.com
skee@fhlbatl.com
snorth@fhlbatl.com
swalters@fhlbatl.com
swatson@fhlbatl.com
tdugan@fhlbatl.com
tgrier@fhlbatl.com
tjmillard@fhlbatl.com
tmccauley@fhlbatl.com
tmiller@fhlbatl.com
tsensing@fhlbatl.com
weversley@fhlbatl.com
wmcmullan@fhlbatl.com

### fhlbboston

alexzander.downs@fhlbboston.com
beth.nadeau@fhlbboston.com
bill.evans@fhlbboston.com
brandon.fong@fhlbboston.com
daniel.devine@fhlbboston.com
daniel.redmond@fhlbboston.com
david.birkins@fhlbboston.com
david.johnson@fhlbboston.com
deriv_collateral@fhlbboston.com
elisa.rindini@fhlbboston.com
florence.chin@fhlbboston.com
george.collins@fhlbboston.com
james.canney@fhlbboston.com
james_cataldo@fhlbboston.com

**Company & Corresponding Email Addresses**

jbaity@fhlbboston.com
jennifer.ahn@fhlbboston.com
jim.hayes@fhlbboston.com
john.boudreau@fhlbboston.com
jonathan.beaulieu@fhlbboston.com
kai.strand@fhlbboston.com
karen.allschwang@fhlbboston.com
kevin.martin@fhlbboston.com
loughlin.cleary@fhlbboston.com
michael.wilson@fhlbboston.com
paul.peduto@fhlbboston.com
rizwanul.huda@fhlbboston.com
russell.blake@fhlbboston.com
shirley.seraphin@fhlbboston.com
stephen.mchugh@fhlbboston.com
stephen.osowiecki@fhlbboston.com
yan.sun@fhlbboston.com

**fhlbc**

ademetis@fhlbc.com
aedmunds@fhlbc.com
atripathy@fhlbc.com
avandermerwe@fhlbc.com
basare@fhlbc.com
bgee@fhlbc.com
bsteere@fhlbc.com
btjahjono@fhlbc.com
cbrandt@fhlbc.com
cchagnon@fhlbc.com
cchang@fhlbc.com
cdimitrak@fhlbc.com
cgiam@fhlbc.com
cjaw@fhlbc.com
cmilne@fhlbc.com
cshi@fhlbc.com
ctebo@fhlbc.com
cwashington@fhlbc.com
dashe@fhlbc.com
dneish@fhlbc.com
dnewburg@fhlbc.com
dsterling@fhlbc.com
dzhang@fhlbc.com
ehass@fhlbc.com
ejankowski@fhlbc.com
evulgaris@fhlbc.com
fzanini@fhlbc.com
gcruz@fhlbc.com
gfleming@fhlbc.com
gmcferrin@fhlbc.com
gpickett@fhlbc.com
hchang@fhlbc.com
hfeng@fhlbc.com
iradmilo@fhlbc.com
jbenson@fhlbc.com
jcanty@fhlbc.com

**Company & Corresponding Email Addresses**

jcave@fhlbc.com
jdoucas@fhlbc.com
jgreer@fhlbc.com
jgriffin@fhlbc.com
jhutchinson@fhlbc.com
jjones@fhlbc.com
jninni@fhlbc.com
jpan@fhlbc.com
jpotter@fhlbc.com
jrichter@fhlbc.com
jthornton@fhlbc.com
jthorton@fhlbc.com
jweaver@fhlbc.com
jzurovchak@fhlbc.com
kbaker@fhlbc.com
khacker@fhlbc.com
kjordan@fhlbc.com
kjunious@fhlbc.com
kkabani@fhlbc.com
kmadhavan@fhlbc.com
kwong@fhlbc.com
lcong@fhlbc.com
ljones@fhlbc.com
mdesmarais@fhlbc.com
mericson@fhlbc.com
mgriffin@fhlbc.com
mjonson@fhlbc.com
mmessinger@fhlbc.com
mmoore@fhlbc.com
mpearson@fhlbc.com
mraaberg@fhlbc.com
mrzepecki@fhlbc.com
mthomas@fhlbc.xom
ndibenedetto@fhlbc.com
pbarker@fhlbc.com
pchristensen@fhlbc.com
pmiller@fhlbc.com
pquinn@fhlbc.com
rbielsker@fhlbc.com
rcornejo@fhlbc.com
rross@fhlbc.com
rventura@fhlbc.com
sbhasin@fhlbc.com
shunter@fhlbc.com
smosshamer@fhlbc.com
smosshammer@fhlbc.com
spatrick@fhlbc.com
squiller@fhlbc.com
srosenmayer@fhlbc.com
sstewart@fhlbc.com
svernal@fhlbc.com
tdrew@fhlbc.com
tjiang@fhlbc.com
tleturno@fhlbc.com

## Company & Corresponding Email Addresses

tself@fhlbc.com
tstoops@fhlbc.com
wmiller@fhlbc.com
xwang@fhlbc.com
yjia@fhlbc.com
zdeen@fhlbc.com

### fhlbcin

amanla@fhlbcin.com
burnscm@fhlbcin.com
cossecl@fhlbcin.com
damodareny@fhlbcin.com
debrossardga@fhlbcin.com
demarisdm@fhlbcin.com
dipillada@fhlbcin.com
dolanjd@fhlbcin.com
hattowse@fhlbcin.com
hendricksontl@fhlbcin.com
kuhnsam@fhlbcin.com
kuntzdm@fhlbcin.com
robinsonsc@fhlbcin.com
sanjayab@fhlbcin.com
spunagules@fhlbcin.com
wolfmh@fhlbcin.com

### fhlbdm

adasgupta@fhlbdm.com
avaidyan@fhlbdm.com
azhou@fhlbdm.com
bdsani@fhlbdm.com
bhuff@fhlbdm.com
bxu@fhlbdm.com
cgao@fhlbdm.com
chuang@fhlbdm.com
cmagee@fhlbdm.com
dlaird@fhlbdm.com
dmartel@fhlbdm.com
dmoore@fhlbdm.com
dnorton@fhlbdm.com
echatman@fhlbdm.com
elorenzen@fhlbdm.com
emcgreen@fhlbdm.com
gcrowley@fhlbdm.com
gwebb@fhlbdm.com
hwang@fhlbdm.com
jadamo@fhlbdm.com
jbarfels@fhlbdm.com
jblevins@fhlbdm.com
jdooley@fhlbdm.com
jmarren@fhlbdm.com
jmurray@fhlbdm.com
jstephens@fhlbdm.com
jvanryswyk@fhlbdm.com
jyokiel@fhlbdm.com
khaugen@fhlbdm.com
lzhou@fhlbdm.com

## Company & Corresponding Email Addresses

malemi@fhlbdm.com
mdeng@fhlbdm.com
mdougherty@fhlbdm.com
msjohnson@fhlbdm.com
nparnell@fhlbdm.com
pgalloway@fhlbdm.com
phentges@fhlbdm.com
pholt@fhlbdm.com
pmolony@fhlbdm.com
pread@fhlbdm.com
ptiwari@fhlbdm.com
rnewkirk@fhlbdm.com
rsoule@fhlbdm.com
scox@fhlbdm.com
segger@fhlbdm.com
sjaeger@fhlbdm.com
sknowles@fhlbdm.com
sschneider@fhlbdm.com
svanzee@fhlbdm.com
vmandre@fhlbdm.com
xchen@fhlbdm.com
xma@fhlbdm.com
xzhu@fhlbdm.com

### fhlbi

alorber@fhlbi.com
bott@fhlbi.com
bprice@fhlbi.com
ckonich@fhlbi.com
clitzsinger@fhlbi.com
fchogadb@fhlbi.com
jbundy@fhlbi.com
jforrest@fhlbi.com
jgriffin@fhlbi.com
jkruger@fhlbi.com
jslipher@fhlbi.com
kcolville@fhlbi.com
ldicioccio@fhlbi.com
mcarlock@fhlbi.com
msinger@fhlbi.com
pduncan@fhlbi.com
rgruwell@fhlbi.com
rhovermale@fhlbi.com
smohandas@fhlbi.com
spoynter@fhlbi.com
tbutler@fhlbi.com
wanderson@fhlbi.com
wslover@fhlbi.com

### fhlbny

craig.reynolds@fhlbny.com
dana.waglione@fhlbny.com
dechu.muthana@fhlbny.com
diahann.rothstein@fhlbny.com
edelen@fhlbny.com
hasan@fhlbny.com

## Company & Corresponding Email Addresses

janakinath.rao@fhlbny.com
louis.solimine@fhlbny.com
marco.caban@fhlbny.com
michael.calamia@fhlbny.com
michael.english@fhlbny.com
minervastevens@fhlbny.com
philip.scott@fhlbny.com
susan.isquith@fhlbny.com
william.goykman@fhlbny.com

### fhlb-of

besozzi@fhlb-of.com
bridge@fhlb-of.com
castillo@fhlb-of.com
chui@fhlb-of.com
cohen@fhlb-of.com
cousins@fhlb-of.com
foster@fhlb-of.com
giambi@fhlb-of.com
goubeaux@fhlb-of.com
gross@fhlb-of.com
halsey@fhlb-of.com
hanson@fhlb-of.com
hartley@fhlb-of.com
hazen@fhlb-of.com
jbarrett@fhlb-of.com
kelly@fhlb-of.com
messerly@fhlb-of.com
petrine@fhlb-of.com
ramsay@fhlb-of.com
tetteh@fhlb-of.com
thillairajah@fhlb-of.com
waters@fhlb-of.com
weinstock@fhlb-of.com
woods@fhlb-of.com

### fhlb-pgh

alison.meads@fhlb-pgh.com
ariel.kuperminc@fhlb-pgh.com
bonnie.hogue@fhlb-pgh.com
brett.rapp@fhlb-pgh.com
brian.tofil@fhlb-pgh.com
carrie.a.rayman@fhlb-pgh.com
catherine.m.hewlett@fhlb-pgh.com
cathy.perdeus@fhlb-pgh.com
chris.kostolansky@fhlb-pgh.com
cmcwhirter@fhlb-pgh.com
craig.bleiweis@fhlb-pgh.com
cshaw@fhlb-pgh.com
cynthia.hartmann@fhlb-pgh.com
dan.christiana@fhlb-pgh.com
david.e.jones@fhlb-pgh.com
david.p.bauer@fhlb-pgh.com
dawna.m.heinauer@fhlb-pgh.com
deborah.l.stevenson@fhlb-pgh.com
donald.kenst@fhlb-pgh.com

**Company & Corresponding Email Addresses**

elena.josehpson@fhlb-pgh.com
elizabeth.cates@fhlb-pgh.com
eric.f.dickerson@fhlb-pgh.com
eric.m.slomer@fhlb-pgh.com
g.robert.jorgenson@fhlb-pgh.com
gavin.rapp@fhlb-pgh.com
isabella.l.corso@fhlb-pgh.com
jack.f.ogrady@fhlb-pgh.com
jack.o'grady@fhlb-pgh.com
jacquafondata@fhlb-pgh.com
jeff.acquafondata@fhlb-pgh.com
jeffrey.sapp@fhlb-pgh.com
jennifer.haskins@fhlb-pgh.com
jennifer.r.beighley@fhlb-pgh.com
john.foff@fhlb-pgh.com
john.murphy@fhlb-pgh.com
john.p.borchert@fhlb-pgh.com
joseph.schwaba@fhlb-pgh.com
kevin.larkin@fhlb-pgh.com
laraine.a.barabas@fhlb-pgh.com
lawrence.a.swingle@fhlb-pgh.com
leigh.a.dunhoff@fhlb-pgh.com
linda.lacey.jones@fhlb-pgh.com
linda.pratt@fhlb-pgh.com
lisa.m.kasiorek@fhlb-pgh.com
lynn.macecevic@fhlb-pgh.com
lynne.jesko@fhlb-pgh.com
margaret.kurzeja@fhlb-pgh.com
margaret.pauli@fhlb-pgh.com
marianne.kearney@fhlb-pgh.com
mark.blasinsky@fhlb-pgh.com
marshal.s.auron@fhlb-pgh.com
marxe@fhlb-pgh.com
mary.beth.styslinger@fhlb-pgh.com
mary.kay.girimonti@fhlb-pgh.com
maureen.a.hils@fhlb-pgh.com
melissa.reola@fhlb-pgh.com
melissa.tritinger@fhlb-pgh.com
michael.a.whitehouse@fhlb-pgh.com
michael.aimino@fhlb-pgh.com
michael.w.welton@fhlb-pgh.com
msolomon@fhlb-pgh.com
mstemmler@fhlb-pgh.com
nicholas.thompson@fhlb-pgh.com
nisha.puthur@fhlb-pgh.com
patricia.m.kocsis@fhlb-pgh.com
paul.dimmick@fhlb-pgh.com
peter.a.rubinsky@fhlb-pgh.com
peter.shell@fhlb-pgh.com
raja@fhlb-pgh.com
renee.pfender@fhlb-pgh.com
richard.machin@fhlb-pgh.com
robert.h.trudeau@fhlb-pgh.com
robert.merenick@fhlb-pgh.com

## Company & Corresponding Email Addresses

robert.s.kovach@fhlb-pgh.com
robert.steiner@fhlb-pgh.com
serguei.son@fhlb-pgh.com
shawnda.r.jones@fhlb-pgh.com
skip.shelly@fhlb-pgh.com
susan.powell@fhlb-pgh.com
tao.peng@fhlb-pgh.com
terry.kung@fhlb-pgh.com
tgray@fhlb-pgh.com
tom.westerlund@fhlb-pgh.com
tsung-ying.yang@fhlb-pgh.com
vincent.d.moye@fhlb-pgh.com
william.g.batz@fhlb-pgh.com
william.list@fhlb-pgh.com
william.yurkovich@fhlb-pgh.com

### fhlbsea

bretong@fhlbsea.com
brettm@fhlbsea.com
charlese@fhlbsea.com
dalej@fhlbsea.com
dang@fhlbsea.com
davidk@fhlbsea.com
dbarcl@fhlbsea.com
debrad@fhlbsea.com
dliu@fhlbsea.com
dmerre@fhlbsea.com
donh@fhlbsea.com
dschli@fhlbsea.com
edf@fhlbsea.com
elizabethr@fhlbsea.com
erickr@fhlbsea.com
fwong@fhlbsea.com
gregt@fhlbsea.com
gsimicek@fhlbsea.com
jacobb@fhlbsea.com
jamesh@fhlbsea.com
jimm@fhlbsea.com
jimz@fhlbsea.com
jkeller@fhlbsea.com
joela@fhlbsea.com
johnb@fhlbsea.com
johnbi@fhlbsea.com
jpark@fhlbsea.com
kennethp@fhlbsea.com
kmcdaniel@fhlbsea.com
kofie@fhlbsea.com
leonardr@fhlbsea.com
ljones@fhlbsea.com
marke@fhlbsea.com
mhoffm@fhlbsea.com
nlecor@fhlbsea.com
pacitas@fhlbsea.com
patricec@fhlbsea.com
phillipm@fhlbsea.com

## Company & Corresponding Email Addresses

sherrys@fhlbsea.com
thall@fhlbsea.com
tristanm@fhlbsea.com
vincentb@fhlbsea.com

### fhlbsf

amioo@fhlbsf.com
anspachm@fhlbsf.com
billaha@fhlbsf.com
cabrale@fhlbsf.com
carrollj@fhlbsf.com
changf@fhlbsf.com
chenga@fhlbsf.com
cibulls@fhlbsf.com
coopers@fhlbsf.com
costanzj@fhlbsf.com
davisj@fhlbsf.com
dean-evansr@fhlbsf.com
delevaur@fhlbsf.com
faleman@fhlbsf.com
guimbell@fhlbsf.com
heinzk@fhlbsf.com
hennessm@fhlbsf.com
hillg@fhlbsf.com
hladickj@fhlbsf.com
hondas@fhlbsf.com
khatria@fhlbsf.com
kibrickj@fhlbsf.com
kubotaj@fhlbsf.com
locsins@fhlbsf.com
maierm@fhlbsf.com
mccarthr@fhlbsf.com
millerk@fhlbsf.com
miyamotog@fhlbsf.com
mortonl@fhlbsf.com
murphyd@fhlbsf.com
northc@fhlbsf.com
rothm@fhlbsf.com
ruscittt@fhlbsf.com
shenh@fhlbsf.com
sojkai@fhlbsf.com
traynors@fhlbsf.com
wagners@fhlbsf.com
wanga@fhlbsf.com
wangj@fhlbsf.com
wug@fhlbsf.com
yuc@fhlbsf.com
yuer@fhlbsf.com

### fhlbtopeka

andy.jetter@fhlbtopeka.com
brad.gentry@fhlbtopeka.com
cathy.jorgensen@fhlbtopeka.com
dan.hess@fhlbtopeka.com
david.harris@fhlbtopeka.com
dfrance@fhlbtopeka.com

## Company & Corresponding Email Addresses

don.cushing@fhlbtopeka.com
frank.tiernan@fhlbtopeka.com
greg.mclaren@fhlbtopeka.com
jayme.burdiek@fhlbtopeka.com
jeff.hairston@fhlbtopeka.com
jeff.ogle@fhlbtopeka.com
kelly.malone@fhlbtopeka.com
mark.mclelland@fhlbtopeka.com
mark.woita@fhlbtopeka.com
mark.yardley@fhlbtopeka.com
matt.boatwright@fhlbtopeka.com
michael.surface@fhlbtopeka.com
michael.waggoner@fhlbtopeka.com
randy.stafford@fhlbtopeka.com
suzan.saville@fhlbtopeka.com
terry.wright@fhlbtopeka.com
william.osborn@fhlbtopeka.com

### fhoeh
sldfjaosihge@fhoeh.com

### fhwn
exhow@fhwn.com
mwalton@fhwn.com

### fi
atsunori.iwata@fi.fukoku-life.co.jp
chiyuki.takamatsu@fi.fukoku-life.co.jp
hiroaki.hayashi@fi.fukoku-life.co.jp
ichirou.iy.yamada@fi.fukoku-life.co.jp
jun.morita@fi.fukoku-life.co.jp
kazuma.kawasaki@fi.fukoku-life.co.jp
ken.kashiwabara@fi.fukoku-life.co.jp
kenji.hirai@fi.fukoku-life.co.jp
kenya.fujita@fi.fukoku-life.co.jp
kunihiro.tani@fi.fukoku-life.co.jp
naoki.yamamoto@fi.fukoku-life.co.jp
naoyuki.torii@fi.fukoku-life.co.jp
satoshi.okumoto@fi.fukoku-life.co.jp
seiichi.nozaki@fi.fukoku-life.co.jp
shingo.narue@fi.fukoku-life.co.jp
takahiro.igarashi@fi.fukoku-life.co.jp
takeshi.katou@fi.fukoku-life.co.jp
toshiki.kakegawa@fi.fukoku-life.co.jp
yuuji.wakabayashi@fi.fukoku-life.co.jp
yuuki.sakurai@fi.fukoku-life.co.jp
yuusuke.onodera@fi.fukoku-life.co.jp

### fiamm
ernesto.musumeci@fiamm.com
geoffrey.may@fiamm.com
giannello.lupidi@fiamm.com
mike.dunckley@fiamm.com
robert.lightfoot@fiamm.com
salvatore.torrisi@fiamm.com

### fiatcorp
rkernaghan@fiatcorp.co.uk
rmowbray@fiatcorp.co.uk

**Company & Corresponding Email Addresses**

**fiatgroup**
caterina.fasano@geva.fiatgroup.com
enrico.zecchini@geva.fiatgroup.com
ferruccio.arvedi@geva.fiatgroup.com
gianluca.gianfaldoni@geva.fiatgroup.com
giovanni.somajni@geva.fiatgroup.com
luca.giangualano@geva.fiatgroup.com
luca.marabottini@fiatgroup.com
luigi.gubitosi@fiatgroup.com
marco.casalino@geva.fiatgroup.com
massimo.fillia@geva.fiatgroup.com
matteo.queirolo@geva.fiatgroup.com
paola.fasoli@geva.fiatgroup.com

**fib**
cmcgarvin@fib.com
cpearson@fib.com
egarding@fib.com
ljohns@fib.com
rrandolph@fib.com

**fibanc**
aduran@fibanc.es
asgomez@fibanc.es
caroberts@fibanc.es
driera@fibanc.es
eyepes@fibanc.es
fgalindo@fibanc.es
fgarciag@fibanc.es
jjofre@fibanc.es
jlmontesin@fibanc.es
jsala@fibanc.es
lpujol@fibanc.es
msalud@fibanc.es
pmoratona@fibanc.es
ralfonso@fibanc.es
spallerola@fibanc.es

**fibi**
aisenberg.s@fibi.co.il
ariet@fibi.co.il
bonofiel.l@fibi.co.il
drors@fibi.co.il
feldboy.g@fibi.co.il
fibifxit@fibi.co.il
isenberg.i@fibi.co.il
knafo.h@fibi.co.il
liani.y@fibi.co.il
madmony.m@fibi.co.il
mahalu.r@fibi.co.il
nissani.n@fibi.co.il
ogdan.r@fibi.co.il
oren.g@fibi.co.il
rabinovitz.a@fibi.co.il
shakoory.e@fibi.co.il
sharon.t@fibi.co.il
siminovichy.y@fibi.co.il

## Company & Corresponding Email Addresses

tobul.g@fibi.co.il
zeevg@fibi.co.il

### fibimail

avi.avidan@fibimail.co.il
david.azulay@fibimail.co.il
david.kantozi@fibimail.co.il
dror.sachs@fibimail.co.il
fibideal@fibimail.co.il
fibigml@fibimail.co.il
fibiilan@fibimail.co.il
gilles.touboul@fibimail.co.il
herve.knafo@fibimail.co.il
liraz.refaely@fibimail.co.il
micha.knopf@fibimail.co.il
raphael.amanou@fibimail.co.il
ronem.yaffe@fibimail.co.il
sandra.partouche@fibimail.co.il
shuki.hay@fibimail.co.il
simon.fink@fibimail.co.il
therkil.petersen@fibimail.co.il

### fibonaccillc

sienna@fibonaccillc.com

### fidelity

aashish.jain@fidelity.co.in
abhishek.ind.sharma@fidelity.co.in
alex.s.veys@fidelity.com
allen.mathurin@fidelity.com
andrei.gorodilov@fidelity.com
andrew.falco@fidelity.com
beatrice.rodriguez@fidelity.com
bryan.gauvin@fidelity.com
brysson.curtis@fidelity.com
bvr@fidelity.com
cesar.e.hernandez@fidelity.com
christopher.heavey@fidelity.com
chuck.myers@fidelity.com
colin.chickles@fidelity.com
david.bertin@fidelity.com
david.canning@fidelity.com
david.leveridge@fidelity.com
david.meade@fidelity.com
derek.penn@fidelity.com
dierk.brandenburg@fidelity.com
dipanjana.gupta@fidelity.co.in
dmitry.lin@fidelity.com
edward.gk.cheung@fidelity.com
fay.byles@fidelity.com
fi.brokerresearch@fidelity.com
gavin.boyd@fidelity.com
gerald.classey@fidelity.com
gill.davison@fidelity.com
graeme.kite@fidelity.com
greg.pappas@fidelity.com
himanshu.parmar@fidelity.co.in

## Company & Corresponding Email Addresses

ian.fishwick@fidelity.com
ian.spreadbury@fidelity.com
indexresearch@fidelity.com
james.parry@fidelity.com
jane.liou@fidelity.com
jennifer.mcauliffe@fidelity.com
jo-ann.sadleir@fidelity.com
john-daniel.laurence@fidelity.com
joseph.andrews@fidelity.com
keval.gudka@fidelity.com
kevin.abreu@fidelity.com
kevin.duggan@fidelity.com
kristian.atkinson@fidelity.com
louisa.harper@fidelity.com
marc.wait@fidelity.com
mark.plumtree@fidelity.com
michael.drake@fidelity.com
michele.davis@fidelity.com
mike.webb@fidelity.com
moya-anne.mccaskill@fidelity.com
naomi.haynes@fidelity.com
olivier.szwarcberg@fidelity.com
paul.karrlsson-willis@fidelity.com
paul.lavelle@fidelity.com
perry.chaifetz@fidelity.com
peter.khan@fidelity.com
phil.manning@fidelity.com
pratima.abichandani@fidelity.com
richard.spillane@fidelity.com
rick.patel@fidelity.com
sanjay.oberoi@fidelity.de
sarah.boardman@fidelity.com
sarah.doughty@fidelity.com
stephan.vonbismarck@fidelity.com
thomas.demarco@fidelity.com
tim.hogan@fidelity.com
todd.davis@fidelity.com
ulrike.hasel@fidelity.de
vijay.narayanan@fidelity.co.in

**fidelityinternational**
daniel.mcfetrich@fidelityinternational.com
olivier.simon-vermot@fidelityinternational.com
tomrstevenson@fidelityinternational.com

**fidelitysavingsonline**
rsteinhauer@fidelitysavingsonline.com

**fideramireland**
atse@fideramireland.ie

**fideuram**
prampinelli@fideuram.fr

**fideuramcapital**
abaibadino@fideuramcapital.it
cbellon@fideuramcapital.it
ccastagnetti@fideuramcapital.it
cgambino@fideuramcapital.it

## Company & Corresponding Email Addresses

ebargossi@fideuramcapital.it
fmarconi@fideuramcapital.it
gzuffi@fideuramcapital.it
idellamorte@fideuramcapital.it
ievola@fideuramcapital.it
lrustea@fideuramcapital.it
mbellucci@fideuramcapital.it
mpifferi@fideuramcapital.it
mrospetti@fideuramcapital.it
pbaldessari@fideuramcapital.it
spenatti@fideuramcapital.it

### fideuramgestions

bagella@fideuramgestions.lu
dgu@fideuramgestions.lu
dm@fideuramgestions.lu
iacopini@fideuramgestions.lu
mao@fideuramgestions.lu
mp@fideuramgestions.lu

### fideuramireland

apuccini@fideuramireland.ie
cconnolly@fideuramireland.ie
cgrigatti@fideuramireland.ie
fmarconi@fideuramireland.ie
gcastelli@fideuramireland.ie
gdaros@fideuramireland.ie
mcattaneo@fideuramireland.ie
mgrassi@fideuramireland.ie
mquarti@fideuramireland.ie
msimpson@fideuramireland.ie
pdileo@fideuramireland.ie
rmalone@fideuramireland.ie
schmil@fideuramireland.ie
scraig@fideuramireland.ie
sdebont@fideuramireland.ie

### fideuramsgr

afabbri@fideuramsgr.it
aprofeti@fideuramsgr.it
bcicerchia@fideuramsgr.it
csinatra@fideuramsgr.it
dpirillo@fideuramsgr.it
eboaretto@fideuramsgr.it
fdevita@fideuramsgr.it
fhoogveld@fideuramsgr.it
fpini@fideuramsgr.it
fpozzi@fideuramsgr.it
frovida@fideuramsgr.it
gclemente@fideuramsgr.it
gdaros@fideuramsgr.it
gfolgori@fideuramsgr.it
glacalce@fideuramsgr.it
glonero@fideuramsgr.it
gsacco@fideuramsgr.it
gzefi@fideuramsgr.it
ispinelli@fideuramsgr.it

**Company & Corresponding Email Addresses**

koreto@fideuramsgr.it
lcrispoltoni@fideuramsgr.it
ldegrada@fideuramsgr.it
ltavolari@fideuramsgr.it
mfoglia@fideuramsgr.it
mquagliotti@fideuramsgr.it
nbracco@fideuramsgr.it
ntrinca@fideuramsgr.it
pbussoli@fideuramsgr.it
pcalati@fideuramsgr.it
ppardini@fideuramsgr.it
rroncari@fideuramsgr.it
tcorcos@fideuramsgr.it

**fid-intl**

a424296@uk.fid-intl.com
abi.olapade@uk.fid-intl.com
achim.gloger@uk.fid-intl.com
adam.klus@uk.fid-intl.com
aditya.khowala@uk.fid-intl.com
aditya.shivram@uk.fid-intl.com
adrian.brass@uk.fid-intl.com
adrian.west@uk.fid-intl.com
adrien.de.susanne@uk.fid-intl.com
aileen.fahy@uk.fid-intl.com
aino.levonmaa@uk.fid-intl.com
alberto.chiandetti@uk.fid-intl.com
alex.duffy@uk.fid-intl.com
alex.grant@uk.fid-intl.com
alex.homan@uk.fid-intl.com
alex.johnson@uk.fid-intl.com
alex.tarver@uk.fid-intl.com
alexander.scurlock@uk.fid-intl.com
alexander.wright@uk.fid-intl.com
alexandra.hartmann@uk.fid-intl.com
alla.goudzinskaya@uk.fid-intl.com
allan.pelvang@uk.fid-intl.com
amehra.arun@uk.fid-intl.com
amit.lodha@uk.fid-intl.com
amit.maskara@uk.fid-intl.com
anas.chakra@uk.fid-intl.com
andrea.peck@uk.fid-intl.com
andrei.gordoliov@uk.fid-intl.com
andrew.greetham@uk.fid-intl.com
andrew.jenkins@uk.fid-intl.com
andrew.lewin@uk.fid-intl.com
andrew.lindsay@uk.fid-intl.com
andrew.martin@uk.fid-intl.com
andrew.turner@uk.fid-intl.com
andrew.weir@uk.fid-intl.com
andrey.ovchinnikov@uk.fid-intl.com
aneta.wynimko@uk.fid-intl.com
angel.agudo@uk.fid-intl.com
angel.ortiz@uk.fid-intl.com
angus.bogle@uk.fid-intl.com

**Company & Corresponding Email Addresses**

ann.murray@uk.fid-intl.com
anthony.bolton@uk.fid-intl.com
april.eddington@uk.fid-intl.com
aris.vatis@uk.fid-intl.com
arnab.seal@uk.fid-intl.com
aruna.karunathilake@uk.fid-intl.com
ashish.swarup@uk.fid-intl.com
ashley.howard@uk.fid-intl.com
bartjan.vanhulten@uk.fid-intl.com
belinda.ash@uk.fid-intl.com
belle.ho@uk.fid-intl.com
ben.paton@uk.fid-intl.com
bertrand.puiffe@uk.fid-intl.com
brenda.reed@uk.fid-intl.com
brian.martin@uk.fid-intl.com
bruno.hertz@uk.fid-intl.com
carle.gregor@uk.fid-intl.com
carol.vahey@uk.fid-intl.com
caroline.beaton@uk.fid-intl.com
caroline.jarvis@uk.fid-intl.com
caroline.mackenzie@uk.fid-intl.com
catherine.ashley@uk.fid-intl.com
cathy.fewster@uk.fid-intl.com
cathy.gallagher@uk.fid-intl.com
cedric.de.la.chaise@uk.fid-intl.com
charles.payne@uk.fid-intl.com
charles.thurley@uk.fid-intl.com
chris.donnellan@uk.fid-intl.com
chris.fugg@uk.fid-intl.com
chris.hill@uk.fid-intl.com
chris.sugg@uk.fid-intl.com
christian.vonengelbrechten@uk.fid-intl.com
christopher.chalk@uk.fid-intl.com
christopher.kingsman@uk.fid-intl.com
christopher.moore@uk.fid-intl.com
christopher.newson@uk.fid-intl.com
claire.mcguckin@uk.fid-intl.com
clare.hughes@uk.fid-intl.com
clare.jenner@uk.fid-intl.com
clare.moore@uk.fid-intl.com
clive.wiggins@uk.fid-intl.com
colin.stone@uk.fid-intl.com
cyrus.jehangir@uk.fid-intl.com
dan.o'donnell@uk.fid-intl.com
daniel.roberts@uk.fid-intl.com
darren.startup@uk.fid-intl.com
david.cox.uk@uk.fid-intl.com
david.simner@uk.fid-intl.com
david.stewart@uk.fid-intl.com
debbie.campbell@uk.fid-intl.com
debbie.linnegan@uk.fid-intl.com
debra.rumble@uk.fid-intl.com
diana.render@bm.fid-intl.com
dionne.devere@uk.fid-intl.com

## Company & Corresponding Email Addresses

dirk.philippa@uk.fid-intl.com
dmitry.solomakhin@uk.fid-intl.com
dominic.griffin@uk.fid-intl.com
donald.choy@uk.fid-intl.com
duncan.squire@uk.fid-intl.com
edward.ross@uk.fid-intl.com
edward.simmonds@uk.fid-intl.com
edwin.leung@uk.fid-intl.com
edzard.alexandra@uk.fid-intl.com
elizabeth.webb@uk.fid-intl.com
ellie.cudmore@uk.fid-intl.com
eric.rovick@uk.fid-intl.com
erik.bergoo@uk.fid-intl.com
eugene.philalithis@uk.fid-intl.com
fabien.colussi@uk.fid-intl.com
fabio.riccelli@uk.fid-intl.com
fehim.sever@uk.fid-intl.com
felisa.dalorto@uk.fid-intl.com
fiona.davy@uk.fid-intl.com
firmino.morgado@uk.fid-intl.com
francesco.sedati@uk.fid-intl.com
fred sykes@uk.fid-intl.com
frederic.gautier@uk.fid-intl.com
frederike.lyncker@uk.fid-intl.com
gareth.griffith@uk.fid-intl.com
geraldine.stewart@uk.fid-intl.com
gill.rodman@uk.fid-intl.com
glenn.bedwin@uk.fid-intl.com
graham.clapp@uk.fid-intl.com
greg.bennet@fid-intl.com
greg.konstantinidis@uk.fid-intl.com
heena.lakhani@uk.fid-intl.com
heidi.rauber@uk.fid-intl.com
heidi.sulin@uk.fid-intl.com
heiner.luz@uk.fid-intl.com
helen.millmore@uk.fid-intl.com
hendrik.pfaff@uk.fid-intl.com
henk-jan.rikkerink@uk.fid-intl.com
hilary.natoff@uk.fid-intl.com
ian.boyland@uk.fid-intl.com
ilario.dibon@uk.fid-intl.com
isabelle.mast@uk.fid-intl.com
isreal.solares-moya@uk.fid-intl.com
jack.graham@uk.fid-intl.com
jacquelyn.baker@uk.fid-intl.com
jacqui.megran@uk.fid-intl.com
james.griffin@uk.fid-intl.com
james.maun@uk.fid-intl.com
jan.salih@uk.fid-intl.com
jane.cosmas@uk.fid-intl.com
jane.heenan@uk.fid-intl.com
jane.o'brien@uk.fid-intl.com
janey.clarckson@uk.fid-intl.com
jasmina.koleva@uk.fid-intl.com

**Company & Corresponding Email Addresses**

jason.channell@uk.fid-intl.com
jayne.kemble@uk.fid-intl.com
jeff.hochman@uk.fid-intl.com
jenni.bines@uk.fid-intl.com
jennifer.gubbins@uk.fid-intl.com
jennifer.smith@uk.fid-intl.com
jeremy.church@uk.fid-intl.com
jeremy.gagnon@uk.fid-intl.com
jo.edwards@uk.fid-intl.com
jo.hargreaves@uk.fid-intl.com
joanna.gridley@uk.fid-intl.com
joanne.smetham@uk.fid-intl.com
john.davy@uk.fid-intl.com
john.gregory@uk.fid-intl.com
john.redmond@uk.fid-intl.com
john.stavis@uk.fid-intl.com
jon.guinness@uk.fid-intl.com
jon.mitchell@uk.fid-intl.com
jonathan.ogier@uk.fid-intl.com
jonathan.relph@uk.fid-intl.com
jonathan.scriven@uk.fid-intl.com
jonathan.twine@uk.fid-intl.com
jonathan.winton@uk.fid-intl.com
jonathan_cobb@uk.fid-intl.com
jordana.marston@uk.fid-intl.com
jorg.hampel@uk.fid-intl.com
jorma.korhonen@uk.fid-intl.com
josephine.lenehan@uk.fid-intl.com
jossef.assis@uk.fid-intl.com
juan.landazabal@uk.fid-intl.com
julia.smith@uk.fid-intl.com
kamaljit.bansil@uk.fid-intl.com
karen.walters@uk.fid-intl.com
karoline.eichelberg@uk.fid-intl.com
katarzyna.kiladis@uk.fid-intl.com
kate.aylott@uk.fid-intl.com
katherine.collins@uk.fid-intl.com
katie.uk.roberts@uk.fid-intl.com
kavel.gudka@uk.fid-intl.com
keith.sutton@uk.fid-intl.com
kelli.elmer@uk.fid-intl.com
kelly.brennand@uk.fid-intl.com
kelly.haslem@uk.fid-intl.com
kerensa.beech@uk.fid-intl.com
kevin.hill@uk.fid-intl.com
kuldeep.koul@uk.fid-intl.com
kulvinder.mall@uk.fid-intl.com
kyri.costi@uk.fid-intl.com
lars.brorson@uk.fid-intl.com
laura.gotchova@uk.fid-intl.com
laura.moxon@uk.fid-intl.com
lawrence.barber@uk.fid-intl.com
leanne.hall@uk.fid-intl.com
lee.drane@uk.fid-intl.com

**Company & Corresponding Email Addresses**

leyan.rowe@uk.fid-intl.com
lionel.rebibo@uk.fid-intl.com
lisa.cutts@uk.fid-intl.com
liudmila.gavrilova@uk.fid-intl.com
lora.gotcheva@uk.fid-intl.com
louise.davidson@uk.fid-intl.com
louise.lothian@uk.fid-intl.com
louise.morris@uk.fid-intl.com
lucy.mann@uk.fid-intl.com
lucy.neale@uk.fid-intl.com
maeve.carty@fid-intl.com
marco.giovanelli@uk.fid-intl.com
mario.frontini@uk.fid-intl.com
mark.becker@uk.fid-intl.com
mark.byron@uk.fid-intl.com
mark.hodges@uk.fid-intl.com
mark.hogg@fid-intl.com
mark.sedgwick@uk.fid-intl.com
mark.swales@uk.fid-intl.com
martin.hall.uk@uk.fid-intl.com
martina.keens-betts@uk.fid-intl.com
matt.jones@uk.fid-intl.com
matthew.richardson@uk.fid-intl.com
matthew.siddle@uk.fid-intl.com
melanie.dugard@uk.fid-intl.com
michael.clark@uk.fid-intl.com
michael.francz@uk.fid-intl.com
michael.gordon@uk.fid-intl.com
michael.hurn@uk.fid-intl.com
michael.j.dolan@uk.fid-intl.com
michael.reznikas@uk.fid-intl.com
michael.stokes@uk.fid-intl.com
name.surname@uk.fid-intl.com
naomi.kinyunyu@uk.fid-intl.com
nathan.strik@uk.fid-intl.com
neil.cable@uk.fid-intl.com
neil.madden@uk.fid-intl.com
niamh.whooley@uk.fid-intl.com
nicholas.price@uk.fid-intl.com
nick.thomas@uk.fid-intl.com
nicky.mccabe@uk.fid-intl.com
nicky.richards@uk.fid-intl.com
nicola.ingram@uk.fid-intl.com
nicola.stafford@uk.fid-intl.com
nicolas.bumann@uk.fid-intl.com
nicolas.woodcock@uk.fid-intl.com
nigel.kiernan@uk.fid-intl.com
nitin.bajaj@uk.fid-intl.com
nnena.nkongho@uk.fid-intl.com
notis.mitarachi@uk.fid-intl.com
olga.saburova@jp.fid-intl.com
olivier.ducloux@uk.fid-intl.com
panos.theofilopoulos@uk.fid-intl.com
parus.shah@uk.fid-intl.com

## Company & Corresponding Email Addresses

paul.sweeting@uk.fid-intl.com
paul.wood@uk.fid-intl.com
per.johansson@uk.fid-intl.com
peter holland@uk.fid-intl.com
peter.holland@uk.fid-intl.com
phil.morse@uk.fid-intl.com
pilar.fernandez@uk.fid-intl.com
ping.own@uk.fid-intl.com
pushkar.jauhari@uk.fid-intl.com
rachel.fallows@uk.fid-intl.com
rachel.lambert@uk.fid-intl.com
rachel.mccormich@uk.fid-intl.com
raheel.altaf@uk.fid-intl.com
rahul.oberoi@uk.fid-intl.com
rema.abouelgibeen@uk.fid-intl.com
riccardo.curcio@uk.fid-intl.com
richard.skelt@uk.fid-intl.com
richard.tennant@uk.fid-intl.com
richard.thompson@uk.fid-intl.com
rita.grewal@uk.fid-intl.com
robert.uk.chapman@uk.fid-intl.com
roberta.piani@uk.fid-intl.com
ronald.port@uk.fid-intl.com
russell.champion@uk.fid-intl.com
sacha.wright@uk.fid-intl.com
sally.walden@uk.fid-intl.com
sam.morse@uk.fid-intl.com
sam.myhrman@uk.fid-intl.com
samantha.bush@uk.fid-intl.com
sandra.crane@uk.fid-intl.com
sanjeev.shah@uk.fid-intl.com
sara.bolduc@uk.fid-intl.com
sarah.durham@uk.fid-intl.com
sebastien.petit@uk.fid-intl.com
shabion.dill@fid-intl.com
shan.wall-palmer@uk.fid-intl.com
simon.fraser@uk.fid-intl.com
simon.lambert@uk.fid-intl.com
simon.stewart@uk.fid-intl.com
sotiris.boutsis@uk.fid-intl.com
steffen.winnefeld@uk.fid-intl.com
steph.morti@uk.fid-intl.com
stephen.fulford@uk.fid-intl.com
steven.higgins@uk.fid-intl.com
steven.kirk@uk.fid-intl.com
steven.letch@uk.fid-intl.com
stuart.luck@uk.fid-intl.com
stuart.williamson@uk.fid-intl.com
sudipto.banerji@uk.fid-intl.com
sunish.panchal@uk.fid-intl.com
susan.sheridan@uk.fid-intl.com
suzanne.becker@uk.fid-intl.com
sven.oestmann@uk.fid-intl.com
tal.eloya@uk.fid-intl.com

**Company & Corresponding Email Addresses**

thierry.taglione@uk.fid-intl.com
thomas.ewing@uk.fid-intl.com
thomas.fraenkel-thonet@uk.fid-intl.com
tim.mccarron@uk.fid-intl.com
timothy.foster@uk.fid-intl.com
tom.sutcliffe@uk.fid-intl.com
tom.whyman@uk.fid-intl.com
torsten.achtmann@uk.fid-intl.com
trelawny.williams@uk.fid-intl.com
trevor.greetham@uk.fid-intl.com
trevor.meeks@uk.fid-intl.com
trygve.toraasen@uk.fid-intl.com
tusif.arif@uk.fid-intl.com
ushma.mulji@uk.fid-intl.com
valmai.jones@uk.fid-intl.com
victoire.detrogoff@uk.fid-intl.com
vijesh.patel@uk.fid-intl.com
vincent.durel@uk.fid-intl.com
yoann.belmere@uk.fid-intl.com
yon-ho.chong@uk.fid-intl.com
yulia.kovyliaeva@uk.fid-intl.com

**fido**
vadams@fido.com

**fiduciarymgt**
aramer@fiduciarymgt.com
bburns@fiduciarymgt.com
chirsch@fiduciarymgt.com
dwilson@fiduciarymgt.com
engli@fiduciarymgt.com
jbrandser@fiduciarymgt.com
kpoehls@fiduciarymgt.com
mgoetzinger@fiduciarymgt.com
rhelf@fiduciarymgt.com
suerydz@fiduciarymgt.com
tkellner@fiduciarymgt.com

**fiduciary-trust**
kwiggins@fiduciary-trust.com

**fifl**
highyield@fifl.com

**fil**
anand.thyagarajan@fil.com
david.m.allen@fil.com
gavin.boyle@fil.com
shloka.melwani@fil.com
tama.willis@fil.com

**fimgroup**
ellen.eijking@fimgroup.com

**fin**
jacqueline.flippin@fin.sccgov.org

**fin4cast**
guenther.herndlhofer@fin4cast.com

**fina**
bertrand.mausderolley@fina.be

**finama-am**

## Company & Corresponding Email Addresses

jmoranier@finama-am.com
mvanlang@finama-am.fy
ndiarra@finama-am.fy
phchainet@finama-am.fy

### finamex
mlopez@finamex.com.mx

### finance-concept
c.gautier@finance-concept.mc
j.loison@finance-concept.mc
p.gautier@finance-concept.mc

### financialandgeneral
nicky.steele@financialandgeneral.com

### finanduero
carlos.llorente@finanduero.es

### finansbank
aktan.acikgoz@finansbank.com.tr
arinc.yurtkuran@finansbank.com.tr
asli.afsar@finansbank.com.tr
buge@finansbank.ch
ela.onay@finansbank.com.tr
elgizh@finansbank.com.tr
emir.baruh@finansbank.com.tr
ferda.demir@finansbank.com.tr
ilgen.ertug@finansbank.com.tr
ipek.ersak@finansbank.com.tr
john.fournier@finansbank.ch
koksal.coban@finansbank.com.tr
meryem.simsek@finansbank.com.tr
nuray.burnazoglu@finansbank.ch
nurpinar.caglar@finansbank.com.tr
omer.unveren@finansbank.com.tr
safak.alptekin@finansbank.com.tr
serdar.baykal@finansbank.com.tr
sevtap.buldanlioglu@finansbank.com.tr
t.c.beriker@finansbank.nl
umut.utkan@finansbank.com.tr
zeki.aydemir@finansbank.com.tr

### finansbanken
csm@finansbanken.dk
ulrich.jespersen@finansbanken.dk

### finantia
ana.justino@finantia.com
andre.rendeiro@finantia.com
eduardo.costa@finantia.com
fernando.salvado@finantia.com
joana.gouveia@finantia.com
luis.vasconcelos@finantia.com
miguel.guiomar@finantia.com
nuno.torcato@finantia.com
pedro.benites@finantia.com
ricardo.caldeira@finantia.com
rui.santinho@finantia.com
simao.oom@finantia.com

### finanzaefuturo

## Company & Corresponding Email Addresses

alessandro.frumento@finanzaefuturo.it

### finatlas
caron@finatlas.com
jmartinez@finatlas.com

### fincantieri
alessandro.ganzit@fincantieri.it
claudio.carboni@fincantieri.it
claudio.cisilino@fincantieri.it
claudio.romano@fincantieri.it
elisa.olivier@fincantieri.it
fabrizio.palermo@fincantieri.it
fulvio.colonna@fincantieri.it
giuseppe.dado@fincantieri.it
massimo.d'alessandro@fincantieri.it
massimo.nelci@fincantieri.it
pierfrancesco.ragni@fincantieri.it
roberto.ceraudo@fincantieri.it
tommaso.milanese@fincantieri.it

### findlaypark
anthony@findlaypark.com
charles@findlaypark.com
james@findlaypark.com
will@findlaypark.com

### fin-echiquier
lprinacerai@fin-echiquier.fr

### fineco
a.foti@fineco.it
d.pellizzari@fineco.it
d.pileri@fineco.it
e.rovelli@fineco.it
f.allevi@fineco.it
f.fierro@fineco.it
f.giavarra@fineco.it
g.casoni@fineco.it
g.denti@fineco.it
g.ferrari@fineco.it
l.magnaghi@fineco.it
l.massimo@fineco.it
m.corba@fineco.it
n.figurelli@fineco.it
n.perez@fineco.it
p.digrazia@fineco.it
v.fiocco@fineco.it

### fineco-am
a.perrotta@fineco-am.com
f.baranello@fineco-am.com
mg.sonzogni@fineco-am.com

### finibanco
aesteves@finibanco.pt
csotero@finibanco.pt
ibrito@finibanco.pt
lpalma@finibanco.pt
mlima@finibanco.pt
pconde@finibanco.pt

## Company & Corresponding Email Addresses

rgargant@finibanco.pt
taly@finibanco.pt
vramos@finibanco.pt

### fininfo

cneveu.bdf@fininfo.fr

### finint

a_perin@finint.it
f_lorenzoni@finint.it

### fin-intl

bissember.anna@uk.fin-intl.com
emma.pink@uk.fin-intl.com
nikki.kerridge@uk.fin-intl.com

### fininvest

alberto.carletti@fininvest.it
m.catalano@fininvest.it
massimiliano.frank@fininvest.it
pasquale.cannatelli@fininvest.it

### finlayam

edoardo.visconti@finlayam.com

### finmeccanica

alberto.debenedictis@finmeccanica.it
alessandro.pansa@finmeccanica.it
brunella.tocci@finmeccanica.it
brunetti@finmeccanica.it
bruno.piano@finmeccanica.it
calabria@finmeccanica.it
caldarulo@finmeccanica.it
cantoni@finmeccanica.it
dagostino@finmeccanica.it
dibartolomeo@finmeccanica.it
fausto.lanfranco@finmeccanica.it
fjorent.rrushi@finmeccanica.com
giancarlo.grasso@finmeccanica.it
giovanni.soccodato@finmeccanica.it
john.stewart@finmeccanica.it
liccardo@finmeccanica.it
lorenzo.borgogni@finmeccanica.it
milvio@finmeccanica.it
niccolas.zalonis@finmeccanica.it
paolo.salomone@finmeccanica.com
pf.guarguaglini@finmeccanica.it
raffaella.luglini@finmeccanica.it
rosania@finmeccanica.it
simone.bemporad@finmeccanica.it
spera@finmeccanica.it
testore@finmeccanica.it
veredice@finmeccanica.it

### finnair

henrik.arle@finnair.fi
marjo.heinonen@finnair.fi
mika.stirkkinen@finnair.fi

### finpromotion

c.balestra@finpromotion.ch
c.giampaolo@finpromotion.ch

## Company & Corresponding Email Addresses

g.caprotti@finpromotion.ch
n.rezzonico@finpromotion.ch

**finsbury**
jenny.rudd@finsbury.com
julius.duncan@finsbury.com
penderp@finsbury.com

**fintec**
yoshitaka-tsurugi@fintec.co.jp

**fintecna**
mgatti@fintecna.it

**finter**
f.maspoli@finter.ch
l.aquino@finter.ch
l.rossi@finter.ch
m.cicala@finter.ch
m.hagens@finter.ch
m.ringger@finter.ch
m.wassmer@finter.ch
p.albanese@finter.ch
r.garobbio@finter.ch
w.alessi@finter.ch

**fip**
daniel.eriksson@fip.se
jesper.akerlind@fip.se
johan.sornas@fip.se
lars.kristiansson@fip.se
peter.andersson@fip.se

**fipartners**
amanda.munro@fipartners.com.au
bruce.low@fipartners.com.au
christopher.tynan@fipartners.com.au
george.clapham@fipartners.com.au
mark.nathan@fipartners.com.au
martin.duncan@fipartners.com.au
neil.boyd-clark@fipartners.com.au
simon.twiss@fipartners.com.au
theo.maas@fipartners.com.au

**firstambank**
aspaan@firstambank.com
fnosal@firstambank.com
lclark@firstambank.com

**first-american**
kodonnell@first-american.com
lfinch@first-american.com

**firstamericanfunds**
beth.miller@firstamericanfunds.com

**firstar**
brad.peters@firstar.com
brian.clark@firstar.com
bryan.bellisle@firstar.com
carl.smith@firstar.com
cheikh.faye@firstar.com
david.a.bethke@firstar.com
elizabeth.w.vahlkamp@firstar.com

**Company & Corresponding Email Addresses**

frank.leslie@firstar.com
george.j.schupp@firstar.com
jason_hickey@firstar.com
john.falb@firstar.com
kathy.sias@firstar.com
kirk.a.porter@firstar.com
mike_orzechowski@firstar.com
pauline.c.yurich@firstar.com
rick.aneshansel@firstar.com
shane.kitzan@firstar.com
steven.d.jones@firstar.com
tom.mead@firstar.com

**firstate**

gpaillat@firstate.co.uk

**firstbank**

191096@mail.firstbank.com.tw
i59135@firstbank.com.tw
i62118@mail.firstbank.com.tw
i63200@mail.firstbank.com.tw
i64145@mail.firstbank.com.tw
i69012@firstbank.com.tw
i70025@firstbank.com.tw
i75054@firstbank.com.tw
i79083@firstbank.com.tw
i79213@firstbank.com.tw
i80116@firstbank.com.tw
i83231@firstbank.com.tw
i86182@firstbank.com.tw
i87174@firstbank.com.tw
i87200@firstbank.com.tw
i88124@firstbank.com.tw
i88156@firstbank.com.tw
i90023@mail.firstbank.com.tw
i90026@mail.firstbank.com.tw
i90050@mail.firstbank.com.tw
i90117@firstbank.com.tw
i90150@firstbank.com.tw
i91095@firstbank.com.tw
i91111@firstbank.com.tw
i91209@firstbank.com.tw
i91259@firstbank.com.tw
i92045@firstbank.com.tw
i92080@firstbank.com.tw
i93047@mail.firstbank.com.tw
i93065@firstbank.com.tw
i93086@mail.firstbank.com.tw
i93087@firstbank.com.tw
i93096@firstbank.com.tw
i93117@firstbank.com.tw
i93135@firstbank.com.tw
i93145@firstbank.com.tw
i94003@firstbank.com.tw
i94033@mail.firstbank.com.tw
i94080@firstbank.com.tw

## Company & Corresponding Email Addresses

i94095@firstbank.com.tw
i94111@firstbank.com.tw
i94138@firstbank.com.tw
i94192@firstbank.com.tw
i94194@firstbank.com.tw
i94672@firstbank.com.tw
i94734@firstbank.com.tw
i94740@firstbank.com.tw
i94741@firstbank.com.tw
i94743@mail.firstbank.com.tw
i94756@firstbank.com.tw
i94772@firstbank.com.tw
i95064@firstbank.com.tw
i96022@mail.firstbank.com.tw
i97015@firstbank.com.tw

**firstbankpr**
alan.udall@firstbankpr.com
ariel.diaz@firstbankpr.com
bernardo.diaz@firstbankpr.com
ivette.soto@firstbankpr.com
javier.rodriguez@firstbankpr.com
rogelio.albarran@firstbankpr.com
rosa.sanchez@firstbankpr.com
victor.barreras@firstbankpr.com

**firstbrands**
cmezlas@firstbrands.com
ddesantis@firstbrands.com
jflynn@firstbrands.com

**firstcarolina**
bwilson@firstcarolina.org
feisel@firstcarolina.org
mbrown@firstcarolina.org
mrooks@firstcarolina.org
oata@firstcarolina.org

**firstcharter**
andrewr@firstcharter.com
butlerb@firstcharter.com
caswellc@firstcharter.com
clonings@firstcharter.com
ensors@firstcharter.com
loveg@firstcharter.com
rissem@firstcharter.com

**firstcitizens**
brian.storey@firstcitizens.com
bruce.haes@firstcitizens.com
cindy.whittington@firstcitizens.com
eric.teal@firstcitizens.com
jeff.slack@firstcitizens.com
john.hall@firstcitizens.com
john.metzinger@firstcitizens.com
ken.black@firstcitizens.com
len.capristo@firstcitizens.com
steven.eubanks@firstcitizens.com
sylvester.williams@firstcitizens.com

## Company & Corresponding Email Addresses

william.eskridge@firstcitizens.com

### firstcitizensbank
rallen@firstcitizensbank.com
rblack@firstcitizensbank.com
tlyman@firstcitizensbank.com

### firstcoastalbank
dgriffith@firstcoastalbank.com

### firstcommercialbank
suzanneseabolt@firstcommercialbank.com

### firsteaglesogen
adeshpande@firsteaglesogen.com
mmcloughlin@firsteaglesogen.com

### firsteuro
j.deoliveira@firsteuro.com

### firstexchangebank
billg@firstexchangebank.com

### first-franklin
andy.pollock@first-franklin.com
benny.tang@first-franklin.com
eric.walker@first-franklin.com
steve.mageras@first-franklin.com
steve.skolnik@first-franklin.com
web.content@first-franklin.com

### firstgroup
iain.lanaghan@firstgroup.com
michael_mitchell@firstgroup.com
rborthwick@firstgroup.com

### firstgulfbank
bbeam@firstgulfbank.com
dhallstrom@firstgulfbank.com

### firstheritagebank
sboris@firstheritagebank.com

### firsthorizon
bunruh@firsthorizon.com
hamblinb@firsthorizon.com
jcain@firsthorizon.com
spurgeon@firsthorizon.com

### firstindiana
brunnerw@firstindiana.com
jimmyg@firstindiana.com
jmiller@firstindiana.com
kevinq@firstindiana.com

### firstmanhattan
afreedberg@firstmanhattan.com
aguttman@firstmanhattan.com
ahalperin@firstmanhattan.com
aschwartz@firstmanhattan.com
astainman@firstmanhattan.com
astein@firstmanhattan.com
awolf@firstmanhattan.com
azwickler@firstmanhattan.com
bgroveman@firstmanhattan.com
bnimocks@firstmanhattan.com
bwolf@firstmanhattan.com

## Company & Corresponding Email Addresses

cgolding@firstmanhattan.com
dmanischevitz@firstmanhattan.com
elefferm@firstmanhattan.com
jhartman@firstmanhattan.com
jsalmeri@firstmanhattan.com
jvaron@firstmanhattan.com
lberman@firstmanhattan.com
leswerkstell@firstmanhattan.com
lstaff@firstmanhattan.com
mgasner@firstmanhattan.com
mmiller@firstmanhattan.com
pcheng@firstmanhattan.com
ppatrick@firstmanhattan.com
raylward@firstmanhattan.com
rgottesman@firstmanhattan.com
rmarash@firstmanhattan.com
rpearl@firstmanhattan.com
rrocker@firstmanhattan.com
rstudness@firstmanhattan.com
scolin@firstmanhattan.com
sporter@firstmanhattan.com
tmuccia@firstmanhattan.com
wmcelroy@firstmanhattan.com

### firstmerchants
jthrash@firstmerchants.com
mhardwick@firstmerchants.com
tblaker@firstmerchants.com

### firstmetro
fcs@firstmetro.com.ph

### firstmidwest
carol.jones@firstmidwest.com
debbie.bourg@firstmidwest.com
don.swistowicz@firstmidwest.com
greg.gorbatenko@firstmidwest.com
james.hotchkiss@firstmidwest.com
jeremy.blair@firstmidwest.com
joy.gruber@firstmidwest.com
karen.horrie@firstmidwest.com
kenneth.kadleck@firstmidwest.com
laura.schultz@firstmidwest.com
liz.vazquez@firstmidwest.com
lori.basso@firstmidwest.com
melissa.binder@firstmidwest.com
mika.teodori@firstmidwest.com
mike.scudder@firstmidwest.com
peter.groninger@firstmidwest.com
rita.alberico@firstmidwest.com
sire.ortiz@firstmidwest.com
steve.shapiro@firstmidwest.com
tiarra.webber@firstmidwest.com
valerie.teegardin@firstmidwest.com

### firstnyllc
gyavner@firstnyllc.com

### first-online

## Company & Corresponding Email Addresses

rmchargue@first-online.com

### first-privat

andreas.kraft@first-privat.de
thomas.mielke@first-privat.de

### first-private

aysun.cinar@first-private.com
christian.schick@first-private.com
christian.schuster@first-private.de
christian.schwerdtner@first-private.de
martin.brueckner@first-private.de
matthias.leibner@first-private.de
sebastian.mueller@first-private.de
tobias.klein@first-private.de

### firstrust

bdenney@firstrust.com
knelson@firstrust.com
pnolan@firstrust.com

### firststate

abradshaw@firststate.co.uk
adalrymple@firststate.co.uk
akanani@firststate.co.uk
alan.nesbit@firststate.com
atulloch@firststate.co.uk
cheenan@firststate.co.uk
dfitzgerald@firststate.co.uk
dleary@firststate.co.uk
firstinitialsurname@firststate.co.uk
gfinegan@firststate.co.uk
ghay@firststate.co.uk
jasante2@firststate.co.uk
jcampbell@firststate.co.uk
jferguson@firststate.co.uk
jonathan.harrison@firststate.co.uk
jrichardson@firststate.co.uk
kfairbairn@firststate.co.uk
lbraddick@firststate.co.uk
lthornton@firststate.co.uk
marcus.lun@firststate.co.uk
mgulczynski@firststate.co.uk
nmasding@firststate.co.uk
nmcdermott@firststate.co.uk
otrefgarne@firststate.co.uk
pjourdan@firststate.co.uk
rnoreika@firststate.co.uk
rwelchman@firststate.co.uk
smartin@firststate.co.uk
smurphy@firststate.co.uk
spaul@firststate.co.uk
spetersen@firststate.co.uk
sreddy@firststate.co.uk
tprew@firststate.co.uk
vhoutteville@firststate.co.uk
whee@firststate.co.uk

### firsttennessee

## Company & Corresponding Email Addresses

dave_miller@firsttennessee.com

**firsttrustportfolios**

scotthall@firsttrustportfolios.com

**firsttryon**

kevin@firsttryon.com

**firstunion**

bill.mitchell@firstunion.com
brian.horwitt@firstunion.com
brian.mulvaney@firstunion.com
celeste.hasenjaeger@firstunion.com
cherie.calletta@firstunion.com
chris.holz@firstunion.com
christine.james@firstunion.com
dave.eshenower@firstunion.com
david.carroll@firstunion.com
gary.savoie1@firstunion.com
holly.blackstock@firstunion.com
jeff.carson@firstunion.com
jim.mcgrath@firstunion.com
jonathan.soto@firstunion.com
karen.a.johnson@firstunion.com
kathy.dolan@firstunion.com
liana.franceschini@firstunion.com
lorraine.calupas@firstunion.com
lynn.eagleson@firstunion.com
marc.cheatham@firstunion.com
marygrace.finn@firstunion.com
michael.landini@firstunion.com
mike.cousins1@firstunion.com
mike.dougherty@firstunion.com
mike.eisenberg@firstunion.com
nicholas.bradshaw@firstunion.com
p.michael.jones@firstunion.com
rich.gale@firstunion.com
richard.levinson@firstunion.com
rick.didonato@firstunion.com
robert.zutty@firstunion.com
roshan.white@firstunion.com
skeid@firstunion.com
steve.wilson3@firstunion.com
tim.stevenson@firstunion.com
tom.stein@firstunion.com

**firstusbank**

jmoody@firstusbank.com

**firstvirginia**

corpfunds@firstvirginia.com

**firstwacovia**

ssadler@firstwacovia.com

**first-wash**

jmorbeck@first-wash.com
mharley@first-wash.com

**fisbonds**

aespinosa@fisbonds.com
potoole@fisbonds.com

## Company & Corresponding Email Addresses

rpegg@fisbonds.com
sfranklin@fisbonds.com
tpellegrino@fisbonds.com

### fisbons
pbratton@fisbons.com

### fl
rupert.gifford@fl.com

### flashnet
azionari.ad@flashnet.it

### fldfs
aaron.lindsay@fldfs.com
karen.harrell-long@fldfs.com
ken.gerzina@fldfs.com
pedro.morgado@fldfs.com

### fleet
amy_s_russell@fleet.com
andrew_d_kominik@fleet.com
andrew_w_withers@fleet.com
anthony_j_abbate@fleet.com
bdesjarlais@fleet.com
brian_d_frank@fleet.com
brian_j_cunningham@fleet.com
brian_j_drainville@fleet.com
bruce_d_lederer@fleet.com
carl_f_woodbury@fleet.com
catherine_m_janson@fleet.com
charles_b_grosvenor@fleet.com
charles_g_morrison@fleet.com
charles_t_musson@fleet.com
christopher_murphy@fleet.com
clifford_lee@fleet.com
cynthia_d_wilcox@fleet.com
darcey_f_bartel@fleet.com
david_a_salit@fleet.com
david_dobies@fleet.com
david_h_thompson@fleet.com
david_lindsay@fleet.com
david_w_powers@fleet.com
dennis_p_burke@fleet.com
dianne_m_brown@fleet.com
donald_b_mcdonald@fleet.com
donna_ferretti_tihalas@fleet.com
douglas_jacobs@fleet.com
emi_winterer@fleet.com
emily_gindel@fleet.com
fanny_letona@fleet.com
frank_a_piacentino@fleet.com
frank_g_ventola@fleet.com
george_b_watt@fleet.com
gerald_chapski@fleet.com
glann.eichen@fleet.com
glen_c_corbitt@fleet.com
gregory_j_wipf@fleet.com
gregory_m_mcconahey@fleet.com

**Company & Corresponding Email Addresses**

guillermo_tello@fleet.com
henny_ruritan@fleet.com
jame_e_fargis@fleet.com
james_g_brown@fleet.com
james_t_anderson@fleet.com
jason_c_boyd@fleet.com
jean_c_palmariello@fleet.com
jeffrey_f_bauer@fleet.com
jeffrey_r_buyak@fleet.com
jennifer_c_chung@fleet.com
jennifer_mevans@fleet.com
jin_toppi@fleet.com
john_b_mortensen@fleet.com
john_crees@fleet.com
john_d_fitzpatrick@fleet.com
john_e_barris@fleet.com
john_freeman_randall_iii@fleet.com
john_j_cullinane_jr@fleet.com
john_r_rodehorst@fleet.com
jose_carlos_h_doherty@fleet.com
joseph_r_dewhirst@fleet.com
katherine_a_martelon@fleet.com
kathleen_m_ahern@fleet.com
kevin_j_mccullagh@fleet.com
laurie_b_doyle@fleet.com
laurie_e_heron@fleet.com
linda_a_petrucci@fleet.com
linda_h_simmons@fleet.com
marcia_j_byrne@fleet.com
marcia_s_bean@fleet.com
marco_ho@fleet.com
maria_l_gonzalez@fleet.com
mariano_camdessus@fleet.com
marie_m_schofield@fleet.com
mark_j_mcgreenery@fleet.com
mark_khan@fleet.com
mark_s_pelletier@fleet.com
martha_b_childs@fleet.com
mary-etta_schneider@fleet.com
maureen_j_murphy@fleet.com
melissa_h_fairfield@fleet.com
michael_c_morrill@fleet.com
michael_e_dambach@fleet.com
michael_e_shade@fleet.com
michael_kohler@fleet.com
michael_leutwyler@fleet.com
michael_p_monahan@fleet.com
nancy_c_o'connor@fleet.com
paul_fehrenbach@fleet.com
paula_d_healey@fleet.com
peter_c_larson@fleet.com
peter_g_lucas@fleet.com
peter_k_crossley@fleet.com
philip_a_davi@fleet.com

**Company & Corresponding Email Addresses**

philipp_e_daal@fleet.com
rai_reyes@fleet.com
reed_t_manning@fleet.com
richard_g_dauteuil@fleet.com
robert_c_megan@fleet.com
robert_chappelear@fleet.com
ryan_parmele@fleet.com
salvatore_tornello@fleet.com
sheryl_j_asnes@fleet.com
stephen_d_barbaro@fleet.com
stephen_w_becker@fleet.com
susan_c_hart@fleet.com
thomas_h_loeffler@fleet.com
thomas_mcnulty@fleet.com
thomas_w_thaler@fleet.com
timothy_e_kehoe@fleet.com
timothy_j_conway@fleet.com
veronica_m_ferro@fleet.com
vincent_cuccaro@fleet.com
walter_l_burke@fleet.com
william_b_maag@fleet.com
william_e_rurode@fleet.com
william_h_schomburg_iii@fleet.com
william_j_mccool@fleet.com
ying_xu@fleet.com

**fleetbank**
anneve_y_h997-7746ughes@fleetbank.com

**fleetretail**
edward_siskin@fleetretail.com

**fleetsecurities**
jau@fleetsecurities.com

**fleming**
james.mr.saunders.watson@fleming.com

**flemings**
adrian.mitchell@flemings.com
alexander.fitzalan@flemings.com
benedict.rf.thomas@flemings.com
jim.campbell@flemings.com
katy.woodhouse@flemings.com
lorna.harnby@flemings.com
lucy.horncastle@flemings.com
mark.s.robinson@flemings.com
martin.newport@flemings.com
miles.geldard@flemings.com
nicola.donnelly@flemings.com
richard.webb@flemings.com
rob.lay@flemings.com
samantha.gleave@flemings.com
stephen.macklow-smith@flemings.com
william.meadon@flemings.com

**flemingsus**
john.regan@flemingsus.com

**flessabank**
carm@flessabank.de

**Company & Corresponding Email Addresses**

**flhbdm**
bdesani@flhbdm.com

**floor32**
pfaily@floor32.com

**flputnam**
rbreed@flputnam.com
sstauffer@flputnam.com

**fluor**
mervyn.sambles@fluor.com
tom.morrow@fluor.com

**fm**
andreas.becker@fm.nrw.de
cfr@fm.dk
eckhard.helms@fm.nrw.de
heinz.wassmann@fm.nrw.de
jbn@fm.dk
johannes.jehmiller@fm.nrw.de
pgl@fm.dk
tbm@fm.dk
ursula.kluck@fm.nrw.de
volker.oerter@fm.nrw.de

**fmaadvisors**
ashishg@fmaadvisors.com
ashishs@fmaadvisors.com
gschneiderman@fmaadvisors.com
henryc@fmaadvisors.com
kban@fmaadvisors.com
lermam@fmaadvisors.com
marcw@fmaadvisors.com
mradville@fmaadvisors.com
mzdunek@fmaadvisors.com
nsohrabi@fmaadvisors.com
paigec@fmaadvisors.com
paulk@fmaadvisors.com
rholt@fmaadvisors.com
smichaels@fmaadvisors.com
tsomers@fmaadvisors.com

**fmausa**
adurkin@fmausa.com
ddutile@fmausa.com
dhadland@fmausa.com
dmeyer@fmausa.com
ggonzalez@fmausa.com
jhoyer@fmausa.com
kmaag@fmausa.com
kvorisek@fmausa.com
lharmon@fmausa.com
lspicer@fmausa.com
mdziwak@fmausa.com
nbarrett@fmausa.com
nboeselager@fmausa.com
nborland@fmausa.com
nfisher@fmausa.com
obarsketis@fmausa.com

## Company & Corresponding Email Addresses

rthornburgh@fmausa.com
tfrench@fmausa.com

### fmb

henry.walker@fmb.com
john.hinrichs@fmb.com
robert.fish@fmb.com
steve.worthington@fmb.com

### fmbonline

billrussell@fmbonline.com
dkanner@fmbonline.com
shaley@fmbonline.com
susanclark@fmbonline.com
twhite@fmbonline.com

### fmcg

sturner@fmcg.com

### fmf

andreas.ritzi@fmf.ch

### fmgc

a_rene_schmauder@fmgc.com
ces_t_ilustre@fmgc.com
dan_gavin@fmgc.com
dana_d_hobbs@fmgc.com
joseph_e_camp@fmgc.com

### fmglobal

abhilasha.misragupta@fmglobal.com
annette.thompson@fmglobal.com
chip.bonnett@fmglobal.com
clinton.condon@fmglobal.com
daniel.richards@fmglobal.com
george.cicma@fmglobal.com
jean.richards@fmglobal.com
jeremy.cote@fmglobal.com
michael.bank@fmglobal.com
michael.killilea@fmglobal.com
michael.scaplen@fmglobal.com
patrick.gregory@fmglobal.com
paul.lafleche@fmglobal.com
paul.washburn@fmglobal.com
robert.pleska@fmglobal.com
scott.anthony@fmglobal.com
tom.clark@fmglobal.com
william.mekrut@fmglobal.com

### fmg-statestreet

llaforce@fmg-statestreet.com

### fmo

f.gosselink@fmo.nl
j.van.t.veer@fmo.nl
m.egelie@fmo.nl
mpa@fmo.nl

### fmr

a236436@fmr.com
a460608@fmr.com
a464224@fmr.com
a465271@fmr.com

## Company & Corresponding Email Addresses

aaron.cooper@fmr.com
aaron.schwam@fmr.com
aasiya.ali@fmr.com
abby.johnson@fmr.com
abhishek.khemka@fmr.com
adam.hetnarski@fmr.com
adam.kramer@fmr.com
adam.kutas@fmr.com
adam.segel@fmr.com
adelki.polce@fmr.com
adil.diouri@fmr.com
adrienne.colby@fmr.com
afsoon.kelly@fmr.com
agabos.makonnen@fmr.com
akash.vallecha@fmr.com
akhil.arora@fmr.com
akshat.shankar@fmr.com
alan.bembenek@fmr.com
alec.murphy@fmr.com
alex.cobb@fmr.com
alex.dogariu@fmr.com
alex.marx@fmr.com
alex.ostrowski@fmr.com
alexander.zavratsky@fmr.com
alexandra.cyrgalis@fmr.com
ali.khan@fmr.com
alice.croatti@fmr.com
alice.tsang@fmr.com
alicia.frank@fmr.com
alida.lupsiewicz@fmr.com
alison.adams@fmr.com
alison.lorenz@fmr.com
allison.ryder@fmr.com
alvin.fu@fmr.com
aman.mujawar@fmr.com
amber.olig@fmr.com
ami.joseph@fmr.com
amit.baid@fmr.com
amit.somani@fmr.com
amrita.dukeshier@fmr.com
amy.brodeur@fmr.com
amy.grant@fmr.com
amy.johonnett@fmr.com
andre.messier@fmr.com
andrea.dicenso@fmr.com
andrew.addison@fmr.com
andrew.boyd@fmr.com
andrew.burzumato@fmr.com
andrew.dallas.smith@fmr.com
andrew.dudley@fmr.com
andrew.hatem@fmr.com
andrew.m.wilson@fmr.com
andrew.marchese@fmr.com
andrew.oh@fmr.com

**Company & Corresponding Email Addresses**

andrew.parr@fmr.com
andrew.pearson@fmr.com
andrew.swanson@fmr.com
andrew.taubman@fmr.com
andrew.wigren@fmr.com
andrew.windmueller@fmr.com
andrew.yee@fmr.com
andy.sassine@fmr.com
aneek.saha@fmr.com
ani.chitaley@fmr.com
anil.rungta@fmr.com
anmol.mehra@fmr.com
ann.fischer@fmr.com
anna.andonova@fmr.com
anna.davydova@fmr.com
anne.dixon@fmr.com
anne.mitchell@fmr.com
anne.rosen@fmr.com
anne.rudser@fmr.com
anton.an@fmr.com
anu.thomas@fmr.com
anurag.sanghai@fmr.com
arijit.banerjee@fmr.com
arlene.saryan@fmr.com
arun.daniel@fmr.com
arun.gorur@fmr.com
as@fmr.com
asher.anolic@fmr.com
ashley.mccormick@fmr.com
atul.pahuja@fmr.com
bahaa.fam@fmr.com
barbara.benoit@fmr.com
barbara.e.mock@fmr.com
barry.fennell@fmr.com
barry.j.golden@fmr.com
barry.livermore@fmr.com
bauvier@fmr.com
beau.coash@fmr.com
bela.mehta@fmr.com
ben.shuleva@fmr.com
benjamin.brey@fmr.com
benjamin.hesse@fmr.com
benjamin.piggott@fmr.com
benny.lo@fmr.com
beso.sikhaurulidze@fmr.com
beth.beagan@fmr.com
beth.brown@fmr.com
bethani.rosemark@fmr.com
betsy.pohl@fmr.com
bettina.doulton@fmr.com
bhavani.kuppa@fmr.com
biharilal.deora@fmr.com
bil.haracz@fmr.com
bill.baxter@fmr.com

## Company & Corresponding Email Addresses

bill.bower@fmr.com
bill.hall@fmr.com
bill.hebert@fmr.com
bill.hoyt@fmr.com
bill.o'brien@fmr.com
blaine.banker@fmr.com
blake.shepard@fmr.com
bob.bertelson@fmr.com
bob.brown@fmr.com
bob.chow@fmr.com
bob.corcoran@fmr.com
bob.haber@fmr.com
bob.hynes@fmr.com
bob.litterst@fmr.com
bob.murchison@fmr.com
boyce.greer@fmr.com
brad.estabrooke@fmr.com
brad.freedman@fmr.com
brandon.snow@fmr.com
brent.bottamini@fmr.com
brent.osborn@fmr.com
brett.kozlowski@fmr.com
brett.mcclenning@fmr.com
brian.belke@fmr.com
brian.c.higgins@fmr.com
brian.campbell@fmr.com
brian.chang@fmr.com
brian.conroy@fmr.com
brian.cotter@fmr.com
brian.crowe@fmr.com
brian.enyeart@fmr.com
brian.foley@fmr.com
brian.frambes@fmr.com
brian.hanson@fmr.com
brian.hoesly@fmr.com
brian.hogan@fmr.com
brian.kennedy@fmr.com
brian.lempel@fmr.com
brian.losier@fmr.com
brian.mallon@fmr.com
brian.miron@fmr.com
brian.stevens@fmr.com
brian.walters@fmr.com
brian.wilhelm@fmr.com
brian.wilk@fmr.com
brian.younger@fmr.com
briggs.payer@fmr.com
brooks.marston@fmr.com
bruce.dirks@fmr.com
bruce.fortier@fmr.com
bruce.herring@fmr.com
bruce.r.martin@fmr.com
callum.henderson@fmr.com
candace.alexander@fmr.com

## Company & Corresponding Email Addresses

carla.tardi@fmr.com
carol.smith@fmr.com
carolina.pierry@fmr.com
carrie.saintlouis@fmr.com
casey.ching@fmr.com
catherine.bush@fmr.com
catherine.chen@fmr.com
catherine.goold@fmr.com
cathy.pena@fmr.com
catriona.martin@fmr.com
celso.munoz@fmr.com
chandler.perine@fmr.com
chandler.willett@fmr.com
charlene.sullivan@fmr.com
charles.ackerman@fmr.com
charles.mangum@fmr.com
charles.mosley@fmr.com
charles.sterling@fmr.com
charles.t.kelly@fmr.com
charles.urquhart@fmr.com
charlie.chai@fmr.com
charlie.hebard@fmr.com
charlie.morrison@fmr.com
charlie.wang@fmr.com
charlotte.kemper@fmr.com
chiara.mastrodomenico@fmr.com
ching.tan@fmr.com
chingiz.mammadov@fmr.com
chris.barry@fmr.com
chris.bartel@fmr.com
chris.gagnon@fmr.com
chris.goolgasian@fmr.com
chris.richmond@fmr.com
chris.steward@fmr.com
christiana.bardon@fmr.com
christina.chartier@fmr.com
christina.willis@fmr.com
christine.destefano@fmr.com
christine.j.thompson@fmr.com
christine.mcconnell@fmr.com
christine.tetherly-lewis@fmr.com
christine.tober@fmr.com
christopher.bartoli@fmr.com
christopher.galizio@fmr.com
christopher.getter@fmr.com
christopher.kovach@fmr.com
christopher.lee@fmr.com
christopher.lin@fmr.com
christopher.meaney@fmr.com
chuck.brown@fmr.com
chuck.mcdevitt@fmr.com
chuck.pickelhaupt@fmr.com
cleidson.rangel@fmr.com
clint.lawrence@fmr.com

## Company & Corresponding Email Addresses

colin.keenan@fmr.com
colleen.avalone@fmr.com
constantin.petrov@fmr.com
corinne.austin@fmr.com
court.dignan@fmr.com
craig.brothers@fmr.com
curt.hollingsworth@fmr.com
cynthia.strauss@fmr.com
d.monaco@fmr.com
daivd.fitzgerald@fmr.com
damon.benedict@fmr.com
dan.mcmullen@fmr.com
daniel.comeau@fmr.com
daniel.dupont@fmr.com
daniel.fiandaca@fmr.com
daniel.kelley@fmr.com
daniel.kowalski@fmr.com
daniel.lieman@fmr.com
daniel.madison@fmr.com
daniel.sherwood@fmr.com
daniel.terio@fmr.com
daniel.tremblay@fmr.com
danielle.vitagliano@fmr.com
darren.maupin@fmr.com
dave.badeau@fmr.com
dave.bagnani@fmr.com
dave.benta@fmr.com
david.bailey@fmr.com
david.bugajski@fmr.com
david.debiase@fmr.com
david.donovan@fmr.com
david.gao@fmr.com
david.jegen@fmr.com
david.kim@fmr.com
david.l.murphy@fmr.com
david.levy@fmr.com
david.lovely@fmr.com
david.lowe@fmr.com
david.m.rose@fmr.com
david.macdonald@fmr.com
david.mulvany@fmr.com
david.mushlitz@fmr.com
david.nfcs.brown@fmr.com
david.parvin@fmr.com
david.peach@fmr.com
david.prothro@fmr.com
david.todesco@fmr.com
david.vargo@fmr.com
debbie.connor@fmr.com
debbie.levin@fmr.com
debi.johnson@fmr.com
deborah.a.sullivan@fmr.com
deborah.akeroyd@fmr.com
deborah.schepens@fmr.com

**Company & Corresponding Email Addresses**

deena.friedman@fmr.com
deirdre.bottamini@fmr.com
denise.chisholm@fmr.com
denise.pollock@fmr.com
devang.shah@fmr.com
diana.carney@fmr.com
diana.karney@fmr.com
dimitrije.mitrinovic@fmr.com
dinesh.balachandran@fmr.com
ditmar.kapt@fmr.com
dmitri.artemiev@fmr.com
dmitri.raberov@fmr.com
don.pinkerton@fmr.com
donna.rust@fmr.com
doris.fritz@fmr.com
doug.lober@fmr.com
doug.mcginley@fmr.com
doug.olsen@fmr.com
doug.richman@fmr.com
doug.wilson@fmr.com
douglas.greaves@fmr.com
douglas.mccalmont@fmr.com
douglas.pratt@fmr.com
douglas.scott@fmr.com
douglas.simmons@fmr.com
duffy.fischer@fmr.com
duke.devlin@fmr.com
dwight.churchill@fmr.com
dyann.kiessling@fmr.com
edward.best@fmr.com
edward.f.coveney@fmr.com
edward.heilbron@fmr.com
edward.maloney@fmr.com
edward.mccarthy@fmr.com
edward.perkin@fmr.com
edward.yoon@fmr.com
eileen.farrell@fmr.com
eileen.levine@fmr.com
eirene.kontopoulos@fmr.com
elba.vasquez@fmr.com
eliana.panza@fmr.com
elizabeth.fisher@fmr.com
elizabeth.raimondi@fmr.com
elizah.mclaughlin@fmr.com
ellen.callahan@fmr.com
emily.mccomb@fmr.com
eric.a.smith@fmr.com
eric.golden@fmr.com
eric.graham@fmr.com
eric.mollenhauer@fmr.com
erica.e.cailla@fmr.com
ethan.hugo@fmr.com
ethan.pride@fmr.com
eugene.belostotsky@fmr.com

## Company & Corresponding Email Addresses

evan.hornbuckle@fmr.com
evan.mccormick@fmr.com
evelyn.somers@fmr.com
fabian.jones@fmr.com
fahim.razzaque@fmr.com
fawne.doherty@fmr.com
fergus.j.shiel@fmr.com
fershid.aspi@fmr.com
ford.oneil@fmr.com
forrest.stclair@fmr.com
fpcmsfacom@fmr.com
franco.castagliuolo@fmr.com
frank.cristiano@fmr.com
frank.donovan@fmr.com
frank.fulhan@fmr.com
fred.small@fmr.com
frederick.hoff@fmr.com
gary.burkhead@fmr.com
gaurav.malhotra@fmr.com
gavin.baker@fmr.com
gene.bailey@fmr.com
geoffrey.sullivan@fmr.com
george.domolky@fmr.com
george.fischer@fmr.com
george.karidis@fmr.com
george.psyhogeos@fmr.com
george.schultz@fmr.com
george.stairs@fmr.com
george.vanderheiden@fmr.com
gerald.mcinerney@fmr.com
gerry.gavey@fmr.com
gloria.talamantes@fmr.com
gopal.reddy@fmr.com
gordon.scott@fmr.com
grace-anne.wood@fmr.com
graeme.rockett@fmr.com
greg.gendreau@fmr.com
greg.gryllakis@fmr.com
greg.lee@fmr.com
greg.pappas@fmr.com
gregory.benac@fmr.com
gregory.smith@fmr.com
guillermo.delascasas@fmr.com
hans.plukas@fmr.com
harlan.carere@fmr.com
harley.lank@fmr.com
harmon.research@fmr.com
harris.leviton@fmr.com
harrison.quitman@fmr.com
harry.lange@fmr.com
hb.king@fmr.com
heather.hagerty@fmr.com
heather.hoyack@fmr.com
heather.lawrence@fmr.com

**Company & Corresponding Email Addresses**

heather.olah@fmr.com
heidi.becker@fmr.com
helen.lee@fmr.com
hien.nguyen@fmr.com
holger.boerner@fmr.com
holly.gotnic@fmr.com
holly.grotnik@fmr.com
howard.koh@fmr.com
hugo.lavallee@fmr.com
hunter.payne@fmr.com
ian.hart@fmr.com
iftikar.ahmed@fmr.com
jack.haley@fmr.com
jack.kerivan@fmr.com
jack.tse@fmr.com
jaclyn.simard@fmr.com
jacob.weinstein@fmr.com
jamee.smith@fmr.com
james.catudal@fmr.com
james.gallant@fmr.com
james.gerard@fmr.com
james.j.hayes@fmr.com
james.kim@fmr.com
james.mcelligott@fmr.com
james.morrow@fmr.com
james.nielson@fmr.com
james.rigney@fmr.com
james.todd@fmr.com
james.wulforst@fmr.com
jamie.bianchi@fmr.com
jamie.cornell@fmr.com
jamie.pagliocco@fmr.com
jane.kenny@fmr.com
jane.stedman@fmr.com
janet.mccormick@fmr.com
janis.voldins@fmr.com
jared.guay@fmr.com
jason.hughes@fmr.com
jason.pinto@fmr.com
jason.rhodes@fmr.com
jason.weiner@fmr.com
jay.hedstrom@fmr.com
jay.ladieu@fmr.com
jay.owen@fmr.com
jay.preston@fmr.com
jay.schwartzberg.@fmr.com
jay.weed@fmr.com
jean.park@fmr.com
jeanne-marie.maffa@fmr.com
jed.barron@fmr.com
jed.weiss@fmr.com
jeff.brown@fmr.com
jeff.feingold@fmr.com
jeff.l.mcdonald@fmr.com

**Company & Corresponding Email Addresses**

jeff.mitchell@fmr.com
jeff.moore@fmr.com
jeff.resnik@fmr.com
jefffcm.johnson@fmr.com
jeffrey.banker@fmr.com
jeffrey.feldgoise@fmr.com
jeffrey.larsen@fmr.com
jeffrey.mcmanuis@fmr.com
jeffrey.schleppy@fmr.com
jeffrey.stevens@fmr.com
jen-lun.yuan@fmr.com
jennifer.bustard@fmr.com
jennifer.cavalieri@fmr.com
jennifer.farrelly@fmr.com
jennifer.hamel@fmr.com
jennifer.labrecque@fmr.com
jennifer.martin@fmr.com
jennifer.uhrig@fmr.com
jenny.chang@fmr.com
jeremy.hill@fmr.com
jeremy.pozen@fmr.com
jessamyn.larrabee@fmr.com
jessica.davis@fmr.com
jill.huggett@fmr.com
jill.maxwell@fmr.com
jim.buckham@fmr.com
jim.dunlea@fmr.com
jim.miller@fmr.com
joan.bloom@fmr.com
joanna.bewick@fmr.com
joanna.kolis@fmr.com
jody.simes@fmr.com
joe.day@fmr.com
joe.devlin@fmr.com
joe.overdevest@fmr.com
joel.tillinghast@fmr.com
john.avery@fmr.com
john.babson@fmr.com
john.beaven@fmr.com
john.beekman@fmr.com
john.bright@fmr.com
john.cassidy@fmr.com
john.curtin@fmr.com
john.d.noble@fmr.com
john.dowd@fmr.com
john.faigle@fmr.com
john.garner@fmr.com
john.h.carlson@fmr.com
john.houston@fmr.com
john.hynes@fmr.com
john.j.mckenna@fmr.com
john.m.donahue@fmr.com
john.m.harris@fmr.com
john.m.murphy@fmr.com

## Company & Corresponding Email Addresses

john.mcdowell@fmr.com
john.mirshekari@fmr.com
john.pappas@fmr.com
john.porter@fmr.com
john.roth@fmr.com
john.sheehy@fmr.com
john.sinclair@fmr.com
john.t.williams@fmr.com
john.turbitt@fmr.com
john.vetter@fmr.com
john-paul.bruneau@fmr.com
jon.jamen@fmr.com
jonathan.davis@fmr.com
jonathan.duggan@fmr.com
jonathan.hargrove@fmr.com
jonathan.jacoby@fmr.com
jonathan.kasen@fmr.com
jonathan.m.kelly@fmr.com
jonathan.morin@fmr.com
jonathan.murrell@fmr.com
jonathan.siegmann@fmr.com
jonathan.zang@fmr.com
joseph.curley@fmr.com
joseph.palowich@fmr.com
joseph.shaposhnik@fmr.com
joseph.soukp@fmr.com
joseph.treadway@fmr.com
joseph.valade@fmr.com
joseph.wassong@fmr.com
josh.spencer@fmr.com
joy.mahato@fmr.com
jubao.zhang@fmr.com
julian.potenza@fmr.com
julie.benedict@fmr.com
julie.condron@fmr.com
julie.donovan@fmr.com
julie.porter@fmr.com
jun.zhou@fmr.com
june.hayes@fmr.com
jurrien.timmer@fmr.com
justin.bennett@fmr.com
justin.matviya@fmr.com
justin.segalini@fmr.com
jyoti.lalit@fmr.com
kalyanaraman.venkataraman@fmr.com
kalyanaraman.venkataramani@fmr.com
kane.waller@fmr.com
karen.firestone@fmr.com
karen.read.fmr@fmr.com
karin.cross-powers@fmr.com
karyo.oh@fmr.com
kate.ervin@fmr.com
kate.leness@fmr.com
kate.staley@fmr.com

**Company & Corresponding Email Addresses**

katharine.jurevic@fmr.com
katherine.darris@fmr.com
katherine.eichelberg@fmr.com
katherine.gray@fmr.com
kathleen.eaton@fmr.com
kathryn.carlson@fmr.com
kathy.rideout@fmr.com
katy.cutshall@fmr.com
katyln.may@fmr.com
keith.quinton@fmr.com
kelly.calnan@fmr.com
kelly.li@fmr.com
kelly.lord@fmr.com
kelly.morgan@fmr.com
kellycardwellresearch@fmr.com
kelsey.peterson@fmr.com
ken.anderson@fmr.com
ken.fischl@fmr.com
kennedy.richardson@fmr.com
kenneth.martin@fmr.com
kevin.d.parnell@fmr.com
kevin.elliott@fmr.com
kevin.gaffney@fmr.com
kevin.mccaleb@fmr.com
kevin.mccarey@fmr.com
kevin.nielsen@fmr.com
kevin.slemp@fmr.com
kevin.smith.fiis@fmr.com
kevin.wagner@fmr.com
kim.day@fmr.com
kim.miller@fmr.com
kimberly.digregorio@fmr.com
klara.iskoz@fmr.com
krishna.prasad@fmr.com
krista.wilshusen@fmr.com
kristen.singer@fmr.com
kristina.callaghan@fmr.com
kristina.kazarian@fmr.com
kristina.salen@fmr.com
kristina.stookey@fmr.com
krupal.raval@fmr.com
kwasi.dadzie-yeboah@fmr.com
kyle.weaver@fmr.com
lalit.bansal@fmr.com
lara.gilman@fmr.com
lara.morrisroe@fmr.com
larry.desmond@fmr.com
larry.rakers@fmr.com
larry.ring@fmr.com
laura.howenstine@fmr.com
laurie.bertner@fmr.com
lawrence.r.martin@fmr.com
lawrence.raffone@fmr.com
lee.miles@fmr.com

**Company & Corresponding Email Addresses**

lee.sandwen@fmr.com
leigh.hesler@fmr.com
leo.wong@fmr.com
lesley.eydenberg@fmr.com
leslie.zhang@fmr.com
lindsay.carlo@fmr.com
lindsay.connor@fmr.com
lindsey.puchyr@fmr.com
lionel.harris@fmr.com
lisa.e.mattingly@fmr.com
lisa.goulemas@fmr.com
lisa.kasparian@fmr.com
lisa.khatri@fmr.com
lisa.lambert@fmr.com
lisa.mcgowan@fmr.com
lisa.roche@fmr.com
lisa.rymut@fmr.com
liz.howard@fmr.com
lokesh.murthy@fmr.com
lorraine.chong@fmr.com
lucille.barengo@fmr.com
lucio.marino@fmr.com
lucy.chen@fmr.com
luis.martins@fmr.com
lynn.mccuaig@fmr.com
madeline.wong@fmr.com
maggie.haskell@fmr.com
mahesh.bp@fmr.com
mahmoud.sharaf@fmr.com
mai.her@fmr.com
maisa.badawy@fmr.com
manav.vijay@fmr.com
marc.lowenthal@fmr.com
marc.masini@fmr.com
marcia.harlow@fmr.com
mardy.shapland@fmr.com
maria.gattozzi@fmr.com
maria.marth@fmr.com
maria.monaco@fmr.com
maria.siwek-fernald@fmr.com
mark.bayliss@fmr.com
mark.bouchea@fmr.com
mark.chin@fmr.com
mark.dibble@fmr.com
mark.guglielmo@fmr.com
mark.hannon@fmr.com
mark.jantzen@fmr.com
mark.macdougall@fmr.com
mark.notkin@fmr.com
mark.peterson@fmr.com
mark.rigazio@fmr.com
mark.roy@fmr.com
mark.sawicki@fmr.com
mark.schmehl@fmr.com

**Company & Corresponding Email Addresses**

mark.snyderman@fmr.com
mark.stys@fmr.com
mark.truchan@fmr.com
mark.ziady@fmr.com
martha.moutafis@fmr.com
martin.flynn@fmr.com
marvin.loh@fmr.com
mary.ioven@fmr.com
marylu.lopriore@fmr.com
matt.camacho@fmr.com
matt.casey@fmr.com
matt.conti@fmr.com
matt.healey@fmr.com
matt.malgari@fmr.com
matt.robinson@fmr.com
matt.smith@fmr.com
matt.torrey@fmr.com
matthew.appelstein@fmr.com
matthew.bartlett@fmr.com
matthew.blum@fmr.com
matthew.bron@fmr.com
matthew.drukker@fmr.com
matthew.friedman@fmr.com
matthew.fruhan@fmr.com
matthew.lentz@fmr.com
matthew.moulis@fmr.com
matthew.pelletier@fmr.com
matthew.s.smith@fmr.com
matthew.sabel@fmr.com
matthew.schuldt@fmr.com
maura.walsh@fmr.com
maurice.fitzmaurice@fmr.com
maxime.lemieux@fmr.com
mayank.tandon@fmr.com
mborn@fmr.com
me.heffernan@fmr.com
meghan.bonos@fmr.com
meghan.paradis@fmr.com
melissa.reilly@fmr.com
melissa.warneck@fmr.com
michael.a.connolly@fmr.com
michael.barry@fmr.com
michael.baumann@fmr.com
michael.cha@fmr.com
michael.cheng@fmr.com
michael.clurman@fmr.com
michael.compliance.hill@fmr.com
michael.craft@fmr.com
michael.dixon@fmr.com
michael.elvin@fmr.com
michael.federici@fmr.com
michael.j.mccarthy@fmr.com
michael.jenkins@fmr.com
michael.lewis@fmr.com

## Company & Corresponding Email Addresses

michael.maka@fmr.com
michael.naper@fmr.com
michael.niedzielski@fmr.com
michael.o'neill@fmr.com
michael.schmitt@fmr.com
michael.schneider@fmr.com
michael.valentine@fmr.com
michael.weaver@fmr.com
michael.widrig@fmr.com
michelle.banack@fmr.com
michelle.halla@fmr.com
michelle.robbat@fmr.com
miguel.canizares@fmr.com
mike.albanese@fmr.com
mike.carroll@fmr.com
mike.collins@fmr.com
mike.fox@fmr.com
mike.green@fmr.com
mike.kopfler@fmr.com
mike.marchese@fmr.com
mike.strong@fmr.com
mitch.livstone@fmr.com
mitchell.rothkopf@fmr.com
mmcauley@fmr.com
mohammed.ali@fmr.com
monty.kori@fmr.com
morgan.lackenbauer@fmr.com
morgen.peck@fmr.com
myra.wonisch@fmr.com
nancy.a.taylor@fmr.com
nancy.b.james@fmr.com
nancy.hamson@fmr.com
nancy.prior@fmr.com
nancy.roach@fmr.com
natalie.trakas@fmr.com
nate.vanduzer@fmr.com
nathan.venugopala@fmr.com
neal.p.miller@fmr.com
neela.srinath@fmr.com
nell.haddock@fmr.com
niall.devitt@fmr.com
nicholas.vitale@fmr.com
nick.karafotias@fmr.com
nicole.esposito@fmr.com
nidhi.gupta@fmr.com
niele.bindoo@fmr.com
noel.johnson@fmr.com
nora.creedon@fmr.com
norman.lind@fmr.com
ognjen.sosa@fmr.com
oleg.nusinzon@fmr.com
pablo.garcia@fmr.com
pat.cahill@fmr.com
pat.kenney@fmr.com

**Company & Corresponding Email Addresses**

patrick.aicardi@fmr.com
patrick.buchanan@fmr.com
patrick.goff@fmr.com
patrick.venanzi@fmr.com
patrick.waddell@fmr.com
patti.satterthwaite@fmr.com
patty.rivet@fmr.com
paul.antico@fmr.com
paul.bracken@fmr.com
paul.callahan@fmr.com
paul.canavan@fmr.com
paul.carter@fmr.com
paul.jackson@fmr.com
paul.montecalvo@fmr.com
paul.mortenson@fmr.com
paul.petery@fmr.com
paul.sheedy@fmr.com
paul.walsh@fmr.com
paul.zepf@fmr.com
paula.kienert@fmr.com
paula.renzi@fmr.com
pavel.blinchik@fmr.com
payal.agarwal.fi@fmr.com
penny.dobkin@fmr.com
perkins.research@fmr.com
peter.auzers@fmr.com
peter.bouzane@fmr.com
peter.cafaro@fmr.com
peter.caulo@fmr.com
peter.chiappinelli@fmr.com
peter.colby@fmr.com
peter.costa@fmr.com
peter.glidden@fmr.com
peter.h.dixon@fmr.com
peter.hirsch@fmr.com
peter.lynch@fmr.com
peter.m.stanton@fmr.com
peter.maguire@fmr.com
peter.millington@fmr.com
peter.saperstone@fmr.com
peter.whitbeck@fmr.com
peter.wright@fmr.com
philip.bullen@fmr.com
pierre.grenier@fmr.com
pierre.sorel@fmr.com
prakash.reddy@fmr.com
pramod.atluri@fmr.com
prashant.goyal@fmr.com
preeti.sayana@fmr.com
rachel.bernstein@fmr.com
rafael.a.febres-cordero@fmr.com
raghav.bansal@fmr.com
rajesh.guha@fmr.com
rajiv.kaul@fmr.com

## Company & Corresponding Email Addresses

rakesh.gupta@fmr.com
ralph.wolf@fmr.com
ram.deshpande@fmr.com
ramanan.v@fmr.com
ramesh.narayanaswamy@fmr.com
ramin.arani@fmr.com
ramona.persaud@fmr.com
ramzi.faris@fmr.com
rashmi.khare@fmr.com
ravi.mantha@fmr.com
ravi.sivakumaran@fmr.com
ravi.tanuku@fmr.com
ray.kingsfield@fmr.com
rayna.lesser@fmr.com
ren.cheng@fmr.com
renee.poutree@fmr.com
richard.biagini@fmr.com
richard.bohan@fmr.com
richard.cheng@fmr.com
richard.doron@fmr.com
richard.fentin@fmr.com
richard.habermann@fmr.com
richard.hogan@fmr.com
richard.manuel@fmr.com
richard.peck@fmr.com
richard.starling@fmr.com
rick.mace@fmr.com
rieco.mello@fmr.com
rina.jha@fmr.com
rob.galusza@fmr.com
rob.hess@fmr.com
rob.petrie@fmr.com
rob.walsh@fmr.com
robert.brody@fmr.com
robert.burns@fmr.com
robert.byrnes@fmr.com
robert.chan@fmr.com
robert.donahue@fmr.com
robert.gervis@fmr.com
robert.heaney@fmr.com
robert.kuo@fmr.com
robert.lawrence@fmr.com
robert.lee@fmr.com
robert.mandeville@fmr.com
robert.mazzarella@fmr.com
robert.mcintyre@fmr.com
robert.minicus@fmr.com
robert.moran@fmr.com
robert.olive@fmr.com
robert.reynolds@fmr.com
robert.schub@fmr.com
robert.stansky@fmr.com
robert.swanson@fmr.com
robert.v.saia@fmr.com

**Company & Corresponding Email Addresses**

robin.e.wilson@fmr.com
robin.foley@fmr.com
rocco.rinaldi@fmr.com
rohit.dogra@fmr.com
rohit.kaul@fmr.com
rohit.r.shah@fmr.com
rose.venette@fmr.com
roseanne.castellino@fmr.com
ruben.calderon@fmr.com
ruhi.khan@fmr.com
ryan.brogan@fmr.com
ryan.oldham@fmr.com
ryan.parry@fmr.com
ryan.salomone@fmr.com
sabrina.sperow@fmr.com
sachin.patodia@fmr.com
saket.anand@fmr.com
salim.hart@fmr.com
sam.deva@fmr.com
sam.rahman@fmr.com
sam.wald@fmr.com
sammy.simnegar@fmr.com
samuel.smith@fmr.com
samuel.wilson@fmr.com
sanat.mishra@fmr.com
sarah.iannacone@fmr.com
sarah.thesse@fmr.com
saravanan.rajendran@fmr.com
satyajit.mohanty@fmr.com
sb@fmr.com
scott.anmolmehra@fmr.com
scott.desano@fmr.com
scott.eberhardt@fmr.com
scott.lavigne@fmr.com
scott.offen@fmr.com
scott.olsen@fmr.com
scott.robertson@fmr.com
scott.senseney@fmr.com
sean.corcoran@fmr.com
sean.curry@fmr.com
sean.f.walsh@fmr.com
sean.gavin@fmr.com
sean.hogan@fmr.com
sean.morgan@fmr.com
sean.o'brien@fmr.com
sean.serrell@fmr.com
sean.walker@fmr.com
seth.clement@fmr.com
shadman.riaz@fmr.com
shah.badkoubei@fmr.com
shanmuga.murasan@fmr.com
sharon.mussalli@fmr.com
sharon.sweeney@fmr.com
sharyn.clemente@fmr.com

**Company & Corresponding Email Addresses**

shawn.verbout@fmr.com
sheri.bergman@fmr.com
skoutsantonis@fmr.com
smittipon.srethapramote@fmr.com
sonu.kalra@fmr.com
soumik.ghosh@fmr.com
soumyanshu.bhattacharya@fmr.com
sri.tella@fmr.com
stacey.colman@fmr.com
stacy.downing@fmr.com
stephan.hrdina@fmr.com
stephanie.roth@fmr.com
stephen.balter@fmr.com
stephen.binder@fmr.com
stephen.bykowski@fmr.com
stephen.campagna@fmr.com
stephen.gibbs@fmr.com
stephen.hermsdorf@fmr.com
stephen.jenvey@fmr.com
stephen.keenan@fmr.com
stephen.langan@fmr.com
stephen.lingard@fmr.com
stephen.mitchell@fmr.com
stephen.petersen@fmr.com
stephen.waitt@fmr.com
stephen.wilder@fmr.com
steve.barwikowski@fmr.com
steve.borgioli@fmr.com
steve.braithwaite@fmr.com
steve.calhoun@fmr.com
steve.dufour@fmr.com
steve.elterich@fmr.com
steve.kamman@fmr.com
steve.kaye@fmr.com
steve.meltzer@fmr.com
steve.nelson@fmr.com
steve.pascucci@fmr.com
steve.rosen@fmr.com
steve.wymer@fmr.com
steven.buller@fmr.com
steven.bullock@fmr.com
steven.calhoun@fmr.com
steven.crooks@fmr.com
steven.heimarck@fmr.com
steven.snider@fmr.com
stig.zarle@fmr.com
sugiharto.widjaja@fmr.com
sumit.mehra@fmr.com
sumit.sharma.fi@fmr.com
sunita.phulara@fmr.com
surbhi.kumar@fmr.com
suro.ghatak@fmr.com
susan.berger@fmr.com
susan.hajjar@fmr.com

**Company & Corresponding Email Addresses**

susan.l.johnson@fmr.com
susan.zaferos@fmr.com
suzanne.laronde@fmr.com
tammy.cox@fmr.com
tammy.tang@fmr.com
tanya.greenwood@fmr.com
ted.bernardo@fmr.com
ted.white@fmr.com
teresa.woods@fmr.com
terrance.m.beaulieu@fmr.com
thomas.burghardt@fmr.com
thomas.cirino@fmr.com
thomas.coughlin@fmr.com
thomas.fletcher@fmr.com
thomas.hammond@fmr.com
thomas.hense@fmr.com
thomas.kertsos@fmr.com
thomas.soviero@fmr.com
thorsten.becker@fmr.com
tige.stading@fmr.com
tim.cohen@fmr.com
tim.fahey@fmr.com
tim.gill@fmr.com
tim.hartshorn@fmr.com
tim.heffernan@fmr.com
tim.huyck@fmr.com
tim.ryan.fmrco@fmr.com
timothy.batten@fmr.com
tino@fmr.com
tobias.welo@fmr.com
toby.lewis@fmr.com
todd.beekman@fmr.com
todd.brabazon@fmr.com
todd.glassman@fmr.com
tom.allen@fmr.com
tom.brooks@fmr.com
tom.carroll@fmr.com
tom.chistolini@fmr.com
tom.lavin@fmr.com
tom.silvia@fmr.com
tom.sprague@fmr.com
tongai.kunorubwe@fmr.com
tracey.cameron@fmr.com
tracey.dominick@fmr.com
trisha.white@fmr.com
troy.deschaines@fmr.com
tyler.gaylord@fmr.com
tyler.hill@fmr.com
tyler.sutherland@fmr.com
uri.miller@fmr.com
valerie.friedholm@fmr.com
van.eswara@fmr.com
vandana.bhagat@fmr.com
victor.thay@fmr.com

**Company & Corresponding Email Addresses**

vinayak.kanvinde@fmr.com
vince.rivers@fmr.com
vincent.montemaggiore@fmr.com
vincent.zelenko@fmr.com
vinod.pujar@fmr.com
vitaly.veksler@fmr.com
vivian.lubrano@fmr.com
volkan.gulen@fmr.com
walter.donovan@fmr.com
walter.tsui@fmr.com
wei.xiao@fmr.com
wilfred.chilangwa@fmr.com
will.danoff@fmr.com
will.seddon@fmr.com
william.ackerman@fmr.com
william.diianni@fmr.com
william.ebsworth@fmr.com
william.irving@fmr.com
william.kramer@fmr.com
william.maclay@fmr.com
william.morrissey@fmr.com
william.pruett@fmr.com
william.sandella@fmr.com
william.shanley@fmr.com
william.vanharlowe@fmr.com
william.whelan@fmr.com
william.wight@fmr.com
xin.zhong@fmr.com
xuehai.en@fmr.com
yami.baker@fmr.com
yashoda.khandkar@fmr.com
yolanda.strock@fmr.com
yolanda.taylor@fmr.com
yoon.auh@fmr.com
yuchan.li@fmr.com
yuen.chan@fmr.com
zeljka.bosner@fmr.com
zoey.lin@fmr.com
zuzana.buzzell@fmr.com

**fmt**
emcnany@fmt.com
plim@fmt.com

**fmtinv**
mchachere@fmtinv.com
raross@fmtinv.com

**f-mtrust**
ken.sauders@f-mtrust.com
mark.hollar@f-mtrust.com

**fnb**
mccants@fnb.com
zzeid@fnb.com.lb

**fnbalaska**
jreitz@fnbalaska.com

**fnbaonline**

## Company & Corresponding Email Addresses

bweiner@fnbaonline.com
byoung@fnbaonline.com
cminich@fnbaonline.com
kkemper@fnbaonline.com
ndeleon@fnbaonline.com
plamb@fnbaonline.com
scgroves@fnbaonline.com
sgill@fnbaonline.com

**fnbchestercounty**
benjamin.marsho@fnbchestercounty.com
marilyn.reich@fnbchestercounty.com
winie.d'alessandro@fnbchestercounty.com

**fnb-corp**
brasse@fnb-corp.com
jeffery@fnb-corp.com
wagnerj@fnb-corp.com

**fnbl**
jfiducia@fnbl.com
jnewton@fnbl.com

**fnbmcconnells**
dmf@fnbmcconnells.com

**fnbmd**
jack.pease@fnbmd.com

**fnbnonline**
smcgowan@fnbnonline.com

**fnbstl**
bryan_cook@fnbstl.com

**fncb**
jcastro@fncb.com

**fnccorp**
mtanis@fnccorp.com
rhoyng@fnccorp.com

**fndaonline**
mrosenthal@fndaonline.com

**fnni**
bmosher@fnni.com
cferry@fnni.com
dmcgill@fnni.com
irohe@fnni.com
jhagan@fnni.com
jluetkenhaus@fnni.com
jonathanweber@fnni.com
joshea@fnni.com
jtesar@fnni.com
jvossen@fnni.com
kknieriem@fnni.com
mhansen@fnni.com
nstanley@fnni.com
rhorner@fnni.com
thart@fnni.com
tnordstrom@fnni.com

**fny**
mbrown @fny.com

**fnysllc**

**Company & Corresponding Email Addresses**

b.furlong@fnysllc.com
b.gayles@fnysllc.com
b.jacobs@fnysllc.com
b.levithan@fnysllc.com
b.vest@fnysllc.com
c.guthrie@fnysllc.com
d.curley@fnysllc.com
d.einhorn@fnysllc.com
d.taylor@fnysllc.com
dm@fnysllc.com
e.goldstein@fnysllc.com
e.pavelle@fnysllc.com
e.webber@fnysllc.com
f.chazanoff@fnysllc.com
g.bolan@fnysllc.com
g.fortunoff@fnysllc.com
g.gloster@fnysllc.com
h.sufian@fnysllc.com
i.darcy@fnysllc.com
j.balodimas@fnysllc.com
j.krandel@fnysllc.com
k.napolitano@fnysllc.com
l.higgins@fnysllc.com
l.jacobs@fnysllc.com
l.yee@fnysllc.com
m.cipollina@fnysllc.com
m.fullowan@fnysllc.com
m.ghayalod@fnysllc.com
m.hoffman@fnysllc.com
m.reiner@fnysllc.com
m.samuels@fnysllc.com
n.schlapfer@fnysllc.com
n.sirni@fnysllc.com
p.blechman@fnysllc.com
r.cannon@fnysllc.com
r.mehra@fnysllc.com
rsnyder@fnysllc.com
t.donino@fnysllc.com
w.rochette@fnysllc.com
y.nicholas@fnysllc.com
z.canter@fnysllc.com

**fokus**

magne.slordahl@fokus.no

**folksam**

bernt.magnusson@folksam.se
birgitta.redig@folksam.se
erik.almsparre@folksam.se
johan.cederin@folksam.se
kaj.bergenhill@folksam.se
mats.hesselstedt@folksam.se
niklas.palm@folksam.se
per-axel.carlsson@folksam.se
tor.borg@folksam.se

**folksamerica**

**Company & Corresponding Email Addresses**
helen_dell@folksamerica.com

**fondazionecrverona**
avesani@fondazionecrverona.org
berardo@fondazionecrverona.org
carta@fondazionecrverona.org

**fondianima**
acrisafulli@fondianima.it
afoa@fondianima.it
crizzi@fondianima.it
dboglietti@fondianima.it
dlami@fondianima.it
evilla@fondianima.it
gbrambilla@fondianima.it
gmartinelli@fondianima.it
ldiluca@fondianima.it
lripamonti@fondianima.it
mpiccolo@fondianima.it
mtagliaferri@fondianima.it
pcirasole@fondianima.it
pmaggi@fondianima.it
rbrasca@fondianima.it
talemagna@fondianima.it
vzinna@fondianima.it

**fondiaria**
a.magherinii@fondiaria.it
p.berchielli@fondiaria.it

**fondiaria-sai**
alberto.bollito@fondiaria-sai.it
alberto.zoia@fondiaria-sai.it
alessandro.vitaloni@fondiaria-sai.it
carmine.corvasce@fondiaria-sai.it
enrico.scurati@fondiaria-sai.it
fabio.catalano@fondiaria-sai.it
fabrizio.restione@fondiaria-sai.it
francesca.sampogna@fondiaria-sai.it
franco.lapi@fondiaria-sai.it
gianluca.banfi@fondiaria-sai.it
mario.speciale@fondiaria-sai.it
mattia.gennaro@fondiaria-sai.it
paolo.frambrosi@fondiaria-sai.it
silvana.figuccio@fondiaria-sai.it
vito.romaniello@fondiaria-sai.it

**fondiario-sai**
vito.romaniello@fondiario-sai.it

**fonditel**
benito.artinano@fonditel.es
i.colomo@fonditel.es
javier.gil-burgui@fonditel.es
luis.pena@fonditel.es
mar.bande@fonditel.es
mariajose.parraga@fonditel.es
ricardo.sanmartin@fonditel.es
valentin.fernandez@fonditel.es

**fondsfinans**

## Company & Corresponding Email Addresses

arne.lien@fondsfinans.no
cc@fondsfinans.no
kjetil.bakken@fondsfinans.no
terje.duus@fondsfinans.no

### foodlion

rajames@foodlion.com

### foothillcapital

jeffn@foothillcapital.com
seand@foothillcapital.com

### ford

abisogn1@ford.com
adarnall@ford.com
anewati1@ford.com
apetach@ford.com
arao5@ford.com
atase@ford.com
bkrueger@ford.com
bpfeiffe@ford.com
cjanosik@ford.com
dbasiric@ford.com
ddesand1@ford.com
dgardett@ford.com
dmuiruri@ford.com
doloffo@ford.com
dprytas@ford.com
dthuss@ford.com
dtosh@ford.com
eacton@ford.com
egoldsbe@ford.com
ehughesc@ford.com
ekolinsk@ford.com
erohde@ford.com
faslani@ford.com
fmerchan@ford.com
fshepard@ford.com
jbehnke@ford.com
jcostel2@ford.com
jgallag9@ford.com
jklima@ford.com
jlin16@ford.com
jnield@ford.com
jpiedrah@ford.com
jseguino@ford.com
jwilli92@ford.com
kenglis6@ford.com
lborder@ford.com
malmers@ford.com
marmbru3@ford.com
mcaldwe2@ford.com
mherna92@ford.com
pcharles@ford.com
pkenney@ford.com
rander28@ford.com
rgilli10@ford.com

**Company & Corresponding Email Addresses**

   sbalakum@ford.com
   scalso@ford.com
   senglish@ford.com
   srao6@ford.com
   ssmit262@ford.com
   sstevens@ford.com
   tghei@ford.com
   vrohrer@ford.com
   wpickett@ford.com

**fordfound**

   b.ellsworth@fordfound.org
   c.winnall@fordfound.org
   d.galligan@fordfound.org
   d.nelson@fordfound.org
   dlyukhter@fordfound.org
   e.mihallo@fordfound.org
   h.clark@fordfound.org
   j.martin@fordfound.org
   j.sage@fordfound.org
   k.lew@fordfound.org
   l.siegel@fordfound.org
   l.strumpf@fordfound.org
   m.martinez@fordfound.org
   t.anderson@fordfound.org
   y.mercado@fordfound.org

**foreingssparbanken**

   robert.stenram@foreingssparbanken.se

**foreningsbanken**

   hakan.falk@foreningsbanken.se

**foreningssparbanken**

   anders.hellstrom@foreningssparbanken.se
   jan.liden@foreningssparbanken.se
   jan.lilja@foreningssparbanken.se
   jan-otto.nilsson@foreningssparbanken.se
   jenny.zachrisson@foreningssparbanken.se
   lars.antman@foreningssparbanken.se
   mattias.bergstrom@foreningssparbanken.se
   micael.niden@foreningssparbanken.se
   michael.ferrara@foreningssparbanken.se
   ove.n.andersson@foreningssparbanken.se
   robert.charpentier@foreningssparbanken.se

**foreningsspar-banken**

   lars.olaf.odlund@foreningsspar-banken.se

**forester**

   vivian.huxley@forester.co.uk

**foresters**

   cwong@foresters.com
   jgiles@foresters.biz
   mwu@foresters.biz

**forits**

   vincent.chan@hk.forits.com

**formuepleje**

   bl@formuepleje.dk
   em@formuepleje.dk

## Company & Corresponding Email Addresses

nb@formuepleje.dk
pm@formuepleje.dk
sa@formuepleje.dk

### fortis

ahmet.turan@fortis.com.tr
alain.ries@fortis.lu
alain.stephany@fortis.lu
alan.bozian@us.fortis.com
alen.zeljkovic@nl.fortis.com
alexander.jaeschke@hk.fortis.com
alexander.lange@us.fortis.com
alper.kayurtar@fortis.com.tr
alvin.cheng@hk.fortis.com
andre.wagner@fortis.lu
andreas.mayr@fortis.lu
andrew.huxstep@fortis.com
andrew.wilson@fortis.com
anita.slosberg@us.fortis.com
ann.cocquyt@fortis.com
anne.goujon@fortis.lu
anne.radermecker@fortis.com
anne-francoise.woolf@fortis.lu
antonio.mastrangelo@fortis.lu
asu.pektas@fortis.com.tr
benjamin.leroy@fortis.lu
berg.debleecker@fortis.com
bernard.fischer@fortis.lu
bernard.lempereur@fortis.com
bert.de.wolff@nl.fortis.com
bert.devriendt@fortis.lu
bertrand.wenkin@ie.fortis.com
byron.tong@hk.fortis.com
caroline.boulenger@fortis.com
cedric.liblanc@fortis.lu
celine.bruhe@fortis.lu
charles.chan@hk.fortis.com
cheikhoumar.wane@fortis.com
chris.alexander@fortis.com
chris.pagano@us.fortis.com
claude.bertemes@fortis.lu
dale.levenduski@us.fortis.com
daniel.keris@fortis.lu
danny.decupere@fortis.com
danny.frans@fortis.com
denis.fagaert@fortis.com
dermot.daly@ie.fortis.com
desmond.lum@sg.fortis.com
diana.talbi@fortis.lu
edouard.desbonnets@fortis.lu
elif.topcu@fortis.com.tr
eric.chow@hk.fortis.com
eric.liegeois@fortis.lu
erkin.isik@fortis.com.tr
etienne.chalmagne@fortis.com

**Company & Corresponding Email Addresses**

eward.sonneveld@hk.fortis.com
filip.dierckx@fortis.com
frank.oldeweme@fortis.lu
frank.vangansbeke@fortis.com
frederic.bossens@fortis.com
gerry.koolen@fortis.com
gertjan.verhoef@nl.fortis.com
gokhan.erguneyt@fortis.com.tr
guido.vandemaele@fortis.com
haluk.burumcekci@fortis.com.tr
hghudson@us.fortis.com
hidai.barmor@fortis.com
jan.vanermen@fortis.com
jan.willem.meulenkamp@nl.fortis.com
jeffrey.wu@hk.fortis.com
jeremy.willaume@fortis.lu
jeroen.visser@us.fortis.com
jessie.pui@hk.fortis.com
jjingraham@us.fortis.com
joe.tan@fortis.com
johnny.tam@hk.fortis.com
jsbyrd@us.fortis.com
judi.fuoti@us.fortis.com
julie.teng@hk.fortis.com
kelly.ng@sg.fortis.com
kenneth.yuan@hk.fortis.com
kerry.leow@sg.fortis.com
koen.desmecht@fortis.com
koen.weemaes@fortis.com
kurt.janssens@fortis.com
laurent.quidaciolu@fortis.lu
liliane.poitiers@fortis.lu
luc.borremans@fortis.com
marc.moonens@fortis.com
marc.peelen@fortis.com
marc.schartz@fortis.lu
marc.vereecke@hk.fortis.com
marjolein.van.den.berg@nl.fortis.com
maroun.hayek@us.fortis.com
mary.wong@hk.fortis.com
mdroschen@us.fortis.com
melanie.mortier@fortis.lu
michel.baise@fortis.com
mjromanowski@us.fortis.com
mustafa.erdogan@fortis.com.tr
neville.chan@hk.fortis.com
nicholas.ogden@fortis.lu
nicolas.catin@fortis.com
olivier.defay@us.fortis.com
olivier.delval@fortis.com
olivier.selis@fortis.lu
olivier.seyll@fortis.lu
owen.kam@hk.fortis.com
patrick.schmitz@fortis.lu

## Company & Corresponding Email Addresses

paul.whyman@fortis.co.uk
peter.roymans@fortis.com
petra.dedeyne@fortis.com
philippe.latour@fortis.com
philippe.lecocq@fortis.lu
philippe.simon@fortis.com
pieter.vanbaelen@fortis.com
rafael.martinez@fortis.com
rao.mangipudi@us.fortis.com
reginald.degols@fortis.com
rico.fasel@nl.fortis.com
robert.schneider@fortis.lu
robert.weijdenter@fortis.com
rocco.bozzone@fortis.lu
samuel.pang@hk.fortis.com
selene.koh@sg.fortis.com
serge.rohmann@fortis.lu
smrickert@us.fortis.com
soraya.hakuziyaremye@fortis.com
stefaan.dedoncker@fortis.com
stefaan.vandemosselaer@fortis.com
stefanie.inghelbrecht@fortis.com
steve.welter@fortis.lu
thierry.deraeck@fortis.com
tina.swedenborghall@fortis.com
tobias.hopp@fortis.lu
tolga.kirbay@fortis.com.tr
tom.cunningham@us.fortis.com
tom.dhaenens@fortis.com
tom.thyssens@fortis.com
tony.cty@hk.fortis.com
uwe.prasser@fortis.com
valerie.laloux@fortis.com
vincent.flanagan@us.fortis.com
vincent.lecomte@fortis.com
xavier.cock@fortis.com
xavier.mazet@fortis.lu
xue.wang@hk.fortis.com
yves.vanlendeghem@fortis.com

### fortisag

dorothee.fassiau@fortisag.be
gaetan.delvaux@fortisag.be
hilde.hanssens@fortisag.be
jacques.crabbe@fortisag.be
william.vanimpe@fortisag.be

### fortisbank

alain.maricq@fortisbank.com
alain.verschueren@fortisbank.com
anne.fils@fortisbank.com
an-sofie.meirsschaut@fortisbank.com
arnaud.weissrock@fortisbank.com
arvid.de.boer@nl.fortisbank.com
bernard.delhaye@fortisbank.com
carla.bauwens@fortisbank.com

## Company & Corresponding Email Addresses

christa.a.debruyn@fortisbank.com
christel.bosch@fortisbank.com
christiaan.claessens@fortisbank.com
christophe.moraine@fortisbank.com
daniel.demeeus@fortisbank.com
danny.vanwesemael@fortisbank.com
denis.sagaert@fortisbank.com
didier.engels@fortisbank.com
didier.vanhecke@fortisbank.com
dieter.dejaegher@fortisbank.com
dimitri.crelot@fortisbank.com
dirk.abspoel@fortisbank.com
dirk.stynen@fortisbank.com
eddy.reynebeau@fortisbank.com
effrosyni.lefka@fortisbank.com
elaine.coussement@fortisbank.com
els.briers@fortisbank.com
eva.stroobants@fortisbank.com
fabian.deprey@fortisbank.com
fabio.ghezzi-morgalanti@fortisbank.com
franek.vercruysse@fortisbank.com
gauthier.serruys@fortisbank.com
gautier.vanhonacker@fortisbank.com
geert.deroover@fortisbank.com
geert.kesteleyn@fortisbank.com
geert.ruysschaert@fortisbank.com
geert.vanderhaeghe@fortisbank.com
geert.vanderheyden@fortisbank.com
geert.vanthuyne@fortisbank.com
geoffrey.rodrigue@fortisbank.com
guido.braem@fortisbank.com
guido.vandemaele@fortisbank.com
hans.simaeys@fortisbank.com
jacques.massin@fortisbank.com
jacques.vandenherrwewegen@fortisbank.com
jan.b.bronselaer@fortisbank.com
janmichiel.hessels@fortisbank.com
jkepel@fortisbank.com
jo.machtelinckx@fortisbank.com
johan.beckers@fortisbank.com
johan.vervaeke@fortisbank.com
juan.sueiro@fortisbank.com
kim.vanderhoute@fortisbank.com
koen.drieskens@fortisbank.com
koen.vandesteene@fortisbank.com
kurt.gheysen@fortisbank.com
laurent.froget@fortisbank.com
luc.steens@fortisbank.co
mario.vanhemelryck@fortisbank.com
marnik.hinnekens@fortisbank.com
maurice.jacquet@fortisbank.com
michael.vanderelst@fortisbank.com
monique.yu@fortisbank.com.hk
nico.vanhiel@fortisbank.com

**Company & Corresponding Email Addresses**

olivier.dewell@fortisbank.com
patrick.merckx@fortisbank.com
paul.janssens@fortisbank.com
paulandre.meyers@fortisbank.com
philippe.bietlot@fortisbank.com
philippe.gijsels@fortisbank.com
philippe.hullaert@fortisbank.com
pierre.amrom@fortisbank.com
ricky.lit@fortisbank.com.hk
rob.goyens@fortisbank.com
ronald.lokkers@fortisbank.com
rosamar.martinez@fortisbank.com
thomas.blondin@fortisbank.com
vicken.kioumdjan@fortisbank.com
vicken.kioumjian@fortisbank.com
ward.lievens@fortisbank.com
willy.moyson@fortisbank.com
wouter.devriendt@fortisbank.com
yolande.collard@fortisbank.com
yves.vanlandeghem@fortisbank.com

**fortiscapitalusa**

mohammed.alam@fortiscapitalusa.com

**fortisclearing**

svp@fortisclearing.com.au

**fortisinvestment**

david.schmidt@fortisinvestment.com

**fortisinvestments**

alain.gerard@fortisinvestments.com
alpha.sylla@fortisinvestments.com
amy.hoodless@fortisinvestments.com
andre.sebrowski@fortisinvestments.com
andrew.macleod@fortisinvestments.com
andy.vanlaer@fortisinvestments.com
anna.pigott@fortisinvestments.com
bart.coenraads@fortisinvestments.com
bart.geukens@fortisinvestments.com
ben.horsell@fortisinvestments.com
benoit.depauw@fortisinvestments.com
bernard.deliege@fortisinvestments.com
bertrand.sluys@fortisinvestments.com
birgitta.cap@fortisinvestments.com
cameron.squadrito@fortisinvestments.com
camille.mcleod-salmon@fortisinvestments.com
chris.helsen@fortisinvestments.com
christiaan.fornier@fortisinvestments.com
christian.truyens@fortisinvestments.com
christophe.javaux@fortisinvestments.com
christophe.pecoraro@fortisinvestments.com
christopher.jeffery@fortisinvestments.com
christopher.wadsworth@fortisinvestments.com
cindy.chan@fortisinvestments.com
corentin.cam@fortisinvestments.com
craig.behrens@fortisinvestments.com
daniel.hobster@fortisinvestments.com

## Company & Corresponding Email Addresses

david.drappier@fortisinvestments.com
davy.vanvossole@fortisinvestments.com
denis.mangan@fortisinvestments.com
dennis.kools@fortisinvestments.com
didier.fourcroy@fortisinvestments.com
eli.koen@fortisinvestments.com
ellen.eijking@fortisinvestments.com
emiel.van.den.heiligenberg@fortisinvestments.com
erik.ansinger@fortisinvestments.com
erik.kroon@fortisinvestments.com
erwin.feijer@fortisinvestments.com
frank.d'hondt@fortisinvestments.com
frank.hamelijnck@fortisinvestments.com
fraser.lundie@fortisinvestments.com
frederic.bert@fortisinvestments.com
frederic.helrebaudt@fortisinvestments.com
frederic.rebry@fortisinvestments.com
frederik.stoop@fortisinvestments.com
frederique.morieux@fortisinvestments.com
gabriel.wallach@fortisinvestments.com
george.rudawski@fortisinvestments.com
gerrit.hop@fortisinvestments.com
gert.vanderjeugt@fortisinvestments.com
guido.bunte@fortisinvestments.com
guy.williams@fortisinvestments.com
hafez.ayeva@fortisinvestments.com
hans.peters@fortisinvestments.com
hans.steyaert@fortisinvestments.com
hans.vanderknaap@fortisinvestments.com
hassan.mian@fortisinvestments.com
havard.tveit@fortisinvestments.com
heinerich.hardy@fortisinvestments.com
hennie.brink@fortisinvestments.com
holger.weeda@fortisinvestments.com
jacques.dursel@fortisinvestments.com
james@fortisinvestments.com
jan.deroost@fortisinvestments.com
jan.ooms@fortisinvestments.com
jan.sijssens@fortisinvestments.com
jan.verbrugge@fortisinvestments.com
jan.willem.vis@fortisinvestments.com
jean.dessain@fortisinvestments.com
jean-loup.texier@fortisinvestments.com
jean-philippe.bailly@fortisinvestments.com
jeffrey.megar@fortisinvestments.com
jeffrey.van.wettum@fortisinvestments.com
jeroen.gailly@fortisinvestments.com
jeroen.gierveld@fortisinvestments.com
jeroen.knol@fortisinvestments.com
jeroen.verstraete@fortisinvestments.com
john.lupton@fortisinvestments.com
joris.debeul@fortisinvestments.com
jorn.deboeck@fortisinvestments.com
juan.poswick@fortisinvestments.com

## Company & Corresponding Email Addresses

jurgen.detroy@fortisinvestments.com
kan.zheng@fortisinvestments.com
karin.schoeman@fortisinvestments.com
katrien.adam@fortisinvestments.com
kevin.cheah@fortisinvestments.com
kevin.kehres@fortisinvestments.com
kris.demoerloose@fortisinvestments.com
krisztina.negret@fortisinvestments.com
laurent.gorgemans@fortisinvestments.com
lode.devlaminck@fortisinvestments.com
manfred.lam@fortisinvestments.com
marc.van.gaalen@fortisinvestments.com
marcos.raisanen@fortisinvestments.com
maria.polycarpou@fortisinvestments.com
marie.christine@fortisinvestments.com
marije.brinkman@fortisinvestments.com
marja.vandergiessen@fortisinvestments.com
marleen.vanholsbeeck@fortisinvestments.com
mathieu.negre@fortisinvestments.com
meera.judge@fortisinvestments.com
michal.wozniak@fortisinvestments.com
michel.aubenas@fortisinvestments.com
michel.gonnard@fortisinvestments.com
namiko.hino@fortisinvestments.com
nicola.morgan@fortisinvestments.com
nicola.williams@fortisinvestments.com
olivier.detimmerman@fortisinvestments.com
olivier.deval@fortisinvestments.com
olivier.gaspar@fortisinvestments.com
olivier.van.hirtum@fortisinvestments.com
omar.greco@fortisinvestments.com
omry.apelblat@fortisinvestments.com
pankaj.shah@fortisinvestments.com
patrick.de.boer@fortisinvestments.com
peter.abbott@fortisinvestments.com
peter.din@fortisinvestments.co.uk
peter.ranty@fortisinvestments.com
philipp.schreyer@fortisinvestments.com
pierre-etienne.gilard@fortisinvestments.com
pim.beirens@fortisinvestments.com
raja.coopoosamy@fortisinvestments.com
raymond.yung@fortisinvestments.com
reiniera.van.der.feltz@fortisinvestments.com
richard.wohanka@fortisinvestments.com
rob.vanoostveen@fortisinvestments.com
robert.carbone@fortisinvestments.com
robert.ryan@fortisinvestments.com
roderick.molenaar@fortisinvestments.com
roeland.tso@fortisinvestments.com
roland.van.wettum@fortisinvestments.com
rolf.stout@fortisinvestments.com
rudy.vandorpe@fortisinvestments.com
sascha.hirsch@fortisinvestments.com
shaun.stevens@fortisinvestments.com

## Company & Corresponding Email Addresses

silvia.wendlinger@fortisinvestments.com
simon.van.veen@fortisinvestments.com
sophie.debehogne@fortisinvestments.com
stephane.monier@fortisinvestments.com
steven.harnie@fortisinvestments.com
steven.taylor@fortisinvestments.com
stijn.dockx@fortisinvestments.com
susanne.vandootingh@fortisinvestments.com
sven.degreef@fortisinvestments.com
sylvia.windlinger@fortisinvestments.com
taco.lens@fortisinvestments.com
thierry.charlier@fortisinvestments.com
tim.sheehan@fortisinvestments.com
tine.denorme@fortisinvestments.com
veronique.hache@fortisinvestments.com
vincent.gigounon@fortisinvestments.com
vincent.matthijssen@fortisinvestments.com
werner.huysmans@fortisinvestments.com
willem.klijnstra@fortisinvestments.com
william.anderson@fortisinvestments.com
william.devijlder@fortisinvestments.com
william.finley@fortisinvestments.com
wouter.weijand@fortisinvestments.com
yves.oloui@fortisinvestments.com

**fortisl**
carlo.friob@fortisl.lu

**fortismeespierson**
hemmo.hemmes@fortismeespierson.nl

**fortress**
rwenger@fortress.com

**fortressltd**
tw@fortressltd.com

**forum-financial**
brian-desmond@forum-financial.com
elaine-flynn@forum-financial.com

**forwardmgmt**
rimperiale@forwardmgmt.com

**forwardua**
ejones@forwardua.com
fsheikh@forwardua.com

**fountaincapital**
apeltzer@fountaincapital.com
dcampbell@fountaincapital.com
eroth@fountaincapital.com
gmurphy@fountaincapital.com
jjones@fountaincapital.com
kmalvey@fountaincapital.com
nbraswell@fountaincapital.com
pcarey@fountaincapital.com

**foxasset**
amassey@foxasset.com
dedler@foxasset.com
jsampson@foxasset.com
whowarth@foxasset.com

## Company & Corresponding Email Addresses

### foyerpatrimonium
giancarlo.raggi@foyerpatrimonium.com
sebastien.cordoliani@foyerpatrimonium.com

### fpg
jamesshih@fpg.com.tw
raylei@fpg.com.tw

### fppartners
ffong@fppartners.com

### fr
de@fr.fr
z.t@axa.fr.com

### framlington
antony.milford@framlington.co.uk
chris.armstrong@framlington.co.uk
chris.bell@framlington.co.uk
chris.stjohn@framlington.co.uk
deane.donnigan@framlington.co.uk
deirdre.o'sullivan@framlington.co.uk
faisal.ayub@framlington.co.uk
firstname.surname@framlington.co.uk
gary.dudman@framlington.co.uk
john.li@framlington.co.uk
jonathan.asante@framlington.co.uk
marco.giovanelli@framlington.co.uk
mark.hargraves@framlington.co.uk
maxk@framlington.co.uk
ming.kemp@framlington.co.uk
nicola.egan@framlington.co.uk
peter.chambers@framlington.co.uk
richard.peirson@framlington.co.uk
richard.pierson@framlington.co.uk
stephen.kelly@framlington.co.uk
stephen.payne@framlington.co.uk
vanessa.guez@framlington.co.uk
william.calvert@framlington.co.uk

### francetelecom
alexandre.brown@francetelecom.com
alexandrine.perigaud@francetelecom.com
bertrand.conil@francetelecom.com
caroline.billeaud@francetelecom.com
cedric.testut@francetelecom.com
christophe.domart@francetelecom.com
gilles.begue@francetelecom.fr
henripierre.goux@francetelecom.fr
herve1.labbe@francetelecom.com
jclaude.grynberg@francetelecom.fr
jerome.daviron@francetelecom.fr
jose.gonzalo@francetelecom.fr
laurent.besancon@francetelecom.fr
laurent.brandon@francetelecom.fr
marieclaire.lampaert@francetelecom.fr
michel.poirier@francetelecom.fr
mlaure.coupeau@francetelecom.fr
nathalie.chan@francetelecom.com

**Company & Corresponding Email Addresses**

nicolas.dufourcq@francetelecom.fr
olivier.froissart@francetelecom.com
olivier.girault@francetelecom.com
olivier.mougeot@francetelecom.com
pascale.simon2@francetelecom.fr
philippe.couzinou@francetelecom.com
pierre.guenin@francetelecom.fr
pierre.hilaire@francetelecom.fr
reza.samdjee@francetelecom.com
sophie.palliez@francetelecom.fr

**frankfurt-trust**

alexandra.kaiser@frankfurt-trust.de
annette.pacl-schneeweis@frankfurt-trust.de
b.liedtke@frankfurt-trust.de
bernhard.steiner@frankfurt-trust.de
birgit.ebner@frankfurt-trust.de
c.cakaj@frankfurt-trust.de
carola.kolb@frankfurt-trust.de
carsten.grosse-knetter@frankfurt-trust.de
christian.leonhard@frankfurt-trust.de
christoph.kind@frankfurt-trust.de
d.ewald@frankfurt-trust.de
elke.seibel@frankfurt-trust.de
ernst.auburger@frankfurt-trust.de
f.diel@frankfurt-trust.de
f.dippold@frankfurt-trust.de
hai.do@frankfurt-trust.de
hj.ullrich@frankfurt-trust.de
holger.bosse@frankfurt-trust.de
j.milke@frankfurt-trust.de
j.scarfone@frankfurt-trust.de
jens-holger.schott@frankfurt-trust.de
karina.gundermann@frankfurt-trust.de
karl.staecker@frankfurt-trust.de
m.flaschka@frankfurt-trust.de
m.sachsenmaier@frankfurt-trust.de
martin.schoebel@frankfurt-trust.de
matthias.bayer@frankfurt-trust.de
matthias.maus@frankfurt-trust.de
miraji.othman@frankfurt-trust.de
o.nothof@frankfurt-trust.de
oliver.kopp@frankfurt-trust.de
omar.abu-rashed@frankfurt-trust.de
p.buecken@frankfurt-trust.de
patricia.john@frankfurt-trust.de
peter.rieth@frankfurt-trust.de
peter.seipel@frankfurt-trust.de
r.saxinger@frankfurt-trust.de
r.strauss.2002@frankfurt-trust.de
rainer.gogel@frankfurt-trust.de
ralf.ahrens@frankfurt-trust.de
raul.kaltenbach@frankfurt-trust.de
ri.guderian@frankfurt-trust.de
robert.minde@frankfurt-trust.de

## Company & Corresponding Email Addresses

roland.gilbert@frankfurt-trust.de
s.kaemmerer@frankfurt-trust.de
s.thomas@frankfurt-trust.de
s.todorovic@frankfurt-trust.de
t.schneider@frankfurt-trust.de
thierry.misamer@frankfurt-trust.de
thomas.hoehenleiter@frankfurt-trust.de
tilo.andreas.wannow@frankfurt-trust.de
u.reitz@frankfurt-trust.de
ulrike.becker@frankfurt-trust.de
ulrike.benker@frankfurt-trust.de
w.demel@frankfurt-trust.de
w.hutmann@frankfurt-trust.de
werner.fey@frankfurt-trust.de

### franklintempleton

agudefin@franklintempleton.co.uk
bbombay@franklintempleton.ca
ccrockett@franklintempleton.co.uk
cwatson@franklintempleton.co.uk
dball@franklintempleton.co.uk
dtuttle@franklintempleton.ca
eweisko@franklintempleton.com
fmu@franklintempleton.co.uk
jburns4@franklintempleton.co.uk
jfei@franklintempleton.ca
kcox@franklintempleton.co.uk
lturnbull@franklintempleton.co.uk
mcobb@franklintempleton.co.uk.
minyang@franklintempleton.co.uk
mmarcoc@franklintempleton.ca
mndje@franklintempleton.co.uk
plucas@franklintempleton.co.uk
sbowen@franklintempleton.co.uk

### fraspa1822

alexander.bogensperger@fraspa1822.de
bernd.thoma@fraspa1822.de
cornelia.holz@fraspa1822.de
frank.schweitzer@fraspa1822.de
heike.wannich@fraspa1822.de
joachim.schumak@fraspa1822.de
manuel.kaus@fraspa1822.de
rudolf.anger@fraspa1822.de

### frb

alexander.david@frb.gov

### frc

c-haganuma@frc.nomura.co.jp

### frcinvest

cakrause@frcinvest.cm

### freddiemac

aaron_pas@freddiemac.com
abigail_valdelievre@freddiemac.com
adama_kah@freddiemac.com
akilas_mavrakis@freddiemac.com
al_lequang@freddiemac.com

## Company & Corresponding Email Addresses

alan_pruce@freddiemac.com
alex_cheng@freddiemac.com
alexander_antzoulatos@freddiemac.com
ali_trotman@freddiemac.com
ameez_nanjee@freddiemac.com
amy_lynn_debone@freddiemac.com
anand_twells@freddiemac.com
ananda_bojji@freddiemac.com
andrew_feng@freddiemac.com
andrew_freeman@freddiemac.com
angie_barksdale@freddiemac.com
anthony_mccreary@freddiemac.com
antoine_stallings@freddiemac.com
bawo_ayomike@freddiemac.com
brandon_woodland@freddiemac.com
brendan_mckinley@freddiemac.com
brian_brandenburg@freddiemac.com
brian_claypool@freddiemac.com
brian_king@freddiemac.com
brien_hampton@freddiemac.com
bruce_wood@freddiemac.com
carlos_pollard@freddiemac.com
chad_chrisman@freddiemac.com
chad_levrini@freddiemac.com
charles_cale@freddiemac.com
chau_pham@freddiemac.com
christopher_chenen@freddiemac.com
christopher_dielmann@freddiemac.com
christopher_kuehl@freddiemac.com
christopher_laughlin@freddiemac.com
christopher_reilly@freddiemac.com
christopher_wagner@freddiemac.com
craig_boothe@freddiemac.com
craig_nauman@freddiemac.com
crystal_staton@freddiemac.com
dae_na@freddiemac.com
dan_dugan@freddiemac.com
dan_smith@freddiemac.com
dana_ryback@freddiemac.com
dane_d'alessandro@freddiemac.com
daniel_mandel@freddiemac.com
daniel_nuxoll@freddiemac.com
daniel_tsai@freddiemac.com
danielle_calloway@freddiemac.com
danielle_johnson@freddiemac.com
darrel_burris@freddiemac.com
dave_borsos@freddiemac.com
david_brickman@freddiemac.com
david_hackney@freddiemac.com
david_kellermann@freddiemac.com
david_kirk@freddiemac.com
david_schule@freddiemac.com
deborah_preisman@freddiemac.com
denise_seal@freddiemac.com

## Company & Corresponding Email Addresses

dipa_sharif@freddiemac.com
doc_ghose@freddiemac.com
donna@freddiemac.com
donna_corley@freddiemac.com
dorian_bomberger@freddiemac.com
douglas_escola@freddiemac.com
ebony_burnettejoseph@freddiemac.com
edward_bronson@freddiemac.com
edward_hahn@freddiemac.com
edward_mcnamara@freddiemac.com
eknath_belbase@freddiemac.com
elliot_leibowitz@freddiemac.com
emily_heller@freddiemac.com
eric_graddy@freddiemac.com
eric_salzman@freddiemac.com
esa_ylipahkala@freddiemac.com
essex_finney@freddiemac.com
fangyu_gao@freddiemac.com
feh_gwanyalla@freddiemac.com
felmon_bartolone@freddiemac.com
floyd_griffith@freddiemac.com
frank_vetrano@freddiemac.com
franklin_mccoy@freddiemac.com
fred_sandifer@freddiemac.com
fritz_jeffries@freddiemac.com
garrett_cooper@freddiemac.com
gary_kain@freddiemac.com
gary_malacane@freddiemac.com
glenn_errigo@freddiemac.com
gopal_sharathchandra@freddiemac.com
grace_sone@freddiemac.com
hasan_latif@freddiemac.com
hassan_thalji@freddiemac.com
helen_parsons@freddiemac.com
henry_cassidy@freddiemac.com
howard_mason@freddiemac.com
huaying_qiu@freddiemac.com
indy_weerasinghe@freddiemac.com
irang_im@freddiemac.com
itai_benosh@freddiemac.com
j_carter@freddiemac.com
jacqueline_tenuta@freddiemac.com
james_bean@freddiemac.com
james_callahan@freddiemac.com
james_havrilla@freddiemac.com
jan_luytjes@freddiemac.com
janice_fugler@freddiemac.com
jason_middough@freddiemac.com
javier_portella@freddiemac.com
jay_platt@freddiemac.com
jeanne_russo@freddiemac.com
jeffrey_chamberlain@freddiemac.com
jeffrey_kuzbel@freddiemac.com
jeffrey_law@freddiemac.com

**Company & Corresponding Email Addresses**

jeffrey_shue@freddiemac.com
jerome_lienhard@freddiemac.com
jessica_snow@freddiemac.com
jichun_wu@freddiemac.com
jie_bai@freddiemac.com
jim_feenick@freddiemac.com
john_dalton@freddiemac.com
john_dimitri@freddiemac.com
john_kennington@freddiemac.com
john_l_kim@freddiemac.com
john_schiavo@freddiemac.com
jonathan_veum@freddiemac.com
jordan_winder@freddiemac.com
jorge_reis@freddiemac.com
joseph_davis@freddiemac.com
joseph_mchale@freddiemac.com
joseph_torres@freddiemac.com
judy_sun@freddiemac.com
justin_guo@freddiemac.com
justin_pearson@freddiemac.com
kalpana_rumburg@freddiemac.com
karen_gentile@freddiemac.com
karen_miller@freddiemac.com
karen_morrison@freddiemac.com
katharine_feehan@freddiemac.com
kathleen_foody-malus@freddiemac.com
kathleen_morford@freddiemac.com
kathryn_mosser@freddiemac.com
kathryn_westcott@freddiemac.com
kathy_donadio@freddiemac.com
kaushik_saha@freddiemac.com
kavita_dawar@freddiemac.com
kayla_gjata@freddiemac.com
keith_hoffman@freddiemac.com
keith_marshall@freddiemac.com
kelli_harris@freddiemac.com
kendal_greene@freddiemac.com
kerrie_la_fleur@freddiemac.com
kevin_palmer@freddiemac.com
khadija_zackria@freddiemac.com
khyra_killgo@freddiemac.com
kim_jones@freddiemac.com
kkkkk@freddiemac.com
lea_downsbrough@freddiemac.com
lee_jacobson@freddiemac.com
lily-wang@freddiemac.com
linda_lundberg@freddiemac.com
liwen_manzi@freddiemac.com
lizeth_alvarado@freddiemac.com
lois_bellandi@freddiemac.com
lois_ireland@freddiemac.com
lori_geftic@freddiemac.com
lori_trawinski@freddiemac.com
louise_herrle@freddiemac.com

**Company & Corresponding Email Addresses**

lucie_fay@freddiemac.com
lyncoya_simpson@freddiemac.com
lynn_jones@freddiemac.com
macvicar_ramont@freddiemac.com
manish_garg@freddiemac.com
manoj_k_singh_svp@freddiemac.com
marcelo_teixeira@freddiemac.com
marcus_yu@freddiemac.com
marilyn_kapila@freddiemac.com
mark_d_miller@freddiemac.com
martin_loketek@freddiemac.com
martin_young@freddiemac.com
mary_muething@freddiemac.com
mary_odonnell@freddiemac.com
mary_shillinger@freddiemac.com
matt_miller@freddiemac.com
matthew_huang@freddiemac.com
matthew_lascek@freddiemac.com
matthew_mcgovern@freddiemac.com
matthew_porter@freddiemac.com
matthew_seiler@freddiemac.com
matthew_spiro@freddiemac.com
mayur_maniar@freddiemac.com
mehrdad_tahmasebi@freddiemac.com
melissa_crabtree@freddiemac.com
melissa_mcguire@freddiemac.com
melissa_melvin@freddiemac.com
merry_dimitri@freddiemac.com
mia_stewart@freddiemac.com
michael_aneiro@freddiemac.com
michael_centrone@freddiemac.com
michael_jenkins@freddiemac.com
michael_konsen@freddiemac.com
michael_mccabe@freddiemac.com
michael_patterson@freddiemac.com
michael_smith@freddiemac.com
michael_taets@freddiemac.com
michael_trippett@freddiemac.com
mike_dawson@freddiemac.com
mike_wang@freddiemac.com
mintsung_yu@freddiemac.com
mitchell_lawrence@freddiemac.com
mitchell_post@freddiemac.com
mohit_sudhakar@freddiemac.com
monica_satija@freddiemac.com
moroni_noronha@freddiemac.com
muhssin_yacoubi@freddiemac.com
murat_karakurt@freddiemac.com
naruki_hirai@freddiemac.com
natalie_del-villar@freddiemac.com
nazir_dossani@freddiemac.com
nicholas_travaglino@freddiemac.com
nicole_perret-gentil@freddiemac.com
nivritt_bonarji@freddiemac.com

**Company & Corresponding Email Addresses**

olga_maupin@freddiemac.com
owen_eldridge@freddiemac.com
patricia_alayne_evans@freddiemac.com
patricia_cook@freddiemac.com
paul_konigsberg@freddiemac.com
paul_kume@freddiemac.com
perri_henderson@freddiemac.com
peter_federico@freddiemac.com
peter_mahoney@freddiemac.com
peter_zou@freddiemac.com
phil_guth@freddiemac.com
philip_guth@freddiemac.com
philip_mccarty@freddiemac.com
rabea_nawaz@freddiemac.com
ran_yi@freddiemac.com
raven_henderson@freddiemac.com
ravi_ohri@freddiemac.com
ray_romano@freddiemac.com
raymond_powers@freddiemac.com
richard_chung@freddiemac.com
richard_olek@freddiemac.com
richard_wang@freddiemac.com
robert_boese@freddiemac.com
robert_burns@freddiemac.com
robert_carroll@freddiemac.com
robert_fishman@freddiemac.com
robert_padgett@freddiemac.com
robert_philipp@freddiemac.com
robert_volpi@freddiemac.com
robin_grieves@freddiemac.com
robin_phillips@freddiemac.com
robyn_morris@freddiemac.com
rochelle_ballard@freddiemac.com
ronald_daly@freddiemac.com
ronald_ratcliffe@freddiemac.com
rongwen_wu@freddiemac.com
ryan_harn@freddiemac.com
ryan_henning@freddiemac.com
sabrina_rodriguez-harte@freddiemac.com
sadiqa_brown@freddiemac.com
salil_bhatt@freddiemac.com
saliya_wijesekera@freddiemac.com
sally_au-yeung@freddiemac.com
sally_williamson@freddiemac.com
sam_li@freddiemac.com
samantha_thalji@freddiemac.com
sanat_shankardass@freddiemac.com
sandra_miles@freddiemac.com
sang-sub_lee@freddiemac.com
sarah_easterly@freddiemac.com
sarbashis_ghosh@freddiemac.com
satish_iyer@freddiemac.com
scott_bride@freddiemac.com
scott_haymore@freddiemac.com

**Company & Corresponding Email Addresses**

sean_flanagan@freddiemac.com
shari_thomas@freddiemac.com
shih-pin@freddiemac.com
shihua_lu@freddiemac.com
si-har_choi@freddiemac.com
stacey_kenneweg@freddiemac.com
stephanie_skinner@freddiemac.com
stephen_delaney@freddiemac.com
stephen_masten@freddiemac.com
steve_guggenmos@freddiemac.com
steve_keleher@freddiemac.com
steve_tips@freddiemac.com
sudha_garg@freddiemac.com
sulaiman_ghaussy@freddiemac.com
sumeet_bhalla@freddiemac.com
sung_choi@freddiemac.com
susan_hamilton@freddiemac.com
susanna_b_kondracki@freddiemac.com
sylvia_garcia@freddiemac.com
tameika_burrell@freddiemac.com
taylor_leavitt@freddiemac.com
terrence_connelly_jr@freddiemac.com
thomas_flynn@freddiemac.com
thomas_fuqua@freddiemac.com
thomas_piontek@freddiemac.com
tim_schmidt@freddiemac.com
timothy_bitsberger@freddiemac.com
timothy_heller@freddiemac.com
ting-ting_yu@freddiemac.com
todd_lines@freddiemac.com
tracy_schuneible@freddiemac.com
tyrice_coates@freddiemac.com
victor_pa@freddiemac.com
vijay_movva@freddiemac.com
vimal_agarwal@freddiemac.com
vinod_kushawaha@freddiemac.com
wayne_schwartz@freddiemac.com
william_boorman@freddiemac.com
william_erwin@freddiemac.com
william_iles@freddiemac.com
xiang_xie@freddiemac.com
xiaoping_xiong@freddiemac.com
xin_zhao@freddiemac.com
yasin_benzawi@freddiemac.com
yi-chun_cheng@freddiemac.com
yinan_wang@freddiemac.com
yuanfan_sun_branson@freddiemac.com
yun-sang_bae@freddiemac.com
zach_peterson@freddiemac.com
zachary_smith@freddiemac.com

**freddimac**

mitchell_denberg@freddimac.com

**freedom-capital**

kadams@freedom-capital.com

## Company & Corresponding Email Addresses

kdavis@freedom-capital.com
masmith@freedom-capital.com
mspencer@freedom-capital.com
rdepelteau@freedom-capital.com
smooney@freedom-capital.com
sscranto@freedom-capital.com

### freeler
bayer.andringa@freeler.nl

### freemontcapital
pbunnage@freemontcapital.co.uk

### fremontbank
james.gala@fremontbank.com

### friendsis
julia.clark@friendsis.com
pinakin.patel@friendsis.com
rob.mason@friendsis.com
rupert.trotter@friendsis.com
terry.o'brian@friendsis.com

### friendsprovident
gregory.norton@friendsprovident.co.uk
ian.jefferies@friendsprovident.co.uk
jim.cadman@friendsprovident.co.uk
mike.collins@friendsprovident.co.uk
nick.myers@friendsprovident.co.uk
paul.cooper@friendsprovident.co.uk

### frieslandbank
e.vasbinder@frieslandbank.nl
f.verhees@frieslandbank.nl
wilderinke@frieslandbank.nl

### friuladria
francescacomar@friuladria.it
mariaantoniettato@friuladria.it
maurodepin@friuladria.it
robertopoleesel@friuladria.it
robertopujatti@friuladria.it

### frk
abarron@frk.com
abeach@frk.com
acrieder@frk.com
adongon@frk.com
agorlyn@frk.com
ajohnso3@frk.com
amichel@frk.com
amoon@frk.com
amuschott@frk.com
apeters@frk.com
apopovi2@frk.com
asatwalekar@frk.com
aschram@frk.com
bcarris@frk.com
bcrawfo@frk.com
bcryer@frk.com
bfrench@frk.com
bhofman-schwab@frk.com

**Company & Corresponding Email Addresses**

blinde@frk.com
bloder@frk.com
bpiallo@frk.com
bschroer@frk.com
bsevilla@frk.com
btaylor1@frk.com
cchan3@frk.com
cchou@frk.com
cenrico@frk.com
cfung@frk.com
chenn@frk.com
cherrma@frk.com
chiggins@frk.com
cho3@frk.com
cjohnson@frk.com
ckang@frk.com
cmellic@frk.com
cmolumphy@frk.com
cnativi@frk.com
cpetrin@frk.com
cpett@frk.com
cpezino@frk.com
cprice@frk.com
csperry@frk.com
cvillal@frk.com
cwang@frk.com
cyoshim@frk.com
dardini@frk.com
dglazer@frk.com
dhennes@frk.com
dhovey@frk.com
dlam1@frk.com
dlee2@frk.com
dma@frk.com
dmagowan@frk.com
dnelson@frk.com
dnuckle@frk.com
dsanderson@frk.com
dscher@frk.com
dsearle@frk.com
dworkman@frk.com
dyuen@frk.com
dzakaria@frk.com
eabraha@frk.com
eandrie@frk.com
egarvin@frk.com
ejamies@frk.com
elee1@frk.com
eliu@frk.com
elugo@frk.com
emendez@frk.com
emomsen@frk.com
eperks@frk.com
eselenger@frk.com

**Company & Corresponding Email Addresses**

etakaha@frk.com
evan.mcculloch@frk.com
ffelicelli@frk.com
ffromm@frk.com
fng@frk.com
frivera@frk.com
gbowers@frk.com
gchen@frk.com
ggahl@frk.com
gjohnson@frk.com
gko@frk.com
greiche@frk.com
gvoyles@frk.com
gwark@frk.com
gyu@frk.com
hmellin@frk.com
hrutt@frk.com
hshin@frk.com
isalem@frk.com
jbattag@frk.com
jbelk@frk.com
jbousma@frk.com
jbrando@frk.com
jchu@frk.com
jconn@frk.com
jcross2@frk.com
jcurti1@frk.com
jdanton@frk.com
jdeeringer@frk.com
jdoyas@frk.com
jgotell@frk.com
jharrison@frk.com
jhilu@frk.com
jholbrook@frk.com
jhopp@frk.com
jjohnst@frk.com
jkohli@frk.com
jlingbe@frk.com
jlusk@frk.com
jmurray1@frk.com
jng@frk.com
jorussell@frk.com
jpomeroy@frk.com
jpscandalios@frk.com
jraymon@frk.com
jrudy@frk.com
jschmic@frk.com
jsnyder@frk.com
jtarpey@frk.com
jwiley@frk.com
kborell@frk.com
kburns@frk.com
khassou@frk.com
kjamro@frk.com

**Company & Corresponding Email Addresses**

kjoe@frk.com
kkim@frk.com
kmarsha@frk.com
ksabet@frk.com
kshepherd@frk.com
kstrand@frk.com
ktan@frk.com
kthoma1@frk.com
lburakr@frk.com
lfranzo@frk.com
ljanard@frk.com
lnacari@frk.com
lshirle@frk.com
lstyles@frk.com
madams@frk.com
manadil@frk.com
mbutler@frk.com
mchase@frk.com
mconn@frk.com
mconsta@frk.com
mdong@frk.com
mdoughe@frk.com
mfey@frk.com
mforbes@frk.com
mforst@frk.com
mhasens@frk.com
mjohn@frk.com
mkremer@frk.com
mlam@frk.com
mluan@frk.com
mmccarthy@frk.com
mmessme@frk.com
mmicik@frk.com
mmoberg@frk.com
mparagas@frk.com
mquinlan@frk.com
mreed@frk.com
mshepar@frk.com
mtaglia@frk.com
mverdug@frk.com
mwallac@frk.com
mwan@frk.com
mweisbrod@frk.com
mwilley@frk.com
nbruckn@frk.com
ndoyin@frk.com
nfodor@frk.com
nhoang@frk.com
nshah@frk.com
pempera@frk.com
pfasold@frk.com
pgasant@frk.com
pjhaveri@frk.com
pklein@frk.com

**Company & Corresponding Email Addresses**

pmallon@frk.com
poconno@frk.com
ppalani@frk.com
pstalun@frk.com
pvaruno@frk.com
pwalker@frk.com
ragarwa@frk.com
rbayston@frk.com
rbecker@frk.com
rchan@frk.com
rcostas@frk.com
rcruz@frk.com
rdonate@frk.com
rhart@frk.com
rhsu@frk.com
rkoeste@frk.com
rrendle@frk.com
rsecris@frk.com
rsmythe@frk.com
rsteven@frk.com
rtjader@frk.com
samoroso@frk.com
saraghi@frk.com
scaruso@frk.com
scottlee@frk.com
scraven@frk.com
sdover@frk.com
shaff@frk.com
shooker@frk.com
skornfeld@frk.com
skrucze@frk.com
sland@frk.com
slyons@frk.com
smacdon@frk.com
smcgive@frk.com
sowens@frk.com
speng@frk.com
sperin@frk.com
ssoli@frk.com
swong@frk.com
tbright@frk.com
tchan@frk.com
tcoffey@frk.com
tgoswam@frk.com
thahn@frk.com
tjacobs1@frk.com
tmiller1@frk.com
tnelson@frk.com
tparson@frk.com
tpecore@frk.com
trunkel@frk.com
tsulliv@frk.com
vpatel@frk.com
vpenfie@frk.com

## Company & Corresponding Email Addresses

vproviz@frk.com
vshanho@frk.com
wchong@frk.com
wflynt@frk.com
wvxiang@frk.com
ylager@frk.com
yzhu@frk.com
zperry@frk.com

### frm
karen.hammold@frm.com
rica.trujillo@frm.com

### frontierbank
cwheeler@frontierbank.com
jdickson@frontierbank.com

### frontiernet
karpus@frontiernet.net

### frontier-partners
mmemler@frontier-partners.com

### frostbank
alan.tarver@frostbank.com
bhunt@frostbank.com
bill.frost@frostbank.com
brad.thompson@frostbank.com
brian.maguire@frostbank.com
bschroller@frostbank.com
bsirakos@frostbank.com
cathy.ritter@frostbank.com
cperkins@frostbank.com
deanne.immel@frostbank.com
dfrost@frostbank.com
eric.holt@frostbank.com
gthomas@frostbank.com
hbrison@frostbank.com
hparker@frostbank.com
jason.merritt@frostbank.com
jeffery.elswick@frostbank.com
jlutz@frostbank.com
kcarpenter@frostbank.com
kurt.niemietz@frostbank.com
le.keough@frostbank.com
leigh.olejer@frostbank.com
liz.valenzuela@frostbank.com
mbrell@frostbank.com
mfichtner@frostbank.com
mike.brell@frostbank.com
mjsalazar@frostbank.com
pgalbraith@frostbank.com
richard.woodward@frostbank.com
rmcashan@frostbank.com
steve.shumake@frostbank.com
tdavis@frostbank.com
ted.harper@frostbank.com
terry.frank@frostbank.com
tstringfellow@frostbank.com

**Company & Corresponding Email Addresses**

vance.arnold@frostbank.com

**frostbant**

john.miller@frostbant.com

**frostsecurities**

bill.collins@frostsecurities.com

steven.ganss@frostsecurities.com

**fsa**

arudin@fsa.com

creckin@fsa.com

dfarrell@fsa.com

falbus@fsa.com

glenn_tso@fsa.com

hkim@fsa.com

hzhang@fsa.com

jgarfield@fsa.com

jhendrickson@fsa.com

jsifert@fsa.com

jwolf@fsa.com

mbyrne@fsa.com

mweinstein@fsa.com

rcarney@fsa.com

rtucker@fsa.com

skahn@fsa.com

tkendall@fsa.com

**fsb**

christian.borjeson@fsb.se

jan.tradgardh@fsb.se

**fsba**

barry_mary@fsba.state.fl.us

benton_john@fsba.state.fl.us

buchholz_jason@fsba.state.fl.us

carter_trent@fsba.state.fl.us

ceurvorst_kevin@fsba.state.fl.us

chico_christian@fsba.state.fl.us

collins_lisa@fsba.state.fl.us

cromer_phyllis@fsba.state.fl.us

crumpler_amy@fsba.state.fl.us

daniels_cicely@fsba.state.fl.us

divine_david@fsba.state.fl.us

fernald_thomas@fsba.state.fl.us

fisher_carmen@fsba.state.fl.us

good_luanne@fsba.state.fl.us

green_pat@fsba.state.fl.us

hall_randy@fsba.state.fl.us

hill_ken@fsba.state.fl.us

kirchoff_bill@fsba.state.fl.us

krueger_erik@fsba.state.fl.us

lombardi_michael@fsba.state.fl.us

mary_pace@fsba.state.fl.us

matthews_karen@fsba.state.fl.us

mccoy_debbie@fsba.state.fl.us

mcgavin_brian@fsba.state.fl.us

meeks_bruce@fsba.state.fl.us

myers_jennifer@fsba.state.fl.us

**Company & Corresponding Email Addresses**

patsy_rick@fsba.state.fl.us
pinkston_joseif@fsba.state.fl.us
ratcliff_carmen@fsba.state.fl.us
seery_scott@fsba.state.fl.us
sherlock_ray@fsba.state.fl.us
sigrist_kevin@fsba.state.fl.us
smith_jeffrey@fsba.state.fl.us
smith_justin@fsba.state.fl.us
smith_richard@fsba.state.fl.us
smith_rob@fsba.state.fl.us
smith_sheilah@fsba.state.fl.us
swain_julie@fsba.state.fl.us
sykes_nicholas@fsba.state.fl.us
taylor_tim@fsba.state.fl.us
thompson_lynn@fsba.state.fl.us
tzigantcheva_milena@fsba.state.fl.us
webster_trent@fsba.state.fl.us
wnuk_joseph@fsba.state.fl.us
yecco_janice@fsba.state.fl.us

**fsbnm**
pdee@fsbnm.com

**fsbperkasie**
evanvalkenburgh@fsbperkasie.com
kstephon@fsbperkasie.com

**fscey**
ychuang@fscey.gov.tw

**fscnet**
khall@fscnet.com
sjensen@fscnet.com

**fsgrhino**
gomezj@fsgrhino.com
raulsf@fsgrhino.com
tonhaisers@fsgrhino.com

**fskag**
carsten.beckmann@fskag.de
joern.svedelius@fskag.de
martina.davis@fskag.de
sven.dittmer@fskag.de

**fsmail**
simon.tarr@fsmail.net

**ftadvisors**
bradbradley@ftadvisors.com
cfallow@ftadvisors.com
dlindquist@ftadvisors.com
ganderson@ftadvisors.com
miken@ftadvisors.com
rickdoede@ftadvisors.com
rtestin@ftadvisors.com
suebrix@ftadvisors.com
tlarson@ftadvisors.com
wstubbings@ftadvisors.com

**ftb**
dazandstra@ftb.com
jhmoore@ftb.com

**Company & Corresponding Email Addresses**

jsatkins@ftb.com
kaporter@ftb.com

**ftci**

acunagin@ftci.com
adunloy@ftci.com
aowens@ftci.com
aparmar@ftci.com
aschat@ftci.com
atatlock@ftci.com
avonst@ftci.com
awoodtli@ftci.com
bcrawfo@ftci.com
began@ftci.com
bwu@ftci.com
cbarbe@ftci.com
cbunting@ftci.com
cgleason@ftci.com
ckaefe@ftci.com
cklein@ftci.com
clau@ftci.com
cleaong@ftci.com
cmaxwell@ftci.com
crudbar@ftci.com
cscaturo@ftci.com
cwalke@ftci.com
dchan@ftci.com
dlevy@ftci.com
drea@ftci.com
dzhang@ftci.com
econnell@ftci.com
ecosgr@ftci.com
ekeating@ftci.com
emagda@ftci.com
eprice@ftci.com
ereyno@ftci.com
fgonza@ftci.com
gbarreto@ftci.com
guren@ftci.com
ibakrac@ftci.com
jbarne@ftci.com
jbiggs@ftci.com
jcallaghan@ftci.com
jcushin@ftci.com
jfoste@ftci.com
jfoster@ftci.com
jhatch@ftci.com
jkwock@ftci.com
jlu@ftci.com
jmanoo@ftci.com
jmccaleb@ftci.com
jokada@ftci.com
jporti@ftci.com
jraval@ftci.com
jremmert@ftci.com

**Company & Corresponding Email Addresses**

jterry@ftci.com
jtrain@ftci.com
jtuzzo@ftci.com
jwong@ftci.com
kfang@ftci.com
kiwong@ftci.com
kplanta@ftci.com
ksiegel@ftci.com
lkrouner@ftci.com
lmetzendorf@ftci.com
lsergi@ftci.com
magarwala@ftci.com
mfriede@ftci.com
mimeyer@ftci.com
mkill@ftci.com
mlerner@ftci.com
mlindsay@ftci.com
mmater@ftci.com
mpulsi@ftci.com
mteifeld@ftci.com
mtong@ftci.com
mwasson@ftci.com
mweidner@ftci.com
myuen@ftci.com
mzeizel@ftci.com
ndhruv@ftci.com
nmiyawaki@ftci.com
nnoriega@ftci.com
plumer@ftci.com
pmouton@ftci.com
pnatalizzi@ftci.com
pott@ftci.com
prostom@ftci.com
psegal@ftci.com
pweiss@ftci.com
pwirz@ftci.com
rabad@ftci.com
rbridges@ftci.com
rgregg@ftci.com
rjacobs@ftci.com
rsagalyn@ftci.com
rsanch@ftci.com
rscherzer@ftci.com
rwaldn@ftci.com
ryu@ftci.com
salbane@ftci.com
sbirrell@ftci.com
schoi@ftci.com
scoco@ftci.com
scsmith@ftci.com
sfairf@ftci.com
sgiroux@ftci.com
sgoodside@ftci.com
shartn@ftci.com

## Company & Corresponding Email Addresses

shartnett@ftci.com
showard@ftci.com
smanson@ftci.com
spiggo@ftci.com
ssingh@ftci.com
sthorm@ftci.com
svito@ftci.com
tcolgan@ftci.com
tkuo@ftci.com
tmullig@ftci.com
tsullivan@ftci.com
tsvidler@ftci.com
twilli@ftci.com
unitt.david@ftci.ch
vlipscom@ftci.com
vshah1@ftci.com
wkeyser@ftci.com
wleffi@ftci.com
wmiller@ftci.com
wyun@ftci.com
ykomat@ftci.com

### ftcm
charlie.mccaghey@ftcm.com
frank.lancia@ftcm.com
howard.lothrop@ftcm.com
steve.valadie@ftcm.com

### f-tech
libsavbk@f-tech.net

### ftna
schevallier@ftna.com

### ftnfinancial
addison.hanan@ftnfinancial.com
alan.jankowski@ftnfinancial.com
billy.quinn@ftnfinancial.com
byron.culpepper@ftnfinancial.com
carver.wickman@ftnfinancial.com
chris.goodson@ftnfinancial.com
chris.tolkin@ftnfinancial.com
christian.turner@ftnfinancial.com
deke.iglehart@ftnfinancial.com
george.holiat@ftnfinancial.com
jack.spross@ftnfinancial.com
jeff.jackson@ftnfinancial.com
jenny.brindell@ftnfinancial.com
joe.scavone@ftnfinancial.com
kelly.hendricks@ftnfinancial.com
kevin.kelly@ftnfinancial.com
lydia.jung@ftnfinancial.com
martin.shea@ftnfinancial.com
mike.allen@ftnfinancial.com
mike.heflin@ftnfinancial.com
mike.kisber@ftnfinancial.com
mike.scanlon@ftnfinancial.com

### ftnmidwest

## Company & Corresponding Email Addresses

billy.bischoff@ftnmidwest.com
breege.rohan@ftnmidwest.com
cheryl.hamilton@ftnmidwest.com
chrys.hellman@ftnmidwest.com
darryl.atwater@ftnmidwest.com
dennis.powell@ftnmidwest.com
eric.choi@ftnmidwest.com
geff.gioia@ftnmidwest.com
gerry.lauro@ftnmidwest.com
jim.toth@ftnmidwest.com
ken.stumphauzer@ftnmidwest.com
kent.lillick@ftnmidwest.com
kristen.laughlin@ftnmidwest.com
kristi.oquin@ftnmidwest.com
liz.mcmaster@ftnmidwest.com
mark.zengo@ftnmidwest.com
matt.sellecchia@ftnmidwest.com
mike.oboyle@ftnmidwest.com
mike.powell@ftnmidwest.com
quinn.vork@ftnmidwest.com
robert.wazevich@ftnmidwest.com
stacie.jovancevic@ftnmidwest.com
steve.doll@ftnmidwest.com
stuart.simpson@ftnmidwest.com
todd.kreitzman@ftnmidwest.com
todd.wood@ftnmidwest.com

### ftportfolios

aroggensack@ftportfolios.com
bbredemeier@ftportfolios.com
bhensley@ftportfolios.com
bobcarey@ftportfolios.com.com
bporcellino@ftportfolios.com
cpeterson@ftportfolios.com
cvantil@ftportfolios.com
dmcgarel@ftportfolios.com
dpatel@ftportfolios.com
dwaldron@ftportfolios.com
jbowen@ftportfolios.com
jeffsamuel@ftportfolios.com
jerickson@ftportfolios.com
johnphillips@ftportfolios.com
jsherren@ftportfolios.com
khass@ftportfolios.com
kpoetz@ftportfolios.com
mbradley@ftportfolios.com
mdebella@ftportfolios.com
mdvorak@ftportfolios.com
mmurray@ftportfolios.com
rdoede@ftportfolios.com
ronmcalister@ftportfolios.com
rswiatek@ftportfolios.com
scollins@ftportfolios.com
sjardine@ftportfolios.com

### ftsfund

## Company & Corresponding Email Addresses

huanglin@ftsfund.com
jessicalin@ftsfund.com
liushuiyun@ftsfund.com
ricocheung@ftsfund.com
tonyzhang@ftsfund.com
weimin_chang@ftsfund.com
wuxiyan@ftsfund.com
xueruidong@ftsfund.com
zhaoxiaodong@ftsfund.com
zhuguoqing@ftsfund.com

**fujibank**
fred_caparoso@fujibank.co.jp
jim_fayen@fujibank.co.jp
kurt_hahn@fujibank.co.jp
laura_ng@fujibank.co.jp
naohiko_tominaga@fujibank.co.jp
renaud_viguier@fujibank.co.jp
richard_ho@fujibank.co.jp
tadahiko_minakuchi@fujibank.co.jp
vincent_ingato@fujibank.co.jp

**fuji-bank**
richard.allen@fuji-bank.co.uk

**fujisawa**
bernd.schweigert@fujisawa.de

**fujisec**
bjensen@fujisec.com
dgalante@fujisec.com
jdipaolo@fujisec.com

**fujitsu**
cnice@us.fujitsu.com

**fukuibank**
fbk00801@fukuibank.jp
fbk00803@fukuibank.jp

**fullerton**
brambos@fullerton.com.sg
chialin@fullerton.com.sg
guanyi@fullerton.com.sg
guatcheng@fullerton.com.sg
huihoon@fullerton.com.sg
karenchia@fullerton.com.sg
shirin@fullerton.com.sg
terrenceteo@fullerton.com.sg

**fullertonfinancial**
mariamelsamny@fullertonfinancial.com
rajeevkakar@fullertonfinancial.com

**fult**
ctruran@fult.com
jradick@fult.com
kpaich@fult.com
lslagel@fult.com

**fultonfinancialadvisors**
aschadt@fultonfinancialadvisors.com
batwater@fultonfinancialadvisors.com
bkinney@fultonfinancialadvisors.com

## Company & Corresponding Email Addresses

cginder@fultonfinancialadvisors.com
eperis@fultonfinancialadvisors.com
jmentzer@fultonfinancialadvisors.com
jphillips@fultonfinancialadvisors.com
kkayser@fultonfinancialadvisors.com
lwatkins@fultonfinancialadvisors.com
mmcvey@fultonfinancialadvisors.com
nwilliams@fultonfinancialadvisors.com
rdiem@fultonfinancialadvisors.com
research@fultonfinancialadvisors.com
tdowning@fultonfinancialadvisors.com
twalden@fultonfinancialadvisors.com
tweber@fultonfinancialadvisors.com

### funb

anne.harrison@funb.com
bill.dobson@funb.com
bill.orr@funb.com
bob.kursar@funb.com
brad.haynes@capmark.funb.com
cary.schabert@capmark.funb.com
chris.choka@funb.com
dan.miller@funb.com
dane.smith@funb.com
david.ball@funb.com
david.roberts@funb.com
derek.rodberg@funb.com
derrick.shea@capmark.funb.com
ed.ross@funb.com
george.mclanahan@capmark.funb.com
glen.ostrander@funb.com
hamilton.davis@funb.com
jackie.kogler@capmark.funb.com
james.doyle@capmark.funb.com
james.paviolitis@capmark.funb.com
jay.braden@funb.com
jennifer.wisinski@funb.com
jerri.kallam@funb.com
jim.skufca@capmark.funb.com
john.barlow@funb.com
john.reilly@funb.com
julie.bouhuys@capmark.funb.com
justin.dillashaw@funb.com
kevin.ryan@funb.com
kimball.galbraith@capmark.funb.com
mackenzie.alpert@funb.com
mark.vitner@capmark.funb.com
paul.zajac@funb.com
randy.white@capmark.funb.com
robin.sheth@funb.com
scott.fuller@capmark.funb.com
sean.suh@capmark.funb.com
thorne.gregory@capmark.funb.com
thorne.gregory@funb.com
tony.butler@capmark.funb.com

**Company & Corresponding Email Addresses**

troy.raby@funb.com
vanessa.answini@funb.com

**fundadministration**
bmohamed@fundadministration.com
droawden@fundadministration.com
gust@fundadministration.com
rrosario@fundadministration.com

**fundaministration**
lferone@fundaministration.com

**fundex**
yutaka.ishikawa@fundex.co.jp

**fundmaster**
asita.lotfi@fundmaster.de
heiko.reinhardt@fundmaster.de

**fundquest**
alice.nguyen-desideri@fundquest.fr
claire.thoulouze-fiastre@fundquest.fr

**furmanselz**
dfein@furmanselz.com

**fwg**
lsolmor@fwg.com
tmelillo@fwg.com
tmurphy@fwg.com

**fxstructuring**
hoon@fxstructuring.com

**ga**
sano-k@ga.toyo-eng.co.jp
ubukata-c@ga.toyo-eng.co.jp

**gabelli**
fcribiore@gabelli.com
hwoodson@gabelli.com

**gafri**
mfrings@gafri.com

**gallahergroup**
jason.baits-tomlin@gallahergroup.com

**gallaherltd**
claire.jenkins@gallaherltd.com
jacky.stockman@gallaherltd.com

**gamgb**
jerry.gowling@gamgb.com
johnny.summers@gamgb.com

**gannett**
gmartore@gcil.gannett.com
mlohr@gci1.gannett.com
ngugliel@gci1.gannett.com
wrigger@gannett.com

**gap**
cris_carroll@gap.com
joachim_wettermark@gap.com
leslie_alter@gap.com
susan_kroger@gap.com

**gapac**
krobert@gapac.com
lsilverm@gapac.com

**Company & Corresponding Email Addresses**

mkkelly@gapac.com
mvdelore@gapac.com
npharrel@gapac.com
pmjohnso@gapac.com

**garanti**

bariska@garanti.com.tr
ereny@garanti.com.tr
guclug@garanti.com.tr
hakankuy@garanti.com.tr
kivancf@garanti.com.tr
mehmetp@garanti.com.tr
muratsaa@garanti.com.tr
onurkis@garanti.com.tr
sinanb@garanti.com.tr
uruze@garanti.com.tr

**garantim**

dealer@garantim.ru

**gardner**

siep@gardner.ch

**gardnerrich**

jberges@gardnerrich.com

**gargill**

deborah_pederson@gargill.com

**garlandisd**

jasmith@garlandisd.net

**gar-ltd**

jamesklee@gar-ltd.com

**garnerasset**

gatkins@garnerasset.com

**gartmore**

adam.mcconkey@gartmore.com
adrian.darley@gartmore.com
ahrie.moon@gartmore.com
aisling.o'reilly@gartmore.com
alan.hadley@gartmore.com
alexander.phillips@gartmore.com
alexandre.voitenok@gartmore.com
alok.basu@gartmore.com
amanda.barry@gartmore.com
amanda.long@gartmore.com
amy.lattimore@gartmore.com
andrew.carter@gartmore.com
andrew.mann@gartmore.com
andrew.marshall@gartmore.com
andrew.russell@gartmore.com
andrew.verplanck@gartmore.com
andy.maniwa@japan.gartmore.com
angela.mcdermott@gartmore.com
angie.goeritz@gartmore.com
angus.woolhouse@gartmore.com
anjani.mediratta@gartmore.com
ashley.willing@gartmore.com
azusa.ikezaki@japan.gartmore.com
barry.marshall@gartmore.com

**Company & Corresponding Email Addresses**

ben.walker@gartmore.com
ben.wallace@gartmore.com
bob.jolly@gartmore.com
brian.oneill@gartmore.com
bruce.taylor@gartmore.com
burvillc@gartmore.com
caroline.joslin@gartmore.com
chalse.caine@gartmore.com
charles.bonham@gartmore.com
charlie.awdry@gartmore.com
chris.sims@gartmore.com
christiane.pratsch@gartmore.com
christopher.mcvey@gartmore.com
christopher.palmer@gartmore.com
clare.buckley-jones@gartmore.com
danielle.bragg@gartmore.com
darren.verbeer@gartmore.com
dave.thompson@gartmore.com
david.elias@gartmore.com
david.middleton@gartmore.com
david.r.james@gartmore.com
edward.wallace@gartmore.com
eileen.bynon@gartmore.com
elaine.gordon@gartmore.com
elliott.flynn@gartmore.com
emma.ridout@gartmore.com
francesa.ronco@gartmore.com
francis.reid@gartmore.com
frank.wedekind@gartmore.com
gary.clarke@gartmore.com
gavin.cartledge@gartmore.com
geoff.ayscough@gartmore.com
gervais.williams@gartmore.com
glenda.horn@gartmore.com
graham.martin@gartmore.com
guillaume.rambourg@gartmore.com
hamish.chamberlayne@gartmore.com
hardeep.rai@gartmore.com
hilary.speller@gartmore.com
hugh.greves@gartmore.com
james.mcintosh@gartmore.com
james.r.stevens@gartmore.com
jamie.lewin@gartmore.com
jeff.kerrigan@gartmore.com
jeffrey.meyer@gartmore.com
jenney.zhang@gartmore.com
jennifer.wells@gartmore.com
jeremy.wells@gartmore.com
jerry.campbell@gartmore.com
jia-yia.heng@gartmore.com
joe.cole@gartmore.com
john.humphries@gartmore.com
john.kingsbury@gartmore.com
john.lambert@gartmore.com

**Company & Corresponding Email Addresses**

john.small@gartmore.com
john.stewart@japan.gartmore.com
john.thornton@gartmore.com
jonathan.sharpe@gartmore.com
jonathan.windust@gartmore.com
julie.skedd@gartmore.com
justin.bowles@gartmore.com
kaoru.ueno@japan.gartmore.com
karl.bergqwist@gartmore.com
kate.middleton@gartmore.com
katie.thompson@gartmore.com
kenny.graham@gartmore.com
kuldip.shergill@gartmore.com
leopold.arminjon@gartmore.com
lisa.garnett@gartmore.com
lisa.newman@gartmore.com
lucy.legget@gartmore.com
luke.smith@gartmore.com
marcelo.lopez@gartmore.com
mark.bishop@gartmore.com
mark.purdy@gartmore.com
mark.widdowson@gartmore.com
martin.phipps@gartmore.com
martyn.simmons@gartmore.com
michael.marshall@gartmore.com
michael.maughan@gartmore.com
michael.white@gartmore.com
mike.gleason@gartmore.com
mike.wienfield@gartmore.com
moira.fitzgerald@gartmore.com
moni.shergill@gartmore.com
muriel.kale@gartmore.com
nana.francois@gartmore.com
narumi.ariyoshi@japan.gartmore.com
neil.rogan@gartmore.com
nick.heasman@gartmore.com
nick.reid@japan.gartmore.com
nigel.kennett@gartmore.com
nisha.bilkhu@gartmore.com
nita.pattni@gartmore.com
oleg.zuravljov@japan.gartmore.com
paul.newman@gartmore.com
peter.dalgleish@gartmore.com
philip.croft@gartmore.com
philip.ehrmann@gartmore.com
rachel.willis@gartmore.com
ravinder.mehta@gartmore.com
richard.baldwin@gartmore.com
richard.clode@gartmore.com
richard.evans@gartmore.com
richard.prvulovich@gartmore.com
rina.asano@japan.gartmore.com
rob.giles@gartmore.com
robert.boukhoufane@gartmore.com

**Company & Corresponding Email Addresses**

robert.harris@gartmore.com
robert.murphy@gartmore.com
robert.ritchie@gartmore.com
roger.guy@gartmore.com
sacha.sadan@gartmore.com
sarahmclaren@gartmore.com
sebastian.barry-taylor@gartmore.com
seok.teoh@gartmore.com
sho.osanai@japan.gartmore.com
simon.clements@gartmore.com
simon.cowie@gartmore.com
simon.king@gartmore.com
simon.peters@gartmore.com
simon.surtees@gartmore.com
sophie.brown@gartmore.com
stephen.johnstone@gartmore.com
stephen.jones@gartmore.com
stephen.joseph@gartmore.com
stephen.sharman@gartmore.com
tamsin.quayle@gartmore.com
tara.doyle@gartmore.com
tim.callaghan@gartmore.com
timothy.bradshaw@gartmore.com
tina.rogers@gartmore.com
tobias.grun@gartmore.com
tom.hedges@gartmore.com
tom.sipp@gartmore.com
tomas.pinto@gartmore.com
vanessa.scala@gartmore.com
vanni.vecchini@gartmore.com
vasantha@gartmore.com
vincent.musumeci@japan.gartmore.com
william.edgar@gartmore.com
zachia.mehdi@gartmore.com

**gasunie**
c.j.g.m.hendriks@gasunie.nl

**gatewaybankpa**
nfaust@gatewaybankpa.com

**gazdefrance**
charles.ranunkel@gazdefrance.com
christian.baux@gazdefrance.com
emmanuel.hedde@gazdefrance.com
eric.vambert@gazdefrance.com
frederique.dufresnoy@gazdefrance.com
jean-francois.cirelli@gazdefrance.com
luc.join-lambert@gazdefrance.com
marc.haestier@gazdefrance.com
philippe.jeunet@gazdefrance.com

**gb**
andy.bourne@gb.vodafone.co.uk

**gbancaja**
acanori@bcj.gbancaja.com
agarciacar@bcj.gbancaja.com
agarciap@geb.gbancaja.com

**Company & Corresponding Email Addresses**

asarrio@bcj.gbancaja.com
cmontesinosb@bcj.gbancaja.com
ealvarez@bcj.gbancaja.com
ellisoc@bcj.gbancaja.com
eroca@bcj.gbancaja.com
fblascosa@bga.gbancaja.com
fgomezm@bga.gbancaja.com
gcaballerocas@bga.gbancaja.com
hnarrillos@bcj.gbancaja.com
hsanchis@bcj.gbancaja.com
isastriques@bcj.gbancaja.com
jborrasto@bga.gbancaja.com
jcontrerasa@bcj.gbancaja.com
jdomingofo@bcj.gbancaja.com
jgarciamu@bga.gbancaja.com
jsalavert@bcj.gbancaja.com
lcano@bcj.gbancaja.com
mferrer@bcj.gbancaja.com
mguillenfu@geb.gbancaja.com
msoriana@bcj.gbancaja.com
mtorresfer@bga.gbancaja.com
pfaus@bcj.gbancaja.com
rparramo@bga.gbancaja.com
ssantos@bcj.gbancaja.com

**gbank**

thomas.fallon@fpconsult.gbank.com

**gbf**

e.nilting@gbf.nl
f.el.kanfoudi@gbf.nl
f.reich@gbf.nl
h.folkers@gbf.nl
j.kakebeeke@gbf.nl
l.oorthuizen@gbf.nl
p.van.hal@gbf.nl
p.wellens@gbf.nl
r.crijns@gbf.nl
w.schapendonk@gbf.nl
y.qin@gbf.nl

**gbf-info**

f.koopmans@gbf-info.nl

**gbophb**

dave_zellner@gbophb.org
mcallahan@gbophb.org

**gccapitalmarkets**

gc@gccapitalmarkets.com

**gcinc**

becky.rinaldi@gcinc.com

**gcm**

alec.crawford@gcm.com
aleshia.toussaint@gcm.com
bharat.navani@gcm.com
bill.williams@gcm.com
borkerj@gcm.com
brian.redmond@gcm.com

**Company & Corresponding Email Addresses**

bryan.burns@gcm.com
bryan.verona@gcm.com
chris.schultz@gcm.com
coccak@gcm.com
coganj@gcm.com
david.drennen@gcm.com
david.norris@gcm.com
diana.illuzzi@gcm.com
don.wood@gcm.com
doug.bryant@gcm.com
harry.paschalidis@gcm.com
jamie.smiles@gcm.com
jason.beckett@gcm.com
jennifer.jolly@gcm.com
joe.caiola@gcm.com
jorge.portugal@gcm.com
jose.mazas@gcm.com
katelyn.fallon@gcm.com
koren.richards@gcm.com
laura.citarella@gcm.com
linda.spiewak@gcm.com
marx@gcm.com
michael.migliaccio@gcm.com
morganm@gcm.com
peter.keenan@gcm.com
richard.oconnell@gcm.com
rob.wahl@gcm.com
ryan.day@gcm.com
sius@gcm.com
steve.sherrick@gcm.com
tyson.iravani@gcm.com

**gcoelf**
mwallace@gcoelf.com
rpage@gcoelf.com
wsmith@gcoelf.com

**gcr**
rferguson@gcr.com
soflahe@gcr.com

**gcre**
mcoye@gcre.com

**gcspartners**
aceiii@gcspartners.com

**gdbmacau**
treasury@gdbmacau.com

**gdbny**
sgalib@gdbny.org

**ge**
aaron.palmer@ge.com
adam.ackermann@ge.com
adam.hewson@ge.com
adam.ilkowitz@ge.com
adrienne.zeigler@ge.com
agnes.harsoataki@ge.com
ahnsh@crd.ge.com

## Company & Corresponding Email Addresses

ajay.jain@ge.com
alan.white@ge.com
alexander.rybchinsky@corporate.ge.com
alice.chu@geahk.ge.com
alice.pacthod@ge.com
alkemper@research.ge.com
alla.zaydman@ge.com
allan.pagnotta@ge.com
allison.owens@ge.com
alok.sondhi@ge.com
alpa.shah@ge.com
amanda.vanheyst@ge.com
amershi.gada@corporate.ge.com
amy.brady@ge.com
amy.shen@ge.com
andrea.burriesci@ge.com
andrew.choe@ge.com
andrew.chou@ge.com
andrew.decastro@ge.com
andrew.maselli@corporate.ge.com
andrew.xiao@ge.com
anish.patel1@ge.com
anita.shipp@ge.com
anivelca.abreu@ge.com
anna.olander@ge.com
anna.pandey@ge.com
anthony.mariani@ge.com
anuj.sarin@geind.ge.com
arthur.aaronson@corporate.ge.com
arthur.dikansky@ge.com
arvind.narayanan@ge.com
atanas.goranov@ge.com
barbara.henry@ge.com
barney.rosen@ge.com
barry.perhac@ge.com
ben.ross@corporate.ge.com
berk.kislal@ge.com
beth.morrow@ge.com
bill.cary@ge.com
bill.fischer@ge.com
bill.waterfield@ge.com
bob.kaelin@corporate.ge.com
bob.plunkett@ge.com
bob_herlund@mortgage.ge.com
bond.harberts@ge.com
boon-siong.chan@ge.com
brad.ellis@ge.com
brad.postema@corporate.ge.com
brent.jones@ge.com
brett.wise@ge.com
brian.binkley@ge.com
brian.frank@ge.com
brian.gloudemans@ge.com
brian.hopkinson@ge.com

**Company & Corresponding Email Addresses**

brooke.mcdermott@ge.com
bushsf@research.ge.com
carole.mcquillan@corporate.ge.com
caroline.braunfeld@ge.com
carrie.harvey@ge.com
chalermk@crd.ge.com
charles.pignatelli@ge.com
charles.powell@ge.com
charles.rhodes@ge.com
charles.stuart@ge.com
chen.wu@ge.com
cheri.nicholas@corporate.ge.com
ching.pan@ge.com
chirag.h.shah@ge.com
chitranjan.sinha@corporate.ge.com
chitranjan.sinha@ge.com
chris.lewis@corporate.ge.com
chrisd.brown@ge.com
christian.damato@corporate.ge.com
christian.langevin@ge.com
christine.campisi@ge.com
christine.delalla@corporate.ge.com
christine.turecek@corporate.ge.com
christophe.cerisier@ge.com
christopher.coffey@ge.com
christopher.d.young@ge.com
christopher.hottois@ge.com
christopher.milligan@ge.com
christopher.sierakowski@ge.com
christopher.simone@ge.com
christyann.razzano@corporate.ge.com
clark@crd.ge.com
corinne.martindale@corporate.ge.com
cormac.donohoe@ge.com
craig.braun@ge.com
craig.enright@corporate.ge.com
craig.varrelman@corporate.ge.com
cristin.caufield@ge.com
cristina.y.romero@ge.com
daizo.motoyoshi@ge.com
damian.maroun@ge.com
dan.janki@ge.com
dan.sheehan@corporate.ge.com
daniel.melnyk@corporate.ge.com
daphne.roderick@corporate.ge.com
darren.arrowsmith@ge.com
dave.alexander@ge.com
dave.huet@ge.com
david.carlson@corporate.ge.com
david.masse@ge.com
david.mcdonald@corporate.ge.com
david.rusate@ge.com
david.santacroce@ge.com
dawn.sadler@ge.com

**Company & Corresponding Email Addresses**

deane.martire@ge.com
declan.walsh@ge.com
derek.li@ge.com
detra.webb@corporate.ge.com
diane.heck@ge.com
diane.spinato@corporate.ge.com
diane.wehner@ge.com
diego.cardenas@corporate.ge.com
don.duncan@corporate.ge.com
doug.tapley@ge.com
dwayne.coker@ge.com
edward.ha@ge.com
eimear.omalley@ge.com
elaine.bloxham@ge.com
elena.ganeva@ge.com
elizabeth.carey@ge.com
elvisr.konyaole@ge.com
eric.greenshields@ge.com
erica.jacobson@ge.com
esther.baroudy@ge.com
eugene.bolton@corporate.ge.com
evelyn.herrera@ge.com
evelyne.etienne@ge.com
fabrice.pedro-rousselin@ge.com
fabrizio.vitiello@ge.com
federico.noera@np.ge.com
francesco.racheli@np.ge.com
garrett.wilson@ge.com
geam.research@geam.ge.com
geoffrey.fila@ge.com
george.bicher@ge.com
gianpaolo.marchetti@ge.com
gillen.bryan@corporate.ge.com
giuseppe.recchi@corporate.ge.com
greg.bouleris@ge.com
greg.hartch@corporate.ge.com
greg.rodetis@corporate.ge.com
gregory.raab@ge.com
hannah.cheng@ge.com
hany.saleeb@ge.com
harry.vlandis@ge.com
henry.keller@ge.com
hideki.kubota@ge.com
hillary.smith@corporate.ge.com
hong.zhao@ge.com
irene.eddy@ge.com
james.mitchell.jr@corporate.ge.com
james.palmieri@ge.com
james.persico@ge.com
jane.hackney@ge.com
jason.batch@ge.com
jason.bristow@corporate.ge.com
jay.ireland@ge.com
jeff.fitts@ge.com

**Company & Corresponding Email Addresses**

jeffrey.looby@ge.com
jeffrey.skinner@ge.com
jennifer.fierstein@corporate.ge.com
jennifer.matheny@ge.com
jennifer.o'shea@ge.com
jeremy.dent@ge.com
jerome.bire@ge.com
jerry.igou@ge.com
jessica.madura@ge.com
jessie.su@corporate.ge.com
jiangxu@research.ge.com
jim.gannon@ge.com
jim.kellerk@ge.com
jing2.liu@ge.com
jinny.choi@corporate.ge.com
joab.tjiungwanara@ge.com
joan.okogun@ge.com
joanna.morris@corporate.ge.com
joanna.young@ge.com
john.campos@corporate.ge.com
john.chun@ge.com
john.ferencz@ge.com
john.flynn2@ge.com
john.myers@ge.com
john.rowell@ge.com
john.schaetzl@ge.com
john.tornatore@ge.com
jonathan.mcwilliams@ge.com
jonathan.passmore@ge.com
joseph.crowell@corporate.ge.com
joseph.eichler@ge.com
joseph.mcquade@corporate.ge.com
joseph.prial@corporate.ge.com
judith.studer@ge.com
judy.gau@corporate.ge.com
judy.lenhardt@ge.com
jue.wang@ge.com
julieta.sinisgalli@ge.com
june.liao@ge.com
justin.r.reed@ge.com
kapil.singh@corporate.ge.com
kareem.lee@ge.com
karen.burston@ge.com
karen.harford@ge.com
karen.l.beyer@ge.com
karen.vandecastle@ge.com
karl.kieffer@ge.com
katherine.talaga@ge.com
kathleen.brooks@ge.com
katie.reichle@ge.com
katy.rossow@ge.com
kb.lee@geahk.ge.com
kedar.timblo@ge.com
keith.dondl@ge.com

**Company & Corresponding Email Addresses**

keith.jochims@med.ge.com
ken.rosenberg@ge.com
kenneth.grogan@corporate.ge.com
kevin.d'elia@ge.com
kieron.kelly@ge.com
kimberly.gillis@ge.com
kin.liu@ge.com
kishan.pandey@ge.com
kristian.erickson@corporate.ge.com
kristin.peloso@ge.com
kristina.zucchi@corporate.ge.com
kristy.hudson@ge.com
leah.moehlig@ge.com
leanne.kurtzweil@ge.com
lee.karen@ge.com
lewis.tatananni@corporate.ge.com
lily.chang@corporate.ge.com
linda.switzer@corporate.ge.com
lissette.stanski@corporate.ge.com
louise.bohemier@ge.com
luci.pellegrino@ge.com
lucille.liu@corporate.ge.com
lynn.gosselin@ge.com
manoj.shinde@ge.com
margot.lyons@ge.com
maria.shclover@ge.com
marianna.enaye@ge.com
mark.blankstein@ge.com
mark.buccigross@ge.com
mark.freudenthal@ge.com
mark.gorodinsky@ge.com
mark.h.johnson@corporate.ge.com
mark.hutchinson@ge.com
mark.lewis@corporate.ge.com
mark.mitchell@corporate.ge.com
martin.mahoney@ge.com
mary.boyle@ge.com
mary.ella.crane@corporate.ge.com
mary.f.green@ge.com
maryann.claravall@ge.com
maryann.vando@ge.com
matt.susser@ge.com
matthew.danielle@ge.com
matthew.pacifico@ge.com
matthieu.kerhuel@ge.com
maura.fitzgerald@ge.com
maureen.mcdonough@corporate.ge.com
michael.cipolla@ge.com
michael.grayer@ge.com
michael.house@corporate.ge.com
michael.martini@ge.com
michael.nowakowski@ge.com
michael.rogers@corporate.ge.com
michael.salice@ge.com

## Company & Corresponding Email Addresses

michael.stone@ge.com
michael.ungari@corporate.ge.com
michael.weygand@ge.com
michelle.butler@ge.com
michelle.crawford@ge.com
mike.bellusci@ge.com
mike.caufield@corporate.ge.com
mike.huang@ge.com
mike.ricciuti@corporate.ge.com
mike.solecki@ge.com
mildred.lorenti@corporate.ge.com
miles.alexander@ge.com
mindy.samitt@ge.com
moira.duncan@ge.com
nanci.natale@ge.com
nancya.ward@ge.com
nathan.estes@ge.com
nicholas.koutsoftas@ge.com
nicolas.caron@ge.com
nigel.houghton@ge.com
pamela.westmoreland@ge.com
pankaj.kwatra@corporate.ge.com
pankaj.potnis@corporate.ge.com
paolo.maturo2@ge.com
patrick.bernard@corporate.ge.com
patrick.carlin@ge.com
paul.colonna@corporate.ge.com
paul.glacken@ge.com
paul.nestro@corporate.ge.com
paul.reinhardt@ge.com
peggy.james@corporate.ge.com
peter.benda@ge.com
peter.connolly@ge.com
peter.gero@ge.com
peter.gillespie@corporate.ge.com
peter.graham1@ge.com
peter.hathaway@ge.com
peter.hunter@corporate.ge.com
peter.maguire@corporate.ge.com
phil.riordan@corporate.ge.com
philip.mulvihill@ge.com
philip.mutooni@ge.com
ping.zhou@corporate.ge.com
polly.pao@ge.com
possolo@research.ge.com
radu.neagu@research.ge.com
rajat.sarup@ge.com
ralph.layman@corporate.ge.com
ramanaka@crd.ge.com
ravi.pamnani@ge.com
ray.geisler@ge.com
rebecca.cain@ge.com
rebecca.ford@ge.com
rebecca.milligan@ge.com

## Company & Corresponding Email Addresses

rian.caufield@ge.com
rian.caufman@ge.com
rich.laxer@ge.com
rich.urban@corporate.ge.com
richard.leyman@ge.com
richard.miller@ge.com
rita.duggan@ge.com
ritesh.verma@ge.com
rob.hadley@ge.com
rob.moores@ge.com
robert.jasminski@ge.com
robert.kelly@ge.com
robert.macdougall@corporate.ge.com
robert.manfreda@ge.com
robert.mayr@ge.com
robert.mcmahon@ge.com
robert.obolewicz@ge.com
robert.robin@ge.com
robert.schildhouse@ge.com
robert.wright2@ge.com
roman.nadgor@ge.com
ronald.pressman@ge.com
roy.lenahan@ge.com
ruta.ziverte@ge.com
ryan.carrington@ge.com
ryan.fox@ge.com
ryan.karchner@corporate.ge.com
salvatore.martone@ge.com
samantha.moran@ge.com
samit.ghosh@ge.com
samit.paul@geind.ge.com
sandra.okeefe@ge.com
sarah.hedger@ge.com
sarah.nash@ge.com
scott.greenberg@ge.com
scott.seegers@corporate.ge.com
sean.newman@ge.com
seth.albert@corporate.ge.com
shailesh.shah@ge.com
shaunn.griffiths@ge.com
sinead.haughey@ge.com
sprague.rient@ge.com
stella.lou-delucia@corporate.ge.com
stephen.devos@corporate.ge.com
stephen.gelhaus@ge.com
steve.chernyakhovsky@ge.com
steve.fierstein@ge.com
steve.kluger@ge.com
steve.levanti@corporate.ge.com
steve.white@ge.com
steven.postal@ge.com
steven.weiss@ge.com
sumith.kudroli@ge.com
susan.mangiero@corporate.ge.com

## Company & Corresponding Email Addresses

teresa.sison@ge.com
thomas.aust@ge.com
thomas.chidester@ge.com
thomas.collins@corporate.ge.com
thomas.kronzer@ge.com
thomas.mockler@corporate.ge.com
thomas.ng@ge.com
tim.carfi@ge.com
timothy.yanoti@ge.com
tina.jung@ge.com
tinh.tieu@ge.com
tobe.epstein@corporate.ge.com
todd.gronski@ge.com
todd.murray@ge.com
todd.ragusa@ge.com
tom.lincoln@ge.com
tom.murray1@ge.com
tony.chacko@ge.com
tony.shizari@ge.com
vaidheesh.krishnamurti@ge.com
venkatesh.devarajan@ge.com
vijay.sarathi@geind.ge.com
vinita.rustagi@gecis.ge.com
vinod.pedhambkar@ge.com
vishal.v.patel@ge.com
vitamarie.pike@corporate.ge.com
walt.ruane@ge.com
wendy.agnew@ge.com
william.healey@corporate.ge.com
william.hendricks@ge.com
williamj@research.ge.com
winnie.chu@corporate.ge.com
won.lee@ge.com
ying.xiong@ge.com
yong.xu@corporate.ge.com
zak.abideen@ge.com
zami.salaria@ge.com
zhao.wang@ge.com

### geberit
muriel.baumann@geberit.com

### gecapital
andrew.noonan@gecapital.com
anne.sander@gecapital.com
anthony.grate@gecapital.com
ben.perlman@gecapital.com
bruce.buchanon@gecapital.com
christian.donohue@gecapital.com
craig.fecke@gecapital.com
darren.alcus@gecapital.com
dave.allen@gecapital.com
david.steel@gecapital.com
gavin.reilly@gecapital.com
george.lee@gecapital.com
greg.wilson@gecapital.com

**Company & Corresponding Email Addresses**

helena.song@gecapital.com
jamie.michaels@gecapital.com
jeffrey.knopping@gecapital.com
jeffrey.lupoff@gecapital.com
jerry.jin@gecapital.com
john.ahern@gecapital.com
john.aronsohn@gecapital.com
john.bonino@gecapital.com
john.endres@gecapital.com
john.outland@gecapital.com
jon.lucia@gecapital.com
julian.hantrais@gecapital.com
june.campbell@gecapital.com
keith.kennedy@gecapital.com
ken.nishimura@gecapital.com
kristi.colburn@gecapital.com
lamar.kinney@gecapital.com
margaret.kim@gecapital.com
mark.benaharon@gecapital.com
mark.decruccio@gecapital.com
martin.meloun@gecapital.com
masey.lock@gecapital.com
matthew.connolly@gecapital.com
michael.dente@gecapital.com
michael.johnston@gecapital.com
michael.mcgonigle@gecapital.com
michele.starr-stapell@gecapital.com
michelle.lee@gecapital.com
mike.cosgrove@gecapital.com
myron.dutenhoffer@gecapital.com
neeraj.mehta@gecapital.com
paul.chung@gecapital.com
peter.connolly@gecapital.com
phillip.bales@gecapital.com
ron.gilbert@gecapital.com
ronald.aparicio@gecapital.com
s.shivram@gecapital.com
scott.maw@gecapital.com
scott.wandro@gecapital.com
sean.wilson@gecapital.com
shane.bennett@gecapital.com
stephen.demotto@gecapital.com
steve.poulin@gecapital.com
steven.ryder@gecapital.com
steven.schoen@gecapital.com
suzanne.boulle@gecapital.com
terence.sullivan@gecapital.com
thomas.byrne@gecapital.com
thomas.mcnicholas@gecapital.com
thomas.nieliwocki@gecapital.com
todd.schubert@gecapital.com
tom.summerfield@gecapital.com
tony.versaci@gecapital.com
ty.wooldridge@gecapital.com

## Company & Corresponding Email Addresses

walter.owens@gecapital.com
william.magee@gecapital.com
yuko.shirase@gecapital.com

### gecas
laura.white@gecas.com
mike.b.jones@gecas.com
nick.pastushan@gecas.com
tim.keyes@gecas.com

### gehe
alexander.paasch@gehe.de
georg.mehring@gehe.de
nicole.herold@gehe.de
sven.morell@gehe.de

### gem360
adrian.schonauer@gem360.com
jonathan.kilbey@gem360.com

### gemcapitalmgmt
gunterman@gemcapitalmgmt.com
jlusk@gemcapitalmgmt.com
pmcmahon@gemcapitalmgmt.com
rmasterson@gemcapitalmgmt.com
srich@gemcapitalmgmt.com

### gene
bentley.susan@gene.com
bui.van@gene.com
carmen@gene.com
galvin.stacy@gene.com
gillcham@gene.com
go.odette@gene.com
littrell@gene.com
moksha.maya@gene.com
morris.susan@gene.com
nadine@gene.com
odonovan.mary@gene.com
schrick.diane@gene.com
wu.lin@gene.com

### generalbank
plowe@generalbank.com

### generaldynamics
agilliland@generaldynamics.com
dfogg@generaldynamics.com
kjohnso2@generaldynamics.com
kvonseel@generaldynamics.com

### generali
adelajde.mizhani@am.generali.com
adelajde.muzhani@am.generali.com
adriano_lapel@generali.com
aduhamel@generali.fr
alberto_scarsini@generali.com
alepere@generali.fr
alessandro.atzori@am.generali.com
alessandro.procopio.nobili@am.generali.com
alessandro_skarabot@generali.com
amerigo_borrini@generali.com

**Company & Corresponding Email Addresses**

andrea.rabusin@am.generali.com
angelo.latti@am.generali.com
ann.vandenabeele@generali.be
antonio.pilato@am.generali.com
antonio_dusi@generali.com
aolivier@generali.nl
asampedro@generali.fr
axel.sima@generali.at
barbara.visintin@am.generali.com
barbaresi@am.generali.com
bdubus@generali.fr
beatrice.finamore@am.generali.com
bruno_sollazzo@generali.com
carlasantos@generali.pt
carlo.cavazzoni@am.generali.com
cesare.rueca@am.generali.com
christian.gherbaz@am.generali.com
cristiano.rinaldi@am.generali.com
cristiano_borean@generali.com
cristina.de.masi@am.generali.com
daniele.marvulli@am.generali.com
david.biloslavo@am.generali.com
davide_glavina@generali.com
diego.cesarei@am.generali.com
dino.skrapic@am.generali.com
dmace@generali.fr
doschitzki@generali.fr
ebiassette@generali.fr
elecoz@generali.fr
elisabetta.franz@am.generali.com
elisabetta.maggi@am.generali.com
elmar.weber@generali.at
eluis@generali.fr
emanuela.elli@am.generali.com
emanuele_marciante@generali.com
enrico_kuchler@generali.com
erika.moimas@am.generali.com
eva.havaldova@generali.at
eva.pettener@am.generali.com
fa-ba@generali.nl
fabio.buttazzoni@am.generali.com
fabio.cavazza@am.generali.com
fabio.cleva@am.generali.com
fabio.mandirola@am.generali.com
fabio.rumiz@am.generali.com
fabrizio.barbini@am.generali.com
fabrizio.guidi@am.generali.com
fabrizio.talotti@am.generali.com
fabrizio.viola@am.generali.com
fanio_maniori@generali.com
federica.tartara@am.generali.com
fernandoveiga@generali.pt
francesco.bosatra@am.generali.com
francesco.frattola@am.generali.com

**Company & Corresponding Email Addresses**

francesco.ieva@am.generali.com
franco.ortolani@am.generali.com
franco_ferrarese@generali.com
gabriella_sartor@generali.com
georg.plueckhahn@generali.at
gesualdo.pianciamore@generali.com
gianluca.bergamaschi@am.generali.com
giovanna_coen@generali.com
giovanni.grimaldi@am.generali.com
giovanni.trombetta@am.generali.com
giovanni_gentili@generali.com
giovanni_perissinotto@generali.com
giuliano.gasparet@am.generali.com
giulio.benvenuti@am.generali.com
giulio.favaretto@am.generali.com
giuseppe.cerliani@am.generali.com
giuseppe.ottaviani@am.generali.com
giuseppe_sunseri@generali.com
gnolles@generali.nl
gpolicar@generali.fr
ida_fiori@generali.com
idelorme@generali.fr
iguzman@generali.es
iota@generali.fr
j.roca_ll@generali.es
jmmena@generali.es
jmunnoz@generali.es
jorgejair_botina@generali.com
joudijk@generali.nl
jozef_bala@generali.com
jromao@generali.pt
karl.schoenenberger@generali.ch
laura.bertolini@am.generali.com
linda.domini@am.generali.com
lnguyen@generali.fr
lorna_macdonald@generali.com
luca.napolitano@am.generali.com
luca.passoni@am.generali.com
lucia_derosa@generali.com
m.a.ribera@generali.es
mara_crulci@generali.com
marcel_butzke@generali.com
marco.giovannini@am.generali.com
marco.loreti@am.generali.com
marco_baradello@generali.com
marco_canciani@generali.com
mario.campello@am.generali.com
markus.kreuter@generali.at
massimiliano.sessanta@am.generali.com
massimo_romano@generali.com
maurizio.verbich@generali.com
mauro.valle@am.generali.com
mcoger@generali.fr
mdelion@generali.fr

## Company & Corresponding Email Addresses

mel_carvill@generali.com
michael.mahler@generali.ch
michele.morganti@am.generali.com
michele.zotta@am.generali.com
moreno.bolamperti@am.generali.com
mregnier@generali.fr
mvillemin@generali.fr
nfrichaud@generali.fr
nfruchaud@generali.fr
oleflon@generali.fr
oliver_boccia@generali.com
paolo.sella@am.generali.com
paolo_dublo@generali.com
pietro.crigna@am.generali.com
pmicellis@generali.fr
psetbon@generali.fr
raffaele.bratina@am.generali.com
raffaele_agrusti@generali.com
raffaele_bartoli@generali.com
raubert@generali.fr
rene.schmidli@generali.ch
rita.crusius@generali.ch
roberta.cortesi@am.generali.com
rocco_romanelli@generali.com
rodney_koren@generali.com
rosa.pastorello@am.generali.com
ruggiero.santeramo@am.generali.com
rvdhoek@generali.nl
salvatore.bruno@am.generali.com
sandro.curzola@am.generali.com
sbarret@generali.fr
sbihour@generali.fr
simone.zottarel@am.generali.com
sjallet@generali.fr
srobert@generali.fr
stefano.ambrosi@am.generali.com
stefano.perin@am.generali.com
stefano_burrino@generali.com
stefano_comar@generali.com
stefano_meroi@generali.com
stella.cosulich@am.generali.com
stephan.kamenar@generali.ch
ulrich.ostholt@am.generali.com
valentina.karnjel@am.generali.com
vchampion@generali.fr
vera.bonte@am.generali.com
vincenzo.grimaldi@am.generali.com
vincenzo.sorbara@am.generali.com
wetty@generali.nl
ymordacq@generali.fr

## generaliglobal

edoardo_malpaga@generaliglobal.com
paul_caprez@generaliglobal.com

## generaliproperties

## Company & Corresponding Email Addresses

maurizio.fuggiti@generaliproperties.com
maurizio.monteverdi@generaliproperties.com
ugo.debernardi@generaliproperties.com

### geninvest

andreas.hammes@geninvest.de
diana.felder@geninvest.de
georg.renner@geninvest.de
hansjoerg.bitta@geninvest.de
katja.rossburg@geninvest.de
lutz.krannich@geninvest.de
marco.sperling@geninvest.de
martin.sann@geninvest.de
morten.lertroe@geninvest.de
reinhard.niebuhr@geninvest.de
resi.dickler@geninvest.de

### genmills

bill.swoap@genmills.com
bob.polansky@genmills.com
malin002@mail.genmills.com
mike.zechmeister@genmills.com
raj.agrawal@genmills.com
stella.wan@genmills.com
tyler.treat@genmills.com

### genre

cfischle@genre.com
cgonzal@genre.com
clech@genre.com
clogrand@genre.com
ezuvekas@genre.com
glynch@genre.com
ivinci@genre.com
jadams@genre.com
jbachman@genre.com
jknuth@genre.com
jsalsgiv@genre.com
kwerle@genre.com
mclark@genre.com
schang@genre.com
smui@genre.com
vlannin@genre.com

### genworth

anne.sander@genworth.com
denica.vatev@genworth.com
dev.outlaw@genworth.com
edward.smith@genworth.com
elaine.havens@genworth.com
igor.axenov@genworth.com
jason.bennett@genworth.com
jeffrey.feliciano@genworth.com
jennifer.katona@genworth.com
jessie.puchon@genworth.com
john.cortese@genworth.com
john.murdzek@genworth.com
joseph.nocera@genworth.com

## Company & Corresponding Email Addresses

leon.farhi@genworth.com
lora.simon@genworth.com
marc.pavese@genworth.com
mark.aho@genworth.com
mark.griffin@genworth.com
matthew.hedley@genworth.com
matthew.jaso@genworth.com
michael.fang@genworth.com
morian.mooers@genworth.com
munewer.kaya@genworth.com
robert.mccorkle@genworth.com
stewart.morrison@genworth.com
teresa.kochanek@genworth.com
vasilis.katsikiotis@genworth.com
victor.yang@genworth.com
zaid.haider@genworth.com

### georgetown
dr94@georgetown.edu
jom6@georgetown.edu
js243@georgetown.edu
kjh27@georgetown.edu
mcg3@georgetown.edu
nlg4@georgetown.edu

### georgfischer
daniel.schnyder@georgfischer.com
mauro.fontana@georgfischer.com
reto.wild@georgfischer.com
silke.pieper@georgfischer.com

### gerifonds
gregoire.constantin@gerifonds.ch

### gerling
guido.dette@gerling.de
hansjoachim.thoenes@gerling.de
immo.querner@gerling.de
michael.nowicki@gerling.de
michael.pannenberg@gerling.de
ralf-peter.lemmer@gerling.de
thomas.pethofer@gerling.de

### gerrard
chris.redman@gerrard.com
fiona.orford-williams@gerrard.com
michael.nicolau@gerrard.com
richard.lonsdale@gerrard.com
robert.robson@gerrard.com

### gescaixa
amurat@gescaixa.es

### gestielle
alessandro.agostini@gestielle.it
alessandro.rigola@gestielle.it
alessandro.rosina@gestielle.it
alex.poli@gestielle.it
annou@gestielle.it
bendinelli@gestielle.it
brignolo@gestielle.it

**Company & Corresponding Email Addresses**

chiara.corsa@gestielle.it
corvino.pasquale@gestielle.it
cozzi@gestielle.it
cristiano.borghi@gestielle.it
daniele.beretta@gestielle.it
davide.barattini@gestielle.it
degni@gestielle.it
eliana.cuomo@gestielle.it
fabrizio.biondo@gestielle.it
fabrizio.fiorini@gestielle.it
fatticcioni@gestielle.it
filippo.stefanini@gestielle.it
francesca.ambrosetti@gestielle.it
francesca.dicesare@gestielle.it
francesco.betti@gestielle.it
francesco.rizzuto@gestielle.it
gastaldi@gestielle.it
gianluca.grugni@gestielle.it
gianluca.procino@gestielle.it
giorgia.fox@gestielle.it
giuseppe.bellini@gestielle.it
giuseppe.benigno@gestielle.it
jacopo.turolla@gestielle.it
laura.cavallaro@gestielle.it
liberatore@gestielle.it
lorenzo.campori@gestielle.it
luca.torrigiani@gestielle.it
luigi.binda@gestielle.it
maggigio@gestielle.it
malguzzi@gestielle.it
mario.tomasi@gestielle.it
michele.fortunato@gestielle.it
nicola.tommasini@gestielle.it
nicolo.bocchin@gestielle.it
pamela.pezzoni@gestielle.it
pareti@gestielle.it
pasquale.corvino@gestielle.it
pierluca.beltramelli@gestielle.it
pinuccia.parini@gestielle.it
pviola@gestielle.it
querini@gestielle.it
rosata@gestielle.it
sara.gennari@gestielle.it
scotti@gestielle.it
valentino.bidone@gestielle.it
walter.rossini@gestielle.it
yuri.basile@gestielle.it

**gestion**

vasi@gestion.it

**gfh**

ipras@gfh.generali.fr

**ggc**

fritchiet@ggc.com

**ggfg**

**Company & Corresponding Email Addresses**

bmarocco@ggfg.com
monica@ggfg.com
paul@ggfg.com

**ggiltd**

rprather@ggiltd.com
sdoud@ggiltd.com
tomtull@ggiltd.com

**ggof**

lesia.cechosh@ggof.com

**ghpfc**

christoph.hembacher@ghpfc.de

**gibbah**

asad.saeed@gibbah.com
bachir.a.barbir@gibbah.com
fadi.nasser@gibbah.com
hesham.khonji@gibbah.com
julien.mutin@gibbah.com
mahmood.fekri@gibbah.com
mobin.chowdhury@gibbah.com
mohamed.ali@gibbah.com
mohammed.dawani@gibbah.com
nabeel.abdulaal@gibbah.com
souheil.hajjar@gibbah.com
sowmya.ramkumar@gibbah.com
younis.al-turabi@gibbah.com

**gibuk**

alan.leadbeater@gibuk.com
alex.gracian@gibuk.com
andrew.burgess@gibuk.com
andrew.houghton@gibuk.com
andrew.smith@gibuk.com
anthony.chisnall@gibuk.com
azhar.hussain@gibuk.com
brian.cox@gibuk.com
daniel.heath@gibuk.com
darrell.chan@gibuk.com
dilawer.farazi@gibuk.com
emmanuel.bocquet@gibuk.com
enis.poulton@gibuk.com
gavin.moulton@gibuk.com
glenn.phillips@gibuk.com
helen.scott@gibuk.com
james.taylor@gibuk.com
james.walker@gibuk.com
jeff.woolsey@gibuk.com
joe.fernando@gibuk.com
jose.canepa@gibuk.com
kay.turner@gibuk.com
leslie.paine@gibuk.com
liam.allchorne@gibuk.com
list-investmentaccounting@gibuk.com
list-securitiessettlements@gibuk.com
malcolm.taylor@gibuk.com
margaret.colman@gibuk.com

**Company & Corresponding Email Addresses**

mark.underhill@gibuk.com
mathew.silva@gibuk.com
matthew.cutts@gibuk.com
nicholas.moore@gibuk.com
nigel.tyler@gibuk.com
pascal.nicoli@gibuk.com
pat.walton@gibuk.com
paul.beadle@gibuk.com
rachid.semaoune@gibuk.com
simon.hills@gibuk.com
steve.moulder@gibuk.com
surya.devaguptapu@gibuk.com
tina.shaw@gibuk.com
uday.patnaik@gibuk.com

**gic**

aalbahar@gic.com.kw
aarongabin@gic.com.sg
adelenetan@gic.com.sg
adelinetan@gic.com.sg
adrainoh@gic.com.sg
agneschew@gic.com.sg
agneslee@gic.com.sg
ajesaigal@gic.com.sg
alexcobbold@gic.com.sg
alexlim@gic.com.sg
aliceyee@gic.com.sg
allentang@gic.com.sg
alvintan@gic.com.sg
andrewrelph@gic.com.sg
andrewtan@gic.com.sg
andrewyu@gic.com.sg
andylee@gic.com.sg
angeern@gic.com.sg
angeladurrell@gic.com.sg
anglaypheng@gic.com.sg
anglaysuan@gic.com.sg
angsiokbeng@gic.com.sg
annachuang@gic.com.sg
annatay@gic.com.sg
annefleurbaaij@gic.com.sg
annytsang@gic.com.sg
anthonyhui@gic.com.sg
anthonylim@gic.com.sg
arlenezaccazawilinski@gic.com.sg
ashoksamuel@gic.com.sg
atsuokokuryu@gic.com.sg
azizahjan@gic.com.sg
beckyxu@gic.com.sg
benelwes@gic.com.sg
benjamintan@gic.com.sg
bernadettehuang@gic.com.sg
bernardphang@gic.com.sg
bernardtan@gic.com.sg
bertrandlam@gic.com.sg

**Company & Corresponding Email Addresses**

bettecolombo@gic.com.sg
bettygonzalez@gic.com.sg
bettytay@gic.com.sg
billyhwan@gic.com.sg
brianmagee@gic.com.sg
brianng@gic.com.sg
bryanyeo@gic.com.sg
camillamathews@gic.com.sg
carolcutler@gic.com.sg
carolsim@gic.com.sg
carstenremmert@gic.com.sg
cassandrayap@gic.co.sg
cassandrayap@gic.com.sg
catherinebull@gic.com.sg
cecillee@gic.com.sg
chamgeelen@gic.com.sg
chancheefoong@gic.com.sg
chanchunhong@gic.com.sg
chankwokwah@gic.com.sg
chanlyin@gic.com.sg
chanlyl@gic.com.sg
chanmayyee@gic.com.sg
chanmuinoi@gic.com.sg
chanyooncheong@gic.com.sg
charmianlong@gic.com.sg
cheesuling@gic.com.sg
chelliah@gic.com.sg
chened@gic.com.sg
chengchih@gic.com.sg
chensoonbin@gic.com.sg
chewloycheow@gic.com.sg
chewmengjoong@gic.com.sg
chewzhuanqi@gic.com.sg
chiataitee@gic.com.sg
chiuweili@gic.com.sg
choochian@gic.com.sg
choowingkwong@gic.com.sg
chooyongcheen@gic.com.sg
choumeiyin@gic.com.sg
chowmunleong@gic.com.sg
choysiewkai@gic.com.sg
chrismorrish@gic.com.sg
christinag@gic.com.sg
chuaweethia@gic.com.sg
cindyfoo@gic.com.sg
clarissachng@gic.com.sg
corneliachoe@gic.com.sg
cynthialim@gic.com.sg
danieljudge@gic.com.sg
danielrose@gic.com.sg
danieltan@gic.com.sg
darrentan@gic.com.sg
darrenwong@gic.com.sg
darylwong@gic.com.sg

**Company & Corresponding Email Addresses**

daviddickinson@gic.com.sg
davidgates@gic.com.sg
davidmercurio@gic.com.sg
davidowyong@gic.com.sg
davidreddy@gic.com.sg
debiguha@gic.com.sg
derekchang@gic.com.sg
derektien@gic.com.sg
desmondfoong@gic.com.sg
doreenchia@gic.com.sg
doreenchin@gic.com.sg
dorisseet@gic.com.sg
edwardo'connor@gic.com.sg
edwinchoi@gic.com.sg
eileentan@gic.com.sg
elainekoh@gic.com.sg
elizabethchau@gic.com.sg
elizabethleong@gic.com.sg
email@gic.com.sg
emilyyeo@gic.com.sg
eqdresearch@gic.com.sg
ericasetho@gic.com.sg
ericfang@gic.com.sg
eugeneb@gic.com.sg
evatan@gic.com.sg
evelynwong@gic.com.sg
fanghua@gic.com.sg
faywong@gic.com.sg
federicomarsili@gic.com.sg
felixchan@gic.com.sg
felixmomsen@gic.com.sg
firtsnamelastname@gic.com.sg
fongkuenyee@gic.com.sg
franklinpoon@gic.com.sg
fredericperrin@gic.com.sg
fsdchy@gic.com.sg
gemmawright-casparius@gic.com.sg
geraldengel@gic.com.sg
gicvaluation@gic.com.sg
gohkwangmeng@gic.com.sg
gohmienzo@gic.com.sg
gohwahkiat@gic.com.sg
gracelim@gic.com.sg
gracewu@gic.com.sg
grahamwarren@gic.com.sg
grantwilson@gic.com.sg
grpeqdqedpm@gic.com.sg
guaitihowe@gic.com.sg
hanhweechin@gic.com.sg
hardeepbhutani@gic.com.sg
heweisheng@gic.com.sg
hocheehau@gic.com.sg
hohinwah@gic.com.sg
holiwen@gic.com.sg

## Company & Corresponding Email Addresses

hwangnh@gic.com.sg
ianseow@gic.com.sg
ivantan@gic.com.sg
ivanyeo@gic.com.sg
ivyloh@gic.com.sg
jacquelinewang@gic.com.sg
janetko@gic.com.sg
janniequek@gic.com.sg
jascinthatang@gic.com.sg
jaslyntan@gic.com.sg
jasonlow@gic.com.sg
jasontriplitt@gic.com.sg
jefferyyi@gic.com.sg
jeffreyj@gic.com.sg
jeffreytan@gic.com.sg
jennyphoon@gic.com.sg
jeremychan@gic.com.sg
jeremyhartman@gic.com.sg
jeslynlee@gic.com.sg
jessiechia@gic.com.sg
jessiewong@gic.com.sg
jineshchandarana@gic.com.sg
jinyuenyee@gic.com.sg
jitendertokas@gic.com.sg
joannelee@gic.com.sg
johnpoh@gic.com.sg
joyceho@gic.com.sg
joytay@gic.com.sg
judithaso@gic.com.sg
junefoo@gic.com.sg
junelong@gic.com.sg
justinsng@gic.com.sg
kamkhaijie@gic.com.sg
kauyikang@gic.com.sg
keeboonhwee@gic.com.sg
kellygoh@gic.com.sg
kellyjdaikoku@gic.com.sg
kelvinlim@gic.com.sg
kenlim@gic.com.sg
kennethgoh@gic.com.sg
kennethlow@gic.com.sg
ketanmistry@gic.com.sg
kevinbong@gic.com.sg
khawchunlin@gic.com.sg
kimberlytan@gic.com.sg
kimjunsung@gic.com.sg
kohboonwee@gic.com.sg
kohyeokthiam@gic.com.sg
kuahkwokbeng@gic.com.sg
kwonghonghuat@gic.com.sg
kzubari@gic.com.kw
laiyewfai@gic.com.sg
lampohmin@gic.com.sg
lamyewling@gic.com.sg

**Company & Corresponding Email Addresses**

laupuayhui@gic.com.sg
lauwingtat@gic.com.sg
leecheechung@gic.com.sg
leeching@gic.com.sg
leesangyong@gic.com.sg
lemgimcheng@gic.com.sg
leongcheanwai@gic.com.sg
leongmunyee@gic.com.sg
leongwingkwan@gic.com.sg
liangjiajie@gic.com.sg
liewtzumi@gic.com.sg
liewweylin@gic.com.sg
limchiewyang@gic.com.sg
limchinsin@gic.com.sg
limchowkiat@gic.com.sg
limjieying@gic.com.sg
limkeechong@gic.com.sg
limkwokpin@gic.com.sg
limpohgek@gic.com.sg
limsiewling@gic.com.sg
limsweguan@gic.com.sg
limtb@gic.com.sg
limteowbeng@gic.com.sg
lucasfoch@gic.com.sg
lukelevine@gic.com.sg
lylekau@gic.com.sg
madelynliew@gic.com.sg
malali@gic.com.kw
malcolmwong@gic.com.sg
maleneforup@gic.com.sg
mali@gic.com.sg
manishjayswal@gic.com.sg
mankafai@gic.com.sg
manwinsidhu@gic.com.sg
margaretleong@gic.com.sg
mariacolangelo@gic.com.sg
mariapacini@gic.com.sg
markkhoo@gic.com.sg
marklee@gic.com.sg
marklim@gic.com.sg
markong@gic.com.sg
maureending@gic.com.sg
maxchan@gic.com.sg
mayukhmitter@gic.com.sg
meredithlee@gic.com.sg
michaelliang@gic.com.sg
michelesicker@gic.com.sg
mihosaito@gic.com.sg
mitchellelim@gic.com.sg
mkantar@gic.com.kw
munlaiyoke@gic.com.sg
nalali@gic.com.kw
nancylee@gic.com.sg
nchahdoura@gic.com.kw

**Company & Corresponding Email Addresses**

nelsonchia@gic.com.sg
neochin@gic.com.sg
ngbeesan@gic.com.sg
ngjiatong@gic.com.sg
ngks@gic.com.sg
nickymorgan@gic.com.sg
nicolamorgan@gic.com.sg
nicolasbader@gic.com.sg
nicolephua@gic.com.sg
norainiismail@gic.com.sg
ohhwase@gic.com.sg
ongseiwei@gic.com.sg
ongweikiat@gic.com.sg
ongyuehngoh@gic.com.sg
ooilayleng@gic.com.sg
osb@gic.com.sg
oscarzheng@gic.com.sg
pangwaiyin@gic.com.sg
patrickling@gic.com.sg
paulchuan@gic.com.sg
paulliew@gic.com.sg
peterm@gic.com.sg
pratikburmanray@gic.com.sg
priscillali@gic.com.sg
puachingleong@gic.com.sg
puahjimee@gic.com.sg
puahtohlim@gic.com.sg
quahwg@gic.com.sg
rachelteo@gic.com.sg
radenmosrijah@gic.com.sg
ravib@gic.com.sg
raymondgoh@gic.com.sg
raynngong@gic.com.sg
razaliibrahim@gic.com.sg
reginaldoh@gic.com.sg
reubenabrams@gic.com.sg
richardchan@gic.com.sg
roberteckerstrom@gic.com.sg
robertliu@gic.com.sg
robertmillington@gic.com.sg
robertstclair@gic.com.sg
robertweber@gic.com.sg
ronang@gic.com.sg
ronmandle@gic.com.sg
rsamuel@gic.com.kw
ruthpang@gic.com.sg
ryanaugustin@gic.com.sg
sallabanda@gic.com.sg
samitnathirmal@gic.com.sg
samphoen@gic.com.sg
sandylim@gic.com.sg
santitarn@gic.com.sg
sarahbevin@gic.co.uk
sawchootatt@gic.com.sg

## Company & Corresponding Email Addresses

sebastienabascal@gic.com.sg
seetohpeckyoke@gic.com.sg
serenekwok@gic.com.sg
sharonlee@gic.com.sg
shenshiaoyun@gic.com.sg
shirleywu@gic.com.sg
silvanaveljovic@gic.com.sg
simcockm@gic.com.sg
simonhandcock@gic.com.sg
sinyinling@gic.com.sg
songng@gic.com.sg
sripaorayawongjan@gic.com.sg
sungcc@gic.com.sg
susahteh@gic.com.sg
susanhoe@gic.com.sg
susanosborn@gic.com.sg
susanteh@gic.com.sg
taitsewen@gic.com.sg
talklausner@gic.com.sg
tancheeyong@gic.com.sg
tancherhan@gic.com.sg
tanchoontat@gic.com.sg
tangmeiling@gic.com.sg
tangonnfei@gic.com.sg
tanhsiaomein@gic.com.sg
tanhweeloo@gic.com.sg
tankengsiong@gic.com.sg
tankokyong@gic.com.sg
tanlaykuan@gic.com.sg
tanlengleng@gic.com.sg
tanteckleng@gic.com.sg
tanweekiat@gic.com.sg
tanweijie@gic.com.sg
tayhianboon@gic.com.sg
taysweeyuan@gic.com.sg
taywenliang@gic.com.sg
tayyicheah@gic.com.sg
tehkweechin@gic.com.sg
teijakourujarvi@gic.com.sg
tengct@gic.com.sg
teodoravuckovic@gic.com.sg
teowanyin@gic.com.sg
terrylim@gic.com.sg
thamchiewkit@gic.com.sg
tiendoe@gic.com.sg
timlee@gic.com.sg
timothyteo@gic.com.sg
timstubbs@gic.com.sg
tooleesoong@gic.com.sg
tootatcheng@gic.com.sg
trentloh@gic.com.sg
trishkwan@gic.com.sg
tungsiewhoong@gic.com.sg
vanessaharvey@gic.com.sg

**Company & Corresponding Email Addresses**

vicenciolito@gic.com.sg
vincentchan@gic.com.sg
viviantan@gic.com.sg
vivianyew@gic.com.sg
vivienlee@gic.com.sg
walbraikan@gic.com.kw
wanismail@gic.com.sg
weeaining@gic.com.sg
weelinrong@gic.com.sg
weetiansin@gic.com.sg
weihuangwong@gic.com.sg
wesbonewell@gic.com.sg
wilfredwee@gic.com.sg
williamyap@gic.com.sg
wongck@gic.com.sg
wootk@gic.com.sg
wootuckkan@gic.com.sg
xuenan@gic.com.sg
yaleyap@gic.com.sg
yangleechiun@gic.com.sg
yapsiaoteng@gic.com.sg
yapweiwei@gic.com.sg
yeohlamkeong@gic.com.sg
yeokeonghee@gic.com.sg
yipyewtong@gic.com.sg
yuenwan@gic.com.sg
yvonnetan@gic.com.sg
zaninahbuang@gic.com.sg
zennatan@gic.com.sg
zhuweimin@gic.com.sg
zzbertra@gic.com

**g-icap**
colin.perry@g-icap.com
paula.ioannides@g-icap.com
sandra.gowlett@g-icap.com

**gim**
bragletti@gim.nl

**gimpulsora**
lapa@gimpulsora.com.mx

**gis**
desmondfoong@gis.com.sg

**givaudan**
andre.filliez@givaudan.com
herve.lamy@givaudan.com
marco.stalder@givaudan.com
vincent.petitpierre@givaudan.com

**gjensidige**
anne-marit.flatrud@gjensidige.no
erik.ranberg@gjensidige.no
harald.elgaaen@gjensidige.no
magne.solberg@gjensidige.no
morten.schwarz@gjensidige.no
rune.kaland@gjensidige.no
widar.kirkeby@gjensidige.no

**Company & Corresponding Email Addresses**

**gjensidigenor**
kjell-m.hjornevik@gjensidigenor.no
oystein.stephansen@gjensidigenor.no

**gkb**
daniel.schmid@gkb.ch
david.gartmann@gkb.ch
hanspeter.dolf@gkb.ch
research@gkb.ch
roberto.bianchi@gkb.ch

**gkbaum**
gardner@gkbaum.com

**gkst**
dndelis@gkst.com
elherndon@gkst.com
jfmackin@gkst.com
jhhoogendoorn@gkst.com
jhmatson@gkst.com
mewyatt@gkst.com
mroneill@gkst.com
rrsouthworth@gkst.com
wmlaprise@gkst.com

**glaxowellcome**
aek0126@glaxowellcome.co.uk
ajs57754@glaxowellcome.co.uk
csg82093@glaxowellcome.co.uk
hs79040@glaxowellcome.co.uk
jbt23501@glaxowellcome.co.uk
mrl1661@glaxowellcome.co.uk
pc22416@glaxowellcome.co.uk
rhv39972@glaxowellcome.co.uk
sqw21737@glaxowellcome.com

**glencore**
chris.cassidy@glencore.com
milos.brajovic@glencore.com

**glenmede**
adam.conish@glenmede.com
amanda_rice@glenmede.com
andy_williams@glenmede.com
angelo_vacirca@glenmede.com
anthony_iuliano@glenmede.com
barry_kohout@glenmede.com
bob_mancuso@glenmede.com
brad_hoopman@glenmede.com
bruce_foulkrod@glenmede.com
carol_cianflone@glenmede.com
casey.clark@glenmede.com
chris_delpe@glenmede.com
chris_delphi@glenmede.com
christopher_colarik@glenmede.com
cindy_axelrod@glenmede.com
coryell_urban@glenmede.com
cynthia_rogers@glenmede.com
diane.sterthous@glenmede.com
donnakay.tiller@glenmede.com

**Company & Corresponding Email Addresses**

frederick.haack@glenmede.com
gordon_fowler@glenmede.com
irene_hennelly@glenmede.com
john.bye@glenmede.com
john.church@glenmede.com
john.thomas@glenmede.com
john_kichula@glenmede.com
john_phillips@glenmede.com
john_thomas@glenmede.com
kenneth.trippe@glenmede.com
kris_rouff@glenmede.com
laura_larosa@glenmede.com
luke.borda@glenmede.com
marianne_witte@glenmede.com
marie_flynn@glenmede.com
marnie_kelly@glenmede.com
matt_brown@glenmede.com
matt_cross@glenmede.com
michael_crow@glenmede.com
michael_gallagher@glenmede.com
michele_didio@glenmede.com
nancy_smith@glenmede.com
paul_raman@glenmede.com
paul_sullivan@glenmede.com
peter_cooke@glenmede.com
peter_zuleba@glenmede.com
rekha_hagen@glenmede.com
rich.gale@glenmede.com
richard.kent@glenmede.com
richard_gorda@glenmede.com
rob_siewert@glenmede.com
sally.wirts@glenmede.com
scott_mcgough@glenmede.com
sean_heron@glenmede.com
sopha_so@glenmede.com
steve_mahoney@glenmede.com
steve_point@glenmede.com
theresa_freiss@glenmede.com
tim_woolley@glenmede.com
tom_huber@glenmede.com
tom_quinn@glenmede.com
uma_rajeshwar@glenmede.com
val_devassal@glenmede.com
wade_wescott@glenmede.com

**glenrauch**
tcorcoran@glenrauch.com

**glg**
anthony.burton@glg.com

**glgpartners**
adam.mincer@glgpartners.com
aidan.mehigan@glgpartners.com
alan.freeman@glgpartners.com
alasdair.bell@glgpartners.com
alex.mais@glgpartners.com

**Company & Corresponding Email Addresses**

alexandre.farid.issaelkhoury@glgpartners.com
alice.wood@glgpartners.com
alison.craven@glgpartners.com
alison.oneill@glgpartners.com
alistair.ling@glgpartners.com
alistair.macdonald@glgpartners.com
allinelectronicexecution@glgpartners.com
allinotcaffirmations@glgpartners.com
amal.brihi@glgpartners.com
amir.sajjadi@glgpartners.com
amy.marton@glgpartners.com
andrew.archer@glgpartners.com
andrew.bowman@glgpartners.com
andrew.linford@glgpartners.com
angus.forbes@glgpartners.com
anthony.kontkowski@glgpartners.com
antonio.dossantos@glgpartners.com
anuj.mutreja@glgpartners.com
art.degaetano@glgpartners.com
ashley.hargreaves@glgpartners.com
atif.khan@glgpartners.com
bart.turtelboom@glgpartners.com
ben.funnell@glgpartners.com
ben.gill@glgpartners.com
ben.kirkegaard@glgpartners.com
benjamin.pass@glgpartners.com
bernard.oreilly@glgpartners.com
betty.wong@glgpartners.com
bill.siegel@glgpartners.com
bob.price@glgpartners.com
brad.burns@glgpartners.com
brendan.taylor@glgpartners.com
brendon.macdonald@glgpartners.com
brent.hadfield@glgpartners.com
brian.rozen@glgpartners.com
caedmon.marriott@glgpartners.com
carl.esprey@glgpartners.com
catherine.canning@glgpartners.com
catherine.gorospe@glgpartners.com
chao.yan@glgpartners.com
charles.long@glgpartners.com
charles-henri.lorthioir@glgpartners.com
ching.yuen@glgpartners.com
chris.huggins@glgpartners.com
christian.benigni@glgpartners.com
christian.roy@glgpartners.com
christophe.akel@glgpartners.com
christopher.neave@glgpartners.com
cindy.johnson@glgpartners.com
coquita.marsh@glgpartners.com
craig.mccormack@glgpartners.com
creditresearch@glgpartners.com
damien.newell@glgpartners.com
dan.blum@glgpartners.com

**Company & Corresponding Email Addresses**

daniel.davis@glgpartners.com
daniel.lowther@glgpartners.com
danilo.onorino@glgpartners.com
danilo.rippa@glgpartners.com
darren.leaver@glgpartners.com
darren.read@glgpartners.com
david.benjamin@glgpartners.com
david.charles@glgpartners.com
david.evans@glgpartners.com
david.green@glgpartners.com
david.payne@glgpartners.com
david.sanders@glgpartners.com
debbie.moses@glgpartners.com
debbie.muller@glgpartners.com
dee.odonoghue@glgpartners.com
denise.lye@glgpartners.com
derek.ford@glgpartners.com
derek.power@glgpartners.com
dhobbs@glgpartners.com
dinesh.hirani@glgpartners.com
dorelle.scott@glgpartners.com
driss.ben-brahim@glgpartners.com
dsc@glgpartners.com
eamonn.english@glgpartners.com
edward.rosser@glgpartners.com
ekaterina.ametistova@glgpartners.com
elecexec@glgpartners.com
elinor.haynes@glgpartners.com
eric.dannheim@glgpartners.com
fergal.doyle@glgpartners.com
fiona.farrell@glgpartners.com
francisco.gochez@glgpartners.com
galia.velimukhametova@glgpartners.com
gareth.ringrose@glgpartners.com
geoffrey.galbraith@glgpartners.com
george.shen@glgpartners.com
georges.gedeon@glgpartners.com
gitesh.parmar@glgpartners.com
grant.carroll@glgpartners.com
grant.playford@glgpartners.com
greg.coffey@glgpartners.com
greg.holborow@glgpartners.com
gregory.nataf@glgpartners.com
harriet.little@glgpartners.com
helen.lintern@glgpartners.com
helen.mackay@glgpartners.com
henry.parker@glgpartners.com
iain.anderson@glgpartners.com
ian.wylie@glgpartners.com
isabelle.hohenlohe@glgpartners.com
ivaylo.dimitrov@glgpartners.com
j.green@glgpartners.com
jacques.hirsch@glgpartners.com
james.berger@glgpartners.com

## Company & Corresponding Email Addresses

james.mason@glgpartners.com
james.oliver@glgpartners.com
james.saunders@glgpartners.com
jane.barr@glgpartners.com
jane.hamblin@glgpartners.com
jason.carnibella@glgpartners.com
jason.edwards@glgpartners.com
jason.lapkins@glgpartners.com
jason.mackay@glgpartners.com
jason.mitchell@glgpartners.com
jason.wang@glgpartners.com
jenna.mylne@glgpartners.com
jens.nystedt@glgpartners.com
jessica.moore@glgpartners.com
jim.osullivan@glgpartners.com
jimmy.mcgillicuddy@glgpartners.com
jody.melhuish@glgpartners.com
john.cenedella@glgpartners.com
john.royle@glgpartners.com
john.white@glgpartners.com
joseph.mares@glgpartners.com
julien.jacob@glgpartners.com
karen.irving@glgpartners.com
karianne.tomlinson@glgpartners.com
karim.abdel-motaal@glgpartners.com
katariina.kanninen@glgpartners.com
ken.fried@glgpartners.com
kenji.arakawa@glgpartners.com
kevin.mccormack@glgpartners.com
kim.johannessen@glgpartners.com
kiran.patel@glgpartners.com
kolbe.irving@glgpartners.com
kulvinder.haire@glgpartners.com
kyril@glgpartners.com
laetitia.dourin@glgpartners.com
laurent.pujade@glgpartners.com
lee.rogers@glgpartners.com
lee.rosenquist@glgpartners.com
lenny.charlton@glgpartners.com
leonard.charlton@glgpartners.com
lex.vandam@glgpartners.com
leylan.neep@glgpartners.com
lisa.carrott@glgpartners.com
liz.kennedy@glgpartners.com
louisa.cox@glgpartners.com
louise.malmstrom@glgpartners.com
luca.giammetti@glgpartners.com
lucy.ford@glgpartners.com
lucy.payne@glgpartners.com
luke.kennedy@glgpartners.com
luke.lewis@glgpartners.com
maddie.bhonsle@glgpartners.com
marcus.burns@glgpartners.com
mark.greenhoff@glgpartners.com

## Company & Corresponding Email Addresses

mark.jones@glgpartners.com
mark.kontkowski@glgpartners.com
mark.massara@glgpartners.com
mark.milton@glgpartners.com
markus.mez@glgpartners.com
martin.rea@glgpartners.com
matthew.bishop@glgpartners.com
matthew.walsh@glgpartners.com
meena.lakshmanan@glgpartners.com
melanie.giles@glgpartners.com
melissa.clark@glgpartners.com
michael.ashby@glgpartners.com
michael.barrie@glgpartners.com
michael.flitton@glgpartners.com
michael.hirschfield@glgpartners.com
michael.oconnor@glgpartners.com
mike.ferrara@glgpartners.com
milica.marinkovic@glgpartners.com
mmarinkovic@glgpartners.com
morag.cowan@glgpartners.com
morgan.grainger@glgpartners.com
nalita.fernandes@glgpartners.com
nazan.kaygana@glgpartners.com
neil.hobson@glgpartners.com
nick.burnham@glgpartners.com
nick.varket@glgpartners.com
nick.zagoreos@glgpartners.com
nicola.thomas@glgpartners.com
nik.wislang@glgpartners.com
oliver.coleman@glgpartners.com
padraig.oconnell@glgpartners.com
panthea.oconnell@glgpartners.com
patricia.martin@glgpartners.com
paul.brock@glgpartners.com
paul.hadley@glgpartners.com
paul.harvey@glgpartners.com
paul.vandenberghe@glgpartners.com
peter.grainger@glgpartners.com
peter.harnett@glgpartners.com
peter.murphy@glgpartners.com
peter.ward@glgpartners.com
petros.toesland@glgpartners.com
philip.pearson@glgpartners.com
philippa.hatting@glgpartners.com
philippe.isvy@glgpartners.com
pierre.valade@glgpartners.com
rafael.bloom@glgpartners.com
raja.janakiraman@glgpartners.com
rebecca.dawson@glgpartners.com
richard.baker@glgpartners.com
richard.craske@glgpartners.com
richard.walsh@glgpartners.com
robert.broomhead@glgpartners.com
robert.donald@glgpartners.com

**Company & Corresponding Email Addresses**

robert.moore@glgpartners.com
robert.purves@glgpartners.com
robert.szyszko@glgpartners.com
rodney.loy@glgpartners.com
ron.westdorp@glgpartners.com
ross.maclean@glgpartners.com
roy.sher@glgpartners.com
rupert.vaughan@glgpartners.com
sachin.patel@glgpartners.com
sam.radnor@glgpartners.com
sam.spencer@glgpartners.com
sandy.rattray@glgpartners.com
sara.hellberg@glgpartners.com
sarah.hoskins@glgpartners.com
sarah.pastore@glgpartners.com
sarah.williams@glgpartners.com
sean.davis@glgpartners.com
shane.korpisto@glgpartners.com
sharika.chauhan@glgpartners.com
simon.joiner@glgpartners.com
simon.mcwilliams@glgpartners.com
simon.savage@glgpartners.com
simon.shearing@glgpartners.com
simon.white@glgpartners.com
simone.arbib@glgpartners.com
sophie.lampard@glgpartners.com
sophie.messenger@glgpartners.com
stephen.holliday@glgpartners.com
steve.roth@glgpartners.com
steven.desmyter@glgpartners.com
stuart.atkinson@glgpartners.com
taras.chaban@glgpartners.com
tarek.mouganie@glgpartners.com
thomas.dempsey@glgpartners.com
thomas.sumpster@glgpartners.com
till.heimlich@glgpartners.com
tim.mckenzie@glgpartners.com
tim.medland@glgpartners.com
tom.arthur@glgpartners.com
tom.brown@glgpartners.com
trang.dinh@glgpartners.com
tse-ern.chia@glgpartners.com
udo.herschel@glgpartners.com
vicky.parry@glgpartners.com
victoria.hamilton@glgpartners.com
victoria.persey@glgpartners.com
vikas.sharma@glgpartners.com
vikki.burr@glgpartners.com
wahib.sadozai@glgpartners.com
warren.touwen@glgpartners.com
yasser.mawji@glgpartners.com
zach.mecelis@glgpartners.com
zaki.orbell@glgpartners.com
zoe.harber@glgpartners.com

**Company & Corresponding Email Addresses**

**glic**

aleksandra_royzen@glic.com
alex_grant@glic.com
allen_klec@glic.com
anthony_luu@glic.com
b_chapman@glic.com
brian_keating@glic.com
catherine_shin-welfer@glic.com
cgolden@glic.com
christopher_mccormack@glic.com
ckwok@glic.com
david_padulo@glic.com
deborah_downie@glic.com
demetrios_tsaparas@glic.com
diane_l_king@glic.com
eamon_desacia@glic.com
ellen_whittaker@glic.com
giordano@glic.com
greg_bomash@glic.com
hmost@glic.com
howard_chin@glic.com
hwang@glic.com
isaac_lowenbraun@glic.com
jeffrey_martin@glic.com
john_blaney@glic.com
john_gargana@glic.com
john_murphy@glic.com
john_ogrodnick@glic.com
jon_jankus@glic.com
joshua_adler@glic.com
jspicer@glic.com
keith_simon@glic.com
larry_luxenberg@glic.com
len_peltzman@glic.com
leslie_barbi@glic.com
mark_abbott@glic.com
mark_dunetz@glic.com
martin_vernon@glic.com
michael_varadi@glic.com
mitchell_ryan@glic.com
nkotwal@glic.com
nscoleman@glic.com
peter.liebst@glic.com
ray_henry@glic.com
rcrimmins@glic.com
robert_simmons@glic.com
sarah_kim@glic.com
scott_manduca@glic.com
sylvan_feldstein@glic.com
tom_sorell@glic.com
wendell_fuller@glic.com
william_lee@glic.com

**glickenhaus**

akleinberg@glickenhaus.com

## Company & Corresponding Email Addresses

salpert@glickenhaus.com
seth@glickenhaus.com
speyser@glickenhaus.com

**glitnir**
arnar.sigurdsson@glitnir.is
baldur.helgason@glitnir.dk
birna.olgeirsdottir@glitnir.is
eyjolfur.jonsson@glitnir.is
finni.sigurdsson@glitnir.is
frazer.macfarlane@glitnir.co.uk
haakon.kjaernes@glitnir.lu
helga.indridadottir@glitnir.is
helga.oskarsdottir@glitnir.is
ingolfur.bender@glitnir.is
ingolfur.ingolfsson@glitnir.is
ingolfur.kristjansson@glitnir.is
jon.bentsson@glitnir.is
jon.hallson@glitnir.is
jon.omarsson@glitnir.is
kristinn.arnason@glitnir.is
kristjana.sigurdardottir@glitnir.is
kristjansson@glitnir.co.uk
maria.agustsdottir@glitnir.is
ottar.gudjonsson@glitnir.is
svanberg.gudnason@glitnir.is
svava.sverrisdottir@glitnir.is
vignir.sverrisson@glitnir.is

**gll-partners**
tatiana.cohen@gll-partners.com

**globalderivatives**
philippe.gazil@globalderivatives.com

**global-equities**
bcabanne@global-equities.com
bguene@global-equities.fr
ccloarec@global-equities.com
hdecharsonville@global-equities.com
ljardin@global-equities.com
spolson@global-equities.com

**global-infra**
pier-olivier.calestagne@global-infra.com
salim.samaha@global-infra.com
samitha.gajameragedara@global-infra.com
sebastien.gagnon@global-infra.com
thomas.frazier@global-infra.com
william.brilliant@global-infra.com

**globalmicrocap**
alexis@globalmicrocap.com

**globalt**
dmoore@globalt.com
gpaulette@globalt.com
hbain@globalt.com
kwoody@globalt.com

**globeop**
jstemmle@globeop.com

**Company & Corresponding Email Addresses**

ysharma@globeop.com

**gm**

andrew.golec@be.gm.com
anoop.kumar@gm.com
beth.wahlig@gm.com
brian.eller@be.gm.com
brian.herscovici@gm.com
bruce.marquand@gm.com
carlos.rosa@gm.com
caroline.lee@gm.com
cathleen.frank@gm.com
charles.froland@gm.com
cheryl.beusch@gm.com
christian.bawens@be.gm.com
christophe.van.den.brande@be.gm.com
christopher.morris@gm.com
cynthia.ranzilla@gm.com
daniel.murray@gm.com
david.newman@gm.com
david.walker@gm.com
deborah.meyer@gm.com
deborah.segal@gm.com
dhivya.suryadevara@gm.com
dmitri.smolansky@gm.com
ed.sullivan@gm.com
eric.ilardi@gm.com
erik.davey@gm.com
george.bodine@gm.com
henry.manifold@gm.com
hidenori-ito@gm.shokochukin.go.jp
hideo-wakabayashi@gm.shokochukin.go.jp
james.cairns@gm.com
james.peyton@gm.com
jbehar@gm.com
jeff.morrison@gm.com
john.j.crawford@gm.com
john.stevens@gm.com
joseph.mccabe@gm.com
joshua.lavender@gm.com
jstecher@gm.com
julia.chernyak@gm.com
kam.chang@gm.com
karen.sabatowski@gm.com
kyle.crandall@gm.com
laura.mittnacht@gm.com
luis.roldan@gm.com
maayan.sabo@be.gm.com
mark.dupuis@gm.com
maryann.florez@gm.com
masahiko-murata@gm.shokochukin.go.jp
melvin.lopez@gm.com
mercedes.michel@gm.com
michael.garcia@be.gm.com
milla.krasnopolsky@gm.com

**Company & Corresponding Email Addresses**

nancy.bugg@gm.com
nashrullah.mackwani@be.gm.com
natalie.trunow@gm.com
nathan.johnson@gm.com
neel.parikh@gm.com
niti.jain@be.gm.com
nobuhiro-aikawa@gm.shokochukin.go.jp
oliver.devries@gm.com
paul.placken@gm.com
peter.o.hara@be.gm.com
robert.brownlee@gm.com
robert.shumaker@gm.com
roma.jain@be.gm.com
roser.bosch@be.gm.com
roxton.mcneal@gm.com
sachin.mehra@gm.com
sam.pallotta@gm.com
sowmya.rajagopalan@gm.com
stephanie.cook@gm.com
takeshi-aida@gm.shokochukin.go.jp
theodore.feury@gm.com
tony.kao@gm.com
tracy.mazzei@gm.com
weizhang@gm.com
yana.shor@gm.com
yoshinori-kano@gm.shokochukin.go.jp
yoshinori-kanou@gm.shokochukin.go.jp

**gmacbamco**
alan.lindsay@gmacbamco.com

**gmacbank**
john.papas@gmacbank.com
peter.simon@gmacbank.com
willy.wolfe@gmacbank.com

**gmaccm**
brian_didonato@gmaccm.com
kenneth_brock@gmaccm.com
thomas_mattinson@gmaccm.com
tracy_mazzei@gmaccm.com

**gmacfs**
anders.toftgaard@gmacfs.com
bhavin.zaveri@gmacfs.com
chiuyi.chan@gmacfs.com
hector.teran@gmacfs.com
jon.centurino@gmacfs.com

**gmacm**
barry_bier@gmacm.com
brian.devlin@gmacm.com
brian_kuelbs@gmacm.com
chris.moroney@gmacm.com
elliott_grumer@gmacm.com
joe_bilko@gmacm.com
joe_kaseta@gmacm.com
john_jukoski@gmacm.com
mark.schaefer@gmacm.com

**Company & Corresponding Email Addresses**

mike_rowan@gmacm.com
nate.kemmer@gmacm.com
patricia_rangel@gmacm.com
patty_taylor@gmacm.com
richard.bona@gmacm.com
robert.kuchler@gmacm.com
ruth.forbes@gmacm.com
sandy_blitzer@gmacm.com
shahab_sheikholeslam@gmacm.com
stephen.saunders@gmacm.com
thomas_cahill@gmacm.com
todd_block@gmacm.com
toddwisner@gmacm.com
tom.neary@gmacm.com
tom_costanzo@gmacm.com
ty_miller@gmacm.com

**gmacrescap**

calee.moe@gmacrescap.com
connie.cher@gmacrescap.com
treasa.simbeye@gmacrescap.com

**gmacrfc**

alan.joseph@gmacrfc.com
alia.haider@gmacrfc.com
arrif.ali@gmacrfc.com
bill.cleary@gmacrfc.com
carolyn.wang@gmacrfc.com
chris.miller@gmacrfc.com
colin.bradley@gmacrfc.co.uk
craig.beresford@gmacrfc.co.uk
darren.ruane@gmacrfc.co.uk
david.reynolds@gmacrfc.com
doug.paterson@gmacrfc.co.uk
edward.garner@gmacrfc.com
ferdinand.veenman@gmacrfc.nl
gene.edwards@gmacrfc.com
greg.gable@gmacrfc.com
hamish.johnstone@gmacrfc.co.uk
harpal.maini@gmacrfc.com
heather.anderson@gmacrfc.com
henry.soetanto@gmacrfc.com
hersh.parikh@gmacrfc.com
jamie.plantenberg@gmacrfc.com
jason.gedraitis@gmacrfc.com
jeffrey.meyerhofer@gmacrfc.com
jennifer.anderson@gmacrfc.com
jianlin.zhai@gmacrfc.com
john.collins@gmacrfc.com
john.randolph@gmacrfc.com
john.trapnell@gmacrfc.com
jon.hopkins@gmacrfc.com
julie.steinhagen@gmacrfc.com
kai.zhang@gmacrfc.com
kent.walls@gmacrfc.com
kostas.halatsis@gmacrfc.co.uk

**Company & Corresponding Email Addresses**

larry.wu@gmacrfc.com
lucas.jackson@gmacrfc.com
luke.hayden@gmacrfc.com
mark.gray@gmacrfc.co.uk
mark.wold@gmacrfc.com
mary.herfurth@gmacrfc.com
matt.kennedy@gmacrfc.com
michael.harmon@gmacrfc.com
michael.mand@gmacrfc.com
mike.wellner@gmacrfc.com
nancy.bartsch@gmacrfc.com
neil.fenton@gmacrfc.com
nick.bourne@gmacrfc.co.uk
nikki.lance@gmacrfc.com
oleg.chugayev@gmacrfc.com
pieter.vanzyl@gmacrfc.com
rachel.haas@gmacrfc.com
rakesh.kansara@gmacrfc.com
randy.denny@gmacrfc.com
reed.newkirk@gmacrfc.com
richard.moore@gmacrfc.com
robert.greenawalt@gmacrfc.nl
ross.pillsbury@gmacrfc.com
scott.klein@gmacrfc.com
shane.huether@gmacrfc.com
sheila.olmem@gmacrfc.com
sindhu.srivastava@gmacrfc.com
stephen.hynes@gmacrfc.com
stephen.pawlyshyn@gmacrfc.com
suzanne.laing@gmacrfc.com
tim.dunlop@gmacrfc.com
troy.gibbens@gmacrfc.com
wes.bonewell@gmacrfc.com
wes.bonine@gmacrfc.com
yiqun.jia@gmacrfc.com

**gmacsolutions**

mithc_oringer@gmacsolutions.com

**gmail**

ashley.singer@gmail.com
bcolombo@gmail.com
beau.harbour.research@gmail.com
bjarni.armannsson@gmail.com
choonho.kim@gmail.com
danieljchang@gmail.com
deaenlle@gmail.com
fabiospinolavianna@gmail.com
grupsha@gmail.com
gxantho@gmail.com
hamerlev@gmail.com
hfnotes@gmail.com
jaekimny@gmail.com
james.w.leong@gmail.com
jinjung@gmail.com
luca.bonaccorsi@gmail.com

**Company & Corresponding Email Addresses**

luoxuanron@gmail.com
lwgreig@gmail.com
matthewjjaniga@gmail.com
migmoran@gmail.com
mikelsen@gmail.com
research.ozkaya@gmail.com
sjagunic@gmail.com
suan.tk@gmail.com
sunmingchun@gmail.com
tmcmeekin3@gmail.com

**gmam**

angela.santiago@gmam.com
brent.pasternack@gmam.com
christine.mevs@gmam.com
connor.maloney@gmam.com
craig.goldstein@gmam.com
curt.landtroop@gmam.com
dan.hudson@gmam.com
florence.fonglopez@gmam.com
frank.ryzbarsky@gmam.com
hua.1.yang@gmam.com
jamie.behar@gmam.com
jie.yao@gmam.com
joshua.lavender@gmam.com
kieran.knaggs@gmam.com
matthew.gillis@gmam.com
michael.connors@gmam.com
pengfei.xie@gmam.com
scott.freemon@gmam.com
sean.graham@gmam.com
shameer.karim@gmam.com
taylor.wride@gmam.com
thomas.kallberg@gmam.com
vlad.vladimirov@gmam.com
wilson.gaitan@gmam.com
zesa.gewertzman@gmam.com

**gmulot**

rutyo@gmulot.co.il

**gmx**

lopezdeprado@gmx.net
stefelino@gmx.ch
susaannebehrendt@gmx.de

**gnb**

bkrevolin@gnb.com

**gnf**

alessandra.sartori@gnf.it
andrea.daffara@gnf.it
federico.odello@gnf.it
francesca.vimercati@gnf.it
licia.casamassima@gnf.it
luisa.ogliario@gnf.it
massimo.lucco@gnf.it
mscolari@gnf.it
nicoletta.damia@gnf.it

## Company & Corresponding Email Addresses

rossana.brambilla@gnf.it

### gnisim
raffaella.maroglio@gnisim.it

### goam
joerg_hicking@goam.de
soenke_papenhausen@goam.de
zhaosheng_su@goam.de

### gofen
cgofen@gofen.com
clevert@gofen.com
gscully@gofen.com
gwarren@gofen.com
jborovsky@gofen.com
jglossberg@gofen.com
kgreenwalt@gofen.com
mburke@gofen.com
mgoodman@gofen.com
mstelmacki@gofen.com
pkupferberg@gofen.com
wgofen@gofen.com

### gol
bubajp2@gol.com

### goldcapkc
billmitchell@goldcapkc.com
elainelewallen@goldcapkc.com

### goldengateway
johng@goldengateway.com

### goldenrule
dzapp@goldenrule.com

### gontarek
walter@gontarek.org

### goodbank
dealdone@goodbank.com
hsmgenii@goodbank.com
kcsung@goodbank.com
kpsuh@goodbank.com
yckwak@goodbank.com

### goodbody
alison.l.manley@goodbody.ie
colin.j.hunt@goodbody.ie
daniel.j.macauley@goodbody.ie
martin.a.kane@goodbody.ie
neil.a.carroll@goodbody.ie

### goodwincap
cecelia.doyle@goodwincap.com

### google
huichien@google.com

### gordian
alexander.p@gordian.co.uk
aly.k@gordian.co.uk
andrew.r@gordian.co.uk
ben.h@gordian.co.uk
caoimhe.m@gordian.co.uk
catherine.k@gordian.co.uk

**Company & Corresponding Email Addresses**

chelsey.w@gordian.co.uk
david.d@gordian.co.uk
diep.h@gordian.co.uk
ed.f@gordian.co.uk
edward.p@gordian.co.uk
faharin.j@gordian.co.uk
karim.h@gordian.co.uk
kieran@gordian.co.uk
michael.n@gordian.co.uk
mitsu.d@gordian.co.uk
nabil.z@gordian.co.uk
neil.d@gordian.co.uk
nick.s@gordian.co.uk
nicola.g@gordian.co.uk
rob.w@gordian.co.uk
ruth.f@gordian.co.uk
shirley.c@gordian.co.uk
tom@gordian.co.uk
treasury@gordian.co.uk

**gothaer**
stefan.theis@gothaer.de

**gothaerre**
andreas_steinmann@gothaerre.de
heinz-peter_welter@gothaerre.de
michael_rohde@gothaerre.de

**gothamcapital**
barth@gothamcapital.com
blitzer@gothamcapital.com
heather@gothamcapital.com
kahn@gothamcapital.com
petry@gothamcapital.com
rabinowitz@gothamcapital.com
ramsden@gothamcapital.com
saddlerock@gothamcapital.com

**gototfb**
surasak.d@gototfb.com
wongsiya.m@gototfb.com

**gottardo**
sandrine.notari@gottardo.com

**gov**
gaetane.cej@gov.ab.ca

**gpn**
ichiro.kusaka@gpn.mizuho.cb.com

**gpsbr**
fmenezes@gpsbr.com

**gr**
abo@gr.dk
anton@gr.dk
dhuang@gr.dk
flo@gr.dk
jhonore@gr.dk
jhu@gr.dk
khector@gr.dk
kwe@gr.dk

## Company & Corresponding Email Addresses

man@gr.dk
mgr@gr.dk
mva@gr.dk
rac@gr.dk
thinnerskov@gr.dk
tlhansen@gr.dk
tsk@gr.dk
tv@gr.dk

**graffcapital**
stefan.unternaehrer@graffcapital.ch

**graffenried-bank**
alexander.schmid@graffenried-bank.ch
jan.schneider@graffenried-bank.ch
marc.rubin@graffenried-bank.ch
marcel.eggimann@graffenried-bank.ch
robert.wyss@graffenried-bank.ch
thorsten.erbelding@graffenried-bank.ch

**grainger**
hobor.n@grainger.com
kristopher.r@grainger.com
william.chapman@grainger.com

**granada**
jtibbitts@granada.co.uk

**granitegrp**
john.weber@granitegrp.com
lzuriff@granitegrp.com
michael.mccord@granitegrp.com
nancy.shaw@granitegrp.com
seema.shah@granitegrp.com

**granitellc**
roger@granitellc.com

**great**
emmet@great.net

**greatamericanfederal**
lbobrowsky@greatamericanfederal.com

**greatsoutherbank**
racope@greatsoutherbank.com

**greatsouthernbank**
jwturn@greatsouthernbank.com
tjbaur@greatsouthernbank.com

**grecher**
mgrecher@grecher.com

**greenecountybank**
richmondb@greenecountybank.com
seegers@greenecountybank.com

**greenpoint**
charlie.ryan@greenpoint.com
david.patton@greenpoint.com
derek.wienser@greenpoint.com
derek.wiesner@greenpoint.com
kevin.hughes@greenpoint.com
leslie.gibin@greenpoint.com
liana.virker@greenpoint.com
linda.carter@greenpoint.com

## Company & Corresponding Email Addresses

michael.spina@greenpoint.com
mike.cho@greenpoint.com
rob.bernstein@greenpoint.com
s.a.ibrahim@greenpoint.com
steve.abreu@greenpoint.com
steven.morfield@greenpoint.com

### greenwich
mike-wityak@greenwich.com

### greenwichnatwest
ian.garrison@greenwichnatwest.com
neal.mercer@greenwichnatwest.c
nick.hogan@greenwichnatwest.co

### grenbell
michael.goldbacher@grenbell.de

### greystone
terry.burns@greystone.ca

### gries
don@gries.com
eugene@gries.com
jeff@gries.com
jim@gries.com
kris@gries.com
paula@gries.com
rml@gries.com
sharron@gries.com
trish@gries.com

### griffinasset
chovey@griffinasset.com
dfamiglietti@griffinasset.com
dsalter@griffinasset.com
jyoungman@griffinasset.com
tfamiglietti@griffinasset.com

### grifogest
cfoschi@grifogest.it
giada.dazzini@grifogest.it
lucia.pettini@grifogest.it
luigi.scola@grifogest.it
mremorini@grifogest.it
silvio.giraudo@grifogest.it
smatteoli@grifogest.it

### grneam
akay@grneam.com
blynch@grneam.com
brotato@grneam.com
cclark@grneam.com
cgondek@grneam.com
coley.lynch@grneam.com
cpavaman@grneam.com
dshane@grneam.com
ealgan@grneam.com
gthibod@grneam.com
jennifer.quisenberry@grneam.com
jhagan@grneam.com
john_gilbert@grneam.com

## Company & Corresponding Email Addresses

kburke@grneam.com
kwerle@grneam.com
ldemaio@grneam.com
lespinoz@grneam.com
michele.matzinger@grneam.com
nsantin@grneam.com
prusso@grneam.com
scoughl@grneam.com
skalos@grneam.com
sradtke@grneam.com
srakows@grneam.com
steve.mccarthy@grneam.com
tmctague@grneam.com
vdelucia@grneam.com

### groupama

annemarie@groupama.fr
florence.picad@groupama.com
jose.luis.escudero@groupama.es

### groupama-am

aalbisetti@groupama-am.fr
acaffort@groupama-am.fr
aterricabras@groupama-am.fr
bbidois@groupama-am.fr
cbourgeois@groupama-am.fr
cchaves@groupama-am.fr
ccherubin@groupama-am.fr
ccuny@groupama-am.fr
cvalery@groupama-am.fr
dbolhant@groupama-am.fr
dbreton@groupama-am.fr
ddantas@groupama-am.fr
ddumont@groupama-am.fr
dguillaume@groupama-am.fr
eedelfelt@groupama-am.fr
ehurault@groupama-am.fr
eloichot@groupama-am.fr
emathieu@groupama-am.fr
epaty@groupama-am.fr
eric.tomas@groupama-am.fr
fhecht@groupama-am.fr
fsengsiry@groupama-am.fr
gcamp@groupama-am.fr
gcapron@groupama-am.fr
gcarteron@groupama-am.fr
gmallejac@groupama-am.fr
hlouaheb@groupama-am.fr
hxchabadel@groupama-am.fr
ithanthrilage@groupama-am.fr
jbaltora@groupama-am.fr
jbiechy@groupama-am.fr
jceleste@groupama-am.fr
jdemontety@groupama-am.fr
jdubarbier@groupama-am.fr
jfauconnier@groupama-am.fr

**Company & Corresponding Email Addresses**

jgrant@groupama-am.fr
jhautant@groupama-am.fr
jjjacob@groupama-am.fr
jlautant@groupama-am.fr
jmmassare@groupama-am.fr
lberrebi@groupama-am.fr
lsanh@groupama-am.fr
makaffou@groupama-am.fr
mbonny@groupama-am.fr
mbruno@groupama-am.fr
mfrichard@groupama-am.fr
mminuit@groupama-am.fr
mpierre@groupama-am.fr
mppeillon@groupama-am.fr
ngouju@groupama-am.fr
nhazan@groupama-am.fr
ocoll@groupama-am.fr
odetrogoff@groupama-am.fr
ogoupy@groupama-am.fr
olevant@groupama-am.fr
osegaud@groupama-am.fr
pbourgeois@groupama-am.fr
pgoux@groupama-am.fr
phburlisson@groupama-am.fr
pmarnay@groupama-am.fr
pnoel@groupama-am.fr
pvialle@groupama-am.fr
rboscher@groupama-am.fr
rkhounlivong@groupama-am.fr
rlescure@groupama-am.fr
rponsonnet@groupama-am.fr
rwinter@groupama-am.fr
smazel@groupama-am.fr
sphilippon@groupama-am.fr
tcossenet@groupama-am.fr
tmadesclaire@groupama-am.fr
vgadon@groupama-am.fr
vgrzywna@groupama-am.fr
vzeller@groupama-am.fr
ylandry@groupama-am.fr
ymuscat@groupama-am.fr
zboustani@groupama-am.fr

**groupama-ccama**
fheripel@groupama-ccama.tm.fr
**groupbbva**
aluis.casas@groupbbva.com
**groupcredit**
corradinic@groupcredit.it
**groupe_ccr**
iguillaume@groupe_ccr.fr
**groupeartemis**
vnewman@groupeartemis.com
**groupe-casino**
lzecri@groupe-casino.fr

**Company & Corresponding Email Addresses**

mguillo@groupe-casino.fr
mmaillet@groupe-casino.fr
rtaillandier@groupe-casino.fr
trault@groupe-casino.fr

**groupe-ccr**

ccractions@groupe-ccr.com
ebleines@groupe-ccr.com
fceccaldi@groupe-ccr.com
fogestion@groupe-ccr.com
fpenel@groupe-ccr.com
fsimon@groupe-ccr.com
hdohni@groupe-ccr.com
mmelliti@groupe-ccr.com
oboularand@groupe-ccr.com
utorlach@groupe-ccr.com
vcornelis@groupe-ccr.com
vledoux@groupe-ccr.com
xdornellas@groupe-ccr.com

**groupe-mma**

aline.robinet@groupe-mma.fr
arnaud.memin@groupe-mma.fr
berthilde.chemin@groupe-mma.fr
bruno.decombe@groupe-mma.fr
francis.jaisson@groupe-mma.fr
jacques.protin@groupe-mma.fr
jc.arnoux@groupe-mma.fr
jeanloup.texier@groupe-mma.fr
m.benque@groupe-mma.fr
marie-pascale.peltre@groupe-mma.fr
matthieu.laval@groupe-mma.fr
michel.lapierre@groupe-mma.fr
philippe.clerc@groupe-mma.com
romain.grandis@groupe-mma.fr
samir.ramdane@groupe-mma.fr
timothee.malphettes@groupe-mma.fr
valerie.oelhoffen@groupe-mma.fr
yves.glaser@groupe-mma.fr

**groupe-ufg**

bcoquelin@groupe-ufg.com
jbreuil@groupe-ufg.com
jpcollin@groupe-ufg.com
pmimran@groupe-ufg.com

**gruposantander**

borodriguez@gruposantander.com
fjazagra@gruposantander.com
semorales@gruposantander.com

**groupwise**

hanna106@groupwise.umn.edu
s-hebd@groupwise.umn.edu

**gruntal**

maccroryp@gruntal.com
mottuss@gruntal.com

**gruosantander**

jurraca@gruosantander.com

**Company & Corresponding Email Addresses**

**grupobbv**
jrodriguezmelager@grupobbv.com
manuel.villa@grupobbv.com
vicente.ortueta@grupobbv.com

**grupobbva**
a.luna@grupobbva.com
a.rguez@grupobbva.com
aborraz@grupobbva.com
acalvo@grupobbva.com
adrian.palleiro@grupobbva.com
agustin.martin@grupobbva.com
ahurtado@grupobbva.com
alf.chapinal@grupobbva.com
alfredo.mordezki@grupobbva.com
alvaro.vazquez@grupobbva.com
amanteca@grupobbva.com
amarino@grupobbva.com
ana.munera@grupobbva.com
angel.espinar@grupobbva.com
ant.garces@grupobbva.com
antonino.giaquinta@grupobbva.com
antonio.alhamar@grupobbva.com
antonio.garre@grupobbva.com
antonio.ruozi@grupobbva.com
antonio.saiz@grupobbva.com
arturo.lama@grupobbva.com
b.carrera@grupobbva.com
beatriz.munoz@grupobbva.com
carlos.goicoechea@grupobbva.com
carlos.maceda@grupobbva.com
carmelo.tajadura@grupobbva.com
cesar.solera@grupobbva.com
corrado.santini@grupobbva.com
cvarela@grupobbva.com
david.catalan@grupobbva.com
david.olaya@grupobbva.com
dgomez@grupobbva.com
diego.lopez@grupobbva.com
eduardo.abejon@grupobbva.com
eduardo.calabaza@grupobbva.com
eduardo.gorostiza@grupobbva.com
eduardo.molina@grupobbva.com
efuentes@grupobbva.com
elena.ldehesa@grupobbva.com
enrique.marazuela@grupobbva.com
enrique.mestre@grupobbva.com
enrique.santirso@grupobbva.com
ernesto.gallardo@grupobbva.com
esterdiaz@grupobbva.com
eugenio.casanova@grupobbva.com
eva.montalvo@grupobbva.com
f.galez@grupobbva.com
fbarreda@grupobbva.com
fernando.cejudo@grupobbva.com

## Company & Corresponding Email Addresses

fernando.ramirez@grupobbva.com
fjavier.miron@grupobbva.com
francisc.bataller@d2.grupobbva.com
gcouceiro@grupobbva.com
ggonzalez@grupobbva.com
gsuardiaz@grupobbva.com
harry.illouz@grupobbva.com
hmerida@grupobbva.com
ignacio.villanue@grupobbva.com
inigo.chivite@grupobbva.com
inma.ansoleaga@grupobbva.com
isabel.cmartinez@grupobbva.com
isabel.goiri@grupobbva.com
isidro.jovelar@grupobbva.com
j.cortazar@grupobbva.com
j.garri@grupobbva.com
j.guinea@grupobbva.com
j.ibarra@grupobbva.com
j.lorese@grupobbva.com
jalvarezranz@grupobbva.com
javier.medina@grupobbva.com
javier.requena@grupobbva.com
jbarreiros@grupobbva.com
jderufino@grupobbva.com
jescribano@grupobbva.com
jesus.reyes@grupobbva.com
jgarciaa@grupobbva.com
jhony.oropeza@grupobbva.com
jldominguez@grupobbva.com
jmsanchez@grupobbva.com
jorge.sancho@grupobbva.com
jose.cabiedes@grupobbva.com
joseja.diez@grupobbva.com
jpalomero@grupobbva.com
jromero@grupobbva.com
jsobremazas@grupobbva.com
juan.blasco@grupobbva.com
juan.lorencio@grupobbva.com
juanc.sanchezh@grupobbva.com
juanm.guerrero@grupobbva.com
laura.salafranca@grupobbva.com
leopoldo.ybarra@grupobbva.com
lgonzalez@grupobbva.com
lmanuel.garcia@grupobbva.com
lmarti@grupobbva.com
lorenzo.isla@grupobbva.com
lucia.ocon@grupobbva.com
luis.maroto@grupobbva.com
luis.seta@grupobbva.com
manuel.g_osorno@grupobbva.com
manuel.gcid@grupobbva.com
mar.matilla@grupobbva.com
maria.munoz@grupobbva.com
mariajo.perez@grupobbva.com

**Company & Corresponding Email Addresses**

mariajose.mori@grupobbva.com
marta.lombardia@grupobbva.com
martinez.capdev@grupobbva.com
mcarmen.conde@grupobbva.com
mgonzalezm@grupobbva.com
miguel.alcobend@grupobbva.com
miguel.cuenca@grupobbva.com
miguel.gsardinero@grupobbva.com
mluque@grupobbva.com
mmouliaa@grupobbva.com
nicolas.gonzalezr@grupobbva.com
octavio.duran@grupobbva.com
ogregori.ramon@grupobbva.com
oscar.gil@grupobbva.com
p.benito@grupobbva.com
pablo.fenoll@grupobbva.com
paula.caruana@grupobbva.com
paula.gonzalez-esc@grupobbva.com
pedro.guinea@grupobbva.com
pedro.montero@grupobbva.com
perez.sanjuan@grupobbva.com
plus.ceo@grupobbva.net
ramon.sanjuan@grupobbva.com
raul.moreno@grupobbva.com
raul.rgarcia@grupobbva.com
rebeca.gosalvez@grupobbva.com
rg.delclaux@grupobbva.com
ricardo.laborda@grupobbva.com
rlaiseca@grupobbva.com
rmacia@grupobbva.com
rocio.aramendia@grupobbva.com
rprado@grupobbva.com
rrodriguez@grupobbva.com
salinas.martinez@grupobbva.com
sanchez.blanco@grupobbva.com
santiago.debareno@grupobbva.com
sergio.gfernandez@grupobbva.com
shernandez@grupobbva.com
soledad.seivane@grupobbva.com
valejand.lorca@grupobbva.com
victor.cristobal@grupobbva.com

**gruposantander**

aelustondo@gruposantander.com
carlosmartinez@gruposantander.com
diana.orcajada@gruposantander.com
djaquete@gruposantander.com
eugmartinez@gruposantander.com
fgaliana@gruposantander.com
fjescobar@gruposantander.com
hbright@gruposantander.com
hgarciaarmero@servexternos.gruposantander.com
jacastillero@gruposantander.com
jastarloa@gruposantander.com
jbueno@gruposantander.com

## Company & Corresponding Email Addresses

jemandujar@gruposantander.com
jesbezanilla@gruposantander.com
jnaya@gruposantander.com
jumbravo@gruposantander.com
luimunoz@gruposantander.com
lverdu@gruposantander.com
maachon@gruposantander.com
magjimenez@gruposantander.com
marevalo@gruposantander.com
mgil@gruposantander.com
ncda@gruposantander.com
vimontiel@gruposantander.com

### gruppo
dechiara@gruppo.mediolanum.it
massimo.colombi@gruppo.mediolanum.it

### gruppobbva
jdediego@gruppobbva.com

### gruppobim
alessandro.negri@gruppobim.it
dario.vergano@gruppobim.it
gianmario.gasco@gruppobim.it
giuseppe.cais@gruppobim.it
guido.biasia@gruppobim.it
isabella.merrina@gruppobim.it
marco.doria@gruppobim.it
paolo.dalfonso@gruppobim.it
pietro.dagui@gruppobim.it

### gruppocredit
antinarellar@gruppocredit.it
arnaboldif@gruppocredit.it
bazzarellod@gruppocredit.it
belseya@gruppocredit.it
belusicb@gruppocredit.it
bonfiglior@gruppocredit.it
braccionip@gruppocredit.it
c.mazza@gruppocredit.it
cravariom@gruppocredit.it
deantonip@gruppocredit.it
eldinc@gruppocredit.it
ellim@gruppocredit.it
fagnania@gruppocredit.it
jarmanp@gruppocredit.it
lopezg@gruppocredit.it
merlic@gruppocredit.it
miccoli@gruppocredit.it
nassigha@gruppocredit.it
pizzichemi@gruppocredit.it
renieris@gruppocredit.it
sandersonr@gruppocredit.it
segrec@gruppocredit.it

### gruppoina
c.giraldi@gruppoina.it

### grupposantander
ricardo.rosa@grupposantander.pt

**Company & Corresponding Email Addresses**

**gruss**

ad@gruss.co.uk
adrian@gruss.co.uk
ck@gruss.com
dam@gruss.com
dk@gruss.co.uk
dt@gruss.com
dz@gruss.com
el@gruss.com
gg@gruss.com
hrg@gruss.com
jar@gruss.com
jg@gruss.com
jj@gruss.com
jt@gruss.co.uk
mb@gruss.com
ms@gruss.com
noeline@gruss.co.uk
paul@gruss.co.uk
rjn@gruss.com
rw@gruss.com
sd@gruss.com
sw@gruss.com
ta@gruss.com
wd@gruss.co.uk

**gs**

aadarsh.malde@gs.com
abraar.musa@gs.com
adam.bailey@gs.com
adam.gileski@gs.com
aditya.agarwal@gs.com
alex.walker@gs.com
alex.zyngier@gs.com
alexander.kopp@gs.com
alexander.kramers@gs.com
alexandra.cooper@gs.com
alexis.deladerriere@gs.com
ali.hedayat@gs.com
ali.miremadi@gs.com
ali.nokhasteh@gs.com
alison.smith@gs.com
alka.parikh@gs.com
ami.goldfein@gs.com
andrea.trozzi@gs.com
andreja.cobeljic@gs.com
andrew.bound@gs.com
andrew.devlin@gs.com
andrew.ofori@gs.com
andrew.orchard@gs.com
andy.hill@gs.com
angela.clark@gs.com
anna.haemmerli@gs.com
anna.troup@gs.com
anne-marie.shepherd@gs.com

**Company & Corresponding Email Addresses**

annmarie.ferretti@gs.com
antoine.chiche@gs.com
aparra@gs.com
ariel.roskis@gs.com
arne.hassel@gs.com
ashok.tikku@gs.com
atul.joshi@gs.com
aziz.hassanali@gs.com
barend.pennings@gs.com
beat.cabiallavetta@gs.com
beatrice.kirkroy@gs.com
benjamin.lee@gs.com
benoit.herault@gs.com
bertrand.chen@gs.com
bhavya.babel@gs.com
bhumish.shah@gs.com
bob.bengtson@gs.com
brett.hannah@gs.com
brian.campbell@gs.com
brian.higgins@gs.com1
brian.hirschmann@gs.com
can.uran@gs.com
carlos.gallardo@gs.com
carolina.minio-paluello@gs.com
caroline.benton@gs.com
caroline.bradley@gs.com
caroline.gilkes@gs.com
caroline.spender@gs.com
carrie.colon@gs.com
chenryung.leo@gs.com
chong.park@gs.com
chris.christoforou@gs.com
chris.dyer@gs.com
chris.kang@gs.com
chris.vanburen@gs.com
christian.biancalana@gs.com
christian.schjodt-eriksen@gs.com
christian.vonschimmelmann@gs.com
christina.ehrenberg@gs.com
christopher.tinson@gs.com
cristina.cardellini@gs.com
daeho.bang@gs.com
daniel.carter@gs.com
daniel.henriques@gs.com
daniel.oros@gs.com
daniel.willison@gs.com
daniele.benatoff@gs.com
danny.truell@gs.com
david.bertin@gs.com
david.buckley@gs.com
david.goldburg@gs.com
david.lowish@gs.com
deniskoome.imathiu@gs.co
deniskoome.imathiu@gs.com

**Company & Corresponding Email Addresses**

denji.yiu@gs.com
dimitar.voukadinov@gs.com
dimitri.pierre@gs.com
donough.kilmurray@gs.com
douglas.kennedy@gs.com
douglas.weaver@gs.com
driss.ben-brahim@gs.com
eduardo.cabral@gs.com
elaine.rosa@gs.com
elena.dalsoglio@gs.com
elie.cukierman@gs.com
elif.aktug@gs.com
elisa.costa@gs.com
elizabeth.rasskazova@gs.com
elvira.espejo@gs.com
eric.weiss@gs.com
esther.skutele@gs.com
evelyn.campanile@gs.com
ewa.kozicz@gs.com
filippo.cartiglia@gs.com
fiona.neville@gs.com
firstname.surname@gs.com
florian.vonoppenheim@gs.com
francesca.fornasari@gs.com
franklin.edochie@gs.com
frederick.antwi@gs.com
gareth.tilley@gs.com
gareth.walker@gs.com
gary.greenberg@gs.com
gavin.nangle@gs.com
geoffrey.gribling@gs.com
george.chris@gs.com
gerard.westcott@gs.com
gillian.burns@gs.com
giorgio.gandola@gs.com
gita.lad@gs.com
greg.olafson@gs.com
greg.sharenow@gs.com
gregory.borenstein@gs.com
gregory.feldman@gs.com
hadi.kabalan@gs.com
harlakshmi.chandrashekar@gs.com
heather.arnold@gs.com
hedy.tan@gs.com
heike.schuerings@gs.com
himin.patel@gs.com
hugo.vanvredenburch@gs.com
ilan.heimann@gs.com
ivailo.petkov@gs.com
jacques.gabillon@gs.com
james.a.waters@gs.com
james.barber@gs.com
james.catling@gs.com
james.cielinski@gs.com

**Company & Corresponding Email Addresses**

james.hordern@gs.com
jason.ekaireb@gs.com
jason.gilbert@gs.com
jason.muenzen@gs.com
jason.singer@gs.com
jennifer.youde@gs.com
jerome.reed@gs.com
jeronimo.bremer@gs.com
jessica.khamsyvoravong@gs.com
jingjing.hu@gs.com
jo.alma@gs.com
joanna.dziubak@gs.com
johannes.hoff@gs.com
john.begley@gs.com
john.kearney@gs.com
jonathan.horner@gs.com
joseph.mauro@gs.com
julian.abel@gs.com
kate.xiong@gs.com
kathryn.mansfield@gs.com
katie.exbank@gs.com
kavita.nayar@gs.com
ken.kishimoto@gs.com
kerry.briscoe@gs.com
kevin.corrigan@gs.com
kevin.j.kao@gs.com
kevin.wong@gs.com
kevin.zhao@gs.com
kokou-agbo-bloua@gs.com
koral.anderson@gs.com
kristof.gleich@gs.com
landon.parsons@gs.com
laura.sirgiovanni@gs.com
laurence.gallo@gs.com
leonie.a.padioleau@gs.com
lesley.martinez@gs.com
lindsey.read@gs.com
loretta.white@gs.com
lorraine.yow@gs.com
marcus.hagnesten@gs.com
maria.gordon@gs.com
maria.pavlenko@gs.com
mariaelena.drew@gs.com
mariana.olsson@gs.com
marissa.ansell@gs.com
mark.a.lynch@gs.com
mark.beveridge@gs.com
mark.oneill@gs.com
mark.prentice@gs.com
marlon.balroop@gs.com
martin.bray@gs.com
matthew.jacobson@gs.com
melissa.tuttle@gs.com
melkizedeck.okudo@gs.com

**Company & Corresponding Email Addresses**

michael.haberkorn@gs.com
michael.j.beebe@gs.com
michael.nickson@gs.com
michael.sherwood@gs.com
michelle.o'donnell@gs.com
mike.sammons@gs.com
miriam.laranjeira@gs.com
mitesh.popat@gs.com
monika.thaler@gs.com
myles.osborn@gs.com
nagasri.sabbineni@gs.com
nail.jacob@gs.com
natalie.conn@gs.com
natasha.ward@gs.com
nathan.lin@gs.com
navin.kumar@gs.com
neil.callan@gs.com
neil.squires@gs.com
nery.alaev@gs.com
niall.quinn@gs.com
nicholas.griffiths@gs.com
nicholas.johnson@gs.com
nicholette.macdonald-brown@gs.com
nikos.theocharopoulos@gs.com
nimmie.eeson@gs.com
nisha.lakhani@gs.com
noah.solomon@gs.com
norihiko.ishihara@gs.com
nothando.ndebele@gs.com
oliver.bolitho@gs.com
olivier.cassaro@gs.com
omar.kara@gs.com
osahon.uwaifo@gs.com
paraag.amin@gs.com
patricia.toh@gs.com
paul.dalton@gs.com
paul.marson@gs.com
paula.collins@gs.com
pedro.teixeira@gs.com
philip.jacob@gs.com
philip.moffitt@gs.com
pierre-henri.flamand@gs.com
prashant.bhajar@gs.com
rajesh.amin@gs.com
rakesh.rikhi@gs.com
ralph.marron@gs.com
ran.li@gs.com
ricardo.marino@gs.com
ricardo.salgado@gs.com
richard.asbery@gs.com
richard.flax@gs.com
richard.m.davis@gs.com
richard.mulley@gs.com
rob.pyne@gs.com

**Company & Corresponding Email Addresses**

robert.boardman@gs.com
robert.gold@gs.com
robert.howard@gs.com
robert.mcevoy@gs.com
roberto.plaja@gs.com
rom.porto@gs.com
rory.bateman@gs.com
roy.schwartz@gs.com
ru@gs.com
sam.cairns@gs.com
sam.finkelstein@gs.com
samantha.pandolfi@gs.com
sameer.maru@gs.com
sameer.vaghela@gs.com
sami.ahmad@gs.com
samuel.lopezbriceno@gs.com
sandor.hau@gs.com
sanjay.mazumdar@gs.com
scott.bynum@gs.com
shivraj.bassi@gs.com
simon.barnard@gs.com
simon.lloyd@gs.com
stephanie.louie@gs.com
stephanie.niven@gs.com
stephen.barnett@gs.com
steve.d.ellis@gs.com
steve.hwang@gs.com
stuart.mcpherson@gs.com
stuart.prince@gs.com
sunaina.suresh@gs.com
suneil.mahindru@gs.com
susana.ho@gs.com
sven.hogsep@gs.com
takashi.hatanaka@gs.com
tanya.bough@gs.com
tavis.cannell@gs.com
ted.sotir@gs.com
teresa.wilkinson@gs.com
thian.chew@gs.com
thomas.goldthorpe@gs.com
thomas.henke@gs.com
thomas.pedersen@gs.com
tim.crannis@gs.com
tim.duncker@gs.com
tom.bauwens@gs.com
tony.gaunt@gs.com
tony.mcghee@gs.com
tory.windisch@gs.com
vaibhav.chauhan@gs.com
vanessa.cosgrave@gs.com
victor.pina@gs.com
vidya.vasu-devan@gs.com
vijayalakshmi.rajendran@gs.com
vikki.lindstrom@gs.com

## Company & Corresponding Email Addresses

vinod.venkitachalam@gs.com
vladimira.mircheva@gs.com
vusal.najafov@gs.com
warren.ladd@gs.com
will.morgan@gs.com
william.dewulf@gs.com
william.howard@gs.com
william.jones@gs.com
william.peak@gs.com
wolfgang.kostner@gs.com
yi.gu@gs.com
zachary.bornstein@gs.com

### gsb

arovelli@gsb.uchicago.edu
borges_thiago@gsb.stanford.edu
camino_alejandro@gsb.stanford.edu
carrithers_shaun@gsb.stanford.edu
chan_abby@gsb.stanford.edu
chang_daphne@gsb.stanford.edu
dthigpen03@gsb.columbia.edu
fbannatyne03@gsb.columbia.edu
grant_joel@gsb.stanford.edu
hosoi_mihoko@gsb.stanford.edu
johnson_john@gsb.stanford.edu
korteweg_arthur@gsb.stanford.edu
lbusbaum@gsb.columbia.edu
losch_helen@gsb.stanford.edu
mstadlm@gsb.uchicago.edu
reiss_peter@gsb.stanford.edu
reist_paul@gsb.stanford.edu
rogers_ralph@gsb.stanford.edu
simmons_kim@gsb.stanford.edu
thompson_astrid@gsb.stanford.edu
varma_rohit@gsb.stanford.edu
vrana_michael@gsb.stanford.edu
zaman_asif@gsb.stanford.edu

### gsc

cmantelin@gsc.com
dvogel@gsc.com
echiang@gsc.com
esteffelin@gsc.com
jbecker@gsc.com
jmccary@gsc.com
mguterman@gsc.com
tdial@gsc.com
tnest@gsc.com
wshieh@gsc.com
wzhu@gsc.com

### gscm

mcstayp@gscm.com

### gscpartners

esotiriou@gscpartners.com
ihwang@gscpartners.com
iturkedjiev@gscpartners.com

## Company & Corresponding Email Addresses

mgregg@gscpartners.com
mkaufman@gscpartners.com
praygor@gscpartners.com
rfrank@gscpartners.com
rhamwee@gscpartners.com
skatzenstein@gscpartners.com
sruby@gscpartners.com
strousseau@gscpartners.com
thasan@gscpartners.com
tingelsby@gscpartners.com
tlibassi@gscpartners.com

### gsk

ad.g.rawcliffe@gsk.com
alan.greenfield@gsk.com
ankush.x.nandra@gsk.com
anthony.mercer@gsk.com
bert.a.van-oekelen@gsk.com
chester.koczynski@gsk.com
dealers-lond.treasury@gsk.com
derek.cowie@gsk.com
duncan.learmouth@gsk.com
greer.fry@gsk.com
gunther.faber@gsk.com
hiren.g.patel@gsk.com
jackie.a.francis@gsk.com
james.t.green@gsk.com
jrw9343@gsk.com
jvy24058@gsk.com
peter.k.hopkins@gsk.com
roger.emerson@gsk.com
sarah-jane.chilver-stainer@gsk.com
subesh.r.williams@gsk.com
toshihiro.ishikiriyama@gsk.com

### gskbio

jean.stephenne@gskbio.com
michel.baijot@gskbio.com

### gsocap

dan.baginski@gsocap.com

### gstreet

cpia@gstreet.com

### gte

hcminc@gte.net
van.krupper@gte.net
winsonb@gte.net

### gt-finance

n.moreau@gt-finance.fr
p.neyret@gt-finance.fr

### gtjas

liuming@gtjas.com
mohuiqin@gtjas.com
wangsong@gtjas.com
yangxiaotao@gtjas.com
zhouli@gtjas.com

### gtplc

## Company & Corresponding Email Addresses

anna.powell@gtplc.com

### guarantybank
edward.schultze@guarantybank.com

### guarantygroup
andre.ashbaugh@guarantygroup.com
bruce.clark@guarantygroup.com
charles.sebesta@guarantygroup.com
christine.torres@guarantygroup.com
jack.falconi@guarantygroup.com
joe.rossa@guarantygroup.com
mike.calcote@guarantygroup.com
patrick.king@guarantygroup.com
ron.murff@guarantygroup.com

### guardian
bmonroe@guardian.com

### guh-vermoegen
h.heimburger@guh-vermoegen.de

### guildinvestment
adanaher@guildinvestment.com
aford@guildinvestment.com
cmyung@guildinvestment.com
cpieper@guildinvestment.com
dkim@guildinvestment.com
jbell@guildinvestment.com
mguild@guildinvestment.com
msouders@guildinvestment.com
parora@guildinvestment.com

### gulfbank
asifm@gulfbank.com.kw
faisal@gulfbank.com.kw
jmaalouf@gulfbank.com.kw
pejman@gulfbank.com.kw
philip@gulfbank.com.kw

### gunet
morant@gunet.georgetown.edu
portae@gunet.georgetown.edu

### guta
makhover@guta.ru

### gutzwiller-funds
cve@gutzwiller-funds.com

### guyerzeller
a.bengzon@hsbc.guyerzeller.com
b.bass@hsbc.guyerzeller.com
b.mazzucchelli@hsbc.guyerzeller.com
c.liu@hsbc.guyerzeller.com
c.schmid@hsbc.guyerzeller.com
c.sutter@hsbc.guyerzeller.com
d.clemente@hsbc.guyerzeller.com
f.froehli@hsbc.guyerzeller.com
f.macedo@hsbc.guyerzeller.com
f.studer@hsbc.guyerzeller.com
g.ruzicka@hsbc.guyerzeller.com
h.hollenweger@hsbc.guyerzeller.com
h.hsuan@hsbc.guyerzeller.com

**Company & Corresponding Email Addresses**

m.beeler@hsbc.guyerzeller.com
m.bissig@hsbc.guyerzeller.com
m.jetzer@hsbc.guyerzeller.com
m.joerger@hsbc.guyerzeller.com
marc.polydor@hsbc.guyerzeller.com
o.muggli@hsbc.guyerzeller.com
p.hoff@hsbc.guyerzeller.com
p.oehen@hsbc.guyerzeller.com
p.ott@hsbc.guyerzeller.com
r.duerler@hsbc.guyerzeller.com
r.oetliker@hsbc.guyerzeller.com
r.rizzo@hsbc.guyerzeller.com
r.schlaepfer@hsbc.guyerzeller.com
s.feiss@hsbc.guyerzeller.com
s.hefti@hsbc.guyerzeller.com
t.hayim@hsbc.guyerzeller.com
u.duebendorfer@hsbc.guyerzeller.com
u.haibach@hsbc.guyerzeller.com
w.wuethrich@hsbc.guyerzeller.com

**guzman**

abuchner@guzman.com
crodriguez@guzman.com
geguilior@guzman.com
jbell@guzman.com
leoguzman@guzman.com
lguzman@guzman.com
mgoodman@guzman.com
mkguzman@guzman.com
wrobertson@guzman.com

**gvie**

llapilus@gvie.generali.fr

**gweiss**

glenn.goldstein@gweiss.com

**gwkinc**

bmoreland@gwkinc.com
cdevens@gwkinc.com
edurey@gwkinc.com
ewhite@gwkinc.com
jfox@gwkinc.com
jlemaitre@gwkinc.com
jowens@gwkinc.com
jthibault@gwkinc.com
jwelsh@gwkinc.com
jwhitney@gwkinc.com
kbonin@gwkinc.com
lschneider@gwkinc.com
mgudaitis@gwkinc.com
mkane@gwkinc.com
mtourigny@gwkinc.com
mvroom@gwkinc.com
nangell@gwkinc.com
scurry@gwkinc.com
smcintyre@gwkinc.com
tduff@gwkinc.com

**Company & Corresponding Email Addresses**

**gwl**
    beth.panek@gwl.com
    bill.mccallum@gwl.com
    bruce.masters@gwl.com
    cathe.tocher@gwl.com
    christian.seiferth@gwl.com
    daniel.post@gwl.com
    dennis.hobein@gwl.com
    diane.felske@gwl.com
    donna.means@gwl.com
    ernie.friesen@gwl.com
    eve.hampton@gwl.com
    james.lowery@gwl.com
    janet.hurkett@gwl.com
    jason.e.wright@gwl.com
    jers@gwl.com
    john.clouthier@gwl.com
    larisa.dora@gwl.com
    lorrie.lynn@gwl.com
    mark.corbett@gwl.com
    matt.mccain@gwl.com
    matthew.amsberry@gwl.com
    mitchell.graye@gwl.com
    nancy.himelstieb@gwl.com
    nathan.mariner@gwl.com
    paul.oh@gwl.com
    paul.runnalls@gwl.com
    prestin.read@gwl.com
    ray.miller@gwl.com
    sam.moyn@gwl.com
    susan.trahan@gwl.com
    tad.anderson@gwl.com
    tanya.dyjak@gwl.com
    teresa.walter@gwl.com
    thone.gdovin@gwl.com
    tina.tanaka-ishida@gwl.com
    tom.johnson@gwl.com
    tom.wilkinson@gwl.com
    ward.argust@gwl.com
    wayne.hoffmann@gwl.com
**gwrwealth**
    gwr@gwrwealth.com
**gwu**
    kjasmin@gwu.edu
**gz-bank**
    alexandra.broenner@gz-bank.de
    andrea.stolz@gz-bank.de
    angelika.grob@gz-bank.de
    eric.hofmann@gz-bank.de
    frank.weber@gz-bank.de
    holger.sahner@gz-bank.de
    jochen.krawietz@gz-bank.de
    karin.bleuel@gz-bank.de
    nikolaus.sillem@gz-bank.de

## Company & Corresponding Email Addresses
olaf.trenner@gz-bank.de
padraig.langtry@gz-bank.ie
stefan.traut@gz-bank.de
ursula.elser@gz-bank.de

### haam
heiko.woessner@haam.de

### hafm
florian.schuhbeck@hafm.de
frank.hoppe@hafm.de
nino.vonfinck@hafm.de
osman.bayro@hafm.de
stefan.guenther@hafm.de
wolfgang.kleedoerfer@hafm.de

### hagemeyer
ballegooijenjhvan@hagemeyer.com
mapletoftbj@hagemeyer.com
vosrjwde@hagemeyer.com
wolfelde@hagemeyer.com
wouterseaj@hagemeyer.com

### halbis
aidan.solloway@halbis.com
angus.parker@halbis.com
charles.robinson@halbis.com
david.carter@halbis.com
david.finch@halbis.com
james.shervington@halbis.com
jose.cuervo@halbis.com
mary-ann.chang@halbis.com
nicholas.dowell@halbis.com
nick.timberlake@halbis.com
phil.oakley@halbis.com
se-ting.frenzel@halbis.com
simon.bennett@halbis.com
simon.sharp@halbis.com
siobhan.cass@halbis.com
steve.chappell@halbis.com
steven.bowen@halbis.com
tian.q.chen@halbis.com

### halcyonll
lmoro@halcyonll.com

### halcyonllc
afriedman@halcyonllc.com
agoldberg@halcyonllc.com
asavella@halcyonllc.com
byorke@halcyonllc.com
byoung@halcyonllc.com
cball@halcyonllc.com
cdworkin@halcyonllc.com
cfenske@halcyonllc.com
cmason@halcyonllc.com
czhou@halcyonllc.com
dcrocker@halcyonllc.com
ebarnes@halcyonllc.com
fsteindler@halcyonllc.com

## Company & Corresponding Email Addresses

gdunican@halcyonllc.com
gkostakis@halcyonllc.com
ifernandez@halcyonllc.com
jcoppola@halcyonllc.com
jfisher@halcyonllc.com
jgodley@halcyonllc.com
jgreene@halcyonllc.com
jholley@halcyonllc.com
jorringer@halcyonllc.com
jwolnick@halcyonllc.com
khall@halcyonllc.com
koei@halcyonllc.com
ksingh@halcyonllc.com
llebard@halcyonllc.com
mfrangos@halcyonllc.com
mgarg@halcyonllc.com
mhicks@halcyonllc.com
mmantschev@halcyonllc.com
mrepaci@halcyonllc.com
nfox@halcyonllc.com
nlamotte@halcyonllc.com
pdesai@halcyonllc.com
rbendixen@halcyonllc.com
rcarpio@halcyonllc.com
rvirani@halcyonllc.com
rwilliams@halcyonllc.com
rwu@halcyonllc.com
schuentan@halcyonllc.com
scornick@halcyonllc.com
sgoldstein@halcyonllc.com
smandis@halcyonllc.com
stan@halcyonllc.com
tnocella@halcyonllc.com
tom@halcyonllc.com
tsolomon@halcyonllc.com
twallach@halcyonllc.com
vmohan@halcyonllc.com
wward@halcyonllc.com

### halcyonpartnerships

ekonopko@halcyonpartnerships.com
hkofman@halcyonpartnerships.com
jbader@halcyonpartnerships.com
jsykes@halcyonpartnerships.com
kkonner@halcyonpartnerships.com
lkarcsh@halcyonpartnerships.com
lross@halcyonpartnerships.com
mtobin@halcyonpartnerships.com
research@halcyonpartnerships.com
sbell@halcyonpartnerships.com
tburnett@halcyonpartnerships.com
tdunn@halcyonpartnerships.com

### halifax

john.hope@halifax.co.uk
kimshort@halifax.co.uk

**Company & Corresponding Email Addresses**

richardmyers@halifax.co.uk
tonyclark@halifax.co.uk

**halkbank**

aycaevrim.nalcaci@halkbank.com.tr
ertays@halkbank.kz
mehmethakan.atilla@halkbank.com.tr
murat.uysal@halkbank.com.tr
serhat.sefer@halkbank.com.tr

**halliburton**

edward.eichelberger@halliburton.com
gloria.warren@halliburton.com
hong.zhu@halliburton.com
paul.guthrie@halliburton.com
preston.holsinger@halliburton.com
richard.whiles@halliburton.com
stacie.jarrett@halliburton.com
steven.mathews2@halliburton.com
tim.despain@halliburton.com
troy.davis@halliburton.com
wendy.rachuk@halliburton.com

**halliburtonir**

jelliott@halliburtonir.com

**halpel**

harpel@halpel.com

**halybank**

daurenk@halybank.kz

**halykbank**

aliyayes@halykbank.kz
asela@halykbank.kz
askars@halykbank.kz
balzhani@halykbank.kz
erkebulant@halykbank.kz
gainii@halykbank.kz
kantar@halykbank.kz
sabitkh@halykbank.kz

**hamburglb**

jens.mumme@hamburglb.co.uk

**hanabank**

angsoo2.kim@hanabank.com
bhkim@hanabank.com
byungholee@hanabank.com
changwonmoon@hanabank.com
chji@hanabank.com
chulminchoi@hanabank.com
chunsukjung@hanabank.com
cmsong@hanabank.com
cwyun@hanabank.com
daehyukyoo@hanabank.com
dk_lee@hanabank.com
dwlee@hanabank.com
ghhan@hanabank.co.kr
ghhan@hanabank.com
heuychullee@hanabank.com
hjpark@hanabank.com.hk

**Company & Corresponding Email Addresses**

hn_kim@hanabank.com
hojaechoi@hanabank.com
hsoh@hanabank.com
hwanjoolee@hanabank.com
hyunbae.kim@hanabank.com
hyungjunan@hanabank.com
hyungonnoh@hanabank.com
inwoojung@hanabank.com
jaehwanlee@hanabank.com
jaeiklee@hanabank.com
jaejinyang@hanabank.com
jaewonpark@hanabank.com
jehyeongyu@hanabank.com
jennylee@hanabank.com
jeongeun@hanabank.com
jeongwonchoi@hanabank.com
jerry.son@hanabank.com
jgsong@hanabank.com
jh.cheong@hanabank.com
jheun@hanabank.com
jhpark@hanabank.com
jihoon2.park@hanabank.com
jilee@hanabank.com
jinheecho@hanabank.com
jinjoo.ok@hanabank.com
jspark@hanabank.co.kr
jungmincha@hanabank.com
jwjeong@hanabank.com
jyjeon@hanabank.com
kajung@hanabank.com
keehwankim@hanabank.com
khany@hanabank.com
kisukok@hanabank.com
kj.kim@hanabank.com
kthan@hanabank.com
kuihyunyou@hanabank.com
kyunghoonchang@hanabank.com
mchong@hanabank.com
munkiseo@hanabank.com
sangbin.park@hanabank.com
sanghoonkim@hanabank.com
sangyoonkim@hanabank.com
seungyonglee@hanabank.com
sj.moon@hanabank.com
skchoi@hanabank.com
skji@hanabank.com.hk
sklee@hanabank.com
sspark@hanabank.com
sucheolkim@hanabank.com
suncholchoi@hanabank.com
sungwookcho@hanabank.com
sy.kim@hanabank.com
uyjung@hanabank.com
ws.hong@hanabank.com

**Company & Corresponding Email Addresses**

yeunyongji@hanabank.com
yk.choi@hanabank.com
yoonsangkim@hanabank.com
yoosookhong@hanabank.com
yunsooo@hanabank.com

**hanastock**
hijung@hanastock.co.kr

**hancock**
jcsanderson@hancock.com

**hancockbank**
aimee_forsythe@hancockbank.com
deedee_rutland@hancockbank.com
gerry_dugal@hancockbank.com
janet_white@hancockbank.com
kathy_ryan@hancockbank.com
kristy_sramek@hancockbank.com
paul_queyrouze@hancockbank.com
sandra_young@hancockbank.com

**hancockhorizon**
shaw_breland@hancockhorizon.com

**handelsbanbanken**
cejo04@handelsbanbanken.se

**handelsbanken**
agfr02@handelsbanken.se
albo01@handelsbanken.no
alna01@handelsbanken.se
alpa02@handelsbanken.se
anak02@handelsbanken.se
anbr12@handelsbanken.se
ando01@handelsbanken.se
anha68@handelsbanken.se
anjo44@handelsbanken.se
anni15@handelsbanken.se
aser03@handelsbanken.se
assa02@handelsbanken.se
bebo03@handelsbanken.se
bera02@handelsbanken.se
bewa04@handelsbanken.se
bjro1@handelsbanken.com
cace05@handelsbanken.se
cacr01@handelsbanken.se
caha04@handelsbanken.se
cama04@handelsbanken.se
chcr02@handelsbanken.se
chha10@handelsbanken.se
chjo08@handelsbanken.se
chpe14@handelsbanken.se
chsu@handelsbanken.se
clmo01@handelsbanken.se
daho03@handelsbanken.se
dala01@handelsbanken.se
dane02@handelsbanken.no
daol04@handelsbanken.se
dasi01@handelsbanken.se

## Company & Corresponding Email Addresses

edpe01@handelsbanken.se
elja04@handelsbanken.se
erhu02@handelsbanken.se
evsa02@handelsbanken.se
evta01@handelsbanken.se
frca03@handelsbanken.se
frla01@handelsbanken.se
frma05@handelsbanken.se
frmo01@handelsbanken.se
frsj03@handelsbanken.se
frsu04@handelsbanken.se
gyca01@handelsbanken.se
hagr04@handelsbanken.se
heah01@handelsbanken.se
hean04@handelsbanken.se
hees02@handelsbanken.se
heje02@handelsbanken.se
heli04@handelsbanken.se
heol03@handelsbanken.se
hesa06@handelsbanken.se
hona04@handelsbanken.se
hypa01@handelsbanken.se
jach04@handelsbanken.se
jano01@handelsbanken.se
jasa09@handelsbanken.se
jefr03@handelsbanken.se
jiha01@handelsbanken.se
jisa01@handelsbanken.se
joah01@handelsbanken.se
joal06@handelsbanken.se
joba01@handelsbanken.se
jobu02@handelsbanken.se
joby03@handelsbanken.se
joda04@handelsbanken.se
jogu01@handelsbanken.se
jojo07@handelsbanken.se
joka01@handelsbanken.se
joma21@handelsbanken.se
josa12@handelsbanken.se
josc03@handelsbanken.se
josc04@handelsbanken.se
josp01@handelsbanken.se
jowe03@handelsbanken.se
kany04@handelsbanken.se
kavi03@handelsbanken.se
kebl01@handelsbanken.se
kemu01@handelsbanken.se
kewe02@handelsbanken.se
kjhe03@handelsbanken.se
kjno02@handelsbanken.se
kjor02@handelsbanken.se
klgr01@handelsbanken.se
knmo01@handelsbanken.no
kral03@handelsbanken.se

**Company & Corresponding Email Addresses**

krbj02@handelsbanken.se
laan06@handelsbanken.se
lefr01@handelsbanken.se
lila04@handelsbanken.se
lite02@handelsbanken.se
mabr08@handelsbanken.se
mace01@handelsbanken.se
macl01@handelsbanken.se
mael10@handelsbanken.se
maer22@handelsbanken.se
maga02@handelsbanken.se
mahy01@handelsbanken.se
maka13@handelsbanken.se
mako02@handelsbanken.se
mala61@handelsbanken.se
mali81@handelsbanken.se
mama20@handelsbanken.se
mast39@handelsbanken.se
mato01@handelsbanken.se
matti.sulamaa@handelsbanken.fi
mawi01@handelsbanken.se
miah02@handelsbanken.se
mier03@handelsbanken.se
mife01@handelsbanken.se
migr02@handelsbanken.se
mima01@handelsbanken.se
mise03@handelsbanken.se
miwa02@handelsbanken.se
miwe01@handelsbanken.se
moal01@handelsbanken.se
nife01@handelsbanken.se
nihe03@handelsbanken.se
nija02@handelsbanken.se
olli02@handelsbanken.se
osak01@handelsbanken.se
pabe04@handelsbanken.se
pain02@handelsbanken.se
pamc03@handelsbanken.se
paol01@handelsbanken.se
para02@handelsbanken.se
pash01@handelsbanken.se
pean23@handelsbanken.se
pebj07@handelsbanken.se
pebo02@handelsbanken.se
pefa05@handelsbanken.se
pehv01@handelsbanken.se
pejo03@handelsbanken.se
peli20@handelsbanken.se
penu01@handelsbanken.se
pese01@handelsbanken.se
pesi01@handelsbanken.se
peur01@handelsbanken.se
piha01@handelsbanken.se
ribo01@handelsbanken.se

**Company & Corresponding Email Addresses**

rihi01@handelsbanken.se
rili01@handelsbanken.se
scep01@handelsbanken.se
simo01@handelsbanken.se
sisi01@handelsbanken.se
soge02@handelsbanken.se
stda06@handelsbanken.se
stha01@handelsbanken.se
stje01@handelsbanken.se
stli03@handelsbanken.se
stli12@handelsbanken.se
stny01@handelsbanken.se
stro05@handelsbanken.se
stwa05@handelsbanken.se
suur01@handelsbanken.se
test01@handelsbanken.se
thah03@handelsbanken.se
than09@handelsbanken.se
thre02@handelsbanken.se
tobl02@handelsbanken.se
toho08@handelsbanken.se
toiw01@handelsbanken.se
tojo04@handelsbanken.se
toma01@handelsbanken.se
towe03@handelsbanken.se
ulah01@handelsbanken.se
ulbo03@handelsbanken.se
ulri02@handelsbanken.se
ulso04@handelsbanken.se
ulst06@handelsbanken.se
yvlu01@handelsbanken.se

**hanifen**

rnew@hanifen.com

**hanmail**

e901246@hanmail.net
eskimhk@hanmail.net
gabjoongkim@hanmail.net
hanlee2@hanmail.net
harry65@hanmail.net
jongsoo6537@hanmail.net
kimhhyuung@hanmail.net
kimjong63@hanmail.net
km000kim@hanmail.net
njhwang01@hanmail.net
papillon707@hanmail.net
patrickryoo@hanmail.net
samkang1@hanmail.net
seabong@hanmail.net
seaboong@hanmail.net
sikingakari@hanmail.net
syang01@hanmail.net
syrae@hanmail.net
wooksdw@hanmail.net

**hannover-re**

**Company & Corresponding Email Addresses**

harald.schenk@hannover-re.com

**hanovercapital**

jim.strickler@hanovercapital.com

phong.huynh@hanovercapital.com

**hanoverstrategic**

bbaird@hanoverstrategic.com

**hansa**

anna.kouts@hansa.ee

aron.jalakas@hansa.ee

art.lestberg@hansa.ee

darius.gecevicius@hansa.ee

helen.ree2@hansa.ee

kristel.talvar@hansa.ee

piret.viskus@hansa.ee

**hansabanka**

alina.beguna@hansabanka.lv

egons.strazdins@hansabanka.lv

elmars.priksans@hansabanka.lv

ingrida.bluma@hansabanka.lv

liene.kule@hansabanka.lv

**hanseatic-ny**

bbeaty@hanseatic-ny.com

**hanson**

jread@hanson.co.uk

**hansonplc**

karl.fenlon@hansonplc.com

**hansra**

gurdeep@hansra.co.uk

**hanvb**

christiane.backhaus@hanvb.de

**hanvitbank**

derivatives@hanvitbank.co.kr

gudeal@hanvitbank.co.kr

hylee@hanvitbank.co.kr

mjh1234@hanvitbank.co.kr

nslee@hanvitbank.co.kr

sanghoon.ahn@hanvitbank.co.kr

shyoon@hanvitbank.co.kr

yckim@hanvitbank.co.kr

**hanwaamerican**

ynakagawa@hanwaamerican.com

**hapoalim**

doris.pfiffner@hapoalim.ch

harry.tscharner@hapoalim.ch

ilan.wurmser@hapoalim.ch

jonathan.kilbey@hapoalim.ch

mark.beasley@hapoalim.ch

xavier.mugnier@hapoalim.ch

**hapoalimusa**

adong@hapoalimusa.com

cwagner@hapoalimusa.com

ewinter@hapoalimusa.com

flopiccolo@hapoalimusa.com

glubiner@hapoalimusa.com

## Company & Corresponding Email Addresses

hmm@hapoalimusa.com
hweissler@hapoalimusa.com
jkaplan@hapoalimusa.com
kschmidt@hapoalimusa.com
mandersen@hapoalimusa.com
mbiondollilo@hapoalimusa.com
mvento@hapoalimusa.com
rbrooksklueber@hapoalimusa.com
sbreidbart@hapoalimusa.com
sromanowski@hapoalimusa.com
tmolloy@hapoalimusa.com
wcicio@hapoalimusa.com
zrubinstein@hapoalimusa.com

**hapolimusa**
lraffa@hapolimusa.com

**hapsa**
madlen.thonhauser@hapsa.de

**harborviewgrowth**
acarryl@harborviewgrowth.com
agarceau@harborviewgrowth.com
mmandel@harborviewgrowth.com
rcarryl@harborviewgrowth.com
rpiazza@harborviewgrowth.com

**harchcapital**
jfarrace@harchcapital.com

**harcourtgeneral**
pgibbons@harcourtgeneral.com

**hardingllc**
jdrury@hardingllc.com

**harleysvillegroup**
jmorris2@harleysvillegroup.com
mcummins@harleysvillegroup.com

**harleysvillesavings**
rgeib@harleysvillesavings.com

**harmonic**
alyssa.lebner@harmonic.ky
dirk.teunissen@harmonic.ky

**harrisbank**
ag.anglum@harrisbank.com
alan.tso@harrisbank.com
albin.littell@harrisbank.com
amy.plyler@harrisbank.com
andrew.waisburd@harrisbank.com
anita.mei@harrisbank.com
annette.love@harrisbank.com
anthony.comorat@harrisbank.com
antonio.ramos@harrisbank.com
boyd.eager@harrisbank.com
brent.schutte@harrisbank.com
brian.benesch@harrisbank.com
brian.gawin@harrisbank.com
brian.moeller@harrisbank.com
brian.skarbek@harrisbank.com
brian.zeitz@harrisbank.com

**Company & Corresponding Email Addresses**

carl.lindokken@harrisbank.com
carol.lyons@harrisbank.com
carole.christakis@harrisbank.com
carolyn.lane@harrisbank.com
catherine.cooper@harrisbank.com
catherine.krawitz@harrisbank.com
cathy.kravitz@harrisbank.com
charles.georgas@harrisbank.com
charles.howes@harrisbank.com
charles.o'connell@harrisbank.com
charles.rowe@harrisbank.com
charlie.sloan@harrisbank.com
chris.hatch@harrisbank.com
christopher.lucchetti@harrisbank.com
christy.mcgee@harrisbank.com
cindy.holmes@harrisbank.com
clay.pruitt@harrisbank.com
connie.song@harrisbank.com
dan.sido@harrisbank.com
daniela.mardarovici@harrisbank.com
dave.maley@harrisbank.com
david.boesel@harrisbank.com
david.canon@harrisbank.com
david.gregg@harrisbank.com
david.keller@harrisbank.com
david.peckenpaugh@harrisbank.com
david.risner@harrisbank.com
deborah.jefferson@harrisbank.com
dharris@harrisbank.com
diane.greczek@harrisbank.com
donald.coxe@harrisbank.com
doug.thornton@harrisbank.com
edward.keating@harrisbank.com
emma.nunn@harrisbank.com
eric.hu@harrisbank.com
ernesto.ramos@harrisbank.com
fredric.azar@harrisbank.com
gary.canon@harrisbank.com
george.selby@harrisbank.com
glenna.anderson@harrisbank.com
graham.bentz@harrisbank.com
gregory.blasucci@harrisbank.com
gregory.hartje@harrisbank.com
heidi.westland@harrisbank.com
irina.pacheco@harrisbank.com
jack.ablin@harrisbank.com
jack.mcgrath@harrisbank.com
james.dunn@harrisbank.com
james.dunne@harrisbank.com
james.hagedorn@harrisbank.com
james.jones@harrisbank.com
jamesl.farrell@harrisbank.com
jason.hans@harrisbank.com
jay.ritter@harrisbank.com

**Company & Corresponding Email Addresses**

jeffrey.nepote@harrisbank.com
jennifer.craig@harrisbank.com
joanne.norvell@harrisbank.com
john.patterson@harrisbank.com
jolene.madurzak@harrisbank.com
joseph.peddrick@harrisbank.com
julie.mcgrath@harrisbank.com
karen1.warner@harrisbank.com
karil.gaut@harrisbank.com
kathy.young@harrisbank.com
ken.mangiantini@harrisbank.com
kenneth.gimbel@harrisbank.com
kerri.donovan@harrisbank.com
kimberly.keywell@harrisbank.com
kimberly.mcmahon@harrisbank.com
laura.alter@harrisbank.com
laura.chiappetta@harrisbank.com
laurel.schirr@harrisbank.com
lindadiehl.wilson@harrisbank.com
louise.diethhlem@harrisbank.com
lynn.arntzen@harrisbank.com
marek.ciszewski@harrisbank.com
mark.heuer@harrisbank.com
mark.sansoterra@harrisbank.com
mark.wimer@harrisbank.com
marye.anderson@harrisbank.com
matthew.bender@harrisbank.com
matthew.griswold@harrisbank.com
maureen.svagera@harrisbank.com
melanie.malone@harrisbank.com
michael.janik@harrisbank.com
michael.papciak@harrisbank.com
michelle.hill@harrisbank.com
mike.mcnicholas@harrisbank.com
mike.sullivan@harrisbank.com
monique.rhue@harrisbank.com
natalie.drungle@harrisbank.com
noel.pawlak@harrisbank.com
pat.roche@harrisbank.com
patrick.keating@harrisbank.com
paul.king@harrisbank.com
paul.snyder@harrisbank.com
peggy.lowder@harrisbank.com
philip.young@harrisbank.com
phillip.krauss@harrisbank.com
richard.lowes@harrisbank.com
rick.block@harrisbank.com
robert.decker@harrisbank.com
robert.mckeen@harrisbank.com
robert.schurer@harrisbank.com
ronee.greazel@harrisbank.com
ruth.richardson@harrisbank.com
sara.klabacha@harrisbank.com
scott.hansen@harrisbank.com

## Company & Corresponding Email Addresses

sean.curry@harrisbank.com
shun.dyes@harrisbank.com
steve.krisik@harrisbank.com
steven.ricchio@harrisbank.com
susan.hines@harrisbank.com
temilade.oyeniyi@harrisbank.com
thomas.ballent@harrisbank.com
thomas.lettenberger@harrisbank.com
thomas.lewis@harrisbank.com
timothy.gleason@harrisbank.com
todd.barre@harrisbank.com
tom.johnson@harrisbank.com
tony.fout@harrisbank.com
w.isom@harrisbank.com
william.leszinske@harrisbank.com
william.meehling@harrisbank.com
william.palmer@harrisbank.com
ylanda.wilhite@harrisbank.com

**harrisbanks**
carole.saliture@harrisbanks.com

**harrismycfo**
jay.morley@harrismycfo.com
joseph.knecht@harrismycfo.com

**harrisnesbitt**
christian.nolan@harrisnesbitt.com
chuck.hohman@harrisnesbitt.com
nathalie.houde@harrisnesbitt.com
ronald.kirchler@harrisnesbitt.com

**hartfordfinancial**
ebanderson@hartfordfinancial.com
gbsimson@hartfordfinancial.com
lpbrundage@hartfordfinancial.com

**hartfordlife**
dan.guilbert@hartfordlife.com
jennifer.murphy@hartfordlife.com
kyle_senk@hartfordlife.com
mfapricing@hartfordlife.com
phyllis.seeger@hartfordlife.com
plagonig@hartfordlife.com

**hartzcapital**
matthew.martelli@hartzcapital.com
michael.fleming@hartzcapital.com

**hartzmountain**
noah.lerner@hartzmountain.com

**harvardbusiness**
ebrown@harvardbusiness.org

**haspa**
achim.lange@haspa.de
christian.kuemmel@haspa.de
christian.pudelek-vonbloh@haspa.de
florence.micheel@haspa.de
hanspeter.karstens@haspa.de
joachim.koehne@haspa.de
kerstin.kruse@haspa.de

**Company & Corresponding Email Addresses**

klaus.kruse@haspa.de
martin.kruse@haspa.de
mathias.loll@haspa.de
thorsten.balla@haspa.de

**hauck-aufhaeuser**

adrian.bernard@hauck-aufhaeuser.de
albrecht.gohlke@hauck-aufhaeuser.de
alfred.junker@hauck-aufhaeuser.de
andreas.schmidt@hauck-aufhaeuser.de
andreas.weiss@hauck-aufhaeuser.de
bastian.freitag@hauck-aufhaeuser.de
bettina.chasse@hauck-aufhaeuser.lu
burkhard.allgeier@hauck-aufhaeuser.de
franz.welsch@hauck-aufhaeuser.de
guido.schmidt@hauck-aufhaeuser.de
holger.sauerbier@hauck-aufhaeuser.de
ilona.korsch@hauck-aufhaeuser.de
jens.schott@hauck-aufhaeuser.de
jens.wissel@hauck-aufhaeuser.de
kirsten.meissner@hauck-aufhaeuser.lu
michael.schramm@hauck-aufhaeuser.de
robert.fruechtl@hauck-aufhaeuser.de
sabine.hummel@hauck-aufhaeuser.de
sebastian.reuter@hauck-aufhaeuser.de
sven.madsen@hauck-aufhaeuser.de
thomas.philipp@hauck-aufhaeuser.de
thomas.wiesner@hauck-aufhaeuser.de
treasury.f@hauck-aufhaeuser.de
vv.m@hauck-aufhaeuser.de

**havencapital**

tom@havencapital.com

**hawkglobal-us**

ddayan@hawkglobal-us.com
mmaikoksoong@hawkglobal-us.com
pspivack@hawkglobal-us.com

**hawkinsmcentee**

maria@hawkinsmcentee.com

**hawthorn-pnc**

harris.bernstein@hawthorn-pnc.net

**hbk**

abonilla@hbk.com
agowda@hbk.com
akannan@hbk.com
apoole@hbk.com
areeves@hbk.com
atroitskaya@hbk.com
bansel@hbk.com
bdias@hbk.com
bdufief@hbk.com
bheller@hbk.com
bmiller@hbk.com
borr@hbk.com
bpaasche@hbk.com
bpark@hbk.com

**Company & Corresponding Email Addresses**

cdevore@hbk.com
cleonard@hbk.com
cmccallister@hbk.com
cmoore@hbk.com
cnelson@hbk.com
cnettune@hbk.com
corpre@hbk.com
cshufeldt@hbk.com
cstephens@hbk.com
cwysong@hbk.com
dcase@hbk.com
dhaley@hbk.com
dmascolo@hbk.com
dmirovitski@hbk.com
dschumer@hbk.com
dtan@hbk.com
dzarchan@hbk.com
ediamond@hbk.com
egriffis@hbk.com
ehamel@hbk.com
ekirby@hbk.com
emartel@hbk.com
emin@hbk.com
estiles@hbk.com
eventdriven@hbk.com
ewesteren@hbk.com
fbaseggio@hbk.com
fpackard@hbk.com
gkavanaugh@hbk.com
gthomas@hbk.com
gutley@hbk.com
gwilson@hbk.com
hkorenvaes@hbk.com
iabyzov@hbk.com
iboroditsky@hbk.com
ikohlbacher@hbk.com
jakhtar@hbk.com
jbray@hbk.com
jconklin@hbk.com
jestes@hbk.com
jhermance@hbk.com
jhibbard@hbk.com
jingram@hbk.com
jirons@hbk.com
jlowry@hbk.com
jmeyers@hbk.com
jnew@hbk.com
jomalley@hbk.com
jpiampiano@hbk.com
jpost@hbk.com
jsabat@hbk.com
jschmitt@hbk.com
jsergeant@hbk.com
jstallings@hbk.com

**Company & Corresponding Email Addresses**

jtom@hbk.com
jwang@hbk.com
jyunger@hbk.com
kcollins@hbk.com
keccles@hbk.com
kellis@hbk.com
khirsh@hbk.com
kmarca@hbk.com
koneal@hbk.com
lfoster@hbk.com
lhasson@hbk.com
lkreis@hbk.com
llebowitz@hbk.com
mczapliskie@hbk.com
mdecker@hbk.com
mdeturck@hbk.com
mgalovic@hbk.com
mgopu@hbk.com
mhsueh@hbk.com
mkhatri@hbk.com
mleffers@hbk.com
mlukesch@hbk.com
mluth@hbk.com
mmaroongroge@hbk.com
mpusateri@hbk.com
mschachter@hbk.com
msullivan@hbk.com
munderwood@hbk.com
nfeckl@hbk.com
ngupta@hbk.com
nheilmann@hbk.com
nhonda@hbk.com
nikos@hbk.com
nlangan@hbk.com
nsaito@hbk.com
nshah@hbk.com
nsinghal@hbk.com
pcarvell@hbk.com
pchalasani@hbk.com
pliu@hbk.com
pzhao@hbk.com
qwang@hbk.com
rbooth@hbk.com
rganti@hbk.com
rlaragh@hbk.com
rshaeffer@hbk.com
rsheklin@hbk.com
rsmall@hbk.com
rwarren@hbk.com
rwish@hbk.com
sallen@hbk.com
sgeorge@hbk.com
shenderson@hbk.com
skertsman@hbk.com

**Company & Corresponding Email Addresses**

slops@hbk.com
smarusa@hbk.com
smckinney@hbk.com
sneumann@hbk.com
spadowitz@hbk.com
sparker@hbk.com
squek@hbk.com
swhite@hbk.com
thart@hbk.com
tsaito@hbk.com
twaugh@hbk.com
usr@hbk.com
vkurella@hbk.com
vpogharian@hbk.com
wrose@hbk.com
wtsang@hbk.com
xmiao@hbk.com
ygolod@hbk.com

**hbl**

ilzes@hbl.lv

**hbosplc**

mikeellis@hbosplc.com

**hbosts**

robertmanson@hbosts.com

**hbs**

phecht@hbs.edu

**hbss**

billo@hbss.com
danielp@hbss.com
joec@hbss.com

**hcb**

h8315262@hcb.co.kr

**hcm-ag**

tportig@hcm-ag.de

**hcminvest**

harold.siegel@hcminvest.com

**hcmlp**

ablanchette@hcmlp.com
aeidson@hcmlp.com
ahicks@hcmlp.com
aholesko@hcmlp.com
ajenkins@hcmlp.com
alenge@hcmlp.com
amundassery@hcmlp.com
ashah@hcmlp.com
astearns@hcmlp.com
awalia@hcmlp.com
awelch@hcmlp.com
bborud@hcmlp.com
bbroadbent@hcmlp.com
bbrown@hcmlp.com
bcornelius@hcmlp.com
bhome@hcmlp.com
bkorngut@hcmlp.com

## Company & Corresponding Email Addresses

blane@hcmlp.com
blegg@hcmlp.com
blohrding@hcmlp.com
bmeans@hcmlp.com
bmiltenberger@hcmlp.com
bmitts@hcmlp.com
bpope@hcmlp.com
bvoss@hcmlp.com
camoore@hcmlp.com
ccolvin@hcmlp.com
choward@hcmlp.com
chyman@hcmlp.com
cjoseph@hcmlp.com
cmawn@hcmlp.com
cmethvin@hcmlp.com
cmoore@hcmlp.com
cnilsen@hcmlp.com
cpaipanandiker@hcmlp.com
cpittman@hcmlp.com
cwikert@hcmlp.com
dblanks@hcmlp.com
ddeadman@hcmlp.com
ddrabinski@hcmlp.com
djohnson@hcmlp.com
djones@hcmlp.com
dmartin@hcmlp.com
dsimek@hcmlp.com
dthomas@hcmlp.com
dwalls@hcmlp.com
dwhite@hcmlp.com
egonzalez@hcmlp.com
egunnerson@hcmlp.com
epowell@hcmlp.com
fmason@hcmlp.com
gmahmud@hcmlp.com
gstuecheli@hcmlp.com
gtewari@hcmlp.com
jambrose@hcmlp.com
jcarty@hcmlp.com
jcifuentes@hcmlp.com
jdondero@hcmlp.com
jdougherty@hcmlp.com
jeberlin@hcmlp.com
jferrell@hcmlp.com
jgalante@hcmlp.com
jgreen@hcmlp.com
jhennegan@hcmlp.com
jhuntington@hcmlp.com
jinnes@hcmlp.com
jjaramillo@hcmlp.com
jjimenez@hcmlp.com
jkaspar@hcmlp.com
jlamensdorf@hcmlp.com
jlee@hcmlp.com

## Company & Corresponding Email Addresses

jliu@hcmlp.com
jlvovich@hcmlp.com
jmano@hcmlp.com
jmcauliffe@hcmlp.com
jmorgan@hcmlp.com
jpfertner@hcmlp.com
jpoglitsch@hcmlp.com
jrobinson@hcmlp.com
jrozali-wathooth@hcmlp.com
jshilkett@hcmlp.com
jsigmon@hcmlp.com
jstaggs@hcmlp.com
jstuart@hcmlp.com
jterry@hcmlp.com
jtomlin@hcmlp.com
jwootton@hcmlp.com
jyang@hcmlp.com
jziegler@hcmlp.com
jzimmermann@hcmlp.com
kenoch@hcmlp.com
kkapadia@hcmlp.com
kmcgovern@hcmlp.com
kplumer@hcmlp.com
krourke@hcmlp.com
kshahbaz@hcmlp.com
ktoudouze@hcmlp.com
lbritain@hcmlp.com
lbrown@hcmlp.com
lvoiles@hcmlp.com
mbadros@hcmlp.com
mbeard@hcmlp.com
mchavarriaga@hcmlp.com
mcolvin@hcmlp.com
mdownen@hcmlp.com
mdunham@hcmlp.com
mgray@hcmlp.com
mhasenauer@hcmlp.com
mlemme@hcmlp.com
mmanzo@hcmlp.com
mmartinson@hcmlp.com
mokada@hcmlp.com
mpassmore@hcmlp.com
mrich@hcmlp.com
mschnabel@hcmlp.com
mtolusic@hcmlp.com
mtrahan@hcmlp.com
mturner@hcmlp.com
nalfermann@hcmlp.com
nchura@hcmlp.com
nhall@hcmlp.com
nhegde@hcmlp.com
nhukill@hcmlp.com
nkwok@hcmlp.com
nlosey@hcmlp.com

**Company & Corresponding Email Addresses**

nmeserve@hcmlp.com
nspeicher@hcmlp.com
nwiejun@hcmlp.com
ocastelino@hcmlp.com
ohill@hcmlp.com
pboyce@hcmlp.com
pbush@hcmlp.com
pchung@hcmlp.com
pconner@hcmlp.com
pdaugherty@hcmlp.com
pdougherty@hcmlp.com
pganucheau@hcmlp.com
phendershot@hcmlp.com
pkauffman@hcmlp.com
praju@hcmlp.com
proos@hcmlp.com
psakungew@hcmlp.com
rchen@hcmlp.com
rernst@hcmlp.com
rjakob@hcmlp.com
rlinden@hcmlp.com
rwatson@hcmlp.com
salarcon@hcmlp.com
sbashrum@hcmlp.com
scarlson@hcmlp.com
scott.johnson@hcmlp.com
sglasgow@hcmlp.com
sgroves@hcmlp.com
sgupta@hcmlp.com
smuns@hcmlp.com
snoble@hcmlp.com
sramamurthy@hcmlp.com
sschembri@hcmlp.com
ssmith@hcmlp.com
standberg@hcmlp.com
tbaldwin@hcmlp.com
tcarter@hcmlp.com
thastan@hcmlp.com
thuang@hcmlp.com
tjackson@hcmlp.com
tkuchler@hcmlp.com
tnau@hcmlp.com
tparker@hcmlp.com
tpelzel@hcmlp.com
tpereira@hcmlp.com
tsingh@hcmlp.com
tstern@hcmlp.com
ttravers@hcmlp.com
twilcher@hcmlp.com
vchong@hcmlp.com
vlui@hcmlp.com
wblack@hcmlp.com
wwachtel@hcmlp.com
wzang@hcmlp.com

**Company & Corresponding Email Addresses**

**hcmny**

adamc@hcmny.com
adolfo.oliete@hcmny.com
akhurana@hcmny.com
alandy@hcmny.com
alex.chudner@hcmny.com
amy.edwards@hcmny.com
amy.flikerski@hcmny.com
andrew.cavalli@hcmny.com
andrew.giaime@hcmny.com
aris@hcmny.com
bob@hcmny.com
brandon.gargiulo@hcmny.com
brian.kolodny@hcmny.com
carlh@hcmny.com
carolyn.rubin@hcmny.com
cary.choi@hcmny.com
chris.casale@hcmny.com
chris.edele@hcmny.com
chrise@hcmny.com
christian.coronado@hcmny.com
cnobile@hcmny.com
damir.durkovic@hcmny.com
david.hwang@hcmny.com
davidz@hcmny.com
dbrenner@hcmny.com
dduggan@hcmny.com
deannac@hcmny.com
dennis.dempsey@hcmny.com
didier.lecorps@hcmny.com
dimas.serrano@hcmny.com
dmiller@hcmny.com
doug.booton@hcmny.com
edick@hcmny.com
edite.agolli@hcmny.com
elizabeth.holly@hcmny.com
emily.kakel@hcmny.com
esther.weihnacht@hcmny.com
faisal.syed@hcmny.com
fi-mo@hcmny.com
frank.caccio@hcmny.com
gabriel.riedel@hcmny.com
gary.german@hcmny.com
george.xanthakys@hcmny.com
glennd@hcmny.com
gokce.ataman@hcmny.com
gregory.eisenhart@hcmny.com
henrys@hcmny.com
izinn@hcmny.com
james.moore@hcmny.com
james.thalacker@hcmny.com
jamesj@hcmny.com
jan.faller@hcmny.com
janine.rosa@hcmny.com

**Company & Corresponding Email Addresses**

jdorfman@hcmny.com
jennifer.pomerantz@hcmny.com
jgoldner@hcmny.com
jhempel@hcmny.com
jim.glen@hcmny.com
john.dacles@hcmny.com
jonathan.segal@hcmny.com
jordan.miller@hcmny.com
jose.gonzalez@hcmny.com
joseph.deluca@hcmny.com
joseph.fioretta@hcmny.com
josh.silverstein@hcmny.com
joshua.kramer@hcmny.com
jzhukovs@hcmny.com
kamran.kashef@hcmny.com
keith.davan@hcmny.com
kent.bailey@hcmny.com
kkolodzi@hcmny.com
kyle.corigliano@hcmny.com
lauren.bradbury@hcmny.com
lchin@hcmny.com
luis.dejesus@hcmny.com
marcus.weiss@hcmny.com
mark.jennings@hcmny.com
markv@hcmny.com
massimo.marolo@hcmny.com
matthew.cohen@hcmny.com
matthew.kay@hcmny.com
matthew.klein@hcmny.com
mdworkin@hcmny.com
merber@hcmny.com
michael.kalnicki@hcmny.com
michael.kim@hcmny.com
mlopez@hcmny.com
nogrady@hcmny.com
patrick.sullivan@hcmny.com
paul.gamerdinger@hcmny.com
pderose@hcmny.com
peter.rodwick@hcmny.com
pgruss@hcmny.com
ravi.galav@hcmny.com
rbeck@hcmny.com
rcalarco@hcmny.com
richards@hcmny.com
rishi.modi@hcmny.com
ross.cardon@hcmny.com
salil.sharma@hcmny.com
scott.mclellan@hcmny.com
scott.wittenberg@hcmny.com
scottw@hcmny.com
sean.slotterback@hcmny.com
sheron.xing@hcmny.com
simon.seneor@hcmny.com
stephen.grisanti@hcmny.com

## Company & Corresponding Email Addresses

steve.ardovini@hcmny.com
subu.venkataraman@hcmny.com
tim.kelly@hcmny.com
victoria.houston@hcmny.com
whit.armstrong@hcmny.com
william.eigen@hcmny.com
william.mcculloch@hcmny.com
yul.tobaly@hcmny.com

### hcn
caath205@hcn.zaq.ne.jp

### hcsbnj
djsalamone@hcsbnj.com
jkranz@hcsbnj.com
mdmccambridge@hcsbnj.com
pmiddleton@hcsbnj.com
telaird@hcsbnj.com

### hdbs
alexlee@hdbs.com.my

### hdq
dkaizerman@hdq.iai.co.il
ekatz@hdq.iai.co.il
mesagiv@hdq.iai.co.il

### healthcare
cwchoi@healthcare.co.kr
skyway33@healthcare.co.kr

### hei
blee@hei.com
cbueno@hei.com
jfukuji@hei.com
shollinger@hei.com

### heidelberg
barbara.markwitz@heidelberg.com
bernd.bublies@heidelberg.com
bernd.hampele@heidelberg.com
herbert.meyer@de.heidelberg.com

### heineken
a.ruys@heineken.com
d.hazelwood@heineken.com
j.f.vanboxmeer@heineken.com
jmerbel@heineken.nl
l.willing@heineken.com
lucia.bergamini@heineken.com
mark.dotinga@heineken.com
n.w.vanpopta@heineken.com
o.s.adebanji@heineken.com
r.huuftgraafland@heineken.com
r.n.m.wesseling@heineken.com
r.stokvis@heineken.com

### heinekenusa
fvanderminne@heinekenusa.com

### helaba
alan-james.noble@helaba.de
andre.bening@helaba.de
andreas.petrie@helaba.de

## Company & Corresponding Email Addresses

angelika.brandmaier@helaba.de
annette.langner@helaba.de
antje.fischer@helaba.de
barbara.wolf@helaba.de
beatrix.goebel@helaba.de
bernd.backhaus@helaba.de
bernd.deutscher@helaba.de
bjoern.bluemke@helaba.de
bruno.sommer@helaba.de
carsten.sausner@helaba.de
christian.altmeyer@helaba.de
christian.ebner@helaba.de
christian.forma@helaba.de
christian.gantz@helaba.de
christian.schmidt@helaba.de
christophe.braouet@helaba.de
claudia.stehling@helaba.de
claudius.siegel@helaba.de
clifford.tjiok@helaba.de
curtis.jenouri@helaba.de
daniel.chouchane@helaba.de
daniel.mitental@helaba.de
daniela.kebbekus@helaba.de
dietmar.hoehne@helaba.de
dirk.mohr@helaba.de
eckhard.sauter@helaba.de
elke.blass@helaba.de
eric.pfeiffer@helaba.de
frank.aschenbach@helaba.de
frank.schaefer@helaba.de
fritz.kandora@helaba.de
gerrit.raupach@helaba.de
guenther.schaefer@helaba.de
guido.allehoff@helaba.de
hans.utech@helaba.de
hans-bernhard.schreiber@helaba.de
hans-peter.murmann@helaba.de
henning.rosendahl@helaba.de
holger.kleinbrahm@helaba.de
holger.scharpenack@helaba.de
imo.homfeld@helaba.de
ingeborg.warschke@helaba.de
ingo.curdt@helaba.de
jan.koczwara@helaba.de
jan-peter.otto@helaba.de
jens.doering@helaba.de
jens.gronemann@helaba.de
joerg.henrich.kranz@helaba.de
joerg.zimmermann@helaba.de
johannes.haidl@helaba.de
juergen.hofer@helaba.de
jutta.miedenberger@helaba.de
karl-wilhelm.neeb@helaba.de
klaus.bohl@helaba.de

## Company & Corresponding Email Addresses

klaus-dieter.hoss@helaba.de
lars.mulfinger@helaba.de
manuel.schemann@helaba.de
marco.rautenberg@helaba.de
marcus.herkle@helaba.de
marcus.reinhardt@helaba.de
marcus.winkler@helaba.de
mark.dammers@helaba.de
markus.boelsing@helaba.de
markus.dieter@helaba.de
markus.theobald@helaba.de
martin.annigoefer@helaba.de
martin.scheele@helaba.de
michael.berger@helaba.de
michael.burckhart@helaba.de
nadja.rockel@helaba.de
nicole.boehringer@helaba.de
nicole.mildenberger-honel@helaba.de
norbert.braeuer@helaba.de
norbert.schraad@helaba.de
patrick.wellnitz@helaba.de
perhendrik.bertilsson@helaba.de
peter.kobiela@helaba.de
petra.barthenheier@helaba.de
petra.kutschera@helaba.de
pia.horlebein@helaba.de
pia.lehto@helaba.de
pier-giorgio.danella@helaba.de
rainald.hentze@helaba.de
rainer.krick@helaba.de
ralf.bedranowsky@helaba.de
ralph.bachmann@helaba.de
reinhard.redeker@helaba.de
rolf.pierags@helaba.de
rolf.reichardt@helaba.de
soenke.pfraenger@helaba.de
stefan.bungarten@helaba.de
stefanie.marx@helaba.de
stephan.eichhorn@helaba.de
thomas.geier@helaba.de
thomas.pohl@helaba.de
thomas.skill@helaba.de
thomas.weidmann@helaba.de
tina.rosenkranz@helaba.de
traudel.hasenstab@helaba.de
uwe.petzler@helaba.de
val.diggin@helaba.de
walter.schulte-herbrueggen@helaba.de
werner.hofmann@helaba.de

### helaba-invest

ai-phungluu@helaba-invest.de
axel.zeuner@helaba-invest.de
christian.schwarz@helaba-invest.de
christiansaalfrank@helaba-invest.de

## Company & Corresponding Email Addresses

eberhardhaug@helaba-invest.de
ernstneff@helaba-invest.de
hanssprenger@helaba-invest.de
hansstuke@helaba-invest.de
jochenhuengerle@helaba-invest.de
juergencorbet@helaba-invest.de
lenamurid@helaba-invest.de
luis.varela@helaba-invest.de
martin.efferz@helaba-invest.de
mirko.schulz@helaba-invest.de
nina.sokolovski@helaba-invest.de
olaftecklenburg@helaba-invest.de
peterreeh@helaba-invest.de
rainer.wagner@helaba-invest.de
ralf.johannsen@helaba-invest.de
ralfbusse@helaba-invest.de
ralphlau@helaba-invest.de
rerras@helaba-invest.de
robert.leopold@helaba-invest.de
sascha.rieken@helaba-invest.de
soenketimm@helaba-invest.de
templin@helaba-invest.de
toralfkuehn@helaba-invest.de
uwezeissner@helaba-invest.de
wernerlykowsky@helaba-invest.de

### helaba-trust
dennis.nacken@helaba-trust.de
michael.motzer@helaba-trust.de

### heliosgr
nick@heliosgr.com
seth@heliosgr.com

### heliosgrp
jason@heliosgrp.com
jatin@heliosgrp.com
rick@heliosgrp.com
roupen@heliosgrp.com

### helixlp
lbranton@helixlp.com
xzhang@helixlp.com

### hellenicbank
g.michaelides@hellenicbank.com.cy

### hellerfin
abeirne@hellerfin.com
asmith@hellerfin.com
jpellegrino@hellerfin.com
kroemer@hellerfin.com
lwolf@hellerfin.com
phayes@hellerfin.com
pomeara@hellerfin.com
streanor@hellerfin.com
sziemke@hellerfin.com

### hellmanjordan
ebrown@hellmanjordan.com
jjordan@hellmanjordan.com

## Company & Corresponding Email Addresses

jshaughnessy@hellmanjordan.com
lradomski@hellmanjordan.com
mhale@hellmanjordan.com
ngleys@hellmanjordan.com
rfrank@hellmanjordan.com
rjordan@hellmanjordan.com
tdelaney@hellmanjordan.com
wjohannesson@hellmanjordan.com

**helvetia**
benedikt.kuehne@helvetia.ch
silvia.kuratli@helvetia.ch
young-kil.park@helvetia.ch

**helvetiapatria**
bjoern.olsson@helvetiapatria.ch
gilbert.luethy@helvetiapatria.ch
jean.hertenstein@helvetiapatria.ch
john.noorlander@helvetiapatria.ch
marc.wydler@helvetiapatria.ch
markus.brechbuehl@helvetiapatria.ch
matthias.priebs@helvetiapatria.ch
michael.angehrn@helvetiapatria.ch
stefano.parisotto@helvetiapatria.ch
yvan.eble@helvetiapatria.ch

**henkel**
andre.hagen@henkel.com
andrea.doebbel@henkel.com
andrea.haschke@henkel.com
helmut.nuhn@henkel.com
joachim.jaeckle@henkel.com
joerg.raichle@henkel.de
lothar.steinebach@henkel.com
oliver.luckenbach@henkel.com
pierre.brusselmans@henkel.com
raphaela.dohm@henkel.com
sean.larmon@henkel.com
sebastian.reiff@henkel.com
sylvester.heyn@henkel.com
tim.lange@henkel.com
veronica.barbieri@henkel.com
wenwen.liao@henkel.com
wolfgang.beynio@henkel.com

**henkle**
sabine.shel@henkle.com

**henrykaufman**
atara@henrykaufman.com
glenn@henrykaufman.com

**herculesoffshore**
cmuirhead@herculesoffshore.com

**herewego**
rroberts@herewego.com

**heritagefunds**
don.glassman@heritagefunds.com

**heritageinvestors**
dstone@heritageinvestors.com

**Company & Corresponding Email Addresses**

himcresearch@heritageinvestors.com
jkennedy@heritageinvestors.com
research@heritageinvestors.com

**hermes**

a.blair@hermes.co.uk
a.duckworth@hermes.co.uk
a.evans@hermes.co.uk
a.quelch@hermes.co.uk
b.biragnet@hermes.co.uk
b.randall@hermes.co.uk
c.flood@hermes.co.uk
c.oshea@hermes.co.uk
c.walsh@hermes.co.uk
d.curling@hermes.co.uk
d.finch@hermes.co.uk
d.harrison@hermes.co.uk
d.hemming@hermes.co.uk
d.leeding@hermes.co.uk
d.lysaght@hermes.co.uk
d.nash@hermes.co.uk
d.patel@hermes.co.uk
d.roff@hermes.co.uk
e.brandwood@hermes.co.uk
e.inegbu@hermes.co.uk
e.mcmullan@hermes.co.uk
e.monaghan@hermes.co.uk
e.stuart@hermes.co.uk
e.tedesco@hermes.co.uk
f.vanerio@hermes.co.uk
g.allen@hermes.co.uk
g.hawney@hermes.co.uk
g.strang@hermes.co.uk
h.winch@hermes.co.uk
i.kirby@hermes.co.uk
j.mayor@hermes.co.uk
j.mcelroy@hermes.co.uk
j.murphy@hermes.co.uk
j.tillotson@hermes.co.uk
k.mckale@hermes.co.uk
k.miller@hermes.co.uk
k.pettam@hermes.co.uk
l.kamhi@hermes.co.uk
m.banks@hermes.co.uk
m.carter@hermes.co.uk
m.fagan@hermes.co.uk
m.furber@hermes.co.uk
m.hersee@hermes.co.uk
m.miah@hermes.co.uk
m.sanders@hermes.co.uk
m.steer@hermes.co.uk
m.weston@hermes.co.uk
m.whittaker@hermes.co.uk
michael.witt@hermes.co.uk
n.labram@hermes.co.uk

**Company & Corresponding Email Addresses**

n.patel@hermes.co.uk
p.bisbing@hermes.co.uk
p.bisping@hermes.co.uk
p.coe@hermes.co.uk
p.davidson@hermes.co.uk
p.mccubbins@hermes.co.uk
p.smith@hermes.co.uk
p.steward@hermes.co.uk
p.syms@hermes.co.uk
r.clarke@hermes.co.uk
r.clements@hermes.co.uk
r.fortune@hermes.co.uk
r.lake@hermes.co.uk
r.patel@hermes.co.uk
s.ferguson@hermes.co.uk
s.soquar@hermes.co.uk
s.thackeray@hermes.co.uk
t.woodward@hermes.co.uk
v.nimmalapudi@hermes.co.uk
v.tan@hermes.co.uk
w.rosingh@hermes.co.uk
y.karachalios@hermes.co.uk
y.okuda@hermes.co.uk

**hero**
marco.gadola@hero.ch

**hertz**
jcarroll@hertz.com
lbabus@hertz.com
rrillings@hertz.com

**hestercapital**
chester@hestercapital.com
eboyce@hestercapital.com
flabatt@hestercapital.com
gunner@hestercapital.com
jblackman@hestercapital.com
jroberts@hestercapital.com
kwhitt@hestercapital.com
pmoomaw@hestercapital.com
sneuen@hestercapital.com

**hexcel**
david.berges@hexcel.com

**hf-ccfbank**
mondati@hf-ccfbank.ch

**hfw1**
bgersonde@hfw1.com
djeffery@hfw1.com
kjeffery@hfw1.com
msinishtaj@hfw1.com
mwilliams@hfw1.com
tcole@hfw1.com

**hgk**
aec@hgk.com
anthony@hgk.com
apuglissi@hgk.com

**Company & Corresponding Email Addresses**

arothstein@hgk.com
cgerne@hgk.com
david@hgk.com
efuhrman@hgk.com
greg@hgk.com
lwimer@hgk.com
mpendergast@hgk.com
pcarlson@hgk.com

**hh**

hayashi_toshitake@hh.smbc.co.jp
miyano_motoko@hh.smbc.co.jp
otsubo_miki@hh.smbc.co.jp
suzuki_mami@hh.smbc.co.jp

**hhhinfo**

kgardner@hhhinfo.org
tjudd@hhhinfo.org

**hhmi**

abramsb@hhmi.org
barnardm@hhmi.org
boerick@hhmi.org
gaojun@hhmi.org
hanline@hhmi.org
haydenm@hhmi.org
ittnerd@hhmi.org
kimjae@hhmi.org
kitsouli@hhmi.org
kolyerr@hhmi.org
matneyr@hhmi.com
meadm@hhmi.org
palmerin@hhmi.org
paulette@hhmi.org
penarczyks@hhmi.org
penderr@hhmi.org
perachik@hhmi.org
plotnick@hhmi.org

**hhs**

preich@hhs.net

**hiab**

jonas.lycksell@hiab.com
lars.ersson@hiab.com

**hibernia**

aganucheau@hibernia.com
ewyatt@hibernia.com
gafranci@hibernia.com
gnbrauni@hibernia.com
msirera@hibernia.com
pjdaniel@hibernia.com
pteten@hibernia.com
rbhebert@hibernia.com
styner@hibernia.com

**hiberniabank**

dseemann@hiberniabank.com
kreed@hiberniabank.com
tvillaferra@hiberniabank.com

**Company & Corresponding Email Addresses**

**highbride**
david.mele@highbride.com

**highbridge**
adam.bernstein@highbridge.com
alex.itskov@highbridge.com
alissa.rubin@highbridge.com
allister.paul@highbridge.com
amcaree@highbridge.com
brian.bidadi@highbridge.com
brian.joffe@highbridge.com
cgerman@highbridge.com
chris.barnett@highbridge.com
chris.chan@highbridge.com
chris.cox@highbridge.com
daniel.stern@highbridge.com
danielle.aoki@highbridge.com
danny.santiago@highbridge.ky
david.mele@highbridge.com
dean.siokas@highbridge.com
dkey@highbridge.com
esapoff@highbridge.com
fumihiko.ito@highbridge.com
galway@highbridge.ky
greg.kish@highbridge.com
gvogelman@highbridge.com
howard.feitelberg@highbridge.ky
jasone@highbridge.com
jeff.carlson@highbridge.com
jennifer.failla@highbridge.com
john.murphy@highbridge.com
kdrankie@highbridge.com
kieran.einersen@highbridge.com
kiran.sujanani@highbridge.com
maggie.yuen@highbridge.com
marc.creatore@highbridge.com
marc.zimman@highbridge.com
matthew.johnston@highbridge.com
mberg@highbridge.com
mhoffman@highbridge.com
mine.demirdogen@highbridge.com
nancy.davis@highbridge.com
nelbogen@highbridge.com
patricia.chao@highbridge.com
patricia.morrissey@highbridge.com
patrick.yeghnazar@highbridge.com
plogan@highbridge.com
priya.krishana@highbridge.com
quyen.tran@highbridge.com
robert.freund@highbridge.com
rspayde@highbridge.com
ryan.haskett@highbridge.com
sachin.divecha@highbridge.com
samir.bhatt@highbridge.com
thomasg@highbridge.com

**Company & Corresponding Email Addresses**

tim.abbott@highbridge.com
todd.leon@highbridge.com
todd.phin@highbridge.com
tom.oneill@highbridge.com
wilson.liu@highbridge.com
yolanda.fragliossi@highbridge.com

**highlandcap**
dmoore@highlandcap.com

**highlandsamrel**
ddziadis@highlandsamrel.com

**highviewcap**
jason.gerstein@highviewcap.com

**hiid**
flarrain@hiid.harvard.edu

**hillswickasset**
dolores.gillap@hillswickasset.com

**hilti**
andreas.stoschek@hilti.com

**hilton**
chris_bell@hilton.com
james_mason@hilton.com

**himcap**
joe.vari@himcap.com
omar@himcap.com

**himco**
adam.tonkinson@himco.com
alan.buck@himco.com
amanda.abdella@himco.com
andrew.downer@himco.com
anna.kastrilevich@himco.com
anuj.chandra@himco.com
atanas.malinov@himco.com
atanas.manilov@himco.com
bill.lu@himco.com
bill.meaney@himco.com
brad.waitsman@himco.com
bradleye.dyslin@himco.com
carlos.rodriguez@himco.com
christopher.heller@himco.com
christopher.zeppieri@himco.com
christopherl.croteau@himco.com
corson.maley@himco.com
david.stevenson@himco.com
deane.gyllenhaal@himco.com
donaldk.lin@himco.com
elaine.nigro@himco.com
ellen.odonnell@himco.com
garritt.conover@himco.com
heather.carlson@himco.com
hugh.whelan@himco.com
hyemin.ryu@himco.com
james.f.jackson@himco.com
james.hill@himco.com
james.ong@himco.com

**Company & Corresponding Email Addresses**

jamesr.meyers@himco.com
jan.grindrod@himco.com
jared.hudson@himco.com
jeffrey.capone@himco.com
john.blase@himco.com
john.carolan@himco.com
john.krementowski@himco.com
jonathan.glaser@himco.com
josephine.shea@himco.com
jun.han@himco.com
karl.kampfmann@himco.com
kurt.cubbage@himco.com
lucas.smith@himco.com
lynn.dayton@himco.com
mark.midura@himco.com
mark.whitsitt@himco.com
mary.hyland@himco.com
matt.elliott@himco.com
matthew.friend@himco.com
matthew.zewinski@himco.com
michael.gray@himco.com
michelle.fortier@himco.com
michelle.halvorsen@himco.com
patrick.sullivan@himco.com
paul.bukowski@himco.com
ralph.taddeo@himco.com
richard.king@himco.com
rick.vansteenbergen@himco.com
robert.parsons@himco.com
ronald.mendel@himco.com
ryan.bloom@himco.com
samuel.adu@himco.com
scotta.andreson@himco.com
shannon.miemiec@himco.com
shelley.everson@himco.com
shelly.everson@himco.com
spencer.ruhl@himco.com
steve.kalmin@himco.com
todd.jorgensen@himco.com
william.king2@himco.com
william.parry@himco.com

**hipotecario**
pgarciaalbaladejo@hipotecario.com.ar
**hispeed**
donald.feliser@hispeed.ch
**hitachi-eu**
romain.clark@hitachi-eu.com
takashi-hiho.mizohata@hitachi-eu.com
**hjheinz**
john.jankowski@hjheinz.com
kathy.thomas@hjheinz.com
meg.nollen@us.hjheinz.com
**hjheinze**
leonard.cullo@us.hjheinze.com

## Company & Corresponding Email Addresses

**hkb**
jwong@hkhses.hkb.com

**hkbankaustria**
terry.lee@hkbankaustria.com

**hkbea**
kuoj@hkbea.com

**hk-ca-indosuez**
michael.chae@hk-ca-indosuez.com

**hkjc**
keith.s.yuen@hkjc.org.hk
tang.roger.cs@hkjc.org.hk

**hkma**
adrian_sm_au_yeung@hkma.gov.hk
amy_yt_yip@hkma.gov.hk
andrew_mc_wu@hkma.gov.hk
angela_kw_sze@hkma.gov.hk
ann_yf_kwan@hkma.gov.hk
barry_kc_yip@hkma.gov.hk
carita_pm_wan@hkma.gov.hk
carrie_kc_chan@hkma.gov.hk
daniel_kk_chan@hkma.gov.hk
david_wl_chow@hkma.gov.hk
debbie_ty_lo@hkma.gov.hk
dennis_kw_lam@hkma.gov.hk
echng@hkma.gov.hk
eddie_wm_yue@hkma.gov.hk
effie_yao@hkma.gov.hk
elizabeth_wl_choi@hkma.gov.hk
evans_ck_lui@hkma.gov.hk
frances_ts_lee@hkma.gov.hk
francis_sc_chu@hkma.gov.hk
gordon_sk_tsui@hkma.gov.hk
gxqian@hkma.gov.hk
henry_f_cheng@hkma.gov.hk
hmiao@hkma.gov.hk
jason_tw_lo@hkma.gov.hk
jessica_wk_szeto@hkma.gov.hk
josephine_th_wong@hkma.gov.hk
josie_cy_wong@hkma.gov.hk
judy_lk_cheung@hkma.gov.hk
karen_lm_cheng@hkma.gov.hk
ken_py_cheng@hkma.gov.hk
kenneth_sk_ko@hkma.gov.hk
kent_cy_chen@hkma.gov.hk
kim_kt_chong@hkma.gov.hk
kim-hung_li@hkma.gov.hk
kitty_hy_lai@hkma.gov.hk
matsui@hkma.gov.hk
miranda_wy_cheng@hkma.gov.hk
percy_yw_ng@hkma.gov.hk
priscilla_cy_chan@hkma.gov.hk
raymond_bo@hkma.gov.hk
raymond_ym_yip@hkma.gov.hk
rex_hw_tang@hkma.gov.hk

## Company & Corresponding Email Addresses

rftchan@hkma.gov.hk
stefan_gerlach@hkma.gov.uk
susan_km_cheng@hkma.gov.hk
ted_wt_cheung@hkma.gov.hk
twwchan@hkma.gov.hk
vincent_ws_lee@hkma.gov.hk
winnie_wy_kan@hkma.gov.hk
wyin@hkma.gov.hk
wyndham_mh_leung@hkma.gov.hk
xiangrong_jin@hkma.gov.hk
yik-ko_mo@hkma.gov.hk
zoe_sy_cheung@hkma.gov.hk

### hlaba
marco.fischer@hlaba.de

### hmausa
cyoon@hmausa.com
rpark@hmausa.com

### hmc
alperins@hmc.harvard.edu
atanasiu@hmc.harvard.edu
bradleyj@hmc.harvard.edu
cormierd@hmc.harvard.edu
fleisss@hmc.harvard.edu
fullerj@hmc.harvard.edu
goddessk@hmc.harvard.edu
kotichaa@hmc.harvard.edu
leonardl@hmc.harvard.edu
mathurs@hmc.harvard.edu
mcdonald@hmc.harvard.edu
reinolda@hmc.harvard.edu
snowd@hmc.harvard.edu
stankusg@hmc.harvard.edu
swaps@hmc.harvard.edu
szemanc@hmc.harvard.edu
yeltekin@hmc.harvard.edu
zuzics@hmc.harvard.edu

### hnanbank
sangsoo2.kim@hnanbank.com

### hncb
carrielin@hncb.com.tw
chingfang@hncb.com.tw
chinteh@hncb.com.tw
crystalszu@hncb.com.tw
cynthiahuang@ms1.hncb.com.tw
dragon@ms1.hncb.com.tw
ericobu@hncb.com.tw
garyobu@hncb.com.tw
garyobu@ms1.hncb.com.tw
geeng@hncb.com.tw
gray@ms1.hncb.com.tw
hn07000@hncb.com.tw
hn07000@ms.hncb.com.tw
hn07000@msl.hncb.com.tw
hsuan@hncb.com.tw

## Company & Corresponding Email Addresses

jeffery.chen@hncb.com.tw
jennyliu@hncb.com.tw
jimliu@ms1.hncb.com.tw
jonathan@ms1.hncb.com.tw
julialo@ms1.hncb.com.tw
liruc@hncb.com.tw
lisatsai@hncb.com.tw
mattlin@ms1.hncb.com.tw
mei@hncb.com.tw
mom.chen@hncb.com.tw
rayyf@hncb.com.tw
sam8771.huang@hncb.com.tw
shining.wang@hncb.com.tw

### hncbank
hweierbach@hncbank.com
mhigh@hncbank.com
tmilazzo@hncbank.com

### hncbworld
cha4240@hncbworld.com
jgbong@hncbworld.com
jhhong11@hncbworld.com
kjj59@hncbworld.com
leeki@hncbworld.com

### ho
akira_naya@ho.rokinbank.or.jp
hiroshi_ishiga@ho.rokinrenbank.or.jp
kanri@ho.rokinbank.or.jp
masashi_kageyama@ho.rokinbank.or.jp
noriko_horie@ho.rokinbank.or.jp
shinichi_yuki@ho.rokinbank.or.jp
syunichi_matsuba@ho.rokinbank.or.jp
yutaka_arikawa@ho.rokinbank.or.jp

### hol
spymar@hol.gr
steen@hol.gr

### holbridge
khaines@holbridge.com

### hollandbeleggingsgroep
harry.vermeij@hollandbeleggingsgroep.nl

### hollandcap
cbhathena@hollandcap.com
dfrank@hollandcap.com
hbaby@hollandcap.com
ljanus@hollandcap.com
mwalker@hollandcap.com
nzimmerman@hollandcap.com
ohelfrey@hollandcap.com
smcdermott@hollandcap.com
tvanvuren@hollandcap.com

### home
arun.motianey@home.com
baitconsulting@home.com
bigspec@home.com
davidnlawrence@home.com

**Company & Corresponding Email Addresses**

poos@home.nl

**homeside**

cjmalling@homeside.com
hhaas@homeside.com
jbotterb@homeside.com
jhahn@homeside.com
mkgoeller@homeside.com
pwweigold@homeside.com
smgarces@homeside.com
wmkozdras@homeside.com

**homestake**

dan_ellecamp@homestake.com

**honeywell**

charles.chesebrough@honeywell.com
dan.gallagher@honeywell.com
dave.cote@honeywell.com
david.glover@honeywell.com
dee.colby@honeywell.com
dja.cfo@honeywell.com
doug.kitani@honeywell.com
edward.amberger@honeywell.com
elena.doom@honeywell.com
gregory.wowkun@honeywell.com
harry.sim@honeywell.com
harsh.bansal@honeywell.com
jack.bolick@honeywell.com
jay.burden@honeywell.com
john.mikros@honeywell.com
jon.lippin@honeywell.com
josh.shannon@honeywell.com
leonard.lovito@honeywell.com
michael.zeltser@honeywell.com
nicholas.noviello@honeywell.com
peter.zornio@honeywell.com
roger.fradin@honeywell.com
roger.matthews@honeywell.com
sharon.reed@honeywell.com
simon.james@honeywell.com
todd.trapp@honeywell.com

**hopewellcapital**

jmckay@hopewellcapital.com

**horizon-asset**

kfranklin@horizon-asset.co.uk

**hotmail**

afc88@hotmail.com
allugman@hotmail.com
amgcap@hotmail.com
apmfx@hotmail.com
brianaylieff@hotmail.com
candidog@hotmail.com
charlottehetzel@hotmail.com
chuanyusun@hotmail.com
douming_su@hotmail.com
dvan75@hotmail.com

## Company & Corresponding Email Addresses

expkim@hotmail.com
gillsmith1@hotmail.com
givingstone@hotmail.com
gkhusler@hotmail.com
hdekergrohen@hotmail.com
homerhou@hotmail.com
jendrockthomas@hotmail.com
jin.binliang@hotmail.com
jinping.yao@hotmail.com
johncobb@hotmail.com
johnryan@hotmail.com
jsjun2@hotmail.com
junjkim@hotmail.com
keithespinosa@hotmail.com
kvsamueldbq@hotmail.com
mark_paulson@hotmail.com
matthewmosetick@hotmail.com
matthewwheele@hotmail.com
maxroessler@hotmail.ch
mhendarman@hotmail.com
mwchen@hotmail.com
mwcunn@hotmail.com
nclw@hotmail.com
nj0167858215@hotmail.com
oscar1967@hotmail.com
pressjoshua@hotmail.com
purbanc@hotmail.com
qkrn2884@hotmail.com
rameshmorjaria@hotmail.com
redaniel55@hotmail.com
richardmusch@hotmail.com
rickyhowe@hotmail.com
rmontano@hotmail.com
rockyp33@hotmail.com
sby3000@hotmail.com
sergiodutto@hotmail.com
shenglt@hotmail.com
stevekimb@hotmail.com
swillson@hotmail.com
sycho99@hotmail.com
wrhuff1@hotmail.com
ydj0611@hotmail.com

### hottinguer-jph
cpaul-renard@hottinguer-jph.com
fgrivory@hottinguer-jph.com

### hough
cradigan@hough.com
dgeller@hough.com
rfiel@hough.com

### hourglasscapital
dgardner@hourglasscapital.com
hhemphill@hourglasscapital.com
jmoffet@hourglasscapital.com
jtobin@hourglasscapital.com

**Company & Corresponding Email Addresses**

jwaldrep@hourglasscapital.com
nphare@hourglasscapital.com
rfinch@hourglasscapital.com

**household**

bafoster@household.com
bbmoss@household.com
cheryl.f.steffens@household.com
david.schoenholz@household.com
djfatina@household.com
edancona@household.com
jmschaller@household.com
madeluca@household.com
mwunruh@household.com
peter.maher@household.com
raup@household.com
rlbesse@household.com
tatreadwell@household.com

**howeandrusling**

ebyers@howeandrusling.com
lglauser@howeandrusling.com
melliott@howeandrusling.com
msisson@howeandrusling.com
rprorok@howeandrusling.com
sking@howeandrusling.com
tmiraglia@howeandrusling.com
trusling@howeandrusling.com
vrusso@howeandrusling.com

**hp**

aamir.shah@hp.com
adam.rivera@hp.com
anthony.buchanan@hp.com
ara.hamamjian@hp.com
arthur.johnson@hp.com
asa.svanstrom@hp.com
cheryl_gorman@hp.com
donald.jackson@hp.com
elizabeth_obershaw@hp.com
emmanuel_de-martel@hp.com
enrique.padilla@hp.com
fredrik.bernold@hp.com
garard.brossard@hp.com
gavin_odonoghue@hp.com
greg_milani@hp.com
guillermo.viveros@hp.com
heike_hollands@hp.com
jackie.gross@hp.com
james.gonzalez@hp.com
jeff.lifschin@hp.com
jim.h.chiang@hp.com
jim.mcnaught@hp.com
joe.lee@hp.com
jono.tunney@hp.com
joyce.cacal@hp.com
juan.eraso@hp.com

**Company & Corresponding Email Addresses**

ken_frier@hp.com
kevin.lazenby@hp.com
laurent.colmat@hp.com
liang-khoon.koh@hp.com
martin.ragnartz@hp.com
mike.nold@hp.com
nancy.mcmillan@hp.com
olga.marruffo@hp.com
prakash.jothee@hp.com
richard.olson2@hp.com
robert_chen@hp.com
sbilter@hp.com
sean.heihr@hp.com
stacy.donohue@hp.com
steve.fieler@hp.com
stuart.gibbs@hp.com
thomasa@hp.com
tom_lobene@hp.com
tony_altobelli@hp.com
victor.chow@hp.com
william.schenher@hp.com

**hpfb**
chris.patronis@hpfb.com
desiree.kraser@hpfb.com
habib.elam@hpfb.com
michael.furlong@hpfb.com

**hrbanque**
fmermet@hrbanque.fr

**hrgestion**
aderouge@hrgestion.fr
ldeydier@hrgestion.fr

**hrh**
gdgd@hrh.com

**hsam**
joe.bowman@hsam.co.uk

**hsaml**
elsachen@hsaml.com
frances@hsaml.com
thomas@hsaml.com

**hsb**
james_rowan@hsb.com
jon_simonian@hsb.com
steven_fazo@hsb.com

**hsbc**
adriankhoo@hsbc.com.hk
alfredskyip@hsbc.com.hk
ameliang@hsbc.com.hk
amhcnc@hsbc.com.hk
amy.m.c.chan@hsbc.com.hk
andrew.d.gibson@us.hsbc.com
andrew.shire@us.hsbc.com
andrew.yeates@us.hsbc.com
andy.s.ryden@hsbc.com
anitaowchan@hsbc.com.hk

**Company & Corresponding Email Addresses**

anne.dubon@us.hsbc.com
anniechai@hsbc.com.hk
athenapang@hsbc.com.hk
audrey.a.w.zau@hsbc.com.hk
avinderbindra@hsbc.com.hk
barrie.a.king@bob.hsbc.com
betty.y.law@bob.hsbc.com
bill.burke@us.hsbc.com
bruce.hamilton@us.hsbc.com
c.baker@hsbc.com.hk
carla.ajaka@hsbc.com
catharinemswong@hsbc.com.hk
catherine.l.jimenez@hsbc.com
catherinebrett@hsbc.com
ceciliapaddington@hsbc.com
cedrix.sanon@hsbc.com
charles.d.hayley-bell@us.hsbc.com
charlielaughton-scott@hsbc.com
chase.van.der.rhoer@us.hsbc.com
chris.spooner@hsbc.com
claudia.stetter@hsbc.com
cynthia.chan@hsbc.com
cynthiang@hsbc.com.hk
daisuke.d.kitamura@hsbc.com.hk
dane.k.commissiong@bob.hsbc.com
danielmassey@hsbc.com
daphnesung@hsbc.com.hk
dave.webber@hsbc.com
david.budihardjo@hsbc.com.hk
david.morin@us.hsbc.com
david.stuart@hsbc.com
davidchick@hsbc.com
davidhodgkinson@hsbc.com
dimitri.x.raevsky@us.hsbc.com
dominic.t.powell@bob.hsbc.com
donna.mills@hsbc.com
douglasflint@hsbc.com
dwayne.l.outerbridge@bob.hsbc.com
eddieching@hsbc.com.hk
emmalatto@hsbc.com
eoin.mast@us.hsbc.com
ericvergniere@hsbc.com
frank.packard@hsbc.co.jp
fred.lewis@hsbc.com
gautamkakar@hsbc.com
geoffreybarker@hsbc.com.hk
gill.tate@hsbc.com
gillian.fuller@hsbc.com
gracemychan@hsbc.com.hk
grahamyoung@hsbc.com
grant.mackenzie@hsbc.com
gregwhite@hsbc.com.hk
guybridge@hsbc.com
hae.man.chu@us.hsbc.com

## Company & Corresponding Email Addresses

harald.kvaale@us.hsbc.com
hilaryleung@hsbc.com.hk
howard.gorman@us.hsbc.com
ilin.ng@us.hsbc.com
iris.awerbuch@us.hsbc.com
isaak.inoyatov@us.hsbc.com
ivy.s.y.lam@hsbc.com.hk
jackharrison@hsbc.com
james.a.combias@us.hsbc.com
james.e.rossman@us.hsbc.com
james.y.yao@us.hsbc.com
janetcorbin@hsbc.com
jayant.rikhye@hsbc.com
jbblanthorne@hsbc.com
jeffrey.m.abbott@bob.hsbc.com
jenine.langrish@hsbc.com
jennifer.a.kiefaber@us.hsbc.com
jessyyang@hsbc.com.hk
jimmykwpun@hsbc.com.hk
jobevington@hsbc.com
joe.harpster@us.hsbc.com
joe.mosca@us.hsbc.com
john.1.scott@hsbc.com
john.f.brophy@us.hsbc.com
john.longo@hsbc.com
john.p.deluca@us.hsbc.com
joram.friedman@us.hsbc.com
joseph.travaglione@us.hsbc.com
julia.m.godino@hsbc.com
julieziepe@hsbc.com
karenabrahall@hsbc.com
keith.schult@us.hsbc.com
kevin.patrick@us.hsbc.com
kevin.r.abbott@us.hsbc.com
kirsty.a.attridge@bob.hsbc.com
kristy.jones@us.hsbc.com
krongkarns@hsbc.co.th
kwami.webson@us.hsbc.com
lance.o'brien@us.hsbc.com
laurence.vitrant@hsbc.fr
lee.peek@hsbc.com
leenadesai@hsbc.com
lisa.z.price@us.hsbc.com
luke.mcfarlane@hsbc.com
madelan.p.m@hsbc.com.hk
manleywong@hsbc.com.hk
marcus.soares@us.hsbc.com
marilynspearing@hsbc.com
mark.a.baker@bob.hsbc.com
mark.crathern@hsbc.com
mark.prothero@us.hsbc.com
mark.r.andrews@hsbc.com
martinbrowning@hsbc.com.hk
martinholcombe@hsbc.com

**Company & Corresponding Email Addresses**

mary.testa@us.hsbc.com
matthew.e.mclean@us.hsbc.com
michael.b.gallagher@us.hsbc.com
michael.j.sergison@hsbc.com
michael.s.wheeler@us.hsbc.com
michael.wellman@bob.hsbc.com
michaelbourgaize@hsbc.com
mike.doherty@us.hsbc.com
mikekelly@hsbc.com
neil.yang@us.hsbc.com
nelsonpwlau@hsbc.com.hk
nicholasthomas@hsbc.com
nickcollier@hsbc.com
p.jestico@hsbc.com
p.woodhouse@hsbc.com
patriciagomes@hsbc.com
patrickcichy@hsbc.com.hk
patricknolan@hsbc.com
paul.lopez@us.hsbc.com
paul.m.andrews@hsbc.com
paulstillabower@hsbc.com
peter.g.nealon@us.hsbc.com
peter.g.vinzani@us.hsbc.com
peter.gardner@hsbc.com
peter.humphreys@hsbc.com
peter.j.lancos@us.hsbc.com
peter.p.thomas@hsbc.com
peterhazou@hsbc.com
phiemma.m.wilson@bob.hsbc.com
philippe.de.verdalle@hsbc.fr
philippe.veisseire@hsbc.fr
pui.y.tse@us.hsbc.com
rakesh.parameshwar@us.hsbc.com
rheza.lascano@hsbc.com
richard.w.bottomley@hsbc.com
richard.whitehouse@hsbc.com
richardspence@hsbc.com
ritaleung@hsbc.com.hk
rob.walker@hsbc.com
robert.a.king@hsbc.com
robert.f.cunningham@us.hsbc.com
robert.hawcroft@hsbc.com
robert.radich@us.hsbc.com
roddy.e.p.lee@hsbc.com
roger.yockel@us.hsbc.com
rose.lim@us.hsbc.com
roy.h.turner@hsbc.com
ruby.s.l.chan@hsbc.com.hk
ryan.s.kromer@bob.hsbc.com
sandie.w.s.choi@hsbc.com.hk
sannawong@hsbc.com.hk
scott.furgal@us.hsbc.com
serene.peng@us.hsbc.com
shirley.richards@hsbc.com

**Company & Corresponding Email Addresses**

shun.hong.liu@hsbc.com.hk
simon.r.taylor@hsbc.com
sirivanv@hsbc.co.th
sol.chehebar@us.hsbc.com
soysonc@hsbc.co.th
stephenoleary@hsbc.com
stuart.milne@hsbc.com
tawanlimaksorn@hsbc.co.th
thomas.furey@us.hsbc.com
thomas.riordan@us.hsbc.com
timothy.p.faselt@us.hsbc.com
tom.lazaridis@us.hsbc.com
trevor.dean@us.hsbc.com
vanessachan@hsbc.com.hk
vito.semeraro@hsbc.com
warren.n.vincent@us.hsbc.com
william.a.wider@us.hsbc.com
william.chong@us.hsbc.com
williambenjamin@hsbc.com
williamwkman@hsbc.com.hk
woody.k.m.chan@hsbc.com.hk
yuko.girard@bob.hsbc.com
yves.dujardin@hsbc.fr
yvonne.lui@hsbc.com.hk

**hsbcam**

aaron.cufley@hsbcam.com
al.wadhah.al-adawi@hsbcam.com
alex.de.korodi@hsbcam.com
alma.gill@hsbcam.com
andrew.cope@hsbcam.com
andy.munday@hsbcam.com
azim.meghji@hsbcam.com
barry.glavin@hsbcam.com
bill.maldonado@hsbcam.com
carol.hensby@hsbcam.com
charlie.quill@hsbcam.com
christine.e.johnson@hsbcam.com
coral.martin@hsbcam.com
damien.hennessy@hsbcam.com
david.mcdonald@hsbcam.com
david.taylor@hsbcam.com
dean.buckley@hsbcam.com
dimitris.melas@hsbcam.com
geoffrey.lunt@hsbcam.com
george.boubouras@hsbcam.com
howard.booth@hsbcam.com
james.dowding@hsbcam.com
janey.clarkson@hsbcam.com
jarrod.deakin@hsbcam.com
john.white@hsbcam.com
khalid.ghayur@hsbcam.com
mark.poynter@hsbcam.com
paul.kasian@hsbcam.com
peter.e.smith@hsbcam.com

**Company & Corresponding Email Addresses**

philip.hargreaves@hsbcam.com
richard.n.sharp@hsbcam.com
robert.hook@hsbcam.com
steve.quantrell@hsbcam.com
tim.gough@hsbcam.com
tim.macdonald@hsbcam.com
wayne.burlingham@hsbcam.com

**hsbcame**

amahmoud@hsbcame.com
eroucairol@hsbcame.com
mlescher@hsbcame.com

**hsbcdewaay**

francois.vantichelen@hsbcdewaay.be
marc.ernaelsteen@hsbcdewaay.be

**hsbcgroup**

alexander.r.harrison@hsbcgroup.com
andrew1.jackson@hsbcgroup.com
cedric.r.s.tchaban@hsbcgroup.com
clive.bannister@hsbcgroup.com
deepti.jerath@hsbcgroup.com
dominic.swan@hsbcgroup.com
ed.j.w.coulson@hsbcgroup.com
james1.pearson@hsbcgroup.com
jerome.cohen-scali@hsbcgroup.com
kevin.harper@hsbcgroup.com
linda.j.glover@hsbcgroup.com
luiz.s.schlitter@hsbcgroup.com
mark.everett@hsbcgroup.com
mohamed.i.siddeeq@hsbcgroup.com
reda.elkhayati@hsbcgroup.com
saad.hammoud@hsbcgroup.com
shaun.redman@hsbcgroup.com
simon.shorland@hsbcgroup.com
stuart.beavis@hsbcgroup.com
vinay.k.raj@hsbcgroup.com

**hsbchalbis**

alec.letchfield@hsbchalbis.com
chris.rodgers@hsbchalbis.com
joanne.moody@hsbchalbis.com
michael.dillon@hsbchalbis.com
michael.omara@hsbchalbis.com
mike.corless@hsbchalbis.com
nigel.brown@hsbchalbis.com
robert.morris@hsbchalbis.com
stuart.atwell@hsbchalbis.com
tarne.bevan@hsbchalbis.com
tony.macneary@hsbchalbis.com
vincent.bourgeois@hsbchalbis.com

**hsbcib**

aiko.sauer@hsbcib.com
andreas.hajialexandrou@hsbcib.com
carey.chamberlain@hsbcib.com
carlo.ramella@hsbcib.com
catherine.allen@hsbcib.com

## Company & Corresponding Email Addresses

christopher.p.owen@hsbcib.com
david.fewtrell@hsbcib.com
gareth.thomas@hsbcib.com
giorgio.merlo@hsbcib.com
glenn.handley@hsbcib.com
grant.davies@hsbcib.com
james.gale@hsbcib.com
james.nisbet@hsbcib.com
james.shelton@hsbcib.com
joanna.waldron@hsbcib.com
julian.taylor@hsbcib.com
justin.lo@hsbcib.com
karl.von.burne@hsbcib.com
kevin.buschhold@hsbcib.com
mark.t.nickell@hsbcib.com
michael.kirk@hsbcib.com
mike.bonnici@hsbcib.com
neil.s.sankoff@hsbcib.com
nick.m.wood@hsbcib.com
nick.ventham@hsbcib.com
nicola2.murphy@hsbcib.com
oliver.gabbay@hsbcib.com
owen.murphy@hsbcib.com
philip.valvona@hsbcib.com
richard.cumbley@hsbcib.com
robert.burgess@hsbcib.com
roger.northwood@hsbcib.com
rupert.robson@hsbcib.com
sabrina.jones@hsbcib.com
sally.godley-maynard@hsbcib.com
sarah.daud@hsbcib.com
steven.ward@hsbcib.com
warren.mccormick@hsbcib.com
zain.latif@hsbcib.com

### hsbcinvestments

alistair.peel@hsbcinvestments.com
anna.speroto@hsbcinvestments.com
david.i.sylvester@hsbcinvestments.com
fabrizio.coiai@hsbcinvestments.com
havard.tveit@hsbcinvestments.com
john.doherty@hsbcinvestments.com
lee.j.thomas@hsbcinvestments.com
linda.sobanski@hsbcinvestments.com
martin.arthur@hsbcinvestments.com
neil.f.fryer@hsbcinvestments.com
opkar.sara@hsbcinvestments.com
phil.robinson@hsbcinvestments.com
simona.paravani@hsbcinvestments.com

### hsbcny

chris_french@hsbcny.com

### hsbcpb

agnes.arlandis@hsbcpb.com
alessandro.petri@hsbcpb.com
alexander.auf.der.mauer@hsbcpb.com

**Company & Corresponding Email Addresses**

alexandra.mallet@hsbcpb.com
alexandre.riesch@hsbcpb.com
andrew.y.t.chan@hsbcpb.com
angelo.orlandi@hsbcpb.com
annie.balmon-raccah@hsbcpb.com
annie.brunschwig@hsbcpb.com
annie.raccah@hsbcpb.com
anthony.bionda@hsbcpb.com
basil.shoukry@hsbcpb.com
benedict.mugnier@hsbcpb.com
bernard.andersen@hsbcpb.com
bernard.armstrong@hsbcpb.com
brian.m.lockwood@hsbcpb.com
carlos.garcia@hsbcpb.com
cedric.lauener@hsbcpb.com
christian.aldenkortt@hsbcpb.com
clement.g.liu@hsbcpb.com
damien.favre@hsbcpb.com
daniel.ellis@hsbcpb.com
daniele.rezzonico@hsbcpb.com
danny.ellis@hsbcpb.com
dimitri.teboul@hsbcpb.com
donny.s.h.lam@hsbcpb.com
edward.farrell@hsbcpb.com
emilie.barbero@hsbcpb.com
fabio.torrequadra@hsbcpb.com
fred.debbane@hsbcpb.com
herve.croset@hsbcpb.com
hock.soon.lee@hsbcpb.com
ian.t.l.tay@hsbcpb.com
jason.clark@hsbcpb.com
jati.banerjee@hsbcpb.com
jean.nussbaumer@hsbcpb.com
jean-christophe.gerard@hsbcpb.com
jeanette.m.l.choo@hsbcpb.com
jean-louis.cart@hsbcpb.com
jerome.galiotto@hsbcpb.com
joel.meshel@hsbcpb.com
juan.bautista.ferrer@hsbcpb.com
julien.gueissaz@hsbcpb.com
karla.kovac@hsbcpb.com
laurent.hirsch@hsbcpb.com
laurent.raymond@hsbcpb.com
loic.venturini@hsbcpb.com
maisy.ang@hsbcpb.com
manuel.terreault@hsbcpb.com
marc-antoine.cottet@hsbcpb.com
mario.messina@hsbcpb.com
martin.ineichen@hsbcpb.com
michael.schenk@hsbcpb.com
mike.c.c.hue@hsbcpb.com
molby.j.w.lim@hsbcpb.com
negel.j.webber@hsbcpb.com
nen.khieu@hsbcpb.com

## Company & Corresponding Email Addresses

nicolas.polliand@hsbcpb.com
nigel.margetson@hsbcpb.com
nirka.osio@hsbcpb.com
olivier.pacton@hsbcpb.com
olivier.ravillon@hsbcpb.com
paulo.da.costa@hsbcpb.com
peter.braunwalder@hsbcpb.com
phil.lee@hsbcpb.com
rebekah.l.chuan@hsbcpb.com
rene.weber@hsbcpb.com
robert.galuba@hsbcpb.com
roberto.magnatantini@hsbcpb.com
serge.bernet@hsbcpb.com
sookkuan.wong@hsbcpb.com
sophie.chapuisat@hsbcpb.com
stephan.feller@hsbcpb.com
stephanie.y.h.chan@hsbcpb.com
steve.maget@hsbcpb.com
suzanne.spink@hsbcpb.com
thierry.serres@hsbcpb.com
thomson.c.h.cheung@hsbcpb.com
valerie.noel@hsbcpb.com
vivian.yelland@hsbcpb.com
yasser.talaat@hsbcpb.com
yves.cornaz@hsbcpb.com
yves.de.brabandere@hsbcpb.com
yves.gallati@hsbcpb.com

**hsbcrepublic**

andres.cazenave@hsbcrepublic.com
cindy.y.y.chan@hsbcrepublic.com
daniel.baum@hsbcrepublic.com
ivan.k.h.ng@hsbcrepublic.com
james.c.chen@hsbcrepublic.com
janis.chan@hsbcrepublic.com
jorge.rios@hsbcrepublic.com
neil.tanguy@hsbcrepublic.com
passy.w.y.ng@hsbcrepublic.com
timothy.k.y.tso@hsbcrepublic.com

**hsbcsecuritiesinc**

john_lyons@hsbcsecuritiesinc.c
tim_reid@hsbcsecuritiesinc.com

**hsbctrinkaus**

andreas.vester@hsbctrinkaus.de
axel.pongs@hsbctrinkaus.de
benjamin.wurth@hsbctrinkaus.de
inge.bohne@hsbctrinkaus.de
kerstin.milberg@hsbctrinkaus.de
kerstin.terhardt@hsbctrinkaus.de
lothar.hessler@hsbctrinkaus.de
max.baumann@hsbctrinkaus.de
thorsten.runde@hsbctrinkaus.de

**hsbctrinkhaus**

franz.herrmann@hsbctrinkhaus.de

**hsbstrinkaus**

## Company & Corresponding Email Addresses

yasin.sarfraz@hsbstrinkaus.de

### hsfcu

laurenn@hsfcu.com

### hsh-im

cliff.dean@hsh-im.co.uk
heinfred.fehling@hsh-im.com
marc-oliver.juenemann@hsh-im.co.uk
martina.philippsen@hsh-im.com
olga.gerweck@hsh-im.com

### hsh-nordbak

hans-joachim.otto@hsh-nordbak.com

### hshnordbank

stefan.dahmen@hshnordbank.de

### hsh-nordbank

alexander.sonders@hsh-nordbank.com
alexander.stuhlmann@hsh-nordbank.com
amitabh.mehta@hsh-nordbank.co.uk
andre.kalbitz@hsh-nordbank.com
andre.muenster@hsh-nordbank.com
andre.vollmer@hsh-nordbank.com
andrea.prampolini@hsh-nordbank.co.uk
andreas.framke@hsh-nordbank.com
andreas.kroetzsch@hsh-nordbank.de
andreas.schubert@hsh-nordbank.com
andrew.yeend@hsh-nordbank.com
angela.stueben@hsh-nordbank.com
anita.bhatia@hsh-nordbank.co.uk
antje.steinthal@hsh-nordbank.com
ausland@hsh-nordbank.com
axel.bumke@hsh-nordbank.com
bernhard.krause@hsh-nordbank.com
bernhard.mueller@hsh-nordbank.com
bill.seabrook@hsh-nordbank.co.uk
bjoern.klimm@hsh-nordbank.com
britta.buchholz@hsh-nordbank.com
bruno.franco@hsh-nordbank.co.uk
carl-heinz.daube@hsh-nordbank.com
carsten.cziezerski@hsh-nordbank.com
carsten.pallas@hsh-nordbank.com
chris.tessler@hsh-nordbank.co.uk
christian.barsoe@hsh-nordbank.com
christian.eggers@hsh-nordbank.com
christian.hofmann@hsh-nordbank.com
christian.schanze@hsh-nordbank.com
christian.schomaker@hsh-nordbank.com
christian.timmann@hsh-nordbank.com
christian.willert@hsh-nordbank.com
christoph.christensen@hsh-nordbank.com
christoph.schwarz@hsh-nordbank.co.uk
claude.fourcroy@hsh-nordbank.co.uk
claudia.behm@hsh-nordbank.com
claus.herold@hsh-nordbank.lu
colin-rene.ondoua@hsh-nordbank.com
colm.corcoran@hsh-nordbank.co.uk

## Company & Corresponding Email Addresses

corinna.adler@hsh-nordbank.com
cristoffer.homann@hsh-nordbank.com
dan-david.golla@hsh-nordbank.com
daniel.schattke@hsh-nordbank.com
daniela.kuehl@hsh-nordbank.com
david.sanchez@hsh-nordbank.co.uk
dealer.mm@hsh-nordbank.com
detlef.glatz@hsh-nordbank.com
dick.durrant@hsh-nordbank.co.uk
dietrich.eilers@hsh-nordbank.com
dirk.boesche@hsh-nordbank.com
dirk.brockhaus@hsh-nordbank.de
dirk.garz@hsh-nordbank.com
dirk.vatter@hsh-nordbank.com
elke.glismann@hsh-nordbank.com
elke.hamann@hsh-nordbank.com
estelle.charron@hsh-nordbank.com
fiona.bryans@hsh-nordbank.co.uk
francesco.mallardo@hsh-nordbank.co.uk
frank.berger@hsh-nordbank.com
frank.jesse@hsh-nordbank.com
frank.kolkmann@hsh-nordbank.com
frank.otten@hsh-nordbank.com
frank.silber@hsh-nordbank.com
fx-options@hsh-nordbank.com
gerrit.horstmann@hsh-nordbank.com
guenter.diezel@hsh-nordbank.de
guenter.koehne@hsh-nordbank.com
gunther.plohr@hsh-nordbank.com
hans.berger@hsh-nordbank.com
hans.hansen@hsh-nordbank.com
hans.mendrala@hsh-nordbank.com
hans-christian.kuehl@hsh-nordbank.com
hans-joachim.otto@hsh-nordbank.com
hans-jurg.lips@hsh-nordbank.co.uk
hans-peter.mewes@hsh-nordbank.com
harald.kuznik@hsh-nordbank.com
hartmut.strauss@hsh-nordbank.com
helge.schulze@hsh-nordbank.com
henning.vollbehr@hsh-nordbank.com
henrik.schwetje@hsh-nordbank.com
hermann.collmann@hsh-nordbank.com
holger.beck@hsh-nordbank.com
holger.claessen@hsh-nordbank.com
holger.ziemer@hsh-nordbank.com
ian.ellis@hsh-nordbank.co.uk
inga.rohwer@hsh-nordbank.co.uk
ingo.koczwara@hsh-nordbank.com
ingo.stechmann@hsh-nordbank.com
international.finance@hsh-nordbank.com
iris.speth@hsh-nordbank.com
jan.eibich@hsh-nordbank.com
jan.kilbak@hsh-nordbank.com
jan.rosenzweig@hsh-nordbank.co.uk

**Company & Corresponding Email Addresses**

jan.schubert@hsh-nordbank.com
jan.striepke@hsh-nordbank.com
jan.trompell@hsh-nordbank.com
jan-hendrik.bornemann@hsh-nordbank.com
jason.lacy@hsh-nordbank.co.uk
jayne.welling-wolf@hsh-nordbank.com
jean-marie.lamay@hsh-nordbank.com
jens.gerbers@hsh-nordbank.com
jens.glomb@hsh-nordbank.com
jens.haberkost@hsh-nordbank.com
jens.lieser@hsh-nordbank.com
jens-uwe.lutzhoeft@hsh-nordbank.de
joachim.lorenz@hsh-nordbank.com
joachim.schneegans-extern@hsh-nordbank.com
jobst-christian.kasten@hsh-nordbank.co.uk
jochen.friedrich@hsh-nordbank.com
jochen.klaproth@hsh-nordbank.com
joerg.arndt@hsh-nordbank.com
joerg.einfeldt@hsh-nordbank.com
joerg.fangmeier@hsh-nordbank.com
joerg.hanpeter@hsh-nordbank.com
john.fitch@hsh-nordbank.co.uk
juergen.bruhn@hsh-nordbank.com
juergen.petri@hsh-nordbank.com
juergen-h.lange@hsh-nordbank.com
julien.kleiner@hsh-nordbank.com
jun.huan@hsh-nordbank.com.hk
karina.lueck@hsh-nordbank.com
karsten.hippler@hsh-nordbank.co.uk
katharina.bruhn@hsh-nordbank.com
katharina.schroeter@hsh-nordbank.com
kim.nyvold@hsh-nordbank.com
klaus-dieter.nebendahl@hsh-nordbank.com
klaus-timm.voss@hsh-nordbank.com
kolja.sahm@hsh-nordbank.com
lars.quandel@hsh-nordbank.com
lars.wieczorek@hsh-nordbank.com
lee.alderson@hsh-nordbank.co.uk
les.collett@hsh-nordbank.co.uk
lis.christiansen@hsh-nordbank.com
lothar.brakelmann@hsh-nordbank.com
luis.marti-sanchez@hsh-nordbank.co.uk
lutz.orban@hsh-nordbank.com
magnus.mertin@hsh-nordbank.com
marc.schack@hsh-nordbank.co.uk
marcus.engel@hsh-nordbank.com
marcus.hof@hsh-nordbank.com
marcus.porembski@hsh-nordbank.com
marcus.rost@hsh-nordbank.com
mario.grittner@hsh-nordbank.com
mark.squire@hsh-nordbank.co.uk
marko.heimken@hsh-nordbank.co.uk
markus.carlsen@hsh-nordbank.com
markus.dietrich@hsh-nordbank.com

**Company & Corresponding Email Addresses**

markus.sickmann@hsh-nordbank.com
martin.crisp@hsh-nordbank.co.uk
martin.goernig@hsh-nordbank.com
martin.piechottka@hsh-nordbank.com
martin.schorr@hsh-nordbank.com
martin.wilhelm@hsh-nordbank.com
mathias.werner@hsh-nordbank.com
matthias.barck@hsh-nordbank.com
matthias.oetken@hsh-nordbank.com
matthias.wrage@hsh-nordbank.com
michael.crewe@hsh-nordbank.co.uk
michael.dirnegger@hsh-nordbank.co.uk
michael.helf@hsh-nordbank.com
michael.langmack@hsh-nordbank.co.uk
michael.payne@hsh-nordbank.co.uk
michael.schoenbach@hsh-nordbank.com
michael.westphal@hsh-nordbank.com
michael.wolter@hsh-nordbank.com
miriam.paul@hsh-nordbank.com
moritz.breipohl@hsh-nordbank.com
morris.may@hsh-nordbank.com
na.xie@hsh-nordbank.com
natalia.verwega@hsh-nordbank.com
nicole.pahlke@hsh-nordbank.com
nikolai.ulrich@hsh-nordbank.com
nikolas.kreuz@hsh-nordbank.com
olaf.hummels@hsh-nordbank.com
oliver.schreiber@hsh-nordbank.com
paul.dentskevich@hsh-nordbank.co.uk
paul.duffy@hsh-nordbank.co.uk
paul.pancino@hsh-nordbank.co.uk
peter.romanowski@hsh-nordbank.com
petra.schaar@hsh-nordbank.com
r.schmidt@hsh-nordbank.com
rainer.helms@hsh-nordbank.com
rainer.jung@hsh-nordbank.com
rainer.noack@hsh-nordbank.com
rainer.roczen@hsh-nordbank.com
ralf.andresen@hsh-nordbank.com
ralf.paulsen@hsh-nordbank.com
ralf.schneider@hsh-nordbank.com
ray.mccoll@hsh-nordbank.com
reiko.koban@hsh-nordbank.com
reinhard.mix@hsh-nordbank.com
reinhard.schmidt@hsh-nordbank.com
reinhard.sievers@hsh-nordbank.com
roland.cymara@hsh-nordbank.com
rudolf.schmidt@hsh-nordbank.co.uk
silvia.dickertmann@hsh-nordbank.com
simon.smakowski@hsh-nordbank.com
simone.erhardt@hsh-nordbank.co.uk
sirka.krabbe@hsh-nordbank.com
soenke.heistermann@hsh-nordbank.com
soenke.rix@hsh-nordbank.com

## Company & Corresponding Email Addresses

sonja.lessing@hsh-nordbank.com
stefan.dahmen@hsh-nordbank.co.uk
stefan.rust@hsh-nordbank.com
stefan.schlatermund@hsh-nordbank.com
stefanie.steinmeier@hsh-nordbank.com
stephan.frerker@hsh-nordbank.com
stephane.laurent@hsh-nordbank.com
stephen.harris@hsh-nordbank.co.uk
stephen.welch@hsh-nordbank.com
steve.janson@hsh-nordbank.co.uk
steven.powell@hsh-nordbank.co.uk
stuart.oatley@hsh-nordbank.co.uk
sven.weinhold@hsh-nordbank.com
teofilo.del_prete@hsh-nordbank.com
thomas.bayerl@hsh-nordbank.co.uk
thomas.besteher@hsh-nordbank.com
thomas.boss@hsh-nordbank.com
thomas.branczyk@hsh-nordbank.co.uk
thomas.henningsen@hsh-nordbank.com
thorben.luethge@hsh-nordbank.com
thorsten.komm@hsh-nordbank.com
thorsten.rieper@hsh-nordbank.com
tilmann.kuhfuss@hsh-nordbank.com
tilmann.kuhsuss@hsh-nordbank.com
timm.hoeynck@hsh-nordbank.com
tomas.johansson@hsh-nordbank.co.uk
tony.piggott@hsh-nordbank.co.uk
torsten.johannsen@hsh-nordbank.com
ulla.fetzer@hsh-nordbank.com
ulrich.ellerbeck@hsh-nordbank.com
ulrich.martensen@hsh-nordbank.com
ulrieke.wendtland@hsh-nordbank.com
werner.busch@hsh-nordbank.com
willibrord.berntsen@hsh-nordbank.com

**hsh-nordbank-hypo**
maren-tina.roefke@hsh-nordbank-hypo.com

**hsh-nordbank-int**
constantyn.niewenhuis@hsh-nordbank-int.com
simone.kees@hsh-nordbank-int.com

**hshn-securities**
achim.hillen@hshn-securities.com
coralie.benneleck@hshn-securities.com
elton.vevecka@hshn-securities.com
gilles.everling@hshn-securities.com
hanns-christian.vonschuler@hshn-securities.com
marco.fischer@hshn-securities.com
mark.bussmann@hshn-securities.com
sebastian.hadlich@hshn-securities.com
shahab.smousavi@hshn-securities.com

**hshs-nordbank**
dirk.schroeter@hshs-nordbank.com

**hspcpb**
george.pal@hspcpb.com

**htlf**

## Company & Corresponding Email Addresses

adouglas@htlf.com
jfuller@htlf.com
mmiller@htlf.com

### hud

kirk_d._freeman@hud.gov

### huffcompanies

bconvery@huffcompanies.com
bjc@huffcompanies.com
dgodwin@huffcompanies.com
elopez@huffcompanies.com
huffmbc@huffcompanies.com
mad@huffcompanies.com
mjm@huffcompanies.com
rpolye@huffcompanies.com
rtrudeau@huffcompanies.com

### hugokahn

bank@hugokahn.ch
daniel.schlauri@hugokahn.ch

### humana

mpreston@humana.com
tliston@humana.com

### huntington

aaron.morris@huntington.com
andrew.hagedorn@huntington.com
anthony.masurek@huntington.com
asa.fuller@huntington.com
bernard.shinkel@huntington.com
beth.mitevski@huntington.com
beth.russell@huntington.com
betty.fimmen@huntington.com
bill.doughty@huntington.com
bob.hoffman@huntington.com
brian.salerno@huntington.com
brian.wall@huntington.com
bryan.neitzelt@huntington.com
charles.smith@huntington.com
chip.hendon@huntington.com
chris.cwiklinski@huntington.com
chris.rowane@huntington.com
craig.hardy@huntington.com
dan.lowrie@huntington.com
daniel.stewart@huntington.com
david.culbertson@huntington.com
deborah.gonzalez@huntington.com
denise.coyne@huntington.com
diane.motter@huntington.com
dianne.slager@huntington.com
doug.brooks@huntington.com
eric.mitiska@huntington.com
gail.brazell@huntington.com
gary.hickerson@huntington.com
geoff.mowery@huntington.com
george.mokrzan@huntington.com
gustave.seasongood@huntington.com

**Company & Corresponding Email Addresses**

heather.sexton@huntington.com
jack.fischer@huntington.com
jackie.glenn@huntington.com
jamie.habegger@huntington.com
jay.gould@huntington.com
jean.price@huntington.com
jenny.jiang@huntington.com
jim.gibboney@huntington.com
jim.lombardi@huntington.com
john.molino@huntington.com
john.voneschenbach@huntington.com
judy.helsel@huntington.com
kanah.heckman@huntington.com
karen.mills@huntington.com
kassem.matt@huntington.com
kathleen.wells@huntington.com
kathy.dixon@huntington.com
kathy.stylarek@huntington.com
keith.lee@huntington.com
kelly.bramel@huntington.com
kelly.rinker@huntington.com
kent.figy@huntington.com
kevin.dubbink@huntington.com
kevin.sembach@huntington.com
kimberly.skinner@huntington.com
kirk.mentzer@huntington.com
kristi.abbey@huntington.com
larry.heath@huntington.com
leeroy.bentley@huntington.com
madelynn.matlock@huntington.com
mae.hill@huntington.com
mark.wilhelm@huntington.com
martina.cheung@huntington.com
mary.koenig@huntington.com
michael.gialluca@huntington.com
michael.harris@huntington.com
michael.karibian@huntington.com
michael.puleo@huntington.com
nicole.felter@huntington.com
noreen.annal@huntington.com
pamela.gravlin@huntington.com
pat.fraker@huntington.com
pat.scott@huntington.com
paul.attwood@huntington.com
paul.koscik@huntington.com
perry.adams@huntington.com
peter.sorrentino@huntington.com
randy.bateman@huntington.com
randy.hare@huntington.com
richard.baytosh@huntington.com
robert.harless@huntington.com
robert.miller@huntington.com
robert.potts@huntington.com
rosalee.stine@huntington.com

## Company & Corresponding Email Addresses

ryan.freimark@huntington.com
sarah.briggs@huntington.com
sarah.morrow@huntington.com
scott.kleinman@huntington.com
steve.bryan@huntington.com
susan.stuart@huntington.com
sylvia.corum@huntington.com
thomas.oehmler@huntington.com
tim.barber@huntington.com
timothy.mccabe@huntington.com
todd.dewberry@huntington.com
tom.finnegan@huntington.com
tom.grabenstatter@huntington.com
tony.lepore@huntington.com
travis.gracey@huntington.com
trena.hawthorne@huntington.com
vivian.hairston@huntington.com
w.patrick.begg@huntington.com

### husic

edeleon@husic.com
frank@husic.com
jsanders@husic.com
klindholm@husic.com
mallman@husic.com
max@husic.com
tduffy@husic.com
tjudson@husic.com
twyman@husic.com

### husqvarna

kare.bostrom@husqvarna.se

### hvb

alberto.zorzi@hvb.de
alexander.janker@hvb.de
alfred.hartmann@hvb.de
andre.vinke@hvb.de
andreas.bonk@hvb.de
andreas.gevay@hvb.de
andreas.krysl@hvb.de
axel.gruber@hvb.de
barbara.tauscheck@hvb.de
bea.gneisenau@hvb.de
bernadus.roelofs@hvb.de
bertram.schuetz@hvb.de
carsten.baumgarte@hvb.de
carsten.richter@hvb.de
christian.hebting@hvb.de
christian.widholz@hvb.de
christinaregine.niethammer@hvb.de
christopher.kath@hvb.de
christophkarl.wagner@hvb.de
edgar.nubert@hvb.de
eduard.prinker@hvb.de
elisabeth.ernstberger@hvb.de
ezgi.muratoglu.extern@hvb.de

## Company & Corresponding Email Addresses

frank.tibo@hvb.de
gertraudhelena.grupp-bolzen@hvb.de
guenter.schubert@hvb.de
hans.sattler@hvb.de
harald.hild@hvb.de
heidrun.gerecke@hvb.de
henry.asare@hvb.de
herbert.koller@hvb.de
ianpatrick.englert@hvb.de
jobst.vonsteinsdorff@hvb.de
jochen.lueck@hvb.de
juergen.neumuth@hvb.de
juliane.silberhorn@hvb.de
kaan.candar@hvb.de
kai.pflughaupt@hvb.de
karsten.kraushaar@hvb.de
klaus.mai@hvb.de
leonard.fehr@hvb.de
ludger.overbeck@hvb.de
luigi.devito@hvb.de
marc.freudenberg@hvb.de
marc.weingart@hvb.de
marco.korn@hvb.de
marcu.walz@hvb.de
mark.lewis@hvb.de
martin.braunschlaeger@hvb.de
martin.rast@hvb.de
martina.knorrek@hvb.de
martina.spaeth@hvb.de
matthias.klein@hvb.de
maximilian.hogger@hvb.de
michael.bauer02@hvb.de
michael.gerstner@hvb.de
michael.gumpel@hvb.de
michael.haselbeck@hvb.de
michael.huenseler@hvb.de
michael.thiergen@hvb.de
michele.caronti@hvb.de
mireille.khazaka@hvb.de
n_a@hvb.com
nicolas.blanchard@hvb.de
oliver.reissenweber@hvb.de
oliver-heinrich.reitz@hvb.de
pascal.caulier@hvb.de
patrick.otto@hvb.de
peter.czernin@hvb.de
peter.frischeisen@hvb.de
peter.koelle@hvb.de
peter.willner@hvb.de
philipp.waldstein@hvb.de
ralph.straus@hvb.lu
robert.flieger@hvb.de
roberto.baldini@hvb.de
roland.peetz@hvb.de

**Company & Corresponding Email Addresses**

roman.heilig@hvb.de
ronald.seilheimer@hvb.de
sabine.bauer@hvb.de
sascha.meyer-dautrich@hvb.de
serge.crevecoeur@hvb.de
simon.cook@hvb.de
stefan.jentzsch@hvb.de
stefan.ruppel@hvb.de
stephan.winkelmeier@hvb.de
sven.nitzsche@hvb.de
theo.linnig@hvb.de
thomas.bretzger@hvb.de
thomas.cohrs@hvb.de
thomas.kreitmeier@hvb.de
thomas.seifert@hvb.de
thorsten.weinelt@hvb.de
tomas.lacko@hvb.de
ulrike.kunze@hvb.de
uta.sichhart@hvb.de
vadim.lipanov@hvb.de
valeriy.petrov@hvb.de
vanessa.barata@hvb.de
victoria.vonaretin@hvb.de
vitalie.sajin@hvb.de
walter.notz@hvb.de
wolfgang-wilhelm.kling@hvb.de

**hvbamericas**

bernhard_rolf@hvbamericas.com
beth_donahue@hvbamericas.com
charles_sahlia@hvbamericas.com
christian_gindl@hvbamericas.com
christiane_drapkin@hvbamericas.com
david_morgan@hvbamericas.com
david_shen@hvbamericas.com
dom_degorgio@hvbamericas.com
elke_hunter@hvbamericas.com
emil_cornejo@hvbamericas.com
eric_pelletier@hvbamericas.com
erich_ebner@hvbamericas.com
gavin_burke@hvbamericas.com
hetal_raithatha@hvbamericas.com
jan_kupfer@hvbamericas.com
jeff_straebler@hvbamericas.com
jeffrey_ferris@hvbamericas.com
joseph_geraghty@hvbamericas.com
juan_martinez@hvbamericas.com
julian_buchynski@hvbamericas.com
katja_fitzgerald@hvbamericas.com
kimberly_sousa@hvbamericas.com
krishan_nagpal@hvbamericas.com
loriann_curnyn@hvbamericas.com
lynne_hojnacki@hvbamericas.com
manfred_wolf@hvbamericas.com
manny_hochadel@hvbamericas.com

## Company & Corresponding Email Addresses

marc_fussbahn@hvbamericas.com
marianne_rafferty@hvbamericas.com
marianne_weinzinger@hvbamericas.com
mark_zussman@hvbamericas.com
matt_dunn@hvbamericas.com
michael_davis@hvbamericas.com
michael_novellino@hvbamericas.com
patricia_grieve@hvbamericas.com
paul_rippe@hvbamericas.com
reza_bahar@hvbamericas.com
richard_cordover@hvbamericas.com
richard_ellson@hvbamericas.com
robert_jordan@hvbamericas.com
robert_mckeon@hvbamericas.com
rolf_quaas@hvbamericas.com
ryan_widener@hvbamericas.com
salvatore_esposito@hvbamericas.com
samba@hvbamericas.com
sebastian_beuerle@hvbamericas.com
shannon_batchman@hvbamericas.com
shiva_iyer@hvbamericas.com
skamikubo@hvbamericas.com
terence_o'sullivan@hvbamericas.com
thomas_esposito@hvbamericas.com
thomas_rubbert@hvbamericas.com
thomas_sculley@hvbamericas.com
vera_mcvey@hvbamericas.com
wolfgang_peltz@hvbamericas.com

### hvbank

jlandy@hvbank.com
jmalesardi@hvbank.com
sbrown@hvbank.com

### hvbasia

adriano.poli@hvbasia.com
canny.lo@hvbasia.com
daniel.ng@hvbasia.com
gerhard.hinterhauser@hvbasia.com
guenter.fritz@hvbasia.com
helene.chua@hvbasia.com
jane.low@hvbasia.com
mads.palsvig@hvbasia.com
oliver.hoffmann@hvbasia.com
rong.ren@hvbasia.com
rose.fung@hvbasia.com
sookkin.chong@hvbasia.com
stanley.chan@hvbasia.com
sumathi.kesavan@hvbasia.com
tangtien.fern@hvbasia.com
vincent.leung@hvbasia.com
vincent_leung@hvbasia.com
wolfgang.peltz@hvbasia.com

### hvbcreditadvisors

elizabeth_tallmadge@hvbcreditadvisors.com
thomas_mowat@hvbcreditadvisors.com

## Company & Corresponding Email Addresses

### hvbeurope
bill.street@hvbeurope.com
boban.damjanovic@hvbeurope.com
carmen.alonso@hvbeurope.com
cavin.o'driscoll@hvbeurope.com
charan.bhalla@hvbeurope.com
christoff.goessl@hvbeurope.com
david.flett@hvbeurope.com
david.rosenberg@hvbeurope.com
elizabeth.anderson@hvbeurope.com
emanuel.schoernig@hvbeurope.com
franco.d'aulerio@hvbeurope.com
frederic.djidetchian@hvbeurope.com
gianluca.savoldi@hvbeurope.com
goerg.kirchner@hvbeurope.com
guy.beeston@hvbeurope.com
john.glover@hvbeurope.com
juergen.birnbaum@hvbeurope.com
mark.bowles@hvbeurope.com
mark.priestley@hvbeurope.com
mark.rose@hvbeurope.com
markus.kiefer@hvbeurope.com
markus.parzer@hvbeurope.com
martin.luehrs@hvbeurope.com
martin.shields@hvbeurope.com
max.martirani@hvbeurope.com
miwa.mittellehner@hvbeurope.com
paul.goss@hvbeurope.com
shaun.smith@hvbeurope.com
thomas.siedler@hvbeurope.com
yoshi.makio@hvbeurope.com

### hwic
pfurlan@hwic.ca

### hxb
zhlxt@hxb.com.cn
zhmw@hxb.com.cn

### hydro
aage.frohde@hydro.com
astrid.torres@hydro.com
david.william.nunn@hydro.com
irene.raposo@hydro.com
marcil.andre-richard@hydro.qc.ca
odd.gullberg@hydro.com
peik.norenberg@hydro.com

### hymanbeck
ahyman@hymanbeck.com
cbeck@hymanbeck.com
dceliano@hymanbeck.com
dlavelle@hymanbeck.com
jlubin@hymanbeck.com
kbinner@hymanbeck.com
lspadaro@hymanbeck.com
mleja@hymanbeck.com
nhyman@hymanbeck.com

## Company & Corresponding Email Addresses

ofrolova@hymanbeck.com
rdirusso@hymanbeck.com
ssoffel@hymanbeck.com

### hypobank
andreas_maeutner@hypobank.co.at

### hypocapital
herbert.messinger@hypocapital.at

### hypointernational
andrew.golub@hypointernational.com
brigitte.rackow@hypointernational.com
daniel.lakic@hypointernational.com
darko.knezevic@hypointernational.com
dieter.brandt@hypointernational.com
heide.albrecht@hypointernational.com
heiko.bartsch@hypointernational.com
juergen.fenk@hypointernational.com
markus.kaisig@hypointernational.com
patrick.steeg@hypointernational.com
sara.niemann@hypointernational.com
sascha.mark@hypointernational.com
stephan.feifer@hypointernational.com
stephan.wuttke@hypointernational.com
thomas.bruckner@hypointernational.com
thomas.siegel@hypointernational.com
yvonne.lauer@hypointernational.com

### hypoinvest
brigitte.halbwidl@hypoinvest.at
uwe.ehrismann@hypoinvest.at

### hypo-ooe
kurt.traxler@hypo-ooe.at
treasury@hypo-ooe.at
wphandel@hypo-ooe.at

### hyporealestaste
petra.schwab@hyporealestaste.de

### hyporealestate
andreas.fendl@hyporealestate.de
andreas.spuhler@hyporealestate.de
arnd.nasswetter@hyporealestate.de
arno.allgeyer@hyporealestate.de
clemens.schellenberg@hyporealestate.de
frank.lamby@hyporealestate.de
gerhard.meitinger@hyporealestate.de
ingo.hansen@hyporealestate.de
jacinta.wagner@hyporealestate.de
jeannette.witte@hyporealestate.de
joachim.friese@hyporealestate.de
kurt.becker@hyporealestate.de
martin.braun01@hyporealestate.de
michael.schultheiss@hyporealestate.de
stefan.ludolfinger@hyporealestate.de
thomas.glynn@hyporealestate.com
vanessa.strauss@hyporealestate.de
werner.neumeier@hyporealestate.de
wolfgang.mittermueller@hyporealestate.de

## Company & Corresponding Email Addresses

**hypostmk**
stgrdi@hypostmk.co.at

**hyposwiss**
alfred.steininger@hyposwiss.ch
birgit.heim@hyposwiss.ch
christoph.angster@hyposwiss.ch
gabriele.manferdini@hyposwiss.ch
juerg.althaus@hyposwiss.ch
julia.barreca@hyposwiss.ch
karl.keller@hyposwiss.ch
marc.jungi@hyposwiss.ch
marco.schriber@hyposwiss.ch
roger.hugentobler@hyposwiss.ch
roland.schneiter@hyposwiss.ch
stefan.jaeggi@hyposwiss.ch
thomas.stucki@hyposwiss.ch
tobias.zwimpfer@hyposwiss.ch

**hypotirol**
walter.egger@hypotirol.at

**hypovbg**
christian.pardeller@hypovbg.at
evrin.cam@hypovbg.at
fatma.gezer@hypovbg.at
florian.gorbach@hypovbg.at
guenter.bitschnau@hypovbg.at
hakan.yildiz@hypovbg.at
hannes.leitgeb@hypovbg.at
newissues@hypovbg.at
treasury@hypovbg.at

**hypovereinsbank**
adrienne.darvas@hypovereinsbank.de
andreas.bohn@hypovereinsbank.de
andreas.wagner01@hypovereinsbank.de
anne.buettener@hypovereinsbank.de
barbara.rinner@hypovereinsbank.de
bertram.schuetz@hypovereinsbank.de
bettina.galanti@hypovereinsbank.de
craig_pinsly@america.hypovereinsbank.com
dan_mooney@america.hypovereinsbank.com
davina_au@asia.hypovereinsbank.com
debra_laskowski@america.hypovereinsbank.com
declan.carlin@hypovereinsbank.com
efstathia.nezi@hypovereinsbank.de
eric.pfennig@europe.hypovereinsbank.com
felix.hey@hypovereinsbank.de
frank.eppinger@hypovereinsbank.de
friedrich.henne@hypovereinsbank.de
gary.langton@europe.hypovereinsbank.com
gerald.podobnik@hypovereinsbank.de
giovanni_lugato@america.hypovereinsbank.com
goetz.michl@hypovereinsbank.de
hans-peter.mathe@hypovereinsbank.de
holger.haedrich@hypovereinsbank.de
holger.janssen@hypovereinsbank.de

## Company & Corresponding Email Addresses

holger.mahncke@hypovereinsbank.de
ir@hypovereinsbank.de
isabella.zinck@hypovereinsbank.de
jerry_gleason@america.hypovereinsbank.com
joanne_ma@asia.hypovereinsbank.com
johann.hainzinger@hypovereinsbank.de
luc.olinger@hypovereinsbank.de
mario_koethe@america.hypovereinsbank.com
mark.rule@europe.hypovereinsbank.com
martin.achter@hypovereinsbank.de
matthias.glueckert@hypovereinsbank.de
michael_cheng@asia.hypovereinsbank.com
michel.matthias@hypovereinsbank.de
monica.balk@europe.hypovereinsbank.com
monica.wimmer@hypovereinsbank.com
neil_orvay@asia.hypovereinsbank.com
nigel.de.jong@europe.hypovereinsbank.com
olaf.burmeister@hypovereinsbank.de
oliver.hoffmann@asia.hypovereinsbank.com
oliver.reisinger@hypovereinsbank.de
paul.crosby@europe.hypovereinsbank.com
paulvanner@hypovereinsbank.co.uk
peter.kleppich@hypovereinsbank.de
peter.krebs@hypovereinsbank.de
peter.prestel@hypovereinsbank.de
petra.schwab@hypovereinsbank.de
ralf.brech@hypovereinsbank.de
ralf.maier@hypovereinsbank.de
rene.schmit@hypovereinsbank.lu
richard.burton@hypovereinsbank.de
robinson.ulrich@hypovereinsbank.de
roman.rossel@hypovereinsbank.de
sandy_koch@america.hypovereinsbank.com
stephan.hrozek@hypovereinsbank.de
stephanie.rapp@hypovereinsbank.de
susan.eckenberg@hypovereinsbank.de
theodor.mueller@hypovereinsbank.de
thomas.bremer@hypovereinsbank.de
thomas.kursawe@hypovereinsbank.com
torsten.haufe@hypovereinsbank.de
trevor.heap@europe.hypovereinsbank.com
ursula.vonsayn-wittgenstein@hypovereinsbank.de
werner.vonbaum@hypovereinsbank.de
william_hauser@america.hypovereinsbank.com
wolfgang.klopfer@hypovereinsbank.de
wolfgang.strobel@hypovereinsbank.de
wolfgang.stuffer@hypovereinsbank.de
yoram_dankner@america.hypovereinsbank.com

**hypoverenisbank**

klaus.zander@hypoverenisbank.de

**hythesecs**

j.e@hythesecs.com

**iac**

bret.myers@iac.com

## Company & Corresponding Email Addresses

matt.allen@iac.com
thomas.hayes@iac.com

### iadb

andred@iadb.org
billw@iadb.org
carlosfr@iadb.org
franciscoch@iadb.org
jamesra@iadb.org
javiero@iadb.org
mariadl@iadb.org
moritzk@iadb.org
nobuhisaa@iadb.org
pedrosa@iadb.org
robertaf@iadb.org
susano@iadb.org
virginiak@iadb.org
yojiroku@iadb.org

### iafrica

cecilcal@iafrica.com

### iaifunds

scoleman@iaifunds.com
simon_hallett@iaifunds.com

### iam

c.julen@iam.ch
d.pfund@iam.ch
infos@iam.ch
jf.thevoz@iam.ch
jl.richard@iam.ch
k.bussy@iam.ch
m.longo@iam.ch
m.thetaz@iam.ch
o.aeschlimann@iam.ch
p.durussel@iam.ch
p.rezzonico@iam.ch

### ibbfla

bobm@ibbfla.com
bobw@ibbfla.com
cfo@ibbfla.com
jimm@ibbfla.com
stevet@ibbfla.com

### iberagentes

corona@iberagentes.es

### ibercaja

alberto.espelosin@ibercaja.net
ana.lain@ibercaja.net
beatriz.catalan@ibercaja.net
cfustero@ibercaja.es
cristina.gavin@ibercaja.net
cristina.martinez@ibercaja.net
francisco.simon@ibercaja.net
javier.rillo@ibercaja.net
joaquin.segura@ibercaja.net
maria.martinez@ibercaja.net
oscar.diego@ibercaja.net

## Company & Corresponding Email Addresses

pablo.cano@ibercaja.net
pmdolz@ibercaja.es
raquel.blazquez@ibercaja.net
rvsala@ibercaja.es
sechevarria@ibercaja.es
sfernandez@ibercaja.es
smf@ibercaja.es
viglesia@ibercaja.es

**iberdrola**
dmoron@iberdrola.es
emilio.viudes@iberdrola.es
ignacio.cuenca@iberdrola.es
j.sainz@iberdrola.es
javier.urquidi@iberdrola.es
jblopez@iberdrola.es
jl.sanpedro@iberdrola.es
jpardos@iberdrola.es

**iberdrolausa**
bbeerley@iberdrolausa.com
vbakshi@iberdrolausa.com

**iberfondos**
casares@iberfondos.com

**iberia**
edupuy@iberia.es
ntejero@iberia.es

**ibersecurities**
cortea.gestora@ibersecurities.es

**ibi**
hertzel@ibi.co.il
ofer@ibi.co.il
ron.eichel@ibi.co.il

**ibiscapital**
peter.wilton@ibiscapital.co.uk

**ibj**
chris.bailey@ibj.co.uk
colin.wallace@ibj.co.uk
colin.ward@ibj.co.uk
david.pashley@ibj.co.uk
david.wisbey@ibj.co.uk
freddie.coldham@ibj.co.uk
keiko.brooking@ibj.co.uk
m.hockley@ibj.co.uk
natsumi.okamoto@ibj.co.uk
s.staples@ibj.co.uk
stephen.driscoll@ibj.co.uk

**ibjbank**
hiao.sakai@ibjbank.co.jp
makoto.sugiki@ibjbank.co.jp
masayuki.yasuoka@ibjbank.co.jp
nobushige.imai@ibjbank.co.jp
noriko.ando@ibjbank.co.jp
yasuhiro.imahori@ibjbank.co.jp

**ibjus**
jshimmachi@ibjus.com

**Company & Corresponding Email Addresses**

kzaiki@ibjus.com
mwatanabe@ibjus.com

**ibjwhitehall**

dnoone@ibjwhitehall.com
jcurry@ibjwhitehall.com
salmas@ibjwhitehall.com

**ibm**

alex@us.ibm.com
annat@us.ibm.com
barclay@us.ibm.com
bensonp@ie.ibm.com
brooksg@uk.ibm.com
cks10@us.ibm.com
cmherrer@us.ibm.com
cpeluso@us.ibm.com
dhemmer@us.ibm.com
diem@ibm.net
dtropp@us.ibm.com
ecadams@us.ibm.com
edward_rollins@uk.ibm.com
egolds@us.ibm.com
farlekas@us.ibm.com
fullera@uk.ibm.com
gbf@us.ibm.com
ghubbard@us.ibm.com
gravenes@us.ibm.com
hargrovm@us.ibm.com
harsh.chugh@us.ibm.com
herwig_couvreur@be.ibm.com
hobbertm@us.ibm.com
jcsemple@us.ibm.com
jegodtka@de.ibm.com
jingy@us.ibm.com
jscotty@us.ibm.com
keithbu@us.ibm.com
kieran.x.oshea@us.ibm.com
kminahan@us.ibm.com
kondscha@de.ibm.com
kreynold@us.ibm.com
ks@us.ibm.com
laubsch@us.ibm.com
leonardm@ie.ibm.com
lkoppl@us.ibm.com
lkr@us.ibm.com
mcgovest@ie.ibm.com
michael.j.mccabe@us.ibm.com
mraguso@us.ibm.com
nedwards@us.ibm.com
neil_bull@uk.ibm.com
nielsen@us.ibm.com
ofmiller@us.ibm.com
pbagchi@us.ibm.com
pmccan@us.ibm.com
radkins@us.ibm.com

## Company & Corresponding Email Addresses

rijk_griffioen@nl.ibm.com
ses@us.ibm.com
simonjb@us.ibm.com
sresnick@us.ibm.com
steller@us.ibm.com
szych@us.ibm.com
tindallp@uk.ibm.com
vivian@us.ibm.com
webaker@us.ibm.com
yanks@us.ibm.com

### ibp

glenn@ibp.se
johan@ibp.se
ulf@ibp.se

### ibtco

aaron.smith@ibtco.com
abigail.middleton@ibtco.com
acarlson@ibtco.com
adam.jablonski@ibtco.com
adrian.durney@ibtco.com
agravanis@ibtco.com
alex.brooks@ibtco.com
alina.gershman@ibtco.com
amcguirk@ibtco.com
andrea.camden@ibtco.com
andrea.mcroberts@ibtco.com
andrea.wheeler@ibtco.com
anne.eklund@ibtco.com
bart.ogonowski@ibtco.com
bgauvain@ibtco.com
bozena.sabina@ibtco.com
brian.carroll@ibtco.com
brian.loughnane@ibtco.com
bruce.nightingale@ibtco.com
ccavalie@ibtco.com
cehussey@ibtco.com
cevansly@ibtco.com
christopher.shannon@ibtco.com
cmhunter@ibtco.com
colleen.o'connor@ibtco.com
courtney.huie@ibtco.com
daconnolly@ibtco.com
damcinty@ibtco.com
daniel.borgeois@ibtco.com
darin.yi@ibtco.com
david.roberts@ibtco.com
debbie.webseter@ibtco.com
debbie.webster@ibtco.com
deirdre.lee@ibtco.com
delustig@ibtco.com
dinesh.patel@ibtco.com
djdyer@ibtco.com
dmomalley@ibtco.com
dpmcelan@ibtco.com

**Company & Corresponding Email Addresses**

dppaglia@ibtco.com
drew.devine@ibtco.com
eddy.fung@ibtco.com
edel.gargan@ibtco.com
emyee@ibtco.com
faith.naymie@ibtco.com
frank.keough@ibtco.com
gabriela.popescu@ibtco.com
garrett.berkery@ibtco.com
gavin.humphreys@ibtco.com
gscurrency@ibtco.com
gsequity@ibtco.com
gsgloba@ibtco.com
gsint@ibtco.com
harnet.gaim@ibtco.com
harrish.bajaj@ibtco.com
heather.beam@ibtco.com
iris.watts@ibtco.com
isabelle.letalnet@ibtco.com
jaime.before@ibtco.com
jameagher@ibtco.com
james.liljedahl@ibtco.com
james.munoz@ibtco.com
jbrowlette@ibtco.com
jean.wall@ibtco.com
jeff.berry@ibtco.com
jeluck@ibtco.com
jennifer.donnellan@ibtco.com
jennifer.morris@ibtco.com
jesse.laflamme@ibtco.com
jesse.nolan@ibtco.com
jesus.madrigal@ibtco.com
jgowens@ibtco.com
jim.bryant@ibtco.com
jim.liljedahl@ibtco.com
jlong@ibtco.com
jmargenz@ibtco.com
jmjefski@ibtco.com
jmstrele@ibtco.com
joel.ludwig@ibtco.com
john.ball@ibtco.com
joshua.gravel@ibtco.com
jouh.sun@ibtco.com
jsbecker@ibtco.com
justin.rozke@ibtco.com
kaitlin.mulryan@ibtco.com
kaitlyn.mcsweeney@ibtco.com
kathleen.greenlaw@ibtco.com
keith.hallberg@ibtco.com
kekoa.cash@ibtco.com
ken.nguyen@ibtco.com
keri.gallant@ibtco.com
keryne.flaherty@ibtco.com
kevin.begley@ibtco.com

**Company & Corresponding Email Addresses**

kirsten.hansen@ibtco.com
kristine.ly@ibtco.com
laura.wicklander@ibtco.com
lauren.asmundson@ibtco.com
leesa.kravitz@ibtco.com
liam.harding@ibtco.com
lori.bassett@ibtco.com
luke.dresser@ibtco.com
mabrenna@ibtco.com
manus.curran@ibtco.com
marc.celestino@ibtco.com
marie.power@ibtco.com
mario.squillacioti@ibtco.com
mark.rowat@ibtco.com
mark.ungewitter@ibtco.com
marlene.barrett@ibtco.com
mary.vanmameren@ibtco.com
masquilli@ibtco.com
mazanec.tim@ibtco.com
melanie.bennett@ibtco.com
melissa.allen@ibtco.com
melissa.johnson@ibtco.com
michael.burns@ibtco.com
michael.crowell@ibtco.com
michael.dalzell@ibtco.com
michael.formas@ibtco.com
michael.nicastro@ibtco.com
michael.ruvido@ibtco.com
michelle.walker@ibtco.com
mlhanifan@ibtco.com
monica.roberson@ibtco.com
neil.hiralall@ibtco.com
neyah.smith@ibtco.com
niall.brophy@ibtco.com
niamh.murphy@ibtco.com
patricia.fan@ibtco.com
paul.mccormack@ibtco.com
paul.tellefsen@ibtco.com
peter.holguin@ibtco.com
peter.rossi@ibtco.com
reynaldo.garcia@ibtco.com
richard.deluca@ibtco.com
richard.weiss@ibtco.com
rjosephs@ibtco.com
rleu@ibtco.com
rlfreund@ibtco.com
robert.lambert@ibtco.com
robert.macgillivray@ibtco.com
robert.spitz@ibtco.com
robin.kokilananda@ibtco.com
ronald.lavault@ibtco.com
rtjackson@ibtco.com
rwlee@ibtco.com
ryan.okimura@ibtco.com

**Company & Corresponding Email Addresses**

samcmeni@ibtco.com
sandi.hannon@ibtco.com
sandra.caraballo@ibtco.com
sarah.cheam@ibtco.com
sarah.gallogly@ibtco.com
schiasson@ibtco.com
sean.maclachlan@ibtco.com
sergio.leon@ibtco.com
shaun.buckley@ibtco.com
shawn.correia@ibtco.com
sheena.grimes@ibtco.com
silvia.fan@ibtco.com
smolloy@ibtco.com
smorad@ibtco.com
srhall@ibtco.com
ssylvester@ibtco.com
steven.connelly@ibtco.com
suzanne.bullock@ibtco.com
suzanne.howarth@ibtco.com
tanicker@ibtco.com
teri.carroll@ibtco.com
timothy.barrett@ibtco.com
trevor.young@ibtco.com
troy.bracher@ibtco.com
troy.winslow@ibtco.com
wdowling@ibtco.com
william.carr@ibtco.com
william.oneill@ibtco.com
yunus.molla@ibtco.com
yunus.moola@ibtco.com

**ibv**
schoenfelder@nbg.ibv.com
winter@nbg.ibv.com

**ic**
dlybrand@ic.sc.gov

**icaminc**
sbruce@icaminc.com
tcolwell@icaminc.com

**icap**
adrienne.spurin@icap.com
alan.shaw@icap.com
arran.squires@icap.com
bijal.patel@icap.com
bob.arnold@icap.com
brian.thomas@icap.com
carl.pratt@icap.com
christopher.mcardle@us.icap.com
craig.barton@icap.com
ed.coach@us.icap.com
eddie.goulding@icap.com
emma.pearce@icap.com
gary.alsford@icap.com
gary.clarke@icap.com
gary.house@icap.com

## Company & Corresponding Email Addresses

gloria.hall@icap.com
glyn.harrington@icap.com
ian.jarvie@icap.com
ian.johnson@icap.com
james.hurley@icap.com
joanne.perkins@icap.com
john.tessar@us.icap.com
julien.green@icap.com
martin.porter@icap.com
matthew.house@icap.com
michael.spencer@icap.com
michal.slomkowski@icap.com
mick.hill@icap.com
nathan.white@icap.com
nicholas.bunclark@icap.com
peter.wells@icap.com
philip.catmur@icap.com
rhys.lyons@icap.com
roy.burgess@icap.com
scott.richardson@icap.com
simon.bond@icap.com
simon.morris@icap.com
stavros.stavrou@icap.com
steve.mason@icap.com
steve.mcdermott@us.icap.com
steven.flin@icap.com
steven.wolstenholme@icap.com
stuart.andrews@icap.com
stuart.thresher@icap.com
vernon.barnes@icap.com

**icapfutures**
gerard.herr@icapfutures.com

**icbc**
benny.lam@icbc.com.hk
bifuping@icbc.com.cn
biker@icbc.com.cn
bo.zhou@icbc.com.cn
chenkun@bj.icbc.com.cn
chenying@icbc.com.cn
chenyu@icbc.com.cn
chenzhen@icbc.co.jp
chenzhenyu@sh.icbc.com.cn
dan.su@icbc.com.cn
dixin@icbc.com.cn
dong.liu@icbc.com.cn
edmund@icbc.com.cn
fang.wang@icbc.com.cn
ghong@icbc.com
guojin@icbc.com.cn
hai.cui@icbc.com.cn
hedan.wang@icbc.com.cn
helen@bj.icbc.com.cn
heng.zhu@icbc.com.cn
hexiaoliang@icbc.com.cn

## Company & Corresponding Email Addresses

hong.zhang@icbc.com.cn
hongyuzhao@icbc.com.cn
huqjrsc@icbc.com.cn
j.f.zhao@icbc.com.cn
jimmy.chew@icbc.com.sg
jing.zhujrsc@icbc.com.cn
jinleixu@icbc.com.cn
jinsong.liu@icbc.com.cn
jtang@icbc.com.tw
jun.zheng@icbc.com.cn
kaotw@icbc.com.tw
lei.liu@icbc.com.cn
li.feng@icbc.com.cn
lijia.li@icbc.com.cn
liuming@icbc.co.jp
lixiaohong@icbc.com.cn
lixiaohung@icbc.com.cn
lsong@icbc.com.cn
lujian@icbc.com.cn
luohao@icbc.com.cn
mei.tao@bj.icbc.com.cn
nijun@sh.icbc.com.cn
ning.ren@icbc.com.cm
panshunyi@sh.icbc.com.cn
peike.guo@icbc.com.cn
qi.chen@icbc.com.cn
qianwei_hz@zj.icbc.com.cn
qinlei@icbc.com.cn
qiongshu.li@icbc.com.cn
renjing@icbc.com.cn
shendehua@icbc.com.cn
shenxia@sh.icbc.com.cn
shenyimin@leasing.icbc.com.cn
shibo.guo@icbc.com.cn
shishengshen@icbc.com.cn
songyang@icbc.com.cn
sunguoshen@icbc.com.cn
sunyu@icbc.com.cn
tan.tan@icbc.com.cn
wang.pu@icbc.com.cn
wanghailu@icbc.com.cn
wangtun@icbc.com.cn
xiangronglu@icbc.com.cn
xiaowei@icbc.com.cn
xin.li@icbc.com.cn
xin.zhang@icbc.co.cn
xinning.zhang@icbc.com.cn
xj@icbc.com.cn
xurong@icbc.com.cn
xxx@icbc.com.cn
yang.xiao@icbc.com.cn
yanyan.lv@icbc.com.cn
yczhao@icbc.com.cn
yi.lijrsc@icbc.com.cn

## Company & Corresponding Email Addresses

zhanghaifeng@zj.icbc.com.cn
zhao.suo@icbc.com.cn
zhaochen@icbc.com.cn
zhaochuanxin@icbc.com.cn
zhaozhongming@sh.icbc.com.cn
zhoucg@icbc.com.cn
zhuxianda@icbc.co.jp
zjwhjys@zj.icbc.com.cn

### icbcasia

floralam@icbcasia.com
johnson.wang@icbcasia.com
wh.song@icbcasia.com

### icbccs

hao.kang@icbccs.com.cn
liu.antian@icbccs.com.cn
zhan.yueping@icbccs.com.cn

### icbchkg

billy@icbchkg.com
davidchen@icbchkg.com

### icbcleasing

dai.ying@icbcleasing.com
gao.bo@icbcleasing.com
han.song@icbcleasing.com
huang.rui@icbcleasing.com
ji.fei@icbcleasing.com
li.nana@icbcleasing.com
tao.mei@icbcleasing.com
wang.qiang@icbcleasing.com
wang.yaoqiang@icbcleasing.com
xu.wei@icbcleasing.com
yan.jun@icbcleasing.com

### icbclondon

sanjay.pandya@icbclondon.com

### icbny

acolella@icbny.com
afishman@icbny.com
dcarmody@icbny.com
fbaier@icbny.com
jcosta@icbny.com
jtaussik@icbny.com
pwerner@icbny.com
rcarlock@icbny.com
rfanciullo@icbny.com
scummings@icbny.com

### icbpi

botes.italiaestero@icbpi.it
egrecucci@icbpi.it
gmuffatti@icbpi.it
iduggento@icbpi.it
lpizzamiglio@icbpi.it
mercole@icbpi.it
mgalimberti@icbpi.it
mpastore@icbpi.it
mpuglia@icbpi.it

## Company & Corresponding Email Addresses
sturola@icbpi.it

**icccapital**
rrundell@icccapital.com

**iccrea**
aalbertini@iccrea.bcc.it
aciprotti@iccrea.bcc.it
acongiu@iccrea.bcc.it
adalessandro@iccrea.bcc.it
adiflorio@iccrea.bcc.it
albucci@iccrea.bcc.it
asomma@iccrea.bcc.it
azega@iccrea.bcc.it
dpetulla@iccrea.bcc.it
eagnello@iccrea.bcc.it
elilli@iccrea.bcc.it
erapone@iccrea.bcc.it
estella@iccrea.bcc.it
fbertini@iccrea.bcc.it
fbonifazi@iccrea.bcc.it
fcottatelucci@iccrea.bcc.it
fcrapitti@iccrea.bcc.it
fgaetani@iccrea.bcc.it
fmeda@iccrea.bcc.it
fmerlo@iccrea.bcc.it
fpolimeni@iccrea.bcc.it
gavolio@iccrea.bcc.it
gcastellano@iccrea.bcc.it
gczoi@iccrea.bcc.it
gfasolino@iccrea.bcc.it
giannilli@iccrea.bcc.it
gmarini@iccrea.bcc.it
gnicolosi@iccrea.bcc.it
idary@iccrea.bcc.it
ldary@iccrea.bcc.it
ldonzelli@iccrea.bcc.it
luigi.coretti@iccrea.bcc.it
mascenzi@iccrea.bcc.it
mcasale@iccrea.bcc.it
mcicolella@iccrea.bcc.it
mloreto@iccrea.bcc.it
mlupini@iccrea.bcc.it
mventurelli@iccrea.bcc.it
ngiuliani@iccrea.bcc.it
pcocuccioni@iccrea.bcc.it
psano@iccrea.bcc.it
psilano@iccrea.bcc.it
rbaldelli@iccrea.bcc.it
sgraglia@iccrea.bcc.it
spagliara@iccrea.bcc.it
sspadacenta@iccrea.bcc.it
tcaputo@iccrea.bcc.it
tfarcomeni@iccrea.bcc.it

**icecanyon**
hrocha@icecanyon.com

## Company & Corresponding Email Addresses

spark@icecanyon.com
ssaffari@icecanyon.com

### icgplc

andrew.phillips@icgplc.co.uk
claire.campbell@icgplc.co.uk
david.ford@icgplc.com
denis.viet.jacobsen@icgplc.co.uk
eric.blake@icgplc.com
frederic.jourdren@icgplc.com
graeme.smith@icgplc.com
graham.villiers@icgplc.com
jeff.boswell@icgplc.com
john.barker@icgplc.com
magnus.hildingsson@icgplc.co.uk
max.mitchell@icgplc.co.uk
richard.hudson@icgplc.com
richard.samuel@icgplc.co.uk
robin.jenner@icgplc.co.uk
sara.halbard@icgplc.co.uk
simon.morrell@icgplc.com
tom.attwood@icgplc.co.uk
tom.bartlam@icgplc.co.uk

### icl-group

amozes@icl-group.com
avid@icl-group.com

### icn

christian.speth@icn.siemens.de
detlef.pohl@icn.siemens.de
guenther.barth@icn.siemens.de
hartwig.ruell@icn.siemens.de
werner.bauer@icn.siemens.de

### icomd

bill.heaphy@icomd.com
chris.davis@icomd.com
dhoelting@icomd.com
julie.hale@icomd.com
lynn.franke@icomd.com
rd.mcdorman@icomd.com
robertson@icomd.com
sim.wooten@icomd.com
vitaly.korchevsky@icomd.com

### icp

denise@icp.com
linda@icp.com
roger@icp.com

### icprc

ang.hui.hui@icprc.com
chan.keng.guan@icprc.com
cindy.koh@icprc.com
danny.loo@icprc.com
david.sin@icprc.com
fong.yoke.peng@icprc.com
gary.ho@icprc.com
harry.tan@icprc.com

## Company & Corresponding Email Addresses

kelvin.ng@icprc.com
kwek.miang.cher@icprc.com
lee.sau.ping@icprc.com
lem.chee.yong@icprc.com
liao.hua.feng@icprc.com
liu.jian.hua@icprc.com
liu.qing@icprc.com
luo.qing@icprc.com
michael.zhang@icprc.com
ryan.yeo@icprc.com
sharon.wang@icprc.com
sim.king.yaw@icprc.com
sun.min@icprc.com
teo.xuan.lin@icprc.com
wang.bo@icprc.com
wang.hui@icprc.com
wang.ping.jiao@icprc.com
wei.xiao.li@icprc.com
wong.mei.ling@icprc.com
xin.xiao.xia@icprc.com
xu.hui.shan@icprc.com
yao.dong@icprc.com
yin.yong@icprc.com

**i-cv**
jeggli@i-cv.ch
pfister@i-cv.ch

**idbbank**
atal@idbbank.com

**idbny**
colivares@idbny.com
dcohen@idbny.com
lkassler@idbny.com
mbiondollilo@idbny.com
mng@idbny.com
pmazur@idbny.com
sholz@idbny.com
sreilly@idbny.com

**idbs**
yves.pazmandy@idbs.ch

**ideam**
alban.de-fay@ideam.fr

**idexx**
john-morton@idexx.com
peter-levine@idexx.com

**idontknow**
dan@idontknow.com
robert@idontknow.com

**idsffm**
konstantin.kaloudis@idsffm.com
milenko.vujanovic@idsffm.com
regine.fischer-wendland@idsffm.com
stefan.hartung@idsffm.com
stefan.zinn@idsffm.com

**ie**

## Company & Corresponding Email Addresses

aidan.macsweeney@ie.dexia.be
antoine.vercherin@ie.dexia.be
avriel@ie.technion.ac.il
benoit.debroise@ie.dexia.be
brian.fitzgerald@ie.dexia.be
colin.vance@ie.dexia.be
dennis.murray@ie.dexia.be
eamonn.tuohy@ie.dexia.be
gabriela.stefanic@ie.dexia.be
jill.kavanagh@ie.dexia.be
julie.golhen@ie.dexia.be
kobe.vanderstraeten@ie.dexia.be
marcin.adamczyk@ie.dexia.be
marie.gaffney@ie.dexia.be
nezha.moatassime@ie.dexia.be
philip.feront@ie.dexia.be
pierre.addoum@ie.dexia.be
roberto.ferrito@ie.dexia.be

**if**
joakim.blomqvist@if.se
lars.lonnquist@if.se
mattias.andersson@if.se
thomas.berglund@if.se

**ifabanque**
e.derose@ifabanque.com

**ifam**
ibazzoli@ifam.it
ievola@ifam.it

**ifc**
aagresti@ifc.org
abeckerman@ifc.org
adrozhilov@ifc.org
ajain3@ifc.org
apitts@ifc.org
aramaswamy@ifc.org
ashinkevich@ifc.org
avillanueva1@ifc.com
balsharif@ifc.org
bevans@ifc.org
cdavies@ifc.org
cjust@ifc.org
dbanda@ifc.org
drempfler@ifc.org
erong@ifc.org
ethomasian@ifc.org
fkhambata@ifc.org
gesen@ifc.org
itwinn@ifc.org
jglen@ifc.org
jgroesbeek@ifc.org
jkim6@ifc.org
jlacombe@ifc.org
jlotto@ifc.org
jombura@ifc.org

## Company & Corresponding Email Addresses

jstapleton@ifc.org
khiramoto@ifc.org
kiwama@ifc.org
madrien@ifc.org
mbabin@ifc.org
mcader@ifc.org
mheneghan@ifc.org
mkimmig@ifc.org
mmanem@ifc.org
mnilsson@ifc.org
ngupta2@ifc.org
nminami@ifc.org
sgonzalez@ifc.org
skrishnan@ifc.org
smitra2@ifc.org
spombo@ifc.org
sthiriez@ifc.org
tkimura@ifc.org
vmani@ifc.org
vprudius@ifc.org
whmeyer@ifc.org
ysaadat@ifc.org

### ifco
catja.coellen@ifco.de
michael.nimtsch@ifco.de

### ifigest
niccolo.pini@ifigest.it

### ifm
darrenpasco@ifm.net.au
lnunez@ifm.net.au
ltiemens@ifm.net.au
rmiller@ifm.net.au
sbarker@ifm.net.au
stung@ifm.net.au

### ifp
gmirante@ifp.ch
jeanlouis.piers@ifp.ch
michael.gerke@ifp.ch
pamela.zell@ifp.ch

### ifsam
aparets@ifsam.com
atachco@ifsam.com
cgardiner@ifsam.com
gpaoletti@ifsam.com
jdaniels@ifsam.com
jhealy@ifsam.com
jwimbish@ifsam.com
miannarelli@ifsam.com
mpron@ifsam.com
rfruh@ifsam.com
rkilbride@ifsam.com
rlaffey@ifsam.com
tcheung@ifsam.com
tquinn@ifsam.com

## Company & Corresponding Email Addresses

**igcp**
lucia.leitao@igcp.pt
pedro.cabecos@igcp.pt
pedro.morgado@igcp.pt
sofia.nu@igcp.pt
susana.santos@igcp.pt

**igfgam**
daniel.hanbury@igfgam.com
ketan.raja@igfgam.com

**ihc**
cojmilla@ihc.com
stacy.jennings@ihc.com

**ihc-geneve**
dwiedemann@ihc-geneve.com
hspencer@ihc-geneve.com
jkelly@ihc-geneve.com
jrosenberg@ihc-geneve.com

**ihe**
scott.beer@ihe.com
tim.nierste@ihe.com

**iibbank**
adam.mesbur@iibbank.ie
conor.mcgowan@iibbank.ie
jason.drennan@iibbank.ie
keith.obyrne@iibbank.ie
keith.o'byrne@iibbank.ie
kevin.hallagan@iibbank.ie
leslie.cosgrave@iibbank.ie
mark.barnes@iibbank.ie
mark.coulam@iibbank.ie
mark.hensey@iibbank.ie
niamh.wylie@iibbank.ie
olan.cremin@iibbank.ie

**iid**
nrgutierrez@iid.com

**iidenergy**
aramos@iidenergy.com
scarrillo@iidenergy.com

**iidpower**
amagana@iidpower.com
jsweet@iidpower.com
pvasquez@iidpower.com
sharding@iidpower.com

**iigh**
aagan@iigh.com

**iim-ar**
michael.stevens@iim-ar.com
rob.anderson@iim-ar.com

**ijl**
donald.buzanowski@ijl.com

**ikano**
anne-lise.ugo@ikano.lu
carsten.jorgensen@ikano.lu
claus.thulstrup@ikano.lu

**Company & Corresponding Email Addresses**

henrik.jensen@ikano.nl
marc.vappiani@ikano.lu
matthieu.bernet@ikano.lu
philippe.ribiere@ikano.lu

**ikb**

alexander.lanin@ikb.de
andreas.nestel@ikb.de
andrew.rhodes@ikb.de
bernd.claussen@ikb.de
bernd.honermeyer@ikb.de
bernhard.freis@ikb.de
christian.becker@ikb.de
claudia.von.braun-janssen@ikb.de
claus-dieter.wagner@ikb.de
daniele.candiani@ikb.de
david.matson@ikb.de
doris.rimpler@ikb.de
edward.lightfoot@ikb.de
felix.strohmeyer@ikb.de|
ferdinand.kordel@ikb.de
francois.manivel@ikb.de
frank.kreuzhagen@ikb.de
friedrich.frickenhaus@ikb.de
gisber.schulz@ikb.de
gunar.lietz@ikb.de
hans-herbert.wascholl.ikb.de@ikb.de
hauke.finger@ikb.de
holger.rabelt@ikb.de
hubert.langer@ikb.de
ian.richardson@ikb.de
jan-henrik.rufer@ikb.de
jens.kersting@ikb.de
kai.stengle@ikb.de
klaus.michaelsen@ikb.de
lindsay.jett@ikb.de
maurizio.cudemo@ikb.de
max.von.renesse@ikb.de
michael.braun@ikb.de
michael.von.den.driesch@ikb.de
oliver.annen@ikb.de
olli.backman@ikb.de
patrick.hovest@ikb.de
peer.rosenberg@ikb.de
peter.schmorl@ikb.de
peter.schuster@ikb.de
petra.pieper@ikb.de
petra.scheffel@ikb.de
stefan.ortseifen@ikb.de
stuart.geddis@ikb.de
thomas.blum@ikb.de
tobias.maier@ikb.de
ulrike.gorny@ikb.de
volker.de.haan@ikb.de
wolfgang.bathis@ikb.de

## Company & Corresponding Email Addresses

### ikb-cam
amrit.bains@ikb-cam.de
andre.freter@ikb-cam.de
annika.czybulka@ikb-cam.de
barbara.ohlhaver@ikb-cam.de
daniel.kluge@ikb-cam.de
frank.lehrbass@ikb-cam.de
hanna.berglund@ikb-cam.de
harjan.kuiper@ikb-cam.de
heike.staudacher@ikb-cam.de
jan-hendrik.walloch@ikb-cam.de
julia.hubertus@ikb-cam.de
klausdieter.bauknecht@ikb-cam.de
markus.dziemba@ikb-cam.de
michael.pinkus@ikb-cam.de
olga.krainuchenko@ikb-cam.de
peter.scheffel@ikb-cam.de
ralf.wittenbrink@ikb-cam.de
raphaelle.knight@ikb-cam.de
thomas.schirmer@ikb-cam.de
thomas.woelwer@ikb-cam.de
uta.kubis@ikb-cam.de
ute.bach@ikb-cam.de
ute.wissing@ikb-cam.de
winfried.reinke@ikb-cam.de

### ikbcc
cmantelin@ikbcc.com
gwerner@ikbcc.com

### ikedabank
a-otsuka@ikedabank.co.jp
d-mochizuki@ikedabank.co.jp
h-sugita@ikedabank.co.jp
j-yoshioka@ikedabank.co.jp
k-sakurai@ikedabank.co.jp
n-katayama@ikedabank.co.jp
n-nanchi@ikedabank.co.jp
t-irie@ikedabank.co.jp
t-shioda@ikedabank.co.jp
y-fujimoto@ikedabank.co.jp
y-saitou@ikedabank.co.jp

### ikos
andreaf@ikos.com.cy
anna@ikos.com.cy
dan@ikos.com.cy
eyal@ikos.com.cy
johnm@ikos.com.cy
mhairi@ikos.com.cy
michael@ikos.com.cy
paul@ikos.com.cy
peter@ikos.co.uk
sam@ikos.co.uk
scott@ikos.com.cy
sharon@ikos.com.cy
stevens@ikos.com.cy

**Company & Corresponding Email Addresses**

trader@ikos.com.cy
tradingcy@ikos.com.cy
vassos@ikos.com.cy

**ikosam**

elena@ikosam.com
nick@ikosam.com

**ikospartners**

martin@ikospartners.com
matthewa@ikospartners.com
peterm@ikospartners.com
simon@ikospartners.com
vaseem@ikospartners.com

**ikosresearch**

cameron@ikosresearch.com

**ili**

hertzel@ili.co.il

**ilim**

alison.letters@ilim.com
aodhagan.byrne@ilim.com
brendan.moran@ilim.com
brian.murphy@ilim.com
colm.obrien@ilim.com
conor.walshe@ilim.com
eugene.kiernan@ilim.com
glenn.treacy@ilim.com
jean.carberry@ilim.com
john.obrien@ilim.com
kieran.bristow@ilim.com
len.mccabe@ilim.com
lenny.mcloughlin@ilim.com
louis.meagher@ilim.com
maryann.hernon@ilim.com
max.plapp@ilim.com
michael.lynch@ilim.com
michael.schmitt@ilim.com
neil.clifford@ilim.com
nicola.dowdall@ilim.com
ronan.bradley@ilim.com
sam.sezeto@ilim.com
sam.szeto@ilim.ie
seamus.magner@ilim.com
shane.cahill@ilim.com
tom.glynn@ilim.com

**illi**

yuval@illi.co.il

**illinois**

jeremy.bliss@illinois.gov

**illinoismutual**

djmiller@illinoismutual.com
rfpedersen@illinoismutual.com

**ilmarinen**

juha.niemela@ilmarinen.fi

**ilp**

o"neillc@ilp.com

**Company & Corresponding Email Addresses**

**ilptreasury**
declan.dolan@ilptreasury.com
mark.fields@ilptreasury.com
peter.blessing@ilptreasury.com

**im**
andre.vatsgar@im.storebrand.no
arthur.sletteberg@im.storebrand.no
caroline.moreau@axa.im.com
harold.kooch-hagen@im.storebrand.no
hege.marthinussen@im.storebrand.no
jan.erik.saugestad@im.storebrand.no
knut.ivar.saatvedt@im.storebrand.no
morten.baltzersen@im.storebrand.no
morten.christensen@im.storebrand.no
pal.haugerud@im.storebrand.no
ronny.engebretsen@im.storebrand.no
stefan.peterson@im.storebrand.no

**imf**
cmorris@imf.org
mwalsh@imf.org
pdattels@imf.org
rvillavicencio@imf.org

**img-dsm**
agoody@img-dsm.com
jhecht@img-dsm.com
jlorenzen@img-dsm.com
kjohnson@img-dsm.com
ksteward@img-dsm.com
rcropp@img-dsm.com
tolsen@img-dsm.com

**impaccompanies**
andrew.mccormick@impaccompanies.com
cameron.mullins@impaccompanies.com
daniel.sigai@impaccompanies.com
david.smith@impaccompanies.com
dchen@impaccompanies.com
dsmith@impaccompanies.com
eric.rangel@impaccompanies.com
herb.kim@impaccompanies.com
jim.malloy@impaccompanies.com
jtomkinson@impaccompanies.com
kelly.theemling@impaccompanies.com
kevin.to@impaccompanies.com
kieran.gifford@impaccompanies.com
laura.barragan@impaccompanies.com
mark.aarvig@impaccompanies.com
nancy.pollard@impaccompanies.com
nfrey@impaccompanies.com
paul.woo@impaccompanies.com
roland.fernandes@impaccompanies.com
tadams@impaccompanies.com
washmore@impaccompanies.com

**imrf**
rnoe@imrf.org

**Company & Corresponding Email Addresses**

**ims**
daisuke.a.fujimaki@ims.jti.co.jp
jt.ir@ims.jti.co.jp
koichi.yamaguchi@ims.jti.co.jp
noboru.ichikura@ims.jti.co.jp

**imsi**
bcorcora@imsi.com
billc@imsi.com
dmoy@imsi.com
jmoraitis@imsi.com
johnw@imsi.com
rdudgins@imsi.com
richarda@imsi.com
timothy.bias@imsi.com
ufrawley@imsi.com

**ina**
simon.meers@ace.ina.com

**inasim**
apnobili@inasim.gruppoina.it
aturrini@inasim.gruppoina.it
cbaiocchi@inasim.gruppoina.it
dschifone@inasim.gruppoina.it
gguida@inasim.gruppoina.it
isirovich@inasim.gruppoina.it
lzerbinotto@inasim.gruppoina.it
mprizia@inasim.gruppoina.it
pcurti@inasim.gruppoina.it
ppalombi@inasim.gruppoina.it
sorfanelli@inasim.gruppoina.it

**inbev**
pierre.winand@inbev.com

**inc**
kledbet@inc.com
lgirard@inc.com

**income**
ayee@income.com.sg
changky@income.com.sg
cseng@income.com.sg
eboh@income.com.sg
engch@income.com.sg
foosc2@income.com.sg
jfong@income.com.sg
kohlt3@income.coop
leecc@income.com.sg
liongtk@income.com.sg
llam@income.com.sg
mseah@income.com.sg
patricia.khoo@income.com.sg
paul.seng@income.com.sg
rseah@income.com.sg
s094596@income.com.sg
simpp@income.com.sg

**incomeresearch**
bill@incomeresearch.com

## Company & Corresponding Email Addresses

boneill@incomeresearch.com
caitlin@incomeresearch.com
cory@incomeresearch.com
cstifel@incomeresearch.com
ed@incomeresearch.com
eric@incomeresearch.com
georgia@incomeresearch.com
jack@incomeresearch.com
jake@incomeresearch.com
jboneno@incomeresearch.com
jim@incomeresearch.com
jlarkin@incomeresearch.com
john@incomeresearch.com
justin@incomeresearch.com
kashif@incomeresearch.com
kevin@incomeresearch.com
mary@incomeresearch.com
matt@incomeresearch.com
mike@incomeresearch.com
mlitchfield@incomeresearch.com
mroberts@incomeresearch.com
msheldon@incomeresearch.com
paul@incomeresearch.com
ppimenta@incomeresearch.com
ryan@incomeresearch.com
sarah@incomeresearch.com
scott@incomeresearch.com
steve@incomeresearch.com
tom@incomeresearch.com
william@incomeresearch.com

**independentsector**
tim@independentsector.org

**indesitcompany**
alberto.romagnoli@indesitcompany.com
andrea.naccarato@indesitcompany.com
annamaria.antonelli@indesitcompany.com
francesco.marzullo@indesitcompany.com

**indiana**
aweldy@indiana.edu
gstratte@indiana.edu

**indianapolislife**
getrueb@msg.indianapolislife.com
lifoxwo@indianapolislife.com

**indigo**
kirwan@indigo.ie
rheinhyp@indigo.ie

**indosuez**
frederic.lamotte@indosuez.ch

**indover**
lau@indover.nl
leej@indover.nl
leep@indover.nl

**indoverbank**
a.a.luitjes@indoverbank.com

## Company & Corresponding Email Addresses

arjan.stubbe@indoverbank.com
b.leung@indoverbank.com
conor@indoverbank.com
d.r.de.ree@indoverbank.com
e.cheung@indoverbank.com
e.v.hess@indoverbank.com
eschweiler@indoverbank.com
g.ong@indoverbank.com
j.chan@indoverbank.com
j.j.angow@indoverbank.com
m.kerssens@indoverbank.com
p.h.l.the@indoverbank.com
r.j.albinus@indoverbank.com
v.lai@indoverbank.com
w.kwan@indoverbank.com
y.tjitrosoebono@indoverbank.com

### industrivarden
jacob.rojdmark@industrivarden.se

### indymacbank
karen_bilancini@indymacbank.com

### infarmbureau
gregory.hunt@infarmbureau.com
jason.krcmery@infarmbureau.com
kent.deeter@infarmbureau.com
lee.livermore@infarmbureau.com

### infidar
gerard.hofmann@infidar.ch
krystina.ters@infidar.ch
patrick.dzuba@infidar.ch
patrick.vogel@infidar.ch
research@infidar.ch
roger.rothenbuehler@infidar.ch
thomas.fedier@infidar.ch

### info
info@info.com

### ing
addy.suhut@ing.com.my
adrey.chen@asia.ing.com
adrian.foo@asia.ing.com
adrien.mayer@ing.ch
afshin.taber@americas.ing.com
agnieszka.olesinska@ing.be
alexandre.boulard@ing.ch
alexandre.lutsenko@ing.be
allen.chachkes@americas.ing.com
amador.malnero@ing.be
amy.mc-morrow@ing.be
amy.wilk@americas.ing.com
andre.hermans@ing.be
andrew.moylan@ing.com.au
andy.yang@ap.ing.com
annie.wy.soo@ing.com.hk
anson.sng@asia.ing.com
anthony.camp@us.ing.com

**Company & Corresponding Email Addresses**

anthony.cros@ing.mc
anthony.deagan@ing.com.au
antoon.pelsser@ing.nl
arnold.pagen@americas.ing.com
barbara.chan@ap.ing.com
bas.van.buuren@ing.com.my
bebe.wilkinson@us.ing.com
benjamin.so@ap.ing.com
benny.ho@ap.ing.com
bernard.de.becker@ing.be
beverly.steinhoff@us.ing.com
bill.shen@ap.ing.com
bratin.sanyal@ap.ing.com
brian.eley@ing.com.au
brice.van-dyck@ing.be
brieuc.verhaegen@ing.be
bruno.vanderschueren@ing.fr
byungkyu.cheon@asia.ing.com
catherine.billwatsch@ing.com
charles.david@ing.be
charlie.yang@ap.ing.com
cheehau.ho@asia.ing.com
ching-mai.wu@asia.ing.com
chris.m.henry@us.ing.com
chris.ryan@asia.ing.com
christian.nolan@ap.ing.com
christoph.clauss@bhf.ing.com
christoph.plattenteich@bhf.ing.com
christopher.warren@americas.ing.com
chunyu.lau@ap.ing.com
cindy.kan@asia.ing.com
contact@ing.lu
daniel.kang@asia.ing.com
david.fraser@americas.ing.com
david.letens@ing.be
david.lodewyckx@ing.be
david.schrager@ing.com
didier.rieter@ing.lu
dries.de-muynck@ing.be
ed.melton@americas.ing.com
eileen.smith@americas.ing.com
elena.pacan-zemtsova@ing.lu
elizabeth.hattersley@ing.com.au
elke.heinle@bhf.ing.com
emilee.yew@ing.com.my
eric.anderson@mx.ing.com
eric.boyer@ing.be
eric.cantagrel@ing.fr
eric.hollanders@ing.be
erik.berg@americas.ing.com
erik.theyssens@ing.ch
erwin.simons@ing.be
fanny.yy.fung@ing.com.hk
felix.chan@ap.ing.com

**Company & Corresponding Email Addresses**

filip.de-coster@ing.be
florence.roegiers@ing.be
frank.moisson@ing.lux
fred.ten.lohuis@us.ing.com
frederic.dutry@ing.be
frederic.fauveaux@ing.lux
frieda.seynaeve@ing.be
gavin.andrew@ing.com.au
geoff.arens@americas.ing.com
georges.wolff@ing.lu
gerhard.langpape@bhf.ing.com
gilbert.tan@ap.ing.com
giuseppe.orlando@ing.it
graham.benson@ing.com.au
greg.ball@americas.ing.com
gregoire.debaeke@ing.be
gregory.combes@ing.be
gregory.ko@ap.ing.com
gregory.marque@ing.be
gunther.treffer@ing.ch
guy.uding@ap.ing.com
gwen-maud.de-souter@ing.be
hans.itburrun@ing.ch
heinz.roetheli@ing.ch
herve.gugler@ing.ch
huey.juien.tan@asia.ing.com
igor.bury@ing.fr
imas@ing.ch
ivan.rynders@ing.be
jackie.lee@asia.ing.com
jan.lebbe@ing.be
jason.lye@ing.com.au
jean-louis.stoefs@ing.be
jean-marc.anciaux@ing.be
jean-philippe.guigon@ing.be
jean-philippe.stijns@ing.lu
jeremy.cox@ing.com.au
jeroen.hendrickx@ing.be
joachim.krueger@bhf.ing.com
joanne.tan@asia.ing.com
joel.broillet@ing.ch
johan.van.der.ende@ing.nl
john.lee@americas.ing.com
john.morgan@ing.com.au
kelly.chung@ap.ing.com
klaus.deppermann@bhf.ing.com
kris.devos@ing.be
laurent.arets@americas.ing.com
laurent.rivet@ing.be
lily.chang@ap.ing.com
luc.walravens@ing.be
luis.perez@americas.ing.com
marc.tassenoe@ing.be
marc.vangeit@ing.be

## Company & Corresponding Email Addresses

marco.biglia@ing.be
mark.oshaughnessy@americas.ing.com
mark.wang@ing.com.my
marshall.filart@ing.be
mathieu.bertrand@ing.be
mathieu.hafner@ing.be
michael.arnold@bhf.ing.com
michael.chiu@ap.ing.com
michael.chun@ing.com.au
michael.courtney@ing.com.au
michael.dorsel@us.ing.com
michael.jonker@ing.be
michael.kerans@ing.com.au
michael.reyes@ap.ing.com
michel.cassiman@ing.be
michel.munz@ing.ch
nicholas.toovey@ap.ing.com
olga.dolchenko@us.ing.com
olivier.casse@ing.be
olivier.chen@ing.be
olivier.de-jaeghere@ing.be
olivier.edelman@ing.be
oscar.leung@ap.ing.com
owen.stein@us.ing.com
p.delvaux@ing.be
paksing.cheong@ing.com.my
pascal.peigneux@ing.be
patrick.levy@ing.be
patrick.oneill@bhf.ing.com
patrick.reed@ing.be
patrick.vanderborght@ing.be
patrick.wuytens@ing.be
paul.cuddy@ing.com.au
paul.huang@ap.ing.com
peter.vandenhoute@ing.be
philippe.dembourg@ing.de
philippe.deprez@ing.be
philippe.devroye@ing.be
philippe.douillet@ing.fr
philippe.paulus@ing.be
philippe.vlasselaer@ing.ch
pierre.longueville@ing.be
pierre-paul.verelst@ing.be
pieter.dhoore@ing.be
rachel.o'connor@ing.com.au
regis.lanove@ing.be
remi.bertin@ing.ch
remko.vanekelen@ing.ch
richard.adams@ing.com.au
rico.milde@bhf.ing.com
robert.niu@ap.ing.com
roel.jansen@asia.ing.com
ruppen.margarian@ing.com.au
samuel.hui@ap.ing.com

## Company & Corresponding Email Addresses

satpalsingh.sandhu@ing.ch
sebastien.collard@ing.lu
selina.yu@ap.ing.com
shirley.liu@ap.ing.com
shriram.ramanathan@ap.ing.com
silvana.lau@ing.com.au
stefan.pieters@ing.be
stephan.fries@bhf.ing.com
stephan.van.vliet@ap.ing.com
stephane.roffler@ing.be
stephen.ng@ap.ing.com
stuart.barry@ing.com.au
susie.fenton@ing.com.au
sven.madsen@bhf.ing.com
tabitha.dearden@ing.com.au
tamara.van-den-ban@ing.be
tanguy.de-volder@ing.be
teik.cheah@ap.ing.com
thomas.benders@ing.com
timothy.matson@ap.ing.com
vaga.bartalini@ing.ch
valerie.gobet@ing.ch
viktor.pitrans@ing.com.au
vincent.van-steensel@ing.be
virginie.deboisseson@ing.ch
walter.van-meensel@ing.be
wendy.yeoh@ing.com.my
wey.fook.hou@asia.ing.com
will.chen@ap.ing.com
wim.blommaert@ing.be
yuan.xin.pek@asia.ing.com
yves.lacomble@ing.be
zubin.mogul@us.ing.com

### ing-afs

grangerh@ing-afs.com
piacentinit@ing-afs.com

### ingalls

ajanovic@ingalls.net
csiege@ingalls.net
jdougherty@ingalls.net
jslocum@ingalls.net
platourette@ingalls.net
rgipson@ingalls.net
rthatcher@ingalls.net
sboone@ingalls.net
sfoote@ingalls.net
smeehan@ingalls.net
tditosto@ingalls.net
tob@ingalls.net

### ingbank

christopher.bamman@ingbank.com
clemens.buis@ingbank.com
ed.manie@ingbank.com
franck.souillard@ingbank.fr

**Company & Corresponding Email Addresses**

hans.staveren@ingbank.com
hugo.sauerland@ingbank.com
jeroen.zevering@ingbank.com
michael.broeders@ingbank.com
rolf-pieter.ter.horst@ingbank.com
wim.kuyf@ingbank.com
wook.heo@ingbank.com

**ing-barings**
cerise.lim@ing-barings.com
fabio.motta@ing-barings.com.br
ivan.fadel@ing-barings.com

**ing-capadv**
cpalmer@ing-capadv.com
hguelovani@ing-capadv.com
shood@ing-capadv.com

**ingclarion**
terri-ann.miller@ingclarion.com

**ingdelta**
jcain@ingdelta.com

**ingdirect**
dennis.worst@ingdirect.nl
federicoronchi@ingdirect.it
mauro.muraro@ingdirect.it
paul.zelissen@ingdirect.nl
thomas.bernert@ingdirect.nl
ugo.bartolucci@ingdirect.it

**ingferri**
armand.gossart@ingferri.fr
christian.belei@ingferri.fr
franck.jusseaume@ingferri.fr
guy.delbarre@ingferri.fr
jean-francoise.descaves@ingferri.fr
marie-frederique.dumont@ingferri.fr
philippe.chalvert@ingferri.fr
philippe.larange@ingferri.fr
sylvie.delamotte@ingferri.fr

**ingfnc**
kmurray@ingfnc.com
rfleming@ingfnc.com

**ingfunds**
carol.sibliano@ingfunds.com
christopher.d'amico@ingfunds.com
didier_devreese@ingfunds.co.jp
ed.schriver@ingfunds.com
jeffrey.bakalar@ingfunds.com
leonora.xhekaj@ingfunds.com
michael.coulter@ingfunds.com
nick.spiezio@ingfunds.com
richard.albano@ingfunds.com
thomas.jackson@ingfunds.com
tom.jackson@ingfunds.com

**ing-ghent**
emagilligan@ing-ghent.com
rcurrimjee@ing-ghent.com

**Company & Corresponding Email Addresses**

**ingim**

ad.van.tiggelen@ingim.com
adam.myant@ingim.com
adour.sarkissian@ingim.com
age.bruinsma@ingim.com
al.denholm@ingim.com
alex.cheng@ingim.com
alex.zuiderwijk@ingim.com
alexander.van.der.laan@ingim.com
alexander.van.eekelen@ingim.com
alexandre.deveen@ingim.com
andrej.antonijevic@ingim.com
angelien.kemna@ingim.com
anneke.galema@ingim.com
annemieke.coldeweijer@ingim.com
anne-pascale.bauwens@ingim.com
annette.vunderink@ingim.com
arjen.vonk@ingim.com
arnoud.van.dijk@ingim.com
arnout.bloys.van.treslong@ingim.com
bart.hoorn@ingim.com
bart.koolhaas@ingim.com
bart.siebers@ingim.com
bart.van.merrienboer@ingim.com
bas.kragten@ingim.com
bas.peeters@ingim.com
bas.van.buuren@ingim.com
ben.dassen@ingim.com
benoit.debelder@ingim.com
bert.veldman@ingim.com
betty.pestiaux@ingim.com
bich.hoa.bui-dang@ingim.com
bram.verheye@ingim.com
bregje.roosenboom@ingim.com
brigitte.geelen@ingim.com
bruno.springael@ingim.com
calvin.davies@ingim.com
camiel.mulders@ingim.com
carl.ghielen@ingim.com
carla.hoogweg@ingim.com
caroline.muste@ingim.com
caspar.van.grafhorst@ingim.com
christiaan.dehaan@ingim.com
christophe.keteleer@ingim.com
christophe.van-lancker@ingim.com
coen.verdegaal@ingim.com
colm.nolan@ingim.com
constance.d'aspremont@ingim.com
cor.stolwijk@ingim.com
corina.wolterbeek@ingim.com
david.ko@ingim.com
delphine.houbrechts@ingim.com
dennis.lagast@ingim.com
detmer.koekoek@ingim.com

**Company & Corresponding Email Addresses**

diliana.deltcheva@ingim.com
dirk.frikkee@ingim.com
dirk.jan.verzuu@ingim.com
dolly.lijtens@ingim.com
dorian.garay@ingim.com
eddy.verbiest@ingim.com
edo.meijerman@ingim.com
eduard.van.gelderen@ingim.com
edwin.lak@ingim.com
edwin.van.oosten@ingim.com
eric.adriaens@ingim.com
eric.conrads@ingim.com
eric.de.rouw@ingim.com
eric.iim.anderson@ingim.com
erik.willemsen@ingim.com
erwin.houbrechts@ingim.com
esra.joos@ingim.com
estelle.beretta.somody@ingim.com
esther.wijnants@ingim.com
etienne.boeziek@ingim.com
fabrizio.carisi@ingim.com
fermin.da.costa.gomez@ingim.com
floris.hart@ingim.com
floris.van.den.berg@ingim.com
frank.de.lange@ingim.com
frank.iim.van.etten@ingim.com
frank.kouwenberg@ingim.com
frans.verhaar@ingim.com
frederic.degembe@ingim.com
frederic.ferminne@ingim.com
frederic.van.parijs@ingim.com
frits.moolhuizen@ingim.com
gerben.de.zwart@ingim.com
gerd.philippaerts@ingim.com
gerrit.ooms@ingim.com
gijs.van.oostrom@ingim.com
gijsbert.plug@ingim.com
gilbert.van.hassel@ingim.com
gilles.dubois@ingim.com
gorky.urquieta@ingim.com
greg.michel@ingim.com.au
guillaume.janssen@ingim.com
gus.robertson@ingim.com
guyot.van.meer@ingim.com
han.rijken@ingim.com
hans.postmus@ingim.com
hans.stoter@ingim.com
hans.van.de.weg@ingim.com
hans.van.iim.zwol@ingim.com
hans.vermeulen@ingim.com
harry.trip@ingim.com
harry.verschoren@ingim.com
hendrik-jan.boer@ingim.com
hendro.moestadja@ingim.com

**Company & Corresponding Email Addresses**

herman.kleeven@ingim.com
herman.klein@ingim.com
hubert.dekock@ingim.com
hugo.baartman@ingim.com
huub.van.der.riet@ingim.com
ignacio.onrubia.soler@ingim.com
ilse.deenik.scholtens@ingim.com
inge.van.elk@ingim.com
ingim.emd@ingim.com
ismail.alan@ingim.com
j.haines@ingim.com
jaco.rouw@ingim.com
jacqueline.evers@ingim.com
jan.avonts@ingim.com
jan.luschen@ingim.com
jan.straatman@ingim.com
jan.wim.derks@ingim.com
jeff.meys@ingim.com
jeroen.a.heemskerk@ingim.com
jeroen.bos@ingim.com
jeroen.brand@ingim.com
jeroen.hoogveld@ingim.com
jeroen.rodigas@ingim.com
jeroen.van.rooij@ingim.com
jeroen.van.zoelen@ingim.com
jeroen.wiercx@ingim.com
jerome.roulin@ingim.com
job.van.boxtel@ingim.com
jochen.lucht@ingim.com
joelle.bisschop@ingim.com
joep.huntjens@ingim.com
johan.govers@ingim.com
john.elliott@ingim.com
jonathan.abshire@ingim.com
joost.lobbes@ingim.com
joost.wijstma@ingim.com
joris.verhoeven@ingim.com
josien.piek@ingim.com
judit.van.der.geest@ingim.com
jurgen.vandenhove@ingim.com
karen.de-smedt@ingim.com
kees.warnaer@ingim.com
klaas.van-imschoot@ingim.com
koen.wulles@ingim.com
laurent.frisque@ingim.com
laurent.nysen@ingim.com
laurent.van-tuyckom@ingim.com
lienke.van.balderen@ingim.com
luciano.almeida@ingim.com
madelon.moorlag@ingim.com
maes.van.lanschot@ingim.com
magdalena.jantea@ingim.com
manuel.canas@ingim.com
marc.van.loo@ingim.com

**Company & Corresponding Email Addresses**

marcel.de.koning@ingim.com
marcel.pattiradjawane@ingim.com
marco.ritfeld@ingim.com
marco.van.rijn@ingim.com
marieke.vorspel@ingim.com
marnix.van.der.ploeg@ingim.com
marten-pieter.van.harten@ingim.com
martijn.oosterwoud@ingim.com
martijn.soesbeek@ingim.com
martin.prins@ingim.com
martin.van.der.voet@ingim.com
maud.van.der.salm@ingim.com
maurits.booster@ingim.com
mausam.meghani@ingim.com
meenu.sahi@ingim.com
menno.a.van.eijk@ingim.com
menno.van.boven@ingim.com
michael.lipsch@ingim.com
michel.van.mazijk@ingim.com
michiel.bootsma@ingim.com
michiel.faber@ingim.com
michiel.harmers@ingim.com
mirjam.klijnsma@ingim.com
monique.heukels@ingim.com
moudy.elkhodr@ingim.com
muriel.freriksen@ingim.com
nadege.tillier@ingim.com
nazar.sushko@ingim.com
nick.murphy@ingim.com
niels.kylstra@ingim.com
nina.hodzic@ingim.com
nina.hodzig@ingim.com
obbe.kok@ingim.com
olivier.struben@ingim.com
oscar.kenessey@ingim.com
oskar.tijs@ingim.com
pascal.koenen@ingim.com
patrick.den.besten@ingim.com
patrick.moonen@ingim.com
paul.verloop@ingim.com
paul.vrouwes@ingim.com
peter.van.vliet@ingim.com
petra.van.lochem@ingim.com
philip.bredt@ingim.com
philippe.verstraete@ingim.com
pierre.bailleux@ingim.com
pierre-olivier.polet@ingim.com
pierre-paul.verelst@ingim.com
pieter.heijboer@ingim.com
pieter.schop@ingim.com
pieter.van.ockenburg@ingim.com
qing.xu@ingim.com
ralph.bucher@ingim.com
raoul.luttik@ingim.com

**Company & Corresponding Email Addresses**

raymond.van.denende@ingim.com
remco.vergeer@ingim.com
richard.keizer@ingim.com
rick.hoogerwerf@ingim.com
ridwan.setiadi.oey@ingim.com
rien.wijnen@ingim.com
rob.drijkoningen@ingim.com
rob.radelaar@ingim.com
robbert.staal@ingim.com
robbie.luyckx@ingim.com
robert.kruisland@ingim.com
robert.smallegange@ingim.com
robert.van.der.ven@ingim.com
roelf.groeneveld@ingim.com
ronald.van.dijk@ingim.com
ruud.boeve@ingim.com
sarmad.habib@ingim.com
saskia.duits@ingim.com
serge.mores@ingim.com
shuk.yin.cheung@ingim.com
sjoerd.kitzen@ingim.com
sjors.haverkamp@ingim.com
stefaan.dennekin@ingim.com
stephanie.flavegece@ingim.com
steven.kok@ingim.com
steven.steyaert@ingim.com
steven.vandepitte@ingim.com
stijn.vanacker@ingim.com
sven.van-den-bogaert@ingim.com
sylvain.de.ruijter@ingim.com
tatjana.ulicevic@ingim.com
teik.cheah@ingim.com.sg
thomas.simar@ingim.com
tjamme.klaren@ingim.com
tjeerd.van.cappelle@ingim.com
tjeert.keijzer@ingim.com
tod.mc-kenna@ingim.com
toine.picokrie@ingim.com
tom.demeyer@ingim.com
tonny.ririassa@ingim.com
tony.ririassa@ingim.com
trudy.brands@ingim.com
trudy.pasman@ingim.com
tycho.van.wijk@ingim.com
valentijn.van.nieuwenhuijzen@ingim.com
vera.kartseva@ingim.com
vincent.delfosse@ingim.com
vincent.juvyns@ingim.com
vincent.kester@ingim.com
vincent.tinant@ingim.com
wendy.veelenturf@ingim.com
willem.de.jong.iim@ingim.com
willem.j.g.van.dommelen@ingim.com
willem.verhagen@ingim.com

## Company & Corresponding Email Addresses

willemien.rijsdijk@ingim.com
wim.brinkman@ingim.com
wim.dhaese@ingim.com
wim.kool@ingim.com
wim.veraar@ingim.com
xavier.clerebaut@ingim.com
zhikai.xu@ingim.com

### ing-im

hafida.akanour@ing-im.fr
mark.boland@ing-im.com
nadja.eltufin@ing-im.fr
thierry.bourgain@ing-im.fr

### ingin

tjibbe.van.houten@ingin.com

### inginvesstments

jamesb.bis@inginvesstments.com

### inginvestment

abe.riazati@inginvestment.com
albert.hancock@inginvestment.com
alexis.liatis@inginvestment.com
alfredo.larrea@inginvestment.com
ali.nakhle@inginvestment.com
alice.chen@inginvestment.com
alice.jacobs@inginvestment.com
alison.lalla@inginvestment.com
allen.stoltman@inginvestment.com
allen.webb@inginvestment.com
allison.weed@inginvestment.com
amit.mehta@inginvestment.com
amy.glover@inginvestment.com
andres.sercovich@inginvestment.com
andrew.gillis@inginvestment.com
andriy.bulava@inginvestment.com
anil.katarya@inginvestment.com
anita.kelley@inginvestment.com
anthony.routh@inginvestment.com
anthony.sneag@inginvestment.com
anthony.socci@inginvestment.com
anu.sahai@inginvestment.com
aprille.johnson@inginvestment.com
asher.proschansky@inginvestment.com
bart.schlatmann@inginvestment.com
bas.nieuweweme@inginvestment.com
ben.barrett@inginvestment.com
betsy.jette@inginvestment.com
bill.bartol@inginvestment.com
bill.daley@inginvestment.com
bill.garrison@inginvestment.com
bill.nutting@inginvestment.com
bob.bowman@inginvestment.com
bob.browne@inginvestment.com
bob.crispin@inginvestment.com
bob.kase@inginvestment.com
bob.kloss@inginvestment.com

**Company & Corresponding Email Addresses**

borzu.masoudi@inginvestment.com
brad.taylor@inginvestment.com
brent.zelnak@inginvestment.com
brian.geller@inginvestment.com
brian.gendreau@inginvestment.com
brian.madonick@inginvestment.com
brian.matthews@inginvestment.com
brian.timberlake@inginvestment.com
bruno.umbro@inginvestment.com
carlos.guillen@inginvestment.com
catherine.rebai@inginvestment.com
charles.roques@inginvestment.com
charu.ahluwalia@inginvestment.com
chris.askeland@inginvestment.com
chris.corapi@inginvestment.com
chris.daniel@inginvestment.com
chris.diaz@inginvestment.com
chris.humphrey@inginvestment.com
chris.kenealy@inginvestment.com
chris.lyons@inginvestment.com
christine.hurtsellers@inginvestment.com
christine.wang@inginvestment.com
christopher.jennings@inginvestment.com
chuck.lemieux@inginvestment.com
chuck.williams@inginvestment.com
cliff.andrus@inginvestment.com
colin.dugas@inginvestment.com
corinne.krincek@inginvestment.com
courtney.eudaly@inginvestment.com
courtney.hollar@inginvestment.com
curtis.lee@inginvestment.com
cynthia.dempsey@inginvestment.com
dahniel.buie@inginvestment.com
dan.maples@inginvestment.com
dan.norman@inginvestment.com
dana.hedges@inginvestment.com
daniel.almeida@inginvestment.com
daniel.beckmann@inginvestment.com
daniel.eustaquio@inginvestment.com
daniel.martin@inginvestment.com
daniel.mon@inginvestment.com
darwin.brown@inginvestment.com
dave.delponte@inginvestment.com
david.abramson@inginvestment.com
david.bercaw@inginvestment.com
david.goodson@inginvestment.com
david.powers@inginvestment.com
david.rabinowitz@inginvestment.com
david.rowe@inginvestment.com
david.vuchinich@inginvestment.com
david.yealy@inginvestment.com
denis.jamison@inginvestment.com
dewey.cheek@inginvestment.com
donald.townswick@inginvestment.com

**Company & Corresponding Email Addresses**

donna.najafi@inginvestment.com
ed.groote@inginvestment.com
ed_grant@inginvestment.com
elaine.raad@inginvestment.com
elias.belessakos@inginvestment.com
elizabeth.weber@inginvestment.com
emre.erdogan@inginvestment.com
eric.conrads@inginvestment.com
eric.fauerbach@inginvestment.com
eric.johnson@inginvestment.com
eugene.lancaric@inginvestment.com
fernando.garza@inginvestment.com
fitz.wickham@inginvestment.com
fred.smith@inginvestment.com
gang.ma@inginvestment.com
gaurav.ahuja@inginvestment.com
gerald.lins@inginvestment.com
gil.mathis@inginvestment.com
glenn.elsey@inginvestment.com
gloria.carlson@inginvestment.com
greg.addicks@inginvestment.com
greg.jacobs@inginvestment.com
gregory.daniel@inginvestment.com
gregory.mcgreevey@inginvestment.com
gretchen.bishop@inginvestment.com
gunnie.mathis@inginvestment.com
harold.yoon@inginvestment.com
heather.bentley@inginvestment.com
howard.lodge@inginvestment.com
hugh.whelan@inginvestment.com
ira.braunstein@inginvestment.com
isabell.caldway@inginvestment.com
j.d.rieber@inginvestment.com
jackie.bernstein@inginvestment.com
jacqueline.hay-primus@inginvestment.com
jai.tanwar@inginvestment.com
jake.lowery@inginvestment.com
james.bis@inginvestment.com
james.dorment@inginvestment.com
james.griffin@inginvestment.com
james.hasso@inginvestment.com
james.kauffmann@inginvestment.com
james.lazzara@inginvestment.com
james.sena@inginvestment.com
james.vail@inginvestment.com
jamie.swain@inginvestment.com
janusz.mosakowski@inginvestment.com
jason.cordeiro@inginvestment.com
jason.esplin@inginvestment.com
jason.rausch@inginvestment.com
jay.cristello@inginvestment.com
jay.nix@inginvestment.com
jean.maddaloni@inginvestment.com
jeanne.symonds@inginvestment.com

**Company & Corresponding Email Addresses**

jed.latkin@inginvestment.com
jeff.dutra@inginvestment.com
jeff.nicholson@inginvestment.com
jeffrey.bianchi@inginvestment.com
jeffrey.boundy@inginvestment.com
jeffrey.stemmermann@inginvestment.com
jennifer.avery@inginvestment.com
jenny.thompson@inginvestment.com
jeremy.schweppe@inginvestment.com
jesse.collmann@inginvestment.com
jim.coffman@inginvestment.com
jim.essert@inginvestment.com
jim.rogers@inginvestment.com
jing.sun@inginvestment.com
joan.dillon@inginvestment.com
jody.hrazanek@inginvestment.com
joe.basset@inginvestment.com
john.cotton@inginvestment.com
john.edwards@inginvestment.com
john.johnson@inginvestment.com
john.knox@inginvestment.com
john.matsikas@inginvestment.com
john.pairaktaridas@inginvestment.com
john.pairaktaridis@inginvestment.com
jonathan.domineck@inginvestment.com
jonathan.julian@inginvestment.com
jonathan.trinidad@inginvestment.com
jorge.espinoza@inginvestment.com
jose.concha@inginvestment.com
joseph.vultaggio@inginvestment.com
josh.mahon@inginvestment.com
joshua.winchester@inginvestment.com
judith.keefe@inginvestment.com
jun.ma@inginvestment.com
june.blackman@inginvestment.com
justin.mcwhorter@inginvestment.com
justin.stach@inginvestment.com
justin.wu@inginvestment.com
karen.bergman@inginvestment.com
karen.cronk@inginvestment.com
karen.fife@inginvestment.com
karthik.radhakrishnan@inginvestment.com
katerina.iatsounova@inginvestment.com
katha.kerr@inginvestment.com
kathy.augustyn@inginvestment.com
katy.wojciechowski@inginvestment.com
kei.yamamoto@inginvestment.com
keith.brinsmade@inginvestment.com
kelly.byrne@inginvestment.com
kelly.hennigan@inginvestment.com
ken.haim@inginvestment.com
ken.hessel@inginvestment.com
ken.hockstein@inginvestment.com
kenneth.donohue@inginvestment.com

**Company & Corresponding Email Addresses**

kevin.dalton@inginvestment.com
kevin.moose@inginvestment.com
kirby.brown@inginvestment.com
krinstine.raimundi@inginvestment.com
krista.kennedy@inginvestment.com
kristin.manning@inginvestment.com
kristin.reece@inginvestment.com
kristy.finnegan@inginvestment.com
kurt.kringelis@inginvestment.com
kurt.oppermann@inginvestment.com
lloyd.flood@inginvestment.com
lorena.horncastle@inginvestment.com
louise.matthews@inginvestment.com
maciej.cierpka@inginvestment.com
maggie.li@inginvestment.com
mahua.banerjee@inginvestment.com
marcelo.assalin@inginvestment.com
margaret.karasinski@inginvestment.com
maria.cormaggi@inginvestment.com
mark.doyle@inginvestment.com
mark.haak@inginvestment.com
mark.lacroix@inginvestment.com
mark.spizer@inginvestment.com
mark.weber@inginvestment.com
martin.jansen@inginvestment.com
martin.lilienthal@inginvestment.com
martin.rosacker@inginvestment.com
mary.floberg@inginvestment.com
marymargaret.hayden@inginvestment.com
matt.brill@inginvestment.com
matt.diamond@inginvestment.com
may.tong@inginvestment.com
meg.hoffmaster@inginvestment.com
melanie.russell@inginvestment.com
melissa.zhang@inginvestment.com
michael.cormican@inginvestment.com
michael.fenske@inginvestment.com
michael.hyman@inginvestment.com
michael.kuchler@inginvestment.com
michael.lefurge@inginvestment.com
michael.look@inginvestment.com
michael.mata@inginvestment.com
michael.pytosh@inginvestment.com
michael.suen@inginvestment.com
michael.whilby@inginvestment.com
michel.etienne@inginvestment.com
michel.prince@inginvestment.com
michele.bourgeois@inginvestment.com
michelle.halvorsen@inginvestment.com
midhael.weisberg@inginvestment.com
mike.leskinen@inginvestment.com
mike.matusewicz@inginvestment.com
min.kim@inginvestment.com
mohamed.basma@inginvestment.com

**Company & Corresponding Email Addresses**

mousumi.chinara@inginvestment.com
naveen.bobba@inginvestment.com
neal.parikh@inginvestment.com
nedelka.white@inginvestment.com
okelo.bristol@inginvestment.com
olga.khodosh@inginvestment.com
oliver.wong@inginvestment.com
omar.aguilar@inginvestment.com
pafmiddleoffice@inginvestment.com
paul.aronson@inginvestment.com
paul.birish@inginvestment.com
paul.bukowski@inginvestment.com
paul.buren@inginvestment.com
paul.chen@inginvestment.com
paul.flynn@inginvestment.com
paul.zemsky@inginvestment.com
pavel.vaynshtok@inginvestment.com
peter.guan@inginvestment.com
peter.komarek@inginvestment.com
peter.li@inginvestment.com
peter.thorpe@inginvestment.com
philip.schwartz@inginvestment.com
pierre.couture@inginvestment.com
prashant.goyal@inginvestment.com
quant_rsch@inginvestment.com
rachel.lauber@inginvestment.com
rachelle.justice@inginvestment.com
raj.makhija@inginvestment.com
randall.parrish@inginvestment.com
randall.williamson@inginvestment.com
rao.casturi@inginvestment.com
rawls.morrow@inginvestment.com
ray.dietman@inginvestment.com
richard.cumberledge@inginvestment.com
richard.dichillo@inginvestment.com
richard.saler@inginvestment.com
richard.welsh@inginvestment.com
rick.nelson@inginvestment.com
ripal.patel@inginvestment.com
rob.turner@inginvestment.com
robbie.klein@inginvestment.com
robert.boucher@inginvestment.com
robert.chambers@inginvestment.com
robert.kinsey@inginvestment.com
robert.pontbriand@inginvestment.com
robert.presser@inginvestment.com
robert.rokhsar@inginvestment.com
robert.schonbrunn@inginvestment.com
robert.thompson@inginvestment.com
robert.wilson@inginvestment.com
rrichar@inginvestment.com
rubin.chen@inginvestment.com
russell.faulkner@inginvestment.com
ryan.nellums@inginvestment.com

**Company & Corresponding Email Addresses**

ryan.simmons@inginvestment.com
sal.digangi@inginvestment.com
sarah.sullivan@inginvestment.com
scott.a.frost@inginvestment.com
scott.barber@inginvestment.com
scott.froehlich@inginvestment.com
scott.lewis@inginvestment.com
scott.mills@inginvestment.com
scott.wetherington@inginvestment.com
sean.banai@inginvestment.com
seth.finkelstein@inginvestment.com
shannon.servaes@inginvestment.com
sharad.madkekar@inginvestment.com
shiv.mehta@inginvestment.com
shonna.davidson@inginvestment.com
spencer.phua@inginvestment.com
stan.berdnick@inginvestment.com
stan.zou@inginvestment.com
stephane.arvanitis@inginvestment.com
stephen.buschbom@inginvestment.com
stephen.coll@inginvestment.com
stephen.dougherty@inginvestment.com
stephen.gallant@inginvestment.com
stephen.kristofco@inginvestment.com
stephen.pounds@inginvestment.com
stephen.rose@inginvestment.com
steve.rayner@inginvestment.com
steve.reisenauer@inginvestment.com
steve.salopek@inginvestment.com
steve.sedmak@inginvestment.com
steve.sedmark@inginvestment.com
sucheta.rawal@inginvestment.com
suresh.krishnamoorthy@inginvestment.com
susan.barrett@inginvestment.com
tanya.vellieux@inginvestment.com
tao.tang@inginvestment.com
taryn.howard@inginvestment.com
ted.naeckel@inginvestment.com
teneisha.wilson@inginvestment.com
tiago.requeijo@inginvestment.com
tian.mu@inginvestment.com
tim.biggs@inginvestment.com
tim.mccrady@inginvestment.com
tim.sundell@inginvestment.com
tim.wittich@inginvestment.com
tobias.tolino@inginvestment.com
todd.bates@inginvestment.com
tom.voglewede@inginvestment.com
tracy.mccullough@inginvestment.com
travis.king@inginvestment.com
troy.ellis@inginvestment.com
tucker.morrissey@inginvestment.com
uri.landesman@inginvestment.com
valerie.clay-bey@inginvestment.com

## Company & Corresponding Email Addresses

valinda.arnett-patton@inginvestment.com
victor.rodriguez@inginvestment.com
vidur.sachdeva@inginvestment.com
vikram.chawda@inginvestment.com
vincent.baria@inginvestment.com
vincent.costa@inginvestment.com
vinny.tucci@inginvestment.com
vladik.shutoy@inginvestment.com
warren.miller@inginvestment.com
wayne.bi@inginvestment.com
wayne.forbes@inginvestment.com
wendy.sawchuk@inginvestment.com
werner.muehlemann@inginvestment.com
werner.stanzl@inginvestment.com
william.peck@inginvestment.com
xin.li@inginvestment.com
yeonhee.oh@inginvestment.com
ying.qiu@inginvestment.com
yingli.zhu@inginvestment.com
zena.irving@inginvestment.com

**inginvestments**
anita.kelley@inginvestments.com
calvin.lee@inginvestments.com
hans.stoter@inginvestments.com
martin.lilianthal@inginvestments.com
wenbo.zhou@inginvestments.com

**inginvestmnet**
michael.gioffre@inginvestmnet.com

**ing-mag**
ecimilluca@ing-mag.com

**ingnz**
smillar@ingnz.com

**ingpatrimoine**
philippe.du-chatelier@ingpatrimoine.com
raoul.martinez@ingpatrimoine.com
valerie.piquard@ingpatrimoine.com

**ing-re**
alex.arkema@ing-re.nl

**inka-kag**
c.kayser@inka-kag.de
j.hoffmann@inka-kag.de
s.hoberg@inka-kag.de
t.langohr@inka-kag.de
t.schroeter@inka-kag.de

**innocap**
charles.stours@innocap.com
ian.brissette@innocap.com
mario.racicot@innocap.com
marion.nazareth@innocap.com
mathieu.giroux@innocap.com
myriam.moisan@innocap.com
nisha.goriah@innocap.com
tarek.ghozayel@innocap.com
walid.hached@innocap.com

## Company & Corresponding Email Addresses

### innovest
f.jungo@innovest.at

### insedia
bucalossi.annalisa@insedia.interbusiness.it
cellai.gioia@insedia.interbusiness.it
marras.antonio@insedia.interbusiness.it
mastropasqua.cristina@insedia.interbusiness.it
pariotti.massimo@insedia.interbusiness.it
trebeschi.giorgio@insedia.interbusiness.it

### insightinvestment
abdallah.nauphal@insightinvestment.com
adam.coney@insightinvestment.com
adrian.benedict@insightinvestment.com
adrian.grey@insightinvestment.com
adrian.pogson@insightinvestment.com
alan.porter@insightinvestment.com
alastair.moffatt@insightinvestment.com
alex.illingworth@insightinvestment.com
alex.toms@insightinvestment.com
alex.veroude@insightinvestment.com
alexander.moss@insightinvestment.com
alison.arthurs@insightinvestment.com
alvar.chambers@insightinvestment.com
andrew.giles@insightinvestment.com
andrew.wickham@insightinvestment.com
andrew.wilson@insightinvestment.com
andy.cawker@insightinvestment.com
andy.evans@insightinvestment.com
angela.bland@insightinvestment.com
angie.hart@insightinvestment.com
anna.brodey@insightinvestment.com
anna.piney@insightinvestment.com
anna.stevens@insightinvestment.com
anne.opitz@insightinvestment.com
anthony.penson@insightinvestment.com
april.larusse@insightinvestment.com
ashton.parker@insightinvestment.com
barry.widdows@insightinvestment.com
bilal.raja@insightinvestment.com
bill.clarke@insightinvestment.com
bonnie.abdul-aziz@insightinvestment.com
boyan.filev@insightinvestment.com
brian.mcdonald@insightinvestment.com
carl.burdett@insightinvestment.com
carola.lawton-browne@insightinvestment.com
charmaine.redman@insightinvestment.com
chris.brown@insightinvestment.com
chris.harris@insightinvestment.com
christine.farquhar@insightinvestment.com
claire.jamieson@insightinvestment.com
clive.williamson@insightinvestment.com
colin.cave@insightinvestment.com
craig.colenso@insightinvestment.com
craig.mackenzie@insightinvestment.com

**Company & Corresponding Email Addresses**

craig.pennington@insightinvestment.com
dale.thomas@insightinvestment.com
daniel.west@insightinvestment.com
danny.fox@insightinvestment.com
david.averre@insightinvestment.com
david.headland@insightinvestment.com
david.hooker@insightinvestment.com
david.marchant@insightinvestment.com
david.norman@insightinvestment.com
david.sander@insightinvestment.com
denise.pollard-knight@insightinvestment.com
diane.hardman@insightinvestment.com
diane.stanning@insightinvestment.com
dinusha.gajasinghe@insightinvestment.com
dominic.neary@insightinvestment.com
douglas.ferrans@insightinvestment.com
edmund.robinson@insightinvestment.com
eleanor.price@insightinvestment.com
elia.soutou@insightinvestment.com
eric.moore@insightinvestment.com
firstname.surname@insightinvestment.com
frank.burke@insightinvestment.com
gareth.colesmith@insightinvestment.com
gary.mairs@insightinvestment.com
gavin.green@insightinvestment.com
george.gosden@insightinvestment.com
gillian.elcock@insightinvestment.com
glyn.thomas@insightinvestment.com
graeme.lyness@insightinvestment.com
hayley.bewg@insightinvestment.com
hilary.lopez@insightinvestment.com
iain.mcneill@insightinvestment.com
ian.aylward@insightinvestment.com
ian.macdonald@insightinvestment.com
ingrid.iversen@insightinvestment.com
isobel.lee@insightinvestment.com
jake.newman@insightinvestment.com
jake.robbins@insightinvestment.com
james.debunsen@insightinvestment.com
james.mckean@insightinvestment.com
jane.knight@insightinvestment.com
jason.fredman@insightinvestment.com
jennifer.kozak@insightinvestment.com
jessica.andrews@insightinvestment.com
john.bearman@insightinvestment.com
john.phillips@insightinvestment.com
john.wong@insightinvestment.com
jon.mills@insightinvestment.com
jonathan.fieldsend@insightinvestment.com
jonathan.groom@insightinvestment.com
jonathan.jackson@insightinvestment.com
joseph.hamilton@insightinvestment.com
joy.yang@insightinvestment.com
julian.bishop@insightinvestment.com

**Company & Corresponding Email Addresses**

julien.cuisinier@insightinvestment.com
juliet.davis@insightinvestment.com
justine.battle@insightinvestment.com
karen.irons@insightinvestment.com
karine.jesiolowski@insightinvestment.com
kate.pettem@insightinvestment.com
keith.lovett@insightinvestment.com
kerry.tenkate@insightinvestment.com
kevin.coney@insightinvestment.com
kevin.scutt@insightinvestment.com
kevin.yates@insightinvestment.com
kunle.akintoye@insightinvestment.com
lionel.trigalou@insightinvestment.com
lorraine.kitson@insightinvestment.com
lorraine.specketer@insightinvestment.com
lucy.saunders@insightinvestment.com
lucy.speake@insightinvestment.com
malcolm.todd@insightinvestment.com
marie.rossi@insightinvestment.com
mark.connolly@insightinvestment.com
mark.groep@insightinvestment.com
mark.manduca@insightinvestment.com
mark.sander@insightinvestment.com
mark.williams@insightinvestment.com
mark.winter@insightinvestment.com
martin.ayres@insightinvestment.com
matthew.cooke@insightinvestment.com
matthew.mckelvey@insightinvestment.com
matthew.merritt@insightinvestment.com
matthew.penfold@insightinvestment.com
meiwah.yung@insightinvestment.com
michael.ford@insightinvestment.com
michael.jones@insightinvestment.com
mohamed.siddeeq@insightinvestment.com
neil.cooper@insightinvestment.com
neil.easterbrook@insightinvestment.com
neil.walker@insightinvestment.com
nicholas.malins-smith@insightinvestment.com
nick.anderson@insightinvestment.com
nigel.pullen-warner@insightinvestment.com
paul.amer@insightinvestment.com
paul.brown@insightinvestment.com
paul.chu@insightinvestment.com
paul.marriage@insightinvestment.com
paul.rochester@insightinvestment.com
paul.sharp@insightinvestment.com
peter.bentley@insightinvestment.com
peter.joslin@insightinvestment.com
peter.machlachlan@insightinvestment.com
peter.mcloughlin@insightinvestment.com
philip.barleggs@insightinvestment.com
pwilliams@insightinvestment.com
rachel.collingridge@insightinvestment.com
rachel.crossley@insightinvestment.com

## Company & Corresponding Email Addresses

raj.gunaratna@insightinvestment.com
ranbir.lakhpuri@insightinvestment.com
reza.vishkai@insightinvestment.com
richard.howarth@insightinvestment.com
richard.nibloe@insightinvestment.com
richard.wiseman@insightinvestment.com
robert.gall@insightinvestment.com
robert.james@insightinvestment.com
rory.anderson@insightinvestment.com
rosalind.morais@insightinvestment.com
russell.good@insightinvestment.com
russell.wright@insightinvestment.com
sacha.green@insightinvestment.com
sam.ball@insightinvestment.com
sandra.willens@insightinvestment.com
sandy.black@insightinvestment.com
sanjay.gupta@insightinvestment.com
sean.mccloskey@insightinvestment.com
shaheer.guirguis@insightinvestment.com
shomas.kayani@insightinvestment.com
simon.shaw@insightinvestment.com
simon.whiteley@insightinvestment.com
stefano.sclano@insightinvestment.com
stephen.ashurst@insightinvestment.com
steve.waddington@insightinvestment.com
steve.waygood@insightinvestment.com
stewart.tan@insightinvestment.com
stuart.eaton@insightinvestment.com
stuart.taylor@insightinvestment.com
susanne.gallie@insightinvestment.com
suzanne.smith@insightinvestment.com
tim.rees@insightinvestment.com
timothy.whitehead@insightinvestment.com
toby.hayes@insightinvestment.com
trevor.petch@insightinvestment.com
victoria.jensen@insightinvestment.com
william.claxtonsmith@insightinvestment.com
yvonne.mcgrann@insightinvestment.com

**insightinvestments**
robert.simpson@insightinvestments.com

**insightinvetments**
gordon.wallace@insightinvetments.com

**insinger**
ffrassino@insinger.it
fkee@insinger.com
gbergantino@insinger.it
jgrubben@insinger.com
mbaltus@insinger.com
mbressers@insinger.com
rguijt@insinger.com
rmuller@insinger.com
tmuller@insinger.com

**instinet**
charles.warner@instinet.com

**Company & Corresponding Email Addresses**

nicole.campbell@instinet.com
steve.tosi@instinet.com

**intec**

makado_akira@intec.co.jp

**integrabank**

abasham@integrabank.com
abenedict@integrabank.com
atourikian@integrabank.com
dmitchell@integrabank.com
dnewkirk@integrabank.com
jhunt@integrabank.com
lbabar@integrabank.com
mcarson@integrabank.com
rpasserine@integrabank.com
scraig@integrabank.com

**integralcapital**

neils@integralcapital.com

**intel**

andres.tcach@intel.com
brandon.m.diersch@intel.com
brianx.t.baker@intel.com
carrie.j.moore@intel.com
chris.barnes@intel.com
daniel.p.docter@intel.com
dharma.s.bajpai@intel.com
evantz.perodin@intel.com
federico.perciavalle@intel.com
francis.o.idehen@intel.com
james.m.nguyen@intel.com
julissa.vasquez@intel.com
keiichi.mitsuno@intel.com
mike.j.burns@intel.com
mike.j.hendrickson@intel.com
nanbara.regan@intel.com
nathan.r.palmer@intel.com
regan.nanbara@intel.com
richard.ng@intel.com
shiong.tan@intel.com
stuart.i.odell@intel.com
tamiko.hutchinson@intel.com
xu.cheng@intel.com

**inter**

johannes.kraemer@inter.de
philippe.kiewiet@inter.nl.net

**interbanca**

alberto.delfino@interbanca.it
alessandro.allievi@interbanca.it
barbara.bossi@interbanca.it
bernardo.marfia@interbanca.it
franco.fiameni@interbanca.it
giuseppe.dominici@interbanca.it
guiseppe.mellerio@interbanca.it
mariacarla.roth@interbanca.it
nicola.ciurlino@interbanca.it

## Company & Corresponding Email Addresses

piergiorgio.gabbi@interbanca.it
pierluigi.borle@interbanca.it
pino.mellerio@interbanca.it
rita.capocasale@interbanca.it
roberta.farina@interbanca.it
ugo.renda@interbanca.it

### interbrew

christine.delhaye@interbrew.com
dana.radu@interbrew.com
derek.hurst@interbrew.com
eddy.wauters@interbrew.com
francois.jaclot@interbrew.com
gert.magis@interbrew.com
heinz-peter.roehle@interbrew.com
isabelle.lefevre@interbrew.com
jansenar@interbrew.nl
jerry.fowden@interbrew.com
john.brock@interbrew.com
ludovic.delbalzo@interbrew.com
marc.gallet@interbrew.com
myriam.calvera@interbrew.com
patrice.thys@interbrew.com
patrick.verelst@interbrew.com
ria.beckers@interbrew.com
sophia.baah@interbrew.com

### interbusiness

sant.int1@interbusiness.it

### interdin

alvaro.chimeno@interdin.com
c.freischutz@interdin.com
carlos.sanchez@interdin.com
cristina.santa@interdin.com
elena.hurtado@interdin.com
eva.santos@interdin.com
ignacio.zarza@interdin.com
javier.dominguez@interdin.com
jesus.aparicio@interdin.com
jn.pagnoux@interdin.com
maddalena.liccione@interdin.com
mercedes.tera@interdin.com
montse.ramon@interdin.com
pilar.campillos@interdin.com
pvazques@interdin.com
sofia.anton@interdin.com

### interepargne

denis.urbany@interepargne.fr
eric.hebel@interepargne.fr
jean-louis.delhay@interepargne.fr
olivier.bussiere@interepargne.fr

### inter-ikea

carlo.jansen@inter-ikea.com
carsten.bonde@inter-ikea.com
fredrik.lagerbielke@inter-ikea.com
helge.gjertsen@inter-ikea.com

## Company & Corresponding Email Addresses

henrik.hackenberg@inter-ikea.com
henrik.hviid@inter-ikea.com
herman.loys@inter-ikea.com
joergen.soerensen@inter-ikea.com
lars.rodert@inter-ikea.com
ole.nielsen@inter-ikea.com
tomas.klevbo@inter-ikea.com

### intermarketcorp
dforer@intermarketcorp.net
rgaviglio@intermarketcorp.net
tpborger@intermarketcorp.net

### interpolis
dbr.van.toren@interpolis.nl
e.hulsegge@interpolis.nl
m.roberts@interpolis.nl
mhw.hutten@interpolis.nl
npa.vd.berg@interpolis.nl
r.foss@interpolis.nl
real.estate.pens@interpolis.nl
s.de.groot@interpolis.nl
sk.lam@interpolis.nl

### interpolispensioenen
prm.sennema@interpolispensioenen.nl

### intertrust
giannisa@intertrust.gr

### intesabci
enricoklippelarden@intesabci.it
enzocareddu@intesabci.it
fedelecova@intesabci.it
fernandoperezpiaggio@intesabci.it
mariaelenazappa@intesabci.it
paologribaudi@intesabci.it
riccardoserrini@intesabci.it
robertociasca@intesabci.it
ruben.logatto@intesabci.co.uk

### intesabcius
adebenedittis@intesabcius.com
rchang@intesabcius.com

### intesasanpaolo
abrizi@intesasanpaolo.us
andrea.crivelli@intesasanpaolo.com
andrea.tamagini@intesasanpaolo.com
cristiana.giua@intesasanpaolo.com
cristina.paltrinieri@intesasanpaolo.com
czahedi@intesasanpaolo.com
dambarus@intesasanpaolo.us
daniele.dolci@intesasanpaolo.com
elena.moretti1@intesasanpaolo.com
fmalvetani@intesasanpaolo.us
franco.cugnach@intesasanpaolo.com
gianfranco.marin@intesasanpaolo.com
giorgio.guerra@intesasanpaolo.com
giovanni.moccajatta@intesasanpaolo.com
guido.lavia@intesasanpaolo.com

## Company & Corresponding Email Addresses

james.brotherston@intesasanpaolo.co.uk
kevin.cavolo@intesasanpaolo.com
lcaddeo@intesasanpaolo.us
luca.taranta@intesasanpaolo.com
manuela.banfi@intesasanpaolo.com
mariagabriella.coscarella@intesasanpaolo.com
mauro.zaniboni@intesasanpaolo.it
noemi.osio@intesasanpaolo.co.uk
paolo.oppizzio@intesasanpaolo.com
rose.gramegna@intesasanpaolo.com
rpezzo@intesasanpaolo.us
tvezauskas@intesasanpaolo.us
valeria.caielli@intesasanpaolo.com
wkarcher@intesasanpaolo.us

### intesasanpaoloprivate
emanuela.china@intesasanpaoloprivate.it
maurizio.guala@intesasanpaoloprivate.it

### intesasgr
luisellacalcante@intesasgr.it

### intesavita
andrea.ferrari@intesavita.it
erik.stattin@intesavita.it
paolo.polloni@intesavita.it
stefano.negri@intesavita.it

### intlassets
dskandalis@intlassets.com
sswords@intlassets.com

### intra
akatsuka4131@intra.cosmo-sec.co.jp
doubayashi1111@intra.cosmo-sec.co.jp
fukasawa5936@intra.cosmo-sec.co.jp
hogi7973@intra.cosmo-sec.co.jp
ishikita0139@intra.cosmo-sec.co.jp
ishizaka7385@intra.cosmo-sec.co.jp
itatani6148@intra.cosmo-sec.co.jp
kataoka8046@intra.cosmo-sec.co.jp
kuriu8587@intra.cosmo-sec.co.jp
nakagawa6245@intra.cosmo-sec.co.jp
nishimuta8108@intra.cosmo-sec.co.jp
ou7240@intra.cosmo.co.jp
sunagawa8026@intra.cosmo-sec.co.jp
uchida8447@intra.cosmo-sec.co.jp
yoshimoto6121@intra.cosmo-sec.co.jp

### intranet
bonamicobpel@intranet.etr.it
gretibpel@intranet.etr.it

### inv
anders.ek@inv.spp.se
ann-mari.carlsson@inv.spp.se
jmoehling@inv.uchicago.edu
jrupp@inv.uchicago.edu
karin.moberg@inv.spp.se
kenth.petersson@inv.spp.se
lans-goran.orrevall@inv.spp.se

**Company & Corresponding Email Addresses**

lmuchow@inv.uchicago.edu
matt.stone@inv.uchicago.edu
pbansal@inv.uchicago.edu

**inveobwc**

geoff@inveobwc.com
jim@inveobwc.com

**invercaixa**

aalcaraz@invercaixa.es
acalle@invercaixa.es
aizard@invercaixa.es
asegurado@invercaixa.es
avega@invercaixa.es
bduran@invercaixa.es
bgonzalez@invercaixa.es
cbugallal@invercaixa.es
cgallo@invercaixa.es
crobles@invercaixa.es
ctorrent@invercaixa.es
elena.martin@invercaixa.es
emartin@invercaixa.es
eraggioq@invercaixa.es
etacata@invercaixa.es
etakata@invercaixa.es
fcarrasco@invercaixa.es
fsanchezs@invercaixa.es
ghermida@invercaixa.es
gsierra@invercaixa.es
jabitbol@invercaixa.es
jaguilar@invercaixa.es
jbarrenechea@invercaixa.es
jblanco@invercaixa.es
jfraile@invercaixa.es
jgarcia@invercaixa.es
jgarrido@invercaixa.es
jguasch@invercaixa.es
jlecube@invercaixa.es
jmachado@invercaixa.es
jrada@invercaixa.es
jtrujillano@invercaixa.es
jviladrosa@invercaixa.es
jvillanueva@invercaixa.es
lmarzo@invercaixa.es
lmerino@invercaixa.es
malcazar@invercaixa.es
mherrera@invercaixa.es
mmacho@invercaixa.es
mmonforte@invercaixa.es
mpernas@invercaixa.es
mraboso@invercaixa.es
palbelda@invercaixa.es
pmartinez@invercaixa.es
pmateu@invercaixa.es
pperez@invercaixa.es
psuarez@invercaixa.es

**Company & Corresponding Email Addresses**

rmorales@invercaixa.es
sbannaty@invercaixa.es
sgete@invercaixa.es
srubio@invercaixa.es
svallaure@invercaixa.es
tomasheredia@invercaixa.es

**invesco**

aaron_drake@invesco.com
adam_cooke@ldn.invesco.com
adam_harnetty@ldn.invesco.com
adrian.bignell@hen.invesco.com
adrian_bradshaw@hen.invesco.com
al_grossi@den.invesco.com
alan_chao@invesco.com
alex_eidelzon@invesco.com
alex_smedley@ldn.invesco.com
alexandra_ivanova@invesco.com
ali_bernat@ldn.invesco.com
amit_staub@invesco.com
amy_robertson@invesco.com
andrew_jones@hen.invesco.com
andrew_rofe@ldn.invesco.com
andy_crossley@hen.invesco.com
andy_kiehl@invesco.com
angus_pottinger@ldn.invesco.com
anna_zable@invesco.com
anne_dickinson@ldn.invesco.com
asad_bhatti@hen.invesco.com
austin_mayberry@invesco.com
bankloan_analysts@invesco.com
ben_allison@invesco.com
ben_constable-maxwell@ldn.invesco.com
ben_hendrix@invesco.com
berhard_pfaff@fra.invesco.com
bob_sievert@invesco.com
bob_yerbury@hen.invesco.com
brian_caldwell@invesco.com
brian_mitchell@invesco.com
brian_norris@invesco.com
brian_schneider@invesco.com
bryan_hicks@invesco.com
buck_phillips@den.invesco.com
cameron_clemet@invesco.com
caroline_cheetham@ldn.invesco.com
charles.dubois@ny.invesco.com
charles_bishop@invesco.com
charlotte_swift@ldn.invesco.com
cheri_wilson@invesco.com
chris_burke@invesco.com
chris_utz@invesco.com
christine_chung@invesco.com
christopher_galtenberg@invesco.com
chuck_burge@invesco.com
crystal_smith@invesco.com

## Company & Corresponding Email Addresses

dan_leonard@den.invesco.com
dana_moore@ldn.invesco.com
david.diao@invesco.com
david_lyle@invesco.com
david_meyers@invesco.com
david_moss@ldn.invesco.com
david_shnaps@ldn.invesco.com
david_todd@ldn.invesco.com
davis_smith@invesco.com
dawanna_johnson@invesco.com
dean_newman@ldn.invesco.com
donald.young@ny.invesco.com
donald_osbourne@invesco.com
donna_wilson@invesco.com
douglas_fokuo@ldn.invesco.com
eliot_honaker@invesco.com
elizabeth_clark@invesco.com
ella_hoxha@ldn.invesco.com
erik.jensen@ny.invesco.com
erik_grenade@den.invesco.com
european_team@ldn.invesco.com
evelyn_feliciano@invesco.com
femi_awotesu@ldn.invesco.com
firstname_surname@ldn.invesco.com
francisco_salva@den.invesco.com
frederic_bensimon@par.invesco.com
frederique_carrier@ldn.invesco.com
george_lynch@invesco.com
giridhar.naidana@invesco.com
glen_murphy@invesco.com
glenn_bowling@invesco.com
greg_gorman@invesco.com
greg_kersch@ldn.invesco.com
greg_wessel@invesco.com
gregory.stoekle@ny.invesco.com
gregory_stoeckle@invesco.com
gschaal@invesco.com
habib_subjally@ldn.invesco.com
howard goldstein@invesco.com
hunter_hackney@invesco.com
ian_brady@hen.invesco.com
inge_cosby@den.invesco.com
jack_loudoun@ldn.invesco.com
jacob_habibi@invesco.com
jacob_kleehamer@invesco.com
james_willis@invesco.com
jane_wride@ldn.invesco.com
janice_jones@ldn.invesco.com
jay_boyd@invesco.com
jeff_deetsch@invesco.com
jeffrey_bergren@invesco.com
jeffrey_gallo@invesco.com
jeffrey_taylor@hen.invesco.com
jelena_petrovic@invesco.com

## Company & Corresponding Email Addresses

jennifer_morrissey@invesco.com
jennifer_sheppard@invesco.com
jennifer_vanetten@invesco.com
jenny_gullen@ldn.invesco.com
jens_langewand@fra.invesco.com
joan_mcmullen@den.invesco.com
john_cleary@ldn.invesco.com
john_craddock@invesco.com
john_greenwood@ldn.invesco.com
john_marshall@invesco.com
john_somers@ldn.invesco.com
john_surplice@hen.invesco.com
jonathan_brock@ldn.invesco.com
joseph_rotondo@invesco.com
josh_mcauliffe@invesco.com
joshua_cooney@invesco.com
karen_buckley@invesco.com
karen_klapper@invesco.com
karim_zetchi@par.invesco.com
katarzyna_woja@ldn.invesco.com
katharina_hoyland@hen.invesco.com
katherine_langridge@hen.invesco.com
kathryn_langridge@hen.invesco.com
keeling_harris@invesco.com
ken_foy@invesco.com
kerry_bissell@ldn.invesco.com
kevin_collins@invesco.com
kevin_moore@invesco.com
kevin_petrovcik@invesco.com
kevin_schmidt@invesco.com
kotaro_miyata@ldn.invesco.com
kristen_saunders@den.invesco.com
kyle_dawkins@invesco.com
lachlan_callander@au.invesco.com
lance_miller@invesco.com
laura_paine@invesco.com
lgreenwood@ldn.invesco.com
lindsay_missen@ldn.invesco.com
lori_radford@invesco.com
louis_lemos@invesco.com
luca_polenghi@ldn.invesco.com
mari_kawawa@invesco.com
mark_barnett@hen.invesco.com
mark_bowling@invesco.com
mark_dowding@ldn.invesco.com
mark_harris@ldn.invesco.com
mark_heaney@ldn.invesco.com
mark_matthews@invesco.com
mark_nash@ldn.invesco.com
marney_merrett@hen.invesco.com
martin_walker@hen.invesco.com
martin_weiss@hen.invesco.com
marvin_flewellen@invesco.com
matt_cameron@invesco.com

## Company & Corresponding Email Addresses

matt_straub@invesco.com
max_dalziel@ldn.invesco.com
melissa_duffy@invesco.com
michael.witte@ny.invesco.com
michael_andrich@den.invesco.com
michael_joynson@hen.invesco.com
michael_matthews@hen.invesco.com
michael_pattinson@ldn.invesco.com
michael_schwartz@invesco.com
michael_witte@invesco.com
mick_heyman@invesco.com
mike_arnold@invesco.com
mike_gray@invesco.com
mike_mcdonagh@ldn.invesco.com
nan_zhengna@invesco.com
neil_woodford@hen.invesco.com
neville_sprigg@ldn.invesco.com
nick_turner@ldn.invesco.com
nicolas_joonekindt@par.invesco.com
nicole_miritello@invesco.com
nina_tao@invesco.com
norman_combest@invesco.com
nuren_geodakov@invesco.com
oliver_boulind@invesco.com
oliver_tinkler@ldn.invesco.com
olivier_brigot@par.invesco.com
paige_dennison@invesco.com
pam_heichelbech@invesco.com
parag.saxena@ny.invesco.com
pat_lewis@invesco.com
patrick_gallaway@invesco.com
paul_causer@hen.invesco.com
paul_english@invesco.com
paul_nash@ldn.invesco.com
paul_read@hen.invesco.com
peter_jarvis@ldn.invesco.com
peter_kawada@invesco.com
peter_kruppa@ldn.invesco.com
peter_wollman@invesco.com
philip.horgan@ny.invesco.com
philip_raciti@invesco.com
ramla_hasanali@invesco.com
ray_janssen@invesco.com
rebecca_robison@invesco.com
rgaller@invesco.com
rhys_davies@hen.invesco.com
rich_king@invesco.com
rich_robben@invesco.com
richard.chapman@ldn.invesco.com
richard_fang@invesco.com
rick_turnock@invesco.com
rishi_chullani@invesco.com
robert_bayer@invesco.com
roy_bracher@ldn.invesco.com

## Company & Corresponding Email Addresses

russel_matthews@ldn.invesco.com
ryan_jaggers@invesco.com
ryan_watts@invesco.com
s.campbell@ldn.invesco.com
sam_baldwin@hen.invesco.com
sam_mason@invesco.com
sandra_harris@invesco.com
sanjay_jagtiani@invesco.com
scott_baskind@invesco.com
scott_case@invesco.com
scott_goldsmith@invesco.com
seth_misshula@invesco.com
shannon_burnett@invesco.com
stephanie_gerrard@hen.invesco.com
stephanie_marshall@invesco.com
stephanie_visayze@par.invesco.com
stephanie_wu@hen.invesco.com
stephen_anness@hen.invesco.com
stephen_boggs@invesco.com
stephen_finley@invesco.com
steve.turman@invesco.com
steve_lelaurin@invesco.com
stuart_stanley@ldn.invesco.com
terri_james@invesco.com
thomas.mills@invesco.com
thomas_ewald@invesco.com
thomas_wong@invesco.com
tim_lasham@invesco.com
tom_schieber@den.invesco.com
tony.wong@invesco.com
tony_semak@invesco.com
trena_johnston@invesco.com
van_simmons@invesco.com
walter_goodwin@invesco.com
william.merson@ny.invesco.com
william_shuttleworth@ldn.invesco.com
young_lee@invesco.com

**invescoaim**
abhishek.gami@invescoaim.com
buffi.colquitt@invescoaim.com
darrell.zwink@invescoaim.com
mark.greenberg@invescoaim.com
sahiba.chadha@invescoaim.com
steven.santore@invescoaim.com

**invescodallas**
mzhang@invescodallas.com

**invescofunds**
francine_loomiller@invescofunds.com
jody_toombs@invescofunds.com
judy_reed@invescofunds.com
michelle_espelien@invescofunds.com

**invescoperpetual**
andrew_shard@invescoperpetual.co.uk
andy_varey@invescoperpetual.co.uk

## Company & Corresponding Email Addresses

david_miller@invescoperpetual.co.uk
greg.kirsh@invescoperpetual.com
kate_england@invescoperpetual.co.uk
lewis_aubrey-johnson@invescoperpetual.co.uk
liesbeth_rubinstein@invescoperpetual.co.uk
mark_harding@invescoperpetual.co.uk
nicholas_mason@invescoperpetual.co.uk
nick.hamilton@invescoperpetual.co.uk
paul_green@invescoperpetual.co.uk
stephen_lamacraft@invescoperpetual.co.uk
vivienne_ballico@invescoperpetual.co.uk
william_lam@invescoperpetual.co.uk
xaime.quiroga@invescoperpetual.co.uk

### invest

amazian@invest.treas.state.mi.us
astange@invest.treas.state.mi.us
avannoord@invest.treas.state.mi.us
bbecker@invest.treas.state.mi.us
bkruszka@invest.treas.state.mi.us
bliikala@invest.treas.state.mi.us
elkordym@invest.treas.state.mi.us
gfeldpau@invest.treas.state.mi.us
gharriso@invest.treas.state.mi.us
gparker@invest.treas.state.mi.us
hjames@invest.treas.state.mi.us
jbehar@invest.treas.state.mi.us
jbraeuti@invest.treas.state.mi.us
jjohnson@invest.treas.state.mi.us
jklimas@invest.treas.state.mi.us
jrichard@invest.treas.state.mi.us
kmoffatt@invest.treas.state.mi.us
melkordy@invest.treas.state.mi.us
mmaat@invest.treas.state.mi.us
mporrell@invest.treas.state.mi.us
rholcomb@invest.treas.state.mi.us
rjones@invest.treas.state.mi.us
sjames@invest.treas.state.mi.us
tkulinski@invest.treas.state.mi.us
tsinclai@invest.treas.state.mi.us
tsmith@invest.treas.state.mi.us
ttownsel@invest.treas.state.mi.us
twarstler@invest.treas.state.mi.us
vambekar@invest.treas.state.mi.us
wtyler@invest.treas.state.mi.us

### investcorp

aazfar@investcorp.com
aiyer@investcorp.com
amullins@investcorp.com
anhussain@investcorp.com
dchou@investcorp.com
dpaliouras@investcorp.com
enakon@investcorp.com
funds@investcorp.com
jfranklin@investcorp.com

## Company & Corresponding Email Addresses

kraecke@investcorp.com
maradi@investcorp.com
mlongo@investcorp.com
nabboud@investcorp.com
pbanerjee@investcorp.com
pkolluri@investcorp.com
rlin@investcorp.com
smalhotra@investcorp.com
swilson@investcorp.com
tboysson@investcorp.com
vwang@investcorp.com
wmajdalani@investcorp.com
ychen@investcorp.com

### investec
sxu@investec.co.za

### investecmail
adrian.jackson@investecmail.com
alastair.mundy@investecmail.com
andrew.green@investecmail.com
angela.grim@investecmail.com
anna.lees-jones@investecmail.com
ben.williams@investecmail.com
chris.ohare@investecmail.com
christine.baalham@investecmail.com
christopher.prangle@investecmail.com
damien.kearney@investecmail.com
daniel.mcmillan@investecmail.com
daniel.sacks@investecmail.com
greg.kuhnert@investecmail.com
harsha.patel@investecmail.com
jerry.toner@investecmail.com
joanne.elkins@investecmail.com
john.hildebrand@investecmail.com
jonathan.adams@investecmail.com
kieran.roane@investecmail.com
marc.abrahams@investecmail.com
mark.breedon@investecmail.com
mark.sloan@investecmail.com
mark.wynne-jones@investecmail.com
mimi.ferrini@investecmail.com
nicolaas.alberts@investecmail.com
nigel.hankin@investecmail.com
peggysue.khumalo@investecmail.com
peter.burbank@investecmail.com
philip.whittome@investecmail.com
pippa.wimble@investecmail.com
richard.saldanha@investecmail.com
robert.bricout@investecmail.com
roger.cursley@investecmail.com
ruchir.patel@investecmail.com
sam.houlie@investecmail.com
sandi.merwitz@investecmail.com
sheila.butterly@investecmail.com
tammy.lloyd@investecmail.com

## Company & Corresponding Email Addresses

tarlock.randhawa@investecmail.com
terrence.moll@investecmail.com
tim.o'dell@investecmail.com

**investkredit**
a.buder@investkredit.at
p.tschusch@investkredit.at

**investment**
iain.brown@insight.investment.com
idalis.negron@investment.com

**investment-bank**
george.chalamandaris@investment-bank.gr

**investmentcounselors**
gjohnson@investmentcounselors.com
lteter@investmentcounselors.com
rmaue@investmentcounselors.com

**investmentsb**
isb@investmentsb.com

**investra**
lgarcia@investra.com.mx

**invictafinancial**
iwickramasinghe@invictafinancial.com

**invista**
eric.jones@invista.com

**iof**
rscott@iof.org

**ioi-onpo**
s-wada@ioi-onpo.co.jp

**ioi-sonpo**
d-satou@ioi-sonpo.co.jp
hirosi-kojima@ioi-sonpo.co.jp
k2-nakajima@ioi-sonpo.co.jp
kannari@ioi-sonpo.co.jp
kazunori-ogihara@ioi-sonpo.co.jp
k-hasegawa@ioi-sonpo.co.jp
k-kawate@ioi-sonpo.co.jp
k-miyabe@ioi-sonpo.co.jp
m2-suzuki@ioi-sonpo.co.jp
m-hashimoto@ioi-sonpo.co.jp
m-kusano@ioi-sonpo.co.jp
ogashira@ioi-sonpo.co.jp
satoshi-ito@ioi-sonpo.co.jp
s-matsuo@ioi-sonpo.co.jp
t2-kobayashi@ioi-sonpo.co.jp
t-kawamoto@ioi-sonpo.co.jp
y-hiwatashi@ioi-sonpo.co.jp
y-nakano@ioi-sonpo.co.jp
y-oike@ioi-sonpo.co.jp

**ip**
carlton.charles@ip.com

**ipaper**
carol.tusch@ipaper.com
dominic.turnbull@ipaper.com
mickey.walsh@ipaper.com
osman.memisoglu@ipaper.com

## Company & Corresponding Email Addresses

rajat.gupta@ipaper.com
robert.hunkeler@ipaper.com
rosemarie.loffredo@ipaper.com

**ipers**
investments@ipers.org

**ipf**
cw@ipf.dk

**ipgsd**
brian@ipgsd.com
eugene@ipgsd.com
jenny@ipgsd.com

**ipohome**
jdestefano@ipohome.com
lkillian@ipohome.com
mhase@ipohome.com
mlupo@ipohome.com
pbard@ipohome.com
pstiller@ipohome.com
randall_roth@ipohome.com
renaissance@ipohome.com
smith@ipohome.com
ssnyder@ipohome.com

**iprolink**
hfbourse@iprolink.ch

**iptreasury**
peter.mccabe@iptreasury.com

**iris**
m-uchida1031@iris.eonet.ne.jp

**irishlife**
sileanne.wootton@irishlife.ie

**irisresearch**
afloor@irisresearch.nl
awong@irisresearch.nl
gpeelen@irisresearch.nl
pdjong@irisresearch.nl
tarends@irisresearch.nl

**ironoakadvisors**
chuck.arrington@ironoakadvisors.com
frances.j.aylor@ironoakadvisors.com
frank.ashby@ironoakadvisors.com
james.savage@ironoakadvisors.com
jeff.markunas@ironoakadvisors.com
jim.mallory@ironoakadvisors.com
lyn.swallen@ironoakadvisors.com
matt.laing@ironoakadvisors.com
scott.yuschak@ironoakadvisors.com
thomas.oneil@ironoakadvisors.com

**irv**
fankhauser@irv.ch
neuenschwander@irv.ch

**irwinfinancial**
brett.vanderkolk@irwinfinancial.com
greg.ehlinger@irwinfinancial.com

**irwinmortgage**

## Company & Corresponding Email Addresses

adam.hoogland@irwinmortgage.com
alexander.samuel@irwinmortgage.com
donna.magnabosco@irwinmortgage.com
matthew.zickler@irwinmortgage.com
paul.brown@irwinmortgage.com
paul.dolan@irwinmortgage.com

### isa

bgbank4@isa.dknet.dk

### isaakbond

reed@isaakbond.com

### isb

anna.baldursdottir@isb.is
benedikt.gislason@isb.is
bjarni.armannsson@isb.is
bjarni.torfason@isb.is
bjorgvin.olafsson@isb.is
conor.byrne@isb.is
elmar.svavarsson@isb.is
fridrik.magnusson@isb.is
gisli.reynisson@isb.is
haukur.baldvinsson@isb.is
sigthor.gudmundsson@isb.is
sigurdur.magnusson@isb.is
sigvaldi.stefansson@isb.is
steinunn.thordardottir@isb.is
tomas.kristjansson@isb.is
willy.blumenstein@isb.is

### isbank

erdal.aral@isbank.com.tr
hakan.kartal@isbank.com.tr
ismail.kazanc@isbank.com.tr
mehmet.karakilic@isbank.com.tr
mehmet.turk@isbank.com.tr
serkan.belevi@isbank.com.tr
serkan.kaygalak@isbank.com.tr
tolga.durmusoglu@isbank.com.tr
umit.cetkin@isbank.com.tr

### isbankgmbh

cem.mercikoglu@isbankgmbh.de
susanne.rose@isbankgmbh.de

### isbnj

clynch@isbnj.com
dcama@isbnj.com
rcashill@isbnj.com

### isd

morita@isd.taisei.co.jp

### iserve

garybcm@iserve.net
jimbcm@iserve.net

### isfba

bjarni.kris@isfba.is
kari.hallgrimsson@isfba.is
tryggvi.davidsson@isfba.is

### isica

## Company & Corresponding Email Addresses

l.gadreau@isica.fr
p.viallanex@isica.fr

### isifunds

hdhruv@isifunds.com
mbeeler@isifunds.com
vcastro@isifunds.com

### isigrp

bobrien@isigrp.com
mrupp@isigrp.com
tgallagher@isigrp.com
vsingh@isigrp.com

### isis

mwarminger@isis.co.uk

### isisam

alex.shaer@isisam.com
catherine.soulier@isisam.com
daniel.jetton@isisam.com
david.currie@isisam.com
david.navas@isisam.com
debbie.clarke@isisam.com
duncan.blyth@isisam.com
firstname.lastname@isisam.com
gary.thomson@isisam.com
graham.joblin@isisam.com
greg.richmond@isisam.com
guy.trust@isisam.com
hillary.shane@isisam.com
howardbennett@isisam.com
ian.mcfarlane@isisam.com
jonathan.martin@isisam.com
laura.jevons@isisam.com
lucinda.corby@isisam.com
mark.davis@isisam.com
matthewgallagher@isisam.com
peter.hewitt@isisam.com
richard.bell@isisam.com
richard.lehman@isisam.com
richard.lowman@isisam.com
richard.nash@isisam.com
richard.redfern@isisam.com
rodger.mcnair@isisam.com
rowan.chaplin@isisam.com
russel.martin@isisam.com
sebastianhonnibal@isisam.com
sophie.richmond@isisam.com
stephen.grant@isisam.com
stuart.rollason@isisam.com
terry.obrien@isisam.com
william.logie@isisam.com
william.russell@isisam.com
wol.kolade@isisam.com

### ispcorp

srusso@ispcorp.com

### israelchemicals

## Company & Corresponding Email Addresses

elia@israelchemicals.co.il
michaelh@israelchemicals.co.il
nathand@israelchemicals.co.il

### israelcorp
barakc@israelcorp.com

### israeldiscountbank
r.koppang@israeldiscountbank.com

### italcementi
d.lussana@italcementi.it
g.bodo@italcementi.it
l.musicco@italcementi.it
r.lupotto@italcementi.it

### italease
claudia.vailati@italease.it
elisabetta.carboni@italease.it
enzo.aina@italease.it
filippo.gromo@italease.it
giuseppe.civaschi@italease.it
massimo.faenza@italease.it
matteo.bassoricci@italease.it
maura.grazzani@italease.it
sammarco.giorgia@italease.it
sarandrea.massimo@italease.it
walter.goldoni@italease.it

### italtel
laura.fantoni@italtel.it
luca.donna@italtel.it
mariaosa.gorini@italtel.it
mario.fioruzzi@italtel.it
paolo.buiat@italtel.it
rinaldo.tonsi@italtel.it
silvana.temporin@italtel.it

### itasset
bflamant@itasset.com
golszowy@itasset.com
lgriffedemalval@itasset.com
mfaure@itasset.com

### itcgr
g.berera@itcgr.net
p.zini@itcgr.net

### itochu
amano-k@itochu.co.jp
andy-fernandes@itochu.co.jp
imazawa-y@itochu.co.jp
kuihara-k@itochu.co.jp
miyachi-k@itochu.co.jp
nagaike-r@itochu.co.jp
odake-k@itochu.co.jp
ogawa-tak@itochu.co.jp
otsukit@itochu.co.jp
shimozumi-y@itochu.co.jp
soga-k@itochu.co.jp
suzuki-atsushi3@itochu.co.jp
takano-yu@itochu.co.jp

## Company & Corresponding Email Addresses

takeuchi-toshi@itochu.co.jp

**itsmarta**
dallen@itsmarta.com
rmccrillis@itsmarta.com
rpmarsh@itsmarta.com

**iustrust**
stephen_bergquist@iustrust.com

**ivp**
rohit@ivp.com

**ivyfunds**
jbroadfoot@ivyfunds.com
jconnolly@ivyfunds.com

**ivymackenzie**
jwilson@ivymackenzie.com
tooten@ivymackenzie.com

**ix**
invest@ix.netcom

**ja-asset**
k.morita@ja-asset.co.jp

**jabank kyoto**
h.ibaraki@jabank kyoto.or.jp

**ja-bank-fukui**
imamura@ja-bank-fukui.or.jp
kitagawa@ja-bank-fukui.or.jp
t.nakagawa@ja-bank-fukui.or.jp
tsubokawa@ja-bank-fukui.or.jp

**jabankfukuoka**
k-etoh@jabankfukuoka.or.jp
yyoshida@jabankfukuoka.or.jp

**jabankgifu**
shinren-shikin@jabankgifu.or.jp

**jabankkyoto**
k.kawara@jabankkyoto.or.jp
k.nakase@jabankkyoto.or.jp
shikins2@jabankkyoto.or.jp
t.nishijima@jabankkyoto.or.jp

**jahs**
f.matsuo@jahs.or.jp
h.nishikawa@jahs.or.jp
h.yorifuji@jahs.or.jp
k.nakamae@jahs.or.jp
k.tanaka@jahs.or.jp
m.sano@jahs.or.jp
m.takami@jahs.or.jp
s.kikuchi@jahs.or.jp
y.horimoto@jahs.or.jp
y.inoue@jahs.or.jp

**ja-kochishinren**
y-shimizu@ja-kochishinren.or.jp

**ja-kyosai**
ei-nakajima@ja-kyosai.or.jp
fu-enokiya@ja-kyosai.or.jp
fu-komuro@ja-kyosai.or.jp
ha-yamana@ja-kyosai.or.jp

**Company & Corresponding Email Addresses**

hi2-nishimura@ja-kyosai.or.jp
hi2-okamoto@ja-kyosai.or.jp
hi2-yoshida@ja-kyosai.or.jp
hi-hirano@ja-kyosai.or.jp
hi-iida@ja-kyosai.or.jp
hi-minami@ja-kyosai.or.jp
hi-naito@ja-kyosai.or.jp
hi-sagara@ja-kyosai.or.jp
hi-tamura@ja-kyosai.or.jp
hi-tanaka@ja-kyosai.or.jp
h-suginaka@ja-kyosai.or.jp
iz-ishiwata@ja-kyosai.or.jp
ju-shiraishi@ja-kyosai.or.jp
ke2-hasegawa@ja-kyosai.or.jp
ki-kawashima@ja-kyosai.or.jp
ki-kuwabara@ja-kyosai.or.jp
ko-nagasaki@ja-kyosai.or.jp
ky-ishii@ja-kyosai.or.jp
ma4-tanabe@ja-kyosai.or.jp
ma-hatori@ja-kyosai.or.jp
ma-kanamori@ja-kyosai.or.jp
ma-omori@ja-kyosai.or.jp
ma-onodera@ja-kyosai.or.jp
ma-yokoyama@ja-kyosai.or.jp
mi-inokuma@ja-kyosai.or.jp
mi-muraoka@ja-kyosai.or.jp
mi-ono@ja-kyosai.or.jp
mi-takano@ja-kyosai.or.jp
na-murata@ja-kyosai.or.jp
no-kosaka@ja-kyosai.or.jp
ry-akiyama@ja-kyosai.or.jp
sa-jinno@ja-kyosai.or.jp
sh-amada@ja-kyosai.or.jp
shijounyo@ja-kyosai.or.jp
sh-inoue@ja-kyosai.or.jp
sh-mima@ja-kyosai.or.jp
sh-narui@ja-kyosai.or.jp
so-nishimoto@ja-kyosai.or.jp
su-seino@ja-kyosai.or.jp
ta-higai@ja-kyosai.or.jp
ta-kaneko@ja-kyosai.or.jp
ta-karasawa@ja-kyosai.or.jp
ta-oe@ja-kyosai.or.jp
te-miyamoto@ja-kyosai.or.jp
te-suzuki@ja-kyosai.or.jp
te-yoda@ja-kyosai.or.jp
to-harada@ja-kyosai.or.jp
to-matsumura@ja-kyosai.or.jp
to-takekoshi@ja-kyosai.or.jp
ts-komoda@ja-kyosai.or.jp
ya-yamasato@ja-kyosai.or.jp
ya-yoda@ja-kyosai.or.jp
yo-azuma@ja-kyosai.or.jp
yo-ishii@ja-kyosai.or.jp

## Company & Corresponding Email Addresses

yo-nagashima@ja-kyosai.or.jp
yo-nishioka@ja-kyosai.or.jp
yo-okada@ja-kyosai.or.jp
yo-yagura@ja-kyosai.or.jp

### jal

mitsuhiko.otsuki@jal.com

### jamesbaker

danp@jamesbaker.com

### jamisonfirst

alan@jamisonfirst.com
bill.gadsden@jamisonfirst.com
ecruikshank@jamisonfirst.com
equity.research@jamisonfirst.com
fred.thalmann@jamisonfirst.com
greg.huning@jamisonfirst.com
jcoury@jamisonfirst.com
robert.bucher@jamisonfirst.com

### janus

aaron.scully@janus.com
alan.bezoza@janus.com
alan.brown@janus.com
alex.ricchebuono@janus.com
allen.welch@janus.com
andrew.walker@janus.com
andy.acker@janus.com
andy.summers@janus.com
andy.tam@janus.com
ann.meyer@janus.com
aspen.large@janus.com
barney.wilson@janus.com
benjamin.douglas@janus.com
brad.slingerlend@janus.com
brena.peters@janus.com
brendan.freedman@janus.com
brendan.friedman@janus.com
brent.lynn@janus.com
brett.lee@janus.com
brian.demain@janus.com
brian.jensen@janus.com
brian.schaub@janus.com
brinton.johns@janus.com
bryan.roach@janus.com
cara.mandeville@janus.com
carmel.wellso@janus.com
carrie.yasuzawa@janus.com
chadwick.meade@janus.com
chris.toney@janus.com
christopher.conn@janus.com
colby.stilson@janus.com
colleen.croushore@janus.com
connor.avery@janus.com
corie.carlson@janus.com
craig.brown@janus.com
craig.jacobson@janus.com

**Company & Corresponding Email Addresses**

dan.lyons@janus.com
dan.riff@janus.com
dan.royal@janus.com
dan.scherman@janus.com
daniel.porter@janus.com
darcie.matson@janus.com
darrell.watters@janus.com
david.decker@janus.com
david.herrell@janus.com
david.spilsted@janus.com
denny.fish@janus.com
devonna.glasspoole@janus.com
dianne.kost@janus.com
doug.nelson@janus.com
eileen.hoffmann@janus.com
eric.bernum@janus.com
eric.thorderson@janus.com
ethan.lovell@janus.com
feliz.gomez@janus.com
francie.gallacher@janus.com
gabe.bodhi@janus.com
garrett.strum@janus.com
garth.yettick@janus.com
gary.black@janus.com
gemma.stevens@janus.com
geoff.jay@janus.com
gibson.smith@janus.com
greg.kelly@janus.com
gregory.kolb@janus.com
gregory.kuczynski@janus.com
guy.scott@janus.com
holly.koch@janus.com
jacquelyne.cavanaugh@janus.com
jakob.holm@janus.com
james.lee@janus.com
jason.groom@janus.com
jason.yee@janus.com
jeanine.morroni@janus.com
jeff.canavan@janus.com
jennifer.chaney@janus.com
jennifer.liu@janus.com
jeremiah.buckley@janus.com
jeremy.lew@janus.com
jim.craig@janus.com
jim.goff@janus.com
john.dillie@janus.com
john.eisinger@janus.com
john.fields@janus.com
john.jordan@janus.com
john.lloyd@janus.com
john.richardson@janus.com
jonathan.coleman@janus.com
judy.chamberlin@janus.com
julian.pick@janus.com

**Company & Corresponding Email Addresses**

julian.roberts@janus.com
julie.diiorio@janus.com
kaelyn.abrell@janus.com
kaprice.calhoun@janus.com
kaprice.karch@janus.com
ken.spruell@janus.com
laurence.chang@janus.com
laurent.saltiel@janus.com
lindsay.olson@janus.com
maciej.rygiel@janus.com
maia.babbs@janus.com
makoto.sakaguchi@janus.com
marc.pinto@janus.com
marco.grassi@janus.com
mark.goodwin@janus.com
matt.hochstetler@janus.com
matthew.anthony@janus.com
matthew.eversman@janus.com
mayur.saigal@janus.com
michael.keough@janus.com
michael.nelson@janus.com
michael.regan@janus.com
michael.weaver@janus.com
mike.lu@janus.com
mingjia.ding@janus.com
patrick.brophy@janus.com
paul.berg@janus.com
paul.braverman@janus.com
paula.fleming@janus.com
pc.wheaton@janus.com
peg.thompson@janus.com
rachel.sackmaster@janus.com
roberto.morales@janus.com
ron.sachs@janus.com
ron.speaker@janus.com
roxanne.tepler@janus.com
ryan.green@janus.com
scott.day@janus.com
scott.stutzman@janus.com
seth.meyer@janus.com
sharon.pichler@janus.com
stacey.obrien@janus.com
stacy.jensen@janus.com
stephan.aguirre@janus.com
stephen.lew@janus.com
steve.lawrence@janus.com
ted.shannon@janus.com
thomas.minkowicz@janus.com
timothy.murphy@janus.com
todd.prado@janus.com
tony.yao@janus.com
tuan.huynh@janus.com
wahid.chammas@janus.com
will.bales@janus.com

## Company & Corresponding Email Addresses

young.hayes@janus.com

**januscapital**

john.porro@januscapital.com

**janusfunds**

jean.barnard@janusfunds.com
julian.mcmanus@janusfunds.com

**japan**

costomer@japan.com
customer@japan.com

**jbhanauer**

msherman@jbhanauer.com
rhaskel@jbhanauer.com
rshainberg@jbhanauer.com

**jbsswift**

rafael.harada@jbsswift.com
timothy.leitch@jbsswift.com

**jbush**

kwilson@jbush.com
mary@jbush.com
rallstott@jbush.com
research@jbush.com

**jcam**

eric.mark@jcam.com

**jci**

alex.a.molinaroli@jci.com
denise.m.zutz@jci.com
john.bobek@jci.com
roell.stephen@jci.com
steven.t.mielke@jci.com

**jdj**

jhd@jdj.com

**jea**

byerr@jea.com
davitp@jea.com
seathv@jea.com

**jefco**

gsummers@jefco.com
gvitagli@jefco.com
jkameno@jefco.com
jrogan@jefco.com
kpinho@jefco.com
mmazzell@jefco.com
mzaccard@jefco.com
rdente@jefco.com
sberka@jefco.com
shiestan@jefco.com
tmurphy@jefco.com
vdiaz@jefco.com

**jeffnat**

cfoster@jeffnat.com

**jennicie**

charles.delaguiche@jennicie.ch
daniel.wiser@jennicie.ch
ronald.mueller@jennicie.ch

**Company & Corresponding Email Addresses**

**jennison**

aberg@jennison.com
akancelaric@jennison.com
amtucker@jennison.com
arittenberry@jennison.com
arosenzweig@jennison.com
athomas@jennison.com
avishnick@jennison.com
bborellitborelli@jennison.com
bboyer@jennison.com
bbryan@jennison.com
bcook@jennison.com
bedemeka@jennison.com
bliu@jennison.com
bmgillott@jennison.com
btani@jennison.com
ckaehr@jennison.com
clynch@jennison.com
cpelinsky@jennison.com
cvatis@jennison.com
cwolfe@jennison.com
dchan@jennison.com
dkass@jennison.com
dkiefer@jennison.com
dnetschert@jennison.com
dnewcomb@jennison.com
dravera@jennison.com
dwoods@jennison.com
ebrown@jennison.com
eklauer@jennison.com
esmith@jennison.com
falfaro@jennison.com
ffinlay@jennison.com
gburr@jennison.com
gdesapio@jennison.com
genglander@jennison.com
hfrisch@jennison.com
hmoss@jennison.com
icarnathan@jennison.com
ilourie@jennison.com
jchacon@jennison.com
jgreco@jennison.com
jhill@jennison.com
jhobbs@jennison.com
jjones@jennison.com
jlongley@jennison.com
jmullman@jennison.com
jmyers@jennison.com
jpattit@jennison.com
jrouse@jennison.com
jsaunders@jennison.com
jshapiro@jennison.com
jswiatek@jennison.com
jziemba@jennison.com

**Company & Corresponding Email Addresses**

kamccarragher@jennison.com
kburke@jennison.com
khauben@jennison.com
kholness@jennison.com
klindley@jennison.com
kpaige@jennison.com
kstorer@jennison.com
lbeach@jennison.com
lschmidt@jennison.com
mastain@jennison.com
mbator@jennison.com
mbress@jennison.com
mdelbalso@jennison.com
mgdefranco@jennison.com
mkeenan@jennison.com
mpicker@jennison.com
msemenenko@jennison.com
mshattan@jennison.com
mvredenburgh@jennison.com
mwilburn@jennison.com
mwirtz@jennison.com
mzussman@jennison.com
nbrown@jennison.com
nkuhlkin@jennison.com
nlalman@jennison.com
nrubinstein@jennison.com
okoney@jennison.com
pallen@jennison.com
panderson@jennison.com
pfixter@jennison.com
preinemann@jennison.com
pszpak@jennison.com
rklemmer@jennison.com
rparilla@jennison.com
sbosch@jennison.com
sgavios@jennison.com
sginns@jennison.com
shong@jennison.com
skaplan@jennison.com
skartsonis@jennison.com
skirner@jennison.com
smcneil@jennison.com
smehta@jennison.com
ssegalas@jennison.com
svanalstyne@jennison.com
swillis@jennison.com
tcappellini@jennison.com
tdoyle@jennison.com
thkim@jennison.com
twolfe@jennison.com

**jennsion**

mmahmud@jennsion.com

**jhancock**

aangella@jhancock.com

**Company & Corresponding Email Addresses**

abenali@jhancock.com
acalavritinos@jhancock.com
aconnell@jhancock.com
afen@jhancock.com
ahaddad@jhancock.com
apathak@jhancock.com
apomeroy@jhancock.com
aschaufus@jhancock.com
astober@jhancock.com
aurick@jhancock.com
awise@jhancock.com
bcheney@jhancock.com
bcleathero@jhancock.com
bdanielewicz@jhancock.com
bevans@jhancock.com
bithiahcarter@jhancock.com
bkondracki@jhancock.com
bmatthews@jhancock.com
bnectow@jhancock.com
bowen@jhancock.com
bporter@jhancock.com
bwelch@jhancock.com
bziemba@jhancock.com
carbuthnot@jhancock.com
ccorales@jhancock.com
cgelormini@jhancock.com
chodge@jhancock.com
ckecher@jhancock.com
cknowlton@jhancock.com
cmatt@jhancock.com
cmccarthy@jhancock.com
cmoores@jhancock.com
cokeefe@jhancock.com
cperry@jhancock.com
crothman@jhancock.com
cslaybaugh@jhancock.com
cynthiabrown@jhancock.com
dbaillie@jhancock.com
dbertrand@jhancock.com
dbranch@jhancock.com
dbudde@jhancock.com
dbullivant@jhancock.com
ddaesen@jhancock.com
djohnson@jhancock.com
dlynch@jhancock.com
dmcaneny@jhancock.com
dnastou@jhancock.com
dperrotta@jhancock.com
dsales@jhancock.com
dshufrin@jhancock.com
dsilva@jhancock.com
dteich@jhancock.com
dtucker@jhancock.com
eatamian@jhancock.com

**Company & Corresponding Email Addresses**

eaverbukh@jhancock.com
eduvalsaint@jhancock.com
eforde@jhancock.com
ehines@jhancock.com
emaloney@jhancock.com
emmanuellongo@jhancock.com
eshum@jhancock.com
esvenson@jhancock.com
esyron@jhancock.com
fcallahan@jhancock.com
fcavanaugh@jhancock.com
ffelcon@jhancock.com
flucibella@jhancock.com
gbraun@jhancock.com
gdanaher@jhancock.com
gdolianitis@jhancock.com
gouldm@jhancock.com
gpelletier@jhancock.com
gphelps@jhancock.com
gplume@jhancock.com
hvu@jhancock.com
hwong@jhancock.com
iergovic@jhancock.com
igunes@jhancock.com
jbourgeois@jhancock.com
jbova@jhancock.com
jcruickshank@jhancock.com
jcsanderson@jhancock.com
jgarrison@jhancock.com
jhan@jhancock.com
jhanrahan@jhancock.com
jiles@jhancock.com
jkmcdonough@jhancock.com
jletourneau@jhancock.com
jliebow@jhancock.com
jmarguy@jhancock.com
jmoorhead@jhancock.com
jneil@jhancock.com
jnicolosi@jhancock.com
jpackard@jhancock.com
jpluta@jhancock.com
jroman@jhancock.com
jschillaci@jhancock.com
jsnyder@jhancock.com
jsylvia@jhancock.com
jyee@jhancock.com
jzinner@jhancock.com
kcha@jhancock.com
kcongliari@jhancock.com
kfyfe@jhancock.com
khackett@jhancock.com
khines@jhancock.com
kkellerhouse@jhancock.com
kmanfredi@jhancock.com

**Company & Corresponding Email Addresses**

kmcdonough@jhancock.com
krowland@jhancock.com
ktroy@jhancock.com
kwarlick@jhancock.com
lanzhang@jhancock.com
lbkelly@jhancock.com
lcrockett@jhancock.com
lhoang@jhancock.com
llmcgowan@jhancock.com
lmcgowan@jhancock.com
lmerritt@jhancock.com
lorndavis@jhancock.com
lrasin@jhancock.com
lwoo@jhancock.com
masullivan@jhancock.com
mbeck@jhancock.com
mdavis@jhancock.com
mdeleon@jhancock.com
mdommermuth@jhancock.com
melkas@jhancock.com
mepstein@jhancock.com
mequinn@jhancock.com
mfletcher@jhancock.com
mforeman@jhancock.com
mgallotto@jhancock.com
mgiuditta@jhancock.com
mgrossnickle@jhancock.com
mlapides@jhancock.com
mmaloney@jhancock.com
mmcdevitt@jhancock.com
mmcfall@jhancock.com
mmoran@jhancock.com
mmurdocca@jhancock.com
mmurray@jhancock.com
mnavin@jhancock.com
mngallagher@jhancock.com
mray@jhancock.com
msawatzky@jhancock.com
mshort@jhancock.com
mstapleton@jhancock.com
mtiberii@jhancock.com
mtoomey@jhancock.com
myasner@jhancock.com
nlenicheck@jhancock.com
nmak@jhancock.com
nmassa@jhancock.com
ogonzalez@jhancock.com
pambrosia@jhancock.com
pderubeis@jhancock.com
pfishbin@jhancock.com
pgiampa@jhancock.com
pgill@jhancock.com
pharris@jhancock.com
pjudge@jhancock.com

**Company & Corresponding Email Addresses**

plitalien@jhancock.com
pmara@jhancock.com
pmessina@jhancock.com
pmitsopolous@jhancock.com
pmitsopoulos@jhancock.com
pparsons@jhancock.com
ppeters@jhancock.com
radams@jhancock.com
rbarzykowski@jhancock.com
rbreau@jhancock.com
rchuyan@jhancock.com
rdouglas@jhancock.com
rferrara@jhancock.com
rgoodband@jhancock.com
rkeough@jhancock.com
rlangway@jhancock.com
rmchugh@jhancock.com
rmcwalters@jhancock.com
rmcwatters@jhancock.com
rnastou@jhancock.com
rrock@jhancock.com
rshea@jhancock.com
rwhite@jhancock.com
ryackel@jhancock.com
sagretelis@jhancock.com
sandrabrown@jhancock.com
sbhat@jhancock.com
sblewitt@jhancock.com
sbodhe@jhancock.com
scurry@jhancock.com
sgarfield@jhancock.com
sgrady@jhancock.com
shartz@jhancock.com
sjhenry@jhancock.com
slee@jhancock.com
smcfetridge@jhancock.com
smwalsh@jhancock.com
snavin@jhancock.com
snewton@jhancock.com
spaspal@jhancock.com
ssimi@jhancock.com
sslee@jhancock.com
stobin@jhancock.com
tcronin@jhancock.com
tdellapiana@jhancock.com
tderderian@jhancock.com
tnhill@jhancock.com
tnnguyen@jhancock.com
vdivasta@jhancock.com
vsmetana@jhancock.com
warnold@jhancock.com
wbreisch@jhancock.com
wdavis@jhancock.com
wdroege@jhancock.com

## Company & Corresponding Email Addresses

whill@jhancock.com
wjin@jhancock.com
wkinsley@jhancock.com
wteng@jhancock.com
wwoo@jhancock.com
wyoung@jhancock.com
zhu@jhancock.com

### jhancockinvestments
abhijit_dande@jhancockinvestments.com

### jhu
celsob@jhu.edu
hanke@jhu.edu
kcalder@jhu.edu
lball@jhu.edu

### jiadvisors
ksaba@jiadvisors.com

### jk
gfufh@jk.com

### jl-investments
bertrand.savatier@jl-investments.com

### jmfinn
david.stewart@jmfinn.com
geordie.kidston@jmfinn.com
mark.powell@jmfinn.com
wolf.raymer@jmfinn.com

### jmh
dtrasobares@jmh.org

### jmsonline
adrobot@jmsonline.com
afalco@jmsonline.com
afiacco@jmsonline.com
agray@jmsonline.com
amcgrath@jmsonline.com
anewma@jmsonline.com
apisacane@jmsonline.com
brockowitz@jmsonline.com
bsustri@jmsonline.com
bward@jmsonline.com
ccurci@jmsonline.com
cdoran@jmsonline.com
cfertel@jmsonline.com
cfishgall@jmsonline.com
csweeney@jmsonline.com
dlange@jmsonline.com
gdrahuschak@jmsonline.com
hstevens@jmsonline.com
jchuff@jmsonline.com
jvanalen@jmsonline.com
mbellezza@jmsonline.com
preinhart@jmsonline.com
rkarcher@jmsonline.com

### jnj
ewiberg@alzus.jnj.com

### jnli

## Company & Corresponding Email Addresses

chad.myers@jnli.com
jeffrey.hugo@jnli.com
sam.thelen@jnli.com

**johcma**
wod@johcma.com

**johim**
msmith@johim.co.uk

**johndeere**
trahanjeffreya@johndeere.com

**johnsoninv**
smartin@johnsoninv.com

**johnsonmotor**
wh_ng@johnsonmotor.com

**jomorgan**
bill.mosca@jomorgan.com

**jordanbank**
al-momani@jordanbank.co.uk

**josephthal**
bperry@josephthal.com
dfrench@josephthal.com
jjunior@josephthal.com
jmorgan@josephthal.com
nberetta@josephthal.com
rkrause@josephthal.com

**jp**
incorrect@jp.com

**jpchase**
alison.x.carter@jpchase.com
brian.d.callen@jpchase.com
jmccarthy@jpchase.co.uk

**jpfinancial**
amy.l.tancrede@jpfinancial.com
cameron.crump@jpfinancial.com
chris.haverland@jpfinancial.com
elizabeth.aheron@jpfinancial.com
francis.pirozzi@jpfinancial.com
hardee.mills@jpfinancial.com
jason.lina@jpfinancial.com
jim.mcdonald@jpfinancial.com
john.ingram@jpfinancial.com
lisa.harris@jpfinancial.com
rich.millard@jpfinancial.com
theresa.stone@jpfinancial.com
william.stutts@jpfinancial.com

**jpmchase**
alan.p.kirk@jpmchase.com
alasdair.x.mackenzie@jpmchase.com
alex.s.krunic@jpmchase.com
anda.x.halilaj@jpmchase.com
andrew.j.kazior@jpmchase.com
andrew.p.pickup@jpmchase.com
andrew.w.clouse@jpmchase.com
andrew.w.may@jpmchase.com
angelica.m.quintero@jpmchase.com

**Company & Corresponding Email Addresses**

arthur.olunwa@jpmchase.com
ashwani.k.sinha@jpmchase.com
austin.x.mcnurlen@jpmchase.com
benoit.x.dethier@jpmchase.com
borislav.tomassini@jpmchase.com
brian.j.mcvane@jpmchase.com
buki.ajala@jpmchase.com
carl.a.isaksson@jpmchase.com
carol.k.chen@jpmchase.com
christopher.m.allen@jpmchase.com
christopher.p.bredholt@jpmchase.com
cyril.aschenbrenner@jpmchase.com
daniel.r.wakely@jpmchase.com
daniel.t.dismukes@jpmchase.com
daniel.x.seon@jpmchase.com
david.a.tuscano@jpmchase.com
david.herzberg@jpmchase.com
david.l.parks@jpmchase.com
david.minucci@jpmchase.com
dean.a.fearon@jpmchase.com
dero.f.ola-niyi@jpmchase.com
dianna.selva@jpmchase.com
don.noe@jpmchase.com
ed.savage@jpmchase.com
edward.t.bell@jpmchase.com
edwin.brown@jpmchase.com
erikaestevan.castro-king@jpmchase.com
evelyn.l.poyer@jpmchase.com
fan.wang2@jpmchase.com
fang.d.li@jpmchase.com
francisco.marquez@jpmchase.com
ganesh.x.lakshminarayana@jpmchase.com
gavin.x.bailey@jpmchase.com
gds.morgan.stanley@jpmchase.com
george.c.lai@jpmchase.com
gokhan.i.atilgan@jpmchase.com
gregory.b.luttrell@jpmchase.com
gregory.pugliani@jpmchase.com
guang.x.huang@jpmchase.com
guillaume.dhamelincourt@jpmchase.com
haydn.moth@jpmchase.com
hayley.x.shaw@jpmchase.com
ira.artman@jpmchase.com
james.a.tomlin@jpmchase.com
jason.c.omalley@jpmchase.com
jason.e.chen@jpmchase.com
jay.k.morrison@jpmchase.com
jay.p.cilione@jpmchase.com
jeffrey.a.byer@jpmchase.com
john.c.nelson@jpmchase.com
john.n.lux@jpmchase.com
john.p.read@jpmchase.com
jonathan.m.schwarz@jpmchase.com
jonathan.x.weinberg@jpmchase.com

**Company & Corresponding Email Addresses**

joseph.crutchley@jpmchase.com
joseph.siano@jpmchase.com
judith.x.bromfield@jpmchase.com
karen.good@jpmchase.com
kazim.x.koseoglu@jpmchase.com
kelly.x.weston@jpmchase.com
kenneth.r.talanian@jpmchase.com
kevin.i.burger@jpmchase.com
kevin.m.ellis@jpmchase.com
kevin.x.corby@jpmchase.com
kian.esteghamat@jpmchase.com
kim.m.insoo@jpmchase.com
kimberly.m.murphy@jpmchase.com
kingsley.wood@jpmchase.com
kirsteen.x.morrison@jpmchase.com
lindsay.felldin@jpmchase.com
lisa.r.ferrara@jpmchase.com
lucia.c.albarran@jpmchase.com
lucy.l.georgiades@jpmchase.com
marc.e.dolfman@jpmchase.com
marcos.d.bueno@jpmchase.com
marcus.perry@jpmchase.com
marian.i.adekoya@jpmchase.com
marjorie.g.widener@jpmchase.com
mark.eckert@jpmchase.com
mark.t.gannon@jpmchase.com
mark.x.page@jpmchase.com
matthew.g.cohen@jpmchase.com
matthew.g.pallai@jpmchase.com
michael.a.thilmont@jpmchase.com
michael.d.murray@jpmchase.com
michael.j.griffin@jpmchase.com
michael.katz@jpmchase.com
michael.r.hack@jpmchase.com
michael.x.sheldon@jpmchase.com
michah.a.behrend@jpmchase.com
mitchell.x.freedman@jpmchase.com
nada.alhussona@jpmchase.com
neil.a.gartland@jpmchase.com
olga.v.chernova@jpmchase.com
paul.mitchell@jpmchase.com
paul.williamson@jpmchase.com
pauric.z.mccormack@jpmchase.com
peter.d.burt@jpmchase.com
peter.j.mullahey@jpmchase.com
peter.s.andreou@jpmchase.com
pooja.x.ganju@jpmchase.com
r.christopher.melendes@jpmchase.com
rabin.tambyraja@jpmchase.com
raul.sequera@jpmchase.com
richard.a.henley@jpmchase.com
richard.j.nicholson@jpmchase.com
rimma.talis@jpmchase.com
rina.r.conti@jpmchase.com

**Company & Corresponding Email Addresses**

robert.a.callaghan@jpmchase.com
robert.d.roy@jpmchase.com
robert.s.lim@jpmchase.com
ryan.e.meltzer@jpmchase.com
sandra.a.wynter@jpmchase.com
scott.brian.davis@jpmchase.com
scott.d.kosack@jpmchase.com
sean.x.keegan@jpmchase.com
sean.x.regan@jpmchase.com
shengquan.ho@jpmchase.com
shern.i.frederick@jpmchase.com
shubha.x.sethi@jpmchase.com
simon.d.ulcickas@jpmchase.com
steven.g.lee@jpmchase.com
svetlin.p.petkov@jpmchase.com
tamara.x.ware@jpmchase.com
ted.tulpa@jpmchase.com
tineka.smart@jpmchase.com
tony.q.tran@jpmchase.com
vishala.x.sri-pathma@jpmchase.com
wayne.man@jpmchase.com
william.l.kramer@jpmchase.com
william.s.lacy@jpmchase.com
yelena.ofengeym@jpmchase.com
yi.x.chen@jpmchase.com
ying.e.chen@jpmchase.com
yvette.d.barto@jpmchase.com
zhen.x.li@jpmchase.com
zheng.x.wang@jpmchase.com
zoe.x.pye@jpmchase.com

**jpmfleming**
nicholas.rabiecki@jpmfleming.com

**jpmhase**
azra.x.pravdic@jpmhase.com

**jpmorgan**
adam.b.patota@jpmorgan.com
adam.r.proctor@jpmorgan.com
adam.tejpaul@jpmorgan.com
adebowale.o.adetayo@jpmorgan.com
ahmed.x.alsafadi@jpmorgan.com
akash.gupta@jpmorgan.com
al.mann@jpmorgan.com
alan.d.oldroyd@jpmorgan.com
alan.h.gutmann@jpmorgan.com
alan.x.cubbon@jpmorgan.com
alethia.r.young@jpmorgan.com
alex.gurevich@jpmorgan.com
alex.s.kostko@jpmorgan.com
alex.tamilio@jpmorgan.com
alexander.r.dearman@jpmorgan.com
alexander.s.brooks@jpmorgan.com
alexander.shvets@jpmorgan.com
alexandra.l.howard@jpmorgan.com
alfonso.x.fonnegra@jpmorgan.com

**Company & Corresponding Email Addresses**

alice.w.chow@jpmorgan.com
alinna.x.holdgate@jpmorgan.com
alisa.lamberto@jpmorgan.com
alison.r.salnikov@jpmorgan.com
allen.b.clark@jpmorgan.com
allison.b.adler@jpmorgan.com
alonzo_jason@jpmorgan.com
alwyn.sloan@jpmorgan.com
amanda.x.hallam@jpmorgan.com
ameeta.gosain@jpmorgan.com
amit.tanna@jpmorgan.com
amr.seif@jpmorgan.com
amy.h.peterson@jpmorgan.com
amy.w.gibson@jpmorgan.com
ana.rojas@jpmorgan.com
andre.segger@jpmorgan.com
andrea.d.tenconi@jpmorgan.com
andreas.michalitsianos@jpmorgan.com
andreas.p.dische@jpmorgan.com
andrew.d.goldberg@jpmorgan.com
andrew.g.sinkinson@jpmorgan.com
andrew.h.miller@jpmorgan.com
andrew.j.powell@jpmorgan.com
andrew.p.brandon@jpmorgan.com
andrew.r.guest@jpmorgan.com
andrew.t.lim@jpmorgan.com
andrew.worth@jpmorgan.com
andrew.x.stern@jpmorgan.com
angel.serrat@jpmorgan.com
angelita.legaspi@jpmorgan.com
angelo.mastromarini@jpmorgan.com
anis.m.lahlou-abid@jpmorgan.com
anja.grenner@jpmorgan.com
anjum.hoda@jpmorgan.com
ann.doherty@jpmorgan.com
ann.e.heidenreich@jpmorgan.com
anna.joannou@jpmorgan.com
anna.m.kielbratowska@jpmorgan.com
anna.x.haynes@jpmorgan.com
annapaola.am.marchi@jpmorgan.com
anne.m.thalman@jpmorgan.com
anne-marie.fink@jpmorgan.com
anthony.attardo@jpmorgan.com
anthony.l.karydakis@jpmorgan.com
anthony.m.brown@jpmorgan.com
anthony.r.candelmo@jpmorgan.com
antoine.bertagna@jpmorgan.com
antonia.morales@jpmorgan.com
antony.x.vallee@jpmorgan.com
armand.ursino@jpmorgan.com
arons_ronald@jpmorgan.com
arthur.cenci@jpmorgan.com
ascone_marjorie@jpmorgan.com
ashay.b.shirsat@jpmorgan.com

**Company & Corresponding Email Addresses**

ashley.marynick@jpmorgan.com
ashraf.e.ansary@jpmorgan.com
ashraf.x.ali@jpmorgan.com
asif.jeevanjee@jpmorgan.com
aspin_robert@jpmorgan.com
augustin_vladimir@jpmorgan.com
austin.c.forey@jpmorgan.com
austin.x.carpenter@jpmorgan.com
avi.korn@jpmorgan.com
azelby_joseph@jpmorgan.com
baez-sacasa_alejandro@jpmorgan.com
bailey.r.dalton@jpmorgan.com
bala.iyer@jpmorgan.com
balakrishnan.prakash@jpmorgan.com
barbara.d.dejesus@jpmorgan.com
barry.griffin@jpmorgan.com
beck_kevin@jpmorgan.com
beltran.lastra@jpmorgan.com
ben.g.stapley@jpmorgan.com
ben.x.pumfrett@jpmorgan.com
benjamin.schiessle@jpmorgan.com
benoit.stroesser@jpmorgan.com
berk_steven@jpmorgan.com
betty.x.boatemaah@jpmorgan.com
beverly.m.dewar@jpmorgan.com
bhairavi.x.mansukhani@jpmorgan.com
bill.gilbert@jpmorgan.com
billotti_john@jpmorgan.com
bilquis.nasiruddin.ahmed@jpmorgan.com
biral.devani@jpmorgan.com
bobby.uberoi@jpmorgan.com
borowiec_elizabeth@jpmorgan.com
brad.l.frishberg@jpmorgan.com
bradford.b.sahler@jpmorgan.com
bradley.schwartz@jpmorgan.com
brandon.yambo@jpmorgan.com
brendan.obrien@jpmorgan.com
brenner_susan@jpmorgan.com
brett.jones@jpmorgan.com
brett.x.schneider@jpmorgan.com
brian.e.schlegel@jpmorgan.com
brian.keith.green@jpmorgan.com
brian.m.walsh@jpmorgan.com
brian.p.murray@jpmorgan.com
brian.w.mcdonald@jpmorgan.com
brian.y.kim@jpmorgan.com
brittany.j.johnson@jpmorgan.com
brooke.s.petersen@jpmorgan.com
broseman_rosa@jpmorgan.com
bruce.c.kasman@jpmorgan.com
bruce.j.williams@jpmorgan.com
brunel_jean@jpmorgan.com
bruno.m.iksil@jpmorgan.com
bryn.thomas@jpmorgan.com

## Company & Corresponding Email Addresses

bud.kroll@jpmorgan.com
burcu.ugurtas@jpmorgan.com
calum.p.cousins@jpmorgan.com
canning_andrew@jpmorgan.com
carl.c.dou@jpmorgan.com
carl.sutter@jpmorgan.com
carlo.x.draghi@jpmorgan.com
carol.k.chen@jpmorgan.com
carol.x.mills@jpmorgan.com
carolina.e.caballero@jpmorgan.com
carrillo_luis@jpmorgan.com
carsten.mueller@jpmorgan.com
carter.millicent@jpmorgan.com
cary.j.fitzgerald@jpmorgan.com
casey.a.basil@jpmorgan.com
cassandra.edmondson2@jpmorgan.com
catanzaro_marian@jpmorgan.com
catherine.byrne@jpmorgan.com
catherine.m.smith@jpmorgan.com
catherine.poulton@jpmorgan.com
catherine.williams@jpmorgan.com
ce.x.bian@jpmorgan.com
cecilia.junker@jpmorgan.com
cembalest_michael@jpmorgan.com
chad.a.engelbert@jpmorgan.com
chaplin_john@jpmorgan.com
chappelear_peter@jpmorgan.com
charlene.l.mascio@jpmorgan.com
charles.faircloth@jpmorgan.com
charles.x.conrath@jpmorgan.com
charlie.covill@jpmorgan.com
charlotte.hems@jpmorgan.com
charlotte.s.morita@jpmorgan.com
chee.uk.chow@jpmorgan.com
cheryl.duffy@jpmorgan.com
cheryl.l.rocker@jpmorgan.com
chetun.patel@jpmorgan.com
chi.h.diep@jpmorgan.com
chiragkirti.mehta@jpmorgan.com
chris.d.mackinson@jpmorgan.com
chris.e.lynch@jpmorgan.com
chris.ling@jpmorgan.com
chris.llewelyn@jpmorgan.com
chris.s.hutton@jpmorgan.com
chris.t.herbster@jpmorgan.com
christian.karg@jpmorgan.c
christian.s.pecher@jpmorgan.com
christine.phillpotts@jpmorgan.com
christopher.d.maizys@jpmorgan.com
christopher.emanuel@jpmorgan.com
christopher.fiorelli@jpmorgan.com
christopher.g.tomasides@jpmorgan.com
christopher.jones@jpmorgan.com
christopher.l.fetes@jpmorgan.com

**Company & Corresponding Email Addresses**

christopher.m.carlucci@jpmorgan.com
christopher.m.turner@jpmorgan.com
christopher.m.wightman@jpmorgan.com
christopher.morrison@jpmorgan.com
christopher.striesow@jpmorgan.com
christopher.t.blum@jpmorgan.com
christopher.t.dove@jpmorgan.com
chu_allen@jpmorgan.com
ciara.p.kennedy@jpmorgan.com
cindy.freeman@jpmorgan.com
cini_gulce@jpmorgan.com
claire.oconnor@jpmorgan.com
clare.hart@jpmorgan.com
clark_pl@jpmorgan.com
clasen_chris@jpmorgan.com
claxton_jose@jpmorgan.com
colin.digby@jpmorgan.com
connie.plaehn@jpmorgan.com
conor.funge@jpmorgan.com
cory.l.pollock@jpmorgan.com
courtney.heard@jpmorgan.com
craig.a.thompson@jpmorgan.com
cs.venkatakrishnan@jpmorgan.com
curtis.a.white@jpmorgan.com
cynthia.p.davies@jpmorgan.com
cynthia.x.eng@jpmorgan.com
cyril.c.levy-marchal@jpmorgan.com
dachille_douglas@jpmorgan.com
dan.layton@jpmorgan.com
dan.rouse@jpmorgan.com
dana.croswhite@jpmorgan.com
daniel.brachfeld@jpmorgan.com
daniel.fromage@jpmorgan.com
daniel.g.robinson@jpmorgan.com
daniel.j.richards@jpmorgan.com
daniel.j.sleep@jpmorgan.com
daniel.j.williams@jpmorgan.com
daniel.m.gelfand@jpmorgan.com
daniel.m.kleiman@jpmorgan.com
daniel.s.kim@jpmorgan.com
daniel.x.thomas@jpmorgan.com
daniel.z.smith@jpmorgan.com
danielle.trichilo@jpmorgan.com
danny.sage@jpmorgan.com
dari.a.al-bader@jpmorgan.com
darren.hawker@jpmorgan.com
darren.oakley@jpmorgan.com
darren.t.rabenou@jpmorgan.com
dave.fucio@jpmorgan.com
dave.silberman@jpmorgan.com
dave.sivinski@jpmorgan.com
david.b.pasquale@jpmorgan.com
david.c.joiner@jpmorgan.com
david.g.berry@jpmorgan.com

**Company & Corresponding Email Addresses**

david.goulding@jpmorgan.com
david.halliden@jpmorgan.com
david.i.oliver@jpmorgan.com
david.j.allen@jpmorgan.com
david.j.brown@jpmorgan.com
david.j.houston@jpmorgan.com
david.j.kolasinski@jpmorgan.com
david.j.white@jpmorgan.com
david.key@jpmorgan.com
david.lochead@jpmorgan.com
david.m.barry@jpmorgan.com
david.m.neary@jpmorgan.com
david.mackie@jpmorgan.com
david.mirzai@jpmorgan.com
david.p.green@jpmorgan.com
david.parker@jpmorgan.com
david.s.bentley@jpmorgan.com
david.shairp@jpmorgan.com
david.sharpe@jpmorgan.com
david.small@jpmorgan.com
david.weinberger@jpmorgan.com
david_risa@jpmorgan.com
de_luccia_rob@jpmorgan.com
deborah.bowe@jpmorgan.com
deepa.p.majmudar@jpmorgan.com
del_rosario_ramon_gil@jpmorgan.com
delany_craig@jpmorgan.com
denis.cohen@jpmorgan.com
dennis.s.ruhl@jpmorgan.com
derek_kaufman@jpmorgan.com
devlin_john@jpmorgan.com
devlin_timothy@jpmorgan.com
dhonsi_sundeep_k@jpmorgan.com
diana.kiluta@jpmorgan.com
dina.shehata@jpmorgan.com
dinah.x.francoeur@jpmorgan.com
djukanovic_vladimir@jpmorgan.com
dominic.p.powell@jpmorgan.com
don.a.sanjose@jpmorgan.com
donald.j.osborne@jpmorgan.com
donna.schurmann@jpmorgan.com
dooley_douglas@jpmorgan.com
dorothy.flynn@jpmorgan.com
douglas. antonacci@jpmorgan.com
douglas.g.heinz@jpmorgan.com
douglas.goodwin@jpmorgan.com
douglas.h.gimple@jpmorgan.com
dpercella@jpmorgan.com
dugoff_richard@jpmorgan.com
dwayne.middleton@jpmorgan.com
ebbin.simon@jpmorgan.com
ebert_bernard@jpmorgan.com
echipare_rogel@jpmorgan.com
edsparr_patrik@jpmorgan.com

**Company & Corresponding Email Addresses**

edvard.major@jpmorgan.com
edward.p.walker@jpmorgan.com
efrain.nunez@jpmorgan.com
egan_peter@jpmorgan.com
ehiwario.o.efeyini@jpmorgan.com
elizabeth.cl.wilson@jpmorgan.com
emil.babayev@jpmorgan.com
emil.skulski@jpmorgan.com
emma.loftus@jpmorgan.com
emma.parnell@jpmorgan.com
emma.skipworth@jpmorgan.com
emmanuel.krause@jpmorgan.com
emmanuel.n.archampong@jpmorgan.com
emmet.a.jackson@jpmorgan.com
eric.de.sangues@jpmorgan.com
eric.marnandus@jpmorgan.com
eric.n.remole@jpmorgan.com
erica.k.bart@jpmorgan.com
erik.j.black@jpmorgan.com
estrada_sandra@jpmorgan.com
eugene.x.netis@jpmorgan.com
eva.keegan@jpmorgan.com
eva.walsh@jpmorgan.com
evangelos.x.delimbassis@jpmorgan.com
evgenia.i.kim@jpmorgan.com
evguenia.a.sokolova@jpmorgan.com
evrard.x.fraise@jpmorgan.com
eytan.shapiro@jpmorgan.com
faktorovich_mikhail@jpmorgan.com
falgun.jariwala@jpmorgan.com
faris.ayoub@jpmorgan.com
feder_abigail@jpmorgan.com
felise.l.agranoff@jpmorgan.com
finkelstein_stephen@jpmorgan.com
fiona.m.egan@jpmorgan.com
fiona.rowley@jpmorgan.com
fong_jarrod@jpmorgan.com
francesca.sanderson@jpmorgan.com
francisco.bengzon@jpmorgan.com
francois.j.brochard@jpmorgan.com
frank.delvecchio@jpmorgan.com
frank.r.gough@jpmorgan.com
fred.d.binka@jpmorgan.com
fred.loh@jpmorgan.com
frederic.j.hatt@jpmorgan.com
frederic.mouchel@jpmorgan.com
frederic.r.lexow@jpmorgan.com
frederick.a.sabetta@jpmorgan.com
fufidio_eve@jpmorgan.com
gabej.feder@jpmorgan.com
gabriella.a.barschdorff@jpmorgan.com
gaiane.oganessian@jpmorgan.com
gail.g.bownes@jpmorgan.com
gallant_bruce@jpmorgan.com

## Company & Corresponding Email Addresses

gardella_george@jpmorgan.com
gareth.healey@jpmorgan.com
garfield.johnson.jr@jpmorgan.com
garrett.fish@jpmorgan.com
gary.liberman@jpmorgan.com
gary.madich@jpmorgan.com
gem.livingstone@jpmorgan.com
george.williams@jpmorgan.com
george.x.funganjera@jpmorgan.com
georgina.p.maxwell@jpmorgan.com
gertjan.koomen@jpmorgan.com
gheilerman_carla@jpmorgan.com
gilbert_richard@jpmorgan.com
gillian.butler@jpmorgan.com
giri.k.devulapally@jpmorgan.com
giselle.l.leon@jpmorgan.com
gladieux_jay@jpmorgan.com
glenn.gawronski@jpmorgan.com
globerman_polina@jpmorgan.com
gloria.h.fu@jpmorgan.com
goldman_steve@jpmorgan.com
gonzalez_raphael@jpmorgan.com
gordon.f.stransky@jpmorgan.com
gossman_michele@jpmorgan.com
gottfried.x.hoerich@jpmorgan.com
graciela.m.bernard@jpmorgan.com
graham.c.nicol@jpmorgan.com
greg.l.tuorto@jpmorgan.com
greg.swisher@jpmorgan.com
gregg.hrivnak@jpmorgan.com
gregory.a.mattiko@jpmorgan.com
gregory.g.fowlkes@jpmorgan.com
gripo_gina@jpmorgan.com
gus.moriana@jpmorgan.com
guy.dunham@jpmorgan.com
gwion.m.moore@jpmorgan.com
hamm_eric@jpmorgan.com
hannah-may.hawkins@jpmorgan.com
harpole_john@jpmorgan.com
harvey_g@jpmorgan.com
healy_margaret@jpmorgan.com
heiland_gunter@jpmorgan.com
helen.e.wild@jpmorgan.com
helen.y.weng@jpmorgan.com
helge.m.skibeli@jpmorgan.com
henry.b.berg@jpmorgan.com
holak_tim@jpmorgan.com
hollway_richard@jpmorgan.com
hongyan.x.zhang@jpmorgan.com
honig_paul@jpmorgan.com
huang_winston@jpmorgan.com
hugh.nickola@jpmorgan.com
hugo.alexander@jpmorgan.com
iain.t.stealey@jpmorgan.com

## Company & Corresponding Email Addresses

ian.g.cully@jpmorgan.com
ian.j.brown@jpmorgan.com
ian.r.butler@jpmorgan.com
ian.r.henderson@jpmorgan.com
ido.eisenberg@jpmorgan.com
ikeda_karen@jpmorgan.com
ines.x.risques@jpmorgan.com
inna.semenchuk@jpmorgan.com
isabel.dubra-paramos@jpmorgan.com
izana.wanahmad@jpmorgan.com
j.brian.hunter@jpmorgan.com
jack.crawford@jpmorgan.com
jack.s.crawford@jpmorgan.com
jackman_jeffrey@jpmorgan.com
jaco.a.venter@jpmorgan.com
jacob.w.gibson@jpmorgan.com
jacopo.g.saccheri@jpmorgan.com
jacqueline.a.mihalik@jpmorgan.com
jacqueline.flake@jpmorgan.com
jacqueline.x.white@jpmorgan.com
jakobson_patrick@jpmorgan.com
james.a.pitkin@jpmorgan.com
james.ahn@jpmorgan.com
james.c.ho@jpmorgan.com
james.d.mcnerny@jpmorgan.com
james.e.bauman@jpmorgan.com
james.e.gibson@jpmorgan.com
james.f.drake@jpmorgan.com
james.gregory@jpmorgan.com
james.h.stothard@jpmorgan.com
james.illsley@jpmorgan.com
james.j.howie@jpmorgan.com
james.m.ireland@jpmorgan.com
james.m.mcloughlin@jpmorgan.com
james.mahon@jpmorgan.com
james.p.shanahan@jpmorgan.com
james.r.andrew@jpmorgan.com
james.r.elliot@jpmorgan.com
james.r.kerr@jpmorgan.com
james.r.walker@jpmorgan.com
james.repard@jpmorgan.com
james.wt.fisher@jpmorgan.com
james.x.madison@jpmorgan.com
james.z.ford@jpmorgan.com
jamie.c.stephens@jpmorgan.com
jamie.silk@jpmorgan.com
jandrucko_b@jpmorgan.com
jane.buyers-russo@jpmorgan.com
jane.s.bennett@jpmorgan.com
jarred.sherman@jpmorgan.com
jason.a.king@jpmorgan.com
jason.b.chrein@jpmorgan.com
jason.k.hempel@jpmorgan.com
jason.ko@jpmorgan.com

**Company & Corresponding Email Addresses**

jason.l.minkler@jpmorgan.com
jason.r.fletcher@jpmorgan.com
jason.vaitukaitis@jpmorgan.com
jason.x.hall@jpmorgan.com
javier.x.martin-artajo@jpmorgan.com
jay.sashti@jpmorgan.com
jay.villanueva@jpmorgan.com
jean.j.lu@jpmorgan.com
jean.m.walshe@jpmorgan.com
jean-marc.bottazzi@jpmorgan.com
jeanna.m.howard@jpmorgan.com
jean-philippe.blua@jpmorgan.com
jean-philippe.f.odunlami@jpmorgan.com
jeff.bigden@jpmorgan.com
jeffrey.a.binette@jpmorgan.com
jeffrey.fountain@jpmorgan.com
jeffrey.hutz@jpmorgan.com
jeffrey.ignall@jpmorgan.com
jeffrey.m.braun@jpmorgan.com
jeffrey.r.lovell@jpmorgan.com
jeffrey.x.zhu@jpmorgan.com
jem.f.tien@jpmorgan.com
jenifer.k.garvey@jpmorgan.com
jeniffer.k.lee@jpmorgan.com
jennifer.b.press@jpmorgan.com
jennifer.tabak@jpmorgan.com
jeremy.s.kelton@jpmorgan.com
jeremy.wells@jpmorgan.com
jeremyuk.payne@jpmorgan.com
jeroen.k.huysinga@jpmorgan.com
jerome.w.aboucaya@jpmorgan.com
jes.staley@jpmorgan.com
jian.m.yao@jpmorgan.com
jigar.x.jain@jpmorgan.com
joanna.l.bewick@jpmorgan.com
joanne.froud@jpmorgan.com
joao.n.moutaliz@jpmorgan.com
joe.brambil@jpmorgan.com
joel.f.parrish@jpmorgan.com
john.a.o'brien@jpmorgan.com
john.baker@jpmorgan.com
john.c.bradley@jpmorgan.com
john.c.warren@jpmorgan.com
john.d.hodges@jpmorgan.com
john.d.stafford@jpmorgan.com
john.k.bigley@jpmorgan.com
john.mathai@jpmorgan.com
john.n.lux@jpmorgan.com
john.r.gray@jpmorgan.com
john.t.donohue@jpmorgan.com
john.updegraff@jpmorgan.com
john.w.wong@jpmorgan.com
johnna.m.godwin@jpmorgan.com
jon.b.jonsson@jpmorgan.com

**Company & Corresponding Email Addresses**

jon.j.ingram@jpmorgan.com
jon.p.debow@jpmorgan.com
jonathan.chung@jpmorgan.com
jonathan.g.warwick@jpmorgan.com
jonathan.j.obrien@jpmorgan.com
jonathan.k.simon@jpmorgan.com
jonathan.linden@jpmorgan.com
jonathan.m.cummings@jpmorgan.com
jonathan.s.beshel@jpmorgan.com
jonathon.a.brachle@jpmorgan.com
jonthan.l.tse@jpmorgan.com
jorge.araujo@jpmorgan.com
jorge.gallardo@jpmorgan.com
jose.antonio.ortiz@jpmorgan.com
joseph.fabre@jpmorgan.com
joseph.h.chia@jpmorgan.com
joseph.montalto@jpmorgan.com
joseph.s.jang@jpmorgan.com
joseph.w.walden@jpmorgan.com
josh.h.brunner@jpmorgan.com
joshua.p.golden@jpmorgan.com
jow_doris@jpmorgan.com
jpmim.us.equity.traders@jpmorgan.com
judi.vining@jpmorgan.com
julia.a.roberts@jpmorgan.com
julian.le.beron@jpmorgan.com
julian.leslie@jpmorgan.com
julie.boyd@jpmorgan.com
julie.harnett@jpmorgan.com
julie.pandolfi@jpmorgan.com
julie.s.ho@jpmorgan.com
julie.saussier@jpmorgan.com
julien.sallmard@jpmorgan.com
juliette.declercq@jpmorgan.com
jun.zang@jpmorgan.com
justin.s.goldstein@jpmorgan.com
justin.t.howell@jpmorgan.com
kachintsev_dmitrii@jpmorgan.com
kamel.askar@jpmorgan.com
kamran.moghadam@jpmorgan.com
karen.pallister@jpmorgan.com
karen.shapiro@jpmorgan.com
karl.x.lohninger@jpmorgan.com
karolina.x.berkowska@jpmorgan.com
karthik.x.rajan@jpmorgan.com
kasase.i.kabwe@jpmorgan.com
katherine.a.shepperd@jpmorgan.com
katherine.a.stallkamp@jpmorgan.com
katherine.e.joyce@jpmorgan.com
kathleen.stack@jpmorgan.com
kathryn.e.gross@jpmorgan.com
kathy.hagany@jpmorgan.com
katie.edmunds@jpmorgan.com
katrina.e.mooney@jpmorgan.com

**Company & Corresponding Email Addresses**

katy.e.thorneycroft@jpmorgan.com
kaval.x.jowhal@jpmorgan.com
kay.herr@jpmorgan.com
kei.f.chong@jpmorgan.com
keita.toda@jpmorgan.com
keith.d.bell@jpmorgan.com
keith.r.grindlay@jpmorgan.com
kelly.l.visser@jpmorgan.com
kelly.robin@jpmorgan.com
ken.x.thompson@jpmorgan.com
kenneth.j.young@jpmorgan.com
kerry.p.gilmore@jpmorgan.com
kevin.li2@jpmorgan.com
kevin.m.aylward@jpmorgan.com
kevin.m.martinez@jpmorgan.com
kevin.r.alger@jpmorgan.com
kevin.r.ng@jpmorgan.com
kevin.rainbird@jpmorgan.com
kezia.j.bauckham@jpmorgan.com
khalid.khan@jpmorgan.com
khoi.n.tran@jpmorgan.com
khursheed.b.shroff@jpmorgan.com
khyati.x.sundaram@jpmorgan.com
kimberly.a.bingle@jpmorgan.com
kressner_david@jpmorgan.com
kristina.krestva@jpmorgan.com
kristina.krsteva@jpmorgan.com
krzysztof.szczawinski@jpmorgan.com
kurek_gregory@jpmorgan.com
kyongsoo.noh@jpmorgan.com
lamlam.ng@jpmorgan.com
larry.e.playford@jpmorgan.com
larry.h.lee@jpmorgan.com
laura.a.blandford@jpmorgan.com
laura.a.jordan@jpmorgan.com
laura.gavin@jpmorgan.com
laura.x.huang@jpmorgan.com
laura.x.phengthong@jpmorgan.com
lauren.e.carter@jpmorgan.com
lauren.woolley@jpmorgan.com
laurence.g.jones@jpmorgan.com
laurent.puijalon@jpmorgan.com
lee.gilbert@jpmorgan.com
lee.m.bray@jpmorgan.com
lee.steven@jpmorgan.com
lee_s@jpmorgan.com
leeza.berschansky@jpmorgan.com
leila.gastil@jpmorgan.com
leonard_chris@jpmorgan.com
leonie.e.wiggins@jpmorgan.com
lerone.vincent@jpmorgan.com
liberman_alla@jpmorgan.com
lika.vaivao@jpmorgan.com
liliana.g.slavova@jpmorgan.com

**Company & Corresponding Email Addresses**

liliana.s.rejchelt@jpmorgan.com
lillis_gerry@jpmorgan.com
lin_susan@jpmorgan.com
linda.x.raggi@jpmorgan.com
linehan_lisa@jpmorgan.com
lisa.alderson@jpmorgan.com
lisa.boncaldo@jpmorgan.com
lisa.j.shin@jpmorgan.com
lisa.kopff@jpmorgan.com
lisa.l.schmidt@jpmorgan.com
lisa.s.sadioglu@jpmorgan.com
liz.nolan@jpmorgan.com
liz.williams@jpmorgan.com
lloyd.doaman@jpmorgan.com
lloyd.h.hotchkiss@jpmorgan.com
locksley_liz@jpmorgan.com
lohmeyer_jeffrey@jpmorgan.com
lomtev_igor@jpmorgan.com
loney_fred@jpmorgan.com
loren.h.hawkyard@jpmorgan.com
louise.chase@jpmorgan.com
louise.p.sclafani@jpmorgan.com
luba.kagan@jpmorgan.com
lucy.a.dumelow@jpmorgan.com
lucy.a.pollitt@jpmorgan.com
luke.b.wahwerit@jpmorgan.com
luke.richdale@jpmorgan.com
luke.t.szymczak@jpmorgan.com
luke_thomas@jpmorgan.com
luster_brian@jpmorgan.com
lutova_natalia@jpmorgan.com
luying.wei@jpmorgan.com
lydia.c.vitalis@jpmorgan.com
lydia.j.turnbull@jpmorgan.com
lynch_sean@jpmorgan.com
maccone_richard@jpmorgan.com
maja.x.sala@jpmorgan.com
mala.mistry@jpmorgan.com
malave_vivian@jpmorgan.com
man.y.fong@jpmorgan.com
maniseng.m.sisamouth@jpmorgan.com
marc-christian.c.heitzer@jpmorgan.com
marena_patricia@jpmorgan.com
maria.mateo@jpmorgan.com
maria.x.smola@jpmorgan.com
marian.x.mcbride@jpmorgan.com
mariana.bernunzo@jpmorgan.com
marileen.b.koppenberg@jpmorgan.com
marin.i.bolanca@jpmorgan.com
marina.siniscalchi@jpmorgan.com
marisol.israel@jpmorgan.com
mark.a.muehlnickel@jpmorgan.com
mark.ferguson@jpmorgan.com
mark.g.williamson@jpmorgan.com

**Company & Corresponding Email Addresses**

mark.h.prenger@jpmorgan.com
mark.m.jackson@jpmorgan.com
mark.peterson@jpmorgan.com
mark.stancher@jpmorgan.com
mark.w.thomas@jpmorgan.com
marlene.g.deluca@jpmorgan.com
martha_metcalf@jpmorgan.com
martin.d.king@jpmorgan.com
martin.lebouitz@jpmorgan.com
martin.porter@jpmorgan.com
martin.s.coward@jpmorgan.com
mary.p.kendziekski@jpmorgan.com
mary.x.vesey@jpmorgan.com
matt.rader@jpmorgan.com
matteo.maralla@jpmorgan.com
matthew.a.kinkel@jpmorgan.com
matthew.c.beesley@jpmorgan.com
matthew.nelson@jpmorgan.com
matthew.p.myers@jpmorgan.com
matthew.r.harriss@jpmorgan.com
matthew.t.kline@jpmorgan.com
matthieu.batard@jpmorgan.com
mawson_ron@jpmorgan.com
mcgrade_andrew@jpmorgan.com
megan.e.lunt@jpmorgan.com
mei-hing.lee@jpmorgan.com
meike.bliebenicht@jpmorgan.com
meiselas_robert@jpmorgan.com
melanie.l.griffiths@jpmorgan.com
melinda.mattox@jpmorgan.com
menashe.x.banit@jpmorgan.com
michael.a.marquez@jpmorgan.com
michael.barakos@jpmorgan.com
michael.camacho@jpmorgan.com
michael.e.burns@jpmorgan.com
michael.e.curtis@jpmorgan.com
michael.f.latargia@jpmorgan.com
michael.friedland@jpmorgan.com
michael.giliberto@jpmorgan.com
michael.girard@jpmorgan.com
michael.h.feser@jpmorgan.com
michael.j.garrett@jpmorgan.com
michael.j.irwin@jpmorgan.com
michael.loeffler@jpmorgan.com
michael.p.elhadj@jpmorgan.com
michael.phelps@jpmorgan.com
michael.r.caggia@jpmorgan.com
michael.r.myers@jpmorgan.com
michael.rosen@jpmorgan.com
michael.s.atchison@jpmorgan.com
michael.s.koutsoutis@jpmorgan.com
michael.schoenhaut@jpmorgan.com
michael.v.buscemi@jpmorgan.com
michael.z.brown@jpmorgan.com

**Company & Corresponding Email Addresses**

michael.z.harary@jpmorgan.com
michelle.m.bohmer@jpmorgan.com
michelle.m.david@jpmorgan.com
mike.dr.jefferies@jpmorgan.com
milligan_jim@jpmorgan.com
minucci_dave@jpmorgan.com
miskinis_venantas@jpmorgan.com
mitchell.smith@jpmorgan.com
mohamed.nasrudin@jpmorgan.com
molt_stephan@jpmorgan.com
morris_bill@jpmorgan.com
morris_marie@jpmorgan.com
mstephenson@jpmorgan.com
muller_paul@jpmorgan.com
mulvihill_robert@jpmorgan.com
murali.sankar@jpmorgan.com
mustaq.f.rahaman@jpmorgan.com
nada.al.hussona@jpmorgan.com
nadia.boulila@jpmorgan.com
naline.s.singh@jpmorgan.com
nancy.f.hoch@jpmorgan.com
natalia.x.bucci@jpmorgan.com
nathalie.f.cuadrado@jpmorgan.com
neeraj.bewtra@jpmorgan.com
neil.x.picozzi@jpmorgan.com
neill.d.nuttall@jpmorgan.com
nichola.j.long@jpmorgan.com
nichola.m.lally@jpmorgan.com
nichola.rossetti@jpmorgan.com
nicholas.j.horne@jpmorgan.com
nicholas.j.yaxley@jpmorgan.com
nicholas.w.d'eramo@jpmorgan.com
nick.procter@jpmorgan.com
nick.wallum@jpmorgan.com
nicola.bauzone@jpmorgan.com
nicola.danese@jpmorgan.com
nicole.d.fazio@jpmorgan.com
nicole.k.malina@jpmorgan.com
nicole.m.melwood@jpmorgan.com
nicole.p.bermensolo@jpmorgan.com
nigel.arthur@jpmorgan.com
nigel.j.rayment@jpmorgan.com
nikol.c.miller@jpmorgan.com
nikolaos.argiriou@jpmorgan.com
ningsu.chan@jpmorgan.com
niola.a.santana@jpmorgan.com
niranjan.x.aiyagari@jpmorgan.com
nishesh.kumar@jpmorgan.com
nissotti_montano@jpmorgan.com
nitin.bhambhani@jpmorgan.com
nora.thoden@jpmorgan.com
noriko.kuroki@jpmorgan.com
north_charles@jpmorgan.com
nuwan.x.wijesinghe@jpmorgan.com

**Company & Corresponding Email Addresses**

obrien_jack@jpmorgan.com
oconnor_sandra@jpmorgan.com
ogur_scott@jpmorgan.com
olawale.a.dawodu@jpmorgan.com
oleg.i.biryulyov@jpmorgan.com
oliver.e.knowles@jpmorgan.com
olivia.e.maguire@jpmorgan.com
olivia.f.pember@jpmorgan.com
olivia.pember@jpmorgan.com
omid.naeimi@jpmorgan.com
osayande.x.ogunmwonyi@jpmorgan.com
otis.j.greene@jpmorgan.com
packer_samantha@jpmorgan.com
padley_m@jpmorgan.com
pamela.x.domanski@jpmorgan.com
panagiotis.s.vlachopoulos@jpmorgan.com
parag.s.parekh@jpmorgan.com
pastel_amy@jpmorgan.com
patricia.m.mcredmond@jpmorgan.com
patricia.tiensch@jpmorgan.com
patrick.c.griffin@jpmorgan.com
patrick.j.parr@jpmorgan.com
patrick.vermeulen@jpmorgan.com
patrizio.m.gregori@jpmorgan.com
paul.a.quinsee@jpmorgan.com
paul.bareman@jpmorgan.com
paul.coolen@jpmorgan.com
paul.corps@jpmorgan.com
paul.glands@jpmorgan.com
paul.herbert@jpmorgan.com
paul.j.federico@jpmorgan.com
paul.kw.neoh@jpmorgan.com
paul.m.joseph@jpmorgan.com
paul.m.lock@jpmorgan.com
paul.mckeaveney@jpmorgan.com
paul.r.donnelly@jpmorgan.com
paul.r.polichino@jpmorgan.com
paul.s.choi@jpmorgan.com
paul.s.hyatt@jpmorgan.com
paul.ukmt.blakeley@jpmorgan.com
paul.w.mcdonough@jpmorgan.com
paul.white2@jpmorgan.com
paul.x.byrne@jpmorgan.com
pavan.wadhwa@jpmorgan.com
pecoraro_michael@jpmorgan.com
peeler_sage@jpmorgan.com
peltekian_paul@jpmorgan.com
persaud_mary@jpmorgan.com
peter.d.edwards@jpmorgan.com
peter.d.simons@jpmorgan.com
peter.j.davis@jpmorgan.com
peter.j.robinson@jpmorgan.com
peter.k.kong@jpmorgan.com
peter.kerger@jpmorgan.com

**Company & Corresponding Email Addresses**

peter.n.lawrence@jpmorgan.com
peter.roimisher@jpmorgan.com
peterson_bill@jpmorgan.com
phanella.i.mayall@jpmorgan.com
philip.c.morgan@jpmorgan.com
philip.c.street@jpmorgan.com
philip.k.perkins@jpmorgan.com
philip.p.lockyer@jpmorgan.com
philip.x.bird@jpmorgan.com
philippe.thomas@jpmorgan.com
phillip.d.hart@jpmorgan.com
phillips_charles@jpmorgan.com
piera.elisa.grassi@jpmorgan.com
piergiorgio.cellerino@jpmorgan.com
pierre.drevillon@jpmorgan.com
piksoo.chen@jpmorgan.com
pil_anton@jpmorgan.com
posada_cristian@jpmorgan.com
potter_brendan@jpmorgan.com
potter_nicholas@jpmorgan.com
puiyin.chan@jpmorgan.com
puja.u.kapadia@jpmorgan.com
quashie_aline@jpmorgan.com
quinn_forrest@jpmorgan.com
rachael.mcghee@jpmorgan.com
rachmi.n.dwiyandari@jpmorgan.com
rafael.freitas@jpmorgan.com
raffaele.zingone@jpmorgan.com
ralph.courtney@jpmorgan.com
ramon.pitter@jpmorgan.com
randy.wachtel@jpmorgan.com
rashmi.gupta@jpmorgan.com
ray.stancil@jpmorgan.com
raya.sokolyanska@jpmorgan.com
rebecca.l.krollman@jpmorgan.com
rebecca.l.sharp@jpmorgan.com
reidy_james@jpmorgan.com
rekha.k.halai@jpmorgan.com
rekha.k.sharma@jpmorgan.com
rene.ho@jpmorgan.com
rene.noel@jpmorgan.com
rhys.g.true@jpmorgan.com
rich_jamie@jpmorgan.com
richard.a.jarvis@jpmorgan.com
richard.c.davies@jpmorgan.com
richard.figuly@jpmorgan.com
richard.herbst@jpmorgan.com
richard.kim@jpmorgan.com
richard.m.hibell@jpmorgan.com
richard.s.bei@jpmorgan.com
richard.schoeb@jpmorgan.com
richard.taormina@jpmorgan.com
richard.w.bullock@jpmorgan.com
richard.x.austin@jpmorgan.com

**Company & Corresponding Email Addresses**

rick.davis@jpmorgan.com
rita.j.hanson@jpmorgan.com
rita.ukmt.mccarthy@jpmorgan.com
robert.bowman@jpmorgan.com
robert.c.amenta@jpmorgan.com
robert.c.colwell@jpmorgan.com
robert.haim@jpmorgan.com
robert.j.gould@jpmorgan.com
robert.j.morena@jpmorgan.com
robert.kendrick@jpmorgan.com
robert.l.cook@jpmorgan.com
robert.liu@jpmorgan.com
robert.lovisek@jpmorgan.com
robert.o.weller@jpmorgan.com
robert.pelligrini@jpmorgan.com
robert.t.gannon@jpmorgan.com
robert.vc.hubbard@jpmorgan.com
robert.w.jacob@jpmorgan.com
robert.weible@jpmorgan.com
robert.weissenstein@jpmorgan.com
roberts.l.grava@jpmorgan.com
robertus.w.prajogi@jpmorgan.com
robin.b.chance@jpmorgan.com
robin.green@jpmorgan.com
robin.s.asquith@jpmorgan.com
roddy.g.thomson@jpmorgan.com
rodolphe.saussier@jpmorgan.com
rodrigo.rodriguez@jpmorgan.com
rohan.kalyanpur@jpmorgan.com
roland.marchand@jpmorgan.com
ronnette.scarder@jpmorgan.com
rory.g.charity@jpmorgan.com
rosanna.s.singh@jpmorgan.com
roshan.k.kholil@jpmorgan.com
rufino.a.mendoza@jpmorgan.com
rumi.x.masih@jpmorgan.com
russell.j.miller@jpmorgan.com
russell.pudney@jpmorgan.com
russo_james@jpmorgan.com
ruth.hass@jpmorgan.com
ruth.x.priestley@jpmorgan.com
ryan.b.tse@jpmorgan.com
ryan.l.letchworth@jpmorgan.com
ryan_maria@jpmorgan.com
sacchitello_michael@jpmorgan.com
salvatore.deangelis@jpmorgan.com
sam.k.cheung@jpmorgan.com
sandeep.bhargava@jpmorgan.com
sandro.l.apostolico@jpmorgan.com
sandy.heilman@jpmorgan.com
sanjeev.khemlani@jpmorgan.com
sapan.b.shah@jpmorgan.com
sarah.emly@jpmorgan.com
sarah.j.gunn@jpmorgan.com

**Company & Corresponding Email Addresses**

sarah.r.dahan@jpmorgan.com
sarah-jane.morley@jpmorgan.com
schiebeler_ulrike@jpmorgan.com
scott.blasdell@jpmorgan.com
scott.d.eisenberg@jpmorgan.com
scott.da.smith@jpmorgan.com
scott.gis.kelly@jpmorgan.com
scott.m.berman@jpmorgan.com
scott.n.braunstein@jpmorgan.com
seamus.s.brown@jpmorgan.com
sean.d.hennelly@jpmorgan.com
sean.p.kruzel@jpmorgan.com
sebastian.luparia@jpmorgan.com
sebastian.r.farahnak@jpmorgan.com
sebastian.x.gutierrez@jpmorgan.com
seetha.garikapati@jpmorgan.com
serena.sheldrake@jpmorgan.com
seth.p.bernstein@jpmorgan.com
seth.x.miller@jpmorgan.com
shane.duffy@jpmorgan.com
shannon.t.mcgrael@jpmorgan.com
shaun_parkes@jpmorgan.com
shauna.k.mcelduff@jpmorgan.com
shilpee.x.raina@jpmorgan.com
shireen.jones@jpmorgan.com
sicat_jenny@jpmorgan.com
simon.a.poncet@jpmorgan.com
simon.j.ebbins@jpmorgan.com
simon.stredder@jpmorgan.com
simone.x.broadfield@jpmorgan.com
skwarek_lucia@jpmorgan.com
smelyanskiy_yuriy@jpmorgan.com
smith_mark_e@jpmorgan.com
snyder_john@jpmorgan.com
solimine_jennifer@jpmorgan.com
sonia.b.ravello@jpmorgan.com
sonia.leonard@jpmorgan.com
sonia.meskin@jpmorgan.com
soonef.x.kapadia@jpmorgan.com
sophie.bsch@jpmorgan.com
stacy.l.jester@jpmorgan.com
stefano.bellani@jpmorgan.com
stefano.x.nora@jpmorgan.com
stephanie.bishop@jpmorgan.com
stephanie.v.ruffie@jpmorgan.com
stephanie.x.price@jpmorgan.com
stephen.a.bondi@jpmorgan.com
stephen.d.marchini@jpmorgan.com
stephen.j.mitchell@jpmorgan.com
stephen.k.mayes@jpmorgan.com
stephen.marchini@jpmorgan.com
stephen.westbrook@jpmorgan.com
steve.j.wang@jpmorgan.com
steven.devine@jpmorgan.com

**Company & Corresponding Email Addresses**

steven.e.wharton@jpmorgan.com
steven.w.johnson@jpmorgan.com
stewart.whitehead@jpmorgan.com
strang_sarah@jpmorgan.com
stroh_karsten@jpmorgan.com
stuart.a.schweitzer@jpmorgan.com
stuart.d.connell@jpmorgan.com
stuart.d.ward@jpmorgan.com
stuart.schuster@jpmorgan.com
stuart.x.price@jpmorgan.com
susan.bao@jpmorgan.com
susan.m.chiavoli@jpmorgan.com
susan.parekh@jpmorgan.com
susan.roberts@jpmorgan.com
susana.aranda@jpmorgan.com
sweitzer_alicia@jpmorgan.com
sylvia.kambouris@jpmorgan.com
talia.a.baron-hall@jpmorgan.com
talib.a.sheikh@jpmorgan.com
tan_janet@jpmorgan.com
tang_tony@jpmorgan.com
tarca_silvio@jpmorgan.com
tariq.a.ahmad@jpmorgan.com
tarun.chavda@jpmorgan.com
taylor.b.page@jpmorgan.com
tayne_rebecca@jpmorgan.com
teatom_robert@jpmorgan.com
tejas.m.patani@jpmorgan.com
tennille_william@jpmorgan.com
terance.chen@jpmorgan.com
terence.walls@jpmorgan.com
terry.dufrene@jpmorgan.com
terry.froggatt@jpmorgan.com
tess.chi@jpmorgan.com
thanh.p.nguyen@jpmorgan.com
theo.s.hadiwidjaja@jpmorgan.com
theodore.z.wyman@jpmorgan.com
theresa.a.demaio@jpmorgan.com
therese.bechet@jpmorgan.com
thomas.g.hauser@jpmorgan.com
thomas.h.mulligan@jpmorgan.com
thomas.m.le@jpmorgan.com
thomas.m.luddy@jpmorgan.com
thomas.n.davis@jpmorgan.com
thomas.r.lebertre@jpmorgan.com
thomas.russo@jpmorgan.com
thomas.w.aust@jpmorgan.com
thomas.x.buckingham@jpmorgan.com
thomas.x.charlet@jpmorgan.com
tim.adler@jpmorgan.com
tim.bailey@jpmorgan.com
tim.madraimov@jpmorgan.com
timothy.j.morris@jpmorgan.com
timothy.j.snyder@jpmorgan.com

## Company & Corresponding Email Addresses

timothy.m.gamache@jpmorgan.com
timothy.m.shannon@jpmorgan.com
timothy.parton@jpmorgan.com
timothy.x.woods@jpmorgan.com
tishfield_marc@jpmorgan.com
tiya.walker@jpmorgan.com
tobias.x.mensing@jpmorgan.com
tolga.i.uzuner@jpmorgan.com
tom.maughan@jpmorgan.com
tom.murray@jpmorgan.com
tomislav.a.segaric@jpmorgan.com
tonya.l.vance@jpmorgan.com
traci.l.manford@jpmorgan.com
tracy.e.williams@jpmorgan.com
tron.r.wang@jpmorgan.com
tyler.h.patla@jpmorgan.com
urmas.wompa@jpmorgan.com
usman.x.naeem@jpmorgan.com
valladolid_michelle@jpmorgan.com
varcity.kariuki@jpmorgan.com
vassilios.x.koulovassilopoulos@jpmorgan.com
vedant.x.mehra@jpmorgan.com
vellanki_ramesh@jpmorgan.com
velock_walter@jpmorgan.com
venkatakrishnan_cs@jpmorgan.com
verdant.x.mehra@jpmorgan.com
verity.savage@jpmorgan.com
victor.s.henry@jpmorgan.com
victoria.a.lowrie@jpmorgan.com
vincent.spinelli@jpmorgan.com
virinder.seth@jpmorgan.com
vishal.x.thakkar@jpmorgan.com
vita_lorraine@jpmorgan.com
vitaly.n.kazakov@jpmorgan.com
vivek.k.shah@jpmorgan.com
vivek.sriram@jpmorgan.com
vivian.c.lin@jpmorgan.com
vonbernewitz_glenn@jpmorgan.com
w.scott.telford@jpmorgan.com
walsh_barbara@jpmorgan.com
wehrly_ronald@jpmorgan.com
weil_kimberly@jpmorgan.com
weiqun.zhou@jpmorgan.com
william.fitzgerald@jpmorgan.com
william.j.morgan@jpmorgan.com
william.r.simmons@jpmorgan.com
william.t.tallman@jpmorgan.com
williams_robert@jpmorgan.com
witcomb_gareth@jpmorgan.com
wonseok.x.choi@jpmorgan.com
wood_jr_kimgsley@jpmorgan.com
wood_steve@jpmorgan.com
wu_thomas@jpmorgan.com
xiaohan.h.song@jpmorgan.com

## Company & Corresponding Email Addresses

yaa.offeibea.tamakloe@jpmorgan.com
yansong.chen@jpmorgan.com
yee-ng_constance@jpmorgan.com
yoshitsugu.x.yamamoto@jpmorgan.com
young.k.kwon@jpmorgan.com
youssef.benomar@jpmorgan.com
yu.he@jpmorgan.com
yuko.sugano@jpmorgan.com
yury.gruzglin@jpmorgan.com
yvonne.tran@jpmorgan.com
zenah.shuhaiber@jpmorgan.com
zheng_fang@jpmorgan.com
zhilun.pang@jpmorgan.com
zoe.a.harbut@jpmorgan.com

### jpmorganchase

diane.leslie@jpmorganchase.com
espen.haug@jpmorganchase.com
marcelle.j.yunesletayf@jpmorganchase.com
scott.a.smithjr@jpmorganchase.com

### jpmorganfleming

adam.matthews@jpmorganfleming.com
agustin.krisnawahjuesa@jpmorganfleming.com
aidan.d.shevlin@jpmorganfleming.com
alan.court@jpmorganfleming.com
albert.j.lee@jpmorganfleming.com
alex.ramos@jpmorganfleming.com
alexander.robins@jpmorganfleming.com
alexandra.w.gabriele@jpmorganfleming.com
alexandre.tcheng@jpmorganfleming.com
alistair.r.sayer@jpmorganfleming.com
amanda.g.sisson@jpmorganfleming.com
amelia.julian@jpmorganfleming.com
andrea.meschini@jpmorganfleming.com
andrew.hung@jpmorganfleming.com
andrew.j.orchard@jpmorganfleming.com
angeline.leong-sit@jpmorganfleming.com
anna.uppamar@jpmorganfleming.com
anne.lester@jpmorganfleming.com
anne.marden@jpmorganfleming.com
anton.c.pil@jpmorganfleming.com
aranzazu.m.sardina@jpmorganfleming.com
aries.yeo@jpmorganfleming.com
arthur.j.wichman@jpmorganfleming.com
arti.searle@jpmorganfleming.com
atsumi_erika@jpmorganfleming.com
bill.g.oneill@jpmorganfleming.com
brian.b.strange@jpmorganfleming.com
bryan.jaax@jpmorganfleming.com
carey.ball@jpmorganfleming.com
carnani.neetu@jpmorganfleming.com
carole.h.kopman@jpmorganfleming.com
carolyn.a.jones@jpmorganfleming.com
cchee@jpmorganfleming.com
cedric.rimaud@jpmorganfleming.com

**Company & Corresponding Email Addresses**

celia.de.rudder@jpmorganfleming.com
charles.geoghegan@jpmorganfleming.com
chris.complin@jpmorganfleming.com
chris.r.tracey@jpmorganfleming.com
christian.preussner@jpmorganfleming.com
christopher.d.walsh@jpmorganfleming.com
christopher.m.tufts@jpmorganfleming.com
claire.i.higgins@jpmorganfleming.com
colin.p.stock@jpmorganfleming.com
daemon.bear@jpmorganfleming.com
daire.t.dunne@jpmorganfleming.com
dan.underhill@jpmorganfleming.com
daniel.n.briggs@jpmorganfleming.com
daniel.s.kohn@jpmorganfleming.com
darren.gilhooly@jpmorganfleming.com
dave.esrig@jpmorganfleming.com
david.aldrich@jpmorganfleming.com
david.ansell@jpmorganfleming.com
david.c.winterle@jpmorganfleming.com
david.m.clarke@jpmorganfleming.com
david.m.gibbon@jpmorganfleming.com
david.n.martucci@jpmorganfleming.com
david.oller@jpmorganfleming.com
david.w.chan@jpmorganfleming.com
david.w.tan@jpmorganfleming.com
dharsono.hartono@jpmorganfleming.com
dirk.m.panter@jpmorganfleming.com
donald.clemmenson@jpmorganfleming.com
donald.gervais@jpmorganfleming.com
donald.r.amstad@jpmorganfleming.com
donna.mawson@jpmorganfleming.com
doreen.tan@jpmorganfleming.com
doris.j.grillo@jpmorganfleming.com
douglas.j.upton@jpmorganfleming.com
edmund.brandt@jpmorganfleming.com
eileen.r.cohen@jpmorganfleming.com
eleni.demetriou@jpmorganfleming.com
eloise.eloy@jpmorganfleming.com
eric.d.delomier@jpmorganfleming.com
fay.wong@jpmorganfleming.com
firstname.lastname@jpmorganfleming.com
francesco.conte@jpmorganfleming.com
frank.tango@jpmorganfleming.com
franz.j.loerch@jpmorganfleming.com
gary.a.dugan@jpmorganfleming.com
gary.schnierow@jpmorganfleming.com
george.bory@jpmorganfleming.com
george.iwanicki@jpmorganfleming.com
gerd.woort-menker@jpmorganfleming.com
hal.clark@jpmorganfleming.com
haris.skaliotis@jpmorganfleming.com
harriett.m.richmond@jpmorganfleming.com
helen.cord@jpmorganfleming.com
henry.digby@jpmorganfleming.com

**Company & Corresponding Email Addresses**

hester.s.muis@jpmorganfleming.com
howard.williams@jpmorganfleming.com
iris.hanking@jpmorganfleming.com
james.a.brown@jpmorganfleming.com
james.hanson@jpmorganfleming.com
james.m.yang@jpmorganfleming.com
james.reidy@jpmorganfleming.com
jamie.j.streeter@jpmorganfleming.com
jan.ho@jpmorganfleming.com
jan.loeys@jpmorganfleming.com
jason.clague@jpmorganfleming.com
jason.s.kass@jpmorganfleming.com
jason.straker@jpmorganfleming.com
jeffrey.j.grills@jpmorganfleming.com
jeffrey.r.lovell@jpmorganfleming.com
jeffrey.shen@jpmorganfleming.com
jeremy.ip@jpmorganfleming.com
jeremy.klein@jpmorganfleming.com
jessica.badillo@jpmorganfleming.com
jim.r.snow@jpmorganfleming.com
joan.l.huggins@jpmorganfleming.com
joe.mcconnell@jpmorganfleming.com
john.h.tobin@jpmorganfleming.com
john.paulsen@jpmorganfleming.com
john.schmucker@jpmorganfleming.com
john.stainsby@jpmorganfleming.com
jon.b.jonsson@jpmorganfleming.com
joseph.w.dvirgilio@jpmorganfleming.com
joshi.dhavel@jpmorganfleming.com
julie.clement@jpmorganfleming.com
karen.prooth@jpmorganfleming.com
kash.patel@jpmorganfleming.com
kathleen.hughes@jpmorganfleming.com
kevin.n.baker@jpmorganfleming.com
kirstine.lauritz@jpmorganfleming.com
kristin.t.corwin@jpmorganfleming.com
kurt.franklin@jpmorganfleming.com
lee.j.isley@jpmorganfleming.com
lee.spelman@jpmorganfleming.com
lionel.therond@jpmorganfleming.com
lisa.c.alexander@jpmorganfleming.com
lizzie.broadbent@jpmorganfleming.com
lorraine.e.dixon@jpmorganfleming.com
lucy.parkin@jpmorganfleming.com
maleho.mothibatsela@jpmorganfleming.com
malgorzata.b.wegrzynowska@jpmorganfleming.com
marc.h.glaser@jpmorganfleming.com
marcus.b.robinson@jpmorganfleming.com
marek.kiezun@jpmorganfleming.com
mark.daisley@jpmorganfleming.com
martin.callaghan@jpmorganfleming.com
martin.zoll@jpmorganfleming.com
martino.rigo@jpmorganfleming.com
mary.veale@jpmorganfleming.com

## Company & Corresponding Email Addresses

matias.silvani@jpmorganfleming.com
michael.ashridge@jpmorganfleming.com
michael.cm.wilson@jpmorganfleming.com
michael.mewes@jpmorganfleming.com
min.lie@jpmorganfleming.com
mona.h.girotra@jpmorganfleming.com
nabil.irfan@jpmorganfleming.com
nathalie.wolleb@jpmorganfleming.com
neil.ellerbeck@jpmorganfleming.com
neil.s.joseph@jpmorganfleming.com
nicholas.j.handley@jpmorganfleming.com
nicole.vettise@jpmorganfleming.com
oscar.osullivan@jpmorganfleming.com
pablo.forero@jpmorganfleming.com
pandora.omaset@jpmorganfleming.com
pascal.chrobocinski@jpmorganfleming.com
paul.collison@jpmorganfleming.com
paul.j.baker@jpmorganfleming.com
paul.j.stegmayer@jpmorganfleming.com
paul.w.dickson@jpmorganfleming.com
peter.askew@jpmorganfleming.com
peter.cheley@jpmorganfleming.com
peter.clelland@jpmorganfleming.com
peter.e.kocubinski@jpmorganfleming.com
peter.lawery@jpmorganfleming.com
peter.w.knight@jpmorganfleming.com
philip.camporeale@jpmorganfleming.com
rae.zakhary@jpmorganfleming.com
raluca.z.dalea@jpmorganfleming.com
raul.fernandez@jpmorganfleming.com
riccardo.taje@jpmorganfleming.com
rice_paul@jpmorganfleming.com
richard.herberth@jpmorganfleming.com
richard.j.ward@jpmorganfleming.com
richard.meth@jpmorganfleming.com
ritu.bhargava@jpmorganfleming.com
robert.e.matty@jpmorganfleming.com
robert.murphy@jpmorganfleming.com
robert.peel@jpmorganfleming.com
robert.sl.chen@jpmorganfleming.com
roger.m.hallam@jpmorganfleming.com
russell.chweidan@jpmorganfleming.com
samantha.wilson@jpmorganfleming.com
sanjay.kashyap@jpmorganfleming.com
sarah.e.mawby@jpmorganfleming.com
sarah.j.murdoch@jpmorganfleming.com
sian.maddieson@jpmorganfleming.com
stephane.jeanin@jpmorganfleming.com
stephanie.yang@jpmorganfleming.com
stephen.andrews@jpmorganfleming.com
stephen.m.szczepankiewicz@jpmorganfleming.com
steve.d.drew@jpmorganfleming.com
steve.roberts@jpmorganfleming.com
steven.t.ho@jpmorganfleming.com

## Company & Corresponding Email Addresses

steven.w.johnson@jpmorganfleming.com
stewart.pemberton@jpmorganfleming.com
stuart.hapin@jpmorganfleming.com
stuart.maclean@jpmorganfleming.com
susan.mccabe@jpmorganfleming.com
susan.pritchard@jpmorganfleming.com
susanne.carrington@jpmorganfleming.com
ted.c.ufferfilge@jpmorganfleming.com
timothy.leask@jpmorganfleming.com
timothy.neumann@jpmorganfleming.com
todd.m.brown@jpmorganfleming.com
tom.cb.elliott@jpmorganfleming.com
uday.p.shah@jpmorganfleming.com
ulrich.kaltenbronn@jpmorganfleming.com
ulrich.vonauer@jpmorganfleming.com
valerie.malter@jpmorganfleming.com
vicki.rosenberg@jpmorganfleming.com
victoria.m.paradis@jpmorganfleming.com
vidtoriya.d.mikityanskaya@jpmorganfleming.com
yan.lou@jpmorganfleming.com
yazann.romahi@jpmorganfleming.com

**jpmorganflemings**
lara.goodall@jpmorganflemings.com

**jpmorganflemming**
annabelle.bexiga@jpmorganflemming.com

**jpmorganlfeming**
daniel.t.hu@jpmorganlfeming.com

**jpmprganfleming**
nigel.manning@jpmprganfleming.com

**jpmrogan**
dirk.x.frohnert@jpmrogan.com

**jsf**
akabanez@jsf.co.jp
asakurak@jsf.co.jp
igutim@jsf.co.jp
isidet@jsf.co.jp
mizukas@jsf.co.jp
momose-y@jsf.co.jp
nadoyamat@jsf.co.jp
tagurit@jsf.co.jp
takakik@jsf.co.jp

**jsfund**
huwb@jsfund.cn

**jssb**
kbenson@jssb.com

**jsshk**
pamoore@jsshk.com

**jsun**
phoebehsu@jsun.com

**jt-int**
michael.deignan@jt-int.com

**judycalder**
judy@judycalder.com

**juliusbaer**

**Company & Corresponding Email Addresses**

achraf.goneid@juliusbaer.com
adrian.sager@juliusbaer.com
agnese.testa@juliusbaer.com
al.pugliesi@juliusbaer.com
alan.hossain@juliusbaer.com
aldo.trinca@juliusbaer.com
alessandro.ghidini@juliusbaer.com
alexander.seiler@juliusbaer.com
alexander.shalash@juliusbaer.com
alexander.vanleeuwen@juliusbaer.com
alexandra.walker-ott@juliusbaer.com
alexandre.hakci@juliusbaer.com
alison.moynihan@juliusbaer.com
amer.othman@juliusbaer.com
andre.ammann@juliusbaer.com
andrea.gerst@juliusbaer.com
andrea.millacci@juliusbaer.com
andrea.quapp@juliusbaer.com
andreas.berger@juliusbaer.com
andreas.bluemke@juliusbaer.com
andreas.brugger@juliusbaer.com
andreas.grob@juliusbaer.com
andreas.loeliger@juliusbaer.com
andreas.rachor@juliusbaer.com
andreas.vogelsanger@juliusbaer.com
andreas.waelter@juliusbaer.com
andreg.mueller@juliusbaer.com
andreino.forni@juliusbaer.com
andrej.haenni@juliusbaer.com
andrew.middleton@juliusbaer.com
andrzej.blachut@juliusbaer.com
andy.kastner@juliusbaer.com
ann.murphy@juliusbaer.com
antonio.fazzone@juliusbaer.com
antonius.knep@juliusbaer.com
antony.sorgo@juliusbaer.com
armin.egli@juliusbaer.com
arnold.lienert@juliusbaer.com
beat.egger@juliusbaer.com
beat.matzinger@juliusbaer.com
beat.salzmann@juliusbaer.com
beat.wittmann@juliusbaer.com
benjamin.eichenberger@juliusbaer.com
benjamin.merlo@juliusbaer.com
bernhard.urech@juliusbaer.com
bogdan.manescu@juliusbaer.com
boris.cavka@juliusbaer.com
brigitta.adam@juliusbaer.com
britta.simon@juliusbaer.com
bruno.gmuer@juliusbaer.com
bruno.knechtle@juliusbaer.com
bruno.winiger@juliusbaer.com
capitalmarket@juliusbaer.com
capitalmarkets@juliusbaer.com

**Company & Corresponding Email Addresses**

carlo.capaul@juliusbaer.com
carmen.brusco@juliusbaer.com
carol.vernola@juliusbaer.com
cesare.prada@juliusbaer.com
chris.hutchfield@juliusbaer.com
christian.buehrer@juliusbaer.com
christian.dubs@juliusbaer.com
christian.gattiker@juliusbaer.com
christian.oesch@juliusbaer.com
christian.schnydrig@juliusbaer.com
christian.simond@juliusbaer.com
christof.stegmann@juliusbaer.com
christoph.bohner@juliusbaer.com
christoph.hiestand@juliusbaer.com
christoph.huber@juliusbaer.com
christoph.kummli@juliusbaer.com
christoph.nadler@juliusbaer.com
christoph.riniker@juliusbaer.com
christophe.eggman@juliusbaer.com
christophe.eggmann@juliusbaer.com
christophe.frisch@juliusbaer.com
christopher.jarman@juliusbaer.com
claude.diderich@juliusbaer.com
claudia.beyeler@juliusbaer.com
claudia.caballer@juliusbaer.com
claudio.studer@juliusbaer.com
corinne.hofmann@juliusbaer.com
cornelia.manser@juliusbaer.com
cpluhar@juliusbaer.com
curzio.copis@juliusbaer.com
cyrill.voser@juliusbaer.com
dan.rosenblatt@juliusbaer.com
daniel.albrecht@juliusbaer.com
daniel.bochsler@juliusbaer.com
daniel.espineira@juliusbaer.com
daniel.fernandez@juliusbaer.com
daniel.huber@juliusbaer.com
daniel.knauer@juliusbaer.com
daniel.kuhn@juliusbaer.com
daniel.schnyder@juliusbaer.com
daniel.stalder@juliusbaer.com
daniel.steiner@juliusbaer.com
daniel.waeber@juliusbaer.com
daniele.barone@juliusbaer.com
dany.rahme@juliusbaer.com
darren.milne@juliusbaer.com
darren.reece@juliusbaer.com
david.kaufmann@juliusbaer.com
david.kohl@juliusbaer.com
david.nietlispach@juliusbaer.com
david.schlumpf@juliusbaer.com
david.wartenweiler@juliusbaer.com
davidalexander.meier@juliusbaer.com
davide.delia@juliusbaer.com

## Company & Corresponding Email Addresses

ddeyhimi@juliusbaer.com
dean.gacanin@juliusbaer.com
dejan.srejic@juliusbaer.com
denise.anderson@juliusbaer.com
dick.howard@juliusbaer.com
dino.troendle@juliusbaer.com
dmeyer@juliusbaer.com
dominik.blaettler@juliusbaer.com
dominik.salvisberg@juliusbaer.com
dominique.piaz@juliusbaer.com
easteuro@juliusbaer.com
ed.mcgowan@juliusbaer.com
eduard.frauenfelder@juliusbaer.com
edward.ennis@juliusbaer.com
eirini.tsekeridou@juliusbaer.com
elena.krinina@juliusbaer.com
elliot.mayerhoff@juliusbaer.com
emiliano.fiedler@juliusbaer.com
enrico.berardo@juliusbaer.com
enzo.puntillo@juliusbaer.com
eric.bernhardt@juliusbaer.com
eric.konzerowsky@juliusbaer.com
ernst.glanzmann@juliusbaer.com
evangelia.ntagiantas@juliusbaer.com
ewf@juliusbaer.com
eyad.mashal@juliusbaer.com
fabien.weber@juliusbaer.com
fadi.ismail@juliusbaer.com
ferdinand.bardoly@juliusbaer.com
fixed.income@juliusbaer.com
gabriela.kohler@juliusbaer.com
george.schlagmueller@juliusbaer.com
gerhard.grebe@juliusbaer.com
gianni.bazzi@juliusbaer.com
giannino.basso@juliusbaer.com
giles.heseltine@juliusbaer.com
giorgio.loi@juliusbaer.com
giovanni.baestra@juliusbaer.com
giovanni.leonardo@juliusbaer.com
glen.wisher@juliusbaer.com
gsavoini@juliusbaer.com
guido.bolliger@juliusbaer.com
guido.marveggio@juliusbaer.com
guido.schickentanz@juliusbaer.com
hamish.findlater@juliusbaer.com
han.vanderdong@juliusbaer.com
hanspeter.huber@juliusbaer.com
heinz.henggeler@juliusbaer.com
hfops@juliusbaer.com
howard.surfleet@juliusbaer.com
hubert.konrad@juliusbaer.com
igor.beretta@juliusbaer.com
ilya.karmilov@juliusbaer.com
ingrid.blase@juliusbaer.com

## Company & Corresponding Email Addresses

irindlisbacher@juliusbaer.com
isabella.petalas@juliusbaer.com
ivo.baelli@juliusbaer.com
jakob.baumgartner@juliusbaer.com
james.mcalevey@juliusbaer.com
jamil.bahous@juliusbaer.com
jan.plesar@juliusbaer.com
janwillem.acket@juliusbaer.com
jasmine.uecker@juliusbaer.com
jason.sessions@juliusbaer.com
javier.garcia@juliusbaer.com
jb_holding@juliusbaer.com
jbimmidoffice@juliusbaer.com
jbk@juliusbaer.com
jeanmarc.maillard@juliusbaer.com
jeanpierre.pfenninger@juliusbaer.com
jesus.apariciojerez@juliusbaer.com
joanne.barrington@juliusbaer.com
johannes.huth@juliusbaer.com
john.sinden@juliusbaer.com
joseeduardo.homemdemontes@juliusbaer.com
juerg.blattner@juliusbaer.com
juerg.egli@juliusbaer.com
juerg.mettler@juliusbaer.com
juerg.rimle@juliusbaer.com
justin.besterman@juliusbaer.com
kevin.lynesmith@juliusbaer.com
kostas.iordanidis@juliusbaer.com
laurence.kubli@juliusbaer.com
laurent.guignard@juliusbaer.com
lee.miranda@juliusbaer.com
lee.olearly@juliusbaer.com
linda.girvan@juliusbaer.com
louise.scott@juliusbaer.com
luca.bonanomi@juliusbaer.com
luciano.jannelli@juliusbaer.com
lukas.grenacher@juliusbaer.com
luke.kennedy@juliusbaer.com
madeleine.hofmann@juliusbaer.com
mairi.hall@juliusbaer.com
malek.boudiab@juliusbaer.com
manisha.patel@juliusbaer.com
marc.keller@juliusbaer.com
marc.thamm@juliusbaer.com
marc.wettmer@juliusbaer.com
marcel.krebs@juliusbaer.com
marco.flisi@juliusbaer.com
marco.nebiker@juliusbaer.com
margrit.koch@juliusbaer.com
mario.fraefel@juliusbaer.com
mario.gabella@juliusbaer.com
mark.oefeli@juliusbaer.com
mark.wilson@juliusbaer.com
markus.allemann@juliusbaer.com

**Company & Corresponding Email Addresses**

markus.allenspach@juliusbaer.com
markus.grimm@juliusbaer.com
markus.heyde@juliusbaer.com
markus.lang@juliusbaer.com
markus.puck@juliusbaer.com
martin.bruni@juliusbaer.com
martin.huber@juliusbaer.com
martin.hueppi@juliusbaer.com
martin.jufer@juliusbaer.com
martin.meili@juliusbaer.com
martin.schnauss@juliusbaer.com
mary.gottshall@juliusbaer.com
marybeth.lynch@juliusbaer.com
massimo.borghesi@juliusbaer.com
massimo.cavaletto@juliusbaer.com
matthias.ramser@juliusbaer.com
matthias.wildhaber@juliusbaer.com
mattia.gottardi@juliusbaer.com
mauch@juliusbaer.com
mauro.conoci@juliusbaer.com
mauro.vettorazzo@juliusbaer.com
mceffgen@juliusbaer.com
melvin.sigrist@juliusbaer.com
michael.lenhardt@juliusbaer.com
michael.lerch@juliusbaer.com
michael.rist@juliusbaer.com
michael.zbinden@juliusbaer.com
michel.fanti@juliusbaer.com
michel.vukotic@juliusbaer.com
michele.magnoni@juliusbaer.com
michiel.tobe@juliusbaer.com
miguel.paredones@juliusbaer.com
mike.zbinden@juliusbaer.com
minal.patel@juliusbaer.com
minka.nyberg@juliusbaer.com
moritz.baumann@juliusbaer.com
moritz.waelti@juliusbaer.com
mtoso@juliusbaer.com
nathalie.flury@juliusbaer.com
ned.roberts@juliusbaer.com
nicholas.pont@juliusbaer.com
nicolas.deskowronski@juliusbaer.com
nikos.pollakis@juliusbaer.com
njhangiani@juliusbaer.com
norbert.ruecker@juliusbaer.com
oliver.basler@juliusbaer.com
oliver.maslowski@juliusbaer.com
olivier.thommen@juliusbaer.com
pascal.fovini@juliusbaer.com
pascal.imboden@juliusbaer.com
pascal.isner@juliusbaer.com
patrick.coggi@juliusbaer.com
patrick.erb@juliusbaer.com
patrick.wanner@juliusbaer.com

**Company & Corresponding Email Addresses**

patrick.wirth@juliusbaer.com
paul.horat@juliusbaer.com
peter.erpen@juliusbaer.com
peter.gebert@juliusbaer.com
peter.gerlach@juliusbaer.com
peter.reinmuth@juliusbaer.com
peter.schoenenberger@juliusbaer.com
peter.schuetz@juliusbaer.com
peterhenry.hale@juliusbaer.com
philip.payer@juliusbaer.com
philipp.rickenbacher@juliusbaer.com
philipp.schultze@juliusbaer.com
philipp.wickart@juliusbaer.com
philippe.wagner@juliusbaer.com
pierreandre.maccabez@juliusbaer.com
pierre-pascal.fovini@juliusbaer.com
raffaele.senese@juliusbaer.com
ralf.seifert@juliusbaer.com
ralph.weber@juliusbaer.com
ralph.zweidler@juliusbaer.com
reinhard.stutz@juliusbaer.com
rene.boulier@juliusbaer.com
rene.schneider@juliusbaer.com
rene.zahner@juliusbaer.com
reto.beerli@juliusbaer.com
reto.hintermann@juliusbaer.com
reto.schmidlin@juliusbaer.com
reto.stiffler@juliusbaer.com
reto.tarnutzer@juliusbaer.com
richard.loretan@juliusbaer.com
richard.steffen@juliusbaer.com
robert.nalbach@juliusbaer.com
robert.zimmermann@juliusbaer.com
roberto.cominotto@juliusbaer.com
roberto.ostinelli@juliusbaer.com
roger.degen@juliusbaer.com
roger.fluri@juliusbaer.com
roger.trussardi@juliusbaer.com
roger.wettstein@juliusbaer.com
roger.widmer@juliusbaer.com
roland.burger@juliusbaer.com
roland.germann@juliusbaer.com
roland.haltmeier@juliusbaer.com
roland.pfeuti@juliusbaer.com
rolf.aeberli@juliusbaer.com
rolf.streuli@juliusbaer.com
roman.canziani@juliusbaer.com
roman.straessle@juliusbaer.com
roman.vonah@juliusbaer.com
ronald.bechtle@juliusbaer.com
ronnie.budja@juliusbaer.com
ronny.beck@juliusbaer.com
salestrading@juliusbaer.fr
sandro.dorigo@juliusbaer.com

## Company & Corresponding Email Addresses

sarah.craig@juliusbaer.com
sassan.zaker@juliusbaer.com
scilla.huangsun@juliusbaer.com
serge.bourbeau@juliusbaer.com
silvano.bortolin@juliusbaer.com
silvano.leardo@juliusbaer.com
silvano.sassano@juliusbaer.com
silvia.wegmann@juliusbaer.com
silvio.severino@juliusbaer.com
simon.brady@juliusbaer.com
simon.spalinger@juliusbaer.com
simone.baer@juliusbaer.com
simone.reiss@juliusbaer.com
stefan.angele@juliusbaer.com
stefan.bonfanti@juliusbaer.com
stefan.hofer@juliusbaer.com
stefan.misik@juliusbaer.com
stefan.wieler@juliusbaer.com
stefano.frondoni@juliusbaer.com
stefano.socchi@juliusbaer.com
stefano.spurio@juliusbaer.com
stella.dombrowsky@juliusbaer.com
stephan.huber@juliusbaer.com
stephan.jaeger@juliusbaer.com
stephan.schilken@juliusbaer.com
stephane.wuethrich@juliusbaer.com
stephen.lucas@juliusbaer.com
steve.michel@juliusbaer.com
stuart.butler@juliusbaer.com
thomas.aebli@juliusbaer.com
thomas.baechtold@juliusbaer.com
thomas.caflisch@juliusbaer.com
thomas.funk@juliusbaer.com
thomas.gruenenfelder@juliusbaer.com
thomas.hochstrasser@juliusbaer.com
thomas.petermann@juliusbaer.com
thomas.sturzenegger@juliusbaer.com
thomas.vonrohr@juliusbaer.com
tobias.widmer@juliusbaer.com
tom.monsen@juliusbaer.com
tommaso.bonanata@juliusbaer.com
tony.markwalder@juliusbaer.com
tony.pazaitis@juliusbaer.com
torsten.stilling@juliusbaer.com
urs.eilinger@juliusbaer.com
urs.matsch@juliusbaer.com
valentin.vondermuehll@juliusbaer.com
van@juliusbaer.com
vangelis.bratsikas@juliusbaer.com
vikas.sharma@juliusbaer.com
vincent.lagger@juliusbaer.com
volker.varnholt@juliusbaer.com
vpetronio@juliusbaer.com
walter.wichert@juliusbaer.com

**Company & Corresponding Email Addresses**

werner.bieri@juliusbaer.com
wwolfer@juliusbaer.com
yianna.tziovara@juliusbaer.com
yoshiki.ohmura@juliusbaer.com
yves.covi@juliusbaer.com
ziad.azzam@juliusbaer.com

**juliusbear**

christoph.frisch@juliusbear.com
henning.stein@juliusbear.com

**jwbristol**

admin@jwbristol.com
chm@jwbristol.com
dcm@jwbristol.com
evd@jwbristol.com
hma@jwbristol.com
hym@jwbristol.com
ik@jwbristol.com
jac@jwbristol.com
jae@jwbristol.com
jmf@jwbristol.com
kbm@jwbristol.com
ll@jwbristol.com
mhy@jwbristol.com
rel@jwbristol.com
res@jwbristol.com
rfc@jwbristol.com
rwh@jwbristol.com
slm@jwbristol.com
twh@jwbristol.com
wcl@jwbristol.com
wdw@jwbristol.com

**jwhmail**

ben_brodkowitz@jwhmail.com
chip_mcewen@jwhmail.com
joe_arnold@jwhmail.com
jordan_barnett@jwhmail.com
mark_rzepczynski@jwhmail.com
matt_driscoll@jwhmail.com
michael_flannery@jwhmail.com
nathan_roberts@jwhmail.com
robert_breyer@jwhmail.com

**jwseligman**

acostam@jwseligman.com
aguilarm@jwseligman.com
alpertm@jwseligman.com
alvarezd@jwseligman.com
bokharin@jwseligman.com
boovac@jwseligman.com
browninj@jwseligman.com
cahalyg@jwseligman.com
caofr@jwseligman.com
chalsonj@jwseligman.com
changj@jwseligman.com
chant@jwseligman.com

**Company & Corresponding Email Addresses**

choup@jwseligman.com
chris.kim@jwseligman.com
coheni@jwseligman.com
comerfoe@jwseligman.com
conwaym@jwseligman.com
cooleyd@jwseligman.com
coviellj@jwseligman.com
cunningham@jwseligman.com
daltom@jwseligman.com
diwana@jwseligman.com
eigenn@jwseligman.com
fayf@jwseligman.com
francoic@jwseligman.com
freedmac@jwseligman.com
greenwaj@jwseligman.com
guancioj@jwseligman.com
guidonep@jwseligman.com
hanf@jwseligman.com
helen.chan@jwseligman.com
hoaglane@jwseligman.com
hsuj@jwseligman.com
huntm@jwseligman.com
hurlowm@jwseligman.com
jamesa@jwseligman.com
josephd@jwseligman.com
kagaoanc@jwseligman.com
kuchtyaa@jwseligman.com
langloip@jwseligman.com
leoj@jwseligman.com
levyd@jwseligman.com
limap@jwseligman.com
lindeng@jwseligman.com
lub@jwseligman.com
luim@jwseligman.com
markj@jwseligman.com
mcguinnd@jwseligman.com
mehalice@jwseligman.com
mfilippo@jwseligman.com
misenhee@jwseligman.com
molesth@jwseligman.com
montanuk@jwseligman.com
mustarof@jwseligman.com
nausb@jwseligman.com
ngh@jwseligman.com
parowerr@jwseligman.com
peruris@jwseligman.com
phamq@jwseligman.com
pollutrn@jwseligman.com
ravenellm@jwseligman.com
rich.rosen@jwseligman.com
roseh@jwseligman.com
rossd@jwseligman.com
rosso@jwseligman.com
rothj@jwseligman.com

**Company & Corresponding Email Addresses**

royr@jwseligman.com
salujav@jwseligman.com
schmaltzd@jwseligman.com
schroederr@jwseligman.com
schulthm@jwseligman.com
senesek@jwseligman.com
sgrayson@jwseligman.com
shahr@jwseligman.com
sherenp@jwseligman.com
siegelg@jwseligman.com
srida@jwseligman.com
swagle@jwseligman.com
taibbil@jwseligman.com
thomass@jwseligman.com
vosse@jwseligman.com
wickp@jwseligman.com
wula@jwseligman.com
wusl@jwseligman.com
yosts@jwseligman.com
zirmanb@jwseligman.com

**jwvbristol**
hym@jwvbristol.com

**jybkebank**
rune@jybkebank.dk

**jyskebank**
andy@jyskebank.dk
anh@jyskebank.dk
bengzon@jyskebank.dk
betz@jyskebank.dk
biede@jyskebank.dk
bonde@jyskebank.dk
casper.albaek@jyskebank.dk
casper@jyskebank.dk
cb@jyskebank.dk
chni@jyskebank.dk
claus.hoejmark.jensen@jyskebank.dk
damhave@jyskebank.dk
evapaus@jyskebank.dk
frank.hoerning.andersen@jyskebank.dk
frank.soerensen@jyskebank.dk
gier@jyskebank.dk
groth@jyskebank.dk
hallberg@jyskebank.dk
haugaard@jyskebank.dk
henning-mortensen@jyskebank.dk
henrikhenriksen@jyskebank.dk
hhjensen@jyskebank.dk
hj@jyskebank.dk
houmann@jyskebank.dk
ib-madsen@jyskebank.dk
jakob.larsen@jyskebank.dk
janneskou@jyskebank.dk
jesper.klitgaard.frederiksen@jyskebank.dk
jg@jyskebank.dk

**Company & Corresponding Email Addresses**

jht@jyskebank.dk
john@jyskebank.dk
john-schmidt@jyskebank.dk
jp@jyskebank.dk
jrj@jyskebank.dk
kent_iversen@jyskebank.dk
kf@jyskebank.dk
kierkegaard@jyskebank.dk
kledel@jyskebank.dk
krage@jyskebank.ch
lars-almind@jyskebank.dk
li.hou@jyskebank.dk
line.kyndal@jyskebank.dk
ljuul@jyskebank.dk
lrasmussen@jyskebank.dk
luffe@jyskebank.dk
lyngsoe@jyskebank.dk
lysdahl@jyskebank.dk
m.holte@jyskebank.dk
m.luplau@jyskebank.dk
m.overgaard@jyskebank.dk
marcl@jyskebank.dk
mhlarsen@jyskebank.dk
michael-nielsen@jyskebank.dk
moo@jyskebank.dk
mrf@jyskebank.dk
msa@jyskebank.dk
oso@jyskebank.dk
overby@jyskebank.dk
pban@jyskebank.dk
pbe@jyskebank.dk
peha@jyskebank.dk
pkn@jyskebank.dk
poulsen@jyskebank.dk
r.ledager@jyskebank.dk
roegild@jyskebank.dk
severinsen@jyskebank.dk
skovenborg@jyskebank.dk
snn@jyskebank.dk
soeren.thomsen@jyskebank.dk
soeren@jyskebank.dk
sqj@jyskebank.dk
steen-madsen@jyskebank.dk
tbj@jyskebank.dk
thellesen@jyskebank.dk
thomas.a.klitbo@jyskebank.dk
tvh@jyskebank.dk

**jyskeinvest**

an@jyskeinvest.dk
andersr@jyskeinvest.dk
bjarne-staael@jyskeinvest.dk
boots-nielsen@jyskeinvest.dk
brian.kirk@jyskeinvest.dk
christensen@jyskeinvest.dk

## Company & Corresponding Email Addresses

christian.nagstrup@jyskeinvest.dk
jan.nellemann@jyskeinvest.dk
kaiser@jyskeinvest.dk
larsen-ledet@jyskeinvest.dk
mb@jyskeinvest.dk
nemec@jyskeinvest.dk
reeslev@jyskeinvest.dk
soeren.linde.nielsen@jyskeinvest.dk
tnielsen@jyskeinvest.dk
ulla.tarstrup@jyskeinvest.dk
veno@jyskeinvest.dk

**kag**
marius.dorfmeister@kag.raiffeisen.at

**kairosinv**
g.brera@kairosinv.com
r.condulmari@kairosinv.com

**kairospartners**
a.azzolin@kairospartners.com
a.guglielmana@kairospartners.com
a.manfe@kairospartners.com
a.smith@kairospartners.com
a.tocchio@kairospartners.com
c.lane@kairospartners.com
d.galloni@kairospartners.com
f.castelli@kairospartners.com
k.aziz@kairospartners.com
m.fiumara@kairospartners.com
m.gesualdi@kairospartners.com
m.marcello@kairospartners.com
m.romualdi@kairospartners.com
m.vantol@kairospartners.com
n.giuliani@kairospartners.com
o.bastianelli@kairospartners.com
r.rosso@kairospartners.com
r.smith@kairospartners.com
s.howard@kairospartners.com
v.villa@kairospartners.com

**kaiseral**
delona.moore@kaiseral.com

**kamconline**
braikan@kamconline.com

**kanaly**
bartzberger@kanaly.com
bcurlee@kanaly.com
dle@kanaly.com
dpowell@kanaly.com
kzenner@kanaly.com
tfussell@kanaly.com
thartzell@kanaly.com

**kap**
bernt.christian.brun@kap.norges-bank.no
espen.skagen@kap.norges-bank.no
jens-petter.olsen@kap.norges-bank.no
knut.kobberstad@kap.norges-ba

## Company & Corresponding Email Addresses

morten.molde@kap.norges-bank.no
nbhei1@kap.norges-bank.no
nbhva1@kap.norges-bank.no
nbkse4@kap.norges-bank.no
nblea1@kap.norges-bank.no
nblqs1@kap.norges-bank.no
nbrse1@kap.norges-bank.no
nbttr1@kap.norges-bank.no
nbvan1@kap.norges-bank.no
odd-anders.willand@kap.norges-bank.no
odd-magne.fosen@kap.norges-bank.no
pauli.mortensen@kap.norges-bank.no
runa.urheim@kap.norges-bank.no
torgrim.roll@kap.norges-bank.no

### kapital
isam@kapital.folksam.se

### karlsruher
holger.lang@karlsruher.de

### kas
noeamilsupplied@kas.com

### kasbank
arjan.tol@kasbank.com
arjen.van.leeuwen@kasbank.com
bart.de.lange@kasbank.com
beta.steiner@kasbank.com
foppe.zwikstra@kasbank.com
hester.blaauw@kasbank.com
jeffrey.schippers@kasbank.com
jefrem.hutzezon@kasbank.com
jos.kroon@kasbank.com
maurice.kemper@kasbank.com
michel.bosch@kasbank.com
paul.suitela@kasbank.com
raymond.van.putten@kasbank.com
richard.abma@kasbank.com
rob.spil@kasbank.com
roel.de.groot@kasbank.com
ruud.van.de.putte@kasbank.com

### kasl
julia.wane@kasl.co.uk
neale.sterio@kasl.co.uk

### kathrein
harald.besser@kathrein.at
josef.stadler@kathrein.at

### kaupthing
adalsteinn@kaupthing.net
apollard@kaupthing.net
dag.sletmo@kaupthing.no
mark.roylance@kaupthing.com
omart@kaupthing.is
ragnar@kaupthing.is
runa@kaupthing.is
scottbarham@kaupthing.net

### kawachi

## Company & Corresponding Email Addresses

toratora@kawachi.zaq.ne.jp

### kayne

baquino@kayne.com
jchristensen@kayne.com
jkutasov@kayne.com
jnadal@kayne.com
juenishi@kayne.com
kchen@kayne.com
kfriedricks@kayne.com
kyamada@kayne.com
millerm@kayne.com
rschwarzkopf@kayne.com
rsherry@kayne.com
sgleason@kayne.com
tbailey@kayne.com

### kb

adolf_kapic@kb.cz
alojz_lacko@kb.cz
frantisek_kanka@kb.cz
ivan_varga@kb.cz
jan_drahota@kb.cz
jan_nejedly@kb.cz
jan_vejmelek@kb.cz
jurgen_grieb@kb.cz
karel_volesky@kb.cz
lubos_kolarik@kb.cz
mk.kim@kb.co.kr
petr_holubec@kb.cz
sona_sikorova@kb.cz

### kbank

erik.haugland@kbank.no
gregard.mikkelborg@kbank.no
sveinung.drydal@kbank.no

### kbc

david.dent@kbc.be
dennis.graham@kbc.be
hugo.houtman@kbc.be
jacques.deraeymaeker@kbc.be
jean-pierre.diels@kbc.be
lawrence.manochio@kbc.be
randolph.vineis@kbc.be

### kbcaim

arthur.strassle@kbcaim.com
brandon.way@kbcaim.com
brian.murphy@kbcaim.com
damir.delic@kbcaim.com
david.k@kbcaim.com
luke.edwards@kbcaim.com
quincy.scott@kbcaim.com
stephen.salemy@kbcaim.com

### kbcam

luke.macredmond@kbcam.com
padraic.nolan@kbcam.com

### kbcbank

**Company & Corresponding Email Addresses**

joe.mckendry@kbcbank.ie
john.cusack@kbcbank.ie
oran.murphy@kbcbank.ie

**kbcfp**

brandon.way@kbcfp.com
chris.chesney@kbcfp.com
christopher.lust@kbcfp.com
david.manheimer@kbcfp.com
erik.white@kbcfp.com
jorge.macias@kbcfp.com
ken.revell@kbcfp.com
krish.maheswaran@kbcfp.com
mark.sullivan@kbcfp.com
matthew.popper@kbcfp.com
noah.millman@kbcfp.com
raj@kbcfp.com
suraj.gohil@kbcfp.com
synergy@kbcfp.com
thomas.korossy@kbcfp.com

**kbd**

cksong@kbd.co.kr
kshope@kbd.co.kr

**kbluxembourg**

adrianosullivan@kbluxembourg.ie
andrewcree@kbluxembourg.ie
deloreskeegan@kbluxembourg.ie

**kbsar**

yjpack63@kbsar.co.kr

**kbstar**

bill@kbstar.co.kr
ckpark@kbstar.co.kr
euimyungjung@kbstar.co.kr
eunhee11@kbstar.co.kr
gimiroo@kbstar.co.kr
grandblue@kbstar.co.kr
hajeong@kbstar.co.kr
hck1964@kbstar.co.kr
hwangmt@kbstar.co.kr
ij007@kbstar.co.kr
jwahn@kbstar.co.kr
klbshin@kbstar.co.kr
kseses@kbstar.co.kr
kyghope@kbstar.co.kr
moonilsoo@kbstar.co.kr
mwjf0414@kbstar.co.kr
oklove25@kbstar.co.kr
qkrn2984@kbstar.co.kr
scjung2006@kbstar.co.kr
shcho1@kbstar.co.kr
sijoo@kbstar.com
skylark@kbstar.co.kr
ykkim71@kbstar.co.kr
yogukim@kbstar.com

**kbw**

**Company & Corresponding Email Addresses**

adiantonio@kbw.com
bmohr@kbw.com
bmurphy@kbw.com
bnucera@kbw.com
cmiranda@kbw.com
cwebber@kbw.com
darnstein@kbw.com
ddaniel@kbw.com
deberling@kbw.com
dnatt@kbw.com
dolitsky@kbw.com
jcahill@kbw.com
jhanley@kbw.com
jmccloskey@kbw.com
jragan@kbw.com
jrobins@kbw.com
jscanlon@kbw.com
kre@kbw.com
mcasey@kbw.com
mccorry@kbw.com
mmulrooney@kbw.com
rgrant@kbw.com
rhaggard@kbw.com
rkeane@kbw.com
rward@kbw.com
sjaffe@kbw.com
tmaglia@kbw.com

**kdb**

abs@kdb.co.kr
andy@kdb.co.kr
anparkij@kdb.co.kr
anparkij@kdb.com.kr
arang93@kdb.co.kr
asj@kdb.co.kr
bond@kdb.co.kr
bongchoi@kdb.co.kr
buriburi@kdb.co.kr
cho0305@kdb.co.kr
davidwyatt@kdb.co.kr
dhschoi@kdb.co.kr
dkkim@kdb.co.kr
dmkim@kdb.co.kr
eklee@kdb.co.kr
ezine@kdb.co.kr
gil.yoon@kdb.co.kr
gyunny@kdb.co.kr
h3986052@kdb.co.kr
hjcho@kdb.co.kr
hmkwon@kdb.co.kr
hschun@kdb.co.kr
hylee@kdb.co.kr
hyon@kdb.co.kr
ihmin@kdb.co.kr
iljung@kdb.co.kr

**Company & Corresponding Email Addresses**

jinsip@kdb.co.kr
johnwoo@kdb.co.kr
jsjuan@kdb.co.kr
kchung@kdb.co.kr
kckpk@kdb.co.kr
kdbbridge@kdb.co.kr
kdbman@kdb.co.kr
kdbyj@kdb.co.kr
kspark@kdb.co.kr
magician@kdb.co.kr
mkpark@kdb.co.kr
moersso@kdb.co.kr
nchung@kdb.co.kr
nkkim@kdb.co.kr
parksh@kdb.co.kr
sara_cole@kdb.co.kr
soho@kdb.co.kr
song58@kdb.co.kr
sonnylee@kdb.co.kr
ssohn@kdb.co.kr
sunmye@kdb.co.kr
sunwkim@kdb.co.kr
sycheong@kdb.co.kr
syhong@kdb.co.kr
sypark@kdb.co.kr
thsung@kdb.co.kr
toto@kdb.co.kr
tzulung@kdb.co.kr
wonhk@kdb.co.kr
wonnieryu@kdb.co.kr
yann@kdb.co.kr
yhj@kdb.co.kr
yjkim@kdb.co.kr
yooni246@kdb.co.kr
yooskim@kdb.co.kr
younsp@kdb.co.kr
zoom1220@kdb.co.kr

**kddi**
hh-aikawa@kddi.com
kddi-ir@kddi.com
masa-horiike@kddi.com
sa-kin@kddi.com

**kdfhi**
r...@kdfhi.com

**keb**
bigmoney@keb.co.kr
brady@keb.co.kr
bsekim@keb.co.kr
bspl@keb.co.kr
chkang@keb.co.kr
dcchung@keb.co.kr
email@keb.co.kr
freeway@keb.co.kr
hjjeon@keb.co.kr

**Company & Corresponding Email Addresses**

jade@keb.co.kr
jeff21@keb.co.kr
jenny@keb.co.kr
kebbond@keb.co.kr
kklee@keb.co.kr
ks0421@keb.co.kr
ldk93099@keb.co.kr
leesan@keb.co.kr
leewave@keb.co.kr
moyya@keb.co.kr
randyish@keb.co.kr
skylee@keb.co.kr
snr009@keb.co.kr
stephan@keb.co.kr
tbanker@keb.co.kr
ygary@keb.co.kr

**kebcard**

kap@kebcard.co.kr
werner@kebcard.co.kr

**keleher**

research@keleher.info

**kempen**

ahei@kempen.nl
apaisley@kempen.nl
awie@kempen.nl
bert.cop@kempen.nl
bmurray@kempen.nl
cjan@kempen.nl
cpot@kempen.nl
cric@kempen.nl
dakk@kempen.nl
dvla@kempen.nl
dwil@kempen.nl
eeng@kempen.nl
fann@kempen.nl
firstinitialsurname@kempen.nl
fmac@kempen.nl
gwri@kempen.nl
hach@kempen.nl
hcuthbert@kempen.nl
hgru@kempen.nl
jfra@kempen.nl
jmol@kempen.nl
jobos@kempen.nl
jvankooten@kempen.nl
ldljkstra@kempen.nl
lplo@kempen.nl
mdre@kempen.nl
mlaa@kempen.nl
ndun@kempen.nl
nhen@kempen.nl
plaa@kempen.nl
pmol@kempen.nl
rhar@kempen.nl

## Company & Corresponding Email Addresses

rkli@kempen.nl
rlei@kempen.nl
rpol@kempen.nl
rvin@kempen.nl
spra@kempen.nl
vjan@kempen.nl
wim.westerop@kempen.nl
wkas@kempen.nl
wvri@kempen.nl

**kemper**
adrianne.clark@kemper.com
dan.chung@kemper.com
dolores.bufanio@kemper.com
jacquelyn.benson@kemper.com
michael.mcnamara@kemper.com
pblancha@kemper.com
robin.hermann@kemper.com
ronald.tesmond@kemper.com
scott.leonard@kemper.com

**kems**
pifss7@kems.net

**kenmontinvestments**
ddurham@kenmontinvestments.com

**kennedyusa**
shobik@kennedyusa.com

**kentaku**
if011020@kentaku.co.jp

**kentuckyfarmersbank**
crussell@kentuckyfarmersbank.com

**kepco**
k723349@kepco.co.jp

**keppelbank**
siu_gim_lee@keppelbank.com.sg

**kerner**
lou@kerner.tv

**keva**
erika.tikka@keva.fi
fredrik.forssell@keva.fi
juha.viitanen@keva.fi
jukka.taskinen@keva.fi
kari.haataja@keva.fi
karri.makitalo@keva.fi
kimmo.lehto@keva.fi
maaria.kettunen@keva.fi
markus.frosterus@keva.fi
markus.pauli@keva.fi
mika.makitalo@keva.fi
mika.vihtonen@keva.fi
mikko.komi@keva.fi
niina.bergring@keva.fi
visa.manninen@keva.fi

**keximasia**
ycok@keximasia.com.hk

**key**

## Company & Corresponding Email Addresses

bill_segura@key.com
bradley_s_norton@key.com
brian_j_vogel@key.com
brian_s_quay@key.com
brian_weber@key.com
cathy_e_lawrenz@key.com
dana_s_berkley@key.com
daniel_j_jacoby@key.com
deborah_newman@key.com
donald_f_carmichael@key.com
eric_p_rasmussen@key.com
frederick_m_bercher@key.com
greg_j_deeks@key.com
heidi_l_cornish@key.com
john_m_ryan@key.com
joseph_d_polsinelli@key.com
kathy_hutka@key.com
ken_snyder@key.com
lawrence_hall@key.com
lisa_b_rosenthal@key.com
marilyn_a_kysela@key.com
mark_eckman@key.com
mary_cologero@key.com
mpanichi@key.com
paula_pikus@key.com
scott_gray@key.com
steve_dilbone@key.com
susan_h_bailey@key.com
susan_lindow@key.com
susan_witalis@key.com
theresa_m_bacon@key.com
tonnette_bufford@key.com

### keybanccm

abulic@keybanccm.com
claning@keybanccm.com
djosepho@keybanccm.com
jakewilliams@keybanccm.com
kgale@keybanccm.com
tmorris@keybanccm.com

### keybank

alison_gordon@keybank.com
amishi_kenia@keybank.com
amy_carlson@keybank.com
ann_bojka@keybank.com
chamie_townsend@keybank.com
chris_schneider@keybank.com
chris_white@keybank.com
christopher_g_mcneece@keybank.com
christopher_hunt@keybank.com
clint_weddell@keybank.com
daniel_ross@keybank.com
daniel_s_wilson@keybank.com
darlene_dimitrijevs@keybank.com
darrell_johnson@keybank.com

**Company & Corresponding Email Addresses**

debra_l_klassen@keybank.com
dell_futch@keybank.com
dennis_t_diamond@keybank.com
dennis_w_jarecke@keybank.com
dhurata_zhuta@keybank.com
diane_l_lockard@keybank.com
dolores_e_rapacz@keybank.com
don_schilling@keybank.com
doug_s_carter@keybank.com
dusko_djukic@keybank.com
elyse_k_houser@keybank.com
eric_veneskey@keybank.com
fpurnell@keybank.com
fred_white@keybank.com
heather_g_ragazino@keybank.com
james_bailey@keybank.com
james_k_kaesberg@keybank.com
james_osborne@keybank.com
jason_tedor@keybank.com
jason_weaver@keybank.com
jean_liu@keybank.com
jeffery_j_weaver@keybank.com
joe_icabelli@keybank.com
john_e_case@keybank.com
john_kern@keybank.com
john_mason@keybank.com
john_r_hall@keybank.com
jonathan_i_shulman@keybank.com
joseph_stephan@keybank.com
joseph_vayda@keybank.com
joshua_a_peterson@keybank.com
judy_a_jones@keybank.com
k_brent_somers@keybank.com
karim_zein@keybank.com
kevin_alexander@keybank.com
kevin_j_sollitt@keybank.com
lisa_m_martin@keybank.com
louis_raffis@keybank.com
mark_torti@keybank.com
martha_e_raber@keybank.com
marybeth_b_simon@keybank.com
matthew_milcetich@keybank.com
matthew_wong@keybank.com
mdontje@keybank.com
michael_garruto@keybank.com
michael_huang@keybank.com
michael_j_barone@keybank.com
michael_sofranko@keybank.com
michael_t_harp@keybank.com
michael_w_dvorak@keybank.com
mike_conway@keybank.com
neil_a_kilbane@keybank.com
patrick_lyons@keybank.com
patrick_mayo@keybank.com

## Company & Corresponding Email Addresses

paul_e_chismark@keybank.com
peter_j_azzinaro@keybank.com
ramon_t_stewart@keybank.com
richard_g_wolverton@keybank.com
rick_didonato@keybank.com
robert_lee@keybank.com
robyn_cichra@keybank.com
ron_gale@keybank.com
sandra_k_lehr@keybank.com
sbooth@keybank.com
scott_r_linkowski@keybank.com
stasie_kostova@keybank.com
steven_devejian@keybank.com
steven_wolken@keybank.com
susan_a_stewart@keybank.com
thomas_n_kovacevich@keybank.com
todd_e_hoffman@keybank.com
vernon_patterson@keybank.com
walter_j_henry@keybank.com
william_j_dennen@keybank.com
william_schlag@keybank.com

### keyspanenergy

cdigilio@keyspanenergy.com
gluterman@keyspanenergy.com

### kfb

aicpakim@kfb.co.kr
cwpark@kfb.co.kr
dwbarker@kfb.co.kr
esamkim@kfb.co.kr
hjekim@kfb.co.kr
hoonlee@kfb.co.kr
jaejpark@kfb.co.kr
jhanglee@kfb.co.kr
jhbahng@kfb.co.kr
jhjung@kfb.co.kr
jkim@kfb.co.kr
johnshin@kfb.co.kr
kcmin@kfb.co.kr
kimhs@kfb.co.kr
kyongkoo@kfb.co.kr
pan@kfb.co.kr
ranvir.dewan@kfb.co.kr
rcohen@kfb.co.kr
rcs@kfb.co.kr
recohen@kfb.co.kr
sarangmc@kfb.co.kr
shlee@kfb.co.kr
sjchung@kfb.co.kr
snlim@kfb.co.kr
syh@kfb.co.kr
wkchoi@kfb.co.kr
ykim@kfb.cokr

### kfbs

ldcox@kfbs.com

**Company & Corresponding Email Addresses**

**kff**
 ylee@kff.org

**kfhsh**
 d..@kfhsh.com

**kfondene**
 asc@kfondene.no
 jtk@kfondene.no

**kfw**
 alexander.fanous@kfw.de
 alexander.liebethal@kfw.de
 andreas.hoffmann@kfw.de
 andreas.knoop@kfw.de
 andreas.mueller@kfw.de
 andreas.saamann@kfw.de
 andreas.tonn@kfw.de
 annette.detken@kfw.de
 armin.blum@kfw.de
 astrid.meyer-baudeck@kfw.de
 axel.breitbach@kfw.de
 bastian.meyer@kfw.de
 beate.forell@kfw.de
 bettina.dorendorf@kfw.de
 carlo.barz@kfw.de
 carmen.colla@kfw.de
 carmen.laws@kfw.de
 carsten.kobel@kfw.de
 carsten.reinhard@kfw.de
 claus.porth@kfw.de
 dana.krause-garcia@kfw.de
 daniela.mohaupt@kfw.de
 dieter.mallwitz@kfw.de
 elmar.boelinger@kfw.de
 frank.czichowski@kfw.de
 frank.domm@kfw.de
 frank.jolliet@kfw.de
 frank.lang@kfw.de
 fritz.frank@kfw.de
 gerd.weller@kfw.de
 gerhard.walther@kfw.de
 gustav.dekment@kfw.de
 hans.reich@kfw.com
 harriet.wintzer@kfw.de
 horst.seissinger@kfw.de
 isabel.hackenbroch@kfw.de
 jochen.leubner@kfw.de
 joerg-andreas.duerr@kfw.de
 johannes.koch@kfw.de
 kerstin.scholtis@kfw.de
 klaus-peter.eitel@kfw.de
 konrad.vornhusen@kfw.de
 manuela.strauch@kfw.de
 marc.sattler@kfw.de
 marco.freitag@kfw.de
 marina.maras@kfw.de

**Company & Corresponding Email Addresses**

marion.marinov@kfw.de
markus.schladt@kfw.de
markus.schmidtchen@kfw.de
martin.habel@kfw.de
martin.jahn@kfw.de
matthias.zorn@kfw.de
michael.fetthauer@kfw.de
michaela.zimmermann@kfw.de
mirko.blumhoff@kfw.de
na@kfw.com
nicola.kampen@kfw.de
oleg.burd@kfw.de
omar.ranne@kfw.de
petra.wehlert@kfw.de
rita.geyermann@kfw.de
robert.fassbender@kfw.de
sabine.fischer@kfw.de
sonja.hampel@kfw.de
stefan.requardt@kfw.de
stefan.wolf@kfw.de
steffen.ruespeler@kfw.de
ulrich.bruns@kfw.de
ulrike.ryll@kfw.de
ulrike.serafini@kfw.de
vera.schubert@kfw.de
werner.steffens@kfw.de
wolfgang.reuss@kfw.de
wolfgang.ryll@kfw.de

**kia**

abastaki@kia.gov.kw
abdulbah@kia.gov.kw
abrahamg@kia.gov.kw
adelh@kia.gov.kw
ahmedtr@kia.gov.kw
alhalabi@kia.gov.kw
almeshal@kia.gov.kw
amohsenw@kia.gov.kw
anadoth@kia.gov.kw
badem@kia.gov.kw
baderas@kia.gov.kw
bedours@kia.gov.kw
dalals@kia.gov.kw
dalalw@kia.gov.kw
faisalo@kia.gov.kw
farouqb@kia.gov.kw
gnrao@kia.gov.kw
jabers@kia.gov.kw
jasemah@kia.gov.kw
khaledmh@kia.gov.kw
maaliw@kia.gov.kw
mahaa@kia.gov.kw
meshala@kia.gov.kw
meshalf@kia.gov.kw
mishalms@kia.gov.kw

**Company & Corresponding Email Addresses**

muniras@kia.gov.kw
noorb@kia.gov.kw
noufs@kia.gov.kw
odayi@kia.gov.kw
osama@kia.gov.kw
othmanl@kia.gov.kw
palanm@kia.gov.kw
rashas@kia.gov.kw
refaab@kia.gov.kw
salehs@kia.gov.kw
saraa@kia.gov.kw
sarab@kia.gov.kw
shamayelh@kia.gov.kw
tareqb@kia.gov.kw
yaqoubb@kia.gov.kw

**kic**
george@kic.com.kw

**kids**
cpokemon@kids.com

**kiewit**
doug.robey@kiewit.com
mike.zabawa@kiewit.com

**kingfisherinvestors**
sm@kingfisherinvestors.com

**kinkiosakabank**
shikin@kinkiosakabank.co.jp

**kishbank**
drunk@kishbank.com
hbowersox@kishbank.com
jprice@kishbank.com
lori.peachey@kishbank.com

**kk**
kobata_keishi@kk.smbc.co.jp
mishima_hiroshi@kk.smbc.co.jp
shiraishi_hiroaki@kk.smbc.co.jp

**kkb**
daristambayev@kkb.kz
ekhussainova@kkb.kz
emikhailov@kkb.kz
eomarov@kkb.kz
lkim@kkb.kz
mamrina@kkb.kz
nkim@kkb.kz
vjadrikhinsky@kkb.kz
zhryspayeva@kkb.kz

**kki**
aakhmetov@kki.kz

**klm**
emilie.vankarnebeek@klm.nl
jeroen.mostert@klm.nl
jurriaan-de.jonge@klm.com
robert.bijl@klm.com
vijay.panday@klm.com
wouter.koomen@klm.com

**Company & Corresponding Email Addresses**

**klmpf**
adam.rose@klmpf.nl
fons.lute@klmpf.nl

**klp**
aage.schaanning@klp.no
anette.hjerto@klp.no
anne.kristine.skappel@klp.no
arne.eidshagen@klp.no
arne.loftingsmo@klp.no
baard.paulsen@klp.no
eigil.dingsor@klp.no
erik.aukner@klp.no
geir.almas@klp.no
gunnar.birkeland@klp.no
helge.arnesen@klp.no
jan.kvalsvik@klp.no
jorn.jensen@klp.no
kristin.reikvam@klp.no
kristoffer.sundnes@klp.no
magne.valen-sendstad@klp.no
miranda.li@klp.no
mvs@klp.no
niklas.hallberg@klp.no
ove.norderud@klp.no
per.norden@klp.no
per.oervik@klp.no
sigurd.ugland@klp.no
sven.norgaard@klp.no
sverre.thornes@klp.no
terje.iversen@klp.no
tom.lund@klp.no
tore.sirevaag@klp.no
torgrim.roll@klp.no

**kmefic**
almarzook@kmefic.com.kw
alsaleh@kmefic.com.kw

**knbank**
bsshim@knbank.co.kr
hslminam@knbank.co.kr
jhlee62@knbank.co.kr
jsk@knbank.co.kr
tylyfe@knbank.co.kr
wschoj@knbank.co.kr

**known**
un@known.com

**ko**
agreene@na.ko.com
jfarrell@eur.ko.com
limyers@na.ko.com
mishapiro@na.ko.com

**koba**
andrej_sinicyn@koba.sk
jozef_hoschek@koba.sk
kamil_cziczey@koba.sk

## Company & Corresponding Email Addresses

mario_milan@koba.sk
pavol_horny@koba.sk

### kobelco
h-uzukawa@kobelco.jp

### koc
ahmeta@koc.com.tr

### kocbank
ebroz@kocbank.com.tr
meron@kocbank.com.tr
onuoz@kocbank.com.tr
saryu@kocbank.com.tr

### kochfinancial
jeff.currier@kochfinancial.com
josh.buffolino@kochfinancial.com
kris.keltner@kochfinancial.com
randy.bushman@kochfinancial.com
scott.huckins@kochfinancial.com
ted.douglas@kochfinancial.com

### kochglobalcapital
andrew.fellingham@kochglobalcapital.com
eric.banks@kochglobalcapital.com
james.vellanti@kochglobalcapital.com
jim.coder@kochglobalcapital.com
michael.ogan@kochglobalcapital.com
ranajoy.sarkar@kochglobalcapital.com
shane.mccarthy@kochglobalcapital.com

### kochind
anders2b@kochind.com
bergman.s@kochind.com
blackbuv@kochind.com
bohmannj@kochind.com
brian.taylor@kochind.com
brown4d@kochind.com
bullockr@kochind.com
cox2s@kochind.com
dishmand@kochind.com
frankl3c@kochind.com
grimleyj@kochind.com
harrisb@kochind.com
harrisot@kochind.com
kaiserb@kochind.com
levensb@kochind.com
long2b@kochind.com
matt.orr@kochind.com
meredith.olson@kochind.com
muellerk@kochind.com
pankeys@kochind.com
parkej@kochind.com
rajpala@kochind.com
sandersb@kochind.com
shermanc@kochind.com
sotos@kochind.com
stierr@kochind.com
travis.brock@kochind.com

## Company & Corresponding Email Addresses

watkinsk@kochind.com

### kodak

brian.faatz@kodak.com
francine.minch@kodak.com
jerry.burzynski@kodak.com
jesse.greene@kodak.com
nita.brown@kodak.com
richard.veith@kodak.com
robert.beechey@kodak.com
robert.taschman@kodak.com
tregelsb@kodak.com
william.love@kodak.com

### koex

naoki@koex.jp

### koexbank

kebderv@koexbank.co.kr

### kofc

anthony.minopoli@kofc.org
charles.walden@kofc.org
david.novak@kofc.org
david.shinn@kofc.org
dfischer@kofc.org
jonathan.garrett@kofc.org
michael.lynch@kofc.org
michael.prinzivalli@kofc.org
michael.terry@kofc.org
neill.jordan@kofc.org
nicolas.boudreau@kofc.org
rick.velez@kofc.org
sarah.capozzo@kofc.org
thomas.curtin@kofc.org

### kohtes-klewes

meyer-reinecke.anja@kohtes-klewes.de

### kokusai

h-inoue@kokusai.co.jp
h-odajima@kokusai.co.jp
s-kimishima@kokusai.co.jp
s-takeda@kokusai.co.jp
swap@kokusai.co.jp
t-ohno@kokusai.co.jp
y-kuribayashi@kokusai.co.jp

### kokusai-am

asada.yasuyo@kokusai-am.co.jp
asai.satoshi@kokusai-am.co.jp
cha.shigeyuki@kokusai-am.co.jp
cho.shoshin@kokusai-am.co.jp
fujikawa.shingo@kokusai-am.co.jp
funatsu.daisuke@kokusai-am.co.jp
furuta.kenji@kokusai-am.co.jp
goda.keiichiro@kokusai-am.co.jp
hayashi.kazumasa@kokusai-am.co.jp
hibino.takayo@kokusai-am.co.jp
higuchi.tatsuya@kokusai-am.co.jp
horiguchi.akira@kokusai-am.co.jp

## Company & Corresponding Email Addresses

horii.masataka@kokusai-am.co.jp
iizuka.makoto@kokusai-am.co.jp
inoue.teruhiko@kokusai-am.co.jp
ishii.hiroshi@kokusai-am.co.jp
ishii.yoshihito@kokusai-am.co.jp
iwasaki.hidehiro@kokusai-am.co.jp
iyoda.toshiro@kokusai-am.co.jp
kanai.kazuto@kokusai-am.co.jp
kanezaki.asako@kokusai-am.co.jp
kato.akio@kokusai-am.co.jp
kobayashi.takuma@kokusai-am.co.jp
kojima.keiji@kokusai-am.co.jp
kosaka.jun@kokusai-am.co.jp
kurahashi.kenichi@kokusai-am.co.jp
masui.toshihiko@kokusai-am.co.jp
michishita.tetsuya@kokusai-am.co.jp
mori.hiroshi@kokusai-am.co.jp
murakami.naomi@kokusai-am.co.jp
murata.yusuke@kokusai-am.co.jp
nakagawa.m@kokusai-am.co.jp
nakajima.seiji@kokusai-am.co.jp
nakajima.tomoaki@kokusai-am.co.jp
nakamura.hajime@kokusai-am.co.jp
nakamura.yutaka@kokusai-am.co.jp
natsukari.nobushige@kokusai-am.co.jp
nishi.naoto@kokusai-am.co.jp
nkato@kokusai-am.co.jp
obara.masayasu@kokusai-am.co.jp
okubo.takashi@kokusai-am.co.jp
onma.takako@kokusai-am.co.jp
ozawa.mamoru@kokusai-am.co.jp
park.tohhyung@kokusai-am.co.jp
sasaki.koji@kokusai-am.co.jp
sasaki.naohiko@kokusai-am.co.jp
sato.naruto@kokusai-am.co.jp
suzuki.miho@kokusai-am.co.jp
suzuki.tomomi@kokusai-am.co.jp
takachio.takehiko@kokusai-am.co.jp
takahashi.kenta@kokusai-am.co.jp
tanabiki.osamu@kokusai-am.co.jp
tokuoka.shoichi@kokusai-am.co.jp
tsuda.soshi@kokusai-am.co.jp
utsumi.takayuki@kokusai-am.co.jp
wakamiya.isao@kokusai-am.co.jp
watabe.satoshi@kokusai-am.co.jp
watanabe.masayuki@kokusai-am.co.jp
watarai.sawako@kokusai-am.co.jp
yagi.takayuki@kokusai-am.co.jp
yamazaki.shinichi@kokusai-am.co.jp
yokoyama.kazuo@kokusai-am.co.jp

**komag**

steve.johnson@komag.com
william.potts@komag.com

**kommunekredit**

**Company & Corresponding Email Addresses**

eha@kommunekredit.dk
jem@kommunekredit.dk
jvi@kommunekredit.dk

**kookmin**
hsbyun@kookmin.co.kr
niceyoo@kookmin.co.kr
seonwook@kookmin.co.kr
yangsy@kookmin.co.kr

**kookminbank**
hkcho@kookminbank.com
jhpaek@kookminbank.com
milip@kookminbank.com
tjkwon@kookminbank.com;tjkwon@bloomberg.net

**kookmin-bank**
chkim@kookmin-bank.com

**koor**
dabiran@koor.com
eyalb@koor.com
kolber@koor.com
ranm@koor.com
yuvaly@koor.com

**koreaexim**
cjkim@koreaexim.go.kr
hedging@koreaexim.go.kr
hhhwang@koreaexim.go.kr
hsyoon@koreaexim.go.kr
saintlee@koreaexim.co.kr
ykshin@koreaexim.go.kr

**kornet**
im7544@kornet.net

**kp**
bsj@kp.dk

**kpc**
aaa@kpc.com.kw
ajaj@kpc.com.kw
hah@kpc.com.kw
nmb@kpc.com.kw
nouri@kpc.com.kw
siham@kpc.com.kw
suhail@kpc.com.kw
yalsanea@kpc.com.kw

**kpf**
rasbaekm@kpf.no
skorstade@kpf.no

**kpinvest**
rod.cerny@kpinvest.com

**kpmg**
eberglund@kpmg.com

**kpsp**
bcourtney@kpsp.com
dianecarpenter@kpsp.com
joe.brady@kpsp.com
rhealy@kpsp.com

**kraft**

## Company & Corresponding Email Addresses

roderick.read@kraft.com

**krafteurope**

fkoechli@krafteurope.com
szuercher@krafteurope.com
trust@krafteurope.com

**kredietbank**

juan.doural@kredietbank.ch

**krentschker**

claudia.schoenthaler@krentschker.at
karl.freidl@krentschker.at
karl.trummer@krentschker.at
wolfgang.fusek@krentschker.at

**kroger**

carin.fike@kroger.com
donna.brizzolara@kroger.com
kathy.kelly@kroger.com
lincoln.lutz@kroger.com
mike.schlotman@kroger.com
rodney.mcmullen@kroger.com

**ksb**

kdbbridge@ksb.co.kr

**ksbb**

derek@ksbb.com
dw@ksbb.com

**ksg**

andres_velasco@ksg.harvard.edu

**kskbb**

thomas.klein@kskbb.de
thomas.walz@kskbb.de

**ksk-bc**

andreas.deeng@ksk-bc.de
andreas.gerner@ksk-bc.de
kurt.hardt@ksk-bc.de
martina.weiler@ksk-bc.de
michael.muench@ksk-bc.de
nikolaus.stetter@ksk-bc.de

**ksk-koeln**

andre.nebel@ksk-koeln.de
bernd.walterscheid@ksk-koeln.de
christian.bonnen@ksk-koeln.de
christoph.groneuer@ksk-koeln.de
daniel.balkenhol@ksk-koeln.de
ingo.altenrath@ksk-koeln.de
jens.punstein@ksk-koeln.de
joerg.fischer@ksk-koeln.de
kai.grube@ksk-koeln.de
matthias.bourgart@ksk-koeln.de
ralf.funk@ksk-koeln.de
tanja.funken@ksk-koeln.de
wolfgang.buettgenbach@ksk-koeln.de

**ksmanagement**

andy@ksmanagement.com
gpicco@ksmanagement.com
jack@ksmanagement.com

## Company & Corresponding Email Addresses

marco@ksmanagement.com
mcipriano@ksmanagement.com
mkempner@ksmanagement.com

**ktrs**

b.cracraft@ktrs.gov

**kubota**

koh-noda@kubota.co.jp

**kuehne-nagel**

gerard.vankesteren@kuehne-nagel.com
paul.keel@kuehne-nagel.com
robert.erni@kuehne-nagel.com
tobias.jerschke@kuehne-nagel.com

**kutxa**

aaramburu@kutxa.es
aizpurua@kutxa.es
alanz@kutxa.es
asorarrain@kutxa.es
iimaz@kutxa.es
jegana@kutxa.es
jmartinezal@kutxa.es

**kuwait-fund**

aalsabah@kuwait-fund.org
al-humaidhi@kuwait-fund.org
alkhaled@kuwait-fund.org
al-mudhaf@kuwait-fund.org
al-naqib@kuwait-fund.org
alomani@kuwait-fund.org
alqatami@kuwait-fund.org
ghanem@kuwait-fund.org
jameilia@kuwait-fund.org
meshal@kuwait-fund.org
raeed@kuwait-fund.org
salah@kuwait-fund.org

**ky**

dwight.price@ky.gov
kim.bechtel@ky.gov

**kyfbins**

adam_robertson@kyfbins.com
john_doyle@kyfbins.com
maureen_williams@kyfbins.com

**kynikos**

aberggrun@kynikos.com
abest@kynikos.com
asackett@kynikos.com
awright@kynikos.com
bveninata@kynikos.com
cbrenner@kynikos.com
chobbs@kynikos.com
esantoro@kynikos.com
jvenusti@kynikos.com
ljong@kynikos.com
mdenmark@kynikos.com
sbrown@kynikos.com
sschurr@kynikos.com

## Company & Corresponding Email Addresses

### kyocera
hiromi.oohashi.hs@kyocera.jp
ichirou-oaku@kyocera.co.jp
tomoko.miyata.sd@kyocera.jp

### kyongnambank
intl@kyongnambank.co.kr

### kyowa
itakahashi@kyowa.co.jp

### kyret
adam.tosh@kyret.com
kenton.bottoms@kyret.com
laura.miller@kyret.com

### kzvk
bernhard.thees@kzvk.de
gregor.kuhl@kzvk.de
josef.hutter@kzvk.de
martin.kuesters@kzvk.de
stefan.heidel@kzvk.de
thomas.fechner@kzvk.de

### labanquepostale-am
alexandre.cosson@labanquepostale-am.fr
alexandre.monge-parrent@labanquepostale-am.fr
alexandre.voisin@labanquepostale-am.fr
andre.loeffler@labanquepostale-am.fr
anne-cecile.blevin@labanquepostale-am.fr
antoine.duquesnoy@labanquepostale-am.fr
bernard.descreux@labanquepostale-am.fr
caroline.chhun@labanquepostale-am.fr
caroline.say@labanquepostale-am.fr
celine.sustandal@labanquepostale-am.fr
christian.nguyen@labanquepostale-am.fr
christine.delagrave@labanquepostale-am.fr
christine.radice@labanquepostale-am.fr
dang.cominh@labanquepostale-am.fr
denis.remacle@labanquepostale-am.fr
dominique.eloy@labanquepostale-am.fr
elisabeth.warland@labanquepostale-am.fr
eron.angjele@labanquepostale-am.fr
fabienne.marolle@labanquepostale-am.fr
fabrice.malnar@labanquepostale-am.fr
florence.marty@labanquepostale-am.fr
frederic.segur@labanquepostale-am.fr
guillaume.simonneau@labanquepostale-am.fr
iain.bremner@labanquepostale-am.fr
jean-dominique.seta@labanquepostale-am.fr
jean-francois.bousson@labanquepostale-am.fr
jean-luc.enguehard@labanquepostale-am.fr
jean-marc.tanguy@labanquepostale-am.fr
jean-michel.sanchez@labanquepostale-am.fr
jean-paul.poggi@labanquepostale-am.fr
jerome.grenie@labanquepostale-am.fr
laurence.jobert@labanquepostale-am.fr
marieme.ba@labanquepostale-am.fr
mohamed.chellou@labanquepostale-am.fr

**Company & Corresponding Email Addresses**

monique.peiron@labanquepostale-am.fr
najib.sassenou@labanquepostale-am.fr
narayanan.padmanabhan@labanquepostale-am.fr
nicolas.caplain@labanquepostale-am.fr
olivier.ettaqy@labanquepostale-am.fr
olivier.hakim@labanquepostale-am.fr
omar.ettaqy@labanquepostale-am.fr
pierre-alain.labat@labanquepostale-am.fr
pierre-marie.gerez@labanquepostale-am.fr
praneth.ly@labanquepostale-am.fr
rachid.medjaoui@labanquepostale-am.fr
robin.richermo@labanquepostale-am.fr
samir.bederr@labanquepostale-am.fr
samuel.alexandrine@labanquepostale-am.fr
samuel.perrard@labanquepostale-am.fr
simina.borsaru@labanquepostale-am.fr
solene.clement@labanquepostale-am.fr
sopheara.lim@labanquepostale-am.fr
stephane.rizzo@labanquepostale-am.fr
thierry.blais@labanquepostale-am.fr
thomas.thirouin@labanquepostale-am.fr
veronique.laffiteau@labanquepostale-am.fr
veronique.rosier@labanquepostale-am.fr
yannick.guillot@labanquepostale-am.fr

**labouchere**
r.eibes@labouchere.nl

**lacaisse**
dboies@lacaisse.com
dhulley@lacaisse.com
jfbergeron@lacaisse.com
jpjette@lacaisse.com

**lacaixa**
cmolina@lacaixa.es
sbriones@lacaixa.es

**lacrosseglobal**
britt.palmer@lacrosseglobal.com
ik-jun.choi@lacrosseglobal.com
jessie.wedel@lacrosseglobal.com
kevin.martin@lacrosseglobal.com
rachelle.scheierl@lacrosseglobal.com
salome.abla-bloomquist@lacrosseglobal.com
stephanie.meyer@lacrosseglobal.com

**ladwp**
joan.ilagan@ladwp.com

**lahjgoh**
jsdofshjef@lahjgoh.com

**laidlaw**
jbrooks@laidlaw.com

**laiki**
corphanou@laiki.com

**lamgmt**
wallyj@lamgmt.com

**lamondiale**
alain.gajan@lamondiale.com

## Company & Corresponding Email Addresses

antoine.hennequin@lamondiale.com
audrey.vormus@lamondiale.com
benoit.corteville@lamondiale.com
clement.simard@lamondiale.com
ines.krol@lamondiale.com
jean-louis.leclinche@lamondiale.com
raja.kchia@lamondiale.com
roger.bonne@lamondiale.com
treso@lamondiale.com

### lampebank

andreas.staftenberg@lampebank.de
armin.linge@lampebank.de
axel.frein@lampebank.de
bernd.baeume@lampebank.de
bernd.meiners@lampebank.de
bjoern.graf@lampebank.de
heiko.feber@lampebank.de
heinz-joachim.hengesbach@lampebank.de
janoliver.bell@lampebank.de
leonhard.uphues@lampebank.de
manfred.malaschewski@lampebank.de
markus.flade@lampebank.de
markus.rings@lampebank.de
michael.wimmer@lampebank.de
nicole.dehaan@lampebank.de
norbert.bornefeld@lampebank.de
peter.blenkle@lampebank.de
ralf.dickebohm@lampebank.de
service@lampebank.lu
thomas.neemann@lampebank.de
werner.huber@lampebank.de
wolfgang.bagusch@lampebank.de

### lampebanl

gernot.bremhorst@lampebanl.de

### lamrc

robert.barrios@lamrc.com
scott.davis@lamrc.com

### landbank

036894@landbank.com.tw
042683@landbank.com.tw
055023@landbank.com.tw
0570580@imail.landbank.com.tw
057085@landbank.com.tw
065261@landbank.com.tw
067524@landbank.com.tw
068582@landbank.com.tw
069744@landbank.com.tw
072931@landbank.com.tw
077521@landbank.com.tw
089181@landbank.com.tw
lbobu@mail.landbank.com.tw

### lander

bymbcn@lander.es

### landes

**Company & Corresponding Email Addresses**

albert.koeck@landes.hypobank.at
gerhard.hochstrasser@landes.hypobank.at
markus.feldgitscher@landes.hypobank.at

**landeshauptstadt**

sandnerg@landeshauptstadt.de
weilbachg@landeshauptstadt.de

**landeskrediet**

c.brand@landeskrediet.de

**landg**

andrew.palmer@group.landg.com
daniel.errington@landg.com
david.evans@landg.com
john.whorwood@group.landg.com
marie.mason@group.landg.com
nicholas.hodges@group.landg.com
peter.horsman@group.landg.com
scott.eason@landg.com
shayanthan.pathmanathan@landg.com
stephen.drane@group.landg.com

**landsbanki**

david.sibi@landsbanki.com

**lanewan**

luca.franceschi@lanewan.it

**lansforsakringar**

bjorn.randevik@lansforsakringar.se
dan.fredriksson@lansforsakringar.se
goran.vedin@lansforsakringar.se
gunnar.lindberg@lansforsakringar.se
jannika.nilsson@lansforsakringar.se
joakim.westerdal@lansforsakringar.se
laila.madso@lansforsakringar.se
maria.ferlin@lansforsakringar.se
mikael.persson@lansforsakringar.se
peder.tiricke@lansforsakringar.se
per.storfaelt@lansforsakringar.se
robert.ekerlin@lansforsakringar.se

**lansforsikringar**

adalbjorn.stefansson@lansforsikringar.se

**lansingcapital**

mike@lansingcapital.com

**laposte**

benoit.galan@laposte.net

**larzard**

yvette.klevan@larzard.com

**lasalle**

gerben.karkdijk@lasalle.com
vincent.kouch@lasalle.com

**lasallebonds**

garypeters@lasallebonds.com
rmoogan@lasallebonds.com

**lasallegts**

manisha.sharma@lasallegts.com

**lasers**

alacombe@lasers.state.la.us

## Company & Corresponding Email Addresses

cfunderb@lasers.state.la.us
jpolk@lasers.state.la.us
smann@lasers.state.la.us
tsearles@lasers.state.la.us

### lasmo
james.menzies@lasmo.com
paul.murray@lasmo.com

### laurelsb
ermaus@laurelsb.com

### lavazza
p.cottino@lavazza.it

### law
lbeale@law.uiuc.edu

### lazam
gabriella.nawi@lazam.co.uk
laila.grimley@lazam.co.uk
lindsey.harrison@lazam.co.uk
tim.russell@lazam.co.uk

### lazard
aaron.barnfather@lazard.com
aaron.walters@lazard.com
adam.cohen@lazard.com
adrian.o'neill@lazard.com
alain.albizzati@lazard.fr
alan.clifford@lazard.com
alan.custis@lazard.com
alex.lai@lazard.com
alex.orloff@lazard.com
alexander.andrade@lazard.com
alexei.kapkin@lazard.com
alexia.latorre@lazard.fr
allison.villapiano@lazard.com
aman.panaech@lazard.com
anand.srinivasan@lazard.com
andrei.morosanu@lazard.com
andrew.bonita@lazard.com
andrew.herenstein@lazard.com
andrew.kabala@lazard.com
andrew.lacey@lazard.com
andrew.norris@lazard.com
andrew.raab@lazard.com
andy.zhu@lazard.com
anna.gore@lazard.com
annabel.hornsby@lazard.com
annabelle.vinatier@lazard.fr
antoine.brunet@lazard.fr
anya.abdulakh@lazard.com
arif.mohamed@lazard.com
arnaud.sassier@lazard.fr
ashish.bhutani@lazard.com
avi.rothner@lazard.com
axel.laroza@lazard.fr
barnaby.wilson@lazard.com
barry.randall@lazard.com

**Company & Corresponding Email Addresses**

batsevd@lazard.com
beau.hurst@lazard.com
ben.wulfsohn@lazard.com
benjamin.leroux@lazard.fr
benoit.barthelet@lazard.fr
bertrand.cliquet@lazard.com
bill.smith@lazard.com
brendan.gorman@lazard.com
bret.miller@lazard.com
brian.guaiana@lazard.com
brian.meath@lazard.com
brian.pessin@lazard.com
brie.lam@lazard.com
carolyn.gillen@lazard.com
celeste.jacobson@lazard.com
charles.hoeveler@lazard.com
charles.weissman@lazard.com
charlie.simon@lazard.com
chris.church@lazard.com
chris.heasman@lazard.com
chris.maynard@lazard.com
chris.pope@lazard.com
christopher.h.blake@lazard.com
christopher.komosa@lazard.com
christopher.mcmanus@lazard.com
christopher.ratti@lazard.com
christopher.whitney@lazard.com
ciprian.marin@lazard.com
colin.cavasina@lazard.com
colin.faivre@lazard.fr
craig.scholl@lazard.com
dan.breslin@lazard.com
daniel.oakes@lazard.com
darrin.sokol@lazard.com
david.abayev@lazard.com
david.buttle@lazard.com
david.cleary@lazard.com
david.dicker@lazard.com
david.nanus@lazard.com
david.paich@lazard.com
david.pizzimenti@lazard.com
deborah.kulisch@lazard.com
dennis.neveling@lazard.com
diane.gotham@lazard.com
diane.henesy@lazard.com
dong.han@lazard.com
dyke.benjamin@lazard.com
eduardo.costa@lazard.com
edward.ritchie@lazard.com
edward.rosenfeld@lazard.com
efrem.meretab@lazard.com
eileen.alexanderson@lazard.com
elaine.wang@lazard.com
elizabeth.moore@lazard.com

**Company & Corresponding Email Addresses**

emanuelle.corbin@lazard.fr
emerald.hunt@lazard.com
emily.finkelstein@lazard.com
erianna.khusainova@lazard.com
eric.colman@lazard.com
erik.mckee@lazard.com
eugene.krishnan@lazard.com
eugene.wu@lazard.com
fabienne.de.la.serre@lazard.fr
fabrice.bodinier@lazard.com
firstname.surname@lazard.com
floyd.greenwood@lazard.com
francois.de.saint-pierre@lazard.fr
francois.lavier@lazard.fr
francois.roudet@lazard.fr
frank.aiello@lazard.com
frank.catalano@lazard.com
frank.devine@lazard.com
gabrielle.boyle@lazard.com
gad.berdugo@lazard.com
ganesh.ramachand@lazard.com
gary.buesser@lazard.com
gene.chun@lazard.com
geok-heng.leow@lazard.com
georg.benes@lazard.com
george.grimbilas@lazard.com
george.humphreys@lazard.com
gnawi@lazard.com
gregg.o'neel@lazard.com
guillaume_chezaud@lazard.fr
henry.ho@lazard.com
hubert.parzecki@lazard.com
ian.smart@lazard.com
igino.beverini@lazard.com
irene.cheng@lazard.com
ishibashid@lazard.com
jack.d.obrien@lazard.com
jagatnarine.churaman@lazard.com
jai.jacob@lazard.com
james.batterman@lazard.com
james.donald@lazard.com
james.fernandes@lazard.com
james.garvey@lazard.com
james.martinos@lazard.com
james.o'grady@lazard.com
james.shore@lazard.com
james.tatera@lazard.com
janine.airey@lazard.com
jason.williams@lazard.com
jean.francois.cardinet@lazard.fr
jean-pierre_banzet@lazard.fr
jeffrey.clarke@lazard.com
jeffrey.kigner@lazard.com
jennifer.voitle@lazard.com

## Company & Corresponding Email Addresses

jeremy.taylor@lazard.com
jerry.liu@lazard.com
jessica.klein@lazard.com
jessica.rutledge@lazard.com
jim.o'grady@lazard.com
joe.cox@lazard.com
john.labadia@lazard.com
john.lee@lazard.com
john.reinsberg@lazard.com
john.riccardi@lazard.com
john.senesac@lazard.com
jonathan.mir@lazard.com
jonathan.morris@lazard.com
jonathan.overland@lazard.com
joseph.kulczuckj@lazard.com
joshua.kazdin@lazard.com
jrtutino@lazard.com
julien.sebban@lazard.fr
julien-pierre.nouen@lazard.fr
kalpesh.patel@lazard.com
kathleen.boatman@lazard.com
kathryn.acquafredda@lazard.com
kelly.fitzgerald@lazard.com
kelly.ward@lazard.com
ken.weiss@lazard.com
kendrick.wakeman@lazard.com
kevin.dinkel@lazard.com
kevin.matthews@lazard.com
kevin.o'hare@lazard.com
kim.tilley@lazard.com
kip.knelman@lazard.com
kit.boyatt@lazard.com
koni.tamratzi@lazard.com
kristian.gevert@lazard.com
kun.deng@lazard.com
kyle.waldhauer@lazard.com
laura.huxtable@lazard.com
laurie.jones@lazard.com
lee.hunt@lazard.com
lekkerkerkerd@lazard.com
louis.florentin-lee@lazard.com
louis_pestel@lazard.fr
louise.bulley@lazard.com
louise.hill@lazard.com
manda.damjanic@lazard.com
marina.leacock@lazard.com
mark.hanson@lazard.com
mark.lien@lazard.com
mark.little@lazard.com
mark.stuckelman@lazard.com
martin.moyes@lazard.com
maryellen.mccormack@lazard.com
matteo.lombardo@lazard.com
matthew.hart@lazard.com

**Company & Corresponding Email Addresses**

matthew.haynes@lazard.com
matthew.landy@lazard.com
matthieu_groues@lazard.fr
max.kaufmann@lazard.com
melissa.cook@lazard.com
meredith.ellis@lazard.com
michael.bennett@lazard.com
michael.debernardis@lazard.com
michael.fry@lazard.com
michael.johnson@lazard.com
michael.kennedy@lazard.com
michael.krenn@lazard.com
michael.per@lazard.com
michael.powers@lazard.com
michael.rome@lazard.com
michael.white@lazard.com
michael.yampei@lazard.com
michael.zhang@lazard.com
michel_ghazarian@lazard.fr
michel_lemouillec@lazard.fr
miles.shackley@lazard.com
ming.zhong@lazard.com
miriam.kim@lazard.com
mmeeting@lazard.com
monika.shrestha@lazard.com
muriel.alphen@lazard.fr
myla.cruz@lazard.com
natalie.engler@lazard.com
nathan.cockrell@lazard.com
nathan.paul@lazard.com
neal.doying@lazard.com
neil.eggins@lazard.com
neil.millar@lazard.com
neuwirthd@lazard.com
nicholas.bratt@lazard.com
nicholas.sordoni@lazard.com
nigel.barrett@lazard.com
nina.saglimbeni@lazard.com
noemail@lazard.fr
noh-joon.choo@lazard.com
oliver.ravey@lazard.fr
ozzie.frankel@lazard.com
pamela.fabi@lazard.com
pamela.fredericks@lazard.com
pat.biggers@lazard.com
patrice.labbe@lazard.fr
patricia.fan@lazard.com
patrick.fu@lazard.com
patrick.king@lazard.com
patrick.mullin@lazard.com
patrick.ryan@lazard.com
patxi.bente@lazard.fr
paul.deleon@lazard.com
paul.martins@lazard.com

**Company & Corresponding Email Addresses**

paul.moghtader@lazard.com
peter.hill@lazard.com
peter.hunsberger@lazard.com
peter.kashanek@lazard.com
peter.li@lazard.com
peter.nesvold@lazard.com
peter.tsu@lazard.com
prateek.pant@lazard.com
priscille.melandri@lazard.fr
rachel.feuer@lazard.com
rahwa.senay@lazard.com
ramone.smith@lazard.com
regis.begue@lazard.fr
rhett.brown@lazard.com
richard.chadderton@lazard.com
richard.hockings@lazard.com
richard.kowal@lazard.com
robert.arroyo@lazard.com
robert.failla@lazard.com
robert.johnson@lazard.com
robert.reffkin@lazard.com
robert.rowland@lazard.com
robin.jones@lazard.com
roderick.abad@lazard.com
rohit.chopra@lazard.com
ronald.saba@lazard.com
ronald.temple@lazard.com
rosalie.richichi@lazard.com
ruth.cefaratti@lazard.com
salvatore.sama@lazard.com
salwa_boussoukaya@lazard.fr
sam.gere@lazard.com
sanghoon.kim@lazard.com
sara.fischer@lazard.com
sarah.garvey@lazard.com
sasho.bogoevski@lazard.com
scott.barasch@lazard.com
sean.reynolds@lazard.com
shital.patel@lazard.com
siddharth.panjwani@lazard.com
silas.rodriguez@lazard.com
simon.bentley@lazard.com
simon.higgo@lazard.com
soren.bech@lazard.com
spiegels@lazard.com
sri.nadesan@lazard.com
stephen.mcguire@lazard.com
stephen.payne@lazard.com
stephen.scott@lazard.com
steuart.marshall@lazard.com
steve.marra@lazard.com
stevie.noh@lazard.com
susanne.willumsen@lazard.com
taras.ivanenko@lazard.com

## Company & Corresponding Email Addresses

taylor.mosley@lazard.com
ted.gillman@lazard.com
terese.wilke@lazard.com
terry.savage@lazard.com
thomas.brenier@lazard.fr
thomas.dzwil@lazard.com
thomas.miller@lazard.com
thomas.monico@lazard.com
timothy.settel@lazard.com
tj.vigliotta@lazard.com
tomas.tomasson@lazard.com
tony.willis@lazard.com
tram.bui@lazard.com
valerie.cho@lazard.com
vincent.kravec@lazard.com
waleed.alghanim@lazard.com
warren.wong@lazard.com
william.holzer@lazard.com
william.yip@lazard.com
yury.dubrovsky@lazard.com
yves_bazin_de_jessy@lazard.fr
zoe.chen@lazard.com

### l-bank

andreas.birk@l-bank.de
helmut.stermann@l-bank.de
stefan.tribull@l-bank.de
stephanie.heimerle@l-bank.de
sven.lautenschlaeger@l-bank.de
vanessa.werthwein@l-bank.de

### lbb

alexander.braun@lbb.de
alexandra.olberg@lbb.de
andre.opitz@lbb.de
andreas.wittenzellner@lbb.de
andrej.kollar@lbb.de
andrew.mitchell@lbb.de
ariadne.freymuth@lbb.lu
arjun.matthai@lbb.de
asad.ali@lbb.de
bodo.ziotkowski@lbb.de
christina.steffen@lbb.de
daniela.witkoski@lbb.de
dirk.dumuschat@lbb.de
frank.eisold@lbb.de
hardy.butt@lbb.de
hubertus.roll@lbb.de
jens.weissmann@lbb.de
johann.achard@lbb.de
kai.mlodzik@lbb.de
karsten.hesse@lbb.de
kersten.magdanz@lbb.de
markus.roser@lbb.lu
martin.koepke@lbb.de
michael.jacoby@lbb.de

**Company & Corresponding Email Addresses**

mireille.jansen@lbb.de
moritz.sell@lbb.de
nikolaus.wolfmeyer@lbb.de
oliver.kurzke@lbb.de
paul.sibianu@lbb.lu
rahim.rezigat@lbb.lu
rainer.saile@lbb.de
richard.cox@lbb.de
stephan.gliem@lbb.de
sven.belewitsch@lbb.de
sven.knobel@lbb.de
thibaud.valette@lbb.de
thilo.reichert@lbb.lu
thomas.kuehn@lbb.de
ulrich.vogel@lbb.de
walter.dahms@lbb.de
wolfgang.weiss@lbb.de
yvonne.lebowski@lbb.lu

**lbbw**

abs@lbbw.de
alexander.thuermer@lbbw.de
alexander.wiedenbach@lbbw.de
alexandra.bayer@lbbw.de
anastasios.agathagelidis@lbbw.de
andreas.burkhardt@lbbw.de
andreas.chorus@lbbw.de
anne.brooks-senftleben@lbbw.de
ariane.huget@lbbw.de
armin.wendel@lbbw.de
beatrix.bernauer@lbbw.de
bernd.litterst@lbbw.de
bert.schulte@lbbw.de
berthold.numeier@lbbw.de
berthold.veil@lbbw.de
bjoern.strauss@lbbw.de
boris.bindschaedel@lbbw.de
carmen.brusch@lbbw.de
christian.urbaczek@lbbw.de
christoph.weber@lbbw.de
christoph.zengerling@lbbw.de
claudia.diehm@lbbw.de
claudia.tischler@lbbw.de
claudio.corcione@lbbw.de
dagmar.kolaciak@lbbw.de
damian.wosnitzka@lbbw.de
daniel.hoffmann@lbbw.de
dieter.scheuermann@lbbw.de
dietmar.pasitsch@lbbw.de
dirk.portig@lbbw.de
elmar.foell@lbbw.de
emanuela.mossa@lbbw.de
eric.goerke@lbbw.de
eugine.yurist@lbbw.de
frank.huth@lbbw.de

**Company & Corresponding Email Addresses**

frank.neidert@lbbw.de
frederik.jessen@lbbw.de
frederik.plank@lbbw.de
gerald.link@lbbw.de
gerhard.berner@lbbw.de
gernot.griebling@lbbw.de
giovanni.totaro@lbbw.de
hans.strueder@lbbw.de
harald.mueller@lbbw.de
heiko.leschhorn@lbbw.de
heinz.merz@lbbw.de
helmut.osswald@lbbw.de
hjoerdis.bessen@lbbw.de
holger.mueller@lbbw.de
holger.wiesenberg@lbbw.de
horst.wittig@lbbw.de
ihle@lbbw.de
ingold.geist@lbbw.de
jan.hofmeister@lbbw.de
jan.krueger@lbbw.de
jan-alexander.posth@lbbw.de
joachim.spranger@lbbw.de
jochen.dittel@lbbw.de
joerg.ceh@lbbw.de
joerg.daiker@lbbw.de
joerg.huber@lbbw.de
jorge.dorta-monzo@lbbw.de
josef.kobler@lbbw.de
juergen.berg@lbbw.de
juergen.fischer@lbbw.de
juergen.griesbach@lbbw.de
juergen.groth@lbbw.de
juergen.neuner@lbbw.de
jutta.grimberger@lbbw.de
kathrin.mueller@lbbw.de
kerstin.reinsbach@lbbw.de
klaus.lederer@lbbw.de
kristina.schlett@lbbw.de
kurt.marquetant@lbbw.de
lian-lie.liem@lbbw.de
lorenzo.osimani@lbbw.de
maik.schulze@lbbw.de
marc.viswanatha@lbbw.de
marcel.bleser@lbbw.de
marina.gabriel@lbbw.de
marion.neumann@lbbw.de
markus.a.beck@lbbw.de
markus.cekan@lbbw.de
markus.janus@lbbw.de
markus.kaisig@lbbw.de
markus.vogt@lbbw.de
markus.wolf@lbbw.de
martha.masling@lbbw.de
martin.hellmich@lbbw.de

## Company & Corresponding Email Addresses

martin.hingst@lbbw.de
martin.kurhajec@lbbw.de
martin.schmidt@lbbw.de
matthias.bruckmeir@lbbw.de
matthias.neugebauer@lbbw.de
matthias.schiestl@lbbw.de
michael.brodbeck@lbbw.de
michael.conle@lbbw.de
michael.fritz@lbbw.de
michael.molline@lbbw.de
michael.schuh@lbbw.de
michael.strubel@lbbw.de
mirjam.fisel@lbbw.de
mohamed.el-morsalani@lbbw.de
nicola.hahn@lbbw.de
norbert.strozynski@lbbw.de
oliver.gerst@lbbw.de
peter.hecht@lbbw.de
peter.oellers@lbbw.de
proptrading@lbbw.de
ralf.boepple@lbbw.de
ralf.burmeister@lbbw.de
ralf.elmer@lbbw.de
reinhold.geissler@lbbw.de
rena.haynes@lbbw.de
rene.gorodsinsky@lbbw.de
roland.maier@lbbw.de
roland.pieper@lbbw.de
roland.wodo@lbbw.de
sarah.neher@lbbw.de
sascha.krebs@lbbw.de
sascha.mark@lbbw.de
stefan.bubeck@lbbw.de
stefan.meier@lbbw.de
stefan.wuerz@lbbw.de
steffen.quast@lbbw.de
stephan.feifer@lbbw.de
sylvia.neuner@lbbw.de
thilo.rossberg@lbbw.de
thomas.bauer@lbbw.de
thomas.dieterle@lbbw.de
thomas.ebel@lbbw.de
thomas.leidenberger@lbbw.de
thomas.lotterer@lbbw.de
thomas.paul@lbbw.de
thomas.schmidt@lbbw.de
thomas.vocke@lbbw.de
thorben.kremers@lbbw.de
timo.seiler@lbbw.de
tom.eich@lbbw.de
toni.dzaja@lbbw.de
torsten.zittlau@lbbw.de
ulrich.weiss@lbbw.de
ulrike.scheef@lbbw.de

## Company & Corresponding Email Addresses

ute.guendert@lbbw.de
ute.rosen@lbbw.de
uwe.metzinger@lbbw.de
uwe.nunn@lbbw.de
vanessa.moeske@lbbw.de
verena.rothmaier@lbbw.de
via hedwig.vohrer@lbbw.de
volker.hentschel@lbbw.de
volker.honold@lbbw.de
werner.besenfelder@lbbw.de
werner.seeliger@lbbw.de
wolfgang.conze@lbbw.de

### lbbw-am

christine.feller@lbbw-am.de
gunter.eckner@lbbw-am.de
harald.woelfle@lbbw-am.de
harry.schoett@lbbw-am.de
heinrich.siegmann@lbbw-am.de
helmut.bartsch@lbbw-am.de
ming.feng@lbbw-am.de
stephan.gscheidlen@lbbw-am.de

### lbbwie

dolores.flynn@lbbwie.com
louise.gough@lbbwie.com

### lbbwsg

edwin.chan@lbbwsg.com
hazel.sim@lbbwsg.com
lydia.kew@lbbwsg.com
mark.cranfield@lbbwsg.com
michael.hyde@lbbwsg.com
samantha.wong@lbbwsg.com
weekee.chong@lbbwsg.com

### lbbwuk

christina.moschou@lbbwuk.com
michael.fox@lbbwuk.com
robert.milton@lbbwuk.com
stefanie.ruf@lbbwuk.com
ulrike.kaes@lbbwuk.com

### lbbwus

david.caspar@lbbwus.com
joseph.russo@lbbwus.com
phil.rohdes@lbbwus.com
ralph.hallenborg@lbbwus.com
sandy.ng@lbbwus.com
timothy.walz@lbbwus.com

### lbfc

asciandra@lbfc.com
jmayesh@lbfc.com
jsorensen@lbfc.com

### lbfram

steve.glod@lbfram.lu

### lbsh-int

hanns.grad@lbsh-int.com
marc.clemens@lbsh-int.lu

## Company & Corresponding Email Addresses

ralf.ackermann@lbsh-int.com

### lbswiss

christian.elsener@lbswiss.ch
fabio.stuecheli@lbswiss.ch
felix.schmid@lbswiss.ch
narciso.grilli@lbswiss.ch
reto.rebmann@lbswiss.ch
samuel.mueller@lbswiss.ch

### lcfr

b.amiee@lcfr.co.uk
c.thomas@lcfr.co.uk
c.waldron@lcfr.co.uk
christophe.boulanger@lcfr.fr
d.altmann@lcfr.co.uk
j.kwon@lcfr.co.uk
j.pollard@lcfr.co.uk
m.nathanson@lcfr.co.uk
n.pugh@lcfr.co.uk
r.clifford@lcfr.co.uk
r.wilson@lcfr.co.uk
samuel.pinto@lcfr.fr
v.sadarangani@lcfr.co.uk

### ldn

david_manuel@ldn.com
i.nagashima@ldn.tr.mufg.jp
k.ihara@ldn.tr.mufg.jp
y.ando@ldn.tr.mufg.jp

### ldn_invesco

paul.rose@ldn_invesco.co.uk

### ldschurch

lowellkw@ldschurch.org

### lebldn

jinuk_kim@lebldn.co.uk

### ledyardbank

chris.ng@ledyardbank.com
connie.aldrich@ledyardbank.com
ed.taylor@ledyardbank.com
j.t.underwood@ledyardbank.com
jon.molesworth@ledyardbank.com
randy.haas@ledyardbank.com

### leehowes

karsten@leehowes.net

### leggmason

aagati@leggmason.com
abraghetta@leggmason.com
achristian@leggmason.com
ameudy@leggmason.com
amjuras@lmus.leggmason.com
amwinder@leggmason.com
astitt@leggmason.com
awen@leggmason.com
b.mcdonald@leggmason.co.uk
bcrailey@leggmason.com
bdmcgrath@leggmason.com

**Company & Corresponding Email Addresses**

bhmiller@leggmason.com
ccalderone@leggmason.com
ccoleman@leggmason.com
cgomezlopez@leggmason.com
crharvey@leggmason.com
dahawker@leggmason.com
dbvegh@leggmason.com
dchiu@leggmason.com
debetz@leggmason.com
dezito@leggmason.com
dfoard@leggmason.com
djbetz@leggmason.com
djmonks@leggmason.com
dkkafes@leggmason.com
dljohnson@leggmason.com
dmauro@leggmason.com
dmcorsetti@leggmason.com
dsempervive@lmus.leggmason.com
dshoffman@leggmason.com
dwright@leggmason.com
eakane@leggmason.com
eckiehne@leggmason.com
ecuriel@leggmason.com
edervisevic@leggmason.com
egercek@lmus.leggmason.com
egokgolkline@leggmason.com
etaber@leggmason.com
fcusumano@leggmason.com
fjjamison@leggmason.com
g.mcmanus@leggmason.co.uk
jadygan@lmus.leggmason.com
japarton@leggmason.com
jcinque@leggmason.com
jcountryman@leggmason.com
jdbateman@leggmason.com
jdesiderio@leggmason.com
jetrust@leggmason.com
jfhealy@leggmason.com
jgohara@leggmason.com
jhealy@leggmason.com
jhusain@leggmason.com
jllavin@leggmason.com
jmpohl@lmus.leggmason.com
jmtishman@leggmason.com
jpark@leggmason.com
jpfeketie@leggmason.com
jthalleron@lmus.leggmason.com
jtyolken@leggmason.com
jtzmitrovich@leggmason.com
kabel@leggmason.com
kabiancanelli@leggmason.com
kbmiller@leggmason.com
kjgraslewicz@leggmason.com
kozsolak@leggmason.com

**Company & Corresponding Email Addresses**

lbaltman@leggmason.com
lgellis@leggmason.com
lolszewski@leggmason.com
lpaone@leggmason.com
lpkatsafanas@leggmason.com
lrodriguezrizzolo@leggmason.com
lvitti@leggmason.com
mcmitsoff@lmus.leggmason.com
mdbailey@leggmason.com
meconnell@leggmason.com
mehiranobe@lmus.leggmason.com
mjwalters@leggmason.com
morrison@leggmason.com
msscherer@leggmason.com
nribaslequerica@lmus.leggmason.com
pagreen@leggmason.com
pdmcdonough@leggmason.com
pespinosa@leggmason.com
pjyakim@leggmason.com
prphillips@leggmason.com
rcabrera@leggmason.com
rcripps@leggmason.com
rddirossi@leggmason.com
relundelius@lmus.leggmason.com
rhimelfarb@leggmason.com
rlbyrne@leggmason.com
rmvaheesan@leggmason.com
rprocopio@lmus.leggmason.com
rrice@leggmason.com
rskloff@leggmason.com
rxkennedy@leggmason.com
sberzon@leggmason.com
sholt@leggmason.com
sjrichter@leggmason.com
sjritcher@leggmason.com
smhorrigan@leggmason.com
srpierce@lmus.leggmason.com
strohme@leggmason.com
tbdolan@leggmason.com
tboffa@leggmason.com
tcjones@leggmason.com
tgojani@leggmason.com
tjbrodeur@lmus.leggmason.com
tmcgann@leggmason.com
tmcgurkin@leggmason.com
vmschwatka@leggmason.com
wnrivel@leggmason.com
xchang@lmus.leggmason.com
xcrank@leggmason.com
zdemiri@leggmason.com

**leggmasoncanada**
phoran@leggmasoncanada.com

**leggmasoninvestors**
a.durkin@leggmasoninvestors.com

**Company & Corresponding Email Addresses**

j.knight@leggmasoninvestors.com
n.massie@leggmasoninvestors.com
r.neill@leggmasoninvestors.com
t.french@leggmasoninvestors.com

**leggmson**

mrdebovis@leggmson.com

**legrand**

francois.poisson@legrand.fr
gilles.schnepp@legrand.fr
pierre.meyer@legrand.fr

**lehman**

aatash.shah@lehman.com
agoyal@lehman.com
ajay.abrol@lehman.com
akagi@lehman.com
akane.nonoguchi@lehman.com
alyukov@lehman.com
annamarta.petrilli@lehman.com
annash@lehman.com
anweinbe@lehman.com
aperepel@lehman.com
aperepl@lehman.com
arudge@lehman.com
asia_conn_svc@lehman.com
balraj.bassi@lehman.com
bbest@lehman.com
bowen@lehman.com
bphelps@lehman.com
bras_service@lehman.com
bruggraber@lehman.com
bsummers@lehman.com
catherine.hauptfuhrer@lehman.com
centralenginetraders@lehman.com
cesar.gonzalez@lehman.com
cgardella@lehman.com
chad.smith@lehman.com
chiyoung.kwon@lehman.com
chris.lawrence@lehman.com
christy.wang@lehman.com
colin.macleod@lehman.com
damien.carde@lehman.com
daria.kozlova@lehman.com
david.cohana@lehman.com
david.l.speyer@lehman.com
dgreen@lehman.com
dpardon@lehman.com
elaine.choo@lehman.com
epmgdl@exeulon.lehman.com
epopova@lehman.com
epsteam@lehman.com
eqtpmg@lehman.com
etradesupport@lehman.com
fantezan@lehman.com
fcsg@lehman.com

**Company & Corresponding Email Addresses**

fjsbvdvjd@lehman.com
flora.wang@lehman.com
fmelhem@lehman.com
fperez@lehman.com
gfet@lehman.com
gglass@lehman.com
ghenkel@lehman.com
glgservicegroup@lehman.com
glilienf@lehman.com
globalfuturesdesk@lehman.com
globalfuturesservice@lehman.com
gsnyder@lehman.com
gvolpe@lehman.com
hiroki.takatori@lehman.com
ilowitt@lehman.com
index_feedback@lehman.com
jaday@lehman.com
jae.choi@lehman.com
jamato@lehman.com
james.oakley@lehman.com
jchandy@lehman.com
jdyer@lehman.com
jechung@lehman.com
jeffrey.roberts@lehman.com
jenair@lehman.com
jfarago@lehman.com
jgelb@lehman.com
jgoldber@lehman.com
jmangan@lehman.com
jmounce@lehman.com
john.abendroth@lehman.com
jonathan.fischer@lehman.com
joonsong.kim@lehman.com
joseph.quirk@lehman.com
julie.hale@lehman.com
junko.tsuruoka@lehman.com
jwoo@lehman.com
kapil.jain@lehman.com
kazuyoshi.mashio@lehman.com
keenis.ho@lehman.com
kelvin.wong@lehman.com
kgill@lehman.com
kshitij.gill@lehman.com
kunihiro.manabe@lehman.com
lehman@lehman.com
lkorn@lehman.com
lori.zuhoski@lehman.com
ltsang@lehman.com
lv.hang@lehman.com
lyglesia@lehman.com
machiko.ichikawa@lehman.com
marc.field@lehman.com
mark.yoon@lehman.com
masako.azuma@lehman.com

**Company & Corresponding Email Addresses**

maskawad@lehman.com
mburroug@lehman.com
mcecil@lehman.com
michela.carabelli@lehman.com
mmunim@lehman.com
molly.carleton@lehman.com
mschoene@lehman.com
mwharry@lehman.com
nadia.seemuth@lehman.com
nathan.engelhard@lehman.com
neil.mcclements@lehman.com
new@lehman.com
nick.haley@lehman.com
nkapoor@lehman.com
no-email@lehman.com
norbert.metz@lehman.com
nyfuturesservice@lehman.com
padraper@lehman.com
paul.cavey@lehman.com
peter.welford@lehman.com
pierpaolo.deflaviis@lehman.com
pnorr@lehman.com
pointhelp@lehman.com
ptrill@lehman.com
raarora@lehman.com
rahulg@lehman.com
rajan.arora@lehman.com
ranjeet.guptara@lehman.com
ranthony@lehman.com
rborina@lehman.com
rmeo@lehman.com
ronakan@lehman.com
rubin.savio@lehman.com
rutuza.arya@lehman.com
rwolfe@lehman.com
ryan.polisi@lehman.com
sangwan.kang@lehman.com
sankara@lehman.com
sarah.kline@lehman.com
scachetti@lehman.com
sheryl.hughes@lehman.com
shin.kasahara@lehman.com
sisak@lehman.com
smorjari@lehman.com
sregli@lehman.com
srod@lehman.com
stanley.yang@lehman.com
stephen.cheng@lehman.com
steve.moeller@lehman.com
stuart.peck@lehman.com
swmok@lehman.com
tactical&risktrading@lehman.com
tempac@lehman.com
test@lehman.com

## Company & Corresponding Email Addresses

tigeroptionusers@lehman.com
tihowe@lehman.com
tnielsen@lehman.com
todd.fletcher@lehman.com
tokyoprogramtrading@lehman.com
vekrishn@lehman.com
vuk.kalezic@lehman.com
wansun.park@lehman.com
wfan@lehman.com
xiao.ning@lehman.com
xyz@lehman.com
yday@lehman.com
ykalinov@lehman.com
yliu@lehman.com
yohsuke.morikawa@lehman.com
yosuke@lehman.com
yusong@lehman.com

### lehmantest
gferrari@lehmantest.com

### lendleaserei
jneisler@lendleaserei.com

### leonia
heidi.haili@leonia.com
marten.hagstrom@leonia.fi
pekka.toivonen@leonia.fi
riitta.salonen@leonia.fi

### leopoldjoseph
aking@leopoldjoseph.com
asomers@leopoldjoseph.com
nfallon@leopoldjoseph.com
rfleming@leopoldjoseph.com

### lepercq
ngudu@lepercq.com

### leu
roman.kurmann@leu.com
sandro.dittli@leu.com
stefan.loeffler@leu.com

### leumi
aseewald@leumi.ch
capmark@leumi.ch
emeir@leumi.ch
jgillioz@leumi.ch
mshimony@leumi.ch
ogavish@leumi.ch
patrick.leitienne@leumi.lu
patrick.thoma@leumi.ch
yreuven@leumi.ch

### leumiusa
cathy.riveragrima@leumiusa.com
haim.sion@leumiusa.com
john.cusack@leumiusa.com
michael.maiorana@leumiusa.com
stephanie.kao@leumiusa.com

### leven

## Company & Corresponding Email Addresses

bjacquot@gestion.leven.com
vlance@gestion.leven.com

### levi

blee2@levi.com
gintemann@levi.com
jmaurer@levi.com
mridgway@levi.com
ssiefkas@levi.com
uscashdesk@levi.com
vfong@levi.com

### lexmark

jean.bertrand@lexmark.ch

### lf

hakimoto@lf.mufg.jp
kyagihasi@lf.mufg.jp
murisaka@lf.mufg.jp
shongou@lf.mufg.jp

### lfg

blclements@lfg.com
perfgroup@lfg.com
ron.ahluwalia@lfg.com

### lfm-ag

eerni@lfm-ag.ch

### lgamerica

dlove@lgamerica.com

### lgfrance

glaumond@lgfrance.com
jxwaechter@lgfrance.com
mlacroix@lgfrance.com

### lgim

abdul.kazi@lgim.co.uk
abimbola.daramola@lgim.co.uk
adam.holmes@lgim.co.uk
alan.booker@lgim.co.uk
alan.siu@lgim.co.uk
alec.farley@lgim.co.uk
alec.salmon@lgim.co.uk
alex.booth@lgim.co.uk
alex.giles@lgim.co.uk
alex.hooper-greenhill@lgim.co.uk
alex.stephen@lgim.co.uk
alia.baig@lgim.co.uk
alistair.hassard@lgim.co.uk
andrew.edmondson@lgim.co.uk
andrew.nagele@lgim.co.uk
andy.banks@lgim.co.uk
anton.eser@lgim.co.uk
antoni.forgues@lgim.co.uk
avinash.gupta@lgim.co.uk
ben.bennett@lgim.co.uk
ben.cleavely@lgim.co.uk
ben.edwards@lgim.co.uk
ben.franklin@lgim.co.uk
ben.white@lgim.co.uk

## Company & Corresponding Email Addresses

bernadette.o'brien@lgim.co.uk
bob.hiebert@lgim.co.uk
brenda.walker@lgim.co.uk
catherine.simmonds@lgim.co.uk
chris.hatry@lgim.co.uk
chris.skelton@lgim.co.uk
christophe.tamet@lgim.co.uk
christopher.hansen@lgim.co.uk
claire.adams@lgim.co.uk
crosley.stokes@lgim.co.uk
dale.brooksbank@lgim.co.uk
daniel.king@lgim.co.uk
david.carton@lgim.co.uk
david.johnson@lgim.co.uk
david.knutson@lgim.co.uk
david.nirtaut@lgim.co.uk
david.north@lgim.co.uk
david.riddle@lgim.co.uk
david.tyler@lgim.co.uk
derek.campbell@lgim.co.uk
donald.tosh@lgim.co.uk
douglas.mervyn@lgim.co.uk
drali.toutounchi@lgim.co.uk
edward.moore@lgim.co.uk
fahad.hassan@lgim.co.uk
george.rodzki@lgim.co.uk
graham.moles@lgim.co.uk
graham.taylor@lgim.co.uk
greg.lightfoot@lgim.co.uk
harjinder.bihal@lgim.co.uk
helen.donald@lgim.co.uk
helen.long@lgim.co.uk
helen.stuart@lgim.co.uk
ian.clarke@lgim.co.uk
ian.hutchinson@lgim.co.uk
ida.karymy@lgim.co.uk
james.fell@lgim.co.uk
james.michie@lgim.co.uk
james.oatham@lgim.co.uk
james.revere@lgim.co.uk
jason.forster@lgim.co.uk
jeff.coil@lgim.co.uk
jennifer.cawley@lgim.co.uk
jennifer.moore@lgim.co.uk
joanne.parfrey@lgim.co.uk
joe.tomczak@lgim.co.uk
john.bender@lgim.co.uk
john.milner@lgim.co.uk
john.mowat@lgim.co.uk
john.mowatt@lgim.co.uk
john.tickle@lgim.co.uk
john.wherton@lgim.co.uk
jonathan.cloke@lgim.co.uk
jonathan.tricker@lgim.co.uk

## Company & Corresponding Email Addresses

josh.mastin@lgim.co.uk
julian.harding@lgim.co.uk
julien.houdain@lgim.co.uk
kahung.cheung@lgim.co.uk
katherine.barker@lgim.co.uk
keeley.hurst@lgim.co.uk
keith.bewsey@lgim.co.uk
keith.ellan@lgim.co.uk
kelly.spiteri@lgim.co.uk
kerrigan.procter@lgim.co.uk
kevin.barry@lgim.co.uk
kevin.chessum@lgim.co.uk
lloyd.branford@lgim.co.uk
malcolm.white@lgim.co.uk
marianne.weller@lgim.co.uk
mark.burgess@lgim.co.uk
mark.creedy@lgim.co.uk
mary.mccave@lgim.co.uk
matt.fletcher@lgim.co.uk
matt.peasey@lgim.co.uk
matthew.evans@lgim.co.uk
matthew.fletcher@lgim.co.uk
matthew.whitehurst@lgim.co.uk
melanie.jenner@lgim.co.uk
meuryn.iorwerth@lgim.co.uk
michelle.lawrence@lgim.co.uk
miriam.ortiz@lgim.co.uk
neil.higgins@lgim.co.uk
neil.newbery@lgim.co.uk
nicholas.lankester@lgim.co.uk
nigel.holland@lgim.co.uk
nisha.khiroya@lgim.co.uk
oliver.neal@lgim.co.uk
patrick.ryan-dolan@lgim.co.uk
patrick.vogel@lgim.co.uk
paul.bremeyer@lgim.co.uk
paul.cottee@lgim.co.uk
paul.hilsley@lgim.co.uk
paul.milsom@lgim.co.uk
peter.friel@lgim.co.uk
phil.bayliss@lgim.co.uk
phil.march@lgim.co.uk
philip.hunter@lgim.co.uk
raju.jobanputra@lgim.co.uk
remi.vullierme-perrier@lgim.co.uk
richard.black@lgim.co.uk
richard.cambridge@lgim.co.uk
richard.hodges@lgim.co.uk
richard.penny@lgim.co.uk
richard.stevens@lgim.co.uk
robert.barnard-smith@lgim.co.uk
robert.churchlow@lgim.co.uk
roderick.lewis@lgim.co.uk
roger.bartley@lgim.co.uk

**Company & Corresponding Email Addresses**

roger.ward@lgim.co.uk
sabrine.waismann@lgim.co.uk
sandra.mcneillie@lgim.co.uk
sarah.renshaw@lgim.co.uk
scott.chandler@lgim.co.uk
sebastien.faucher@lgim.co.uk
shadi.sarhangpour@lgim.co.uk
shalin.bhagwan@lgim.co.uk
simon.wilkinson@lgim.co.uk
steve.heath@lgim.co.uk
steven.boreham@lgim.co.uk
steven.jerrit@lgim.co.uk
steven.phillips@lgim.co.uk
tim.beaven@lgim.co.uk
tim.breedon@lgim.co.uk
tim.hurst@lgim.co.uk
tim.mann@lgim.co.uk
tom.carr@lgim.co.uk
torben.cattley@lgim.co.uk
victoria.greenwood@lgim.co.uk
victoria.johnstone@lgim.co.uk
vishal.sharma@lgim.co.uk
wesley.ferriman@lgim.co.uk
zach.chaudry@lgim.co.uk
zeynep.korzay@lgim.co.uk

**lgt**

andre.lagger@lgt.com
carolin.laterner@lgt.com
chizuru.schatzmann@lgt.com
claudia.brunhart@lgt.com
daniel.borer@lgt.com
daniel.kieber@lgt.com
daniel.langenegger@lgt.com
daniel.moerler@lgt.com
daniel.schawalder@lgt.com
daniel.vonallmen@lgt.com
daniele.polverino@lgt.com
dietmar.studer@lgt.com
gerard.mannes@lgt.com
helmut.allgaeuer@lgt.com
helmut.buechel@lgt.com
josef.ruettimann@lgt.com
juerg.mannhart@lgt.com
kai.chan@lgt.com
karin.good@lgt.com
karlheinz.gfall@lgt.com
kenneth.hau@lgt.com
kim.lau@lgt.com
kurt.luttenauer@lgt.com
lorenz.pfiffner@lgt.com
mamert.risch@lgt.com
marcel.schnyder@lgt.com
martin.beck@lgt.com
michael.hasler@lgt.com

## Company & Corresponding Email Addresses

michael.rohner@lgt.com
michel.gallo@lgt.com
oliver.guenter@lgt.com
paul.goeldi@lgt.com
peter.sulser@lgt.com
petra.luedecke@lgt.com
philipp.liechtenstein@lgt.com
rene.kolb@lgt.com
sammy.cheung@lgt.com
sven.oesch@lgt.com
thomas.geel@lgt.com
thomas.giger@lgt.com
thomas.hutter@lgt.com
thomas.semadeni@lgt.com
urban.bleisch@lgt.com
volker.hergert@lgt.com
werner.buschor@lgt.com

### lhi
scherrer@lhi.ch

### lia-assetmanagement
c.ewen@lia-assetmanagement.lu
c.hirtzig@lia-assetmanagement.lu
c.stronck@lia-assetmanagement.lu
c.walter@lia-assetmanagement.lu
l.neuberg@lia-assetmanagement.lu
m.schmit@lia-assetmanagement.lu
p.perrault@lia-assetmanagement.lu

### lia-asssetmanagement
claude.ewem@lia-asssetmanagement.lu

### lib
aberliant@lib.com
akoch@lib.com
awinn@lib.com
bchang@lib.com
bmitchell@lib.com
breifler@lib.com
gjohnson@lib.com
gmonserrat@lib.com
hfrench@lib.com
hhayssen@lib.com
jdaniszewski@lib.com
mbaran@lib.com
mmeyer@lib.com
pdersark@lib.com
pdersarkisian@lib.com
pisenberg@lib.com
rflorez@lib.com
ryeung@lib.com
sbartley@lib.com
slenzi@lib.com
sperrier@lib.com
sveluz@lib.com
tcoyle@lib.com

### libero

**Company & Corresponding Email Addresses**

margiotta.bppb@libero.it
sandrodidio@libero.it

**liberty**
craig.peters@liberty.co.za

**libertyaam**
ejolliet@libertyaam.ch

**liberty-bank**
kdoucette@liberty-bank.com

**libertyiew**
rxk@libertyview.com

**libertymutual**
allen.hartt@libertymutual.com
anastassia.ivanenko@libertymutual.com
charles.metros@libertymutual.com
james.jakobek@libertymutual.com
megan.stuart@libertymutual.com
paul.wiencek@libertymutual.com
robert.oneil@libertymutual.com
ross.dillon@libertymutual.com
steven.sentler@libertymutual.com
steven.zagoren@libertymutual.com

**libertysavingsbank**
jack.powell@libertysavingsbank.com
jeff.luttrell@libertysavingsbank.com
sue.kranjc@libertysavingsbank.com
tony.massara@libertysavingsbank.com

**liberty-surf**
benoit.chambonnet@liberty-surf.fr

**libertyview**
ameyer@libertyview.com
bmachale@libertyview.com
cgwon@libertyview.com
ghartigan@libertyview.com
gsmedberg@libertyview.com
jmeyer@libertyview.com
kklegar@libertyview.com
mbei@libertyview.com
rfranzese@libertyview.com
rhay@libertyview.com
rhutton@libertyview.com
rjr@libertyview.com
rmeckler@libertyview.com
rross@libertyview.com
skornreich@libertyview.com
thunter@libertyview.com

**libfungrp**
jward@libfungrp.com

**liebherr**
francois.lehmann@lts.liebherr.com

**lifescap**
rmolloy@lifescap.com

**linc**
pchasey@linc.com

**lincap**

**Company & Corresponding Email Addresses**

abenjamin@lincap.com
ajohnson@lincap.com
aknowles@lincap.com
bmcmahon@lincap.com
csedlak@lincap.com
darneth@lincap.com
dbrown@lincap.com
dsanchez@lincap.com
dweeks@lincap.com
eogan@lincap.com
jcallet@lincap.com
jcroghan@lincap.com
jhoran@lincap.com
jhromco@lincap.com
jnicholson@lincap.com
jsmith@lincap.com
jsullivan@lincap.com
kkwan@lincap.com
kmeyer@lincap.com
kmurray@lincap.com
krakociova@lincap.com
mfarmer@lincap.com
mrupp@lincap.com
pcastanoli@lincap.com
phall@lincap.com
rcovode@lincap.com
rknee@lincap.com
rlang@lincap.co
ropferman@lincap.com
rschneider@lincap.com
rshelly@lincap.com
sflahert@lincap.com
shanley@lincap.com
sshabazz@lincap.com
ssundaram@lincap.com
tbardas@lincap.com
tcarroll@lincap.com
tgage@lincap.com
tmcevilly@lincap.com
toreilly@lincap.com
tubben@lincap.com

**lincolnuk**
bill.murfett@lincolnuk.co.uk
**lindseltrain**
michel@lindseltrain.com
**lineq**
cjohns@lineq.com
jolack@lineq.com
mperon@lineq.com
**linet**
adj@linet.ie
**lionhart**
adela.konomi@lionhart.net
barry.mcquain@lionhart.net

## Company & Corresponding Email Addresses

charles.day@lionhart.co.uk
chuck.kuczynksi@lionhart.net
esther.williams@lionhart.net
gaile.gong@lionhart.net
geoffrey.geis@lionhart.net
jason.kennard@lionhart.net
joey.sams@lionhart.net
mandy.anger@lionhart.net
mike.bailey@lionhart.net
neill.ebers@lionhart.net
peter.winkle@lionhart.net
rene.devilliers@lionhart.net
richard.howorth@lionhart.net
richard.ma@lionhart.net
robert.vergara@lionhart.nct
terry.duffy@lionhart.net
walter.reich@lionhart.net

**lionhartasia**
david.bailey@lionhartasia.net
gary.hopkins@lionhartasia.net
simon.quirke@lionhartasia.net
william.hart@lionhartasia.net

**lionhartusa**
bob.haviland@lionhartusa.net
bruce.nicholson@lionhartusa.net
chris.bruner@lionhartusa.net
dan.reed@lionhartusa.net
jimmy@lionhartusa.net
tom.scanlan@lionhartusa.net

**lionheartusa**
scott.appleton@lionheartusa.net

**lionmts**
abillah@lionmts.com

**lionsgatecap**
bcrawford@lionsgatecap.com
cnisbet@lionsgatecap.com
mcorcoran@lionsgatecap.com
mnangan@lionsgatecap.com
tcorcoran@lionsgatecap.com
vnalluri@lionsgatecap.com

**list**
kepresearch@list.lbb.de

**litchcap**
gilelliot@litchcap.com
mrose@litchcap.com
pwestmoreland@litchcap.com
scottulm@litchcap.com

**litchfield-advisors**
oleg.sozonoff@litchfield-advisors.eu

**litchfieldcapital**
bolsen@litchfieldcapital.com
cyonker@litchfieldcapital.com
dtorbin@litchfieldcapital.com
efoden@litchfieldcapital.com

## Company & Corresponding Email Addresses

fshahrabani@litchfieldcapital.com
gyonker@litchfieldcapital.com
hhirani@litchfieldcapital.com
lsavage@litchfieldcapital.com
mbreier@litchfieldcapital.com
minnaimo@litchfieldcapital.com
pbrian@litchfieldcapital.com
twendorff@litchfieldcapital.com

### ljbank
david.yoder@ljbank.com
lynn.hein@ljbank.com

### ljpc
andrew.wiseman@ljpc.com

### ljr
gblatz@ljr.com

### lkcm
amarshall@lkcm.com
bcowan@lkcm.com
bcrumley@lkcm.com
buhlemeyer@lkcm.com
cbennett@lkcm.com
chorsch@lkcm.com
cyost@lkcm.com
ddowler@lkcm.com
dlehmann@lkcm.com
gwalsh@lkcm.com
intern@lkcm.com
jbrownfield@lkcm.com
jdeweese@lkcm.com
jkerrigan@lkcm.com
jmaynard@lkcm.com
jorser@lkcm.com
koldham@lkcm.com
lking@lkcm.com
lschrimp@lkcm.com
mjohnson@lkcm.com
mking@lkcm.com
myeager@lkcm.com
pgreenwell@lkcm.com
rholt@lkcm.com
shollmann@lkcm.com
spurvis@lkcm.com
tcruz@lkcm.com
tkroutil@lkcm.com
ttruitt@lkcm.com
vlamb@lkcm.com
vmelashenko@lkcm.com

### llb
beat.zellweger@llb.li
christian.bitterwolf@llb.li
ferdi.beck@llb.li
michael.ritter@llb.li
peter.marxer@llb.li
renato.frick@llb.li

## Company & Corresponding Email Addresses

roland.matt@llb.li
stephan.schneider@llb.li
thomas.wanger@llb.li

### llb-ip
gerold.kuehne@llb-ip.li
karlheinz.gfall@llb-ip.li
leonie.gehler@llb-ip.li
markus.falk@llb-ip.li
markus.wiedemann@llb-ip.li
mauro.pedrazzini@llb-ip.li

### llbw
jakob.bothmann@llbw.de

### llic
dkelsey@llic.com
gwilliams@llic.com
jpoxon@llic.com

### llodstsb
jonathan.davies@llodstsb.co.uk

### lloyadriatico
di_biagm@lloyadriatico.it

### lloydadriatico
canovam@lloydadriatico.it
cisottog@lloydadriatico.it
la_fatas@lloydadriatico.it
narderd@lloydadriatico.it
novacom@lloydadriatico.it
zigantes@lloydadriatico.it

### lloyds
jim.hamil@lloyds.co.uk

### lloydsbank
adel.azneh@lloydsbank.ch
andy.roelli@lloydsbank.ch
annecelin.chenu@lloydsbank.ch
antoine.courvoisier@lloydsbank.ch
bernard.gaughran@lloydsbank.ch
bernd.adam@lloydsbank.ch
bonds.tas@lloydsbank.ch
brice.mari@lloydsbank.ch
cedric.ney@lloydsbank.ch
christian.schweizer@lloydsbank.ch
denis.periat@lloydsbank.ch
didier.michoud@lloydsbank.ch
eric.odermatt@lloydsbank.ch
gabriela.zimmermann@lloydsbank.ch
george.lo@lloydsbank.ch
heinz.muehlebach@lloydsbank.ch
igor.pozdniakov@lloydsbank.ch
jean-claude.fracheboud@lloydsbank.ch
jean-francois.dreyfus@lloydsbank.ch
jeremy.turner@lloydsbank.ch
juan.devinck@lloydsbank.ch
loredana.exbrayat@lloydsbank.ch
loredana.paganelli@lloydsbank.ch
lucas.stieger@lloydsbank.ch

**Company & Corresponding Email Addresses**

marc.barbe@lloydsbank.ch
marc.defilippi@lloydsbank.ch
marc.munz@lloydsbank.ch
marina.liotta@lloydsbank.ch
martin.wintermantel@lloydsbank.ch
mary.kleckner@lloydsbank.ch
michael.bauen@lloydsbank.ch
patrick.mertenat@lloydsbank.ch
philippe.sala@lloydsbank.ch
pierre-yves.hofer@lloydsbank.ch
rolf.scheffer@lloydsbank.ch
sebastien.gentizon@lloydsbank.ch
stefano.bleve@lloydsbank.ch
vincent.schirinzi@lloydsbank.ch
yves.hastert@lloydsbank.ch

**lloydsbautolease**

julie.mcchesney@lloydsbautolease.co.uk

**lloydstsb**

adam.howard@lloydstsb.co.uk
adrian.hill@lloydstsb.co.uk
alan.hardy@lloydstsb.co.uk
alexander.pietruska@lloydstsb.co.uk
alisdair.creanor@lloydstsb.co.uk
andrew.thompson@lloydstsb.co.uk
andrew.wood@lloydstsb.co.uk
andy.cumming@lloydstsb.co.uk
annabel.murday@lloydstsb.co.uk
ashish.misra@lloydstsb.co.uk
aubrey.simpson-orlebar@lloydstsb.co.uk
avril.marmion@lloydstsb.co.uk
brenda.trenowden@lloydstsb.co.uk
brian.brown@lloydstsb.co.uk
brian.percival@lloydstsb.co.uk
caley.lim@lloydstsb.co.uk
carol.sargent@lloydstsb.co.uk
christina.zausner@lloydstsb.co.uk
colin.paton@lloydstsb.co.uk
dan.lustig@lloydstsb.co.uk
daniel.james@lloydstsb.co.uk
danny.overeem@lloydstsb.co.uk
darren.vincent@lloydstsb.co.uk
david.brealey@lloydstsb.co.uk
david.hinton@lloydstsb.co.uk
david.pritchard@lloydstsb.co.uk
david.whiteley@lloydstsb.co.uk
diana.brightmore-armour@lloydstsb.co.uk
diana.honey@lloydstsb.co.uk
dushy.puvanendrampillai@lloydstsb.co.uk
edward.baker@lloydstsb.co.uk
emma.jones@lloydstsb.co.uk
erica.tomlin@lloydstsb.co.uk
erika.vlug@lloydstsb.co.uk
eva.dolleman@lloydstsb.co.uk
gareth.thomas3@lloydstsb.co.uk

## Company & Corresponding Email Addresses

gavin.wilson1@lloydstsb.co.uk
giles.adams@lloydstsb.co.uk
gosia.donaldson@lloydstsb.co.uk
graham.forster@lloydstsb.co.uk
graham.taylor@lloydstsb.co.uk
graham.williams3@lloydstsb.co.uk
grant.harrison@lloydstsb.co.uk
greg.vaughn@lloydstsb.co.uk
hani.zahdeh@lloydstsb.co.uk
hienhao.hoang@lloydstsb.co.uk
ian.fitzgerald@lloydstsb.co.uk
ivelina.nilsson@lloydstsb.co.uk
james.rudd@lloydstsb.co.uk
jamie.choi@lloydstsb.co.uk
joe.thompson@lloydstsb.co.uk
joerg.drischel@lloydstsb.co.uk
john.curry@lloydstsb.co.uk
john.dawe@lloydstsb.co.uk
john.nicholl@lloydstsb.co.uk
john.o'connell@lloydstsb.co.uk
john.slatter@lloydstsb.co.uk
jon.m.herbert@lloydstsb.co.uk
jonathan.moorhouse@lloydstsb.co.uk
jonathan.parry-jones@lloydstsb.co.uk
jonathan.sebag@lloydstsb.co.uk
julienne.daglish@lloydstsb.co.uk
kate.birchall@lloydstsb.co.uk
kate.grant@lloydstsb.co.uk
kate.jordan@lloydstsb.co.uk
laura.vandijk@lloydstsb.co.uk
lesley.borley@lloydstsb.co.uk
lesley.cook@lloydstsb.co.uk
marc.comasky@lloydstsb.co.uk
marc.escott@lloydstsb.co.uk
marcus.coverdale@lloydstsb.co.uk
mark.preston@lloydstsb.co.uk
mark.thatcher@lloydstsb.co.uk
mary.kiernan@lloydstsb.co.uk
maya.shah@lloydstsb.co.uk
michael.pfaue@lloydstsb.co.uk
michael.timmins@lloydstsb.co.uk
mick.o'connor@lloydstsb.co.uk
mike.smith2@lloydstsb.co.uk
monica.devries@lloydstsb.co.uk
nicholas.hodson@lloydstsb.co.uk
nigel.holt2@lloydstsb.co.uk
nigel.walshe@lloydstsb.co.uk
nikesh.sawjani@lloydstsb.co.uk
osanna.ho@lloydstsb.co.uk
patrick.foley@lloydstsb.co.uk
paul.lewitt@lloydstsb.co.uk
paul.mccarthy@lloydstsb.co.uk
paul.taylor@lloydstsb.co.uk
paul.wylie@lloydstsb.co.uk

**Company & Corresponding Email Addresses**

peter.herbert@lloydstsb.co.uk
peter.kernick@lloydstsb.co.uk
peter.shepherd@lloydstsb.co.uk
philip.riddell@lloydstsb.co.uk
phillip.dransfied@lloydstsb.co.uk
ramesh.parmar@lloydstsb.co.uk
reinald.demonchy@lloydstsb.co.uk
richard.askey@lloydstsb.co.uk
richard.beadsworth@lloydstsb.co.uk
richard.campbell@lloydstsb.co.uk
richard.goldthorpe@lloydstsb.co.uk
richard.grasset@lloydstsb.co.uk
richard.keys@lloydstsb.co.uk
richard.read@lloydstsb.co.uk
richard.sanderson@lloydstsb.co.uk
robert.pierce@lloydstsb.co.uk
roger.seggins@lloydstsb.co.uk
sarah.fawcett2@lloydstsb.co.uk
scot.morton@lloydstsb.co.uk
sebastian.colabella@lloydstsb.co.uk
severine.meunier@lloydstsb.co.uk
sharan.pasricha@lloydstsb.co.uk
sharon.balchin@lloydstsb.co.uk
sheryl.hawkins@lloydstsb.co.uk
simon.duerden@lloydstsb.co.uk
simon.miller@lloydstsb.co.uk
simon.penniston@lloydstsb.co.uk
sohil.mody@lloydstsb.co.uk
stephen.kimber@lloydstsb.co.uk
steve.bullock@lloydstsb.co.uk
steve.williamson@lloydstsb.co.uk
steven.huang@lloydstsb.co.uk
sue.hingley@lloydstsb.co.uk
sumeet.pillai@lloydstsb.co.uk
susanne.patterson@lloydstsb.co.uk
suzy.margretts@lloydstsb.co.uk
tahir.bhinji@lloydstsb.co.uk
tamlyn.nall@lloydstsb.co.uk
thomas.chellew@lloydstsb.co.uk
thomas.dissen@lloydstsb.co.uk
thomas.saltiel@lloydstsb.co.uk
tim.saigol@lloydstsb.co.uk
tim.woods@lloydstsb.co.uk
truett.tate@lloydstsb.co.uk
yousef.shokrai@lloydstsb.co.uk
yuvraj.narayan@lloydstsb.co.uk

**lloydstsb-offshore**
hutchij@lloydstsb-offshore.com
pvtbanking@lloydstsb-offshore.com

**lloydstsb-usa**
bantunes@lloydstsb-usa.com

**lloydtsb**
gary.lloyd@lloydtsb.co.uk

**lloystsb**

## Company & Corresponding Email Addresses

michael.joseph@lloystsb.co.uk

### lmcapital

clustfield@lmcapital.com
dwarner@lmcapital.com
jchalker@lmcapital.com

### lmcm

agrosman@lmcm.com
alambert@lmcm.com
arodriguez@lmcm.com
blowe@lmcm.com
blund@lmcm.com
bpiggott@lmcm.com
dammirato@lmcm.com
dgould@lmcm.com
dnelson@lmcm.com
dwettlaufer@lmcm.com
fmustafa@lmcm.com
gdillman@lmcm.com
ghuske@lmcm.com
gwu@lmcm.com
imalis@lmcm.com
jyu@lmcm.com
kaje@lmcm.com
mhuang@lmcm.com
mmckinnon@lmcm.com
mpenn@lmcm.com
rbefumo@lmcm.com
rborja@lmcm.com
rcassady@lmcm.com
rdeupree@lmcm.com
smclemore@lmcm.com
tgarvey@lmcm.com

### lmco

albert.smith@lmco.com
james.r.ryan@lmco.com
jerry.f.kircher@lmco.com
leighton.shantz@lmco.com
mike.gabaly@lmco.com
pamela.turner@lmco.com
randa.c.middleton@lmco.com
shamala.littlefield@lmco.com
wayne.h.shaner@lmco.com

### lmfund

efrey@lmfund.com

### lmfunds

abburker@lmfunds.com
aconlan@lmfunds.com
aguzmanmiller@lmfunds.com
aschneider@lmfunds.com
bmiller@lmfunds.clom
canderson@lmfunds.com
ccoleman@lmfunds.com
cratliff@lmfunds.com
csinger@lmfunds.com

## Company & Corresponding Email Addresses

dcallahan@lmfunds.com
dchang@lmfunds.com
dgibbs@lmfunds.com
dli@lmfunds.com
dorange@lmfunds.com
ekiehne@lmfunds.com
fsmall@lmfunds.com
fwettlaufer@lmfunds.com
gsavage@lmfunds.com
hgibboney@lmfunds.com
iloui@lmfunds.com
jlawson@lmfunds.com
jleopold@lmfunds.com
jmurphy@lmfunds.com
klegg@lmfunds.com
kshannon@lmfunds.com
lboydston@lmfunds.com
llowe@lmfunds.com
lwinkenwerder@lmfunds.com
mcgay@lmfunds.com
mchrisgray@lmfunds.com
mheffernan@lmfunds.com
mmauboussin@lmfunds.com
mniemann@lmfunds.com
mray@lmfunds.com
ndennin@lmfunds.com
nevans@lmfunds.com
rguttridge@lmfunds.com
speters@lmfunds.com
wmiller@lmfunds.com

### lmginv

ariane.salamy@lmginv.com
brian.napoleon@lmginv.com
brian.sullivan@lmginv.com
christine.villaluz@lmginv.com
christopher.felton@lmginv.com
courtney.salazar@lmginv.com
craig.yep@lmginv.com
daniel.azrin@lmginv.com
edward.degraan@lmginv.com
eric.charron@lmginv.com
janet.clay@lmginv.com
joel.lepard@lmginv.com
john.lippincott@lmginv.com
jonathan.caldwell@lmginv.com
mark.pare@lmginv.com
michael.krumsiek@lmginv.com
michael.zaretsky@lmginv.com
pam.mcintyre@lmginv.com
patrick.barrett@lmginv.com
paul.drotch@lmginv.com
peter.birkey@lmginv.com
peter.sullivan@lmginv.com
peter.tzanetos@lmginv.com

## Company & Corresponding Email Addresses

regan.buckley@lmginv.com
renne.marsjanik@lmginv.com
robert.blauvelt@lmginv.com
robert.howard@lmginv.com
sadik.culcuoglu@lmginv.com
sameer.bhalla@lmginv.com
sheila.finnerty@lmginv.com
stephan.laughlin@lmginv.com
terri.campbell@lmginv.com
timothy.hawkins@lmginv.com
victor.saratella@lmginv.com

### lmres
cbutchen@lmres.com

### ln
am-ldn-data@ln.email.gs.com
am-ldn-futures-ops@ln.email.gs.com
am-ldn-fx-ops@ln.email.gs.com

### lnc
bhirschfield@lnc.com
dabulin@lnc.com
dkraft@lnc.com
dmiller@lnc.com
ezollinger@lnc.com
jjohnson@lnc.com
kkideckel@lnc.com
rtaylor@lnc.com
saberry@lnc.com
tnewlin@lnc.com

### lodh
adam.horsley@lodh.com
adam.kindreich@lodh.com
alain.gendre@lodh.com
alain.kupferschmid@lodh.com
alessia.torricelli@lodh.com
alexander.arnbaeck@lodh.com
alexandre.avanzini@lodh.com
alexandre.prautsch@lodh.com
alexandre.vancoff@lodh.com
alix.bhend@lodh.com
allan.green@lodh.com
amy.ils@lodh.com
anabel.meyer@lodh.com
anabel.meyermouthon@lodh.com
andre.mayer@lodh.com
angela.dewolff@lodh.com
angela.graham@lodh.com
anita.sulmann@lodh.com
annecatherine.pingeon@lodh.com
annevalere.amo@lodh.com
anthony.fogler@lodh.com
antonio.lovecchio@lodh.com
ariane.bender@lodh.com
arnaud.besse@lodh.com
arnaud.blatter@lodh.com

**Company & Corresponding Email Addresses**

arnaud.girardin@lodh.com
arpad.pongracz@lodh.com
beat.kaeser@lodh.com
benedict.fatio@lodh.com
benedicte.lagrandie@lodh.com
bernard.laperrousaz@lodh.com
bertrand.jaquiery@lodh.com
bolko.hohaus@lodh.com
cedric.coignard@lodh.com
cesar.debrito@lodh.com
charleshenry.monchau@lodh.com
chris.darling@lodh.com
chris.wijdenes@lodh.com
christian.courvoisier@lodh.com
christian.rime@lodh.com
christine.sutter@lodh.com
christophe.bonjour@lodh.com
christophe.gautier@lodh.com
christophe.thonney@lodh.com
claude.morgenegg@lodh.com
corinne.spycher@lodh.com
cyril.berner@lodh.com
cyrille.urfer@lodh.com
daniel.lenhard@lodh.com
daniel.richner@lodh.com
daniel.spichiger@lodh.com
david.caron@lodh.com
david.parsons@lodh.com
david.seppey@lodh.com
delphine.barbaud@lodh.com
delphine.lelouet@lodh.com
derik.schupbach@lodh.com
diana.bosenbacher@lodh.com
dominique.delabarre@lodh.com
dorota.strzalkowska@lodh.com
edouard.mezzena@lodh.com
emanuel.biffiger@lodh.com
eric.francon@lodh.com
eric.joyau@lodh.com
eric.mathyer@lodh.com
eric.ochsner@lodh.com
erik.vanhiele@lodh.com
eurof.uppington@lodh.com
fabien.brugger@lodh.com
fabien.stucker@lodh.com
fabio.alessandrini@lodh.com
fabrizio.basile@lodh.com
firstname.surname@lodh.com
florian.marini@lodh.com
foort.hamelink@lodh.com
francois.brunetti@lodh.com
frank.crittin@lodh.com
frank.juliano@lodh.com
frank.vandenberg@lodh.com

**Company & Corresponding Email Addresses**

frederic.dawance@lodh.com
frederic.lenoir@lodh.com
frederic.servoin@lodh.com
frederik.kalff@lodh.com
gary.lambert@lodh.com
gianluca.tarolli@lodh.com
giuliano.mazzoni@lodh.com
gonzalo.ortiz@lodh.com
gregoire.anzevui@lodh.com
guillame.taylor@lodh.com
guy.steinegger@lodh.com
heide.jimenezdavila@lodh.com
helene.harasty@lodh.com
henry.stalder@lodh.com
hoi.shuntang@lodh.com
hubert.turrettini@lodh.com
hugo.schneider@lodh.com
jacco.maters@lodh.com
jacky.rezzonico@lodh.com
jacques.favre@lodh.com
jake.gaul@lodh.com
james.tadion@lodh.com
jeanchristophe.rochat@lodh.com
jeanette.hollenberg@lodh.com
jeanfrancois.broquet@lodh.com
jeanfrancois.cotting@lodh.com
jean-marc.bianchi@lodh.com
jeanmarc.castan@lodh.com
jeanmarc.guillot@lodh.com
jeanmarc.sanchez@lodh.com
jeanmarie.martin@lodh.com
jean-marie.riva@lodh.com
jean-michel.galster@lodh.com
jeannette.muller@lodh.com
jeanpaul.bonvin@lodh.com
jeanpierre.ryser@lodh.com
jean-rene.varone@lodh.com
jeremy.stuby@lodh.com
jerome.baillaud@lodh.com
jerome.berton@lodh.com
jerome.chanton@lodh.com
jerome.hemard@lodh.com
jerome.strecker@lodh.com
johanna.keller@lodh.com
john.verheul@lodh.com
johncoast.sullenger@lodh.com
julien.bonjour@lodh.com
juyoung.lee@lodh.com
karen.guinand@lodh.com
karen.quinand@lodh.com
karin.gaudy@lodh.com
khoi.lebinh@lodh.com
kilian.riviera@lodh.com
ky.nguyen@lodh.com

**Company & Corresponding Email Addresses**

laurence.omara@lodh.com
laurent.viguier@lodh.com
lodh-industrials@lodh.com
loris.cipresso@lodh.com
manuel.metral@lodh.com
manuel.streiff@lodh.com
marc.bollet@lodh.com
marc.burge@lodh.com
marcel.heini@lodh.com
marcel.romer@lodh.com
marco.barresi@lodh.com
maria.manjarin@lodh.com
maria.menendez@lodh.com
marieluce.telley@lodh.com
marina.pelizzon@lodh.com
mario.zaccardelli@lodh.com
martin.chapados@lodh.com
martin.jochum@lodh.com
martin.squires@lodh.com
matheiu.berger@lodh.com
mathias.saint-leger@lodh.com
mauro.carli@lodh.com
mbuku.lumenganeso@lodh.com
michael.stucky@lodh.com
michel.leblanc@lodh.com
michel.nancoz@lodh.com
michel.perrin@lodh.com
michele.grandclement@lodh.com
mikael.safrana@lodh.com
mike.peacock@lodh.com
mike.veil@lodh.com
nanik.ramchandani@lodh.com
natacha.guerdat@lodh.com
nathalia.barazal@lodh.com
nathalie.haym@lodh.com
nathalie.longuet@lodh.com
nicholas.landellmills@lodh.com
nicola.maitre@lodh.com
nicolas.besson@lodh.com
nicolas.beyaert@lodh.com
nicolas.prost@lodh.com
nicolas.ruzicic@lodh.com
nuria.sanchezdueso@lodh.com
olivier.calloud@lodh.com
olivier.dupraz@lodh.com
olivier.sibrac@lodh.com
oscar.robadey@lodh.com
outi.schonbachler@lodh.com
pascal.bachy@lodh.com
pascal.badan@lodh.com
pascal.betrisey@lodh.com
pascal.brechbuehler@lodh.com
pascal.carbonneau@lodh.com
pascal.menges@lodh.com

**Company & Corresponding Email Addresses**

pascal.nyffeneger@lodh.com
patrick.fournier@lodh.com
patrizio.merciai@lodh.com
paul.cavalier@lodh.com
paul.davey@lodh.com
paul.osborne@lodh.com
paul.rochat@lodh.com
paulandre.pittard@lodh.com
petra.hoefer@lodh.com
philippe.buffle@lodh.com
philippe.cornu@lodh.com
philippe.duchatelier@lodh.com
philippe.rochat@lodh.com
philippe.schindler@lodh.com
philippe.zuercher@lodh.com
philippe.zurcher@lodh.com
phillip.bolton@lodh.com
pierre.planche@lodh.com
pierre.tissot@lodh.com
quocphong.dang@lodh.com
ralph.geiger@lodh.com
richard.nahmani@lodh.com
rio.tandaju@lodh.com
robert.chardon@lodh.com
robert.gulden@lodh.com
robert.railz@lodh.com
roberto.seiler@lodh.com
roland.crottaz@lodh.com
rolf.baertschi@lodh.com
rudolf.rickenmann@lodh.com
samuel.oubadia@lodh.com
samy.chaar@lodh.com
sandrine.bon@lodh.com
sandro.antonucci@lodh.com
sandro.croce@lodh.com
sebastien.gyger@lodh.com
serge.bona@lodh.com
serge.dickler@lodh.com
serge.ledermann@lodh.com
severine.cauchie@lodh.com
sophie.zbinden@lodh.com
steffen.mack@lodh.com
stephan.gruber@lodh.com
steve.honsberger@lodh.com
susana.dossantos@lodh.com
sylvain.massot@lodh.com
technical.research@lodh.com
thierry.kammerer@lodh.com
thomas.heppel@lodh.com
thomas.saulnier@lodh.com
thomas.seulnier@lodh.com
tracey.baldwin@lodh.com
twan.franken@lodh.com
ubald.cloutier@lodh.com

## Company & Corresponding Email Addresses

ulrike.kaiserboing@lodh.com
valerie.lemaigre@lodh.com
vera.trindade@lodh.com
victoria.callcott@lodh.com
vinh.ho@lodh.com
vito.petrolito@lodh.com
xavier.deschamps@lodh.com
xavier.roesle@lodh.com
yan.marcotte@lodh.com
yan.rosa@lodh.com
yvan.mencattini@lodh.com
yvan.montmasson@lodh.com
yvan.roduit@lodh.com
yves.delaporte@lodh.com
yves.gloor@lodh.com
yves.montandon@lodh.com

### loews

afeygin@loews.com
alex.tisch@loews.com
aprather@loews.com
arebell@loews.com
arogers@loews.com
arosenberg@loews.com
asantoro@loews.com
asnyder@loews.com
azinaman@loews.com
bigger@loews.com
bschulman@loews.com
ccruise@loews.com
ddaugherty@loews.com
dedelson@loews.com
dhusar@loews.com
dnayduch@loews.com
drogers@loews.com
dschaible@loews.com
dsobol@loews.com
dteicher@loews.com
ebermingham@loews.com
ebeyrich@loews.com
ecorcoran@loews.com
eunneland@loews.com
ewalker@loews.com
ggordon@loews.com
gjudge@loews.com
ihirschbach@loews.com
jeisenberger@loews.com
jgramm@loews.com
jhubbard@loews.com
jkahn@loews.com
jnathanson@loews.com
jrosenberg@loews.com
jthorpe@loews.com
jwang@loews.com
jxiao@loews.com

## Company & Corresponding Email Addresses

klemmer@loews.com
krogers@loews.com
ktourevski@loews.com
lhess@loews.com
lodonnell@loews.com
mlaman@loews.com
mmagnuson@loews.com
mmcgirr@loews.com
mmuller@loews.com
msaxe@loews.com
pcunningham@loews.com
rvenkatachalam@loews.com
schaefer@loews.com
schoy@loews.com
sdiacos@loews.com
swendell@loews.com
tconnolly@loews.com
tnappy@loews.com
wharrison@loews.com
yharari@loews.com

**logancapital**
abesse@logancapital.com
mkline@logancapital.com
phmiglino@logancapital.com
rbuchwald@logancapital.com
rgclark@logancapital.com
sslee@logancapital.com

**logic-intl**
diego@logic-intl.com
raul@logic-intl.com

**lombardachina**
daniele.fox@lombardachina.com

**lombardodier**
caroline.tissot-olchansky@lombardodier.ch
charles.heutschi@lombardodier.ch
didier.arm@lombardodier.com
frederic.lebel@lombardodier.com
frits.vogel@lombardodier.com
helen.reed@lombardodier.com
jan.stevens@lombardodier.com
jean-noel.odier@lombardodier.com
kinh-duong.pham@lombardodier.ch
lynn.mackenzie@lombardodier.ch
magali.berla@lombardodier.ch
marc.sormanie@lombardodier.ch
oscar.tuti@lombardodier.com

**london**
attreest@london.cic.fr
bezoarub@london.cic.fr
dunnst@london.cic.fr
francist@london.cic.fr
georgegr@london.cic.fr
gillarma@london.cic.fr
hewsonri@london.cic.fr

## Company & Corresponding Email Addresses

munnsia@london.cic.fr
prestwi@london.cic.fr

### londonandamsterdam

rankine@londonandamsterdam.com
rr@londonandamsterdam.com

### londonandcapital

brian.fenton@londonandcapital.com
neil.michael@londonandcapital.com
rodney.fernandes@londonandcapital.com
sanjay.joshi@londonandcapital.com

### londondandamsterdam

rovida@londondandamsterdam.com

### londonstockexchange

aveitch@londonstockexchange.com
cfurse@londonstockexchange.com
crennoldson@londonstockexchange.com
dwheeldon@londonstockexchange.com
hbrown@londonstockexchange.com
jhowell@londonstockexchange.com
mclohessy@londonstockexchange.com
nlynch@londonstockexchange.com
pfroud@londonstockexchange.com
twoodley@londonstockexchange.com

### longview-partners

danielle.kateb@longview-partners.com
filippos.lemos@longview-partners.com
keith.mcdermott@longview-partners.com
ken.campbell@longview-partners.com
laura.wheeler@longview-partners.com
murat.gunc@longview-partners.com
paul.crinion@longview-partners.com
ramzi.rishani@longview-partners.com

### loomberg

dtarsia@loomberg.net

### loomissalyes

ethaute@loomissalyes.com
hzeng@loomissalyes.com

### loomissayles

abarry@loomissayles.com
aburke@loomissayles.com
adicenso@loomissayles.com
afisher@loomissayles.com
ahenwood@loomissayles.com
aholian@loomissayles.com
alance@loomissayles.com
aliebhoff@loomissayles.com
amackay@loomissayles.com
amartin@loomissayles.com
apagani@loomissayles.com
aramachandran@loomissayles.com
arussell@loomissayles.com
asteede@loomissayles.com
atran@loomissayles.com
atsang@loomissayles.com

**Company & Corresponding Email Addresses**

aware@loomissayles.com
awilkins@loomissayles.com
baumond@loomissayles.com
bbruno@loomissayles.com
bduddy@loomissayles.com
beggleston@loomissayles.com
bfleitman@loomissayles.com
bhorrigan@loomissayles.com
bjames@loomissayles.com
bkan-crawford@loomissayles.com
bkennedy@loomissayles.com
bmcmanama@loomissayles.com
bpayne@loomissayles.com
bpicard@loomissayles.com
bschneiderman@loomissayles.com
bscotti@loomissayles.com
bsundaresan@loomissayles.com
buretzky@loomissayles.com
bvale@loomissayles.com
bvalerio@loomissayles.com
bworley@loomissayles.com
cboutwell@loomissayles.com
cbrigham@loomissayles.com
cdunster@loomissayles.com
cgentile@loomissayles.com
chermance@loomissayles.com
chill@loomissayles.com
cingle@loomissayles.com
ckane@loomissayles.com
ckeith@loomissayles.com
ckeller@loomissayles.com
ckenny@loomissayles.com
ckishpaugh@loomissayles.com
ckreydick@loomissayles.com
clazzaro@loomissayles.com
cmoriarity@loomissayles.com
cmuse@loomissayles.com
crichard@loomissayles.com
crowe@loomissayles.com
cwaitt@loomissayles.com
cwilliams@loomissayles.com
dalfred@loomissayles.com
dchamberlain@loomissayles.com
dcohen@loomissayles.com
ddavidson@loomissayles.com
ddowney@loomissayles.com
dfarina@loomissayles.com
dflaherty@loomissayles.com
dfuss@loomissayles.com
dgeary@loomissayles.com
dharding@loomissayles.com
dkeith@loomissayles.com
dkusy@loomissayles.com
dlankow@loomissayles.com

**Company & Corresponding Email Addresses**

dlapierre@loomissayles.com
dmonteith@loomissayles.com
dplofsky@loomissayles.com
dpolito@loomissayles.com
draberov@loomissayles.com
drolley@loomissayles.com
dsaponaro@loomissayles.com
dsauerbier@loomissayles.com
dsimmons@loomissayles.com
dsunnerberg@loomissayles.com
dwaldman@loomissayles.com
dwalsh@loomissayles.com
dweigner@loomissayles.com
ebaizman@loomissayles.com
ecolleran@loomissayles.com
efitzpatrick@loomissayles.com
ekuchar@loomissayles.com
emeyers@loomissayles.com
enriley@loomissayles.com
ereese@loomissayles.com
erichter@loomissayles.com
eschroeder@loomissayles.com
esheil@loomissayles.com
esternberg@loomissayles.com
estokes@loomissayles.com
ewolf@loomissayles.com
fsledjeski@loomissayles.com
ftolentino@loomissayles.com
fvyn@loomissayles.com
gbennett@loomissayles.com
gguevara@loomissayles.com
gkim@loomissayles.com
glambert@loomissayles.com
glowe@loomissayles.com
gmccullough@loomissayles.com
gwallent@loomissayles.com
gxiang@loomissayles.com
hgroat@loomissayles.com
hkearney@loomissayles.com
hma@loomissayles.com
hnorton@loomissayles.com
imurphy@loomissayles.com
jbalfour@loomissayles.com
jbarr@loomissayles.com
jbeauparlant@loomissayles.com
jbell@loomissayles.com
jbrown@loomissayles.com
jburque@loomissayles.com
jcarroll@loomissayles.com
jdean@loomissayles.com
jdemasi@loomissayles.com
jdimario@loomissayles.com
jdonnelly@loomissayles.com
jesposito@loomissayles.com

**Company & Corresponding Email Addresses**

jewing@loomissayles.com
jgilchrist@loomissayles.com
jginsberg@loomissayles.com
jhunt@loomissayles.com
jhyll@loomissayles.com
jkelly@loomissayles.com
jlamb@loomissayles.com
jlombardo@loomissayles.com
jlopes@loomissayles.com
jmcallister@loomissayles.com
jmccormack@loomissayles.com
jmcgraw@loomissayles.com
jmcintosh@loomissayles.com
jmitchell@loomissayles.com
jmitro@loomissayles.com
jmolack@loomissayles.com
jnelson@loomissayles.com
jnemchenok@loomissayles.com
jpalazola@loomissayles.com
jpark@loomissayles.com
jpetty@loomissayles.com
jritchie@loomissayles.com
jschlicher@loomissayles.com
jschultz@loomissayles.com
jsharp@loomissayles.com
jslavik@loomissayles.com
jspidle@loomissayles.com
jstarbird@loomissayles.com
jsung@loomissayles.com
jtaylor@loomissayles.com
jvancleave@loomissayles.com
jwasserman@loomissayles.com
jwotton@loomissayles.com
jzaehringer@loomissayles.com
kalioto@loomissayles.com
kbetty@loomissayles.com
kbochman@loomissayles.com
kbonin@loomissayles.com
kbrothers@loomissayles.com
kbuntrock@loomissayles.com
kchisholm@loomissayles.com
kdarci@loomissayles.com
kdavis@loomissayles.com
kgaffney@loomissayles.com
kheffner@loomissayles.com
kholmes@loomissayles.com
kkearns@loomissayles.com
kmartin@loomissayles.com
kmcdonough@loomissayles.com
kmcguire@loomissayles.com
kmoore@loomissayles.com
kmudge@loomissayles.com
knewmark@loomissayles.com
kpatriquin@loomissayles.com

**Company & Corresponding Email Addresses**

kperry@loomissayles.com
kraymond@loomissayles.com
kshea@loomissayles.com
kstern@loomissayles.com
kszydlo@loomissayles.com
kvang@loomissayles.com
kwagner@loomissayles.com
kwalker@loomissayles.com
lgallagher@loomissayles.com
lkloppenburg@loomissayles.com
lparker@loomissayles.com
lpitalis@loomissayles.com
lrosenbaum@loomissayles.com
lsarlo@loomissayles.com
lschweitzer@loomissayles.com
lshaw@loomissayles.com
mbaribeau@loomissayles.com
mbaxter@loomissayles.com
mbraiewa@loomissayles.com
mburns@loomissayles.com
mcoutre@loomissayles.com
mcrowell@loomissayles.com
mdepp@loomissayles.com
meagan@loomissayles.com
mfitzgerald@loomissayles.com
mgiles@loomissayles.com
mgladchun@loomissayles.com
mglick@loomissayles.com
mharris@loomissayles.com
mkeough@loomissayles.com
mklawitter@loomissayles.com
mlachapelle@loomissayles.com
mlarochelle@loomissayles.com
mliu@loomissayles.com
mmanning@loomissayles.com
mmcdade@loomissayles.com
mmurphy@loomissayles.com
mravanesi@loomissayles.com
mshank@loomissayles.com
mstrom@loomissayles.com
mtierney@loomissayles.com
mweiss@loomissayles.com
mwelch@loomissayles.com
mwright@loomissayles.com
nburke@loomissayles.com
nmaher@loomissayles.com
nmccormack@loomissayles.com
nroberts@loomissayles.com
pczekanski@loomissayles.com
pegginton@loomissayles.com
pfine@loomissayles.com
pfrick@loomissayles.com
pguzzi@loomissayles.com
phanson@loomissayles.com

**Company & Corresponding Email Addresses**

pkeefe@loomissayles.com
pobermann@loomissayles.com
preiters@loomissayles.com
priders@loomissayles.com
pshah@loomissayles.com
ptily@loomissayles.com
pwright@loomissayles.com
qfaulkner@loomissayles.com
rbialkin@loomissayles.com
rbruder@loomissayles.com
rcrable@loomissayles.com
rdistefano@loomissayles.com
rdong@loomissayles.com
rforker@loomissayles.com
rgartaganis@loomissayles.com
rgoodof@loomissayles.com
rix@loomissayles.com
rlefevre@loomissayles.com
rleitzes@loomissayles.com
rmackay@loomissayles.com
rmcelhinney@loomissayles.com
rmcgrail@loomissayles.com
rorne@loomissayles.com
rraczkowski@loomissayles.com
rreed@loomissayles.com
rroland@loomissayles.com
rskaggs@loomissayles.com
rwaldron@loomissayles.com
saubuchon@loomissayles.com
sbinder@loomissayles.com
sbocamazo@loomissayles.com
schittenden@loomissayles.com
scooke@loomissayles.com
sdoherty@loomissayles.com
sgaya@loomissayles.com
shoppe@loomissayles.com
skaseta@loomissayles.com
sking@loomissayles.com
slheureux@loomissayles.com
slord@loomissayles.com
smccabe@loomissayles.com
smoreno@loomissayles.com
snadler@loomissayles.com
somara@loomissayles.com
sproctor@loomissayles.com
srichard@loomissayles.com
sriley@loomissayles.com
sservice@loomissayles.com
ssgreen@loomissayles.com
tbeatrice@loomissayles.com
tbidwell@loomissayles.com
tdavis@loomissayles.com
tfarren@loomissayles.com
tfinch@loomissayles.com

**Company & Corresponding Email Addresses**

tfinucane@loomissayles.com
tfletcher@loomissayles.com
tgately@loomissayles.com
thaarmann@loomissayles.com
thayner@loomissayles.com
thowey@loomissayles.com
tjurevic@loomissayles.com
tkelley@loomissayles.com
tmason@loomissayles.com
tobrien@loomissayles.com
tstolberg@loomissayles.com
tursillo@loomissayles.com
tvandam@loomissayles.com
twoo@loomissayles.com
tzimmer@loomissayles.com
ugosalia@loomissayles.com
vdavisson@loomissayles.com
vgeorgenes@loomissayles.com
vlubrano@loomissayles.com
vsegall@loomissayles.com
vsmith@loomissayles.com
wkoontz@loomissayles.com
zcowperthwaite@loomissayles.com

**loopcap**

corys@loopcap.com
eileenp@loopcap.com
gennellj@loopcap.com
jimr@loopcap.com
johnr@loopcap.com
kevini@loopcap.com
paulb@loopcap.com
sidneyd@loopcap.com
toddm@loopcap.com
tonyc@loopcap.com
wadew@loopcap.com

**lordabbet**

rball@lordabbet.com

**lordabbett**

aavancha@lordabbett.com
abailey@lordabbett.com
abiancamano@lordabbett.com
adambrosi@lordabbett.com
aguadalupe@lordabbett.com
ahingorani@lordabbett.com
akatz@lordabbett.com
akurtz@lordabbett.com
aluy@lordabbett.com
aobrien@lordabbett.com
aohri@lordabbett.com
astorm@lordabbett.com
aweise@lordabbett.com
bbartlett@lordabbett.com
bburrell@lordabbett.com
bchrystal@lordabbett.com1

**Company & Corresponding Email Addresses**

bchu@lordabbett.com
bebel@lordabbett.com
bgreenberg@lordabbett.com
bilardo@lordabbett.com
bkezmarsky@lordabbett.com
bmanieri@lordabbett.com
bodelle@lordabbett.com
bphillips@lordabbett.com
bschlemovitz@lordabbett.com
bshoer@lordabbett.com
bsullivan@lordabbett.com
cboccolini@lordabbett.com
ccincotta@lordabbett.com
cdemuth@lordabbett.com
cenriquez@lordabbett.com
cgizzo@lordabbett.com
chughes@lordabbett.com
cknicker@lordabbett.com
clapierre@lordabbett.com
cleighton@lordabbett.com
cmarzullo@lordabbett.com
cmassare@lordabbett.com
cmcfadden@lordabbett.com
cmurdolo@lordabbett.com
cnewport@lordabbett.com
cpicard@lordabbett.com
crobinson@lordabbett.com
crozakis@lordabbett.com
cshao@lordabbett.com
ctantillo@lordabbett.com
ctowle@lordabbett.com
cyates@lordabbett.com
dbuilder@lordabbett.com
dcar@lordabbett.com
dcuiule@lordabbett.com
dellis@lordabbett.com
demmerich@lordabbett.com
dfrascarelli@lordabbett.com
dkalloo@lordabbett.com
dkhanna@lordabbett.com
dlichtenberg@lordabbett.com
dlinsen@lordabbett.com
dmorgan@lordabbett.com
dponte@lordabbett.com
dritt@lordabbett.com
dsolender@lordabbett.com
dvandevelde@lordabbett.com
eallinson@lordabbett.com
ebanko@lordabbett.com
ecarpenter@lordabbett.com
edjakov@lordabbett.com
eitskovitz@lordabbett.com
eizkovitz@lordabbett.com
emaclean@lordabbett.com

**Company & Corresponding Email Addresses**

emcandrew@lordabbett.com
esalzman@lordabbett.com
escura@lordabbett.com
evonderlinde@lordabbett.com
ewright@lordabbett.com
flupica@lordabbett.com
ftaylor@lordabbett.com
ftimons@lordabbett.com
fvrahnos@lordabbett.com
gantonelli@lordabbett.com
gbinkiewicz@lordabbett.com
gbryson@lordabbett.com
gheffernan@lordabbett.com
glavish@lordabbett.com
gmacosko@lordabbett.com
gmaggio@lordabbett.com
gmelas@lordabbett.com
gparker@lordabbett.com
gwolf@lordabbett.com
hbush@lordabbett.com
hhansen@lordabbett.com
hlee@lordabbett.com
hsharon@lordabbett.com
iholm@lordabbett.com
jdiamond@lordabbett.com
jdichiaro@lordabbett.com
jduko@lordabbett.com
jfidacaro@lordabbett.com
jgarcia@lordabbett.com
jgiraldo@lordabbett.com
jgulli@lordabbett.com
jkrist@lordabbett.com
jlane@lordabbett.com
jlanzotti@lordabbett.com
jloeb@lordabbett.com
jlora@lordabbett.com
jmauer@lordabbett.com
jmaurer@lordabbett.com
jmcmillin@lordabbett.com
jpiccard@lordabbett.com
jsmeltzer@lordabbett.com
jstabile@lordabbett.com
jstofkoper@lordabbett.com
jyung@lordabbett.com
kchancay@lordabbett.com
kfuller@lordabbett.com
kgreeley@lordabbett.com
kjames@lordabbett.com
klittlebear@lordabbett.com
lcanino@lordabbett.com
lchinsky@lordabbett.com
lconlin@lordabbett.com
ldavis@lordabbett.com
ldemic@lordabbett.com

**Company & Corresponding Email Addresses**

lholland@lordabbett.com
lmorse@lordabbett.com
lonapolitano@lordabbett.com
lsachs@lordabbett.com
ltalukdar@lordabbett.com
lvazquez@lordabbett.com
mallen@lordabbett.com
mbellardini@lordabbett.com
mcolon@lordabbett.com
mcox@lordabbett.com
mdecicco@lordabbett.com
mgoldste@lordabbett.com
miobrien@lordabbett.com
mleithead@lordabbett.com
mlesesne@lordabbett.com
mlindstrom@lordabbett.com
mmcbrierty@lordabbett.com
mmccarthy@lordabbett.com
mpron@lordabbett.com
mscaraba@lordabbett.com
mscarabaggio@lordabbett.com
msmith@lordabbett.com
nedwards@lordabbett.com
nmelendez@lordabbett.com
nshah@lordabbett.com
ogilhooley@lordabbett.com
pcaiazza@lordabbett.com
pfang@lordabbett.com
pherman@lordabbett.com
pjacobson@lordabbett.com
pkaukonen@lordabbett.com
pvolovich@lordabbett.com
pwong@lordabbett.com
ralgozo@lordabbett.com
rderiso@lordabbett.com
rdondiego@lordabbett.com
rdow@lordabbett.com
rfetch@lordabbett.com
rgardella@lordabbett.com
rgerber@lordabbett.com
rhoward@lordabbett.com
rlarsen@lordabbett.com
rlee@lordabbett.com
rmorris@lordabbett.com
rreynolds@lordabbett.com
rrohra@lordabbett.com
rruvkun@lordabbett.com
rshalhoub@lordabbett.com
rsmola@lordabbett.com
rstlouis@lordabbett.com
rteaney@lordabbett.com
saurigemma@lordabbett.com
sdinsky@lordabbett.com
sfirozali@lordabbett.com

**Company & Corresponding Email Addresses**

sganjei@lordabbett.com
shenderson@lordabbett.com
shumphre@lordabbett.com
skernkraut@lordabbett.com
sleone@lordabbett.com
slim@lordabbett.com
smagoon@lordabbett.com
smcgrude@lordabbett.com
spaynter@lordabbett.com
srocco@lordabbett.com
ssmith@lordabbett.com
swong@lordabbett.com
swortman@lordabbett.com
tbrickey@lordabbett.com
tchan@lordabbett.com
tcrimmins@lordabbett.com
tgal@lordabbett.com
thipple@lordabbett.com
thudson@lordabbett.com
thurlburt@lordabbett.com
tjacobson@lordabbett.com
tmaher@lordabbett.com
toberhaus@lordabbett.com
tohallor@lordabbett.com
tpetrov@lordabbett.com
tsacca@lordabbett.com
tszaro@lordabbett.com
tyoun@lordabbett.com
vfrovich@lordabbett.com
vmcbride@lordabbett.com
vpiazza@lordabbett.com
vscialli@lordabbett.com
vstrenk@lordabbett.com
wcarpenter@lordabbett.com
wlee@lordabbett.com
wleonard@lordabbett.com
wmenendez@lordabbett.com
wprahl@lordabbett.com
wsadler@lordabbett.com
yaranowicz@lordabbett.com
ymedovoy@lordabbett.com
yosawa@lordabbett.com
zbrown@lordabbett.com
zhalpern@lordabbett.com

**lordabbettchina**
yifeng.yang@lordabbettchina.com
**lordabbot**
jfeldstein@lordabbot.com
**lordabbott**
esalzman@lordabbott.com
**lordabett**
npetrakov@lordabett.com
**loreal**
cmillot@dgaf.loreal.com

**Company & Corresponding Email Addresses**

pkhouri@dgaf.loreal.com
pmahebornon@dgaf.loreal.com

**lortobco**

vlosito@lortobco.com

**lospadresbank**

john.mason@lospadresbank.com

**lotsoff**

artetae@lotsoff.com
badillar@lotsoff.com
balasanovy@lotsoff.com
brinka@lotsoff.com
burkek@lotsoff.com
byronj@lotsoff.com
dematteor@lotsoff.com
duncanj@lotsoff.com
durakovicm@lotsoff.com
er@lotsoff.com
farrellw@lotsoff.com
greinerc@lotsoff.com
haleenj@lotsoff.com
hersheyd@lotsoff.com
hfresearch@lotsoff.com
hurleym@lotsoff.com
lambertk@lotsoff.com
liegelb@lotsoff.com
lotsoffs@lotsoff.com
pappoj@lotsoff.com
powerss@lotsoff.com
reidd@lotsoff.com
sayersf@lotsoff.com
schneiderd@lotsoff.com
skiltonb@lotsoff.com
smithl@lotsoff.com
smithm@lotsoff.com
spitznagelj@lotsoff.com
willemser@lotsoff.com

**lottsoff**

hurleyj@lottsoff.com

**lowes**

ben.adams@lowes.com
brian.c.sullivan-2@lowes.com
cindy.m.reins@lowes.com
david.green@lowes.com
garry.cutright@lowes.com
kelly.l.bowman@lowes.com
mariko.sakai-church@lowes.com
marshall.a.croom@lowes.com
rob.l.mclean@lowes.com
scott.g.frye@lowes.com

**lowings**

nicholas@lowings.com

**loydstsb**

mark.silvester@loydstsb.co.uk

**lpcorp**

## Company & Corresponding Email Addresses

mark.tobin@lpcorp.com
russ.pattee@lpcorp.com

### lpf

am@lpf.org.uk
zs@lpf.org.uk

### lpfa

amanda.walker@lpfa.org.uk

### lpl

anthony.waldichuk@lpl.com
kevin.reed@lpl.com

### lputnam

a_frechette@lputnam.com

### lrc

bzi@lrc.ch
cej@lrc.ch
chm@lrc.ch
fml@lrc.ch
hre@lrc.ch
jka@lrc.ch
jlu@lrc.ch
mmo@lrc.ch
mry@lrc.ch
mwi@lrc.ch
sch@lrc.ch
sst@lrc.ch
stk@lrc.ch
tko@lrc.ch
zwa@lrc.ch

### lrcasia

btk@lrcasia.ch
cck@lrcasia.ch
dwt@lrcasia.ch
gan@lrcasia.ch

### lri

andrea.buehring@lri.lu
bernhard.held@lri.lu
christian.altmann@lri.lu
christian.bauer@lri.lu
christoph.koch@lri.lu
hartmut.rock@lri.lu
joerg.spelz@lri.lu
lisa.backes@lri.lu
manon.bastian@lri.lu
marieanne.vandenberg@lri.lu
markus.jungbluth@lri.lu
martina.backes@lri.lu
martina.boesen@lri.lu
michael.glieden@lri.lu
olga.dubko@lri.lu
ralf.jacobi@lri.lu
ralf.mueller@lri.lu
silke.friedrich@lri.lu
simone.heinz@lri.lu
thomas.bernard@lri.lu

## Company & Corresponding Email Addresses

thomas.frings@lri.lu
volker.schmidt@lri.lu

### lri-invest

arndt.nicolaus@lri-invest.lu
christian.schmitt@lri-invest.lu

### lrp

alexander.rossbach@lrp.de
alexander.scholz@lrp.de
alwin.vester@lrp.de
andreas.hahn@lrp.de
andreas.vielemann@lrp.de
annelie.gabriel@lrp.de
barbara.altherr-mueller@lrp.de
benedikt.hau@lrp.de
christian.horn@lrp.de
christiane.hofer@lrp.de
daniel.juncker@lrp.de
desmond.fennell@lrp.de
dirk.jung@lrp.de
eva.heffels@lrp.de
eva.hessels@lrp.de
f.plogmann@lrp.de
financial.institutions@lrp.de
frank.jung@lrp.de
frank.parensen@lrp.de
germar.knoechlein@lrp.de
hans-joachim.gille@lrp.de
harald.witte@lrp.de
heinz-werner.firmenich@lrp.de
helmut-schmitt@lrp.de
herbert.geist@lrp.de
hubert.suehr@lrp.de
joachim.huefken@lrp.de
joerg.zimmer@lrp.de
lars.stridde@lrp.de
lothar.ayasse@lrp.de
manfred.steyer@lrp.de
manuela.mette@lrp.de
marc.halbroth@lrp.de
marc.weiss@lrp.de
martin.held@lrp.de
matthias.preller@lrp.de
michael.dinckels@lrp.de
michael.hawighorst@lrp.de
michael.kaul@lrp.de
michael.mcauliffe@lrp.de
olaf.struckmeier@lrp.de
oliver.dietschi@lrp.de
oliver.estenfeld@lrp.de
oliver.lesselich@lrp.de
patrick.pies@lrp.de
paul.schminke@lrp.de
peter.hallerberg@lrp.de
peter.helmer@lrp.de

## Company & Corresponding Email Addresses

peter.hoffmann@lrp.de
prisca.schuster@lrp.de
robert.wagner@lrp.de
roland.piltz@lrp.de
sabine.jenet-loewe@lrp.de
silvia.wiese@lrp.de
soeren.katterbach@lrp.de
stefan.baum@lrp.de
susanne.hagel@lrp.de
thomas.broschek@lrp.de
thomas.durlach@lrp.de
thomas.goedel@lrp.de
thorsten.kraemer@lrp.de
walter.pharo@lrp.de
wolfgang.titz@lrp.de

### lsu
llajaye@lsu.edu

### ltsb-finance
john.gillbe@ltsb-finance.co.uk
tim.tookey@ltsb-finance.co.uk

### ltsoff
dematteor@ltsoff.com

### lu
alain.schanen@lu.mufg.jp
alex.blinkhorn@lu.mufg.jp

### lucchini
aalgisi@lucchini.it
gportesi@lucchini.it
plevi@lucchini.it

### lukb
andreas.stalder@lukb.ch
carlos.palomanes@lukb.ch
daniel.hauser@lukb.ch
dbieri@lukb.ch
erich.mueller@lukb.ch
gregor.zemp@lukb.ch
hans.stuebi@lukb.ch
joachim.schuetz@lukb.ch
joerg.gubler@lukb.ch
peter.luetolf@lukb.ch
roger.isler@lukb.ch
roland.schuermann@lukb.ch
stefan.bucher@lukb.ch
stefan.bucher2@lukb.ch
thomas.lammer@lukb.ch

### luminentcapital
jdoyle@luminentcapital.com
jkuriger@luminentcapital.com
mmahoney@luminentcapital.com
mpatel@luminentcapital.com
rviera@luminentcapital.com
sma@luminentcapital.com
tmoore@luminentcapital.com
zwang@luminentcapital.com

## Company & Corresponding Email Addresses

**luthbro**
fischer.janelle@luthbro.com
johnson.fred@luthbro.com
johnson.tim@luthbro.com
nelson.caroline@luthbro.com
olson.jeff@luthbro.com
quello.david@luthbro.com
swenson.mark@luthbro.com

**lv1871**
cornelia.fischer@lv1871.de
wolfgang.reichel@lv1871.de

**lvmh**
b.giroud@lvmh.com
c.hollis@lvmh.fr
d.guigou@lvmh.fr
dehen@lvmh.fr
j.m.moutin@lvmh.fr
jduverge@lvmh.fr
m.adnet@lvmh.fr
n.brunel@lvmh.fr
n.drouin@lvmh.fr
n.sarel@lvmh.fr
o.seux@lvmh.fr
ochamina@lvmh.fr
p.colin@lvmh.fr
p.houel@lvmh.fr
research@lvmh.fr
s.adle@lvmh.fr
s.delariviere@lvmh.fr
s.lujin@lvmh.fr
tmiot@lvmh.fr

**lycos**
tguilfoile@lycos.com
thomaz@lycos.co.kr

**lyondell**
dave.haynes@lyondell.com
doug.pike@lyondell.com

**lyondellbasell**
norm.phillips@lyondellbasell.com

**ma**
dwbtfmln@ma.kew.net
kookmin@ma.kcom.ne.jp

**mab**
y.sudo@mab.co.jp

**mac**
joshua.phillips@mac.com
paulwiggins@mac.com
soltas@mac.com

**macapitalmarkets**
bholliger@macapitalmarkets.com

**macintosh**
g.noordermeer@macintosh.nl
s.stevens@macintosh.nl

**mackay**

## Company & Corresponding Email Addresses

jordan.alexander@mackay.com
stephen.friscia@mackay.com

### mackayshields

alex.leites@mackayshields.com
alicia.damley@mackayshields.com
andrew.ruskulis@mackayshields.com
andrew.susser@mackayshields.com
anna.garceau@mackayshields.com
anthony.sneag@mackayshields.com
anthony.vigilante@mackayshields.com
bernardo.mesa@mackayshields.com
bernie.litzinger@mackayshields.com
beth.griper@mackayshields.com
brian.burkhart@mackayshields.com
bridget.carey@mackayshields.com
bridget.murray@mackayshields.com
byron.spivack@mackayshields.com
chaim.schneider@mackayshields.com
charlie.youngblood@mackayshields.com
claude.athaide@mackayshields.com
clifford.scharff@mackayshields.com
dan.roberts@mackayshields.com
daniel.porter@mackayshields.com
denise.higgins@mackayshields.com
dohyun.cha@mackayshields.com
ed.spelman@mackayshields.com
edward.silverstein@mackayshields.com
eileen.cook@mackayshields.com
elizabeth.reilly@mackayshields.com
elizabeth.xu@mackayshields.com
eric.pettway@mackayshields.com
gary.goodenough@mackayshields.com
gina.salerno@mackayshields.com
gregory.spencer@mackayshields.com
guotao.lu@mackayshields.com
heather.toto@mackayshields.com
hy@mackayshields.com
isabel.coelho@mackayshields.com
james.abbey@mackayshields.com
james.ramsay@mackayshields.com
james.wolf@mackayshields.com
jane.zhang@mackayshields.com
jay.levy@mackayshields.com
jeffrey.saxon@mackayshields.com
jim.wolf@mackayshields.com
joe.portera@mackayshields.com
john.butler@mackayshields.com
john.fitzgerald@mackayshields.com
john.moten@mackayshields.com
john.scuello@mackayshields.com
joseph.portera@mackayshields.com
julio.obeso@mackayshields.com
kathy.dornellas@mackayshields.com
kazutoshi.fujita@mackayshields.com

## Company & Corresponding Email Addresses

kelsey.johnson@mackayshields.com
kevin.lee@mackayshields.com
kevin.mcateer@mackayshields.com
lanette.donovan@mackayshields.com
laurie.walters@mackayshields.com
lindsay.bernbaum@mackayshields.com
lisa.best@mackayshields.com
lisa.gamboa@mackayshields.com
louis.cohen@mackayshields.com
luann.gilhooly@mackayshields.com
lucille.protas@mackayshields.com
mark.spellman@mackayshields.com
marvin.fong@mackayshields.com
maryann.veneziano@mackayshields.com
mattp@mackayshields.com
maurice.onyuka@mackayshields.com
maya.venkatraman@mackayshields.com
megan.irizarry@mackayshields.com
michael.corker@mackayshields.com
michael.griz@mackayshields.com
michael.kimble@mackayshields.com
michael.michalisin@mackayshields.com
michael.snyder@mackayshields.com
michael.starr@mackayshields.com
micky.jagirdar@mackayshields.com
mike.snyder@mackayshields.com
nancy.poz@mackayshields.com
nat.akyeampong@mackayshields.com
nate.hudson@mackayshields.com
noal.goldfarb@mackayshields.com
osbert.hood@mackayshields.com
patrick.crotty@mackayshields.com
peter.epstein@mackayshields.com
pratik.patel@mackayshields.com
rajesh.bharwani@mackayshields.com
ravi.akhoury@mackayshields.com
raymond.lefante@mackayshields.com
rene.bustamante@mackayshields.com
richard.rosen@mackayshields.com
robert.centrella@mackayshields.com
robert.eng@mackayshields.com
robert.nisi@mackayshields.com
rupal.bhansali@mackayshields.com
russ.diminni@mackayshields.com
ruth.kossoff@mackayshields.com
ryan.downey@mackayshields.com
scott.mallek@mackayshields.com
seng.liew@mackayshields.com
steve.rich@mackayshields.com
steve.wizeman@mackayshields.com
steven.caiazzo@mackayshields.com
susan.hutchison@mackayshields.com
taylor.wagenseil@mackayshields.com
terry.daly@mackayshields.com

## Company & Corresponding Email Addresses

thomas.mauceri@mackayshields.com
thomas.melvin@mackayshields.com
tom.melvin@mackayshields.com
won.choi@mackayshields.com
yasmin.jack@mackayshields.com

**mackenziefinancial**
song@mackenziefinancial.com

**macm**
jhanf@macm.com
jli@macm.com

**macsf**
l.deschamps@macsf.fr
m.thivant@macsf.fr

**macsffinance**
e.dubos@macsffinance.com
o.benoist@macsffinance.com
r.caniard@macsffinance.com

**mad**
invercaixagestion@mad.servicom.es

**maersk**
carsten.sonne-schmidt@maersk.com
cphcfo@maersk.com
cphcjh@maersk.com
cphjbr@maersk.com
cphjwi@maersk.com
cphmsk@maersk.com
cphtankmng@maersk.com
cphxch@maersk.com
gne006@maersk.com
kim.grubert@maersk.com
motresearch@maersk.com
mpz001@maersk.com
ver003@maersk.com
wcalineur@maersk.com

**maersk-contractors**
jeppe.jensen@maersk-contractors.com

**maerskoil**
mej@maerskoil.dk
vier@maerskoil.com

**maetrica**
carmelo.genoese@maetrica.ch

**magellanlp**
bruce.heine@magellanlp.com

**magten**
trembry@magten.com

**maidenform**
crivera@maidenform.com
rcruz@maidenform.com

**mail**
adam.byskiniewicz@mail.nbp.pl
adam.kot@mail.nbp.pl
agata.witkowska@mail.nbp.pl
ak-ir@mail.toyota.co.jp
allenj@mail.nrucfc.org

## Company & Corresponding Email Addresses

annemarie.mijer-nienhuis@mail.ing.nl
annli@mail.notes.bank-of-china.com
atsushi_kanematsu@mail.toyota.co.jp
ceowil@mail.co.stanislaus.ca.us
chenyy.gb@mail.notes.bank-of-china.com
corine.van.heijningen@mail.ing.nl
david.schweikert@mail.maricopa.gov
delos@mail.nrucfc.org
eisenbr@mail.nrucfc.org
ewa.rzeszutek@mail.nbp.pl
franklin.wagner@mail.ing.nl
frenzj@mail.nrucfc.org
gducker@mail.state.ne.us
gerald.seigmund@mail.psk.co.at
hata_kazuhiro@mail.nikko.co.jp
hiromi.okase@mail.mol.co.jp
hisako_koyabu@mail.toyota.co.jp
ishijima_takashi@mail.nikko.co.jp
iwakiri_masaru@mail.nikko.co.jp
j.r.robinson@mail.utexas.edu
jaeger.g@mail.hk.g-bank.nl
janusz.zielinski@mail.nbp.pl
jaroslaw.grabczynski@mail.nbp.pl
jiro_saito@mail.toyota.co.jp
jjurich@mail.state.ne.us
johannes.wolvius@mail.ing.nl
jonker.j@mail.hk.g-bank.nl
joost.van.der.does.de.willebois@mail.ing.nl
josef.gollwitzer@mail.psk.co.at
joshua.tan@mail.ing.nl
kagawa_youichi@mail.nikko.co.jp
katsuyuki_ogura@mail.toyota.co.jp
kazuaki_nakao@mail.toyota.co.jp
kclarsson@mail.dk
keiichi_okuda@mail.toyota.co.jp
kenji_terada_ab@mail.toyota.co.jp
kitabayashi_mikio@mail.nikko.co.jp
kkillmaster@mail.state.il.us
kojima_masaaki@mail.nikko.co.jp
koos.timmermans@mail.ing.nl
kyoya.nitta@mail.mol.co.jp
lihb.uk@mail.notes.bank-of-china.com
marc.wullschleger@mail.snecma.fr
marek.biedrzycki@mail.nbp.pl
marek.marciniak@mail.nbp.pl
marek.raczko@mail.nbp.pl
mariska.schadenberg@mail.ing.nl
mariusz.zydzik@mail.nbp.pl
martijn.hes@mail.ing.nl
masahiro_nishi@mail.toyota.co.jp
masakuni_mori@mail.toyota.co.jp
masatoshi.sakashita@mail.mol.co.jp
m-azuma@mail.nikko.co.jp
michael_kraus@mail.com

**Company & Corresponding Email Addresses**

mtang@mail.notes.bank-of-china.com
n-endo@mail.nikko.co.jp
oh@mail.com
orita_naoya@mail.nikko.co.jp
pawel.skrzypczynski@mail.nbp.pl
pawel.wyczanski@mail.nbp.pl
pieter.bouwknegt@mail.ing.nl
pschutt@mail.state.il.us
ralf.endlich@mail.psk.co.at
rd@mail.com
reiko_ohashi@mail.toyota.co.jp
rgraves@mail.state.tn.us
rjian@mail.notes.bank-of-china.com
rroett@mail.jhuwash.jhu.edu
serge.mans@mail.ing.nl
shaydon@mail.notes.bank-of-china.com
shinji.ogawa@mail.mol.co.jp
shirahata_kazunori@mail.nikko.co.jp
shugo.aoto@mail.mol.co.jp
silverj@mail.nrucfc.org
smabtp@mail.fininfo.fr
suter@mail.nrucfc.org
syndication.uk@mail.notes.bank-of-china.com
takahashi_hiroaki2@mail.nikko.co.jp
takayuki_saito@mail.toyota.co.jp
terakado_kazuhiko@mail.nikko.co.jp
tomasz.malkowski@mail.nbp.pl
tomoko_bando@mail.toyota.co.jp
toshihiko_ubukata@mail.toyota.co.jp
tpocholuk@mail.inext.fr
unknown@mail.com
watanabe_tooru2@mail.nikko.co.jp
willem.van.ruitenburg2@mail.ing.nl
yuichi.himeno@mail.mol.co.jp
yves_deschenes@mail.schneider.fr
zsu@mail.notes.bank-of-china.com
zzhang@mail.notes.bank-of-china.com

**mailbox**

hstern@mailbox.lacity.org
jkim@mailbox.lacity.org
jwolfson@mailbox.lacity.org
rmccullough@mailbox.lacity.org
tjuarez@mailbox.lacity.org

**mailhec**

willie.quah@mailhec.net

**mailpoalim**

amit.tal@mailpoalim.co.il
andrew.mackenzie@mailpoalim.co.uk
avishai.ben-yshai@mailpoalim.co.il
chagai.shani@mailpoalim.co.il
dan.amar1@mailpoalim.co.il
dan.rosenberg@mailpoalim.co.il
daniel.hass@mailpoalim.co.il
david.botbol@mailpoalim.co.il

## Company & Corresponding Email Addresses
david.heffes@mailpoalim.co.il
david.humphreys@mailpoalim.co.uk
edgar.lemel@mailpoalim.co.il
effie.werber@mailpoalim.co.il
eran.sharabi@mailpoalim.co.il
francine.hoppe.krasner@mailpoalim.co.il
gabby.movshovich@mailpoalim.co.il
gareth.debrunner@mailpoalim.co.uk
gil.dor-hai@mailpoalim.co.il
haim.fisher@mailpoalim.co.il
ian.owen@mailpoalim.co.uk
illan.shellef@mailpoalim.co.uk
itai.yosha@mailpoalim.co.il
itzik.shalev@mailpoalim.co.il
leumi.fibi@mailpoalim.co.il
lina.orenstein@mailpoalim.co.il
liran.carmel@mailpoalim.co.il
michaela.mordoch@mailpoalim.co.uk
mikhael.farouz@mailpoalim.co.il
mitchell.garfinkle@mailpoalim.co.il
moti.szuszan@mailpoalim.co.il
neil.corney@mailpoalim.co.il
oren.hashmonay@mailpoalim.co.il
orit.marcus@mailpoalim.co.il
orna.gian@mailpoalim.co.il
patrick.nivelles@mailpoalim.co.uk
phil.skelton@mailpoalim.co.uk
roni.malay@mailpoalim.co.il
ronit.meiri@mailpoalim.co.il
roy.mills@mailpoalim.co.il
ruth.shlein@mailpoalim.co.il
shir.ophir@mailpoalim.co.il
tal.shlasky@mailpoalim.co.il
yael.stein@mailpoalim.co.il
yaffa.catalan@mailpoalim.co.il
yariv.miron@mailpoalim.co.uk
yoav.shani@mailpoalim.co.il
yoram.carsenti@mailpoalim.co.il
zeev.lev@mailpoalim.co.il

**mailpoalin**
yacov.elinav@mailpoalin.co.il

**maine**
holly.a.maffei@maine.gov

**makoglobal**
ashley.ball@makoglobal.com

**malvernfederal**
dboyle@malvernfederal.com

**maml**
cavaliere@maml.ie
okane@maml.ie

**mandatum**
henry.nurminen@mandatum.fi
janne.uski@mandatum.fi

**mandg**

## Company & Corresponding Email Addresses

agnese.aboltina@mandg.co.uk
andrew.cormack@mandg.co.uk
anthony.robson@mandg.co.uk
craig.simpson@mandg.co.uk
david.king@mandg.co.uk
elisabeth.wenusch@mandg.co.uk
eric.lonergan@mandg.co.uk
fiona.hagdrup@mandg.co.uk
iain.macdonald@mandg.co.uk
john.foy@mandg.co.uk
jonathon.daniels@mandg.co.uk
josephine.mui@mandg.co.uk
martin.glavin@mandg.co.uk
simon.pilcher@mandg.co.uk
tony.finding@mandg.co.uk

### mandtbank

acraig@mandtbank.com
akugler@mandtbank.com
ascoen@mandtbank.com
ccoletta@mandtbank.com
cmarsh@mandtbank.com
dcollins1@mandtbank.com
deborchard@mandtbank.com
evipjjb@mandtbank.com
jserocca@mandtbank.com
jthorne@mandtbank.com
kpozitsky@mandtbank.com
kpuccio@mandtbank.com
krogers@mandtbank.com
lstruble@mandtbank.com
mbiamon@mandtbank.com
mmonile@mandtbank.com
mpandit@mandtbank.com
mpinto@mandtbank.com
mquinlivan@mandtbank.com
mruflin@mandtbank.com
mtodaro@mandtbank.com
rdyson@mandtbank.com
rmacdonald@mandtbank.com
rtruesdell@mandtbank.com
sscherrer@mandtbank.com
swarman@mandtbank.com
tesposito@mandtbank.com
tfoote@mandtbank.com
wdwyer@mandtbank.com

### maninvestmentproducts

bhudson@maninvestmentproducts.com

### maninvestments

cmoser@maninvestments.com
jpeter@maninvestments.com
mwydler@maninvestments.com
rmoser@maninvestments.com

### manleymgt

mz@manleymgt.com

**Company & Corresponding Email Addresses**

**mannesmann**
monica.knauer@mannesmann.de

**mannheimer**
andreas.esser@mannheimer.de
markus.loeschmann@mannheimer.de
matthias.kreibich@mannheimer.de

**manticore**
niklas.frost@manticore.se

**manubank**
iproshutinskaya@manubank.com
jchen@manubank.com
jpark@manubank.com
jrallo@manubank.com
msaitoh@manubank.com
sahmed@manubank.com

**manulife**
aaron_chaze@manulife.com
angelo_sirignano@manulife.com
bipin_shah@manulife.com
cindy_forbes@manulife.com
dan_greenspan@manulife.com
invtfrep@manulife.com
kate_roscoe@manulife.com
mark_davidson@manulife.com
michael_traynor@manulife.com
paul_english@manulife.com
peter_phillips@manulife.com
peter_yang@manulife.com
richard_cortese@manulife.com
stephen_dunn@manulife.com
stephen_hill@manulife.com
susan_isetts@manulife.com
william_sutherland@manulife.com

**manulifeusa**
anthony_hill@manulifeusa.com
cam_mcdougall@manulifeusa.com
damian_fernandes@manulifeusa.com
jagdeep_bachher@manulifeusa.com
mahesh_cholakar@manulifeusa.com

**mapension**
aprehn@mapension.com
jmitchell@mapension.com
myu@mapension.com
smavromates@mapension.com

**mapfre**
aangui@mapfre.com
cdeanco@mapfre.com
dgomez@mapfre.com
jlendi@mapfre.com
maalma@mapfre.com
pniels@mapfre.com
pramos1@mapfre.com
rf.invermap@mapfre.com
rjurado@mapfre.com

## Company & Corresponding Email Addresses

rmonte@mapfre.com
rvi.invermap@mapfre.com

**maplebank**
kkessler@maplebank.com

**maplepartners**
ageist@maplepartners.com
cpfleger@maplepartners.com
hbaumbach@maplepartners.com
jlewerenz@maplepartners.com
phiob@maplepartners.com
slee@maplepartners.com

**marcard**
cjasperneite@marcard.de
klorenz@marcard.de

**marchgestion**
candres@marchgestion.com
fherrero@marchgestion.com
smontero@marchgestion.es

**marchpartners**
ansour@marchpartners.com
cschuelein@marchpartners.com
elalanne@marchpartners.com
research@marchpartners.com
rguastello@marchpartners.com

**markelcorp**
bgoldstein@markelcorp.com
schase@markelcorp.com
swalworth@markelcorp.com

**markets**
ottar.strompdal@markets.kreditkassen.no

**marks-and-spencer**
alison.reed@marks-and-spencer.com
amanda.mellor@marks-and-spencer.com
damian.evans@marks-and-spencer.com
majda.rainer@marks-and-spencer.com
nick.jones@marks-and-spencer.com
sarah.mcglyne@marks-and-spencer.com
stuart.rose@marks-and-spencer.com
tony.j.quinlan@marks-and-spencer.com

**marly-gestion**
francois.buonomo@marly-gestion.fr
herve.becker@marly-gestion.fr
yoann.malecot@marly-gestion.fr

**marquette**
kathi.rogers@marquette.com

**marquette-eqfinance**
daved@marquette-eqfinance.com

**marquettesavings**
julie@marquettesavings.com

**marsbank**
pslomer@marsbank.com

**marshallfunds**
janet.kube@marshallfunds.com
salvatore.amato@marshallfunds.com

## Company & Corresponding Email Addresses

**martincurrie**

ablack@martincurrie.com
alisonh@martincurrie.com
amathewson@martincurrie.com
amcfarlane@martincurrie.com
amowat@martincurrie.com
aplatts@martincurrie.com
arafferty@martincurrie.com
bmacdonald@martincurrie.com
cbutler@martincurrie.com
chrisr@martincurrie.com
cmarwick@martincurrie.com
cpash@martincurrie.com
cpoole@martincurrie.com
cwilson@martincurrie.com
czhang@martincurrie.com
davidc@martincurrie.com
dbarlow@martincurrie.com
dberry@martincurrie.com
devank@martincurrie.com
dforsyth@martincurrie.com
dfuschillo@martincurrie.com
dgardner@martincurrie.com
dgoodwin@martincurrie.com
dholdsworth@martincurrie.com
djohnstonstewart@martincurrie.com
dsheasby@martincurrie.com
dsliwinski@martincurrie.com
dwight@martincurrie.com
eflockhart@martincurrie.com
emckenna@martincurrie.com
emorrison@martincurrie.com
ewesteren@martincurrie.com
ewoehrling@martincurrie.com
gem@martincurrie.com
gpark@martincurrie.com
gsuttie@martincurrie.com
helene@martincurrie.com
hmair@martincurrie.com
jchong@martincurrie.com
jcoull@martincurrie.com
jfairweather@martincurrie.com
jmalmquist@martincurrie.com
jmariani@martincurrie.com
jmccay@martincurrie.com
jmcgan@martincurrie.com
jmillar@martincurrie.com
johnpt@martincurrie.com
jsaunders@martincurrie.com
jwalker@martincurrie.com
k.hughes@martincurrie.com
kdonaldson@martincurrie.com
klowe@martincurrie.com
kmacleod@martincurrie.com

**Company & Corresponding Email Addresses**

kmarcus@martincurrie.com
kmowat@martincurrie.com
ktroup@martincurrie.com
kwatt@martincurrie.com
lfraser@martincurrie.com
lriddell@martincurrie.com
mc@martincurrie.com
mfarr@martincurrie.com
mgibb@martincurrie.com
nsneddon@martincurrie.com
pbaillie@martincurrie.com
pdanes@martincurrie.com
psloane@martincurrie.com
restewart@martincurrie.com
revans@martincurrie.com
rmcnab@martincurrie.com
rnimmo@martincurrie.com
rsharma@martincurrie.com
sforsyth@martincurrie.com
shiggins@martincurrie.com
sjohnstone@martincurrie.com
ske@martincurrie.com
skelman@martincurrie.com
smccole@martincurrie.com
sobrien@martincurrie.com
tmaxwell@martincurrie.com
tmccullagh@martincurrie.com
tspencer@martincurrie.com
twalker@martincurrie.com
ww@martincurrie.com

**marubeni**

hashimoto-takao@marubeni.com
hayashi-a@marubeni.com
ichimura-m@marubeni.com
inada-y@marubeni.com
ishizaki-k@marubeni.com
miyama-y@marubeni.com
mokkoh-n@marubeni.com
moriya-t@marubeni.com
naomi-siegmund@marubeni.com
omuro-k@marubeni.com
toriyama-s@marubeni.com
turu-k@marubeni.co.jp
watanabe-a@marubeni.com
watanabe-y@marubeni.com
yamada-shige@marubeni.com
yamaji-h@marubeni.com
yamashita-george@marubeni.com
yanamoto-h@marubeni.com
yasuda-k@marubeni.com

**marusan**

yoshiyuki.suyama@marusan.co.jp

**marxerpartner**

peter.marxer.jun@marxerpartner.com

**Company & Corresponding Email Addresses**

**mas**

adrianlee@mas.gov.sg
adrianquek@mas.gov.sg
agnesquek@mas.gov.sg
aidie@mas.com.my
alanliew@mas.gov.sg
alicechow@mas.gov.sg
alvinong@mas.gov.sg
anthonytan@mas.gov.sg
audrakhoo@mas.gov.sg
balim@mas.gov.sg
bbtay@mas.gov.sg
bennychey@mas.gov.sg
bernardwee@mas.gov.sg
bltai@mas.gov.sg
bokeng@mas.gov.sg
carollye@mas.gov.sg
carolyntan@mas.gov.sg
carrieliaw@mas.gov.sg
caw@mas.gov.sg
celeste@mas.gov.sg
cheryltan@mas.gov.sg
chewern@mas.gov.sg
chunghwa@mas.gov.sg
chyap@mas.gov.sg
claireheng@mas.gov.sg
claratan@mas.gov.sg
clchong@mas.gov.sg
cltan@mas.gov.sg
cscheng@mas.gov.sg
csgoh@mas.gov.sg
cskoh@mas.gov.sg
ctlee@mas.gov.sg
ctong@mas.gov.sg
danielau@mas.gov.sg
daniellau@mas.gov.sg
dchoong@mas.gov.sg
desmondtan@mas.gov.sg
dianakoh@mas.gov.sg
dianeho@mas.gov.sg
dyang@mas.gov.sg
dyyeo@mas.gov.sg
echuang@mas.gov.sg
edwinheng@mas.gov.sg
ejlee@mas.gov.sg
esthertay@mas.gov.sg
euniceng@mas.gov.sg
evelynsit@mas.gov.sg
fcheo@mas.gov.sg
fchia@mas.gov.sg
feliciakok@mas.gov.sg
flossiehua@mas.gov.sg
fmfeng@mas.gov.sg
fylim@mas.gov.sg

**Company & Corresponding Email Addresses**

gwee@mas.gov.sg
hcwan@mas.gov.sg
hengsweekeat@mas.gov.sg
hhwong@mas.gov.sg
hkpuar@mas.gov.sg
hwchew@mas.gov.sg
hwchow@mas.gov.sg
jameschia@mas.gov.sg
jamessin@mas.gov.sg
janelow@mas.gov.sg
jerrykoh@mas.gov.sg
jeslynng@mas.gov.sg
jloh@mas.gov.sg
joantit@mas.gov.sg
johnloh@mas.gov.sg
joyceng@mas.gov.sg
jrlee@mas.gov.sg
junelim@mas.gov.sg
kamisah@mas.gov.sg
kanghui@mas.gov.sg
kclee@mas.gov.sg
keithpeck@mas.gov.sg
kennethgay@mas.gov.sg
kevinng@mas.gov.sg
kevinpang@mas.gov.sg
larrykeh@mas.gov.sg
linachua@mas.gov.sg
lindachan@mas.gov.sg
lindakoh@mas.gov.sg
lleong@mas.gov.sg
lmchan@mas.gov.sg
lpyiong@mas.gov.sg
lsng@mas.gov.sg
lukegoh@mas.gov.sg
luzfoo@mas.gov.sg
lychiu@mas.gov.sg
lynnchu@mas.gov.sg
lynnkoh@mas.gov.sg
lynntoh@mas.gov.sg
maureenng@mas.gov.sg
maychen@mas.gov.sg
mcheng@mas.gov.sg
merion@mas.gov.sg
merlynee@mas.gov.sg
mingyew@mas.gov.sg
msdfsd@mas.gov.sg
msyudah@mas.com.my
mtam@mas.gov.sg
mtquek@mas.gov.sg
mylim@mas.gov.sg
nklau@mas.gov.sg
norlinda@mas.gov.sg
nsng@mas.gov.sg
paulinelow@mas.gov.sg

**Company & Corresponding Email Addresses**

phlim@mas.gov.sg
pmng@mas.gov.sg
psong@mas.gov.sg
qktang@mas.gov.sg
ratnah@mas.gov.sg
riccochan@mas.gov.sg
rizalsd@mas.com.my
roxannesoh@mas.gov.sg
rtosali@mas.gov.sg
ruixiong@mas.gov.sg
rxkee@mas.gov.sg
saji@mas.gov.sg
saktiandi@mas.gov.sg
scleong@mas.gov.sg
sgpoh@mas.gov.sg
shanetregillis@mas.gov.sg
shirleenq@mas.gov.sg
shirleyng@mas.gov.sg
sivasankar@mas.gov.sg
slchua@mas.gov.sg
slgoh@mas.gov.sg
slkoh@mas.gov.sg
slteo@mas.gov.sg
smyeo@mas.gov.sg
sophielim@mas.gov.sg
sptan@mas.gov.sg
sschiang@mas.gov.sg
stellaoh@mas.gov.sg
susanchew@mas.gov.sg
susanchu@mas.gov.sg
sytang@mas.gov.sg
tklee@mas.gov.sg
tllim@mas.gov.sg
vivianlee@mas.gov.sg
wendychia@mas.gov.sg
weyap@mas.gov.sg
wlphua@mas.gov.sg
wltan@mas.gov.sg
wqlee@mas.gov.sg
wwleong@mas.gov.sg
wycheng@mas.gov.sg
wzkit@mas.gov.sg
yhwong@mas.gov.sg
yleong@mas.gov.sg
yssim@mas.gov.sg
yylee@mas.gov.sg
zchen@mas.gov.sg
zhtan@mas.gov.sg

**mascf**
adrien.paihes@mascf.fr

**mascohq**
brian_burgess@mascohq.com

**massmutual**
akandilis@massmutual.com

## Company & Corresponding Email Addresses

bjoyal@massmutual.com
bstgeorge@internal.massmutual.com
bward@massmutual.com
cmeuser@massmutual.com
cstadnicki@massmutual.com
dadamczk@massmutual.com
dcarlson@massmutual.com
do'donnell@massmutual.com
gbacchiocchi@massmutual.com
gbonetti@massmutual.com
howard.gunton@massmutual.com
jbeaulieu@massmutual.com
jzubretsky@massmutual.com
kgough@massmutual.com
kmatras@massmutual.com
llanglois@massmutual.com
lleveille@massmutual.com
lperenick@massmutual.com
lzepke@internal.massmutual.com
mahmed@massmutual.com
marymccarthy@massmutual.com
mastone@massmutual.com
mkaczuwka@massmutual.com
mteubner@massmutual.com
mwalker@massmutual.com
mwilson@internal.massmutual.com
ndrzewiecki@massmutual.com
pdery@massmutual.com
rakennedy@massmutual.com
rbarnhart@massmutual.com
scicco@massmutual.com
shurtleff@massmutual.co.jp
snorquist@massmutual.com
sreese@massmutual.com
sshaikh@massmutual.com
svillarindo@massmutual.com
tarabrown@massmutual.com
ttalenda@massmutual.com

### massport
btaylor@massport.com
hchu@massport.com
lkirwan@massport.com

### matchettcap
ken@matchettcap.com

### matincurrie
lfasan@matincurrie.com

### matrix
dak@matrix.com

### matrixassetadvisors
dkatz@matrixassetadvisors.com
jposner@matrixassetadvisors.com
jtom@matrixassetadvisors.com
lbirnholz@matrixassetadvisors.com
shurwitz@matrixassetadvisors.com

**Company & Corresponding Email Addresses**

   sroukis@matrixassetadvisors.com
   wtseng@matrixassetadvisors.com

**matrixlp**

   andym@matrixlp.com
   ferri@matrixlp.com

**mauchchunktrust**

   dmurphy@mauchchunktrust.com
   dmurphy1@mauchchunktrust.com

**mavricc**

   cfm@mavricc.com

**maximgrp**

   rsaiki@maximgrp.com

**maybank**

   afuadmn@maybank.com.my
   cmo@maybank.com.my
   fadzila.amru@maybank.com.my
   faezah@maybank.com.my
   j.hisham@maybank.com.my
   kleong@maybank.com.sg
   leesh@maybank.com.my
   limteemeng@maybank.com.my
   nicole@maybank.com.hk
   psim@maybank.com.sg
   safura@maybank.com.my
   tham@maybank.com.my
   tongleong.t@maybank.com.my
   wankup@maybank.com.my

**mayco**

   martin_doerr@mail.mayco.com

**may-co**

   trish_visintine@may-co.com

**mb**

   fvgk9532@mb.infoweb.ne.jp
   himesin1@mb.infoweb.ne.jp
   s0884@mb.rosenet.ne.jp

**mba2003**

   llin@mba2003.hbs.edu

**mba2007**

   schakravarthy@mba2007.hbs.edu

**mbandt**

   tony.burek@mbandt.com

**mbczh**

   christian.neunkirchner@mbczh.ch
   daniel.oet@mbczh.ch
   davide.pinna@mbczh.ch
   emanuel.agustoni@mbczh.ch
   fritz.feldmann@mbczh.ch
   gustav.schuler@mbczh.ch
   heinz.mueller@mbczh.ch
   martin.widmer@mbczh.ch
   michael.odermatt@mbczh.ch
   nicolas.kopitsis@mbczh.ch
   nicolas.mange@mbczh.ch
   peter.rechsteiner@mbczh.ch

## Company & Corresponding Email Addresses

rene.hermann@mbczh.ch
roland.utzinger@mbczh.ch
stephan.knuser@mbczh.ch
stephan.zwahlen@mbczh.ch
sushant.sharma@mbczh.ch
thomas.stoll@mbczh.ch
urs.reiter@mbczh.ch

### mbia
randy.palomba@mbia.com

### mblackrock
graham.harrington@mblackrock.com

### mbna
bridgette.chambers@mbna.com
chris.powell@mbna.com
christopher.halmy@mbna.com
dhzaelto@mbna.com
fmita@mbna.com
frederick.boos@mbna.com
jeanne.short@mbna.com
jeff.sowden@mbna.com
jwashing3@mbna.com
keith.daviston@mbna.com
keith.mccutcheon@mbna.com
kenneth.fischbach@mbna.com
kevin.sweeney@mbna.com
kim.bennett@mbna.com
klandis@mbna.com
kquinn@mbna.com
kwinkler@mbna.com
lchetkow@mbna.com
nav.swamy@mbna.com
nichole.foraker@mbna.com
rodney.yoder@mbna.com
rose.sanders@mbna.com
scott.mccarthy@mbna.com
sday@mbna.com
sean.day@mbna.com
shannon.downward@mbna.com
tdunn@mbna.com
thomas.wren@mbna.com
thomas.zorab@mbna.com
vernon.wright@mbna.com
wai.chung@mbna.com
yolanda.davidson@mbna.com

### mbox200
bertill.hallsten@mbox200.swipnet.se

### mbs
ssyokn1@mbs.sphere.ne.jp

### mcc
abaldino@mcc.it
cmancini@mcc.it
ddesimone@mcc.it
edosa@mcc.it
gcambieri@mcc.it

## Company & Corresponding Email Addresses

gratti@mcc.it
gtolaini@mcc.it
pcova@mcc.it
ppeluso@mcc.it
rdimaria@mcc.it
rtaricco@mcc.it

### mccombs

francisco.perez@mccombs.utexas.edu
lillian.mills@mccombs.utexas.edu

### mcd

dave.zillmer@mcd.com

### mcdinvest

asaccardi@mcdinvest.com
aslabaugh@mcdinvest.com
bhegarty@mcdinvest.com
dbarson@mcdinvest.com
djohnson@mcdinvest.com
dknoepp@mcdinvest.com
dmelchior@mcdinvest.com
dpiatak@mcdinvest.com
gandrews@mcdinvest.com
jcaldwell@mcdinvest.com
jcardillo@mcdinvest.com
jchinnici@mcdinvest.com
jkocab@mcdinvest.com
jolszowy@mcdinvest.com
jroberts@mcdinvest.com
mbennett@mcdinvest.com
pshapiro@mcdinvest.com
pstraffon@mcdinvest.com
rphillips@mcdinvest.com
sanderskow@mcdinvest.com
sbooth@mcdinvest.com
scrawford@mcdinvest.com
sevans@mcdinvest.com
tseay@mcdinvest.com

### mcdmgmt

giuram@mcdmgmt.com
kamradtm@mcdmgmt.com

### mcfundos

diogo.lopes@mcfundos.pt
hugo.pedro@mcfundos.pt
hugo-pedro@mcfundos.pt
lubelia.machado@mcfundos.pt
miguel.carvalho@mcfundos.pt

### mcglinncap

jbaumgardner@mcglinncap.com
jbreaks@mcglinncap.com
jpweaver@mcglinncap.com
jscalise@mcglinncap.com
mmcglinn@mcglinncap.com
ttimura@mcglinncap.com

### mcgraw-hill

desmond_douglas@mcgraw-hill.com

## Company & Corresponding Email Addresses

scott_leeb@mcgraw-hill.com

### mchsi

davidcthompson@mchsi.com

### mcleanbudden

abaillargeon@mcleanbudden.com
agregg@mcleanbudden.com
amancini@mcleanbudden.com
bdawson@mcleanbudden.com
bgiblin@mcleanbudden.com
bhaughey@mcleanbudden.com
bhealy@mcleanbudden.com
bmurray@mcleanbudden.com
bparadis@mcleanbudden.com
cfaiella@mcleanbudden.com
cnam@mcleanbudden.com
dntantoulis@mcleanbudden.com
ewang@mcleanbudden.com
ibigney@mcleanbudden.com
jcushman@mcleanbudden.com
jkeating@mcleanbudden.com
jpbry@mcleanbudden.com
kdean@mcleanbudden.com
kstenger@mcleanbudden.com
levans@mcleanbudden.com
ljackson@mcleanbudden.com
mhakes@mcleanbudden.com
mhallward@mcleanbudden.com
mhubbs@mcleanbudden.com
mmathers@mcleanbudden.com
mmcmaster@mcleanbudden.com
mskiba@mcleanbudden.com
pkotsopoulos@mcleanbudden.com
pmarcogliese@mcleanbudden.com
rball@mcleanbudden.com
rbeauchemin@mcleanbudden.com
research@mcleanbudden.com
rspector@mcleanbudden.com
sbonnyman@mcleanbudden.com
sconnell@mcleanbudden.com
sjhaveri@mcleanbudden.com
sshuter@mcleanbudden.com
ysaba@mcleanbudden.com

### mcm

alfredc@mcm.com
amandaj@mcm.com
andrewt@mcm.com
andyh@mcm.com
anuragd@mcm.com
artid@mcm.com
asis@mcm.com
bennett@mcm.com
billh@mcm.com
bjolm@mcm.com
brettt@mcm.com

**Company & Corresponding Email Addresses**

bricel@mcm.com
brunog@mcm.com
cbright@mcm.com
cheg@mcm.com
christiane@mcm.com
cjacklin@mcm.com
dalew@mcm.com
danielg@mcm.com
davidls@mcm.com
davva@mcm.com
denisel@mcm.com
dkwan@mcm.com
dylanw@mcm.com
edwardd@mcm.com
elainem@mcm.com
equitytrading@mcm.com
eugenem@mcm.com
gregg@mcm.com
heidih@mcm.com
hilaryc@mcm.com
hook@mcm.com
irinam@mcm.com
jamess@mcm.com
jeffreyc@mcm.com
jeffreyz@mcm.com
jeffz@mcm.com
jenniferk@mcm.com
johndd@mcm.com
johnk@mcm.com
johnr@mcm.com
jonp@mcm.com
joses@mcm.com
jp@mcm.com
jpheinrich@mcm.com
jtufts@mcm.com
jyoon@mcm.com
karendl@mcm.com
karenk@mcm.com
karstenj@mcm.com
kevinc@mcm.com
kimberlyf@mcm.com
laurak@mcm.com
leoh@mcm.com
lisao@mcm.com
liz@mcm.com
llinda@mcm.com
loum@mcm.com
lynnc@mcm.com
maheshj@mcm.com
marktk@mcm.com
marlenew@mcm.com
marshally@mcm.com
maryk@mcm.com
michaelh@mcm.com

**Company & Corresponding Email Addresses**

mikefo@mcm.com
mikez@mcm.com
mindis@mcm.com
mkeleher@mcm.com
parryw@mcm.com
patj@mcm.com
peggi@mcm.com
prabirg@mcm.com
priyaa@mcm.com
ralphg@mcm.com
ramut@mcm.com
richardt@mcm.com
ritikap@mcm.com
roberte@mcm.com
ryelandg@mcm.com
samv@mcm.com
schong@mcm.com
scotta@mcm.com
scottk@mcm.com
sellison@mcm.com
sepideha@mcm.com
stephanies@mcm.com
stevent@mcm.com
susank@mcm.com
thomasm@mcm.com
tomh@mcm.com
tracyc@mcm.com
vikas@mcm.com
warrenc@mcm.com
waynel@mcm.com
wesley@mcm.com
yilungc@mcm.com
zandraz@mcm.com

**mcmorgan**
ablankman@mcmorgan.com
bgreene@mcmorgan.com
bhenry@mcmorgan.com
chancock@mcmorgan.com
dbader@mcmorgan.com
dsteele@mcmorgan.com
jkarger@mcmorgan.com
kbowers@mcmorgan.com
lsouza@mcmorgan.com
mseal@mcmorgan.com
rpaz@mcmorgan.com
rrayborn@mcmorgan.com
tcorbett@mcmorgan.com
traney@mcmorgan.com
ybaumgartner@mcmorgan.com

**mcp-am**
shun.fujii@mcp-am.com

**mcsaatchi**
davidk@mcsaatchi.com

**mcsbank**

## Company & Corresponding Email Addresses
main@mcsbank.com
### mcs-bank
kpfisher@mcs-bank.com
### mcsecurities
moeller@mcsecurities.com
### mdam
hiroyuki.uekusa@mdam.co.jp
### mdsass
alau@mdsass.com
asass@mdsass.com
aslawsky@mdsass.com
bbarney@mdsass.com
bgeorge@mdsass.com
bliu@mdsass.com
cbarney@mdsass.com
cdunn@mdsass.com
cposada@mdsass.com
dbruno@mdsass.com
erourke@mdsass.com
fsung@mdsass.com
gmiller@mdsass.com
hmiller@mdsass.com
irosenweig@mdsass.com
jcheung@mdsass.com
jdavolio@mdsass.com
jevans@mdsass.com
jmiller@mdsass.com
jmullins@mdsass.com
jquartarolo@mdsass.com
jrocafort@mdsass.com
kmonshaw@mdsass.com
mdicroce@mdsass.com
msass72@mdsass.com
msheer@mdsass.com
npatel@mdsass.com
npersoo@mdsass.com
pbergan@mdsass.com
psivin@mdsass.com
rmooney@mdsass.com
sshenfeld@mdsass.com
vfaro@mdsass.com
### meadwestvaco
michael.weidinger@meadwestvaco.com
### meag
aaniol@meag.com
abruch@meag.com
achristan@meag.com
adagasan@meag.com
afischer@meag.com
afrey@meag.com
agrassl@meag.com
ahirtz@meag.com
ajaenke@meag.com
amoritz@meag.com

**Company & Corresponding Email Addresses**

amueller2@meag.com
aochs@meag.com
apuetz@meag.com
areichinger@meag.com
aschulan@meag.com
astumpe@meag.com
aviktor@meag.de
awasserle@meag.com
bbalg@meag.com
bbirnzain@meag.com
brueppel@meag.com
cbernhardt@meag.com
ceich@meag.com
cgreiner@meag.com
chodina@meag.com
ckroher@meag.com
clindberg@meag.com
cschott@meag.com
csinger@meag.com
drauscher@meag.com
dreif@meag.com
dschremmer@meag.com
dwolf@meag.com
eboesel@meag.com
egalic@meag.com
ekrueger@meag.com
erieger@meag.com
erombach@meag.com
eruettinger@meag.com
fhoevermann@meag.com
fkohnen@meag.com
frank.amberg@meag.com
fstaerk@meag.com
ghofer@meag.com
gloeser@meag.com
hfeil@meag.com
hgreiner@meag.com
hkerzel@meag.com
hmoehlmann@meag.com
iprzewlocka@meag.com
jadam@meag.com
jbies@meag.com
jbrueckmann@meag.com
jcallies@meag.com
jfuerstenberger@meag.com
jhoppe@meag.com
jschmidt-radtfeldt@meag.com
jseitz@meag.com
kfelsenheimer@meag.com
kgriesshammer@meag.com
kgrube@meag.com
kklein@meag.com
kpeitlschmidt@meag.com
kruffing@meag.com

**Company & Corresponding Email Addresses**

kwestphal@meag.com
mbentlage@meag.com
mdahle@meag.com
mdecker@meag.com
mdoranth@meag.com
messl@meag.com
mfacco-gans@meag.com
mhasse@meag.com
mheintel@meag.com
mhirschberger@meag.com
mkreft@meag.com
mkreie@meag.com
mresch@meag.com
msachse@meag.com
msirch@meag.com
mwenzel@meag.com
narendt@meag.com
ojaster@meag.com
okunze@meag.com
olill@meag.com
rback@meag.com
rbijlmakers@meag.com
rheine@meag.com
rhelm@meag.com
rhern@meag.com
rlink@meag.com
rmatuschka@meag.com
rreinwald@meag.com
rwetzer@meag.com
sduss@meag.com
seikens@meag.com
sfruehn@meag.com
sjocher@meag.com
skemming@meag.com
spichler@meag.com
srauh@meag.com
srother@meag.com
syanar@meag.com
tkabisch@meag.com
tkirchmaier@meag.com
tkurtz@meag.com
tleonhard@meag.com
tlerchl@meag.com
tmartens@meag.com
tober@meag.com
tschmidt@meag.com
tvargha@meag.com
ugantert@meag.com
ulucas@meag.com
uschneider@meag.com
useifert@meag.com
vpickhardt@meag.com
vtexter@meag.com
wheindl@meag.com

**Company & Corresponding Email Addresses**

wlickl@meag.com
wmueller@meag.com

**meag-ny**

ajanko@meag-ny.com
bgriffith@meag-ny.com
cabrahante@meag-ny.com
cwoods@meag-ny.com
egould@meag-ny.com
fbitsch@meag-ny.com
hlearner@meag-ny.com
ima@meag-ny.com
jbernstein@meag-ny.com
jbuxbaum@meag-ny.com
jcuccia@meag-ny.com
jrogowsky@meag-ny.com
kchavanne@meag-ny.com
kingravallo@meag-ny.com
kyeung@meag-ny.com
lgreengard@meag-ny.com
lsamuels@meag-ny.com
marora@meag-ny.com
mcavallone@meag-ny.com
mdelaney@meag-ny.com
mhan@meag-ny.com
mlatona@meag-ny.com
mmontoya@meag-ny.com
mneggers@meag-ny.com
mseeman@meag-ny.com
msnyder@meag-ny.com
nho@meag-ny.com
pcerino@meag-ny.com
rizmirlian@meag-ny.com
sfriedland@meag-ny.com
siyer@meag-ny.com
spacheco@meag-ny.com
tbucher@meag-ny.com
tkroeber@meag-ny.com
wchan@meag-ny.com
xwang@meag-ny.com
ykopeliovich@meag-ny.com
yshi@meag-ny.com

**meagpower**

bsaid@meagpower.org
posborne@meagpower.org
tatwater@meagpower.org

**mec**

naoki_umeda@mec.co.jp
yuichiro_shioda@mec.co.jp

**mecklenburgische**

magdsick@mecklenburgische.de

**mecu**

ajohnson@mecu.com

**mediobanca**

alessio.galliani@mediobanca.it

**Company & Corresponding Email Addresses**

andrea.anellucci@mediobanca.it
andrea.nerucci@mediobanca.it
annarita.agostoni@mediobanca.it
carlo.acconciamessa@mediobanca.it
carlo.guffanti@mediobanca.it
carlo.masini@mediobanca.it
corrado.golxisaporiti@mediobanca.it
cristina.castoldi@mediobanca.it
david.lee@mediobanca.it
david.vigano@mediobanca.it
fabio.noacco@mediobanca.it
federico.bruzzi@mediobanca.it
francesco.carloni@mediobanca.it
francesco.dolfino@mediobanca.it
furio.francini@mediobanca.it
giorgia.simeone@mediobanca.it
guido.miglietta@mediobanca.it
lara.pizzimiglia@mediobanca.it
luca.lucente@mediobanca.it
luca.raso@mediobanca.it
lucio.venanzi@mediobanca.it
marco.nori@mediobanca.it
maria.calimeri@mediobanca.it
martino.deprato@mediobanca.it
mauro.delcorso@mediobanca.it
nicola.vannucchi@mediobanca.it
nicolo.pessina@mediobanca.it
nunzio.traballi@mediobanca.it
paolo.ginelli@mediobanca.it
paolo.labbozzetta@mediobanca.it
piermario.livrea@mediobanca.it
riccardo.quartodipalo@mediobanca.it
roberto.viola@mediobanca.it
rosana.decesco@mediobanca.it
stefano.plaino@mediobanca.it
unknown@mediobanca.nl

**mediocredito**

unknown@mediocredito.nl

**mediolanum**

a.bailo@mediolanum.it
alberto.ospite@mediolanum.it
andrea.rescalli@mediolanum.it
angelo.lietti@mediolanum.it
angelo.penna@mediolanum.it
biagio.alessio@mediolanum.it
claudiovergami@mediolanum.it
domizioli@mediolanum.it
edoardo.lombardi@mediolanum.it
egramagl@mediolanum.it
giovanni.bagiotti@mediolanum.it
lorenzo.bottazzi@mediolanum.it
marco.bramati@mediolanum.it
massimino@mediolanum.it
maxwell@mediolanum.it

## Company & Corresponding Email Addresses

mbonacos@mediolanum.it
raffaele.carlucci@mediolanum.it
riccardo.veglio@mediolanum.it
rizzi@mediolanum.it
sergio.sommariva@mediolanum.it
valeria.aiudi@mediolanum.it
vittorio.gaudio@mediolanum.it

### mediosim
carena@mediosim.it
dbersani@mediosim.it
emattia@mediosim.it
unknown@mediosim.nl

### meederfinancial
robt@meederfinancial.com

### meespierson
angela.choo@meespierson.com.sg
arjen.sap@meespierson.com
cor.moons@meespierson.com
edwin.vanderaalst@meespierson.com
eric.ebermeyer@meespierson.com
eric.gerritse@meespierson.com
eric.lohuis@meespierson.com
flor.veraart@meespierson.com
hans.van.rijn@meespierson.com
henk_de_glint@meespierson.com.sg
herma.boom-conradi@meespierson.com
hugo.graafland@meespierson.com
jelmar.everwijn@meespierson.com
khaw_poh_chai@meespierson.com.sg
leo.de.jong@meespierson.com
marcel.blom@meespierson.com
mike.vandermeer@meespierson.com
mkuijpers@meespierson.com
najib.nakad@meespierson.com
peter.vanderhof@meespierson.com
philip.ho@meespierson.com.hk
rolf.vannieuwenhuyzen@meespierson.com
ton.selier@meespierson.com

### mefop
mariani@mefop.it

### megabank
alanchen@megabank.com.tw
andy_chen@megabank.com.tw
chen46@megabank.com.tw
fan020@megabank.com.tw
jamesyang@megabank.com.tw
kaotw@megabank.com.tw
nini@megabank.com.tw

### meie
maurizio.mazzetti@meie.it

### meieaurora
francesco.marinaro@meieaurora.it
massimo.bolzoni@meieaurora.it

### meijer

**Company & Corresponding Email Addresses**

gmay@meijer.com
steenbeb@meijer.com

**meiji-life**

akiho.harada@meiji-life.co.jp
h-nakahara@meiji-life.co.jp
k.yamahara@meiji-life.co.jp
kondo@meiji-life.com
m.shirai@meiji-life.co.jp
s_tanaka@meiji-life.co.jp
shunji.iwata@meiji-life.co.jp
s-tomioka@meiji-life.co.jp
s-yasuda@meiji-life.co.jp
t15898@meiji-life.co.jp
t15942@meiji-life.co.jp
t16149@meiji-life.co.jp
t16208@meiji-life.co.jp
t16558@meiji-life.co.jp
t16614@meiji-life.co.jp
t17400@meiji-life.co.jp
takahiko_suzuki@meiji-life.co.jp
takehiro.hata@meiji-life.co.jp
tl4236@meiji-life.co.jp
yasuhiro.hisamura@meiji-life.co.jp
y-utsumi@meiji-life.co.jp

**meijiyasuda**

aki-kobayashi2003@meijiyasuda.co.jp
akira-miyano@meijiyasuda.co.jp
ak-otsu@meijiyasuda.co.jp
ge-kawanabe@meijiyasuda.co.jp
hi1-ishii@meijiyasuda.co.jp
hi1-watanabe@meijiyasuda.co.jp
hide-watanabe@meijiyasuda.co.jp
hiroaki.hoshino@meijiyasuda.co.jp
ke1-aoki@meijiyasuda.co.jp
k-fujiwara@meijiyasuda.co.jp
k-kitsugi@meijiyasuda.co.jp
kotaro_shimamura@meijiyasuda.co.jp
k-ozono@meijiyasuda.co.jp
m.isobe@meijiyasuda.co.jp
masaki.kobayashi@meijiyasuda.co.jp
masaoaratani@meijiyasuda.co.jp
mhoshina@meijiyasuda.co.jp
mi2-watanabe@meijiyasuda.co.jp
mi-komada@meijiyasuda.co.jp
m-kasahara@meijiyasuda.co.jp
m-okamoto@meijiyasuda.co.jp
m-tsuzaka@meijiyasuda.co.jp
n.kita@meijiyasuda.co.jp
naoki_matsuyama@meijiyasuda.co.jp
naoyuki.inoue@meijiyasuda.co.jp
na-sato@meijiyasuda.co.jp
n-kawamura@meijiyasuda.co.jp
s.matsumura@meijiyasuda.co.jp
s_cho@meijiyasuda.co.jp

## Company & Corresponding Email Addresses

s_tanaka@meijiyasuda.co.jp
sh-banba@meijiyasuda.co.jp
sh-hara@meijiyasuda.co.jp
shinichisuzuki@meijiyasuda.co.jp
s-takahira@meijiyasuda.co.jp
t.mita@meijiyasuda.co.jp
t15214@meijiyasuda.co.jp
t16426@meijiyasuda.co.jp
ta1-murakami@meijiyasuda.co.jp
ta-ishikawa@meijiyasuda.co.jp
takahiro.fujii@meijiyasuda.co.jp
t-araki@meijiyasuda.co.jp
ta-suzuki@meijiyasuda.co.jp
t-fujikawa@meijiyasuda.co.jp
ts-sato@meijiyasuda.co.jp
tu-fujii@meijiyasuda.co.jp
xxx@meijiyasuda.co.jp
ya1-hayashi@meijiyasuda.co.jp
y-aigami@meijiyasuda.co.jp
y-kubota@meijiyasuda.co.jp
yo-ueda@meijiyasuda.co.jp
y-ozaki@meijiyasuda.co.jp
y-suga@meijiyasuda.co.jp

### meijiyasudany
aya@meijiyasudany.com
j.date@meijiyasudany.com
k.shiotsuki@meijiyasudany.com
yuka@meijiyasudany.com

### meinlbank
bachner@meinlbank.com
grandl@meinlbank.com
guetl@meinlbank.com
horn@meinlbank.com
korpitsch@meinlbank.com
matejka@meinlbank.com
messner@meinlbank.com
mittermann@meinlbank.com
nusshold@meinlbank.com
rauch@meinlbank.com
schaufler@meinlbank.com
tritthart@meinlbank.com
willenbacher@meinlbank.com

### meisenbachcapital
mm@meisenbachcapital.com
rm@meisenbachcapital.com

### meliorbanca
carlo.franchini@meliorbanca.com
chiara.gonnella@meliorbanca.com
claudia.brambilla@meliorbanca.com
claudio.ripamonti@meliorbanca.com
corrado.rinaldi@meliorbanca.com
fausto.marcantoni@meliorbanca.com
giampaolo.bon@meliorbanca.com
gianni.rossi@meliorbanca.com

**Company & Corresponding Email Addresses**

giovanna.angari@meliorbanca.com
giuliano.raso@meliorbanca.com
ines.depascale@meliorbanca.com
marcella.bellucci@meliorbanca.it
marco.parini@meliorbanca.com
marina.piccioni@meliorbanca.com
massimo.iacono@meliorbanca.com
massimo.sgabussi@meliorbanca.com
matteo.brancolini@meliorbanca.com
raffaella.tolardo@meliorbanca.com
roberta.bastianon@meliorbanca.it
silvia.cerquetella@meliorbanca.com
silvio.depeppo@meliorbanca.com
stefano.fusi@meliorbanca.it
vera.bergamaschi@meliorbanca.com
walteremilio.spanio@meliorbanca.com

**mellon**

abbott.m@mellon.com
adamwaldo@mellon.com
au.ly@mellon.com
baker.j2@mellon.com
barber.m1@mellon.com
barrett.rl@mellon.com
baumhoff.ew@mellon.com
benson.ld@mellon.com
bissett.la@mellon.com
boots.cl@mellon.com
borkovic.v@mellon.com
buchman.as@mellon.com
burg.mj@mellon.com
burlong.s@mellon.com
bush.m@mellon.com
carlson.w@mellon.com
caruso.tp@mellon.com
ceurvorst.s@mellon.com
chambers.j2@mellon.com
cheung.a@mellon.com
chung.i@mellon.com.au
clements.b@mellon.com
cobain.s@mellon.com
conant.gj@mellon.com
cook.p2@mellon.com
cowden.de@mellon.com
crespi.n@mellon.com
crivellaro.k@mellon.com
cunning.sa@mellon.com
daniels.wg@mellon.com
davenport.jb@mellon.com
defrancisis.s@mellon.com
defrancisis.sf@mellon.com
diez.dm@mellon.com
dinapoli.d@mellon.com
dipasquale.rm@mellon.com
dmenski.na@mellon.com

**Company & Corresponding Email Addresses**

doherty.br@mellon.com
durante.t@mellon.com
fagan.nnf@mellon.com
falci.sa@mellon.com
ferguson.bc@mellon.com
flaherty.ag@mellon.com
flahive.j@mellon.com
foglia.b@mellon.com
freyvogel.bg@mellon.com
frysinger.tm@mellon.com
fuga.sm@mellon.com
gately.ka@mellon.com
gibson.aj@mellon.com
gilliland.ta@mellon.com
giorgianni.l@mellon.com
goc.a@mellon.com
gonsalves.js@mellon.com
gregory.aj@mellon.com
grosse.ha@mellon.com
heberle.dj@mellon.com
hilgert.aj@mellon.com
horton.jp@mellon.com
houston.bb@mellon.com
hubbard.e@mellon.com
hutchison.la@mellon.com
isbir.sl@mellon.com
jay.rw@mellon.com
jehling.jr@mellon.com
johnstone.j@mellon.com
jones.c1@mellon.com
kane.pj@mellon.com
keyes.m@mellon.com
knutzen.el@mellon.com
lackey.s@mellon.com
lamere.df@mellon.com
langley.e@mellon.com
lawrie.k@mellon.com
lee.chan.c@mellon.com
leininger.jl@mellon.com
lindquist.k@mellon.com
maregnip@mellon.com
mccann.en@mellon.com
mccormick.tj@mellon.com
mcgrath.el@mellon.com
merlino.wa@mellon.com
mershon.mr@mellon.com
morris.cg@mellon.com
mozur.sa@mellon.com
mullins.b@mellon.com
nagel.rd@mellon.com
obrien.c@mellon.com
obrien.s@mellon.com
o'brien.s@mellon.com
o'donnell.ma@mellon.com

**Company & Corresponding Email Addresses**

o'toole.jr@mellon.com
pace.d@mellon.com
palermo.c@mellon.com
patel.dm@mellon.com
patel.k1@mellon.com
pavao.gf@mellon.com
perry.m@mellon.com
peter.pt@mellon.com
phillips.b@mellon.com
pieples.t@mellon.com
pitcher.bs@mellon.com
pohodich.sm@mellon.com
poole.j@mellon.com
porto.jj@mellon.com
provenzano.ka@mellon.com
quinn.bp@mellon.com
ravasio.m@mellon.com
richards.jc@mellon.com
riesmeyer.j@mellon.com
riordan.p@mellon.com
robertk@mellon.com
ross.jm@mellon.com
rouse.jx@mellon.com
ruggiero.jx@mellon.com
sanville.t@mellon.com
schade.ja@mellon.com
schmitt.lf@mellon.com
schultz.l@mellon.com
schwartz.jf@mellon.com
serra.m@mellon.com
sersen.mk@mellon.com
shane.e@mellon.com
sheldon.ce@mellon.com
shuster.m@mellon.com
sikora.ad@mellon.com
snyder.ni@mellon.com
solomich.mt@mellon.com
spicer.rd@mellon.com
stayert.w@mellon.com
stetz.ka@mellon.com
steven.cohen@mellon.com
strathearn.mc@mellon.com
tehrani.m@mellon.com
thirdpartyteam@mellon.com
thornton.ma@mellon.com
todd.l@mellon.com
tojima.m@mellon.com
tracy.wb@mellon.com
turino.sl@mellon.com
tuzzolino.d@mellon.com
uhryniak.d@mellon.com
ullum.sg@mellon.com
undereiner.js@mellon.com
viaud.m@mellon.com

**Company & Corresponding Email Addresses**

virostek.jj@mellon.com
visnic.m@mellon.com
volpatti.tl@mellon.com
wadsworth.j@mellon.com
weiner.m@mellon.com
wells.c@mellon.com
whooley.j@mellon.com
widich.jo@mellon.com
williams.c4@mellon.com
witterschein.jj@mellon.com
wolf.j@mellon.com
wu.s@mellon.com
zammit.lf@mellon.com
zulaga.l@mellon.com

**mellonbank**
ppeters@mellonbank.com

**mellonequity**
cunningham.me@mellonequity.com
demarino.j@mellonequity.com
gala.rp@mellonequity.com
goslin.pd@mellonequity.com
gulasky.sm@mellonequity.com
kaminski.mp@mellonequity.com
keller.jw@mellonequity.com
kress.lynn@mellonequity.com
logan.a@mellonequity.com
miller.pr@mellonequity.com
rozyczka.mw@mellonequity.com
rydell.wp@mellonequity.com
yanief.l@mellonequity.com

**mellonhbv**
mcambria@mellonhbv.com

**melloninvestor**
bverrico@melloninvestor.com
degan@melloninvestor.com

**mellon-investor**
hsakal@mellon-investor.com

**meltlife**
dschultz@meltlife.com

**membersunited**
larry.harmon@membersunited.org
linda.cesare@membersunited.org
megan.white@membersunited.org
tara.mason@membersunited.org
tom.slefinger@membersunited.org

**membertrade**
jcanziani@membertrade.com
pwilders@membertrade.com

**memo**
int.casv@memo.volvo.se

**mentorinvgroup**
bzirkle@mentorinvgroup.com

**mercantilcb**
aponte1@mercantilcb.com

## Company & Corresponding Email Addresses

jmorris@mercantilcb.com
ralvarez@mercantilcb.com

### mercantile

andrew.flack@mercantile.com
andrew.le@mercantile.com
andrew.rosti@mercantile.com
anthony.arlauckas@mercantile.com
asmyth@mercantile.co.za
james.cantrell@mercantile.com
jason.weber@mercantile.com
jeremy.sussman@mercantile.com
jonathan.rainford@mercantile.com
nicole.deblase@mercantile.com
shreya.jawalkar@mercantile.com
sinclair.eaddy@mercantile.net

### mercatifinanziari

didier.adler@mercatifinanziari.net

### merchantsgroup

emurphy@merchantsgroup.com

### merchinv

paul.hamblet@merchinv.co.uk

### merck

aaron_rosenberg@merck.com
anderson_lee@merck.com
beth_watson2@merck.com
clifford_kalb@merck.com
corinne_ching@merck.com
diane_dalinsky@merck.com
don_hill@merck.com
eva_boratto@merck.com
graeme_bell@merck.com
investor.relations@merck.de
jacqueline_wan@merck.com
jerry_funk@merck.com
jodi_tan@merck.com
joel_lebowitz@merck.com
john_canady@merck.com
john_kennedy@merck.com
joseoh.petco@merck.com
louise_schaible@merck.com
marion_gillespie@merck.com
mark_mcdonough@merck.com
mary_redmond@merck.com
melissa_king@merck.com
michael_nally@merck.com
misyan@merck.com
peter_devilbiss@merck.com
rhea_mihalisin@merck.com
richard_townsend@merck.com
robert_underwood@merck.com
ryan_weninger@merck.com
sean_mooney@merck.com
stephen_jasko@merck.com
timothy_dillane@merck.com

## Company & Corresponding Email Addresses

**merctrust**
aheiser@merctrust.com
bram@merctrust.com
cmerrick@merctrust.com
crishell@merctrust.com
dalfred@merctrust.com
dyoung@merctrust.com
gmichaels@merctrust.com
hcallahan@merctrust.com
hcaughy@merctrust.com
hchiu@merctrust.com
jsantiago@merctrust.com
mbrant@merctrust.com
mbrennan@merctrust.com
mgovil@merctrust.com
mmcglone@merctrust.com
mmckenzie@merctrust.com
msatyshur@merctrust.com
mwyskiel@merctrust.com
sjaworski@merctrust.com

**mercuryin**
harryholt@mercuryin.es

**mercuryinsurance**
cgraves@mercuryinsurance.com
rgallen@mercuryinsurance.com

**merganser**
ams@merganser.com
dak@merganser.com
dpm@merganser.com
eb@merganser.com
jkw@merganser.com
psk@merganser.com

**merinet**
anders.abrahamson@merinet.mailnet.fi

**merloni**
andrea.crenna@merloni.com
gian.oddonemerli@merloni.com
luciano.brega@merloni.com
umberto.vallarino@merloni.com

**merrill**
jnordeman@merrill.com

**metis-am**
jwalter@metis-am.com

**metlife**
aambrus@metlife.com
aaoyama@metlife.com
abest@metlife.com
abuss@metlife.com
acoombs@metlife.com
adam.michon@pl.metlife.com
adelagarde@metlife.com
aderosa@metlife.com
adoshi@metlife.com
afriedman@metlife.com

**Company & Corresponding Email Addresses**

ahenry4@metlife.com
ahock@metlife.com
akaiser1@metlife.com
akenworthy@metlife.com
akhavulya@metlife.com
alopez4@metlife.com
amontemurro@metlife.com
amontoya@metlife.com
apatel2@metlife.com
aquezada@metlife.com
asawyer@metlife.com
asaxena3@metlife.com
aturkiewicz@metlife.com
awadhwani@metlife.com
awalter@metlife.com
awilliamson@metlife.com
ayoung@metlife.com
balan@metlife.com
bbixler@metlife.com
bcavanaugh@metlife.com
ben.grippi@metlife.com
bgould1@metlife.com
bjsullivan@metlife.com
bkish@metlife.com
blewand@metlife.com
bmcclenahan@metlife.com
bnoll@metlife.com
brhoads@metlife.com
bshah1@metlife.com
bsmith1@metlife.com
cbajak@metlife.com
cbullen@metlife.com
cchen9@metlife.com
ccosta@metlife.com
ccromie@metlife.com
cfern@metlife.com
chamnell@metlife.com
cjakucionis@metlife.com
cjohnson@metlife.com
clu@metlife.com
cmcpherson@metlife.com
cmurphy7@metlife.com
coliveira2@metlife.com
cpisupati@metlife.com
crfortier@metlife.com
crowe@metlife.com
cscully@metlife.com
csmith4@metlife.com
csymington@metlife.com
cwerthwine@metlife.com
dberkowitz@metlife.com
dburgess@metlife.com
dcassell@metlife.com
dcpatel@metlife.com

## Company & Corresponding Email Addresses

dcsmith@metlife.com
ddefour@metlife.com
ddeuble@metlife.com
ddickman@metlife.com
delkenany@metlife.com
dfarrell@metlife.com
dguenther@metlife.com
dguillossou@metlife.com
dhawk@metlife.com
dlevin@metlife.com
dlindstrom@metlife.com
dmandel@metlife.com
dmccahill@metlife.com
dmoss1@metlife.com
dmwisdom@metlife.com
dokeke@metlife.com
dpetschow@metlife.com
dpolitano@metlife.com
drichter@metlife.com
droach@metlife.com
dross1@metlife.com
dtypermass@metlife.com
dwells@metlife.com
dwheeler@metlife.com
ebennett@metlife.com
echesculescu@metlife.com
ediver@metlife.com
efurey@metlife.com
egoldschmidt@metlife.com
emacek@metlife.com
epalmer1@metlife.com
ephipps@metlife.com
erusso1@metlife.com
esavi@metlife.com
eurban@metlife.com
fcunha@metlife.com
fdunnantuono@metlife.com
fjones@metlife.com
fmalfalcone@metlife.com
fmensah@metlife.com
fmonfalcone@metlife.com
fpaez@metlife.com
fsporer@metlife.com
fswong@metlife.com
fwong@metlife.com
gadvani@metlife.com
garnold@metlife.com
gboyan@metlife.com
gdevine@metlife.com
gfeaster@metlife.com
graham.martin@metlife.com
grussell@metlife.com
gslonaker@metlife.com
gstabbert@metlife.com

**Company & Corresponding Email Addresses**

gtell@metlife.com
gyoder@metlife.com
hjai@metlife.com
hmoehlman@metlife.com
hriter@metlife.com
hsauer@metlife.com
hvallejo@metlife.com
ifundo@metlife.com
iharris@metlife.com
ikaplan@metlife.com
itanenbaum@metlife.com
ixenitides@metlife.com
jauyeung@metlife.com
jbalchandani@metlife.com
jbarker1@metlife.com
jbatra@metlife.com
jcannon@metlife.com
jcarl@metlife.com
jchadwick@metlife.com
jchan2@metlife.com
jchapin@metlife.com
jdellavalle@metlife.com
jdemetrick@metlife.com
jdigney@metlife.com
jdingler@metlife.com
jdtrujillo@metlife.com
jeberlin@metlife.com
jellermeyer@metlife.com
jeplett@metlife.com
jferrier@metlife.com
jgiasi@metlife.com
jgmelch@metlife.com
jhe@metlife.com
jheary@metlife.com
jhill1@metlife.com
jhochhauser@metlife.com
jhodgman@metlife.com
jjenkins@metlife.com
jjennings1@metlife.com
jkatz1@metlife.com
jkenary@metlife.com
jlaplace@metlife.com
jlau@metlife.com
jlee4@metlife.com
jleinwand@metlife.com
jli@metlife.com
jlieu@metlife.com
jlima@metlife.com
jmalcolm@metlife.com
jmanske@metlife.com
jmarcus@metlife.com
jmazigi@metlife.com
jmazon@metlife.com
jmazzullo@metlife.com

**Company & Corresponding Email Addresses**

jnorquay@metlife.com
jnycz@metlife.com
jperuyero@metlife.com
jpetramale1@metlife.com
jpolsky@metlife.com
jpotenta@metlife.com
jpuchon@metlife.com
jrosenthal@metlife.com
jrothenberg@metlife.com
jrsantos@metlife.com
jryvicker@metlife.com
jschlein@metlife.com
jshannon@metlife.com
jsingh@metlife.com
jsmarino@metlife.com
jsstevens@metlife.com
jstarks@metlife.com
jtanyeri@metlife.com
jtao@metlife.com
jtapper@metlife.com
jvalentino1@metlife.com
jvinas@metlife.com
jwagenseller@metlife.com
jwand@metlife.com
jwills@metlife.com
jwilson9@metlife.com
jwinterberg@metlife.com
jwiviott@metlife.com
kanderson1@metlife.com
kbralich@metlife.com
kcampbell@metlife.com
kedwards1@metlife.com
kgibbons@metlife.com
khannell@metlife.com
kkava@metlife.com
kkelly1@metlife.com
klehman@metlife.com
kmahon@metlife.com
kmcyntire@metlife.com
kredgate@metlife.com
krooney1@metlife.com
ksmith3@metlife.com
kwalters1@metlife.com
kwang@metlife.com
kwhitehouse@metlife.com
lcalvelli@metlife.com
lcarpio@metlife.com
lcheng@metlife.com
ldickey@metlife.com
leckl@metlife.com
levangel@metlife.com
lgranger@metlife.com
lhuang@metlife.com
lkelser@metlife.com

**Company & Corresponding Email Addresses**

llauner@metlife.com
llongino@metlife.com
lmckissock@metlife.com
lshainsky@metlife.com
lsheehey@metlife.com
ltruglio@metlife.com
lwilson1@metlife.com
lyoerg@metlife.com
lzha@metlife.com
mbisci@metlife.com
mblechner@metlife.com
mdetgen@metlife.com
mfabbio@metlife.com
mfania@metlife.com
mgerdes@metlife.com
mgraetzball@metlife.com
mgreen@metlife.com
mimbriano@metlife.com
mjodell@metlife.com
mjones2@metlife.com
mkachelski@metlife.com
mkarasiewicz@metlife.com
mkroeger@metlife.com
mkuang@metlife.com
mmasters@metlife.com
mmcdonnell@metlife.com
mmi@metlife.com
mmolina@metlife.com
mmurphy6@metlife.com
mostrowski@metlife.com
mpados@metlife.com
mpucci@metlife.com
mquackenbush@metlife.com
mroch@metlife.com
mseidell@metlife.com
msing@metlife.com
mstrebel@metlife.com
mtau@metlife.com
mthuang@metlife.com
musejnoski@metlife.com
mweir@metlife.com
mwhitbysmith@metlife.com
mwickwire@metlife.com
mwilliams3@metlife.com
myun@metlife.com
mzabala@metlife.com
ncator@metlife.com
ndoyle@metlife.com
nhu@metlife.com
nlatrenta@metlife.com
nmanelkar@metlife.com
nmuellerhand@metlife.com
nmunir@metlife.com
nroberts@metlife.com

## Company & Corresponding Email Addresses

nstasse@metlife.com
nvigo@metlife.com
osanders@metlife.com
pbenjamin@metlife.com
pbenjamin1@metlife.com
pbwu@metlife.com
pcliche@metlife.com
pdholakia@metlife.com
pgutierrez1@metlife.com
pkatsos@metlife.com
pkrall@metlife.com
pkurniawan@metlife.com
pmcilveen@metlife.com
pmelville@metlife.com
psalmon@metlife.com
psharma16@metlife.com
pshea1@metlife.com
pvarughese@metlife.com
pwilson1@metlife.com
rblumberg@metlife.com
rfyoung@metlife.com
rgunaratna@metlife.com
rgupta4@metlife.com
rhalgren@metlife.com
rhlee@metlife.com
rhmeredith@metlife.com
rjenkins@metlife.com
rkoenig@metlife.com
rleist@metlife.com
rmolisso@metlife.com
rmorgan@metlife.com
rneath@metlife.com
rnirenberg@metlife.com
rorourke@metlife.com
rrdavis@metlife.com
rshu@metlife.com
rsong@metlife.com
rvellequette@metlife.com
sbeaber@metlife.com
sbruno@metlife.com
sbuffum@metlife.com
schneiderman@metlife.com
scho@metlife.com
sfretwell@metlife.com
sgala@metlife.com
sgarrett@metlife.com
sgreco@metlife.com
shendricks@metlife.com
sholland@metlife.com
shuang@metlife.com
singlis@metlife.com
sisley@metlife.com
sjdonnelly@metlife.com
skandarian@metlife.com

**Company & Corresponding Email Addresses**

skarpel@metlife.com
skilkenny@metlife.com
slee17@metlife.com
sleibowitz@metlife.com
slinnick@metlife.com
slituchy@metlife.com
soliver@metlife.com
spatel3@metlife.com
spelkola@metlife.com
spitcher@metlife.com
sradis@metlife.com
ssant@metlife.com
sslattery@metlife.com
sswetnick@metlife.com
stolep@metlife.com
swancier@metlife.com
sxchen@metlife.com
tbrownsword@metlife.com
tcambara@metlife.com
tcarlson@metlife.com
tclee@metlife.com
tconlon@metlife.com
tcurran@metlife.com
thathaway@metlife.com
theaton@metlife.com
tho@metlife.com
tinnes@metlife.com
tlau1@metlife.com
tlenihan@metlife.com
tlennon2@metlife.com
tnguyen@metlife.com
tpayne@metlife.com
tpiesko@metlife.com
trobinson@metlife.com
tschmidt@metlife.com
tschuster@metlife.com
tsmith16@metlife.com
tstockton@metlife.com
tveazey@metlife.com
twinograd@metlife.com
ushah@metlife.com
varmstrong@metlife.com
vbertellotti@metlife.com
vcirulli@metlife.com
vcorrea@metlife.com
vdesai@metlife.com
vfliorent@metlife.com
vfradkin@metlife.com
vjhaveri@metlife.com
vkatsikiotis@metlife.com
vmartinez@metlife.com
vtran@metlife.com
vwarsen@metlife.com
vzhang@metlife.com

## Company & Corresponding Email Addresses

wchin@metlife.com
wdong@metlife.com
werickson@metlife.com
wgardner@metlife.com
whchang@metlife.com
wiwanicki@metlife.com
wlee@metlife.com
wmarkey@metlife.com
wmoretti@metlife.com
wschmiedeska@metlife.com
wtakacs@metlife.com
xxxxxx@metlife.com
yhsu@metlife.com
yshen@metlife.com
zafkari@metlife.com

### metro
hinker@metro.de
michael.westerwick@metro.de
research@metro.de
trautmann@metro.de
wolf2@metro.de
wolff@metro.de

### metrobank
amsy@metrobank.com.ph
apcyap@metrobank.com.ph
bliz.cuna@metrobank.com.ph
kpenginco@metrobank.com.ph

### metrokc
mike.smith@metrokc.gov
scott.matheson@metrokc.gov

### metzler
adamm@metzler.com
ahartung@metzler.com
akravkov@metzler.com
aweber@metzler.com
azellmann@metzler.com
bbiehler@metzler.com
bernhardebert@metzler.com
bjung@metzler.com
bkraft@metzler.com
cbouton@metzler.com
cgeier@metzler.com
chartner@metzler.com
cruegemer@metzler.com
cviel@metzler.com
cyoung@metzler.com
delsell@metzler.com
ekeller@metzler.com
ewalk@metzler.com
fheise@metzler.com
gboehme@metzler.com
helmuthmueller@metzler.com
hmatsumoto@metzler.com
hveit@metzler.com

## Company & Corresponding Email Addresses

hwild@metzler.com
ifaryar@metzler.com
igyoengyoesi@metzler.com
imichalzik@metzler.com
jdiehl@metzler.com
jkennedy@metzler.com
kbuder@metzler.com
koberwest@metzler.com
lorenzocarcano@metzler.com
margritbayer@metzler.com
mbrueck@metzler.com
mburrer@metzler.com
mdrexelius@metzler.com
mklaus@metzler.com
mkorsch@metzler.com
mluley@metzler.com
npurschaker@metzler.com
orupprich@metzler.com
pstruck@metzler.com
pwelling@metzler.com
rdamm@metzler.com
rmatthes@metzler.com
rsalzsieder@metzler.com
samelung@metzler.com
sbeer@metzler.com
sdruskath@metzler.com
sdudacy@metzler.com
smeyer@metzler.com
sweidel@metzler.com
tejiri@metzler.com
uherold@metzler.com
usundermeier@metzler.com

### metzlerpayden

bgood@metzlerpayden.com
heikei@metzlerpayden.com

### mf

anna.suszynska@mf.gov.pl
ccpina@mf.gov.pt
eslima@mf.gov.pt
fcarvalho@mf.gov.pt
pedro.wilton@mf.gov.pt

### mfcglobalus

bdurand@mfcglobalus.com
brizzardi@mfcglobalus.com
carbuthnot@mfcglobalus.com
cjobrien@mfcglobalus.com
estoltzmann@mfcglobalus.com
hmehlman@mfcglobalus.com
jconnolly@mfcglobalus.com
lwelch@mfcglobalus.com
mlorizio@mfcglobalus.com
mscanlon@mfcglobalus.com
ppatterson@mfcglobalus.com
rhamilton@mfcglobalus.com

## Company & Corresponding Email Addresses

ycruz@mfcglobalus.com

### mfcinventments

mark_shannon@mfcinventments.com

### mfcinvestments

alan_wicks@mfcinvestments.com
allison_mendes@mfcinvestments.com
bilal_naqvi@mfcinvestments.com
brett_hryb@mfcinvestments.com
carol_hassel@mfcinvestments.com
carson_jen@mfcinvestments.com
cathy_addison@mfcinvestments.com
chris_hensen@mfcinvestments.com
conrad_dabiet@mfcinvestments.com
danny_tomka@mfcinvestments.com
duncan_anderson@mfcinvestments.com
eugene_choy@mfcinvestments.com
geof_marshall@mfcinvestments.com
glenn_tetu@mfcinvestments.com
harpreet_singh@mfcinvestments.com
james_revere@mfcinvestments.com
jeffrey_bradacs@mfcinvestments.com
jennifer_dowty@mfcinvestments.com
jim_schetakis@mfcinvestments.com
jonathan_popper@mfcinvestments.com
kon_kizunov@mfcinvestments.com
marc_buchanan@mfcinvestments.com
mark_schmeer@mfcinvestments.com
michael_zalanyi@mfcinvestments.com
narayan_ramani@mfcinvestments.com
niall_brown@mfcinvestments.com
noman_ali@mfcinvestments.com
peggie_bowie@mfcinvestments.com
peter_yang@mfcinvestments.com
prakash_chaudhari@mfcinvestments.com
ram_brahmachari@mfcinvestments.com
rhonda_chang@mfcinvestments.com
richard_crook@mfcinvestments.com
richard_kos@mfcinvestments.com
robert_lutzko@mfcinvestments.com
shauna_sexsmith@mfcinvestments.com
steve_tyson@mfcinvestments.com
stewart_sprague@mfcinvestments.com
terry_carr@mfcinvestments.com
tina_hsiao@mfcinvestments.com
wayne_dolly@mfcinvestments.com

### mfs

abbou-assi@mfs.com
acostello@mfs.com
afarstad@mfs.com
ahartwell@mfs.com
amackey@mfs.com
amayo@mfs.com
amcbride@mfs.com
annkiong@mfs.com

**Company & Corresponding Email Addresses**

aoneill@mfs.com
apanchamsingh@mfs.com
apaulo@mfs.com
apennellatore@mfs.com
aross@mfs.com
asablone@mfs.com
askatrud@mfs.com
athornton@mfs.com
aulland@mfs.com
ayentsch@mfs.com
barmstrong@mfs.com
bcarlson@mfs.com
bclougher@mfs.com
bcunha@mfs.com
bdargan@mfs.com
bfarley@mfs.com
bfemino@mfs.com
bfleishman@mfs.com
bhall@mfs.com
bhughes@mfs.com
bkottler@mfs.com
bmirliani@mfs.com
bnastou@mfs.com
bnelson@mfs.com
bpalmer@mfs.com
bpittsley@mfs.com
brosenbaum@mfs.com
bscozzafava@mfs.com
bstone@mfs.com
btaylor@mfs.com
btorpey@mfs.com
bvartak@mfs.com
bvigneaux@mfs.com
bwalls@mfs.com
bwiener@mfs.com
cbalyosian@mfs.com
cberesford@mfs.com
ccodrington@mfs.com
cdavis@mfs.com
cgraul@mfs.com
chumphries@mfs.com
cjennings@mfs.com
cmccall@mfs.com
cmier@mfs.com
cmurray-hession@mfs.com
crao@mfs.com
ctabb@mfs.com
ctompkins@mfs.com
cward@mfs.com
cwhinery@mfs.com
dacevedo@mfs.com
dallaire@mfs.com
dantonelli@mfs.com
dcalabro@mfs.com

## Company & Corresponding Email Addresses

dcobey@mfs.com
dcole@mfs.com
ddegroff@mfs.com
ddibattista@mfs.com
dearnest@mfs.com
dgeary@mfs.com
dgriesbauer@mfs.com
dhayes@mfs.com
dhemsworth@mfs.com
dkennedy2@mfs.com
dling@mfs.com
dmactavish@mfs.com
dmannheim@mfs.com
dmarchant@mfs.com
dmiller@mfs.com
dmykrantz@mfs.com
dscherman@mfs.com
dshindler@mfs.com
dtrimbal@mfs.com
dtrimble@mfs.com
ebraz@mfs.com
edarci@mfs.com
efischman@mfs.com
ehazen@mfs.com
eodette@mfs.com
ethielscher@mfs.com
etrach@mfs.com
eweigel@mfs.com
eweisman@mfs.com
eyingfang@mfs.com
fbenzinho@mfs.com
firstinitialsurname@mfs.com
fsiddiqi@mfs.com
ftaj@mfs.com
gbennett@mfs.com
gbensimon@mfs.com
ggourgey@mfs.com
gheller@mfs.com
gkurinsky@mfs.com
glasman@mfs.com
glocraft@mfs.com
gmartin@mfs.com
gpendleton@mfs.com
gpoirier@mfs.com
gschechter@mfs.com
gugali@mfs.com
gwestervelt@mfs.com
hhaidar@mfs.com
hmathieson@mfs.com
hwatson@mfs.com
iali@mfs.com
iobrien@mfs.com
j.norberg@mfs.com
jaddeo@mfs.com

**Company & Corresponding Email Addresses**

jb@mfs.com
jbacon@mfs.com
jblack@mfs.com
jblanchette@mfs.com
jbrogna@mfs.com
jburkett@mfs.com
jcalmas@mfs.com
jcho@mfs.com
jclark@mfs.com
jconstantino@mfs.com
jdunlap@mfs.com
jeaton@mfs.com
jestella@mfs.com
jfallon@mfs.com
jfitzgerald@mfs.com
jflaherty@mfs.com
jgarcia@mfs.com
jgaunt@mfs.com
jguyton@mfs.com
jjoseph@mfs.com
jkosty@mfs.com
jlan@mfs.com
jleach@mfs.com
jmacdougall@mfs.com
jmarsh@mfs.com
jmarston@mfs.com
jmaurer@mfs.com
jmendez@mfs.com
jmitchell@mfs.com
jnewberry@mfs.com
jnicholson@mfs.com
joycelynlee@mfs.com
jperkins@mfs.com
jpiotrowski@mfs.com
jrangi@mfs.com
jrhee@mfs.com
jrussel@mfs.com
jsage@mfs.com
jschuster@mfs.com
jshames@mfs.com
jsn@mfs.com
jstarrick@mfs.com
jstocks@mfs.com
jswalker@mfs.com
jswanson@mfs.com
jwakelin@mfs.com
kbatsolakis@mfs.com
kbeatty@mfs.com
kbillington@mfs.com
kconn@mfs.com
kderoche@mfs.com
kdyer@mfs.com
kenright@mfs.com
kfranke@mfs.com

**Company & Corresponding Email Addresses**

khelkenberg@mfs.com
khom@mfs.com
kko@mfs.com
kmead@mfs.com
kparke@mfs.com
krahn@mfs.com
kschmitz@mfs.com
ksebastian@mfs.com
lanthony@mfs.com
lbissonnette@mfs.com
ldelima@mfs.com
ldevito@mfs.com
lkennedy@mfs.com
llebatique@mfs.com
llevesque@mfs.com
llindquist@mfs.com
lmiller@mfs.com
lrasin@mfs.com
ltalukdar@mfs.com
lzaslavskiy@mfs.com
malbrecht@mfs.com
matthew.ryan@mfs.com
mballan@mfs.com
mbarrett@mfs.com
mbeaulieu@mfs.com
mbednar@mfs.com
mburke@mfs.com
mcallister@mfs.com
mcantara@mfs.com
mclark@mfs.com
mcrombie@mfs.com
mdawson@mfs.com
memmanuel@mfs.com
mfeeney2@mfs.com
mflint@mfs.com
mgrossman@mfs.com
mhulme@mfs.com
mhutson@mfs.com
mjwilliams@mfs.com
mkaul@mfs.com
mkence@mfs.com
mkim@mfs.com
mkrummel@mfs.com
mkrummell@mfs.com
mmccusker@mfs.com
mmcdonough@mfs.com
mmcguire@mfs.com
mnickson@mfs.com
mpandolfi@mfs.com
mpapa@mfs.com
mpascal@mfs.com
mpereira@mfs.com
mpettirossi@mfs.com
mpolitis@mfs.com

**Company & Corresponding Email Addresses**

mroberge@mfs.com
msalmon@mfs.com
msharma@mfs.com
mshaughnessy@mfs.com
msmith@mfs.com
mspalla@mfs.com
mtata@mfs.com
mthompstone@mfs.com
mwhitbread@mfs.com
mwilson@mfs.com
mwitherell@mfs.com
nanandkar@mfs.com
natadika@mfs.com
nbotcheos@mfs.com
nchitkara@mfs.com
nchory@mfs.com
nmorillo@mfs.com
npradhan@mfs.com
nrumpf@mfs.com
nshapiro@mfs.com
nsmithie@mfs.com
nstroscio@mfs.com
nzatlyn@mfs.com
olebleu@mfs.com
pbechtold@mfs.com
pburgener@mfs.com
pdelamata@mfs.com
pdevine@mfs.com
pfruzzetti@mfs.com
pgordon@mfs.com
photz@mfs.com
pju@mfs.com
pkirwan@mfs.com
plopez@mfs.com
pmead@mfs.com
prkelly@mfs.com
probbims@mfs.com
probbins@mfs.com
pskinner@mfs.com
pvaream@mfs.com
pvoulgaris@mfs.com
r1johnson@mfs.com
r1macdonald@mfs.com
ralmeida@mfs.com
ras@mfs.com
rbelmont@mfs.com
rbiagini@mfs.com
rfeliciano@mfs.com
rflaherty@mfs.com
rhall@mfs.com
rhawkins@mfs.com
rhuang@mfs.com
rkurma@mfs.com
rlapointe@mfs.com

**Company & Corresponding Email Addresses**

rlau@mfs.com
rlee@mfs.com
rlivermore@mfs.com
rmanning@mfs.com
rmcallister@mfs.com
rmorley@mfs.com
roliviera@mfs.com
rpark@mfs.com
rpersons@mfs.com
rrjanikov@mfs.com
ruth.mulligan@mfs.com
rweinberg@mfs.com
saubuchon@mfs.com
sbryant@mfs.com
sburelli@mfs.com
sdankelman@mfs.com
sdonovan@mfs.com
sgieg@mfs.com
sgorham@mfs.com
sgresham@mfs.com
sholly@mfs.com
simon.todd@mfs.com
skelley@mfs.com
skim@mfs.com
sklotz@mfs.com
smehta@mfs.com
smorse@mfs.com
smurphy@mfs.com
snatarajan@mfs.com
snguyen@mfs.com
spesek@mfs.com
srichards@mfs.com
ssherwood@mfs.com
talbrecht@mfs.com
tbertsekas@mfs.com
tburgess@mfs.com
tbuttiglieri@mfs.com
tcronin@mfs.com
tcrowley@mfs.com
tdittmer@mfs.com
tgilchrist@mfs.com
tjian@mfs.com
tjones@mfs.com
tmaloney@mfs.com
tmelendez@mfs.com
tocchiolini@mfs.com
traeke@mfs.com
tsanchez@mfs.com
tshushan@mfs.com
twood@mfs.com
vhowland@mfs.com
wadams@mfs.com
wardbrown@mfs.com
wdouglas@mfs.com

**Company & Corresponding Email Addresses**

wjean-baptiste@mfs.com
ygarena@mfs.com

**mgb**

adrian.ryser@mgb.ch
niklaus.germann@mgb.ch
ueli.buechi@mgb.ch

**mgic**

bernie_verhoeven@mgic.com
jaime_hanson@mgic.com
james_karpowicz@mgic.com
kathy_valenti@mgic.com
lisa_pendergast@mgic.com
monica_white@mgic.com
paul_spiroff@mgic.com
scott_booth@mgic.coom
steve_thompson@mgic.com
tim_edwards@mgic.com

**mginvestors**

adam@mginvestors.com
danielle@mginvestors.com
davidmp@mginvestors.com
devin@mginvestors.com
hilary@mginvestors.com
john@mginvestors.com
sameh@mginvestors.com

**mhcb**

akiko.shimada@mhcb.co.uk
akira.kawamura@mhcb.co.uk
alec.clements@mhcb.co.uk
andrew.brodie@mhcb.co.uk
andrew.stringer@mhcb.co.uk
anthony.chan@mhcb.co.uk
brian.brooks@mhcb.co.uk
brian.ferguson@mhcb.co.uk
curtis.adams@mhcb.co.uk
daishi.samuro@mhcb.co.uk
frank.harris@mhcb.co.uk
fraser.thomas@mhcb.co.uk
graham.lesnick@mhcb.co.uk
guy.mclean@mhcb.co.uk
hidenori.ikezawa@mhcb.co.uk
hidetoshi.honda@mhcb.co.uk
james.maul@mhcb.co.uk
jean-yves.korenian@mhcb.co.uk
jeremy.ghose@mhcb.co.uk
jim.coyne@mhcb.co.uk
junichirou.yoshiyama@mhcb.co.uk
kazuhiro.ninomiya@mhcb.co.uk
lee.bensusan@mhcb.co.uk
marcus.barnes@mhcb.co.uk
matine.raza@mhcb.co.uk
michael.karstensen@mhcb.co.uk
mikio.itabashi@mhcb.co.uk
naoto.komine@mhcb.co.uk

## Company & Corresponding Email Addresses

naoto.shirasaki@mhcb.co.uk
narinder.bhatowa@mhcb.co.uk
nick.fenn@mhcb.co.uk
nick.fenton@mhcb.co.uk
nick.turton@mhcb.co.uk
nick.williams1@mhcb.co.uk
nigel.palmer@mhcb.co.uk
paul.carman@mhcb.co.uk
paul.connor@mhcb.co.uk
paul.dunn@mhcb.co.uk
paul.shea@mhcb.co.uk
peter.elwell@mhcb.co.uk
raymond.singer@mhcb.co.uk
richard.elliott@mhcb.co.uk
richard.healing@mhcb.co.uk
richard.marshall@mhcb.co.uk
robert.howarth@mhcb.co.uk
robert.thurlow@mhcb.co.uk
ruth.ockendon@mhcb.co.uk
seiki.hara@mhcb.co.uk
shayne.dunlap@mhcb.co.uk
shibazaki@mhcb.co.uk
simon.heywood@mhcb.co.uk
spencer.staples@mhcb.co.uk
stephen.faldo@mhcb.co.uk
steve.kirby@mhcb.co.uk
takashi.makita@mhcb.co.uk
takashi.nagato@mhcb.co.uk
taketsuna.okabe@mhcb.co.uk
takumi.otsuka@mhcb.co.uk
thorsten.palinkas@mhcb.co.uk
timothy.mckean@mhcb.co.uk
tony.mcdonagh@mhcb.co.uk
toshiya.owada@mhcb.co.uk
trevor.bailey@mhcb.co.uk
yukio.ikemura@mhcb.co.uk
yuko.behan@mhcb.co.uk

**mhmraharris**
rosalind.malone@mhmraharris.org

**mi**
mborroni@mi.unicatt.it
moriani@mi.unicatt.it

**miami**
eellison@miami.edu
guerrero@miami.edu

**michelin**
francois.dalverny@ch.michelin.com
frederic.vilhes@ch.michelin.com
jacques.van-leeuwen@ch.michelin.com
olaf.meyer@ch.michelin.com
paul.jouannic@ch.michelin.com

**michigan**
haasm@michigan.gov
saxtont@michigan.gov

**Company & Corresponding Email Addresses**

**micorp**

abhishek.pulakanti@micorp.com
alan.creech@micorp.com
andrew.arnold@micorp.com
andrew.oconnell@micorp.com
andrew.reed@micorp.com
andy.tillman@micorp.com
ann.lowrey@micorp.com
anne.tidmore@micorp.com
annette.hellmer@micorp.com
bill.uelmen@micorp.com
brett.patten@micorp.com
brian.bieger@micorp.com
brian.janowski@micorp.com
bryan.bigari@micorp.com
casey.sabs@micorp.com
casey.sambs@micorp.com
chris.totman@micorp.com
craig.mauermann@micorp.com
dan.dujmic@micorp.com
daniel.brown@micorp.com
daniel.byrne@micorp.com
dave.komberec@micorp.com
dave.urban@micorp.com
dennis.romero@micorp.com
don.wilson@micorp.com
doug.howe@micorp.com
duane.haas@micorp.com
duane.mcallister@micorp.com
earl.delaet@micorp.com
estella.sidney@micorp.com
faye.fox@micorp.com
genny.lynkiewicz@micorp.com
gordon.gunnlaugsson@micorp.com
greg.dirkse@micorp.com
greg.smith@micorp.com
jason.weiner@micorp.com
jeanne.simmons@micorp.com
jill.groshek@micorp.com
john.boritzke@micorp.com
john.callen@micorp.com
john.sutorius@micorp.com
joshua.hunt@micorp.com
kathryn.mohr@micorp.com
ken.salmon@micorp.com
kenneth.conrad@micorp.com
kenneth.mayer@micorp.com
leon.dodge@micorp.com
lisa.cordova@micorp.com
mark.kharitou@micorp.com
matt.lephardt@micorp.com
matthew.dean@micorp.com
matthew.fahey@micorp.com
matthew.olmsted@micorp.com

**Company & Corresponding Email Addresses**

michael.burke@micorp.com
michelle.petasek@micorp.com
mike.barry@micorp.com
mike.flaherty@micorp.com
nancy.klind@micorp.com
pat.dorn@micorp.com
patrick.gundlach@micorp.com
patty.nogalski@micorp.com
richard.rokus@micorp.com
robert.cummisford@micorp.com
ron.tesmond@micorp.com
ryan.bushman@micorp.com
scott.holan@micorp.com
scott.jennings@micorp.com
shane.harvey@micorp.com
shane.sawyer@micorp.com
sonia.patel@micorp.com
steve.prunuske@micorp.com
susan.dulde@micorp.com
thomas.uutala@micorp.com
tim.hennig@micorp.com
todd.healy@micorp.com
tyler.lynch@micorp.com
vince.russo@micorp.com
william.oconnor@micorp.com

**microsoft**

ablackmu@microsoft.com
alivanov@microsoft.com
a-miseim@microsoft.com
andhruv@microsoft.com
aronston@microsoft.com
asekhar@microsoft.com
bdamon@microsoft.com
bdiersch@microsoft.com
bertana@microsoft.com
bradfa@microsoft.com
brentca@microsoft.com
criffe@microsoft.com
ddurkin@microsoft.com
dhoch@microsoft.com
dkiepfer@microsoft.com
edbarrie@microsoft.com
eqresrch@microsoft.com
fangxu@microsoft.com
fxresrch@microsoft.com
georgez@microsoft.com
janniel@microsoft.com
jared.bean@microsoft.com
jenshen@microsoft.com
jmain@microsoft.com
jmatz@microsoft.com
joelco@microsoft.com
jowalker@microsoft.com
jscott@microsoft.com

## Company & Corresponding Email Addresses

juliaye@microsoft.com
kbhargav@microsoft.com
khsu@microsoft.com
knatale@microsoft.com
marcb@microsoft.com
mawalter@microsoft.com
melca@microsoft.com
mengligu@microsoft.com
micharms@microsoft.com
michec@microsoft.com
mimil@microsoft.com
mmorro@microsoft.com
mwelsh@microsoft.com
natgrant@microsoft.com
nicko@microsoft.com
nicolal@microsoft.com
nverman@microsoft.com
puravani@microsoft.com
rbellamy@microsoft.com
rosannam@microsoft.com
rwininge@microsoft.com
seisner@microsoft.com
sergesv@microsoft.com
shailait@microsoft.com
shrutiku@microsoft.com
stmchugh@microsoft.com
tahreemk@microsoft.com
zuhebs@microsoft.com

### mid
bobd@mid.org

### midamericabank
theresa.mann@midamericabank.com

### midamerican
bkhankel@midamerican.com
cdhaack@midamerican.com
jcgalt@midamerican.com
jmbrammer@midamerican.com
jmdunker@midamerican.com
jmfleming@midamerican.com
sokol@midamerican.com
taanliker@midamerican.com
tcfoster@midamerican.com
tmholzhauser@midamerican.com

### midatlantic
gsmith@midatlantic.com

### midatlanticcorp
bstewart@midatlanticcorp.org
kkelly@midatlanticcorp.org

### midcogen
mastahr@midcogen.com

### midfirst
brad.gentry@midfirst.com
caleb.baucom@midfirst.com
david.brooks@midfirst.com

## Company & Corresponding Email Addresses

erin.stone@midfirst.com
james.clark@midfirst.com
jim.nield@midfirst.com
kent.dockum@midfirst.com
roger.disalvatore@midfirst.com
scott.reed@midfirst.com
tim.tackett@midfirst.com

### midstatebank
jlokey@midstatebank.com
jstathos@midstatebank.com
mgibson@midstatebank.com

### midstates
andrew.kohl@midstates.org
bill.fitzpatrick@midstates.org
david.wilson@midstates.org
jackie.jessen@midstates.org
jason.schmidt@midstates.org
jeffrey.brewster@midstates.org
michael.mosher@midstates.org
ronald.koza@midstates.org
tim.wartman@midstates.org
todd.adams@midstates.org

### miffbank
lbelletti@miffbank.com
yesworthy@miffbank.com

### mig
mauro@mig.com

### migdal-group
adih@migdal-group.co.il
anatlv@migdal-group.co.il
boriser@migdal-group.co.il
danl@migdal-group.co.il
eyalpaz@migdal-group.co.il
guym@migdal-group.co.il
jonathan@migdal-group.co.il
limorb@migdal-group.co.il
noamb@migdal-group.co.il
nuritl@migdal-group.co.il
omerk@migdal-group.co.il
tamarg@migdal-group.co.il
udir@migdal-group.co.il
yonatana@migdal-group.co.il
yuvals@migdal-group.co.il

### miix
dsmereck@miix.com

### millburncorp
dwhelan@millburncorp.com
jannicelli@millburncorp.com
jreilly@millburncorp.com
mfitzsimmons@millburncorp.com
mlindberg@millburncorp.com
nfugelsang@millburncorp.com

### milleniumbcp
jjguilherme@milleniumbcp.pt

## Company & Corresponding Email Addresses
pjsilva@milleniumbcp.pt

### millenniumbank
cdelaparte@millenniumbank.net

### millenniumbcp
catarina.galiroseira@millenniumbcp.pt
david.mendesduarte@millenniumbcp.pt
dferraz@millenniumbcp.pt
joaquim.pires@millenniumbcp.pt
miguel.amaro@millenniumbcp.pt
miguel.duarte@millenniumbcp.pt
mrosa@millenniumbcp.pt
pedro.casquinho@millenniumbcp.pt
sofiagomes.silva@millenniumbcp.pt

### millerglobalinvestments
scottmiller@millerglobalinvestments.com

### millertabak
bbyrne@millertabak.com
bmaybrown@millertabak.com
dbenson@millertabak.com
dmahoney@millertabak.com
dmessina@millertabak.com
drastelli@millertabak.com
dtuthill@millertabak.com
hzhang@millertabak.com
jalusick@millertabak.com
jjewell@millertabak.com
jmiller@millertabak.com
jstamler@millertabak.com
kmcintosh@millertabak.com
ksoderberg@millertabak.com
msimons@millertabak.com
phudson@millertabak.com
plloyd@millertabak.com
ptdesk@millertabak.com
rlee@millertabak.com
rspears@millertabak.com
sdoyle@millertabak.com
sfreeze@millertabak.com
tdemirjian@millertabak.com
tpayne@millertabak.com

### milliman
michael.deweirdt@milliman.com

### milm
catherine_baggs@milm.com

### mimillers
bmangles@mimillers.com
dbandish@mimillers.com

### mindspring
dunlopmbet@mindspring.com
ggwinn@mindspring.com
lacers1@mindspring.com

### mingtai
49283@mingtai.com.tw

### mini post

## Company & Corresponding Email Addresses

patrik.roos@mini post.nu

### minnesotamutual
david.schultz@minnesotamutual.com
dianne.orbison@minnesotamutual.com
erica.bergsland@minnesotamutual.com
frederick.feuerherm@minnesotamutual.com
james.geiger@minnesotamutual.com
john.leiviska@minnesotamutual.com
theodore.hoxmeier@minnesotamutual.com

### mintoninvestment
lwminton@mintoninvestment.com
lwmintoniii@mintoninvestment.com

### mirabaud-im
edward.peterhoblyn@mirabaud-im.com

### miroglio
p.mazzitelli@miroglio.com
r.gattiglia@miroglio.com

### misrubishi-sec
aihara-takeshi@misrubishi-sec.co.jp

### mistubishitrust
rbex@mistubishitrust.co.uk

### mito-sec
yoshiyuki-teranaka@mito-sec.jp

### mitsubishi-am
norihiko-nakagawa@mitsubishi-am.co.jp
takayuki-amano@mitsubishi-am.co.jp
takeo-kondo@mitsubishi-am.co.jp
tamisuke-yamashita@mitsubishi-am.co.jp
tomohiro_ochiai@mitsubishi-am.co.jp
yasuharu-ikari@mitsubishi-am.co.jp

### mitsubishicorp
arjun.mahajan@mcf.mitsubishicorp.com
dessy.nascimento@mcf.mitsubishicorp.com
hiroko.niwa@mitsubishicorp.com
hitoshi.ishikawa@mitsubishicorp.com
kadota@mitsubishicorp.com
katsuaki.morooka@mitsubishicorp.com
kazuo.seki@mitsubishicorp.com
kenji.kobayashi@mitsubishicorp.com
kojiro.maeo@mitsubishicorp.com
michio.takahashi@mitsubishicorp.com
tomoaki.harada@mitsubishicorp.com
toshiyuki.murasawa@mitsubishicorp.com
toyota.watanabe@mitsubishicorp.com

### mitsubishi-motors
kazuo.nakagawa@mitsubishi-motors.com
t-matsuzawa@mitsubishi-motors.co.jp

### mitsubishi-sec
furuhashi-kazuyoshi@mitsubishi-sec.co.jp
goto-shigeki@mitsubishi-sec.co.jp
hashimoto-takeshi@mitsubishi-sec.co.jp
hayakawa-shunsuke@mitsubishi-sec.co.jp
hiramatsu-daisuke@mitsubishi-sec.co.jp
kato-takashi@mitsubishi-sec.co.jp

**Company & Corresponding Email Addresses**

kushida-takehiro@mitsubishi-sec.co.jp
kusunoki-minako@mitsubishi-sec.co.jp
masuyama-jun@mitsubishi-sec.co.jp
morita-masahiro@mitsubishi-sec.co.jp
nakai-toshiki@mitsubishi-sec.co.jp
okada-mitsuhiro@mitsubishi-sec.co.jp
ozaki-hiroyuki@mitsubishi-sec.co.jp
ozawa-jun@mitsubishi-sec.co.jp
saeki-nobukazu@mitsubishi-sec.co.jp
sakai-masaki@mitsubishi-sec.co.jp
shigeta-osamu@mitsubishi-sec.co.jp
shinohara-go@mitsubishi-sec.co.jp
shirosaka-toshiaki@mitsubishi-sec.co.jp
takahashi-hiroyuki@mitsubishi-sec.co.jp
tateda-yasuyuki@mitsubishi-sec.co.jp
toki-akitomo@mitsubishi-sec.co.jp
wada-hisataka@mitsubishi-sec.co.jp

**mitsubishi-trust**

aki_wakashiro@mitsubishi-trust.co.jp
akihito_watanabe@mitsubishi-trust.co.jp
akinari_takahama@mitsubishi-trust.co.jp
akira_murakoso@mitsubishi-trust.co.jp
amd-jbond_post@mitsubishi-trust.co.jp
atsushi_ito@mitsubishi-trust.co.jp
atsushi_miyamoto@mitsubishi-trust.co.jp
atsushi_sato@mitsubishi-trust.co.jp
atsushi_yoshinari@mitsubishi-trust.co.jp
daisuke_hirayama@mitsubishi-trust.co.jp
daisuke_veno@mitsubishi-trust.co.jp
eiji_nagaoka@mitsubishi-trust.co.jp
etsuko_kasuga@mitsubishi-trust.co.jp
fumiko_shimazaki@mitsubishi-trust.co.jp
genichiro_chiba@mitsubishi-trust.co.jp
go_ishida@mitsubishi-trust.co.jp
h.kubota@mitsubishi-trust.co.uk
hideaki_kondo@mitsubishi-trust.co.jp
hideharu_nozawa@mitsubishi-trust.co.jp
hidekazu_maejima@mitsubishi-trust.co.jp
hideo_machida@mitsubishi-trust.co.jp
hideo_miyagawa@mitsubishi-trust.co.jp
hidetoshi_fuwa@mitsubishi-trust.co.jp
hiroaki_kurokawa@mitsubishi-trust.co.jp
hirofumi_aso@mitsubishi-trust.co.jp
hirohiko_sato@mitsubishi-trust.co.jp
hiroshi_kanae@mitsubishi-trust.co.jp
hiroshi_nagoya@mitsubishi-trust.co.jp
hiroshi_saito@mitsubishi-trust.co.jp
hiroyuki_inoue@mitsubishi-trust.co.jp
hiroyuki_kurokawa@mitsubishi-trust.co.jp
hiroyuki_yuasa@mitsubishi-trust.co.jp
hisakata_isomura@mitsubishi-trust.co.jp
inv-stgy_post@mitsubishi-trust.co.jp
junichi_amemiya@mitsubishi-trust.co.jp
junichi_ito@mitsubishi-trust.co.jp

**Company & Corresponding Email Addresses**

junichi_narikawa@mitsubishi-trust.co.jp
junji_takei@mitsubishi-trust.co.jp
katsuhisa_ota@mitsubishi-trust.co.jp
katsumi_arita@mitsubishi-trust.co.jp
katsuya_ishida@mitsubishi-trust.co.jp
kazuhide_ara@mitsubishi-trust.co.jp
kazuhide_shibuya@mitsubishi-trust.co.jp
keiji_koyama@mitsubishi-trust.co.jp
keisuke_saeki@mitsubishi-trust.co.jp
ken_yanagihara@mitsubishi-trust.co.jp
kinya_okauchi@mitsubishi-trust.co.jp
koji_kaihatsu@mitsubishi-trust.co.jp
koji_kaihotsu@mitsubishi-trust.co.jp
kota_yamada@mitsubishi-trust.co.jp
kyosuke_takei@mitsubishi-trust.co.jp
maki-ishikoso@mitsubishi-trust.co.jp
makiko_sawamura@mitsubishi-trust.co.jp
makoto_aratake@mitsubishi-trust.co.jp
masahiko_nomura@mitsubishi-trust.co.jp
masahisa_fukushima@mitsubishi-trust.co.jp
masami_funahashi@mitsubishi-trust.co.jp
masami_mukawa@mitsubishi-trust.co.jp
masaru_ichikawa@mitsubishi-trust.co.jp
masato_nakamura@mitsubishi-trust.co.jp
masayuki_suzuki@mitsubishi-trust.co.jp
masayuki_takeda@mitsubishi-trust.co.jp
masayuki_tanaka@mitsubishi-trust.co.jp
megumi_murabayashi@mitsubishi-trust.co.jp
mineo_banno@mitsubishi-trust.co.jp
monitu_nakaminami@mitsubishi-trust.co.jp
muneki_otoda@mitsubishi-trust.co.jp
n.apsley@mitsubishi-trust.co.uk
nami_watanabe@mitsubishi-trust.co.jp
naoya_oishi@mitsubishi-trust.co.jp
nobuhiko_mitake@mitsubishi-trust.co.jp
norihiko_kawachi@mitsubishi-trust.co.jp
noriko_kitamura@mitsubishi-trust.co.jp
noriyoshi_yamaguchi@mitsubishi-trust.co.jp
osamu_terashima@mitsubishi-trust.co.jp
reijiro_samura@mitsubishi-trust.co.jp
rieko_arai@mitsubishi-trust.co.jp
roseanna_chan@mitsubishi-trust.co.jp
s.heyman@mitsubishi-trust.co.uk
saori_nara@mitsubishi-trust.co.jp
satoko_ishii@mitsubishi-trust.co.jp
satoshi_imaizumi@mitsubishi-trust.co.jp
satoshi_nishioka@mitsubishi-trust.co.jp
shigenobu_okabayashi@mitsubishi-trust.co.jp
shinichi_takasaka@mitsubishi-trust.co.jp
shinobu_hirabayashi@mitsubishi-trust.co.jp
shuichi_izumikawa@mitsubishi-trust.co.jp
shuji_nakagawa@mitsubishi-trust.co.jp
tadashi1_hayashi@mitsubishi-trust.co.jp
tadateru_kimura@mitsubishi-trust.co.jp

## Company & Corresponding Email Addresses

takanori_yamaguchi@mitsubishi-trust.co.jp
takashi_fuseya@mitsubishi-trust.co.jp
takashi_nagashima@mitsubishi-trust.co.jp
takashi_sugita@mitsubishi-trust.co.jp
takashi_yamamoto@mitsubishi-trust.co.jp
takato_yoshida@mitsubishi-trust.co.jp
takayuki_miyoshi@mitsubishi-trust.co.jp
takeo_yoshida@mitsubishi-trust.co.jp
takeshi_kimura@mitsubishi-trust.co.jp
takeshi_sato@mitsubishi-trust.co.jp
taro_tamura@mitsubishi-trust.co.jp
tomohiro_shibuya@mitsubishi-trust.co.jp
toru_tabei@mitsubishi-trust.co.jp
toru1_matsuda@mitsubishi-trust.co.jp
toshiaki_kobayashi@mitsubishi-trust.co.jp
toshiyuki_masaoka@mitsubishi-trust.co.jp
tsutomu_kondo@mitsubishi-trust.co.jp
v.kishore@mitsubishi-trust.co.uk
yasuharu_tsuru@mitsubishi-trust.co.jp
yasuhiro_fujibayashi@mitsubishi-trust.co.jp
yasuhiro_hotta@mitsubishi-trust.co.jp
yasunori_nishioka@mitsubishi-trust.co.jp
yasuto_miura@mitsubishi-trust.co.jp
yoichi_kamata@mitsubishi-trust.co.jp
yoji_ueda@mitsubishi-trust.co.jp
yoshihide_suzuki@mitsubishi-trust.co.jp
yoshimasa_suzuki@mitsubishi-trust.co.jp
yoshiyuki_nagatomo@mitsubishi-trust.co.jp
yoshiyuki_sato@mitsubishi-trust.co.jp
yosuke_hayakawa@mitsubishi-trust.co.jp
yuichi_ishii@mitsubishi-trust.co.jp
yuko_noda@mitsubishi-trust.co.jp
yusuke_fukui@mitsubishi-trust.co.jp
yuta_kanno@mitsubishi-trust.co.jp

### mitsui

a.kamiyama@mitsui.com
hi.okamoto@mitsui.com
hi.takeuchi@mitsui.com
i.watanabe@mitsui.com
j.morito@mitsui.com
k.harigai@mitsui.com
ke.ota@mitsui.com
ken.yamaguchi@mitsui.com
m.nakata@mitsui.com
n.tsuchiya@mitsui.com
r.sekijima@mitsui.com
s.fukuzawa@mitsui.com
s.toya@mitsui.com
se.ueda@mitsui.com
shino.takeda@mitsui.com
shu.izumi@mitsui.com
t.manabe@mitsui.com
t.saeki@mitsui.com
t.sawamura@mitsui.com

## Company & Corresponding Email Addresses

t.usugaya@mitsui.com
ta.goto@mitsui.com
tor.mori@mitsui.com

### mitsuilifeny

yokabe@mitsuilifeny.com

### mitsui-seimei

akihiro_fujimoto@mitsui-seimei.co.jp
akihiro_fujioka@mitsui-seimei.co.jp
akira_yoshihisa@mitsui-seimei.co.jp
atsushi_shimazaki@mitsui-seimei.co.jp
emikoa_fukuda@mitsui-seimei.co.jp
etsuo_suzuki@mitsui-seimei.co.jp
futoshi_iwamoto@mitsui-seimei.co.jp
hideo_ito@mitsui-seimei.co.jp
hironori_katou@mitsui-seimei.co.jp
hiroshi_nakamura@mitsui-seimei.co.jp
hiroyuki_hayashi@mitsui-seimei.co.jp
hiroyuki_kajiyama@mitsui-seimei.co.jp
hisao_nishimura@mitsui-seimei.co.jp
jiro_morita@mitsui-seimei.co.jp
jun_miyajima@mitsui-seimei.co.jp
katsuzo_nakata@mitsui-seimei.co.jp
kazuhiro_numano@mitsui-seimei.co.jp
keiichi_hayashi@mitsui-seimei.co.jp
keisuke_miyoshi@mitsui-seimei.co.jp
ken_mitsuta@mitsui-seimei.co.jp
ken_ouchi@mitsui-seimei.co.jp
kiyoshi_kurakata@mitsui-seimei.co.jp
kohei_tsuda@mitsui-seimei.co.jp
koji_harada@mitsui-seimei.co.jp
kouichi_wachi@mitsui-seimei.co.jp
kouji_takahashi@mitsui-seimei.co.jp
kousuke_kanazashi@mitsui-seimei.co.jp
makoto_takemiya@mitsui-seimei.co.jp
masahiro_kamoya@mitsui-seimei.co.jp
masaki_hata@mitsui-seimei.co.jp
masashi_teshigawara@mitsui-seimei.co.jp
masataka_yamaguchi@mitsui-seimei.co.jp
mitsuo_yamamoto@mitsui-seimei.co.jp
nakayasu_osako@mitsui-seimei.co.jp
satoshi_fukagawa@mitsui-seimei.co.jp
shigeru_iijima@mitsui-seimei.co.jp
shinya_arisue@mitsui-seimei.co.jp
shiro_yamada@mitsui-seimei.co.jp
takashi_ochiai@mitsui-seimei.co.jp
tokio_kondo@mitsui-seimei.co.jp
tomo_matsumoto@mitsui-seimei.co.jp
tomoharu_suzuki@mitsui-seimei.co.jp
tomoo_akiyama@mitsui-seimei.co.jp
toshiyasu_goto@mitsui-seimei.co.jp
toshiyasu_shimizu@mitsui-seimei.co.jp
yoshiaki_hizuka@mitsui-seimei.co.jp
yoshiki_nakamura@mitsui-seimei.co.jp
yoshitaka_yamano@mitsui-seimei.co.jp

## Company & Corresponding Email Addresses

yuhei_nomura@mitsui-seimei.co.jp
yukio_soma@mitsui-seimei.co.jp
yutaka_matsukawa@mitsui-seimei.co.jp

### mitsui-trust
hiroshi_nagai@mitsui-trust.co.jp

### mittel
giovanni.gornotempini@mittel.it

### mizrahi
bitond@mizrahi.co.il
cohendr@mizrahi.co.il
cohens@mizrahi.co.il
haverims@mizrahi.co.il
hilandera@mizrahi.co.il
kalmany@mizrahi.co.il
navot@mizrahi.co.il
nissan@mizrahi.co.il
pf@mizrahi.co.il
ramons@mizrahi.co.il
smaierovits@mizrahi.co.il
toubinc@mizrahi.co.il
ziper@mizrahi.co.il

### mizuho
adouglas@mizuho.ch
kenneth.mcatee@mizuho.com
minfanger@mizuho.ch
viame.chan@mizuho.com

### mizuho-bk
akira.tsutsui@mizuho-bk.co.jp
fumihiro.anzai@mizuho-bk.co.jp
fumihiro.kawasaki@mizuho-bk.co.jp
hajime.motomiya@mizuho-bk.co.jp
hajime.saito@mizuho-bk.co.jp
hidehiko.tanabe@mizuho-bk.co.jp
hideki.kubo@mizuho-bk.co.jp
hideyuki.koshiyama@mizuho-bk.co.jp
hironori.a.shiragaki@mizuho-bk.co.jp
hiroshi.a.shimada@mizuho-bk.co.jp
hiroshi.sogou@mizuho-bk.co.jp
issei.shinohara@mizuho-bk.co.jp
jo.kitahara@mizuho-bk.co.jp
jun.morita@mizuho-bk.co.jp
jun.oonaka@mizuho-bk.co.jp
junichirou.miki@mizuho-bk.co.jp
kaihei.ishiwata@mizuho-bk.co.jp
kazuaki.oosumi@mizuho-bk.co.jp
kazuki.fujihara@mizuho-bk.co.jp
kazutoshi.narita@mizuho-bk.co.jp
kenichiro.kasahara@mizuho-bk.co.jp
kouhei.asai@mizuho-bk.co.jp
kunihiko.ookubo@mizuho-bk.co.jp
makoto.nishino@mizuho-bk.co.jp
masakatsu.hashiguchi@mizuho-bk.co.jp
masao.oota@mizuho-bk.co.jp
mikihiko.toyoizumi@mizuho-bk.co.jp

## Company & Corresponding Email Addresses

naomi.maki@mizuho-bk.co.jp
ryousuke.kawahara@mizuho-bk.co.jp
ryousuke.komori@mizuho-bk.co.jp
ryuusuke.awazu@mizuho-bk.co.jp
satoshi.a.uchida@mizuho-bk.co.jp
setsuko.nakayama@mizuho-bk.co.jp
shigeki.shibata@mizuho-bk.co.jp
shinichi.tsuji@mizuho-bk.co.jp
shinichirou.itoi@mizuho-bk.co.jp
shuuhei.naka@mizuho-bk.co.jp
takanari.fujii@mizuho-bk.co.jp
takashi.kirihara@mizuho-bk.co.jp
takashi.kuroda@mizuho-bk.co.jp
takehiko.a.suzuki@mizuho-bk.co.jp
takeo.segawa@mizuho-bk.co.jp
takeshi.suziki@mizuho-bk.co.jp
takeshi.utagawa@mizuho-bk.co.jp
takeshi.yasuda@mizuho-bk.co.jp
taku.umemoto@mizuho-bk.co.jp
taku.yamada@mizuho-bk.co.jp
tomohiro.kurosawa@mizuho-bk.co.jp
tomohiro.oka@mizuho-bk.co.jp
tomokazu.nakamura@mizuho-bk.co.jp
tomoyuki.kazaoka@mizuho-bk.co.jp
tomoyuki.nishikido@mizuho-bk.co.jp
tomoyuki.uchida@mizuho-bk.co.jp
tooru.terasawa@mizuho-bk.co.jp
toru.oda@mizuho-bk.co.jp
toshihiko.sekiya@mizuho-bk.co.jp
toshiyuki.iwama@mizuho-bk.co.jp
yasuhisa.nitta@mizuho-bk.co.jp
yasuyuki.shibata@mizuho-bk.co.jp
yoji.imafuku@mizuho-bk.co.jp
yoshiaki.iba@mizuho-bk.co.jp
yoshiki.kashimura@mizuho-bk.co.jp
yuichi.kawamoto@mizuho-bk.co.jp
yuuji.shimada@mizuho-bk.co.jp
yuuya.oowada@mizuho-bk.co.jp

### mizuhocap

frankm@mizuhocap.com
jimp@mizuhocap.com
kazuhoi@mizuhocap.com
omar@mizuhocap.com
stuarts@mizuhocap.com

### mizuho-cb

akio.kato@mizuho-cb.co.jp
amane.oshima@mizuho-cb.co.jp
anita.yu@mizuho-cb.com
atsush.sato@mizuho-cb.co.jp
atsushi.arai@mizuho-cb.co.jp
atsushi.kubota@mizuho-cb.co.jp
brianriley@gpnus.mizuho-cb.com
btang@gpnus.mizuho-cb.com
david.smith@mizuho-cb.com

**Company & Corresponding Email Addresses**

hideaki.suntani@mizuho-cb.co.jp
hideaki.tomiyama@mizuho-cb.co.jp
hidefumi.kobayashi@mizuho-cb.co.jp
hidenobu.itou@mizuho-cb.co.jp
hideo.kawashima@mizuho-cb.co.jp
hideo.samura@mizuho-cb.co.jp
hidetoshi.soda@mizuho-cb.co.jp
hiroaki.toba@mizuho-cb.co.jp
hiromichi.shimada@mizuho-cb.co.jp
hiroshi.a.hasegawa@mizuho-cb.co.jp
hiroshi.shima@mizuho-cb.co.jp
hiroyuki.terashita@mizuho-cb.co.jp
hisashi.ichikawa@mizuho-cb.co.jp
hisatomo.harada@mizuho-cb.com
hitomi.a.suzuki@mizuho-cb.co.jp
jennifer.yung@mizuho-cb.com
kaoru.mochizuki@mizuho-cb.co.jp
katsuhisa.umemoto@mizuho-cb.co.jp
katsuyuki.takagi@mizuho-cb.co.jp
kazumi.watanabe@mizuho-cb.co.jp
kazunari.higuchi@mizuho-cb.co.jp
kazushige.ishii@mizuho-cb.co.jp
kazushige.yoshinaga@mizuho-cb.co.jp
keiichi.fujiwara@mizuho-cb.com
ken.kodaira@mizuho-cb.com
kenji.a.nakamura@mizuho-cb.co.jp
kenji.yoshikawa@mizuho-cb.co.jp
kenya.koshimizu@mizuho-cb.co.jp
koji.sakurai@mizuho-cb.co.jp
lawrence.choi@mizuho-cb.com
masaharu.yano@mizuho-cb.com
masahiro.toyota@mizuho-cb.co.jp
masanori.nakatsuka@mizuho-cb.co.jp
masatoshi.muto@mizuho-cb.co.jp
mevans@gpnus.mizuho-cb.com
miki.a.yamaguchi@mizuho-cb.co.jp
mitsuo.koizumi@mizuho-cb.co.jp
mitsuyoshi.harazoe@mizuho-cb.com
mmcneill@gpnus.mizuho-cb.com
motohiro.koga@mizuho-cb.co.jp
motonbu.sigumoto@mizuho-cb.co.jp
naoya.sakaguchi@mizuho-cb.co.jp
nobuo.inukai@mizuho-cb.co.jp
noriaki.nakashima@mizuho-cb.co.jp
norifumi.kikuchi@mizuho-cb.co.jp
norio.nakajima@mizuho-cb.co.jp
rbrubaker@us.mizuho-cb.com
rie.kachi@mizuho-cb.co.jp
riichiro.fukahori@mizuho-cb.co.jp
rui.uchida@mizuho-cb.co.jp
ryousei.ishida@mizuho-cb.co.jp
satoshi.funakoshi@mizuho-cb.co.jp
satoshi.iwanaga@mizuho-cb.co.jp
satoshi.ooyama@mizuho-cb.co.jp

## Company & Corresponding Email Addresses

satoshi.sugaya@mizuho-cb.co.jp
satoshi.takeuchi@mizuho-cb.co.jp
seiichi.tanaka@mizuho-cb.com
seiji.tsuboi@mizuho-cb.com
shinichi.kaji@mizuho-cb.co.jp
shinsuke.tanaka@mizuho-cb.co.jp
shinya.ishii@mizuho-cb.co.jp
shoji.akahane@mizuho-cb.co.jp
shuji.matsuura@mizuho-cb.co.jp
souhei.okuno@mizuho-cb.co.jp
steve.brennan@mizuho-cb.com
susan.sun@mizuho-cb.com
tadao.hayashi@mizuho-cb.co.jp
takaaki.hamano@mizuho-cb.co.jp
takashi.a.watanabe@mizuho-cb.co.jp
takashi.b.kawaguchi@mizuho-cb.co.jp
takashi.minagawa@mizuho-cb.co.jp
takashi.yano@mizuho-cb.com
takashi.yonetsu@mizuho-cb.co.jp
takayuki.kumagai@mizuho-cb.co.jp
takeshi.kurita@mizuho-cb.co.jp
tami.kita@mizuho-cb.com
tarisaka@us.mizuho-cb.com
tatsuya.yagi@mizuho-cb.co.jp
tetsuya.kawagishi@mizuho-cb.co.jp
tetsuya.morimoto@mizuho-cb.co.jp
tomohiro.onodera@mizuho-cb.co.jp
tomonori.sasaki@mizuho-cb.co.jp
toshiharu.yumoto@mizuho-cb.co.jp
toshikazu.nakagawa@mizuho-cb.co.jp
toshiyuki.abe@mizuho-cb.co.jp
toyohiro.washio@mizuho-cb.co.jp
toyomu.chihaya@mizuho-cb.co.jp
yasuji.onozuka@mizuho-cb.co.jp
yasumasa.nishi@mizuho-cb.co.jp
yasuyuki.yamaji@mizuho-cb.co.jp
yoko.ohinata@mizuho-cb.co.jp
yonoda@gpnus.mizuho-cb.com
yoshiko.shigesada@mizuho-cb.co.jp
yoshinori.tetsuda@mizuho-cb.co.jp
yoshito.takahashi@mizuho-cb.co.jp
yoshiyuki.kaneko@mizuho-cb.co.jp
yuki.mizunoe@mizuho-cb.co.jp
yukio.furukawa@mizuho-cb.co.jp
yukio.miyazaki@mizuho-cb.co.jp
yukou.hirai@mizuho-cb.co.jp
yuu.harada@mizuho-cb.co.jp

**mizuho-cb-co**

shuusaku.yamada@mizuho-cb-co.jp

**mizuhocbus**

akihiko.yasui@mizuhocbus.com
alok.sharma@mizuhocbus.com
annemarie.sullivan@mizuhocbus.com
ashish.patel@mizuhocbus.com

**Company & Corresponding Email Addresses**

atsushi.niigata@mizuhocbus.com
carlos.rijo@mizuhocbus.com
cathy.fowler@mizuhocbus.com
christopher.pierce@mizuhocbus.com
daisuke.izumine@mizuhocbus.com
daisuke.yamamoto@mizuhocbus.com
daniel.riveira@mizuhocbus.com
david.leach@mizuhocbus.com
david.lim@mizuhocbus.com
david.mccarthy@mizuhocbus.com
deborah.markopoulos@mizuhocbus.com
edward.meyers@mizuhocbus.com
ei.mimura@mizuhocbus.com
eiji.nishimura@mizuhocbus.com
gaku.furuta@mizuhocbus.com
galley.ramsaroop@mizuhocbus.com
george.kokkinos@mizuhocbus.com
hajime.ozawa@mizuhocbus.com
haruna.endo@mizuhocbus.com
hideo.watanabe@mizuhocbus.com
hiroya.uchimura@mizuhocbus.com
hiroyuki.masuda@mizuhocbus.com
iwao.ito@mizuhocbus.com
izumi.todoroki@mizuhocbus.com
james.kim@mizuhocbus.com
jeff.toner@mizuhocbus.com
john.davies@mizuhocbus.com
justin.kobe@mizuhocbus.com
karel.pravec@mizuhocbus.com
karen.lu@mizuhocbus.com
katsu.sakai@mizuhocbus.com
kazuhiko.yano@mizuhocbus.com
keiko.greenberg@mizuhocbus.com
kenji.hayashi@mizuhocbus.com
kenji.iwamoto@mizuhocbus.com
kentarou.akashi@mizuhocbus.com
kevin.clark@mizuhocbus.com
kevin.daney@mizuhocbus.com
kevin.zhang@mizuhocbus.com
kiyoshi.miyake@mizuhocbus.com
koji.aiyoshi@mizuhocbus.com
koji.nishiwaki@mizuhocbus.com
kristina.derosa@mizuhocbus.com
larry.han@mizuhocbus.com
luis.lobo@mizuhocbus.com
mark.gronich@mizuhocbus.com
marvin.lazar@mizuhocbus.com
masahiro.sekiyama@mizuhocbus.com
masatsugu.nagato@mizuhocbus.com
matthew.murphy@mizuhocbus.com
matthew.quirk@mizuhocbus.com
minoru.hasegawa@mizuhocbus.com
miroslav.visic@mizuhocbus.com
mitsuhiro.nagahama@mizuhocbus.com

**Company & Corresponding Email Addresses**

nathaniel.lindzen@mizuhocbus.com
noel.purcell@mizuhocbus.com
owen.tunney@mizuhocbus.com
peter.katsanos@mizuhocbus.com
raizo.yamamoto@mizuhocbus.com
razi.amin@mizuhocbus.com
robert.gallagher@mizuhocbus.com
robert.munch@mizuhocbus.com
roy.brubaker@mizuhocbus.com
ryuhei.fujii@mizuhocbus.com
saeko.saker@mizuhocbus.com
samuel.gottesman@mizuhocbus.com
shigeo.kanayama@mizuhocbus.com
shiro.shiraishi@mizuhocbus.com
stephanie.wong@mizuhocbus.com
stephen.petta@mizuhocbus.com
takafumi.inui@mizuhocbus.com
takafumi.kawamura@mizuhocbus.com
takahiko.ueda@mizuhocbus.com
takahiro.yawata@mizuhocbus.com
takayoshi.wiesner@mizuhocbus.com
takeshi.ozawa@mizuhocbus.com
tammy.dalton@mizuhocbus.com
tetsuya.akutsu@mizuhocbus.com
timothy.white@mizuhocbus.com
tomoko.tanaka@mizuhocbus.com
victor.cheong@mizuhocbus.com
volkan.kubali@mizuhocbus.com
yasuyuki.kurimoto@mizuhocbus.com
yoshikazu.tanaka@mizuhocbus.com
yumiko.licznerski@mizuhocbus.com
yutaka.hiraoka@mizuhocbus.com

**mizuho-sc**

armin.wagner@uk.mizuho-sc.com
bernard.jensen@us.mizuho-sc.com
darren.lefcoe@uk.mizuho-sc.com
david.barker@uk.mizuho-sc.com
edward.fisher@uk.mizuho-sc.com
george.yanakiev@uk.mizuho-sc.com
glenn.dulieu@us.mizuho-sc.com
graham.halliday@uk.mizuho-sc.com
ian.cash@uk.mizuho-sc.com
ian.griffiths@uk.mizuho-sc.com
james.coughlin@us.mizuho-sc.com
jason.thorell@us.mizuho-sc.com
junichi.nakamura@uk.mizuho-sc.com
kim.duncan@uk.mizuho-sc.com
lars.holskjaer@uk.mizuho-sc.com
marc.petrocochino@uk.mizuho-sc.com
mark.berti@us.mizuho-sc.com
mark.cartier@us.mizuho-sc.com
mark.dorman@uk.mizuho-sc.com
matthew.hand@us.mizuho-sc.com
neil.carthy@uk.mizuho-sc.com

## Company & Corresponding Email Addresses

paolo.torti@us.mizuho-sc.com
patrick.collins@uk.mizuho-sc.com
paul.devlin@us.mizuho-sc.com
paul.murphy@uk.mizuho-sc.com
philippe.chavanne@uk.mizuho-sc.com
richard.montesano@us.mizuho-sc.com
richard.truong@uk.mizuho-sc.com
robert.deustachio@us.mizuho-sc.com
suresh.withana@uk.mizuho-sc.com
yannis.matsis@uk.mizuho-sc.com

### mizuho-tb
masanori.hariyama@mizuho-tb.co.jp

### mjmpartners
michael@mjmpartners.com

### mjwhitman
cmos@mjwhitman.com

### mjxam
brian.colgan@mjxam.com
david.harrington@mjxam.com
hans.christensen@mjxam.com

### mk-ag
breuning@mk-ag.de
clauss@mk-ag.de
vieker@mk-ag.de

### ml
abbe_mulroy@ml.com
addison_werner@ml.com
ajay_soni@ml.com
al_katz@ml.com
alex_clausen@ml.com
alexsa@exchange.ml.com
amit_bhattacharyya@ml.com
amit_sethi@ml.com
andrew_liggio@ml.com
andrew_obin@ml.com
andrew_silver@ml.com
anna_chin@ml.com
anthony_adornetto@ml.com
anthony_duyck@ml.com
anthony_migliozzi@ml.com
anup_goswami@ml.com
aoife_fitzpatrick@ml.com
aphoel@exchange.ml.com
archie_struthers@ml.com
arjun_kondamani@ml.com
artie_dirocco@ml.com
asgtrading@exchange.ml.com
aynur_mukhametshin@ml.com
b_manning@ml.com
b_xia@ml.com
barry_oconnell@ml.com
basil_qunibi@ml.com
bdaniel_evans@ml.com
ben_gore@ml.com

**Company & Corresponding Email Addresses**

bernard_george@ml.com
beth_mayberry@ml.com
betty_cinq-mars@ml.com
bill_bock@ml.com
bill_marshall@ml.com
bob_murray@ml.com
bob_sneedon@ml.com
bob_wong@ml.com
boris_tomassini@ml.com
brendph@exchange.ml.com
brian_cymbor@ml.com
brian_ely@ml.com
brian_fullerton@ml.com
brian_pyhel@ml.com
brian_reid@ml.com
bridget_dean-hammel@ml.com
bryan_ison@ml.com
c_malone@ml.com
carla_sirman@ml.com
carol_wood@ml.com
carolyn_elmer@ml.com
cathal_buckley@ml.com
catherine_avery@ml.com
chantal_markey@ml.com
charles_macintosh@ml.com
charlie_quattrone@ml.com
chayward@ml.com
chet_ragavan@ml.com
chris_fornal@ml.com
chris_franklin@ml.com
chris_tuohy@ml.com
christian_langenstein@ml.com
christine_curnan@ml.com
christine_lee@ml.com
christine_suzuka@ml.com
christopher_grant@ml.com
christopher_haid@ml.com
clarence_seals@ml.com
clarkjo@ml.com
claudia_correa@ml.com
cliona_nicunfraidh@ml.com
coleen_gasiewski@ml.com
colin_stewart@ml.com
colleen_ravaris@ml.com
colleen_thayer@ml.com
colleen_wade@ml.com
costavi@exchange.ml.com
craig_blessing@ml.com
csorrentino@exchange.ml.com
ctham@exchange.ml.com
cyrus_korat@ml.com
dagray@pclient.ml.com
dan_luchansky@ml.com
dan_russo@ml.com

**Company & Corresponding Email Addresses**

dan_zheng@ml.com
daniel_goldberg@ml.com
daniel_larochelle@ml.com
daniel_ruiz@ml.com
dao_lagger@ml.com
dario_villani@ml.com
darren_fortunato@ml.com
david_chesney@ml.com
david_clayton@ml.com
david_kelly@ml.com
david_m_lane@ml.com
david_park@ml.com
david_petrozzi@ml.com
david_sanders@ml.com
david_simpson@ml.com
david_sobotka@ml.com
dawn_simon@ml.com
deborah_oliver@ml.com
dena_minning@ml.com
denise_rodell@ml.com
devaushi_singham@ml.com
dolores_hawrylo@ml.com
donaldo_benito@ml.com
ed_demello@ml.com
ed_hart@ml.com
edward_buonopane@ml.com
edward_gobora@ml.com
edward_ng@ml.com
elizabeth_fusco@ml.com
elizabeth_phillips@ml.com
eric_fellen@ml.com
eric_lo@ml.com
erick_miller@ml.com
evan_p_druckman@ml.com
fabio_savoldelli@ml.com
fabrizzio.pelfini@ml.com
francis_mckenna@ml.com
francois_cohas@ml.com
francois_siegwart@ml.com
frank_marckioni@ml.com
fred_stuebe@ml.com
gaash_soffer@ml.com
gail_nastasi@ml.com
garry_shamis@ml.com
gary_ge@ml.com
gernest@exchange.ml.com
ghetla_vandana@ml.com
gilles-emmanuel_trutat@ml.com
goodmma@exchange.ml.com
gosavi_haridas@ml.com
grace_pineda@ml.com
graig_nickel@ml.com
greg_gotschall@ml.com
greg_hansen@ml.com

**Company & Corresponding Email Addresses**

gregory_agrdner@ml.com
gregory_cavallo@ml.com
gregory_gottschall@ml.com
gregory_maunz@ml.com
gregory_spencer@ml.com
h_saxena@ml.com
haim_israel@ml.com
heidi_subjack@ml.com
henry_mitchell@ml.com
henry_roman@ml.com
indrani_chakraborty@ml.com
iris_yu@ml.com
irma_jacinto@ml.com
isaac_lowenbraun@ml.com
j_kuzan@ml.com
j_whelan@ml.com
jack_erbeck@ml.com
jack_macdonald@ml.com
jackie_ayoub@ml.com
jackie_cheung@ml.com
jacqueline_bell@ml.com
jacqueline_rogers@ml.com
jacqui_peachey@ml.com
jaggiha@exchange.ml.com
jaharkav@exchange.ml.com
jaimin_patel@ml.com
jamaoma@exchange.ml.com
james_cooney@ml.com
james_pagano@ml.com
james_russell@ml.com
james_tolento@ml.com
james_zhan@ml.com
jane_xu@ml.com
jasmina_lepetic@ml.com
jason_mandel@ml.com
javier_garay@ml.com
jay_buckley@ml.com
jay_post@ml.com
jbarraza@exchange.ml.com
jcutrone@exchange.ml.com
jean_whittaker@ml.com
jean-claude_amiet@ml.com
jeff_bonaldi@ml.com
jeff_nie@ml.com
jeffrey_a_jacobs@ml.com
jeffrey_hewson@ml.com
jennifer_clayton@ml.com
jennifer_tricot@ml.com
jenny_wilson@ml.com
jian_lin@ml.com
jim_heyer@ml.com
jim_schwartz@ml.com
jing_liu@ml.com
jkrasner@exchange.ml.com

**Company & Corresponding Email Addresses**

jo_jermyn@ml.com
joanna_ng@ml.com
joe_jusay@ml.com
joe_pilla@ml.com
joel_faircloth@ml.com
johannes_jooste@ml.com
john_burger@ml.com
john_jennings@ml.com
john_nunziato@ml.com
john_spellman@ml.com
john_t_brown@ml.com
john_t_fucigna@ml.com
john_thorburn@ml.com
johnson_ang@ml.com
jon_klein@ml.com
jon_underwood@ml.com
jonathan_brook@ml.com
jooheon_yoon@ml.com
jordana_nester@ml.com
joseph_conklin@ml.com
joseph_matteo@ml.com
joseph_modica@ml.com
joy_furmick@ml.com
joyce_diaz@ml.com
julian_allen@ml.com
juny_sridhara@ml.com
kalyan_gullapalli@ml.com
kapil_rastogi@ml.com
kathryn_mcadams@ml.com
keith_dubauskas@ml.com
keith_mccann@ml.com
kelly_lenahan@ml.com
kenneth_jacob@ml.com
kenny_king@exchange.ml.com
kevin_boler@ml.com
kevin_booth@ml.com
kevin_bormida@ml.com
kevin_mckenna@ml.com
kimjust@exchange.ml.com
krystal_wolf@ml.com
kushagra_jain@ml.com
laina_jenkins@ml.com
lamont_chichester@ml.com
laura_braun@ml.com
laura_powers@ml.com
linda_costanzo@ml.com
linda_jensen@ml.com
linda_pisicchio@ml.com
linfeng_you@ml.com
ling_feng@ml.com
lisa_dickinson@ml.com
lisa_rodriguez@ml.com
lixin_wang@ml.com
louis_mendes@ml.com

**Company & Corresponding Email Addresses**

louise_rafferty@ml.com
lynda_hayden@ml.com
m_castellano@ml.com
m_hale@ml.com
malek_letaief@ml.com
manu_arora@ml.com
margaret_heymsfeld@ml.com
marianne_witte@ml.com
marie_loftus@ml.com
mark.belcak@ml.com
mark_abel@ml.com
mark_coville@ml.com
mark_devonshire@ml.com
mark_maly@ml.com
mark_mckenzie@ml.com
mark_persiani@ml.com
mark_rosen1@ml.com
mark_whitmore@ml.com
martin_helm@ml.com
mary_pucciarelli@ml.com
masao_kuroda@ml.com
matthew_wardell@ml.com
maurice_eskenzai@ml.com
mazen_makarem@ml.com
mberkowitz@ml.com
melinda_raso@ml.com
meredith_herold@ml.com
mhickson@exchange.ml.com
michael_debiase@ml.com
michael_gold@ml.com
michael_kalinoski@ml.com
michael_mcinerney@ml.com
michael_regy@ml.com
michael_rovder@ml.com
michael_russell@ml.com
michael_tu@ml.com
michael_wildstein@ml.com
michael_yachimski@ml.com
michelle_lewis@ml.com
mike_brown@ml.com
mike_fujii@ml.com
mike_mcevilly@ml.com
mitchell_revsine@ml.com
monica_lanier@ml.com
mrogozinski@exchange.ml.com
muntazeer_rizvi@ml.com
muralidharan_iyer@ml.com
neil_puri@ml.com
niklas_mioen@ml.com
noel_heavey@ml.com
olivier_lesca@ml.com
opender_singh@ml.com
oscar_pulido@ml.com
p_lee@ml.com

**Company & Corresponding Email Addresses**

pamela_ponticiello@ml.com
panamde@exchange.ml.com
pat_stefik@ml.com
patrick_maldari@ml.com
paul_gerard@ml.com
paul_oliu@ml.com
paul_vanmaaren@ml.com
paul_w_harvey@ml.com
peter_altman@ml.com
peter_mcevoy@ml.com
phaman@exchange.ml.com
pheobe_leung@hk.ml.com
phfu@ml.com
phi_green@ml.com
phillro@exchange.ml.com
punit_nagori@ml.com
quiviya_eldridge@ml.com
r_dhopeshwarkar@ml.com
rajesh_agarwal@ml.com
ralph_davino@ml.com
ram_tumu@ml.com
ramgopal_nellutla@ml.com
regina_spano@ml.com
rich_gazda@ml.com
richard_gordon@ml.com
richard_ko@ml.com
richard_tan@ml.com
richard_vella@ml.com
rnoskiewicz@exchange.ml.com
rob_young@ml.com
robert_collier@ml.com
robert_coughlin@ml.com
robert_degenero@ml.com
robert_korlesky@ml.com
robert_peterson@ml.com
robert_t_lippert@ml.com
robert_t_phillips@ml.com
robyn_trause@ml.com
rod_najimian@ml.com
roger_debard@ml.com
ronald_floyd@ml.com
ronald_mattia@ml.com
ronald_welburn@ml.com
roshan_shah@ml.com
ross_znavor@ml.com
roy_hansen@ml.com
roy_yan@ml.com
rsaldonis@pclient.ml.com
rueyher_liu@ml.com
ruhlig@exchange.ml.com
sabine_fethiere@ml.com
samantha_tan@ml.com
san_khieu@ml.com
sandra_fisher@ml.com

**Company & Corresponding Email Addresses**

savita_subramanian@ml.com
scott_dropik@ml.com
scott_group@ml.com
scott_peppard@ml.com
scott_phillips@ml.com
sedlami@exchange.ml.com
shah.roshan@ml.com
sharon_racine-kohne@ml.com
sheena.radia@ml.com
sheila_leavitt@ml.com
sherry_smith@ml.com
shetty_divya@ml.com
siddarth_sudhir@ml.com
sinead_haughey@ml.com
smatsumoto@exchange.ml.com
smay@exchange.ml.com
srinivas_dhulipala@ml.com
stephanie_anderson@ml.com
stephen_cropper@ml.com
sterling_haynes@ml.com
steve_burns@ml.com
steve_kubis@ml.com
steven_fowler@ml.com
steven_t_lewis@ml.com
stuart_biggar@ml.com
sunterhalter@exchange.ml.com
susan_mcdowell@ml.com
susan_oh@ml.com
t_theodorsen@ml.com
takeshi_takahashi@ml.com
ted_jaeckel@ml.com
ted_magnani@ml.com
teresa_giacino@ml.com
terri_magnani@ml.com
thomas_chi@ml.com
thomas_dunn@ml.com
thomas_elliott@ml.com
thomas_phame@ml.com
thu-uyen_nguyen@ml.com
tim_mahoney@ml.com
timothy_browse@ml.com
timothy_jacoutot@ml.com
todd_m_smith@ml.com
toku_chen@ml.com
tony_boykin@ml.com
torrili@exchange.ml.com
tothchr@ml.com
tpease@exchange.ml.com
umesh_mahajan@ml.com
victoria_grant@ml.com
viru_raparthi@ml.com
vittorio_cornaro@ml.com
walid_kassem@ml.com
walter_cuje@ml.com

## Company & Corresponding Email Addresses

walter_o'connor@ml.com
warren_hymson@ml.com
wendy_milacci@ml.com
william_mckeever@ml.com
william_nunez@ml.com
william_pope@ml.com
yi_liu@ml.com
yoana_koleva@ml.com
youngwha_park@ml.com
yung-shin_kung@ml.com

### mlbk
mmyers@mlbk.com

### mlcinternational
holonoff@mlcinternational.com

### mlgam
hiroshi_mori@mlgam.co.jp
toshiyuki_mineo@mlgam.co.jp
yukio_tominaga@mlgam.co.jp

### mlp
bchuang@mlp.com
seagerresearch@mlp.com

### m-lp
matto@m-lp.com

### mltrust
david.shulz@mltrust.com

### mm
birgit.jestaedt@mm.mannesmann.de
christoph.stein@mm.mannesmann.de
georg.denoke@mm.mannesmann.de
mm@mm.com
shberube@mm.com

### mmcgrand
bmarin@mmcgrand.com
cpomeroy@mmcgrand.com
jaydm@mmcgrand.com
srand@mmcgrand.com

### mmlassurance
aleksanov@mmlassurance.com
dcobb@mmlassurance.com
gmakoso@mmlassurance.com
ihawkins@mmlassurance.com
lliu@mmlassurance.com
mrichardson@mmlassurance.com

### mmm
ajnoll@mmm.com
bcjermeland1@mmm.com
btsauer@mmm.com
dpduerst@mmm.com
jacadrwell@mmm.com
ldsell@mmm.com
mjginter1@mmm.com
pdcampbell@mmm.com
smgrauze@mmm.com

### mmsa

## Company & Corresponding Email Addresses

dkelly@mmsa.com
htakehisa@mmsa.com
jyoung@mmsa.com
rserina@mmsa.com
sagrawal@mmsa.com

### mmwarburg
awessel@mmwarburg.com
bpaech@mmwarburg.com
gdette@mmwarburg.com
handel@mmwarburg.ch
hstruthoff@mmwarburg.com
jschier@mmwarburg.com
mbeil@mmwarburg.com
mkeller@mmwarburg.com
mmoeller@mmwarburg.com
mwolf@mmwarburg.com
pfrei@mmwarburg.ch
rmeirschen@mmwarburg.com
shellmund@mmwarburg.com
snareyka@mmwarburg.de
sverthein@mmwarburg.com
tdanner@mmwarburg.com

### mnb
asztalosg@mnb.hu
banfia@mnb.hu
ersekzs@mnb.hu
foldib@mnb.hu
hameczi@mnb.hu
horgasze@mnb.hu
nagypalj@mnb.hu
pivarcsia@mnb.hu
rekasir@mnb.hu
solyak@mnb.hu
szaboj@mnb.hu
szabov@mnb.hu
szucsg@mnb.hu
tajtii@mnb.hu
turnert@mnb.hu
veresi@mnb.hu
vereszkip@mnb.hu

### mnbla
david.brown@mnbla.com

### mncm
rrubin@mncm.com

### mnco
bruce.beaumont@mnco.com
cheryl.holme@mnco.com
cheryl.palmer@mnco.com
despina.iakovides@mnco.com
j.hesano@mnco.com
john.keegan@mnco.com
kerry.thomas@mnco.com
linda.flower-mccann@mnco.com
pete.gargasoulas@mnco.com

## Company & Corresponding Email Addresses

william.bartrem@mnco.com

### mnopf

alick.stevenson@mnopf.co.uk
debbie.barham@mnopf.co.uk
pat.rawle@mnopf.co.uk

### mnpower

vmeyer@mnpower.com

### mn-services

albert.van.der.meer@mn-services.nl
alexander.ten.brummeler@mn-services.nl
allard.ruijs@mn-services.nl
bert.leffers@mn-services.nl
bus@mn-services.nl
carolijn.ter.haar@mn-services.nl
ctc@mn-services.nl
dennis.van.den.bosch@mn-services.nl
eks@mn-services.nl
fred.oroke@mn-services.nl
frederic.reubens@mn-services.nl
frederik.rubens@mn-services.nl
gja@mn-services.nl
hans.rademaker@mn-services.nl
hco@mn-services.nl
hein.stam@mn-services.nl
igor.drozdov@mn-services.nl
jaap.spruyt@mn-services.nl
jan.willem.cartens@mn-services.nl
jasper.huitsing@mn-services.nl
jasper.van.den.eshof@mn-services.nl
jef@mn-services.nl
jet@mn-services.nl
jgi@mn-services.nl
jir@mn-services.nl
johan.munnik@mn-services.nl
joris.workel@mn-services.nl
jos.gisbergen@mn-services.nl
jurgen.vernimmen@mn-services.nl
karin.van.der.sluijs@mn-services.nl
kin.lee@mn-services.nl
marco.ruijer@mn-services.nl
mario.oosterkamp@mn-services.nl
marja.westerlaken@mn-services.nl
mark.vlasseman@mn-services.nl
martin.weikamp@mn-services.nl
mce@mn-services.nl
mns@mn-services.nl
mnz@mn-services.nl
msr@mn-services.nl
mxb@mn-services.nl
niels.oostenbrug@mn-services.nl
nolke.posthuma@mn-services.nl
oginda.vlijter@mn-services.nl
patrick.wierckx@mn-services.nl
paul.van.gent@mn-services.nl

## Company & Corresponding Email Addresses

pbg@mn-services.nl
peter.heijen@mn-services.nl
philip.jan.looijen@mn-services.nl
richard.van.ovost@mn-services.nl
robbert.van.den.elshout@mn-services.nl
robert.huisman@mn-services.nl
roel.shaikh@mn-services.nl
roelf.pater@mn-services.nl
roy.kroon@mn-services.nl
rrs@mn-services.nl
ruud.hagendijk@mn-services.nl
ssn@mn-services.nl
willem-jan.pelle@mn-services.nl
wouter.pelser@mn-services.nl

### moa
afl@moa.norges-bank.no
bengt-ove.enge@moa.norges-bank.no
birger.vikoren@moa.norges-bank.no
carl.bang@moa.norges-bank.no
eigil.nyberg@moa.norges-bank.no
guro.knapstad@moa.norges-bank.no
jan.andreassen@moa.norges-bank.no
knut.syrtveit@moa.norges-bank.no
leif-inge.christensen@moa.norges-bank.no
nbabe3@moa.norges-bank.no
nbhjo2@moa.norges-bank.no
nbjss1@moa.norges-bank.no
per-atle.aronsen@moa.norges-bank.no
petter.haugerjohannssen@moa.norges-bank.no
preben.tornes@moa.norges-bank.no

### mobi
beat.kunz@mobi.ch
mark.stober@mobi.ch
philipp.richard@mobi.ch
roland.boss@mobi.ch
thomas.marty@mobi.ch

### modern-woodmen
beth.mcdermott@modern-woodmen.org
bob.cleppe@modern-woodmen.org
brett.van@modern-woodmen.org
brian.arnold@modern-woodmen.org
chris.cramer@modern-woodmen.org
chuck.simms@modern-woodmen.org
debra.henderson@modern-woodmen.org
jan.wurslin@modern-woodmen.org
jerry.lyphout@modern-woodmen.org
melinda.spies@modern-woodmen.org
mike.dau@modern-woodmen.org
nick.coin@modern-woodmen.org

### mofne
invest@mofne.gov.bh

### mofnet
aci@mofnet.gov.pl
krd@mofnet.gov.pl

**Company & Corresponding Email Addresses**

remigiusz.urbanowski@mofnet.gov.pl

**moh**

balezosp@moh.gr

**molex**

nlefort@molex.com

**molpharm**

schwartz@molpharm.dk

**mondrian**

alex.simcox@mondrian.com
amice.tiernan@mondrian.com
andrew.kiely@mondrian.com
andrew.porter@mondrian.com
angela.nunn@mondrian.com
arthur.vanhoogstraten@mondrian.com
boris.veselinovich@mondrian.com
brendan.baker@mondrian.com
daniel.beary@mondrian.com
daniel.philps@mondrian.com
david.simpson@mondrian.com
dawid.krige@mondrian.com
dinash.lakhani@mondrian.com
donna.airey@mondrian.com
elizabeth.desmond@mondrian.com
gary.aylett@mondrian.com
graeme.coll@mondrian.com
haltong@mondrian.com
hamish.parker@mondrian.com
hugh.serjeant@mondrian.com
james.hadfield@mondrian.com
james.joyce@mondrian.com
jonathan.spread@mondrian.com
kim.nguyen@mondrian.com
lakef@mondrian.com
matt.day@mondrian.com
millera@mondrian.com
natalie.stone@mondrian.com
nigel.may@mondrian.com
robert.akester@mondrian.com
russel.mackie@mondrian.com
scott.fleming@mondrian.com
steven.dutaut@mondrian.com
toby.mansell@mondrian.com
warren.shirvell@mondrian.com

**moneygram**

blingen@moneygram.com
bputney@moneygram.com
dporter@moneygram.com
hteslow@moneygram.com
jgreenwald@moneygram.com
jkrause@moneygram.com
jsasanfar@moneygram.com
mhoffbeck@moneygram.com

**mongestio**

antoni.banon@mongestio.com

## Company & Corresponding Email Addresses
ferran.vilalta@mongestio.com

### montag
abryan@montag.com
ajung@montag.com
blong@montag.com
bvogel@montag.com
cburns@montag.com
ccullican@montag.com
cmarkwalter@montag.com
dchristians@montag.com
dwatson@montag.com
gmaxwell@montag.com
gnorthrop@montag.com
hdonahue@montag.com
ijeter@montag.com
jbunch@montag.com
jfrancis@montag.com
jhagood@montag.com
jwhitney@montag.com
jwilson@montag.com
kmomand@montag.com
kryan@montag.com
ljordan@montag.com
mhayes@montag.com
mnadal@montag.com
pburnette@montag.com
rcanakaris@montag.com
rkeister@montag.com
sbarker@montag.com
sthompson@montag.com

### montepaschi
eric.serra@montepaschi.ch
renzo.scilacci@montepaschi.ch

### montepiogeral
jcmello@montepiogeral.pt
pncoelho@montepiogeral.pt

### monterosagroup
chrys@monterosagroup.com

### montier
dmontier@montier.co.uk
jaj@montier.co.uk

### montpelier
david.chapman@montpelier.com
graeme.pollok@montpelier.com
nick.cournoyer@montpelier.com

### mony
alan_chang@mony.com
barry_scheinholtz@mony.com
dbridges@mony.com
dwheeler@mony.com
eweiner@mony.com
gbello@mony.com
helene.moehlman@mony.com

### moorecap

**Company & Corresponding Email Addresses**

adam.butterfield@moorecap.com
adeline.salloy@moorecap.com
agostino.russo@moorecap.co.uk
akram.khurram@moorecap.co.uk
alan.stewart@moorecap.co.uk
amy.heath@moorecap.co.uk
amy.ward@moorecap.co.uk
andrew.davis@moorecap.com
andrew.trombley@moorecap.com
andrew.tytel@moorecap.com
andrew.wilkoff@moorecap.com
andrew.wright@moorecap.co.uk
andy.perets@moorecap.com
angela.modica@moorecap.com
anthony.dandria@moorecap.com
anthony.deluca@moorecap.com
anthony.gibbons@moorecap.com
aron.bell@moorecap.com
arthur.sung@moorecap.com
ashley.larive@moorecap.com
barry.schachter@moorecap.com
ben.jacobs@moorecap.com
benjamin.ford@moorecap.com
bharat.indurkar@moorecap.com
branimir.krgin@moorecap.com
brendan.bray@moorecap.com
bret.sheiber@moorecap.com
brian.caufield@moorecap.com
brian.staub@moorecap.com
bruno.stanziale@moorecap.com
carl.palash@moorecap.com
caroline.keany@moorecap.com
cedric.pancrazi@moorecap.com
chaz.rockey@moorecap.com
chris.levett@moorecap.co.uk
chris.murphy@moorecap.com
chris.padera@moorecap.com
chris.schutz@moorecap.com
chris.vinchiarello@moorecap.com
christina.stallone@moorecap.com
christopher.nicoll@moorecap.co.uk
christopher.pia@moorecap.com
christopher.podaras@moorecap.com
cindy.ponder@moorecap.com
craig.berendowski@moorecap.com
craig.loo@moorecap.com
cristiana.dealessi@moorecap.co.uk
cynthia.rainis@moorecap.com
dan.jong@moorecap.com
dan.malkoun@moorecap.com
daniel.barcelo@moorecap.com
daniel.bowers@moorecap.com
daniel.cashion@moorecap.com
daniel.fingleton@moorecap.com

**Company & Corresponding Email Addresses**

daniel.hobbs@moorecap.com
daniel.hoinacki@moorecap.com
daniel.mason@moorecap.co.uk
darren.dotson@moorecap.com
david.barker@moorecap.co.uk
david.cooper@moorecap.com
david.coratti@moorecap.com
david.darmouni@moorecap.co.uk
david.federman@moorecap.com
david.lieberman@moorecap.com
david.luther@moorecap.com
david.newman@moorecap.com
david.waddill@moorecap.com
david.wetzel@moorecap.com
derivatives.processing@moorecap.com
dewey.ng@moorecap.com
dheer.mehta@moorecap.com
donal.bishnoi@moorecap.com
donald.gannon@moorecap.com
drew.hershkowitz@moorecap.com
duncan.farley@moorecap.co.uk
eamon.tubridy@moorecap.com
edouard.delanglade@moorecap.co.uk
edward.butchart@moorecap.co.uk
edward.mazzacano@moorecap.com
elizabeth.hynes@moorecap.com
ellen.vandergulik@moorecap.co.uk
erica.mole@moorecap.com
erin.browne@moorecap.com
eugene.burger@moorecap.com
evelyn.infurna@moorecap.com
faye.landes@moorecap.com
fermin.aldabe@moorecap.com
fikret.kalagoglu@moorecap.com
gene.frieda@moorecap.co.uk
gerald.cimador@moorecap.com
gerladine.sundstrom@moorecap.co.uk
gianluca.ambrosio@moorecap.co.uk
gina.derosa@moorecap.com
glenn.medwar@moorecap.com
grace.yao@moorecap.com
grahem.meharg@moorecap.co.uk
greg.hoelscher@moorecap.com
greg.shub@moorecap.com
gus.stathos@moorecap.com
hai.chen@moorecap.com
hassim.dhoda@moorecap.com
hayley.boesky@moorecap.com
henry.bedford@moorecap.co.uk
hill-wah.chan@moorecap.co.uk
ian.tyree@moorecap.com
indy.bhattacharya@moorecap.co.uk
jake@moorecap.com
james.danza@moorecap.com

## Company & Corresponding Email Addresses

james.kanos@moorecap.com
james.mcintyre@moorecap.com
james.pollock@moorecap.com
james.snelgrove@moorecap.co.uk
james.thorpe@moorecap.co.uk
jamie.milne@moorecap.co.uk
jan.dash@moorecap.com
jana.benesova@moorecap.co.uk
jane.kizhner@moorecap.com
jason.green@moorecap.com
jay.young@moorecap.com
jaymie.sullivan@moorecap.com
jean-marc.harfoucne@moorecap.com
jeff.brooks@moorecap.co.uk
jeff.popock@moorecap.com
jeffrey.baird@moorecap.com
jenh@moorecap.com
jennifer.hynes@moorecap.com
jens-peter.stein@moorecap.co.uk
jessica.alberti@moorecap.com
jkerrigan@moorecap.com
joe.roseman@moorecap.com
joe.thomas@moorecap.co.uk
john.achenbach@moorecap.com
john.demaine@moorecap.com
john.fogerty@moorecap.com
john.heffernan@moorecap.com
john.jurkovic@moorecap.com
john.lammers@moorecap.com
john.patin@moorecap.com
john.potter@moorecap.com
john.ravalli@moorecap.com
john.roddan@moorecap.com
john@moorecap.com
jonc@moorecap.com
jorge.nieves@moorecap.com
joseph.cardello@moorecap.com
joseph.giunta@moorecap.com
josh.burwick@moorecap.com
joshua.alpert@moorecap.com
jude.delosreyes@moorecap.com
julian.rifat@moorecap.co.uk
julian.stewart@moorecap.co.uk
justin.roberts@moorecap.com
justin.wolcott@moorecap.com
karim.nsouli@moorecap.com
kate.moore@moorecap.com
katie.connor@moorecap.com
kellym@moorecap.com
ken.fu@moorecap.com
ken.zabko@moorecap.com
kenneth.spence@moorecap.com
kevin.kwan@moorecap.com
kevin.overton@moorecap.co.uk

## Company & Corresponding Email Addresses

kevin.shannon@moorecap.com
kevin@moorecap.com
kim.white@moorecap.com
kimberley.fogg@moorecap.com
kornelius.klobucar@moorecap.co.uk
kristin.foster@moorecap.com
kurt.lichtman@moorecap.com
kyle.daniel@moorecap.com
larry.vitale@moorecap.com
lauren.battle@moorecap.com
leigh.baxandall@moorecap.co.uk
lev.mikheev@moorecap.co.uk
lina.chou@moorecap.com
liz.vitai@moorecap.com
luke.sanfilippo@moorecap.com
manfredo.sanbonifacio@moorecap.co.uk
marcc@moorecap.com
marco.birch@moorecap.com
marcos.douer@moorecap.com
margaret.lee@moorecap.com
marina.chernyak@moorecap.com
mark.masselink@moorecap.com
mary.goodman@moorecap.com
matthew.jackson@moorecap.co.uk
matthew.wickens@moorecap.co.uk
mattias.sundbom@moorecap.com
maurice.chow@moorecap.co.uk
max.levinson@moorecap.com
meg.berte@moorecap.com
michael.bei@moorecap.com
michael.coonce@moorecap.com
michael.guido@moorecap.com
michael.lawson@moorecap.com
michael.melnick@moorecap.com
michael.rinaldi@moorecap.com
michele.abrams@moorecap.com
mohsen.fahmi@moorecap.com
monte.shapiro@moorecap.com
naomi.pendleton@moorecap.co.uk
nate.oseep@moorecap.com
nicholas.louw@moorecap.com
nicholas.mcdonald@moorecap.co.uk
nick.haskins@moorecap.co.uk
nick.ritter@moorecap.co.uk
nick.webber@moorecap.co.uk
nicole.giufurta@moorecap.com
nixon@moorecap.com
nolan.taylor@moorecap.com
nyclivewire@moorecap.com
nyswap-ops@moorecap.com
ognian.mihaylov@moorecap.com
olivia.erby@moorecap.co.uk
patrick.lonergan@moorecap.com
paul.fraker@moorecap.com

**Company & Corresponding Email Addresses**

paul.reagan@moorecap.com
paul.stimson@moorecap.com
paul.yablon@moorecap.com
paul@moorecap.com
paula.szturma@moorecap.com
peter.li@moorecap.com
peter.ruggiero@moorecap.com
peter.shouvlin@moorecap.com
peter.swartz@moorecap.com
peter.tse@moorecap.com
phil.gilham@moorecap.co.uk
phil.smyth@moorecap.com
philip.radziwill@moorecap.com
prashun.popat@moorecap.co.uk
quinn.morgan@moorecap.com
rachel.colicchio@moorecap.com
raghu.raghavendra@moorecap.co.uk
ravi.suria@moorecap.com
ray.martin@moorecap.com
richard.axilrod@moorecap.com
richard.busellato@moorecap.co.uk
richard.chang@moorecap.com
richard.furst@moorecap.com
richard.stewart@moorecap.com
rick.baylor@moorecap.com
robert.ball@moorecap.com
robert.ingersoll@moorecap.com
robert.jonke@moorecap.com
robert.mcintyre@moorecap.com
robert.scalzo@moorecap.com
robin.roger@moorecap.com
rose.liu@moorecap.com
ross.hecht@moorecap.com
ross.mccormick@moorecap.co.uk
rut.pugsasin@moorecap.com
ryan.molloy@moorecap.com
sajal.choudhury@moorecap.co.uk
salvatore.bonello@moorecap.com
sam.patterson@moorecap.com
sandy.chin@moorecap.com
sarah.wade@moorecap.com
sciascia@moorecap.com
scott.goodside@moorecap.com
scott.werdann@moorecap.com
sean.flanagan@moorecap.co.uk
sigfrido.objio@moorecap.com
simon.chan@moorecap.com
stefano.nannizzi@moorecap.co.uk
stephen.cole@moorecap.co.uk
stephen.hughes@moorecap.com
stephen.larosa@moorecap.com
stephen.mccormick@moorecap.com
stephen.parry@moorecap.com
stephen.wingate@moorecap.co.uk

**Company & Corresponding Email Addresses**

steve.chasan@moorecap.co.uk
steve.christy@moorecap.co.uk
steve.greenfield@moorecap.com
steve.harrison@moorecap.co.uk
steve.klein@moorecap.com
steve.richardson@moorecap.co.uk
steven.loeys@moorecap.co.uk
steven.siegel@moorecap.com
stewart.russell@moorecap.com
susan.martin@moorecap.com
taylor.cable@moorecap.com
taylor.hare@moorecap.com
ted.kasyjanski@moorecap.com
thomas.buell@moorecap.com
thomas.kasa@moorecap.com
thomas.nienaber@moorecap.co.uk
thomas.norrby@moorecap.com
thomas.sanford@moorecap.com
tom.coleman@moorecap.com
tom.hickey@moorecap.co.uk
tom.hickey@moorecap.com
tom.tao@moorecap.com
tony.gallagher@moorecap.com
tony.kearney@moorecap.com
tony@moorecap.com
ulysses@moorecap.co.uk
vincent.tricomi@moorecap.com
warren.cole@moorecap.co.uk
william.scazzero@moorecap.com
william.schaufler@moorecap.com
william.tung@moorecap.com
zachary.berger@moorecap.com
zack@moorecap.com

**mooresvp**
ynagai@mooresvp.co.jp

**morganasset**
jim.kelsoe@morganasset.com

**morgankeegan**
allison.wiliiams@morgankeegan.com
amy.southerland@morgankeegan.com
barbara.metcalfe@morgankeegan.com
bart.barnett@morgankeegan.com
bill.mueller@morgankeegan.com
brit.stephens@morgankeegan.com
burton.harvey@morgankeegan.com
burton.milnor@morgankeegan.com
byron.mitson@morgankeegan.com
chris.perkins@morgankeegan.com
collie.krausnick@morgankeegan.com
daniel.banks@morgankeegan.com
doug.brigance@morgankeegan.com
doug.edwards@morgankeegan.com
elisabeth.houston@morgankeegan.com
elkan.scheidt@morgankeegan.com

## Company & Corresponding Email Addresses

hedi.reynolds@morgankeegan.com
jack.rainer@morgankeegan.com
jack.werne@morgankeegan.com
jacob.greer@morgankeegan.com
jamie.augustine@morgankeegan.com
jeff.melvin@morgankeegan.com
jere.mcguffee@morgankeegan.com
john.carson@morgankeegan.com
john.hancock@morgankeegan.com
john.wilbourn@morgankeegan.com
kenny.mcclain@morgankeegan.com
kevin.floyd@morgankeegan.com
kevin.giddis@morgankeegan.com
larry.meding@morgankeegan.com
larry.shipman@morgankeegan.com
lynn.ballinger@morgankeegan.com
mark.koczan@morgankeegan.com
marshall.clark@morgankeegan.com
matt.ihrke@morgankeegan.com
matt.roche@morgankeegan.com
matthew.peterman@morgankeegan.com
michael.gibbs@morgankeegan.com
nick.moorehead@morgankeegan.com
patrick.kruczek@morgankeegan.com
pete.hastings@morgankeegan.com
richard.travis@morgankeegan.com
robert.glenn@morgankeegan.com
sandra.jenks@morgankeegan.com
sbrown@morgankeegan.com
steven.childress@morgankeegan.com
susan.brown@morgankeegan.com
tara.tomlin@morgankeegan.com
tim.curran@morgankeegan.com
tony.johnson@morgankeegan.com
tony.rowland@morgankeegan.com
will.frazier@morgankeegan.com
will.watts@morgankeegan.com
william.gooch@morgankeegan.com
william.kitchens@morgankeegan.com
william.mathis@morgankeegan.com
wkitchen@morgankeegan.com

**morganstalney**
mustafa.jama@morganstalney.com
**morganstanely**
michele.loor@morganstanely.com
**morganstanlely**
putnam.coes@morganstanlely.com
**morganstanley**
aaron.mass@morganstanley.com
aaron.sack@morganstanley.com
abdulla.fakhro@morganstanley.com
abhijit.mitra@morganstanley.com
adam.c.shaw@morganstanley.com
adam.crocker@morganstanley.com

## Company & Corresponding Email Addresses

adam.jones@morganstanley.com
adam.messerschmitt@morganstanley.com
adam.metzger@morganstanley.com
adam.schrier@morganstanley.com
adeeb.kodil@morganstanley.com
adil.rahmathulla@morganstanley.com
adriana.roman@morganstanley.com
agnes.chu@morganstanley.com
ahmad.ajakh@morganstanley.com
aida.diaz@morganstanley.com
aiden.debrunner@morganstanley.com
akemi.ohtake@morganstanley.com
alaister.altham@morganstanley.com
alan.mcknight@morganstanley.com
alan.powell@morganstanley.com
alasdair.thomson@morganstanley.com
alberto.avanzo@morganstanley.com
ale.moran@morganstanley.com
alen.ong@morganstanley.com
alex.arapoglou@morganstanley.com
alex.kenna@morganstanley.com
alex.kiagiri@morganstanley.com
alex.umansky@morganstanley.com
alexander.bouzalis@morganstanley.com
alexander.godwin@morganstanley.com
alexander.norton@morganstanley.com
alexander.vislykh@morganstanley.com
alexander.yaggy@morganstanley.com
alfredo.jollon@morganstanley.com
ali.behbahani@morganstanley.com
ali.hassani@morganstanley.com
alice.latrobeweston@morganstanley.com
alice.shannon@morganstanley.com
alice.weiss@morganstanley.com
alison.marano@morganstanley.com
alison.paskert@morganstanley.com
alison.williams@morganstanley.com
alistair.corden-lloyd@morganstanley.com
allen.worgan@morganstanley.com
allison.j.floam@morganstanley.com
allison.scholar@morganstanley.com
allison.ziemer@morganstanley.com
alpana.sen@morganstanley.com
amin.hashemi@morganstanley.com
amit.mukadam@morganstanley.com
ammar.kherraz@morganstanley.com
amrit.paul.singh@morganstanley.com
amy.fuhr@morganstanley.com
amy.oldenburg@morganstanley.com
ana.guijarro.macias@morganstanley.com
ana.sarti@morganstanley.com
ana.sarti-maldonado@morganstanley.com
anchal.pachnanda@morganstanley.com
anders.armelius@morganstanley.com

## Company & Corresponding Email Addresses

andre.konstantinow@morganstanley.com
andrea.dericcardis@morganstanley.com
andrea.schkolne@morganstanley.com
andreas.esau@morganstanley.com
andreas.moon@morganstanley.com
andreas.saucedo@morganstanley.com
andrew.astheimer@morganstanley.com
andrew.b.murray@morganstanley.com
andrew.harmstone-rakowski@morganstanley.com
andrew.maggio@morganstanley.com
andrew.malek@morganstanley.com
andrew.munn@morganstanley.com
andrew.murphy@morganstanley.com
andrew.obrien@morganstanley.com
andrew.onslow@morganstanley.com
andrew.petitjean@morganstanley.com
andrew.posen@morganstanley.com
andrew.shinn@morganstanley.com
andrew.shogan@morganstanley.com
andrew.tj.hsu@morganstanley.com
angelica.rodriguez.lopez@morganstanley.com
angelo.manioudakis@morganstanley.com
anit.jain@morganstanley.com
anita.erzetic@morganstanley.com
anita.manoj@morganstanley.com
anjun.zhou@morganstanley.com
anna.baron@morganstanley.com
anna.kidd@morganstanley.com
annie.chong@morganstanley.com
anthony.hanson@morganstanley.com
anthony.maletta@morganstanley.com
antonella.manganelli@morganstanley.com
april.chrysostomas@morganstanley.com
armistead.nash@morganstanley.com
armor.bartur@morganstanley.com
arthur.fischer-zernin@morganstanley.com
arthur.lai@morganstanley.com
arthur.pollock@morganstanley.com
arthur.reyes@morganstanley.com
arthur.robb@morganstanley.com
ashfaq.qadri@morganstanley.com
ashley.soutor@morganstanley.com
avaneesh.krishnamoorthy@morganstanley.com
axel.wehr@morganstanley.com
baldeesh.nahl@morganstanley.com
barbara.chilutti@morganstanley.com
barbara.reinhard@morganstanley.com
barry.rosenberg@morganstanley.com
bei.saville@morganstanley.com
ben.fenton@morganstanley.com
benedetto.falcone@morganstanley.com
beram.gazdar@morganstanley.com
bernd.scherer@morganstanley.com
bernhard.huepfj@morganstanley.com

**Company & Corresponding Email Addresses**

beth.coyne@morganstanley.com
beth.crone@morganstanley.com
beth.moreau@morganstanley.com
bettina.ballerini@morganstanley.com
biswajit.sarkar@morganstanley.com
bj.grant@morganstanley.com
bjorn.franson@morganstanley.com
blair.kaplan@morganstanley.com
blake.halversen@morganstanley.com
bonnie.riehl@morganstanley.com
brad.blalock@morganstanley.com
bradford.stoesser@morganstanley.com
bradley.mashinter@morganstanley.com
bradley.ross-williams@morganstanley.com
brenda.tanis@morganstanley.com
brian.arcese@morganstanley.com
brian.b.park@morganstanley.com
brian.erickson@morganstanley.com
brian.ichord@morganstanley.com
brian.mazzella@morganstanley.com
brian.metz@morganstanley.com
brian.pfeifler@morganstanley.com
brian.roe@morganstanley.com
brian.scavuzzo@morganstanley.com
brian.standig@morganstanley.com
brian.t.curley@morganstanley.com
brian.towsen@morganstanley.com
bruce.rodio@morganstanley.com
bruce.simon@morganstanley.com
bryan.stone@morganstanley.com
burak.alici@morganstanley.com
c.chris.corrao@morganstanley.com
calum.daniel@morganstanley.com
cameron.livingstone@morganstanley.com
carlos.ferreira@morganstanley.com
carlos.garcia-tunon@morganstanley.com
caroline.jones.dinkins@morganstanley.com
caroline.lefeuvre@morganstanley.com
caroline.quinn@morganstanley.com
carolyn.kemp@morganstanley.com
cathal.dowling@morganstanley.com
catherine.a.ross@morganstanley.com
catherine.colecchi@morganstanley.com
catherine.trinder@morganstanley.com
celeste.laraja@morganstanley.com
chad.hueffmeier@morganstanley.com
chaka.casey@morganstanley.com
charlene.pow@morganstanley.com
charlotte.kelsey@morganstanley.com
chirag.mahatma@morganstanley.com
chris.callan@morganstanley.com
chris.savino@morganstanley.com
christel.valette@morganstanley.com
christian.derold@morganstanley.com

**Company & Corresponding Email Addresses**

christian.ghiuvea@morganstanley.com
christian.roth@morganstanley.com
christina.chiu@morganstanley.com
christina.han@morganstanley.com
christina.roedema@morganstanley.com
christine.brykowytch@morganstanley.com
christine.joshua@morganstanley.com
christine.lorenz@morganstanley.com
christine.mcgowan@morganstanley.com
christophe.orly@morganstanley.com
christopher.baldwin@morganstanley.com
christopher.godding@morganstanley.com
christopher.hill@morganstanley.com
christopher.klinefelter@morganstanley.com
christopher.lin@morganstanley.com
christopher.metli@morganstanley.com
christopher.wimmer@morganstanley.com
chuck.vuong@morganstanley.com
chucri.hjeily@morganstanley.com
clarinda.casey@morganstanley.com
claudia.marciano@morganstanley.com
claudio.waller@morganstanley.com
clay.boggs@morganstanley.com
clumbrer@morganstanley.es
codonnell@morganstanley.com
colin.finnigan@morganstanley.com
colin.mcqueen@morganstanley.com
connie.hum@morganstanley.com
corinne.lewis-reynier@morganstanley.com
corry.geerlings@morganstanley.com
cristian.ghiuvea@morganstanley.com
cristina.buonocore@morganstanley.com
cristina.cue@morganstanley.com
cristina.piedrahita@morganstanley.com
cynthia.meyn@morganstanley.com
daesik.kim@morganstanley.com
dale.albright@morganstanley.com
damali.brown@morganstanley.com
dan.policy@morganstanley.com
dan.raghoonundon@morganstanley.com
dan.sweet@morganstanley.com
dana.burns@morganstanley.com
dana.linker@morganstanley.com
daniel.chodos@morganstanley.com
daniel.forde@morganstanley.com
daniel.friedman@morganstanley.com
daniel.m.fein@morganstanley.com
daniel.mahony@morganstanley.com
daniel.mcgovern@morganstanley.com
daniel.phipps@morganstanley.com
daniel.stolbof@morganstanley.com
daniel.waters@morganstanley.com
daniel.wieder@morganstanley.com
danny.greenberger@morganstanley.com

**Company & Corresponding Email Addresses**

david.armstrong@morganstanley.com
david.cook@morganstanley.com
david.deutsch@morganstanley.com
david.gates@morganstanley.com
david.ginsburg@morganstanley.com
david.gold@morganstanley.com
david.horowitz@morganstanley.com
david.m.martin@morganstanley.com
david.mclaughlin@morganstanley.com
david.muller@morganstanley.com
david.powell@morganstanley.com
david.roosevelt@morganstanley.com
david.s.cohen@morganstanley.com
david.scott@morganstanley.com
david.smetana@morganstanley.com
david.sugimoto@morganstanley.com
david.togut@morganstanley.com
david.yates@morganstanley.com
davide.basile@morganstanley.com
dawn.lawrence@morganstanley.com
dawn.rorke@morganstanley.com
deanna.loughnane@morganstanley.com
debbie.casale@morganstanley.com
debra.crovicz@morganstanley.com
deepak.baghla@morganstanley.com
deepak.laxmi@morganstanley.com
dennis.furey@morganstanley.com
dennis.p.lynch@morganstanley.com
dennis.shea@morganstanley.com
dermott.whelan@morganstanley.com
desiree.trister@morganstanley.com
devin.schwarz@morganstanley.com
diana.shi@morganstanley.com
diane.hosie@morganstanley.com
diane.madera@morganstanley.com
dicksey.mathew@morganstanley.com
dima.skvortsov@morganstanley.com
dino.kos@morganstanley.com
dip.roy@morganstanley.com
divya.chhibba@morganstanley.com
dolores.mcmullen@morganstanley.com
dominic.herbert@morganstanley.com
dominic.zangari@morganstanley.com
dominick.carlino@morganstanley.com
donald.carucci@morganstanley.com
doriana.russo@morganstanley.com
dorothea.klucevsek-whalen@morganstanley.com
dorothy.jordan@morganstanley.com
doug.mangini@morganstanley.com
douglas.funke@morganstanley.com
douglas.l.lee@morganstanley.com
douglas.mcgraw@morganstanley.com
douglas.mcneely@morganstanley.com
douglas.rentz@morganstanley.com

## Company & Corresponding Email Addresses

earl.gordon@morganstanley.com
edward.gaylor@morganstanley.com
edward.goldstein@morganstanley.com
edward.miller@morganstanley.com
edward.ramos@morganstanley.com
eileen.o.diana@morganstanley.com
eleanor.mcfarlane@morganstanley.com
eleanor.ogden@morganstanley.com
elena.stremlin@morganstanley.com
eli.lapp@morganstanley.com
elisabeth.stheeman@morganstanley.com
elizabeth.bodisch@morganstanley.com
elizabeth.cohen@morganstanley.com
elizabeth.crowley@morganstanley.com
elizabeth.graeber@morganstanley.com
elizabeth.haselgrove@morganstanley.com
elizabeth.newby@morganstanley.com
elizabeth.vale@morganstanley.com
ellen.gold@morganstanley.com
elsa.doyle@morganstanley.com
emilio.alvarez@morganstanley.com
emily.boyd@morganstanley.com
emily.eiselein@morganstanley.com
emma.roche@morganstanley.com
emmeline.kuhn@morganstanley.com
emre.gebizli@morganstanley.com
epco.vanderlende@morganstanley.com
eric.baurmeister@morganstanley.com
eric.carlson@morganstanley.com
eric.fry@morganstanley.com
eric.jesionowski@morganstanley.com
eric.kanter@morganstanley.com
eric.kirby@morganstanley.com
eric.larsson@morganstanley.com
eric.perlyn@morganstanley.com
erica.olsen@morganstanley.com
erik.kuijlaars@morganstanley.com
erika.nanke@morganstanley.com
erika.spinelli@morganstanley.com
erin.bisio@morganstanley.com
estefania.tam@morganstanley.com
etsuko.fuseya.jennings@morganstanley.com
euan.crane@morganstanley.com
eugene.pekelis@morganstanley.com
eva.zlotnicka@morganstanley.com
eve.glatt@morganstanley.com
ewa.borowska@morganstanley.com
fabio.terlevich@morganstanley.com
faisal.hayat@morganstanley.com
faysal.arslan@morganstanley.com
federico.kaune@morganstanley.com
felicity.smith@morganstanley.com
feng.chang@morganstanley.com
fiona.deans@morganstanley.com

**Company & Corresponding Email Addresses**

fionne.crichton@morganstanley.com
firstname.surname@morganstanley.com
fitnat.akahan@morganstanley.com
franci.he@morganstanley.com
francine.bovich@morganstanley.com
francis.frecentese@morganstanley.com
frank.accetta@morganstanley.com
frank.diebold@morganstanley.com
frank.novellino@morganstanley.com
frank.zheng@morganstanley.com
fred.feng.wang@morganstanley.com
fred.siegel@morganstanley.com
frederic.dubinski@morganstanley.com
frederick.pollock@morganstanley.com
gabriela.soppelsa@morganstanley.com
gaite.ali@morganstanley.com
gamaliel.blanco@morganstanley.com
gary.cheung@morganstanley.com
gary.offner@morganstanley.com
gaurav.rastogi@morganstanley.com
gautam.kapoor@morganstanley.com
gavin.platman@morganstanley.com
gavin.sewell@morganstanley.com
geoffrey.strong@morganstanley.com
geoffroy.m.houlot@morganstanley.com
george.kounelakis@morganstanley.com
george.m.robertson@morganstanley.com
george.minett@morganstanley.com
gerald.kirshner@morganstanley.com
geraldine.boyle@morganstanley.com
geraldine.derescavage@morganstanley.com
gerard.lian@morganstanley.com
gerhardt.herbert@morganstanley.com
gina.fenton@morganstanley.com
gleb.koutepov@morganstanley.com
glenn.mcafee@morganstanley.com
glenn.yeaker@morganstanley.com
gloria-93471.appleby@morganstanley.com
gordon.loery@morganstanley.com
grace.su@morganstanley.com
grayson.witcher@morganstanley.com
greg.capps@morganstanley.com
greg.hamwi@morganstanley.com
greg.lai@morganstanley.com
gregg.gola@morganstanley.com
gregory.murphy@morganstanley.com
greig.morrish@morganstanley.com
guido.deascanis@morganstanley.com
guy.rutherfurd@morganstanley.com
hans.vandenberg@morganstanley.com
hassan.elmasry@morganstanley.com
heather.auguste@morganstanley.com
helen.chiang@morganstanley.com
helen.distefano@morganstanley.com

**Company & Corresponding Email Addresses**

helen.krause@morganstanley.com
helen.smith@morganstanley.com
helene.ouimet@morganstanley.com
henri-pierre.barone@morganstanley.com
henry.choi@morganstanley.com
henry.d'alessandro@morganstanley.com
henry.hund@morganstanley.com
hester.bae@morganstanley.com
hideo.ueki@morganstanley.com
hilary.keeney@morganstanley.com
hilary.oneill@morganstanley.com
hilmar.schlenzka@morganstanley.com
hiroshi.tanizawa@morganstanley.com
hong.xu@morganstanley.com
hooman.yaghoobi@morganstanley.com
howard.hassen@morganstanley.com
howard.jones@morganstanley.com
hywel.george@morganstanley.com
iliana.nikolova@morganstanley.com
indira.korte@morganstanley.com
irene.amarena@morganstanley.com
isaac.lowenbraun@morganstanley.com
j.david.germany@morganstanley.com
jackie.carr@morganstanley.com
jackie.m.senat@morganstanley.com
jaclyn.donaldson@morganstanley.com
jacqueline.connor@morganstanley.com
jacqueline.pasquarello@morganstanley.com
jacquelyn.rush@morganstanley.com
jacueline.dentner@morganstanley.com
jaidip.singh@morganstanley.com
jake.thomson@morganstanley.com
james.c.chen@morganstanley.com
james.coutts@morganstanley.com
james.cowan@morganstanley.com
james.ferrarelli@morganstanley.com
james.h.scott@morganstanley.com
james.j.kovach@morganstanley.com
james.sperans@morganstanley.com
james.upton@morganstanley.com
jamie.adams@morganstanley.com
jan.baars@morganstanley.com
janine.leola@morganstanley.com
janna.honing@morganstanley.com
jared.epstein@morganstanley.com
jasmine.pong@morganstanley.com
jason.benowitz@morganstanley.com
jason.pearl@morganstanley.com
jason.revland@morganstanley.com
jason.sissel@morganstanley.com
jason.vickery@morganstanley.com
jason.yeung@morganstanley.com
jaymeen.patel@morganstanley.com
jayson.vowles@morganstanley.com

**Company & Corresponding Email Addresses**

jean.barnum@morganstanley.com
jean.beaubois@morganstanley.com
jean.ebbott@morganstanley.com
jean.reynolds@morganstanley.com
jean-marie.capelle@morganstanley.com
jeannette.gloge@morganstanley.com
jeff.randolph@morganstanley.com
jeff.rosen@morganstanley.com
jeff.welday@morganstanley.com
jeffrey.bulacan@morganstanley.com
jeffrey.collins@morganstanley.com
jeffrey.sanders@morganstanley.com
jenell.witkowski@morganstanley.com
jennifer.giammarino@morganstanley.com
jennifer.liang@morganstanley.com
jennifer.milacci@morganstanley.com
jennifer.prentiss@morganstanley.com
jennifer.pryor@morganstanley.com
jennifer.solin@morganstanley.com
jeremy.hamblin@morganstanley.com
jessica.burriss@morganstanley.com
jessica.curran@morganstanley.com
jessica.schultz@morganstanley.com
jestrada@morganstanley.es
jeung.hyun@morganstanley.com
jie.gong@morganstanley.com
jill.holton@morganstanley.com
jillian.sowole@morganstanley.com
jingqi.xu@morganstanley.com
jinny.kim@morganstanley.com
jitania.kandhari@morganstanley.com
jiten.manglani@morganstanley.com
joanna.wotlinski@morganstanley.com
jodi.baabdaty@morganstanley.com
jody.longhurst@morganstanley.com
joe.indelicato@morganstanley.com
john.c.broderick@morganstanley.com
john.gernon@morganstanley.com
john.goodacre@morganstanley.com
john.hevner@morganstanley.com
john.imbriale@morganstanley.com
john.kelly-jones@morganstanley.com
john.m.guarino@morganstanley.com
john.mannion@morganstanley.com
john.mazanec@morganstanley.com
john.mccormack@morganstanley.com
john.mecca@morganstanley.com
john.moon@morganstanley.com
john.n.hale@morganstanley.com
john.pearce@morganstanley.com
john.s.quinn@morganstanley.com
john.sun@morganstanley.com
john.szwed@morganstanley.com
john.t.mcdevitt@morganstanley.com

**Company & Corresponding Email Addresses**

john.vaught@morganstanley.com
john.w.simmons@morganstanley.com
john.wolack@morganstanley.com
jonas.kolk@morganstanley.com
jonas.nilsson@morganstanley.com
jonathan.a.day@morganstanley.com
jonathan.murray@morganstanley.com
jonathan.terlizzi@morganstanley.com
jonathon.rabinowitz@morganstanley.com
jordan.floriani@morganstanley.com
jordan.gershuny@morganstanley.com
jose.gonzalez-heres@morganstanley.com
joseph.bacchi@morganstanley.com
joseph.ballaera@morganstanley.com
joseph.braccia@morganstanley.com
joseph.mcalinden@morganstanley.com
joseph.mehlman@morganstanley.com
joseph.sueke@morganstanley.com
joseph.trmarchi@morganstanley.com
joseph_arcieri@morganstanley.com
josephine.learmond-criqui@morganstanley.com
joshua.givelber@morganstanley.com
juan.acevedo@morganstanley.com
judy.leung@morganstanley.com
julia.forde@morganstanley.com
julia.gallagher@morganstanley.com
julia.pollard@morganstanley.com
julie.claydon@morganstanley.com
julie.dechaume@morganstanley.com
julie.haim@morganstanley.com
julie.martin@morganstanley.com
julie.morrone@morganstanley.com
julien.leegenhoek@morganstanley.com
julien.puvilland@morganstanley.com
julius.williams@morganstanley.com
justin.sham@morganstanley.com
justin.simpson@morganstanley.com
kamlun.shek@morganstanley.com
karen.boldizar@morganstanley.com
karen.greenberg@morganstanley.com
karen.morehouse@morganstanley.com
karen.romero@morganstanley.com
karen.toll@morganstanley.com
karim.ladha@morganstanley.com
karl.beinkampen@morganstanley.com
kate.cornax@morganstanley.com
kate.cornish-bowden@morganstanley.com
kate.williams@morganstanley.com
katharine.partridge@morganstanley.com
katherine.chasmar@morganstanley.com
katherine.stromberg@morganstanley.com
kathleen.bell@morganstanley.com
kathleen.m.gallagher@morganstanley.com
kathy.clemens@morganstanley.com

**Company & Corresponding Email Addresses**

kathy.mcwade@morganstanley.com
kathy.o'connor@morganstanley.com
katia.levy-thevenon@morganstanley.com
katrine.lindbekk@morganstanley.com
kavita.sheth@morganstanley.com
ke.yu@morganstanley.com
kellie.manning@morganstanley.com
kelly.eckenrode@morganstanley.com
kelly.hardeman@morganstanley.com
kelly.socci@morganstanley.com
kerry.van.orden@morganstanley.com
kevin.egan@morganstanley.com
kevin.gapp@morganstanley.com
kevin.jung@morganstanley.com
kevin.kleitz@morganstanley.com
kevin.klingert@morganstanley.com
kevin.m.white@morganstanley.com
kgard@morganstanley.com
khushru.medhora@morganstanley.com
kim.cross@morganstanley.com
kim.mawdsley@morganstanley.com
kimberlee.dieckhaus@morganstanley.com
kimberly.bernhardt@morganstanley.com
kiran.saund@morganstanley.com
kirtna.pai@morganstanley.com
krista.valentino@morganstanley.com
kristian.heugh@morganstanley.com
kristin.hayden@morganstanley.com
kristine.lino-genin@morganstanley.com
l.chen@morganstanley.com
lai-ming.suen@morganstanley.com
lakshman.harendran@morganstanley.com
lally.ross@morganstanley.com
larry.tung@morganstanley.com
lars.lemonius@morganstanley.com
laura.ambroseno@morganstanley.com
laura.bottega@morganstanley.com
laura.gibbons@morganstanley.com
laura.howard@morganstanley.com
laura.norman@morganstanley.com
lauren.duboff@morganstanley.com
lauren.jacobson@morganstanley.com
laurie.lefcowitz@morganstanley.com
lea.hodge@morganstanley.com
leah.modigliani@morganstanley.com
lee.montag@morganstanley.com
leon.grenyer@morganstanley.com
lesley.kinnaird@morganstanley.com
leslie.haarup@morganstanley.com
li.tao@morganstanley.com
liam.carroll@morganstanley.com
lilly.acosta@morganstanley.com
linda.vanderson@morganstanley.com
linh.tran@morganstanley.com

**Company & Corresponding Email Addresses**

linso.pals@morganstanley.com
linus.ng@morganstanley.com
lisa.a.kwiatkowski@morganstanley.com
lisa.dematte@morganstanley.com
logan.burt@morganstanley.com
lois.pine@morganstanley.com
lori.mchugh@morganstanley.com
lorna.levy@morganstanley.com
louise.teeple@morganstanley.com
lourdes.leon@morganstanley.com
luca.armandola@morganstanley.com
lucien.philippe@morganstanley.com
lucy.zheng@morganstanley.com
ludan.liu@morganstanley.com
luisa.b.gallardo@morganstanley.com
lynda.yam@morganstanley.com
lynette.ong@morganstanley.com
m.craig@morganstanley.com
m.lam@morganstanley.com
manda.narvekar@morganstanley.com
manish.k.agarwal@morganstanley.com
manmohan.patil@morganstanley.com
manoj.gupte@morganstanley.com
marc.ampaw@morganstanley.com
marc.crespi@morganstanley.com
marc.munfa@morganstanley.com
marc.rudajev@morganstanley.com
marc-albert.michaud@morganstanley.com
marcus.watson@morganstanley.com
margaret.p.naylor@morganstanley.com
marguerite.solis@morganstanley.com
maria.bowling@morganstanley.com
maria.pellegrino@morganstanley.com
marin.lolic@morganstanley.com
mark.bavoso@morganstanley.com
mark.bredell@morganstanley.com
mark.clay@morganstanley.com
mark.d.levy@morganstanley.com
mark.dimont@morganstanley.com
mark.field-marsham@morganstanley.com
mark.flynn@morganstanley.com
mark.foust@morganstanley.com
mark.laskin@morganstanley.com
mark.mcnamara@morganstanley.com
mark.melendez@morganstanley.com
mark.paris@morganstanley.com
mark.pederson@morganstanley.com
mark.roethlin@morganstanley.com
mark.strachan@morganstanley.com
mark.todtfeld@morganstanley.com
mark.w.perry@morganstanley.com
markus.thadaney@morganstanley.com
marlene.bonasera@morganstanley.com
marta.waszkiewicz@morganstanley.com

## Company & Corresponding Email Addresses

martin.moorman@morganstanley.com
mary.anne.healy@morganstanley.com
mary.birger@morganstanley.com
mary.kazaryan@morganstanley.com
mary.otero@morganstanley.com
mary.schafer@morganstanley.com
mary.simmons@morganstanley.com
mary.sue.dickinson@morganstanley.com
maryann.maiwald@morganstanley.com
maryellen.donahue@morganstanley.com
maryellen.fazzino@morganstanley.com
maryjane.bobyock@morganstanley.com
matt.pedicino@morganstanley.com
matt.potter@morganstanley.com
matthew.a.king@morganstanley.com
matthew.cino@morganstanley.com
matthew.dunning@morganstanley.com
matthew.leeman@morganstanley.com
matthew.stock@morganstanley.com
maureen.hays@morganstanley.com
maureen.york@morganstanley.com
maurice.holmes@morganstanley.com
mckenzie.burkhardt@morganstanley.com
meaghan.harding@morganstanley.com
meenakshi.lakshman@morganstanley.com
megan.capay@morganstanley.com
melanie.mcgee@morganstanley.com
melany.hearne@morganstanley.com
menglin.luo@morganstanley.com
meredith.ostrie@morganstanley.com
michael.allison@morganstanley.com
michael.antolin-perez@morganstanley.com
michael.cha@morganstanley.com
michael.desantis@morganstanley.com
michael.dinapoli@morganstanley.com
michael.dyer@morganstanley.com
michael.eastwood@morganstanley.com
michael.edman@morganstanley.com
michael.finamore@morganstanley.com
michael.guichon@morganstanley.com
michael.hehn@morganstanley.com
michael.hillman@morganstanley.com
michael.kollins@morganstanley.com
michael.kondas@morganstanley.com
michael.kushma@morganstanley.com
michael.maita@morganstanley.com
michael.monzo@morganstanley.com
michael.nolan@morganstanley.com
michael.peskin@morganstanley.com
michael.petrino@morganstanley.com
michael.pohly@morganstanley.com
michael.ray@morganstanley.com
michael.ryder@morganstanley.com
michel.vitermarkt@morganstanley.com

**Company & Corresponding Email Addresses**

michele.aveling@morganstanley.com
michele.burns@morganstanley.com
michele.kreisler@morganstanley.com
michelina.cuccia@morganstanley.com
michelle.kairuz@morganstanley.com
michelle.underwood@morganstanley.com
michiel.te.paske@morganstanley.com
mihaela.manoliu@morganstanley.com
milka.anderson@morganstanley.com
minh.do@morganstanley.com
miriam.rosa@morganstanley.com
mitch.merrin@morganstanley.com
miten.mehta@morganstanley.com
mitesh.modi@morganstanley.com
mona.marquardt@morganstanley.com
monica.carta@morganstanley.com
msimdaily@morganstanley.com
msim-swaps@morganstanley.com
n.gupta@morganstanley.com
nadia.fedoriw@morganstanley.com
naman.pugalia@morganstanley.com
nancy.bernstein@morganstanley.com
nancy.login@morganstanley.com
nash.waterman@morganstanley.com
natalie.marvi-romeo@morganstanley.com
natalie.miller@morganstanley.com
natanya.osborne@morganstanley.com
nathalie.degans@morganstanley.com
nathan.eigerman@morganstanley.com
nathlie.adams@morganstanley.com
neha.champaneria@morganstanley.com
neha.markle@morganstanley.com
neil.chakraborty@morganstanley.com
nhickolle.clayton@morganstanley.com
nicholas.del.deo@morganstanley.com
nicholas.warmingham@morganstanley.com
nicola.ardley@morganstanley.com
nicola.bonelli@morganstanley.com
nicola.wilds@morganstanley.com
nicolas.gagnerie@morganstanley.com
nicole.wiley@morganstanley.com
niklas.von.daehne@morganstanley.com
nikolai.dimitrov@morganstanley.com
nitin.bhat@morganstanley.com
nobuaki.miyatake@morganstanley.com
noelle_chara.siompotis@morganstanley.com
noreen.griffin@morganstanley.com
nuno.caetano@morganstanley.com
oliver.farrant@morganstanley.com
oliver.woodley@morganstanley.com
orla.flood@morganstanley.com
orsolya.eged@morganstanley.com
oscar.manuel.gutierrez@morganstanley.com
owen.thomas@morganstanley.com

**Company & Corresponding Email Addresses**

p.chen@morganstanley.com
p.mchugh@morganstanley.com
pankaj.pande@morganstanley.com
paras.dodhia@morganstanley.com
paresh.bhatt@morganstanley.com
parthie.darrell@morganstanley.com
patrice.mclaughlin@morganstanley.com
patricia.d'innocenzo@morganstanley.com
patricia.peach@morganstanley.com
patricia.wong@morganstanley.com
patrick.springer@morganstanley.com
paul.d.thompson@morganstanley.com
paul.daggy@morganstanley.com
paul.j.white@morganstanley.com
paul.o'brien@morganstanley.com
paul.psaila@morganstanley.com
paul.ticu@morganstanley.com
paul.weiner@morganstanley.com
paul_allende@morganstanley.com
peter.a.law@morganstanley.com
peter.furlong@morganstanley.com
peter.gewirtz@morganstanley.com
peter.nadosy@morganstanley.com
peter.ru@morganstanley.com
peter.seely@morganstanley.com
peter.sheridan@morganstanley.com
peter.simon@morganstanley.com
peter.thomas@morganstanley.com
peter.wright@morganstanley.com
petr.kocourek@morganstanley.com
philip.lund-conlon@morganstanley.com
philip.winters@morganstanley.com
philippe.kurzweil@morganstanley.com
phoebe.mcbee@morganstanley.com
poonam.dighe@morganstanley.com
prabhav.mehta@morganstanley.com
prajakta.nadkarni@morganstanley.com
prakash.balakrishnan@morganstanley.com
prathamesh.kulkarni@morganstanley.com
prcteam@morganstanley.com
que.nguyen@morganstanley.com
rachel.madeiros@morganstanley.com
rafael.gonzalez@morganstanley.com
raj.gupta@morganstanley.com
raj.sharma@morganstanley.com
rajesh.bendre@morganstanley.com
rajseh.bose@morganstanley.com
ramez.nashed@morganstanley.com
ray.tierney@morganstanley.com
regina.borromeo@morganstanley.com
regina.stewart@morganstanley.com
rehan.masood@morganstanley.com
renee.pernell@morganstanley.com
reshma.patel@morganstanley.com

**Company & Corresponding Email Addresses**

rheitu.bansal@morganstanley.com
riccardo.bindi@morganstanley.com
rich.vandermass@morganstanley.com
richard.davidson@morganstanley.com
richard.felegy@morganstanley.com
richard.glass@morganstanley.com
richard.guether@morganstanley.com
richard.mhende@morganstanley.com
richard.papetti@morganstanley.com
rob.maloof@morganstanley.com
robert.edmond@morganstanley.com
robert.gromadzki@morganstanley.com
robert.harradine@morganstanley.com
robert.jost@morganstanley.com
robert.kemp@morganstanley.com
robert.l.meyer@morganstanley.com
robert.l.peters@morganstanley.com
robert.lichtenstein@morganstanley.com
robert.nicander@morganstanley.com
robert.rossetti@morganstanley.com
robert.shapiro@morganstanley.com
robert.stryker@morganstanley.com
robert.swift@morganstanley.com
robert.turnquest@morganstanley.com
robin.joines@morganstanley.com
robyn.lazara@morganstanley.com
robynne.parry@morganstanley.com
roddy.bridge@morganstanley.com
rodolfo.chou@morganstanley.com
roger.banks@morganstanley.com
roger.chuchen@morganstanley.com
roger.tashjian@morganstanley.com
roland.ho@morganstanley.com
roland.rayment@morganstanley.com
ronald.kline@morganstanley.com
ronald.mackey@morganstanley.com
ronan.harris@morganstanley.com
roxana.villafane@morganstanley.com
roy.liu@morganstanley.com
rucha.potdar@morganstanley.com
ruchir.sharma@morganstanley.com
russell.cernansky@morganstanley.com
ryan.egan@morganstanley.com
ryan.feeney@morganstanley.com
ryan.moss@morganstanley.com
s.scott.gregory@morganstanley.com
saad.siddiqui@morganstanley.com
sahil.tandon@morganstanley.com
sally_panicker@morganstanley.com
salvatore.aiello@morganstanley.com
sam.caroll@morganstanley.com
sameer.arsiwala@morganstanley.com
sameer.malik@morganstanley.com
sandeep.chainani@morganstanley.com

## Company & Corresponding Email Addresses

sandip.bhagat@morganstanley.com
sandy.yun@morganstanley.com
sanjay.verma@morganstanley.com
santosh.kumar@morganstanley.com
sarah.devlin@morganstanley.com
sayuri.aoyama@morganstanley.com
scott.cullerton@morganstanley.com
scott.heyer@morganstanley.com
scott.kelley@morganstanley.com
scott.piper@morganstanley.com
sean.meehan@morganstanley.com
sean.o'malley@morganstanley.com
sebastian.miralles@morganstanley.com
seth.horwitz@morganstanley.com
sette.voute@morganstanley.com
shailesh.singh@morganstanley.com
shannon.hart@morganstanley.com
shanta.huque@morganstanley.com
shari.angelica.setyawinata@morganstanley.com
sharon.cohen@morganstanley.com
sharon.ecke@morganstanley.com
sharon.huey@morganstanley.com
sharon.voci@morganstanley.com
shaun.smith@morganstanley.com
shawn.remish@morganstanley.com
shayne.marcos.de.abreu@morganstanley.com
sheila.piernock@morganstanley.com
sherri.cohen@morganstanley.com
shikhar.ranjan@morganstanley.com
shilpi.basak@morganstanley.com
shunichiro.saiki@morganstanley.com
simon.carter@morganstanley.com
simon.loveday@morganstanley.com
simon.p.baxter@morganstanley.com
slav.botchkarev@morganstanley.com
sloan.walker@morganstanley.com
soiricho.matsumoto@morganstanley.com
sophana.periasamy@morganstanley.com
soren.bech@morganstanley.com
soren.beck@morganstanley.com
spd-ops-ln@morganstanley.com
stan.delaney@morganstanley.com
stanley.ho@morganstanley.com
stefania.perrucci@morganstanley.com
stephan.kessler@morganstanley.com
stephen.a.smith@morganstanley.com
stephen.barclay@morganstanley.com
stephen.c.walker@morganstanley.com
stephen.chung@morganstanley.com
stephen.esser@morganstanley.com
stephen.pelensky@morganstanley.com
steve.luo@morganstanley.com
steve.turner@morganstanley.com
steven.dick@morganstanley.com

**Company & Corresponding Email Addresses**

steven.guyer@morganstanley.com
steven.heron@morganstanley.com
steven.jung@morganstanley.com
steven.kreider@morganstanley.com
steven.oblack@morganstanley.com
steven.shekane@morganstanley.com
steven.shin@morganstanley.com
stine.madsen@morganstanley.com
stuart.bohart@morganstanley.com
stuart.seeley@morganstanley.com
sumit.kapur@morganstanley.com
sunil.sud@morganstanley.com
sunita.menon@morganstanley.com
sunny.tang@morganstanley.com
suren.markosov@morganstanley.com
surrina.hu@morganstanley.com
susan.burnett@morganstanley.com
susan.lucas@morganstanley.com
susan.s.chen@morganstanley.com
suzanne.hone@morganstanley.com
suzanne.jagernauth@morganstanley.com
sven.van.kemenade@morganstanley.com
swanand.kelcar@morganstanley.com
tadashi.kikkawa@morganstanley.com
takao.kawamoto@morganstanley.com
takashi.moriuchi@morganstanley.com
tamara.doi@morganstanley.com
tamyra.thomas@morganstanley.com
tarah.holloway@morganstanley.com
tarini.mohan@morganstanley.com
tarrissa.hockenberry@morganstanley.com
ted.bigman@morganstanley.com
teimur.abasov@morganstanley.com
teri.martini@morganstanley.com
terr.conygham@morganstanley.com
terrance.rebello@morganstanley.com
theresa.shaughnessy@morganstanley.com
thomas.bennett@morganstanley.com
thomas.fenlon@morganstanley.com
thomas.frame@morganstanley.com
thomas.hewett@morganstanley.com
thomas.machowski@morganstanley.com
thomas.swaney@morganstanley.com
thomas.v.wallace@morganstanley.com
tim.antrobus@morganstanley.com
tim.ellerton@morganstanley.com
tim.morris@morganstanley.com
tim_coughlin@morganstanley.com
timothy.drinkall@morganstanley.com
timothy.gage@morganstanley.com
timothy.jannetta@morganstanley.com
timothy.s.brown@morganstanley.com
timothy.shannon@morganstanley.com
timothy.taylor@morganstanley.com

## Company & Corresponding Email Addresses

timothy.veraska@morganstanley.com
tina.fendl@morganstanley.com
tj.hughes@morganstanley.com
todd.herlihy@morganstanley.com
todd.m.lovell@morganstanley.com
todd.marciniak@morganstanley.com
tracey.ivey@morganstanley.com
travis.rudnick@morganstanley.com
trusha.chokshi@morganstanley.com
udit.mitra@morganstanley.com
ugo.ciliberti@morganstanley.com
valentina.vanderdys@morganstanley.com
vallende@morganstanley.es
vanessa.hopwood@morganstanley.com
vanessa.vanacker@morganstanley.com
vardhana.pawaskar@morganstanley.com
vera.rossi@morganstanley.com
vijay.chugh@morganstanley.com
viju.joseph@morganstanley.com
vinay.kedia@morganstanley.com
vincent.liu@morganstanley.com
vineet.hemdev@morganstanley.com
vinod.prashad@morganstanley.com
virginia.keehan@morganstanley.com
walter.maynard@morganstanley.com
walter.riddell@morganstanley.com
walter.thorman@morganstanley.com
warren.ackerman@morganstanley.com
wei.shi@morganstanley.com
wei.xei@morganstanley.com
wei-ling.liew@morganstanley.com
william.lawrence@morganstanley.com
william.lock@morganstanley.com
william.mccawley@morganstanley.com
william.mok@morganstanley.com
william.oliver@morganstanley.com
wilson.he@morganstanley.com
wimal.wijenayake@morganstanley.com
wojceich.hajduczyk@morganstanley.com
xiaojie.joe.shi@morganstanley.com
xiaoli.deng@morganstanley.com
xintian.lan@morganstanley.com
yamay@morganstanley.com
yi.liu@morganstanley.com
ying.ying@morganstanley.com
yoonju.hong@morganstanley.com
yoshiki.kano@morganstanley.com
yuri.maeda@morganstanley.com
yvonne.longley@morganstanley.com
zachary.stewart@morganstanley.com
zoe.oakman@morganstanley.com

**morganstanleyquilter**

benbarringer@morganstanleyquilter.ie
brianweber@morganstanleyquilter.ie

## Company & Corresponding Email Addresses

davidframe@morganstanleyquilter.ie
kevinronayne@morganstanleyquilter.ie
stephenrooney@morganstanleyquilter.ie

### morganstnaley

michael.key@morganstnaley.com

### mori

segawa@mori.co.jp
tsutomu-horiuchi@mori.co.jp

### morleyfm

aaron.grehan@morleyfm.com
aaron.lynch@morleyfm.com
adam.lancelot@morleyfm.com
ade.adekunbi@morleyfm.com
adrian.jarvis@morleyfm.com
alan.stickings@morleyfm.com
alex.ingham@morleyfm.com
alex.mcintyre@morleyfm.com
alex.parr@morleyfm.com
alex.wroe@morleyfm.com
alexander.iwinski@morleyfm.com
alexandra.pedder@morleyfm.com
alison.murdoch@morleyfm.com
alistair.morrison@morleyfm.com
allen.twyning@morleyfm.com
amanda.sillars@morleyfm.com
amelia.savory@morleyfm.com
amit.mehta@morleyfm.com
amy.chamberlain@morleyfm.com
andrew.burdis@morleyfm.com
andrew.randell@morleyfm.com
andy.macdonald@morleyfm.com
aneil.ramroop@morleyfm.com
angela.ngo@morleyfm.com
angus.robertson@morleyfm.com
anita.skipper@morleyfm.com
anne.robson@morleyfm.com
anthony.david@morleyfm.com
aran.gordon@morleyfm.com
ash.verma@morleyfm.com
atikah.aini@morleyfm.com
barry.sanjana@morleyfm.com
ben.blackburn@morleyfm.com
ben.middleton@morleyfm.com
bertrand.kubala@morleyfm.com
betty.chen@morleyfm.com
bill.baker@morleyfm.com
binita.dyson@morleyfm.com
bruce.pearson@morleyfm.com
bruno.berry@morleyfm.com
caroline.allen@morleyfm.com
caroline.hedges@morleyfm.com
cathy.harris@morleyfm.com
ceris.williams@morleyfm.com
charles.hoblyn@morleyfm.com

## Company & Corresponding Email Addresses

chris.garcia@morleyfm.com
chris.higham2@morleyfm.com
chris.perryman@morleyfm.com
chris.wheaton@morleyfm.com
christoph.babbel@morleyfm.com
cirine.el.husseini@morleyfm.com
claire.harold@morleyfm.com
colin.dryburgh@morleyfm.com
colin.moar@morleyfm.com
daniel.klusmann@morleyfm.com
darren.kelly@morleyfm.com
david.clott@morleyfm.com
david.keen@morleyfm.com
david.lis@morleyfm.com
david.oxley@morleyfm.com
david.penney@morleyfm.com
david.shapiro@morleyfm.com
david.skinner@morleyfm.com
david.stevens@morleyfm.com
dominic.white@morleyfm.com
edgar.dmello@morleyfm.com
edward.bozzard@morleyfm.com
edward.hutchings@morleyfm.com
edward.murray@morleyfm.com
emma.cameron@morleyfm.com
emma.clark@morleyfm.com
emma.hudson@morleyfm.com
emma.sinclair@morleyfm.com
eric.kwan@morleyfm.com
erin.baines@morleyfm.com
federico.wynne@morleyfm.com
frances.scott@morleyfm.com
francesca.battisti-davies@morleyfm.com
frank.mensah@morleyfm.com
frederic.beaumelou@morleyfm.com
frederick.devries@morleyfm.com
gabriela.schneider@morleyfm.com
gary.neale@morleyfm.com
gary.saidler@morleyfm.com
gavin.feakes@morleyfm.com
gemma.cowie@morleyfm.com
georgina.hellyer@morleyfm.com
gerard.lane@morleyfm.com
gerry.inow@morleyfm.com
gillian.chee@morleyfm.com
graham.elliottshircore@morleyfm.com
harriet.parker@morleyfm.com
hassan.johaadien@morleyfm.com
haydn.davies@morleyfm.com
holly.grainger@morleyfm.com
ian.firth@morleyfm.com
ian.grant@morleyfm.com
ian.hally@morleyfm.com
iyad.farah@morleyfm.com

## Company & Corresponding Email Addresses

jack.georgeson@morleyfm.com
james.cannon@morleyfm.com
james.kenney@morleyfm.com
james.turner@morleyfm.com
james.vokins@morleyfm.com
jas.singh@morleyfm.com
jeremy.soutter@morleyfm.com
jerry.brewin@morleyfm.com
jez.bezant@morleyfm.com
jill.walsh@morleyfm.com
jim.odell@morleyfm.com
john.botham@morleyfm.com
john.buckley@morleyfm.com
john.hayes@morleyfm.com
john.ip@morleyfm.com
john.manning@morleyfm.com
john.wilson@morleyfm.com
jonathan.abrahams@morleyfm.com
jonathan.fisher-hindle@morleyfm.com
joy.holmes-anckle@morleyfm.com
julian.murray@morleyfm.com
julie.quinn@morleyfm.com
kalpesh.shah@morleyfm.com
kameel.mohammed@morleyfm.com
katherine.garrett-cox@morleyfm.com
keith.barnes@morleyfm.com
kieran.curtis@morleyfm.com
konrad.boszko@morleyfm.com
kumar.ghosh@morleyfm.com
laurence.bensafi@morleyfm.com
lawrence.inman@morleyfm.com
leah.hope@morleyfm.com
lee.brennan@morleyfm.com
leigh.talbot@morleyfm.com
lisa.batterby@morleyfm.com
luk.janssens@morleyfm.com
malcolm.oates@morleyfm.com
marc.vanderbergh@morleyfm.com
mark.artherton@morleyfm.com
mark.atherton@morleyfm.com
mark.borland@morleyfm.com
mark.denham@morleyfm.com
mark.goodey@morleyfm.com
mark.watts@morleyfm.com
mark.westwood@morleyfm.com
matthew.haldane@morleyfm.com
matthew.hills@morleyfm.com
matthew.tatnell@morleyfm.com
maulshreesaroliya2@morleyfm.com
maurice.browne@morleyfm.com
mavis.lougher@morleyfm.com
may.brooks@morleyfm.com
mervin.coutinho@morleyfm.com
mervyn.douglas@morleyfm.com

**Company & Corresponding Email Addresses**

michael.jennings@morleyfm.com
michaeld.gallagher@morleyfm.com
michelle.cook@morleyfm.com
michelle.quinn@morleyfm.com
mike.appleby@morleyfm.com
mike.gallagher@morleyfm.com
miles.tym@morleyfm.com
mubushra.beg@morleyfm.com
nataliya.zalyesova@morleyfm.com
neil.smith@morleyfm.com
neil.wesley@morleyfm.com
niall.paul@morleyfm.com
nicholas.broughton@morleyfm.com
nick.alford@morleyfm.com
nick.mansley@morleyfm.com
nick.ridgewell@morleyfm.com
nick.woods@morleyfm.com
nicole.mardell@morleyfm.com
ole.hui@morleyfm.com
oliver.jackson@morleyfm.com
oliver.judd@morleyfm.com
owen.thomas2@morleyfm.com
parul.shah@morleyfm.com
patricia.davies@morleyfm.com
patrick.hughes@morleyfm.com
paul.dungate@morleyfm.com
paul.mingay@morleyfm.com
paul.simmons@morleyfm.com
paul.udall@morleyfm.com
paul.vandevaart@morleyfm.com
paula.allen@morleyfm.com
peter.cameron@morleyfm.com
peter.hackworth@morleyfm.com
peter.michaelis@morleyfm.com
peter.middleton@morleyfm.com
peter.rains@morleyfm.com
philip.parker@morleyfm.com
philip.pearson@morleyfm.com
pierre.francois@morleyfm.com
quin.casey@morleyfm.com
rahul.ahuja@morleyfm.com
raj.bajaj@morleyfm.com
rajan.rehan@morleyfm.com
richard.alborough@morleyfm.com
richard.cansell@morleyfm.com
richard.colwell@morleyfm.com
richard.dymond@morleyfm.com
richard.hallett@morleyfm.com
richard.saldanha@morleyfm.com
rita.dhut@morleyfm.com
rob.libbrecht@morleyfm.com
robert.brzoza@morleyfm.com
robert.goldsmith@morleyfm.com
robert.parsons@morleyfm.com

## Company & Corresponding Email Addresses

robin.west@morleyfm.com
roger.leow@morleyfm.com
roger.webb@morleyfm.com
rohin.morjaria@morleyfm.com
rosanna.moretti@morleyfm.com
russell.harris@morleyfm.com
ryan.staszewski@morleyfm.com
sam.holl@morleyfm.com
scott.mckenzie@morleyfm.com
sergio.ferreira@morleyfm.com
shahid.ikram@morleyfm.com
shawn.ross@morleyfm.com
simon.bray-stacey@morleyfm.com
simon.clements@morleyfm.com
simon.jaffe@morleyfm.com
simon.tring@morleyfm.com
sonia.beng@morleyfm.com
stephen.lee@morleyfm.com
stephen.lowe@morleyfm.com
steve.barker@morleyfm.com
steve.cleal@morleyfm.com
steve.ryder@morleyfm.com
steve.warner@morleyfm.com
steven.towers@morleyfm.com
stewart.newnham@morleyfm.com
stewart.robertson@morleyfm.com
stuart.ritson@morleyfm.com
tanya.clarke@morleyfm.com
tim.barker@morleyfm.com
tim.harris3@morleyfm.com
tim.lucas@morleyfm.com
tim.tanner@morleyfm.com
tom.wills@morleyfm.com
trevor.welsh@morleyfm.com
umang.vithlani@morleyfm.com
upkar.kambo@morleyfm.com
valentina.chen@morleyfm.com
victor.chu@morleyfm.com
will.fletcher-roberts@morleyfm.com
xuesong.zhao@morleyfm.com
ying.jiang@morleyfm.com

**morrisons**
hazel.jones@morrisons.plc.uk
jburke@morrisons.co.uk

**morrisonsplc**
niall.addison@morrisonsplc.co.uk

**mortgage**
mmccarthy@wm.mortgage.com

**mortgagefamily**
dan.collins@mortgagefamily.com
dan.gavin@mortgagefamily.com
daniel.collins@mortgagefamily.com
don.evans@mortgagefamily.com
donald.melroy@mortgagefamily.com

## Company & Corresponding Email Addresses

dusty.downs@mortgagefamily.com
fatima.andrews@mortgagefamily.com
fei.huang@mortgagefamily.com
james.hummel@mortgagefamily.com
jason.hsueh@mortgagefamily.com
jean.stgermain@mortgagefamily.com
jeffrey.crossley@mortgagefamily.com
jennifer.lippincott@mortgagefamily.com
jim.mcsweeney@mortgagefamily.com
joan.cianciarulo@mortgagefamily.com
joe.bresnahan@mortgagefamily.com
joe.suter@mortgagefamily.com
john.urdman@mortgagefamily.com
josh.smith@mortgagefamily.com
joshua.hodgson@mortgagefamily.com
karen.collins@mortgagefamily.com
kim.jones@mortgagefamily.com
lauren.dezutti@mortgagefamily.com
margaret.brewster@mortgagefamily.com
maria.goldberg@mortgagefamily.com
mark.donahee@mortgagefamily.com
michael.britchkow@mortgagefamily.com
michael.farrell@mortgagefamily.com
michael.potenski@mortgagefamily.com
michelle.penson@mortgagefamily.com
mike.cook@mortgagefamily.com
mike.goeller@mortgagefamily.com
mike.leonardo@mortgagefamily.com
patrick.hayes2@mortgagefamily.com
paul.mccarthy@mortgagefamily.com
pete.thomas@mortgagefamily.com
quinton.long@mortgagefamily.com
rich.bradfield@mortgagefamily.com
sam.rosenthal@mortgagefamily.com
steve.crawford@mortgagefamily.com
tina.thompson@mortgagefamily.com
titilayo.udoh@mortgagefamily.com

### mortgagenetwork
bpratt@mortgagenetwork.com
cgoodwin@mortgagenetwork.com
csa@mortgagenetwork.com
pasbury@mortgagenetwork.com
rmcinnes@mortgagenetwork.com

### morval
adelco@morval.ch
agiorni@morval.ch
alanzoni@morval.ch
jgianetta@morval.ch
sfacineroso@morval.ch

### morvalgestion
aprampolini@morvalgestion.com

### mosaic
smonticelli@mosaic.com

### mosnar

## Company & Corresponding Email Addresses

andrei.tcharouchine@mosnar.com
bryan.low@mosnar.com.sg
david.somerset@mosnar.com
david.wong@mosnar.com
evansd@mosnar.com
igor.souvorov@mosnar.com
keith.cooper@mosnar.com
marcus.hopkins@mosnar.com
peter.manning@mosnar.com

**motoristsgroup**
dan.crawford@motoristsgroup.com

**motorola**
lchaitman@motorola.com

**motus**
c.cappellini@motus.lu

**mppension**
kba@mppension.dk

**mps**
gsaya@mps.it
marco.di.santo@mps.co.it
mgarone@mps.it
mpozzi@mps.it
ncavanna@mps.it

**mpsa**
anne.gruz@mpsa.com
frederic.vercher@mpsa.com
sandrine.pariente@mpsa.com

**mpsalternative**
gaia.resnati@mpsalternative.it
stefano.pittaluga@mpsalternative.it

**mpsfinance**
alberto.basodonna@mpsfinance.it
andrea.gigli@mpsfinance.it
gennaro.pucci@mpsfinance.it
marco.peron@mpsfinance.it
matteo.bertotti@mpsfinance.it
michele.berti@mpsfinance.it
roberto.carli@mpsfinance.it
stefano.bramerini@mpsfinance.it

**mpsgr**
alessandro.cimino@mpsgr.it
alessandro.leonori@mpsgr.it
ambrogio.alfieri@mpsgr.it
angelo.antonini@mpsgr.it
angelo.palermo@mpsgr.it
annaclaudia.furgericaramaschi@mpsgr.it
ansuinelli@mpsgr.it
antonella.radetti@mpsgr.it
assunta.provenzano@mpsgr.it
cesare.sacchi@mpsgr.it
claudia.cisari@mpsgr.it
claudia.collu@mpsgr.it
claudia.stringari@mpsgr.it
claytonchristopher.hampton@mpsgr.it

**Company & Corresponding Email Addresses**

corrado.ciavattini@mpsgr.it
daniela.vitti@mpsgr.it
daniele.turchi@mpsgr.it
davide.pasi@mpsgr.it
elisa.sanguanini@mpsgr.it
elisabetta.toja@mpsgr.it
emanuele.delmonte@mpsgr.it
emilio.carli@mpsgr.it
eugenia.atrei@mpsgr.it
fabrice.alliaud@mpsgr.it
federico.trabucco@mpsgr.it
forno@mpsgr.it
francesco.espositof@mpsgr.it
franco.colombo@mpsgr.it
gianelle@mpsgr.it
gianluca.baruffaldi@mpsgr.it
gianluca.moneta@mpsgr.it
gianni.romano@mpsgr.it
giansanti@mpsgr.it
giordano@mpsgr.it
giorgio.cavicchioli@mpsgr.it
giuseppe.balducci@mpsgr.it
giustiniani@mpsgr.it
lars.schickentanz@mpsgr.it
laura.fiabane@mpsgr.it
lelli@mpsgr.it
leonori@mpsgr.it
liso@mpsgr.it
livio.sianesi@mpsgr.it
lorenzo.busnelli@mpsgr.it
luca.bosisio@mpsgr.it
luca.grassadonia@mpsgr.it
luigi.dompe@mpsgr.it
luigi.romanol@mpsgr.it
mannucci@mpsgr.it
manzini@mpsgr.it
marchesiello@mpsgr.it
marco.decaprio@mpsgr.it
marco.pastorini@mpsgr.it
marinelli@mpsgr.it
mario.seminerio@mpsgr.it
martinelli@mpsgr.it
massimo.cenci@mpsgr.it
massimo.donatoni@mpsgr.it
massimo.felletti@mpsgr.it
mauro.costantini@mpsgr.it
mazzili@mpsgr.it
mazzocchi@mpsgr.it
michele.debenedetto@mpsgr.it
mirko.falchi@mpsgr.it
nadia.pelassa@mpsgr.it
nicola.romito@mpsgr.it
nicoletta.zangrandi@mpsgr.it
novelli@mpsgr.it

## Company & Corresponding Email Addresses

padula@mpsgr.it
paolo.bagnoli@mpsgr.it
paoloangelogiuseppe.bugini@mpsgr.it
pasquale.masiello@mpsgr.it
pierino.caroti@mpsgr.it
ricciardi@mpsgr.it
rocco.bove@mpsgr.it
sara.amato@mpsgr.it
sebastiano.picone@mpsgr.it
silvana.vergara@mpsgr.it
simona.prati@mpsgr.it
stefano.cortina@mpsgr.it
stefano.ziglioli@mpsgr.it
teresa.susca@mpsgr.it
vittorio.deluigi@mpsgr.it

**mpssgr**

sabrina.massucco@mpssgr.it

**mrcm**

asosce@mrcm.com
emiller@mrcm.com
mkaufman@mrcm.com
pliu@mrcm.com
sstuck@mrcm.com

**mrml**

giovanni@mrml.ch

**ms**

allery@ms.com
athiv@ms.com
avinash.shah@ms.com
clark@ms.com
deutsch@ms.com
enelson@ms.com
gabriela.miron@ms.com
gfogel@ms.com
guineym@ms.com
howard.g.cohen@ms.com
jmo@ms.com
john.albright@ms.com
kbc@ms.com
kelly.l.williams@ms.com
knechtelj@ms.com
mackand@ms.com
maymin@ms.com
pad@ms.com
peo@ms.com
peter.oneill@ms.com
pfo@ms.com
rsaunder@ms.com
varjanp@ms.com

**ms1**

aki-tanaka@ms1.marusan-sec.co.jp

**msci**

simon.midgen@msci.com

**msdw**

**Company & Corresponding Email Addresses**

abesada@msdw.es
abigail.mckenna@msdw.com
aconde@msdw.es
andre.conway@msdw.com
anrodrig@msdw.es
balva@msdw.es
bcabeza@msdw.es
clare.mutone@msdw.com
daniel_dunn@msdw.com
david.cheng@msdw.com
diane.krause@msdw.com
dominic.caldecott@msdw.com
doreen_yoo@msdw.com
ellen.sahadi@msdw.com
gpeig@msdw.es
howard_schloss@msdw.com
james.willison@msdw.com
james_erven@msdw.com
jason.norris@msdw.com
john_julian@msdw.com
johnj_howard@msdw.com
joseph.hondros@msdw.com
jvillal@msdw.es
kenneth.dunn@msdw.com
margaret.johnson@msdw.com
mark_zebrowski@msdw.com
matthew_martines@msdw.com
mcortes@msdw.es
michael.allison@msdw.com
mike_davey@msdw.com
neil.stone@msdw.com
paul_lacosta@msdw.com
roberto.sella@msdw.com
rochelle_siegel@msdw.com
rximenez@msdw.es
sally_sancimino@msdw.com
scott.richard@msdw.com
steven.kreider@msdw.com
thomas.fant@msdw.com

**msfi**

adigioia@msfi.com
afleeman@msfi.com
andreak@msfi.com
asleeman@msfi.com
bfarrington@msfi.com
ccorrea@msfi.com
ckasika@msfi.com
clahr@msfi.com
claraw@msfi.com
danl@msfi.com
dclarke@msfi.com
dhernandez@msfi.com
dsegal@msfi.com
dturner@msfi.com

**Company & Corresponding Email Addresses**

jahsler@msfi.com
jclausen@msfi.com
jgray@msfi.com
jjasko@msfi.com
jmarino@msfi.com
joant@msfi.com
joel@msfi.com
kdudley@msfi.com
kkoeferl@msfi.com
kluh@msfi.com
larrys@msfi.com
lhernandez@msfi.com
membler@msfi.com
mferko@msfi.com
mhormozi@msfi.com
mpodraza@msfi.com
nsalgado@msfi.com
owilson@msfi.com
pbrugere@msfi.com
plangerman@msfi.com
rfriedman@msfi.com
rgooskens@msfi.com
ronl@msfi.com
scopren@msfi.com
sshunk@msfi.com
stumulty@msfi.com
tjonasz@msfi.com

**msh**
robertca@msh.co.il

**msk**
laptev@msk.vtb.ru

**msn**
bdeclosset@msn.com
carp1968@msn.com
chrislenzo@msn.com
cvancamp@email.msn.com
delphimgmt@msn.com
fishbro@msn.com
govmann@msn.com
p_carrubba@msn.com
sbcm@email.msn.com
teddytm@msn.com
tioga326@msn.com
wardwissner@msn.com
watsonla@msn.com
wbs1@msn.com

**mt**
bbugni@mt.gov
csheets@mt.gov
jputnam@mt.gov
nsax@mt.gov
rcooley@mt.gov

**mtahq**
gcaplan@mtahq.org

## Company & Corresponding Email Addresses
jmarting@mtahq.org
jmurphy@mtahq.org

### mtam
hiroshi_nishida@mtam.co.jp
makoto_uemura@mtam.co.jp
masahiro_kato@mtam.co.jp
mitsunobu_nishida@mtam.co.jp
souta_suzuki@mtam.co.jp

### mtbchk
bp2@mtbchk.com.hk

### mtbcny
daniel_c@mtbcny.com
isomura@mtbcny.com
kazutoshi@mtbcny.com
konishia@mtbcny.com
kurosawa@mtbcny.com
masako_w@mtbcny.com
miyamotok@mtbcny.com
rmagome@mtbcny.com
sylvie_morvan@mtbcny.com
tteshima@mtbcny.com

### mtbcusa
jtierney@mtbcusa.com
thagihara@mtbcusa.com

### mtildn
bwilliams@mtildn.co.uk
chawkins@mtildn.co.uk
dpike@mtildn.co.uk
dshell@mtildn.co.uk
jcoates@mtildn.co.uk
jriley@mtildn.co.uk
llingane@mtildn.co.uk
mlacey@mtildn.co.uk
mnakai@mtildn.co.uk
tyanagawa@mtildn.co.uk
ykawa@mtildn.co.uk
znonie@mtildn.co.uk

### mtr
jkwan@mtr.com.hk
jlau@mtr.com.hk
kyuen@mtr.com.hk

### mttroybank
mbrennan@mttroybank.com

### mtwm
hidetaka_shinohara@mtwm.co.jp

### muenchenerhyp
friedrich.munsberg@muenchenerhyp.de
marcel.watzdorf@muenchenerhyp.de
peter.knorr@muenchenerhyp.de
rafael.galuszkiewicz@muenchenerhyp.de
ralf.ochs@muenchenerhyp.de
richard-peter.leib@muenchenerhyp.de

### muenchener-verein
langhans.wolfgang@muenchener-verein.de

**Company & Corresponding Email Addresses**

**mufg**
eric_j_planey@mufg.jp
shunichiro_totsuka@mufg.jp
tohru_yuhara@mufg.jp

**muis**
jchua@muis.com.hk
kitamura@muis.com.hk
kuroda@muis.com.hk
nakanishi@muis.com.hk
tomita@muis.com.hk
vlui@muis.co.hk

**mulvihill**
jway@mulvihill.com

**muncybank**
helen.smith@muncybank.com

**munder**
ahassinger@munder.com
alacayo@munder.com
amui@munder.com
athayer@munder.com
bfush@munder.com
bkozeliski@munder.com
bmatuszak@munder.com
bmcclell@munder.com
bspratt@munder.com
bupward@munder.com
cgermeroth@munder.com
dfox@munder.com
dmckoy@munder.com
drever@munder.com
dtrammell@munder.com
egoard@munder.com
goviatt@munder.com
gwilson@munder.com
jadams@munder.com
jevers@munder.com
jhollins@munder.com
jkreiter@munder.com
jrichardson@munder.com
jskornicka@munder.com
jwoodley@munder.com
ksmith@munder.com
lbetts@munder.com
lcao@munder.com
mbryk@munder.com
mgopal@munder.com
mgura@munder.com
mkrushena@munder.com
mlebovitz@munder.com
mpregler@munder.com
mshumaker@munder.com
mvandenb@munder.com
pdano@munder.com
piwasko@munder.com

## Company & Corresponding Email Addresses

proot@munder.com
pwood@munder.com
rcrosby@munder.com
rglise@munder.com
rshanks@munder.com
rsoderst@munder.com
sfayolle@munder.com
sverdun@munder.com
swittman@munder.com
tdong@munder.com
tkaniewski@munder.com
tkenny@munder.com
tmudie@munder.com

### munichre
afrancis@munichre.com
awest@munichre.com
bkaufmann@munichre.com
cormoneit@munichre.com
coschaefer@munichre.com
cschweizer@munichre.com
jkammerlohr@munichre.com
jludbrook@munichre.com
jmayer@munichre.com
jwilling@munichre.com
mboes@munichre.com
mgrandi@munichre.com
mkefer@munichre.com
mmueller@munichre.com
mseitz@munichre.com
msonnenholzner@munichre.com
mwalterspiel@munichre.com
mwerth@munichre.com
oschmuck@munichre.com
pmeybom@munichre.com
proeder@munichre.com
rhanek@munichre.com
rkleinschroth@munichre.com
seberle@munichre.com
tarnoldt@munichre.com
trossmeier@munichre.com
ulmueller@munichre.com

### munichreamerica
sturner@munichreamerica.com

### municrest
jslater@municrest.com

### murrayj
bstout@murrayj.com

### mutavie
fmartra@mutavie.fr
fmeschini@mutavie.fr
hfourn@mutavie.fr

### mutualofamerica
akotlyar@mutualofamerica.com
andrew.heiskell@mutualofamerica.com

## Company & Corresponding Email Addresses

claudia.bosque@mutualofamerica.com
david.johnson@mutualofamerica.com
doreen.johns@mutualofamerica.com
duygu.akyatan@mutualofamerica.com
eleanor.innes@mutualofamerica.com
gary.wetterau@mutualofamerica.com
grace.lee@mutualofamerica.com
isabel.macalintal@mutualofamerica.com
jacqueline.sabella@mutualofamerica.com
jamie.zendel@mutualofamerica.com
john.korbis@mutualofamerica.com
john.polcari@mutualofamerica.com
joseph.gaffoglio@mutualofamerica.com
kevin.frain@mutualofamerica.com
mark.lesaffre@mutualofamerica.com
mary.canning@mutualofamerica.com
maryann.fullam@mutualofamerica.com
mastrogianis@mutualofamerica.com
michael.mastrogiannis@mutualofamerica.com
michelle.olave@mutualofamerica.com
mwagner@mutualofamerica.com
nancy.mcavey@mutualofamerica.com
stephen.rich@mutualofamerica.com
steve.ward@mutualofamerica.com
susan.greenleaf@mutualofamerica.com
theresa.ramko@mutualofamerica.com
thomas.dillman@mutualofamerica.com

**mutualofomaha**

bob.lovgren@mutualofomaha.com
gene.greiman@mutualofomaha.com
justin.brauer@mutualofomaha.com
justin.kavan@mutualofomaha.com
kent.knudsen@mutualofomaha.com
leslie.vanderveen@mutualofomaha.com
pat.miner@mutualofomaha.com
paul.kramper@mutualofomaha.com
troy.gerhardt@mutualofomaha.com
vic.hanson@mutualofomaha.com

**mutualtrust**

dharkin@mutualtrust.com
drouston@mutualtrust.com
mculkeen@mutualtrust.com

**mv4**

sebastien.hebert@mv4.fr

**mwam**

a.cannell@mwam.com
a.clake@mwam.com
a.clegg@mwam.com
a.hofmeyr@mwam.com
a.laycock@mwam.com
a.marber@mwam.com
a.shutze@mwam.com
a.taneja@mwam.com
avillait@mwam.com

## Company & Corresponding Email Addresses

c.compain@mwam.com
c.vickerman@mwam.com
c.wallace@mwam.com
cmartuschelli@mwam.com
d.eriksen@mwam.com
d.goodman@mwam.com
d.roberts@mwam.com
d.williams@mwam.com
d.zekrya@mwam.com
dford@mwam.com
e.fragomeni@mwam.com
e.houston@mwam.com
f.khan@mwam.com
f.syed@mwam.com
h.khan@mwam.com
hfreye@mwam.com
i.wace@mwam.com
j.abbott@mwam.com
j.carter@mwam.com
j.gifford@mwam.com
j.hart@mwam.com
j.holland@mwam.com
j.netherthorpe@mwam.com
jmcmanus@mwam.com
k.faulkner@mwam.com
m.hawtin@mwam.com
m.howley@mwam.com
m.johnson@mwam.com
m.rooney@mwam.com
n.duchenne@mwam.com
n.nesdale@mwam.com
n.nielsen@mwam.com
o.daniel@mwam.com
p.harling@mwam.com
p.marshall@mwam.com
p.smith@mwam.com
r.morris@mwam.com
s.barber@mwam.com
s.delmarco@mwam.com
s.goodman@mwam.com
s.hall@mwam.com
s.jones@mwam.com
s.tait@mwam.com
s.waite@mwam.com
t.davenport@mwam.com
t.doris@mwam.com
w.rehman@mwam.com

### mwamllc

avillaneda@mwamllc.com
danielong@mwamllc.com
jkoch@mwamllc.com
kwu@mwamllc.com
lmulpagano@mwamllc.com
nevans@mwamllc.com

## Company & Corresponding Email Addresses

nhelm@mwamllc.com
phumbert@mwamllc.com
rpetrenka@mwamllc.com
sbowron@mwamllc.com

**mwrdgc**
carl.rittmeyer@mwrdgc.dst.il.us

**mws**
ahester@mws.com
cfay@mws.com
dmurphy@mws.com
dwilliams@mws.com
fambrosi@mws.com
koconnor@mws.com
rwomack@mws.com

**mwv**
bruce@mwv.com
francis@mwv.com

**mwvinvest**
dbeard@mwvinvest.com
jaime@mwvinvest.com
lindav@mwvinvest.com
mwhalen@mwvinvest.com
nedmorgens@mwvinvest.com
raph@mwvinvest.com
scott@mwvinvest.com
teresa@mwvinvest.com

**mxminc**
paul.schwartz@mxminc.com

**mycorporatecu**
nick.fanning@mycorporatecu.com

**myerberg**
trading@myerberg.com

**myfloridacfo**
lester.joseph@myfloridacfo.com

**mylodh**
phga8408@mylodh.com

**mymainstreetbank**
rfurka@mymainstreetbank.com

**myprovident**
dternes@myprovident.com
rkiuttu@myprovident.com
vcoleman@myprovident.com

**mytilineos**
angelos.georgoulis@mytilineos.gr

**n05**
india7ok@n05.itscom.net

**na**
na@na.com
na@na.na
scott_payseur@na.natwestgfm.co

**na2**
kjpignataro@na2.us.ml.com

**nab**
adam.nolan@nab.co.uk

## Company & Corresponding Email Addresses

alexander.steiner@nab.ch
andre.nydegger@nab.ch
antonello.beverie@nab.ch
ashia.razzaq@nab.co.uk
christof.loser@nab.ch
daniele.russo@nab.ch
david.mcdermott@nab.co.uk
domeara@nab.co.uk
george.alevrofas@nab.ch
joe.platt@nab.co.uk
juerg.stoessel@nab.ch
matthias.mueller.2@nab.ch
michael.j.whelan@nab.com.au
michael.m.peric@nab.com.au
naliena.sriselvakandarajah@nab.ch
nathalie.weiss@nab.ch
pascal.koradi@nab.ch
pascal.wernle@nab.ch
peter.marten@nab.ch
philipp.brenneisen@nab.ch
robyn.mckegg@nab.com.au
roland.klaeger@nab.ch
sean.s.o'neil@nab.com.au
stefano.disalvo@nab.ch
stephen.gorman@nab.co.uk
theo.gavrilos@nab.co.uk
tim.mccaughey@nab.com.au

### nabasia
craig.marran@nabasia.com
henry.hooi@nabasia.com
jitendra.d.bhanap@nabasia.com
peter.j.zeitsch@nabasia.com
satoshi.nemoto@nabasia.com
shane.dardis@nabasia.com

### nabgroup
alan.bigley@eu.nabgroup.com
alex.watt@eu.nabgroup.com
andrew.beresford.davies@eu.nabgroup.com
andy.tyrell-clark@eu.nabgroup.com
chris.theobald@eu.nabgroup.com
christopher.leslie@eu.nabgroup.com
clive.hadingham@nabgroup.com
david.d.jones@eu.nabgroup.com
fernando.suarez@eu.nabgroup.com
fiona.craig-smith@eu.nabgroup.com
gdavidson@eu.nabgroup.com
greg.hadingham@eu.nabgroup.com
gregory.mcneill@eu.nabgroup.com
jay.sangha@eu.nabgroup.com
jon.burgess@eu.nabgroup.com
keith.hopkins@eu.nabgroup.com
lee.kelly@eu.nabgroup.com
mark.elflain@eu.nabgroup.com
mark.r.robson@eu.nabgroup.com

## Company & Corresponding Email Addresses

martin.penn@eu.nabgroup.com
matthew.morris@eu.nabgroup.com
mike.stone@eu.nabgroup.com
richard.woodhouse@eu.nabgroup.com
rupert.horrocks@eu.nabgroup.com
sandie.staimesse@eu.nabgroup.com
simon.starr@eu.nabgroup.com
tony.gioulis@eu.nabgroup.com
will.jennings@eu.nabgroup.com

### nabny

dhummer@nabny.com
gcamas@nabny.com
jrothman@nabny.com
mkok@nabny.com
mmchugh@nabny.com
mmertz@nabny.com
mparker@nabny.com
mpryce@nabny.com
mwalker@nabny.com
ngooley@nabny.com
nrutzell@nabny.com
nwoutas@nabny.com
pryan@nabny.com
rcammilleri@nabny.com
rdicanto@nabny.com
rgarritt@nabny.com
sstojanovic@nabny.com

### nacm

aerus_tran@nacm.com
aharton@nacm.com
allison_chirdon@nacm.com
andrew_beal@nacm.com
anne_huynh@nacm.com
anne_vu@nacm.com
atrice@nacm.com
blake.burdine@nacm.com
bob_mckay@nacm.com
brant_houston@nacm.com
brit_stickney@nacm.com
bryce_bulman@nacm.com
carma_wallace@nacm.com
carrie_boyko@nacm.com
cheryl_sutter@nacm.com
chris_herrera@nacm.com
chris_ying@nacm.com
christoph_hinkelmann@nacm.com
christopher_huffman@nacm.com
chuck.burge@houston.nacm.com
dan_janowiak@nacm.com
dan_stroot@nacm.com
darren_thorneycraft@nacm.com
david_boone@nacm.com
david_foster@nacm.com
david_lopez@nacm.com

**Company & Corresponding Email Addresses**

david_lynn@nacm.com
david_marchesani@nacm.com
david_pavan@nacm.com
david_vaughn@nacm.com
deniz_demiray@nacm.com
di.tian@nacm.com
doug_forsyth@nacm.com
doug_stone@nacm.com
dsong@nacm.com
edward_wagner@nacm.com
elizabeth.bernstein@nacm.com
flora_kim@nacm.com
frank.zhang@nacm.com
frank_feng@nacm.com
greg.ise@nacm.com
greg_choe@nacm.com
horacio_valeiras@nacm.com
james_li@nacm.com
jane_edmondson@nacm.com
janet_acheatel@nacm.com
janice_kary@nacm.com
jason_russell@nacm.com
jeff_klepacki@nacm.com
jennifer_gouslin@nacm.com
jerold_anderson@nacm.com
jim_odonnell@nacm.com
john_csarietti@nacm.com
john_giangiorgi@nacm.com
john_graves@nacm.com
john_kane@nacm.com
john_mccraw@nacm.com
johnc@nacm.com
joseph_forgie@nacm.com
justin_cass@nacm.com
justin_kass@nacm.com
kelly_ko@nacm.com
ken_perrone@nacm.com
kevin_chapman@nacm.com
kevin_oconnell@nacm.com
kevin_shapman@nacm.com
kristina.aubin@nacm.com
kunal_ghosh@nacm.com
larry_speidell@nacm.com
laurel_warren@nacm.com
lianne_nelson@nacm.com
liz_lemesevski@nacm.com
lucrecia.tam@nacm.com
mark_alvarez@nacm.com
mark_roemer@nacm.com
marna_whinington@nacm.com
mary_necochea@nacm.com
mary_singh@nacm.com
matt_axeline@nacm.com
matthew_grenfell@nacm.com

## Company & Corresponding Email Addresses

michael_edmonds@nacm.com
michael_fredericks@nacm.com
michael_giggie@nacm.com
michael_waterman@nacm.com
michael_yee@nacm.com
morgan.jaffe@nacm.com
natalya_lebedeva@nacm.com
nelson_shing@nacm.com
nicholas_aberle@nacm.com
nlarrabee@nacm.com
nolan_wood@nacm.com
pahsha_missaghi@nacm.com
pedro.marcal@nacm.com
rchidley@nacm.com
rfp@nacm.com
rich.king@houston.nacm.com
richard_hofmann@nacm.com
rjohnson@nacm.com
robert_gamboa@nacm.com
rusty_hoss@nacm.com
sam.diamond@nacm.com
sam_chang@nacm.com
sean_hudson@nacm.com
slyford@nacm.com
snutt@nacm.com
stael@nacm.com
steven_brown@nacm.com
stuart_leitner@nacm.com
todd_buechs@nacm.com
todd_buesch@nacm.com
todd_wolter@nacm.com
tom_sullivan@nacm.com
vernon_bernardino@nacm.com
warren.zhang@nacm.com
william.chen@nacm.com
wnoar@nacm.com
wonil_lee@nacm.com
yasmin_kocur@nacm.com
yuka.marosek@nacm.com
zhuanxin_ding@nacm.com

### nae
na@nae.com

### nafin
abarbosa@nafin.gob.mx
gespinosa@nafin.gob.mx
gmadrigal@nafin.gob.mx
jadelavega@nafin.gob.mx
rcasillas@nafin.gob.mx
slarios@nafin.gob.mx
smilla@nafin.gob.mx
smoller@nafin.gob.mx
vmmartinez@nafin.gob.mx

### nagano-rokin
shikin@nagano-rokin.co.jp

## Company & Corresponding Email Addresses

### nagelmackers

erik.brans@nagelmackers.be
gert.biesmans@nagelmackers.be
jo.demil@nagelmackers.be
mark.caeyers@nagelmackers.be
mickael.vandenhauwe@nagelmackers.be
rik.dhoest@nagelmackers.be
sabine.riga@nagelmackers.be

### nam

a_ichikawa@nam.co.jp
a_inoue@nam.co.jp
a_watanabe@nam.co.jp
adachi@nam.co.jp
agata@nam.co.jp
aoki@nam.co.jp
azuma@nam.co.jp
douno@nam.co.jp
e_miura@nam.co.jp
ebiko@nam.co.jp
enomoto@nam.co.jp
fujiwara@nam.co.jp
fukuta@nam.co.jp
g_amano@nam.co.jp
g_iguchi@nam.co.jp
h_kitagawa@nam.co.jp
h_kubotani@nam.co.jp
h_nishikawa@nam.com
h_sato@nam.co.jp
h_yamaoka@nam.co.jp
h_yokoyama@nam.co.jp
haraguchi@nam.co.jp
hashida@nam.co.jp
hiroshima@nam.co.jp
honma@nam.co.jp
hosoe@nam.co.jp
hotta@nam.co.jp
i_sasaki@nam.co.jp
ichiki@nam.co.jp
ichino@nam.co.jp
iino@nam.co.jp
ikawa@nam.co.jp
ikeda@nam.co.jp
inaoka@nam.co.jp
inoue@nam.co.jp
irisawa@nam.co.jp
ishii@nam.co.jp
ishizuka@nam.co.jp
iwaki@nam.com
j_maruyama@nam.co.jp
k_nakatani@nam.co.jp
k_suzuki@nam.co.jp
k_yoshioka@nam.co.jp
kagami@nam.co.jp
kaida@nam.co.jp

**Company & Corresponding Email Addresses**

kamita@nam.co.jp
kamiya@nam.co.jp
kanbara@nam.co.jp
kaneda@nam.co.jp
kaneko@nam.co.jp
kawabe@nam.co.jp
kawamura@nam.co.jp
kimura@nam.co.jp
kinoshita@nam.co.jp
kobayashi@nam.co.jp
kodama@nam.co.jp
kojima@nam.co.jp
kubo@nam.co.jp
kubotani@nam.co.jp
kumagai@nam.co.jp
kuroda@nam.co.jp
kuroki@nam.co.jp
kusunose@nam.co.jp
m_hayashi@nam.co.jp
m_nakatani@nam.co.jp
m_oshima@nam.co.jp
m_yamada@nam.co.jp
m_yamaguchi@nam.co.jp
machino@nam.co.jp
matsunaga@nam.co.jp
matsuoka@nam.co.jp
mihara@nam.co.jp
mikuni@nam.co.jp
minami@nam.co.jp
minoshima@nam.co.jp
miyabayashi@nam.co.jp
miyagaki@nam.co.jp
miyata@nam.co.jp
mizoe@nam.co.jp
morioka@nam.co.jp
munakata@nam.co.jp
murakami@nam.co.jp
murase@nam.co.jp
muto@nam.co.jp
n_shimura@nam.co.jp
nagae@nam.co.jp
nakade@nam.co.jp
nakamura@nam.co.jp
nakanishi@nam.co.jp
nishizaki@nam.co.jp
niwa@nam.co.jp
nomura@nam.co.jp
nozaki@nam.co.jp
o_sakuma@nam.co.jp
ochiai@nam.co.jp
ogi@nam.co.jp
omori@nam.co.jp
ota@nam.co.jp
otsubo@nam.co.jp

**Company & Corresponding Email Addresses**

otsuki@nam.co.jp
oyoshi@nam.co.jp
r_kamiyama@nam.co.jp
sadakata@nam.com
sahoda@nam.co.jp
saji@nam.co.jp
sakae@nam.co.jp
sakai@nam.co.jp
sakamoto@nam.com
sakauchi@nam.co.jp
sakuma@nam.co.jp
samei@nam.co.jp
sampei@nam.co.jp
sasaki@nam.co.jp
shintani@nam.co.jp
shiomi@nam.co.jp
shiraishi@nam.co.jp
sogabe@nam.co.jp
sugimoto@nam.co.jp
suzuka@nam.co.jp
t_fujii@nam.co.jp
t_hirose@nam.co.jp
t_kitagawa@nam.co.jp
t_matsushita@nam.co.jp
t_takahashi@nam.co.jp
t_yamaguchi@nam.co.jp
t_yoshida@nam.co.jp
t2_ito@nam.co.jp
t4_ito@nam.co.jp
takada@nam.co.jp
takagaki@nam.co.jp
takano@nam.co.jp
takeda@nam.co.jp
takemura@nam.co.jp
takenaka@nam.co.jp
takeuchi@nam.co.jp
taniguchi@nam.co.jp
tateishi@nam.co.jp
teranishi@nam.co.jp
toba@nam.co.jp
tokunaga@nam.co.jp
tokushima@nam.co.jp
tomimura@nam.co.jp
tomita@nam.co.jp
toyoda@nam.co.jp
toyoshima@nam.co.jp
tsuchiyama@nam.co.jp
tsuda@nam.co.jp
tsutsumi@nam.co.jp
uchida@nam.co.jp
umeuchi@nam.co.jp
umino@nam.co.jp
wada@nam.co.jp
y_murakami@nam.co.jp

**Company & Corresponding Email Addresses**

y_nishikawa@nam.co.jp
y2_nakamura@nam.co.jp
y6_tanaka@nam.co.jp
yabe@nam.co.jp
yamanaka@nam.co.jp
yamazaki@nam.co.jp
yatsunami@nam.co.jp
yoshizawa@nam.co.jp

**namhk**
ronnie.cheung@namhk.com.hk

**napanet**
jivey@napanet.net

**nasf-ca**
jeongweon.han@nasf-ca.com

**naspa**
alexander.stoll@naspa.de
arno.simon@naspa.de
frank.dittrich@naspa.de
manfred.dinges@naspa.de
ralf.ruhwedel@naspa.de
stefan.pihaule@naspa.de

**naspadub**
d.johnson@naspadub.ie
d.murphy@naspadub.ie
d.nittelet@naspadub.ie
e.mccarthy@naspadub.ie
f.oflynn@naspadub.ie
k.girmann@naspadub.ie
s.murphy@naspadub.ie

**naspa-mail**
eigenhandel@naspa-mail.de

**natcity**
amy.bonkoski@natcity.com
robert_judge@natcity.com
ted_moore@natcity.com

**natexiblr**
mark.padgett@natexiblr.com

**natexis**
hkcorp@natexis.com.hk

**natexisbleichroeder**
kevin.mcgovern@natexisbleichroeder.com

**natexisblr**
frederic.boucher@natexisblr.us

**natexisny**
csachs@natexisny.com
daustin@natexisny.com
eharker@natexisny.com
ekraus@natexisny.com
kdooley@natexisny.com
sshea@natexisny.com

**natexistx**
dpayer@natexistx.com
editkis@natexistx.com
pdeville@natexistx.com

## Company & Corresponding Email Addresses

**national**
ken_christie@national.com.au
ncs_futures@national.com.au
rick_sawers@national.com.au

**national_city**
becky.moser@national_city.com
james.burchett@national_city.com

**nationalasset**
astone@nationalasset.com
bbell@nationalasset.com
chafele@nationalasset.com
cstodghill@nationalasset.com
eevans@nationalasset.com

**national-bank**
bianca.kenkmann@national-bank.de
daniel.sommerer@national-bank.de
ekkehard.link@national-bank.de
georg.schachner@national-bank.de
jan.bottermann@national-bank.de

**nationalbanken**
ab@nationalbanken.dk
ala@nationalbanken.dk
dkn@nationalbanken.dk
hf@nationalbanken.dk
hk@nationalbanken.dk
kf@nationalbanken.dk
ljh@nationalbanken.dk
lle@nationalbanken.dk
mni@nationalbanken.dk
ns@nationalbanken.dk
pg@nationalbanken.dk
tha@nationalbanken.dk
tj@nationalbanken.dk
twm@nationalbanken.dk

**nationalcity**
abi.tobun@nationalcity.com
akin.rojugbokan@nationalcity.com
andrew.dunham@nationalcity.com
andrew.harding@nationalcity.com
ann.garland@nationalcity.com
anthony.novara@nationalcity.com
barbara.maniker@nationalcity.com
barbara.nagy@nationalcity.com
barbara.salzgerber@nationalcity.com
brian.cavalier@nationalcity.com
brian.prettyman@nationalcity.com
brian.stine@nationalcity.com
chitrang.purani@nationalcity.com
chris.erskine@nationalcity.com
christian.kalmbach@nationalcity.com
christopher.hetz@nationalcity.com
connie.chuhaloff@nationalcity.com
crystal.stetzy@nationalcity.com
daniel.poole@nationalcity.com

**Company & Corresponding Email Addresses**

daniel.raynor@nationalcity.com
david.edwards@nationalcity.com
david.fitzsimmons@nationalcity.com
david.linn@nationalcity.com
david.paulson@nationalcity.com
david.sommer@nationalcity.com
dawn.elseser@nationalcity.com
dawn.muhlhan@nationalcity.com
deborah.harvey@nationalcity.com
denise.callaghan@nationalcity.com
diane.nafziger@nationalcity.com
don.ross@nationalcity.com
douglas.holcomb@nationalcity.com
douglas.lukcso@nationalcity.com
eric.bergren@nationalcity.com
eric.flowers@nationalcity.com
frank.byrne@nationalcity.com
fred.senft@nationalcity.com
fredric.lingenfelter@nationalcity.com
garry.madis@nationalcity.com
gary.cui@nationalcity.com
greg.kitchen@nationalcity.com
gregory.hill@nationalcity.com
gustavus.bahr@nationalcity.com
harry.williams@nationalcity.com
hovik.tumasyan@nationalcity.com
jack.koch@nationalcity.com
james.barrett@nationalcity.com
james.halloran@nationalcity.com
james.ritchie@nationalcity.com
janet.derossett@nationalcity.com
jason.hach@nationalcity.com
jeff.brimhall@nationalcity.com
jeffrey.faunce@nationalcity.com
jeffrey.kelly@nationalcity.com
jeffrey.steck@nationalcity.com
jennifer.hammarlund@nationalcity.com
jeremy.henrich@nationalcity.com
john.defrancesco@nationalcity.com
john.farrall@nationalcity.com
john.hindman@nationalcity.com
john.straniero@nationalcity.com
jon.novak@nationalcity.com
joseph.denski@nationalcity.com
joseph.madrid@nationalcity.com
joseph.robison@nationalcity.com
justin.dailey@nationalcity.com
kenneth.blackwell@nationalcity.com
kenneth.karwowski@nationalcity.com
kimberly.wetmore@nationalcity.com
lenore.aufdenkampe@nationalcity.com
lisa.berger@nationalcity.com
louis.romagnoli@nationalcity.com
marcie.knittel@nationalcity.com

**Company & Corresponding Email Addresses**

marilou.hitt@nationalcity.com
mark.atkinson@nationalcity.com
mark.bauhof@nationalcity.com
mark.lozina@nationalcity.com
mark.ringel@nationalcity.com
matt.mueller@nationalcity.com
matthew.downing@nationalcity.com
matthew.sherman@nationalcity.com
melvin.fernandes@nationalcity.com
michael.giannantonio@nationalcity.com
michael.kim@nationalcity.com
michael.moose@nationalcity.com
michael.pearl@nationalcity.com
michael.wagner@nationalcity.com
mike.davis2@nationalcity.com
mitchell.krahe@nationalcity.com
nanette.stevens@nationalcity.com
nicholas.srmag@nationalcity.com
nick.raich@nationalcity.com
nina.myers@nationalcity.com
pamela.maloney@nationalcity.com
patrick.azouri@nationalcity.com
patrick.gillentine@nationalcity.com
rebecca.berridge@nationalcity.com
renee.bonnell@nationalcity.com
renold.thompson@nationalcity.com
richard.dekaser@nationalcity.com
richard.stevens@nationalcity.com
rick.foytek@nationalcity.com
rita.ontko@nationalcity.com
robert.crowl@nationalcity.com
robert.gonci@nationalcity.com
robert.isaacs@nationalcity.com
robert.siefers@nationalcity.com
robert.taskey@nationalcity.com
russell.croninjr@nationalcity.com
rusty.sommer@nationalcity.com
ryan.brady@nationalcity.com
sara.spock@nationalcity.com
scott.cammenga@nationalcity.com
sen.li@nationalcity.com
stephen.hoedt@nationalcity.com
stephen.monto@nationalcity.com
steve.mcginnis@nationalcity.com
suzanne.rhen@nationalcity.com
tar@nationalcity.com
tei.onaka@nationalcity.com
terence.dooley@nationalcity.com
thomas.gurbach@nationalcity.com
thomas.jalics@nationalcity.com
thomas.o'malley@nationalcity.com
tim.swanson@nationalcity.com
timothy.compan@nationalcity.com
timothy.coyne@nationalcity.com

**Company & Corresponding Email Addresses**

timothy.mackin@nationalcity.com
tobin.thomas@nationalcity.com
tony.daher@nationalcity.com
tony.swindall@nationalcity.com
twanna.cloyd@nationalcity.com
victoria.filkins@nationalcity.com
william.feeley@nationalcity.com
william.gutherie@nationalcity.com
william.mcdonnell@nationalcity.com
william.natcher@nationalcity.com

**national-city**

cindy.liston@national-city.com
glen.matz@national-city.com
graig.stettner@national-city.com
gwen_o_ronald@national-city.com
howard.mccalip@national-city.com
james.sweet@national-city.com
james.walter@national-city.com
jennifer.wolfert@national-city.com
jim.myers@national-city.com
leslie.allfree@national-city.com
linda.heuman@national-city.com
michael.whalen@national-city.com
rod.elliott@national-city.com
timothy.holmes@national-city.com
timothy.mcdonough@national-city.com
walid.abdulkarim@national-city.com

**nationallife**

dbrownlee@nationallife.com
dgass@nationallife.com
khart@nationallife.com
shiggins@nationallife.com

**nationalwesternlife**

invest@nationalwesternlife.com
nmiller@nationalwesternlife.com

**nationstarmail**

chris.delfs@nationstarmail.com
greg.neal@nationstarmail.com
james.jopio@nationstarmail.com
john.ortega@nationstarmail.com
peter.schwartz@nationstarmail.com
rick.cardillo@nationstarmail.com

**nationwide**

abernem@nationwide.com
alanc.brown@nationwide.co.uk
alex.bannister@nationwide.co.uk
alex.ingham@nationwide.com
alison.gayton@nationwide.co.uk
andersb4@nationwide.com
andrew.hutchinson@nationwide.co.uk
andrewm1@nationwide.com
baigt@nationwide.com
baneyr@nationwide.com
barry.smith@nationwide.co.uk

**Company & Corresponding Email Addresses**

baterk@nationwide.com
bathj@nationwide.com
bensona1@nationwide.com
beshuka@nationwide.com
beth.wills@nationwide.co.uk
bhuttaj@nationwide.com
bingamc@nationwide.com
blakel@nationwide.com
boswelj7@nationwide.com
brian.cahill@nationwide.co.uk
brownm19@nationwide.com
buckj2@nationwide.com
burnsg@nationwide.com
bursinm@nationwide.com
burtchw@nationwide.com
cainj6@nationwide.com
caroline.riley@nationwide.co.uk
cassidyp@nationwide.com
cavinec@nationwide.com
caxidea@nationwide.com
changi@nationwide.com
chenens@nationwide.com
christopher.grant@nationwide.co.uk
cmaleyc1@nationwide.com
combsj7@nationwide.com
coonsf@nationwide.com
cornw@nationwide.com
daniel.mundy@nationwide.co.uk
davisg7@nationwide.com
donosoc@nationwide.com
edgarp@nationwide.com
ellen.nicholas@nationwide.co.uk
engw@nationwide.com
finefrc1@nationwide.com
fionnuala.earley@nationwide.co.uk
francis.hutchinson@nationwide.co.uk
frisbew@nationwide.com
fritzd1@nationwide.com
garry.mccubbin@nationwide.co.uk
gary.holland@nationwide.co.uk
geilr@nationwide.com
gifforb@nationwide.com
gilliaj2@nationwide.com
gleasot@nationwide.com
graeme.hughes@nationwide.co.uk
graham.thorn@nationwide.co.uk
gwinr1@nationwide.com
hallowh@nationwide.com
hanosej@nationwide.com
harropt@nationwide.com
hartwic@nationwide.com
hayley.sage@nationwide.co.uk
helen.short@nationwide.co.uk
heschs@nationwide.com

## Company & Corresponding Email Addresses

howeld19@nationwide.com
huangj5@nationwide.com
huberr2@nationwide.com
huw.davies@nationwide.co.uk
iain.davies@nationwide.co.uk
jeremy.wood@nationwide.co.uk
jim.gibbons@nationwide.co.uk
jindaln@nationwide.com
jonathan.luff@nationwide.co.uk
jordanb8@nationwide.com
jordans@nationwide.com
justin.fox@nationwide.co.uk
kalbb@nationwide.com
karen.heaney@nationwide.co.uk
karl.austin@nationwide.co.uk
kelvin.yarker@nationwide.co.uk
kevin.farr@nationwide.co.uk
kevinc.mcgovern@nationwide.co.uk
kingjk@nationwide.com
kitched@nationwide.com
klemesb@nationwide.com
knudsok@nationwide.com
larry.banda@nationwide.co.uk
lee.thorpe@nationwide.co.uk
leggett1@nationwide.com
liam.coleman@nationwide.co.uk
liam.kelly@nationwide.co.uk
lonergw@nationwide.com
longfeb@nationwide.com
lutzg@nationwide.com
maderk@nationwide.com
magand@nationwide.com
magestd@nationwide.com
mak@nationwide.com
maleyc1@nationwide.com
mangasj@nationwide.com
manish.shah@nationwide.co.uk
manyems@nationwide.com
marcus.goffin@nationwide.co.uk
mario.miracco@nationwide.co.uk
mark.hedges@nationwide.co.uk
mark.morris@nationwide.co.uk
mark.saddleton@nationwide.co.uk
marrj4@nationwide.com
martin.graham@nationwide.co.uk
martyn.dyson@nationwide.co.uk
matherd@nationwide.com
mccause@nationwide.com
mcculls2@nationwide.com
mcnaughr@nationwide.com
melloney.bourn@nationwide.co.uk
michelle.devine@nationwide.co.uk
moledih@nationwide.com
montsdj@nationwide.com

**Company & Corresponding Email Addresses**

mynstep@nationwide.com
natalia.yakushev@nationwide.co.uk
neil.milton@nationwide.co.uk
nguyena4@nationwide.com
nick.cox@nationwide.co.uk
nick.robinson@nationwide.com
nigel.bazely@nationwide.co.uk
patelc1@nationwide.com
pengg@nationwide.com
phlegaj@nationwide.com
pipera@nationwide.com
poeppem@nationwide.com
powerst4@nationwide.com
puccij@nationwide.com
rabadam@nationwide.com
randy.nemecek@nationwide.com
renegal@nationwide.com
reynars@nationwide.com
richard.humphreys@nationwide.co.uk
rotherp@nationwide.com
samantha.glennerster@nationwide.co.uk
sampats@nationwide.com
sarah.hill@nationwide.co.uk
saudera@nationwide.com
schausb@nationwide.com
schmide3@nationwide.com
scott.freeman@nationwide.co.uk
seelyc@nationwide.com
serpicr@nationwide.com
siberej@nationwide.com
simpkip@nationwide.com
skorar@nationwide.com
sloneg1@nationwide.com
snyderl2@nationwide.com
songz@nationwide.com
steinmt1@nationwide.com
stengeu@nationwide.com
surya.devaguptapu@nationwide.co.uk
susan.grant@nationwide.co.uk
thompss4@nationwide.com
tilsonj1@nationwide.com
tim.mills@nationwide.co.uk
todryka@nationwide.com
tommy.chung@nationwide.co.uk
tothd@nationwide.com
tregeao@nationwide.com
trotteg@nationwide.com
vancew@nationwide.com
verband@nationwide.com
wangj6@nationwide.com
welchc@nationwide.com
westb3@nationwide.com
whitakw1@nationwide.com
widmays@nationwide.com

## Company & Corresponding Email Addresses

wildea1@nationwide.com
woodwar@nationwide.com
youngjp@nationwide.com
yuc2@nationwide.com
zhout@nationwide.com
zhuz@nationwide.com
ziliakj@nationwide.com

**nationwide financial**
robertoakley@nationwide financial.com

**natixis**
anadi.jauhari@natixis.us
ayala.cohen@multimanager.natixis.com
david.pershad@natixis.us
edward.parkes@natixis.us
franck.boisson@ap.natixis.com
harold.birk@natixis.us
jesse.sable@natixis.us
john.leitch@blr.natixis.com
jonathan.seligson@blr.natixis.com
karen.lim@ap.natixis.com
marie-edith.dugeny@natixis.us
mikal.patel@cm.natixis.com
patrick.owens@natixis.us
rus.lin@natixis.us
vincent.lauras@natixis.us
zineb.bouazzaoui@natixis.us

**natwestgfm**
tony.tita@na.natwestgfm.com

**naver**
hojung82@naver.com
kangsewon@naver.com
kwonkch@naver.com
leejw30@naver.com
sangwooh@naver.com

**navigator**
siambk06@navigator.com

**nav-international**
anthony.aiello@nav-international.com

**navispartners**
tmocarski@navispartners.com

**navyfederal**
darleen_brumley@navyfederal.org
laurie_bowden@navyfederal.org

**navymutual**
amccray@navymutual.org
bcecil@navymutual.org

**nb**
abacu@nb.com
abhishek.rathod@nb.com
adgelnic@nb.com
adiaz@nb.com
afoss@nb.com
agerrits@nb.com
aheitner@nb.com

**Company & Corresponding Email Addresses**

ajuros@nb.com
amanolias@nb.com
amoretti@nb.com
andre.chan@nb.com
apadva@nb.com
apiccinich@nb.com
apritti@nb.com
apullano@nb.com
asingh@nb.com
autterma@nb.com
awilmot@nb.com
axel.schupf@nb.com
banderson@nb.com
bangus@nb.com
barbara.tarmy@nb.com
bcase@nb.com
bcetron@nb.com
bgaffney@nb.com
bjackson@nb.com
bjones@nb.com
bmullick@nb.com
bpearlman@nb.com
bpeck@nb.com
breiner@nb.com
brennan.hawken@nb.com
brian.kerrane@nb.com
bsegal@nb.com
bwong@nb.com
carias@nb.com
catherine.fabrizio@nb.com
cdamian@nb.com
cdelvillar@nb.com
cgretta@nb.com
chad.bruso@nb.com
charnguy@nb.com
ciampa@nb.com
ckantor@nb.com
ckoplin@nb.com
clifschutz@nb.com
codover@nb.com
coliner@nb.com
conrad.saldanha@nb.com
cporten@nb.com
creynolds@nb.com
cugwumba@nb.com
daross@nb.com
david.bunan@nb.com
david.wilsonjr@nb.com
dburshtan@nb.com
dflanagan@nb.com
dfletcher@nb.com
dgeffen@nb.com
dgertzulin@nb.com
dgiuffra@nb.com

**Company & Corresponding Email Addresses**

dlevine@nb.com
dmfogel@nb.com
dmigliorato@nb.com
dmizrachi@nb.com
dmontague@nb.com
dpaduano@nb.com
dpedowitz@nb.com
dportny@nb.com
dquartner@nb.com
drachlin@nb.com
drosenblatt@nb.com
dseto@nb.com
dweiner@nb.com
eboland@nb.com
ebrowne@nb.com
ecohen@nb.com
eeisman@nb.com
ekyriacou@nb.com
elopezbalboa@nb.com
emmerman@nb.com
ereagan@nb.com
eric.ribner@nb.com
erwin.zeuschner@nb.com
esia@nb.com
esterne@nb.com
fabbasi@nb.com
francis.fraenkel@nb.com
fsoule@nb.com
gabriel.presler@nb.com
gfrancfort@nb.com
ggulyan@nb.com
ghirai@nb.com
gjohanson@nb.com
gkaminsky@nb.com
grace.lee@nb.com
greg.bayvel@nb.com
gretchen.deignan@nb.com
gspivak@nb.com
hari.srinivasan@nb.com
hberlin@nb.com
help@nb.com
hganek@nb.com
hnewman@nb.com
hramallo@nb.com
hrubin@nb.com
idyott@nb.com
irbabush@nb.com
jagramonte@nb.com
jakob.grinbaum@nb.se
jan.sarlvik@nb.se
jared.mann@nb.com
jason.tauber@nb.com
jaston@nb.com
jbaicich@nb.com

**Company & Corresponding Email Addresses**

jbaker@nb.com
jbarker@nb.com
jblumberger@nb.com
jbolton@nb.com
jbrorson@nb.com
jcaldas@nb.com
jchaikin@nb.com
jcollins@nb.com
jeff.nevins@nb.com
jeffreystein@nb.com
jefwyll@nb.com
jesschen@nb.com
jfurmato@nb.com
jgartland@nb.com
jhanna@nb.com
jhavriluk@nb.com
jhealy@nb.com
jheldman@nb.com
jkauffmann@nb.com
jkaufmann@nb.com
jkramer@nb.com
jlandau@nb.com
jlane@nb.com
jlasser@nb.com
jlovito@nb.com
jmadden@nb.com
jmariconti@nb.com
jmenzin@nb.com
jnadell@nb.com
joe.bender@nb.com
john.mcgovern@nb.com
jpmahaney@nb.com
jrivkin@nb.com
jschaefer@nb.com
jsulecki@nb.com
jterzis@nb.com
jvale@nb.com
jvanleeuwen@nb.com
jyuen@nb.com
kdaly@nb.com
kdelfino@nb.com
keith.tillman@nb.com
kgandre@nb.com
kgoel@nb.com
khowe@nb.com
khull@nb.com
kim.hansson@nb.se
kkahn@nb.com
kkalebich@nb.com
kkim@nb.com
klind@nb.com
kmccarthy@nb.com
krolson@nb.com
krostkowski@nb.com

**Company & Corresponding Email Addresses**

kryan@nb.com
ksimons@nb.com
kturek@nb.com
kwagner@nb.com
laberman@nb.com
lbalseiro@nb.com
lbretter@nb.com
ldix@nb.com
leisman@nb.com
lfisher@nb.com
lfitzpatrick@nb.com
lindsey.shaffner@nb.com
ljoe@nb.com
lluckmann@nb.com
lpollack@nb.com
lshields@nb.com
lsloate@nb.com
lsolmonson@nb.com
lsteinberger@nb.com
ltawil@nb.com
lthomas@nb.com
marc.regenbaum@nb.com
marisa.hernandez@nb.com
matthew.chan@nb.com
mbarr@nb.com
mbowyer@nb.com
mcohen@nb.com
mdesmond@nb.com
mehvish.rahman@nb.com
mfoster@nb.com
mgiordano@nb.com
mgoldstein@nb.com
mhanratty@nb.com
miles.price@nb.com
milin.rao@nb.com
mkamen@nb.com
mkaminsky@nb.com
mkomer@nb.com
mlazaro@nb.com
mllerena@nb.com
mlloyd@nb.com
mmessinger@nb.com
mpappas@nb.com
mporter@nb.com
mprainito@nb.com
msankey@nb.com
mscarpa@nb.com
mschrieber@nb.com
mschwartz@nb.com
mstein@nb.com
msullivan@nb.com
mzimmerman@nb.com
narevalo@nb.com
neill.groom@nb.com

## Company & Corresponding Email Addresses

oksana.falenchuk@nb.com
paolo.frattaroli@nb.com
paul.leonardi@nb.com
paul.marsh@nb.com
pberdeja@nb.com
pbock@nb.com
pcallahan@nb.com
pchadha@nb.com
peter.eng@nb.com
peterrudman@nb.se
pkong@nb.com
pstrauss@nb.com
psundman@nb.com
pwade@nb.com
pwag@nb.com
pwang@nb.com
pwarner@nb.com
raheel.siddiqui@nb.com
rakeson@nb.com
ralph.defeo@nb.com
ravi.sankaran@bmo.nb.com
rcorman@nb.com
rdalelio@nb.com
rfranklin@nb.com
rfranzese@nb.com
rgerdeman@nb.com
rglasebrook@nb.com
rgrau@nb.com
rhaydon@nb.com
rhutton@nb.com
rjgatwar@nb.com
rlevine@nb.com
rmackenson@nb.com
rmarsh@nb.com
rmeyer@nb.com
rnackenson@nb.com
robaranc@nb.com
rolsen@nb.com
ronald.silvestri@nb.com
rorusso@nb.com
rpeterson@nb.com
rwerman@nb.com
rwhateley@nb.com
sajjadl@nb.com
sandy.goyal@nb.com
saurin.shah@nb.com
schin@nb.com
scott.dynan@nb.com
scott.hoina@nb.com
scthomas@nb.com
sdelia@nb.com
sespinosa@nb.com
sfreeman@nb.com
sgorman@nb.com

**Company & Corresponding Email Addresses**

shaifali.aggarwal@nb.com
sherwin.soo@nb.com
sjpollak@nb.com
skatz@nb.com
smullen@nb.com
smurphy@nb.com
snangia@nb.com
socho@nb.com
spomeroy@nb.com
sriecke@nb.com
sromano@nb.com
sschaeffer@nb.com
sshigekawa@nb.com
stevebrown@nb.com
steven.majocha@nb.com
stfocken@nb.com
svijay@nb.com
svoulgaris@nb.com
sweiner@nb.com
sweiss@nb.com
swoodcock@nb.com
tbenzel@nb.com
tchallande@nb.com
tcreedon@nb.com
tdonahue@nb.com
tgleason@nb.com
theltman@nb.com
theres.abrahamsson@nb.se
tricia.tumminello@nb.com
tscott@nb.com
ttowers@nb.com
tvarkey@stonehill.nb.com
ulla.kauppinen@nb.se
vchang@nb.com
vincent.pecoraro@nb.com
vpicinic@nb.com
vscipioni@nb.com
william.hunter@nb.com
wpmuller@nb.com
yturocy@nb.com

**nbad**

amal.ollaic@nbad.com
azzam.anani@nbad.ae
derek.hong@nbad.ae
farid.samji@nbad.com
hassan.hamadi@nbad.ae
hein.wielen@nbad.ae
kevin.michael@nbad.ae
mahmood.alaradi@nbad.com
mohamed.wafik@nbad.ae
musa.haddad@nbad.ae
natraj.shankar@nbad.ae
robert.smith@nbad.ae
sherif.zeneiny@nbad.com

## Company & Corresponding Email Addresses

steve.harrison@nbad.com
umair.tariq@nbad.com
ziad.sawan@nbad.ae

**nbadsuisse**
abreccolini@nbadsuisse.ch

**nbak**
gary.dalton@nbak.com

**nbb**
anne.copperman@nbb.be
catherine.specia@nbb.be
christoph.machiels@nbb.be
documentation@nbb.be
eddy.dekoker@nbb.be
etienne.lavigne@nbb.be
finstab@nbb.be
jan.dewit@nbb.be
jan.dhondt@nbb.be
luc.coene@nbb.be
micheline.huart@nbb.be
norbert.vandecan@nbb.be
pierre.ledoyen@nbb.be
rajesh.iyer@nbb.com.bh
riyadh.yousif@nbb.com.bh
serge.longueville@nbb.be
yves.pirlet@nbb.be

**nbcbank**
martha.johnson@nbcbank.com

**nbd**
antonyi@nbd.com
popatn@nbd.com
rahmer@nbd.com
rickyh@nbd.com
sarrajf@nbd.com
schneiderp@nbd.com
varmas@nbd.com
vincentw@nbd.com

**nbeny**
rshiber@nbeny.com

**nbf**
andrew.marks@nbf.ca
bpahwa@nbf.co.ae
dharam.whabi@nbf.ae
ljan@nbf.co.ae
mark.attanasio@nbf.ca
saikat.kumar@nbf.ae
sunnyk@nbf.ae

**nbfinancial**
robert.wessel@nbfinancial.com

**nbf-us**
shealey@nbf-us.com
yshmuylovich@nbf-us.com

**nbg**
aristotelis.skarentzos@nbg.gr
azacha@nbg.gr

## Company & Corresponding Email Addresses
bikou.anastasia@nbg.gr
burgayran.eric@nbg.gr
ctsagk@nbg.gr
daliakopoulos.stavros@nbg.gr
dkofid@nbg.gr
eastar@nbg.gr
gion.themistokli@nbg.gr
igneso@nbg.gr
itsope@nbg.gr
kmania@nbg.gr
lfragk@nbg.gr
lvalli@nbg.gr
papagrigoris.gr@nbg.gr
pchristo@nbg.gr
stephens.brian@nbg.gr
strange.bernard@nbg.gr
vlaseros.vasilios@nbg.gr
vmastr@nbg.gr
yiota.chondrou@nbg.gr

### nbg-france
dbertin@nbg-france.com

### nbgi
pmiaris@nbgi.co.uk

### nbgisec
aritossa@nbgisec.com

### nbim
aaa@nbim.no
adc@nbim.no
aha@nbim.no
aso@nbim.no
asw@nbim.no
ath@nbim.no
ati@nbim.no
atr@nbim.no
awb@nbim.no
bcl@nbim.no
beg@nbim.no
cah@nbim.no
chb@nbim.no
cma@nbim.no
ctn@nbim.no
dab@nbim.no
daj@nbim.no
dal@nbim.no
dhs@nbim.no
dma@nbim.no
dsh@nbim.no
dso@nbim.no
efo@nbim.no
efr@nbim.no
ega@nbim.no
egs@nbim.no
eko@nbim.no
elin.berg@nbim.no

**Company & Corresponding Email Addresses**

ell@nbim.no
eoh@nbim.no
erf@nbim.no
erik.hilde@nbim.no
erp@nbim.no
esh@nbim.no
fek@nbim.no
fth@nbim.no
gch@nbim.no
geir.vestrum@nbim.no
gig@nbim.no
gma@nbim.no
gqh@nbim.no
gra@nbim.no
har@nbim.no
hbe@nbim.no
hck@nbim.no
hef@nbim.no
hfh@nbim.no
hgu@nbim.no
hma@nbim.no
hrh@nbim.no
hst@nbim.no
ils@nbim.no
jah@nbim.no
jdg@nbim.no
jgj@nbim.no
ji@nbim.no
joe@nbim.no
jru@nbim.no
jsu@nbim.no
jve@nbim.no
kam@nbim.no
kbr@nbim.no
kla@nbim.no
kmo@nbim.no
kov@nbim.no
ktn@nbim.no
kw@nbim.no
liying.lim@nbim.no
los@nbim.no
lpj@nbim.no
lvk@nbim.no
lwt@nbim.no
mab@nbim.no
maren.steinberg@nbim.no
mba@nbim.no
mbr@nbim.no
mid@nbim.no
mko@nbim.no
monica.espenes@nbim.no
mru@nbim.no
mvi@nbim.no
mwi@nbim.no

**Company & Corresponding Email Addresses**

nh@nbim.no
oaa@nbim.no
oaw@nbim.no
ocf@nbim.no
ogs@nbim.no
ola@nbim.no
opa@nbim.no
orb@nbim.no
osa@nbim.no
pag@nbim.no
pce@nbim.no
pgo@nbim.no
pjo@nbim.no
pkj@nbim.no
pno@nbim.no
psp@nbim.no
psv@nbim.no
rhe@nbim.no
rhs@nbim.no
rla@nbim.no
rno@nbim.no
rsi@nbim.no
rvv@nbim.no
rwi@nbim.no
sah@nbim.no
sbb@nbim.no
sbu@nbim.no
sel@nbim.no
she@nbim.no
sig@nbim.no
sigmund.kyrdalen@nbim.no
sle@nbim.no
sma2@nbim.no
ssy@nbim.no
stv@nbim.no
sug@nbim.no
sum@nbim.no
tal@nbim.no
tbo@nbim.no
tgr@nbim.no
thh@nbim.no
tib@nbim.no
tjo@nbim.no
tly@nbim.no
tov@nbim.no
trm@nbim.no
tsf@nbim.no
tvm@nbim.no
vegard.benterud@nbim.no
vek@nbim.no
vik@nbim.no
vld@nbim.no
vto@nbim.no
wia@nbim.no

## Company & Corresponding Email Addresses

ys@nbim.no

### nbimc
geoff.arseneau@nbimc.com

### nbindpls
dross@nbindpls.com
msmiley@nbindpls.com

### nbk
ammark@nbk.com
badert@nbk.com
dabdoub@nbk.com
fadichalouhi@nbk.com
georger@nbk.com
hetafm@nbk.com
malekh@nbk.com
mohdqabandi@nbk.com
ramkir@nbk.com

### nbkny
steve.allen@nbkny.com

### nbksg
ghong@nbksg.com.sg
kimmie@nbksg.com.sg
sw.chan@nbksg.com.sg

### nbne
pcardella@nbne.com

### nboc
anthony.dunleavy@nboc.com
butkiewv@nboc.com
chuck.mchugh@nboc.com
mchugh@nboc.com
rogge@nboc.com

### nbp
donald.malicki@nbp.pl

### nbs
alena.kuklisova@nbs.sk
dsvocak@nbs.sk
jim.coleman@nbs.co.uk
karol.mrva@nbs.sk
pavel.horcin@nbs.sk
peter.spano@nbs.sk
vkubica@nbs.sk
vladimir.polhorsky@nbs.sk

### ncbc
a.abuyazid@ncbc.com
a.baarma@ncbc.com
h.altoubaji@ncbc.com
h.redha@ncbc.com
j.hussain@ncbc.com
l.currie@ncbc.com
m.alhaddad@ncbc.com
m.mohammed@ncbc.com
m.seifelnasr@ncbc.com
n.janahi@ncbc.com
r.almajed@ncbc.com
s.abdo@ncbc.com

**Company & Corresponding Email Addresses**

    s.mansouri@ncbc.com
    t.daba@ncbc.com
    t.fakhro@ncbc.com

**ncc**
    pifss3@ncc.moc.kw

**ncfcorp**
    andrew.davis@ncfcorp.com
    james.stubbs@ncfcorp.com
    lon.magness@ncfcorp.com
    robert.fauntleroy@ncfcorp.com
    shelley.wilson@ncfcorp.com

**ncmapital**
    plyons@ncmapital.com

**ncmcapital**
    cstopa@ncmcapital.com
    dcarter@ncmcapital.com
    falston@ncmcapital.com
    hbrackett@ncmcapital.com
    james.peterson@ncmcapital.com
    jfarrar@ncmcapital.com
    mcuster@ncmcapital.com
    mkhan@ncmcapital.com
    mlawrence@ncmcapital.com
    msloan@ncmcapital.com
    relmer@ncmcapital.com
    rick.jones@ncmcapital.com
    rlestyk@ncmcapital.com
    sjohn@ncmcapital.com
    zach.schroeder@ncmcapital.com

**ncmgroup**
    ray.antes@ncmgroup.com

**ncmi**
    james.a.stouse@ncmi.com
    jim.e.furr@ncmi.com
    john.g.leibach@ncmi.com
    model@ncmi.com

**nctreasurer**
    michael.nichols@nctreasurer.com

**nctrust**
    bob.borkowski@nctrust.com
    doug.ebert@nctrust.com
    john.rich@nctrust.com
    marty.stenhouse@nctrust.com
    rosemarie.reardon@nctrust.com
    sandy.boes@nctrust.com
    steve.frost@nctrust.com

**ndu**
    sullivanp@ndu.edu

**nebomanagement**
    daniel@nebomanagement.com
    glenn@nebomanagement.com
    tyler@nebomanagement.com

**neded**
    rbaier@neded.org

## Company & Corresponding Email Addresses

### neelmeyer
jan-eike.ehlers@neelmeyer.de
torsten.vetter@neelmeyer.de
volker.sarstedt@neelmeyer.de

### nefm
jdecouto@nefm.com

### nesteoil
juha.rouhiainen@nesteoil.com

### nestle
alain.chevee@nestle.com
alexander-james.thomson@nestle.com
ann.arbiol@nestle.com
bernadette.fabian@nestle.com
claude.crottaz@nestle.com
claudio.menghi@nestle.com
colombe.sudan@nestle.com
edward.hart@nestle.com
fabian.zepeda@nestle.com
gilbert.dupuis@nestle.com
jacques.marmier@nestle.com
jean-philippe.barbey@nestle.com
jean-pierre.steiner@nestle.com
john-kenneth.gillbanks@nestle.com
juerg.sudry@nestle.com
julian.green@uk.nestle.com
karin.brodbeck@us.nestle.com
manfred.lehmann@us.nestle.com
martin.huber@nestle.com
mathieu.cheysson@nestle.com
matteo.lodrini@nestle.com
michael.shrum@nestle.com
oriane.seydoux@nestle.com
patrick.yot@nestle.com
peter.tait@uk.nestle.com
peter.turnor@uk.nestle.com
philippe.blondiaux@nestle.com
phillippe.chapuis@nestle.com
roberto.manfreda@it.nestle.com
sandra.parisi@nestle.com
stephan.chauderna@nestle.com
tatsuya.mori@nestle.com
thierry.bochud@nestle.com
thierry.ralet@nestle.com
umberto.cirri@nestle.com

### net
colombi@net.mediolanum.it
david_wagenseller@net.com
g.desantis@net.mediolanum.it
mattias.ledunger@net.ptj.se
v.marcora@net.mediolanum.it

### netbank
dearley@netbank.com
jmccoy@netbank.com
wramsay@netbank.com

**Company & Corresponding Email Addresses**

**netcologne**
rheinboden@netcologne.de

**netcom**
paulfssb@ix.netcom.com

**netease**
michael8@netease.com

**netglide**
research@netglide.com

**netian**
ytrhee@netian.com

**netntt**
hagino@netntt.fr

**netsgo**
paul123@netsgo.com
sjlee@netsgo.com

**nettuno**
luciocuppini@nettuno.it

**netvigator**
boihk@netvigator.com
bokhgkon@netvigator.com
bpbcvhk@netvigator.com
cyroh@netvigator.com
hanvit03@netvigator.com
hanvit04@netvigator.com
k9304@netvigator.com
llx@netvigator.com

**netvision**
belisha@netvision.net.il
bumbak@netvision.net.il
ldagan1@netvision.net
moran02@netvision.net.il

**neuberger**
jatyre@neuberger.com

**nevrodie**
aromaine@nevrodie.com
cjohnson@nevrodie.com
dloncto@nevrodie.com
lmcandrews@nevrodie.com
mnieves@nevrodie.com
mtraber@nevrodie.com
mtraver@nevrodie.com
nfurlanetto@nevrodie.com
nnejame@nevrodie.com
psilzer@nevrodie.com
sscott@nevrodie.com

**new-alliance**
peter_henricks@new-alliance.com
sandy_chan@new-alliance.com

**newalliancebank**
jfadams@newalliancebank.com

**newberryfederalbank**
ssligh@newberryfederalbank.com

**newmontmining**
rengel@newmontmining.com

## Company & Corresponding Email Addresses

### newportglobaladvisors
t.reeg@newportglobaladvisors.com

### newsalemcapital
apaul@newsalemcapital.com
ecosio@newsalemcapital.com
mwestman@newsalemcapital.com

### newstar
jandrews@newstar.com

### newstaram
agibbs@newstaram.com
agold@newstaram.com
amiller@newstaram.com
bdixon@newstaram.com
bpakenham@newstaram.com
cbarton@newstaram.com
cburling@newstaram.com
cchien@newstaram.com
cdeptford@newstaram.com
cstephenson@newstaram.com
ctritton@newstaram.com
dpindoria@newstaram.com
eadderson@newstaram.com
gcrossland@newstaram.com
gdeblonay@newstaram.com
ggriffith@newstaram.com
gkerr@newstaram.com
glogan@newstaram.com
hambrose@newstaram.com
hcovington@newstaram.com
hdixon@newstaram.com
hthakrar@newstaram.com
htyser@newstaram.com
ian.beattie@newstaram.co.uk
ilance@newstaram.com
jallsopp@newstaram.com
jane.watters@newstaram.com
jbamford@newstaram.com
jduffield@newstaram.com
jgledhill@newstaram.com
jridgewell@newstaram.com
lbernays@newstaram.com
mbeale@newstaram.com
mfotiadis@newstaram.com
mgroves@newstaram.com
mharrison@newstaram.com
mhurley@newstaram.com
mjamieson@newstaram.com
mksanders@newstaram.com
mpeacock@newstaram.com
nbrind@newstaram.com
ncampling@newstaram.com
nhayes@newstaram.com
nmeinertzhagen@newstaram.com
nsheridan@newstaram.com

**Company & Corresponding Email Addresses**

pmaxwell@newstaram.com
pmay@newstaram.com
proantree@newstaram.com
ranand@newstaram.com
richard.lewis@newstaram.com
rpease@newstaram.com
rruvigny@newstaram.com
rwhite@newstaram.com
slyttelton@newstaram.com
snaish@newstaram.com
srowe@newstaram.com
sshore@newstaram.com
styrrell@newstaram.com
sward@newstaram.com
swhittaker@newstaram.com
tbray@newstaram.com
thedden@newstaram.com
tserero@newstaram.com
tsteer@newstaram.com
tthompson@newstaram.com
twicks@newstaram.com
tzemek@newstaram.com

**newton**

ailsa_kegler@newton.co.uk
alex_stanic@newton.co.uk
andrew_couch@newton.co.uk
andrew_headley@newton.co.uk
audrey_lowrie@newton.co.uk
ben_russon@newton.co.uk
bob_gullett@newton.co.uk
campbell_watterson@newton.co.uk
caroline_lindsay@newton.co.uk
charles_french@newton.co.uk
charles_watterson@newton.co.uk
charles_whall@newton.co.uk
charlotte_ryland@newton.co.uk
christopher_metcalfe@newton.co.uk
damian_debellotte@newton.co.uk
damian_devellotte@newton.co.uk
daniel_white@newton.co.uk
danny_bourne@newton.co.uk
david_stieger@newton.co.uk
dominic_howlett@newton.co.uk
duncan_bulgin@newton.co.uk
ed_godden@newton.co.uk
ewan_markson-brown@newton.co.uk
fati_naraghi@newton.co.uk
firstname_surname@newton.co.uk
fred_moore@newton.co.uk
gemma_kingsley@newton.co.uk
giles_parkinson@newton.co.uk
gregory_lord@newton.co.uk
helen_christie@newton.co.uk
helen_groves@newton.co.uk

**Company & Corresponding Email Addresses**

helena_morrissey@newton.co.uk
howard_cunningham@newton.co.uk
iain_stewart@newton.co.uk
james_harries@newton.co.uk
james_lowen@newton.co.uk
jamie_korner@newton.co.uk
jane_winchester@newton.co.uk
jason_mcaleer@newton.co.uk
jason_pidcock@newton.co.uk
jeff_munroe@newton.co.uk
jeremy_stuber@newton.co.uk
jo_bowen@newton.co.uk
john_bell@newton.co.uk
john_ewen@newton.co.uk
john_hair@newton.co.uk
jon_bell@newton.co.uk
jon_monnery@newton.co.uk
jonathan_bell@newton.co.uk
jonathan_dye@newton.co.uk
joseph_meawad@newton.co.uk
julie_carey@newton.co.uk
katherine_swanston@newton.co.uk
liannehackie@newton.co.uk
libby_williams@newton.co.uk
lisa_hamilton@newton.co.uk
mark_ivory@newton.co.uk
mark_rayward@newton.co.uk
martin_batty@newton.co.uk
mary_mccarthy@newton.co.uk
matthew_brown@newton.co.uk
mike_connor@newton.co.uk
mike_o'brien@newton.co.uk
miki_sugimoto@newton.co.uk
neil_smith@newton.co.uk
neiloy_ghosh@newton.co.uk
nick_clay@newton.co.uk
nick_moss@newton.co.uk
parmeshwar_chadha@newton.co.uk
patricia_bridson@newton.co.uk
paul_butler@newton.co.uk
paul_markham@newton.co.uk
paul_stephany@newton.co.uk
paula_niall@newton.co.uk
peter_hensman@newton.co.uk
philip_collins@newton.co.uk
philip_england@newton.co.uk
rajesh_shant@newton.co.uk
richard_wilmot@newton.co.uk
richard_wintle@newton.co.uk
robert_canepa-anson@newton.co.uk
robert_marshall-lee@newton.co.uk
robert_shelton@newton.co.uk
roger_wilkinson@newton.co.uk
rosalind_finney@newton.co.uk

## Company & Corresponding Email Addresses

rosie_bichard@newton.co.uk
ross_ciesla@newton.co.uk
ruadhri_duncan@newton.co.uk
russell_pointon@newton.co.uk
sally_springer@newton.co.uk
sara_lowne@newton.co.uk
simon_laing@newton.co.uk
simon_nichols@newton.co.uk
simon_pryke@newton.co.uk
sophia_whitbread@newton.co.uk
stephen_oconnell@newton.co.uk
stephen_rowntree@newton.co.uk
stewart_cowley@newton.co.uk
stuart_eaton@newton.co.uk
susan_duffy@newton.co.uk
susan_ritchie@newton.co.uk
theresa_buckland@newton.co.uk
thomas_beevers@newton.co.uk
tim_lucas@newton.co.uk
tim_wilson@newton.co.uk
tineke_frikkee@newton.co.uk
tobias_bucks@newton.co.uk
zhixin_shu@newton.co.uk
zoe_kan@newton.co.uk

### newton
robert_stewart@newton .co.uk

### new-york
gould@new-york.sl.slb.com

### newyorklife
alexandra_m_lomakin@newyorklife.com
apollack@newyorklife.com
clement_lau@newyorklife.com
courtenay_sturdevant@newyorklife.com
debra_curran@newyorklife.com
george_e_silos@newyorklife.com
gideon_pell@newyorklife.com
helen_vlassis@newyorklife.com
jaijit_kumar@newyorklife.com
jean_liu@newyorklife.com
kathleen_haberkern@newyorklife.com
lydia_sangree@newyorklife.com
michael_angelini@newyorklife.com
mourad_a_elayan@newyorklife.com
richard_schwartz@am.newyorklife.com

### ngc
andy.ward@ngc.com
daniel.wong@ngc.com
dennis.newberry@ngc.com
denny.mcsweeny@ngc.com
gaston.kent@ngc.com
johnett.ryans@ngc.com
karim.gowani@ngc.com
mark.davidson@ngc.com
silva.sak@ngc.com

## Company & Corresponding Email Addresses

### ngm
alex.hack@ngm.co.uk
justin.eeles@ngm.co.uk
simon.down@ngm.co.uk

### ngrid
alison.stevens@ngrid.com

### ngtgroup
andrew.kluth@ngtgroup.com
kwok.liu@ngtgroup.com

### nib
bo.heide-ottosen@nib.fi
elice.pero@nib.int
jens.hellerup@nib.int
jon.thorsteinsson@nib.int
juha.kotajoki@nib.int
kaare.andersen@nib.int
kari.kukka@nib.fi
mattias.bremer@nib.int
patrik.wainio@nib.int
samu.slotte@nib.fi
sten.holmberg@nib.fi
susanne.fagerstolt@nib.int
torben.nielsen@nib.int

### nibc
alan.van.der.kamp@nibc.com
collateral@nibc.com
cora.mos@nibc.com
dirk.van.den.beukel@nibc.com
duncan.de.vries@nibc.com
emile.van.der.burg@nibc.com
frenk.van.der.vliet@nibc.com
hans.starrenburg@nibc.com
hans.van.leeuwen@nibc.com
hein.bulter@nibc.com
jan-jaap.meindersma@nibc.com
jan-willem.van.tongeren@nibc.com
jurgen.veenbergen@nibc.com
niek.allon@nibc.com
paul.van.der.worp@nibc.com
peter.van.der.sterren@nibc.com
rogier.everwijn@nibc.com
stephen.hotsma@nibc.com
toine.teulings@nibc.com
victor.van.will@nibc.com
vsevolod.nefedov@nibc.com

### nibcapital
charly.zwemstra@nibcapital.com
daniella.steenbergen@nibcapital.com
dick.van.ingen@nibcapital.com
edward.nijmeijer@nibcapital.com
emile.wentzel@nibcapital.com
guus.vermont@nibcapital.com
herman.guelovani@nibcapital.com
hugo.van.kattendijke@nibcapital.com

## Company & Corresponding Email Addresses

jean.spanjersberg@nibcapital.com
jeroen_van.hessen@nibcapital.c
john.van.grootel@nibcapital.com
jonathan.butler@nibcapital.com
kim.pintelon@nibcapital.com
lucas.ruland@nibcapital.com
luuk.veenstra@nibcapital.com
paul.zekveld@nibcapital.com
richard.luijken@nibcapital.com
sean.costello@nibcapital.com
tarun.buxani@nibcapital.com

### nic
treasury@nic.com.kw

### nicholas
kathyevans@nicholas.com

### nicholasfunds
arutlin@nicholasfunds.com
djohnson@nicholasfunds.com
dnicholas@nicholasfunds.com
gmarquardt@nicholasfunds.com
jkinnel@nicholasfunds.com
jmay@nicholasfunds.com
lpavelec@nicholasfunds.com
mgiese@nicholasfunds.com
mshelton@nicholasfunds.com

### nicos
tetsurou.oomura@nicos.co.jp

### nifa
christie.weston@nifa.org
jody.cook@nifa.org
judy.krasomil@nifa.org
steve.clements@nifa.org
timkenny@nifa.org

### nifty
dcj-tfuse@nifty.com
kakuta.tominbank@nifty.com
tohoport@nifty.com

### niftyserve
pxc04655@niftyserve.or.jp

### nihonjishin
m-kobayashi@nihonjishin.co.jp
m-morishima@nihonjishin.co.jp
yoshio-yamashita@nihonjishin.co.jp

### nijobs
john@nijobs.com

### ninegatescapital
mrwedodge@ninegatescapital.com

### nisanet
aaron.johnson@nisanet.com
alex.barenboym@nisanet.com
anthony.pope@nisanet.com
biswajit.bhattacharya@nisanet.com
brad.davis@nisanet.com
carl.kuebler@nisanet.com

## Company & Corresponding Email Addresses

carlos.celentano@nisanet.com
cheryl.hanson@nisanet.com
chris.moore@nisanet.com
dave.eichhorn@nisanet.com
ed.ziehmer@nisanet.com
ellen.dennis@nisanet.com
jason.sammet@nisanet.com
jorge.diaz-silva@nisanet.com
ken.lester@nisanet.com
kevin.turner@nisanet.com
kyle.carlin@nisanet.com
maanie.hamzaee@nisanet.com
matt.byron@nisanet.com
michael.doyle@nisanet.com
moshe.barak@nisanet.com
nathan.strauss@nisanet.com
pat.fuchs@nisanet.com
rebecca.bruenning@nisanet.com
rick.ratkowski@nisanet.com
sergi.turabelidze@nisanet.com
vijay.balakrishnan@nisanet.com
vinod.sadasivam@nisanet.com

### nisi

anderson@nisi.net
bschalla@nisi.net
dmcconnell@nisi.net
jberrie@nisi.net
rogalinski@nisi.net
skearney@nisi.net

### nisource

mdwyckoff@nisource.com

### nissay

a1-inoue@nissay.co.jp
adachi02864@nissay.co.jp
akiyama20939@nissay.co.jp
a-matsu@nissay.co.jp
a-nishikawa@nissay.co.jp
aoki20848@nissay.co.jp
chiba17890@nissay.co.jp
egoshi18766@nissay.co.jp
endou26596@nissay.co.jp
fujimori02827@nissay.co.jp
fujimoto01773@nissay.co.jp
fujimoto20681@nissay.co.jp
fujiwara22503@nissay.co.jp
furuichi01257@nissay.co.jp
h1-endo@nissay.co.jp
h1-takeuchi@nissay.co.jp
hane18756@nissay.co.jp
hara26729@nissay.co.jp
hase22733@nissay.co.jp
hashimura02458@nissay.co.jp
hayami01735@nissay.co.jp
h-deguchi@nissay.co.jp

**Company & Corresponding Email Addresses**

hfujikake@nissay.co.uk
h-hayashide@nissay.co.jp
hirose24469@nissay.co.jp
hnishi@nissay.co.uk
h-ohzaki@nissay.co.jp
h-takano@nissay.co.jp
h-takimoto@nissay.co.jp
ichikawa17950@nissay.co.jp
iki26838@nissay.co.jp
i-sasaki@nissay.co.jp
ishii02867@nissay.co.jp
ishimura02856@nissay.co.jp
ishizaki20751@nissay.co.jp
iwasa02885@nissay.co.jp
j-sakasaki@nissay.co.jp
k1-shimizu@nissay.co.jp
kasamatsu022294@nissay.co.jp
kawaguchi02439@nissay.co.jp
kawamori02808@nissay.co.jp
kawanago26743@nissay.co.jp
k-hirai@nissay.co.jp
kikuchi19513@nissay.co.jp
kimura02837@nissay.co.jp
kitamura26732@nissay.co.jp
kitou02355@nissay.co.jp
kiyomori19521@nissay.co.jp
kiyonaga02426@nissay.co.jp
kobayashi02905@nissay.co.jp
kobayashi18294@nissay.co.jp
kobayashi26289@nissay.co.jp
kon24375@nissay.co.jp
kosaka17932@nissay.co.jp
koutari02866@nissay.co.jp
koyakumaru18801@nissay.co.jp
kozaki22685@nissay.co.jp
k-toda@nissay.co.jp
k-tsuchizuka@nissay.co.jp
kuboki19538@nissay.co.jp
kubotani02857@nissay.co.jp
kuge02811@nissay.co.jp
kushiro03178@nissay.co.jp
k-utsumi@nissay.co.jp
k-yamaguchi@nissay.co.jp
masago02823@nissay.co.jp
masuda02318@nissay.co.jp
masuda03242@nissay.co.jp
matsumoto03356@nissay.co.jp
mitsui02828@nissay.co.jp
miwa02834@nissay.co.jp
miyabayashi02872@nissay.co.jp
miyagaki26437@nissay.co.jp
miyake18325@nissay.co.jp
miyawaza@nissay.co.jp
miyazawa03170@nissay.co.jp

## Company & Corresponding Email Addresses

mizuno02505@nissay.co.jp
m-ohtaka@nissay.co.jp
morii03300@nissay.co.jp
moriya05260@nissay.co.jp
muramatsu02877@nissay.co.jp
muramatsu24247@nissay.co.jp
murohashi02816@nissay.co.jp
nagata24444@nissay.co.jp
naitou16836@nissay.co.jp
nakamura18755@nissay.co.jp
nakanishi02815@nissay.co.jp
nakayama01768@nissay.co.jp
namai02262@nissay.co.jp
niimi02814@nissay.co.jp
n-izumida@nissay.co.jp
noguchi17817@nissay.co.jp
nukui05968@nissay.co.jp
okamoto02865@nissay.co.jp
okayasu03326@nissay.co.jp
okuno24340@nissay.co.jp
ooshima02862@nissay.co.jp
ootsuka19626@nissay.co.jp
oshima19414@nissay.co.jp
sakaguchi19592@nissay.co.jp
sakazaki02240@nissay.co.jp
sakuma02858@nissay.co.jp
sasaki22692@nissay.co.jp
satou01778@nissay.co.jp
segawa02272@nissay.co.jp
sekine02338@nissay.co.jp
shimotsu19522@nissay.co.jp
shinohara02869@nissay.co.jp
shintani02911@nissay.co.jp
shiotsu18789@nissay.co.jp
shiroto02400@nissay.co.jp
s-kasai@nissay.co.jp
sorita17822@nissay.co.jp
suzuki02335@nissay.co.jp
suzuki02418@nissay.co.jp
suzuki16846@nissay.co.jp
t1-ishii@nissay.co.jp
t2-amano@nissay.co.jp
takagaki16854@nissay.co.jp
takahashi22679@nissay.co.jp
takano19625@nissay.co.jp
takemura26697@nissay.co.jp
takenaka03302@nissay.co.jp
tanaka20789@nissay.co.jp
terui26698@nissay.co.jp
t-fujii@nissay.co.jp
t-hayama@nissay.co.jp
t-kaida@nissay.co.jp
t-kuroda@nissay.co.jp
t-maeda@nissay.co.jp

## Company & Corresponding Email Addresses

tmiyagawa@nissay.co.uk
tmorimoto@nissay.co.uk
toishigawa20856@nissay.co.jp
tokushima02362@nissay.co.jp
t-saito@nissay.co.jp
tsuchizuka02999@nissay.co.jp
tsurumi20491@nissay.co.jp
y-abiko@nissay.co.jp
y-akasaka@nissay.co.jp
yamamoto02325@nissay.co.jp
yamamoto26597@nissay.co.jp
yamamura24512@nissay.co.jp
yishibashi@nissay.co.uk
y-takayama@nissay.co.jp

**nissay-it**
takashi_uchino@nissay-it.co.jp

**nisshinfire**
kentarou.sakai@nisshinfire.co.jp

**nisshoiwai**
hitomi.yutaka@nisshoiwai.com

**nittanybank**
jprice@nittanybank.com

**njm**
kclayton@njm.com
pbogart@njm.com

**njmgroup**
mlynch@njmgroup.com

**nlcal**
gregory.klyne@nlcal.mail.abb.com
jan.schommartz@nlcal.mail.abb.com
petr.toman@nlcal.mail.abb.com

**nliinter**
h-adachi@nliinter.com

**nml**
lisa.teuteberg@nml.com

**nmoc**
toshiya.nakahara@nmoc.co.jp

**nn-holdings**
kobayashi_katsuhiko@nn-holdings.com

**noaddress**
idonthaveanemail@noaddress.com

**nochu**
ck@nochu.com.hk

**nochubank**
a-hara@nochubank.or.jp
a-kaneda@nochubank.or.jp
akino@nochubank.or.jp
akiyoshifj@nochubank.or.jp
a-kuninaka@nochubank.or.jp
anagano@nochubank.or.jp
a-nakayama@nochubank.or.jp
a-nishi@nochubank.or.jp
annkato@nochubank.or.jp
a-okamoto@nochubank.or.jp

## Company & Corresponding Email Addresses

atakahashi@nochubank.or.jp
atsushi_nomura@nochubank.or.jp
a-yasutake@nochubank.or.jp
chigusa-uchida@nochubank.or.jp
c-nakata@nochubank.or.jp
crz-umeda@nochubank.or.jp
dfraenkel@nochubank.or.jp
d-sato@nochubank.or.jp
d-wakabayashi@nochubank.or.jp
e-hasegawa@nochubank.or.jp
ekondo@nochubank.or.jp
fujimi@nochubank.or.jp
fund-risk@nochubank.or.jp
furukawa@nochubank.or.jp
f-yokoo@nochubank.or.jp
h-ariga@nochubank.or.jp
hatanaka@nochubank.or.jp
hfujii@nochubank.or.jp
h-hasegawa@nochubank.or.jp
hide_suzuki@nochubank.or.jp
hide-nakano@nochubank.or.jp
hi-ishii@nochubank.or.jp
hiratsuka@nochubank.or.jp
hiroi-a@nochubank.or.jp
hirokazu-masuoka@nochubank.or.jp
hiroshinakamoto@nochubank.or.jp
hisato-ono@nochubank.or.jp
hi-suzuki@nochubank.or.jp
h-kamikawa@nochubank.or.jp
h-kumagai@nochubank.or.jp
h-matsu@nochubank.or.jp
h-ohyanagi@nochubank.or.jp
hoomori@nochubank.or.jp
h-ozawa@nochubank.or.jp
h-shintani@nochubank.or.jp
h-takahashi@nochubank.or.jp
i_yoshioka@nochubank.or.jp
i-akiyama@nochubank.or.jp
ikizawa@nochubank.or.jp
i-minegishi@nochubank.or.jp
itom@nochubank.or.jp
i-yajima@nochubank.or.jp
james_taylor@nochubank.or.jp
j-fujimori@nochubank.or.jp
j-furukawa@nochubank.or.jp
jmorishita@nochubank.or.jp
jmorita@nochubank.or.jp
j-okamoto@nochubank.or.jp
j-okuno@nochubank.or.jp
j-onuki@nochubank.or.jp
jrsiraki@nochubank.or.jp
jumehara@nochubank.or.jp
kai@nochubank.or.jp
ka-ichinoma@nochubank.or.jp

## Company & Corresponding Email Addresses

k-akimot@nochubank.or.jp
kataoka@nochubank.or.jp
ka-ushikubo@nochubank.or.jp
kazuto-n@nochubank.or.jp
kazuya-murakami@nochubank.or.jp
kei-fuji@nochubank.or.jp
keita_ando@nochubank.or.jp
kenji_yoda@nochubank.or.jp
ken-matsu@nochubank.or.jp
kenya_shitara@nochubank.or.jp
kenza-takeuchi@nochubank.or.jp
kfukuma@nochubank.or.jp
khanda@nochubank.or.jp
k-hirose@nochubank.or.jp
k-inadomi@nochubank.or.jp
kishii@nochubank.or.jp
k-kawashima@nochubank.or.jp
kkenichi@nochubank.or.jp
k-kikuhara@nochubank.or.jp
k-maeda@nochubank.or.jp
k-miki@nochubank.or.jp
k-morimoto@nochubank.or.jp
k-nagata@nochubank.or.jp
k-numa@nochubank.or.jp
k-ohba@nochubank.or.jp
koichi-akiyama@nochubank.or.jp
koichi-kumaki@nochubank.or.jp
koji.kikuchi@nochubank.or.jp
kosuke@nochubank.or.jp
k-shibata@nochubank.or.jp
k-shinbu@nochubank.or.jp
k-shirayama@nochubank.or.jp
k-sugita@nochubank.or.jp
k-takano@nochubank.or.jp
ktanaka@nochubank.or.jp
ktsukada@nochubank.or.jp
kuejo1979@nochubank.or.jp
k-uemura@nochubank.or.jp
k-ushikubo@nochubank.or.jp
kuwako@nochubank.or.jp
kyamaguchi@nochubank.or.jp
k-yamazaki@nochubank.or.jp
k-yanagi@nochubank.or.jp
m-anda@nochubank.or.jp
matsuot@nochubank.or.jp
m-furuya@nochubank.or.jp
m-hinomaru@nochubank.or.jp
m-hirayama@nochubank.or.jp
m-imai@nochubank.or.jp
miyoshi@nochubank.or.jp
mkawai@nochubank.or.jp
m-kita@nochubank.or.jp
m-kurata@nochubank.or.jp
m-nagano@nochubank.or.jp

**Company & Corresponding Email Addresses**

m-nakayama@nochubank.or.jp
mnawa@nochubank.or.jp
msaito@nochubank.or.jp
m-sasaki@nochubank.or.jp
m-shoji@nochubank.or.jp
msugimoto@nochubank.or.jp
m-tsuchida@nochubank.or.jp
m-utsumi@nochubank.or.jp
n-aihara@nochubank.or.jp
naohiro-hosoda@nochubank.or.jp
nide@nochubank.or.jp
n-nakahara@nochubank.or.jp
norisato@nochubank.or.jp
noriyuki-harada@nochubank.or.jp
n-sakemi@nochubank.or.jp
obata_hideki@nochubank.or.jp
ogawa-k@nochubank.or.jp
ohkita@nochubank.or.jp
o-morita@nochubank.or.jp
riki@nochubank.or.jp
r-ono@nochubank.or.jp
rsawada@nochubank.or.jp
s_yagi@nochubank.or.jp
satsuka@nochubank.or.jp
s-eidome@nochubank.or.jp
se-inoue@nochubank.or.jp
shimokakimoto@nochubank.or.jp
shinpei_kataoka@nochubank.or.jp
shiod@nochubank.or.jp
skono@nochubank.or.jp
s-matsu@nochubank.or.jp
s-miyaji@nochubank.or.jp
smori@nochubank.or.jp
s-satoh@nochubank.or.jp
s-shibayama@nochubank.or.jp
s-shiota@nochubank.or.jp
s-sugimoto@nochubank.or.jp
s-takahashi@nochubank.or.jp
s-tsuchida@nochubank.or.jp
sugitat@nochubank.or.jp
s-yasui@nochubank.or.jp
s-yoshino@nochubank.or.jp
tadashi_matsumoto@nochubank.or.jp
tai-inoue@nochubank.or.jp
takahiro-fukai@nochubank.or.jp
t-akamatsu@nochubank.or.jp
takashima@nochubank.or.jp
takayuki_yamaguchi@nochubank.or.jp
takebayashi@nochubank.or.jp
takeshi_kuwabara@nochubank.or.jp
takeuchi@nochubank.or.jp
tamotsu_chiba@nochubank.or.jp
tanaka@nochubank.or.jp
tashi@nochubank.or.jp

## Company & Corresponding Email Addresses

t-endo@nochubank.or.jp
tfutaoka@nochubank.or.jp
tharuna@nochubank.or.jp
t-hashimoto@nochubank.or.jp
t-ishihara@nochubank.or.jp
t-kanamaru@nochubank.or.jp
t-kato@nochubank.or.jp
t-koba@nochubank.or.jp
tkubo@nochubank.or.jp
t-makita@nochubank.or.jp
t-nagaoka@nochubank.or.jp
tomo-kat@nochubank.or.jp
toshiyuki-takahashi@nochubank.or.jp
t-ozaki@nochubank.or.jp
tsakagawa@nochubank.or.jp
t-shimura@nochubank.or.jp
tsurugas@nochubank.or.jp
t-tajima@nochubank.or.jp
t-takano@nochubank.or.jp
ttakase@nochubank.or.jp
t-teranishi@nochubank.or.jp
tyanagis@nochubank.or.jp
tyano@nochubank.or.jp
uehara@nochubank.or.jp
urd-ikari@nochubank.or.jp
w-takeuchi@nochubank.or.jp
yasu-kajiyama@nochubank.or.jp
yhara@nochubank.or.jp
y-hiasa@nochubank.or.jp
y-itoh@nochubank.or.jp
yizawa@nochubank.or.jp
y-kajiya@nochubank.or.jp
ykawai@nochubank.or.jp
y-kobayashi@nochubank.or.jp
y-matsumoto@nochubank.or.jp
y-motoda@nochubank.or.jp
yonezawa@nochubank.or.jp
yonishi@nochubank.or.jp
yoshi-ken@nochubank.or.jp
ysakuma@nochubank.or.jp
y-takara@nochubank.or.jp
yuda@nochubank.or.jp
yujisasaki@nochubank.or.jp
yujisuzuki@nochubank.or.jp
yuzuru-iwasaki@nochubank.or.jp
y-yamada@nochubank.or.jp
y-yamaza@nochubank.or.jp
y-yasuda@nochubank.or.jp

**nochutb**
yamamotok@nochutb.co.jp

**noclue**
smarto'connor@noclue.com

**noehypo**
andrea.gruebl@noehypo.at

**Company & Corresponding Email Addresses**

andreas.mueller@noehypo.at
peter.olsacher@noehypo.at

**noemai**

sato@noemai.com

**noemail**

a.bianchi@noemail.com
a.ueda@noemail.com
a.yokokawa@noemail.com
d.wu@noemail.com
e.hermand@noemail.com
e.shibao@noemail.com
f.laird@noemail.com
g.kevin@noemail.com
h.haruta@noemail.com
h.ishikawa@noemail.com
h.iwai@noemail.com
h.ototake@noemail.com
h.sakamoto@noemail.com
h.takaichi@noemail.com
h.yagi@noemail.com
h.yoshida@noemail.com
hasegawa@noemail.com
i.ogura@noemail.com
i.uno@noemail.com
j.c.skiera@noemail.com
j.tate@noemail.com
k.abe@noemail.com
k.funaki@noemail.com
k.hayashi@noemail.com
k.katase@noemail.com
k.kawadoko@noemail.com
k.kume@noemail.com
k.noguchi@noemail.com
k.noumi@noemail.com
k.sueyasu@noemail.com
k.toriumi@noemail.com
k.uno@noemail.com
l.h.chooi@noemail.com
m.asada@noemail.com
m.horiuchi@noemail.com
m.ikeda@noemail.com
m.kitazawa@noemail.com
m.komura@noemail.com
m.kurosumi@noemail.com
m.matsuzawa@noemail.com
m.miyazono@noemail.com
m.nishida@noemail.com
m.okamoto@noemail.com
m.takano@noemail.com
m.takatani@noemail.com
m.tanaka@noemail.com
m.tojo@noemail.com
m.uno@noemail.com
m.yamda@noemail.com

**Company & Corresponding Email Addresses**

m.yasuoka@noemail.com
m.yoshiike@noemail.com
masayuki.watanabe@noemail.com
n.ando@noemail.com
n.chetwynd@noemail.com
n.inui@noemail.com
n.kaneko@noemail.com
n.konno@noemail.com
n.takahashi@noemail.com
o.aki@noemail.com
o.nohara@noemail.com
omatsumura@noemail.com
otani@noemail.com
r.nagahama@noemail.com
s.banno@noemail.com
s.hall@noemail.com
s.hirakawa@noemail.com
s.inada@noemail.com
s.kobayashi@noemail.com
s.kono@noemail.com
s.nagao@noemail.com
s.nakano@noemail.com
s.noma@noemail.com
s.ogawa@noemail.com
s.otake@noemail.com
s.satake@noemail.com
s.tansiokhoon@noemail.com
s.tatsumi@noemail.com
t.asada@noemail.com
t.kanemaru@noemail.com
t.kumakura@noemail.com
t.mieda@noemail.com
t.miyagi@noemail.com
t.nakamura@noemail.com
t.nakano@noemail.com
t.tajima@noemail.com
t.takahashi@noemail.com
t.tanami@noemail.com
t.tanimoto@noemail.com
u.kanda@noemail.com
w.taguchi@noemail.com
y.agemura@noemail.com
y.hayakawa@noemail.com
y.ikegami@noemail.com
y.ishikawa@noemail.com
y.ishiko@noemail.com
y.iwamoto@noemail.com
y.kita@noemail.com
y.kubota@noemail.com
y.matsukawa@noemail.com
y.matsuo@noemail.com
y.matsuta@noemail.com
y.niiro@noemail.com
y.okabayashi@noemail.com

## Company & Corresponding Email Addresses

y.okada@noemail.com
y.ozawa@noemail.com
y.shingai@noemail.com
y.takaike@noemail.com
y.tanaka@noemail.com
y.taya@noemail.com
y.unten@noemail.com
y.wada@noemail.com
y.yoshida@noemail.com

### noil
dsmith@noil.co.uk
trtadita@noil.co.uk
tyamamiya@noil.co.uk

### noimail
onuma@noimail.com

### nokia
alexander.von-nandelstadh@nokia.com
anne-maj.lonnberg@nokia.com
antonio.flores@nokia.com
anu.kallio@nokia.com
arto.sirvio@nokia.com
blanca.m.juti@nokia.com
bruna.maltoni@nokia.com
hanna.sievinen@nokia.com
investor.relations@nokia.com
jaana.myllynen@nokia.com
jorma.ollila@nokia.com
kenneth.lampinen@nokia.com
kumiko.koyama@nokia.com
marisa.ohara@nokia.com
marjatta.nissinen@nokia.com
martin.hofer@nokia.com
matt.shimao@nokia.com
mika.rydman@nokia.com
moyeen.ahmad@nokia.com
olivier.cognet@nokia.com
paul.bernard@nokia.com
per-ake.stahl@nokia.com
petri.vartiainen@nokia.com
rick.simonsen@nokia.com
thomas.westerlund@nokia.com
ulla.james@nokia.com
will.davis@nokia.com
yossi.hasson@nokia.com

### nomail
donotsend@nomail.com
kimura@nomail.com
manabe@nomail.com
yoneda@nomail.com

### nomura
aampontuah@us.nomura.com
abogart@us.nomura.com
ada.poon@hk.nomura.com
adam.fletcher@uk.nomura.com

**Company & Corresponding Email Addresses**

aiyu@us.nomura.com
alan.saunders@uk.nomura.com
alessio.reggiani@uk.nomura.com
amemiya-0dq3@jp.nomura.com
andreas.katteneder@uk.nomura.com
andrew.tan@hk.nomura.com
andrew.widdop@nomura.co.uk
andrewmartin@us.nomura.com
aris.allegos@hk.nomura.com
ayu@us.nomura.com
balbert@us.nomura.com
barry.nix@uk.nomura.com
ben.lester@uk.nomura.com
bfarrell@us.nomura.com
blackrock@lu.nomura.com
bohare@us.nomura.com
caney@us.nomura.com
cblount@us.nomura.com
chiara.iacobelli@uk.nomura.com
christopher.stainbrook@nomura.co.uk
cschecter@us.nomura.com
cyrine.tayoubi@uk.nomura.com
darren.weston@uk.nomura.com
datamanagementlux@lu.nomura.com
david.v.green@uk.nomura.com
dcrall@us.nomura.com
dennis.lui@hk.nomura.com
dgruber@us.nomura.com
dleung@us.nomura.com
dweiss@us.nomura.com
edrucker@us.nomura.com
eparker@us.nomura.com
etorres@us.nomura.com
ezoe-0f8b@jp.nomura.com
fergus.taylor@uk.nomura.com
fqueiroz@us.nomura.com
francis.campeau@uk.nomura.com
fraser.fernee@uk.nomura.com
fred.clatworthy@uk.nomura.com
fsimo@us.nomura.com
fujii-0ftw@jp.nomura.com
fzheng@us.nomura.com
gary.mckenzie-smith@uk.nomura.com
geoffrey.wigington@uk.nomura.com
harish.vaghjiani@uk.nomura.com
hayakawa-1np1@jp.nomura.com
hhsiung@us.nomura.com
hiraoka-2nhp@jp.nomura.com
hirose-2ncv@jp.nomura.com
hkdavidl@nomura.com.hk
hkgcorreaa@mail.nomura.com.hk
ian.williamson@uk.nomura.com
ichen@us.nomura.com
ikeda-0fb2@jp.nomura.com

**Company & Corresponding Email Addresses**

ishii-0d55@jp.nomura.com
isshiki-07ns@jp.nomura.com
james.barratt@nomura.co.uk
james.manders@hk.nomura.com
jbernstein@us.nomura.com
jckeller@us.nomura.com
jgorsky@us.nomura.com
jholley@us.nomura.com
jnorton@us.nomura.com
john.cossey@uk.nomura.com
johnchen@us.nomura.com
jon.bernstein@nomura.co.uk
joshua.turkington@hk.nomura.com
jpark@us.nomura.com
jsykes@us.nomura.com
jwong@us.nomura.com
kaji-0ghx@jp.nomura.com
katai-1q27@jp.nomura.com
kawada@us.nomura.com
kcheng@us.nomura.com
kikuchi-0g5s@jp.nomura.com
koizumi-b4940031@jp.nomura.com
kojima-0g23@jp.nomura.com
ldurkin@us.nomura.com
manish.sinha@us.nomura.com
mark.agranovski@uk.nomura.com
maruyama-0dth@jp.nomura.com
matsuzaki-1dzn@jp.nomura.com
mazen.nomura@nomura.co.uk
mbromberg@us.nomura.com
mcasino@us.nomura.com
michael.cooper@uk.nomura.com
michael.sloyd@hk.nomura.com
michele.desouza@uk.nomura.com
miyuki-0dzs@jp.nomura.com
mkushnir@us.nomura.com
mmorriss@us.nomura.com
monden-2n6k@jp.nomura.com
morikawa-2ncw@jp.nomura.com
mprofili@us.nomura.com
mschill@us.nomura.com
mtiperma@us.nomura.com
mukai-0ddd@jp.nomura.com
nbenjami@us.nomura.com
nishisako-0b8h@jp.nomura.com
noki-b4940059@jp.nomura.com
nomura.kan@hk.nomura.com
npolowchena@us.nomura.com
ochiai-08bt@jp.nomura.com
ogawa-0g35@jp.nomura.com
ogishima-0d68@jp.nomura.com
ootsuka-0g5q@jp.nomura.com
paul.czerkawski@uk.nomura.com
paul.osman@uk.nomura.com

## Company & Corresponding Email Addresses

pglaser@us.nomura.com
philip.blunsen@nomura.co.uk
pjain@us.nomura.com
pkenney@us.nomura.com
rbailes@us.nomura.com
rhdavis@us.nomura.com
rhoffman@us.nomura.com
rick.lam@hk.nomura.com
rlee@us.nomura.com
rlevine@us.nomura.com
rmchugh@us.nomura.com
rob.stanley@uk.nomura.com
roger.burns@uk.nomura.com
rpiasio@us.nomura.com
russell.matthews@uk.nomura.com
salbert@us.nomura.com
sanderson@us.nomura.com
sawada.hana@hk.nomura.com
scheng@us.nomura.com
shimada-0fb1@jp.nomura.com
shimizu-2nf3@jp.nomura.com
shindo-1qkf@jp.nomura.com
skotsen@us.nomura.com
srosenthal@us.nomura.com
stanley.seo@kr.nomura.com
stephen.kirkham@uk.nomura.com
suzuki-0g22@jp.nomura.com
suzuki-1hk9@jp.nomura.com
swolfson@us.nomura.com
terahata-0fmf@jp.nomura.com
tnocella@us.nomura.com
tomasz.sztuka@uk.nomura.com
toukai-b4940041@jp.nomura.com
wromary@us.nomura.com
yamauchi-0ft9@jp.nomura.com
yap.chinyee@hk.nomura.com
yatagai-2ngk@jp.nomura.com
yoshida-0gzn@jp.nomura.com
yvon.choi@hk.nomura.com

## nomura-asset

andoh.yusuke@nomura-asset.com
balachandran.binu@nomura-asset.com
charalambous.christos@nomura-asset.com
garber.gil@nomura-asset.com
garg.shalabh@nomura-asset.com
griffin.john@nomura-asset.com
harrison.alexander@nomura-asset.com
howard.brooks@nomura-asset.co.uk
jhaveri.sanjiv@nomura-asset.com
joyner.joanne@nomura-asset.com
kraines.ben@nomura-asset.com
leszczynska.margaret@nomura-asset.com
levy.jay@nomura-asset.com
mark.bloomfield@nomura-asset.co.uk

## Company & Corresponding Email Addresses

mark.rogers@nomura-asset.co.uk
mark.stephens@nomura-asset.co.uk
morrongiello.michael@nomura-asset.com
nobutaka.kitajima@nomura-asset.co.uk
okada.shinichiro@nomura-asset.com
raj.madha@nomura-asset.co.uk
richard.bisson@nomura-asset.co.uk
richard.kruse@nomura-asset.co.uk
rosenberg.lawrence@nomura-asset.com
sanjay.patel@nomura-asset.co.uk
sherman.dave@nomura-asset.com
shimizu.makoto@nomura-asset.com
sobti.rajiv@nomura-asset.com
steven.abbott@nomura-asset.co.uk
thomson.scott@nomura-asset.com
tom.elder@nomura-asset.co.uk
toriumi.yoshiko@nomura-asset.com
tsuruo.mitch@nomura-asset.com
usguest1@nomura-asset.com
weintraub.michael@nomura-asset.com
yan.ming@nomura-asset.com
yasuyuki.fukuda@nomura-asset.co.uk

**nomurany**
mdoyle@nomurany.com

**none**
none@none.com

**noonam**
dpickering@noonam.com
ralexander@noonam.com
smittal@noonam.com
troberts@noonam.com

**noonday**
emily.forde@noonday.com
jhardin@noonday.com
ltashie@noonday.com
rrobinson@noonday.com

**nor**
per.greil@nor.no

**norcap**
brian.hellmer@norcap.com
dan.murphy@norcap.com
dan.olkowski@norcap.com
george.tsiamis@norcap.com
hawk@norcap.com
paul.perry@norcap.com
terry.pavlic@norcap.com

**nordea**
alexey.yeremenko@nordea.com
alf.norman@nordea.com
alf.norrman@nordea.com
amanda.dinh@nordea.com
anders.burholt@nordea.com
anders.kjaerjensen@nordea.lu
anders.schelde@nordea.com

**Company & Corresponding Email Addresses**

anders.stang.castberg@nordea.com
andreas.webster@nordea.com
anna.lindgren@nordea.com
anne.engen@nordea.com
arly.petersen@nordea.lu
arne.zippis@nordea.com
arthur.irwin@nordea.com
arthur.melhoos@nordea.com
asa.granberg@nordea.com
asa.wictor@nordea.com
asbjoern.hansen@nordea.com
bent.hoegh-jensen@nordea.com
bent.kristensen@nordea.com
bernard.louis@nordea.lu
birgir.gezelius@nordea.com
birgitte.munk@nordea.com
bjorn.henriksson@nordea.com
bjornar.tonhaugen@nordea.com
brian.s.jensen@nordea.com
c.bonde.pedersen@nordea.com
c.h.nielsen@nordea.com
carl.granath@nordea.com
carl-johan.granvik@nordea.com
carsten.moller@nordea.com
carsten.warren.petersen@nordea.com
casper.p@nordea.com
cathy.schlicht-bang@nordea.com
cecilia.carlsson@nordea.com
cecilia.hulten@nordea.com
charlotte.winther@nordea.com
christian.hyldahl@nordea.com
christian.k@nordea.com
christian.maahrbeck@nordea.com
christian.tornqvist@nordea.com
christina.lindberg@nordea.com
claus.f.nielsen@nordea.com
claus.hvidegaard@nordea.com
claus.vorm@nordea.com
colin.williams-hawkes@nordea.com
dan.hambrick@nordea.com
daniel.falk@nordea.com
david.nahor@nordea.com
eric.sandstrom@nordea.com
erik.blomberg@nordea.com
erik.hallarth@nordea.com
erik.hulvej@nordea.com
eugene.seo@nordea.com
frank.hvid.petersen@nordea.com
frederik.bodin@nordea.com
fredrik.bodin@nordea.com
fredrik.hardling@nordea.com
fredrik.hermansson@nordea.lu
george.friesen@nordea.com
gerard.cudzil@nordea.com

**Company & Corresponding Email Addresses**

goran.karlsen@nordea.com
gustaf.gronhagen@nordea.com
gustav.bengtsson@nordea.com
hakan.ewerklou@nordea.com
hanne.rongsted@nordea.com
hasse.nilsson@nordea.com
henik.horsolov.larsen@nordea.com
henning.padberg@nordea.com
henrik.b.thomsen@nordea.com
henrik.baum@nordea.com
henrik.baun@nordea.com
henrik.norby@nordea.com
henrik.ostergaard@nordea.com
henrik.pedersen@nordea.com
henrik.sandell@nordea.com
henrik.schmidt-lund@nordea.com
henrik.sode@nordea.lu
henrik.theil@nordea.com
hofbak@nordea.com
holger.lunden@nordea.com
ikka.poyhonen@nordea.com
imbo@nordea.com
inga-lill.carlberg@nordea.com
j.rasmussen@nordea.com
jacob.lester@nordea.com
jacob.lundbeck.serup@nordea.com
jacob.topp@nordea.com
jacob.truelsen@nordea.com
jan.pedersen@nordea.lu
jan.ritter@nordea.com
jan.sauter@nordea.se
jan.skovsby@nordea.com
janenielsen@nordea.com
jean.marie.bertin@nordea.com
jennifer.gafvels@nordea.com
jens.hogh@nordea.lu
jens.lund@nordea.com
jens.rasmussen@nordea.com
jens.rygaard@nordea.com
jesper.christiansen@nordea.com
jesper.gulstad@nordea.com
jesper.hofde@nordea.com
jesper.karlsen@nordea.com
jesper.norgaard@nordea.com
jesper.termansen@nordea.com
jesperchristensen@nordea.com
joakim.gustafson@nordea.com
johan.ekwall@nordea.com
johan.kastengren@nordea.com
johan.mortensen@nordea.com
johan.stein@nordea.com
johan.wistrom@nordea.com
john.birch@nordea.com
john.kolling@nordea.com

**Company & Corresponding Email Addresses**

john.rif@nordea.com
jonas.shum@nordea.com
jorgen.hoholt@nordea.com
jouni.salmenkivi@nordea.com
juergen.kapp@nordea.com
julie.bech@nordea.com
kaj.forsstrom@nordea.com
karl.lindqvist@nordea.com
karsten.bierre@nordea.com
kasper.lund@nordea.com
kasper.ullegaard@nordea.com
kerstin.claesson@nordea.com
kim.chr@nordea.com
kim.jensen@nordea.com
kim.pilgaard@nordea.com
kjetil.melkevik@nordea.com
kristina.ganea@nordea.com
kristina.riisberg@nordea.com
lars.abat@nordea.com
lars.bro@nordea.com
lars.dybwad@nordea.com
lars.hemmingsen@nordea.com
lars.hermann@nordea.com
lars.krohn@nordea.com
lars.remer@nordea.com
lars.riis-kofoed@nordea.com
lars.romer@nordea.com
lars.thuesen@nordea.com
lars.vambheim@nordea.com
lars.warg@nordea.com
lars-andreas.nilsen@nordea.com
larserik.hogh@nordea.lu
lasse.jensen@nordea.com
leif.haglund@nordea.com
leon.pedersen@nordea.com
leon.svejgaard@nordea.com
linda.ahlholm@nordea.com
line.hvidbaek@nordea.com
linn.nilsson@nordea.com
lotte.eriksen@nordea.com
m.pedersen@nordea.com
mads.fredsgaard@nordea.com
mads.ibsen@nordea.com
magne.myrmo@nordea.com
magnus.larsson@nordea.com
magnus.stenberg@nordea.com
margareta.leijonhufvud@nordea.com
maria.hultkvist@nordea.com
mark.kandborg@nordea.com
markku.vartiainen@nordea.com
martin.dahlgren@nordea.com
martin.gros.pedersen@nordea.com
martin.junker.nielsen@nordea.com
martin.nybye@nordea.com

**Company & Corresponding Email Addresses**

martin.tallroth@nordea.com
martti.forsberg@nordea.com
mathias.lundberg@nordea.com
mathias.nimlin@nordea.lu
mathias.wikberg@nordea.com
mats.carlsson@nordea.com
mats.hellstrom@nordea.com
mats.wandrell@nordea.com
mattias.sigurd@nordea.com
mette.ohlenschlager@nordea.com
michael.bertelsen@nordea.com
michael.kristensen@nordea.com
michal.danielewicz@nordea.com
mika.karikoski@nordea.com
mikael.melto@nordea.lu
mogens.kok@nordea.com
morten.grove@nordea.com
morten.steinsland@nordea.com
nana.larsson@nordea.com
niels.christensen@nordea.com
niels.juhl.christensen@nordea.com
niels.mejer@nordea.com
niklas.lindberg@nordea.com
nuri.goncy@nordea.com
oda.m.myklebust@nordea.com
ole.hakon.eek-nielsen@nordea.com
patrik.roos@nordea.com
paul.okholm@nordea.com
paul.westesson@nordea.com
pedergervin.pedersen@nordea.lu
per.engstrom@nordea.com
per.frederiksen@nordea.com
per.gregersen@nordea.com
per.martinelle@nordea.com
per.moller@nordea.com
per.ulderup@nordea.com
per-ake.rydgard@nordea.com
pernille.svensson@nordea.com
peter.brag@nordea.com
peter.dahlgren@nordea.com
peter.dalmalm@nordea.com
peter.danielsson@nordea.com
peter.kijne@nordea.com
peter.konstantyner@nordea.com
peter.liedholm@nordea.com
peter.mikkelsen@nordea.dk
peter.nicolson@nordea.com
philip.jagd@nordea.dk
poul.callesen@nordea.com
poul.winslov@nordea.com
poul.winslow@nordea.com
rene.petersen@nordea.com
richard.henricsson@nordea.com
richard.ritschel@nordea.lu

## Company & Corresponding Email Addresses

rickard.calalv@nordea.com
rickard.waldenlind@nordea.com
robert.madsen@nordea.com
robert.naess@nordea.com
robertlie.olson@nordea.com
robery.lingaas@nordea.com
rolf.ohlson@nordea.com
simon.hepworth@nordea.com
soren.aarup@nordea.com
soren.folkmann@nordea.com
soren.mortensen@nordea.com
soren.stilling.christensen@nordea.com
staffan.hornell@nordea.com
steen.blindum@nordea.com
steen.grondahl@nordea.lu
steen.thomsen@nordea.com
stefan.rocklind@nordea.com
stefan.sonnerstedt@nordea.com
stig.berg@nordea.com
sune.jensen@nordea.com
svante.sundholm@nordea.com
t.frederiksen@nordea.com
theis.nygaard@nordea.com
thihien.nguyen-khac@nordea.com
thomas.ladefoged@nordea.com
thomas.lindquist@nordea.com
thomas.sorensen@nordea.com
tim.jaksland@nordea.com
tim.madsen@nordea.com
tina.mortensen@nordea.com
tom.holflod@nordea.com
torben.f@nordea.com
torben.madsen@nordea.lu
torben.skodeberg@nordea.com
torbjorn.kronblad@nordea.com
ulf.stejmar@nordea.com
ulrich.hejle@nordea.com
ulrik.frederiksen@nordea.com
veronika.landsgard@nordea.com
william.shannon@nordea.com
xx@nordea.com

**nordeany**
carlton.steele@nordeany.com

**nordeasecurities**
jan.mathiasen@nordeasecurities.com
poul.ahlmann@nordeasecurities.com

**nordinvest**
kuhnwaldt@nordinvest.de
pfeil@nordinvest.de
ruther@nordinvest.de
schaedler@nordinvest.de

**nordlb**
aleksander.wolski@nordlb.com
alessandro.gajano@nordlb.com

**Company & Corresponding Email Addresses**

andrea.odorico@nordlb.de
andreas.kopietz@nordlb.de
andreas.lechte@nordlb.de
andreas.libske@nordlb.de
andreas.schatzler@nordlb.de
andreas.wilke@nordlb.de
andrew.robinson@nordlb.com
audrey.tan@nordlb.com
axel.weidemann@nordlb.de
beverly.zakre@nordlb.com
bianca.evermann@nordlb.de
boris.haut@nordlb.de
bruce.gresswell@nordlb.com
carsten.tegtmeier@nordlb.de
chiang.kim.koh@nordlb.com
christian.pollmann@nordlb.de
christian.selbach@nordlb.de
claas.martens@nordlb.de
daniel.gerhardy@nordlb.com
david.dziekanski@nordlb.de
david.rowley@nordlb.com
dirk.sauer@nordlb.de
dirk.schlademann@nordlb.com
eberhard.becker@nordlb.de
frank.bartschat@nordlb.de
georg.peters@nordlb.com
gerhard.trippner@nordlb.de
guenter.dunkel@nordlb.com
hans-joachim.rohde@nordlb.de
hans-werner.seidel@nordlb.com
heiko.falke@nordlb.de
heinz-bernd.schmitz@nordlb.de
hinrich.holm@nordlb.com
ian.samson@nordlb.com
ingrid.lehmann@nordlb.de
isabelle.drinkuth@nordlb.com
jan.dejonge@nordlb.com
jean.lehmann@nordlb.com
jens.dierksen@nordlb.de
jens.kirsten@nordlb.de
jens-peter.vosseler@nordlb.de
joerg.jansen@nordlb.de
johannesjorg.riegler@nordlb.de
jonathan.mclaughlin@nordlb.com
juergen.dolle@nordlb.de
jutta.gieseler@nordlb.com
kai-ulrich.doerries@nordlb.de
kenneth.schmidt@nordlb.com
kevin.berger@nordlb.com
kin.hong.yeong@nordlb.com
kirsty.allen@nordlb.com
kirsty.gage@nordlb.com
konrad.kleinfeld@nordlb.de
lutz.kuhlmann@nordlb.de

## Company & Corresponding Email Addresses

lutz.ulbrich@nordlb.de
malte.stoeckhert@nordlb.com
marcus.mund@nordlb.de
martin.jank@nordlb.lu
martin.moeller@nordlb.de
martin.reichel@nordlb.de
matthias.eiternick@nordlb.de
mena.terveen@nordlb.de
michael.akmann@nordlb.de
michael.kiesewetter@nordlb.de
michael.stuenkel@nordlb.de
michael.wallis@nordlb.de
monika.sieniawska@nordlb.com
nelson.ma@nordlb.com
nisha.chengappa@nordlb.com
oliver.bohnsack@nordlb.de
omar.bolli@nordlb.com
paolo.aquino@nordlb.com
peter.fricke@nordlb.de
raimund.ferley@nordlb.de
salimah.osman@nordlb.com
sam.weinstock@nordlb.com
samira.laouer@nordlb.com
sergio.garcia@nordlb.com
sim.ee.san@nordlb.com
sonning.bredemeier@nordlb.de
stefan.rahaus@nordlb.de
stephen.hunter@nordlb.com
thomas.body@nordlb.lu
thomas.hoefermann@nordlb.de
thomas.liebe@nordlb.de
timothy.martin@nordlb.com
tjin.ong.kwok@nordlb.com
udo.schacht@nordlb.de
ulrich.scheppan@nordlb.de
ulrich.vogel@nordlb.lu
uwe.neumann@nordlb.de
uwe.rossmannek@nordlb.de
wainwright.babb@nordlb.com
werner.bade@nordlb.de
wolfgang.matzen@nordlb.de
wolfgang.michael.roth@nordlb.de

### nordstrom

andrew.nesse@nordstrom.com
david.loretta@nordstrom.com
jan.anderson@nordstrom.com
jonathan.w.saunders@nordstrom.com
kim.wolborsky@nordstrom.com
rj.jones@nordstrom.com
robin.williams@nordstrom.com

### norges-bank

anne-berit.christiansen@norges-bank.no
asbjorn.fidjestol@norges-bank.no
bjorn.taraldsen@norges-bank.no

## Company & Corresponding Email Addresses

bjorn-roger.wilhelmsen@norges-bank.no
henning.haugerudbraten@norges-bank.no
jan.qvigstad@norges-bank.no
jan-reinert.kallum@norges-bank.no
knut-n.kjaer@norges-bank.no

**norgeskredit**
roger.nilsen@norgeskredit.no

**norgeskreditt**
andreas.heiberg@norgeskreditt.no

**normura**
bhirschberg@us.normura.com

**norrybank**
jdsteele@norrybank.com

**northcentraltrust**
bbosch@northcentraltrust.com
grolain@northcentraltrust.com
jbiondich@northcentraltrust.com
rvanrooyen@northcentraltrust.com

**northernhancockbank**
mmangano@northernhancockbank.com

**northernhanockbank**
cbutterfield@northernhanockbank.com

**northernlights**
ebutcher@northernlights.net

**northernrock**
andy.mcclean@northernrock.co.uk
annie.johnson@northernrock.co.uk
antony.swalwell@northernrock.co.uk
ben.thompson@northernrock.co.uk
c.scott@northernrock.co.uk
carl.flinn@northernrock.co.uk
cheryl.nichols@northernrock.co.uk
chris.storey@northernrock.co.uk
claire.blackett@northernrock.co.uk
david.johnson@northernrock.co.uk
derek.robinson@northernrock.co.uk
emma.tait@northernrock.co.uk
helen.illingworth@northernrock.co.uk
jane.rowell@northernrock.co.uk
jill.cassells@northernrock.co.uk
john.deane@northernrock.co.uk
nancy.irwin@northernrock.co.uk
phil.horner@northernrock.co.uk
phil.robinson@northernrock.co.uk
russell.brown@northernrock.co.uk
simon.beverley@northernrock.co.uk
sonia.crooks@northernrock.co.uk
stella.brown@northernrock.co.uk
steve.johnson@northernrock.co.uk
tim.pickering@northernrock.co.uk
tony.pierce@northernrock.co.uk
yen-lan.chueh@northernrock.co.uk

**northerntrust**
paj2@northerntrust.com

## Company & Corresponding Email Addresses

**northfieldsb**
albertregen@northfieldsb.com
johnalexander@northfieldsb.com

**northgrum**
myersal@mail.northgrum.com

**northseacapital**
anders.bang@northseacapital.com
lauge.sletting@northseacapital.com
patrik.nevsten@northseacapital.com
thomas.otbo@northseacapital.com

**northshorebank**
dwallach@northshorebank.com

**northsidebank**
esmeltzer@northsidebank.com
wmarsh@northsidebank.com

**northwesternm**
rrogers-windsor@northwesternm.dum

**northwesternmutual**
adampassarelli@northwesternmutual.com
allanschmitz@northwesternmutual.com
amiebrouillard@northwesternmutual.com
andrewprekop@northwesternmutual.com
andrewwassweiler@northwesternmutual.com
andyeng@northwesternmutual.com
angelascodellaro@northwesternmutual.com
anthonypolston@northwesternmutual.com
antionetteparish@northwesternmutual.com
beiwang@northwesternmutual.com
billwalker@northwesternmutual.com
bradcomincioli@northwesternmutual.com
bradkunath@northwesternmutual.com
brettelver@northwesternmutual.com
brianyeazel@northwesternmutual.com
brucepflaum@northwesternmutual.com
caesarcastroverde@northwesternmutual.com
carlbrummond@northwesternmutual.com
ccunningham@northwesternmutual.com
charliechang@northwesternmutual.com
chrisswain@northwesternmutual.com
christianmitchell@northwesternmutual.com
christikubiak@northwesternmutual.com
christinaantczak@northwesternmutual.com
christinamirarchi@northwesternmutual.com
craigcuzmanko@northwesternmutual.com
curtisludwick@northwesternmutual.com
danielknuth@northwesternmutual.com
danielmeehan@northwesternmutual.com
danielsauer@northwesternmutual.com
danielstier@northwesternmutual.com
danjulka@northwesternmutual.com
dannyflesch@northwesternmutual.com
davebarras@northwesternmutual.com
davekeuler@northwesternmutual.com
davidells@northwesternmutual.com

**Company & Corresponding Email Addresses**

davidhenderson@northwesternmutual.com
debraley@northwesternmutual.com
denniskorjenek@northwesternmutual.com
diannatorres@northwesternmutual.com
dinapetersen@northwesternmutual.com
dougpeck@northwesternmutual.com
ebanaszynski@northwesternmutual.com
erichwolff@northwesternmutual.com
ericzenner@northwesternmutual.com
gregsirotek@northwesternmutual.com
houstonmalden@northwesternmutual.com
howardstern@northwesternmutual.com
jacobgelfand@northwesternmutual.com
janinebrezovar@northwesternmutual.com
jasonschultz@northwesternmutual.com
jasonsmith@northwesternmutual.com
jasonsteigman@northwesternmutual.com
jasontkrueger@northwesternmutual.com
jebbentley@northwesternmutual.com
jeffdeangelis@northwesternmutual.com
jefferynelson@northwesternmutual.com
jeffkrumenauer@northwesternmutual.com
jeffkrygiel@northwesternmutual.com
jeffreylueken@northwesternmutual.com
jeffreysiegel@northwesternmutual.com
jeromebaier@northwesternmutual.com
jillgrueninger@northwesternmutual.com
johncroberts@northwesternmutual.com
johnkendall@northwesternmutual.com
johnschlifske@northwesternmutual.com
jonathanprod@northwesternmutual.com
jonsattler@northwesternmutual.com
jtravia@northwesternmutual.com
karenanderson@northwesternmutual.com
karlaadams@northwesternmutual.com
kategreen@northwesternmutual.com
kathleenbrooks@northwesternmutual.com
kathleenmurphy@northwesternmutual.com
kathycarey@northwesternmutual.com
kathysprague@northwesternmutual.com
kbreitzman@northwesternmutual.com
keiththompson@northwesternmutual.com
kennethbazan@northwesternmutual.com
larryrhodes@northwesternmutual.com
leahwestfall@northwesternmutual.com
leegeronime@northwesternmutual.com
lisacadotte@northwesternmutual.com
lisavasquez@northwesternmutual.com
lorikiraly@northwesternmutual.com
margaretlusiba@northwesternmutual.com
markboyle@northwesternmutual.com
markdoll@northwesternmutual.com
markkishler@northwesternmutual.com
markraffles@northwesternmutual.com

**Company & Corresponding Email Addresses**

martinmoser@northwesternmutual.com
martybutorac@northwesternmutual.com
marylinehan@northwesternmutual.com
maryphillips@northwesternmutual.com
masonross@northwesternmutual.com
mattcarroll@northwesternmutual.com
mattgruber@northwesternmutual.com
maureenshaughnessy@northwesternmutual.com
michaelbay@northwesternmutual.com
michaeldowdell@northwesternmutual.com
michaelholloway@northwesternmutual.com
michaeltreptow@northwesternmutual.com
michellemarsh@northwesternmutual.com
mikebuchholz@northwesternmutual.com
mikejohnson@northwesternmutual.com
mikemitch@northwesternmutual.com
mitchellwilner@northwesternmutual.com
muthusankar@northwesternmutual.com
nancyloferski@northwesternmutual.com
nataliewalrand@northwesternmutual.com
nickdefino@northwesternmutual.com
oleggurin@northwesternmutual.com
pablobarrutia@northwesternmutual.com
patriciavankampen@northwesternmutual.com
paultews@northwesternmutual.com
petereinders@northwesternmutual.com
philiprichards@northwesternmutual.com
quinnnoel@northwesternmutual.com
randalralph@northwesternmutual.com
rayauth@northwesternmutual.com
richardstrait@northwesternmutual.com
robertorgan@northwesternmutual.com
rrogers-windsor@northwesternmutual.com
ryanberg@northwesternmutual.com
ryandenton@northwesternmutual.com
sachintulyani@northwesternmutual.com
sandyrivas@northwesternmutual.com
seantwohig@northwesternmutual.com
srinivasbodapati@northwesternmutual.com
stanleynunoo@northwesternmutual.com
stevecoleman@northwesternmutual.com
stevenarthur@northwesternmutual.com
stevenlyons@northwesternmutual.com
steveswanson@northwesternmutual.com
stevetallmadge@northwesternmutual.com
stevewarren@northwesternmutual.com
stevewilson@northwesternmutual.com
teddryden@northwesternmutual.com
timbrown@northwesternmutual.com
timkellen@northwesternmutual.com
toddagger@northwesternmutual.com
toddjankowski@northwesternmutual.com
tomcarroll@northwesternmutual.com
troybarnett@northwesternmutual.com

## Company & Corresponding Email Addresses

varunmehta@northwesternmutual.com
wallysmith@northwesternmutual.com
zachbloom@northwesternmutual.com

### northwsternmutual
reganhindman@northwsternmutual.com

### norwest
heather.h.mootz@norwest.com
james.j.croyle@norwest.com
kathy.gray@nmb.norwest.com
marilyn.r.kemme@norwest.com
sung.w.sohn@norwest.com

### norwich
marina.horwood@norwich.co.uk
praveen.richard@norwich.union.co.uk

### norwich-union
andrew.r.walton@norwich-union.co.uk
beth.luckin@norwich-union.co.uk
kewh@norwich-union.co.uk
neil.davies@norwich-union.co.uk
owen.griffiths@norwich-union.co.uk
richard.field@norwich-union.co.uk
robert.mellows@norwich-union.co.uk
yvonne.alston@norwich-union.co.uk

### norwich-union-life
chris.lewis7@norwich-union-life.co.uk
david.walsh2@norwich-union-life.co.uk
graham.johnston@norwich-union-life.co.uk
james.pearson@norwich-union-life.co.uk
john.lister@norwich-union-life.co.uk
john.osman@norwich-union-life.co.uk
nigel.hayes@norwich-union-life.co.uk
paul.harbord@norwich-union-life.co.uk
ranadeep.banerjee@norwich-union-life.co.uk
richard.green@norwich-union-life.co.uk
richard.kelsall@norwich-union-life.co.uk
richard.kelsall@norwich-union-life.com
steve.abel@norwich-union-life.co.uk
tony.spiers@norwich-union-life.co.uk

### notavail
na@notavail.com

### notes
bjorn.andersson@notes.electrolux.se
carlo.venneri@notes.electrolux.it
johan.bygge@notes.electrolux.se
luciano.cadamuro@notes.electrolux.it
marcellina.bazzo@notes.electrolux.it
michael_a_vardas@notes.ntrs.c
see@notes.not

### nothwesternmutual
blanedexheimer@nothwesternmutual.com

### novarabank
desistog@novarabank.com
pennal@novarabank.com

### novartis

## Company & Corresponding Email Addresses

adam.guthrie-james@novartis.com
aditya.bahl@novartis.com
aled_paton.williams@novartis.com
amal.khouri@novartis.com
amit.sadana@novartis.com
andre.ludin@group.novartis.com
andrea.waterhouse@pharma.novartis.com
andrea_ruff.waterhouse@pharma.novartis.com
andreas.kempf@pharma.novartis.com
andy.davis@pharma.novartis.com
anna.tsyrlova@novartis.com
anthony.martinangelo@pharma.novartis.com
atul.dandekar@novartis.com
axel.maibuecher@pharma.novartis.com
barbara.frisch@novartis.com
basil.goetsch@group.novartis.com
beat.steffen@pharma.novartis.com
betsy.nichols@novartis.com
binu.chaudhuri@pharma.novartis.com
boris.przytulski@novartis.com
brian.goldfus@novartis.com
carmen.burkhardt@pharma.novartis.com
cengiz.torer@novartis.com
cenk.cetin@novartis.com
cenkcetin@novartis.com
chantal.schmit@pharma.novartis.com
charles.lam@novartis.com
charles.monville@novartis.com
christian.besser@pharma.novartis.com
christian.gumpenberger@novartis.com
christian.hauck@novartis.com
christine.fischette@novartis.com
claire.nash@novartis.com
clement.schupp@group.novartis.com
daniel.weiss@novartis.com
darien.kadens@novartis.com
david.jimenez@pharma.novartis.com
david.lennon@novartis.com
david.mettler@novartis.com
david.wang@pharma.novartis.com
debraj.dasgupta@novartis.com
denis.asmar-kristiansen@novartis.com
dennis.hom@novartis.com
don.degolyer@pharma.novartis.com
doris.luescher_von_arx@pharma.novartis.com
edward.kurmann@novartis.com
elisa.peduzzi@novartis.com
ferdinando.porcellini@group.novartis.com
frances.wildhaber@group.novartis.com
francisco.bouzas@group.novartis.com
frank.dorka@novartis.com
franz.ehrensberger@gx.novartis.com
gerrard.terlouw@novartis.com
grace.xu@pharma.novartis.com

**Company & Corresponding Email Addresses**

hai.zhang@novartis.com
hans.troger@gx.novartis.com
hao.li@novartis.com
hari.thrivikramji@pharma.novartis.com
hari_sven.krishnan@novartis.com
harish.kaushal@novartis.com
helen-yw.lau@pharma.novartis.com
henry.wiersing@novartis.com
holger.kollmer@novartis.com
holger_b.mueller@novartis.com
howard.davis@novartis.com
jane.moulding@group.novartis.com
jasmin.patel@pharma.novartis.com
jean-bernard.gruenberger@pharma.novartis.com
jennifer.sung@novartis.com
jillian.amaral@pharma.novartis.com
joshi.venugopal@novartis.com
judi.gledhill@pharma.novartis.com
juergen.pohle@novartis.com
karen.huebscher@group.novartis.com
karen.nelson@novartis.com
kristin.yarema@novartis.com
kumar.ramamoorthy@pharma.novartis.com
kurt.schoergendorfer@novartis.com
laura.reimer@novartis.com
li.zhang@pharma.novartis.com
marcelo.garcia@novartis.com
mark.higgins@pharma.novartis.com
mark.matthisson@pharma.novartis.com
markus.ewert@novartis.com
markus.kalousek@novartis.com
martin.petracchi@pharma.novartis.com
mathieu.fortier@novartis.com
michael.haas@group.novartis.com
michael.meding@novartis.com
milton.grannatt@novartis.com
mitsuyoshi.minagawa@novartis.com
monika.giese@novartis.com
neil.johnston@novartis.com
nicholas.franco@pharma.novartis.com
nicole.valentini@group.novartis.com
nigel_scott.cook@pharma.novartis.com
nitin.somani@novartis.com
paolo.tramontana@group.novartis.com
pascale.oddou@pharma.novartis.com
peter.gygax@pharma.novartis.com
peter.thomas@group.novartis.com
raju.adhikari@novartis.com
rakesh.patel@novartis.com
raviprakash.dugyala@novartis.com
raymund.scheffrahn@novartis.com
rene.gilvert@novartis.com
richard.cai@novartis.com
rina.ghez@novartis.com

## Company & Corresponding Email Addresses

rita.kelley@pharma.novartis.com
roland.bettex@group.novartis.com
roland.eidherr@gx.novartis.com
romain.lege@novartis.com
ruey-shiuan.tsai@novartis.com
samir.master@pharma.novartis.com
sandra.disse_nicodeme@novartis.com
sean.jeong@novartis.com
shahe.sanentz@novartis.com
shiva.krupa@novartis.com
shohreh.gholsorkhi@pharma.novartis.com
silja.chouquet@pharma.novartis.com
srini.srinivasan@novartis.com
stefanie.steiner@groups.novartis.com
stefanie.witte@novartis.com
takanori.kanazawa@novartis.com
therese.johnsen@novartis.com
thomas.ebeling@novartis.com
thomas.hasmann@pharma.novartis.com
tong.zhao@novartis.com
trong-luu.truong@pharma.novartis.com
ulrich.osswald@novartis.com
ulrike.von_krosigk@novartis.com
urs.gfeller@group.novartis.com
ute.rohner@pharma.novartis.com
vanessa.king@novartis.com
vas.narasimhan@novartis.com
vincent.de_valliere@group.novartis.com
werner.schmidt@pharma.novartis.com
wolfgang.hofmann@group.novartis.com
yakun.li@novartis.com
yasmine.malak@novartis.com
yvan.leclercq@pharma.novartis.com

### novell
bmodersitzki@novell.com
mbrimhall@novell.com
rpowell@novell.com

### novelluscapital
blevine@novelluscapital.com
bpatterson@novelluscapital.com
jbryan@novelluscapital.com

### npbs
david.hair@npbs.co.uk
simon.cunliffe@npbs.co.uk

### nrcl
a.earl@nrcl.com
e.stein@nrcl.com
g.leporati@nrcl.com
j.wood@nrcl.com
m.bianchi@nrcl.com
m.duncan@nrcl.com
m.hughes@nrcl.com
p.newman@nrcl.com
r.goel@nrcl.com

## Company & Corresponding Email Addresses

r.stauss@nrcl.com

### nria
thattori@nria.com
tyoshinaga@nria.com

### nrts
ps78@nrts.com

### nrucfc
dwight.brown@nrucfc.coop
ewings@nrucfc.org
michelle.poyer@nrucfc.coop
steven.lilly@nrucfc.org
teri.ocampo@nrucfc.coop

### nsc
amy.lo@nsc.com
eva.leung@nsc.com
kazumi.ohira@nsc.com
laura.faller@nsc.ocm
lieh.oung@nsc.com

### nscorp
leanne.marilley@nscorp.com

### nsmcapital
bulk@nsmcapital.com

### ntra
jlb17@ntra.com

### ntrs
aab3@ntrs.com
aaj@ntrs.com
ab147@ntrs.com
ab62@ntrs.com
abm2@ntrs.com
ac118@ntrs.com
ac154@ntrs.com
acm2@ntrs.com
adh7@ntrs.com
adnan_khan@ntrs.com
ae14@ntrs.com
aet@ntrs.com
af40@ntrs.com
afs1@ntrs.com
ag30@ntrs.com
ag96@ntrs.com
agb3@ntrs.com
ah101@ntrs.com
ah46@ntrs.com
ah54@ntrs.com
aj57@ntrs.com
ajp4@ntrs.com
akb@ntrs.com
alan_robertson@ntrs.com
alexander_de_giorgio@notes.ntrs.com
alison_powell@ntrs.com
am121@ntrs.com
am169@ntrs.com
am192@ntrs.com

## Company & Corresponding Email Addresses

am28@ntrs.com
am52@ntrs.com
am64@ntrs.com
amc14@ntrs.com
amf1@ntrs.com
ams2@ntrs.com
an40@ntrs.com
andrei_kasianenko@notes.ntrs.com
andy_clayton@notes.ntrs.com
andy_mackellow@notes.ntrs.com
ar64@ntrs.com
arb2@ntrs.com
arch_king@ntrs.com
arr2@ntrs.com
as107@ntrs.com
atanas_alexiev@notes.ntrs.com
ay7@ntrs.com
baltz.timothy@ntrs.com
bbt1@ntrs.com
bc17@ntrs.com
bc37@ntrs.com
bck1@ntrs.com
bcs1@notes.ntrs.com
bdr1@ntrs.com
be8@ntrs.com
beg2@ntrs.com
beth.debryun@ntrs.com
bfl2@ntrs.com
bh79@ntrs.com
bjg1@ntrs.com
bjj1@ntrs.com
bk35@ntrs.com
bla1@ntrs.com
blt3@ntrs.com
bm84@ntrs.com
bpf2@ntrs.com
brp5@ntrs.com
bsa@ntrs.com
bsh1@ntrs.com
bv9@ntrs.com
can3@ntrs.com
car7@ntrs.com
cassandra_guichard@notes.ntrs.com
cb123@ntrs.com
cc62@ntrs.com
ces3@ntrs.com
cg10@ntrs.com
ch105@ntrs.com
christopher_m_isemann@notes.ntrs.com
christopher_thompson@ntrs.com
cj41@ntrs.com
cje2@ntrs.com
cjk1@ntrs.com
cjn2@ntrs.com

## Company & Corresponding Email Addresses

cl2@ntrs.com
cl26@ntrs.com
cl74@ntrs.com
cm141@ntrs.com
cmg2@ntrs.com
cmg4@ntrs.com
co8@ntrs.com
colin_robertson@notes.ntrs.com
cr38@ntrs.com
cr50@ntrs.com
cs12@ntrs.com
cs21@ntrs.com
css1@ntrs.com
cst1@ntrs.com
cw30@ntrs.com
cy5@ntrs.com
czr1@ntrs.com
da1@ntrs.com
da45@ntrs.com
dal@ntrs.com
daniel_iscra@notes.ntrs.com
dat2@ntrs.com
dav3@ntrs.com
david.rothon@notes.ntrs.com
david_hayton@notes.ntrs.com
david_kalis@notes.ntrs.com
db16@ntrs.com
db85@ntrs.com
dbc1@ntrs.com
dc40@ntrs.com
dch1@ntrs.com
dd109@ntrs.com
dd44@ntrs.com
ddt@ntrs.com
den1@ntrs.com
dfc1@ntrs.com
dfk1@ntrs.com
dh69@ntrs.com
diane_jones@ntrs.com
didier_haenecour@ntrs.com
dk39@ntrs.com
dk90@ntrs.com
dkm@ntrs.com
dkm5@ntrs.com
dkw2@ntrs.com
dlk6@ntrs.com
dlr11@ntrs.com
dm12@ntrs.com
dm17@ntrs.com
dm172@ntrs.com
dm36@ntrs.com
dm62@ntrs.com
dm80@ntrs.com
dontusethis@ntrs.com

**Company & Corresponding Email Addresses**

dp13@ntrs.com
dp6@ntrs.com
dp61@ntrs.com
dpd2@ntrs.com
dr@ntrs.com
drp4@ntrs.com
ds111@ntrs.com
ds69@ntrs.com
dsa2@ntrs.com
dsd3@ntrs.com
dss2@notes.ntrs.com
du@ntrs.com
dz6@ntrs.com
eah@ntrs.com
eaw1@ntrs.com
eb46@ntrs.com
eb50@ntrs.com
ec19@ntrs.com
ec37@ntrs.com
ec51@ntrs.com
ecb2@ntrs.com
ech3@ntrs.com
ecm3@ntrs.com
ed.gonzalez@ntrs.com
ed.krisko@ntrs.com
edward_woods@ntrs.com
egk1@ntrs.com
eh15@ntrs.com
eja3@ntrs.com
ejo1@ntrs.com
ek8@ntrs.com
elaine_stankiewicz@notes.ntrs.com
eo6@ntrs.com
er5@ntrs.com
eric_lovetorn@notes.ntrs.com
eric_misenheimer@notes.ntrs.com
ers1@ntrs.com
et44@ntrs.com
eusebio_sanchez@notes.ntrs.com
evb@ntrs.com
ewj1@ntrs.com
ey2@ntrs.com
fk12@ntrs.com
fo10@ntrs.com
frank_sutton@ntrs.com
ga13@ntrs.com
gary_clunie@ntrs.com
gb63@ntrs.com
gbt@ntrs.com
gbv1@ntrs.com
gd45@ntrs.com
geb1@ntrs.com
ged3@ntrs.com
george_dernulc@ntrs.com

**Company & Corresponding Email Addresses**

gf6@ntrs.com
gj24@ntrs.com
gjg@ntrs.com
gk18@ntrs.com
glk1@ntrs.com
gloria_j_waters@notes.ntrs.com
gm10@ntrs.com
gmh@ntrs.com
gml2@ntrs.com
gmr1@ntrs.com
gregory_pasieka@notes.ntrs.com
gs58@ntrs.com
gw39@ntrs.com
helen_longhurst@notes.ntrs.com
helen_macdonell@ntrs.com
hg26@ntrs.com
hmm1@ntrs.com
hn6@ntrs.com
hp14@ntrs.com
hsc3@ntrs.com
ht18@ntrs.com
ib7@ntrs.com
ic14@ntrs.com
ig12@ntrs.com
ig16@ntrs.com
ijc@ntga.ntrs.com
iw12@ntrs.com
iws1@ntrs.com
jaa7@ntrs.com
jab15@ntrs.com
james_doolittle@notes.ntrs.com
james_gregory@notes.ntrs.com
jason.toussaint@ntrs.com
jb127@ntrs.com
jb136@notes.ntrs.com
jb204@ntrs.com
jb254@ntrs.com
jb84@ntrs.com
jbc3@ntrs.com
jbl@notes.ntrs.com
jbt2@ntrs.com
jc108@ntrs.com
jc143@ntrs.com
jc68@ntrs.com
jcc1@ntrs.com
jcw2@ntrs.com
jd9@ntrs.com
jdd3@ntrs.com
jdl2@ntrs.com
jdr3@ntrs.com
jec6@ntrs.com
jek1@ntrs.com
jennifer_m_seay@notes.ntrs.com
jew2@ntrs.com

**Company & Corresponding Email Addresses**

jg18@ntrs.com
jgb1@ntrs.com
jh149@ntrs.com
jh31@ntrs.com
jh5@ntrs.com
jh64@ntrs.com
jim_brefeld@notes.ntrs.com
jj8@ntrs.com
jja1@ntrs.com
jjg2@ntrs.com
jl101@ntrs.com
jl18@ntrs.com
jl70@ntrs.com
jlb17@ntrs.com
jle4@ntrs.com
jlg6@ntrs.com
jlj9@ntrs.com
jm113@ntrs.com
jm36@ntrs.com
jma3@ntrs.com
jmb21@ntrs.com
jmb23@ntrs.com
jmm6@ntrs.com
jms31@ntrs.com
john.bierwaczonek@notes.ntrs.com
john_conley@ntrs.com
john_d_diefenbach@notes.ntrs.com
john_irwin@notes.ntrs.com
john_krieg@ntrs.com
joseph_molloy@ntrs.com
josh_fiennes@ntrs.com
jp135@ntrs.com
jpd@ntrs.com
jpd1@ntrs.com
jph4@ntrs.com
jpk@ntrs.com
jr114@ntrs.com
jr69@ntrs.com
jrd9@ntrs.com
jrg1@ntrs.com
jrg9@ntrs.com
js131@ntrs.com
js142@ntrs.com
js201@ntrs.com
js97@ntrs.com
jsc5@ntrs.com
jsf2@ntrs.com
jt16@ntrs.com
juanita_collins@notes.ntrs.com
jwm6@ntrs.com
jxm8@ntrs.com
jxw2@ntrs.com
jy3@ntrs.com
kaiyee.wong@ntrs.com

## Company & Corresponding Email Addresses

karl_l._capion@ntrs.com
kate_lander@ntrs.com
kb88@ntrs.com
kc27@ntrs.com
kc38@ntrs.com
kc83@ntrs.com
kdm2@ntrs.com
ke@ntrs.com
kelli_klutts@ntrs.com
ken_chilvers@ntrs.com
kevin_connellan@notes.ntrs.com
kevin_hardy@ntrs.com
kevin_m_farrell@notes.ntrs.com
kevin_odonnell@ntrs.com
kevin_o'shaughnessy@notes.ntrs.com
kevin_p_mccormack@notes.ntrs.com
kevin_thaman@notes.ntrs.com
kh96@ntrs.com
khr@ntrs.com
kk48@ntrs.com
klo1@ntrs.com
km24@ntrs.com
km85@ntrs.com
km97@ntrs.com
kma4@ntrs.com
kms1@ntrs.com
kms2@ntrs.com
kp44@ntrs.com
kpj1@ntrs.com
krm2@ntrs.com
ks74@ntrs.com
ksk2@ntrs.com
ksw1@ntrs.com
la27@ntrs.com
lak@ntrs.com
lao2@ntrs.com
lcd2@ntrs.com
lcf1@ntrs.com
ld1@ntrs.com
ldr2@ntrs.com
le3@ntrs.com
lee_clark@ntrs.com
leh1@ntrs.com
liam_egan@notes.ntrs.com
lis_kielmann@ntrs.com
lisa_gargiulo@notes.ntrs.com
lisa_hanrahan@ntrs.com
ljg@ntrs.com
lm107@ntrs.com
lm57@ntrs.com
lmb@notes.ntrs.com
lml4@ntrs.com
lrd1@ntrs.com
ls31@ntrs.com

## Company & Corresponding Email Addresses

ls37@ntrs.com
lss2@ntrs.com
lt38@ntrs.com
maclennan.alyson@ntrs.com
maf7@notes.ntrs.com
mal9@ntrs.com
mar15@ntrs.com
mara_c_fowler@notes.ntrs.com
maria_quintana@ntrs.com
marie_winters@notes.ntrs.com
marina_marchand@ntrs.com
mark_holmes@ntrs.com
mark_j_martinez@ntrs.com
mark_s._skowron@ntrs.com
mary_c_ainger@ntrs.com
mary_kay_wright@ntrs.com
marysa_mason@notes.ntrs.com
matthew_peron@notes.ntrs.com
matthew_such@ntrs.com
mb124@ntrs.com
mb192@ntrs.com
mbb4@ntrs.com
mbm6@ntrs.com
mc15@ntrs.com
mc53@ntrs.com
mc69@ntrs.com
mc98@ntrs.com
md111@ntrs.com
md41@ntrs.com
md71@ntrs.com
md72@ntrs.com
mdg7@ntrs.com
mdr6@ntrs.com
mef4@ntrs.com
mes5@ntrs.com
mf28@ntrs.com
mfh2@ntrs.com
mfw1@ntrs.com
mg57@ntrs.com
michelle_hilliman@ntrs.com
michelle_murphy@ntrs.com
mike_valencia@notes.ntrs.com
mirowski.adam@ntrs.com
mjb6@ntrs.com
mjm14@ntrs.com
mjr3@ntrs.com
mjt1@ntrs.com
mjv@ntrs.com
mjw6@ntrs.com
mk67@ntrs.com
mks4@ntrs.com
ml35@ntrs.com
ml82@ntrs.com
mlf3@ntrs.com

## Company & Corresponding Email Addresses

mlk5@ntrs.com
mm209@ntrs.com
mmb3@ntrs.com
mohammed_uddin@notes.ntrs.com
mp74@ntrs.com
mpe@ntrs.com
mpg3@ntrs.com
mr19@ntrs.com
mrp2@ntrs.com
msw5@ntrs.com
mt74@ntrs.com
mt98@ntrs.com
mtg@ntga.ntrs.com
mu1@ntrs.com
mv6@ntrs.com
mw29@ntrs.com
mz5@ntrs.com
nb62@ntrs.com
nb63@ntrs.com
ndm1@ntrs.com
nick_dymond@ntrs.com
nicola_spicer@notes.ntrs.com
nimish_patel@ntrs.com
nm22@ntrs.com
nml2@ntrs.com
np54@ntrs.com
np61@ntrs.com
nr16@ntrs.com
nw56@ntrs.com
oac1@ntrs.com
oh5@ntrs.com
old1@ntrs.com
osamu_hattori@notes.ntrs.com
pa1@ntrs.com
pa11@ntrs.com
pas8@ntrs.com
patrick_dwyer@ntrs.com
paula_smith@notes.ntrs.com
pdg3@ntrs.com
pdq1@ntrs.com
peter_yi@ntrs.com
pg38@ntrs.com
pgc1@ntrs.com
phillipa_morris@ntrs.com
pjd3@ntrs.com
pjf1@ntrs.com
pjh2@ntrs.com
ppg1@ntrs.com
pr49@ntrs.com
prp1@ntrs.com
pvh@ntrs.com
pw12@ntrs.com
pw46@ntrs.com
rag2@ntrs.com

## Company & Corresponding Email Addresses

rc79@ntrs.com
rcu1@ntrs.com
rg40@ntrs.com
rg55@ntrs.com
rgm1@ntrs.com
ri5@ntrs.com
richard_rothwell@ntrs.com
richards.jason@ntrs.com
rjs1@ntrs.com
rk43@ntrs.com
rl36@ntrs.com
rnl1@ntrs.com
rns@ntrs.com
rob_smith@ntrs.com
robert.bergson@notes.ntrs.com
robert_weeks@notes.ntrs.com
roy_marks@notes.ntrs.com
rp69@ntrs.com
rrb2@ntrs.com
rs101@ntrs.com
rs4@ntrs.com
rss4@ntrs.com
rv1@ntrs.com
rvc1@ntrs.com
rw35@ntrs.com
rw57@ntrs.com
rwm1@ntrs.com
rz5@ntrs.com
sc96@ntrs.com
sd62@ntrs.com
sds6@ntrs.com
sean.finegan@ntrs.com
sean_dillon@ntrs.com
seth.rosenthal@ntrs.com
sf19@ntrs.com
sga1@ntrs.com
sga3@ntrs.com
sh121@ntrs.com
sh127@ntrs.com
sh59@ntrs.com
shanil_shah@notes.ntrs.com
shaun.murphy@ntrs.com
simon_bancroft@notes.ntrs.com
simon_cohen@ntrs.com
skk4@ntrs.com
sl70@ntrs.com
sm168@ntrs.com
smr7@ntrs.com
sonia_lee@ntrs.com
sr59@ntrs.com
srh6@ntrs.com
ss86@ntrs.com
st46@ntrs.com
st58@ntrs.com

## Company & Corresponding Email Addresses

st60@ntrs.com
stefanie.jaron@ntrs.com
stephen_dowds@ntrs.com
stephen_geis@notes.ntrs.com
stephen_watson@ntrs.com
steven_j_santiccioli@ntrs.com
sth2@ntrs.com
struan_malcolm@ntrs.com
sunil_daswani@ntrs.com
suny_park@notes.ntrs.com
susan_dondzik@notes.ntrs.com
sw13@ntrs.com
sw68@ntrs.com
tam1@ntrs.com
tam8@ntrs.com
tanya_fleming@notes.ntrs.com
tarun_kumar@ntrs.com
tb58@ntrs.com
td23@ntrs.com
te2@ntrs.com
tem4@ntrs.com
tf16@ntrs.com
tgs2@ntrs.com
thomas_e_kirkenmeier@notes.ntrs.com
timi_burgess@ntrs.com
timothy_blair@notes.ntrs.com
tj1@ntrs.com
tj4@ntrs.com
tjt2@notes.ntrs.com
tl10@ntrs.com
tms2@ntrs.com
tok@ntga.ntrs.com
tom_williams@ntrs.com
tqw4@ntrs.com
tracy_rowohlt@ntrs.com
troy_muniz@ntrs.com
ts103@ntrs.com
tsp2@ntrs.com
tts@ntrs.com
tw55@ntrs.com
twf1@ntrs.com
twt1@ntrs.com
unknow@ntrs.com
vivek.arora@ntrs.com
vm36@ntrs.com
vpa@ntrs.com
vs10@ntrs.com
vvt1@ntrs.com
wak1@ntrs.com
waol@ntrs.com
wb8@ntrs.com
wc8@ntrs.com
wd10@ntrs.com
wdb1@ntrs.com

## Company & Corresponding Email Addresses

weh@ntrs.com
wfh2@ntrs.com
wl11@ntrs.com
wp2@ntrs.com
yo3@ntrs.com
ys9@ntrs.com

### nts
thosono@nts.ricoh.co.jp

### ntt
banl@ntt.it

### ntt-finance
hiromasa.saiki@ntt-finance.co.jp
kae.yamamoto@ntt-finance.co.jp
keima.takubo@ntt-finance.co.jp
kozo.goto@ntt-finance.co.jp
kyoko.yokooji@ntt-finance.co.jp
masahiro.yamamoto@ntt-finance.co.jp
masaru.nishikawa@ntt-finance.co.jp
shigeru.nakayama@ntt-finance.co.jp
shu.nakai@ntt-finance.co.jp
yukiko.tachibana@ntt-finance.co.jp

### nttl
akihiko.sudo@nttl.co.jp
masaya.yagishita@nttl.co.jp
nobuhiko.nagumo@nttl.co.jp
shinji.nakamura@nttl.co.jp
tatsuo.takahashi@nttl.co.jp

### nuernberger
andreas.billmeyer@nuernberger.de
equity-research@nuernberger.de
fabrizio.fabrizi@nuernberger.de
fi-research@nuernberger.de
fritz.schmidt@nuernberger.de
henning.vonderforst@nuernberger.de
marcus.prella@nuernberger.de
martin.kleinhenz@nuernberger.de
michael.scherbel@nuernberger.de
oliver.fuchs@nuernberger.de
peter.hackenberger@nuernberger.de
stefan.dvorak@nuernberger.de
stefan.igel@nuernberger.de

### nusasim
delucia@nusasim.it
pazzaglia@nusasim.it

### nuveen
amber.kilgore@nuveen.com
bill.fitzgerald@nuveen.com
cadmus.hicks@nuveen.com
cathryn.steeves@nuveen.com
charles.hachten@nuveen.com
christopher.fama@nuveen.com
daniel.harris@nuveen.com
daniel.lomelino@nuveen.com
daniel.sun@nuveen.com

## Company & Corresponding Email Addresses

darrin.decosta@nuveen.com
daverk@nuveen.com
david.altshuler@nuveen.com
david.blair@nuveen.com
doris.nakamura@nuveen.com
douglas.baker@nuveen.com
eileen.paul@nuveen.com
evan.kallberg@nuveen.com
fernando.cristiano@nuveen.com
francis.sorensen@nuveen.com
glen.anderson@nuveen.com
gravem@nuveen.com
jeff.scharf@nuveen.com
john.gambla@nuveen.com
john.miller@nuveen.com
john.molloy@nuveen.com
john.wilhelm@nuveen.com
julie.bialek@nuveen.com
kevin.walker@nuveen.com
loukoj@nuveen.com
maillj@nuveen.com
marilyn.rinaldi@nuveen.com
martin.doyle@nuveen.com
michael.geier@nuveen.com
michael.mcgrath@nuveen.com
michael.white@nuveen.com
middlc@nuveen.com
mieke.holkeboer@nuveen.com
mike.davern@nuveen.com
mike.rosenthal@nuveen.com
mike.sheyker@nuveen.com
neilde@nuveen.com
patricia.klawitter@nuveen.com
paul.berejnoi@nuveen.com
paul.brennan@nuveen.com
philij@nuveen.com
rivese@nuveen.com
rob.guttschow@nuveen.com
scott.romans@nuveen.com
shari.sikes@nuveen.com
stephen.candido@nuveen.com
steve.hlavin@nuveen.com
steve.krupa@nuveen.com
susan.perozzi@nuveen.com
sylvester.njenga@nuveen.com
thomas.berry@nuveen.com
thomas.ellis@nuveen.com
thomas.spalding@nuveen.com
vitaly.chaika@nuveen.com
william.campbell@nuveen.com
wittyv@nuveen.com

### nwa

ben.j.bergum@nwa.com
brad.ellsworth@nwa.com

## Company & Corresponding Email Addresses

david.zanussi@nwa.com
gary.martin@nwa.com
marc.wemple@nwa.com
mickey.foret@nwa.com
thomas.kennedy@nwa.com

### nwbancorp
dreed@nwbancorp.com

### nwbcorp
mgiambrone@nwbcorp.com

### nxbp
alexandre.monthieu@nyc.nxbp.com
bill.maier@nyc.nxbp.com
carol.toh@ap.nxbp.com
caroline.sim@ap.nxbp.com
choon-siang.tay@ap.nxbp.com
clara.hang@ap.nxbp.com
david.grimaldi@nyc.nxbp.com
frank.madden@nyc.nxbp.com
gary.egloff@nyc.nxbp.com
ghislain.schubert@nyc.nxbp.com
guillaume.deparscau@nyc.nxbp.com
harold.birk@nyc.nxbp.com
helen.ho@ap.nxbp.com
irene.sy@nyc.nxbp.com
jessica.chien@ap.nxbp.com
jgana@nyc.nxbp.com
john.cholakis@nyc.nxbp.com
john.lagratta@nyc.nxbp.com
jonathan.totaram@nyc.nxbp.com
kelly.yan@ap.nxbp.com
laurene.daux@nyc.nxbp.com
louis.lavin@nyc.nxbp.com
michael.ferris@nyc.nxbp.com
morgane.detollenaere@ap.nxbp.com
nicolas.zerbib@nyc.nxbp.com
patric.lager@nyc.nxbp.com
per.paulsson@nyc.nxbp.com
philippe.massot@ap.nxbp.com
ralph.daloisio@nyc.nxbp.com
ray.meyer@nyc.nxbp.com
sdas@ap.nxbp.com
sin-minh.tan@ap.nxbp.com
sugar.ng@ap.nxbp.com
thierry.elias@nyc.nxbp.com
timothy.ligowski@nyc.nxbp.com
william.lam@ap.nxbp.com
yannick.leborgne@ap.nxbp.com
yvette.baudron@nyc.nxbp.com

### ny
a.nakajima@ny.tr.mufg.jp
alejandro.latorre@ny.frb.org
alex.cohen@ny.frb.org
alyssa.meyer@ny.frb.org
amanda.stokes@ny.frb.org

## Company & Corresponding Email Addresses

amelia.moncayo@ny.frb.org
angela.o'connor@ny.frb.org
antionette.dennis@ny.frb.org
ateptaya.rakpraja@ny.frb.org
brian.smedley@ny.frb.org
c.fersedi@ny.tr.mufg.jp
cedric.tille@ny.frb.org
christine.joedecke@ny.frb.org
cynthia.echevarria@ny.frb.org
daren.tedeschi@ny.frb.org
david.jones@ny.frb.org
david.saber@ny.frb.org
david.zee@ny.frb.org
davidson.hepburn@ny.frb.org
debby.perelmuter@ny.frb.org
deborah.leonard@ny.frb.org
dina.marchioni@ny.frb.org
dino.kos@ny.frb.org
douglas.bennett@ny.frb.org
ellen.correia@ny.frb.org
eric.stein@ny.frb.org
erica.rosen@ny.frb.org
evan.brown@ny.frb.org
evangeline.drosses@ny.frb.org
f.kawahara@ny.tr.mufg.jp
fabiola.ravazzolo@ny.frb.org
fxstaff.markets@ny.frb.org
glenn.haberbush@ny.frb.org
h.nagashima@ny.tr.mufg.jp
h.saylor@ny.frb.org
h.trueb@ny.tr.mufg.jp
ian.gordon@ny.frb.org
ian.lyngen@ny.frb.org
ilan.solot@ny.frb.org
ira.selig@ny.frb.org
isreal.sendrovic@ny.frb.org
j.nakazeki@ny.tr.mufg.jp
j.sun@ny.tr.mufg.jp
james.bergin@ny.frb.org
james.clark@ny.frb.org
james.harrigan@ny.frb.org
james.white@ny.frb.org
jason.lovelace@ny.frb.org
jason.miu@ny.frb.org
jeff.dawson@ny.frb.org
jeffrey.kong@ny.frb.org
john.clark@ny.frb.org
joseph.posillico@ny.frb.org
joshua.frost@ny.frb.org
joshua.wright@ny.frb.org
julie.remache@ny.frb.org
julie.sylvestre@ny.frb.org
k.ochi@ny.tr.mufg.jp
k.ono@ny.tr.mufg.jp

## Company & Corresponding Email Addresses

kameke.sweeney@ny.frb.org
karin.kimbrough@ny.frb.org
kashmira.karnik@ny.frb.org
katherine.lewis@ny.frb.org
kathryn.chen@ny.frb.org
lara.green-spector@ny.frb.org
laura.brookins@ny.frb.org
laura.sarlo@ny.frb.org
laura.weir@ny.frb.org
lisa.chung@ny.frb.org
lorie.logan@ny.frb.org
luis.gonzalez@ny.frb.org
m.iida@ny.tr.mufg.jp
m.matsuo@ny.tr.mufg.jp
m.odagiri@ny.tr.mufg.jp
mara.bolis@ny.frb.org
mark.cabana@ny.frb.org
mark.choi@ny.frb.org
martijn.schrijvers@ny.frb.org
martijn.schriyers@ny.frb.org
mary.fleisch@ny.frb.org
matthew.hildebrandt@ny.frb.org
matthew.lieber@ny.frb.org
matthew.raskin@ny.frb.org
matthew.richter@ny.frb.org
matthew.rutherford@ny.frb.org
meg.mcconnell@ny.frb.org
michael.carson@ny.frb.org
michael.holscher@ny.frb.org
michael.mcmorrow@ny.frb.org
michael.schetzel@ny.frb.org
michelle.steinberg@ny.frb.org
narissa.schmidt@ny.frb.org
neil.boege@ny.frb.org
niall.coffey@ny.frb.org
om.arya@ny.frb.org
patricia.zobel@ny.frb.org
patrick.dwyer@ny.frb.org
phil.deimus@ny.frb.org
randall.rodda@ny.frb.org
robert.dekle@ny.frb.org
s.endo@ny.tr.mufg.jp
scott.sherman@ny.frb.org
sean.savage@ny.frb.org
sejal.patel@ny.frb.org
shehriyar.antia@ny.frb.org
steven.friedman@ny.frb.org
susan.chase@ny.frb.org
susan.stiehm@ny.frb.org
t.hirota@ny.tr.mufg.jp
t.ueda@ny.tr.mufg.jp
t.yamaguchi@ny.tr.mufg.jp
tim.o'day@ny.frb.org
timothy.johnson@ny.frb.org

## Company & Corresponding Email Addresses

warren.hrung@ny.frb.org
wendy.wong@ny.frb.org
y.sonobe@ny.tr.mufg.jp
zoltan.pozsar@ny.frb.org

### nybea

engr@nybea.com
kungs@nybea.com
marquardtw@nybea.com

### nyc

doreen.davidow@nyc.rabobank.co
thomas.dantonio@nyc.rabobank.c

### nychdc

kdealissia@nychdc.com
kmoore@nychdc.com

### nycomptroller

leanne.antrim@nycomptroller.com
tom.miller@nycomptroller.com

### nyct

msilver@nyct.net

### nykredit

alk@nykredit.dk
amy@nykredit.dk
aren@nykredit.dk
atm@nykredit.dk
avir@nykredit.dk
bfal@nykredit.dk
bjp@nykredit.dk
cf@nykredit.dk
choe@nykredit.dk
clk@nykredit.dk
clm@nykredit.dk
dakr@nykredit.dk
dis@nykredit.dk
est@nykredit.dk
haov@nykredit.dk
hehj@nykredit.dk
heja@nykredit.dk
jama@nykredit.dk
jap@nykredit.dk
jchr@nykredit.dk
jebo@nykredit.dk
jebr@nykredit.dk
jeti@nykredit.dk
jgh@nykredit.dk
jhn@nykredit.dk
jped@nykredit.dk
kfb@nykredit.dk
khyl@nykredit.dk
labe@nykredit.dk
lbp@nykredit.dk
lei@nykredit.dk
lowa@nykredit.dk
mbod@nykredit.dk
moav@nykredit.dk

## Company & Corresponding Email Addresses

nfa@nykredit.dk
pebk@nykredit.dk
peje@nykredit.dk
roso@nykredit.dk
sdla@nykredit.dk
skh@nykredit.dk
soha@nykredit.dk
ssn@nykredit.dk
step@nykredit.dk
tlar@nykredit.dk
toa@nykredit.dk
toh@nykredit.dk
tov@nykredit.dk
trc@nykredit.dk
ulha@nykredit.dk

### nyl
jrubin@nyl.com
thomas_haubenstricker@nyl.com
trini@nyl.com

### nylb
jraphael@nylb.org
jtycon@nylb.org

### nylife
maryellen@nylife.com
rufus_w_davenport@nylife.com

### nylim
abaumber@nylim.com
aclemens@nylim.com
adam_hayden@nylim.com
aj_rzad@nylim.com
al_guiliano@nylim.com
al_martino@nylim.com
albert_montoya@nylim.com
albert_thompson@nylim.com
amcdermo@nylim.com
amisha_kaura@nylim.com
andrew_boschi@nylim.com
andrew_hsiai@nylim.com
anthony_malloy@nylim.com
aparower@nylim.com
arthur_torrey@nylim.com
asniffin@nylim.com
atul_sibal@nylim.com
beth_standbridge@nylim.com
brian_furlong@nylim.com
brian_murdock@nylim.com
carl_emont@nylim.com
carol_meyer@nylim.com
carolie_burroughs@nylim.com
carrie_henick@nylim.com
chantale_olivier@nylim.com
chris_andersen@nylim.com
chris_feind@nylim.com
christian_saltaformaggio@nylim.com

**Company & Corresponding Email Addresses**

christine_martini@nylim.com
christine_robertson@nylim.com
cpoli@nylim.com
daniel_glickman@nylim.com
dave_clement@nylim.com
david_bangs@nylim.com
david_cruz@nylim.com
david_kulo@nylim.com
david_melka@nylim.com
david_sell@nylim.com
david_wright@nylim.com
devon_mccormick@nylim.com
doug_bushell@nylim.com
dserek@nylim.com
efitzger@nylim.com
erik_michaels@nylim.com
follari@nylim.com
francis_ok@nylim.com
george_cherpelis@nylim.com
george_stephanides@nylim.com
gkravchik@nylim.com
grant_davis@nylim.com
harish_kumar@nylim.com
harvey_fram@nylim.com
ivan_jiang@nylim.com
jae_yoon@nylim.com
james_agostisi@nylim.com
james_smith@nylim.com
jeanne_cruz@nylim.com
jeff_boyce@nylim.com
jeffrey_morse@nylim.com
jesse_fisher@nylim.com
jessica_edwards@nylim.com
jhynes@nylim.com
joanne_jung@nylim.com
joanne_sanders@nylim.com
joe_carroll@nylim.com
john_bacso@nylim.com
john_cibbarelli@nylim.com
john_hendricks@nylim.com
jonathan_yan@nylim.com
joseph_mouridy@nylim.com
joshua_botnick@nylim.com
jsindelar@nylim.com
judith_keefe@nylim.com
julie_peng@nylim.com
karen_ng@nylim.com
kathleen_haas@nylim.com
katrina_howard@nylim.com
ken_boertzel@nylim.com
kenneth_chu@nylim.com
kenneth_sommer@nylim.com
kevin_m_smith@nylim.com
knewman@nylim.com

**Company & Corresponding Email Addresses**

kseniya_ryabchenko@nylim.com
lbalagot@nylim.com
lee_baker@nylim.com
lisa_raiti@nylim.com
lisa_scuderi@nylim.com
ludger_hentschel@nylim.com
luke_smith@nylim.com
lviolante@nylim.com
maria.panganiban@nylim.com
mark_campellone@nylim.com
mark_saxonov@nylim.com
mark_talgo@nylim.com
martha_spreen@nylim.com
martin_king@nylim.com
matt_calvi@nylim.com
mblack@nylim.com
mboyce@nylim.com
mcashion@nylim.com
michael_pagano@nylim.com
michael_reifel@nylim.com
michelle_lim@nylim.com
mimi_s_eng@nylim.com
mona_patni@nylim.com
murielle_pierre-louis@nylim.com
ooke@nylim.com
pasquale_fungaroli@nylim.com
patsy_kreitman@nylim.com
paul_cunningham@nylim.com
paul_kraftic@nylim.com
paul_stern@nylim.com
paul_yee@nylim.com
peter_ra@nylim.com
philip_melville@nylim.com
philip_rio@nylim.com
polina_drantyev@nylim.com
post_howland@nylim.com
prossi@nylim.com
qbarker@nylim.com
ralph_marinaccio@nylim.com
rgranber@nylim.com
richard_kehoe@nylim.com
rniyazov@nylim.com
robert_dial@nylim.com
robert_ferguson@nylim.com
robert_young@nylim.com
roxanne_sosa@nylim.com
ruthard_murphy@nylim.com
saba_hekmat@nylim.com
scott_seewald@nylim.com
sday@nylim.com
sfasano@nylim.com
shari_lawson@nylim.com
steve_confessore@nylim.com
steven_lerit@nylim.com

**Company & Corresponding Email Addresses**

steven_williams@nylim.com
stuart_ashton@nylim.com
tammy_mills@nylim.com
terrence_ellison@nylim.com
thomas.wong@nylim.com
thomas_girard@nylim.com
thomas_knoff@nylim.com
thomas_mcardle@nylim.com
timothy_reil@nylim.com
tmahon@nylim.com
todd_stewart@nylim.com
tony_elavia@nylim.com
tricia_capal@nylim.com
trinh_nguyen@nylim.com
tvolpe@nylim.com
victor_samoilovich@nylim.com
vshapsis@nylim.com
wollom@nylim.com

**nypa**

brian.liu@nypa.gov
brian.mcelroy@nypa.gov
lisa.cole@nypa.gov

**nysif**

bgarr@nysif.com
bramo@nysif.com
dlau@nysif.com
jodon@nysif.com
jsayegh@nysif.com
jstep@nysif.com
ldevlin@nysif.com
lpere@nysif.com
mmart@nysif.com
sworr@nysif.com
vaban@nysif.com
wwong@nysif.com

**nystrs**

avanderw@nystrs.state.ny.us
aweimer@nystrs.state.ny.us
dbarzows@nystrs.state.ny.us
dsherman@nystrs.state.ny.us
ggenoves@nystrs.state.ny.us
jcoxon@nystrs.state.ny.us
jvirtane@nystrs.state.ny.us
jwilcox@nystrs.state.ny.us
ljohanse@nystrs.state.ny.us
mwolfe@nystrs.state.ny.us
mwood@nystrs.state.ny.us
pferguso@nystrs.state.ny.us
tlee@nystrs.state.ny.us

**nytimes**

andersonj@nytimes.com
atlas@nytimes.com
bayot@nytimes.com
davidl@nytimes.com

## Company & Corresponding Email Addresses

eaton@nytimes.com
edandr@nytimes.com
forero@nytimes.com
gilpin@nytimes.com
ginger@nytimes.com
gretchen@nytimes.com
jad@nytimes.com
jgillis@nytimes.com
jofuer@nytimes.com
laroht@nytimes.com
louisu@nytimes.com
morgenson@nytimes.com
mweinstein@nytimes.com
norris@nytimes.com
nschwartz@nytimes.com
romeros@nytimes.com
ross.schneiderman@nytimes.com
salpukas@nytimes.com
sommer@nytimes.com
tarango@nytimes.com
vikas@nytimes.com

### nyu
maurice.maertens@nyu.edu

### oakhillinvestments
fwmarketables@oakhillinvestments.com

### oaklandnet
dfjones@oaklandnet.com

### oaktreecap
arobinson@oaktreecap.com
bcook@oaktreecap.com
bmoores@oaktreecap.com
caltendorfer@oaktreecap.com
cboehringer@oaktreecap.com
cnewton@oaktreecap.com
drobinson@oaktreecap.com
fcanciani@oaktreecap.com
flaval@oaktreecap.com
hdambach@oaktreecap.com
jturner@oaktreecap.com
lsimkins@oaktreecap.com
mjones@oaktreecap.com
nducarre@oaktreecap.com
nsharif@oaktreecap.com
purquidi@oaktreecap.com
rreid@oaktreecap.com
smazzoli@oaktreecap.com
zmiddleton@oaktreecap.com

### oaktreecapital
bvaissie@oaktreecapital.com
cward@oaktreecapital.com
seiseler@oaktreecapital.com

### obb
hwessel@obb.com

### oberbank

## Company & Corresponding Email Addresses

can.kuecuekkaplan@oberbank.at
guenther.dratlehner@oberbank.at
harald.limberger@oberbank.at
herwig.krist@oberbank.at
juergen.hoeffle@oberbank.at
mario.loidl@oberbank.at
r.hinterdorfer@oberbank.at
rita.pointer@oberbank.at
robert.musner@oberbank.at
wilfried.brandstetter@oberbank.at

### ocas

cindy.taggart@ocas.com
dan.carter@ocas.com
kim.renners@ocas.com
marybeth.cadle@ocas.com
paul.gerard@ocas.com
scott.vess@ocas.com

### ocbc

bentai@ocbc.com.sg
cheeslraymond@ocbc.com.sg
chiangll@ocbc.com.sg
chooykelsie@ocbc.com.sg
diongcm@ocbc.com
foocy@ocbc.com.sg
gohpwlinda@ocbc.com.sg
hengemstephanie@ocbc.com
jameskhoo@ocbc.com
lamsyelaine@ocbc.com
lawrencewong@ocbc.com.sg
leeanicholas@ocbc.com
leeedith@ocbc.com.sg
leekyalex@ocbc.com.sg
leem@ocbc.com.sg
leesg@ocbc.com.sg
leesmsimon@ocbc.com
linsamuel@ocbc.com.sg
lyeclvivian@ocbc.com.sg
naibh@ocbc.com.sg
ngjtjason@ocbc.com
njiauwclnurdin@ocbc.com
phangkw@ocbc.com
synsmsherman@ocbc.com.sg
szenicole@ocbc.com.sg
tan_yh@ocbc.net
tanaikchye@ocbc.com.sg
tanlh1@ocbc.com.sg
tansnchristine@ocbc.com
tantangkodelvin@ocbc.com.sg
tanyongkhim@ocbc.com.sg
taycwklaus@ocbc.com.sg
teocgcynthia@ocbc.com.sg
tholc@ocbc.com.sg
weeyanhann@ocbc.com.sg
wiradharmap@ocbc.com

## Company & Corresponding Email Addresses

wongkcherbert@ocbc.com.sg
wucliris@ocbc.com.sg
yap_tk@ocbc.com.sg
yeockpatrick@ocbc.com.sg
zhulyjanet@ocbc.com.sg

**occ**
hueston.middleton@occ.trs.gov

**oce**
ritt@oce.nl

**oceanfirst**
rlaskowski@oceanfirst.com

**ocgov**
jxue@ttc.ocgov.com
pcocking@ttc.ocgov.com

**octfcu**
tduong@octfcu.org

**ocwen**
apandey@ocwen.com
aschwartz@ocwen.com
dbroglino@ocwen.com
gstein@ocwen.com
john.stoj@ocwen.com
mmanhart@ocwen.com
mshort@ocwen.com
pritesh.ranjan@ocwen.com
rdelgado@ocwen.com
rfaris@ocwen.com
sajjad.hussain@ocwen.com
smilstein@ocwen.com
werbey@ocwen.com

**oddo**
achacun@oddo.fr
adias@oddo.fr
afoucault@oddo.fr
amarmoiton@oddo.fr
arahme@oddo.fr
bsinescu@oddo.fr
cbraudeau@oddo.fr
cmanik@oddo.fr
cnauphal@oddo.fr
eblel@oddo.fr
echapuis@oddo.fr
ehavardduclos@oddo.fr
fleve@oddo.fr
gallain@oddo.fr
gdeschamps@oddo.fr
ggenere@oddo.fr
ghorenstein@oddo.fr
hleguen@oddo.fr
jbouffier@oddo.fr
jtebeka@oddo.fr
lbert@oddo.fr
llamagnere@oddo.fr
mblanchier@oddo.fr

## Company & Corresponding Email Addresses

mmerran@oddo.fr
msauvageot@oddo.fr
oravey@oddo.fr
phoddo@oddo.fr
plenders@oddo.fr
pnilsson@oddo.fr
priegis@oddo.fr
rboyer@oddo.fr
rtuffier@oddo.fr
salloy@oddo.fr
schamfrault@oddo.fr
sheddadji@oddo.fr
smaillard@oddo.fr
tjosien@oddo.fr
vgomez@oddo.fr
vsteen@oddo.fr
xhoche@oddo.fr
xktorza@oddo.fr

**odec**
jdavis@odec.com
khuddle@odec.com
tbrickhouse@odec.com

**oechsle**
adrian@uk.oechsle.com
davidl@oechsle.com
deek@oechsle.com
jdamon@oechsle.com
joes@oechsle.com
johnm@oechsle.com
johns@oechsle.com
kathleenh@oechsle.com
loisc@oechsle.com
mark@uk.oechsle.com
martinao@oechsle.com
neville@uk.oechsle.com
paulf@oechsle.com
peterr@oechsle.com
peters@oechsle.com
robinr@oechsle.com
tony.leggett@oechsle.com
warren@uk.oechsle.com
yasu@jp.oechsle.com

**oechsle-de**
avogler@oechsle-de.com
franks@oechsle-de.com
rkostal@oechsle-de.com

**oenb**
antoine.veyrassat@oenb.at
daniel.nageler@oenb.at
doris.kutalek@oenb.co.at
duchatcz@oenb.co.at
elisabeth.antensteiner@oenb.co.uk
erich.obetzhofer@oenb.co.at
gerald.fiala@oenb.co.at

## Company & Corresponding Email Addresses

helmut.gruber@oenb.co.at
ingrid.haar-stoehr@oenb.co.at
karl.schleinzer@oenb.co.at
markus.arpa@oenb.co.at
peregrin.chelik@oenb.co.at
reinhold.wanka@oenb.co.at
robert.reinwald@oenb.at
thomas.fichtinger@oenb.co.at
thomas.policzer@oenb.at
walter.benesch@oenb.co.at
walter.sevcik@oenb.co.at
wolfgang.haunold@oenb.co.at

**oeresundsbron**
kvh@oeresundsbron.com

**offitbank**
bdojonovic@offitbank.com
benedetto@offitbank.com
charlton@offitbank.com
chavez@offitbank.com
dutton@offitbank.com
giglia@offitbank.com
johnston@offitbank.com
mckee@offitbank.com
stacey.mcgovern@offitbank.com
steiman@offitbank.com
suk@offitbank.com
ttaylor@offitbank.com
willis@offitbank.com

**offitinvestments**
max.lazard@offitinvestments.com

**offivalmo**
c.masucci@offivalmo.fr

**ofheo**
vikas.mehta@ofheo.gov

**ofi-am**
bkabore@ofi-am.fr
bwatteyne@ofi-am.fr
cmasucci@ofi-am.fr
ehadzic@ofi-am.fr
etrussant@ofi-am.fr
fboinier@ofi-am.fr
fcaulry@ofi-am.fr
ggurfinkiel@ofi-am.fr
joger@ofi-am.fr
lheurtin@ofi-am.fr
mfay@ofi-am.fr
mlongeard@ofi-am.fr
ohuet@ofi-am.fr
ojezequel@ofi-am.fr
orequin@ofi-am.fr
pdumont@ofi-am.fr
pledonche@ofi-am.fr
sbigeard@ofi-am.fr
schow@ofi-am.fr

**Company & Corresponding Email Addresses**

sciccardini@ofi-am.fr
sfiszman@ofi-am.fr
tpauwels@ofi-am.fr
vhachevincenot@ofi-am.fr

**ofii**

akornchankul@ofii.com
bgoggins@ofii.com
ccrooks@ofii.com
cholloway@ofii.com
cmckenzie@ofii.com
dbowers@ofii.com
dgoldfarb@ofii.com
hlee@ofii.com
hwolfe@ofii.com
jdoyle@ofii.com
jfritchman@ofii.com
jglover@ofii.com
jhiggins@ofii.com
jhosler@ofii.com
jreed@ofii.com
jsoto@ofii.com
jweintraub@ofii.com
jwilliams@ofii.com
jzeman@ofii.com
lli@ofii.com
lpham@ofii.com
mmendelhan@ofii.com
mprasad@ofii.com
pbisbey@ofii.com
rheebner@ofii.com
rhill@ofii.com
sdray@ofii.com
thoey@ofii.com
traeke@ofii.com
twalter@ofii.com

**ofiinstititional**

dharper@ofiinstititional.com

**ofiinstitutional**

bmcginn@ofiinstitutional.com
cdecastro@ofiinstitutional.com
dmiles@ofiinstitutional.com
ebergagniini@ofiinstitutional.com
fwang@ofiinstitutional.com
gmansell@ofiinstitutional.com
jfoster@ofiinstitutional.com
jglover@ofiinstitutional.com
jkim@ofiinstitutional.com
kdachille@ofiinstitutional.com
kwoodson@ofiinstitutional.com
lproper@ofiinstitutional.com
lspicer@ofiinstitutional.com
nmccarthy@ofiinstitutional.com
rhadley@ofiinstitutional.com
rpfahl@ofiinstitutional.com

**Company & Corresponding Email Addresses**

sbenjamin@ofiinstitutional.com
tswaney@ofiinstitutional.com

**ofina**

ahainswo@ofina.on.ca
akraas@ofina.on.ca
callain@ofina.on.ca
dpeters@ofina.on.ca
hgraham@ofina.on.ca
ir.coop@ofina.on.ca
ircoop@ofina.on.ca
jplamour@ofina.on.ca
mjusto@ofina.on.ca
mmanning@ofina.on.ca
pmark@ofina.on.ca

**ofivalmo**

abauduin@ofivalmo.fr
abelmedhi@ofivalmo.fr
cchadefaud@ofivalmo.fr
cdemarcy@ofivalmo.fr
cfarrugia@ofivalmo.fr
chassez@ofivalmo.fr
dnussbaum@ofivalmo.fr
fbohin@ofivalmo.fr
glaunay@ofivalmo.fr
hdaigre@ofivalmo.fr
hgoigouxbecker@ofivalmo.fr
jdevry@ofivalmo.fr
jhervy@ofivalmo.fr
jlamarre@ofivalmo.fr
ldespierre@ofivalmo.fr
mbelhouci@ofivalmo.fr
message_rechext@ofivalmo.fr
mmeyers@ofivalmo.fr
obibiano@ofivalmo.fr
oeudes@ofivalmo.fr
pgauthier@ofivalmo.fr
samand@ofivalmo.fr
snisi@ofivalmo.fr
xhoche@ofivalmo.fr

**oge**

fleminds@oge.com
garretmj@oge.com
tidweltj@oge.com
walworcb@oge.com

**ohionational**

irojas@ohionational.cl
jnavarrette@ohionational.cl
joseph_fischer@ohionational.com
maureen_kiefer@ohionational.com
michael_boedeker@ohionational.com
michael_burke@ohionational.com
nathan_hicks@ohionational.com
philip_byrde@ohionational.com

**ohionatl**

## Company & Corresponding Email Addresses

ccarlson@ohionatl.com
jmartin@ohionatl.com
mkahn@ohionatl.com

### ohionayional

ggonzalez@ohionayional.cl

### ohiosavings

adonatelli@ohiosavings.com
apresby@ohiosavings.com
jlederman@ohiosavings.com
pgoldberg@ohiosavings.com
rcrouse@ohiosavings.com
sbesancon@ohiosavings.com

### ohis

deirdre.bruen@ohis.com
ricardo.grados@ohis.com
sfmswaps@ohis.com
yi.wang@ohis.com

### ohman

harald.kjessler@ohman.se
johan.bynelius@ohman.se
jonas.sandefeldt@ohman.se
lena.ryrberg@ohman.se
peter.gummesson@ohman.se
thomas.ringkvist@ohman.se

### ohsers

mbrugger@ohsers.org

### oko

camilla.ahlskog@oko.fi
erkko.wennonen@oko.fi
jari.puhakka@oko.fi
jorma.komulainen@oko.fi
kari.nisula@oko.fi
kim.rellahan@oko.fi
kimmo.lempinen@oko.fi
marko.kosonen@oko.fi
mattila.timo@oko.fi
merja.niemi@oko.fi
mika.uusi-pantti@oko.fi
riku.wiitala@oko.fi

### okobank

antti.marttila@okobank.com
eero.ketola@okobank.com
eeva.niemisto@okobank.fi
esko.torsti@okobank.fi
hanno.hirvinen@okobank.com
harri.kuosmanen@okobank.fi
jorma.alanne@okobank.com
jouni.jarviluoma@okobank.com
juuso.atrila@okobank.fi
kimmo.vuorinen@okobank.com
kristiina.karhos@okobank.fi
kyllikki.pankakoski@okobank.fi
lasse.aarto@okobank.com
mikael.silvennoinen@okobank.com

## Company & Corresponding Email Addresses

olli.ronka@okobank.com
ollipekka.vahvaselka@okobank.com
pekka.petro@okobank.com
petri.kangas@okobank.com
petteri.joensuu@okobank.com
reima.rytsola@okobank.com
reima.rytsola@okobank.fi
tero.rautasuo@okobank.com
tina.schumacher@okobank.fi
vesa.hokkanen@okobank.com

### okosam
stanley@okosam.com

### olayan
c.tirondola@olayan.com
d.hobson@olayan.com
f.amato@olayan.com
h.beyhum@olayan.com
n.habachy@olayan.com

### olayangroup
c.heeran@olayangroup.com
d.bakolas@olayangroup.com
d.sheeler@olayangroup.com
e.farsoun@olayangroup.com
g.fournier@olayangroup.com
h.olayan@olayangroup.com
h.zeibak@olayangroup.com
j.duguid@olayangroup.com
j.giangrasso@olayangroup.com
j.sfiroudis@olayangroup.com
k.rao@olayangroup.com
l.perrotta@olayangroup.com
m.pardo@olayangroup.com
p.bassoul@olayangroup.com
p.hughes@olayangroup.com
r.hottensen@olayangroup.com
r.mccarthy@olayangroup.com
s.danforth@olayangroup.com
t.mccune-vassilev@olayangroup.com

### oldkent
mike.martin@oldkent.com

### oldnational
chris_wolking@oldnational.com
diane_ziliak@oldnational.com
jeff_lorenz@oldnational.com
jim_schmidt@oldnational.com
john_claybon@oldnational.com
john_poelker@oldnational.com
nathan_vogt@oldnational.com

### oleane
gadreau@dial.oleane.com

### oliverwyman
david.gershkoff@oliverwyman.com
norman.leung@oliverwyman.com

### olivetti

## Company & Corresponding Email Addresses

a.nicolotti@olivetti.com
d.ronchetti@olivetti.com
l.tonelli@olivetti.com
r.monti@olivetti.com
s.vaccarino@olivetti.com

### olyangroup
d.jean-jacques@olyangroup.com

### olympiacapital
jkelly@olympiacapital.com

### omam
adrian.farthing@omam.co.uk
amadeo.alentorn@omam.co.uk
andrew.tunks@omam.co.uk
anthony.gunning@omam.co.uk
arvin.panganiban@omam.co.uk
ashton.bradbury@omam.co.uk
aziz.minhas@omam.co.uk
ben.paviour@omam.co.uk
bob.attridge@omam.co.uk
caroline.lee@omam.co.uk
catherine.gladwin@omam.co.uk
catriona.grant@omam.co.uk
chris.higham@omam.co.uk
chris.palmer@omam.co.uk
chris.rule@omam.co.uk
dan.nichols@omam.co.uk
dermot.keegan@omam.co.uk
dev.jadeja@omam.co.uk
donall.comerford@omam.co.uk
eoin.murray@omam.co.uk
eunice.yadi@omam.co.uk
gary.merrick@omam.co.uk
gavin.brown@omam.co.uk
gavin.scott@omam.co.uk
ian.goodhand@omam.co.uk
ian.heslop@omam.co.uk
james.barrett@omam.co.uk
john.mattimore@omam.co.uk
john.philpott@omam.co.uk
jon.marsden@omam.co.uk
jonathan.tierney@omam.co.uk
justin.lines@omam.co.uk
leif.cussen@omam.co.uk
mark.stevens@omam.co.uk
matt.hollier@omam.co.uk
matthew.nagele@omam.co.uk
michael.rose@omam.co.uk
mike.servent@omam.co.uk
nick.williams@omam.co.uk
paul.simpson@omam.co.uk
peter.baxter@omam.co.uk
philip.hunter@omam.com
rachid.semaoune@omam.co.uk
richard.black@omam.co.uk

**Company & Corresponding Email Addresses**

richard.moore@omam.co.uk
richard.tomlinson@omam.co.uk
scott.powers@omam.co.uk
sofia.skalistiri@omam.co.uk
spencer.copp@omam.co.uk
stephen.harrison@omam.co.uk
stephen.snowden@omam.co.uk
suresh.sadasivan@omam.co.uk
theresa.egan@omam.co.uk
tom.kirke@omam.co.uk
tracey.lander@omam.co.uk
will.menne@omam.co.uk

**omantel**
markazi@omantel.net.om

**omb**
andersa@omb.nyc.gov

**omef**
rbeyer@omef.com
tciambotti@omef.com

**omega-advisors**
abrown@omega-advisors.com
adevgan@omega-advisors.com
alexc@omega-advisors.com
bbornstein@omega-advisors.com
bcook@omega-advisors.com
billyg@omega-advisors.com
ckagaoan@omega-advisors.com
cyrus@omega-advisors.com
damorell@omega-advisors.com
davidm@omega-advisors.com
dclifford@omega-advisors.com
dorlow@omega-advisors.com
elevy@omega-advisors.com
finteam@omega-advisors.com
gbroshy@omega-advisors.com
jclifford@omega-advisors.com
jmoleti@omega-advisors.com
jware@omega-advisors.com
kalliope@omega-advisors.com
lgc@omega-advisors.com
mcooper@omega-advisors.com
mcooperman@omega-advisors.com
mnemeth@omega-advisors.com
mpicard@omega-advisors.com
mviscio@omega-advisors.com
nfedorow@omega-advisors.com
nlai@omega-advisors.com
pshangkuan@omega-advisors.com
pswigart@omega-advisors.com
rafaneh@omega-advisors.com
raj@omega-advisors.com
shirley@omega-advisors.com
shurwitz@omega-advisors.com
steven@omega-advisors.com

## Company & Corresponding Email Addresses

tmoe@omega-advisors.com
tor@omega-advisors.com
wvogel@omega-advisors.com
xin@omega-advisors.com

### omegasec
tsakelis@omegasec.gr

### omg
aleida.white@omg.co.uk
david.kenedix@omg.co.uk
mary.jackets@omg.co.uk
petra.sjostedt@omg.co.uk

### omicorp
flondon@omicorp.com

### omigroup
rodrigop@omiam.omigroup.com

### omntel
cbotid2@omntel.net.om

### ompa
smaile@ompa.com

### omron
takahiro_kumon@omron.co.jp

### omv
brigitte.juen@omv.com
david.salisbury@omv.com
erich.waba@omv.com
guenther.arnberger@omv.com
heimo.stauchner@omv.com
hubert.pilgerstorfer@omv.com
investor.relations@omv.com
michael.webster@omv.com
monika.schandor-steinberger@omv.com
nina.baernthaler@omv.com
norman.strobl@omv.com
oliver.dillenz@omv.com
peter.seitinger@omv.com
rainer.altenberger@omv.com
stefan.waldner@omv.com
udo.giegerich@omv.com
wolfgang.posch@omv.com
wolfgang.ruttenstorfer@omv.com

### oneamerica
dave.weisenburger@oneamerica.com
edward.zhou@oneamerica.com
john.mason@oneamerica.com
mark.schmahl@oneamerica.com
mike.bullock@oneamerica.com

### onebeacon
fturcotte@onebeacon.com
john_weber@onebeacon.com
peter_antos@onebeacon.com
pmcdonough@onebeacon.com
wluzzo@onebeacon.com

### oneinvest
alberto@oneinvest.ch

**Company & Corresponding Email Addresses**

luca@oneinvest.ch
manuela@oneinvest.ch
maura@oneinvest.ch
peter@oneinvest.ch
tania@oneinvest.ch

**online**

vendome.nauer@online.lu

**ooev**

r.burgstaller@ooev.at
rweber@ooev.at

**ooooo**

ssssss@ooooo.com

**op**

jani.partanen@op.fi

**opcap**

abhi.acharya@opcap.com
alok.chopra@opcap.com
amule@opcap.com
andrew.gorczyk@opcap.com
anne.budlong@opcap.com
apitale@opcap.com
arthur.bascomb@opcap.com
asippel@opcap.com
bbarenboim@opcap.com
bcolton@opcap.com
bgutstein@opcap.com
bhill@opcap.com
bholmes@opcap.com
bill.sandow@opcap.com
bmlynarick@opcap.com
bparente@opcap.com
brett.pollack@opcap.com
bruce.koepfgen@opcap.com
catherine.wolfe@opcap.com
cglinsman@opcap.com
david.cassese@opcap.com
david.chamberlain@opcap.com
david.fossella@opcap.com
dchung@opcap.com
dmcmullan@opcap.com
emazen@opcap.com
eric.nelson@opcap.com
eric.sartorius@opcap.com
fcloppert@opcap.com
gary.mcanly@opcap.com
gerry.chan@opcap.com
giri.bogavelli@opcap.com
hling@opcap.com
ian.murdoch@opcap.com
jane.xia@opcap.com
jarbeeny@opcap.com
jared.knote@opcap.com
jeff.parker@opcap.com
jeffrey.stevens@opcap.com

**Company & Corresponding Email Addresses**

jim.zhao@opcap.com
jkhan@opcap.com
jlindenthal@opcap.com
jmangione@opcap.com
jonathan.adams@opcap.com
jrowley@opcap.com
jtarnoff@opcap.com
jzeman@opcap.com
karla.harwich@opcap.com
kconroy@opcap.com
kgreenburg@opcap.com
lilo.sachs@opcap.com
louis.goldstein@opcap.com
martin.mickus@opcap.com
maureen.dillon@opcap.com
melanie.santos@opcap.com
mfetherston@opcap.com
mgreenwald@opcap.com
michael.corelli@opcap.com
michael.mathay@opcap.com
miles.wixon@opcap.com
nfrelinghuysen@opcap.com
pwroblewski@opcap.com
regina.chi@opcap.com
rhauser@opcap.com
roy.johnston@opcap.com
rurquhart@opcap.com
scott.winters@opcap.com
stephen.bond-nelson@opcap.com
terry.duggan@opcap.com
thomas.browne@opcap.com
thomas.hogan@opcap.com
tscerbo@opcap.com
vbaugh@opcap.com
vcurtis@opcap.com
wmcdaniel@opcap.com

**opco**

angela.chin@opco.com
axel.hester@opco.com
bob.okin@opco.com
bryan.mckigney@opco.com
cary.holcomb@opco.com
chris.kulick@opco.com
douglas.cameron@opco.com
drew.meyers@opco.com
greg.white@opco.com
kathy.wilson@opco.com
marshall.dornfeld@opco.com
michael.schwartz@opco.com
paul.harris@opco.com
ralph.barbato@opco.com
richard.white@opco.com
robert.lowenthal@opco.com
roger.elsas@opco.com

## Company & Corresponding Email Addresses

sandra.hernandez@opco.com
sherrie.beehler@opco.com
tom.nevin@opco.com
william.roche@opco.com
yixiong.chen@opco.com

## opers

acalvin@opers.org
aenderle@opers.org
alohof@opers.org
bsturm@opers.org
cgregson@opers.org
choover@opers.org
chufford@opers.org
clove@opers.org
codaniel@opers.org
crieddle@opers.org
cruoff@opers.org
cyoho@opers.com
dgerman@opers.org
dlampe@opers.org
dsarver@opers.org
ecagnina@opers.org
efrance@opers.org
eweis@opers.org
jblue@opers.org
jboushelle@opers.org
jglee@opers.org
jhom@opers.org
jlake@opers.org
jmay@opers.org
jstack@opers.org
jwright@opers.org
kmartin@opers.org
kmcdowell@opers.org
kvangundy@opers.org
ltracy@opers.org
mehresman@opers.org
mparker@opers.org
msforza@opers.org
mshanahan@opers.org
msherman@opers.org
mshoaf@opers.org
mstought@opers.org
nkotsonis@opers.org
pedging@opers.org
rcarrier@opers.org
rfinn@opers.org
rfox@opers.org
rgball@opers.org
rmorton@opers.org
rtong@opers.org
sbarker@opers.org
smurray@opers.org
ssommerfeld@opers.org

## Company & Corresponding Email Addresses

sstuck@opers.org
tblack@opers.org
transactions@opers.com
tsoots@opers.org
tsteitz@opers.org
tswingle@opers.org
wneville@opers.org
xgu@opers.org

### op-f

bluke@op-f.org
rcheuvront@op-f.org

### ophedge

patrice.williams@ophedge.com

### ophedgeny

eugene.didenko@ophedgeny.com
john.shannon@ophedgeny.com

### oppehmeimerfunds

jmilan@oppehmeimerfunds.com

### oppenheim

achim.hammerschmitt@oppenheim.de
achim.walde@oppenheim.de
adrian.marcu@oppenheim.ch
adrian.scherer@oppenheim.ch
alexander.bischoff@oppenheim.de
alexander.straesser@oppenheim.de
alfons.klein@oppenheim.lu
alison.goetze@oppenheim.de
alwin.schenk@oppenheim.de
amelie.wipplinger@oppenheim.de
andrea.baum@oppenheim.de
andrea.lorenz@oppenheim.de
andrea.zenzen@oppenheim.de
andreas.boden@oppenheim.de
andreas.schmidt@oppenheim.de
andreas.winterberg@oppenheim.de
angela.daloiso-willms@oppenheim.de
anke.detering@oppenheim.de
annegret.steinmetz@oppenheim.de
annette.henke@oppenheim.lu
axel.giesselbach@oppenheim.de
bastian.schaefer@oppenheim.de
bernd.henseler@oppenheim.de
bettina.guschel@oppenheim.de
bjoern.poehlker@oppenheim.de
boris.leissner@oppenheim.de
carmen.daub@oppenheim.de
carsten.menke@oppenheim.de
christian.schindler@oppenheim.de
christine.schmidt@oppenheim.de
christof.kessler@oppenheim.de
christoph.andomaitis@oppenheim.de
christoph.hott@oppenheim.de
christoph.seegerer@oppenheim.de
christoph.wiedebach@oppenheim.de

**Company & Corresponding Email Addresses**

christophe.frisch@oppenheim.de
claudia.gentgen@oppenheim.lu
claudia.reichfloyd@oppenheim.ch
claudia.wieditz@oppenheim.de
cornelius.klein@oppenheim.de
dagmar.alpen@oppenheim.de
daniel.janssen@oppenheim.de
daniel.kremer@oppenheim.de
denis.elter@oppenheim.ch
dieter.pfundt@oppenheim.de
dietmar.albertz@oppenheim.de
drmichael.brune@oppenheim.de
elke.steinel@oppenheim.de
evelin.rutten@oppenheim.de
frank.baumann@oppenheim.de
frank.huebner@oppenheim.de
frank.kemper@oppenheim.de
frank.klein@oppenheim.de
frank.kosiolek@oppenheim.de
frank.umlauf@oppenheim.de
frank.wellendorf@oppenheim.de
franz.fuchs@oppenheim.de
friedrich.bacmeister@oppenheim.de
friedrich-wilhelm.kersting@oppenheim.de
gabriele.collatz@oppenheim.de
georg.scholz@oppenheim.de
gerald.pittner@oppenheim.de
gerhard.merten@oppenheim.de
gisbert.lang@oppenheim.de
gregor.oboth@oppenheim.de
gudrun.hollender@oppenheim.de
guido.bugiel@oppenheim.de
guido.ostermeier@oppenheim.de
guido.willems@oppenheim.de
hagen.ernst@oppenheim.de
hanna.ahrens@oppenheim.de
hans-joerg.stamm@oppenheim.de
hans-peter.bandur@oppenheim.de
hans-peter.fliegel@oppenheim.de
hans-ulrich.mayer@oppenheim.de
harald.wenzel@oppenheim.de
heiko.wagner@oppenheim.de
heinz.merkens@oppenheim.de
henning.thiel@oppenheim.de
holger.pfieffer@oppenheim.de
holger.schmitt@oppenheim.de
hubertus.underberg@oppenheim.de
ingo.koch@oppenheim.de
irina.sidorovitch@oppenheim.de
jan.juretzka@oppenheim.de
jeannette.moehlenbrock@oppenheim.de
jens.rowohlt@oppenheim.de
jerome.cavard@oppenheim.ch
joachim.vonwirth@oppenheim.de

**Company & Corresponding Email Addresses**

joan.wichterich@oppenheim.de
jochen.kottmann@oppenheim.de
joerg.hoeller@oppenheim.de
joerg.hundhausen@oppenheim.de
joerg.lausberg@oppenheim.de
joerg.lentes@oppenheim.de
joerg.mueller@oppenheim.de
joerg.puetz@oppenheim.de
joerg.walti@oppenheim.ch
joohee.lee@oppenheim.de
jutta.kruft@oppenheim.de
karl.funke-kaiser@oppenheim.de
katharina.schiffer@oppenheim.de
katrin.loehken@oppenheim.de
kerstin.laser@oppenheim.de
kim.dalby@oppenheim.de
knut.griese@oppenheim.de
larry.anderson@oppenheim.de
lars.edler@oppenheim.de
leifholger.dietze@oppenheim.de
liang.ding@oppenheim.de
lutz.klaus@oppenheim.de
manfred.caesar@oppenheim.de
marc.hocks@oppenheim.de
marc.lessenich@oppenheim.de
marco.birg@oppenheim.de
marco.zingsheim@oppenheim.de
mark.niethard@oppenheim.de
markus.kuether@oppenheim.de
markus.pfeffer@oppenheim.de
martin.lohaus@oppenheim.de
martina.fischer@oppenheim.de
mathias.weil@oppenheim.de
matthias.gruber@oppenheim.de
matthias.kail@oppenheim.de
matthias.loos@oppenheim.de
matthias.ries@oppenheim.de
metehan.sen@oppenheim.de
michael.braubach@oppenheim.de
michael.brauchitsch@oppenheim.de
michael.henkel@oppenheim.de
michael.lohre@oppenheim.de
michael.mathiowetz@oppenheim.de
norbert.braems@oppenheim.de
norbert.tolksdorf@oppenheim.de
oezkan.dogan@oppenheim.de
oliver.baumann@oppenheim.de
oliver.krieg@oppenheim.de
patrick.solerschubert@oppenheim.de
patrick.stiefel@oppenheim.de
pawel.tomczyk@oppenheim.de
peter.guntermann@oppenheim.de
peter.mauder@oppenheim.de
petermark.vogel@oppenheim.ch

## Company & Corresponding Email Addresses

petra.meyer@oppenheim.de
philip.schmitz@oppenheim.de
philipp.schwenecke@oppenheim.de
philipp.schweneke@oppenheim.de
pierre.annutsch@oppenheim.de
pius.cavelty@oppenheim.ch
rainer.jaeger@oppenheim.de
ralf.breuer@oppenheim.de
ralf.thomas@oppenheim.de
ralph.glatz@oppenheim.de
ralph.messerschmidt@oppenheim.de
raphael.fuhrmann@oppenheim.de
reinhard.pfingsten@oppenheim.de
reinhard.thierbach@oppenheim.de
robert.joseph@oppenheim.at
rolf.hartmann@oppenheim.de
romain.goerens@oppenheim.lu
ronald.schauer@oppenheim.de
sascha.vinogradic@oppenheim.de
sascha.werberich@oppenheim.de
selcuk.erbas@oppenheim.de
serge.brighi@oppenheim.lu
siegfried.simon@oppenheim.de
stefan.janssen@oppenheim.de
stefan.ufer@oppenheim.de
steffen.heihoff@oppenheim.de
stephan.muehlner@oppenheim.de
sven.kaiser@oppenheim.de
thomas.mertens@oppenheim.de
thomas.olbrich@oppenheim.de
tobias.frei@oppenheim.ch
torsten.schellscheidt@oppenheim.de
ulrike.kastens@oppenheim.de
uwe.neumann@oppenheim.de
walter.liebe@oppenheim.de
winfried.becker@oppenheim.de
wolfgang.jesinger@oppenheim.de
wolfgang.munsche@oppenheim.de
york.zucchi@oppenheim.de
youngjun.yoon@oppenheim.de

### oppenheimer

amerrill@oppenheimer.com
awilde@oppenheimer.com
ileon@oppenheimer.com

### oppenheimerfunds

aabuhan@oppenheimerfunds.com
aarza@oppenheimerfunds.com
abanerjee@oppenheimerfunds.com
abomfim@oppenheimerfunds.com
adardani@oppenheimerfunds.com
addssurujballie@oppenheimerfunds.com
adelongis@oppenheimerfunds.com
agilston@oppenheimerfunds.com
ahaykin@oppenheimerfunds.com

**Company & Corresponding Email Addresses**

akrause@oppenheimerfunds.com
akreso@oppenheimerfunds.com
akurinets@oppenheimerfunds.com
aliddell@oppenheimerfunds.com
amagid@oppenheimerfunds.com
amakwana@oppenheimerfunds.com
amanioudakis@oppenheimerfunds.com
amika@oppenheimerfunds.com
amontefusco@oppenheimerfunds.com
aparish@oppenheimerfunds.com
aperciballi@oppenheimerfunds.com
arotemberg@oppenheimerfunds.com
ashah@oppenheimerfunds.com
asteinmetz@oppenheimerfunds.com
auttaro@oppenheimerfunds.com
aweiner@oppenheimerfunds.com
azatulovskaya@oppenheimerfunds.com
azhou@oppenheimerfunds.com
azichy@oppenheimerfunds.com
azimmer@oppenheimerfunds.com
bbonomo@oppenheimerfunds.com
bcampbell@oppenheimerfunds.com
bcogger@oppenheimerfunds.com
bengle@oppenheimerfunds.com
bgiladi@oppenheimerfunds.com
bgord@oppenheimerfunds.com
bjaume@oppenheimerfunds.com
blevitt@oppenheimerfunds.com
blinden@oppenheimerfunds.com
bmacaskill@oppenheimerfunds.com
bneigut@oppenheimerfunds.com
breid@oppenheimerfunds.com
brockmuller@oppenheimerfunds.com
bsamuel@oppenheimerfunds.com
bsherman@oppenheimerfunds.com
bstewart@oppenheimerfunds.com
bvangundy@oppenheimerfunds.com
bweiss@oppenheimerfunds.com
bwilby@oppenheimerfunds.com
cburgess@oppenheimerfunds.com
ccarson@oppenheimerfunds.com
ccastro@oppenheimerfunds.com
ccavasina@oppenheimerfunds.com
cemanuel@oppenheimerfunds.com
cgapay@oppenheimerfunds.com
cgilbert@oppenheimerfunds.com
ckandilis@oppenheimerfunds.com
cklimas@oppenheimerfunds.com
ckrieg@oppenheimerfunds.com
cleavy@oppenheimerfunds.com
cullyatt@oppenheimerfunds.com
cvaccaro@oppenheimerfunds.com
cwinter@oppenheimerfunds.com
cwolf@oppenheimerfunds.com

**Company & Corresponding Email Addresses**

cwong@oppenheimerfunds.com
dartemiev@oppenheimerfunds.com
dbrady@oppenheimerfunds.com
dbrown@oppenheimerfunds.com
dcampbell@oppenheimerfunds.com
dcarroll@oppenheimerfunds.com
dclements@oppenheimerfunds.com
dcoady@oppenheimerfunds.com
dcompert@oppenheimerfunds.com
ddonovan@oppenheimerfunds.com
dengstrom@oppenheimerfunds.com
dfalicia@oppenheimerfunds.com
dfoxhoven@oppenheimerfunds.com
dfreud@oppenheimerfunds.com
dgagliardo@oppenheimerfunds.com
dgulko@oppenheimerfunds.com
dkelley@oppenheimerfunds.com
dlewis@oppenheimerfunds.com
dloughran@oppenheimerfunds.com
dmangnuson@oppenheimerfunds.com
dmccomb@oppenheimerfunds.com
dmoore@oppenheimerfunds.com
dmorgan@oppenheimerfunds.com
dnegry@oppenheimerfunds.com
doronweber@oppenheimerfunds.com
drubens@oppenheimerfunds.com
dzejda@oppenheimerfunds.com
ebaggett@oppenheimerfunds.com
echa@oppenheimerfunds.com
eciulla@oppenheimerfunds.com
eclemens@oppenheimerfunds.com
eeverett@oppenheimerfunds.com
eferreira@oppenheimerfunds.com
ekim@oppenheimerfunds.com
elorber@oppenheimerfunds.com
elovett@oppenheimerfunds.com
elupo@oppenheimerfunds.com
erichter@oppenheimerfunds.com
ezeff@oppenheimerfunds.com
fbowerman@oppenheimerfunds.com
fjennings@oppenheimerfunds.com
gcaan@oppenheimerfunds.com
gevans@oppenheimerfunds.com
gjacobe@oppenheimerfunds.com
gli@oppenheimerfunds.com
globalteam@oppenheimerfunds.com
gpilc@oppenheimerfunds.com
gsharma@oppenheimerfunds.com
hacavedo@oppenheimerfunds.com
hheikenfeld@oppenheimerfunds.com
jackbrown@oppenheimerfunds.com
jbonnell@oppenheimerfunds.com
jboydell@oppenheimerfunds.com
jbunyak@oppenheimerfunds.com

**Company & Corresponding Email Addresses**

jburke@oppenheimerfunds.com
jcardillo@oppenheimerfunds.com
jchon@oppenheimerfunds.com
jdamian@oppenheimerfunds.com
jdelano@oppenheimerfunds.com
jdjones@oppenheimerfunds.com
jdoney@oppenheimerfunds.com
jerven@oppenheimerfunds.com
jharris@oppenheimerfunds.com
jharubin@oppenheimerfunds.com
jimmyk@oppenheimerfunds.com
jjones@oppenheimerfunds.com
jlatino@oppenheimerfunds.com
jleverenz@oppenheimerfunds.com
jlivengood@oppenheimerfunds.com
jmandzij@oppenheimerfunds.com
jmccullough@oppenheimerfunds.com
jmcdonnell@oppenheimerfunds.com
jmcgovern@oppenheimerfunds.com
jmendez@oppenheimerfunds.com
jokray@oppenheimerfunds.com
jputnam@oppenheimerfunds.com
jreiter@oppenheimerfunds.com
jrowlett@oppenheimerfunds.com
jsadeghi@oppenheimerfunds.com
jselman@oppenheimerfunds.com
jshields@oppenheimerfunds.com
jsmith@oppenheimerfunds.com
jsrosen@oppenheimerfunds.com
jthiron@oppenheimerfunds.com
jvertz@oppenheimerfunds.com
jwelsh@oppenheimerfunds.com
jwu@oppenheimerfunds.com
jzorgdrager@oppenheimerfunds.com
kbaum@oppenheimerfunds.com
kbryan@oppenheimerfunds.com
kchoy@oppenheimerfunds.com
kfeinberg@oppenheimerfunds.com
kherold@oppenheimerfunds.com
kkunam@oppenheimerfunds.com
knadler@oppenheimerfunds.com
kpfleeger@oppenheimerfunds.com
kspencer@oppenheimerfunds.com
kstokes@oppenheimerfunds.com
kwedding@oppenheimerfunds.com
kwinston@oppenheimerfunds.com
kwolfgruber@oppenheimerfunds.com
lantonelli@oppenheimerfunds.com
lborsack@oppenheimerfunds.com
ldarling@oppenheimerfunds.com
lepolito@oppenheimerfunds.com
lkamman@oppenheimerfunds.com
lkohn@oppenheimerfunds.com
lvenezia@oppenheimerfunds.com

**Company & Corresponding Email Addresses**

lwalsh@oppenheimerfunds.com
mbaylin@oppenheimerfunds.com
mberumen@oppenheimerfunds.com
mbinning@oppenheimerfunds.com
mborre@oppenheimerfunds.com
mburns@oppenheimerfunds.com
mcamarella@oppenheimerfunds.com
mcarbuto@oppenheimerfunds.com
mdugan@oppenheimerfunds.com
mfranz@oppenheimerfunds.com
mgoldverg@oppenheimerfunds.com
mhora@oppenheimerfunds.com
mhui@oppenheimerfunds.com
mjones@oppenheimerfunds.com
mkotlarz@oppenheimerfunds.com
mlevine@oppenheimerfunds.com
mlozovik@oppenheimerfunds.com
mmadden@oppenheimerfunds.com
mpaisner@oppenheimerfunds.com
mpleet@oppenheimerfunds.com
mquinn@oppenheimerfunds.com
mreinganum@oppenheimerfunds.com
mrosen@oppenheimerfunds.com
mskatrud@oppenheimerfunds.com
mspinar@oppenheimerfunds.com
mtaylor@oppenheimerfunds.com
mwilliams@oppenheimerfunds.com
mzavanelli@oppenheimerfunds.com
nbrown@oppenheimerfunds.com
ndownes@oppenheimerfunds.com
nmonoyios@oppenheimerfunds.com
nrhodes@oppenheimerfunds.com
nsharma@oppenheimerfunds.com
obychuk@oppenheimerfunds.com
owolff@oppenheimerfunds.com
padams@oppenheimerfunds.com
paynsley@oppenheimerfunds.com
pchen@oppenheimerfunds.com
pcocuzza@oppenheimerfunds.com
pfitzsimmons@oppenheimerfunds.com
pgbrown@oppenheimerfunds.com
pheeb@oppenheimerfunds.com
pnaik@oppenheimerfunds.com
pschu@oppenheimerfunds.com
pshomig@oppenheimerfunds.com
pstrzalkowski@oppenheimerfunds.com
rbhaman@oppenheimerfunds.com
rboespflug@oppenheimerfunds.com
rdishmon@oppenheimerfunds.com
rdolan@oppenheimerfunds.com
rdunphy@oppenheimerfunds.com
rentwistle@oppenheimerfunds.com
rfielding@oppenheimerfunds.com
rkanovich@oppenheimerfunds.com

**Company & Corresponding Email Addresses**

rlbaker@oppenheimerfunds.com
rleveque@oppenheimerfunds.com
rlin@oppenheimerfunds.com
rmatthews@oppenheimerfunds.com
rmisko@oppenheimerfunds.com
roseanngomez@oppenheimerfunds.com
rprevitali@oppenheimerfunds.com
rrobis@oppenheimerfunds.com
rroyce@oppenheimerfunds.com
rsah@oppenheimerfunds.com
rsanni-thomas@oppenheimerfunds.com
rschadt@oppenheimerfunds.com
rstein@oppenheimerfunds.com
ruthannewilliams@oppenheimerfunds.com
rvarela@oppenheimerfunds.com
rzibelli@oppenheimerfunds.com
s_williams@oppenheimerfunds.com
sbarot@oppenheimerfunds.com
scaccese@oppenheimerfunds.com
scaton@oppenheimerfunds.com
scebeci@oppenheimerfunds.com
scottier@oppenheimerfunds.com
secval@oppenheimerfunds.com
sevans@oppenheimerfunds.com
sflorentin@oppenheimerfunds.com
sframe@oppenheimerfunds.com
sgupta@oppenheimerfunds.com
sli@oppenheimerfunds.com
slopata@oppenheimerfunds.com
slucaccini@oppenheimerfunds.com
spaul@oppenheimerfunds.com
spolevikov@oppenheimerfunds.com
spolyak@oppenheimerfunds.com
srenhowe@oppenheimerfunds.com
sscharer@oppenheimerfunds.com
ssmith@oppenheimerfunds.com
sspelts@oppenheimerfunds.com
swalker@oppenheimerfunds.com
szervos@oppenheimerfunds.com
tbarbato@oppenheimerfunds.com
tkeffer@oppenheimerfunds.com
tmacrini@oppenheimerfunds.com
tryan@oppenheimerfunds.com
tswaney@oppenheimerfunds.com
twillis@oppenheimerfunds.com
uzak@oppenheimerfunds.com
vbopp@oppenheimerfunds.com
veleswarapu@oppenheimerfunds.com
wchen@oppenheimerfunds.com
wgolie@oppenheimerfunds.com
wlu@oppenheimerfunds.com
wmazzafro@oppenheimerfunds.com
wmcnamara@oppenheimerfunds.com
wshepard@oppenheimerfunds.com

## Company & Corresponding Email Addresses

wstrauss@oppenheimerfunds.com

### oppenheimprumerica

alex.decarniere@oppenheimprumerica.lu
andreas.marnett@oppenheimprumerica.de

### oppnheimerfunds

mamato@oppnheimerfunds.com

### opppenheim

andrea.vathje@opppenheim.de

### optimix

dvmastrigt@optimix.nl
hauptmann@optimix.nl
imoen@optimix.nl
jdboer@optimix.nl
pkitzen@optimix.nl
westerling@optimix.nl

### optiver

christopherlee@optiver.com
edwinvanderkruk@optiver.com
hpieterse@optiver.com
jj@optiver.com
nicholasstepanek@optiver.com
rmeijer@optiver.com
sebastiaankoeling@optiver.com
stuartbridge@optiver.com
tadhgoshea@optiver.com

### optonline

billamon@optonline.net
clapton1@optonline.net
cwsmith1@optonline.net
rel626ad@optonline.net
waynelyski@optonline.net

### opusinvestment

adwyer@opusinvestment.com
ajoachim@opusinvestment.com
amoylan@opusinvestment.com
atripp@opusinvestment.com
cbrannon@opusinvestment.com
dhamburger@opusinvestment.com
etrigilio@opusinvestment.com
lconner@opusinvestment.com
llibbey@opusinvestment.com
mirose@opusinvestment.com
mlannigan@opusinvestment.com
nchamberlain@opusinvestment.com
pdolan@opusinvestment.com
rfernandez@opusinvestment.com
rlabonte@opusinvestment.com
shoconnell@opusinvestment.com
shyney@opusinvestment.com
slaryea@opusinvestment.com
wpiel@opusinvestment.com

### oracle

anne.domagala@oracle.com
bruce.cochran@oracle.com

## Company & Corresponding Email Addresses

darrell.leong@oracle.com
gwestpha@us.oracle.com
janet.campbell@oracle.com
leslie.roulias@oracle.com
mrmohler@us.oracle.com
ryan.seghesio@oracle.com

**oraclepartners**
bob@oraclepartners.com

**orange-ft**
walter.vejdovsky@orange-ft.com

**orange-ftgroup**
jeanmichel.serre@orange-ftgroup.com
matthieu.coisne@orange-ftgroup.com

**orbitex**
ramiz.hasan@orbitex.co.uk

**ords**
ssiva@ords.com.au

**orecm**
jthompson@orecm.com

**organon**
aa.os@organon.oss.akzonobel.nl
robbert.vanheekeren@organon.com

**orgrealproperty**
sgruber@orgrealproperty.com

**orientalfg**
jrodriguez@orientalfg.com

**origincm**
vineet@origincm.com

**orix**
akira_mochiduki@orix.co.jp
bboland@orix.com
biegel.macaraeg@orix.com
bnguyen@orix.com
brandon.davis@orix.com
bstevenson@orix.com
bwillson@orix.com
cgaines@orix.com
chubach@orix.com
clucas@orix.com
cweiner@orix.com
david.fletcher@orix.com
jarred.mayrosh@orix.com
jkahn@orix.com
jun_shimamoto@orix.co.jp
kandice.stephens@orix.com
kazuya_katayama@orix.co.jp
kiyoshi_habiro@orix.co.jp
makoto_inoue@orix.co.jp
mitch.wasterlain@orix.com
miyauchi@orix.com
phorng@orix.com
roudabush@orix.com
ryuhei_sakamoto@orix.co.jp
stephanie.tan@orix.com

## Company & Corresponding Email Addresses

takeshi_sato@orix.co.jp
yayoi_ichigi@orix.co.jp
yoshiki_ueno@orix.co.jp
yousuf.abbasi@orix.com

### orixcm

bbailey@orixcm.com
blashley@orixcm.com
csmith@orixcm.com
dturner@orixcm.com
esullivan@orixcm.com
jmeyers@orixcm.com
kbetz@orixcm.com
mcannon@orixcm.com
mdoran@orixcm.com
pzetlmaier@orixcm.com
rcook@orixcm.com
rkirk@orixcm. com
rparks@orixcm.com
sbassett@orixcm.com
ssheng@orixcm.com
vgu@orixcm.com

### orkfin

jan.klype@orkfin.no

### orkla

alexander.dal@orkla.no
erik.thuestad@orkla.no
ola.uhre@orkla.no
ottar.haugerud@orkla.no
stein.egil.valderhaug@orkla.com
tone.varmann@orkla.no

### orl

yosir@orl.co.il

### orleanscapital

cjohnson@orleanscapital.com
ebecker@orleanscapital.com
fcrane@orleanscapital.com
jcasper@orleanscapital.com
pkyle@orleanscapital.com
rabele@orleanscapital.com

### orncapital

morong@orncapital.com

### orrstown

rrussell@orrstown.com

### osbornpartners

mturner@osbornpartners.com

### osc

agoosby@osc.state.ny.us
bballe@osc.state.ny.us
bsiary@osc.state.ny.us
dbenson@osc.state.ny.us
dloglisci@osc.state.ny.us
jcelestine@osc.state.ny.us
jhull@osc.state.ny.us
rarnold@osc.state.ny.ue

## Company & Corresponding Email Addresses

rarnold@osc.state.ny.us
retienne@osc.state.ny.us
rlimage@osc.state.ny.us
sdaniels@osc.state.ny.us
ssebastian@osc.state.ny.us
sstamps@osc.state.ny.us
tmiller@osc.state.ny.us

### osmiumcapital
chris@osmiumcapital.com

### ospraie
maria.park@ospraie.com
richard.puma@ospraie.com
steve.lafontaine@ospraie.com

### ost
michael.viteri@ost.state.or.us
tom.lofton@ost.state.or.us

### ostc-uk
david.shaw@ostc-uk.com

### osterweis
carlk@osterweis.com
chris.lilienthal@osterweis.com
cian.sanchez@osterweis.com
gary.cooper@osterweis.com
gina.castro@osterweis.com
greg.hermanski@osterweis.com
jennifer.turner@osterweis.com
joe.freihammer@osterweis.com
john.osterweis@osterweis.com
karen.cooper@osterweis.com
lillian.teran@osterweis.com
lucy.hardy@osterweis.com
matt.berler@osterweis.com
mike.hugh@osterweis.com
mike.hughes@osterweis.com
nick.graves@osterweis.com
peter.frommer@osterweis.com
sasha.kovriga@osterweis.com
shengsheng@osterweis.com
simon.lee@osterweis.com
steve.monosson@osterweis.com
steve.moore@osterweis.com
tom.davidson@osterweis.com

### ota
jean-yves.de-longevialle@ota.fr.socgen.com

### otfs
deberson@otfs.state.ga.us
lbuik@otfs.state.ga.us
mmatike@otfs.state.ga.us
mwjones@otfs.state.ga.us
steve_caffarelli@otfs.state.ga.us
tcampbel@otfs.state.ga.us

### otp
barabasgy@otp.hu

### otpalap

**Company & Corresponding Email Addresses**

koevesb@otpalap.hu

**otpbank**
banfiz@otpbank.hu
bencsicslg@otpbank.hu
ederl@otpbank.hu
gaspara@otpbank.hu
kamarasit@otpbank.hu
kerekesm@otpbank.hu
kerekgyartoi@otpbank.hu
kopanyisz@otpbank.hu
lazurl@otpbank.hu
losteinerd@otpbank.hu
martona@otpbank.hu
molnarl@otpbank.hu
paalex@otpbank.hu
polanyig@otpbank.hu
szutsb@otpbank.hu
turkovitsa@otpbank.hu

**oub**
ong.ker.ying@oub.com.sg

**oubgroup**
mark.chengcs@oubgroup.com

**outgun**
lehman@outgun.com

**outokumpu**
johanna.gustafsson@outokumpu.com
juha.hakala@outokumpu.com

**ovis**
progbank@ovis.net

**ovt**
philipp.sierstorpff@ovt.de

**oxy**
chris_stavros@oxy.com
david_powell@oxy.com
jim_siccardi@oxy.com

**oyakbank**
bkesler@oyakbank.com.tr
ctulumen@oyakbank.com.tr
huzun@oyakbank.com.tr
mkayahanli@oyakbank.com.tr
ozozden@oyakbank.com.tr
shamam@oyakbank.com.tr

**oyakmenkul**
canan.uras@oyakmenkul.com.tr

**oyakportfoy**
tankut.celik@oyakportfoy.com.tr

**oyens**
h.kempen@oyens.nl

**pacbell**
gaudio@pacbell.net
pmt@pacbell.net
rdesroch@pacbell.net

**paccar**
emmanuel.mapaye@paccar.com

## Company & Corresponding Email Addresses
ron.ranheim@paccar.com
sarah.bradford@paccar.com

### pacent
csherman@pacent.com
cteng@pacent.com
darriola@pacent.com

### pacholder
asammarco@pacholder.com
dgroshoff@pacholder.com
jcornwell@pacholder.com
jshanahan@pacholder.com
mmyers@pacholder.com
rboden@pacholder.com

### pacificassets
jeff@pacificassets.com

### pacific-crest
dwilkins@pacific-crest.com

### pacificincome
bennett@pacificincome.com
bluke@pacificincome.com
bpashamova@pacificincome.com
dmeyer@pacificincome.com
ekaragiannis@pacificincome.com
jdorosk@pacificincome.com
jmcadams@pacificincome.com
lmcadams@pacificincome.com
mbesh@pacificincome.com
mharkness@pacificincome.com
mharper@pacificincome.com
myean@pacificincome.com
rhargaden@pacificincome.com
ryakubik@pacificincome.com
thallen@pacificincome.com
vriego@pacificincome.com

### pacificlife
adrianne.medeiros@pacificlife.com
alap.shah@pacificlife.com
alec.chen@pacificlife.com
annabel.varda@pacificlife.com
barney.dougherty@pacificlife.com
bdelacruz@pacificlife.com
brendan.collins@pacificlife.com
brian.robertson@pacificlife.com
carolyn.mcmillin@pacificlife.com
cathy.schwartz@pacificlife.com
celia.chan@pacificlife.com
cheri.law@pacificlife.com
christina.he@pacificlife.com
colleen.lally@pacificlife.com
dale.patrick@pacificlife.com
dana.dee@pacificlife.com
darcy.lewis@pacificlife.com
darcy.woodruff@pacificlife.com
david.chang@pacificlife.com

**Company & Corresponding Email Addresses**

david.smith@pacificlife.com
david.weismiller@pacificlife.com
diane.dales@pacificlife.com
donna.bebb@pacificlife.com
edwin.ferrell@pacificlife.com
elaine.havens@pacificlife.com
eric.gritzmacher@pacificlife.com
florenzio.vargas@pacificlife.com
frank.mccreary@pacificlife.com
gordon.delianedis@pacificlife.com
hanh.luu@pacificlife.com
hany.gobreial@pacificlife.com
james.leasure@pacificlife.com
jane.grulke@pacificlife.com
jane.hsu@pacificlife.com
jessica.fu@pacificlife.com
joe.celentalo@pacificlife.com
john.milberg@pacificlife.com
johnathan.tang@pacificlife.com
karen.carnemolla@pacificlife.com
karen.wright@pacificlife.com
kashif.malik@pacificlife.com
kevin.collins@pacificlife.com
kevin.liang@pacificlife.com
larry.card@pacificlife.com
lori.johnstone@pacificlife.com
lynn.wang@pacificlife.com
madeline.vargas@pacificlife.com
mark.holmlund@pacificlife.com
marla.lincolnfelter@pacificlife.com
martin.fleischman@pacificlife.com
matthew.levene@pacificlife.com
michael.long@pacificlife.com
michael.lonia@pacificlife.com
michael.marzouk@pacificlife.com
mike.jurgensen@pacificlife.com
mley@pacificlife.com
peter.fiek@pacificlife.com
ray.lee@pacificlife.com
rex.olson@pacificlife.com
rgarton@pacificlife.com
richard.banno@pacificlife.com
richard.taube@pacificlife.com
ronald.canent@pacificlife.com
ronn.cornelius@pacificlife.com
sarah.belitz@pacificlife.com
scott.marshall@pacificlife.com
sec.derivativesconfirms@pacificlife.com
simon.lee@pacificlife.com
thuy.cellini@pacificlife.com
tod.nasser@pacificlife.com
tom.billiard@pacificlife.com
tpremer@pacificlife.com
victoria.bloom@pacificlife.com

## Company & Corresponding Email Addresses

violet.osterberg@pacificlife.com

### pacificorp
shelby.bell@pacificorp.com

### pacifictrust
abonne@pacifictrust.net
kgrabmore@pacifictrust.net
mlech@pacifictrust.net
sjorgen@pacifictrust.net

### painewebber
egravina@painewebber.com

### pala
cmurray@pala.com

### paladininvestments
adunn@paladininvestments.com
jmalet@paladininvestments.com
lhill@paladininvestments.com
mmccall@paladininvestments.com
psommers@paladininvestments.com
tkadlec@paladininvestments.com

### palatine
m.michel@palatine.fr
p.duval@palatine.fr
s.poirelle@palatine.fr

### pallmallpartners
eo@pallmallpartners.com
hp@pallmallpartners.com
jg@pallmallpartners.com
jl@pallmallpartners.com
mj@pallmallpartners.com
oc@pallmallpartners.com
sw@pallmallpartners.com

### pamglobalfunds
adrian.cravchinsky@pamglobalfunds.com
peter.west@pamglobalfunds.com

### panagora
aborthwick@panagora.com
ajayaraman@panagora.com
akraus@panagora.com
alester@panagora.com
atroilo@panagora.com
bbelton@panagora.com
c.merrian@panagora.com
csengil@panagora.com
dding@panagora.com
dkantsyrev@panagora.com
dliddell@panagora.com
dmckenna@panagora.com
dnolan@panagora.com
epeters@panagora.com
esorensen@panagora.com
gmussalli@panagora.com
hhuang@panagora.com
jfeinberg@panagora.com
jgriffin@panagora.com

## Company & Corresponding Email Addresses

jlooney@panagora.com
jzhao@panagora.com
kmasse@panagora.com
kyang@panagora.com
liglesias@panagora.com
lma@panagora.com
mbatstone@panagora.com
mclark@panagora.com
mwang@panagora.com
npytlak@panagora.com
pbresnehan@panagora.com
psun@panagora.com
pvieth@panagora.com
rhua@panagora.com
rkelly@panagora.com
rregan@panagora.com
rwhite@panagora.com
ryarlas@panagora.com
sbaum@panagora.com
scollins@panagora.com
slouis@panagora.com
snaik@panagora.com
tdoyle@panagora.com
tsmith@panagora.com
wzink@panagora.com

**panalpina**
daniele.vecchi@panalpina.com
marcel.kellerhals@panalpina.com

**panamericanlife**
brhodes@panamericanlife.com
lbaudot@panamericanlife.com
rrevuelta@panamericanlife.com

**panglobalfunds**
jose.rodrigo@panglobalfunds.com

**panmure**
steve.philebrown@panmure.com
steven.philebrown@panmure.com

**panynj**
airving@panynj.gov
amulligan@panynj.gov
jhogan@panynj.gov
jliso@panynj.gov
jtomasulo@panynj.gov

**papl**
jrbigger@papl.com

**par**
chantal.rondeau@par.coflexip.fr
chritohe.bourgeonnier@par.coflexip.fr
nathalie.chalard@par.coflexip.fr
xavier.aublet@par.coflexip.fr

**paradigmasset**
ejd@paradigmasset.com
jem@paradigmasset.com
tkp@paradigmasset.com

## Company & Corresponding Email Addresses

**paragonassociates**
bdyer@paragonassociates.net
karen@paragonassociates.net
lisa.miller@paragonassociates.net
nolapel@paragonassociates.net
scott@paragonassociates.net
sheila@paragonassociates.net

**paretopartners**
anthony.neilson@paretopartners.com
carolyn.blight@paretopartners.com
daniel.smith@paretopartners.com
jakob.bak@paretopartners.com
janet.murphy@paretopartners.com
julia.woolf@paretopartners.com
michael.bennis@paretopartners.com
nancy.pellegrino@paretopartners.com
naveen.joshi@paretopartners.com

**paribas**
alvaro.camunas@paribas.com
dean.rock@paribas.com
eve_cohen@paribas.com
jean-maurice_ladure@paribas.co
jochen_meyers@paribas.com
marine.pinson@paribas.com
nathalie_dufour@paribas.com
rebecca_marlowe@paribas.com
sean_park@paribas.com
simon_parkins@paribas.com
walter.schabel@americas.paribas.com

**parkerhunter**
snydern@parkerhunter.com

**parknationalbank**
cdd@parknationalbank.com
dtrautman@parknationalbank.com
jkozak@parknationalbank.com

**parknatl**
cgruner@parknatl.com
jbarlow@parknatl.com
jcampbell@parknatl.com

**partnerre**
pierre.rivier@partnerre.com

**partners**
michihiro.ashiya@partners.co.jp
noritomo.nomoto@partners.co.jp
seishiro.niwano@partners.co.jp
shoji.koyama@partners.co.jp
yasushi.inoue@partners.co.jp

**partnersgroup**
lars.jaeger@partnersgroup.net

**partnerstatestreet**
avilaythong@partnerstatestreet.com
jjalade@partnerstatestreet.com

**pas**
pan67867@pas.mei.co.jp

## Company & Corresponding Email Addresses

**pasche**
asussland@pasche.ch
dperregaux@pasche.ch
jjustitz@pasche.ch
lemonet@pasche.ch
pjulita@pasche.ch
rallemann@pasche.ch
researchea@pasche.ch
rvoegeli@pasche.ch
securities@pasche.ch
swuthrich@pasche.ch
thomas.frey@pasche.ch
umberto.celentano@pasche.ch

**passbanca**
enrico.tomaello@passbanca.it
manuel.pozzi@passbanca.it
marco.nicoletti@passbanca.it
massimo.verduci@passbanca.it
paolo.falaguerra@passbanca.it
rubens.riva@passbanca.it

**patmedia**
jniblo@patmedia.net

**patriotic**
be@patriotic.com

**patteninc**
anders@patteninc.com
ashlee@patteninc.com
mark@patteninc.com
rryan@patteninc.com

**pattersoncapital**
jean.clark@pattersoncapital.com
tradingcolor@pattersoncapital.com

**pauligroup**
bruno@pauligroup.com
elena@pauligroup.com
kurt@pauligroup.com
pim@pauligroup.com
zak@pauligroup.com

**pauzeassetmanagement**
steve@pauzeassetmanagement.com

**pavc**
quant@pavc.com

**pax**
rmeyer@pax.ch
ureber@pax.ch

**paychex**
esterling@paychex.com
mchinelly@paychex.com
ofinnigan@paychex.com
sppalmer@paychex.com
tdarby@paychex.com

**paydenpotomac**
slliu@paydenpotomac.com

**payden-rygel**

**Company & Corresponding Email Addresses**

ahovsepian@payden-rygel.com
ahuang@payden-rygel.com
awong@payden-rygel.com
bala@payden-rygel.com
bberberian@payden-rygel.com
bboyd@payden-rygel.com
bkalra@payden-rygel.com
bmatthews@payden-rygel.com
cambrose@payden-rygel.com
carmbruster@payden-rygel.com
ccooper@payden-rygel.com
cjang@payden-rygel.com
corndorff@payden-rygel.com
cpanait@payden-rygel.com
czeppieri@payden-rygel.com
czhang@payden-rygel.com
dballantine@payden-rygel.com
dbelcore@payden-rygel.com
deastman@payden-rygel.com
dellyson@payden-rygel.com
dhilton@payden-rygel.com
dkelley@payden-rygel.com
dlipsey@payden-rygel.com
dmccrary@payden-rygel.com
dobrien@payden-rygel.com
dscott@payden-rygel.com
dwagner@payden-rygel.com
dwilliams@payden-rygel.com
dzee@payden-rygel.com
ehovey@payden-rygel.com
ekim@payden-rygel.com
eli@payden-rygel.com
flee@payden-rygel.com
fspindler@payden-rygel.com
garygreenberg@payden-rygel.com
ghall@payden-rygel.com
gmorrison@payden-rygel.com
gtornga@payden-rygel.com
jbulpitt@payden-rygel.com
jgibson@payden-rygel.com
jkiani@payden-rygel.com
jkolter@payden-rygel.com
jlam@payden-rygel.com
jlopez@payden-rygel.com
jmontemayor@payden-rygel.com
jschwartz@payden-rygel.com
jwong@payden-rygel.com
kdonia@payden-rygel.com
kklegseth@payden-rygel.com
kparker@payden-rygel.com
krote@payden-rygel.com
lmatthias@payden-rygel.com
mbeerens@payden-rygel.com
mhannallah@payden-rygel.com

## Company & Corresponding Email Addresses

mhuynh@payden-rygel.com
mkagawa@payden-rygel.com
msalvay@payden-rygel.com
msyal@payden-rygel.com
neisele@payden-rygel.com
nsagnanert@payden-rygel.com
nuc@payden-rygel.com
nwamai@payden-rygel.com
omelnikov@payden-rygel.com
pcramer@payden-rygel.com
pmoshabad@payden-rygel.com
psengelmann@payden-rygel.com
rbarbosa@payden-rygel.com
rpatel@payden-rygel.com
rrappaport@payden-rygel.com
rreichle@payden-rygel.com
ryu@payden-rygel.com
sblomberg@payden-rygel.com
sdobrenchuk@payden-rygel.com
smoini@payden-rygel.com
srefuge@payden-rygel.com
sweiner@payden-rygel.com
tchen@payden-rygel.com
telder@payden-rygel.com
thiggins@payden-rygel.com
trider@payden-rygel.com
vnguyen@payden-rygel.com
vtran@payden-rygel.com
whawley@payden-rygel.com
ysamarasinghe@payden-rygel.com

**pbc**
ljiangang@pbc.gov.cn

**pbi**
michaela.langerbein@pbi.lu

**pbk**
123@pbk.pl
pawel.golebiewski@pbk.pl

**pboc**
margaret.macomsen@pboc.com

**pb-santander**
pdolle@pb-santander.com

**pbucc**
arussell@pbucc.org
baguas-estaris@pbucc.org
cwaterworth@pbucc.org
dkniffin@pbucc.org
gdoty@pbucc.org
gsimcik@pbucc.org
ntelesford-siriboe@pbucc.org
sdixon@pbucc.org
sham@pbucc.org
ssaleh@pbucc.org

**pclient**
rgreenjr@pclient.com

**Company & Corresponding Email Addresses**

**peabodyenergy**
  rportell@peabodyenergy.com
  whawkins@peabodyenergy.com

**peacapital**
  kcorba-brown@peacapital.com
  mark.afrisiabi@peacapital.com

**pearson**
  luke.swanson@pearson.com
  simon.mays-smith@pearson.com

**pechiney**
  florence_friedman@pechiney.com
  frantoise_darras@pechiney.com
  philippe_noury@pechiney.com
  xavier_langlois_d'estaintot@pechiney.com

**pelaguscapital**
  brunousai@pelaguscapital.com

**pembacreditadvisers**
  dmcdiarmid@pembacreditadvisers.com
  fdevenoges@pembacreditadvisers.com
  mbeutler@pembacreditadvisers.com
  mdjuric@pembacreditadvisers.com
  morschulik@pembacreditadvisers.com
  rcopinot@pembacreditadvisers.com
  shuesler@pembacreditadvisers.com
  tkytoenen@pembacreditadvisers.com

**pembrokecm**
  d.mace@pembrokecm.com

**pemex**
  alazraki@dcf.pemex.com
  avelarde@dcf.pemex.com
  elevin@dcf.pemex.com
  gaguirre@dcf.pemex.com
  ginfante@dcf.pemex.com
  gmanon@dcf.pemex.com
  gmerino@dcf.pemex.com
  jjsuarez@dcf.pemex.com
  jrodrig@dcf.pemex.com
  mnavarro@dcf.pemex.com
  rrueda@dcf.pemex.com
  sathie@dcf.pemex.com

**penncapital**
  aberenato@penncapital.com
  charvey@penncapital.com
  damble@penncapital.com
  djackson@penncapital.com
  egreen@penncapital.com
  jdetzi@penncapital.com
  jdickinson@penncapital.com
  jklinger@penncapital.com
  jlivewell@penncapital.com
  jmaguire@penncapital.com
  jnahas@penncapital.com
  kroche@penncapital.com
  ksharma@penncapital.com

## Company & Corresponding Email Addresses

mbergman@penncapital.com
mloo@penncapital.com
msmith@penncapital.com
nkurita@penncapital.com
pduffy@penncapital.com
pnolan@penncapital.com
psilva@penncapital.com
pwelch@penncapital.com
rhocker@penncapital.com
sschumacher@penncapital.com
trading@penncapital.com

**pennlibertybank**
jnagle@pennlibertybank.com
taicher@pennlibertybank.com

**pennmutual**
beaulieu.christopher@pennmutual.com
beckelman.david@pennmutual.com
borthwick.alan@pennmutual.com
broome.lisa@pennmutual.com
donaldson.john@pennmutual.com
gruber.mark@pennmutual.com
hu.david@pennmutual.com
meyers.bill@pennmutual.com
myers.joshua@pennmutual.com
ripper.jennifer@pennmutual.com
rosenblatt.jordan@pennmutual.com
sherman.peter@pennmutual.com

**pennsecurity**
p.scanlon@pennsecurity.com

**penntrust**
anderson@penntrust.com
berglund@penntrust.com
fredericks@penntrust.com
investmentgroup@penntrust.com
krb@penntrust.com
mcfarland@penntrust.com
merriman@penntrust.com
sheppard@penntrust.com
woolbert@penntrust.com

**pensioenfondsvervoer**
m.menko@pensioenfondsvervoer.nl
p.groenendijk@pensioenfondsvervoer.nl

**pensioenmail**
f.mahieu@pensioenmail.nl

**pensioenstork**
j.m.vanderheijden@pensioenstork.nl
j.vandectaats@pensioenstork.nl
y.w.bom@pensioenstork.nl

**pensionboards-ucc**
pagliarop@pensionboards-ucc.org
sharperl@pensionboards-ucc.org

**peoples**
bert.gallant@peoples.com
denise.lemay@peoples.com

## Company & Corresponding Email Addresses

djcolwe@peoples.com
george.deecken@peoples.com
john.dinoto@peoples.com
mjcibor@peoples.com

### peoplesbanknet
krosenzweig@peoplesbanknet.com

### peoplesbankpa
dbrown@peoplesbankpa.com

### peoplesbt
scott.patterson@peoplesbt.com

### pepco
tjkamerich@pepco.com

### pera
fwreynolds@pera.state.nm.us

### percunia
peter.edwall@percunia.nu

### peregrinecapital
barbara.mcfadden@peregrinecapital.com
bill.giese@peregrinecapital.com
bill.grierson@peregrinecapital.com
candy.spielmann@peregrinecapital.com
colin.sharp@peregrinecapital.com
dan.hagen@peregrinecapital.com
dave.lunt@peregrinecapital.com
doug.pugh@peregrinecapital.com
gary.nussbaum@peregrinecapital.com
jason.ballsrud@peregrinecapital.com
jay.strohmaier@peregrinecapital.com
jeff.nordstrom@peregrinecapital.com
jim.ross@peregrinecapital.com
john.dale@peregrinecapital.com
paul.vonkuster@peregrinecapital.com
paul.wurm@peregrinecapital.com
robert.mersky@peregrinecapital.com
sam.smith@peregrinecapital.com
scott.engelmann@peregrinecapital.com
tasso.coin@peregrinecapital.com
valerie.feggestad@peregrinecapital.com

### permatabank
afamilianto@permatabank.co.id
lsundari@permatabank.co.id

### pernod-ricard
asdelaitte@pernod-ricard.fr
denis.fievet@pernod-ricard.com
emmanuel.babeau@pernod-ricard.com
laurent.ramounet@pernod-ricard.com
nkrantz@pernod-ricard.fr
patrick.deborredon@pernod-ricard.com
pierre.pringuet@pernod-ricard.com
richard.burrows@pernod-ricard.com

### perpetual
ed_burke@perpetual.co.uk
richard_hopkins@perpetual.co.uk
stewart.mudd@perpetual.co.uk

**Company & Corresponding Email Addresses**

stuart.parks@perpetual.co.uk

**perrycap**

aarest@perrycap.com
aathanasiou@perrycap.com
achang@perrycap.com
acohan@perrycap.com
aercil@perrycap.com
aferrier@perrycap.com
afink@perrycap.com
agelband@perrycap.com
ahawk@perrycap.com
aisikoff@perrycap.com
ajuang@perrycap.com
akarol@perrycap.com
akatz@perrycap.com
akomery@perrycap.com
alee@perrycap.com
aluo@perrycap.com
ang@perrycap.com
art@perrycap.com
asabogal@perrycap.com
asistos@perrycap.com
azelig@perrycap.com
bbarna@perrycap.com
bcarroll@perrycap.com
bkaranjia@perrycap.com
blast.lkrempa@perrycap.com
bmarkowitz@perrycap.com
bshan@perrycap.com
bwhitfield@perrycap.com
bwong@perrycap.com
cchai@perrycap.com
cgulati@perrycap.com
ckapoor@perrycap.com
ckoranda@perrycap.com
cliu@perrycap.com
clui@perrycap.com
cnugent@perrycap.com
cp@perrycap.com
cwilliams@perrycap.com
dadan@perrycap.com
dalgarin@perrycap.com
dameris@perrycap.com
dchow@perrycap.com
dfraser@perrycap.com
dgunderson@perrycap.com
dkyle@perrycap.com
dmak@perrycap.com
dnekava@perrycap.com
drentschler@perrycap.com
drussekoff@perrycap.com
dswindler@perrycap.com
dthomas@perrycap.com
dwalch@perrycap.com

**Company & Corresponding Email Addresses**

dweiss@perrycap.com
eeynon@perrycap.com
ehennings@perrycap.com
ejager@perrycap.com
ekinariwala@perrycap.com
eliu@perrycap.com
fcua@perrycap.com
gbrokaw@perrycap.com
gchetan@perrycap.com
ggrinstead@perrycap.com
hgulati@perrycap.com
htomita@perrycap.com
hyu@perrycap.com
jbaraona@perrycap.com
jcheng@perrycap.com
jcoleman@perrycap.com
jconte@perrycap.com
jeisenstodt@perrycap.com
jfreeman@perrycap.com
jhirt@perrycap.com
jhorowitz@perrycap.com
jklaperman@perrycap.com
jlee@perrycap.com
jmckenna@perrycap.com
jogrdon@perrycap.com
jor@perrycap.com
jparrot@perrycap.com
jsiew@perrycap.com
jsorrentino@perrycap.com
jvulliez@perrycap.com
jwang@perrycap.com
jweisstub@perrycap.com
jyang@perrycap.com
kcushman@perrycap.com
ksosnick@perrycap.com
lcai@perrycap.com
ljefferson@perrycap.com
lkravitz@perrycap.com
lmorales@perrycap.com
lrosen@perrycap.com
lsilverman@perrycap.com
lzhang@perrycap.com
mbrooks@perrycap.com
mchambers@perrycap.com
mchung@perrycap.com
mdriscoll@perrycap.com
metheridge@perrycap.com
mhui@perrycap.com
mlele@perrycap.com
mlindenberger@perrycap.com
mmacdonald@perrycap.com
mneus@perrycap.com
mrajan@perrycap.com
mrochelli@perrycap.com

**Company & Corresponding Email Addresses**

msong@perrycap.com
nmarchetta@perrycap.com
nxu@perrycap.com
pcastaneda@perrycap.com
peze@perrycap.com
pfinops@perrycap.com
pkanna@perrycap.com
pleff@perrycap.com
pquinn@perrycap.com
psellers@perrycap.com
pshih@perrycap.com
rborkenstein@perrycap.com
rcrosby@perrycap.com
rflax@perrycap.com
rgusick@perrycap.com
rkalaau@perrycap.com
rpaige@perrycap.com
rperry@perrycap.com
rpleasant@perrycap.com
rpripstein@perrycap.com
rstern@perrycap.com
sbasham@perrycap.com
scates@perrycap.com
schi@perrycap.com
sfederico@perrycap.com
sgeskos@perrycap.com
shalberstam@perrycap.com
sliu@perrycap.com
smasin@perrycap.com
spatel@perrycap.com
ssafdieh@perrycap.com
sstoffel@perrycap.com
svanhouten@perrycap.com
tfarouki@perrycap.com
tfitzgerald@perrycap.com
tkaneko@perrycap.com
tlightcap@perrycap.com
tlitt@perrycap.com
tloh@perrycap.com
tmartin@perrycap.com
tolivierre@perrycap.com
tpeart@perrycap.com
twesthus@perrycap.com
vjacobson@perrycap.com
wsample@perrycap.com
xchen@perrycap.com
ygoldman@perrycap.com
yleung@perrycap.com
ytakezaki@perrycap.com
ztananbaum@perrycap.com

**perrycounty**

jkapsar@perrycounty.com
pczim@perrycounty.com

**pershing**

**Company & Corresponding Email Addresses**

bbrennan@pershing.com
bdenigris@pershing.com
charles.vandermerwe@pershing.co.uk
cklotz@pershing.com
cmessinger@pershing.com
dcannon@pershing.com
dpenn@pershing.com
ggregoire@pershing.com
kleahy@pershing.com
kresch@pershing.com
mshort@pershing.com
poellers@pershing.com
rcastaldo@pershing.com
rfiske@pershing.com
sandyhertzfeld@pershing.com
tbragg@pershing.com
tgurr@pershing.com
thowanger@pershing.com
tviola@pershing.com

**persi**

bmaynard@persi.state.id.us
rsugiyama@persi.state.id.us

**petercam**

adg@petercam.be
avs@petercam.be
bernard.laliere@petercam.be
bge@petercam.be
bve@petercam.be
bvo@petercam.be
caroline.piers@petercam.be
cco@petercam.be
cmo@petercam.be
csw@petercam.be
dma@petercam.be
dvv@petercam.be
esi@petercam.be
fbu@petercam.be
fve@petercam.be
gda@petercam.lu
gino.delaere@petercam.be
gle@petercam.be
gno@petercam.be
hce@petercam.be
hmo@petercam.be
jbo@petercam.be
jdb@petercam.be
jdr@petercam.be
jle@petercam.be
jlu@petercam.be
johnny.debuysscher@petercam.be
jvb@petercam.be
jvg@petercam.be
kdb@petercam.be
ldo@petercam.be

## Company & Corresponding Email Addresses

ldt@petercam.be
mbr@petercam.be
monique.delhaye@petercam.be
nds@petercam.be
nicolas.coffe@petercam.be
ohe@petercam.be
ped@petercam.be
philip.bille@petercam.be
pmb@petercam.be
pse@petercam.be
steven.decoster@petercam.be
svi@petercam.be
svo@petercam.be
xvc@petercam.be

### peteres
sullivan@peteres.com

### petro-canada
dallan@petro-canada.ca
gritchie@petro-canada.ca
jdmiller@petro-canada.ca
khall@petro-canada.ca
lmcmahon@petro-canada.ca
marogers@petro-canada.ca
peter.kallos@petro-canada.com

### petronas
aidam@petronas.com.my
falina@petronas.com.my
hisham_arahim@petronas.com.my
ismadii@petronas.com.my
jamzidi@petronas.com.my
nureilen_poulina@petronas.com.my
rabijar@petronas.com.my

### pfam
graham.barnett@pfam.com

### pfdincome
chadwick@pfdincome.com
common@pfdincome.com
ettinger@pfdincome.com
higgins@pfdincome.com
seto@pfdincome.com
stone@pfdincome.com
suri@pfdincome.com
tucci@pfdincome.com

### pfhoogovens
jelles.vanas@pfhoogovens.nl

### pfizer
aengus.quinn@pfizer.com
anne.mcevoy@pfizer.com
brian.farrelly@pfizer.com
brian.g.byala@pfizer.com
brian.mcmahon@pfizer.com
camilla.uden@pfizer.com
colum.lane@pfizer.com
fiona.o'leary@pfizer.com

## Company & Corresponding Email Addresses

gavin.o'donahue@pfizer.com
mairead.hall@pfizer.com
mark.dodds@pfizer.com
sandeep.a.saggar@pfizer.com
sharon.farrel@pfizer.com
susan.webb@pfizer.com

### pfm

cheddarr@pfm.com
creasonj@pfm.com
dayk@pfm.com
noelp@pfm.com
obrienk@pfm.com
varanof@pfm.com
varanom@pfm.com

### pfpc

ciara.rochford@pfpc.com
derek.niddrie@pfpc.com
donna.r.williams@pfpc.com
frank.milligan@pfpc.com
k.king@pfpc.com
kevin.goode@pfpc.com
muhammad.khan@pfpc.com
nelson.march@pfpc.com
peilin.charrette@pfpc.com
richard.rose@pfpc.com
sean.kearney@pfpc.com
sebastien.deperez@pfpc.iet
steven.lupacchino@pfpc.com

### pg

arcuri.ja@pg.com
list.tl@pg.com
rech.m@pg.com
snellgrove.dk@pg.com

### pgalternative

corinne.bizzoni@pgalternative.com
michele.befacchia@pgalternative.com
simona.dottavi@pgalternative.com

### pge

a0s7@pge.com
c1c4@pge.com
cjl0@pge.com
hjp5@pge.com
jrfc@pge.com
kxlj@pge.com
mgw3@pge.com
msk4@pge.com
nhl1@pge.com
pek1@pge.com
slva@pge.com
vxb6@pge.com

### pge-corp

gabriel.togneri@pge-corp.com
julia.martin@pge-corp.com
kathleen.tappero@pge-corp.com

**Company & Corresponding Email Addresses**

kenneth.lee@pge-corp.com
michael.donnelly@pge-corp.com

**pggm**

alex.veldenvander@pggm.nl
angelique.pieterse@pggm.nl
arjan.gort@pggm.nl
arno.jansen@pggm.nl
azgs@pggm.nl
barbara.van.weerden@pggm.nl
barry.vrijssen@pggm.nl
bart.saenen@pggm.nl
beleggingenbotreasury@pggm.nl
bob.debi-tewari@pggm.nl
boca@pggm.nl
bofixedincome@pggm.nl
bruno.de.haas@pggm.nl
cora.morren@pggm.nl
desiree.wareman@pggm.nl
edgar.taverne@pggm.nl
eveline.somers@pggm.nl
fookley.wong@pggm.nl
frank.v.d.kant@pggm.nl
frans.de.wit@pggm.nl
gerrit.fokke@pggm.nl
gerwin.holland@pggm.nl
han.van.manen@pggm.nl
han.van.manen@pggm.nl
hanneke.velthuis.oude@pggm.nl
hans.optveld@pggm.nl
hans.spikker@pggm.nl
hans.van.ee@pggm.nl
harrie.dielen@pggm.nl
hasd@pggm.nl
ido.degeus@pggm.nl
iwan.peters@pggm.nl
jaap.van.dam@pggm.nl
jac.kragt@pggm.nl
jacco.koopmans@pggm.nl
jacquelien.coes@pggm.nl
jage@pggm.nl
jan.theo.varkevisser@pggm.nl
jan.willem.van.oostveen@pggm.nl
jantheo.varkevisser@pggm.nl
jelle.beenen@pggm.nl
jeroen.rutte@pggm.nl
karel.noordzij@pggm.nl
kim.aupers@pggm.nl
kim.haasbroek@pggm.nl
kirna.smit@pggm.nl
leo.lueb@pggm.nl
marc.nuijten@pggm.nl
marjolein.sol@pggm.nl
mark.van.vliet@pggm.nl
martijn.verwoest@pggm.nl

## Company & Corresponding Email Addresses

mascha.canio@pggm.nl
michael.himmelbauer@pggm.nl
michel.koster@pggm.nl
niels.kortleve@pggm.nl
oost@pggm.nl
patricia.voets@pggm.nl
patrick.fleur@pggm.nl
patrick.schenkhuizen@pggm.nl
patrick.vijgeboom@pggm.nl
paul.schep@pggm.nl
peter.kraneveld@pggm.nl
piet.roelandt@pggm.nl
pod@pggm.nl
raymond.hendriks@pggm.nl
raymond.sars@pggm.nl
raymond.van.wersch@pggm.nl
roderick.mouthaan@pggm.nl
roelof.v.d.struik@pggm.nl
roland.verhoeven@pggm.nl
scew@pggm.nl
sevinc.acar@pggm.nl
simone.de.haas@pggm.nl
slaa@pggm.nl
suzan.peeters@pggm.nl
swro@pggm.nl
tinka.kleine@pggm.nl
tjerk.methorst@pggm.nl
vand@pggm.nl
vladimir.goloviznine@pggm.nl
wema@pggm.nl
werner.sohier@pggm.nl
william.amzand@pggm.nl
zwoa@pggm.nl

### pgn
kristin.stathis@pgn.com

### phfa
bhudson@phfa.org

### philippemagistretti
philippe@philippemagistretti.com

### philips
alan.cathcart@philips.com
andreas.van.den.berg@philips.com
anthony.eltvedt@philips.com
anuska.gonzalvo@philips.com
bart.ras@philips.com
carlos.fernandez@philips.com
constantijn.sweep@philips.com
daniel.camejo@philips.com
dries.de.haan@philips.com
ed.siegel@philips.com
heinz.jeranko@philips.com
jaap.bastiaansen@philips.com
james.nolan@philips.com
jarvis.seaman@philips.com

## Company & Corresponding Email Addresses

jasper.kemme@philips.com
joe.mcgoldrick@philips.com
k.ganesh@philips.com
luc-winters@philips.com
marcel.onclin@philips.com
marcio.barbosa@philips.com
marjon.jansen@philips.com
mark.kirkland@philips.com
maura.spielmann@philips.com
michael.bh.yu@philips.com
onno.van.de.griend@philips.com
peter.tonetti@philips.com
peter.warmerdam@philips.com
piet.verheijen@philips.com
rob.schreur@philips.com
robert.strijbos@philips.com
simon.karregat@philips.com
tim.soetens@philips.com
tosca.lahpor@philips.com
treasury.middleoffice@philips.com

### phillip
choonjin@phillip.com.sg
kevintaybl@phillip.com.sg
steventanel@phillip.com.sg

### phillyinvest
jbehrend@phillyinvest.com

### phineus
mgrant@phineus.net

### phl
christopher_kelleher@phl.com
michael_dorsel@phl.com
michael_hugton@phl.com
nelson_correa@phl.com
phil_mcloughlin@phl.com

### phlyins
ddebusschere@phlyins.com
pking@phlyins.com

### phoenix
jon.super@phoenix.gov

### phoenixwm
ed.novak@phoenixwm.com

### phs
coy.baugh@phs.com
david.erickson@phs.com
gregory.scott@phs.com
joyce.zacks@phs.com

### phxinv
alexander.glover@phxinv.com
amy.keith@phxinv.com
andy.szabo@phxinv.com
benjamin.caron@phxinv.com
brian.lee@phxinv.com
chris.saner@phxinv.com
christine.davis@phxinv.com

## Company & Corresponding Email Addresses

cynthia.beaulieu@phxinv.com
daniel.moskey@phxinv.com
daniel.senecal@phxinv.com
dave.albrycht@phxinv.com
dave.byerly@phxinv.com
edward.burns@phxinv.com
erin.pulkkinen@phxinv.com
gulen.indomenico@phxinv.com
heather.dunham@phxinv.com
joe.guenther@phxinv.com
joe.kennedy@phxinv.com
jonathan.stanley@phxinv.com
kimberly.scott@phxinv.com
kyle.jennings@phxinv.com
lisa.leonard@phxinv.com
lorraine.votta@phxinv.com
lynn.ryan@phxinv.com
nick.rinaldi@phxinv.com
phyllis.devericks@phxinv.com
ruta.ziverte@phxinv.com
sharon.rothbaum@phxinv.com
steven.colton@phxinv.com
steven.gottesman@phxinv.com
ted.hines@phxinv.com
thomas.cloutier@phxinv.com
tim.heaney@phxinv.com

**pia**
gilad-b@pia.co.il
jonatan-a@pia.co.il

**piadvisors**
robert_benthemdegrave@piadvisors.net
tom_angers@piadvisors.net
wei_huang@piadvisors.net

**piaggio**
annapaola.zupo@piaggio.com
ines.degiorgio@piaggio.com
maurizio.ballati@piaggio.com
prignoli@piaggio.com

**piaggioaero**
gcostantini@piaggioaero.it

**pictet**
abaskov@pictet.com
abisschop@pictet.com
adavoudi@pictet.com
adelamaze@pictet.com
ademichele@pictet.com
aengerer@pictet.com
afelix@pictet.com
afreddi@pictet.com
afriederich@pictet.com
ahickey@pictet.com
amanghi@pictet.com
amathier@pictet.com
amehta@pictet.com

## Company & Corresponding Email Addresses

antonio.perez@pictet.com
aoya@pictet.com
aralli@pictet.com
arivoire@pictet.com
aroelli@pictet.com
aschiffelholz@pictet.com
asoucas@pictet.com
asteele@pictet.com
asuntay@pictet.com
atavazzi@pictet.com
athiebaud@pictet.com
avasagiri@pictet.com
avernes@pictet.com
azitkute@pictet.com
bbarker@pictet.com
bdemole@pictet.com
beberle@pictet.com
blambert@pictet.com
bmueller@pictet.com
bourse-lux@pictet.com
bpaquay@pictet.com
calvarin@pictet.com
cdirac@pictet.com
cfluckiger@pictet.com
cford@pictet.com
cgreen@pictet.com
cgurz@pictet.com
cjenni@pictet.com
ckoos@pictet.com
clecamp@pictet.com
cleong@pictet.com
clocher@pictet.com
cmaillard@pictet.com
cmyburg@pictet.com
coffenhauser@pictet.com
cpatterson@pictet.com
creyl@pictet.com
cschweizer@pictet.com
cvandekerckhove@pictet.com
cvonturk@pictet.com
dbaumgartner@pictet.com
dbird@pictet.com
dchatterjee@pictet.com
ddawit@pictet.com
dfaes@pictet.com
dinfante@pictet.com
dleuba@pictet.com
dpeterson@pictet.com
drubin@pictet.com
dscilingo@pictet.com
dwydler@pictet.com
echiabudini@pictet.com
edepotter@pictet.com
egarnier@pictet.com

**Company & Corresponding Email Addresses**

ehanouna@pictet.com
ehargreaves@pictet.com
emendez@pictet.com
emerging@pictet.com
eroyen@pictet.com
etarchini@pictet.com
evantuyll@pictet.com
fbigler@pictet.com
fborgnana@pictet.com
fbrunet@pictet.com
fcattaneo@pictet.com
fgirod@pictet.com
fpacicca@pictet.com
fpaolini@pictet.com
fsalina@pictet.com
fsawaf@pictet.com
fweber@pictet.com
gballocchi@pictet.com
gbucaille@pictet.com
gbumbra@pictet.com
gchamorro@pictet.com
gcracco@pictet.com
gdassier@pictet.com
ghuber@pictet.com
gkunz@pictet.com
gmicheli@pictet.com
gubaghs@pictet.com
haedo@pictet.com
hgaudart@pictet.com
hportner@pictet.com
hreenpaa@pictet.com
jacques.desaussure@pictet.com
jarguello@pictet.com
jashurst@pictet.com
jbarbe@pictet.com
jbeguelin@pictet.com
jbell@pictet.com
jbenetti@pictet.com
jbenhamida@pictet.com
jbloomfield@pictet.com
jbongard@pictet.com
jchristin@pictet.com
jclerc@pictet.com
jdurante@pictet.com
jjunge@pictet.com
jjvaucher@pictet.com
jlarsson@pictet.com
jlee@pictet.com
jmanry@pictet.com
jmondini@pictet.com
jpsmith@pictet.com
jruez@pictet.com
jruiz@pictet.com
jvogt@pictet.com

**Company & Corresponding Email Addresses**

kachtar@pictet.com
kmoore@pictet.com
kparsipour@pictet.com
lbelloni@pictet.com
lbradbury@pictet.com
lcarpin@pictet.com
ldesbiens@pictet.com
lgodin@pictet.com
lperrin@pictet.com
lreinhard@pictet.com
lveilleux@pictet.com
m.boulton@pictet.com
mallemann@pictet.com
mapictet@pictet.com
mbartek@pictet.com
mbinggeli@pictet.com
mbooty@pictet.com
mbriol@pictet.com
mcretier@pictet.com
mgrupper@pictet.com
mjohnson@pictet.com
mkidane@pictet.com
mmclaughlin@pictet.com
mmorita@pictet.com
mporet@pictet.com
msetrouk@pictet.com
mtee@pictet.com
mzetchi@pictet.com
ncampiche@pictet.com
nfaure@pictet.com
nmahurkar@pictet.com
nmustoe@pictet.com
nsheera@pictet.com
nstanbridge@pictet.com
oginguene@pictet.com
ogros@pictet.com
oknobloch@pictet.com
p_lambert@pictet.com
pagarwal@pictet.com
pallenbach@pictet.com
pbacchetta@pictet.com
pbass@pictet.com
pdeweck@pictet.com
pfaivre@pictet.com
pfranc@pictet.com
pfroehlicher@pictet.com
phposta@pictet.com
pjarvis@pictet.com
pperret@pictet.com
ppol@pictet.com
prohner@pictet.com
psarreau@pictet.com
pserafini@pictet.com
pthullen@pictet.com

**Company & Corresponding Email Addresses**

pwarga@pictet.com
pzweifel@pictet.com
rbanz@pictet.com
rborgeat@pictet.com
rbuehler@pictet.com
rchiabudini@pictet.com
rcudre@pictet.com
rgaensslen@pictet.com
rghrenassia@pictet.com
rhauser@pictet.com
rjames@pictet.com
rjoller@pictet.com
rormond@pictet.com
rscudre@pictet.com
rwilliamson@pictet.com
sburrows@pictet.com
schurch@pictet.com
scornet@pictet.com
seisenhut@pictet.com
seisinger@pictet.com
sfanchini@pictet.com
sfuhrer@pictet.com
sfukushima@pictet.com
sgonzalezgrigori@pictet.com
shavercroft@pictet.com
showald@pictet.com
sjacot@pictet.com
sjaun@pictet.com
skasaya@pictet.com
skelley@pictet.com
skhan@pictet.com
slautizar@pictet.com
slee@pictet.com
smaillard@pictet.com
smartel@pictet.com
spatel@pictet.com
sperry@pictet.com
spralong@pictet.com
ssejournet@pictet.com
sspiegelberg@pictet.com
stenjoukian@pictet.com
stockstrading@pictet.com
structured_products@pictet.com
styrrell@pictet.com
szancanella@pictet.com
szanzi@pictet.com
tcentofanti@pictet.com
tday@pictet.com
tgujer@pictet.com
thagino@pictet.com
tlacraz@pictet.com
tlam@pictet.com
tpaccot@pictet.com
trading@pictet.com

## Company & Corresponding Email Addresses

trodwell@pictet.com
vcara@pictet.com
vfuentes@pictet.com
vgrimaldi@pictet.com
vrossier@pictet.com
wegli@pictet.com
wmaenner@pictet.com
wtan@pictet.com
wting@pictet.com
xchollet@pictet.com
ybigeard@pictet.com
ybonzon@pictet.com
ybruggisser@pictet.com
ygoffinet@pictet.com
ygottmeier@pictet.com
ykramer@pictet.com
ymauron@pictet.com
ypoulou@pictet.com
ysuzuki@pictet.com

### piercap

alex.yakirevich@piercap.com
andrew.hokenson@piercap.com
anne.hua@piercap.com
clem.garcia@piercap.com
eric.ardito@piercap.com
natalie.wright@piercap.com
pier.assistant@piercap.com
vinay.ved2@piercap.com

### pilgrimfunds

cshea@pilgrimfunds.com
jferro@pilgrimfunds.com
rstiver@pilgrimfunds.com
thaag@pilgrimfunds.com

### pilkington

jeff.mcmahonj@pilkington.com
keith.stafford@pilkington.com
wendy.rodriguez@pilkington.com

### pim

peter.blosch@pim.com

### pimco

aaron.bryson@pimco.com
abby.john@pimco.com
abby.simon@pimco.com
aditya.damani@pimco.com
adrienn.sarandi@pimco.com
ahuff@pimco.com
aj.washington@pimco.com
alec.kersman@pimco.com
alex.hadirahardjo@pimco.com
alex.hartl@pimco.com
alex.kim@pimco.com
alex.williamson@pimco.com
alice.wang@pimco.com
alison.macartney@pimco.com

## Company & Corresponding Email Addresses

alka.singal@pimco.com
amber.schulten@pimco.com
amin.molavi@pimco.com
aminul.haque@pimco.com
amit.chopra@pimco.com
amit.thanki@pimco.com
amy.hsiang@pimco.com
amy.hsu@pimco.com
analytics@pimco.com
anctil@pimco.com
andreas.berndt@pimco.com
andrew.balls@pimco.com
andrew.robertson@pimco.com
anika.gielow@de.pimco.com
anindita.sharma@sg.pimco.com
aniruddha.das@pimco.com
ann.pham@pimco.com
anna.pryde@pimco.com
annie.mirzaians@pimco.com
anthony.nguyen@pimco.com
antoinette.eltz@pimco.com
anton.dombrovsky@de.pimco.com
antony.voznesensky@pimco.com
aportill@pimco.com
arjun.madan@pimco.com
arshavir.grigoryan@pimco.com
art.hastings@pimco.com
asay@pimco.com
ashley.vitar@pimco.com
astrid.linder@de.pimco.com
atousa.sarcon@pimco.com
aurore.leclercq@pimco.com
awittkop@pimco.com
aylin.somersan@pimco.com
ayu@pimco.com
baker@pimco.com
bansal@pimco.com
barry.ross@au.pimco.com
bdaniels@pimco.com
bdeleon@pimco.com
beaumont@pimco.com
ben.dadbin@pimco.com
ben.edwards@pimco.com
ben.ehlert@pimco.com
ben.mcgloin@pimco.com
benjamin.chan@pimco.com
betsy.lind@pimco.com
bewernitz@pimco.com
bhansali@pimco.com
bill.cullinan@pimco.com
bill.cumby@pimco.com
bill.tsotsos@pimco.com
billy.rogers@pimco.com
bkelly@pimco.com

**Company & Corresponding Email Addresses**

bob.burns@pimco.com
bob.ettl@pimco.com
bob.gingrich@pimco.com
boyd@pimco.com
brad.guynn@pimco.com
bradd.kern@pimco.com
bradley.marr@pimco.com
bransby.whitton@pimco.com
brett.lyons@pimco.com
brett.weichbrod@pimco.com
brian.jacobs@pimco.com
brian.tomlinson@pimco.com
brick@pimco.com
bridget.inglis@pimco.com
brogers@pimco.com
bruce.brittain@pimco.com
bryan.filkey@pimco.com
bryan.poulsen@pimco.com
bryan.poulson@pimco.com
bryan.tsu@pimco.com
burcin.dilek@de.pimco.com
calvin.liew@pimco.com
candice.stack@pimco.com
carboni@pimco.com
carlo.micali@pimco.com
carlos.agredano@pimco.com
carpente@pimco.com
carrie.peterson@pimco.com
cdawson@pimco.com
chad.plotke@pimco.com
chang@pimco.com
changhong.zhu@pimco.com
chanie.raykoff@pimco.com
chantal.manseau@pimco.com
charles.gaffney@pimco.com
charles.wyman@pimco.com
chen.xu@pimco.com
chen@pimco.com
cheryl.juarez@pimco.com
chipp@pimco.com
chisato.kohari@pimco.com
chnguyen@pimco.com
chris.balster@pimco.com
chris.caltagirone@pimco.com
chris.clonce@pimco.com
chris.dialynas@pimco.com
chris.franta@pimco.com
chris.kemp@pimco.com
chris.lofdahl@pimco.com
chris.tarui@pimco.com
chrissy.austin@pimco.com
christian.schuetz@de.pimco.com
christian.staub@pimco.com
christian.stracke@pimco.com

**Company & Corresponding Email Addresses**

christian.wild@pimco.com
christina.goodridge@pimco.com
christine.chu@pimco.com
christine.li@pimco.com
christine.mathes@pimco.com
christine.telish@pimco.com
christopher.brune@pimco.com
christopher.vyn@pimco.com
claudia.rosello@pimco.com
colby.matthews@pimco.com
colin.brennan@pimco.com
colleen.kochivar@pimco.com
cooke@pimco.com
corina.munoz@pimco.com
cowell@pimco.com
cristina.nunziata@pimco.com
cupps@pimco.com
cynthia.loh@pimco.com
cyrille.conseil@pimco.com
daniel.hyman@pimco.com
daniel.nikaiyn@pimco.com
darius.gagne@pimco.com
darius.ilgunas@pimco.com
david.andrews@pimco.com
david.blair@pimco.com
david.linton@pimco.com
david.su@pimco.com
david.zhang@pimco.com
ddorff@pimco.com
deepa.salastekar@pimco.com
derek.fan@pimco.com
devin.arcoleo@pimco.com
dgnguyen@pimco.com
dominique.linder@de.pimco.com
don.pfohlman@pimco.com
don.suskind@pimco.com
donna.cohen@pimco.com
donna.riley@pimco.com
dugan@pimco.com
durn@pimco.com
ed.cruz@pimco.com
ed.devlin@pimco.com
ed.urbano@pimco.com
edda.agnarsdottir@de.pimco.com
ehsan.bashi@pimco.com
elizabeth.morgan@pimco.com
ellen.shimada@pimco.com
emily.chen@pimco.com
emily.hoo@uk.pimco.com
england@pimco.com
eric.bartlett@au.pimco.com
eric.mogelof@pimco.com
erich.mayer@de.pimco.com
erik.haven@pimco.com

**Company & Corresponding Email Addresses**

erik.keller@pimco.com
erik.velicer@pimco.com
erika.lowe@pimco.com
erin.langford@pimco.com
eva.traber@de.pimco.com
evan.cathey@pimco.com
evan.curtis@pimco.com
evan.pan@pimco.com
evans@pimco.com
eve.tournier@uk.pimco.com
felix.blomenkamp@pimco.com
ferrell@pimco.com
fournier@pimco.com
frances.regalado@pimco.com
frank.kokai@pimco.com
gang.hu@pimco.com
gbui@pimco.com
geoffrey.bowers@pimco.com
geoffrey.lasry@pimco.com
georgios.allamanis@pimco.com
gerald.koh@pimco.com
gerlinde.schwab@de.pimco.com
gita.bal@pimco.com
goldman@pimco.com
grace.wu@pimco.com
graziella.di.trani@de.pimco.com
greg.gore@pimco.com
gregor.diem@de.pimco.com
gross@pimco.com
grudolph@pimco.com
guillermo.osses@pimco.com
hague@pimco.com
han@pimco.com
hansford.warner@pimco.com
hehn@pimco.com
helen.xing@pimco.com
helsing@pimco.com
hemanshu.mandalia@pimco.com
henning.fock@de.pimco.com
hgu@pimco.com
hidetoshi.minamisawa@pimco.com
hiroshi.kuno@jp.pimco.com
hiroshi.kuno@pimco.com
hnorris@pimco.com
hockmeng.foong@pimco.com
hojung.kang@de.pimco.com
holly.johnson@pimco.com
hozef.arif@pimco.com
ignacio.galaz@pimco.com
inge.hirschauer@de.pimco.com
ivascyn@pimco.com
ivy.nguyen@pimco.com
jacob.procuniar@pimco.com
jaime.villa@pimco.com

**Company & Corresponding Email Addresses**

jaime-anne.fabio@pimco.com
jakub.janicki@de.pimco.com
jan.schopen@de.pimco.com
janet.campbell@au.pimco.com
jason.austin@pimco.com
jason.zambanini@pimco.com
jayme.dirienzo@pimco.com
jeff.muehlethaler@pimco.com
jennifer.bridwell@pimco.com
jennifer.dinapoli@pimco.com
jennifer.hsieh@pimco.com
jennifer.oliva@pimco.com
jennifer.prince@pimco.com
jennifer.yang@pimco.com
jeremy.browne@au.pimco.com
jerome.schneider@pimco.com
jesse.pricer@pimco.com
jiaying.huang@pimco.com
jill.mcgarvey@pimco.com
jill.suh@pimco.com
jim.keller@pimco.com
jing.yang@pimco.com
joanders@pimco.com
joao.freire@pimco.com
joe.dolan@pimco.com
joel.strauch@pimco.com
joern.kleinhans@pimco.com
john.brynjolfsson@pimco.com
john.cavalieri@pimco.com
john.cummings@pimco.com
john.gomez@pimco.com
john.kirkowski@pimco.com
john.miller@pimco.com
john.morrison@pimco.com
john.norris@pimco.com
john.sheehy@pimco.com
johnpascal.vanhouden@pimco.com
joline.ortiz@pimco.com
jon.horne@pimco.com
jon.jiang@pimco.com
jon.yip@pimco.com
jordan@pimco.com
joseph.greenwald@pimco.com
joseph.guirguis@pimco.com
joseph.narens@pimco.com
joseph.yeon@pimco.com
joseph.zhang@sg.pimco.com
josh.davis@pimco.com
joshua.hawkins@pimco.com
joshua.katz@pimco.com
joshua.yelsey@pimco.com
judy.chan@pimco.com
juergen.dahlhoff@de.pimco.com
jules.naters@pimco.com

**Company & Corresponding Email Addresses**

julia.kelting@de.pimco.com
julie.anderson@pimco.com
julie.mcdaniel@pimco.com
justin.barnum@pimco.com
justina.iuga@pimco.com
jwilliams@pimco.com
kai.wildfoerster@de.pimco.com
kaiping.su@pimco.com
kan.mam@pimco.com
kangmin.lin@pimco.com
kara.netro@pimco.com
karen.doane@pimco.com
karine.mercado@pimco.com
kasten.walther@pimco.com
kate.soiguine@pimco.com
kathleen.dwyer@pimco.com
kathleen.gaertner@de.pimco.com
kathy.park@pimco.com
katie.della.maria@pimco.com
katie.dellamarie@pimco.com
katrina.horner@pimco.com
kaveh.heravi@pimco.com
kaylee.garden@pimco.com
kelly.derrig@pimco.com
ken.miller@pimco.com
kennedy@pimco.com
kevin.chan@pimco.com
kevin.forhane@pimco.com
kevin.gray@pimco.com
kevin.slebioda@pimco.com
kevin.winters@pimco.com
kezelman@pimco.com
kim.gillaspy@pimco.com
kimberley.stafford@pimco.com
kimberly.cullen@pimco.com
kimble.skov@pimco.com
koonnang.tse@pimco.com
kozovich@pimco.com
krista.elliott@pimco.com
kristen.luke@pimco.com
kristen.monson@pimco.com
kristi.elliot-heitman@pimco.com
kristi.whitewolf@pimco.com
kristian.baney@pimco.com
ksmith@pimco.com
kumaran.damodaran@pimco.com
kwame.anochie@pimco.com
kwiatkow@pimco.com
laci.smith@pimco.com
lalantika.padmanabhan@pimco.com
lana.moy@pimco.com
lance.whitewolf@pimco.com
lanny.moelijanto@pimco.com
lauren.walsh@pimco.com

**Company & Corresponding Email Addresses**

lemuel.kong@pimco.com
leonardo.sanchez@pimco.com
ley@pimco.com
li.li@pimco.com
libby.cantrill@pimco.com
lisa.kim@pimco.com
liz.latch@pimco.com
liz.tech@pimco.com
loredana.lapace@pimco.com
loren.ollenburger@pimco.com
lori.hsu@pimco.com
lori.zarutsky@pimco.com
louanges@pimco.com
lupin.rahman@pimco.com
luu@pimco.com
magdalene.yee@pimco.com
maggie.bekele@pimco.com
makiko.dodo@pimco.com
manuel.hayes@pimco.com
marcellus.fisher@pimco.com
marcia.clark@pimco.com
marco.grzesik@de.pimco.com
marco.vanakkeren@pimco.com
marcus.schulmerich@de.pimco.com
marcy.rappaport@pimco.com
maria.munoz@pimco.com
maria.nguyen@pimco.com
maria.rose@pimco.com
mariappa@pimco.com
marion.scherzinger@de.pimco.com
mark.afrasiabi@pimco.com
mark.jelic@pimco.com
mark.kiesel@pimco.com
mark.lampano@pimco.com
mark.pearce@pimco.com
mark.thompson@pimco.com
markus.mueller@de.pimco.com
markus.von.crailsheim@de.pimco.com
martin.feeny@pimco.com
martina.benke@de.pimco.com
masako.walsh@pimco.com
mather@pimco.com
matt.clark@pimco.com
matt.dorsten@pimco.com
matt.mulcahy@pimco.com
matt.shaw@pimco.com
matt.woods@pimco.com
matt.zehner@pimco.com
matthew.brenner@pimco.com
matthew.mclenaghan@pimco.com
matthew.welling@pimco.com
max.lisenkov@pimco.com
mccallon@pimco.com
mccray@pimco.com

**Company & Corresponding Email Addresses**

mcculley@pimco.com
melani.reyes@pimco.com
mewbourne@pimco.com
mhughes@pimco.com
miali@pimco.com
michael.brandl@pimco.com
michael.brownell@pimco.com
michael.burns@pimco.com
michael.chandra@pimco.com
michael.chang@pimco.com
michael.covert@pimco.com
michael.gomez@pimco.com
michael.jacobs@pimco.com
michael.liwski@pimco.com
michael.martini@pimco.com
michael.pruin@pimco.com
michael.sonner@de.pimco.com
michael.terry@pimco.com
michael.watchorn@pimco.com
michael.zhang@pimco.com
michele.weinberger@pimco.com
mihir.worah@pimco.com
mike.summerfield@pimco.com
mike.trovato@pimco.com
millimet@pimco.com
mitchell.wilner@pimco.com
mittal@pimco.com
moid.hanif@pimco.com
molsen@pimco.com
mukund.kumar@pimco.com
murata@pimco.com
murphy.mccann@pimco.com
nadege.goldfinger@de.pimco.com
nadine.rathmann@de.pimco.com
naran@pimco.com
natalie.karpov@pimco.com
natalie.trevithick@pimco.com
nate.earle@pimco.com
nathan.chiaverini@pimco.com
nedal.alqam@pimco.com
nest@pimco.com
nic.johnson@pimco.com
nishant.upadhyay@pimco.com
noel.yi@pimco.com
nori.funaki@pimco.com
oliver.schweizer@pimco.com
olivia.kim@pimco.com
omar.obeid@pimco.com
orozco@pimco.com
oskar.akerberg@de.pimco.com
pankovic@pimco.com
parikh@pimco.com
pasi.hamalainen@pimco.com
patience.musingarimi@pimco.com

## Company & Corresponding Email Addresses

paul.allen@uk.pimco.com
paul.benson@pimco.com
paul.kim@pimco.com
paul.wendler@pimco.com
paul.wildermuth@pimco.com
peter.bretschger@pimco.com
peter.luc@pimco.com
petercramer@pimco.com
philip-john.munoz@pimco.com
philipp.kellerhals@de.pimco.com
pmurphy@au.pimco.com
potthof@pimco.com
powell.thurston@pimco.com
powers@pimco.com
putnicki@pimco.com
qunshan.gao@de.pimco.com
rahul.seksaria@pimco.com
raja.mukherji@pimco.com
ralf.werner@de.pimco.com
rama.nambimadom@pimco.com
ramin.toloui@pimco.com
ramon.maronilla@pimco.com
raulin.villegas@pimco.com
ray.lim@pimco.com
rene.martel@pimco.com
ric.costa@pimco.com
richard.clarida@pimco.com
richard.colasuonno@pimco.com
richard.mak@pimco.com
richie.cruz@pimco.com
rick.morioka@pimco.com
rieko.uehara@pimco.com
rob.corley@pimco.com
robert.lee@pimco.com
robert.mead@de.pimco.com
rodger.elble@pimco.com
rodosky@pimco.com
roger.nieves@pimco.com
roham.medifar@pimco.com
rollins@pimco.com
ronald.manley@pimco.com
ronnie@de.pimco.com
rosamund.price@pimco.com
rosboro@pimco.com
rosiak@pimco.com
rpalmer@pimco.com
rudolf.boeltl@de.pimco.com
rudy.garza@pimco.com
rudy.pimentel@pimco.com
rueda@pimco.com
rupali.saggar@pimco.com
rushant.sanathara@pimco.com
ryan.blute@pimco.com
ryan.clarkson@pimco.com

**Company & Corresponding Email Addresses**

ryan.hart@pimco.com
ryan.kagy@pimco.com
ryan.korinke@pimco.com
ryan.lanphere@pimco.com
ryan.lecznar@pimco.com
ryan.murphy@pimco.com
ryan.watkins@pimco.com
sachiko.okuma@jp.pimco.com
samantha.harrison@pimco.com
sanae.tsuchiya@jp.pimco.com
sanjeev.gogna@de.pimco.com
saori.mitsuta@pimco.com
sapna.shah@pimco.com
sara.pollack@pimco.com
sarah.brindle@pimco.com
schulist@pimco.com
schwetz@pimco.com
scott.beltz@pimco.com
scott.striegel@pimco.com
sean.mccarthy@pimco.com
sesay@pimco.com
seth.coulson@pimco.com
seth.ruthen@pimco.com
shad.rogers@pimco.com
shailesh.gupta@pimco.com
shaler@pimco.com
sharad.ghosh@pimco.com
shareef.bahador@pimco.com
sharp@pimco.com
shogo.fujita@jp.pimco.com
showbhik.kalra@pimco.com
sihn.luong@pimco.com
simon@pimco.com
simone.pressley@pimco.com
smartin@pimco.com
stacie.anctil@pimco.com
stacy.schaus@pimco.com
stefan.kuehne@de.pimco.com
stephanie.packer@pimco.com
stephen.derrick@pimco.com
stephen.reynolds@pimco.com
steve.aguirre@pimco.com
steve.hong@pimco.com
steven.gleason@pimco.com
steven.jones@pimco.com
strauch@pimco.com
suhail.dada@pimco.com
sunil.kothari@pimco.com
susan.raessler@pimco.com
susanne.haag@de.pimco.com
susie.wilson@pimco.com
tais.pacheco@pimco.com
tais.rojas@pimco.com
tamerlan.abdikeev@pimco.com

**Company & Corresponding Email Addresses**

tami.vendig@pimco.com
tammie.arnold@pimco.com
taylor.alan-lee@pimco.com
teresa.elston@pimco.com
terrence.ing@pimco.com
tetsuro.kondo@pimco.com
therese.vu@pimco.com
thomas.finkenzeller@pimco.com
thomas.kressin@de.pimco.com
thomas@pimco.com
thuy.pham@pimco.com
tim.haaf@de.pimco.com
timo.boehm@de.pimco.com
tina.suo@pimco.com
tobias.prokesch@de.pimco.com
tobias.spandri@de.pimco.com
tom.otterbein@pimco.com
tommy.nguyen@pimco.com
tomomi.yoshioka@pimco.com
tongli.han@pimco.com
toni.afonso@de.pimco.com
toru.lin@pimco.com
tracey.jourdal@pimco.com
tracy.chin@au.pimco.com
trevor.liang@pimco.com
trip.lilly@pimco.com
trosky@pimco.com
vadim.yasnov@pimco.com
vanheel@uk.pimco.com
verona@pimco.com
veronika.neubauer@de.pimco.com
victor.cabral@pimco.com
viola.patock@de.pimco.com
wainwright.babb@de.pimco.com
warren.chou@pimco.com
warren.min@pimco.com
wayne.lai@pimco.com
wendong.qu@pimco.com
wenwen.lindroth@pimco.com
wes.murphy@pimco.com
weston.kasper@pimco.com
wilbur.chow@pimco.com
william.chipp@pimco.com
william.pompa@pimco.com
wolf.diederichs@pimco.com
xing.wan@pimco.com
yi-ling.lin@pimco.com
ying.qiu@pimco.com
yingying.zheng@sg.pimco.com
yukiji.konno@pimco.com
yukji.konno@pimco.com
yvonne.jara@pimco.com
zilver@pimco.com
zubin.kapadia@pimco.com

## Company & Corresponding Email Addresses

### pimcoadvisors
erik.aarts@pimcoadvisors.com
kathy.hoffman@pimcoadvisors.com

### pimcoequity
gtournant@pimcoequity.com

### piog
chris.galizio@piog.com
joanne.fisher@piog.com
sam.polyak@piog.com

### pioneer
aaron.dunn@pioneer.com
eweigel@pioneer.com

### pioneeralternativest
ailish.custer@pioneeralternativest.com

### pioneeraltinvest
adrian.doyle@pioneeraltinvest.com
andrea.buda@pioneeraltinvest.com
anna.maher@pioneeraltinvest.com
anne.hegarty@pioneeraltinvest.com
barry.kelly@pioneeraltinvest.com
carcie.rogers@pioneeraltinvest.co.uk
eamonn.murphy@pioneeraltinvest.ie
edel.o'leary@pioneeraltinvest.com
francis.heagney@pioneeraltinvest.com
gareth.kiernan@pioneeraltinvest.com
gcassoni@pioneeraltinvest.com
gernot.rumpf@pioneeraltinvest.com
glenda.levin@pioneeraltinvest.co.uk
graham.o'meara@pioneeraltinvest.com
greg.baker@pioneeraltinvest.com
janet.ige@pioneeraltinvest.com
jason.mullins@pioneeraltinvest.com
kenneth.montgomery@pioneeraltinvest.com
lisa.casey@pioneeraltinvest.ie
luca.mengoni@pioneeraltinvest.com
lucio.vignati@pioneeraltinvest.com
manuele.moi@pioneeraltinvest.com
neil.donnelly@pioneeraltinvest.com
nicola.conroy@pioneeraltinvest.com
oliver.owen@pioneeraltinvest.com
rana.kudsi@pioneeraltinvest.co.uk
riccardo.cavo@pioneeraltinvest.com
richard.mormile@pioneeraltinvest.com
tommaso.mancuso@pioneeraltinvest.com
viktor.turk@pioneeraltinvest.com

### pioneeraltinvestments
colm.friel@pioneeraltinvestments.com
tomas.cunnane@pioneeraltinvestments.com

### pioneerinvest
alberto.gandolfi@pioneerinvest.ie
alessandro.patruno@pioneerinvest.it
alessia.berardi@pioneerinvest.it
alex.parsons@pioneerinvest.ie
allen.wong@pioneerinvest.com

**Company & Corresponding Email Addresses**

andrea.carelli@pioneerinvest.it
andrea.dilorenzo@pioneerinvest.it
andrea.tavoni@pioneerinvest.it
andrew.acheson@pioneerinvest.com
andrew.feltus@pioneerinvest.com
andrew.schlumper@pioneerinvest.com
angela.lewis@pioneerinvest.com
ann-marie.hanley@pioneerinvest.com
antonello.ditaranto@pioneerinvest.it
antonio.ferraresi@pioneerinvest.ie
april.seah@pioneerinvest.ie
ashesh.savla@pioneerinvest.com
asta.vaichys@pioneerinvest.com
audrey.choi@pioneerinvest.com.sg
bob.pieroni@pioneerinvest.com
bradley.galko@pioneerinvest.com
carl.reynolds@pioneerinvest.com
caterina.mensa@pioneerinvest.it
charles.mayer@pioneerinvest.com
chris.chapin@pioneerinvest.com
christian.fay@pioneerinvest.com
christian.fey@pioneerinvest.com
christian.proietto@pioneerinvest.ie
christina.yow@pioneerinvest.com.sg
christopher.smart@pioneerinvest.com
clarkson.williams@pioneerinvest.com
conor.mcdermott@pioneerinvest.ie
cosimo.marasciulo@pioneerinvest.it
cristian.segui@pioneerinvest.com
cristina.marini@pioneerinvest.it
cristina.matti@pioneerinvest.ie
cristina.siro@pioneerinvest.it
dan.sim@pioneerinvest.com
daniel.barry@pioneerinvest.ie
daniele.leccacorvi@pioneerinvest.it
dario.frigerio@pioneerinvest.ie
david.cahill@pioneerinvest.ie
david.eurkus@pioneerinvest.com
david.harte@pioneerinvest.ie
david.sobell@pioneerinvest.com
davide.astolfi@pioneerinvest.it
davide.comoglio@pioneerinvest.it
davide.dicataldo@pioneerinvest.it
debora.delbo@pioneerinvest.it
denise.ocallaghan@pioneerinvest.ie
dennis.pray@pioneerinvest.com
diego.franzin@pioneerinvest.ie
domenico.alonzi@pioneerinvest.it
dominik.kremer@pioneerinvest.de
ed.doyle@pioneerinvest.com
edoardo.mezza@pioneerinvest.it
elaine.keenan@pioneerinvest.ie
elisa.perna@pioneerinvest.it
elisabetta.spaltni@pioneerinvest.it

**Company & Corresponding Email Addresses**

emanuela.verri@pioneerinvest.it
emilio.orechia@pioneerinvest.it
enrico.bovalini@pioneerinvest.it
enrico.stacchietti@pioneerinvest.it
eric.pinn@pioneerinvest.com
eric.weigel@pioneerinvest.com
erika.belloni@pioneerinvest.it
fabrizio.bugatti@pioneerinvest.it
feargal.dempsey@pioneerinvest.ie
federica.baldan@pioneerinvest.it
federica.masciaga@pioneerinvest.it
fiona.lim@pioneerinvest.com.sg
france.maniaci@pioneerinvest.com
francesco.dall'angelo@pioneerinvest.it
francesco.gruosso@pioneerinvest.ie
francesco.sandrini@pioneerinvest.ie
franco.sobrero@pioneerinvest.it
george.sidgwick@pioneerinvest.com
gertrude.fitzpatrick@pioneerinvest.ie
gianfranco.digennaro@pioneerinvest.it
giovanni.facchinimartini@pioneerinvest.it
giuseppe.avignone@pioneerinvest.it
giuseppe.ciliberto@pioneerinvest.it
giuseppe.nava@pioneerinvest.it
greg.andrews@pioneerinvest.com
gregor.smart@pioneerinvest.com
james.healy@pioneerinvest.com
jessica.frattura@pioneerinvest.com
jessica.mitchell@pioneerinvest.com
john.carey@pioneerinvest.com
john.corron@pioneerinvest.com
john.franks@pioneerinvest.com
john.peckham@pioneerinvest.com
josiely.hermida@pioneerinvest.com
joslyn.suriel@pioneerinvest.com
karen.hannaway@pioneerinvest.com
karl.huber@pioneerinvest.de
ken.fuller@pioneerinvest.com
ken.senecal@pioneerinvest.com
lee.bernstein@pioneerinvest.com
len.robinson@pioneerinvest.com
leo.murphy@pioneerinvest.com
livia.foo@pioneerinvest.com
lorenzo.portelli@pioneerinvest.it
luca.lanzara@pioneerinvest.it
lucia.cutrofello@pioneerinvest.it
marcello.esposito@pioneerinvest.it
marco.cecchi@pioneerinvest.it
marina.zarbin@pioneerinvest.it
mark.madden@pioneerinvest.com
mark.phillips@pioneerinvest.com
mark.whirdy@pioneerinvest.ie
markus.steinbeis@pioneerinvest.de
maureen.keady@pioneerinvest.com

**Company & Corresponding Email Addresses**

mauro.casati@pioneerinvest.it
michael.lang@pioneerinvest.ie
michael.rega@pioneerinvest.com
michael.temple@pioneerinvest.com
molly.mclaughlin@pioneerinvest.com
monica.basso@pioneerinvest.it
monica.defend@pioneerinvest.it
neville.newman@pioneerinvest.ie
nicholas.lambros@pioneerinvest.com
noel.keegan@pioneerinvest.ie
paolo.barbieri@pioneerinvest.it
paolo.cei@pioneerinvest.it
paolo.dimontorio@pioneerinvest.ie
paolo.vesconi@pioneerinvest.it
pat.itrato@pioneerinvest.com
patrick.lambe@pioneerinvest.ie
patrick.lebourdais@pioneerinvest.com.sg
paul.cloonan@pioneerinvest.com
pavlos.alexandrakis@pioneerinvest.com
peter.floyd@pioneerinvest.com
peter.luongo@pioneerinvest.com
philip.colburn@pioneerinvest.com
pierluigi.salvatore@pioneerinvest.it
pierpaolo.iasci@pioneerinvest.ie
rebecca.moquin@pioneerinvest.com
rene.breseghello@pioneerinvest.it
richard.schlanger@pioneerinvest.com
robert.gauvain@pioneerinvest.com
robert.noble@pioneerinvest.ie
roberto.gallo@pioneerinvest.it
rod.wright@pioneerinvest.com
sal.pramas@pioneerinvest.com
sammi.truong@pioneerinvest.com
samuel.wardwell@pioneerinvest.com
sandro.matta@pioneerinvest.it
sandro.pierri@pioneerinvest.it
sara.sechi@pioneerinvest.it
sauyin.loke@pioneerinvest.com.sg
scott.kushner@pioneerinvest.com
scott.zilora@pioneerinvest.com
sergio.dellecave@pioneerinvest.com.sg
seth.roman@pioneerinvest.com
sheena.price@pioneerinvest.ie
sherry.zhang@pioneerinvest.com
sofia.sermos@pioneerinvest.com
stephen.cummings@pioneerinvest.com
stephen.roseberry@pioneerinvest.com
steven.morrison@pioneerinvest.com
sunita.singh@pioneerinvest.com
teresa.freeley@pioneerinvest.com
theresa.hamacher@pioneerinvest.com
tim.foley@pioneerinvest.com
tim.mulrennan@pioneerinvest.com
timothy.horan@pioneerinvest.com

**Company & Corresponding Email Addresses**

timothy.mulrenan@pioneerinvest.com
timothy.pynchon@pioneerinvest.com
tin.chan@pioneerinvest.com
tiziana.rizzati@pioneerinvest.it
tommaso.sanzin@pioneerinvest.it
tony.clarizio@pioneerinvest.com
tony.pizzi@pioneerinvest.com
tracy.wright@pioneerinvest.com
viviana.gisimundo@pioneerinvest.it
walter.hunnewell@pioneerinvest.com
william.mennonna@pioneerinvest.com
william.taylor@pioneerinvest.com
yves.raymond@pioneerinvest.com

**pioneerinvestments**

adamgabor.laux@pioneerinvestments.com
alan.janson@pioneerinvestments.com
alberto.fontana@pioneerinvestments.com
alexander.schneidhofer@pioneerinvestments.at
alfred.grusch@pioneerinvestments.at
ali.mahallati@pioneerinvestments.com
alicia.fasi@pioneerinvestments.com
alison.crawford@pioneerinvestments.com
andrea.martinello@pioneerinvestments.com
andreas.schuster@pioneerinvestments.at
andreas.wosol@pioneerinvestments.com
andrew.lynch@pioneerinvestments.com
angelo.corbetta@pioneerinvestments.com
benjamin.hwang@pioneerinvestments.com
bernd.hartmann@pioneerinvestments.com
bernhard.pieb@pioneerinvestments.at
bokchuan.tan@pioneerinvestments.com
brian.stack@pioneerinvestments.com
carol.lintz@pioneerinvestments.com
charles.melchreit@pioneerinvestments.com
chin.liu@pioneerinvestments.com
christian.cangiotti@pioneerinvestments.com
christian.frischauf@pioneerinvestments.com
christian.zimmermann@pioneerinvestments.com
christoph.schmidt@pioneerinvestments.com
cormac.lucey@pioneerinvestments.com
daniel.gilbert@pioneerinvestments.com
david.allen@pioneerinvestments.com
david.brecht@pioneerinvestments.com
davide.cataldo@pioneerinvestments.com
davide.cifarelli@pioneerinvestments.com
diane.cullen@pioneerinvestments.com
diego.melingo@pioneerinvestments.com
dieter.beil@pioneerinvestments.com
doug.lanzillo@pioneerinvestments.com
drew.wollensak@pioneerinvestments.com
eimear.walsh@pioneerinvestments.com
emre.tuncer@pioneerinvestments.com
envy.ayub@pioneerinvestments.com
erich.hackl@pioneerinvestments.at

## Company & Corresponding Email Addresses

ernst.kaiser@pioneerinvestments.at
fabio.cencetti@pioneerinvestments.com
filippo.mascheroni@pioneerinvestments.com
fpuricelli.consultant@pioneerinvestments.com
francesco.bracchi@pioneerinvestments.com
friedrich.maier@pioneerinvestments.at
geoffrey.dailey@pioneerinvestments.com
giordano.lombardo@pioneerinvestments.com
giovanni.mazzariello@pioneerinvestments.com
gladys.lau@pioneerinvestments.com
gregory.buckley@pioneerinvestments.com
guenter.philipp@pioneerinvestments.com
guido.graninger@pioneerinvestments.at
hans.koeck@pioneerinvestments.at
harald.staudinger@pioneerinvestments.com
herbert.virag@pioneerinvestments.at
howard.weiss@pioneerinvestments.com
isolde.lindorfer-kubu@pioneerinvestments.at
jacopo.moresco@pioneerinvestments.com
jakob.frauenschuh@pioneerinvestments.at
james.moynihan@pioneerinvestments.com
jeremy.humphries@pioneerinvestments.com
joel.ng@pioneerinvestments.com
johann.kernbauer@pioneerinvestments.at
john.daly@pioneerinvestments.com
jonathan.sharkey@pioneerinvestments.com
julius.hechtl@pioneerinvestments.at
keith.hogan@pioneerinvestments.com
ken.taubes@pioneerinvestments.com
ken.winston@pioneerinvestments.com
kim.galle@pioneerinvestments.com
laurence.mcgrath@pioneerinvestments.com
lorraine.mcallister@pioneerinvestments.com
luca.fiamenghi@pioneerinvestments.com
luca.pizzaia@pioneerinvestments.com
luigi.cesari@pioneerinvestments.com
m.senoner@pioneerinvestments.com
marco.impagnatiello@pioneerinvestments.com
marco.martinelli@pioneerinvestments.com
marco.pirondini@pioneerinvestments.com
marco.predieri@pioneerinvestments.com
margarete.strasser@pioneerinvestments.at
mariangela.tonelli@pioneerinvestments.com
mariano.gambaro@pioneerinvestments.com
mario.kogler@pioneerinvestments.at
mark.scrowston@pioneerinvestments.com
massimiliano.rasori@pioneerinvestments.com
matteo.codari@pioneerinvestments.com
matteo.mallardo@pioneerinvestments.com
matthew.parkerson@pioneerinvestments.com
meredith.birdsall@pioneerinvestments.com
michael.demayo@pioneerinvestments.com
michael.frattura@pioneerinvestments.com
michael.rachor@pioneerinvestments.com

**Company & Corresponding Email Addresses**

mikael.baeckstroem@pioneerinvestments.at
nicholas.lambros@pioneerinvestments.com
nicholas.mcconway@pioneerinvestments.com
norbert.heider@pioneerinvestments.com
oreste.auleta@pioneerinvestments.com
peter.bodis@pioneerinvestments.com
peter.koenigbauer@pioneerinvestments.com
peter.wiley@pioneerinvestments.com
philip.norton@pioneerinvestments.com
pierreandre.klein@pioneerinvestments.com
ralph.ziefle@pioneerinvestments.com
ramnath.iyer@pioneerinvestments.com
rebecca.rebello@pioneerinvestments.com
rene.torgersen@pioneerinvestments.com
richard.stevens@pioneerinvestments.com
robert.urie@pioneerinvestments.com
robin.louch@pioneerinvestments.com
sarah.horowitz@pioneerinvestments.com
silvia.tartara@pioneerinvestments.com
sonja.hoebartner@pioneerinvestments.com
stefan.rohrer@pioneerinvestments.at
stephanie.audy@pioneerinvestments.com
stephanie.lim@pioneerinvestments.com
susan.lyons@pioneerinvestments.com
suzanne.flynn@pioneerinvestments.com
terry.shu@pioneerinvestments.com
thomas.kellner@pioneerinvestments.at
thomas.radinger@pioneerinvestments.com
tilo.brauer@pioneerinvestments.com
tugrul.kolad@pioneerinvestments.com
vincent.salvato@pioneerinvestments.com
vincenzo.moramarco@pioneerinvestments.com
werner.hohl@pioneerinvestments.com
william.woo@pioneerinvestments.com
wolfgang.bauer@pioneerinvestments.com

**pioneerpathcap**
anthony.chedid@pioneerpathcap.com
**pionneraltinvest**
patrick.brennan@pionneraltinvest.com
**pionnerinvest**
marina.martina@pionnerinvest.it
**pipeline**
akmagician@pipeline.com
**piper**
brian.helburg@piper.com
**piperjaffrey**
tseitz@piperjaffrey.com
**pipex**
abe.dli@dial.pipex.com
amano.dli@dial.pipex.com
busdev.abl@dial.pipex.com
ikushima.dli@dial.pipex.com
m.voller@dial.pipex.com
masai.dli@dial.pipex.com

## Company & Corresponding Email Addresses

nagayama.dli@dial.pipex.com
ohira.dli@dial.pipex.com
sahashi.dli@dial.pipex.com
yanagihara.dli@dial.pipex.com

### pirelli
bernard.huppert@pirelli.com
luca.dipalma@pirelli.com
roberto.burini@pirelli.com
susanne.zimmermann@pirelli.com

### pitt
smp70@pitt.edu

### pjc
andrew.s.duff@pjc.com
andrew.w.olson@pjc.com
avaughan@pjc.com
barry.j.nordstrand@pjc.com
ben.s.lieberman@pjc.com
brian.j.clark@pjc.com
bzilka@pjc.com
david.a.collins@pjc.com
dwoodring@pjc.com
elena.h.zupfer@pjc.com
eric.b.moreira@pjc.com
jconnor@pjc.com
jellegard@pjc.com
joel.r.denney@pjc.com
john.j.kennedy@pjc.com
kdavis@pjc.com
lpodobinski@pjc.com
lucas.g.jackson@pjc.com
m.b.winges@pjc.com
mark.d.schierman@pjc.com
mfredricks03@pjc.com
mlibera@pjc.com
mmantyla@pjc.com
msulliban@pjc.com
peter.a.signori@pjc.com
pgray@pjc.com
pstowell@pjc.com
richard.j.barry@pjc.com
richard.r.helmerichs@pjc.com
robert.reilly@pjc.com
sjohnsen03@pjc.com
sweinberg@pjc.com
tracey.l.masterson@pjc.com
twright@pjc.com
william.j.emptage@pjc.com

### pkb
fdolfi@pkb.ch
fund@pkb.ch
nporter@pkb.ch
trading@pkb.ch

### pkinvest
pkirkby@pkinvest.com

## Company & Corresponding Email Addresses

psmith@pkinvest.com

**pksbb**
lmeier@pksbb.ch
raoul.gyger@pksbb.ch
sandor.sigrist@pksbb.ch

**plainscapital**
gswank@plainscapital.com

**planet**
olaf.ephraim@planet.nl

**plaza-am**
h.yamazaki@plaza-am.co.jp
i.kubo@plaza-am.co.jp
murai@plaza-am.co.jp
warit@plaza-am.co.jp
y.kawaguchi@plaza-am.co.jp

**pls**
donotuse@pls.com

**pluto**
sagacmt@pluto.plala.or.jp

**pm**
chris.skillin@us.pm.com
ciao.xing@us.pm.com
michael.waks@us.pm.com
nancy.delisi@us.pm.com
rosemary.ripley@us.pm.com

**pmaia**
flint@pmaia.com

**pmail**
t0632521@pmail.tepco.co.jp

**pmim**
cs@pmim.com

**pmintl**
araci.mithat@pmintl.com
chang.herbert@pmintl.ch
croteau.nathalie@pmintl.ch
frank.derooij@pmintl.com
halina.bernard@pmintl.com
hasan.uzun@pmintl.com
pmfe.ecoresearch@pmintl.com
treasurymarketnews@pmintl.com
zurbruegg.daniel@pmintl.ch

**pmlmail**
peller.cathy@pmlmail.com
warriner.debbi@pmlmail.com

**pmm-jr**
chip@pmm-jr.com

**pnc**
a.clarke.remmey@pnc.com
aaron.polack@pnc.com
adam.hynes@pnc.com
adam.potulski@pnc.com
aimee.ebbert@pnc.com
alan.moore@pnc.com
albert.riccardi@pnc.com

**Company & Corresponding Email Addresses**

alex.bouzakis@pnc.com
alexander.oxenham@pnc.com
alison.rahuba@pnc.com
almmarketinfo@pnc.com
almtraders@pnc.com
amanda.lipphardt@pnc.com
amy.carcione@pnc.com
amy.wodarczyk@pnc.com
angelina.grandel@pnc.com
anne.saxer@pnc.com
anthony.koo@pnc.com
arjun.nanda@pnc.com
beverly.lambe@pnc.com
bill.demchak@pnc.com
bob.grandhi@pnc.com
brandon.shuler@pnc.com
brendan.burke@pnc.com
brett.dunn@pnc.com
brian.harrington@pnc.com
brian.judy@pnc.com
bruce.smith@pnc.com
calli.gaul@pnc.com
carla.robertson@pnc.com
cary.greenspan@pnc.com
casey.blackburn@pnc.com
chad.wilshire@pnc.com
charles.loritz@pnc.com
charlton.chafey@pnc.com
chip.giese@pnc.com
chris.jordheim@pnc.com
christina.bunting@pnc.com
christine.eckert@pnc.com
christine.mettee@pnc.com
christine.ryan@pnc.com
christopher.davis@pnc.com
christopher.evanego@pnc.com
christopher.mcgurn@pnc.com
christopher.merlo@pnc.com
christopher.rowe@pnc.com
christopher.young@pnc.com
chuffstu@pnc.com
chung.ng@pnc.com
cicely.hurt@pnc.com
colleen.dixon@pnc.com
craig.keto@pnc.com
curt.stauffer@pnc.com
daniel.chorba@pnc.com
daniel.larochelle@pnc.com
daniel.lysik@pnc.com
david.addison@pnc.com
david.enick@pnc.com
david.ferguson@pnc.com
david.france@pnc.com
david.r.jones@pnc.com

**Company & Corresponding Email Addresses**

david.rommel@pnc.com
david.rossi@pnc.com
david.sletvold@pnc.com
deborah.bentley@pnc.com
dennis.maliszewski@pnc.com
diane.white@pnc.com
domenic.parente@pnc.com
donna.ennis@pnc.com
douglas.holthaus@pnc.com
durbin.vido@pnc.com
dwilliams@pnc.com
edward.chidiac@pnc.com
elisabeth.hudgens@pnc.com
elizabeth.aycock@pnc.com
eric.anglin@pnc.com
eric.farls@pnc.com
erik.rhodes@pnc.com
eugene.pillot@pnc.com
fabio.militello@pnc.com
farah.khan@pnc.com
frankin.rogers@pnc.com
franklin.white@pnc.com
frederick.lang@pnc.com
gagan.singh@pnc.com
gary.winschel@pnc.com
gene.pisasale@pnc.com
gregory.hart@pnc.com
gretchen.tremblay@pnc.com
hayden.lutz@pnc.com
heather.trunick@pnc.com
henry.hoffman@pnc.com
hirouye.teshome@pnc.com
jacob.saumure@pnc.com
jacqueline.kelly@pnc.com
jake.moloznik@pnc.com
james.burzotta@pnc.com
james.maciver@pnc.com
james.ryan@pnc.com
james.sullivan@pnc.com
james.zbach@pnc.com
jamie.frederick@pnc.com
janice.stratton@pnc.com
jason.schumacher@pnc.com
jay.a.weinberg@pnc.com
jeanna.adcock@pnc.com
jeffrey.bryant@pnc.com
jeffrey.farabaugh@pnc.com
jeffrey.tornick@pnc.com
jennifer.zlotorzynski@pnc.com
jesy.boales.nonemployee@pnc.com
jill.witkin@pnc.com
jody.schaffman@pnc.com
john.boffelly@pnc.com
jonathan.jennings@pnc.com

**Company & Corresponding Email Addresses**

joseph.brehl@pnc.com
joseph.jordan@pnc.com
joseph.knisely@pnc.com
joseph.yacone@pnc.com
joseph.zymroz@pnc.com
josephina.maguigad@pnc.com
josh.bodin@pnc.com
josh.hall@pnc.com
joshua.kakel@pnc.com
judy.jones@pnc.com
julie.infanti@pnc.com
justin.kurkiewicz@pnc.com
justin.sullivan@pnc.com
katharine.dudley@pnc.com
katherine.brown@pnc.com
katherine.manuel@pnc.com
kathleen.beck@pnc.com
kathleen.obinger@pnc.com
kelley.brunssen@pnc.com
kenneth.pittman@pnc.com
kevin.borisenko@pnc.com
kevin.fearnow@pnc.com
kevin.laake@pnc.com
kevin.mccreadie@pnc.com
krishna.varikooty@pnc.com
kristi.subramanian@pnc.com
kristy.wieggman@pnc.com
krupa.desai@pnc.com
lati.wells@pnc.com
laura.louden@pnc.com
laura.tiburzi@pnc.com
leslie.claassen@pnc.com
leticia.zemaitis@pnc.com
linda.angevine@pnc.com
linda.cavell@pnc.com
linda.derkach@pnc.com
lisa.elzer@pnc.com
lisa.kovac@pnc.com
lisa.kreiling@pnc.com
loi.huynh@pnc.com
lorraine.henderson@pnc.com
mai.heffernan@pnc.com
marci.kerr@pnc.com
marcus.whitehead@pnc.com
margaret.obermeyer@pnc.com
marian.walsh@pnc.com
mark.williams@pnc.com
martin.menton@pnc.com
mary.a.jones@pnc.com
mary.lucas@pnc.com
mary.makowske@pnc.com
maryam.bhatti@pnc.com
mathew.kraut@pnc.com
matt.rockstroh@pnc.com

**Company & Corresponding Email Addresses**

matt.williams@pnc.com
matthew.donner@pnc.com
matthew.fleming@pnc.com
matthew.mckenzie@pnc.com
maureen.callahan@pnc.com
melissa.fransen@pnc.com
michael.allen@pnc.com
michael.andrascik@pnc.com
michael.dorigan@pnc.com
michael.herwig@pnc.com
michael.morton@pnc.com
michael.ramirez@pnc.com
michael.rocco@pnc.com
michael.saghy@pnc.com
michael.satyshur@pnc.com
michele.gronsky@pnc.com
michelle.cole@pnc.com
mitchell.roberts@pnc.com
mmueller@pnc.com
myron.oppenheimer@pnc.com
nancy.bernier@pnc.com
nancy.notaro@pnc.com
nathan.agens@pnc.com
nathan.herring@pnc.com
nicholas.kennedy@pnc.com
nicholas.lyons@pnc.com
patricia.klems@pnc.com
patricia.lamotta@pnc.com
patricia.o'donnell@pnc.com
paul.crovo@pnc.com
paul.mondschein@pnc.com
paul.rutherford@pnc.com
paul.speargas@pnc.com
philip.blayney@pnc.com
phyllis.ames-kennedy@pnc.com
phyllis.harris@pnc.com
rachel.lewis@pnc.com
rajat.rajan@pnc.com
randolph.reitenauer@pnc.com
rebecca.rogers@pnc.com
rebekah.mccahan@pnc.com
reggie.wilkes@pnc.com
renee.arledge@pnc.com
rhondale.haywood@pnc.com
richard.clark@pnc.com
richard.convy@pnc.com
richard.johnson@pnc.com
rick.rubin@pnc.com
rick.schlesinger@pnc.com
robert.martorana@pnc.com
robert.melvin@pnc.com
robert.swartz@pnc.com
ronald.flohr@pnc.com
royce.woods@pnc.com

## Company & Corresponding Email Addresses

ruairi.o'neill@pnc.com
sara.jones.nonemployee@pnc.com
sarah.mcgaughy@pnc.com
scott.canuel@pnc.com
sean.rhoderick@pnc.com
sean.windisch@pnc.com
shawn.snyder@pnc.com
shaz.khan@pnc.com
smanning@pnc.com
sphurthi.annapareddy@pnc.com
stephanie.dain@pnc.com
stephen.collins@pnc.com
stephen.davenport@pnc.com
stephen.gertz@pnc.com
stephen.ventrello@pnc.com
steven.baumgarten@pnc.com
steven.ellis@pnc.com
steven.strycula@pnc.com
sue.gonzalez@pnc.com
ted.chin@pnc.com
teresa.cook@pnc.com
terri.mueller@pnc.com
terri.thomas@pnc.com
terri.wallace@pnc.com
thomas.kiernan@pnc.com
thomas.melcher@pnc.com
todd.chesterpal@pnc.com
todd.harris@pnc.com
travis.burch@pnc.com
troy.linton@pnc.com
vanessa.duchman@pnc.com
virginia.stoops@pnc.com
w.patrick.flanigan@pnc.com
william.boyd@pnc.com
william.callihan@pnc.com
william.knight@pnc.com
william.lowry@pnc.com

## pncadvisors

adam.falcon@pncadvisors.com
adrian.harris@pncadvisors.com
amy.bartosh@pncadvisors.com
amy.hellwarth@pncadvisors.com
amy.kilgore@pncadvisors.com
amy.l.phillips@pncadvisors.com
andrea.bussell@pncadvisors.com
anna.parisano@pncadvisors.com
anthony.romantino@pncadvisors.com
benjamin.sawyer@pncadvisors.com
brian.murphy@pncadvisors.com
brian.zagorac@pncadvisors.com
christopher.dillon@pncadvisors.com
christopher.hurley@pncadvisors.com
christopher.sidoni@pncadvisors.com
cindy.zaccardi@pncadvisors.com

**Company & Corresponding Email Addresses**

david.marsh@pncadvisors.com
david.shen@pncadvisors.com
ddavis@pncadvisors.com
deborah.perry@pncadvisors.com
denise.gargan@pncadvisors.com
devereaux.phelps@pncadvisors.com
donald.alderfer@pncadvisors.com
dorothy.giannotti@pncadvisors.com
douglas.roman@pncadvisors.com
duane.austin@pncadvisors.com
edward.robertson@pncadvisors.com
elizabeth.nelligan@pncadvisors.com
eric.fenk@pncadvisors.com
eric.rhodes@pncadvisors.com
fareeha.arshad@pncadvisors.com
ford.lankford@pncadvisors.com
gordon.wright@pncadvisors.com
greg.bottjer@pncadvisors.com
heather.woody@pncadvisors.com
jack.fatica@pncadvisors.com
jaco.jordaan@pncadvisors.com
jacqueline.lawarre@pncadvisors.com
james.beam@pncadvisors.com
james.coyne@pncadvisors.com
james.purisky@pncadvisors.com
james.witterschein@pncadvisors.com
james.young@pncadvisors.com
jeffery.ghergo@pncadvisors.com
jeffrey.brasse@pncadvisors.com
jennette.ducloo@pncadvisors.com
jennifer.sposato@pncadvisors.com
jeremy.roman@pncadvisors.com
john.banitt@pncadvisors.com
john.cannon@pncadvisors.com
john.lockhardt@pncadvisors.com
john.traynor@pncadvisors.com
jonathan.williams@pncadvisors.com
joseph.connors@pncadvisors.com
julie.young@pncadvisors.com
kacy.gambles@pncadvisors.com
karen.eversole@pncadvisors.com
keith.hartman@pncadvisors.com
kelly.kelly@pncadvisors.com
kelly.knouzi@pncadvisors.com
kevin.barger@pncadvisors.com
kevin.delaney@pncadvisors.com
ladonna.cooper@pncadvisors.com
lawrence.haas@pncadvisors.com
lawrence.post@pncadvisors.com
lori.andrews@pncadvisors.com
louis.lemos@pncadvisors.com
marcia.hoover@pncadvisors.com
mark.connolly@pncadvisors.com
mark.dubois@pncadvisors.com

## Company & Corresponding Email Addresses

mark.stockwell@pncadvisors.com
maryanne.pape@pncadvisors.com
melanie.settina@pncadvisors.com
michael.demaria@pncadvisors.com
michael.pagano@pncadvisors.com
neil.rai@pncadvisors.com
nicholas.besh@pncadvisors.com
oretheia.lander@pncadvisors.com
owen.burman@pncadvisors.com
pat.antonetti@pncadvisors.com
paul.kamor@pncadvisors.com
peter.molinaro@pncadvisors.com
peter.tiemey@pncadvisors.com
petr.thorson@pncadvisors.com
philip.tuzzolino@pncadvisors.com
ralph.fetrow@pncadvisors.com
randy.vogel@pncadvisors.com
rich.okeeffe@pncadvisors.com
richard.diem@pncadvisors.com
richard.massuci@pncadvisors.com
richard.yurasko@pncadvisors.com
rsaltarelli@pncadvisors.com
ryan.neupaver@pncadvisors.com
sean.laird@pncadvisors.com
sharon.tallman@pncadvisors.com
shipra.gupta@pncadvisors.com
spenta.dinshaw@pncadvisors.com
stephen.koeller@pncadvisors.com
stuart.strasner@pncadvisors.com
terese.zingg@pncadvisors.com
thomas.wilson@pncadvisors.com
timothy.lambour@pncadvisors.com
timothy.o'grady@pncadvisors.com
tricia.mankoski@pncadvisors.com
w.richard.jones@pncadvisors.com
william.bonawitz@pncadvisors.com
william.francis@pncadvisors.com

## pncbank

adam.mackey@pncbank.com
alfred.shepard@pncbank.com
amber.dougherty@pncbank.com
amber.salvi@pncbank.com
arlene.walsh@pncbank.com
arnold.greenwald@pncbank.com
arthur.patten@pncbank.com
bayard.fiechter@pncbank.com
bernadette.smith@pncbank.com
bill.parsley@pncbank.com
brad.lamson-scribner@pncbank.com
brian.warren@pncbank.com
bridget.haggerty@pncbank.com
bruce.guiot@pncbank.com
carol.cozen@pncbank.com
carol.plucinnik@pncbank.com

**Company & Corresponding Email Addresses**

carol.woody@pncbank.com
cathleen.smitreski@pncbank.com
cathy.petherick@pncbank.com
charles.black@pncbank.com
charles.harris@pncbank.com
charlie.oneill@pncbank.com
charlotte.mclaughlin@pncbank.com
chris.panza@pncbank.com
christine.koch@pncbank.com
craig.dunn@pncbank.com
curtis.watters@pncbank.com
cynthia.walker@pncbank.com
dale.dominick@pncbank.com
daniel.behrend@pncbank.com
daniel.keane@pncbank.com
daniel.teed@pncbank.com
david.brune@pncbank.com
david.everly@pncbank.com
david.lentz@pncbank.com
david.saletta@pncbank.com
david.templeton@pncbank.com
deborah.andrews@pncbank.com
diana.jones@pncbank.com
donald.ames@pncbank.com
donald.berdine@pncbank.com
donald.pettler@pncbank.com
douglas.shaffer@pncbank.com
dv.davis@pncbank.com
edgar.loring@pncbank.com
elizabeth.burnett@pncbank.com
emilia.marisco@pncbank.com
emily.dryden@pncbank.com
erik.vadeika@pncbank.com
eugene.becker@pncbank.com
eugene.stone@pncbank.com
francis.aloi@pncbank.com
francis.keene@pncbank.com
francis.ogrady@pncbank.com
funso.doherty@pncbank.com
gail.zilka@pncbank.com
george.wong@pncbank.com
glenn.metzger@pncbank.com
greg.fischer@pncbank.com
greg.kahofer@pncbank.com
greg.weirich@pncbank.com
gregory.harris@pncbank.com
h.scott.cunningham@pncbank.com
henry.hummel@pncbank.com
j.vanbuchanan@pncbank.com
jack.broeren@pncbank.com
jack.gillette@pncbank.com
james.bernier@pncbank.com
james.bondelid@pncbank.com
james.dunigan@pncbank.com

## Company & Corresponding Email Addresses

james.hutchinson@pncbank.com
james.kolovos@pncbank.com
james.kubaney@pncbank.com
james.morton@pncbank.com
jane.mcdevitt@pncbank.com
jane.michael@pncbank.com
janet.mangano@pncbank.com
jason.marshall@pncbank.com
jeffrey.kleintop@pncbank.com
jeffrey.wolfanger@pncbank.com
jennifer.crimmins@pncbank.com
jeremi.dehainaut@pncbank.com
jim.kinsman@pncbank.com
jim.maze@pncbank.com
john.canally@pncbank.com
john.culbertson@pncbank.com
john.cupelo@pncbank.com
john.dewey@pncbank.com
john.hagan@pncbank.com
john.hodges@pncbank.com
john.minsker@pncbank.com
john.robertson@pncbank.com
john.sofis@pncbank.com
john.ward@pncbank.com
jonathan.lewis@pncbank.com
joseph.ciufo@pncbank.com
joseph.lantz@pncbank.com
julie.ford@pncbank.com
justin.bertram@pncbank.com
justine.obrien-holmes@pncbank.com
katherine.gibson@pncbank.com
kathleen.amshoff@pncbank.com
kathleen.crow@pncbank.com
keith.aleardi@pncbank.com
keith.eby@pncbank.com
kenneth.eirkson@pncbank.com
kevin.birmingham@pncbank.com
kevin.wilson@pncbank.com
kirsten.connolly@pncbank.com
kristen.garton@pncbank.com
lacy.letenoff@pncbank.com
linda.trout@pncbank.com
lisa.docs@pncbank.com
lisa.goldhamer@pncbank.com
lorraine.zysk@pncbank.com
mark.batty@pncbank.com
mark.busher@pncbank.com
mark.evanco@pncbank.com
mark.fleming@pncbank.com
mark.hanson@pncbank.com
marlena.stevens@pncbank.com
martin.goldenbaum@pncbank.com
mary.durkosh@pncbank.com
maryann.magdich@pncbank.com

**Company & Corresponding Email Addresses**

maryhelen.myles@pncbank.com
matthew.lifson@pncbank.com
matthew.mcguirk@pncbank.com
matthew.yanni@pncbank.com
michael.ball@pncbank.com
michael.broe@pncbank.com
michael.hrycenko@pncbank.com
michael.scharfe@pncbank.com
nancy.pryor@pncbank.com
nathan.oakley@pncbank.com
nicole.meister@pncbank.com
pam.mccready@pncbank.com
patricia.leib@pncbank.com
patrick.gibson@pncbank.com
patrick.kern@pncbank.com
patrick.wallace@pncbank.com
paul.emata@pncbank.com
paul.kosiba@pncbank.com
peter.albano@pncbank.com
peter.ferrise@pncbank.com
peter.francek@pncbank.com
peter.kempf@pncbank.com
peter.rolfsen@pncbank.com
peter.vanwinkle@pncbank.com
phil.austin@pncbank.com
rachel.zhang@pncbank.com
ralph.hood@pncbank.com
randall.king@pncbank.com
ray.scholtz@pncbank.com
rea.miller@pncbank.com
richard.carnes@pncbank.com
richard.dameron@pncbank.com
richard.fiedorek@pncbank.com
richard.henry@pncbank.com
richard.mauro@pncbank.com
richard.padgham@pncbank.com
richard.yarmey@pncbank.com
rick.wayne@pncbank.com
robert.bouhl@pncbank.com
robert.murgenovich@pncbank.com
robert.parrella@pncbank.com
robert.rohm@pncbank.com
robert.sahlfeld@pncbank.com
robert.stauffer@pncbank.com
robert.warth@pncbank.com
ronald.blankenbuehler@pncbank.com
sandra.weck@pncbank.com
scott.kroll@pncbank.com
sergei.baranovsky@pncbank.com
sherry.costanzo@pncbank.com
stephen.winterstein@pncbank.com
steve.bellman@pncbank.com
steve.kelly@pncbank.com
steve.pearson@pncbank.com

## Company & Corresponding Email Addresses

steven.pena@pncbank.com
steven.shapiro@pncbank.com
suanna.rockwell@pncbank.com
susan.blake@pncbank.com
susan.egger@pncbank.com
terry.strange@pncbank.com
thomas.henry@pncbank.com
thomas.hermann@pncbank.com
thomas.obrien@pncbank.com
thomas.poskin@pncbank.com
tom.calimano@pncbank.com
tom.kendrat@pncbank.com
tom.mcgrane@pncbank.com
tony.romero@pncbank.com
tracey.smith@pncbank.com
valerie.gay@pncbank.com
vickie.detorre@pncbank.com
victor.maccagnan@pncbank.com
w.bruce.vetter@pncbank.com
warren.shaw@pncbank.com
wayne.koble@pncbank.com
william.cevallos@pncbank.com
william.gorman@pncbank.com
william.keller@pncbank.com
william.long@pncbank.com
william.melrose@pncbank.com
zi.jung@pncbank.com

**pncequity**
michael.rost@pncequity.com

**pncconsult**
peter.neumayer@pncconsult.de

**pnm**
jackerman@mail.pnm.com
mmarzec@mail.pnm.com

**po**
akira_kamimura@po.fujisawa.co.jp
efujimura453962@po.yasuda.co.jp
harold.johnson@po.state.ct.us
hisashi_hosokawa@po.fujisawa.co.jp
katouk@po.jsf.co.jp
kazufumi_ohashi@po.fujisawa.co.jp
k-bond@po.minc.ne.jp
kenmotih@po.jsf.co.jp
ksuda241813@po.yasuda.co.jp
kyamada190904@po.yasuda.co.jp
leeann.palladino@po.state.ct.us
miyosik@po.jsf.co.jp
motidus@po.jsf.co.jp
nagoyak@po.jsf.co.jp
nakajik@po.jsf.co.jp
nakazak@po.jsf.co.jp
sendaik@po.jsf.co.jp
shiozaki-y@po.jsf.co.jp
susan.sweeney@po.state.ct.us

## Company & Corresponding Email Addresses

tamaiy@po.jsf.co.jp
tsekine445954@po.yasuda.co.jp
ykikkawa608904@po.yasuda.co.jp
yshigeta063863@po.yasuda.co.jp

### po2

abet@po2.jsf.co.jp
akasakah@po2.jsf.co.jp
minagah@po2.jsf.co.jp
murasat@po2.jsf.co.jp
sinodat@po2.jsf.co.jp
sugayat@po2.jsf.co.jp
sugimok@po2.jsf.co.jp
tagutit@po2.jsf.co.jp
yamagus@po2.jsf.co.jp
zinzaa@po2.jsf.co.jp

### pobox

cramos@pobox.upenn.edu
hkreider@pobox.upenn.edu
invest@pobox.upenn.edu

### pohjola

christian.jansson@pohjola.com
esko.lahtinen@pohjola.com
marko.utriainen@pohjola.com
miia.salovaara@pohjola.fi

### polaroid

makhlos@polaroid.com

### pomonacapital

cblum@pomonacapital.com

### ponderco

ftaylor@ponderco.com
jcheney@ponderco.com

### pop

jeberly@pop.net
lleiberman@pop.net
mcp1@pop.net
rsearle@pop.net
thomas.keller@pop.lbbw.de

### poplodi

giuseppe.miretta@poplodi.it
gvismara@poplodi.it
sorini@poplodi.it

### popso

andrea.masoli@popso.it
claudio.bongiolatti@popso.it
dario.dellacagnoletta@popso.it
enrico.zadra@popso.ch
gestioni.patrimoniali@popso.it
intermediazione@popso.it
lorenzo.fomasi@popso.it
lorenzo.tenni@popso.it
marcello.betto@popso.it
marco.romanelli@popso.ch
mario.erba@popso.it
massimiliano.casini@popso.ch

## Company & Corresponding Email Addresses

matteo.porro@popso.ch
paolo.fumagalli@popso.ch
pietro.codoni@popso.ch
pietro.scibona@popso.ch
renato.petrelli@popso.it
sandro.scalabrino@popso.it

**popvi**
scalcagnini@popvi.it

**portagebank**
amarsh@portagebank.com

**portcapital**
jonas.strom@portcapital.com

**portfoliocapital**
mdurica@portfoliocapital.com

**post**
mcarson@post.harvard.edu

**postbank**
ado.keber@postbank.lu
alexander.breidenassel@postbank.de
alexander.schumacher@postbank.de
andre.schuetz@postbank.de
andre.schumacher@postbank.lu
andrea.spiniello@postbank.de
andreas.fenner@postbank.de
andreas.funk@postbank.de
andreas.kraemer@postbank.de
ascan.iredi@postbank.de
axel.hinzmann@postbank.de
bernard.kleene@postbank.de
bernhard.dommermuth@postbank.de
bilal.topcu@postbank.de
birgit.hauser@postbank.de
brian.mandt@postbank.de
carsten.stillbauer@postbank.de
christian.herter@postbank.de
christoph.sprenger@postbank.de
danika.oneal@postbank.de
dominik.petri@postbank.de
dr.jan-alexander.posth@postbank.de
egbert.klinski@postbank.de
eugen.hamann@postbank.de
eusebio.garre@postbank.de
fondadministration@postbank.lu
frank.mueller@postbank.de
georg.briele@postbank.de
geraldchristoph.dorsch@postbank.de
gerhard.thoms@postbank.de
guido.behrendt@postbank.de
hans-juergen.reuvers@postbank.de
hartwig.oberfeld@postbank.de
holger.dahlke@postbank.lu
horst.kuepker@postbank.de
horst.willemse@postbank.de
ingo.loehrl@postbank.de

**Company & Corresponding Email Addresses**

irene.eppers@postbank.lu
ivonne.gessinger@postbank.lu
jens.kaessner@postbank.de
joerg.kesting@postbank.de
johannes.maier@postbank.de
juergen.klaus@postbank.de
karl.kronnagel@postbank.de
klaus.ripper@postbank.de
lars.stoy@postbank.de
loukas.rizos@postbank.de
manfred.stiller@postbank.de
marc.burkhard@postbank.de
marc.heimeroth@postbank.de
marcus.dr.chromik@postbank.de
marita.schaaf@postbank.lu
markus.diebel@postbank.de
markus.karstaedt@postbank.de
markus.schloemann@postbank.de
martina.mertens@postbank.de
mary.stavrou@postbank.de
matthias.gramb@postbank.de
michael.braun@postbank.de
michael.fey@postbank.de
michael.hoesgen@postbank.de
michael.schlosser@postbank.de
michael.winkler@postbank.de
mohammad.montu@postbank.de
nils.stoerling@postbank.de
oliver.diemke@postbank.de
paul-gerhard.ebel@postbank.de
peter.scheffel@postbank.de
peter.trosker@postbank.de
petra.steves@postbank.de
petra.wittmeier@postbank.de
poba-kundenhandel@postbank.de
ralf-peter.dorow@postbank.de
regis.weiler@postbank.lu
reiner.pfeifferling@postbank.de
richard.schmidt@postbank.de
robert.kamp@postbank.de
robert.mccormack@postbank.de
robin.estenfelder@postbank.de
roman.gieck@postbank.de
ronald.graf@postbank.de
sabine.nowak@postbank.de
sbosch@postbank.de
stamatia.kavadia@postbank.de
stefan.besendorfer@postbank.de
stefan.hollidt@postbank.de
stefan.karbach@postbank.de
stefan.soellner@postbank.de
stefan.wald@postbank.de
steffen.buchwald@postbank.de
steffen.schattner@postbank.de

**Company & Corresponding Email Addresses**

steffen.vonhof@postbank.de
susann.gunten@postbank.de
sven.becker@postbank.de
sven.thomas@postbank.de
thomas.jost@postbank.de
thomas.marek@postbank.de
thomas.merz@postbank.de
thomas.stengl@postbank.de
thomas.stockmann@postbank.lu
tumat@postbank.de
ulrich.geuss@postbank.de
ulrich.nowak@postbank.de
uwe.nagel@postbank.de
uwe.sass@postbank.de
volker.amspach@postbank.de
volker.armspach@postbank.de
walter.schmidt@postbank.de
winfried.mittne@postbank.lu
wolfgang.dahrmoeller@postbank.de
wolfgang.ewig@postbank.de

**posten**

dick.fredrikson@posten.se
ulrika.bagge@posten.se

**potomacasset**

dhumphries@potomacasset.com

**ppm**

hyla.holmes@ppm.com
sarah.williams@ppm.com

**ppmaerica**

craddis@ppmaerica.com

**ppmamerica**

adam.spielman@ppmamerica.com
afrim.ponik@ppmamerica.com
al.zick@ppmamerica.com
amy.melevage@ppmamerica.com
andrew.arbesman@ppmamerica.com
andy.schleiger@ppmamerica.com
bill.doyle@ppmamerica.com
bill.eastwood@ppmamerica.com
bob.graham@ppmamerica.com
brad.panganiban@ppmamerica.com
brian.manczak@ppmamerica.com
brian.schuster@ppmamerica.com
brion.johnson@ppmamerica.com
bruce.gorchow@ppmamerica.com
calvin.walker@ppmamerica.com
carol.mchugh@ppmamerica.com
carol.schweidel@ppmamerica.com
catherine.drake@ppmamerica.com
catherine.quinn@ppmamerica.com
chris.brown@ppmamerica.com
chris.raub@ppmamerica.com
chris.schlosser@ppmamerica.com
christopher.kappas@ppmamerica.com

**Company & Corresponding Email Addresses**

chuck.james@ppmamerica.com
colin.robina@ppmamerica.com
craig.close@ppmamerica.com
craig.smith@ppmamerica.com
curt.burns@ppmamerica.com
dan.lepre@ppmamerica.com
dave.wagner@ppmamerica.com
david.dieffenbacher@ppmamerica.com
david.frizzie@ppmamerica.com
david.grzesiak@ppmamerica.com
david.seay@ppmamerica.com
david.zachar@ppmamerica.com
denise.hlad@ppmamerica.com
ed.sun@ppmamerica.com
eddie.hebert@ppmamerica.com
elizabeth.thomas@ppmamerica.com
eric.bailey@ppmamerica.com
erica.stokke@ppmamerica.com
gary.ng@ppmamerica.com
greg.moldovanyi@ppmamerica.com
hide.yamakawa@ppmamerica.com
j.demberio@ppmamerica.com
james.damron@ppmamerica.com
jason.kennedy@ppmamerica.com
jay.dietrich@ppmamerica.com
jeff.moran@ppmamerica.com
jennifer.haidu@ppmamerica.com
jill.thomas@ppmamerica.com
jim.cox@ppmamerica.com
jim.elliott@ppmamerica.com
jim.young@ppmamerica.com
jjlegg@ppmamerica.com
joanne.bianco@ppmamerica.com
joe.schohn@ppmamerica.com
joel.brown@ppmamerica.com
john.heshelman@ppmamerica.com
john.stark@ppmamerica.com
john.sunu@ppmamerica.com
john.walding@ppmamerica.com
ken.parch@ppmamerica.com
kent.born@ppmamerica.com
kevin.mccloskey@ppmamerica.com
kim.monstvil@ppmamerica.com
kliton.duri@ppmamerica.com
laura.adelman@ppmamerica.com
laura.reepmeyer@ppmamerica.com
laura.zimmer@ppmamerica.com
leandra.knes@ppmamerica.com
lindsay.havig@ppmamerica.com
lisa.stojak@ppmamerica.com
lori.galayda@ppmamerica.com
luciano.morelli@ppmamerica.com
luke.lau@ppmamerica.com
luke.stifflear@ppmamerica.com

## Company & Corresponding Email Addresses

marc.sullivan@ppmamerica.com
mark.kim@ppmamerica.com
mark.klipsch@ppmamerica.com
mark.redfearn@ppmamerica.com
mark.vandenherik@ppmamerica.com
mary.battaglia@ppmamerica.com
matt.dean@ppmamerica.com
matt.robbins@ppmamerica.com
matt.woodruff@ppmamerica.com
michael.dire@ppmamerica.com
michael.harrington@ppmamerica.com
michael.mackinnon@ppmamerica.com
mike.camasta@ppmamerica.com
mike.kennedy@ppmamerica.com
mike.laskowski@ppmamerica.com
mstaub@ppmamerica.com
mwilley@ppmamerica.com
nelson.zamora@ppmamerica.com
nicole.kidder@ppmamerica.com
nicole.lawrence@ppmamerica.com
philip.stec@ppmamerica.com
rich.brody@ppmamerica.com
robert.broseman@ppmamerica.com
robert.lin@ppmamerica.com
robert.rudolph@ppmamerica.com
robert.schmid@ppmamerica.com
sam.fusco@ppmamerica.com
sam.yee@ppmamerica.com
sandhya.mullangi@ppmamerica.com
sandy.szakach@ppmamerica.com
sarah.williams@ppmamerica.com
scott.richards@ppmamerica.com
sheila.sohr@ppmamerica.com
sheri.blacher@ppmamerica.com
stuart.lissner@ppmamerica.com
sundeep.mullangi@ppmamerica.com
susan.perrino@ppmamerica.com
sylvia.fulk@ppmamerica.com
terry.coleman@ppmamerica.com
tim.kominiarek@ppmamerica.com
tony.balestrieri@ppmamerica.com
ying.timmermann@ppmamerica.com

**ppm-sa**
senzo.hlangu@ppm-sa.com
**ppm-sing**
joanna.ong@ppm-sing.com
**ppm-uk**
alison.browning_jones@ppm-uk.com
barlaj.brah@ppm-uk.com
clare.kostiaev@ppm-uk.com
david.docherty@ppm-uk.com
gary.clarke@ppm-uk.com
gary.mcnamara@ppm-uk.com
howard.soley@ppm-uk.com

## Company & Corresponding Email Addresses

ina.decker@ppm-uk.com
jeremy.richards@ppm-uk.com
jo.pink@ppm-uk.com
karen.cleary@ppm-uk.com
karen.howard@ppm-uk.com
mark.crutchley@ppm-uk.com
mark.patterson@ppm-uk.com
mike.ramsay@ppm-uk.com
philip.may@ppm-uk.com
rob.crimes@ppm-uk.com
robert.barrett@ppm-uk.com
sam.bathia@ppm-uk.com
sarah.bagnall@ppm-uk.com
sarah.redhead@ppm-uk.com
stephen.connolly@ppm-uk.com
steve.whitehead@ppm-uk.com

### pramericafi
jamie.dixon@pramericafi.com
michiel.vonsaher@pramericafi.com

### pramericafinancial
caroline.refell@pramericafinancial.com
donna.cabral@pramericafinancial.com
edward.farley@pramericafinancial.com
rebecca.irwin@pramericafinancial.com

### preferredbank
cchan@preferredbank.com
rpun@preferredbank.com

### premafin
andrea.novarese@premafin.hp.it

### premafinhp
andrea.crepaz@premafinhp.it

### premcor
karyn.ovelmen@premcor.com

### premierassetmanagement
dms@premierassetmanagement.com
jmr@premierassetmanagement.com
jts@premierassetmanagement.com
mat@premierassetmanagement.com
th@premierassetmanagement.com

### premierfunds
alexr@premierfunds.co.uk
andreww@premierfunds.co.uk
kennethw@premierfunds.co.uk

### presaz
rick@presaz.com

### presidentiallife
espear@presidentiallife.com
jherlihy@presidentiallife.com
jleone@presidentiallife.com
jmonacelli@presidentiallife.com
mabrams@presidentiallife.com
mgeevarghese@presidentiallife.com
srubin@presidentiallife.com

### presidiomanagement

## Company & Corresponding Email Addresses

eric@presidiomanagement.com
knoe@presidiomanagement.com
pbest@presidiomanagement.com
pmartin@presidiomanagement.com
vbrady@presidiomanagement.com
wbrady@presidiomanagement.com

### presidiomanagment
gdyer@presidiomanagment.com

### presidiomangement
schang@presidiomangement.com

### pressprich
dcaputo@pressprich.com
jcalvo@pressprich.com
jcarroll@pressprich.com
jwalker@pressprich.com
lmilstein@pressprich.com
vpulidore@pressprich.com

### preussag
leiding.gerd@preussag.com

### prever
lencastre@prever.com.br

### previdenza
ldagostino@previdenza.com

### pricoacapital
terence.wong@pricoacapital.com

### primark
pauline.dennehy@primark.com

### primarytrendfunds
barry@primarytrendfunds.com

### primco
christine@primco.com
david@primco.com
george@primco.com
jamie@primco.com
janzalone@primco.com
ken@primco.com
kevin@primco.com
kim@primco.com
ling@primco.com
lisa@primco.com
rick@primco.com
robk@primco.com
sam@primco.com
stevej@primco.com
stevew@primco.com

### primecapital
cemuskali@primecapital.com

### princeton
aadesai@princeton.edu
aandriko@princeton.edu
aapatel@princeton.edu
adaml@princeton.edu
aditig@princeton.edu
aharoon@princeton.edu

**Company & Corresponding Email Addresses**

airwin@princeton.edu
amcelroy@princeton.edu
amengual@princeton.edu
amild@princeton.edu
amkatz@princeton.edu
amneal@princeton.edu
amohan@princeton.edu
amukherj@princeton.edu
amwu@princeton.edu
arhudson@princeton.edu
arkenned@princeton.edu
arr@princeton.edu
asternbe@princeton.edu
azawadow@princeton.edu
bakiciol@princeton.edu
bbartlet@princeton.edu
bbunker@princeton.edu
beugnies@princeton.edu
blinder@princeton.edu
bmalkiel@princeton.edu
bmcguire@princeton.edu
bordelon@princeton.edu
burick@princeton.edu
bvirbits@princeton.edu
bxue@princeton.edu
cfung@princeton.edu
chenlu@princeton.edu
chuanw@princeton.edu
cmccarth@princeton.edu
cparkhur@princeton.edu
cstassen@princeton.edu
csutherl@princeton.edu
dachengx@princeton.edu
dafner@princeton.edu
davuluri@princeton.edu
dblair@princeton.edu
dchoi@princeton.edu
dcraver@princeton.edu
dianwang@princeton.edu
dlevit@princeton.edu
dlu@princeton.edu
dmoraru@princeton.edu
drwalsh@princeton.edu
eamonoo@princeton.edu
ehildner@princeton.edu
emeikleh@princeton.edu
eonodugo@princeton.edu
estaley@princeton.edu
estebang@princeton.edu
eweyl@princeton.edu
faisala@princeton.edu
fbianchi@princeton.edu
fnaim@princeton.edu
fongc@princeton.edu

**Company & Corresponding Email Addresses**

fpapakon@princeton.edu
fschwart@princeton.edu
gabriela@princeton.edu
ganesh@princeton.edu
gara@princeton.edu
gbrumen@princeton.edu
gerbaldi@princeton.edu
gjgray@princeton.edu
glam@princeton.edu
goldlust@princeton.edu
grabate@princeton.edu
hhong@princeton.edu
hkaya@princeton.edu
hosfield@princeton.edu
hsshin@princeton.edu
huilee@princeton.edu
hyunchoi@princeton.edu
hzaman@princeton.edu
hzwu@princeton.edu
icheng@princeton.edu
jadem@princeton.edu
jboyer@princeton.edu
jcacho@princeton.edu
jcltwo@princeton.edu
jdunn@princeton.edu
jgwang@princeton.edu
jingjinz@princeton.edu
jinyan@princeton.edu
jjacod@princeton.edu
jmac@princeton.edu
joses@princeton.edu
jpetsoul@princeton.edu
jqfan@princeton.edu
jrojas@princeton.edu
jseigel@princeton.edu
jtessin@princeton.edu
jvisokom@princeton.edu
ko@princeton.edu
kyu@princeton.edu
lejohnso@princeton.edu
liebmann@princeton.edu
lkostove@princeton.edu
lminott@princeton.edu
lschulz@princeton.edu
ltom@princeton.edu
lveraart@princeton.edu
markus@princeton.edu
mbachand@princeton.edu
mbilgili@princeton.edu
mboisot@princeton.edu
mgenc@princeton.edu
mgidusko@princeton.edu
mhays@princeton.edu
mhummer@princeton.edu

**Company & Corresponding Email Addresses**

milbradt@princeton.edu
mjayakum@princeton.edu
mjweinbe@princeton.edu
moehmke@princeton.edu
molinaro@princeton.edu
mp3@princeton.edu
mschonge@princeton.edu
mseng@princeton.edu
mshams@princeton.edu
msong@princeton.edu
mulvey@princeton.edu
myogo@princeton.edu
ncojocar@princeton.edu
nitinj@princeton.edu
npereira@princeton.edu
nsaksena@princeton.edu
nzelizer@princeton.edu
pbabb@princeton.edu
pbartlet@princeton.edu
pbewerun@princeton.edu
petewang@princeton.edu
popescua@princeton.edu
ppetresc@princeton.edu
pren@princeton.edu
pstein@princeton.edu
rajashek@princeton.edu
rcarmona@princeton.edu
reinhard@princeton.edu
rgambira@princeton.edu
rgreeno@princeton.edu
rgromero@princeton.edu
rwsimmon@princeton.edu
rxing@princeton.edu
sbkahn@princeton.edu
senedhun@princeton.edu
shengx@princeton.edu
shiliang@princeton.edu
shkang@princeton.edu
shoda@princeton.edu
shuangy@princeton.edu
sinonsen@princeton.edu
sircar@princeton.edu
slansing@princeton.edu
slindset@princeton.edu
smahon@princeton.edu
smchen@princeton.edu
snatoch@princeton.edu
ssung@princeton.edu
stmetsov@princeton.edu
sxue@princeton.edu
szetan@princeton.edu
thines@princeton.edu
tjohn@princeton.edu
tsun@princeton.edu

**Company & Corresponding Email Addresses**

tvanderz@princeton.edu
tzhao@princeton.edu
velbert@princeton.edu
vmoissin@princeton.edu
vrosenth@princeton.edu
wendellc@princeton.edu
whessert@princeton.edu
wjsulliv@princeton.edu
wlayton@princeton.edu
wookim@princeton.edu
woongp@princeton.edu
wxiong@princeton.edu
xiantang@princeton.edu
xinghu@princeton.edu
xtan@princeton.edu
yacine@princeton.edu
yaowang@princeton.edu
yihanf@princeton.edu
yingho@princeton.edu
yingj@princeton.edu
yjian@princeton.edu
yuanbol@princeton.edu
yuhongl@princeton.edu
zhiguohe@princeton.edu
zjzhang@princeton.edu
zxiao@princeton.edu
zyap@princeton.edu

**principal**

abiola.abby@principal.com
albin.kirk@principal.com
albright.dave@principal.com
alt.tim@principal.com
anantakrishnan.lakshman@principal.com
ayer.zeid@principal.com
baymiller.jon@principal.com
bennett.scott@principal.com
bergan.travis@principal.com
best.rob@principal.com
bishop.jack@principal.com
blake.david@principal.com
bogart.jerry@principal.com
bruce.dick@principal.com
brustkern.scott@principal.com
camp.herb@principal.com
carson.byron@principal.com
carson.scott@principal.com
cataldo.bob@principal.com
chapman.jay@principal.com
christians.jeffrey@principal.com
clark.sarah.e@principal.com
coulson.rich@principal.com
custis.margie@principal.com
dagostino.michael@principal.com
dasilva.robert@principal.com

**Company & Corresponding Email Addresses**

davidson.jon@principal.com
davis.bryan@principal.com
denkinger.mark@principal.com
donahue.mark@principal.com
donaldson.bryan@principal.com
doudna.jon.d@principal.com
drees.doug@principal.com
dummer.marcus@principal.com
everett.todd@principal.com
fischer.deena@principal.com
fought.catherine@principal.com
francis.dennis@principal.com
freese.chris@principal.com
gajerawala.jaideep@principal.com
gerard.paul@principal.com
gibson.dawn.m@principal.com
gilbert.tim@principal.com
gleichman.allison@principal.com
gosnell.maggie@principal.com
gronau.jarad@principal.com
grossman.kelly@principal.com
gunkel.jackie@principal.com
guns.elizabeth@principal.com
haigh.jason@principal.com
halsne.crystal@principal.com
halter.pat@principal.com
harmsen.tami@principal.com
hass.rachel@principal.com
hernandez.javier@principal.com
hornickel.maggie@principal.com
hotchkiss.terry@principal.com
houchin.jeff@principal.com
huff.mike@principal.com
huffman.cherie@principal.com
in.soonok@principal.com
ingram.amanda@principal.com
isley.erika@principal.com
iverson.troy@principal.com
jiroutek.bob@principal.com
johnson.mike@principal.com
johnson.stace@principal.com
jones.clint@principal.com
jorge.julio@principal.com
kain.scott@principal.com
kamper.sasha@principal.com
karstrom.mark@principal.com
koele.jeff@principal.com
koenigsaecker.brooke@principal.com
koh.keith@principal.com
kooienga.mark@principal.com
krueger.doug@principal.com
lay.roger@principal.com
ledlie.jolene@principal.com
lehman2@exchange.principal.com

**Company & Corresponding Email Addresses**

leinoff.andrew@principal.com
li.brayton@principal.com
marin.bob@principal.com
mayer.chris@principal.com
mcgee.deb@principal.com
menken.dennis@principal.com
michels.john@principal.com
mikesell.anne@principal.com
miller.chad@principal.com
miller.shayne@principal.com
mitchell.tom.f@principal.com
mitchell.tom@principal.com
nadermann.brian@principal.com
nagger.erez@principal.com
noga.david@principal.com
oczkowski.michael@principal.com
perez.jonathan@principal.com
peris.eduardo@principal.com
peterson.marc@principal.com
phillips.steph@principal.com
playle.sarah@principal.com
popp.jennifer@principal.com
prall.connie@principal.com
primeau.david@principal.com
raley.sarah@principal.com
ramzy.austin@principal.com
reeg.eric@principal.com
reeg.gloria@principal.com
reeg.tracy@principal.com
riggins.sarah@principal.com
robertson.alice@principal.com
rowley.russ@principal.com
ryan.erin@principal.com
ryan.john@principal.com
saeger.erich@principal.com
sams.scott@principal.com
schneider.steven@principal.com
schoening.julie@principal.com
siebel.aaron@principal.com
silver.joan@principal.com
smith.darrin@principal.com
sollars.heath@principal.com
soppe.corey@principal.com
sovereign.ryan@principal.com
spencer.sarah@principal.com
stange.lisa@principal.com
stephany.brenda@principal.com
sterling.amy@principal.com
stoermer.brad@principal.com
sutcliffe.spencer@principal.com
tang-varner.min@principal.com
taylor.jon@principal.com
ternes.kyle@principal.com
terpstra.brian@principal.com

## Company & Corresponding Email Addresses

thomsen.troy@principal.com
tietz.rob@principal.com
vandenberg.mark@principal.com
vanmersbergen.kristin@principal.com
vonnahme.eddie@principal.com
walker.john.m@principal.com
warren.andy@principal.com
waugh.dick@principal.com
weirup.jed@principal.com
westcott.andrew@principal.com
white.derek@principal.com
wise.tami@principal.com

**privat**
ikast@privat.dk

**privata**
moresi@privata.ch

**privateadvisors**
tberry@privateadvisors.com

**probtp**
a.chausseblanche@probtp.com
af.evroux@probtp.com
c.jouan@probtp.com
d.desaivre@probtp.com
e.roux@probtp.com
f.begic@probtp.com
i.mouallim@probtp.com
jp.eyok@probtp.com
m.ange@probtp.com
p.emmenecker@probtp.com
p.ramadier@probtp.com
s.matalon@probtp.com

**prodigy**
dafried1@prodigy.net

**proequity**
j.hahn@proequity.com

**profilosgr**
gianluca.tomei@profilosgr.it

**progbank**
bwinwood@progbank.com
dwharton@progbank.com

**progressive**
anthony_grandolfo@progressive.com
ashish_bordia@progressive.com
ayo_munford@progressive.com
bill_cody@progressive.com
carrie_skaggs@progressive.com
dbenson@progressive.com
diane_boich@progressive.com
dominic_j_visco@progressive.com
eleanora_crosby@progressive.com
evelyn_erb@progressive.com
ilona_k_daw-krizman@progressive.com
jonathan_bauer@progressive.com
joseph_zhu-carnevale@progressive.com

## Company & Corresponding Email Addresses

kevin_went@progressive.com
lisa_m._stelmack@progressive.com
loren_letteau@progressive.com
nhu_bragg@progressive.com
patrick_s_brennan@progressive.com
rsaraf1@progressive.com
sandy_richards@progressive.com
steven_anderson@progressive.com

### promos

a.colandrea@promos.it
e.fiorentino@promos.it
l.devivo@promos.it
m.florio@promos.it
m.rossi@promos.it
v.malasomma@promos.it

### prospectsecurities

cpittman@prospectsecurities.com
jcate@prospectsecurities.com
sjohnson@prospectsecurities.com

### protection-re

heiko.jagemann@protection-re.com

### protective

adam.adrian@protective.com
belinda.bradley@protective.com
bill.heath@protective.com
cthigpen@protective.com
diane.griswold@protective.com
greg.hicks@protective.com
ivey_wade@protective.com
jackie_lucas@protective.com
jared.wingard@protective.com
jimmy.k.adams@protective.com
jjohns@protective.com
john.roesle@protective.com
lance.black@protective.com
philip.passafiume@protective.com
rich.bielen@protective.com
steven.denny@protective.com
vallery.brown@protective.com
vita.bates@protective.com
vita.padalino@protective.com
webster.ray@protective.com

### provalue

c.meyer@provalue.ch
email@provalue.ch
j.chidekel@provalue.ch

### provbank

apapa@provbank.com
csbrooks@provbank.com
damiller@provbank.com
ecaywood@provbank.com
jcantrell@provbank.com
ljbeyer@provbank.com
rdjames@provbank.com

## Company & Corresponding Email Addresses

thiltner@provbank.com

**provequity**

bis.subramanian@provequity.co.uk
karim.tabet@provequity.co.uk
m.dominguez@provequity.com
mstewart@provequity.com
p.salem@provequity.com
t.winkler@provequity.com

**providencefunds**

alexey@providencefunds.com
greg@providencefunds.com
vince@providencefunds.com

**provident**

erinchatwoo@provident.com
mleiper@provident.com

**providentbank**

rtowne@providentbank.com
scwilliams@providentbank.com

**provident-bank**

ccarey@provident-bank.com
cwilliams1@provident-bank.com
dthomas@provident-bank.com
jjplum@provident-bank.com
rgravino@provident-bank.com
rhoverson@provident-bank.com

**providentcompanies**

brad_gilbert@providentcompanies.com
gina_kane@providentcompanies.com
james_glascock@providentcompanies.com
jerry_knowles@providentcompanies.com
karen_lynch@providentcompanies.com
kathy_petty@providentcompanies.com

**providentmutual**

cgrant@providentmutual.com
klarrabee@providentmutual.com

**providentnj**

kevin.ward@providentnj.com

**provincebankers**

pdarling@provincebankers.com

**provinzial**

drucks@provinzial.com
gerd.lockert@provinzial.com
malte.kleindiek@provinzial.com
minkleid@provinzial.com
nellessk@provinzial.com
seeger@provinzial.com
stefan.bauer@provinzial.com
sylvia.wiensgoll@provinzial.com
verhalen@provinzial.com

**provinzial-online**

abreuer@provinzial-online.de
hhedder@provinzial-online.de
mpernhorst@provinzial-online.de
sbrandt@provinzial-online.de

## Company & Corresponding Email Addresses

uandratschke@provinzial-online.de

### provnet

apearl@provnet.com
awestreich@provnet.com
ayoshioka@provnet.com
bburch@provnet.com
bcarter@provnet.com
bclaybrook@provnet.com
bwilson@provnet.com
dfurth@provnet.com
djohnston@provnet.com
ghandtmann@provnet.com
jeff@provnet.com
jlandreth@provnet.com
jyoon@provnet.com
lrogers@provnet.com
lshriver@provnet.com
nbrines@provnet.com
rcampagna@provnet.com
rpark@provnet.com
skraus@provnet.com
sommanney@provnet.com
sperkins@provnet.com
tmitchell@provnet.com
twalklett@provnet.com

### proximus

bmb.smb.fa.benchmarking@proximus.net
carine.mosselmans@proximus.net
koen.tackx@proximus.net
thierry.lambrechts@proximus.net

### prsint

j.alvarez@prsint.com
j.arnold@prsint.com
n.delgado@prsint.com
p.castro@prsint.com

### prudential

adam.goodwin@prudential.com
aida.soto@prudential.com
aimee.landes@prudential.com
akio.hashimoto@prudential.com
albert.trank@prudential.com
alexis.levine@prudential.com
alyssa.comiso@prudential.com
amanda.ross@prudential.com
andrea.kutscher@prudential.com
andrew.harnischfeger@prudential.com
anne.fifick@prudential.com
annie.ji@prudential.com
anumeet.sawhney@prudential.com
arvind.rajan@prudential.com
aslan.kanshaw@prudential.com
barbara.hermans@prudential.com
benjamin.steger@prudential.com
bernard.whitsett@prudential.com

## Company & Corresponding Email Addresses

bernard.winograd@prudential.com
bharat.mehta@prudential.com
bob.causey@prudential.com
bogdan.ianev@prudential.com
bonita.anderson@prudential.com
brad.patterson@prudential.com
brian.barnhurst@prudential.com
brian.clapp@prudential.com
brian.curran@prudential.com
brian.foster@prudential.com
brian.juliano@prudential.com
brian.k.ahrens@prudential.com
brian.lemons@prudential.com
brian.lodestro@prudential.com
brian.magee@prudential.com
brian.reppert@prudential.com
brian.thomas@prudential.com
bryan.raynor@prudential.com
carladesousa@prudential.com
carlos.arrom@prudential.com
carmen.gomez@prudential.com
carolina.rojas@prudential.com
catherine.cresswell@prudential.com
cathleen.paugh@prudential.com
cathy.hepworth@prudential.com
cheryl.akawie@prudential.com
cheryl.yanukonis@prudential.com
chris.mcalister@prudential.com
christi.hofmann@prudential.com
christine.mecka@prudential.com
christopher.baydar@prudential.com
christopher.connolly@prudential.com
christopher.noll@prudential.com
christopher.piros@prudential.com
christopher.rowe@prudential.com
claribel.almonte@prudential.com
colby.wheeler@prudential.com
cole.zucker@prudential.com
colleen.janiw@prudential.com
craig.dewling@prudential.com
dai.fan@prudential.com
daniel.schimel@prudential.com
daniel.thorogood@prudential.com
danielle.wolstromer@prudential.com
dave.woolford@prudential.com
david.barnard@prudential.com
david.bessey@prudential.com
david.delvecchio@prudential.com
david.jiang@prudential.com
david.mandel@prudential.com
david.mcdonald@prudential.com
david.winans@prudential.com
dean.lewallen@prudential.com
denise.m.taylor@prudential.com

**Company & Corresponding Email Addresses**

dennis.bushe@prudential.com
dennis.hepworth@prudential.com
dmitry.dinces@prudential.com
donna.sells@prudential.com
doreen.melillo@prudential.com
douglas.fitzgerald@prudential.com
douglas.g.smith@prudential.com
douglas.spratley@prudential.com
dtyson@prudential.com
edward.blaha@prudential.com
edward.geyer@prudential.com
edward.l.campbell@prudential.com
edward.ory@prudential.com
edward.scheuer@prudential.com
elaine.rivera@prudential.com
elissa.steinberg@prudential.com
elitza.lear@prudential.com
elizabeth.halpin@prudential.com
ellen.gaske@prudential.com
emad.mahmoud@prudential.com
emmett.dockery@prudential.com
eric.dutaud@prudential.com
eric.giza@prudential.com
eric.morales@prudential.com
eric.shea@prudential.com
eric.sorensen@prudential.com
erica.piotrowski@prudential.com
erik.schiller@prudential.com
eugene.thomas@prudential.com
evan.scussel@prudential.com
evangeline.davis@prudential.com
everitt.sean@prudential.com
evgeny.nikitin@prudential.com
florence.reid@prudential.com
florence.s.chan@prudential.com
frank.duplak@prudential.com
frank.jones@prudential.com
frank.trumbour@prudential.com
gary.collins@prudential.com
gary.horbacz@prudential.com
gary.knapp@prudential.com
gary.kobernick@prudential.com
gary.neubeck@prudential.com
gary.wu@prudential.com
geoff.hazard@prudential.com
geoff.rea@prudential.com
george.edwards@prudential.com
gerilyn.tort@prudential.com
gerson.levin@prudential.com
gina.innarella@prudential.com
glen.baptist@prudential.com
gregory.drakes@prudential.com
gregory.polizotto@prudential.com
gyliane.morgan@prudential.com

**Company & Corresponding Email Addresses**

hblake@prudential.com
helen.froyan@prudential.com
henry.balbirer@prudential.com
henry.hom@prudential.com
henry.wong@prudential.com
hong.chen@prudential.com
hugo.barth@prudential.com
ingrid.holm@prudential.com
jack.ambrosio@prudential.com
jack.gaston@prudential.com
jaime.lykes@prudential.com
james.herbst@prudential.com
james.mccrane@prudential.com
james.passavant@prudential.com
james.scott@prudential.com
james.sullivan@prudential.com
james_herbst@prudential.com
james3.russell@prudential.com
jamie.kelner@prudential.com
jamie.reilly@prudential.com
janet.crowe@prudential.com
jason.iannuzzi@prudential.com
jeannie.moy@prudential.com
jeffrey.angtuaco@prudential.com
jeffrey.healy@prudential.com
jeffrey.pascarella@prudential.com
jennifer.peda@prudential.com
jennifer.rossi@prudential.com
jill.monaghan@prudential.com
jim.chen@prudential.com
jim.diskin@prudential.com
jim.dolce@prudential.com
jim.m.murphy@prudential.com
joanna.samolej@prudential.com
joanne.heintz@prudential.com
jocelyn.friel@prudential.com
jodi.smith@prudential.com
joe.lemanowicz@prudential.com
joe.lombardi@prudential.com
joel.kallman@prudential.com
joel.mahler@prudential.com
joel.sklar@prudential.com
john.barnas@prudential.com
john.demeo@prudential.com
john.dipaolo@prudential.com
john.dittemer@prudential.com
john.doherty@prudential.com
john.domingues@prudential.com
john.grucza@prudential.com
john.maley@prudential.com
john.mcintyre@prudential.com
john.paulsen@prudential.com
john.praveen@prudential.com
john.rodrigues@prudential.com

**Company & Corresponding Email Addresses**

john.shain@prudential.com
john.smigelsky@prudential.com
john.vanbelle@prudential.com
johnny.mak@prudential.com
jonathan.hunt@prudential.com
joseph.brophy@prudential.com
joseph.dangelo@prudential.com
joseph.lemanowicz@prudential.com
joseph.mollica@prudential.com
joseph.savino@prudential.com
joseph.schatz@prudential.com
joseph.tully@prudential.com
josephine.newman@prudential.com
joyce.condon@prudential.com
juan.espinoza@prudential.com
judy.blaha@prudential.com
julia.mclean@prudential.com
jung-chiang.chang@prudential.com
karen.murphy@prudential.com
katarzyna.kozak@prudential.com
katherine.barna@prudential.com
katherine.chang@prudential.com
kay.willcox@prudential.com
keith.telesca@prudential.com
kellie.chappell@prudential.com
kelly.valli@prudential.com
ken.heard@prudential.com
kenneth.ruggiero@prudential.com
kevin.myers@prudential.com
kevin.o'meara@prudential.com
kimberley.frazier@prudential.com
kurt.carlson@prudential.com
kyle.hollargregory@prudential.com
kyuho.han@prudential.com
leaia.keith@prudential.com
leonard.santoro@prudential.com
leonel.escota@prudential.com
leslie.mccabe@prudential.com
linda.alicea@prudential.com
linda.l.murray@prudential.com
linda.nolan@prudential.com
lisa.dabreau@prudential.com
lisa.greene@prudential.com
lisa.ilaria@prudential.com
lisa.liu@prudential.com
lorely.martinez.machin@prudential.com
lori.wise@prudential.com
lorraine.guensch@prudential.com
louis.kerry@prudential.com
luisito.fernandez@prudential.com
malcolm.dalrymple@prudential.com
mani.sabapathi@prudential.com
manoj.rengarajan@prudential.com
manolita.brasil@prudential.com

**Company & Corresponding Email Addresses**

marchanille.folley@prudential.com
marcus.perl@prudential.com
margaret.stumpp@prudential.com
margaret.vitale@prudential.com
maria.e.carrion@prudential.com
maria.ng@prudential.com
maria.petracca@prudential.com
maria.tullo@prudential.com
maria.vasiliades@prudential.com
marialena.sargentelli@prudential.com
marie.coppola@prudential.com
mariusz.banasiak@prudential.com
marjorie.champlin@prudential.com
mark.grier@prudential.com
martha.tuttle@prudential.com
martin.lawlor@prudential.com
mary.acosta@prudential.com
matthew.angelucci@prudential.com
matthew.nastasi@prudential.com
matthew.werner@prudential.com
maxwell.smith@prudential.com
megan.joseph@prudential.com
mehill.marku@prudential.com
melissa.barnett@prudential.com
meredith.hess@prudential.com
michael.campion@prudential.com
michael.collins@prudential.com
michael.haake@prudential.com
michael.haigh@prudential.com
michael.harari@prudential.com
michael.lemesevski@prudential.com
michael.lenarcic@prudential.com
michael.lorditch@prudential.com
michael.macaluso@prudential.com
michael.marinelli@prudential.com
michael.niosi@prudential.com
michael.p.o'brien@prudential.com
michael.paradis@prudential.com
michael.plosica@prudential.com
michael.rosner@prudential.com
michael.schopin@prudential.com
michelle.gonnella@prudential.com
michelle.popola@prudential.com
miguel.thames@prudential.com
mike.lillard@prudential.com
mike.metsker@prudential.com
miwa.ishii@prudential.com
monica.wong@prudential.com
msanchez@prudential.com
nancy.sheola@prudential.com
nerim.blakaj@prudential.com
newton.lam@prudential.com
nicole.eccleston@prudential.com
nikola.ivanov@prudential.com

**Company & Corresponding Email Addresses**

nisha.m.patel@prudential.com
nobel.kamberi@prudential.com
noelle.lohmeyer@prudential.com
noha.negm@prudential.com
noreen.reilly@prudential.com
oliver.brassard@prudential.com
pallavi.golla@prudential.com
parag.pandya@prudential.com
patricia.klaslo@prudential.com
patrick.murrayhayden@prudential.com
paul.appleby@prudential.com
paul.chen@prudential.com
paul.grasso@prudential.com
paul.merrey@prudential.co.uk
paul.parseghian@prudential.com
paul.price@prudential.com
paul.zetterstrom@prudential.com
peter.carlson@prudential.com
peter.cody@prudential.com
peter.cordrey@prudential.com
peter.freitag@prudential.com
peter.j.decandia@prudential.com
peter.kahn@prudential.com
peter.nelson@prudential.com
philip.engel@prudential.com
phillip.huson@prudential.com
priscilla.ordonez@prudential.com
quant.research@prudential.com
rafal.niedzialek@prudential.com
rajat.shah@prudential.com
ralph.visconti@prudential.com
randy.hood@prudential.com
raymond.ditzel@prudential.com
renee.gallizzo@prudential.com
reny.thomas@prudential.com
rich.burns@prudential.com
rich.crist@prudential.com
rich.vaccaro@prudential.com
richard.albanese@prudential.com
richard.greenwood@prudential.com
richard.hrabchak@prudential.com
richard.lossano@prudential.com
richard.parent@prudential.com
richard.piccirillo@prudential.com
richard.rogers@prudential.com
richard.romano@prudential.com
richard.toner@prudential.com
richard.wendell@prudential.com
rick.lynes@prudential.com
rick.romano@prudential.com
riz.raja@prudential.com
robert.bayer@prudential.com
robert.browne@prudential.com
robert.franklin@prudential.com

**Company & Corresponding Email Addresses**

robert.frascona@prudential.com
robert.gromadski@prudential.com
robert.mcmurray@prudential.com
robert.scheurer@prudential.com
robert.simone@prudential.com
robert.spano@prudential.com
robert.tipp@prudential.com
robert.vargas@prudential.com
robert.waas@prudential.com
robin.snyder@prudential.com
robyn.donahue@prudential.com
robyn.gallegos@prudential.com
rodney2.allen@prudential.com
ronald.joelson@prudential.com
rosanne.baruh@prudential.com
rosemary.zeppetella@prudential.com
ross.smead@prudential.com
roxanne.lawrence@prudential.com
roy.hansel@prudential.com
ryan.kelly@prudential.com
samuel.silver@prudential.com
sandra1.williams@prudential.com
santiago.fernandez@prudential.com
scott.celia@prudential.com
scott.donnelly@prudential.com
scott.hayward@prudential.com
scott.motta@prudential.com
scott.simon@prudential.com
scott.swanson@prudential.com
scott.turner@prudential.com
scott.w.sweitzer@prudential.com
sergio.bernal@prudential.com
seth.kurland@prudential.com
shannon.calli@prudential.com
sharon.carroll@prudential.com
shelley.sherer@prudential.com
spencer.phua@prudential.com
stephen.haeckel@prudential.com
steve.ahrens@prudential.com
steve.koomar@prudential.com
steve.moehlman@prudential.com
steve.napoli@prudential.com
steve.saperstein@prudential.com
steven.crotteau@prudential.com
steven.kellner@prudential.com
steven.pearson@prudential.com
steven.raab@prudential.com
steven.tanz@prudential.com
stewart.wong@prudential.com
stuart.liebeski@prudential.com
sunil.uppal@prudential.com
susan.courtney@prudential.com
susan.gaynor@prudential.com
susan.hickok@prudential.com

## Company & Corresponding Email Addresses

tara.morley@prudential.com
temple.houston@prudential.com
terence.wheat@prudential.com
terrance.choi@prudential.com
theodore.lockwood@prudential.com
thomas.chang@prudential.com
thomas.didia@prudential.com
thomas.roglieri@prudential.com
thomas.vecchione@prudential.com
tiffany.fleming@prudential.com
tim.fetten@prudential.com
timothy.harth@prudential.com
todd.petersen@prudential.com
tom.liu@prudential.com
tom.radwanski@prudential.com
tom.terchek@prudential.com
val.isayev@prudential.com
veronica.amati@prudential.com
vincent.palermo@prudential.com
virginia.celebuski@prudential.com
vladimir.arrieta@prudential.com
wai.chiang@prudential.com
weishuo.lai@prudential.com
wesley.whiteman@prudential.com
william.bentley@prudential.com
william.chao@prudential.com
william.higgins@prudential.com
william.hoagland@prudential.com
william.mcmanus@prudential.com
william.roberts@prudential.com
william.turner@prudential.com
xiaoming.fan@prudential.com
yasuhiro.akiyama@prudential.com
yves.trinquet@prudential.com
yvonne.provost@prudential.com
zulfiqar.ali@prudential.com

### prudentialsavingsbank
jcorrato@prudentialsavingsbank.com

### prufunds
emily.feng@prufunds.com.tw
yichun.shih@prufunds.com.tw

### prusec
andrew_stanbury@prusec.com
anne_briglia@prusec.com
beth_pietrangelo@prusec.com
brendan_delaney@prusec.com
brian_jaspers@prusec.com
david_a_klein@prusec.com
david_tone@prusec.com
drew_schoonmaker@prusec.com
evan_evans@prusec.com
francesco_p_sinatra@prusec.com
frank_mcconville@prusec.com
frank_s_sileo@prusec.com

## Company & Corresponding Email Addresses

jack_tate@prusec.com
joann_morano@prusec.com
joseph_castelluccio@prusec.com
joyce_newman@prusec.com
keith_baird@prusec.com
kelly_fogarty@prusec.com
kerry_fogarty@prusec.com
michael_sealey@prusec.com
michelle_girard@prusec.com
patricia_brosokas@prusec.com
patricia_kelly@prusec.com
paul_j_thompson@prusec.com
robert_dowman@prusec.com
robert_grogg@prusec.com
rory_hudson@prusec.com
sean_barry@prusec.com
thomas_murdock@prusec.com
victoria_metherell@prusec.com
william_kirby@prusec.com

### psai

buffat@psai.ch
champion@psai.ch
comes@psai.ch
develey@psai.ch
fuochi@psai.com
traversa@psai.com

### pscnet

eang18@mail.pscnet.com.tw
eason@mail.pscnet.com.tw
irischang@mail.pscnet.com.tw
michael2855@mail.pscnet.com.tw
monroewu@mail.pscnet.com.tw
peterhs@mail.pscnet.com.tw
yolanda@mail.pscnet.com.tw

### pseg

aaron.gould@pseg.com
mortin.plawner@pseg.com
richard.teisch@pseg.com

### pshk

caesar@pshk.com.hk
victorma@pshk.com.hk

### pt

bpmelux1@pt.lu
cir@pt.lu
dlucas@pt.lu
guccione@pt.lu
pneman@pt.lu
rominves@pt.lu
sbjensen@pt.lu

### ptbni

adrielpang@ptbni.com.sg
ccrm@ptbni.co.jp
diana@ptbni.com.sg
dodi@ptbni.com.sg

## Company & Corresponding Email Addresses
eriunanto@ptbni.com.sg
herry@ptbni.com.sg
paulinechen@ptbni.com.sg
totosuharto@ptbni.com.sg
trs@ptbni.co.jp

### ptd
jtnb@ptd.net
nsbank@ptd.net

### ptsem
corey.galstan@ptsem.edu

### pub
t-iwasa@pub.taisei.co.jp

### public
cjuste@public.ibercaja.es
ib301048@public.ibercaja.es
ib302031@public.ibercaja.es
imartin@public.ibercaja.es
josearc@public.ibercaja.es
joserac@public.ibercaja.es
jpalomar@public.ibercaja.es
mlobo@public.ibercaja.es
smf@public.ibercaja.es

### publica
beat.troehler@publica.ch
daniel.suetterlin@publica.ch
jose.gonzales@publica.ch
juan.wu@publica.ch
myriam.hildbrand@publica.ch
myriam.leuenberger@publica.ch
peter.reusser@publica.ch
werner.hertzog@publica.ch

### publicbank
co@publicbank.com.my
gkb@publicbank.com.my
lyp@publicbank.com.my
thk@publicbank.com.my
wongjs@publicbank.com.my

### publicfm
manjerovicg@publicfm.com
margolism@publicfm.com
schiebelk@publicfm.com

### publicis
loris.nold@publicis.com
pierre.benaich@publicis.fr

### publix
jason.troller@email.publix.com
jerry.keen@email.publix.com

### pugco
alewis@pugco.com
bgrama@pugco.com
prowan@pugco.com

### pughcapital
bingram@pughcapital.com
mpugh@pughcapital.com

## Company & Corresponding Email Addresses

nmcfadden@pughcapital.com
sgreiwe@pughcapital.com
sorr@pughcapital.com
ylou@pughcapital.com

### puilaetco

andrei.kobzar@puilaetco.be
benoit.bouche@puilaetco.be
bernard.coussee@puilaetco.com
bruno.du.bus@puilaetco.be
dirk.peeters@puilaetco.com
european.desk@puilaetco.com
florence.van.tomme@puilaetco.be
francois.dieryk@puilaetco.com
geoffrey.timmermans@puilaetco.com
isabelle.jacobs@puilaetco.com
jan.vantomme@puilaetco.com
johan.robbens@puilaetco.com
kris.motmans@puilaetco.com
laurence.triest@puilaetco.com
luc.van.malder@puilaetco.com
marc.engels@puilaetco.be
michelle.remy@puilaetco.com
olivier.colsoul@puilaetco.be
philippe.jungers@puilaetco.com
philippe.rochez@puilaetco.com
riet.vijgen@puilaetco.be
roald.borre@puilaetco.be
sambine.tomber@puilaetco.com
sophie.rouard@puilaetco.be
thomas.palmblad@puilaetco.com
xavier.hannaerts@puilaetco.com

### puilaetcodewaay

christophe.vancanneyt@puilaetcodewaay.be

### putnam

a_dimarzio@putnam.com
a_syed@putnam.com
aarya@putnam.com
adam_katz@putnam.com
adam_strout@putnam.com
adrian_chan@putnam.com
aidan_coghlan@putnam.com
akira_horii@putnam.com
alan_bronstein@putnam.com
albert_chan@putnam.com
alex_lupis@putnam.com
alex_rickson@putnam.com
alex_zinny@putnam.com
alexis_potts@putnam.com
alicia_m_alcantara@putnam.com
allen_shweitzer@putnam.com
allison_fitzgerald@putnam.com
allison_kessler@putnam.com
amanda_taplett@putnam.com
amrish_pattni@putnam.com

## Company & Corresponding Email Addresses

amy_hougland@putnam.com
amy_kaminski@putnam.com
amy_skaff@putnam.com
andres_montoya@putnam.com
andrew_chlumecky@putnam.com
andrew_fahey@putnam.com
andrew_graham@putnam.com
andrew_matteis@putnam.com
andrew_sommers@putnam.com
angela_patel@putnam.com
ann_hintzman@putnam.com
anna_bulkovshteyn@putnam.com
anna_mitelman@putnam.com
anthonie_wain@putnam.com
anthony_sutton@putnam.com
anton_simon@putnam.com
antonella_muscarella@putnam.com
april_goodman@putnam.com
austin_kairnes@putnam.com
aziz_ouldsfiya@putnam.com
b_connolly@putnam.com
b_libby@putnam.com
b_murray@putnam.com
barbara_hileman@putnam.com
bartlett_geer@putnam.com
bernie_crowley@putnam.com
beth_gorrie@putnam.com
beth_myruski@putnam.com
bethany_roy@putnam.com
beverly_young@putnam.com
bfarr@putnam.com
bill_kohli@putnam.com
bill_sullivan@putnam.com
blake_anderson@putnam.com
bob_fleming@putnam.com
bob_kea@putnam.com
bob_piepenburg@putnam.com
bora_kem@putnam.com
brad_greenleaf@putnam.com
braxton_zink@putnam.com
brett_browchuk@putnam.com
brett_kozlowski@putnam.com
brett_risserz@putnam.com
brian_dechristopher@putnam.com
brian_dwyer@putnam.com
brian_hennessey@putnam.com
brian_hertzog@putnam.com
brian_j_lall@putnam.com
brian_lucier@putnam.com
brian_mahon@putnam.com
brian_murphy@putnam.com
brian_pearly@putnam.com
brian_schutter@putnam.com
brian_soifer@putnam.com

**Company & Corresponding Email Addresses**

brook_dane@putnam.com
bruce_macdonald@putnam.com
bryan_bernaldo@putnam.com
bryan_cockrell@putnam.com
c_gauthier@putnam.com
calvin_h_place@putnam.com
camille_carlstrom@putnam.com
carl_bell@putnam.com
carman_dewees@putnam.com
carmel_peters@putnam.com
caroline_choe@putnam.com
caroline_decoste@putnam.com
caroline_nesbit@putnam.com
carolyn_herzog@putnam.com
catherine_kennedy@putnam.com
chad_curtis@putnam.com
chandra_hagan@putnam.com
chandrasekar_sundaram@putnam.com
charles_haley@putnam.com
charles_legg@putnam.com
charles_macglashing@putnam.com
charles_ouellet@putnam.com
chase_white@putnam.com
cheryl_burns@putnam.com
cheryl_tomasz@putnam.com
chip_bankes@putnam.com
chirag_shah@putnam.com
chris_gauthier@putnam.com
chris_mcleod@putnam.com
christina_pluta@putnam.com
christina_scully@putnam.com
christine_martell@putnam.com
christine_tolisano@putnam.com
christopher_bryce@putnam.com
christopher_calmeyn@putnam.com
christopher_janowski@putnam.com
christopher_kotyla@putnam.com
christopher_obara@putnam.com
christopher_o'malley@putnam.com
colette_powell@putnam.com
colin_naughton@putnam.com
colleen_quinn@putnam.com
constantine_mamakos@putnam.com
coo_way_law@putnam.com
craig_baskin@putnam.com
craig_goryl@putnam.com
craig_oliver@putnam.com
craig_weiner@putnam.com
cyndie_machadinho@putnam.com
cyril_malak@putnam.com
cyrus_dilmaghani@putnam.com
d_jaroch@putnam.com
dan_johansson@putnam.com
daniel_beaudry@putnam.com

## Company & Corresponding Email Addresses

daniel_choquette@putnam.com
daniel_j_hollenbeck@putnam.com
daniel_klim@putnam.com
daniel_ko@putnam.com
david.thomlinson@putnam.com
david_bate@putnam.com
david_calabro@putnam.com
david_costantiello@putnam.com
david_depew@putnam.com
david_galvin@putnam.com
david_gerber@putnam.com
david_hilder@putnam.com
david_l_king@putnam.com
david_mael@putnam.com
david_morgan@putnam.com
david_rietdijk@putnam.com
david_s_herold@putnam.com
david_shea@putnam.com
david_sutton@putnam.com
david_white@putnam.com
deirdre_goldenbogen@putnam.com
denise_howe@putnam.com
denise_selden@putnam.com
devanjan_sinha@putnam.com
dherald@putnam.com
diana_blagoeva@putnam.com
diana_damyanova@putnam.com
diane_leone@putnam.com
diane_wheeler@putnam.com
dick_frucci@putnam.com
dirk_morris@putnam.com
donald_matthew_hill@putnam.com
donna_ingeneri@putnam.com
duncan_harvey@putnam.com
ed_haldeman@putnam.com
edward_d'alelio@putnam.com
edward_shadek@putnam.com
eiichiro_miura@putnam.com
eileen_eichman@putnam.com
elizabeth.leighton@putnam.com
emily_cooper@putnam.com
emily_kemp@putnam.com
eric_graber-lopez@putnam.com
eric_harthun@putnam.com
eric_meltzer@putnam.com
eric_stewart@putnam.com
erik_johnson@putnam.com
erik_tyler@putnam.com
erin_lefkowitz@putnam.com
erin_mccormack@putnam.com
ernesto_garzon@putnam.com
erwin_martens@putnam.com
ethan_case@putnam.com
eugene_shuster@putnam.com

**Company & Corresponding Email Addresses**

fabrice_bay@putnam.com
fenella_boyle@putnam.com
franco_maniaci@putnam.com
franz_valencia@putnam.com
fred_isleib@putnam.com
fredric_levine@putnam.com
fredrik_gjerstad@putnam.com
fumihiko_otsuka@putnam.com
gabriela_mitchell@putnam.com
gail_foresyth@putnam.com
gcha@putnam.com
geoff_kelley@putnam.com
geoff_trawick@putnam.com
george_godfrey@putnam.com
george_issa@putnam.com
george_mussalli@putnam.com
george_stairs@putnam.com
gerald_moore@putnam.com
gerard_boggio@putnam.com
gian_fabbri@putnam.com
gilbert_tsang@putnam.com
gina_szymanski@putnam.com
gita_ramakrishnan@putnam.com
glen_monnelly@putnam.com
gordon_lawrence@putnam.com
gregory_gallagher@putnam.com
gregory_morillo@putnam.com
gregory_white@putnam.com
greta_friel@putnam.com
gretchen_cupples@putnam.com
hanako_yoshimi@putnam.com
harry_gakidis@putnam.com
heather_brun@putnam.com
heather_roberts@putnam.com
henri_fouda@putnam.com
henrietta_fraser@putnam.com
hiroko_tanaka@putnam.com
hiroshi_kato@putnam.com
huilaine_yang@putnam.com
ian_larkin@putnam.com
j_fedderly@putnam.com
j_kutin@putnam.com
jack_mcgowan@putnam.com
jaclyn_simpson@putnam.com
jacques_longerstaey@putnam.com
jagadish_kakumanu@putnam.com
jaime_kiehn@putnam.com
jake_rehor@putnam.com
james_conklin@putnam.com
james_eckler@putnam.com
james_fetch@putnam.com
james_lamb@putnam.com
james_mitro@putnam.com
james_nielson@putnam.com

**Company & Corresponding Email Addresses**

james_polk@putnam.com
james_prusko@putnam.com
james_r_moser@putnam.com
james_thomas@putnam.com
jana_wolfova@putnam.com
jared_wallace@putnam.com
jarrod_pelletier@putnam.com
jason_fromer@putnam.com
jason_kritzer@putnam.com
jason_vaillancourt@putnam.com
jatin_misra@putnam.com
jay.cushing@putnam.com
jean_sievert@putnam.com
jeff_dewolfe@putnam.com
jeff_knight@putnam.com
jeff_mcclory@putnam.com
jeff_mcphail@putnam.com
jeff_sacknowitz@putnam.com
jeff_weishaar@putnam.com
jeffrey_dibuono@putnam.com
jeffrey_kaufman@putnam.com
jeffrey_nelson@putnam.com
jeffrey_nichols@putnam.com
jeffrey_plante@putnam.com
jeffrey_santerre@putnam.com
jeffrey_saunders@putnam.com
jeffrey_stought@putnam.com
jeffrey_turkanis@putnam.com
jennifer_harsey@putnam.com
jennifer_hebert@putnam.com
jennifer_kossuth@putnam.com
jennifer_waden@putnam.com
jenny_wong@putnam.com
jessica_feldman@putnam.com
jessica_scoon@putnam.com
jessica_wirth@putnam.com
jie_huang@putnam.com
jim_st._john@putnam.com
jim_wiess@putnam.com
joanne_driscoll@putnam.com
joanne_macphail-walsh@putnam.com
joe_joseph@putnam.com
john.golden@putnam.com
john_caron@putnam.com
john_ferry@putnam.com
john_mclanahan@putnam.com
john_morgan@putnam.com
john_murray@putnam.com
john_o'rourke@putnam.com
john_soto@putnam.com
john_tilney@putnam.com
john_van_tassel@putnam.com
john_yen@putnam.com
jonathan_brandt@putnam.com

**Company & Corresponding Email Addresses**

jonathan_bridges@putnam.com
jonathan_francis@putnam.com
jonathan_gabriel@putnam.com
jonathan_maietta@putnam.com
jonathan_sharkey@putnam.com
jonathan_topper@putnam.com
joseph_byrne@putnam.com
joseph_casal@putnam.com
joseph_muscarella@putnam.com
joseph_towell@putnam.com
josh_byrne@putnam.com
joshua_brooks@putnam.com
joshua_cummings@putnam.com
joyce_dragone@putnam.com
juan_carlos_sosa@putnam.com
juan_garces@putnam.com
judi_swirbalus@putnam.com
julia_yoo@putnam.com
julian_wellesley@putnam.com
julie_lee@putnam.com
julien.dumas-pilhou@putnam.com
june_martin@putnam.com
junko_ichikawa@putnam.com
justin_gates@putnam.com
justin_melendez@putnam.com
justin_schneider@putnam.com
justina_chung@putnam.com
k_hiromitsu@putnam.com
karen_siafakas@putnam.com
karina_rubel@putnam.com
karletty_medina@putnam.com
katherine.diedrichsen@putnam.com
kathleen_croft@putnam.com
kathryn_henry@putnam.com
kathy_hassey@putnam.com
katie_george@putnam.com
katy_young@putnam.com
kei_tsuruoka@putnam.com
keith_luh@putnam.com
kelly_morgan@putnam.com
kelsey_chen@putnam.com
ken_dobbins@putnam.com
ken_sharma@putnam.com
kenneth_bogden@putnam.com
kenneth_gosier@putnam.com
kenneth_wong@putnam.com
kevin_divney@putnam.com
kevin_f_murphy@putnam.com
kevin_hsu@putnam.com
kevin_m_murphy@putnam.com
kevin_manacek@putnam.com
kevin_stowell@putnam.com
kevin_waden@putnam.com
kim_mclanahan@putnam.com

**Company & Corresponding Email Addresses**

konstantin_stoev@putnam.com
krishna_memani@putnam.com
kristin_donahue@putnam.com
kristin_nixon-donahue@putnam.com
kristy_endo@putnam.com
kyle_mcdermott@putnam.com
l_sabatino@putnam.com
lana_taylor@putnam.com
larry_charbonneau@putnam.com
lauren_demore@putnam.com
lauren_smart@putnam.com
lauritz_ringdal@putnam.com
leah_graham@putnam.com
lee_montag@putnam.com
liana_cardillo@putnam.com
libor_vojkovsky@putnam.com
lily_maclean@putnam.com
lindsey_curley@putnam.com
lisa_christensen@putnam.com
lisa_dalessandro@putnam.com
lisa_emerick@putnam.com
lisa_horkan@putnam.com
lisa_rasmussen@putnam.com
lisa_sacerdote@putnam.com
lisa_stuber@putnam.com
luis_roman@putnam.com
lyra_jakabhazy@putnam.com
m_higgins@putnam.com
m_j_abata@putnam.com
m_leighton@putnam.com
m_maccarran@putnam.com
m_scafati@putnam.com
manish_patel@putnam.com
manny_weiss@putnam.com
manoj_kapai@putnam.com
marc_lindquist@putnam.com
marci_goasdone@putnam.com
margaret_casey@putnam.com
maria_garcia-lomas@putnam.com
mark_alley@putnam.com
mark_bredesen@putnam.com
mark_cogan@putnam.com
mark_pollard@putnam.com
marshall_glassner@putnam.com
mary_fitzgerald@putnam.com
mary_hapij@putnam.com
marykate_o'donnell@putnam.com
mathieu_grodner@putnam.com
matt_hill@putnam.com
matthew_antle@putnam.com
matthew_beagle@putnam.com
matthew_doody@putnam.com
matthew_gordon@putnam.com
matthew_laplant@putnam.com

**Company & Corresponding Email Addresses**

matthew_o'malley@putnam.com
matthew_scales@putnam.com
matthew_wu@putnam.com
maurizio_ferconi@putnam.com
max.kaufmann@putnam.com
megan_craigen@putnam.com
megan_murray@putnam.com
melissa_bisso@putnam.com
melissa_chadwick@putnam.com
melissa_cunniff@putnam.com
melissa_downes@putnam.com
meredith_vass@putnam.com
michael_arends@putnam.com
michael_atkin@putnam.com
michael_cuddy@putnam.com
michael_dovorany@putnam.com
michael_dowd@putnam.com
michael_ducharme@putnam.com
michael_evangelista@putnam.com
michael_gallagher@putnam.com
michael_garrity@putnam.com
michael_husson@putnam.com
michael_lima@putnam.com
michael_malm@putnam.com
michael_mccormack@putnam.com
michael_mclean@putnam.com
michael_mercauto@putnam.com
michael_nance@putnam.com
michael_petro@putnam.com
michael_richards@putnam.com
michael_salm@putnam.com
michael_tassinari@putnam.com
michael_yogg@putnam.com
michel_pean@putnam.com
michell_morphew@putnam.com
michelle_culosi@putnam.com
michelle_murphy@putnam.com
miguel_oleaga@putnam.com
mike_abata@putnam.com
mike_mills@putnam.com
milton_pepin@putnam.com
ming_hui@putnam.com
mohamad_omran@putnam.com
mohamed-mohram@putnam.com
n_liu@putnam.com
n_ward@putnam.com
nancy_miranda@putnam.com
narahari_phatak@putnam.com
natalia_pietrzyk@putnam.com
nathaniel_roberts@putnam.com
nathaniel_salter@putnam.com
navin_belani@putnam.com
nicholas_skrine@putnam.com
nicole_auffrey@putnam.com

**Company & Corresponding Email Addresses**

nicole_ledoux@putnam.com
norm_boucher@putnam.com
olga_keyser@putnam.com
p_dankens@putnam.com
p_nicholas@putnam.com
p_tracy@putnam.com
pam_gao@putnam.com
pam_holding@putnam.com
paresh_upadhyaya@putnam.com
parker_king@putnam.com
patricia_gaynor@putnam.com
patricia_morse@putnam.com
patrick_andersen@putnam.com
patrick_flynn@putnam.com
patrick_loranger@putnam.com
paul_brittman@putnam.com
paul_bucuvalas@putnam.com
paul_drury@putnam.com
paul_maguire@putnam.com
paul_scanlon@putnam.com
paula_papastathis@putnam.com
peter_angelopolus@putnam.com
peter_ferrelli@putnam.com
peter_grant@putnam.com
peter_hadden@putnam.com
peter_milczarek@putnam.com
peter_schwab@putnam.com
peter_v._meyer@putnam.com
peter_zacowich@putnam.com
philippe_bibi@putnam.com
prashant_sundararajan@putnam.com
r_beaudoin@putnam.com
r_ethington@putnam.com
r_mead@putnam.com
rab_khan@putnam.com
rachel_west@putnam.com
rajni_tyagi@putnam.com
raman_srivastava@putnam.com
randy_cutler@putnam.com
randy_farina@putnam.com
raymond_haddad@putnam.com
raza_rana@putnam.com
rcervone@putnam.com
rebecca_hurley@putnam.com
rhonda_crosson@putnam.com
richard_block@putnam.com
richard_decoste@putnam.com
richard_hoang@putnam.com
richard_johannes@putnam.com
richard_leung@putnam.com
richard_macdonald@putnam.com
richard_pilat@putnam.com
rick_weed@putnam.com
rick_wynn@putnam.com

## Company & Corresponding Email Addresses

ridgely_ficks@putnam.com
rikiya_kato@putnam.com
rob_bloemker@putnam.com
rob_daley@putnam.com
robert_daley@putnam.com
robert_davis@putnam.com
robert_ginsberg@putnam.com
robert_higgins@putnam.com
robert_macdonald@putnam.com
robert_mahan@putnam.com
robert_paine@putnam.com
robert_reynolds@putnam.com
robert_salvin@putnam.com
robert_schoen@putnam.com
robert_schoen_at_ccpoienov1@putnam.com
robert_tulipani@putnam.com
ron_mintz@putnam.com
ronald_mccullough@putnam.com
ryan_cottreau@putnam.com
ryan_m_burkart@putnam.com
ryan_zannini@putnam.com
s_giontzis@putnam.com
s_howley@putnam.com
s_medina@putnam.com
s_preve@putnam.com
s_ramamurthy@putnam.com
sabina_ciminero@putnam.com
saied_simozar@putnam.com
sakiko_reuterskiold@putnam.com
salvatore_dellagrotta@putnam.com
samuel_chamovitz@putnam.com
sandin_wang@putnam.com
sanjay_chopra@putnam.com
sanjay_shah@putnam.com
sara_dauber@putnam.com
sarah_burckmyer@putnam.com
sarah_marshall@putnam.com
sayuri_owens@putnam.com
scott_donaldson@putnam.com
scott_fedak@putnam.com
scott_nelson@putnam.com
sean_murphy@putnam.com
sergey_dyakin@putnam.com
seshu_dasari@putnam.com
seth_tweeddale@putnam.com
sheba_alexander@putnam.com
sheila_concannon@putnam.com
shigeki.makino@putnam.com
siddhartha_gill@putnam.com
simon_davis@putnam.com
simon_mckay@putnam.com
siobhan_doherty@putnam.com
skip_short@putnam.com
sriketan_mahanti@putnam.com

**Company & Corresponding Email Addresses**

stacey_wagner@putnam.com
stanley_chu@putnam.com
steffen_panzone@putnam.com
stephanie_hallenbeck@putnam.com
stephen_driscoll@putnam.com
stephen_hall@putnam.com
stephen_o'connell@putnam.com
stephen_oler@putnam.com
stephen_peacher@putnam.com
stephen_w_vandermark@putnam.com
steve_gianelli@putnam.com
steve_gorman@putnam.com
steve_horner@putnam.com
steve_karnes@putnam.com
steve_oristaglio@putnam.com
steve_zechello@putnam.com
steven_bagley@putnam.com
steven_desimone@putnam.com
subbiah_subramanian@putnam.com
subrata_ghose@putnam.com
sue_downing@putnam.com
sunitha_thomas@putnam.com
susan_macleod@putnam.com
susan_mccormack@putnam.com
suzanne_deshaies@putnam.com
t_mangam@putnam.com
t_tang@putnam.com
takeshi_itai@putnam.com
ted_knuckles@putnam.com
terri_warren@putnam.com
thalia_meehan@putnam.com
tim_gaudette@putnam.com
timothy_codrington@putnam.com
timothy_edmonstone@putnam.com
timothy_ferguson@putnam.com
timothy_lyons@putnam.com
tl_tsang@putnam.com
todd.snyder@putnam.com
tom_conway@putnam.com
tomoko_hanazawa@putnam.com
tony_ruysdeperez@putnam.com
tracy_sweeney@putnam.com
tuck.hall@putnam.com
vashawn_cooper@putnam.com
vikram_dhindsa@putnam.com
vinay_agarwal@putnam.com
vivek_gandhi@putnam.com
w_berglund@putnam.com
walton_pearson@putnam.com
wayne_sundquist@putnam.com
wee-kuok_chieng@putnam.com
wen-fu_wu@putnam.com
whu@putnam.com
william_boziuk@putnam.com

## Company & Corresponding Email Addresses

william_gibbs@putnam.com
william_gould@putnam.com
william_hazelton@putnam.com
william_landes@putnam.com
william_marshall@putnam.com
william_schmitt@putnam.com
william_wright@putnam.com
willow_piersol@putnam.com
wscully@putnam.com
wtderosa@putnam.com
wyman_chan@putnam.com
xinjia_liu@putnam.com
yannick_aron@putnam.com
yeshe_l_corona@putnam.com
yoeuth_yen@putnam.com
york_lo@putnam.com
yoshiki_nagata@putnam.com
yumiko_matsubara@putnam.com
yumiko_sai@putnam.com
yun-young_lee@putnam.com
zachary_harrison@putnam.com
zhikai_chen@putnam.com

### putnaminv
avo_ora@putnaminv.com
bryan_bernaldo@putnaminv.com
charles_bankes@putnaminv.com
chris_stevo@putnaminv.com
daniel_grana@putnaminv.com
david_hamlin@putnaminv.com
grainne_gilligan@putnaminv.com
kevin_cronin@putnaminv.com
kevin_kowalski@putnaminv.com
leo_kropywiansky@putnaminv.com
name_surname@putnaminv.com
peter_fleisher@putnaminv.com
stephen_dexter@putnaminv.com

### putnamlovell
jmitchell@putnamlovell.com

### putnamlovellnbf
mdipisa@putnamlovellnbf.com
pbadeski@putnamlovellnbf.com

### pvf
jmeyer@pvf.nl
ralphen@pvf.nl

### pw
grant.rubin@pw.utc.com

### pwmco
alecp@pwmco.com
bperkins@pwmco.com
ckempler@pwmco.com
cleshock@pwmco.com
jkautz@pwmco.com
jtugman@pwmco.com
kpreloger@pwmco.com

## Company & Corresponding Email Addresses

pschott@pwmco.com
rhughes@pwmco.com
timu@pwmco.com
tjenkins@pwmco.com
toddp@pwmco.com
tperkins@pwmco.com
tthome@pwmco.com
vnewman@pwmco.com

### qatarbank
adel.mustafawi@qatarbank.com
vijay.valabhadas@qatarbank.com

### qcb
faraha@qcb.gov.qa

### qgcapital
aackerman@qgcapital.com
akaplan@qgcapital.com
arichardson@qgcapital.com
bliff@qgcapital.com
bswain@qgcapital.com
elovelace@qgcapital.com
griina@qgcapital.com
hcacanando@qgcapital.com
lnapoli@qgcapital.com
mlynch@qgcapital.com
mzucker@qgcapital.com
sandrews@qgcapital.com
st@qgcapital.com
tstrobach@qgcapital.com

### qic
a.morgan@qic.com
a.ogorman@qic.com
a.ryder@qic.com
b.prendergast@qic.com
b.sanders@qic.com
b.white@qic.com
c.martin@qic.com
d.field@qic.com
d.lau@qic.com
d.lillicrap@qic.com.au
d.spurgeon@qic.com
g.brearley@qic.com
g.christiansen@qic.com
g.liddell@qic.com
k.king@qic.com
k.wilkes@qic.com
l.tyson@qic.com
m.ward@qic.com
p.graham@qic.com
p.scobie@qic.com
r.garland@qic.com
r.jewell@qic.com
s.buckley@qic.com
s.hutchinson@qic.com
s.julius@qic.com

## Company & Corresponding Email Addresses

s.rissman@qic.com
s.smith@qic.com
t.foley@qic.com
t.rieck@qic.com

### qifmanagement
puru.vashishtha@qifmanagement.com
puru@qifmanagement.com
ravin.agrawal@qifmanagement.com
shobhit@qifmanagement.com
srin@qifmanagement.com
trishul@qifmanagement.com

### qmassociates
betty.tong@qmassociates.com
daniel.carlucci@qmassociates.com
wai.chiang@qmassociates.com

### qnb
abdullah.alhail@qnb.com.qa
adel.fadlallah@qnb.com.qa
hicham.saliba@qnb.com.qa
niels.andersson@qnb.com.qa
wassim.jomaa@qnb.com.qa

### qsk
julian.s.heslop@qsk.com
paul.x.ward@qsk.com

### qts-am
ssansotta@qts-am.net

### quadrantcapital
benreid@quadrantcapital.com
cpink@quadrantcapital.com
datkins@quadrantcapital.com
tlyons@quadrantcapital.com

### qualcomm
acoors@qualcomm.com
hsao@qualcomm.com
jbelk@qualcomm.com
jlyle@qualcomm.com
josephm@qualcomm.com
juliec@qualcomm.com
nweiss@qualcomm.com
pjacobs@qualcomm.com
rgrannis@qualcomm.com
vickif@qualcomm.com

### quantjock
tmarks@quantjock.net
trading@quantjock.net

### quanttradebd
rparker@quanttradebd.com

### quicknet
jb.heuvel@quicknet.nl

### quick-reilly
erik.smith@exchange.quick-reilly.com
liz.krahel@exchange.quick-reilly.com
tony.trani@exchange.quick-reilly.com

### quilter

## Company & Corresponding Email Addresses

benmountain@quilter.co.uk
chiarahurley@quilter.co.uk
chrisbingham@quilter.co.uk
christopherturner@quilter.co.uk
danielrowland@quilter.co.uk
davidadams@quilter.co.uk
jillosborne@quilter.co.uk
keithgraham@quilter.co.uk
lizdhillon@quilter.co.uk
ricardocruz@quilter.co.uk
robertmerrifield@quilter.co.uk

### quilterjersey

rebeccabryant@quilterjersey.com
timchilde@quilterjersey.com

### quilweb

hsorel@quilweb.com

### qwest

brian.luedtke@qwest.com
klutito@qwest.com
smatson@qwest.com

### ra

kato_takahiko@ra.smbc.co.jp
koike_masamichi@ra.smbc.co.jp
munemasa_hiroshi@ra.smbc.co.jp
sasano_toshihiro@ra.smbc.co.jp
takahashi_seiichiro@ra.smbc.co.jp
ueno_masashige@ra.smbc.co.jp

### rabobank

adam.king@rabobank.com
adrian.felstead@rabobank.co.uk
aiyan.shaukat@rabobank.com
alan.barbier@rabobank.com
alyssa.jaffe@rabobank.com
andre.blom@utc.rabobank.com
andres.salazar@rabobank.com
andrew.berry@rabobank.com
andrew.docker@rabobank.com
andrew.robinson@rabobank.com
andrew.townsend@rabobank.com
andrew.viney@rabobank.com
andries.hoekema@rabobank.com
anita.keij@rabobank.com
anli.tan@rabobank.com
arie.hooimeijer@rabobank.com
barbara.van.teeffelen@rabobank.com
bart.fransen@rabobank.com
ben.miall@rabobank.com
brad.mckinnon@rabobank.com
brian.gould@rabobank.com
carla.sher@rabobank.com
carolyn.brazier@rabobank.com
chretien.harmeling@rabobank.com
chris.collings@rabobank.com
chris.hammond@rabobank.co.uk

## Company & Corresponding Email Addresses

chris.packe@rabobank.com
christien.luttikuizen@rabobank.com
christopher.lew@rabobank.com
craig.bonder@rabobank.com
crispijn.kooijmans@rabobank.com
cyril.latroche@rabobank.com
david.hardingham@rabobank.com
daymian.campbell@rabobank.com
deniz.konuralp@rabobank.com
derrick.dsouza@rabobank.com
doreen.crawford@rabobank.com
doris.brouwer@utc.rabobank.com
eddie.villiers@rabobank.com
edwin.pietersen@utc.rabobank.com
elaine.obrien@dub.rabobank.com
elaine.oconnor@dub.rabobank.com
elisabeth.favrat@rabobank.com
eraj.asadi@nyc.rabobank.com
ewen.mcdonald@rabobank.com
f.w.heerema@ams.rabobank.com
fabio.minervini@rabobank.com
fabrice.vidal@rabobank.com
frederike.broekhuizen@rabobank.com
g.neville@nyc.rabobank.com
gary.blackwell@rabobank.com
gary.kendall@rabobank.com
garyth.stone@rabobank.com
george.lyons@rabobank.com
greger.flodin@rabobank.com
gwilym.jennett@rabobank.com
hamidah.thanawala@nyc.rabobank.com
hamish.mcloughlin@rabobank.com
harjan.kuiper@rabobank.com
heather.crain@rabobank.com
henk.aardema@utc.rabobank.com
henk.rozendaal@rabobank.com
j.w.vollack@nyc.rabobank.com
james.han@rabobank.com
james.pieri@rabobank.com
james.telders@rabobank.com
japp.slotema@utc.rabobank.com
jeffrey.chubb@rabobank.com
john.marlow@rabobank.com
john.moroney@rabobank.com
john.spellman@rabobank.com
judith.hamilton@rabobank.com
justin.harwood@rabobank.com
justin.sliney@nyc.rabobank.com
karen.boyer@nyc.rabobank.com
keith.bigwood@rabobank.com
ken.towers@rabobank.com
kevin.mclaughlin@rabobank.com
kevin.mullin@rabobank.com
kevin.taylor@rabobank.com

**Company & Corresponding Email Addresses**

kirstie.turner@rabobank.com
lee.davison-poltock@rabobank.com
lee.ferridge@rabobank.com
lisa.wichman@rabobank.com
lorraine.mcneely@rabobank.com
luke.morrison@rabobank.com
malkeet.dhaliwal@rabobank.com
manolo.pedrini@rabobank.com
marc.genovese@rabobank.com
mark.curtis@nyc.rabobank.com
mark.dams@rabobank.com
mark.lauber@rabobank.com
martin.tunstall@rabobank.com
martin.van.meerendonk@rabobank.com
martino.brioni@rabobank.com
max.blom@utc.rabobank.com
max.nuti@nyc.rabobank.com
micha.schipper@rabobank.com
michael.gower@rabobank.com
michael.halevi@rabobank.com
michael.phelan@rabobank.com
michail.eleftheriou@rabobank.com
natasja.aardema@utc.rabobank.com
nick.maurice@rabobank.com
oliver.wolter@rabobank.com
pal.chidambaram@rabobank.com
paul.butler@rabobank.com
peter.hursthouse@rabobank.com
peter.plester@rabobank.com
petra.spelbos@rabobank.com
philip.kemp@rabobank.com
ralph.andresen@rabobank.com
randy.himelfarb@rabobank.com
randy.watkins@rabobank.com
raymond.miller@rabobank.com
ricardo.scaff@rabobank.com
richard.bennett@rabobank.com
richard.herbst@rabobank.com
richard.mattner@nyc.rabobank.com
rick.llewellyn@rabobank.com
robert.harris@rabobank.com
robert.trynes@rabobank.com
roger.bradshaw@rabobank.com
ronald.grobeck@rabobank.com
rudy.bulis@nyc.rabobank.com
rufus.round@rabobank.com
salim.hasnat@rabobank.com
sarah.lee@rabobank.com
sarah-jane.campbell@rabobank.com
scott.swift@rabobank.com
sergio.nakashima@sao.rabobank.com
servet.canal@rabobank.com
sheldon.sussman@rabobank.com
simon.burton@rabobank.com

## Company & Corresponding Email Addresses

simon.parker@rabobank.com
sophie.hawkes@rabobank.com
spyros.degleris@rabobank.com
stefano.pallotti@rabobank.com
steve.thomas@rabobank.com
steve.wilks@rabobank.com
steven.alcorn@rabobank.com
stewart.kalish@nyc.rabobank.com
t.stevens@nyc.rabobank.com
tamara.zaliznyak@rabobank.com
thomas.salvia@rabobank.com
thon.huijser@rabobank.com
thorstein.vrolijk@rabobank.com
tina.cao@rabobank.com
tjard.westbroek@rabobank.com
tobias.becker@rabobank.com
tracy.pridgen@rabobank.com
vincent.vierhout@rabobank.com
vladimir.sotskov@rabobank.com
warren.tong@rabobank.com
wendy.rosenfeld@rabobank.com
wink.mora@rabobank.com

### rabo-bank

christopoulosg@rabo-bank.com
debriconj@rabo-bank.com
dickinsons@rabo-bank.com
freemanc@rabo-bank.com
gatesa@rabo-bank.com
gladeni@rabo-bank.com
hilla@rabo-bank.com
jeddob@rabo-bank.com
rothb@rabo-bank.com
sam.horowitz@rabo-bank.com
vanderd@rabo-bank.com
verhoefm@rabo-bank.com
wyckb@rabo-bank.com

### raborobecobank

e.grandjean@raborobecobank.lu
m.vanoosten@raborobecobank.lu

### rad

eitan_a@rad.co.il
yehuda_z@rad.co.il

### rahnbodmer

augusto.devincenzo@rahnbodmer.ch
bidermann.christian@rahnbodmer.ch
bilgic.hueseyin@rahnbodmer.ch
brunner.urs@rahnbodmer.ch
burhan.fazlija@rahnbodmer.ch
christa.lorenzi@rahnbodmer.ch
cortesi.franco@rahnbodmer.ch
egger.fritz@rahnbodmer.ch
hofmann.patrick@rahnbodmer.ch
hostettler.sascha@rahnbodmer.ch
hostettler.ueli@rahnbodmer.ch

## Company & Corresponding Email Addresses

hug.kurt@rahnbodmer.ch
inauen.michael@rahnbodmer.ch
jacober.toni@rahnbodmer.ch
knecht.bernhard@rahnbodmer.ch
kulhoff.birgit@rahnbodmer.ch
martin.bidermann@rahnbodmer.ch
michele.diprizio@rahnbodmer.ch
payer.bernhard@rahnbodmer.ch
perschl.andreas@rahnbodmer.ch
rey.dominique@rahnbodmer.ch
riesen.markus@rahnbodmer.ch
rosenfelder.sascha@rahnbodmer.ch
steinhauser.eric@rahnbodmer.ch
thorsten.kuechler@rahnbodmer.ch
walter.roman@rahnbodmer.ch
wiederkehr.juerg@rahnbodmer.ch

### rai
a.desario@rai.it
capello@rai.it
e.paracchini@rai.it
f.belli@rai.it
f.bertolino@rai.it
m.cali@rai.it

### raiffeisen
andreas.ulrich@raiffeisen.ch
christian.amos@raiffeisen.ch
daniel.smith@raiffeisen.ch
felice.degrandi@raiffeisen.ch
frank.verstraeten@raiffeisen.ch
ivo.butler@raiffeisen.ch
markus.egger@raiffeisen.ch
peter.frehner@raiffeisen.ch

### raiffeisenbank
bernd.chory@raiffeisenbank.at
christian.tunkl@raiffeisenbank.at
dieter.biegel@raiffeisenbank.at
diethard.holzer@raiffeisenbank.at
gerhard.scharinger@raiffeisenbank.at
gernot.nagl@raiffeisenbank.at
guenther.hain@raiffeisenbank.at
herbert.neuhauser@raiffeisenbank.at
herwig.haidn@raiffeisenbank.at
isabella.bertolas@raiffeisenbank.at
jochen.bonk@raiffeisenbank.at
michael.handl@raiffeisenbank.at
roland.eder@raiffeisenbank.at
stefan.horvath@raiffeisenbank.at
stephan.krotz@raiffeisenbank.at
werner.hochrainer@raiffeisenbank.at
werner.serles@raiffeisenbank.at
wolfgang.huber@raiffeisenbank.at

### rainierfunds
andreal.durbin@rainierfunds.com
angela.diamantini@rainierfunds.com

## Company & Corresponding Email Addresses

ann.aoyama@rainierfunds.com
cathy.woodard@rainierfunds.com
dan.henry@rainierfunds.com
daniel.brewer@rainierfunds.com
dirk.huenink@rainierfunds.com
julie.lentini@rainierfunds.com
justin.kane@rainierfunds.com
lizzie@rainierfunds.com
mark.broughton@rainierfunds.com
markd@rainierfunds.com
mary.vollert@rainierfunds.com
matt.kennedy@rainierfunds.com
mike.emery@rainierfunds.com
miranda.bradford@rainierfunds.com
peter.musser@rainierfunds.com
stacie.cowell@rainierfunds.com
trevor.williams@rainierfunds.com
tyler.platte@rainierfunds.com

### rallc
li@rallc.com

### ramrealestate
mkaras@ramrealestate.com

### ranierfunds
justin.kane@ranierfunds.com

### ratp
anais.martin@ratp.fr
arnaud.toubert@ratp.fr
dominique.queguiner@ratp.fr
laurence.bucks@ratp.fr
marie-sylvie.seillan@ratp.fr
maurice.jarlier@ratp.fr
sylvie.jeanjean@ratp.fr

### raymondjames
andrew.hahn@raymondjames.com
arnie.palatnek@raymondjames.com
bob.anastasi@raymondjames.com
bobby.colon@raymondjames.com
brad.tottle@raymondjames.com
brian.cebuhar@raymondjames.com
brian.cothran@raymondjames.com
bryan.meckley@raymondjames.com
chad.bolen@raymondjames.com
chet.helck@raymondjames.com
dan.franks@raymondjames.com
david.smith@raymondjames.com
debbie.wolfe@raymondjames.com
dennis.zank@raymondjames.com
dominique.vacheron@raymondjames.com
eric.longphee@raymondjames.com
eva.skibicki@raymondjames.com
fred.hosken@raymondjames.com
fred.whaley@raymondjames.com
gary.cook@raymondjames.com
greg.kovac@raymondjames.com

## Company & Corresponding Email Addresses

howard.house@raymondjames.com
james.armstrong@raymondjames.com
jeff.reda@raymondjames.com
jeff.trocin@raymondjames.com
jennifer.flavin@raymondjames.com
jeremy.dunford@raymondjames.com
jim.mcdaniel@raymondjames.com
jim.sickling@raymondjames.com
joe.estes@raymondjames.com
joey.speyrer@raymondjames.com
john.walsh@raymondjames.com
katherine.vigeveno@raymondjames.com
kent.nelson@raymondjames.com
larry.schaad@raymondjames.com
lori.stone@raymondjames.com
louis.parks@raymondjames.com
maria.shepherd@raymondjames.com
mark.drouse@raymondjames.com
mark.reaves@raymondjames.com
matt.klocke@raymondjames.com
melanie.wilson@raymondjames.com
michael.mayes@raymondjames.com
mike.smith@raymondjames.com
mo.krausman@raymondjames.com
natasa.glusac@raymondjames.com
nicholas.lacy@raymondjames.com
norman.nelson@raymondjames.com
patrick.oconnor@raymondjames.com
paul.beaudoin@raymondjames.com
peter.reilly@raymondjames.com
raymond.gutowski@raymondjames.com
ryan.rackley@raymondjames.com
ryann.donohue@raymondjames.com
sarah.tucker@raymondjames.com
scott.cook@raymondjames.com
scott.warnock@raymondjames.com
scottie.diebold@raymondjames.com
terry.bedford@raymondjames.com
thomas.layton@raymondjames.com
thomas.mcconville@raymondjames.com
tom.clark@raymondjames.com
tom.franke@raymondjames.com
toma.james@raymondjames.com
van.sayler@raymondjames.com

### rb

ivo.prokop@rb.cz
martin.palasek@rb.cz
michal.baranek@rb.cz
michal.michalov@rb.cz
michal.ondruska@rb.cz
milan.fajkus@rb.cz
pavel.mertlik@rb.cz

### rba

andersenm@rba.gov.au

## Company & Corresponding Email Addresses

bantag@rba.gov.au
battellinor@rba.gov.au
bedij@rba.gov.au
blackg@rba.gov.au
cassidyn@rba.gov.au
cheshirej@rba.gov.av
dowlings@rba.gov.au
draytonk@rba.gov.au
goddena@rba.gov.au
griffinj@rba.gov.au
growj@rba.gov.av
milliganj@rba.gov.au
owenr@rba.gov.av
skeersc@rba.gov.au
vossa@rba.gov.au
westons@rba.gov.au
whitelawj@rba.gov.au

### rbb
mmikulik.security@rbb.at

### rbb-bank
ghoellerl.security@rbb-bank.co.at
jwaltl.security@rbb-bank.co.at
pladreiter@rbb-bank.co.at

### rbc
adrian.plummer@rbc.com
alvin.bhawanie@rbc.com
beatrice.werlen@rbc.com
brad.spring@rbc.com
brian.hickling@rbc.com
carmine.pollice@rbc.com
cathy.vassell-burnett@rbc.com
christopher.strong@rbc.com
colleen.rasmussen@rbc.com
dan.camenietzki@rbc.com
daniel.reynolds@rbc.com
david.cox@rbc.com
david.lambert@rbc.com
dawn.hazlewood@rbc.com
dominic.wallington@rbc.com
dorothy.radulescu@rbc.com
euadne.callendar-david@rbc.com
francisco.martins@rbc.com
francois.gauvin@rbc.com
frank.gambino@rbc.com
glenn.mitchell@rbc.com
greg.adair@rbc.com
hugh.maclean@rbc.com
james.lark@rbc.com
james.mcmahon@rbc.com
janice.koshida@rbc.com
jason.melo@rbc.com
jason.storsley@rbc.com
jean-francois.dion@rbc.com
jean-jacques.scheidegger@rbc.com

## Company & Corresponding Email Addresses

john.groves@rbc.com
john.logie@rbc.com
kenneth.tovich@rbc.com
manoj.mistry@rbc.com
maria.z.desousa@rbc.com
mark.hirst@rbc.com
marty.balch@rbc.com
mary.chiappetta@rbc.com
matt.barasch@rbc.com
meshaniakwe.swai@rbc.com
michael.dejana@rbc.com
michael.horning@rbc.com
michael.montague@rbc.com
nick.stobart@rbc.com
nyma.hosein@rbc.com
pat.jack@rbc.com
paul.chan@rbc.com
philip.ball@rbc.com
rafe.garvin@rbc.com
raymond.chang@rbc.com
raymond.mark@rbc.com
richard.hall@rbc.com
sandra.nunes@rbc.om
stephen.notidis@rbc.com
stuart.udall@rbc.com
susan.lieberman@rbc.com
timothy.wood@rbc.com
trevor.carlin@rbc.com
vittorio.fegitz@rbc.com

### rbccm

adam.waldman@rbccm.com
adrian.bell@rbccm.com
ahmad.kreydieh@rbccm.com
alexander.birr@rbccm.com
ali.jalai@rbccm.com
alistair.featherstone@rbccm.com
al-karim.ramji@rbccm.com
andrew.blair-rains@rbccm.com
andrew.munn@rbccm.com
andrew.thornhill@rbccm.com
andrew.white@rbccm.com
andy.hinde@rbccm.com
andy.scace@rbccm.com
anup.goswami@rbccm.com
barry.ryan@rbccm.com
benny.tommasino@rbccm.com
bill.haines@rbccm.com
bis.mukerji@rbccm.com
brad.heintzman@rbccm.com
caitlin.glendinning@rbccm.com
cara.fleisher@rbccm.com
cathy.izzo@rbccm.com
charles.russell@rbccm.com
chris.harvey-fros@rbccm.com

**Company & Corresponding Email Addresses**

christophe.ollari@rbccm.com
christopher.lindsey@rbccm.com
clinton.matter@rbccm.com
colin.lambert@rbccm.com
colleen.longobardi@rbccm.com
daniel.smith@rbccm.com
david.barker@rbccm.com
david.bibona@rbccm.com
david.jackson@rbccm.com
david.millar@rbccm.co.uk
david.wilson@rbccm.com
devin.haran@rbccm.com
diamond.charania@rbccm.com
dieter.dorp@rbccm.com
edward.flowers@rbccm.com
elaine.skinner@rbccm.com
eoin.ward@rbccm.com
eric.blanchard@rbccm.com
eric.wise@rbccm.com
erik.jacobs@rbccm.com
evan.glass@rbccm.com
georg.grodzki@rbccm.com
giuseppe.pollifrone@rbccm.com
grant.gibson@rbccm.com
james.roche@rbccm.com
jameson.hick@rbccm.com
jason.lindeman@rbccm.com
jean.dulude@rbccm.com
jean.mink@rbccm.com
jennifer.wright@rbccm.com
jeremy.loewendahl@rbccm.com
jerry.lee@rbccm.com
jim.byrd@rbccm.com
joe.geli@rbccm.com
joe.muskatel@rbccm.com
john.e.beckwith@rbccm.com
john.harkins@rbccm.com
jordi.orriols-gil@rbccm.com
joseph.giammerella@rbccm.com
josh.denzinger@rbccm.com
julie.evans@rbccm.com
kelly.bateman@rbccm.com
kevin.wilson@rbccm.com
lee.acerbis@rbccm.com
lee.shaiman@rbccm.com
les.vowell@rbccm.com
marc.goldwyn@rbccm.com
margus.ehatam@rbccm.com
maria.glew@rbccm.com
mark.iles@rbccm.com
mark.wood@rbccm.com
martin.ward@rbccm.com
matt.ocallaghan@rbccm.com
matthew.munzar@rbccm.com

**Company & Corresponding Email Addresses**

matthew.rex@rbccm.com
melissa.marano@rbccm.com
michael.atherton@rbccm.com
mike.quinn@rbccm.com
mike.srba@rbccm.com
mussadiq.lakhani@rbccm.com
nathan.griffiths@rbccm.com
neil.taylor@rbccm.com
nicholas.wright@rbccm.com
nick.wood@rbccm.com
pdoerig@rbccm.com
penny.gregory@rbccm.com
peter.brown@rbccm.com
ralph.langenborg@rbccm.com
richard.jenkins@rbccm.com
richard.owens@rbccm.com
richard.waddington@rbccm.com
rizwan.ahmad@rbccm.com
rob.pomphrett@rbccm.com
robert.burns@rbccm.com
robert.doyle@rbccm.com
roger.pellegrini@rbccm.com
russell.jones@rbccm.com
ryan.neske@rbccm.com
sanjai.bhonsle@rbccm.com
santosh.varki@rbccm.com
scott.umbs@rbccm.com
simon.ling@rbccm.com
simon.overington@rbccm.com
softa.shields@rbccm.com
stephen.greene@rbccm.com
stephen.levitan@rbccm.com
steve.thom@rbccm.com
steven.h.ng@rbccm.com
tarquin.orchard@rbccm.com
terry.fallon@rbccm.com
tim.pearce@rbccm.com
tim.sutton@rbccm.com
toby.rome@rbccm.com
tom.peters@rbccm.com
tony.botting@rbccm.com
uri.ron@rbccm.com
warren.leonard@rbccm.com
wasim.afzal@rbccm.com
william.ballard@rbccm.com
winnie.sze@rbccm.com
yu.li@rbccm.com

**rbcdexia-is**

joan.frith@rbcdexia-is.com
nick.conroy@rbcdexia-is.com
stefan.wilkes@rbcdexia-is.net
stephen.rudland@rbcdexia-is.com
teresa.guerrero@rbcdexia-is.es

**rbcds**

## Company & Corresponding Email Addresses

amish.desai@rbcds.com
andy.conway@us.rbcds.com
colin.sturgeb@rbcds.com
david.leibowitz@us.rbcds.com
mguy@rbcds.com
michael.marco@us.rbcds.com
mike.bowick@rbcds.com
pat.russett@rbcds.com
ron.stanley@rbcds.com
santosh.varki@us.rbcds.com
sashah@rbcds.com
thomas.fredericks@us.rbcds.com
winson.ho@rbcds.com

**rbcds-ged-uk**
research1@rbcds-ged-uk.com

**rbcel**
richarad@rbcel.com
summerge@rbcel.com

**rbcinvestments**
melissa.cavelti@rbcinvestments.com
stephane.rochon@rbcinvestments.com

**rbgt**
hansjoerg.ertl@rbgt.raiffeisen.at

**rbi**
adas@rbi.org.in
anandsinha@rbi.org.in
bhoibk@rbi.org.in
devinderkumar@rbi.org.net
etrajendran@rbi.org.in
gsrinivas@rbi.org.in
indranilchakraborty@rbi.org.in
jaganmohan@rbi.org.in
janakraj@rbi.org.in
jpbansal@rbi.org.in
lmanjunath@rbi.org.in
meenahemchandra@rbi.org.in
opmall@rbi.org.in
pkrishnamurthy@rbi.org.in
prakash@rbi.org.in
rajivranjan@rbi.org.in
rakeshmohan@rbi.org.in
rcpanda@rbi.org.in
scrath@rbi.org.in
sgopinath@rbi.org.in
siddharthsanyal@rbi.org.in
sundarmurthy@rbi.org.in
tcnair@rbi.org.in
ushathorat@rbi.org.in
vijayraina@rbi.org.in

**rbim**
tczitron@rbim.com

**rbmg**
aocasio@rbmg.com
jraxter@rbmg.com

## Company & Corresponding Email Addresses

### rbnz
john.young@rbnz.govt.nz
nick.smyth@rbnz.govt.nz
waikin.choy@rbnz.govt.nz

### rbos
adrian.hill@rbos.co.uk
brent.eastburg@rbos.com

### rbs
mthomson@rbs.co.uk
stev.beill@rbs.co.uk

### rbscoutts
active.advisory@rbscoutts.com
andreas.schwyn@rbscoutts.com
andreas.sigg@rbscoutts.com
andriana.oikonomopoulou@rbscoutts.com
arno.meier@rbscoutts.com
beat.ehrismann@rbscoutts.com
bruno.engler@rbscoutts.com
daniel.nyffeler@rbscoutts.com
dominik.halder@rbscoutts.com
doris.giger@rbscoutts.com
elmar.juenger@rbscoutts.com
fabrizio.favara@rbscoutts.com
gilbert.wuelser@rbscoutts.com
gregory.narmont@rbscoutts.com
hakan.sesle@rbscoutts.com
jason.ulrich@rbscoutts.com
jean-michel.oneyser@rbscoutts.com
karl.zahner@rbscoutts.com
kim.blaser@rbscoutts.com
laura.argentini@rbscoutts.com
marc.boetschi@rbscoutts.com
rudolf.buxtorf@rbscoutts.com
ruedi.zaugg@rbscoutts.com
thomy.zuend@rbscoutts.com
urs.gahler@rbscoutts.com

### rbsgc
aleshia.toussaint@rbsgc.com
bryn.cirillo@rbsgc.com
catherine.intriago@rbsgc.com
daniel.weidlich@rbsgc.com
e.g.fisher@rbsgc.com
eric.hiller@rbsgc.com
james.waring@rbsgc.com
jeff.black@rbsgc.com
jonathan.blob@rbsgc.com
joseph.carchidi@rbsgc.com
joshua.thimons@rbsgc.com
joy.kousoulas@rbsgc.com
kamil.falkowski@rbsgc.com
kevin.cavanaugh@rbsgc.com
kimberly.kehle@rbsgc.com
lu.chen@rbsgc.com
mina.guiahi@rbsgc.com

## Company & Corresponding Email Addresses

ming.lin@rbsgc.com
morris.sachs@rbsgc.com
nakayra.profit@rbsgc.com
nicholas.tarasovic@rbsgc.com
richard.berberian@rbsgc.com
robert.costello@rbsgc.com
robert.moro@rbsgc.com
scott.lemone@rbsgc.com
steven.sherrick@rbsgc.com
suzanne.andre@rbsgc.com
timothy.tiani@rbsgc.com

### rbtt
amrit.sinanan@jm.rbtt.com
emmanuel.alisternoel@tt.rbtt.com
henry.defreitas@an.rbtt.com
ian.kelly@jm.rbtt.com
kavita.suratsingh@tt.rbtt.com
ninoska.mack@tt.rbtt.com
patricia.kongting@tt.rbtt.com
raheem.mungrue@tt.rbtt.com
stephen.tangnian@tt.rbtt.com

### rcbank
tom.lee@rcbank.com

### rccl
aadvani@rccl.com
agibson@rccl.com
ctorres@rccl.com
dmathewes@rccl.com
lbarry@rccl.com
pmartinez@rccl.com
rowan@rccl.com
ttrotter@rccl.com

### rcil
elizabeth.potter@rcil.co.uk

### rcm
aikaterini.kosmopoulou@uk.rcm.com
alexandra.muchna@rcm.at
alexandra.richter@de.rcm.com
andrea.szabo-kelly@de.rcm.com
andreas.bartels@de.rcm.com
andreas.bockberger@rcm.at
andreas.riegler@rcm.at
angelika.millendorfer@rcm.at
barbara.kalcik@rcm.at
barbara.wiener@rcm.at
bernhard.ullram@rcm.at
burkhard.weiss@rcm.at
christian.leinweber@rcm.at
christian.pail@rcm.at
christian.pollanz@rcm.at
christian.zima@rcm.at
connie.schuemann@rcm.at
daniela.uhlik-kliemstein@rcm.at
florian.leisch@rcm.at

## Company & Corresponding Email Addresses

gabriel.panzenboeck@rcm.at
georg.nitzlader@rcm.at
gerhard.bauer@rcm.at
gernot.mayr@rcm.at
gregor.holek@rcm.at
gregor.rudolph-dengel@de.rcm.com
guenther.schmitt@rcm.at
hannes.loacker@rcm.at
helen.lam@hk.rcm.com
herbert.perus@rcm.at
joern.lange@rcm.at
josef.bernhard@rcm.at
juergen.maier@rcm.at
kurt.schappelwein@rcm.at
lars.dahlhoff@de.rcm.com
leopold.salcher@rcm.at
lydia.reich@rcm.at
magdalena.wasowicz@rcm.at
marc.caretti@rcm.at
mark.monson@rcm.at
martin.hinterhofer@rcm.at
martin.soeldner@rcm.at
martyn.king@uk.rcm.com
nicole.papassavvas@de.rcm.com
nigel.lanning@uk.rcm.com
norbert.janisch@rcm.at
patrick.pastollnigg@rcm.at
paul.pawelka@rcm.at
peter.schlagbauer@rcm.at
robert.senz@rcm.at
roman.thurner@rcm.at
ronald.schneider@rcm.at
stefan.gruenwald@rcm.at
thomas.korhammer@rcm.at
thomas.orthen@de.rcm.com
ulrike.tatzber@rcm.at
zoltan.koch@rcm.at

### rcn
nwadelton@rcn.com

### rcomext
clement_marchand@rcomext.com

### readrite
michael.montgomery@readrite.com

### realemutua
alessandro.bianco@realemutua.it
alessio.cazzola@realemutua.it
anna.deambrosis@realemutua.it
antonio.agliardi@realemutua.it
gianpiero.zannier@realemutua.it
giovanni.monticone@realemutua.it
giulio.saitta@realemutua.it
maurizio.pillon@realemutua.it
paolo.ascolani@realemutua.it
patrizia.driusso@realemutua.it

## Company & Corresponding Email Addresses

simonaesterina.borio@realemutua.it

**realestate**
gerhard.thiele@realestate.de

**reamsasset**
bcrider@reamsasset.com
bobby@reamsasset.com
cholland@reamsasset.com
dolson@reamsasset.com
dspurgeon@reamsasset.com
gcard@reamsasset.com
iacosta@reamsasset.com
ksalsbery@reamsasset.com
megan@reamsasset.com
plaughlin@reamsasset.com
rdavis@reamsasset.com
scaldwell@reamsasset.com
srosener@reamsasset.com
svincent@reamsasset.com
tfink@reamsasset.com
tthompson@reamsasset.com

**reatech**
aclark@reatech.net
cboon@reatech.net
mbourne@reatech.net
rmuller@reatech.net
sjackaman@reatech.net

**rebeco**
k.shan@rebeco.nl

**recordcm**
cbeckley@recordcm.com
dpatel@recordcm.com
jbrown@recordcm.com
jsleigh@recordcm.com
skhan@recordcm.com

**redcapitalgroup**
dwmelchi@redcapitalgroup.com

**redstoneadv**
tyoung@redstoneadv.com

**redwoodtrust**
akemi.tanaka@redwoodtrust.com
akihiro.iisaka@redwoodtrust.com
andrew.cramer@redwoodtrust.com
andrew.gillmer@redwoodtrust.com
andy.sirkis@redwoodtrust.com
bo.stern@redwoodtrust.com
bobby.kumar@redwoodtrust.com
brett.nicholas@redwoodtrust.com
brian.choi@redwoodtrust.com
celeste.yang@redwoodtrust.com
cheryl.lopez@redwoodtrust.com
chris.livermore@redwoodtrust.com
dennis.ching@redwoodtrust.com
doug.hansen@redwoodtrust.com
erin.james@redwoodtrust.com

## Company & Corresponding Email Addresses

garnet.kanouse@redwoodtrust.com
gloria.li@redwoodtrust.com
jason.moutray@redwoodtrust.com
john.isbrandtsen@redwoodtrust.com
john.sousa@redwoodtrust.com
katherine.young@redwoodtrust.com
kyle.koelbel@redwoodtrust.com
mari.kawawa@redwoodtrust.com
marie.siemens@redwoodtrust.com
mark.bennett@redwoodtrust.com
sambou.makalou@redwoodtrust.com
selnalyn.locsin@redwoodtrust.com
vivian.truong@redwoodtrust.com

**reedelsevier**
ceri.drewett@reedelsevier.co.uk
sybella.stanley@reedelsevier.com

**reemtsma**
daniel.pradilla@reemtsma.de
iqbal.lambat@reemtsma.de

**refco**
amoody@refco.com
ddonora@refco.com
dhenritze@refco.com
djanelli@refco.com
esanford@refco.com
fcaruso@refco.com
gparodi@refco.com
gsapio@refco.com
jagoglia@refco.com
jjacaruso@refco.com
jkozlowski@refco.com
jpalmieri@refco.com
jpenner@refco.com
khall@refco.com
lkalamaras@refco.com
mbuenaventura@refco.com
rdoyle@refco.com
ssassano@refco.com
tfinnegan@refco.com
tsaturn@refco.com
tyorke@refco.com
tzizzamia@refco.com
vpulidore@refco.com
wsullivan@refco.com

**refcoeurope**
pmaliczak@refcoeurope.com

**reflectioncap**
lshen@reflectioncap.com

**regimentcapital**
bcarroll@regimentcapital.com

**relan**
wim.v.dam@relan.nl

**reliancebank**
blehman@reliancebank.com

## Company & Corresponding Email Addresses
byahner@reliancebank.com

### reliastar
greg.anderson@reliastar.com
jim.mahnke@reliastar.com
scott.peterson@reliastar.com
steve.norcutt@reliastar.com

### relico
mteichner@relico.com

### remar
gianluca.v@remar.it
marco.p@remar.it

### remy-cointreau
bruno.mouclier@remy-cointreau.com
dominique.heriard-dubreuil@remy-cointreau.com
emmanuel.arabian@remy-cointreau.com
francoise.cambilargiu@remy-cointreau.com
gauthier.vasseur@remy-cointreau.com
herve.dumesny@remy-cointreau.com
john.colleemallay@remy-cointreau.com
philippe.geay@remy-cointreau.com
sebastian.davila.torres@remy-cointreau.com

### renault
denis.soubeyran@renault.com
salome.camur@renault.com

### rencap
jarnoff@rencap.com

### reno
caron@reno.ch
d.girard-soppet@reno.ch

### renre
smh@renre.com

### rental4
jlblazquet@rental4.es

### rentec
adrienne@rentec.com
annie@rentec.com
arif@rentec.com
arosenfeld@rentec.com
brandt@rentec.com
catanasio@rentec.com
cconnor@rentec.com
ds@rentec.com
edward@rentec.com
elaina@rentec.com
eqtraders@rentec.com
fernando@rentec.com
georgeh@rentec.com
gudjon@rentec.com
igor@rentec.com
jgraf@rentec.com
jrowen@rentec.com
kaye@rentec.com
krossi@rentec.com
laetitia@rentec.com

## Company & Corresponding Email Addresses

laraine@rentec.com
magaro@rentec.com
mendo-research@rentec.com
mgiordano@rentec.com
mikeo@rentec.com
ming@rentec.com
mkim@rentec.com
mmindich@rentec.com
msilber@rentec.com
nat@rentec.com
norman@rentec.com
paul@rentec.com
pbroda@rentec.com
rhoades@rentec.com
richard@rentec.com
rizzoni@rentec.com
sebastian@rentec.com
tbob@rentec.com
tfallon@rentec.com
tkerns@rentec.com
zierk@rentec.com

### rentech
colin.oreilly@rentech.com
daivd.oakes@rentech.com
greg.flowers@rentech.com

### rentenbank
berens@rentenbank.de smtp bere
florian.friedel@rentenbank.de
goebel@rentenbank.de
kuhfahl@rentenbank.de
olma@rentenbank.de smtp olma@r
reinhardt@rentenbank.de
schlereth@rentenbank.de
thorsten.urban@rentenbank.de
zimpelmann@rentenbank.de

### repsolpf
jsanchor@repsolpf.com

### repsolypf
acortinadealcocer@repsolypf.com
adodinh@repsolypf.com
apershukova@repsolypf.com
bmarting@repsolypf.com
cgarciag@repsolypf.com
dcaceresn@repsolypf.com
jlmunozv@repsolypf.com
jmcastanom@repsolypf.com
jsanzc@repsolypf.com
lmartinm@repsolypf.com
lojimenezre@repsolypf.com
lrejonp@repsolypf.com
mmarcosa@repsolypf.com
mrcuestar@repsolypf.com
pgonzalezp@repsolypf.com
tegilal@repsolypf.com

## Company & Corresponding Email Addresses

### repsol-ypf
agomiss@repsol-ypf.com
aplazam@repsol-ypf.com
elunas@repsol-ypf.com
fgarciat@repsol-ypf.com
garriaga@repsol-ypf.com
mshernandez@repsol-ypf.com
rpsimarro@repsol-ypf.com
sfidalgos@repsol-ypf.com

### resbank
andre.marais@resbank.co.za
brian.kahn@resbank.co.za
henry.mitchell-innes@resbank.co.za
jeanette.chuene@resbank.co.za
johan.vandenheever@resbank.co.za
kumari.perumal@resbank.co.za
mzi.njamela@resbank.co.za
naledi.selobai@resbank.co.za
salome.venter@resbank.co.za
zafar.parker@resbank.co.za
zodwa.matsau@resbank.co.za

### research
research@research.com

### reservefunds
glenn_koenig@reservefunds.com
jack_rosa@reservefunds.com
mike_sheridan@reservefunds.com
richard_bard@reservefunds.com

### resolution
iain.mcmillan@resolution.com

### resolutionasset
adam.walker@resolutionasset.com
adrian.darley@resolutionasset.com
alison.galbraith@resolutionasset.com
angela.mclean@resolutionasset.com
annemarie.french@resolutionasset.com
betsy.anderson@resolutionasset.com
bill.blackley@resolutionasset.com
brian.jack@resolutionasset.com
chris.bowie@resolutionasset.com
darren.mclean@resolutionasset.com
david.clark@resolutionasset.com
david.ridland@resolutionasset.com
dennis.wyles@resolutionasset.com
derek.montgomery@resolutionasset.com
diane.wilson@resolutionasset.com
douglas.wright@resolutionasset.com
finlay.macdonald@resolutionasset.com
gareth.henry@resolutionasset.com
gary.mcaleese@resolutionasset.com
gordon.shannon@resolutionasset.com
graeme.lindsay@resolutionasset.com
hamish.robertson@resolutionasset.com
helen.macleod@resolutionasset.com

## Company & Corresponding Email Addresses

iain.hannah@resolutionasset.com
james.smith@resolutionasset.com
jennifer.chirrey@resolutionasset.com
jin.wong@resolutionasset.com
kenny.watson@resolutionasset.com
lenny.shaw@resolutionasset.com
lisa.gibb@resolutionasset.com
margaret.reilly@resolutionasset.com
mark.wilson@resolutionasset.com
paul.corner@resolutionasset.com
peter.reid@resolutionasset.com
phil.heaney@resolutionasset.com
ralph.brook-fox@resolutionasset.com
raymond.connor@resolutionasset.com
richard.balloch@resolutionasset.com
robert.neeson@resolutionasset.com
russell.oxley@resolutionasset.com
steven.brodie@resolutionasset.com
stuart.thomson@resolutionasset.com
susan.hunter@resolutionasset.com
symon.scott@resolutionasset.com
terry.ewing@resolutionasset.com

### resolutionglasgow
david.hughes@resolutionglasgow.com

### resolutionplc
andrew.burke@resolutionplc.com
andrew.hayward@resolutionplc.com
andrew.rendell@resolutionplc.com
andy.dean@resolutionplc.com
david.eubank@resolutionplc.com
debbie.savory@resolutionplc.com
jason.cornish@resolutionplc.com
mike.merrick@resolutionplc.com
rick.johnston@resolutionplc.com

### resurgencellc
awhite@resurgencellc.com
bhaney@resurgencellc.com
jbarone@resurgencellc.com
jrubin@resurgencellc.com
mpalmer@resurgencellc.com
rsymington@resurgencellc.com

### resurgenscapitalmarkets
rpercy@resurgenscapitalmarkets.com
tcarey@resurgenscapitalmarkets.com

### retemail
bbsa.pcavero@retemail.es

### retirement
rpatsy@retirement.sc.gov

### reuschel
guenther.wurm@reuschel.com
michael.gruner@reuschel.com
nikolaus.junk@reuschel.com

### reuters
joseph.bow@reuters.com

## Company & Corresponding Email Addresses

mgallo.kbw.com@reuters.net

### rewe
marc.roehder@rewe.de

### rewe-group
harald.greiner@rewe-group.com
markus.schaefer@rewe-group.com
peter.radtke@rewe-group.com

### rfc
escholt@rfc.com
jlundgr@rfc.com
wsiats@rfc.com

### rg
gh@rg.de

### rgbk
chandy@rgbk.com
jcarter@rgbk.com
jfcarter@rgbk.com

### rgcrownbank
jsanchez@rgcrownbank.com

### rgonline
jortiz@rgonline.com
jsandoval@rgonline.com
laldea@rgonline.com

### rhbco
klaplena@rhbco.com
rbluestein@rhbco.com

### rhco
andrew_stephenson@rhco.com
brandy_conner@rhco.com
brian_mulderry@rhco.com
chris_wells@rhco.com
christina_sampanes@rhco.com
david_kass@rhco.com
jason_crowley@rhco.com
jeff_campbell@rhco.com
jim_snave@rhco.com
jonathan_scher@rhco.com
lou_corsetti@rhco.com
robert_johnson@rhco.com

### rhone-poulenc
bernard.ginet@paris.rhone-poulenc.com

### ri
georg.feldscher@ri.co.at
roland.mechtler@ri.co.at

### richemont
chrislast@richemont.com
christophe.toulousy@richemont.com
ed.mcquigg@richemont.com
francesco.cucinelli@richemont.com
jennifermclennan@richemont.com
john.mcanulty@richemont.com
karen.whinney@richemont.com
mariuskuchen@richemont.com
sonia.thueler@richemont.com

## Company & Corresponding Email Addresses

sophie.cagnard@richemont.com
valerie.grivotet-masri@richemont.com
vassilina.lapteva@richemont.com

### richmond
lmoelche@richmond.edu
mwerner@richmond.edu
rblandfo@richmond.edu

### richmondcap
bschultz@richmondcap.com
hboss@richmondcap.com
mwalker@richmondcap.com
rwait@richmondcap.com

### ricoh-usa
martin.rainsford@ricoh-usa.com

### ridgeworth
alan.gayle@ridgeworth.com
ashi.parikh@ridgeworth.com
joe.ward@ridgeworth.com
matthew.lota@ridgeworth.com
matthew.welden@ridgeworth.com
stephen.smith@ridgeworth.com
william.turner@ridgeworth.com

### rid-intl
julie.casey@uk.rid-intl.com

### rieter
christian.zwahlen@rieter.com
ewald.trutmann@rieter.com
gianpiero.dibattista@rieter.com
juerg.maurer@rieter.com
renate.traxler@rieter.com

### riggsbank
christine_kyle@riggsbank.com
colleen_doremus@riggsbank.com
james_wilhelm@riggsbank.com
jonathan_yudt@riggsbank.com
nate_reischer@riggsbank.com
owen_burman@riggsbank.com
sara_sampsell@riggsbank.com
vipin_sahijwani@riggsbank.com

### right
left@right.com

### riksbank
annette.henriksson@riksbank.se
christer.nilsson@riksbank.se
christian.ragnartz@riksbank.se
jacob.bolin@riksbank.se
johan.moeschlin@riksbank.se
johanna.nahkuri.hogfeldt@riksbank.se
lena.stromberg@riksbank.se
staffan.thonners@riksbank.se

### ris
marc.archambault@ris.com
monica.senior@ris.com

### risklab

## Company & Corresponding Email Addresses

bernd.schmid@risklab.de
bernhard.brunner@risklab.de
matthias.kaltenbacher@risklab.de

**rivercapital**
dkang@rivercapital.net

**riyad**
na@riyad.com

**riyadbank**
abdullah.al-zahrani@riyadbank.com
adel.ateeq@riyadbank.com
alan.hill@riyadbank.com
balshamlan@riyadbank.com
batel.al-batel@riyadbank.com
haytham.abualreesh@riyadbank.com
jamaang@riyadbank.com
majid.a.al-suwaigh@riyadbank.com
samir.sweidan@riyadbank.com
thierry.demolder@riyadbank.com
waalgasam@riyadbank.com

**riyadhbank**
kmasri@riyadhbank.com.sa

**rjf**
bmulford@eagle.rjf.com
ccleary@10e.rjf.com
dloufman@fi.rjf.com
eevanouskas@fi.rjf.com
gdodson@fi.rjf.com
lfunes@rjarg.rjf.com
mcullinane@fi.rjf.com
mhills@10e.rjf.com
pburns@interops.rjf.com
pharrington@fi.rjf.com
pwallace@heritagefunds.rjf.com
tmulligan@eagle.rjf.com

**rjobrien**
jwright@rjobrien.com

**rjrt**
lentzc@rjrt.com
quintaj@rjrt.com
rievesg@rjrt.com

**rk**
kikuchi_seiji@rk.smbc.co.jp
kimura_koji@rk.smbc.co.jp
koda_takashi@rk.smbc.co.jp
kojima_isao@rk.smbc.co.jp
matsugasaki_honami@rk.smbc.co.jp
matsuo_ryoji@rk.smbc.co.jp
nakazawa_hiroshi@rk.smbc.co.jp
otsubo_shinichiro@rk.smbc.co.jp
sato_toshihiro@rk.smbc.co.jp
takahashi_tomoaki@rk.smbc.co.jp
yamada_yoshihiro@rk.smbc.co.jp
yoda_koichiro@rk.smbc.co.jp

**rkag**

## Company & Corresponding Email Addresses

georg.linzer@rkag.at
gerhard.aigner@rkag.at
klaus.glaser@rkag.at
kurt.kotzegger@rkag.at
margarita.fischer@rkag.at

### rlam

andrea.williams@rlam.co.uk
andrew.carter@rlam.co.uk
bradley.mitchell@rlam.co.uk
chris.jeffrey@rlam.co.uk
daniel.capocci@rlam.co.uk
david.martin@rlam.co.uk
edward.chan@rlam.co.uk
eric.holt@rlam.co.uk
george.henderson@rlam.co.uk
graham.cook@rlam.co.uk
ian.kernohan@rlam.co.uk
ian.sharman@rlam.co.uk
ivor.pether@rlam.co.uk
jacqueline.simpson@rlam.co.uk
jane.coffey@rlam.co.uk
jeegar.jagani@rlam.co.uk
john.carmen@rlam.co.uk
jonathan.mclure@rlam.co.uk
jonathan.platt@rlam.co.uk
kevin.lilley@rlam.co.uk
leigh.himsworth@rlam.co.uk
lisa.xiao@rlam.co.uk
magnus.paterson@rlam.co.uk
mark.bannister@rlam.co.uk
mark.gazia@rlam.co.uk
martin.cholwill@rlam.co.uk
martin.foden@rlam.co.uk
mohindra.wadhwa@rlam.co.uk
neil.bardwell@rlam.co.uk
paola.binns@rlam.co.uk
paola.bins@rlam.co.uk
paul.doran@rlam.co.uk
paul.rayner@rlam.co.uk
rick.dentith@rlam.co.uk
robert.talbut@rlam.co.uk
sajiv.vaid@rlam.co.uk
stefan.bain@rlam.co.uk
stephen.booth@rlam.co.uk
stephen.peirce@rlam.co.uk
symon.bradford@rlam.co.uk
tayo.ajilore@rlam.co.uk
terence.nahar@rlam.co.uk
vicky.harriss@rlam.co.uk
victoria.cannon@rlam.co.uk
victoria.stewart@rlam.co.uk
zilla.ford@rlam.co.uk

### rlb-noe

andreas.eberhardt@rlb-noe.raiffeisen.at

## Company & Corresponding Email Addresses

robert.hinterberger@rlb-noe.raiffeisen.at
sascha.stadnikow@rlb-noe.raiffeisen.at
tim.geissler@rlb-noe.raiffeisen.at
werner.oellerer@rlb-noe.raiffeisen.at

### rlb-tirol

albert.hell@rlb-tirol.at
bernhard.gstrein@rlb-tirol.at
christian.andreatta@rlb-tirol.at
guenter.oberzaucher@rlb-tirol.at
heinz.hofer@rlb-tirol.at

### rmbcapital

mwachter@rmbcapital.com

### rmf

adrian.gmuer@rmf.ch
andreas.froehlich@rmf.ch
bernadette.behrens@rmf.ch
bruno.achermann@rmf.ch
carsten.oppelt@rmf.ch
cboesch@rmf.ch
cschneider@rmf.ch
dana.bucher@rmf.ch
daniel.franc@rmf.ch
daniel.ineichen@rmf.ch
david.scicolone@rmf.ch
dbucher@rmf.ch
dieter.bergmaier@rmf.ch
edwin.garcia@rmf.ch
felix.gasser@rmf.ch
flurin.grond@rmf.ch
francoise.kotur@rmf.ch
guido.ruoss@rmf.ch
hans.hurschler@rmf.ch
juerg.gutzwiler@rmf.ch
laiwei.boguet@rmf.ch
lincoln.valentine@rmf.ch
linus.nilsson@rmf.ch
marco.ghiringhelli@rmf.ch
marcus.vaughan@rmf.ch
marek.kuzdra@rmf.ch
markus.orschulik@rmf.ch
michael.notari@rmf.ch
michel.fest@rmf.ch
mmink@rmf.ch
nicolas.mueller@rmf.ch
patric.gysin@rmf.ch
patrick.stutz@rmf.ch
peter.cannon@rmf.ch
richard.kobler@rmf.ch
richard.mueller@rmf.ch
rmfrey@rmf.ch
robin.lowe@rmf.ch
roland.hausheer@rmf.ch
rosana.stacewicz@rmf.ch
sbossart@rmf.ch

## Company & Corresponding Email Addresses

sgraf@rmf.ch
silvia.leonhard@rmf.ch
simon.koenig@rmf.ch
sschmette@rmf.ch
stefan.chappot@rmf.ch
stefan.huesler@rmf.ch
susanne.kundert@rmf.ch
susanne.otruba@rmf.ch
thomas.dubach@rmf.ch
thomas.keller@rmf.ch

### rmm
sadruddin.rejeb@rmm.im

### rn
a.j.a.m.kuijpers@rn.rabobank.nl
c.j.h.berg@rn.rabobank.nl
fm.rn.bbr.pricelist@rn.rabobank.nl
j.c.kobes@rn.rabobank.nl
kameyama_tomoyuki@rn.smbc.co.jp
motoyama_taichi@rn.smbc.co.jp
takeda_kengo@rn.smbc.co.jp
tanizaki_katsunori@rn.smbc.co.jp

### rnb
jose.calvo@rnb.it

### rncgenter
ahutton@rncgenter.com

### rnt
bvermeulen@rnt.com
cneuhauser@rnt.com
ddelafie@rnt.com
dreed@rnt.com
dwang@rnt.com
dwiener@rnt.com
eadrion@rnt.com
jchigounis@rnt.com
jgordon@rnt.com
jhoerle@rnt.com
jjerkovich@rnt.com
jkaufthal@rnt.com
jmaxwell@rnt.com
jscheibel@rnt.com
jvieira@rnt.com
mappleton@rnt.com
mflewharty@rnt.com
rcapalbo@rnt.com
rhoerle@rnt.com
rrickard@rnt.com
sarcaro@rnt.com
sfrimere@rnt.com
tgilling@rnt.com
vsellecc@rnt.com

### robeco
a.durville@robeco.nl
a.enayati@robeco.nl
a.janssen@robeco.nl

## Company & Corresponding Email Addresses

a.jongma@robeco.nl
a.klep@robeco.nl
a.m.c.de.bruijn@robeco.nl
a.maani.shirazi@robeco.nl
a.van.rijn@robeco.nl
aikram@robeco.nl
b.coolen@robeco.nl
b.k.voogelaar@robeco.nl
b.m.galesloot@robeco.nl
b.zeldenrust@robeco.nl
boudewijn.de.haan@robeco.nl
c.aben@robeco.nl
c.hennekam@robeco.nl
c.m.van.den.bergh@robeco.nl
c.n.van.der.oord@robeco.nl
c.van.marle@robeco.nl
c.vondenbusch@robeco.nl
c.zandbergen@robeco.nl
casparsala@robeco.nl
ccvba@robeco.nl
chris.van.den.heuvel@robeco.nl
d.c.blitz@robeco.nl
d.chatzoudis@robeco.nl
d.grashoff@robeco.nl
d.groeneveld@robeco.nl
d.haesen@robeco.nl
d.hoozemans@robeco.nl
d.uljee@robeco.nl
e.bakker@robeco.nl
e.dikmans@robeco.nl
e.giesen@robeco.nl
e.j.nijmeijer@robeco.nl
e.j.siermann@robeco.nl
e.m.h.van.leeuwen@robeco.nl
e.maarel@robeco.nl
e.noomen@robeco.nl
e.papavoine@robeco.nl
e.sanichar@robeco.nl
ed.van.wijk@robeco.nl
f.c.breen@robeco.nl
f.mevis@robeco.nl
f.pietersma@robeco.nl
f.sanders@robeco.nl
frederic.peemans@robeco.be
g.c.m.van.breukelen@robeco.nl
g.van.de.paal@robeco.nl
g.van.der.geer@robeco.nl
h.elmers@robeco.nl
h.grootveld@robeco.nl
h.sevdican@robeco.nl
h.vorstenbosch@robeco.nl
h.westra@robeco.nl
hugues.rialan@robeco.com
i.f.graat@robeco.nl

**Company & Corresponding Email Addresses**

i.j.s.laudy@robeco.nl
i.maartense@robeco.nl
i.w.geluk@robeco.nl
ian.carey@robeco.com
j.a.h.van.dijk@robeco.nl
j.a.m.m.geurts@robeco.nl
j.bergmans@robeco.nl
j.duyvesteyn@robeco.nl
j.hoek@robeco.nl
j.hottinga@robeco.nl
j.j.van.duijn@robeco.nl
j.m.tieman@robeco.nl
j.m.van.der.hart@robeco.nl
j.montella@robeco.nl
j.neele@robeco.nl
j.pang@robeco.nl
j.peperkamp@robeco.nl
j.ruizenveld@robeco.com
j.ruizeveld@robeco.nl
j.s.mosselaar@robeco.nl
j.schuurman@robeco.nl
j.smit@robeco.nl
j.van.ijserloo@robeco.nl
j.w.de.moor@robeco.nl
k.sangha@robeco.nl
k.smits@robeco.nl
k.steffens@robeco.nl
k.van.de.luijtgaarden@robeco.nl
k.van.trigt@robeco.nl
l.frijns@robeco.nl
l.meijaard@robeco.nl
l.rensch@robeco.nl
l.snoei@robeco.nl
l.swinkels@robeco.nl
m.a.de.beauvesier.watson@robeco.nl
m.bac@robeco.nl
m.bachoe@robeco.nl
m.c.bellotto@robeco.nl
m.c.l.bellotto@robeco.nl
m.c.vriezen@robeco.com
m.el.idrioui@robeco.nl
m.glazener@robeco.nl
m.h.de.kok@robeco.nl
m.h.de.pater@robeco.nl
m.heiniger@robeco.ch
m.hellemons@robeco.nl
m.j.pronk@robeco.nl
m.plakman@robeco.nl
m.prinsze@robeco.nl
m.strating@robeco.nl
m.van.der.kroft@robeco.nl
m.van.lent@robeco.nl
m.van.voorst@robeco.nl
m.zandbergen@robeco.nl

## Company & Corresponding Email Addresses

m.zwanenburg@robeco.nl
n.adj@robeco.nl
n.gouderjaan@robeco.nl
n.m.polak@robeco.nl
n.molenaar@robeco.nl
n.saghir@robeco.nl
n.van.de.westelaken@robeco.nl
o.van.thull@robeco.nl
p.a.g.van.homelen@robeco.nl
p.algoe@robeco.nl
p.csoregh@robeco.nl
p.houweling@robeco.nl
p.j.j.ferket@robeco.nl
p.kwaak@robeco.nl
p.t.n.bruin@robeco.nl
p.van.der.lely@robeco.nl
p.van.der.spek@robeco.nl
p.van.overbeek@robeco.nl
p.van.peer@robeco.nl
p.van.vliet@robeco.nl
pieter.korteweg@robeco.nl
q.zhao@robeco.nl
r.a.moraal@robeco.nl
r.blokland@robeco.nl
r.brenninkmeijer@robeco.nl
r.brouwer@robeco.nl
r.de.die@robeco.nl
r.elemans@robeco.nl
r.houben@robeco.nl
r.kroos@robeco.nl
r.nahar@robeco.nl
r.pisano@robeco.nl
r.schellekens@robeco.nl
r.speetjens@robeco.nl
r.sprangers@robeco.nl
r.tan@robeco.nl
r.van.den.barselaar@robeco.nl
r.van.der.meer@robeco.nl
r.velida@robeco.nl
r.venster@robeco.nl
r.wuijster@robeco.nl
rgtreasury@robeco.nl
roland.de.bruijn@robeco.nl
s.barnhard@robeco.nl
s.bergakker@robeco.nl
s.bichsel@robeco.nl
s.bus@robeco.nl
s.k.w.de.willigen@robeco.nl
s.kanodia@robeco.nl
s.lie@robeco.nl
s.van.den.heuvel@robeco.nl
s.van.eijkern@robeco.nl
s.van.heijst@robeco.nl
stefan.jager@robeco.nl

**Company & Corresponding Email Addresses**

t.borrie@robeco.nl
t.botteldooren@robeco.nl
t.bykova@robeco.nl
t.jansen@robeco.nl
t.jonkman@robeco.nl
t.naaijkens@robeco.nl
t.putters@robeco.nl
t.wang@robeco.nl
t.wiersma@robeco.nl
treasury@robeco.com
v.van.der.sanden@robeco.nl
v.verberk@robeco.nl
w.de.groot@robeco.nl
w.h.pals@robeco.nl
w.j.c.van.hekeren@robeco.nl
w.j.c.van.heteren@robeco.nl
w.lewi@robeco.nl
w.schramade@robeco.nl
w.van.schaik@robeco.nl
x.chi@robeco.nl
x.liu@robeco.nl
y.j.steenbergen@robeco.nl
z.jiang@robeco.nl

**robecoinvest**

alexandra.iwanicki@robecoinvest.com
ben.taylor@robecoinvest.com
blake.miller@robecoinvest.com
charles.sweat@robecoinvest.com
daniel.vandivort@robecoinvest.com
darlene.haut@robecoinvest.com
david.seto@robecoinvest.com
eric.emmert@robecoinvest.com
eric.klein@robecoinvest.com
eric.pelio@robecoinvest.com
gregory.cipolaro@robecoinvest.com
howard.booth@robecoinvest.com
jim.ramsay@robecoinvest.com
julieann.remache@robecoinvest.com
may.liu@robecoinvest.com
myron.manternach@robecoinvest.com
sara.freedman@robecoinvest.com
stevens.mcaleer@robecoinvest.com
valasis.vafiadis@robecoinvest.com
walter.barrett@robecoinvest.com

**robecousa**

brian.rohman@robecousa.com
christina.yuan@robecousa.com
dominick.dealto@robecousa.com
gregory.weiss@robecousa.com
hautd@robecousa.com
howard.mooth@robecousa.com
kenneth.heavey@robecousa.com
kerry.anwander@robecousa.com
kevin.casey@robecousa.com

## Company & Corresponding Email Addresses

lisa.white@robecousa.com
michael.lesesne@robecousa.com
michael.mccune@robecousa.com
michael.venezia@robecousa.com
nick.damico@robecousa.com
shirley.szeto@robecousa.com
sid.bakst@robecousa.com
stephen.lee@robecousa.com
steve.cowie@robecousa.com
thomas.girard@robecousa.com

### robertvan
russell@robertvan.com

### robur
anders.johansson@robur.se
andrej.kledzik@robur.se
angelica.hanson@robur.se
ase.londskog@robur.se
bjorn.stenback@robur.se
erik.gerestrand@robur.se
goran.espelund@robur.se
henrik.forsberg@robur.se
ian.raftell@robur.se
ingemar.syrehn@robur.se
johan.alm@robur.se
johan.forskund@robur.se
johan.heden@robur.se
jonas.pripp@robur.se
lennart.b.johansson@robur.se
magnus.jacobsson@robur.se
marcus.martayan@robur.se
marianne.erikson@robur.se
marianne.nilsson@robur.se
martin.bolander@robur.se
mats.lagerquist@robur.se
mattias.olsson@robur.se
michael.tull@robur.se
nicholas.peacock@robur.se
robert.wagner@robur.se
sara.arfwidson@robur.se
therese.karlsson@robur.se
tomas.makranci@robur.se
tomas.risbecker@robur.se
ulrika.linden@robur.se
veronica.yu@robur.se

### roche
christoph.rentsch@roche.com
christoph.streib@roche.com
gabriela.stadler@roche.com
hanskaspar.denzler@roche.com
philipp.herzig@roche.com

### roche-olten
mail@roche-olten.ch

### rochester
joyce.johnson@rochester.edu

## Company & Corresponding Email Addresses

kathy.king-griswold@rochester.edu
richard.insalaco@rochester.edu

### rockco

akello@rockco.com
amunro@rockco.com
ayuen@rockco.com
cbrown@rockco.com
ccetateanu@rockco.com
ccrosby@rockco.com
cdambroso@rockco.com
dharris@rockco.com
dkoo@rockco.com
dsmith@rockco.com
dsong@rockco.com
dstern@rockco.com
efox@rockco.com
ejemetz@rockco.com
emonahan@rockco.com
esobong@rockco.com
hboutros@rockco.com
jball@rockco.com
jchang@rockco.com
jcrystal@rockco.com
jdavis@rockco.com
jgraves@rockco.com
jhaboucha@rockco.com
jmcdonald@rockco.com
jwaldman@rockco.com
lroberts@rockco.com
mraezer@rockco.com
mseo@rockco.com
mweeks@rockco.com
mweisenberg@rockco.com
nfink@rockco.com
pcrotty@rockco.com
rlederman@rockco.com
rmorillo@rockco.com
rnarayana@rockco.com
rnuciforo@rockco.com
shashemi@rockco.com
sjun@rockco.com
tmccarthy@rockco.com
tradinggroup@rockco.com
vlee@rockco.com
vmelendez@rockco.com
wsmoltino@rockco.com

### rockcreekglobal

ambeschloss@rockcreekglobal.com.

### rockfound

cshiung@rockfound.org
jsassoon@rockfound.org
rchen@rockfound.org
rkelly@rockfound.org
tharrington@rockfound.org

**Company & Corresponding Email Addresses**

**rocklandtrust**
bill.paras@rocklandtrust.com
brad.francis@rocklandtrust.com
brian.callow@rocklandtrust.com
christopher.oddleifson@rocklandtrust.com
dave.marcoux@rocklandtrust.com
david.smith@rocklandtrust.com
deirdre.dennehy@rocklandtrust.com
denis.sheahan@rocklandtrust.com
dennis.oconnell@rocklandtrust.com
diane.degrandpre@rocklandtrust.com
dorothy.irvine@rocklandtrust.com
doug.butler@rocklandtrust.com
george.lamb@rocklandtrust.com
jane.lundquist@rocklandtrust.com
jason.lilly@rocklandtrust.com
jeff.hulett@rocklandtrust.com
jennifer.fiorella@rocklandtrust.com
john.peterson@rocklandtrust.com
joseph.tascone@rocklandtrust.com
lei.qin@rocklandtrust.com
robert.cozzone@rocklandtrust.com
todd.maddock@rocklandtrust.com
william.lavelle@rocklandtrust.com

**rocko**
mvargova@rocko.com

**roffresources**
aroff@roffresources.com

**roggeglobal**
chip.allison@roggeglobal.com
corinne.hill@roggeglobal.com
tim.dowling@roggeglobal.com

**rolex**
gian.heim@rolex.ch
hubert.duplessix@rolex.com

**rolls-royce**
peter.barnes-wallis@rolls-royce.com
richard.evans@rolls-royce.com

**rolss-royce**
alflatt@rolss-royce.com

**roma**
m.rellini@roma.bcc.it

**romabank**
mkotta@romabank.com

**romagest**
a.chinca@romagest.it
g.mattioli@romagest.it
l.lamberti@romagest.com
m.ferrari@romagest.it
p.bordi@romagest.it
p.ronzoni@romagest.it

**rorerasset**
bob.leininger@rorerasset.com
cstorms@rorerasset.com

## Company & Corresponding Email Addresses

dpm@rorerasset.com
l.aasheim@rorerasset.com
s.hannigan@rorerasset.com
susan.livesey@rorerasset.com

### roseassetmgt

rose@roseassetmgt.com

### roslyn

aintreglia@roslyn.com
jmancino@roslyn.com
lcornell@roslyn.com

### rotafinansbank

kreim@rotafinansbank.com.tr

### rothschild

adam.greenbury@rothschild.co.uk
alessio.de.comite@it.rothschild.com
alina.addison@rothschild.co.uk
anthony.bailly@fr.rothschild.com
ashley.blatter@rothschild.co.uk
bronwyn.matthews@rothschild.com.au
bruce.meadows@rothschild.com.au
callum.burns@rothschild.com.au
charles.doll@fr.rothschild.com
david.elsner@rothschild.com.au
domenica.martina@rothschild.com.au
emma.wilson@rothschild.co.uk
eric.sadoun@fr.rothschild.com
francois.deroussy@fr.rothschild.com
gillian.willard@rothschild.co.uk
glen.hoffman@rothschild.com.au
glenn.beatham@rothschild.com
glynn.meth@rothschild.com.au
graham.curds@rothschild.co.uk
hugh.denning@rothschild.com.au
james.hogan@rothschild.com.au
joanne.lee@rothschild.co.uk
john.hunter@rothschild.co.uk
john.langrish@rothschild.co.uk
john.sealy@rothschild.co.uk
jonathon.josey@rothschild.co.uk
julien.boy@fr.rothschild.com
kavita.gupta@rothschild.co.uk
laurence.irlicht@rothschild.com.au
leigh.enevoldson@rothschild.co.uk
les.young@rothschild.co.uk
louis.albert@fr.rothschild.com
mario.berti@rothschild.co.uk
mark.collier@rothschild.co.uk
mark.mcgowen@rothschild.com.au
matthew.reynolds@rothschild.co.uk
matthew.riordan@rothschild.com.au
mcinnesd@rothschild.co.uk
neil.cox@rothschild.co.uk
niki.sutton@rothschild.co.uk
paul.hannan@rothschild.com.au

## Company & Corresponding Email Addresses

phil.yeates@rothschild.co.uk
rodolphe.zellitch@fr.rothschild.com
rosalyn.wildman@rothschild.co.uk
rupert.howard@rothschild.co.uk
sandra.liyanage@rothschild.co.uk
scott.maddock@rothschild.com.au
sebastien.barbe@fr.rothschild.com
simon.white@rothschild.co.uk
tim.barker@rothschild.com.au
victoria.hasler@rothschild.co.uk

### rothschildbank
adrian.neubrandt@rothschildbank.com
benjamin.meyer@rothschildbank.com
carlo.braunwalder@rothschildbank.com
claudio.sacchet@rothschildbank.com
craig.richmond@rothschildbank.com
davide.rima@rothschildbank.com
debora.bucher@rothschildbank.com
dominiquejulien.maire@rothschildbank.com
harry.jaeaeskelaeinen@rothschildbank.com
heinz.nesshold@rothschildbank.com
lorenz.trautmann@rothschildbank.com
luca.daldosso@rothschildbank.com
luigi.roccu@rothschildbank.com
marko.ouvnjak@rothschildbank.com
markus.henz@rothschildbank.com
nicolas.carroz@rothschildbank.com
peter.wuethrich@rothschildbank.com
renato.bruno@rothschildbank.com
roland.ducommun@rothschildbank.com
rudolf.marty@rothschildbank.com
urs.pfister@rothschildbank.com

### rothschild-bank
robert.baumann@rothschild-bank.ch

### rothschild-cie
anterieux.n@rothschild-cie.fr
braud.p@rothschild-cie.fr
jeanne.asseraf@rothschild-cie.fr
levy.julien@rothschild-cie.fr
michel.girault@rothschild-cie.fr
tillit.j@rothschild-cie.fr

### rothschilds
david.mott@rothschilds.co.uk
jeffrey.soar@rothschilds.co.uk

### roundtableimc
jason.osier@roundtableimc.com
jeff.wong@roundtableimc.com
jennifer.blachford@roundtableimc.com

### rowamcompanies
whwells@rowamcompanies.com

### rowancompanies
dmcnease@rowancompanies.com
lyndaa@rowancompanies.com
smcleod@rowancompanies.com

**Company & Corresponding Email Addresses**

**roxburycap**
dmessler@roxburycap.com

**roxcap**
ajl@roxcap.com
bsmoluch@roxcap.com
cathy@roxcap.com
daiva@roxcap.com
ehirsch@roxcap.com
ejones@roxcap.com
ekolin@roxcap.com
honeycutt@roxcap.com
jmoten@roxcap.com
jprestine@roxcap.com
jshanaha@roxcap.com
kahn@roxcap.com
kmclean@roxcap.com
krobinson@roxcap.com
lblessinger@roxcap.com
massey@roxcap.com
prokosz@roxcap.com
richard@roxcap.com
rmarvin@roxcap.com
ryan@roxcap.com
smarshman@roxcap.com
smyers@roxcap.com
tdavies@roxcap.com
tschuster@roxcap.com

**royalasianbank**
eshin@royalasianbank.com

**royalbank**
cam.desbrisay@royalbank.com
craig.wright@royalbank.com
david.gibbins@royalbank.com
david.robertson@royalbank.com
jason.breckenridge@royalbank.com
luisa.starns@royalbank.com
nick.thomas@royalbank.com
simon.waddington @royalbank.com

**royalbankamerica**
aziegler@royalbankamerica.com
cdrimak@royalbankamerica.com
gwagner@royalbankamerica.com
jdecker@royalbankamerica.com
jpergolin@royalbankamerica.com

**royalbankpa**
jhanuscin@royalbankpa.com
jmcswiggan@royalbankpa.com

**royal-london**
david.bird@royal-london.co.uk
david.rose@royal-london.co.uk
ken.spry@royal-london.co.uk
paul.langton@royal-london.co.uk
stephen.shone@royal-london.co.uk

**royalsun**

## Company & Corresponding Email Addresses

alex.mctavish@gcc.royalsun.com
andrew.burke@uk.royalsun.com
ian.craston@gcc.royalsun.com
julian.hance@wgo.royalsun.com
keith.feldman@uk.royalsun.com
louise.somers@gcc.royalsun.com
marian.povey@wgo.royalsun.com
naren.dutta@gcc.royalsun.com
neil.moge@gcc.royalsun.com

### royalusa

john.rhinelander@royalusa.com
michael.cicerone@royalusa.com
stephanie.babich@royalusa.com

### roycenet

bhench@roycenet.com
buzz@roycenet.com
cflynn@roycenet.com
charlie@roycenet.com
croyce@roycenet.com
cvanderbush@roycenet.com
dnadel@roycenet.com
dsermon@roycenet.com
eschreiber@roycenet.com
fayres@roycenet.com
fgannon@roycenet.com
jdeysher@roycenet.com
jharvey@roycenet.com
jkaplan@roycenet.com
jlowe@roycenet.com
jskinner@roycenet.com
jtaylor@roycenet.com
lromeo@roycenet.com
smcboyle@roycenet.com
whitney@roycenet.com

### rozenfeld

brenda@rozenfeld.net

### rpm

johan.alenius@rpm.se
magnus@rpm.se

### rpweb

f.iuri@rpweb.it
s.latorre@rpweb.it

### rr

adolfog@san.rr.com
alfonso@san.rr.com
awr@nyc.rr.com
benrey@san.rr.com
blakew@nyc.rr.com
claudiag@san.rr.com
davidg@san.rr.com
edlarsen@houston.rr.com
hgiuliano@nyc.rr.com
jkomives@wi.rr.com
jokarma@wi.rr.com

## Company & Corresponding Email Addresses

jsinclair@houston.rr.com
myrna@san.rr.com
oscarj@san.rr.com
pgill4@nyc.rr.com
tday@kc.rr.com
trose2@mn.rr.com

**rrcol**
zsofia@rrcol.com

**rreef**
barry.mcconnell@rreef.com
john.hammond@rreef.com
sacha.hoek@rreef.com

**rsa**
bettyc@rsa.state.al.us
dbronner@rsa.state.al.us
julieb@rsa.state.al.us
lance@rsa.state.al.us
nicholasp@rsa.state.al.us

**rsa-al**
adam.rogers@rsa-al.gov
allan.carr@rsa-al.gov
bobby.long@rsa-al.gov
keith.buchanan@rsa-al.gov
kevin.gamble@rsa-al.gov
marc.green@rsa-al.gov
michael.mcnair@rsa-al.gov
steve.lambdin@rsa-al.gov

**rsausa**
adam_martin@rsausa.com
alex_rodriguez@rsausa.com
andrew_jacobson@rsausa.com
barry_roof@rsausa.com
cynthia_byers@rsausa.com
dave_shumway@rsausa.com
david_f_king@rsausa.com
eric_chen@rsausa.com
erika_helms@rsausa.com
jason_clark@rsausa.com
jimmy_huang@rsausa.com
julie_ledford@rsausa.com
kris_rao@rsausa.com
leonard_davenport@rsausa.com
linda_merry@rsausa.com
ray_trogdon@rsausa.com
robin_z_shortridge@rsausa.com
sandra_vogel@rsausa.com

**rsco**
bella_berns@rsco.com

**rsi-ch**
arnaud@rsi-ch.com
christophegay@rsi-ch.com

**rtiaa-cref**
gogara@rtiaa-cref.org

**ruanecunniff**

## Company & Corresponding Email Addresses

armank@ruanecunniff.com
cynthiac@ruanecunniff.com
davidp@ruanecunniff.com
epope@ruanecunniff.com
gina@ruanecunniff.com
jim@ruanecunniff.com
joann@ruanecunniff.com
joseph@ruanecunniff.com
kevin@ruanecunniff.com
lorio@ruanecunniff.com
lshlafman@ruanecunniff.com
marvin@ruanecunniff.com
maureen@ruanecunniff.com
michael@ruanecunniff.com
nicoles@ruanecunniff.com
richie@ruanecunniff.com
robertg@ruanecunniff.com
toddr@ruanecunniff.com

### ruedblass

alan.zlatar@ruedblass.ch
christoph.borucki@ruedblass.ch
christoph-ernst.kaufmann@ruedblass.ch
cristian.canis@ruedblass.ch
daniel.wittmer@ruedblass.ch
konstantin.giantiroglou@ruedblass.ch
marc.wyss@ruedblass.ch
markus.digion@ruedblass.ch
markus.huber@ruedblass.ch
michael.tschudin@ruedblass.ch
roberto.sisi@ruedblass.ch
rolf.frey@ruedblass.ch
sacha.deutsch@ruedblass.ch
stefano.zoffoli@ruedblass.ch
thomas.zollinger@ruedblass.ch
ulrich.schulze@ruedblass.ch

### russell

acheng@russell.com
aduncan@russell.com
agarcia@russell.com
amurphy@russell.com
araihl@russell.com
areid@russell.com
asneddon@russell.com
babang@russell.com
bbaggenstos@russell.com
bgolob@russell.com
bmock@russell.com
btillberg@russell.com
bweber@russell.com
cgoodsel@russell.com
clane@russell.com
crallo@russell.com
dbrown@russell.com
djordanovic@russell.com

**Company & Corresponding Email Addresses**

dmoon@russell.com
dpayne@russell.com
dpierce@russell.com
dsobba@russell.com
dtilton@russell.com
dwong@russell.com
eloventorn@russell.com
eogard@russell.com
fmalcolm@russell.com
gkorte@russell.com
hharo@russell.com
hstewart@russell.com
ibattye@russell.com
ibosnjak@russell.com
ifaasee@russell.com
igoh@russell.com
jafarrar@russell.com
jageller@russell.com
jalston@russell.com
jamoore@russell.com
jbarton@russell.com
jdefty@russell.com
jdroubay@russell.com
jduberly@russell.com
jfjohnson@russell.com
jganung@russell.com
jhenry@russell.com
jhoffman@russell.com
jhussey@russell.com
jimhof@russell.com
jlangebrekke@russell.com
jlenzo@russell.com
jleverett@russell.com
jlukens@russell.com
jmark@russell.com
jmclaughlin@russell.com
jocwilliams@russell.com
jsacks@russell.com
jvelis@russell.com
kbrunson@russell.com
kmainelli@russell.com
ksahlin@russell.com
lcavallari@russell.com
lmurphy@russell.com
mamberson@russell.com
mbednarczyk@russell.com
mbrown@russell.com
mducharme@russell.com
mfjelstad@russell.com
mfreudenstein@russell.com
mgardner@russell.com
mhewitt@russell.com
mlparis@russell.com
mruff@russell.com

**Company & Corresponding Email Addresses**

nabraham@russell.com
ndudley@russell.com
nmcfarland@russell.com
npilcher@russell.com
nschmidt@russell.com
pbusick@russell.com
pcoates@russell.com
pgreenwood@russell.com
pkaperick@russell.com
pkreiselmaier@russell.com
qzimmerman@russell.com
rbabst@russell.com
rbishop@russell.com
rbutler@russell.com
rhall@russell.com
sansel@russell.com
sbacchus@russell.com
sbickham@russell.com
sbraedt@russell.com
sbryant@russell.com
sburrill@russell.com
sgrimm@russell.com
skoval@russell.com
sperek@russell.com
sspinhar@russell.com
strecker@russell.com
tallen@russell.com
tbagley@russell.com
tfletcher@russell.com
tmorton@russell.com
trallen@russell.com
tsnedden@russell.com
uha@russell.com
vsondhi@russell.com
wmcquade@russell.com
yholzhauer@russell.com
ymaeda@russell.com
ytamir@russell.com
ywhittenberger@russell.com
yzerizef@russell.com

**russellmellon**

ctaylor@russellmellon.com
kspellman@russellmellon.com
smcintosh@russellmellon.com

**ruv**

andreas.fuths@ruv.de
dirk.strehmel@ruv.de
frank.brandstaetter@ruv.de
gerhard.wuenstel@ruv.de
helge.ullmann@ruv.de
jens.klein@ruv.de
joerg.boche@ruv.de
jorg.jacobs@ruv.de
michael.boes@ruv.de

**Company & Corresponding Email Addresses**

petra.becker@ruv.de
petra.bradler@ruv.de
rainer.neumann@ruv.de
ralf.van-dawen@ruv.de
thomas.zengeler@ruv.de
thorsten.guse@ruv.de
wolfgang.kernbach@ruv.de

**rvg**

karin.kunrath@rvg.at

**rvs**

bernhard.hofer@rvs.at
elisabeth.manhartsgruber@rvs.at
manfred.reichholf@rvs.at
petra.steffler@rvs.at

**rwbaird**

bdebastiani@rwbaird.com
beckerdt@rwbaird.com
bhall@rwbaird.com
bhutchinson@rwbaird.com
bmahoney@rwbaird.com
bmayes@rwbaird.com
bmcintyre@rwbaird.com
bmorgan@rwbaird.com
breilly@rwbaird.com
bvenable@rwbaird.com
ccolvin@rwbaird.com
ccooper@rwbaird.com
cgregory@rwbaird.com
cneitzke@rwbaird.com
cseverson@rwbaird.com
dguffy@rwbaird.com
dpaton@rwbaird.com
gedwards@rwbaird.com
gplacek@rwbaird.com
jeverhart@rwbaird.com
jgassman@rwbaird.com
jgood@rwbaird.com
jmadden@rwbaird.com
jwyant@rwbaird.com
khemauer@rwbaird.com
khoey@rwbaird.com
llange@rwbaird.com
mantonini@rwbaird.com
nzarcone@rwbaird.com
plawton@rwbaird.com
ppurcell@rwbaird.com
pstscherban@rwbaird.com
rcane@rwbaird.com
rswilliams@rwbaird.com
sbooth@rwbaird.com
tbyrne@rwbaird.com
tconklin@rwbaird.com
thogan@rwbaird.com
tmaxwell@rwbaird.com

5>22222211

**Company & Corresponding Email Addresses**

alexander.zoerner@rzb.at
alexandra.spitz@rzb.at
ana.babaja@rzb.at
axel.summer@rzb.at
christian.burger@rzb.at
christian.gneist@rzb.at
christian.saeckl@rzb.at
christoph.gamsjaeger@rzb.at
daniel.eckhardt@rzb.at
daniel.novotny-farkas@rzb.at
edith.schiller@rzb.at
ernst.galavics@rzb.at
eugen.puseizer@rzb.at
florian.glinz@rzb.at
franz-christian.mach@rzb.at
georg.traunfellner@rzb.at
gerd.frimmel@rzb.at
gerhard.boesch@rzb.at
gerhard.herda@rzb.at
gerhard.koller@rzb.at
gerold.koeb@rzb.at
guenter.hoellerl@rzb.at
guenther.poettler@rzb.at
hans.rettl@rzb.at
harald.riedler@rzb.at
harald.schoenauer@rzb.at
heidelinde.gross@rzb.at
heinz.kurzmann@rzb.at
hellmuth.bauer@rzb.at
herbert.hrdlicka@rzb.at
herbert.stepic@rzb.at
himali.upadhya@rzb.at
hubert.figl@rzb.at
ihsan.goerec@rzb.at
ingolf.schalko@rzb.at
johann.oberlechner@rzb.at
johannes.rhomberg@rzb.at
juergen.nitsch@rzb.at
juergen.rauschmeier@rzb.at
karin.baumgartner@rzb.at
karin.ellmauer@rzb.at
klaus.krombass@rzb.at
ksenia.tareva@rzb.at
luigi.fanciano@rzb.at
manuel.vaid@rzb.at
manuela.aschauer@rzb.at
manuela.jordan-sima@rzb.at
manuela.molnar@rzb.at
marcel.burtscher@rzb.at
marcin.maj@rzb.at
margit.hasslinger@rzb.at
maria.kavaliova@rzb.at
markus.grien@rzb.at
markus.obrist@rzb.at

## Company & Corresponding Email Addresses

markus.tischelmayer@rzb.at
martin.kirisch-von-saldern-ahlimb@rzb.at
martin.unger@rzb.at
matthias.gabriel@rzb.at
max.benedini@rzb.at
michael.ehrensberger@rzb.at
michael.gramann@rzb.at
mmang@rzb.at
nicolaus.hagleitner@rzb.at
nikolaus.cichy@rzb.at
oliver.steiner@rzb.at
patrick.butler@rzb.at
peter.onofrej@rzb.at
petr.polach@rzb.at
raaed.kabbabe@rzb.at
robert.kliesspiess@rzb.at
roland.klimesch@rzb.at
roman.exenberger@rzb.at
stefan.eckhardt@rzb.at
thomas.neidhardt@rzb.at
thomas.schopper@rzb.at
vadim.b.matyushkin@rzb.at
verena.gradwohl@rzb.at
walter.demel@rzb.at
walter.kickenweitz@rzb.at
wolfgang.fischer@rzb.at
wolfgang.matschek@rzb.at
wzbbl@rzb.at
wzbhse@rzb.at
wzblwm@rzb.at
wzbren@rzb.at
wzbscw@rzb.at

**rzbfinance**
jgapay@rzbfinance.com

**rzb-wien**
wzblad@rzb-wien.raiffeisen.at

**saab**
ulrika.lundgren@saab.se

**saad**
alqatari@saad.com.sa

**saadgroup**
alberto@saadgroup.com
chris@saadgroup.com
clive@saadgroup.com
george@saadgroup.com
jean-roger@saadgroup.com
kimberly@saadgroup.com
laurent@saadgroup.com
leticia@saadgroup.com
olivia@saadgroup.com
sandro@saadgroup.com

**saarlb**
alexander.kurtz@saarlb.de
bernd.luxenburger@saarlb.de

## Company & Corresponding Email Addresses

carolin.warken@saarlb.de
daniel.jacoby@saarlb.de
elke.schummer@saarlb.de
guido.bellmann@saarlb.de
hans-peter.arweiler@saarlb.de
herbert.weinmann@saarlb.de
ilka.quiring@saarlb.de
joachim.schaefer@saarlb.de
joerg.backes@saarlb.de
johannes.klumpp@saarlb.de
nadine.eil@saarlb.de
norbert.both@saarlb.de
reiner.montag@saarlb.de
rolf.buchholz@saarlb.de
silvia.schuhn@saarlb.de
vanessa.schaefer@saarlb.de
wolfgang.koettner@saarlb.de

### sabadellatlantico
acerete@sabadellatlantico.com
mumbrue@sabadellatlantico.com
sanzolga@sabadellatlantico.com
soyj@sabadellatlantico.com

### sabadellbancaprivada
valerarafael@sabadellbancaprivada.com

### sabb
jehadtashkandi@sabb.com
mazenmatraji@sabb.com
megrenalkulaibi@sabb.com
mohammedaltuwaijri@sabb.com

### sabena
baudouin.devaucleroy@sabena.be

### saccounty
hooverm@saccounty.net
maurerm@saccounty.net
santodomingob@saccounty.net
shimamotom@saccounty.net
stensrudj@saccounty.net

### sace
a.genna@sace.it
a.lanza@sace.it
c.cioninivisani@sace.it
e.luciani@sace.it
f.fritelli@sace.it
g.regoli@sace.it
g.tellini@sace.it
i.gambelli@sace.it
l.brichetto@sace.it
l.gasparini@sace.it
p.dignazio@sace.it
r.taricco@sace.it

### sachsenlb
adrian.oates@sachsenlb.ie
aidan.cronin@sachsenlb.ie
andreas.stehr@sachsenlb.de

## Company & Corresponding Email Addresses

angelika.schulze@sachsenlb.de
anita.hughes@sachsenlb.ie
anna.devine@sachsenlb.ie
benjamin.boehm@sachsenlb.ie
bernadette.gielnik@sachsenlb.ie
burkart.moench@sachsenlb.de
christopher.nolan@sachsenlb.ie
daniela.trutz@sachsenlb.de
david.dunk@sachsenlb.ie
derek.traynor@sachsenlb.ie
gabriel.nolan@sachsenlb.ie
hans.bernhard.trinius@sachsenlb.de
herbert.suess@sachsenlb.de
ines.rueberg@sachsenlb.ie
ingo.steffenhag@sachsenlb.de
james.mcevoy@sachsenlb.ie
jay.briganti@sachsenlb.ie
joerg.keller@sachsenlb.de
jonathan.dent@sachsenlb.ie
karsten.wettig@sachsenlb.de
karsten_legner@sachsenlb.ie
kevin_shinners@sachsenlb.ie
knut.herse@sachsenlb.de
ludger.feldmann@sachsenlb.de
martin.lally@sachsenlb.ie
michael.frawley@sachsenlb.ie
morgan.osullivan@sachsenlb.ie
neil.macdermott@sachsenlb.ie
neil_mcnamara@sachsenlb.ie
olivia.sampson@sachsenlb.ie
peter.kroeger@sachsenlb.de
rainer.vogel@sachsenlb.de
robert_sonneborn@sachsenlb.ie
rolf.linke@sachsenlb.ie
ron.krueger@sachsenlb.ie
ronan.kelly@sachsenlb.ie
rory.macgowan@sachsenlb.ie
stefan.leusder@sachsenlb.de
stephan.dietrich@sachsenlb.ie
sven.petersen@sachsenlb.ie
thomas.maul@sachsenlb.de
thomas.pohontsch@sachsenlb.de
tino.petzold@sachsenlb.de
tom.hartung@sachsenlb.de
uwe.krause@sachsenlb.ie
werner.eckert@sachsenlb.de
werner.kolb@sachsenlb.de

## saemor

markvoermans@saemor.com
martijnvanveen@saemor.com
ranipiputri@saemor.com
richardschreuder@saemor.com
svenbakker@saemor.com
svenbouman@saemor.com

## Company & Corresponding Email Addresses

### safdie
ncharton@safdie.com
pfischer@safdie.com
rauch@safdie.com
shmulik@safdie.com
tbrunetti@safdie.com

### safeco
andjoh@safeco.com
bevden@safeco.com
bevyor@safeco.com
bilwhi@safeco.com
bremar@safeco.com
brenwi@safeco.com
brikut@safeco.com
cagjoh@safeco.com
chadri@safeco.com
chrden@safeco.com
davgin@safeco.com
elipon@safeco.com
grecar@safeco.com
henhaf@safeco.com
henhas@safeco.com
jaybun@safeco.com
jefsch@safeco.com
joschr@safeco.com
joswan@safeco.com
kitbro@safeco.com
lesfox@safeco.com
lynsag@safeco.com
marmet@safeco.com
micmca@safeco.com
mikhug@safeco.com
pastev@safeco.com
ricmea@safeco.com
ronspa@safeco.com
shmill@safeco.com
stakra@safeco.com
stasha@safeco.com
stebau@safeco.com
timhok@safeco.com
vinfra@safeco.com

### safei
afrancisco@safei.es
anperez@safei.es
dherrero@safei.es
gpardo@safei.es
jlgarcia@safei.es
rbedmar@safei.es

### safeway
cathy.ikeuchi@safeway.com
george.waidelich@safeway.com

### safra
alexandre.suarez@safra.lu
christophe.loizeau@safra.lu

## Company & Corresponding Email Addresses

david.luis@safra.lu
denis.clement@safra.lu
maria.dossantos@safra.lu
marie-christine.lambin@safra.lu
rodrigo.barbieri@safra.lu
vincent.georges@safra.lu

### sagitta
atolhurst@sagitta.co.uk
badams@sagitta.co.uk
cokill@sagitta.co.uk
cwest@sagitta.co.uk
etomacelli@sagitta.com
jscott@sagitta.co.uk
mbrewer@sagitta.co.uk
mcoch@sagitta.co.uk
nel-rayyes@sagitta.co.uk
rcresci@sagitta.co.uk
smiller@sagitta.co.uk

### sai
dario.sclaverano@sai.it
edmondo.bosco@sai.it
gianluca.vallosio@sai.it
giovanni.sanfelici@sai.it
marco.demicheli@sai.it
paolo.malcotti@sai.it
piercarlo.debernardi@sai.it
raffaele.riccioli@sai.it
riccardo.divenuta@sai.it
silvia.demagistris@sai.it
stefano.carlino@sai.it

### saib
flahham@saib.com.sa
hbouali@saib.com.sa
maljadaani@saib.com.sa
rhaddad@saib.com.sa
salfaghm@saib.com.sa

### saigroup
blehmann@saigroup.com
rrabl@saigroup.com

### saikyobank
cap-03@saikyobank.co.jp
cap-04@saikyobank.co.jp
ibg@saikyobank.co.jp

### sainsburys
lynda.ashton@sainsburys.co.uk
michael.snape@sainsburys.co.uk
sarah.boden@sainsburys.co.uk

### saint-gobain
anne-marie.lagarde@saint-gobain.com
benoit.bazin@saint-gobain.com
boris.bruck@saint-gobain.com
claire.moses@saint-gobain.com
edouard.jounet@saint-gobain.com
elisabeth.sellier@saint-gobain.com

## Company & Corresponding Email Addresses

helene.barzoukas@saint-gobain.com
jean-calude.brunet@saint-gobain.com
jean-luc.beauchu@saint-gobain.com
josiane.pensier@saint-gobain.com
natalia.crofut@saint-gobain.com
nicolas.badre@saint-gobain.com
philipe.brunet@saint-gobain.com
philippe.seux@saint-gobain.com

**saipem**
alberto.delbon@saipem.eni.it
giulio.bozzini@saipem.eni.it
pietrofranco.tali@saipem.eni.it
salvatore.colli@saipem.eni.it
vincenzo.masellicampagna@saipem.eni.it

**sairgroup**
gbaumgar@sairgroup.com
gschorderet@sairgroup.com

**saisim**
attilio.capella@saisim.it
francesco.mameo@saisim.it
gianluca.baldoni@saisim.it

**sakura**
hiroyuki_koide@sakura.co.jp
kazuhisa_miyagawa@sakura.co.jp
masayuki_suzuki@sakura.co.jp
shinichiro_kohashi@sakura.co.jp
shinji_higashihara@sakura.com
takashi_hiroyasu@sakura.co.jp
tamihiro_kawauchi@sakura.com
thoshino@sakura.co.uk
tsugumasa_kojima@sakura.co.jp
yasuhito_nakajima@sakura.co.jp

**sakurafinance**
clive.burgess@sakurafinance.com

**salamercati**
info@salamercati.it
sara.carabella@salamercati.it

**salemfive**
pingyin.chai@salemfive.com

**salvatoreferragamo**
claudio_alini@salvatoreferragamo.it

**salzburg**
awinklhofer.rvs@salzburg.raiffeisen.at
blang.rvs@salzburg.raiffeisen.at
mroitmayer.rvs@salzburg.raiffeisen.at

**sama**
falhumaidah@sama.org.sa
kalkhattaf@sama.org.sa
maljasser@sama.gov.sa

**sama-ksa**
aalkhamis@sama-ksa.org
nalnhammed@sama-ksa.org
talkhereiji@sama-ksa.org

**samba**

## Company & Corresponding Email Addresses

abdulrahman.al-fadda@samba.com
abdulwahab.al-betairi@samba.com.sa
adel.al-maiman@samba.com.sa
askari.naqvi@samba.com
harith.abussaud@samba.com
leon.koh@samba.com
majeed.al-abduljabbar@samba.com
mohammed.al-amro@samba.com
nadir.al-koraya@samba.com
nasser.abanmy@samba.com
shareef.alkorayea@samba.com.sa
shujaat.nadeem@samba.com
sultan.al-shehri@samba.com
yasser.al-mazyad@samba.com

### samgmt
jcattier@samgmt.com
jtaliaferro@samgmt.com
rdoll@samgmt.com
sjames@samgmt.com

### samipfd
bsussman@samipfd.com
jurciuoli@samipfd.com
mkrishnan@samipfd.com
pjacoby@samipfd.com
rgiangregorio@samipfd.com

### samllc
rmills@samllc.com

### sammallahti
mikko@sammallahti.evli.fi

### sampo
antti.urvas@sampo.fi
arto.laakkonen@sampo.com
harri.piipponen@sampo.fi
harri.siira@sampo.fi
heikki.nordman@sampo.fi
ilkka.aitero@sampo.com
jouni.parviainen@sampo.fi
juha.raitanen@sampo.fi
jussi.karppinen@sampo.fi
kari.koivula@sampo.fi
kimmo.lilja@sampo.fi
markku.pehkonen@sampo.fi
martti.siivola@sampo.fi
matti.seppanen@sampo.fi
mika.manninen@sampo.fi
minna.rosenlund@sampo.fi
patrick.lapvetelainen@sampo.fi
seppo.ilonen@sampo.fi
tapani.mannersuo@sampo.fi
teemu.liikanen@sampo.fi
tom.lundsten@sampo.fi
tuomas.inkinen@sampo.fi
tuula.k.koskimaki@sampo.fi
ville.talasmaki@sampo.fi

## Company & Corresponding Email Addresses

### sampo-leonia
vesa.nurminen@sampo-leonia.fi

### sampopankki
anna-maria.veckman@sampopankki.fi
kalle.kuokka@sampopankki.fi
ville.holma@sampopankki.fi

### samsung
bdh007@samsung.co.kr
blash.yi@samsung.com
booun@samsung.co.kr
buchoi@samsung.co.kr
changhoon.kwak@samsung.com
chulhwan.kwon@samsung.com
cjmin.choi@samsung.com
cy422.lee@samsung.com
daehyuck.lim@samsung.com
daewoong.lim@samsung.com
dongmin3.lee@samsung.com
dw2500.ha@samsung.com
easthosu@samsung.co.kr
ejk1@samsung.co.kr
eunhyoung.cho@samsung.com
genech@samsung.co.kr
hakyoung.lee@samsung.com
hgl@samsung.co.kr
hosangli@samsung.co.kr
hyejin0610.kim@samsung.com
hyowook.kim@samsung.com
hyunjong.jung@samsung.com
in_cheon.park@samsung.com
ins.park@samsung.com
jaehyun.jo@samsung.com
jaesuk.yang@samsung.com
jay.baek@samsung.com
jeewon.ha@samsung.com
jeong-ho.hwang@samsung.com
jeryun.lee@samsung.com
jg.bae@samsung.com
jh1120.kim@samsung.com
jinjoong.nam@samsung.com
jmtop.lee@samsung.com
joohong.min@samsung.com
kathleen.park@samsung.com
kelvin.tam@samsung.com
keumdeok.shin@samsung.com
keyyoung.lee@samsung.com
kisoo.park@samsung.com
kjulius@samsung.com
kmh18@samsung.co.kr
koosh@samsung.co.kr
kugjae.lee@samsung.com
kyungmin877.kim@samsung.com
kyungsik1.lee@samsung.com
mcho@samsung.com

**Company & Corresponding Email Addresses**

moonsun7.choi@samsung.com
ms777.kim@samsung.com
msahn@samsung.com
owenkwon@samsung.co.kr
pcsuk@samsung.co.kr
s.min@samsung.com
sanghee_lee@samsung.com
sangho.d.jung@samsung.com
secalist.cho@samsung.com
seongwook.jang@samsung.com
seungchul.yoo@samsung.com
seung-hwan.kang@samsung.com
shinyoon.roh@samsung.com
sihyoung.ahn@samsung.com
silim7@samsung.co.kr
sj700.kim@samsung.com
sung-jin.park@samsung.com
tjum@samsung.co.kr
truenorth.lee@samsung.com
wonjae.choi@samsung.com
ybaekim@samsung.co.kr
yl950121@samsung.co.kr
yong-jae.lee@samsung.com
yongjoon.jang@samsung.com
youngsun.choi@samsung.com
youngw.yoon@samsung.com

**samung**
junahn@samung.co.kr
**sandellmgmt**
engiam@sandellmgmt.com
**sandiego**
sjohnson@sandiego.gov
**sandlercap**
ben@sandlercap.com
brent@sandlercap.com
carese@sandlercap.com
cheryl@sandlercap.com
dmc@sandlercap.com
doug@sandlercap.com
drew@sandlercap.com
ehsu@sandlercap.com
eric@sandlercap.com
farah@sandlercap.com
hannah@sandlercap.com
jae@sandlercap.com
john@sandlercap.com
johnd@sandlercap.com
josh@sandlercap.com
jtinker@sandlercap.com
kevin@sandlercap.com
mark@sandlercap.com
matt@sandlercap.com
michael@sandlercap.com
mtully@sandlercap.com

## Company & Corresponding Email Addresses

smccuen@sandlercap.com
surya@sandlercap.com
tim@sandlercap.com
tom@sandlercap.com
vito@sandlercap.com

### sandleroneill
aroth@sandleroneill.com
dbrown@sandleroneill.com
dpetro@sandleroneill.com
dsullivan@sandleroneill.com
jcolbert@sandleroneill.com
jharte@sandleroneill.com
kfitzsimmons@sandleroneill.com
kstefanski@sandleroneill.com
rblair@sandleroneill.com
tdoheny@sandleroneill.com

### sandoz
denise.almeida@sandoz.com
johannes.raneburger@sandoz.com
kurt.schoergendorfer@sandoz.com
loviena.gonsalves@sandoz.com

### sandvik
gunnar.batelsson@sandvik.com
hans.bill@sandvik.com
helene.gunnarson@sandvik.com
jan.ahlander@sandvik.com
jan.lissaker@sandvik.com
per.elfstrom@sandvik.com
pernilla.eriksson@sandvik.com

### sangamon
gene@sangamon.com

### sanofi-aventis
osamu.tomoda@sanofi-aventis.com
takao.kimura@sanofi-aventis.com

### sanostra
afleixasa@sanostra.es
bborras@sanostra.es
fcolom@sanostra.es
fcomasf@sanostra.es
fmestresb@sanostra.es
jbernaus@sanostra.es
jcapons@sanostra.es
jgilmartin@sanostra.es
lcompanyr@sanostra.es
mdurant@sanostra.es
mppomar@sanostra.es
msalasd@sanostra.es
rarroyo@sanostra.es

### sanpaolo
a.decourcel@sanpaolo.fr
a.derycke@sanpaolo.fr
a.garombo@sanpaolo.fr
antonio.migliorini@sanpaolo.com
c.sollier@sanpaolo.fr

## Company & Corresponding Email Addresses

f.terranti@sanpaolo.fr
g.bezzina@sanpaolo.fr
g.herouard@sanpaolo.fr
imcc@sanpaolo.fr
mromano@sanpaolo.lu
p.jourda@sanpaolo.fr
pcecere@sanpaolo.co.uk
rcaporaso@sanpaolo.lu
rcarducci@sanpaolo.co.uk

### sanpaoloam
anna.lombani@sanpaoloam.lu
attilio.femiano@sanpaoloam.lu
luigi.fallanca@sanpaoloam.lu
michele.ma@sanpaoloam.lu
michelle.ma@sanpaoloam.lu
savina.martinucci@sanpaoloam.lu
stephane.iacono@sanpaoloam.lu
thierry.collard@sanpaoloam.lu

### sanpaoloimi
alberto.avanzo@sanpaoloimi.com
alessandro.decinti@sanpaoloimi.it
alessandro.lolli@sanpaoloimi.com
alfonso.iozzo@sanpaoloimi.com
angelo.cioffi@sanpaoloimi.com
cathy.lesse@sanpaoloimi.com
cristina.lege@sanpaoloimi.com
daniela.giberti@sanpaoloimi.com
enrico.arrigoni@sanpaoloimi.com
francesco.dimeo@sanpaoloimi.com
giovanni.saletta@sanpaoloimi.com
giuseppe.lasorda@sanpaoloimi.com
giuseppe.scarabosio@sanpaoloimi.com
ivette.iacueo@sanpaoloimi.com
lorenzo.fioretta@sanpaoloimi.com
marcello.terraneo@sanpaoloimi.com
orietta.beccati@sanpaoloimi.com
paolo.cancellaro@sanpaoloimi.it
peter.rossi@sanpaoloimi.com
stefano.pastorino@sanpaoloimi.com
stephen.mccrory@sanpaoloimi.com
tullio.lucca@sanpaoloimi.com
william.karcher@sanpaoloimi.com

### sanpaolony
barbara@sanpaolony.com
marian@sanpaolony.com

### sanpaolowm
andrea.cau@sanpaolowm.com
annamaria.boldrini@sanpaolowm.com
francesca.rinaldi@sanpaolowm.com

### sanpoaloimi
guiseppe.scarabosio@sanpoaloimi.com
marco.gastaldi@sanpoaloimi.com

### santalucia
josemanuel.jimenezm@santalucia.es

## Company & Corresponding Email Addresses

rsandeogracias@santalucia.es

### santander
daniel.pires@santander.pt
joana.guerreiro@santander.pt
rosario.bettencourt@santander.pt

### santander-ga
antonio.damiao@santander-ga.pt

### santandergbm
keith.mason@santandergbm.com
roland.steere@santandergbm.com

### santandersecurities
cvallecillo@santandersecurities.com
ghernandez@santandersecurities.com
jwatson@santandersecurities.com

### sanwabank
btolliver@sanwabank.com
dlampert@sanwabank.com
dsilva@sanwabank.com
psherringham@sanwabank.com

### sanwafp
rhaggard@sanwafp.com

### sanwaint
apower@sanwaint.com

### sanyo
nishi020727@sanyo.co.jp

### saralee-de
jschets@saralee-de.com

### saras
corrado.costanzo@saras.it
laura.terenzi@saras.it
marco.schiavetti@saras.it
massimo.vacca@saras.it
michele.cornaggia@saras.it
rafaella.casula@saras.it
ugo.ercolano@saras.it
valentina.salvini@saras.it

### sarasin
adrian.zuercher@sarasin.ch
aleksandar.marjanovic@sarasin.ch
alex.schmid@sarasin.ch
andre.moritz@sarasin.ch
andreas.frieden@sarasin.ch
andreas.luethi@sarasin.ch
andreas.plattner@sarasin.ch
arthur.hoffmann@sarasin.ch
balazs.magyar@sarasin.ch
beat.kaiser@sarasin.ch
beat.keiser@sarasin.ch
bernd.pomrehn@sarasin.ch
carmen.felix@sarasin.ch
catrina.vaterlaus@sarasin.ch
christian.gassmann@sarasin.ch
christian.graber@sarasin.ch
christian.kunzelmann@sarasin.ch

**Company & Corresponding Email Addresses**

christoph.amherd@sarasin.ch
christoph.hohl@sarasin.ch
christoph.kessler@sarasin.ch
christoph.kilchherr@sarasin.ch
christoph.ladner@sarasin.ch
christoph.suetterlin@sarasin.ch
danilo.maggetti@sarasin.ch
david.kaegi@sarasin.ch
dennis.buetzer@sarasin.ch
dominique.ehrbar@sarasin.ch
fernando.pelaez@sarasin.ch
gabriele.grewe@sarasin.ch
gerd.ramsperger@sarasin.ch
ian.hogg@sarasin.co.uk
istp@sarasin.ch
jacqueline.zimmermann@sarasin.ch
jan.gregor@sarasin.ch
jan.poser@sarasin.ch
johann.glaw@sarasin.ch
john.godley@sarasin.co.uk
juan.martini@sarasin.ch
juerg.buetzer@sarasin.ch
juerg.mueller@sarasin.ch
juerg.peng@sarasin.ch
juergen.anders@sarasin.ch
jules.luethy@sarasin.ch
keros.bragagnolo@sarasin.ch
kurt.rohr@sarasin.ch
leonhard.roth@sarasin.ch
manfred.gridl@sarasin.ch
marco.dorazio@sarasin.ch
martin.baumgartner@sarasin.ch
martin.frank@sarasin.ch
matthias.fawer@sarasin.ch
matthias.leuenberger@sarasin.ch
matthias.priebs@sarasin.ch
michael.lengweiler@sarasin.ch
michael.romer@sarasin.ch
michael.schlup@sarasin.ch
michele.ciarmoli@sarasin.ch
niculin.camenisch@sarasin.ch
nils.ossenbrink@sarasin.ch
oskar.schenker@sarasin.ch
othmar.keiser@sarasin.ch
patrick.hasenboehler@sarasin.ch
patrick.humair@sarasin.ch
patrik.janovjak@sarasin.ch
philip.kibble@sarasin.ch
philipp.baertschi@sarasin.ch
rahel.wuethrich@sarasin.ch
rainer.maennle@sarasin.ch
reto.portmann@sarasin.co.uk
richard.luu@sarasin.ch
sascha.brutschin@sarasin.ch

**Company & Corresponding Email Addresses**

simon.rivett-carnac@sarasin.co.uk
stefan.gaechter@sarasin.ch
stephan.aschmann@sarasin.ch
stevan.bajic@sarasin.ch
thomas.christen@sarasin.ch
tim.temple@sarasin.co.uk
tobias.halasz@sarasin.ch
torsten.haufe@sarasin.ch

**sarenet**
kutxagest@sarenet.es

**sarofim**
achristensen@sarofim.com
aclapson@sarofim.com
akokolis@sarofim.com
banderson@sarofim.com
bhopson@sarofim.com
blemasters@sarofim.com
brobison@sarofim.com
ccrain@sarofim.com
csarofim@sarofim.com
csheedy@sarofim.com
dalder@sarofim.com
dconnally@sarofim.com
dpesikoff@sarofim.com
emoffett@sarofim.com
fdaily@sarofim.com
fsands@sarofim.com
gblackman@sarofim.com
glee@sarofim.com
jcolucci@sarofim.com
jjacobe@sarofim.com
jreynolds@sarofim.com
jsokol@sarofim.com
kburke@sarofim.com
ldetrick@sarofim.com
llonergan@sarofim.com
lnelson@sarofim.com
maltenau@sarofim.com
mthakor@sarofim.com
mwilken@sarofim.com
nzdeblick@sarofim.com
research@sarofim.com
rfrankel@sarofim.com
rreza@sarofim.com
rthomas@sarofim.com
sgupta@sarofim.com
shodges@sarofim.com
swilson@sarofim.com
thensley@sarofim.com
vfernandez@sarofim.com

**sas**
johan.torngren@sas.se

**sasiny**
mpiatkowski@sasiny.com

**Company & Corresponding Email Addresses**

**satander**
ana.jesus@satander.pt
**saudibank**
mohab.mufti@saudibank.com
moody.karout@saudibank.com
stephen.luker@saudibank.com
vivian.evans@saudibank.com
**saw**
aparker@saw.com
eladd@saw.com
sscherer@saw.com
**saybrook**
tnguyen@saybrook.net
**sb**
craig.r.maxwell@sb.com
jonathan.a.seabrook@sb.com
petra.laux@sb.com
**sbafla**
carolina.hood@sbafla.com
chuck.pollock@sbafla.com
dmitri.pisarev@sbafla.com
jaime.frade@sbafla.com
**sbc**
mw6144@sbc.com
**sbcglobal**
anderson.marjorie@sbcglobal.net
arnoldjacobson@sbcglobal.net
david.tyson@sbcglobal.net
mgdow@sbcglobal.net
richardjackson6551@sbcglobal.net
**sbcm**
clinton@sbcm.com
feldman@sbcm.com
hokugo@sbcm.com
jumpei_tsushima@sbcm.com
kkishi@sbcm.com
lattime@sbcm.com
oposa@sbcm.com
tsubota@sbcm.com
**sbernstein**
rastogirk@sbernstein.com
**sbliusa**
dmcintosh@sbliusa.com
**sbp-banque**
rfacchini@sbp-banque.ch
sformentini@sbp-banque.ch
**sbphrd**
janet_mason-1@sbphrd.com
**sbsi**
dan@sbsi.com
sal@sbsi.com
**sbtbank**
sdale@sbtbank.com
**sbtorsvr123**

## Company & Corresponding Email Addresses

sal_demarco@sbtorsvr123.tor.scotia-mcleod.com

**sc**
asada-norihiro@sc.mufg.jp
fukutani-toshiyuki@sc.mufg.jp
shioiri-minoru@sc.mufg.jp
shiraishi-shuuichi@sc.mufg.jp
suzuki-hiromichi@sc.mufg.jp
takahashi-masahiko@sc.mufg.jp
tomishima-miki@sc.mufg.jp
yamaguchi-tsunayoshi@sc.mufg.jp

**sca**
klas.lavemark@sca.com

**scafg**
michael.esposito@scafg.com

**scania**
anders_c.paulsson@scania.com
magnus.ohlen@scania.com
patrik.sandell@scania.com
pia.herrala@scania.com
ulf.soderstrom@scania.com

**scbjapan**
akira.matsumoto@scbjapan.mhs.compuserve.com

**sce**
gus.flores@sce.com
henryga@sce.com
marvin.tong@sce.com
michael.a.hart@sce.com
richard.ghazarian@sce.com

**sceptre**
davidsexsmith@sceptre.ca
timhylton@sceptre.ca

**scfirstbank**
byungheon.chae@scfirstbank.com
daeyong.jeong@scfirstbank.com
gene.kim@scfirstbank.com
grace.jk.lee@scfirstbank.com
hoyeun.han@scfirstbank.com
hyeongon.yun@scfirstbank.com
hyomin.ahn@scfirstbank.com
jeeyoung.jyk.kim@scfirstbank.com
jinwook.suh@scfirstbank.com
jonghwa.park@scfirstbank.com
sungtaek.woo@scfirstbank.com
woochul.ham@scfirstbank.com
wooyoung.cho@scfirstbank.com
yangmoo.hur@scfirstbank.com
yoonsoo.bae@scfirstbank.com

**schelhammer**
guenther.bergauer@schelhammer.at

**schering**
carola.schlender@schering.de
knut.mager@schering.de
peter.vogt@schering.de

**schindler**

## Company & Corresponding Email Addresses

alexander_studer@ch.schindler.com
juerg.heiz@ch.schindler.com
stephan.jud@ch.schindler.com

### schmidtbank

frank-ruediger.griep@schmidtbank.de
matthias.kuzinski@schmidtbank.de
thomas.blum@schmidtbank.de
thomas.j.schmidt@schmidtbank.de
thomas.wollner@schmidtbank.de

### schny

arivera@schny.com
asanchez@schny.com
ddediego@schny.com
dkeane@schny.com
gcasado@schny.com
gnicolle@schny.com
jkorngold@schny.com
jsaavedra@schny.com
kwagner@schny.com
mcastrosalinas@schny.com
mgonzalo@schny.com
mmischel@schny.com
pperry@schny.com
slouie@schny.com

### schoellerbank

caroline.hoell@schoellerbank.at
claudia.forster@schoellerbank.at
edgar.maichel@schoellerbank.at
felix.dueregger@schoellerbank.at
harald.pointecker@schoellerbank.at
josef.falzberger@schoellerbank.at
peter.schillinger@schoellerbank.at
rene.lobnig@schoellerbank.at
thomas.hofer@schoellerbank.at

### schootsepoort

lindenhovius@schootsepoort.nl
mvanhelden@schootsepoort.nl
rhaan@schootsepoort.nl

### schotters

barney@schotters.com

### schrdoers

pengfong.ng@schrdoers.com

### schretlen

e.schmahl@schretlen.com
h.dieperink@schretlen.com
j.j.p.m.dood@schretlen.com
m.p.a.j.lemans@schretlen.com
n.h.p.h.huls@schretlen.com

### schroders

adam.osborn@schroders.com
akiko.hirai@schroders.com
akira.mashio@schroders.com
akira.namegawa@schroders.com
alan.wilson@schroders.com

## Company & Corresponding Email Addresses

alice.viseu@schroders.com
amelia.wong@schroders.com
andrew.rose@schroders.com
anthony.chow@schroders.com
arturo.espinosa@schroders.com
ayumi.kobayashi@schroders.com
barry.chatman@schroders.com
betina.sommers@ar.schroders.com
beverly.smith@us.schroders.com
bob.bykerk@schroders.com
bryan.choo@schroders.com
camila.stolf@br.schroders.com
carlos.scretas@br.schroders.com
catherine.zhu@schroders.com
chalit.masoodi@schroders.com
chenhsiu.chen@schroders.com
cheryl.tan@schroders.com
chowyang.ang@schroders.com
chris.deyoung@us.schroders.com
chris.jankowski@us.schroders.com
conlon@schroders.com
dan.scholl@us.schroders.com
dan.sullivan@us.schroders.com
daniel.lenz@schroders.com
david.baldt@us.schroders.com
david.gibson@schroders.com
david.harris@us.schroders.com
david.lui@schroders.com
deborah.chaplin@us.schroders.com
desiree.dang@schroders.com
dino.teitler@schroders.com
edmond.huang@schroders.com
edward.ritchie@schroders.com
eiji.yano@schroders.com
eleanor.yuen@schroders.com
elisabeth.scott@schroders.com
emiko.ishikawa@schroders.com
eric.kong@schroders.com
erika.sakanoshita@schroders.com
fabiana.arana@br.schroders.com
francis.chung@schroders.com
fumie.fujikura@schroders.com
genji.tsukatani@schroders.com
grace.lee@schroders.com
gregor.hirt@schroders.com
guillermo.besaccia@ar.schroders.com
hayden.briscoe@schroders.com
henry.choon@schroders.com
hirokazu.kawachi@schroders.com
hiromi.fukuda@schroders.com
hiromi.mori@schroders.com
hiroshi.tamura@schroders.com
holly.fullam@us.schroders.com
horace.cheng@schroders.com

**Company & Corresponding Email Addresses**

howphuang.goh@schroders.com
hui.wu@schroders.com
hweeli.ho@schroders.com
jacqueline.kuek@schroders.com
jacquie.loh@schroders.com
janet.kay@schroders.com
jason.yan@schroders.com
jay.luong@schroders.com
jeanchristophe.desainthilaire@schroders.com
jeffrey.kan@schroders.com
jeffrey.menapace@us.schroders.com
jimmy.lau@schroders.com
john.ford@schroders.com
jorie.widener@us.schroders.com
junichi.minami@schroders.com
katherine.cox@us.schroders.com
katie.harbison@us.schroders.com
katsumi.arai@schroders.com
kazuhiro.toyoda@schroders.com
kazuko.yabutani@schroders.com
keisuke.tsumoto@schroders.com
kell.ow@schroders.com
ken.lambden@schroders.com
ken.maeda@schroders.com
kenneth.chan@schroders.com
khenghock.tan@schroders.com
kimie.abe@schroders.com
kimie.tsuchiya@schroders.com
king.lee@schroders.com
kwokmun.cheong@schroders.com
laura.luo@schroders.com
lieven.debruyne@schroders.com
liping.yeo@schroders.com
lokewy@schroders.com
lori.woodland@us.schroders.com
louisa.lo@schroders.com
madoka.tamura@schroders.com
marcel.schroder@schroders.com
marco.solis@us.schroders.com
marcus.wong@schroders.com
marie.bouveresse@us.schroders.com
masaaki.nishikori@schroders.com
masaki.taketsume@schroders.com
matheus.tarzia@br.schroders.com
matthew.lam@schroders.com
maurien.yau@schroders.com
michi.mochizuki@schroders.com
mihkel.kase@schroders.com
mihoko.asaga@schroders.com
millicent.lai@schroders.com
minji.chang@us.schroders.com
miyoko.ogiwara@schroders.com
nathan.gibbs@schroders.com
neil.mackay@schroders.com

## Company & Corresponding Email Addresses

norbert.brestel@schroders.com
oliver.traub@schroders.com
paula.bujia@schroders.com
piangsze.chua@schroders.com
richard.brown@schroders.com
richard.lin@schroders.com
richard.shum@schroders.com
rinji.watanabe@schroders.com
robin.parbrook@schroders.com
rodica.glavan@schroders.com
ryan.haynes@us.schroders.com
ryan.mostafa@us.schroders.com
saori.tajima@schroders.com
seokhooi.teoh@schroders.com
sharon.kuok@schroders.com
shogo.maeda@schroders.com
shogo.maede@schroders.com
shohei.ura@schroders.com
siddharth.kumar@schroders.com
simon.doyle@schroders.com
simon.rigby@schroders.com
siokmei.lim@schroders.com
soufat.hartawan@schroders.com
stefan.frischknecht@schroders.com
susan.beck@us.schroders.com
susan.park@us.schroders.com
susian.phoa@schroders.com
susumu.tominaga@schroders.com
taiichi.akamatsu@schroders.com
takahiko.okutsu@schroders.com
takeshi.kanamaru@schroders.com
takeshi.nakamitsu@schroders.com
taketoshi.taira@schroders.com
takuji.komuro@schroders.com
takuya.furutani@schroders.com
tatsuya.kinugasa@schroders.com
ted.manges@us.schroders.com
tetsuo.iwashita@schroders.com
tetsushi.nagato@schroders.com
toby.hudson@schroders.com
tomoko.ohta@schroders.com
tony.hui@us.schroders.com
toshio.konishi@schroders.com
urs.duss@schroders.com
urs.winiger@schroders.com
vincent.yee@schroders.com
vipin.narula@schroders.com
warren.hastings@schroders.com
weeming.goh@schroders.com
wei.tan@schroders.com
wesley.sparks@us.schroders.com
william.cheng@schroders.com
willy.lee@schroders.com
yoko.yoshino@schroders.com

**Company & Corresponding Email Addresses**

yoshie.hashiyada@schroders.com
youngroe.kim@schroders.com
yuka.nakamura@schroders.com
yukiko.kawano@schroders.com
yukiko.shishido@schroders.com
yvonne.wang@schroders.com

**schwab**

alfonso.portillo@schwab.com
allan.yam@schwab.com
allen.santos@schwab.com
andy.tikofsky@schwab.com
angel.velez@schwab.com
barry.bailey@schwab.com
bernard.smith@schwab.com
brian.j.jones@schwab.com
caleb.wray@schwab.com
cameron.ullyatt@schwab.com
chris.kendall@schwab.com
craig.nauman@schwab.com
dave.martin@schwab.com
david.rosenberg@schwab.com
dennis.goldman@schwab.com
dennis.lollie@schwab.com
djhoanna.soriano@schwab.com
duane.kent@schwab.com
dusan.britan@schwab.com
elizabeth.phillips@schwab.com
elton.guan@schwab.com
eric.fellows@schwab.com
eric.halverson@schwab.com
eric.thaller@schwab.com
eugene.lam@schwab.com
frank.galea@schwab.com
greg.brida@schwab.com
howie.kennedy@schwab.com
james.cortez@schwab.com
james.d.pierce@schwab.com
janice.diamond@schwab.com
jeffrey.thiemann@schwab.com
jennifer.rogers@schwab.com
jerry.chafkin@schwab.com
jessica.yuan@schwab.com
jim.garrison@schwab.com
joanna.roberts@schwab.com
joanna.vanogle@schwab.com
joanne.buresh@schwab.com
joanne.larkin@schwab.com
john.clements@schwab.com
john.maierhofer@schwab.com
john.novak@schwab.com
john.shelton@schwab.com
john.smith@schwab.com
joseph.fortier@schwab.com
karen.flores@schwab.com

**Company & Corresponding Email Addresses**

karen.wiggan@schwab.com
kathryn.battles@schwab.com
keenan.jackson@schwab.com
kevin.healey@schwab.com
kevin.healy@schwab.com
kevin.lindholm@schwab.com
kevin.shaughnessy@schwab.com
kimon.daifotis@schwab.com
larry.mano@schwab.com
lilybell.gonzalez@schwab.com
linda.klingman@schwab.com
lisa.clover@schwab.com
lizann.sonders@schwab.com
marc.loomis@schwab.com
mark.khomin@schwab.com
mark.mesinger@schwab.com
mary.colby@schwab.com
maryann.mcginn@schwab.com
matthew.hastings@schwab.com
mei-luh.lee@schwab.com
michael.chang@schwab.com
michael.ginestro@schwab.com
michael.lin@schwab.com
michael.loudermilk@schwab.com
michael.neitzke@schwab.com
mick.brown@schwab.com
mike.devlin@schwab.com
mildred.patubo@schwab.com
nigel.murtagh@schwab.com
olga.milosavljevic@schwab.com
payel.ghosh@schwab.com
pearl.chang@schwab.com
peter.campfield@schwab.com
philip.neyland@schwab.com
phillip.pilch@schwab.com
raynisa.wilson@schwab.com
renee.dougherty@schwab.com
robert.acheritogaray@schwab.com
ron.toll@schwab.com
sarah.schumacher@schwab.com
scott.rhoades@schwab.com
sheldon.engler@schwab.com
sidney.yu@schwab.com
smichael@schwab.com
stephen.b.ward@schwab.com
stephen.rowenhorst@schwab.com
steven.chan@schwab.com
steven.hung@schwab.com
suzanne.mckenzie@schwab.com
tai.truong@schwab.com
thomas.brown@schwab.com
thomas.gregg@schwab.com
thomas.werbinski@schwab.com
todd.fraser@schwab.com

## Company & Corresponding Email Addresses

tyler.blum@schwab.com
vijayaanand.karuppia@schwab.com
vivienne.hsu@schwab.com
william.merrill@schwab.com
yana.posovsky@schwab.com

### scif
mraleman@scif.com

### scj
dsampson@scj.com

### scl
m_matsumoto@scl.co.jp

### scmadv
aalaimo@scmadv.com
achow@scmadv.com
agutierrez@scmadv.com
ahicks@scmadv.com
bbishop@scmadv.com
bkane@scmadv.com
bmoss@scmadv.com
cbonomi@scmadv.com
csmith@scmadv.com
dconrad@scmadv.com
dcouden@scmadv.com
gseneca@scmadv.com
jbishop@scmadv.com
jdawson@scmadv.com
jjacobi@scmadv.com
ksaha@scmadv.com
lmilner@scmadv.com
slee@scmadv.com
traci@scmadv.com
wgoodrich@scmadv.com

### scm-lp
andrew.emory@scm-lp.com
andrewb@scm-lp.com
arunm@scm-lp.com
austinc@scm-lp.com
christineg@scm-lp.com
dwightw@scm-lp.com
eugenew@scm-lp.com
garyc@scm-lp.com
glennw@scm-lp.com
harisha@scm-lp.com
iand@scm-lp.com
jdraves@scm-lp.com
jeffb@scm-lp.om
jeffc@scm-lp.com
jennap@scm-lp.com
jeremym@scm-lp.com
johnd@scm-lp.com
johnl@scm-lp.com
kevink@scm-lp.com
kitm@scm-lp.com
larryg@scm-lp.com

**Company & Corresponding Email Addresses**

markc@scm-lp.com
matt@scm-lp.com
mattc@scm-lp.com
matthewg@scm-lp.com
mikec@scm-lp.com
mikef@scm-lp.com
nicolao@scm-lp.com
robt@scm-lp.com
sierdt@scm-lp.com
stevem@scm-lp.com
steven@scm-lp.com
todd@scm-lp.com
toma@scm-lp.com
willd@scm-lp.com

**scor**

clegrand@scor.com
elafage@scor.com
fdevarenne@scor.com
ffluteau@scor.com
gdubus@scor.com
hcalder@scor.com
jtilquin@scor.com
ljacquot@scor.com
prousseau@scor.com
skosthowa@scor.com

**scoteq**

akryan@scoteq.co.uk
elaine.crichton@scoteq.co.uk
mweir@scoteq.co.uk
nsmeaton@scoteq.co.uk

**scotiabank**

andy.poon@scotiabank.com
barbara.beller@scotiabank.com
chunken.lee@scotiabank.com
david_muldoon@scotiabank.ie
fran.oneill@scotiabank.ie
gilbert.li@scotiabank.com
ian.berry@scotiabank.com
jeremy.wong@scotiabank.com
jim.odoherty@scotiabank.ie
john.leonard@scotiabank.ie
jrmcampbell@scotiabank.ie
karen.leung@scotiabank.com
pkluge@scotiabank.com

**scotiacapiral**

ringo_lau@scotiacapiral.com

**scotiacapital**

abaratta@scotiacapital.com
akito_nishiwaki@scotiacapital.com
alain.belanger@scotiacapital.com
alan_ginsberg@scotiacapital.com
andre_depass@scotiacapital.com
ari_zaionz@scotiacapital.com
bernie_tan@scotiacapital.com

## Company & Corresponding Email Addresses

brad_hotson@scotiacapital.com
carrie_denton@scotiacapital.com
chris_camisa@scotiacapital.com
chris_septirymen@scotiacapital.com
daniel_moore@scotiacapital.com
daniil_bunimovich@scotiacapital.com
david_ford@scotiacapital.com
david_heath@scotiacapital.com
dean_bates@scotiacapital.com
dominic_scarano@scotiacapital.com
edwin_goh@scotiacapital.com
eitan_straisfeld@scotiacapital.com
ernie_mammano@scotiacapital.com
garry_fredrickson@scotiacapital.com
gen_metsugi@scotiacapital.com
george_neofitidis@scotiacapital.com
grace_lim@scotiacapital.com
greg_woynarski@scotiacapital.com
heather_fraser@scotiacapital.com
hideo_mine@scotiacapital.com
howard_lacy@scotiacapital.com
james_gallant@scotiacapital.com
jeffrey_boland@scotiacapital.com
jenny_tham@scotiacapital.com
jim_crandall@scotiacapital.com
joe_hurley@scotiacapital.com
john_cullen@scotiacapital.com
john_hynes@scotiacapital.com
john_morale@scotiacapital.com
john_ryan@scotiacapital.com
julia_yung@scotiacapital.com
keith_linde@scotiacapital.com
kevin_f_fitzgerald@scotiacapital.com
kevin_ray@scotiacapital.com
kshamta_kaushik@scotiacapital.com
kyle_mclean@scotiacapital.com
luke_evans@scotiacapital.com
malcolm_park@scotiacapital.com
mark_breault@scotiacapital.com
mark_strickland@scotiacapital.com
martin_sibileau@scotiacapital.com
martin_weeks@scotiacapital.com
matt_giffen@scotiacapital.com
maureen_tieman@scotiacapital.com
michael_aglialoro@scotiacapital.com
michael_smith@scotiacapital.com
mike_fortier@scotiacapital.com
mohamed_walji@scotiacapital.com
niall_whelan@scotiacapital.com
nick_chan@scotiacapital.com
nick_kibblewhite@scotiacapital.com
norman_last@scotiacapital.com
patrick_wong@scotiacapital.com
paul_godfrey@scotiacapital.com

## Company & Corresponding Email Addresses

paul_harrison@scotiacapital.com
paul_phillips@scotiacapital.com
peter_snook@scotiacapital.com
pruyn_haskins@scotiacapital.com
rcole@scotiacapital.com
ricardo.funes@scotiacapital.com
rmillard@scotiacapital.com
rmustard@scotiacapital.com
rob_paskulin@scotiacapital.com
ronald_dooley@scotiacapital.com
ronan_lynch@scotiacapital.com
russell_gibbons@scotiacapital.com
ryan_ferguson@scotiacapital.com
sam_shiu@scotiacapital.com
sanju_raturi@scotiacapital.com
scott_clements@scotiacapital.com
scott_dulmage@scotiacapital.com
sean_buchan@scotiacapital.com
simon_burdett@scotiacapital.com
steven_butler@scotiacapital.com
subashini_chandran@scotiacapital.com
tony_silva@scotiacapital.com
tryfo@scotiacapital.com
wai_mei_leong@scotiacapital.com
yoke_har_ng@scotiacapital.com

**scotiacaptial**
adolan@scotiacaptial.ie

**scotiacassels**
amit_marwaha@scotiacassels.com

**scotiamarkets**
steven_ng@scotiamarkets.com

**scotiatreasury**
gary_bundsho@scotiatreasury.com

**scotiishwidows**
niel.sutherland@scotiishwidows.com

**scottishlife**
nlovatt@scottishlife.co.uk
sbennett@scottishlife.co.uk

**scottishpower**
andrew.neilson2@scottishpower.plc.uk
david.foster@scottishpower.plc.uk
david.ross@scottishpower.com
jacqueline.redmond@scottishpower.plc.uk
peter.durman@scottishpower.com
simon.lowth@scottishpower.com

**scottishwidows**
adrian.eastwood@scottishwidows.co.uk
alastair.reynolds@scottishwidows.co.uk
anne.duncan@scottishwidows.co.uk
bruce.miller@scottishwidows.co.uk
derek.crooks@scottishwidows.co.uk
derek.gall@scottishwidows.co.uk
keith.muir@scottishwidows.co.uk
kevin.doerr@scottishwidows.co.uk

## Company & Corresponding Email Addresses

michael.green@scottishwidows.co.uk
michael.jowitt@scottishwidows.co.uk
michael.joyce@scottishwidows.co.uk
michael.payne@scottishwidows.co.uk
peter.glancy@scottishwidows.co.uk
roddy.macpherson@scottishwidows.co.uk

### scottstringfellow

abergman@scottstringfellow.com
gjones@scottstringfellow.com
gshipp@scottstringfellow.com
jhaggerty@scottstringfellow.com
wmcmaster@scottstringfellow.com

### scsalliance

gdamond@scsalliance.com
ivogtle@scsalliance.com
tdm@scsalliance.com
wmuraydem@scsalliance.com

### scsb

chlee@scsb.com.tw
cinny@scsb.com.tw
dick@scsb.com.tw
ericho@scsb.com.tw
hsucc@scsb.com.tw
joanna@scsb.com.tw
tiger5@scsb.com.tw
vivianha99@scsb.com.tw
yuching@scsb.com.tw

### scsbank

wmurayden@scsbank.com

### scudder

abe_wons@scudder.com
ahmad_zuaiter@scudder.com
alison_lifland@scudder.com
andrew_norris@scudder.com
ann_heffron@scudder.com
barbara_lentine@scudder.com
bart_holl@scudder.com
brian_brocious@scudder.com
brian_fahrman@scudder.com
charles_king@scudder.com
chelsea_blaylock_miller@scudder.com
chris_steward@scudder.com
cody_mccubbin@scudder.com
connie_moran@scudder.com
craig_kohler@scudder.com
curtis_butler@scudder.com
dale_geurts@scudder.com
dan_csuma@scudder.com
daniil_taytsel@scudder.com
david_wines@scudder.com
donna_issac@scudder.com
ed_baldini@scudder.com
ed_chisholm@scudder.com
ed_games@scudder.com

## Company & Corresponding Email Addresses

edmond_villani@scudder.com
eric_engebretson@scudder.com
felix_khaychuk@scudder.com
felix_norbut@scudder.com
frank_rachwalski@scudder.com
gerald_moran@scudder.com
greg_sivin@scudder.com
heddy_elbedewe@scudder.com
hlynch@scudder.com
jennifer_bloomfield@scudder.com
joan_r._gregory@scudder.com
jon.boorman@scudder.co.uk
jonathan.lee@scudder.com
joseph_lee@scudder.com
karen_boyne@scudder.com
kathleen_h._parker@scudder.com
kathleen_lasch@scudder.com
keith_savard@scudder.com
kevin_zhu@scudder.com
kieran_kearins@scudder.com
kimberly_trani@scudder.com
laura_peres@scudder.com
leon_lowenstine@scudder.com
louise_carley@scudder.com
luanne_zurlo@scudder.com
marc_zupicich@scudder.com
marinella_bogaziotis@scudder.com
mark_morgan@scudder.com
mary_shanks@scudder.com
matt_hergott@scudder.com
maureen_sullivan@scudder.com
mehdi_dazi@scudder.com
melissa_kwan@scudder.com
michael.etzkorn@scudder.com
michael_hart@scudder.com
michael_lengowski@scudder.com
midge_kubiniec@scudder.com
mirtha_morin@scudder.com
nathan_lee@scudder.com
nick_anisimov@scudder.com
paul_rogers@scudder.com
pet_olsen@scudder.com
ray_helfer@scudder.com
richard_chen@scudder.com
rick_jackson@scudder.com
robert_king@scudder.com
robin_kraemer@scudder.com
roni_white@scudder.com
sharon_mahoney@scudder.com
susan_gray@scudder.com
tara_kenney@scudder.com
ted_andrews@scudder.com
tina_wang@scudder.com
tommy_kriengprarthana@scudder.com

**Company & Corresponding Email Addresses**

tony_borges@scudder.com
tracy_desjardins@scudder.com
william_tobey@scudder.com
wren_york@scudder.com
yuriy_melnikov@scudder.com

**scudderr**
felix_norbut@scudderr.com

**sdcera**
bxjohnson@sdcera.org
ddeutsch@sdcera.org
jreyes@sdcera.org
lneedle@sdcera.org

**sdcwa**
kbrust@sdcwa.org

**sdm**
baudoixa@sdm.cic.fr
colinja@sdm.cic.fr
delamatu@sdm.cic.fr
hoangan@sdm.cic.fr
jeannire@sdm.cic.fr
letouzcy@sdm.cic.fr
mallater@sdm.cic.fr
mercieni@sdm.cic.fr
pannetbr@sdm.cic.fr
sadowsth@sdm.cic.fr
saintral@sdm.cic.fr

**seaboardco**
gp@seaboardco.com

**seabridge**
gkeith@seabridge.com

**seacapinvests**
jwiesner@seacapinvests.com
kschultz@seacapinvests.com

**seagate**
karri.s.barry@seagate.com
marianne.beckwith@seagate.com
walter.chang@seagate.com

**seas**
anarg@seas.upenn.edu
ashpole@seas.upenn.edu
bhedvat@seas.upenn.edu
cynthiax@seas.upenn.edu
ganas@seas.upenn.edu
julieaw@seas.upenn.edu
jungsun@seas.upenn.edu
liyi@seas.upenn.edu
sanvi@seas.upenn.edu
shhedvat@seas.upenn.edu

**seattle**
kellie.craine@seattle.gov
rod.rich@seattle.gov

**seawardmgmt**
cbarrow@seawardmgmt.com
ckennedy@seawardmgmt.com

**Company & Corresponding Email Addresses**

gmikula@seawardmgmt.com
jbratschi@seawardmgmt.com
jcook@seawardmgmt.com
kfougere@seawardmgmt.com
rscoville@seawardmgmt.com
twoodhouse@seawardmgmt.com

**seb**

aasa.annerstedt@seb.se
albert.hammar@seb.se
alison.sandor@seb.se
anders.christensen@seb.dk
anders.christiansen@seb.se
anders.kvist@seb.se
anders.nordborg@seb.se
anders.stensbol@seb.se
anders.x.hogberg@seb.se
andreas.x.hansson@seb.se
andrew.tipper@seb.se
annika.bolin@seb.se
annika.falkengren@seb.se
apostolos.mimikos@seb.co.uk
asa.jemseby@seb.se
asa.palm@seb.se
athanase.pispas@seb.se
carl.dimeo@seb.se
carl.hammar@seb.se
carl.jensen@seb.dk
carl-christian.hoeg@seb.se
caroline.lundqvist@seb.se
carsten.dehn@seb.se
chris.dorman@seb.se
christer.andersson@seb.se
christer.wennerberg@seb.se
christian.fredriksson@seb.se
christian.heiberg@seb.se
christian.jessen@seb.se
christian.kuehn@seb.de
christian.thulin@seb.se
christopher.flensborg@seb.se
christopher.kandimaa@seb.co.uk
claes.lachmann@seb.se
claus.klarup.christiansen@seb.dk
daniel.bjork@seb.se
daniel.wendin@seb.se
david.steiner@seb.se
derek.simmross@seb.se
elis.olsson@seb.se
francis.delattre@seb.se
frank.isaksen@seb.no
fredrik.barnekow@seb.se
fredrik.hultgren@seb.se
fredrik.jansson@seb.se
fredrik.lockne@seb.se
fredrik.sundvall@seb.se

**Company & Corresponding Email Addresses**

goran.farkas@seb.se
goran.fors@seb.se
gunnar.gustafsson@seb.se
gustav.fyring@seb.se
hanse.ringstrom@seb.se
helene.e.pettersson@seb.se
henrik.therkildsen@seb.se
holger.cassens@seb.de
igor.ribaric@seb.de
jamie.morris@seb.se
jan.bryding@seb.dk
jan.parsons@seb.se
janrune.skorpen@seb.se
jenny.ramstedt@seb.se
jens.kramarczik@seb.de
joakim.strom@seb.se
joern.carsten.schmid@seb.de
johan.larsson@seb.se
johan.rydelius@seb.se
johan.wallenborg@seb.se
johan.wennerholm@seb.se
john.bodker@seb.se
john.wang@seb.se
jonas.g.larsson@seb.se
jonas.x.lundberg@seb.se
julie.ellneby@seb.se
karin.lindlad@seb.se
karl.nordlander@seb.se
karsten.hansen@seb.se
klas.eklund@seb.se
krissy.rands@seb.co.uk
lars.juelskjaer@seb.se
laurence.diebolt@seb.lu
leif.almhorn@seb.se
leif.andersson@seb.se
linda.brandt@seb.se
lisbeth.moller-larsen@seb.dk
magnus.carlsson@seb.se
magnus.hedin@seb.se
magnus.lilja@seb.se
magnus.lilje@seb.se
magnus.lindholm@seb.se
magnus.ward@seb.se
marc.daniel.heinz@seb.de
marco.paolucci@seb.lu
marcus.christiansson@seb.se
marcus.kinch@seb.se
marcus.wallenberg@seb.se
markus.christiansson@seb.se
martin.axell@seb.se
martin.johansson@seb.se
martin.polach@seb.de
martin.serse@seb.se
mathias.alrixion@seb.se

**Company & Corresponding Email Addresses**

mats.wirdefeldt@seb.se
mette.osterbye@seb.se
michael.bruun@seb.dk
michael.mattsson@seb.se
mie.jakobsen@seb.se
mie.peters@seb.se
mikael.anveden@seb.se
mikael.haglund@seb.se
mikael.spangberg@seb.se
mireille.rydberg@seb.se
nick.mchale@seb.co.uk
nicolas.dechamps@seb.se
niels.lorentz@seb.se
niels.ulrik.mousten@seb.se
ole.harmsen@seb.dk
olof.ahlback@seb.se
otto.francke@seb.se
ove.jensen@seb.dk
patrick.pircher@seb.co.uk
patrik.zingmark@seb.se
per.lundqvist@seb.se
per-arne.blomquist@seb.se
peter.andren@seb.se
peter.b.wikstrom@seb.se
peter.friedmann@seb.de
peter.holtermand@seb.se
peter.hostrup@seb.se
peter.sward@seb.se
petter.andreassen@seb.se
petter.kristiansen@seb.se
philip.winckle@seb.se
pierpaolo.squillante@seb.lu
rickard.stenberg@seb.se
rickard.synnergren@seb.se
robert.johansson@seb.se
roger.gifford@seb.co.uk
ronny.moller@seb.se
rowan.flatt@seb.co.uk
sandrine.gregoire@seb.lu
simon.osterberg@seb.se
simone.busalt@seb.de
soren.hovgaard@seb.dk
staffan.beckvid@seb.se
steen.melton@seb.dk
stefan.friberg@seb.se
stefan.marelid@seb.se
stefan.nielsson@seb.se
stefan.tordai@seb.se
stefania.bianchi@seb.se
steffen.jordan@seb.de
stephan.treschow@seb.se
stevce.mojanovski@seb.se
steven.yorke@seb.se
stuart.fleet@seb.co.uk

## Company & Corresponding Email Addresses

teis.knuthsen@seb.se
thomas.bengtson@seb.se
thomas.eitzen@seb.no
thomas.lonnerstam@seb.se
thomas.lund@seb.co.uk
thor.skaret@seb.se
tom.brofors@seb.se
tomas.rydin@seb.se
tomas.wiklander@seb.se
ulf.noren@seb.se
uwe.pyde@seb.de
uwe.schwarz@seb.de
wolfgang.kuhl@seb.de

### sebam

andre.horn@sebam.de
andreas.gartner@sebam.de
choysoon.chua@sebam.de
dieter.wawrzinek@sebam.de
frank.laufenburg@sebam.de
juergen.meyer@sebam.de
julian.mittag@sebam.de
ken-ji.kok@sebam.de
marco.duenkeloh@sebam.de
mark.waehner@sebam.de
martin.figge@sebam.de
martin.schau@sebam.de
norbert.schley@sebam.de
stefan.fimmen@sebam.de
thomas.koerfgen@sebam.de
thorsten.koch@sebam.de
thorsten.schilling@sebam.de

### sebank

yvonne.siljelof@sebank.se

### sebfundservices

ronald.meyer@sebfundservices.lu

### sebgroup

marie.eriksson@sebgroup.lu

### sebgyllenberg

allan.ray@sebgyllenberg.fi

### seb-invest

thomas.koerfgen@seb-invest.de

### sebny

anders.c.johansson@sebny.com
brian.lomax@sebny.com
christian.dahlberg@sebny.com
jack.peene@sebny.com
kiran.gandhi@sebny.com
stefan.ericson@sebny.com
stefan.johansson@sebny.com

### sebprivatebank

christian.glowig@sebprivatebank.com
christian.glowing@sebprivatebank.com
victor.oliveira@sebprivatebank.com

### sebprivatebanking

## Company & Corresponding Email Addresses

henrik.trulsson@sebprivatebanking.com
joergen.staf@sebprivatebanking.com
karsten.marzoll@sebprivatebanking.com
lotta.aleblad@sebprivatebanking.com
martin.bronner@sebprivatebanking.com

**sec**
toshiaki_ito@sec.orix.co.jp

**secmut**
vweber@secmut.com

**secumd**
robert.sepich@secumd.com
tony.caccese@secumd.com

**securian**
gary.hatfield@securian.com

**securities**
lwagen@securities.co.uk
nkelly@securities.co.uk

**security**
nick.buckles@security.securicor.co.uk

**securitybenefit**
roger.offermann@securitybenefit.com
tami.marshall@securitybenefit.com

**securitycapital**
cmoore@securitycapital.comj

**securitykag**
alfred.kober@securitykag.at
peter.ladreiter@securitykag.at

**sed**
fredrik.fyring@sed.se

**sedbank**
johan.rosen@sedbank.se

**sede**
vincenzo.ferrari@sede.estense.coop.it

**sedlabanki**
agusta.johnson@sedlabanki.is
arnor.sighvatsson@sedlabanki.is
bergur.bardason@sedlabanki.is
eirikur.gudnason@sedlabanki.is
jon.sigurgeirsson@sedlabanki.is
karen.vignisdottir@sedlabanki.is
rene.kallestrup@sedlabanki.is
sturla.palsson@sedlabanki.is
thorarinn.petursson@sedlabanki.is

**seic**
acruel@seic.com
amarsteller@seic.com
amillen@seic.com
asthill@seic.com
aulli@seic.com
bludwig@seic.com
bpeters@seic.com
daniloff@seic.com
dhaslam@seic.com
dlac@seic.com

## Company & Corresponding Email Addresses

dwelch@seic.com
ebarbaneagra@seic.com
edendy@seic.com
ekeating@seic.com
equinn@seic.com
gbyrnes@seic.com
gkurdziel@seic.com
gsoeder@seic.com
ipooe@seic.com
jmartielli@seic.com
jsmigiel@seic.com
kata@seic.com
kmarkar@seic.com
krkline@seic.com
lwoo@seic.com
lzetterberg@seic.com
mbitar@seic.com
mfair@seic.com
mfusarelli@seic.com
mmanning@seic.com
mschafer@seic.com
nbejaoui@seic.com
nwagner@seic.com
pbednarek@seic.com
pdesantis@seic.com
pphelan@seic.com
questions@seic.com.
rbamford@seic.com
rgaskell@seic.com
rmeyer@seic.com
robertu@seic.com
smarsh@seic.com
ssimko@seic.com
tmccorkell@seic.com
tsauermelch@seic.com
vhan@seic.com
wwightman@seic.com

**sek**

archana.gupta@sek.se
emma@sek.se
erik.haden@sek.se
george.englund@sek.se
jatd@sek.se
klas.axelman@sek.se
laho@sek.se
mibr@sek.se
patrik.lindgren@sek.se
peaa@sek.se
per.molinder@sek.se
rasmus.blomquist@sek.se
rian@sek.se
soli@sek.se
ulbo@sek.se
ulf.boden@sek.se

## Company & Corresponding Email Addresses

**sekisui**
yuushi001@sekisui.jp

**selective**
allison.dekker@selective.com
connie.maillet@selective.com
diederik.olijslager@selective.com
fred.ferraro@selective.com
john.venusti@selective.com
kerry.guthrie@selective.com
kevin.kelly@selective.com
lydia.norton@selective.com
richard.duggan@selective.com
teresa.thomas@selective.com

**selectiveinsurance**
rankr@selectiveinsurance.com

**selectum**
paul.springorum@selectum.be
rein.schutte@selectum.be

**selex-si**
apansini@selex-si.com

**sella**
adele.morsa@sella.it
andrea.cortese@sella.it
andrea.povero@sella.it
anna.francia@sella.it
anna.moro@sella.it
bruno.torchio@sella.it
claudio.boggio@sella.it
crema.federico@sella.it
enrico.baroni@sella.it
enrico.carta_zina@sella.it
fabrizio.antoniotti@sella.it
fabrizio.penso@sella.lu
francesca.fiammengo@sella.it
francesca.rinaldi@sella.it
francesco.diriso@sella.it
giancarlo.lanzotti@sella.it
gianni.franciscono@sella.it
ginafranco.cuscie@sella.it
giorgia.ghiglia@sella.it
guido.pella@sella.it
jose.drago@sella.it
leonardo.cervelli@sella.it
lorenzo.donna@sella.it
mauro.gavietto@sella.it
mauro.menzio@sella.it
michela.fenzi@sella.it
mirko.beltrami@sella.it
nadia.blasone@sella.it
nicolo'.mattana@sella.it
paolo.olivetto@sella.it
paolo.valle@sella.it
revolon.alberto@sella.it
roberto.paglino@sella.it

**Company & Corresponding Email Addresses**

ruggero.botto@sella.it
silvio.fantini@sella.it
stefania.andreotti@sella.it

**sellagestioni**

massimo.calvagno@sellagestioni.it
paolo.rossi@sellagestioni.it

**semfinny**

agarcia@semfinny.com

**seminole-electric**

gcuyler@seminole-electric.com

**senecacapital**

atam@senecacapital.com
bbaker@senecacapital.com
bchen@senecacapital.com
bgutierrez@senecacapital.com
bmelton@senecacapital.com
bmueller@senecacapital.com
cmarinko@senecacapital.com
csloyer@senecacapital.com
fcooley@senecacapital.com
gdimagiba@senecacapital.com
hnathan@senecacapital.com
jhayes@senecacapital.com
jprestine@senecacapital.com
mbublitz@senecacapital.com
mshamia@senecacapital.com
mto@senecacapital.com
nwilson@senecacapital.com
pippolito@senecacapital.com
rlittle@senecacapital.com
rvoigt@senecacapital.com
sboscoe@senecacapital.com
tgrande@senecacapital.com
twong@senecacapital.com
upatel@senecacapital.com

**senfin**

susanne.reichenbach@senfin.verwalt-berlin.de

**sentinelfunds**

ckresco@sentinelfunds.com
kmcdonough@sentinelfunds.com
tbrownell@sentinelfunds.com

**sentinelinvestments**

hroper@sentinelinvestments.com

**sentraspelman**

ssmith@sentraspelman.com

**sentry**

mark.evans@sentry.com

**sentry-direct**

dkeefe@sentry-direct.com

**seoulbank**

dongylee@seoulbank.net
jaechoonl@seoulbank.net
seansryu@seoulbank.net
twozn@seoulbank.co.kr

## Company & Corresponding Email Addresses

ykk@seoulbank.net
yskim@seoulbank.net

**septa**
dcancelmo@septa.org

**servibanca**
anunes@servibanca.pt
apiloto@servibanca.pt
btanner@servibanca.pt
fribeiro@servibanca.pt
jleitao@servibanca.pt
jpalmela@servibanca.pt
jvelasco@servibanca.pt
malemao@servibanca.pt
rlopes@servibanca.pt
sala.mercados@servibanca.pt

**serviceasset**
rmiller@serviceasset.com

**setre**
erika.lundquist@setre.mail.abb.com
johan.jonson@setre.mail.abb.com

**seven-cm**
rlabbe@seven-cm.com

**sevenco**
mats.onner@sevenco.se

**sfbank**
kedwards@sfbank.co.uk

**sfbcic**
dgriffin@sfbcic.com
dstipe@sfbcic.com
hhyslop@sfbcic.com

**sfbli**
carol@sfbli.com
dcarlisle@sfbli.com
ddivine@sfbli.com
hlbrown@sfbli.com
mpolk@sfbli.com

**sfc-uk**
dudley@sfc-uk.com
hakan@sfc-uk.com
jasond@sfc-uk.com
kamran@sfc-uk.com
rehan@sfc-uk.com
spike@sfc-uk.com
steven@sfc-uk.com
sultan@sfc-uk.com
zaheer@sfc-uk.com

**sfdrill**
coliver@sfdrill.com
nmoran@sfdrill.com

**sffs**
manfred.eisenhuth@sffs.siemens.de

**sfim**
jtaylor-firth@sfim.co.uk
rsargent@sfim.co.uk

## Company & Corresponding Email Addresses

tcollins@sfim.co.uk
tcomins@sfim.co.uk
thowe@sfim.co.uk
vsilvester@sfim.co.uk

**sfmny**
andres_finkielsztain@sfmny.com
marc_weiden@sfmny.com
mike_donatelli@sfmny.com
patrick_yee@sfmny.com
tim_rice@sfmny.com
william_mehl@sfmny.com

**sfmtok**
masaki.shimazu@sfmtok.co.jp

**sfs**
benedikt.kutschevas@sfs.siemens.de
eva.pietsch@sfs.siemens.de
iris.kern@sfs.siemens.de
jan.elischberger@sfs.siemens.de
joachim.henssler@sfs.siemens.de
joachim.inkmann@sfs.siemens.de
katharina.neidert@sfs.siemens.de
manfred.hartl@sfs.siemens.de
martinious.hartmann@sfs.siemens.de
matthias.plenio@sfs.siemens.de
michael.sack@sfs.siemens.de
ronald.huebener@sfs.siemens.de
stephan.zeigler@sfs.siemens.de
tony.lindstroem@sfs.siemens.de
wolfgang.lotze@sfs.siemens.de

**sg**
bill_derasmo@sg.mufg.jp
markus.naef@sg.ch
martin.schuepbach@sg.ch

**sgadvisors**
awilkinson@sgadvisors.com

**sgam**
abdeljellil.bouzidi@sgam.com
adriano.difatta@sgam.com
alain.clot@sgam.com
alain.ernewein@sgam.com
alain.fontenla@sgam.com
alain.pitous@sgam.com
alain.rocher@sgam.com
alain.tematio@sgam.com
alan.coq@sgam.com
alan.torry@sgam.co.uk
alexandra.delacroix@sgam.com
alexandre.sanchez@sgam.com
alexandre.tournier@sgam.com
andre.bonder@sgam.com
andrew.jackson@sgam.co.uk
anna.facchinet@sgam.com
anne.leborgne@sgam.com
antoine.machado@sgam.com

**Company & Corresponding Email Addresses**

antonia.kopitsa@sgam.com
aous.labbane@sgam.com
arie.assayag@sgam.com
aurelie.renard@sgam.com
aymar.deleotoing@sgam.com
aymeric.de-drouas@sgam.com
aymerick.de-drouas@sgam.com
benoit.maguet@sgam.com
bernadette.busquere@sgam.com
bernard.kalfon@sgam.com
bertrand.de-dinechin@sgam.com
beryl.bouvier-di-nota@sgam.com
brigitte.le-bris@sgam.com
candice.campbell@sgam.com
carole.arumainayagam@sgam.co.uk
caroline.gauthier@sgam.com
cedric.chaboud@sgam.com
charles.haddad@sgam.com
charles-etienne.de-cidrac@sgam.com
chengling.yeang@sgam.com
chiaa.babya@sgam.com
chiraz.mnif@sgam.com
chris.mckellick@sgam.co.uk
christian.gueldry@sgam.com
christophe.de-failly@sgam.com
christophe.lalo@sgam.com
christophe.marcilloux@sgam.com
christophe.neuville@sgam.fr
christophe.puyo@sgam.com
claire.desmalades@sgam.com
claude.cavard@sgam.com
claude.morice@sgam.com
claude.rivaud@sgam.com
clothilde.malaussene@sgam.com
colin.riddles@sgam.co.uk
corinne.nicollet@sgam.com
corinne.rifa-saurel@sgam.com
craig.harper@sgam.co.uk
curzon.peier@sgam.co.uk
daniel.deroubaix@sgam.com
daniel.herbera@sgam.com
david.benson@sgam.co.uk
david.blanchard@sgam.com
david.foubard@sgam.com
david.kabile@sgam.com
david.liddell@sgam.com
david.thiery@sgam.com
didier.borowski@sgam.com
dominique.zelmanowicz@sgam.com
elena.harder@sgam.com
emilie.chauvet@sgam.com
emmanuel.defigueiredo@sgam.com
emmanuel.painchault@sgam.com
emmanuel.robinet@sgam.com

**Company & Corresponding Email Addresses**

eric.bar@sgam.com
eric.bramoulle@sgam.com
eric.brard@sgam.com
eric.mijot@sgam.com
eric.talleux@sgam.com
eric.tournier@sgam.com
eric.turjeman@sgam.com
eric.voelckel@sgam.com
erwan.keraudy@sgam.com
esther.dijkman@sgam.com
ethan.reiner@sgam.com
etienne.margueritat@sgam.com
eva.riou@sgam.com
evelyn.ong@sgam.com
fabienne.crayssac@sgam.com
felicie.lhoste@sgam.com
francis.lee@sgam.com
franck.leroy@sgam.com
francois.laget@sgam.com
francois.soupe@sgam.com
francoise.guillaume@sgam.com
francois-guillaume.rideau@sgam.com
francois-xavier.deucher@sgam.com
frederic.aujard@sgam.com
frederic.barroyer@sgam.com
frederic.boungnaseng@sgam.com
frederic.lepetit@sgam.com
frederic.pons@sgam.com
frederique.dubrion@sgam.com
fridoline.mapakou@sgam.com
gareth.isaac@sgam.com
gary.brandom@sgam.co.uk
gilles.a.garnier@sgam.com
grace.ho@sgam.com
gregoire.ledoux@sgam.com
gregoire.pesques@sgam.com
guillaume.rigeade@sgam.com
guy.lodewyckx@sgam.com
guy.sidiki@sgam.com
guy.thomas@sgam.com
hamdi.karray@sgam.com
hanna.assayag@sgam.com
hari.sandhu@sgam.co.uk
hassan.lahlou@sgam.com
hayley.featherstone@sgam.co.uk
henrik.de-koning@sgam.com
hoang-my.n'guyen@sgam.com
hovik.mazedjian@sgam.com
hugh.grieves@sgam.co.uk
hugh.sergeant@sgam.co.uk
hugues.bernamonti@sgam.com
ioana.lefebvre-vornic@sgam.com
isabelle.ardon@sgam.com
isabelle.degavoty@sgam.com

**Company & Corresponding Email Addresses**

jacqueline.peinaud@sgam.com
james.kwok@sgam.com
james.livingstone-wallace@sgam.com
jean-charles.delcroix@sgam.com
jean-charles.gand@sgam.com
jeanjoseph.memeteau@sgam.com
jean-louis.lanaute@sgam.com
jean-michel.vallas@sgam.com
jean-pierre.vincent@sgam.com
jerome.cazaux@sgam.com
john.morton@sgam.com
john.richards@sgam.co.uk
john.stafford@sgam.co.uk
jonathan.halioua@sgam.com
julien.jarmoszko@sgam.co.uk
julien.vannier@sgam.com
kais.mbarek@sgam.com
karin.vivier@sgam.com
ken.wren@sgam.co.uk
lai.ly@sgam.com
laurence.guerin@sgam.com
laurence.henaff@sgam.com
laurence.taillandier-mathieu@sgam.com
laurie.fournier@sgam.com
lionel.gitzinger@sgam.com
lionel.knezaurek@sgam.com
lionel.parisot@sgam.com
lorenzo.gallenga@sgam.com
louis.lavoie@sgam.com
luis.dejuan@sgam.com
malcolm.murray@sgam.co.uk
marc.paasch@sgam.com
marco.wong@sgam.com
marie-anne.allier@sgam.com
marie-helene.jenny@sgam.com
marie-suzanne.mazelier@sgam.com
marina.boutry-cuypers@sgam.com
marina.cohen@sgam.com
marlene.archer@sgam.com
masataka.akimoto@sgam.com
mathieu.azzouz@sgam.com
matthew.robertson@sgam.co.uk
michael.hayat@sgam.com
michael.levy@sgam.com
michala.marcussen@sgam.com
michel.agou@sgam.com
michel.menigoz@sgam.com
michel.palitcheff@sgam.com
michele.jolive@sgam.com
morgane.prou@sgam.com
nadia.elhammoumi-bensaci@sgam.com
nadine.glicenstein@sgam.com
nanako.yabe@sgam.com
nathalie.caillat@sgam.com

**Company & Corresponding Email Addresses**

nathalie.masniere@sgam.com
nicolas.guyon-gellin@sgam.com
nicolas.muller@sgam.com
nishit.shah@sgam.co.uk
olfa.maalej@sgam.com
olivier.dupond@sgam.com
olivier.garnier@sgam.com
olivier.korber@sgam.com
olivier.maman@sgam.com
pascal.fournie-taillant@sgam.com
patrick.herfroy@sgam.com
patrick.lefort@sgam.com
patrick.william@sgam.com
pauline.abadie@sgam.com
pauline.toffier@sgam.com
peter.lee@sgam.com
philippe.brosse@sgam.com
philippe.colas@sgam.com
philippe.de-gouville@sgam.com
philippe.joly@sgam.com
philippe.langham@sgam.co.uk
philippe.lasnier-de-lavalette@sgam.com
philippe.mitaine@sgam.com
philippe.mouy@sgam.com
pierre.capra@sgam.com
pierre.fourche@sgam.com
pierre.gomot@sgam.com
pierre-jean.marcon@sgam.com
quoc-giao.tran@sgam.com
raphael.couble@sgam.com
raphael.dieterlen@sgam.com
raphael.dubois@sgam.com
raymond.rouphael@sgam.com
roland.sotula@sgam.com
sabine.cosse@sgam.com
saide.el-hachem@sgam.com
sandrine.vannier@sgam.com
sarah.martin@sgam.com
sarah.pohlinger@sgam.co.uk
sarah.polhinger@sgam.co.uk
schlomy.botbol@sgam.com
sebastien.dumay@sgam.com
serge.darolles@sgam.com
severine.leprise@sgam.com
sgam.eco@sgam.com
shaun.giacomo@sgam.com
sophie.carter@sgam.co.uk
sophie.dedise@sgam.com
sosi.vartanesian@sgam.com
sosi.vartanesyan@sgam.com
stephanie.akhal@sgam.com
stephanie.faibis@sgam.com
steven.gould@sgam.com
stewart.gilmartin@sgam.co.uk

## Company & Corresponding Email Addresses

takouhi.tchertchian@sgam.co.uk
tanguy.de-lauzon@sgam.com
tarek.akrout@sgam.com
theduy.nguyen@sgam.com
thierry.bechu@sgam.com
thierry.bensoussan@sgam.com
thierry.martinez@sgam.com
thierry.mirabel@sgam.com
thierry.moulin@sgam.com
thierry.nardozi@sgam.com
tony.duprez@sgam.com
valerie.blot@sgam.com
valerie.verge@sgam.com
veronica.bats@sgam.com
vincent.fravel@sgam.com
virginie.deterck@sgam.com
wah-yong.tan@sgam.com
wallace.chu@sgam.com
winson.fong@sgam.com
yassine.essiassi@sgam.com
yasuko.nakamura@sgam.com
yuetling.sinfailam@sgam.co.uk
yvan.mamalet@sgam.com

### sgc

alui@sgc.com
elwyn@sgc.com
lbolson@sgc.com

### sgcib

alexandre.miot@sgcib.com
andreas.wiechmann@sgcib.com
antoine.baert@sgcib.com
antony.lingard@sgcib.com
ariel.chen@sgcib.com
arnaud.poix@sgcib.com
arthur.baker@sgcib.com
aru.sivananthan@sgcib.com
bagatouria@sgcib.com
basile.rivoire@sgcib.com
bastien.berthon@sgcib.com
benjamin.clerget@sgcib.com
benoit.meulot@sgcib.com
bill.bingham@sgcib.com
bill.kavaler@sgcib.com
bob.marx@sgcib.com
bobby.bhakar@sgcib.com
byron.smith@sgcib.com
carlos.bonetto@us.sgcib.com
cathy.yamashita@sgcib.com
charles.gillet@sgcib.com
christopher.baines@sgcib.com
christopher.walker@us.sgcib.com
clive.hadingham@sgcib.com
cyril.beriot@sgcib.com
dan.sang@sgcib.com

## Company & Corresponding Email Addresses

daniel.kelly@sgcib.com
daniel.quilliot@sgcib.com
david.burke@sgcib.com
david.sanders@sgcib.com
david.simpson@sgcib.com
davide.grignani@sgcib.com
de.doan-tran@sgcib.com
denholm.paul@sgcib.com
dolf.kohnhorst@sgcib.com
douglas.lenart@sgcib.com
dzovig.keledjian@sgcib.com
enrique.diaz-alvarez@sgcib.com
fouad.farah@sgcib.com
franck.de-vaulx@sgcib.com
francois.caille@sgcib.com
gary.li@sgcib.com
guillaume.boccara@sgcib.com
guillaume.de-carpentier@sgcib.com
guillaume.dupin@sgcib.com
guillaume.friedel@sgcib.com
guy.johnston@sgcib.com
haresh.sheth@sgcib.com
harry.nullet@sgcib.com
hector.negroni@us.sgcib.com
henri.lalanne@sgcib.com
ian.adelson@sgcib.com
ilan.botbol@sgcib.com
ivelin.millet@sgcib.com
james.cooper@sgcib.com
james.millward@sgcib.com
jason.lawrence@sgcib.com
jean.de-lavalette@sgcib.com
john.calzolaio@sgcib.com
john.wambold@sgcib.com
joy.das@sgcib.com
julian.smith@sgcib.com
julie.mooney@sgcib.com
kent.yang@sgcib.com
kerry.meanwell@sgcib.com
kim.thielemans@sgcib.com
laura.carrere@sgcib.com
laurent.solbes@sgcib.com
lester.cheng@sgcib.com
leticia.gentilhomme@sgcib.com
maire-laure.chandumont@sgcib.com
maria.adelman@us.sgcib.com
mario.bove@sgcib.com
mark.goodman@sgcib.com
mark.newby@sgcib.com
mark.pantling@sgcib.com
matt.cambria@sgcib.com
maxime.popineau@sgcib.com
michael.hogg@sgcib.com
michael.menken@sgcib.com

## Company & Corresponding Email Addresses

michael.sam@sgcib.com
michel.granchi@sgcib.com
mike.baradas@sgcib.com
mike.giasi@sgcib.com
nathan.dawes@sgcib.com
niaz.haider@sgcib.com
nick.duffy@sgcib.com
nicolas.moulonguet@sgcib.com
nicolas.truong@sgcib.com
nina.ross@sgcib.com
okan.aksel@sgcib.com
paul.milton@sgcib.com
peter.abeles@sgcib.com
peter.corrigan@sgcib.com
peter.nowicki@sgcib.com
phillippe.robeyns@sgcib.com
pome.gautier@sgcib.com
pratik.shah@sgcib.com
rahul.verma@sgcib.com
raphael.thuin@sgcib.com
rebecca.kingwell@sgcib.com
regis.copinot@sgcib.com
richard.mcintosh@sgcib.com
robert.ehrbar@sgcib.com
robert.lynch@sgcib.com
robert.ryan@sgcib.com
robert.taplett@sgcib.com
robert.tinari@sgcib.com
roger.sachs@sgcib.com
romain.rouillon@sgcib.com
ross.long@sgcib.com
rye.harper@sgcib.com
sergio.leifert@sgcib.com
silvia.pace@sgcib.com
silvio.borelli@sgcib.com
simon.petres@sgcib.com
spencer.parker@us.sgcib.com
stephane.landon@sgcib.com
stephen.walker@sgcib.com
stephen.williams@sgcib.com
steve.henderson@sgcib.com
steven.pollock@sgcib.com
stuart.stevenson@sgcib.com
sylvie.kichenin@sgcib.com
tae.park@sgcib.com
therese.schwabe@sgcib.com
tiffany.ying@sgcib.com
todd.rogers@sgcib.com
tom.day@sgcib.com
tricia.shinden@sgcib.com
victor.gauvin@sgcib.com
vijay.katechia@sgcib.com
vince.heneghan@sgcib.com
vincent.matera@us.sgcib.com

## Company & Corresponding Email Addresses

william.johnson@sgcib.com
willie.honeyball@sgcib.com
yuriy.melnikov@sgcib.com

### sgcowen
carlo.costantini@sgcowen.com
ifill@sgcowen.com
scott.waggoner@sgcowen.com

### sgi
daniel.cugni@sgi.com
nigel@sgi.com

### sgib
peter.lindsey@sgib.com

### sgk1
takeo.tonda@sgk1.ho.dkb.co.jp

### sgkb
christian.looser@sgkb.ch
m.hungerbuehler@sgkb.ch
mario.boari@sgkb.ch
p.kaufmann@sgkb.ch
patrik.eberhart@sgkb.ch
r.morgenthaler@sgkb.ch
tanja.allenspach@sgkb.ch

### sgrf
aown@sgrf.gov.om
majan@sgrf.gov.om

### sgsbpvn
aldo.belletti@sgsbpvn.it
derivatiestero@sgsbpvn.it
en.gallina@sgsbpvn.it
luigi.delgreco@sgsbpvn.it
mario.ge@sgsbpvn.it

### sgsfunds
graeme@sgsfunds.com
ming@sgsfunds.com
samual@sgsfunds.com

### sgss
laura.ferreri@sgss.socgen.it

### sgz-bank
christina.jahn@sgz-bank.de
ralf.hilfrich@sgz-bank.de
rhammerl@sgz-bank.lu
wolfgang.broetz@sgz-bank.de

### sharonbank
arussell@sharonbank.com
mhendry@sharonbank.com

### sharp
matsumoto.noriaki@sharp.co.jp

### sharpridge
rick.cleary@sharpridge.com

### shay
atoto@shay.com
bbarros@shay.com
cremo@shay.com
dcasteel@shay.com

**Company & Corresponding Email Addresses**

dellenwood@shay.com
dpetro@shay.com
kblaser@shay.com
mtrautman@shay.com
rdsjr@shay.com
tchiaro@shay.com

**shb**

akhafaga@shb.com.sa
eignacio@shb.com.sa
joba01@shb.se

**shbank**

jeffw@shbank.com

**shcm**

w.kenney@shcm.co.uk

**shell**

a.mouti@shell.com
abraham.kozhipatt@shell.com
adrian.richardson@shell.com
afke.schipstra@shell.com
andres.jaramillo@si.shell.com
andres.m.jaramillo@si.shell.com
axel.rohm@shell.com
ayako.ono@shell.com
ben.j.reterink@si.shell.com
bert.b.vandenberg@shell.com
bing-bing.chang@shell.com
bob.m.arends@si.shell.com
catherine.b.kelly@si.shell.com
ceri.powell@shell.com
clive.r.hopkins@si.shell.com
craig.saul@shell.com
david.p.griffith@shell.com
desire.bogaert@shell.com
dirk.h.q.stefels@si.shell.com
donna.l.dewick@si.shell.com
eugene.gullit@shell.com
eve.yang@shell.com
fadi.mitri@shell.com
gerard.b.paulides@si.shell.com
gerard.vanderpol@shell.com
grzegorz.gut@shell.com
gustavo.bursztyn@shell.com
helmut.h.cardon@si.shell.com
hicham.zemmouri@shell.com
hon-cheung.man@shell.com
ingrid.turley@shell.com
irakli.menabde@shell.com
j.teo@shell.com
j.v.hinchey@sepiv.shell.com
j.v.hinchley@sepiv.shell.com
janpeter.jp.duijvestijn@si.shell.com
jenny.j.pace@si.shell.com
job.hekhuis@shell.com
joe.mcdonnell@shell.com

**Company & Corresponding Email Addresses**

judith.dekker@shell.com
karen.h.toh@si.shell.com
kevin.henderson@shell.com
kristof.abbeloos@shell.com
lauren.peter@si.shell.com
laurens.deprez@shell.com
lisa.givert@shell.com
lynn.azar@shell.com
m.vijver@shell.com
maria.coellodellobet@shell.com
maryjo.jacobi@shell.com
michael.m.godfrey@spms.shell.com
michael.m.harrop@si.shell.com
mikael.bjarkedal@shell.com
mike.m.treanor@si.shell.com
monika.graczyk@shell.com
moody.aboutaleb@shell.com
mukesh.sethi@shell.com
nick.n.humphrey@si.shell.com
nicolas.merzeau@shell.com
nik-rizal.kamil@shell.com
olivier.wolthoorn@shell.com
p.achanapornkul@shell.com
p.downie@shell.com
patrick.p.deboer@shell.com
patrick.vandersloot@shell.com
pervis.thomas@shell.com
peter.bonekamp@shell.com
peter.kolthof@shell.com
petra.schruth@shell.com
philip.liverpool@shell.com
piers.robinson@shell.com
pim.vansanten@shell.com
prasanth.v.dev@si.shell.com
quynh.pham@shell.com
rhea.hamilton@shell.com
robert.c.j.meijer@si.shell.com
robert.klap@shell.com
ronald.ryan@shell.com
rozimi.r.abdulrahman@si.shell.com
saloni.nagpal@shell.com
samco_treasury@shell.com
sandra.s.kruis-schuiten@si.shell.com
sanjay.j.bhide@si.shell.com
scott.duggal@shell.com
simon.roddy@shell.com
spb-treasury@shell.com
stephen.m.g.hodge@si.shell.com
stephen.s.williams@shell.com
steve.milner@shell.com
steven.fries@shell.com
steven.s.harraway@si.shell.com
stuart.j.chaplin@si.shell.com
syb.s.bartlema@shell.com

## Company & Corresponding Email Addresses

taron.ganjalyan@shell.com
theo.j.vandaalen@si.shell.com
tony.a.m.eales@opc.shell.com
velma.brumfield@shell.com
walter.w.vandevijver@si.shell.com
willem.boeschoten@shell.com
wim.thomas@shell.com
wouter.s.devries@si.shell.com
yai-wan.y.wong@opc.shell.com

### shellus

bmpatrick@shellus.com
rjstapleton@shellus.com
vengel@shellus.com

### shelterinsurance

bchatman@shelterinsurance.com
lmorrissey@shelterinsurance.com

### shenkman

fran@shenkman.com

### shenkmancapital

amy.levine@shenkmancapital.com
amy.ruderman@shenkmancapital.com
christopher.sym@shenkmancapital.com
david.acampora@shenkmancapital.com
evan.mcgee@shenkmancapital.com
frank@shenkmancapital.com
greg.naso@shenkmancapital.com
greg.shenkman@shenkmancapital.com
jason@shenkmancapital.com
jeff.gallo@shenkmancapital.com
jon.savas@shenkmancapital.com
jordan.barrow@shenkmancapital.com
kristin@shenkmancapital.com
kwok.ng@shenkmancapital.com
lawrence@shenkmancapital.com
mark.flanagan@shenkmancapital.com
mark@shenkmancapital.com
matt.elliott@shenkmancapital.com
michael.mccaffery@shenkmancapital.com
mike.kanner@shenkmancapital.com
mike.rosenthal@shenkmancapital.com
neil.wechsler@shenkmancapital.com
nick.sarchese@shenkmancapital.com
radha.subramanian@shenkmancapital.com
raymond.condon@shenkmancapital.com
rob@shenkmancapital.com
ruxandra.ghika@shenkmancapital.com
scott.grabine@shenkmancapital.com
steve.schweitzer@shenkmancapital.com
ted@shenkmancapital.com
todd.shirak@shenkmancapital.com
tofi.lakhani@shenkmancapital.com
tom@shenkmancapital.com

### shenlife

don.kinzer@shenlife.com

## Company & Corresponding Email Addresses

lee.battle@shenlife.com
robert.peterson@shenlife.com
steve.hilbish@shenlife.com

### shikokubank
bullbull@shikokubank.co.jp

### shinbiro
jeff21@shinbiro.com

### shinhan
dragoze@shinhan.com
kunileem@shinhan.com
shseo@shinhan.com.hk
tws@shinhan.com

### shinseibank
akira.watanabe@shinseibank.co.jp
albert.maass@shinseibank.com
alex.delaiglesia@shinseibank.com
anatoli.shakin@shinseibank.com
arun.mittal@shinseibank.com
asheesh.sharma@shinseibank.com
atsushi.takagi@shinseibank.com
ben.weiss@shinseibank.com
bob.gei@shinseibank.com
celia.wong@shinseibank.com
chenyang.fei@shinseibank.com
christina.lai@shinseibank.com
christopher.martin@shinseibank.com
claudio.aritomi@shinseibank.com
david.zhang@shinseibank.com
douglas.kennedy@shinseibank.com
fumiaki.nakao@shinseibank.com
fumihiko.tsuchida@shinseibank.com
gary.hyman@shinseibank.com
george.shilowitz@shinseibank.com
harvey.young@shinseibank.com
hidetoshi.arakawa@shinseibank.com
hiroshi.ishii02@shinseibank.com
hiroshi.sonoda@shinseibank.com
hiroyuki.uchiyama@shinseibank.com
hiroyuki.watanabe@shinseibank.com
hitoshi.itou@shinseibank.com
james.mudie@shinseibank.com
john.mack@shinseibank.com
junko.torikai@shinseibank.com
juri.yamamoto@shinseibank.co.jp
katsumasa.mori@shinseibank.com
kayoko.makimoto@shinseibank.com
kayoko.yamanishi@shinseibank.com
kazuma.sakai@shinseibank.com
kazumichi.fuziwara@shinseibank.com
keith.fujii@shinseibank.com
kenta.fukudome@shinseibank.com
kentarou.noguchi@shinseibank.com
kiyofumi.tamei@shinseibank.co.jp
koji.takagi@shinseibank.com

**Company & Corresponding Email Addresses**

kotaro.tanaka@shinseibank.com
kouhei.nishikawa@shinseibank.com
kruskal.hewitt@shinseibank.com
kunio.ishimori@shinseibank.com
mamoru.ashimoto@shinseibank.com
mark.cutis@shinseibank.com
mark.mallia@shinseibank.com
mark.militello@shinseibank.com
mark.thompson@shinseibank.com
martin.stein@shinseibank.com
masayuki.tomizawa@shinseibank.com
matthew.clark@shinseibank.com
michael.gordon@shinseibank.com
michael.puglia@shinseibank.com
mirei.lee@shinseibank.com
nam-joon.kim@shinseibank.com
nick.james@shinseibank.com
nobuki.takeya@shinseibank.com
nobuyuki.takei@shinseibank.com
osamu.utsunomiya@shinseibank.com
peter.gray@shinseibank.co.jp
rahul.saito@shinseibank.com
raymond.spencer@shinseibank.com
richard.liang@shinseibank.com
robert.brennan@shinseibank.com
robert.gates@shinseibank.com
satoshi.iwase@shinseibank.com
shinji.hasumi@shinseibank.com
shintaro.sasaki@shinseibank.com
shuuichirou.torigoe@shinseibank.com
sooyoung.min@shinseibank.com
steven.stuart@shinseibank.com
stewart.harding@shinseibank.com
stuart.baker@shinseibank.com
taichi.kawai@shinseibank.com
takahiro.sawada@shinseibank.com
taylor.siedell@shinseibank.com
teruyo.hiromatsu@shinseibank.com
tetsuhiro.toomata@shinseibank.com
thomas.donnelly@shinseibank.co.jp
tom.pedersen@shinseibank.com
tomoyuki.mizohata@shinseibank.com
toshiaki.yukiue@shinseibank.com
tsuyoshi.shimizu@shinseibank.com
yasuhiro.fujiki@shinseibank.com
yi-chen.huang@shinseibank.com
yoshie.miyauchi@shinseibank.com
yoshihiro.koitabashi@shinseibank.com
yoshiki.obayashi@shinseibank.com
yui.takamatsu@shinseibank.com
yusuke.umeno@shinseibank.com
yuuko.ogawa@shinseibank.com
yuzo.yamamoto@shinseibank.com

**shinseicapital**

## Company & Corresponding Email Addresses

chris.berry@shinseicapital.com
michael.levine@shinseicapital.com

**shinsei-sec**
keiko.nakatsuka@shinsei-sec.co.jp

**shinvest**
benoit_pincon@shinvest.co.kr

**shiplp**
pchan@shiplp.com

**shizuoka**
frontoffice@shizuoka.be

**shizuokabkny**
hirai@shizuokabkny.com
nakamura@shizuokabkny.com
nishikawa@shizuokabkny.com
yokotachi@shizuokabkny.com

**shorecap**
chris.leverton@shorecap.co.uk
chris.ring@shorecap.co.uk
michael.vanmessel@shorecap.co.uk
neil.letchford@shorecap.co.uk
olivia.ladenburg@shorecap.co.uk
rupert.armitage@shorecap.co.uk
simon.fine@shorecap.co.uk

**shroders**
karen.lin@shroders.com

**sib**
bkennett@sib.wa.gov
dczub@sib.wa.gov
dong@sib.wa.gov
gbruebaker@sib.wa.gov
jsinks@sib.wa.gov
lharrison@sib.wa.gov
mmooers@sib.wa.gov
mtosteson@sib.wa.gov
myip@sib.wa.gov
prunnalls@sib.wa.gov
rripple@sib.wa.gov
tbosworth@sib.wa.gov
tritchey@sib.wa.gov

**sicapital**
joshi.r@sicapital.com

**siebertnet**
aesmail@siebertnet.com
ckangur@siebertnet.com
cmyer@siebertnet.com
csorkin@siebertnet.com
jcostello@siebertnet.com
jperkin@siebertnet.com
psosnowski@siebertnet.com
smontenero@siebertnet.com

**siemens**
alexander.muench@siemens.com
andrea.schinle@siemens.com
andreas.schwab@siemens.com

**Company & Corresponding Email Addresses**

arne.kleversaat@siemens.com
birgit.gropp@siemens.com
brigitta.kocherhans@siemens.com
buddy.moran@sc.siemens.com
christina.schmoee@siemens.com
claude.pettus@siemens.com
claudia.morf@swpc.siemens.com
dagmar.mundani@siemens.com
daniel.schmotolocha@siemens.com
daniela.mattausch@siemens.com
edward.wojtowicz@siemens.com
elizabeth.rosero@sc.siemens.com
frank.ganserer@siemens.com
frank.izzo@siemens.com
gerd.goette@siemens.com
gross.sabine@siemens.com
guido.petruzzelli@siemens.com
hans-juergen.schmidtke@siemens.com
hans-peter.rupprecht@siemens.com
harald.bachmaier@siemens.com
henning.kosmack@siemens.com
hoffmann.bernhard@siemens.com
holger.poetschke@siemens.com
jens.hammann@siemens.com
jens.schulte@siemens.com
jens.wittrin@sfs.siemens.com
jochen.koepf@siemens.com
joseph.alvarez@siemens.com
joseph.vessecchia@siemens.com
katharina.taufer@siemens.com
kurt.muntwiler@siemens.com
lothar.wilisch@siemens.com
manfred.eisenhuth@siemens.com
marcus.desimoni@siemens.com
mariel.vondrathen@siemens.com
martin.kuehrer@siemens.com
mary-jane.fallon@siemens.com
michael.bueker@siemens.com
michael.haberger@siemens.com
michael.rohan@sfs.siemens.com
michael.sen@siemens.com
miroslav.mitev@siemens.com
nicola.bates@siemens.com
oliver.poetsch@siemens.com
patrick.feth@siemens.com
per.horn@siemens.com
peter.moritz@siemens.com
pierre.sattler@siemens.com
rainer.hackl@siemens.com
ralf.lierow@siemens.com
regina.hornung@siemens.com
richard.johnston@siemens.com
roland.alter@siemens.com
roland.mittenhuber@siemens.com

## Company & Corresponding Email Addresses

rudolf.hamann@siemens.com
rudy.setiawan@siemens.com
scott.caponegro@siemens.com
sergio.carey@siemens.com
siddharth.kasera@siemens.com
stephanie.feigt@siemens.com
susanne.woelfinger@siemens.com
tanja.kufner@siemens.com
ursula.radeke-pietsch@siemens.com
veronika.henkel@siemens.com
xaver.augustin@siemens.com

### sierraglobal

cfmichaels@sierraglobal.com
cperetz@sierraglobal.com
dcoster@sierraglobal.com
jdubeshter@sierraglobal.com
mrivera@sierraglobal.com
msherman@sierraglobal.com
nwalcott@sierraglobal.com
salb@sierraglobal.com
sdecanio@sierraglobal.com
tcorliss@sierraglobal.com
thlang@sierraglobal.com

### sigchina

guan@sigchina.com

### sigmacap

duncanw@sigmacap.com
heatherr@sigmacap.com
sohnm@sigmacap.com
tateb@sigmacap.com

### siichi

allen@siichi.com
dtankin@siichi.com
mscholten@siichi.com

### silchester

akiko@silchester.com
andrew.kojima@silchester.com
aravenscroft@silchester.com
asummers@silchester.com
benoit@silchester.com
bertrand@silchester.com
chaynes@silchester.com
fgoddard@silchester.com
john@silchester.demon.co.uk
kandrew@silchester.com
lcrawford@silchester.com
lucy@silchester.com
mcowan@silchester.com
rdornau@silchester.com
sallen@silchester.com
sarah.butt@silchester.com
sbeehre@silchester.com
sbutt@silchester.com
sknowles@silchester.com

## Company & Corresponding Email Addresses

tmusto@silchester.com

### silvantcapital

brad.erwin@silvantcapital.com
brandi.allen@silvantcapital.com
christin.armacost@silvantcapital.com
gus.guinther@silvantcapital.com
james.foster@silvantcapital.com
jennifer.stewart@silvantcapital.com
joe.ransom@silvantcapital.com
kristin.ribic@silvantcapital.com
marc.schneidau@silvantcapital.com
michael.sansoterra@silvantcapital.com
mike.bain@silvantcapital.com
randy.loving@silvantcapital.com
sandeep.bhatia@silvantcapital.com

### simgest

capello@simgest.it
casolino@simgest.it
cilluffo@simgest.it
digianni@simgest.it
direzione@simgest.it
guizzardi@simgest.it
miluccio@simgest.it
russo@simgest.it

### simmonsfirst

diane.wilson@simmonsfirst.com
john.orfanos@simmonsfirst.com

### sin

komatusi@sin.nn-ja.or.jp
kura@sin.is-ja.jp
ninou@sin.is-ja.jp
tomita@sin.nn-ja.or.jp

### sina

abaoyu@sina.com
benjaminzk@sina.com
koalast@vip.sina.com

### singapore

lonniru@singapore.cic.fr

### singaporeair

margaret_bong@singaporeair.com.sg
michael_chan@singaporeair.com.sg

### singer-friedlander

conradc@singer-friedlander.com
vdunlop@invest.singer-friedlander.com

### singers

felix.fitch@singers.co.im
philip.gent@singers.co.uk
richard.stanley@singers.co.im

### singnet

asean@singnet.com.sg
chbsg@singnet.com.sg
tinga8@singnet.com.sg

### sinopia

abueno@sinopia.fr

## Company & Corresponding Email Addresses

alhassane.diallo@sinopia.fr
anne.verge@sinopia.fr
anne-marie.vigneulle@sinopia.fr
anne-sophie.lebigre@sinopia.fr
benedicte.mougeot@sinopia.com.hk
benjamin.taksin@sinopia.fr
benoit.mercereau@sinopia.fr
cboue@sinopia.fr
cfisher@sinopia.fr
charles.fischer@sinopia.fr
delphine.lanquetot@sinopia.fr
diana.radu@sinopia.fr
ekatarina.diatchenko@sinopia.fr
ekatarina.diatchenko@sinopia.fr
elie.elkhoueiri@sinopia.fr
elie.el-khoueri@sinopia.fr
elie.khoueiri@sinopia.com.hk
ftriolaire@sinopia.fr
gtaillard@sinopia.fr
hmoudachirou@sinopia.fr
hugolini@sinopia.fr
isira.perera@sinopia.fr
jan-eric.fillieule@sinopia.fr
jboulliat@sinopia.fr
jeremie.pessayre@sinopia.fr
jerome.allouche@sinopia.fr
julien.renoncourt@sinopia.fr
julien.tourchon@sinopia.fr
luc.dumontier@sinopia.fr
mheitzmann@sinopia.fr
nneang@sinopia.fr
olivier.gaval@sinopia.fr
omalteste@sinopia.fr
patrick.gauthier@sinopia.fr
patrick.gautier@sinopia.fr
pduchesne@sinopia.fr
pierre.sequier@sinopia.fr
sophie.sentilhes@sinopia.fr
stanley.smadja@sinopia.fr
tdeltchev@sinopia.fr
ydesjardins@sinopia.fr
ykobusinski@sinopia.fr

**sinopia-group**

david.billaux@sinopia-group.com
harvey.sidhu@sinopia-group.com
jean-francois.schmitt@sinopia-group.com
nils.jungbacke@sinopia-group.com

**sinvest**

agambirazio.miami@sinvest.es
aleal.lisboa@sinvest.es
bbraamcamp.lisboa@sinvest.es
cgarcia-de-juana.londres@sinvest.es
cmantunes.lisboa@sinvest.es
dmannion.dublin@sinvest.es

## Company & Corresponding Email Addresses

dsolana.madrid@sinvest.es
gsessions.londres@sinvest.es
hrocha.lisboa@sinvest.es
jmaraluce.madrid@sinvest.es
lcolin.madrid@sinvest.es
mbelo.lisboa@sinvest.es
mdetorre.madrid@sinvest.es
mgarrett.madrid@sinvest.es
ncubides.miami@sinvest.es
nhanderson@sinvest.es
pcosta.lisboa@sinvest.es
pfernandes.lisboa@sinvest.es
rcosta.buenos-aires@sinvest.es
rzubillaga.miami@sinvest.es
sanchez_laura@sinvest.es
swahnon.londres@sinvest.es
zrivilla.madrid@sinvest.es

**siny**
akumar.ny@siny.com
nbhandiwad@siny.com
sferriss.ny@siny.com

**sirachcap**
abaruffi@sirachcap.com
bkern@sirachcap.com
bvanaken@sirachcap.com
hbateman@sirachcap.com
jbeckett@sirachcap.com
jkieburtz@sirachcap.com
jrailey@sirachcap.com
kgiboney@sirachcap.com
lkatz@sirachcap.com
lmartin@sirachcap.com
vkampe@sirachcap.com

**siriusadvisorsllc**
garrettw@siriusadvisorsllc.com

**sirti**
f.bruno@sirti.it
r.medici@sirti.it

**sis**
jlengal@sis.cz
mburda@sis.cz
msmid@sis.cz

**sisto**
ecareddu@sisto.uni.net

**sistonet**
agelardini@sistonet.org
gmazzilis@sistonet.org
llamberti@sistonet.org
pcipriani@sistonet.org

**sisu**
dcoleman@sisu.com

**sisucapital**
bsimpson@sisucapital.com
dmills@sisucapital.com

## Company & Corresponding Email Addresses

ggoranov@sisucapital.com
hdavda@sisucapital.com
jdesrosiers@sisucapital.com
jfitzsimmons@sisucapital.com
jseppala@sisucapital.com
kharford@sisucapital.com
mdayalji@sisucapital.com
mreinisch@sisucapital.com
nmohandas@sisucapital.com
oigwe@sisucapital.com
pcoleman@sisucapital.com
pmidgley@sisucapital.com
sgcoates@sisucapital.com

### sitinvest

bad@sitinvest.com
bjo@sitinvest.com
brg@sitinvest.com
cmr@sitinvest.com
dab@sitinvest.com
dam@sitinvest.com
das@sitinvest.com
dmg@sitinvest.com
dmw@sitinvest.com
etn@sitinvest.com
hag@sitinvest.com
jam@sitinvest.com
jkk@sitinvest.com
jmb@sitinvest.com
jx@sitinvest.com
klj@sitinvest.com
kpo@sitinvest.com
lch@sitinvest.com
ljf@sitinvest.com
mal@sitinvest.com
map@sitinvest.com
mcb@sitinvest.com
mhb@sitinvest.com
mjr@sitinvest.com
mjs@sitinvest.com
mtl@sitinvest.com
nt@sitinvest.com
pjj@sitinvest.com
plm@sitinvest.com
rds@sitinvest.com
rjs@sitinvest.com
rws@sitinvest.com
sl@sitinvest.com
smc@sitinvest.com
tmm@sitinvest.com
tse@sitinvest.com
wfw@sitinvest.com

### sixcontinents

alastair.scott@sixcontinents.com
anthony.stern@sixcontinents.com

## Company & Corresponding Email Addresses

hayley.kluman@sixcontinents.com
jo.guano@sixcontinents.com
mike.thompson@sixcontinents.com
patricia.taylor@sixcontinents.com
richard.north@sixcontinents.com
yvonne.davenport-ruby@sixcontinents.com

### sjam
tushiki@sjam.co.jp

### sjs-group
fpedretti@sjs-group.com
gmivelaz@sjs-group.com
prewcastle@sjs-group.com
tcarvalho@sjs-group.com

### sk
mmullers@sk.koeln.de

### ska
hanspeter.barth@ska.com

### skag
alexander.koepnick@skag.siemens.de
carl-friedrich.wartner@skag.siemens.de
christoph.ulschmid@skag.siemens.de
elisabeth.stoeckle@skag.siemens.de
gerd.neitzel@skag.siemens.de
patrick.muhl@skag.siemens.de

### skam
a.fujino@skam.co.jp
h.miyazaki@skam.co.jp
h.nomura@skam.co.jp
k.kobayashi@skam.co.jp
m.ishikawa@skam.co.jp
m.onishi@skam.co.jp
n.fujiwara@skam.co.jp
s.hasegawa@skam.co.jp
s.nagayama@skam.co.jp
t.kobayashi@skam.co.jp

### skandia
adri.ridder@skandia.se
agneta.wallmark@skandia.se
anthony.gillham@skandia.co.uk
bengt.sandberg@skandia.se
brian.newbould@skandia.co.uk
hans.forssman@skandia.se
jasper.thomas@skandia.co.uk
lars.orrevall@skandia.se
marghita.sandstrom@skandia.se
mikael.bjorin@skandia.se
niklas.johansson@skandia.se
omar.nahas@skandia.se
p.lindgren@skandia.se
per.limdberg@skandia.se
raj.hallen@skandia.co.uk
richard.vincent@skandia.co.uk
robert.celsing@skandia.se
robert.corbally@skandia.com

## Company & Corresponding Email Addresses

roland.nilsson@skandia.se

### skanska
jonas.granholm@skanska.se

### skba
abischel@skba.com
mann@skba.com
rothe@skba.com
zuck@skba.com

### skckny
khirano@skckny.com
tyamamoto@skckny.com

### skf
marita.bjork@skf.com
tore.bertilsson@skf.com

### skibofin
info@skibofin.com

### sk-koeln
bjoern.schwarz@sk-koeln.de
christian.busshaus@sk-koeln.de
dieter.loreng@sk-koeln.de
heinz.rother@sk-koeln.de
kerstin.cremer@sk-koeln.de
lenka.juchelkova@sk-koeln.de
sabine.theis@sk-koeln.de

### skpfcw
dominik.hartmann@skpfcw.de
stefan.fritz@skpfcw.de

### skurupssparbank
sven.johansson@skurupssparbank.se

### skystonecapital
brich@skystonecapital.com
knelson@skystonecapital.com

### sl-am
a.fail@sl-am.nl
andreas.gerber@sl-am.com
christine.reinhard@sl-am.com
claus.neumeier@sl-am.com
daniel.berner@sl-am.com
george.heyward@sl-am.com
holger.huber@sl-am.com
j.idema@sl-am.nl
jan.grunow@sl-am.com
jan.kotatko@sl-am.com
k.altena@sl-am.nl
liz.rees@sl-am.com
marc.bruetsch@sl-am.com
marc.meier@sl-am.com
marco.mueller@sl-am.com
mariusz.platek@sl-am.com
mark.amery@sl-am.co.uk
mbarker@sl-am.co.uk
michael.bernegger@sl-am.com
michael.holliger@sl-am.com
michael.klose@sl-am.com

## Company & Corresponding Email Addresses

michel.oechslin1@sl-am.com
nick.jost@sl-am.com
patrick.brechbuehl@sl-am.com
per.erikson@sl-am.com
peter.birchmeier@sl-am.com
peter.kaste@sl-am.com
peter.studer@sl-am.com
pierre.guillemin@sl-am.com
r.feddes@sl-am.nl
renato.beroggi@sl-am.com
robert.balan@sl-am.com
roland.kuehnis@sl-am.com
s.djadoenath@sl-am.nl
s.stots@sl-am.nl
sebastien.dirren@sl-am.com
simon.wyss@sl-am.com
stefan.landolt@sl-am.com
sylvia.walter@sl-am.com
thomas.cho@sl-am.com
thomas.fink@sl-am.com
thomas.isler@sl-am.com
thomas.schaad@sl-am.com
timea.gregorcsok@sl-am.ch
toni.winghart@sl-am.com
ulf.johansson@sl-am.com
valero.matriciani@sl-am.com

**slb**
pfister@slb.com

**slcam**
helen.vaughan@slcam.co.uk
stephen.corry@slcam.co.uk

**slhfp**
franz.schmid@slhfp.ch
reto.grau@slhfp.ch

**sli**
ckingston@sli.co.im

**sliim**
takeshi_nakagami@sliim.co.jp

**slkfjsdklf**
dobbsfsd@slkfjsdklf.com

**slma**
capital.markets@slma.com
charlie.colligan@slma.com
felmon.bartolome@slma.com
guido.e.vanderven@slma.com
john.laudier@slma.com
lance.franke@slma.com
leo.subler@slma.com
louis.jimeno@slma.com
mark.l.heleen@slma.com
mark.w.daly@slma.com
naren.nayak@slma.com
stacy.le-cao@slma.com
steve.oconnell@slma.com

## Company & Corresponding Email Addresses

steven.j.mcgarry@slma.com
yingnan.ma@slma.com

### sloan-group
michael.ferraro@sloan-group.com

### sloveniansavings
bill@sloveniansavings.com

### slsp
bacharova.olivia@slsp.sk
barancok.milan@slsp.sk
gajdos.vladimir@slsp.sk
glasova.anna@slsp.sk
hladik.lubomir@slsp.sk
kniz.peter@slsp.sk
kokovova.dana@slsp.sk
kratochvilova.renata@slsp.sk
krizan.peter@slsp.sk
mazanova.zuzana@slsp.sk
musak.michal@slsp.sk
orlovsky.michal@slsp.sk
osuchova.andrea@slsp.sk
pataky.jan@slsp.sk
sibrava.martin@slsp.sk
svitek.dusan@slsp.sk
tekauerova.andrea@slsp.sk
zabadal.juraj@slsp.sk
zatkalik.michal@slsp.sk

### smabtp
francois_noble@smabtp.fr
guillaume_giacomino@smabtp.fr
hubert_rodarie@smabtp.fr
nathalie_peleau-coutolleau@smabtp.fr
sylvain_pommeret@smabtp.fr

### smart
johngre@smart.net

### smbc
chris.chan@smbc.com.hk
svetlana.petrischeva@gb.smbc.com

### smbc-cm
frenklah@smbc-cm.com
yxu@smbc-cm.com

### smbcgroup
akira_fujiwara@gb.smbcgroup.com
al_galluzzo@smbcgroup.com
alan_springett@gb.smbcgroup.com
andrew_fensome@gb.smbcgroup.com
elwood_langley@smbcgroup.com
gary_coy@gb.smbcgroup.com
helena_mercer@gb.smbcgroup.com
hiroshi_okawa@gb.smbcgroup.com
jeremy_hodges@gb.smbcgroup.com
jim_miller@gb.smbcgroup.com
joao.oliveira@gb.smbcgroup.com
john_timms@gb.smbcgroup.com
jonathan_jenkins@gb.smbcgroup.com

## Company & Corresponding Email Addresses

koichi.obu@gb.smbcgroup.com
koichi_honda@gb.smbcgroup.com
mari.honda-wulf@gb.smbcgroup.com
mark_gordon@gb.smbcgroup.com
masahiro_imajo@gb.smbcgroup.com
nadine_burnett@smbcgroup.com
nick@gb.smbcgroup.com
nobuyuki.sato@gb.smbcgroup.com
nobuyuki_kawabata@smbcgroup.com
olof.bengtsson@gb.smbcgroup.com
osuma_itagaki@smbcgroup.com
patrick_miller@smbcgroup.com
paul_graham@gb.smbcgroup.com
paula_hartnett@gb.smbcgroup.com
peter_sonza@smbcgroup.com
peter_twidale@gb.smbcgroup.com
shinichiro.watanabe@gb.smbcgroup.com
shusui_kataoka@smbcgroup.com
simon_chantry@gb.smbcgroup.com
simon_rogers@gb.smbcgroup.com
sophie.condon@gb.smbcgroup.com
stephen_dunn@gb.smbcgroup.com
suresh_tata@smbcgroup.com
takamitsu_kajii@gb.smbcgroup.com
william_folkard@gb.smbcgroup.com
yasuhiko_imai@smbcgroup.com
yoshihiro_hyakutome@smbcgroup.com
yoshihiro_ikeda@gb.smbcgroup.com
yoshinori.kawamura@smbcgroup.com

### smbc-si
gene@smbc-si.com
hanley@smbc-si.com
mrl@smbc-si.com

### smf
michael.antoni@smf.sachsen.de

### smhgroup
bernard.cuadra@smhgroup.com
john.watras@smhgroup.com
neil.shaughnessy@smhgroup.com

### smhl
tony.rizzo@smhl.com

### smith
cecw@smith.williamson.co.uk
cg@smith.williamson.co.uk
chl@smith.williamson.co.uk
cjk@smith.williamson.co.uk
dgme@smith.williamson.co.uk
drg@smith.williamson.co.uk
hb2@smith.williamson.co.uk
jas2@smith.williamson.co.uk
mark.swain@smith.williamson.co.uk
mb@smith.williamson.co.uk
paul.oelmann@smith.williamson.co.uk
william.cussans@smith.williamson.co.uk

## Company & Corresponding Email Addresses

### smithbarney

jim.r.schrader@smithbarney.com
robert.feinman@smithbarney.com

### smithbreeden

aarganbright@smithbreeden.com
agriffiths@smithbreeden.com
ahelfert@smithbreeden.com
ajamison@smithbreeden.com
bgriffin@smithbreeden.com
bmims@smithbreeden.com
cgraner@smithbreeden.com
charvey@smithbreeden.com
chughes@smithbreeden.com
cstopa@smithbreeden.com
dadler@smithbreeden.com
ddektar@smithbreeden.com
dgagnon@smithbreeden.com
dstein@smithbreeden.com
edawson@smithbreeden.com
eflood@smithbreeden.com
ehassid@smithbreeden.com
ghollingsworth@smithbreeden.com
gpalmer@smithbreeden.com
gseals@smithbreeden.com
gsinha@smithbreeden.com
jcurd@smithbreeden.com
jduensing@smithbreeden.com
jfarley@smithbreeden.com
jgalloway@smithbreeden.com
jgladieux@smithbreeden.com
jharr@smithbreeden.com
jormsby@smithbreeden.com
jprendergast@smithbreeden.com
jsieren@smithbreeden.com
jsprow@smithbreeden.com
jwallace@smithbreeden.com
jwheeler@smithbreeden.com
jwilkinson@smithbreeden.com
kfisher@smithbreeden.com
kfleming@smithbreeden.com
kgriffin@smithbreeden.com
khenderson@smithbreeden.com
kmonds@smithbreeden.com
kstaneck@smithbreeden.com
lfrazier@smithbreeden.com
lsullivan@smithbreeden.com
mford@smithbreeden.com
mkrump@smithbreeden.com
mpasquale@smithbreeden.com
mshostedt@smithbreeden.com
mturner@smithbreeden.com
nlayzer@smithbreeden.com
pnolan@smithbreeden.com
raufdenspring@smithbreeden.com

**Company & Corresponding Email Addresses**

rfox@smithbreeden.com
rperry@smithbreeden.com
rschundler@smithbreeden.com
schow@smithbreeden.com
sdavies@smithbreeden.com
sdunphy@smithbreeden.com
sfurman@smithbreeden.com
skon@smithbreeden.com
ssmith@smithbreeden.com
tcunneen@smithbreeden.com
tmoore@smithbreeden.com
tnixon@smithbreeden.com
trowe@smithbreeden.com
twalters@smithbreeden.com
yzhang@smithbreeden.com

**smithgraham**

akeith@smithgraham.com
bpope@smithgraham.com
btomlinson@smithgraham.com
csmith@smithgraham.com
ctheccanat@smithgraham.com
delsenbrock@smithgraham.com
gonisiforou@smithgraham.com
jhouse@smithgraham.com
mwilbanks@smithgraham.com
pjain@smithgraham.com
rgeorgeson@smithgraham.com
rjohnson@smithgraham.com
sjohnson@smithgraham.com
vshelton@smithgraham.com

**smith-graham**

wenlo@smith-graham.com

**smithindia**

prasad@smithindia.com

**smithmgtllc**

ddorsey@smithmgtllc.com
jdorsey@smithmgtllc.com
jrossi@smithmgtllc.com
klevesque@smithmgtllc.com
nscott@smithmgtllc.com
rsmith@smithmgtllc.com

**smith-nephew**

lucy.fuller@smith-nephew.com
peter.nind@smith-nephew.com

**smithnyc**

bpierce@smithnyc.com
dbinsol@smithnyc.com
hfreeman@smithnyc.com

**smiths_group**

antony.woods@smiths_group.com

**smiths-group**

john.langston@smiths-group.com
russell.plumley@smiths-group.com

**smr-invest**

## Company & Corresponding Email Addresses
anne.lemire@smr-invest.com

### smu
cbode@smu.edu

### smud
irye@smud.org

### smurfitgroup
brendan.glynn@hq.smurfitgroup.com
mkenny@smurfitgroup.ie
paul.regan@hq.smurfitgroup.com

### snamprogetti
gianni.oriani@snamprogetti.eni.it
stefano.amarilli@snamprogetti.eni.it

### snamretegas
claudia.carloni@snamretegas.it
claudio.demarco@snamretegas.it
lorella.dicosmo@snamretegas.it
salvatore.russo@snamretegas.it

### snb
alois.seeholzer@snb.ch
andrea.nowak@snb.ch
bettina.malacarne@snb.ch
brigitte.bieg@snb.ch
christoph.maron@snb.ch
claudia.kipfer@snb.ch
cristina.borsani@snb.ch
erich.gmuer@snb.ch
gion.cavegn@snb.ch
jonas.birk@snb.ch
koslowski.christopher@snb.ch
lienert.alex@snb.ch
marcel.zimmermann@snb.ch
nicole.braendle@snb.ch
research.corporates@snb.ch
research.investment@snb.ch
roman.baumann@snb.ch
sandro.streit@snb.ch
sergio.andenmatten@snb.ch
simon.marquis@snb.ch
thomas.stucki@snb.com

### sncf
christine.hemat@sncf.fr
didier.debruin@sncf.fr
jean-luc.drugeon@sncf.fr
joelle.pennanech@sncf.fr
julien.joachim@sncf.fr
nicolas.perot@sncf.fr
paul.galtier@sncf.fr
sandrine.rabel@sncf.fr
sophie.betbeder@sncf.fr

### sndo
maria.norstrom@sndo.se

### snecma
isabelle.bonnault@snecma.fr

### snreaal

**Company & Corresponding Email Addresses**

ronald.latenstein@snreaal.nl

**sns**

alexander.lubeck@sns.nl
bart.vandekamer@sns.nl
bert.sukdeo@sns.nl
bram.ragetlie@sns.nl
corne.vanzeijl@sns.nl
foppe-jan.vandermeij@sns.nl
hans.molenaar@sns.nl
hans.slomp@sns.nl
harry.vandriel@sns.nl
hilde.veelaert@sns.nl
joos.grapperhaus@sns.nl
jorrit.vanspaendonck@sns.nl
marc.vandeweijenberg@sns.nl
marco.vanson@sns.nl
mariette.maassen@sns.nl
martien.meijer@sns.nl
michel.wetser@sns.nl
niels.degraaff@sns.nl
pim.burggraeve@sns.nl
rene.groteboer@sns.nl
roelie.vanwijk@sns.nl

**snsam**

ad.kroot@snsam.nl
bart.aandentoorn@snsam.nl
hyung-ja.dezeeuw@snsam.nl
ruben.smit@snsam.nl

**snsams**

e.vanaken@snsams.nl

**snsreaal**

pim.poppe@snsreaal.nl

**snsreeal**

irene.backx@snsreeal.nl
kris.wulteputte@snsreeal.nl

**snssecurities**

ascalon.maharaj@snssecurities.nl
ben.pais@snssecurities.nl
dirkjan.blikkendaal@snssecurities.nl
geurt.szabang@snssecurities.nl
henk.stenneberg@snssecurities.nl
jacques.dejong@snssecurities.nl
janpaul.vanderent@snssecurities.nl
jos.limmen@snssecurities.nl
kees.schlimmer@snssecurities.nl
luuk.strijers@snssecurities.nl
marco.jansen@snssecurities.nl

**snwsc**

belgin@snwsc.com
dleek@snwsc.com
jdresser@snwsc.com
jwebster@snwsc.com
kcramer@snwsc.com
khinds@snwsc.com

**Company & Corresponding Email Addresses**

kmurphy@snwsc.com
mbanks@snwsc.com
mfranz@snwsc.com
mlarlee@snwsc.com
mmckinnon@snwsc.com
pmiya@snwsc.com
rallen@snwsc.com
rrech@snwsc.com
slemon@snwsc.com
theod@snwsc.com
tmitchell@snwsc.com

**soam**

anovitske@soam.com
cernst@soam.com
elipsky@soam.com
gcronin@soam.com
hmaltese@soam.com
jbalkind@soam.com
jhall@soam.com
jru@soam.com
jstewart@soam.com
kforbes@soam.com
kheflin@soam.com
kpuglisi@soam.com
lbutterworth@soam.com
soam@soam.com

**soapstonecapital**

nussdorf@soapstonecapital.com

**socegen**

pierre.weinstein@us.socegen.com

**socgen**

abed.becheik@socgen.com
alain.besnard@socgen.com
alain.smeraldi@socgen.com
andrea.frontini@socgen.co.uk
ann.memery@socgen.com
anne.pascual@socgen.com
archana.jiwnani@socgen.com
arnaud.levyrueff@socgen.com
axel.cabrol@socgen.com
bob.woods@us.socgen.com
cecile.lafon@socgen.com
cedric.veylon@us.socgen.com
charlotte.gourmanel@socgen.com
christelle.kavanagh@socgen.com
christophe.cadoz@socgen.com
christophe.jaeck@socgen.co.uk
christophe.savinas@socgen.com
christopher.hagstrom@socgen.co.uk
ciara.kennedy@socgen.com
conor.mulligan@socgen.com
corinne.hentzen@socgen.com
corinne.pastor@socgen.com
cristina.tapparelli@socgen.co.uk

## Company & Corresponding Email Addresses

cyril.tourneur@socgen.com
dan.mantini@socgen.com
david.conyers@socgen.com
david.donnelly@us.socgen.com
david.le-cloirec@socgen.com
david.modiano@socgen.com
delphine.lietaer@socgen.com
denis.hoorelbeke@socgen.com
domenico.iuliano@socgen.com
don.travis@us.socgen.com
edouard.klehe@us.socgen.com
emerick.duchene@socgen.com
emilie.guillon@socgen.com
emmanuel.martin@socgen.com
emmanuel.saglio@us.socgen.com
eric.kuder@socgen.com
fabrice.hermann@socgen.com
fabrice.hugon@socgen.com
florence.borel@socgen.co.uk
florent.odetto@socgen.com
franck.moehrel@socgen.com
fraser.mackie@socgen.co.uk
gilles.adam@socgen.com
hamid.elkhlifi@socgen.com
herve.kias@socgen.com
hubert.le-liepvre@socgen.co.uk
isabelle.guilhot@socgen.com
issa.dabbo@socgen.com
james.edwards@socgen.com
james.tresler@us.socgen.com
jay.sands@us.socgen.com
jean-marie.bernollin@socgen.com
jean-marie.laurent@socgen.com
jean-sebastien.minetti@socgen.com
jeremy.gibbs@socgen.co.uk
jill.jacobson@us.socgen.com
joel.le-carpentier@socgen.com
johan.levavasseur@socgen.com
john.mcconnell@socgen.com
john.stack@us.socgen.com
jon.wilcox@us.socgen.com
joseph-emmanuel.a.trojman@socgen.com
laurence.bidault@socgen.com
laurent.vandrebeck@socgen.com
lisa.khoo@socgen.com
louis.gallo@us.socgen.com
lukas.magada@socgen.com
marc.leonio@socgen.com
marie-virginie.vuong@socgen.com
marino.mazzeo@us.socgen.com
martin.friederichs@us.socgen.com
martin.larger@socgen.com
mathilde.frapsauce@socgen.com
matt.charleston@socgen.co.uk

## Company & Corresponding Email Addresses

maurice.nhan@socgen.com
mireille.moulet@socgen.com
mpompeu@socgen.com
muriel.patin@socgen.com
nadia.geldof@socgen.com
nick.vamvakas@socgen.com
nicolas.commerot@socgen.com
nicolas.malka@socgen.com
olivier.ciron@socgen.com
olivier.de-parcevaux@socgen.com
olivier.jamet@socgen.com
olivier.kerjan@socgen.com
olivier.mace@socgen.com
oriane.cheneau@socgen.com
pascal.grandin@socgen.com
patrick.lukundola@socgen.com
philippe.branley@socgen.com
philippe.danilo@socgen.com
phillip.schemel@us.socgen.com
pierre.charlot@socgen.com
pierre-marie.di-maria-laval@us.socgen.com
rachel.jones@socgen.co.uk
regis.copinot@socgen.co.uk
remy.charre@socgen.com
robert.lamentino@us.socgen.com
sandrine.magloire@us.socgen.com
sebastien.thenard@socgen.com
seth.mankin@us.socgen.com
severine.blond@socgen.com
stacey.hughes@us.socgen.com
steven.bobasch@socgen.co.uk
sylvie.rodrigues@socgen.com
tara.glen@socgen.co.uk
the-hung.nguyen@socgen.com
thierry.dumait@socgen.com
vadim.bagatouria@us.socgen.com
vincent.le-meur@socgen.com
virginie.vuong@socgen.com
yann.thomas@socgen.com
yoshiaki.kang@us.socgen.com
younes.benchlikha@socgen.com

**socgenfunds**
cdelardemelle@socgenfunds.com

**sodexhoalliance**
francoise.belleguic@sodexhoalliance.com
pierre.benaich@sodexhoalliance.com

**sodexho-alliance**
vironda.jeanjacques@sodexho-alliance.fr

**soditic**
sabina.sardi@soditic.co.uk

**soeulbank**
hjpark@soeulbank.net

**sogeko**
kimgregori@sogeko.com

## Company & Corresponding Email Addresses

**sohu**
tinachiu@sohu.com

**sojitz**
hama.toru@sojitz.com
katakai.taketo@sojitz.com
kunitoki.shoji@sojitz.com
miyauchi.hideo@sky.sojitz.com
nami.makiya@sojitz.com

**sol**
uchida_hironori@sol.nichimen.co.jp
yokota_j@sol.nichimen.co.jp

**solvay**
dominique.clerbois@solvay.com
jai.wall@solvay.com
kerstin.lilla@solvay.com
michel.friesewinkel@solvay.com
patrick.verelst@solvay.com
rene.degreve@solvay.com
roger.bickerstaffe@solvay.com

**somersettrust**
bittner@somersettrust.com
hudak@somersettrust.com

**sompo-japan**
akoyano@sompo-japan.co.jp
atsuji1@sompo-japan.co.jp
ekitahara@sompo-japan.co.jp
hfukuda10@sompo-japan.co.jp
hkurachi@sompo-japan.co.jp
hmaeta@sompo-japan.co.jp
hmanabe1@sompo-japan.co.jp
htakano6@sompo-japan.co.jp
iishii1@sompo-japan.co.jp
jkojima4@sompo-japan.co.jp
kkoyanagi2@sompo-japan.co.jp
kmotohashi@sompo-japan.co.jp
ksakai10@sompo-japan.co.jp
ksuzuki13@sompo-japan.co.jp
mnagamori@sompo-japan.co.jp
mnakano5@sompo-japan.co.jp
msano4@sompo-japan.co.jp
mtonmi1@sompo-japan.co.jp
myamada62@sompo-japan.co.jp
nkojima2@sompo-japan.co.jp
nmurakami3@sompo-japan.co.jp
onose@sompo-japan.co.jp
rtakayasu@sompo-japan.co.jp
simamura2@sompo-japan.co.jp
skasai13@sompo-japan.co.jp
stakemoto1@sompo-japan.co.jp
syoneda@sompo-japan.co.jp
tamaki@sompo-japan.co.jp
thayase1@sompo-japan.co.jp
thikida@sompo-japan.co.jp
tkushi@sompo-japan.co.jp

## Company & Corresponding Email Addresses

tnobezawa1@sompo-japan.co.jp
togiso@sompo-japan.co.jp
tokamoto4@sompo-japan.co.jp
ykamiya@sompo-japan.co.jp
ykuroda1@sompo-japan.co.jp
ynakahara1@sompo-japan.co.jp
yoosawa7@sompo-japan.co.jp
ytakai@sompo-japan.co.jp

**sonpo-japan**
hokabayashi@sonpo-japan.co.jp

**sony**
emma.blaylock@us.sony.com

**sonylife**
yoshihiro6902_yamashita@sonylife.co.jp

**sonyusa**
james_rosenstock@sonyusa.com
maryanne_rupy@sonyusa.com

**soppdedd**
fxdept@soppdedd.com

**sormlandssparbank**
jimmy.stenstrom@sormlandssparbank.se

**soros**
aaron.freed@soros.com
adriana.barato@soros.com
ahmad.zuaiter@soros.com
alex.shapiro@soros.com
ambika.kapoor@soros.com
amy.synatzske@soros.com
anna.chung@soros.com
annmarie.egan@soros.com
anthony.corbisiero@soros.com
barry.henderson@soros.com
ben.spires@soros.com
bernardo.villela@soros.com
beth.mlynarczyk@soros.com
betsy.battle@soros.com
bill.mcculloch@soros.com
brett.bornstein@soros.com
bruce.levitt@soros.com
cecilia.to@soros.com
chris.fellingham@soros.com
christian.reddy@soros.com
christopher.marra@soros.com
christopher.wiegand@soros.com
clifford.shu@soros.com
conor.grimley@soros.com
craigresearch@soros.com
cynthia.paul@soros.com
dale.edwards@soros.com
darinka.rakic@soros.com
david.kulsar@soros.com
david.modest@soros.com
david.murphy@soros.com
david.vavrichek@soros.com

**Company & Corresponding Email Addresses**

david.wassong@soros.com
derek.wallis@soros.com
dorothy.mosko@soros.com
eric.mahland@soros.com
eric.marx@soros.com
erik.mahland@soros.com
glenn.livingstone@soros.com
hans.grootjen@soros.com
harriett.gordon@soros.com
henry.park@soros.com
howie.rubin@soros.com
ilan.stern@soros.com
irina.slutsker@soros.com
isabella.soon@soros.com
jamie.kanterman@soros.com
jeff.newman@soros.com
jessica.ho@soros.com
jguillory@soros.com
jim.ragusa@soros.com
jixin.dai@soros.com
john.dischiavi@soros.com
john.meyers@soros.com
jonathan.bilzin@soros.com
joseph.khalil@soros.com
joseph.ritter@soros.com
julio.lorenzo@soros.com
katie.riccardella@soros.com
keith.anderson@soros.com
kristofer.segerberg@soros.com
laura.morrison@soros.com
lbell@soros.com
marc.luongo@soros.com
maria.dorman@soros.com
maria.vassalou@soros.com
mark.schwartz@soros.com
mason.haupt@soros.com
matthew.vigneau@soros.com
me@soros.com
michael.au@soros.com
michelle.ross@soros.com
mike.anderson@soros.com
mike.takata@soros.com
murat.ozbaydar@soros.com
nester.clark@soros.com
nial@soros.com
paul.reagan@soros.com
pearle.lee@soros.com
peter.caruso@soros.com
phaedonresearch@soros.com
rahul.sabarwal@soros.com
rick.delosreyes@soros.com
robert.corman@soros.com
robert.kim@soros.com
robert.soros@soros.com

## Company & Corresponding Email Addresses

roshan.patel@soros.com
ryan.foster@soros.com
sabrina.liu@soros.com
sameet.desai@soros.com
scott.sleece@soros.com
scott_lewis@soros.com
scq@soros.com
sean.kelly@soros.com
sean.lynch@soros.com
sender.cohen@soros.com
serena.tse@soros.com
sharon.rha@soros.com
shwan.taha@soros.com
simon.lau@soros.com
srdjan.vukovic@soros.com
stephen.raneri@soros.com
steve.guihan@soros.com
steve.jones@soros.com
steve.schofield@soros.com
sydney.xu@soros.com
think@soros.com
tito.acosta@soros.com
tom.schwartz@soros.com
tracie.ahern@soros.com
tuncay.cevher@soros.com
viana.huie@soros.com

**soufflet-group**
bhass@soufflet-group.com

**southernco**
smcardle@southernco.com
taperkin@southernco.com

**southwest-mutual**
nchillar@southwest-mutual.com

**sov**
cnw@sov.com
km@sov.com

**sovereignbank**
gweitzel@sovereignbank.com
nspadafo@sovereignbank.com

**sozialbank**
a.verleger@sozialbank.de
w.runge@sozialbank.de

**spaengler**
bernhard.lehner@spaengler.at
birgit.poelzl@spaengler.at
d.feitzinger@spaengler.at
horst.dick@spaengler.at
ingrid.gerner@spaengler.at
ingrid.strasser@spaengler.at
marcus.ehrhardt@spaengler.at
robert.ensinger@spaengler.at

**sparbankenikarlshamn**
thomas.larsson@sparbankenikarlshamn.se

**sparbanken-nord**

## Company & Corresponding Email Addresses

ulf.lindgren@sparbanken-nord.se

### sparebank1

jan.breivik@sparebank1.no

### sparinvest

alexander.fleischer@sparinvest.com
alexander.giuliani@sparinvest.com
alexandra.toyfl@sparinvest.com
amalia.ripfl@sparinvest.com
claudia.mehser@sparinvest.com
claudia.welzig@sparinvest.com
constanze.fay@sparinvest.com
doris.stadler@sparinvest.com
edwin.trieblnig@sparinvest.com
franz.kisser@sparinvest.com
gerhard.beulig@sparinvest.com
gernot.schrotter@sparinvest.com
hans.leitner@sparinvest.com
harald.kober@sparinvest.com
herbert.matzinger@sparinvest.com
iris.heher-milkowits@sparinvest.com
johann.pruckner@sparinvest.com
karl.altrichter@sparinvest.com
manfred.zourek@sparinvest.com
martin.mihalyi@sparinvest.com
michiel.vanderwerf@sparinvest.com
paul.severin@sparinvest.com
peter.andahazy@sparinvest.com
peter.svoboda@sparinvest.com
peter.varga@sparinvest.com
thomas.bobek@sparinvest.com
thomas.oposich@sparinvest.com
veronika.posch@sparinvest.com
wolfgang.mayer@sparinvest.com
wolfgang.zemanek@sparinvest.com

### sparkasse

dario.bogni@sparkasse.it
richard.seebacher@sparkasse.it

### sparkasse-bochum

klaus.pieper@sparkasse-bochum.de
michael.rijneveen@sparkasse-bochum.de

### sparkasse-bremen

bernd.etmer@sparkasse-bremen.de
bjoern.mahler@sparkasse-bremen.de
frank.gobrecht@sparkasse-bremen.de
heiko.starossom@sparkasse-bremen.de
jan.focken@sparkasse-bremen.de
joerg.lindenberg@sparkasse-bremen.de

### sparkasse-hannover

andreas.janke@sparkasse-hannover.de
carsten.hinterthuer@sparkasse-hannover.de
christian.meier@sparkasse-hannover.de
cornelia.schulze@sparkasse-hannover.de
mia.schiefer@sparkasse-hannover.de
sandra.kochanski@sparkasse-hannover.de

## Company & Corresponding Email Addresses

sylvia.lause@sparkasse-hannover.de

### sparkasse-koelnbonn

bernadette.kaufhold@sparkasse-koelnbonn.de
bjoern.marquardsen@sparkasse-koelnbonn.de
caasten.czech@sparkasse-koelnbonn.de
christian.braun-dziurzik@sparkasse-koelnbonn.de
detlef.becker@sparkasse-koelnbonn.de
erik.bartel@sparkasse-koelnbonn.de
harald.floeter@sparkasse-koelnbonn.de
holger.reske@sparkasse-koelnbonn.de
kerstin.raczuhn@sparkasse-koelnbonn.de
klaus-ullrich.spiller@sparkasse-koelnbonn.de
mario.adolphs@sparkasse-koelnbonn.de
martin.koelker@sparkasse-koelnbonn.de
martina.brueck@sparkasse-koelnbonn.de
nils.bantleon@sparkasse-koelnbonn.de
rene.dichant@sparkasse-koelnbonn.de
sandra.steinbuechel@sparkasse-koelnbonn.de
stefan.dahm@sparkasse-koelnbonn.de
susanne.diehl@sparkasse-koelnbonn.de
sylvia.hassert@sparkasse-koelnbonn.de
torsten.jasper@sparkasse-koelnbonn.de
torsten.mietzner@sparkasse-koelnbonn.de
vera.stoeck@sparkasse-koelnbonn.de
werner.lorbach@sparkasse-koelnbonn.de

### sparkasse-krefeld

frank.krahn@sparkasse-krefeld.de
gerhard.krueger@sparkasse-krefeld.de
susanne.kubik@sparkasse-krefeld.de
wilfried.esten@sparkasse-krefeld.de

### sparkassenversicherung

axel.kolbe@sparkassenversicherung.de
frank.osswald@sparkassenversicherung.de
gerlinde.jetzschke@sparkassenversicherung.de
hans.allmandinger@sparkassenversicherung.de
hermann-josef.abelen@sparkassenversicherung.de
ingo.kugel@sparkassenversicherung.de
manfred.rupps@sparkassenversicherung.de
thomas.geiser@sparkassenversicherung.de

### sparkasse-ooe

christian.stoebich@sparkasse-ooe.at
hannes.marschalek@sparkasse-ooe.at
martin.kamleitner@sparkasse-ooe.at
maximilian.haslbauer@sparkasse-ooe.at

### sparkasse-pforzheim

handel@sparkasse-pforzheim.de

### spasset

aboffa@spasset.lu
aninni@spasset.lu
bcometto@spasset.lu
fwouters@spasset.lu
iitaliano@spasset.lu
lavico@spasset.lu
mmottino@spasset.lu

## Company & Corresponding Email Addresses

**spavm**
johan.grunditz@spavm.se

**spectraweb**
zulauf.invest@spectraweb.ch

**spectrumassetmgmt**
george.dowd@spectrumassetmgmt.com

**spectrumassetmgt**
songer@spectrumassetmgt.com

**spectruminvest**
cwindeyer@spectruminvest.com.au
lskardoon@spectruminvest.com.au

**spfbeheer**
cvanderleest@spfbeheer.nl
fberg@spfbeheer.nl
ghartman@spfbeheer.nl
hheerink@spfbeheer.nl
hhermsen@spfbeheer.nl
hhoning@spfbeheer.nl
hroekel@spfbeheer.nl
iruis@spfbeheer.nl
jbrandenburg@spfbeheer.nl
jidema@spfbeheer.nl
jkappe@spfbeheer.nl
lparren@spfbeheer.nl
mandringa@spfbeheer.nl
mcardous@spfbeheer.nl
mmulder@spfbeheer.nl
mmulleners@spfbeheer.nl
nwinsen@spfbeheer.nl
pvenlet@spfbeheer.nl
rmoolenaar@spfbeheer.nl
rvesters@spfbeheer.nl
shaaijer@spfbeheer.nl
smangroo@spfbeheer.nl
swit@spfbeheer.nl
wiersel@spfbeheer.nl
ydungen@spfbeheer.nl

**spgestion**
afournier@spgestion.fr
hcabanac@spgestion.fr

**sph-spms**
teerl@sph-spms.nl
vonbeckumd@sph-spms.nl
zimmermanr@sph-spms.nl

**spin**
pbvermag@spin.ch

**spinnaker**
lmattar@spinnaker.com.br
mrmenezes@spinnaker.com.br
pcremiao@spinnaker.com.br

**spinnakerasia**
christopher.teague@spinnakerasia.com
david.curran@spinnakerasia.com
guoxing.wang@spinnakerasia.com

## Company & Corresponding Email Addresses

kirkalexander@spinnakerasia.com
mwlim@spinnakerasia.com
tarun.gandhi@spinnakerasia.com

**spinnakercapital**
alexis.habib@spinnakercapital.com
boris.erenburg@spinnakercapital.com
christian.kopf@spinnakercapital.com
claude.marion@spinnakercapital.com
daniel.strauss@spinnakercapital.com
erika.bogar@spinnakercapital.com
jorge.rosas@spinnakercapital.com
nicolaos.koulioumba@spinnakercapital.com

**spinnaker-capital**
bradley.wickens@spinnaker-capital.com
bradley.wikens@spinnaker-capital.com
orsi.scott@spinnaker-capital.com

**spintech**
spencer.punter@spintech.com

**springhousecapital**
jgraf@springhousecapital.com

**sprint**
annemarie.gemma@frbny.sprint.com
david.c.lam@exxon.sprint.com
susan.mclaughlin@frbny.sprint.com
suzanne.boughner@frbny.sprint.com

**sprintmail**
jsteinberg@sprintmail.com

**sp-sa**
helge.heyd@sp-sa.de

**spt**
casieber@spt.com
cslarson@spt.com
mdpeters@spt.com
mlinstro@spt.com
nng@spt.com
ppuster@spt.com
tspaeth@spt.com

**spv**
torleif.berg@spv.no

**sqam**
fabrice.callet@sqam.com

**sra**
jwarmath@sra.state.md.us
shuber@sra.state.md.us
tray@sra.state.md.us

**sr-bank**
petter.olberg@sr-bank.no

**srfsanpaoloimi**
n.manuti@srfsanpaoloimi.com

**sric**
alang@sric.net
jbyron@sric.net
yshields@sric.net

**srpnet**

## Company & Corresponding Email Addresses

mjgoughn@srpnet.com
wjniemei@srpnet.com

### ss

ftinsect@ss.iij4u.or.jp

### ssb

cserpa@ssb.com
jdfitch@ssb.com

### sscims

adam.weaver@sscims.com
alberto.correia@sscims.com
aldene.erskine@sscims.com
allison.aytes@sscims.com
annie.cheng@sscims.com
anuya.dhage@sscims.com
beth.cesari@sscims.com
bill.chau@sscims.com
blake.metsch@sscims.com
boriana.farias@sscims.com
brentley.stark@sscims.com
brijesh.patel@sscims.com
cheryl.witty@sscims.com
cindy.kon@sscims.com
clark.phan@sscims.com
cynthia.johnson@sscims.com
darrell.le@sscims.com
david.brownson@sscims.com
david.doan@sscims.com
david.kramer@sscims.com
debra.harris@sscims.com
dhiren.banker@sscims.com
dominic.degrasio@sscims.com
emi.sato@sscims.com
eric.bartlete@sscims.com
erik.haven@sscims.com
erin.tomlinson@sscims.com
estevan.botello@sscims.com
etsuko.kawaguchi@sscims.com
frank.bruno@sscims.com
frank.choi@sscims.com
frank.kokai@sscims.com
geoffrey.graham@sscims.com
george.guerrero@sscims.com
graham.shute@sscims.com
hannah.chung@sscims.com
hugo.komatsu@sscims.com
iris.ngo@sscims.com
jared.barton@sscims.com
jeff.grant@sscims.com
jeff.huang@sscims.com
jennifer.hardeman@sscims.com
jennifer.worthington@sscims.com
jesse.chang@sscims.com
joe.rosenfelt@sscims.com
joe.salcido@sscims.com

**Company & Corresponding Email Addresses**

jon.moehl@sscims.com
joseph.davidson@sscims.com
joy.sumner@sscims.com
julie.nguyen@sscims.com
juzar.gadiwala@sscims.com
karen.grimsley@sscims.com
kathy.martin@sscims.com
katrina.nguyen@sscims.com
kenneth.koo@sscims.com
khoa.phan@sscims.com
kim.tran@sscims.com
lachlan.macquarie@sscims.com
lejohn.pai@sscims.com
lenka.khou@sscims.com
liam.murphy@sscims.com
libby.vangelos@sscims.com
lisa.dao@sscims.com
lisa.hoffman@sscims.com
ljpai@sscims.com
lulu.chen@sscims.com
mehdi.dalavarian@sscims.com
melissa.silverman@sscims.com
michael.burdian@sscims.com
michael.jacobs@sscims.com
michael.novikoff@sscims.com
michael.painter@sscims.com
michael.pruin@sscims.com
michael.steier@sscims.com
mike.bell@sscims.com
mike.li@sscims.com
mike.yetter@sscims.com
naomi.yamamoto@sscims.com
nolan.toy@sscims.com
peggy.brynjolfsson@sscims.com
peter.luevanos@sscims.com
phan.dang@sscims.com
phillip.rhee@sscims.com
rafael.lim@sscims.com
ralph.lopez@sscims.com
ricardo.vit@sscims.com
robert.hart@sscims.com
robert.leo@sscims.com
robert.orca@sscims.com
romina.dalpogetto@sscims.com
ross.jackson@sscims.com
sachin.bawale@sscims.com
sat.buu@sscims.com
scott.sunbury@sscims.com
stan.lee@sscims.com
sue.collazo@sscims.com
theresa.tran@sscims.com
thomas.kopkash@sscims.com
thomas.williams@sscims.com
todd.humphreys@sscims.com

## Company & Corresponding Email Addresses

tran.nguyen@sscims.com
trevor.walker@sscims.com
veruschka.tan@sscims.com
zvi.shapiro@sscims.com

### sscinc
alastair.johnson@sscinc.com
cfurlo@sscinc.com
drussell@sscinc.com
jamenta@sscinc.com
jhazen@sscinc.com
mac92@sscinc.com
rpullara@sscinc.com
sgoode@sscinc.com
ssaadian@sscinc.com

### ssf
zhipengw@ssf.gov.cn

### ssfutures
yeechung@ssfutures.com

### ssg
christopher_t_grune@ssg.com

### ssga
aaron_hurd@ssga.com
adel_daghmouri@ssga.com
aiman_baharna@ssga.com
aisling_toby@ssga.com
akash_sindagi@ssga.com
alain_louis@ssga.com
alan_brown@ssga.com
alex_reeve@ssga.com
alex_salcedo@ssga.com
alexi_makkas@ssga.com
alison_kerivan@ssga.com
allen_kwong@ssga.com
amos_rogers@ssga.com
andrea_d'abramo@ssga.com
andrew_chodorow@ssga.com
andrew_goodale@ssga.com
andrew_tenczar@ssga.com
angela_finn@ssga.com
anita_xu@ssga.com
anthony_falzarano@ssga.com
anthony_fiore@ssga.com
anthony_foley@ssga.com
anthony_golowenko@ssga.com
anthony_yau@ssga.com
anu_kothari@ssga.com
anurag_mishra@ssga.com
anurag_wakhlu@ssga.com
arlene_rockefeller@ssga.com
arun_karna@ssga.com
ashley_vallone2@ssga.com
ashling_mcdonald@ssga.statestr
attilio_qualtieri@ssga.com
azim_alvi@ssga.com

**Company & Corresponding Email Addresses**

banaja_mishra@ssga.com
barbara_shegog@ssga.com
barbara_thompson@ssga.com
barry_allen@ssga.com
barry_spear@ssga.com
bart_hellwig@ssga.com
ben_kottler@ssga.com
ben_salm@ssga.com
benjamin_garfield@ssga.com
benjamin_tarlow@ssga.com
benjamin_wong@ssga.com
bill_driscoll@ssga.com
bill_page@ssga.com
bill_street@ssga.com
bing_lin@ssga.com
bob_magri@ssga.com
brad_aham@ssga.com
brett_wander@ssga.com
brian_black@ssga.com
brian_hickey@ssga.com
brian_kinney@ssga.com
buttenheim_maureen@ssga.com
carl_erdly@ssga.com
carlos_coutinho@ssga.com
carmen_assang@ssga.com
carole_morin@ssga.com
carrie_heilweil@ssga.com
casey_paton@ssga.com
chandra_manibog@ssga.com
charisse_kilkeary@ssga.com
charles_byrne@ssga.com
charles_mottinger@ssga.com
charles_tao@ssga.com
chee_ooi@ssga.com
ching-yin_fung@ssga.com
chris_butler@ssga.com
chris_rice@ssga.com
chris_sunderland@ssga.com
christian_dansereau@ssga.com
christine_chen@ssga.com
christos_koutsoyannis@ssga.com
chuck_martin@ssga.com
chuck_mcginn@ssga.com
ciaran_casey@ssga.com
cindy_wong@ssga.com
craig_degiacomo@ssga.com
craig_orr@ssga.com
craig_slater@ssga.com
cynthia_moy@ssga.com
dan_mo@ssga.com
dan_peirce@ssga.com
dan_stachel@ssga.com
daniel_hannemann@ssga.com
daniel_williams@ssga.com

**Company & Corresponding Email Addresses**

david_benhamou@ssga.com
david_boatwright@ssga.com
david_duseau@ssga.com
david_ely@ssga.com
david_hegg@ssga.com
david_kobuszewski@ssga.com
david_l_smith@ssga.com
david_mazza@ssga.com
david_mcavoy@ssga.com
david_ondek@ssga.com
david_sandrew@ssga.com
david_zielinski@ssga.com
dduseau@ssga.com
dean_gekas@ssga.com
delphine_hovan@ssga.com
denisa_sokolova@ssga.com
derek_riddell@ssga.com
derek_sadowsky@ssga.com
didier_rosenfeld@ssga.com
divya_gopal@ssga.com
dodd_kittsley@ssga.com
domini_gardner@ssga.com
drew_cortez@ssga.com
dsauve@ssga.com
dunbrack_gary@ssga.com
dwayne_parmley@ssga.com
eldar_nigmatullin@ssga.com
eleanor_marsh@ssga.com
elizabeth_mingle@ssga.com
elizabeth_shea@ssga.com
elizabeth_worster@ssga.com
elya_schwartzman@ssga.com
emcommodities@ssga.com
eric_chatron@ssga.com
eric_tempesta@ssga.com
eva_manimtim@ssga.com
faruk_patel@ssga.com
fernando_diaz@ssga.com
frances_raboy@ssga.com
franck_mercier@ssga.com
franky_mui@ssga.com
frederic_jarnet@ssga.com
fujiko_matsumoto@ssga.com
gary_zhang@ssga.com
geoffrey_somes@ssga.com
george_hoguet@ssga.com
george_xiang@ssga.com
glen_johnson@ssga.com
glenn_johnson@ssga.com
gregory_taieb@ssga.com
hardeep_parmar@ssga.com
helen_chan@ssga.com
helen_romeo@ssga.com
henri_fouda@ssga.com

## Company & Corresponding Email Addresses

henry_jim@ssga.com
henry_lanza@ssga.com
holly_clifford@ssga.com
holly_sabourin@ssga.com
hong_zeng@ssga.com
hui_jin@ssga.com
huimin_wu@ssga.com
ivka_kalus@ssga.com
jacob_gilman@ssga.com
james_callahan@ssga.com
james_canney@ssga.com
james_contis@ssga.com
james_donahue@ssga.com
james_faulkner@ssga.com
james_klocek@ssga.com
james_kramer@ssga.com
james_mauro@ssga.com
james_reichert@ssga.com
jason_jeffers@ssga.com
jason_randlett@ssga.com
jay_ladieu@ssga.com
jean-christophe_beaulieu@ssga.com
jeetendra_naidu@ssga.com
jeff_st_peters@ssga.com
jeffrey_beach@ssga.com
jeffrey_carter@ssga.com
jeffrey_ladestro@ssga.com
jeffrey_megar@ssga.com
jeffrey_morrissey@ssga.com
jeng_chou@ssga.com
jenna_giannelli@ssga.com
jennifer_plaza@ssga.com
jennifer_sjostedt@ssga.com
jianzhuang_cai@ssga.com
jim_hopkins@ssga.com
jo_anne_ferullo@ssga.com
joe_kavey@ssga.com
joe_lutkevitch@ssga.com
joel_case@ssga.com
joel_goodwin@ssga.com
joelle_mcphail@ssga.com
john_balder@ssga.com
john_choe@ssga.com
john_cronin@ssga.com
john_furtado@ssga.com
john_kirby@ssga.com
john_laposta@ssga.com
john_lau@ssga.com
john_longhurst@ssga.com
john_morton@ssga.com
john_richard@ssga.com
john_tucker@ssga.com
john_waskiewicz@ssga.com
john_white@ssga.com

## Company & Corresponding Email Addresses

jonathan_forman@ssga.com
joseph_marus@ssga.com
kali_ramachandran@ssga.com
kan_zheng@ssga.com
karen_chong@ssga.com
karen_tsang@ssga.com
katherine_pierce@ssga.com
kathryn_barry@ssga.com
kelly_rooney@ssga.statestreet.
kenneth_kubec@ssga.com
kent_finkle@ssga.com
kerstin_ramstrom@ssga.com
kevin_tuttle@ssga.com
khengsiang_ng@ssga.com
kimberly_gluck@ssga.com
konstantinos_dafoulas@ssga.com
kristopher_a_giardino@ssga.com
kshama_shetty@ssga.com
kyle_kelly@ssga.com
lati_lelelit@ssga.com
lauren_kossow@ssga.com
laurent_dupouy@ssga.com
leo_yerukhimovich@ssga.com
lin_yuan@ssga.com
lindsey_richardon@ssga.com
ling_luo@ssga.com
lokesh_bidarakatti@ssga.com
madhu_arumugham@ssga.com
mahesh_konda@ssga.com
mahesh_vel@ssga.com
maile_robichaud@ssga.com
malini_belani@ssga.com
marc_laflamme@ssga.com
marc_toucette@ssga.com
marc_touchette@ssga.com
margaret_nelson@ssga.com
maria_pino@ssga.com
marie_gaines@ssga.com
mariusz_zielinski@ssga.com
mark_d'alfonso@ssga.com
mark_flanagan@ssga.com
mark_hooker@ssga.com
mark_marinella@ssga.com
mark_reilly@ssga.com
martin_oetiker@ssga.com
mary_mcdermott@ssga.com
matt_pappas@ssga.com
matthew.pace@ssga.com
matthew_george@ssga.com
matthew_griswold@ssga.com
matthew_kelly@ssga.com
matthew_lau@ssga.com
matthew_mcphee@ssga.com
matthew_natale@ssga.com

## Company & Corresponding Email Addresses

matthew_steinaway@ssga.com
max_desantis@ssga.com
mayank_seksaria@ssga.com
mei_chu@ssga.com
melissa_webster@ssga.com
mi_chen@ssga.com
michael_brunell@ssga.com
michael_collinsjr@ssga.com
michael_feehily@ssga.com
michael_hebert@ssga.com
michael_madden@ssga.com
michael_mccrorey@ssga.com
michael_milby@ssga.com
michael_ohara@ssga.com
michael_porter@ssga.com
michael_przygoda@ssga.com
michael_riggs@ssga.com
michael_riley@ssga.com
michael_schoeck@ssga.com
michael_soued@ssga.com
michael_thompson@ssga.com
michael_williams@ssga.com
michael_wood@ssga.com
michael_young@ssga.com
michelle_aquino@ssga.com
michelle_cheong@ssga.com
miguel_villanueva@ssga.com
mike_caffi@ssga.com
mike_martel@ssga.com
mirna_zelic@ssga.com
murat_sensoy@ssga.com
nancy_tolson@ssga.com
narayana_siddappa@ssga.com
nathaniel_evarts@ssga.com
neil_amaral@ssga.com
neil_boege@ssga.com
nicholas_sacca@ssga.com
nigel_foo@ssga.com
oekambi@ssga.com
ola_folarin@ssga.com
oliver_zeng@ssga.com
owen_anastasia@ssga.com
pallavi_kudva@ssga.com
pam_hegarty@ssga.com
pamela_costa@ssga.com
patricia_gildea@ssga.statestre
patricia_murphy@ssga.com
patrick_armstrong@ssga.com
patrick_wong@ssga.com
paul_brakke@ssga.com
paul_gardner@ssga.com
paul_greff@ssga.com
paul_young@ssga.com
paula_craft@ssga.com

**Company & Corresponding Email Addresses**

peaches_kenneally@ssga.com
peng_liu@ssga.com
peter.willet@ssga.com
peter_hajjar@ssga.com
peter_lert@ssga.com
peter_lindley@ssga.com
peter_lindner@ssga.com
phil_meckel@ssga.com
philip_reardon@ssga.com
pia_mccusker@ssga.com
pierre_auguste@ssga.com
ponnamma_lalith@ssga.com
praveen_damija@ssga.com
praveen_dhamija@ssga.com
pritha_mitra-stiff@ssga.com
qi_guan@ssga.com
quang_la@ssga.com
rachael_leman@ssga.com
rajiv_prabhakar@ssga.com
rami_hassan@ssga.com
ramon_maronilla@ssga.com
rankd_galletti@ssga.com
raul_riverajr@ssga.com
ray_cunha@ssga.com
rebecca_kelsch@ssga.com
richard_arnott@ssga.com
richard_bowers@ssga.com
richard_ngpack@ssga.com
richard_ochman@ssga.com
richard_thomas@ssga.com
ritirupa_samanta@ssga.com
rob_rubano@ssga.com
robert_dempsey@ssga.com
robert_devaney@ssga.com
robert_jackson@ssga.com
robert_kania@ssga.com
robert_pickett@ssga.com
robert_ricciarelli@ssga.com
robert_uek@ssga.com
rodolfo_robles@ssga.com
romulus_carbunari@ssga.com
ross_bolton@ssga.com
ryan_campbell@ssga.com
ryan_langille@ssga.com
sammy_yip@ssga.com
sandy_wong-ng@ssga.com
sara_divello@ssga.com
sarath_sathkumara@ssga.com
scott_conlon@ssga.com
scott_fulford@ssga.com
scott_miller@ssga.com
scott_piche@ssga.com
scott_richards@ssga.com
sean_dillon@ssga.com

**Company & Corresponding Email Addresses**

sean_flannery@ssga.com
sean_lucier@ssga.com
sean_lussier@ssga.com
shawn_johnson@ssga.com
shelli_edgar@ssga.com
shilpa_sree@ssga.com
shinichi_kuragasaki@ssga.com
shruti_verma@ssga.com
simon_collinge@ssga.com
simon_mullumby@ssga.com
siu_moy@ssga.com
solomon_tadesse@ssga.com
sophia_banar@ssga.com
spiros_jamas@ssga.com
stanley_kwok@ssga.com
stephen_burke@ssga.com
stephen_j_nash@ssga.com
stephen_krajewski@ssga.com
stephen_mantle@ssga.com
steven_a_russo@ssga.com
steven_kistner@ssga.com
steven_meier@ssga.com
sue_burris@ssga.com
sunitha_das@ssga.com
susan_foster@ssga.com
susan_reigel@ssga.com
susie_rathsombath@ssga.com
swong-ng@ssga.com
tabitha_waithaka@ssga.com
taras_ivanenko@ssga.com
ted_gekas@ssga.com
theresa_maurer@ssga.com
thierry_iniguez@ssga.com
thomas_distefano@ssga.com
thomas_gaylord@ssga.com
thomas_guarini@ssga.com
thomas_kayola@ssga.com
thomas_kelly@ssga.com
thomas_kennelly@ssga.com
thomas_sherry@ssga.com
thomas_stolberg@ssga.com
tim_garry@ssga.com
tim_gary@ssga.com
tim_gaudette@ssga.com
timothy_cook@ssga.com
timothy_corbett@ssga.com
timothy_furbush@ssga.com
timothy_ryan@ssga.com
ting_li@ssga.com
toby_michaud@ssga.com
todd_bean@ssga.com
todd_brezinski@ssga.com
todd_kennedy@ssga.com
tom_connelley@ssga.com

**Company & Corresponding Email Addresses**

tom_favazza@ssga.com
tom_hagstrom@ssga.com
tom_motley@ssga.com
tommy_cheung@ssga.com
tony_beaulac@ssga.com
tony_scola@ssga.com
tyhesha_harrington@ssga.com
tyler_yuan@ssga.com
velma_chang@ssga.com
veronica_ho@ssga.com
vic_thompson@ssga.com
vidya_krishnaswamy@ssga.com
vimal_jayaraj@ssga.com
vincent_p_thornton@ssga.com
vincent_suen@ssga.com
volodymyr_zdorovtsov@ssga.com
wally_cheung@ssga.com
walter_stock@ssga.com
wayne_parrish@ssga.com
william_chow@ssga.com
william_cunningham@ssga.com
william_deroche@ssga.com
william_jurgelewicz@ssga.com
winnie_pun@ssga.com
xianxin_zhao@ssga.com
xuesong_hu@ssga.com
yann_depin@ssga.com
yasuyo_meisner@ssga.com
yi_y_xu@ssga.com
yin_kon@ssga.com
yining_gu@ssga.com
yuehan_liu@ssga.com
yvonne_tai@ssga.com
zichong_wang@ssga.com
zoran_stanisljevic@ssga.com

**ssk1**

mihoko.yoshii@ssk1.ho.dkb.co.jp

**sskduessekdorf**

frank.hendricks@sskduessekdorf.de

**sskduesseldorf**

alfred.kadagies@sskduesseldorf.de

**sskhan**

j.weinhold@sskhan.de
r.ebert@sskhan.de

**ssm**

dkiessling@ssm.com
jpannel@ssm.com
lhealy@ssm.com
morlando@ssm.com
tshively@ssm.com

**ssmb**

andres.recoder@ssmb.com
andrew.schlossberg@ssmb.com
bob.kopprasch@ssmb.com

## Company & Corresponding Email Addresses

carmella.dirienzo@ssmb.com
charles.schifano@ssmb.com
david.graff@ssmb.com
david.j.griffiths@ssmb.com
fred.chapey@ssmb.com
j.bianchi@ssmb.com
jacquelyn.kirkland@ssmb.com
joseph.deane@ssmb.com
josh.lane@ssmb.com
krisiti.conway@ssmb.com
lou.mccrimlisk@ssmb.com
marlon.rockensuess@ssmb.com
menko.jaekel@ssmb.com
michele.mirabella@ssmb.com
neil.mack@ssmb.com
robert.ball@ssmb.com
robert.l.battel@ssmb.com
ruppert.vernon@ssmb.com
sheridan.j.lear@ssmb.com
thomas.ekert@ssmb.com
thomas.miele@ssmb.com
veronica.a.gilmartin@ssmb.com

### ssmhc

brenda_schaefer@ssmhc.com
karen_everhart@ssmhc.com
kris_zimmer@ssmhc.com

### ssrm

acohen@ssrm.com
bhaggerty@ssrm.com
bodell@ssrm.com
bpassalacqua@ssrm.com
bwestvold@ssrm.com
ccreelman@ssrm.com
cmcgowan@ssrm.com
cvilaythong@ssrm.com
dcarson@ssrm.com
ddavis@ssrm.com
dlafferty@ssrm.com
doconnell@ssrm.com
dporitzky@ssrm.com
dstrelow@ssrm.com
egovoni@ssrm.com
ekeaney@ssrm.com
esears@ssrm.com
gmartin@ssrm.com
hmorris@ssrm.com
jbalder@ssrm.com
jdoucette@ssrm.com
jgiroux@ssrm.com
jlynch@ssrm.com
jmulligan@ssrm.com
jvillela@ssrm.com
jwallace@ssrm.com
kepshteyn@ssrm.com

**Company & Corresponding Email Addresses**

kepstein@ssrm.com
klangholm@ssrm.com
lbangs@ssrm.com
library@ssrm.com
lsarlo@ssrm.com
mboss@ssrm.com
mdavid@ssrm.com
mgedney@ssrm.com
mikecallahan@ssrm.com
mjohannsen@ssrm.com
mlomasney@ssrm.com
mtaber@ssrm.com
pspain@ssrm.com
rmurphy@ssrm.com
sbrown@ssrm.com
scumberbatch@ssrm.com
smacdonald@ssrm.com
snagarajan@ssrm.com
sstjohn@ssrm.com
swardwell@ssrm.com
thagstrom@ssrm.com
wdunlap@ssrm.com
whamilton@ssrm.com

**ssrrealty**
flieblic@ny.ssrrealty.com
**sswedbank**
peter.tram@sswedbank.com
**st**
alain.dutheil@st.com
alessandro.brenna@st.com
andrea.cuomo@st.com
antonia.sala@st.com
benoit.de-leusse@st.com
bruno.steve@st.com
carlo.bozotti@st.com
carlo.ferro@st.com
cristina.brambilla@st.com
edoardo.sirtori@st.com
giorgio.incognito@st.com
giuseppe.amodio@st.com
giuseppe.notarnicola@st.com
joshua.friedman@st.com
jpickart@state.st.com
kongfk@st.com.sg
laurence.valente@st.com
mario.arlati@st.com
piero.mosconi@st.com
seah.peter@st.com
tait.sorensen@st.com
**stableriver**
justin.wu@stableriver.com
mike.sebesta@stableriver.com
**staceybraun**
jwexler@staceybraun.com

## Company & Corresponding Email Addresses

pbwillis@staceybraun.com
rweiden@staceybraun.com
tcalimano@staceybraun.com

### stadshuset

max.ehrengren@stadshuset.stockholm.se
per.eriksson@stadshuset.stockholm.se

### staedtische

c.buchmayer@staedtische.co.at
c.wurl@staedtische.co.at
d.janik@staedtische.co.at
g.weber@staedtische.co.at
h.jaindl@staedtische.co.at
j.hiller@staedtische.co.at
m.oberdorfer@staedtische.co.at
s.kogler@staedtische.co.at
walter.schultes@staedtische.co.at

### standarchartered

matthew-denis.galligan@sg.standarchartered.com

### standard

kdottl@standard.com
rjain@standard.com

### standardchartered

aaron.chua@sg.standardchartered.com
alistair.bulloch@tw.standardchartered.com
amar.singh@standardchartered.com
andrew.willans@us.standardchartered.com
ankit.garg@uk.standardchartered.com
anthony.jacob@us.standardchartered.com
anthony.walton@standardchartered.com
benjamin.velazquez@us.standardchartered.com
bill.hughes@us.standardchartered.com
brad.levitt@sg.standardchartered.com
brookfurst@us.standardchartered.com
bryan.henning@sg.standardchartered.com
catherine.williams@uk.standardchartered.com
celia.haung@tw.standardchartered.com
charlie.wang@sg.standardchartered.com
charu.narain@kr.standardchartered.com
diptochakratorty@us.standardchartered.com
dudley.hancox@us.standardchartered.com
emily.sun@tw.standardchartered.com
esther.wahl@us.standardchartered.com
franco.rossi@us.standardchartered.com
frank.law@hk.standardchartered.com
frank.robleto@us.standardchartered.com
george.ct.hsu@tw.standardchartered.com
gregory.clinton@sg.standardchartered.com
helen.s.hui@tw.standardchartered.com
hitan.patel@uk.standardchartered.com
ht.chen@tw.standardchartered.com
jackie.vazquez@us.standardchartered.com
jacqueline.swaine@us.standardchartered.com
jahangir.aka@sg.standardchartered.com
james.mccabe@us.standardchartered.com

## Company & Corresponding Email Addresses

jane.loo@sg.standardchartered.com
jaspal.bindra@sg.standardchartered.com
jeffrey.jw.ha@kr.standardchartered.com
jevin.fan@tw.standardchartered.com
john.stewart@us.standardchartered.com
julio.rojas@us.standardchartered.com
karen.siercke-franco@standardchartered.com
keith.de-vaz@sg.standardchartered.com
lakshmikanthan.ravisankar@sg.standardchartered.com
lee.guan-liu@standardchartered.com
leung.franco@uk.standardchartered.com
marc.krusko@us.standardchartered.com
marc.leaver@standardchartered.com
margaret.lee@hk.standardchartered.com
matthew.geason@sg.standardchartered.com
matthew.welch@sg.standardchartered.com
michael.palagonia@us.standardchartered.com
mike.rees@sg.standardchartered.com
neo.wee-siang@uk.standardchartered.com
park.jw@kr.standardchartered.com
patrick.ck.wong@hk.standardchartered.com
paul.hare@uk.standardchartered.com
perdigon.luis-fernando@us.standardchartered.com
peter.dodds@us.standardchartered.com
peter.sargant@hk.standardchartered.com
peter.womg@sg.standardchartered.com
pham.phu-khoi@sg.standardchartered.com
pradeep.jyer@us.standardchartered.com
proctor.david@sg.standardchartered.com
rahul.arora@uk.standardchartered.com
richard.lau@sg.standardchartered.com
robert.ryan@us.standardchartered.com
rodrigo.gurdian@us.standardchartered.com
seah.hway-keng@sg.standardchartered.com
sean.copley@us.standardchartered.com
shizuo.ichikawa@jp.standardchartered.com
stephen.ts.chan@hk.standardchartered.com
steve.puttock@uk.standardchartered.com
sundeep.bhandari@in.standardchartered.com
tammy-yi-jiun.liou@tw.standardchartered.com
vince.chen@tw.standardchartered.com
vis.shankar@sg.standardchartered.com
vyayant.jan@us.standardchartered.com
woo.youngsong@us.standardchartered.com
yip.chris@sg.standardchartered.com
yoshio.shimizu@uk.standardchartered.com

### standardlife

aatish_porwal@standardlife.com
aileen_crombie@standardlife.com
alasdair_maclean@standardlife.com
alexander_godwin@standardlife.com
alistair_way@standardlife.com
alistair_wittet@standardlife.com
amy_boog@standardlife.com

## Company & Corresponding Email Addresses

andrew.sutherland@standardlife.com
andrew_milligan@standardlife.com
andrew_walker@standardlife.com
andy_gipp@standardlife.com
andy_townsend@standardlife.com
anita_griffin@standardlife.com
anne_breen@standardlife.com
anne-sophie.barette@standardlife.ca
arthur_milson@standardlife.com
bill_lambert@standardlife.com
brian_fleming@standardlife.com
carol_duncan@standardlife.com
charles.jenkins@standardlife.ca
chris_haimendorf@standardlife.com
chris_verrecchia@standardlife.com
christina_butler@standardlife.com
christopher_waddington@standardlife.com
claude.turcot@standardlife.ca
clemens_buenger@standardlife.com
colin_ledlie@standardlife.com
craig_x_macdonald@standardlife.com
daniela_kriegenburg@standardlife.com
david_baddon@standardlife.com
david_cumming@standardlife.com
derek_quinn@standardlife.com
dinka.kucic@standardlife.ca
dominic_byrne@standardlife.com
donal_reynolds@standardlife.com
donna_boyd@standardlife.com
doriana.cirella@standardlife.ca
dougie_smyth@standardlife.com
douglas_mcneill@standardlife.com
douglas_roberts@standardlife.com
edward_leggett@standardlife.com
elaine_cairns@standardlife.com
elaine_morrison@standardlife.com
emma_shelton@standardlife.com
erlend_lochen@standardlife.com
euan_munro@standardlife.com
euan_sanderson@standardlife.com
euan_stirling@standardlife.com
evelyn_bourke@standardlife.com
feryal_taki@standardlife.com
fiona_dickinson@standardlife.com
fiona_melville@standardlife.com
firstname_surname@standardlife.com
fraser_chalmers@standardlife.com
gareth_gettinby@standardlife.com
geir-rune.johnskareng@standardlife.ca
george_walker@standardlife.com
georgina_marshall@standardlife.com
gordon_lowson@standardlife.com
graeme_orr@standardlife.com
graham_downie@standardlife.com

## Company & Corresponding Email Addresses

greg_cookson@standardlife.com
haider_raja@standardlife.com
harry_nimmo@standardlife.com
hazel_murray@standardlife.com
hector_kilpatrick@standardlife.com
helen_driver@standardlife.com
hilary_oconnor@standardlife.com
iain_galloway@standardlife.com
iain_maccormick@standardlife.com
iain_mason@standardlife.com
ian_robertson@standardlife.com
ivan.francis@standardlife.ca
jane_somerville@standardlife.com
jessica_cheung@standardlife.com
jim.pearson@standardlife.com
jim_conway@standardlife.com
jim_cull@standardlife.com
joanna_dormer@standardlife.com
john_c_wilson@standardlife.com
john_cummins@standardlife.com
john_hughes@standardlife.com
john_metcalfe@standardlife.com
john_page@standardlife.com
john_whelan@standardlife.com
jonathan_gibbs@standardlife.com
jonathan_rowe@standardlife.com
juli_kao@standardlife.com
julie_mason@standardlife.com
karen_e_robertson@standardlife.com
kathleen_mckechnie@standardlife.com
katy_ross@standardlife.com
kay_ayre@standardlife.com
kay_eyre@standardlife.com
kaythie_reid@standardlife.com
keith_skeoch@standardlife.com
kevin_hogg@standardlife.com
kevin_smith@standardlife.com
kevin_thompson@standardlife.com
kiki_macdonald@standardlife.com
leon_webb@standardlife.com
lesley_duncan@standardlife.com
louise_mackenzie@standardlife.com
magdalene_miller@standardlife.com
maher.yaghi@standardlife.ca
malcolm.jones@standardlife.com
malin_nairn@standardlife.com
marie-eve.savard@standardlife.ca
mark_niznik@standardlife.com
mark_vincent@standardlife.com
marlin_hesslefors@standardlife.com
matthew_harris@standardlife.com
matthew_williams@standardlife.com
mel_stimpson@standardlife.com
michael_hill@standardlife.com

**Company & Corresponding Email Addresses**

neil_matheson@standardlife.com
norman.raschkowan@standardlife.ca
paul_pasquill@standardlife.com
paul_stackhouse@standardlife.com
pauline_macpherson@standardlife.com
peter.hill@standardlife.ca
raquel.castiel@standardlife.ca
reg_watson@standardlife.com
richard_batty@standardlife.com
richard_moffat@standardlife.com
richard_scholefield@standardlife.com
robert_mckillop@standardlife.com
rod_paris@standardlife.com
ronnie_petrie@standardlife.com
rory_adam@standardlife.com
ross_teverson@standardlife.com
sam_wilkins@standardlife.com
samantha_lamb@standardlife.com
sarah_smart@standardlife.com
scott_allen@standardlife.com
sharon_kane@standardlife.com
shirley.cartmill@standardlife.ca
simon_kinnie@standardlife.com
simon_wood@standardlife.com
sital_cheema@standardlife.com
sli.industrials@standardlife.com
sonia.raikes@standardlife.ca
stan_pearson@standardlife.com
stella.yannoulakis@standardlife.ca
stephen_currie@standardlife.com
stephen_grant@standardlife.com
stephen_mccrow@standardlife.com
stephen_tait@standardlife.com
stephen_weeple@standardlife.com
steve.belisle@standardlife.ca
steven_dailly@standardlife.com
steven_lodge@standardlife.com
steven_swann@standardlife.com
steven_way@standardlife.com
stuart_j_fraser@standardlife.com
stuart_lindsay@standardlife.com
stuart_macarthur@standardlife.com
susan.da-sie@standardlife.ca
susan_tarry@standardlife.com
svitlana_gubriy@standardlife.com
tamsin_balfour@standardlife.com
theresa_costigan@standardlife.com
thomas_moore@standardlife.com
thomas_rahman@standardlife.com
tom_muir@standardlife.com
tony.maturo@standardlife.ca
tony_hood@standardlife.com
tracey_killorn@standardlife.com
valerie.cecchini@standardlife.ca

## Company & Corresponding Email Addresses

vicky_frew@standardlife.com
wesley_mccoy@standardlife.com
will_james@standardlife.com
yassar_ali@standardlife.com

### standish

akoch@standish.com
dborgman@standish.com
dchen@standish.com
dgillespie@standish.com
dkingsley@standish.com
dleonhardt@standish.com
gnichols@standish.com
jjew@standish.com
jmauceli@standish.com
llam@standish.com
rpatterson@standish.com
ssawren@standish.com
tgraf@standish.com

### standishmellon

acatalan@standishmellon.com
achiu@standishmellon.com
afitzgerald@standishmellon.com
aganesan@standishmellon.com
akozhemiakin@standishmellon.com
alindblom@standishmellon.com
anorman@standishmellon.com
asmith@standishmellon.com
bbennett@standishmellon.com
bhu@standishmellon.com
bkeating@standishmellon.com
bli@standishmellon.com
bmaitre@standishmellon.com
bmurphy@standishmellon.com
bstanick@standishmellon.com
bstone@standishmellon.com
cbarris@standishmellon.com
cbernier@standishmellon.com
cdillon@standishmellon.com
cdolan@standishmellon.com
cflammia@standishmellon.com
cfrisoli@standishmellon.com
cpellegrino@standishmellon.com
cpowers@standishmellon.com
ctodd@standishmellon.com
cvanbrunt@standishmellon.com
dbelman@standishmellon.com
dbelton@standishmellon.com
dbowser@standishmellon.com
dchittim@standishmellon.com
dczajak@standishmellon.com
ddriscoll@standishmellon.com
dfishman@standishmellon.com
dguffey@standishmellon.com
dhertan@standishmellon.com

**Company & Corresponding Email Addresses**

dhorsfall@standishmellon.com
dleduc@standishmellon.com
dma@standishmellon.com
dmarques@standishmellon.com
dmorse@standishmellon.com
dmukhin@standishmellon.com
drabasco@standishmellon.com
drichter@standishmellon.com
dspadafora@standishmellon.com
dswallow@standishmellon.com
dvieira@standishmellon.com
dzigas@standishmellon.com
ebinns@standishmellon.com
efriedland@standishmellon.com
elee@standishmellon.com
epearlman@standishmellon.com
eskanning@standishmellon.com
ewhite@standishmellon.com
fxue@standishmellon.com
gcurran@standishmellon.com
gczamara@standishmellon.com
ghaight@standishmellon.com
gneville@standishmellon.com
hjoy@standishmellon.com
janderson@standishmellon.com
jbak@standishmellon.com
jbarone@standishmellon.com
jbilodeau@standishmellon.com
jbower@standishmellon.com
jcaruso@standishmellon.com
jgately@standishmellon.com
jgaul@standishmellon.com
jharrison@standishmellon.com
jhartwell@standishmellon.com
jhosa@standishmellon.com
jkaniclides@standishmellon.com
jklein@standishmellon.com
jmauceli@standishmellon.com
jmcinerney@standishmellon.com
jmcnichols@standishmellon.com
jmoore@standishmellon.com
jmurcio@standishmellon.com
jninobla@standishmellon.com
jnmurray@standishmellon.com
jnutt@standishmellon.com
jpavao@standishmellon.com
jphilbin@standishmellon.com
jsommariva@standishmellon.com
jsullivan@standishmellon.com
jtocio@standishmellon.com
juhrig@standishmellon.com
jvillela@standishmellon.com
jwhite@standishmellon.com
jwindham@standishmellon.com

## Company & Corresponding Email Addresses

kbater@standishmellon.com
kbirkeland@standishmellon.com
kbowes@standishmellon.com
kholmes@standishmellon.com
kwatters@standishmellon.com
kwosepka@standishmellon.com
lansty@standishmellon.com
lcarroll@standishmellon.com
lcriswell@standishmellon.com
lguittarr@standishmellon.com
llu@standishmellon.com
lwhite@standishmellon.com
mbandar@standishmellon.com
mcampbell@standishmellon.com
mcaporale@standishmellon.com
mcassel@standishmellon.com
mcollins@standishmellon.com
mcunningham@standishmellon.com
mdunham@standishmellon.com
mduque@standishmellon.com
mellis@standishmellon.com
mfaloon@standishmellon.com
mfeeley@standishmellon.com
mflinn@standishmellon.com
mgiorgio@standishmellon.com
mhoule@standishmellon.com
mlynch@standishmellon.com
mmcnerney@standishmellon.com
mmullaney@standishmellon.com
mmurray@standishmellon.com
mpiersol@standishmellon.com
msalvi@standishmellon.com
mseidner@standishmellon.com
mzonghetti@standishmellon.com
nhyde2@standishmellon.com
npearson@standishmellon.com
nrogers@standishmellon.com
nsharma@standishmellon.com
pgillis@standishmellon.com
pgoncalves@standishmellon.com
pgordon@standishmellon.com
pkennedy@standishmellon.com
ploughran@standishmellon.com
prockwood@standishmellon.com
psage@standishmellon.com
rbayston@standishmellon.com
rfalchetti@standishmellon.com
rkubiak@standishmellon.com
rmedina@standishmellon.com
rreeves@standishmellon.com
rtate@standishmellon.com
sbonte@standishmellon.com
sbrinkley@standishmellon.com
schhonn@standishmellon.com

## Company & Corresponding Email Addresses

scoan@standishmellon.com
scummins@standishmellon.com
sday@standishmellon.com
sdietzel@standishmellon.com
sharvey@standishmellon.com
sheinauer@standishmellon.com
showes@standishmellon.com
skodangil@standishmellon.com
sminer@standishmellon.com
smountain@standishmellon.com
smurphy@standishmellon.com
stubbs@standishmellon.com
syang@standishmellon.com
tbair@standishmellon.com
tbavin@standishmellon.com
tcasey@standishmellon.com
tchase@standishmellon.com
tcriscuolo@standishmellon.com
tenglish@standishmellon.com
tfahey@standishmellon.com
tgregory@standishmellon.com
tjcasey@standishmellon.com
tkniola@standishmellon.com
tmanzi@standishmellon.com
tmarzilli@standishmellon.com
tndoyle@standishmellon.com
treardon@standishmellon.com
vjohnson@standishmellon.com
wcook@standishmellon.com
wkeeley@standishmellon.com

**stanford**

acllo@stanford.edu
ahampton@stanford.edu
akshat@stanford.edu
alextran@stanford.edu
awu09@stanford.edu
bernicepang@stanford.edu
brownh@stanford.edu
catchu@stanford.edu
christine.su@stanford.edu
cjtman@stanford.edu
clar@stanford.edu
dennis.jiang@stanford.edu
dfabunan@stanford.edu
doreenh@stanford.edu
drosanti@stanford.edu
giesecke@stanford.edu
glemens@stanford.edu
hagestad@stanford.edu
haoxiang.zhu@stanford.edu
hartman5@stanford.edu
itang@stanford.edu
jhyang29@stanford.edu
kashmira@stanford.edu

## Company & Corresponding Email Addresses

kbjohnson@stanford.edu
klikoff@stanford.edu
kloewke@stanford.edu
kyle.welch@stanford.edu
languyen@stanford.edu
lowkum@stanford.edu
maryho@stanford.edu
mercerj@stanford.edu
mfan09@stanford.edu
mlross@stanford.edu
mmtan@stanford.edu
nilnevik@stanford.edu
pochi@stanford.edu
rchin@stanford.edu
ryean@stanford.edu
sampathj@stanford.edu
sarif@stanford.edu
sgleslie@stanford.edu
sgupta16@stanford.edu
sjacobsn@stanford.edu
sudeept@stanford.edu
syoo@stanford.edu
tifflin@stanford.edu
tomvacek@stanford.edu
vanle@stanford.edu
vera.kotlik@stanford.edu
wafawei@stanford.edu
wpy@stanford.edu
ychuah@stanford.edu
yifuwu@stanford.edu
yud@stanford.edu

### state

andy.christensen@state.mn.us
andy.palmer@state.tn.us
aweisbec@state.nd.us
bjjacksha@state.nm.us
bryan.otero@state.nm.us
carrie.green@state.tn.us
cheryl.k.griffith@state.or.us
colin.macnaught@state.ma.us
connie.lee@state.nm.us
dalee@state.nm.us
daniel.crews@state.tn.us
david.lee@state.nm.us
debbie.k.beyer@state.or.us
deborah.gallegos@state.nm.us
dlyle@state.nm.us
dmhenden@state.nm.us
dwalte1@state.wy.us
dwillocks@state.tn.us
ellen.t.hanby@state.or.us
ffoy@state.nm.us
gward@state.tn.us
hbstucky@state.nm.us

## Company & Corresponding Email Addresses

helen_di.bartolomeo@state.co.us
james.a.robinson@state.tn.us
jason.matz@state.mn.us
jeremy.conlin@state.tn.us
jesse.picunko@state.tn.us
jj.kirby@state.mn.us
jmeyer@state.wy.us
joaquin.lujan@state.nm.us
julian.baca@state.nm.us
kay.chippeaux@state.nm.us
leighton.shantz@state.tn.us
marie.harker@state.co.us
marilyn.radovich@state.co.us
mark.canavan@state.nm.us
markus.klar@state.tn.us
matthew.hedges@state.tn.us
mhomko@state.nm.us
michael.brakebill@state.tn.us
michael.custer@state.nm.us
michael.keeler@state.tn.us
michael.moulder@state.tn.us
mike.menssen@state.mn.us
mwalde@state.wy.us
norma.harvey@state.or.us
paulh@state.nm.us
perrin.lim@state.or.us
pratseff@state.tn.us
rachel.roberts@state.tn.us
rmcguf@state.wy.us
rmwest@state.nm.us
robert.gish@state.nm.us
rose.struck@state.nm.us
roy.wellington@state.tn.us
sandy.hall@state.co.us
scott.newman@state.nm.us
sgarla@state.wy.us
slummi@state.wy.us
starla.bennett@state.nm.us
steve.kuettel@state.mn.us
terry.b.davis@state.tn.us
tmcclure@state.tn.us
todd.barger@state.nm.us
tporter@state.nd.us
william.redmond@state.tn.us

## statefarm

becky.byrd.g3mx@statefarm.com
blake.vrooman.hgyr@statefarm.com
brian.bengtson.g6rm@statefarm.com
chad.moser.g3ef@statefarm.com
corey.schieler.hj54@statefarm.com
donald.heltner.hm3n@statefarm.com
doug.hocker.nng9@statefarm.com
duncan.funk.a7x8@statefarm.com
gail.hartley.a4zk@statefarm.com

## Company & Corresponding Email Addresses

george.coontz.qhfn@statefarm.com
greg.shull.crlo@statefarm.com
h.p.johnson.alcv@statefarm.com
heather.caldwell.lx95@statefarm.com
jeff.bellisario.q06w@statefarm.com
jeff.roop.l31z@statefarm.com
jim.mullins.jywg@statefarm.com
john.higgins.qcaq@statefarm.com
john.malito.h3gt@statefarm.com
katie.hubbard.hsis@statefarm.com
kevin.rock.h46t@statefarm.com
kris.grant.nne6@statefarm.com
kurt.moser.apvj@statefarm.com
laura.coen.liq7@statefarm.com
lin.yang.lt7n@statefarm.com
lisa.rogers.g7ix@statefarm.com
lon.erickson.hevu@statefarm.com
lyle.triebwasser.awk8@statefarm.com
mary.a.white.cvjq@statefarm.com
michael.miller.hswy@statefarm.com
mike.smith.hgwm@statefarm.com
mike.zaroogian.nrhg@statefarm.com
nancy.e.byers.cpe7@statefarm.com
paul.eckley.agei@statefarm.com
paul.heller.h7br@statefarm.com
phil.fazio.hvg5@statefarm.com
robert.m.reardon.azk7@statefarm.com
robert.stephan.cmy5@statefarm.com
robert.webb.nocl@statefarm.com
sara.mills.ht5g@statefarm.com
sara.press.pdjb@statefarm.com
shane.jent.c2e2@statefarm.com
terry.ludwig.cvwb@statefarm.com
tim.zelgert.q07p@statefarm.com
tom.chang.hbw1@statefarm.com
tonya.sweeden.g3mz@statefarm.com

### statestree

david.fry@statestree.com
jonathan.byrne@statestree.com

### statestreet

adrian.shanahan@statestreet.com
aduman@statestreet.com
agbhimani@statestreet.com
agmavros@statestreet.com
ahchan@statestreet.com
ahommo@jp.statestreet.com
aito@jp.statestreet.com
albaribeault@statestreet.com
ankwok@statestreet.com
anthony.jones@statestreet.com
apineta@statestreet.com
arali@statestreet.com
armand-didier.kapo@statestreet.com
asaruya@jp.statestreet.com

**Company & Corresponding Email Addresses**

assunta.borza@statestreet.com
aswagner@statestreet.com
batkins@statestreet.com
bawilliams@statestreet.com
bcollins@statestreet.com
behnan.maclean@statestreet.com
bkeelan@statestreet.com
bmorris@statestreet.com
bparnell@statestreet.com
brderivativescustodykk@statestreet.com
brian.kim@irvine.statestreet.com
brook.milnes@statestreet.com
bwhitfield@statestreet.com
carolyn.kerr@statestreet.com
casvendsen@statestreet.com
cbroderick@statestreet.com
cgreen@statestreet.com
christian.richard@statestreet.com
ciaran.fitzpatrick@statestreet.com
cjprobyn@statestreet.com
clmcguiness@statestreet.com
cmishra@statestreet.com
cnetti@statestreet.com
cprior@statestreet.com
craig_oliver@ssga.statestreet.com
croncari@statestreet.com
cvstarble@statestreet.com
cwmurphy@statestreet.com
d.dwyer@statestreet.com
dan_bouchard@statestreet.com
daniel.sibley@statestreet.com
dasasser@statestreet.com
dbosch@statestreet.com
dcmcguiggin@statestreet.com
dderamo@statestreet.com
ddgillet@statestreet.com
dennis.morway@statestreet.com
derek.lightburn@statestreet.com
devin.kelly@statestreet.com
dhealy@statestreet.com
djforster@statestreet.com
dlgreer@statestreet.com
dpaquet@statestreet.com
dpsmyth@statestreet.com
dsnoirfalise@statestreet.com
dwhite@statestreet.com
eflanaganraynaud@statestreet.com
eiordanova@statestreet.com
ejerouville@statestreet.com
ejobrien@statestreet.com
emckinnon@statestreet.com
estirling@statestreet.com
eugene.mullen@statestreet.com
famato@statestreet.com

**Company & Corresponding Email Addresses**

fdminnellijr@statestreet.com
fgeerards@statestreet.com
fgjerstad@statestreet.com
fminatchy@statestreet.com
fwhite@statestreet.com
gavin.redmond@statestreet.com
ghorner@statestreet.com
glevine@statestreet.com
gmiller@statestreet.com
gmrieunier@statestreet.com
gnolan@statestreet.com
greg.chmielewski@statestreet.com
gsbyers@statestreet.com
gus_fleites@ssga.statestreet.com
hani.mansour@statestreet.com
heather.watts@statestreet.com
henry.tran@statestreet.com
hmolog@statestreet.com
hwinokur@statestreet.com
ibtcalreconnightteam@statestreet.com
ilnicki@statestreet.com
jaime.halligan@statestreet.com
jain.kim@statestreet.com
james_kramer@ssga.statestreet.com
jamesmanning@statestreet.com
jcconrad@statestreet.com
jdcurtiss@statestreet.com
jdupond@statestreet.com
jecybulski@statestreet.com
jeff.lambert@statestreet.com
jflaherty@statestreet.com
j-f-mcdonald@statestreet.com
jfrewald@statestreet.com
jgfitzgibbon@statestreet.com
jhlynch@statestreet.com
jjcronin@statestreet.com
jjeffcoate@statestreet.com
jjlandry@statestreet.com
jjristau@statestreet.com
jlormiston@statestreet.com
jmaroney@statestreet.com
jmcarr@statestreet.com
jmccann@statestreet.com
jn'guyenton@statestreet.com
joanne.tobin@statestreet.com
john.agyeman@statestreet.com
jonathan.carroll@statestreet.com
jootjers@statestreet.com
joseph.dutton@statestreet.com
jpolseno@statestreet.com
jrcoco@statestreet.com
jshimizu@jp.statestreet.com
julio_fuentes@statestreet.com
jwchua@statestreet.com

**Company & Corresponding Email Addresses**

jwood1@statestreet.com
k.sato@jp.statestreet.com
kaquinto@statestreet.com
ken.spillane@statestreet.com
kericsson@statestreet.com
kfleck@statestreet.com
kma@statestreet.com
ks.lee@statestreet.com
kshatch@statestreet.com
laderick.daniels@statestreet.com
laeggleston@statestreet.com
lauretta.buser@statestreet.com
lawrence.tabuso@statestreet.com
lcpeck@statestreet.com
ldomjanich@statestreet.com
ldrigo@statestreet.com
lkwok@statestreet.com
lloyd.wynter@statestreet.com
lnayak@statestreet.com
london-ims-slambe@statestreet.com
lpgomes@statestreet.com
lrharrison@statestreet.com
lsberg@statestreet.com
lyng@statestreet.com
macrawford@statestreet.com
mark.mcdonnell@statestreet.com
matthew.schroeder@statestreet.com
mcstegeman@statestreet.com
mdaleandro@statestreet.com
melissa.coco@statestreet.com
memacvicar@statestreet.com
mfmurray@statestreet.com
mfpopolizio@statestreet.com
mgiddings@statestreet.com
mgomes@statestreet.com
mhcarey@statestreet.com
michael.crimmings@statestreet.com
mina.tomovska@statestreet.com
mjdever@statestreet.com
mjrec@statestreet.com
mjwhelan@statestreet.com
mkduarte@statestreet.com
mlbercume@statestreet.com
mllucero@statestreet.com
mmartin@statestreet.com
mmetcalfe@statestreet.com
mmulka@statestreet.com
mrharding@statestreet.com
mrifflemacher@statestreet.com
mtenney@statestreet.com
mthiam@statestreet.com
mtmanteufel@statestreet.com
mwong@statestreet.com
ncracknell@statestreet.com

## Company & Corresponding Email Addresses

ndelavouet@statestreet.com
neasa.lenehan@statestreet.com
nhloucks@statestreet.com
nndare@statestreet.com
p.reynolds@statestreet.com
peconomou@statestreet.com
peter.kucharski@statestreet.com
peter_willett@ssga.statestreet.com
pfleming@statestreet.com
pflynch@statestreet.com
phaddad@statestreet.com
pharris@jp.statestreet.com
pjadhav@statestreet.com
pkalogeras@statestreet.com
pmmcavoy@statestreet.com
pmoore@statestreet.com
poconomo@statestreet.com
pricingroom@statestreet.com
prwalsh@statestreet.com
pthogan@statestreet.com
qyang@statestreet.com
ralph.smith@statestreet.com
rdhall@statestreet.com
renee.kassis@statestreet.com
rjdegirolamo@statestreet.com
robin.kokilananda@statestreet.com
ron.logue@statestreet.com
rpinto@statestreet.com
rsewradj@statestreet.com
sabdikeev@jp.statestreet.com
salarie@statestreet.com
sam.hunter-nolan@statestreet.com
sambroceo@statestreet.com
sbstrader@statestreet.com
schallan@statestreet.com
scomiskey@statestreet.com
scompton@statestreet.com
seiji.fukuhara@statestreet.com
sergio.leon@statestreet.com
sg_ca308@statestreet.com
sham@jp.statestreet.com
shane.mooney@statestreet.com
sharifsadler@statestreet.com
sharline.cathalina@statestreet.com
shennessey@statestreet.com
shschwartz@statestreet.com
simon.brook@statestreet.com
simon.quinn@statestreet.com
sinead.gray@statestreet.com
sinead.mulligan@statestreet.com
sjmalley@statestreet.com
sjmink@statestreet.com
skaross@statestreet.com
skothari@statestreet.com

**Company & Corresponding Email Addresses**

slaffoy@statestreet.com
slmurphy@statestreet.com
snaghibi@statestreet.com
sschmitz@statestreet.com
sue_bonfeld@ssga.statestreet.com
suzanne_schwartz@statestreet.com
swolson@statestreet.com
syasuda@statestreet.com
tbosworth@statestreet.com
tjbryant@statestreet.com
tjmacdonald@statestreet.com
tlkaufman@statestreet.com
tmdargie@statestreet.com
tmeringoff@statestreet.com
tmizuno@jp.statestreet.com
tony.mcghee@irvine.statestreet.com
twilcox@statestreet.com
twmanning@statestreet.com
tyisha.wolfe@statestreet.com
val.glynn@statestreet.com
vcapalbo@statestreet.com
vickrum.chima@statestreet.com
wayne.han@irvine.statestreet.com
welocke@statestreet.com
wgcromp@statestreet.com
whandrade@statestreet.com
wlmao@statestreet.com
wzantonucci@statestreet.com
yli@statestreet.com
ymizuno@jp.statestreet.com

**statestreetkc**
bnnorth@statestreetkc.com
cssiebel@statestreetkc.com
krsmith@statestreetkc.com
rahagerty@statestreetkc.com

**statestreetnl**
iain.wallace@statestreetnl.com
sara.sterckx@statestreetnl.com
sytze.bouius@statestreetnl.com
thomas.jonk@statestreetnl.com

**statetreet**
jvthol@statetreet.com

**statoil**
anma@statoil.com
dlts@statoil.com
eiey@statoil.com
erifo@statoil.com
gts@statoil.com
kgso@statoil.com
klamo@statoil.com
ojgil@statoil.com
rabu@statoil.com
snapa@statoil.com
terje@statoil.com

## Company & Corresponding Email Addresses

thjomoe@statoil.com
tiw@statoil.com
tmoi@statoil.com
ttod@statoil.com
tvo@statoil.com

### statoilhydro

bbe@statoilhydro.com
blik@statoilhydro.com
ewar@statoilhydro.com
fgv@statoilhydro.com
gsim@statoilhydro.com
harhe@statoilhydro.com
nowers@statoilhydro.com
sirif@statoilhydro.com
sveins@statoilhydro.com
thhans@statoilhydro.com

### stbank

bob.rout@stbank.net
mark.kochvar@stbank.net
sandy.loperfito@stbank.net

### stb-usa

seclendalm@stb-usa.com

### stcloud

dcooley@stcloud.org

### steginsky

andrew@steginsky.com

### steinonline

daniele.crivellini@steinonline.it
enrico.ugolini@steinonline.it
marco.baglione@steinonline.it
silvia.pesci@steinonline.it

### steinroe

bandrews@steinroe.com
bcridland@steinroe.com
bmohr@steinroe.com
bwadden@steinroe.com
eheatwole@steinroe.com
gpierce@steinroe.com
htang@steinroe.com
jbreen@steinroe.com
jkovanda@steinroe.com
jmartin@steinroe.com
jpage@steinroe.com
lhansen@steinroe.com
lmaddox@steinroe.com
lschippl@steinroe.com
ochng@steinroe.com
rtong@steinroe.com
skrull@steinroe.com
slewis@steinroe.com
smatthias@steinroe.com
sulaszek@steinroe.com
tanaya@steinroe.com
tmerkle@steinroe.com

**Company & Corresponding Email Addresses**

zdonovan@steinroe.com

**stemarie**

pierre@stemarie.net

**stephens**

amathes@stephens.com
bbane@stephens.com
bburns@stephens.com
bbush@stephens.com
bill.vanburen@stephens.com
brian.halloran@stephens.com
bruce.kos@stephens.com
bstaten@stephens.com
bwallick@stephens.com
cborromeo@stephens.com
cbradbury@stephens.com
christopher.crum@stephens.com
dalbertson@stephens.com
dfinch@stephens.com
eolsen@stephens.com
gfeltus@stephens.com
gstandridge@stephens.com
hbrooks@stephens.com
jblackwell@stephens.com
jbrown@stephens.com
jcarroll@stephens.com
jcashmore@stephens.com
jerry.pawloski@stephens.com
jsmith@stephens.com
jthornton@stephens.com
kfredericks@stephens.com
khickey@stephens.com
kranucci@stephens.com
kscanlon@stephens.com
lhooker@stephens.com
llants@stephens.com
lnassikas@stephens.com
mark.merricks@stephens.com
mgumm@stephens.com
mia.thompson@stephens.com
mlewis@stephens.com
mmarchand@stephens.com
msteele@stephens.com
nfisken@stephens.com
nilsa.vazquez@stephens.com
nrollins@stephens.com
pcarr@stephens.com
pwoodruff@stephens.com
rblank@stephens.com
rcrane@stephens.com
sara.stein@stephens.com
schase@stephens.com
smadden@stephens.com
snelson@stephens.com
tjyoung@stephens.com

**Company & Corresponding Email Addresses**

  wsimpson@stephens.com

**sterlingbancorp**

  joel.schprechman@sterlingbancorp.com

**sterlingbank**

  ahermann@sterlingbank.com

  ccommyn@sterlingbank.com

**sterlingcap**

  kcotner@sterlingcap.com

**sterling-capital**

  bbridges@sterling-capital.com

  brasile@sterling-capital.com

  bwalton@sterling-capital.com

  dralston@sterling-capital.com

  ebrea@sterling-capital.com

  hnbui@sterling-capital.com

  jmcneilis@sterling-capital.com

  jmihaltian@sterling-capital.com

  krunge@sterling-capital.com

  kstoll@sterling-capital.com

  lbuchanan@sterling-capital.com

  lhouser@sterling-capital.com

  ljones@sterling-capital.com

  lmastandrea@sterling-capital.com

  mkaczmarek@sterling-capital.com

  mmarlette@sterling-capital.com

  mmontgomery@sterling-capital.com

  ngrant@sterling-capital.com

  pbrown@sterling-capital.com

  prau@sterling-capital.com

  ralexander@sterling-capital.com

  rduckworth@sterling-capital.com

  rlacoff@sterling-capital.com

  tbeyer@sterling-capital.com

**sterlingpartner**

  twippman@sterlingpartner.us

**sterlingpartners**

  grice@sterlingpartners.us

  jreyes@sterlingpartners.us

  jrosenberg@sterlingpartners.us

  palphonse@sterlingpartners.us

**sterlingsavings**

  brian.kittredge@sterlingsavings.com

  dan.smith@sterlingsavings.com

  norm.judd@sterlingsavings.com

  rich.hobson@sterlingsavings.com

  scott.granly@sterlingsavings.com

  steve.page@sterlingsavings.com

  tim.cassels@sterlingsavings.com

**stern**

  dbackus@stern.nyu.edu

  lveldkam@stern.nyu.edu

  mdl313@stern.nyu.edu

  tphilipp@stern.nyu.edu

**sternagee**

## Company & Corresponding Email Addresses

blake@sternagee.com
jsteiner@sternagee.com

### sterneagee

apritchett@sterneagee.com
cbarrow@sterneagee.com
clandon@sterneagee.com
fgray@sterneagee.com
jburrow@sterneagee.com
krussell@sterneagee.com
msullivan@sterneagee.com
rsison@sterneagee.com

### sterne-agee

jharris@sterne-agee.com
kgoostree@sterne-agee.com
krussell@sterne-agee.com
rharris@sterne-agee.com

### stg

alain.spadone@stg.ch
allan-peter.holmes@stg.ch
andreas.gyger@stg.ch
andreas.hunzinger@stg.ch
anton.knecht@stg.ch
bernhard.staeger@stg.ch
daniel.saner@stg.ch
john-patrik.gilgen@stg.ch
nadine.probst@stg.ch
olivier.quinodoz@stg.ch
peter.ammann@stg.ch
rene.saner@stg.ch
roger.baumann@stg.ch
stefano.minervini@stg.ch

### sticm

bud.duffy@sticm.com

### stifel

abkemeier@stifel.com
baschmucker@stifel.com
boffs@stifel.com
cewasson@stifel.com
champioc@stifel.com
ddickherber@stifel.com
drew.breittholz@stifel.com
dsliney@stifel.com
flemings@stifel.com
gary.diaz@stifel.com
jasullivan@stifel.com
jpbowman@stifel.com
kruszewr@stifel.com
mimhoff@stifel.com
neff@stifel.com
nolld@stifel.com
npenwell@stifel.com
phiferh@stifel.com
pothe@stifel.com
rfroig@stifel.com

## Company & Corresponding Email Addresses

rhimelfarb@stifel.com
schlaflj@stifel.com
slineyd@stifel.com
slstark@stifel.com
srcousino@stifel.com
thoelem@stifel.com
tpmulroy@stifel.com
vaugh-r@stifel.com
whitet@stifel.com

### stinnes
armin-peter.bode@stinnes.de
gabriele.roolfs@stinnes.de
georg.mueller@stinnes.de
ines.moser@stinnes.de
investor@stinnes.de
juergen.buchsteiner@stinnes.de
michael.maeltzer@stinnes.de
olaf.bueltmann@stinnes.de
pia.pfeiffer@stinnes.de
wulf.bernotat@stinnes.de

### sto
mike.addy@sto.sc.gov
rick.harmon@sto.sc.gov
shakun.tahiliani@sto.sc.gov
snydegger@sto.state.id.us
treasurer@sto.sc.gov

### stonebridgebank
fschea@stonebridgebank.com
lranalli@stonebridgebank.com
tmennie@stonebridgebank.com

### stonehill
cwilson@stonehill.com

### stonehillcap
akalter@stonehillcap.com
amaietta@stonehillcap.com
jlewis@stonehillcap.com
jmotulsky@stonehillcap.com
jsacks@stonehillcap.com
mthoyer@stonehillcap.com
peter@stonehillcap.com
research@stonehillcap.com
snelson@stonehillcap.com
tom@stonehillcap.com
wteetsel@stonehillcap.com

### storagetek
kenneth_baird@storagetek.com
tanya_quartararone@storagetek.com

### storebrand
anders.johansen@storebrand.no
anders.peinert@storebrand.com
bard.bringedal@storebrand.com
bernt.sagaard@storebrand.com
e2s@storebrand.com
enrique.ferrer@storebrand.com

## Company & Corresponding Email Addresses

erik.ferning@storebrand.com
espen.furnes@storebrand.com
frederic.ottesen@storebrand.no
haimiao.bao@storebrand.com
hans.aasnaes@storebrand.com
hans.olav.husum@storebrand.com
hans-martin.thorsen@storebrand.com
hao.wu@storebrand.com
ingunn.gurvin@storebrand.no
ivar.qvist@storebrand.no
jakob.skjold.vejlo@storebrand.com
karsten.solberg@storebrand.no
lars.dahl@storebrand.com
lasse.theimann@storebrand.com
lmu@storebrand.com
mariann.stoltenberg.lind@storebrand.com
morten@storebrand.com
oddvar.frigstad@storebrand.com
p5k@storebrand.no
paal.renli@storebrand.com
sigbjorn.birkeland@storebrand.no
soren.stilling.christensen@storebrand.com
trond.hermansen@storebrand.com
truls.evensen@storebrand.com
v9c@storebrand.com
william.ambrose@storebrand.no
wo2@storebrand.com

**stortek**
arthur_chen@stortek.com

**stpaul**
ann.schulte@stpaul.com
dennis.loperfido@stpaul.com
gary.tie@stpaul.com
justus.hedeen@stpaul.com
katie.bourget@stpaul.com
lucy_davies@stpaul.com
scott.durbahn@stpaul.com
tom.kozlak@stpaul.com
tracey.ray@stpaul.com
vikas.singhal@stpaul.com

**stpaultravelers**
cholly@stpaultravelers.com
ehess@stpaultravelers.com
gsimpson@stpaultravelers.com
lsitcawi@stpaultravelers.com
mhilt@stpaultravelers.com
mtoppi@stpaultravelers.com
njwatson@stpaultravelers.com
shanifor@stpaultravelers.com

**stratexnet**
carol_goudey@stratexnet.com

**strenuuscapital**
laurent.faure@strenuuscapital.com

**stroeve**

**Company & Corresponding Email Addresses**

bastiaan.braams@stroeve.nl
david.vander.zande@stroeve.nl
janjoost.maas@stroeve.nl

**strome**

bolsen@strome.com
cbere@strome.com
cborman@strome.com
fsalas@strome.com
mstrome@strome.com
pdavies@strome.com

**strsoh**

arobertson@strsoh.org
aroras@strsoh.org
besselmc@strsoh.org
bremerb@strsoh.org
brownind@strsoh.org
brownins@strsoh.org
bumpg@strsoh.org
cantue@strsoh.com
cheek@strsoh.org
chenc@strsoh.org
colasanr@strsoh.org
collinsr@strsoh.org
cottrelb@strsoh.org
creechj@strsoh.org
daultonb@strsoh.org
denneyj@strsoh.org
dienstc@strsoh.org
doddk@strsoh.org
downiem@strsoh.org
draket@strsoh.org
dudaneyd@strsoh.org
dyerh@strsoh.org
eastwoos@strsoh.org
fitzgerj@strsoh.org
fortunad@strsoh.org
fritzb@strsoh.org
furbyo@strsoh.org
gamblej@strsoh.org
geogc@strsoh.org
gerchiko@strsoh.org
ghalah@strsoh.org
gravest@strsoh.org
griffind@strsoh.org
hammonds@strsoh.org
hohenstt@strsoh.org
hooverl@strsoh.org
hulandd@strsoh.org
imbodenj@strsoh.org
kandhars@strsoh.org
karolyis@strsoh.org
keithh@strsoh.org
klingelp@strsoh.org
klught@strsoh.org

**Company & Corresponding Email Addresses**

lambertt@strsoh.org
leej@strsoh.org
lij@strsoh.org
lynchb@strsoh.org
martinsj@strsoh.org
mathewb@strsoh.org
mauersbi@strsoh.org
mccombst@strsoh.org
mcmahonb@strsoh.org
meethj@strsoh.org
menonr@strsoh.org
mitchels@strsoh.org
morrowj@strsoh.org
muratorm@strsoh.org
postons@strsoh.org
prakashs@strsoh.org
regenbom@strsoh.org
ritterj@strsoh.org
rnichols@strsoh.org
robertsd@strsoh.org
robleep@strsoh.org
rodgersl@strsoh.org
salisbuj@strsoh.org
schwarcj@strsoh.org
sharpeb@strsoh.org
shewrinj@strsoh.org
stoudems@strsoh.org
tabler-yosha@strsoh.com
tedeschl@strsoh.org
tincherj@strsoh.org
warnera@strsoh.org
westr@strsoh.org
wohlfroa@strsoh.org
wolfej@strsoh.org
worleym@strsoh.org
yeamansm@strsoh.org

**structuredcredit**
wang@structuredcredit.com
wickwire@structuredcredit.com

**sturdy**
caroline@sturdy.fsnet.co.uk

**stw**
andy@stw.com
billy@stw.com
cherie@stw.com
christine@stw.com
hugh@stw.com
jb@stw.com
laura@stw.com
lisa@stw.com
michelle@stw.com
rick@stw.com
sangela@stw.com
scott@stw.com

## Company & Corresponding Email Addresses

sean@stw.com
todd@stw.com
tony@stw.com

### stwca
tmcfaul@stwca.com

### suburbanonline
akuseski@suburbanonline.org
jbraasch@suburbanonline.org
jcastellon@suburbanonline.org

### sudameris
jean_marie.vichot@sudameris.fr

### suisse
fabio.depaoli@credit.suisse.com
jody.leung@credit.suisse.com

### sumitomo
fernando_vera@sumitomo.com
kevin_mccabe@sumitomo.com
nathalie_huet@sumitomo.com

### sumitomobank
doron_sabag@sumitomobank.com
eduardo_goya@sumitomobank.com
fukumaru873562@sumitomobank.co.jp
greg_aptman@sumitomobank.com
ieki806573@sumitomobank.co.jp
iida569649@sumitomobank.co.jp
mandy.tam@sumitomobank.com.hk
matsui552358@sumitomobank.co.jp
paul_rudewick@sumitomobank.com
romanie.dobbs@gb.sumitomobank.com
shimasaki156801@sumitomobank.co.jp
tajima166786@sumitomobank.co.jp
takashi_shimahara@sumitomobank.com

### sumitomocorp
atsuhiro.yoshitsugu@sumitomocorp.co.jp
feng.wang@sumitomocorp.co.jp
fumiaki.iwase@sumitomocorp.co.jp
hideaki.mizushima@sumitomocorp.co.jp
hidetaka.tomita@sumitomocorp.co.jp
hiroshi.takagi@sumitomocorp.co.jp
kazushi.awa@sumitomocorp.co.jp
kengo.nakashima@sumitomocorp.co.jp
masaru.shiomi@sumitomocorp.co.jp
miho.eto@sumitomocorp.co.jp
shinya.miyazaki@sumitomocorp.co.jp
takashi-a.shibuya@sumitomocorp.co.jp
toshihiro.iwamura@sumitomocorp.co.jp
toshiya.kotake@sumitomocorp.co.jp

### sumitomocorpeurope
ldnhz-trade@sumitomocorpeurope.com
toshihiko.ashizawa@sumitomocorpeurope.com

### sumitomolife
naoyoshi_kuwata@sumitomolife.co.jp
yoshio_sato@sumitomolife.co.jp

### sumitomometals

## Company & Corresponding Email Addresses

fujiwara-iso@sumitomometals.co.jp
inata-kzh@sumitomometals.co.jp
takahash-iko@sumitomometals.co.jp
tomiyama-ysh@sumitomometals.co.jp

### sumitomo-rd

fukada.hajime@sumitomo-rd.co.jp
nishimiya.koh@sumitomo-rd.co.jp
taku.yasuo@sumitomo-rd.co.jp
tobita.shigemi@sumitomo-rd.co.jp

### sumitomotrust

akihiko.hirayama@sumitomotrust.co.jp
aritat@sumitomotrust.co.jp
azuma@sumitomotrust.co.jp
b.lynch@sumitomotrust.co.jp
c.fair@sumitomotrust.co.jp
c.friend@sumitomotrust.co.jp
c.otoole@sumitomotrust.co.jp
c.swinnerton@sumitomotrust.co.jp
d.stanbrook@sumitomotrust.co.jp
daniel.kim@sumitomotrust.co.jp
e.matsuoka@sumitomotrust.co.jp
h.evans@sumitomotrust.co.jp
h.shah@sumitomotrust.co.jp
hirai@sumitomotrust.co.jp
hiroaki.sato@sumitomotrust.co.jp
iijima@sumitomotrust.co.jp
imanishi@sumitomotrust.co.jp
iwasaki@sumitomotrust.co.jp
james.wong@sumitomotrust.co.jp
jenny.chang@sumitomotrust.co.jp
jigami@sumitomotrust.co.jp
judy.liu@sumitomotrust.co.jp
junichi.sayato@sumitomotrust.co.jp
krystie.lei@sumitomotrust.co.jp
linda.goggans@sumitomotrust.co.jp
m.pawlukowska@sumitomotrust.co.jp
masahiko.yamamoto@sumitomotrust.co.jp
nakaij@sumitomotrust.co.jp
natalie.wright@sumitomotrust.co.jp
nishida@sumitomotrust.co.jp
ojika@sumitomotrust.co.jp
onaka@sumitomotrust.co.jp
p.deloffre@sumitomotrust.co.jp
p.flynn@sumitomotrust.co.jp
p.foster@sumitomotrust.co.jp
paul.casino@sumitomotrust.co.jp
r.sierra@sumitomotrust.co.jp
r.yesodharan@sumitomotrust.co.jp
s.duffy@sumitomotrust.co.jp
s.earl@sumitomotrust.co.jp
sakae.igarashi@sumitomotrust.co.jp
sallyong@sumitomotrust.co.jp
shinnousuke.kobayashi@sumitomotrust.co.jp
shipra.gupta@sumitomotrust.co.jp

## Company & Corresponding Email Addresses

skawazoe@sumitomotrust.lu
stephanie.fowler@sumitomotrust.co.jp
t.mclaren@sumitomotrust.co.jp
takanabe@sumitomotrust.co.jp
tsuji@sumitomotrust.co.jp
unon@sumitomotrust.co.jp
yamaguchino@sumitomotrust.co.jp
yutaka.hasegawa@sumitomotrust.co.jp

### sumitomotrustusa
bcummings@sumitomotrustusa.com
pkelly@sumitomotrustusa.com

### summafs
hmachado@summafs.com

### summitbank
cfowler@summitbank.com
cpalmer@summitbank.com
cpreston@summitbank.com
csabol@summitbank.com
dcunn@summitbank.com
ggillesp@summitbank.com
jcheatham@summitbank.com
jkurdek@summitbank.com
jwolk@summitbank.com
mciccone@summitbank.com
pbennorth@summitbank.com
rbunning@summitbank.com
rzimmerman@summitbank.com
smalkoff@summitbank.com
wtrotman@summitbank.com

### summitpartnersllc
agm@summitpartnersllc.com
cdf@summitpartnersllc.com
cds@summitpartnersllc.com
dsk@summitpartnersllc.com
gcc@summitpartnersllc.com
grr@summitpartnersllc.com
jjs@summitpartnersllc.com
jph@summitpartnersllc.com
kmk@summitpartnersllc.com
kpa@summitpartnersllc.com
mjs@summitpartnersllc.com
pad@summitpartnersllc.com
smf@summitpartnersllc.com
spc@summitpartnersllc.com
srs@summitpartnersllc.com

### sunamerica
adoulos@sunamerica.com
alarkin@sunamerica.com
ameissner@sunamerica.com
anussenblatt@sunamerica.com
asheridan@sunamerica.com
astewart@sunamerica.com
bbarrett@sunamerica.com
bvoege@sunamerica.com

**Company & Corresponding Email Addresses**

bwiese@sunamerica.com
cpalumbo@sunamerica.com
d.lew@sunamerica.com
dgero@sunamerica.com
elavender@sunamerica.com
jadidjaja@sunamerica.com
james.lee@sunamerica.com
jbaxter@sunamerica.com
jbelardi@sunamerica.com
jmerchant@sunamerica.com
jmonaghan@sunamerica.com
jmosier@sunamerica.com
john.massey@sunamerica.com
jramsay@sunamerica.com
jrisner@sunamerica.com
jrushin@sunamerica.com
jwintrob@sunamerica.com
kchung@sunamerica.com
kforte@sunamerica.com
khonig@sunamerica.com
kmurphy@sunamerica.com
kweeger@sunamerica.com
mbeaulieu@sunamerica.com
mjackson@sunamerica.com
mreagan@sunamerica.com
nkelly@sunamerica.com
pma@sunamerica.com
pmcmillan@sunamerica.com
rramirez@sunamerica.com
sbenitez@sunamerica.com
sfinnk@sunamerica.com
skallok@sunamerica.com
sneimeth@sunamerica.com
snicholls@sunamerica.com
ssalas@sunamerica.com
ssterling@sunamerica.com
stillinghast@sunamerica.com
tbettingfield@sunamerica.com
tbrandt@sunamerica.com
tcampbell@sunamerica.com
tcesareck@sunamerica.com
tchow@sunamerica.com
tdenkler@sunamerica.com
tmusante@sunamerica.com
tpettee@sunamerica.com
twexman@sunamerica.com

**sunbankpa**

jrichardson@sunbankpa.com
twalter@sunbankpa.com

**suncapadv**

beth.dubuque@suncapadv.com
brian.stanick@suncapadv.com
chenglong.gong@suncapadv.com
cindy.mu@suncapadv.com

## Company & Corresponding Email Addresses

cindy.wu@suncapadv.com
david.elwell@suncapadv.com
jun.gao@suncapadv.com
justin.lessard@suncapadv.com
kristi.feinzig@suncapadv.com

### suncoastfcu

tdorety@suncoastfcu.org

### sunlife

ajay.batra@sunlife.com
alex.secord@sunlife.com
alexandra.zvarich@sunlife.com
amy.fichtenkort@sunlife.com
andrew.creedon@sunlife.com
antonio.garcesii@sunlife.com
art.baril@sunlife.com
ashley.smith@sunlife.com
bill_stout@sunlife.com
bonnie.ward@sunlife.com
brad_rubin@sunlife.com
brett.pacific@sunlife.com
caris_cheung@sunlife.com
christopher.laird@sunlife.com
cnork@sunlife.com
dan.hess@sunlife.com
david.belanger@sunlife.com
david.fletcher@sunlife.com
david.medeiros@sunlife.com
deborah_foss@sunlife.com
denver_smith@sunlife.com
derek.granger@sunlife.com
elisabeth.colleran@sunlife.com
eric.elg@sunlife.com
eric.granat@sunlife.com
esther.onoja@sunlife.com
eugene_lundrigan@sunlife.com
evan.moskovit@sunlife.com
felix.mednikov@sunlife.com
gail.hosselbarth@sunlife.com
geoff.cardner@sunlife.com
gerald.charlette@sunlife.com
glenn.barry@sunlife.com
greg.spyropoulos@sunlife.com
hugh.oneill@sunlife.com
hussam.syed@sunlife.com
jack_donnelly@sunlife.com
james_shannon@sunlife.com
jason.zeman@sunlife.com
jeff_cheng@sunlife.com
jeffrey.sooy@sunlife.com
jennifer.bialobrzeski@sunlife.com
jennifer.burque@sunlife.com
jim_anderson@sunlife.com
john.chamberlain@sunlife.com
john.d.vincent@sunlife.com

## Company & Corresponding Email Addresses

john.donovan@sunlife.com
john.slocum@sunlife.com
john.whelihan@sunlife.com
joi.simpson@sunlife.com
julie.perks@sunlife.com
justin.lessard@sunlife.com
kathryn.fric@sunlife.com
keith.cressman@sunlife.com
ken.march@sunlife.com
kenneth.houghton@sunlife.com
kevin.phelan@sunlife.com
kim.dowdes@sunlife.co.uk
laura.cronin@sunlife.com
lawson.frazier@sunlife.com
lee_brewda@sunlife.com
leo.saraceno@sunlife.com
manh.pham@sunlife.com
marc.hurley@sunlife.com
mark.prouty@sunlife.com
matt.zibell@sunlife.com
michael.aroian@sunlife.com
michael.bjelic@sunlife.com
mike.savage@sunlife.com
mike_labrinos@sunlife.com
min.he@sunlife.com
mona.yee@sunlife.com
neil.osullivan@sunlife.com
olesya.zhovtanetska@sunlife.com
padraic.kiernan@sunlife.com
paola.decegama@sunlife.com
patrick_blais@sunlife.com
paul.elwood@sunlife.com
paul.sinclair@sunlife.com
peng.zhou@sunlife.com
peter_crocco@sunlife.com
rick_gable@sunlife.com
rick_gordon@sunlife.com
robert.sweeney@sunlife.com
robert.veno@sunlife.com
rzilb@sunlife.com
sancho.chan@sunlife.com
sara.alvarado@sunlife.com
sean.craven@sunlife.com
srbui.seferian@sunlife.com
stephen.r.white@sunlife.com
steve.kelley@sunlife.com
steve.morris@sunlife.com
steven.cooper@sunlife.com
steven.theofanis@sunlife.com
steven.wyman@sunlife.com
sylvia.vyrostko@sunlife.com
terri.warren@sunlife.com
terry.tsui@sunlife.com
tim.monahan@sunlife.com

## Company & Corresponding Email Addresses

tom.pedulla@sunlife.com
william.mercer@sunlife.com
wilson.ho@sunlife.com
wong2@sunlife.com

### sunrise

urs.edward.blattmann@sunrise.ch

### suntory

fumiyoshi_mano@suntory.co.jp
kenichi_takamura@suntory.co.jp
manabu_matsumoto@suntory.co.jp
takayuki_funatsu@suntory.co.jp
tiseki@suntory.com
tsutomu_maeda@suntory.co.jp
yoshiteru_ishikawa@suntory.co.jp

### suntrust

adam.white@suntrust.com
amy.creason@suntrust.com
andy.richman@suntrust.com
angela.crews@suntrust.com
bettie.hilliard@suntrust.com
brian.cann@suntrust.com
brian.gaither@suntrust.com
brian.haas@suntrust.com
brian.harhai@suntrust.com
brian.horwitt@suntrust.com
ces.illustre@suntrust.com
chip.johnson@suntrust.com
chris.hett@suntrust.com
david.hippchen@suntrust.com
donna.nance@suntrust.com
eduardo.piedra@suntrust.com
ellen.koebler@suntrust.com
gay.cash@suntrust.com
hance.thurston@suntrust.com
jack.purcell@suntrust.com
jason.bohrer@suntrust.com
john.fisher@suntrust.com
john.reid@suntrust.com
jonathan.nace@suntrust.com
julia.hale@suntrust.com
khoa.a.tran@suntrust.com
lara.hall@suntrust.com
lori.armocida@suntrust.com
margaret.dempster@suntrust.com
mark.brommer@suntrust.com
mark.christman@suntrust.com
matthew.davlin@suntrust.com
michael.sasser@suntrust.com
michele.thompson@suntrust.com
neil.roner@suntrust.com
nicholas.luzecky@suntrust.com
nicholas.ramm@suntrust.com
paul.thompson@suntrust.com
phil.niehaus@suntrust.com

## Company & Corresponding Email Addresses

phillip.rogers@suntrust.com
robert.j.williams@suntrust.com
robert.lynn@suntrust.com
robert.parkinson@suntrust.com
robert.partlow@suntrust.com
seth.sprague@suntrust.com
shirley.banes@suntrust.com
steve.brasier@suntrust.com
sundeep.dhaliwal@suntrust.com
tesha.winslow@suntrust.com
tony.brown@suntrust.com
wayne.calvert@suntrust.com

### suntrustmortgage
tuck.reed@suntrustmortgage.com

### suravenir
francois.verveur@suravenir.fr

### surugabank
hiroaki.momose@surugabank.co.jp
kazuo.yuyama@surugabank.co.jp
masaki.shibuya@surugabank.co.jp
riyouzo.iknoshita@surugabank.co.jp
seiji.inui@surugabank.co.jp
tetsu.itou@surugabank.co.jp
tsunemitsu.kosuge@surugabank.co.jp
ymn0498@surugabank.co.jp
yoshitake.anzai@surugabank.co.jp

### susqbanc
sdeva@susqbanc.com

### suva
bruno.wuethrich@suva.ch
christoph.amiet@suva.ch
christophe.ollier@suva.ch
daniel.bieri@suva.com
daniel.hutter@suva.ch
herbert.kupferschmied@suva.ch
hilmar.langensand@suva.ch
hubert.niggli@suva.ch
hug@suva.ch
markus.ostrowski@suva.ch
peter.blum.pbb@suva.ch
urs.meister@suva.ch

### svb
ggroothuis@svb.nl
marijkedaamen@svb.nl
mwillems@svb.nl

### s-versicherung
albert.ohandjanians@s-versicherung.at
alfred.neimke@s-versicherung.at
andreas.schindler@s-versicherung.at
raimund.korherr@s-versicherung.co.at
reza.kazemi@s-versicherung.at
richard.weiland@s-versicherung.co.at
sabine.heidrich@s-versicherung.at

### svmonline

## Company & Corresponding Email Addresses

cjeruzal@svmonline.com
cmclean@svmonline.co.uk
ddodds@svmonline.co.uk
drobertson@svmonline.co.uk
hcuthbert@svmonline.com
hkilpatrick@svmonline.com
mcampbell@svmonline.com
mlawson@svmonline.co.uk
nveitch@svmonline.com
sdorward@svmonline.com

**svpglobal**
gbraylovskiy@svpglobal.com

**sv-versicherungen**
angelika.wehl@sv-versicherungen.de
sven.simon@sv-versicherungen.de

**sw**
egamboa@sw.com

**swarovski**
milo.bajic@swarovski.com
nicola.scampoli@swarovski.com
susanne.ramer@swarovski.com

**swbank-stl**
dpisarkiewicz@swbank-stl.com
kkane@swbank-stl.com

**swbell**
twadap@swbell.net

**swcorp**
anderson@swcorp.org
arnoldj@swcorp.org
bensont@swcorp.org
brewerk@swcorp.org
byrnem@swcorp.org
castillor@swcorp.org
debreem@swcorp.org
elliottb@swcorp.org
foxb@swcorp.org
garnerd@swcorp.org
gossj@swcorp.org
griffink@swcorp.org
haj@swcorp.org
horakb@swcorp.org
jarvelak@swcorp.org
petersonc@swcorp.org
robertsonm@swcorp.org
schiesss@swcorp.org
shic@swcorp.org
smithb@swcorp.org
turnerb@swcorp.org
wilsonz@swcorp.org

**swedbank**
anders.durling@swedbank.com
anders.ekedahl@swedbank.com
anders.granstrand@swedbank.com
anders.granstrand@swedbank.se

**Company & Corresponding Email Addresses**

anders.hamnmark@swedbank.se
anna.jegnell@swedbank.com
anna.von.knorring@swedbank.se
anneli.brummer@swedbank.com
anne-soife.murphy@swedbank.com
annika.wijkstrom@swedbank.com
ann-marie.karlsson@swedbank.se
asa.avestedt@swedbank.com
asa.zernig@swedbank.se
birgitte.bonnesen@swedbank.com
carl.beyer@swedbank.com
cavin.o"driscoll@swedbank.com
christer.ahlquist@swedbank.com
christina.lindell@swedbank.com
eric.stjernstrom@swedbank.com
erik.stjernstrom@swedbank.se
eriksson.henrik@swedbank.com
eva.sohlman-knave@swedbank.com
f.karisson@swedbank.com
fredrik.andersson@swedbank.com
fredrik.thulin@swedbank.com
gill.nacksten-marcusson@swedbank.se
hakan.borgedahl@swedbank.com
hans.jansson@swedbank.com
henrik.grunditzs@swedbank.com
henrik.holmin@swedbank.se
ida.lindgren@swedbank.com
inger.standanger@swedbank.se
jan.lundquist@swedbank.com
jan.o.andersson@swedbank.com
jenny.malmstrom@swedbank.se
jens.isaksson@swedbank.com
jim.linford@swedbank.com
john.matthews@swedbank.com
jonny.sylven@swedbank.com
julian.daley@swedbank.com
karl-johan.lundin@swedbank.com
kristina.melin@swedbank.com
lars.a.persson@swedbank.com
lars.lundquist@swedbank.com
ludvig.uddeholt@swedbank.com
magnus.leijon@swedbank.se
magnus.ljungblad@swedbank.se
marcus.ostman@swedbank.com
margarita.salcedo@swedbank.com
maria.lundell@swedbank.com
martin.rydin@swedbank.se
micael.johansson@swedbank.com
neal.meacham@swedbank.com
niclas.lennartsson@swedbank.com
nikki@swedbank.com
nilla.skallstrom@swedbank.com
olev.trygg@swedbank.com
oringstrom@swedbank.se

## Company & Corresponding Email Addresses

patrik.ragan@swedbank.se
patrik.zedendahl@swedbank.com
per.aspegren@swedbank.com
per.aspegren@swedbank.se
per.eklund@swedbank.com
per.forsgren@swedbank.se
per.hoglund@swedbank.com
per-olof.uppeke@swedbank.com
peter.hulqvist@swedbank.com
petter.westlye@swedbank.com
rickard.skogsfors@swedbank.com
robin.ghosal@swedbank.com
sgoldberg@swedbank.com
sofia.branfelt@swedbank.se
stefan.elofsson@swedbank.com
thomas.beckman@swedbank.com
ulf.lindqvist@swedbank.com

### swedbankrobur

anders.dahl@swedbankrobur.se
anders.p.ramsten@swedbankrobur.se
bjarne.persson@swedbankrobur.se
carl-fredrik.lorenius@swedbankrobur.se
christer.engel@swedbankrobur.se
david.stenlund@swedbankrobur.se
elena.loven@swedbankrobur.se
elisabet.nathhorst@swedbankrobur.se
fredrik.mattsson@swedbankrobur.se
fredrik.myren@swedbankrobur.se
giovanni.polastri@swedbankrobur.se
goran.villner@swedbankrobur.se
hans.lindh@swedbankrobur.se
henrik.sandell@swedbankrobur.se
hugo.lewne@swedbankrobur.se
ingrid.albinsson@swedbankrobur.se
jacob.gemmel@swedbankrobur.se
jan.brunn@swedbankrobur.se
johan.b.sandberg@swedbankrobur.se
johan.elmquist@swedbankrobur.se
johan.eriksson@swedbankrobur.se
johan.strand@swedbankrobur.se
jonas.palmqvist@swedbankrobur.se
jonas.ulvsback@swedbankrobur.se
jonas.victorsson@swedbankrobur.se
jorgen.olofsson@swedbankrobur.se
kristofer.barrett@swedbankrobur.se
magnus.bakke@swedbankrobur.se
magnus.henjeby@swedbankrobur.se
maria.ljungqvist.marti@swedbankrobur.se
marten.larsson@swedbankrobur.se
mats.waldemarsson@swedbankrobur.se
niklas.larsson@swedbankrobur.se
paula.treutiger@swedbankrobur.se
per.griberg@swedbankrobur.se
per.lilja@swedbankrobur.se

## Company & Corresponding Email Addresses

per.solvin@swedbankrobur.se
peter.abelin@swedbankrobur.se
peter.lingen@swedbankrobur.se
rikard.forssmed@swedbankrobur.se
sara.arfwidsson@swedbankrobur.se
sebastian.arslanogullari@swedbankrobur.se
staffan.knafve@swedbankrobur.se
stefan.franzen@swedbankrobur.se
therese.larsson@swedbankrobur.se
thomas.karlsson@swedbankrobur.se
ulrika.enhorning@swedbankrobur.se

### swib

aaron.stakston@swib.state.wi.us
adam.ault@swib.state.wi.us
albert.rauch@swib.state.wi.us
alex.wilson@swib.state.wi.us
barbara.hauge@swib.state.wi.us
bill.mccorkle@swib.state.wi.us
brian.heimsoth@swib.state.wi.us
bruce.johnson@swib.state.wi.us
carissa.callison@swib.state.wi.us
cecilia.silver@swib.state.wi.us
chad.neumann@swib.state.wi.us
chirag.gandhi@swib.state.wi.us
chongyu.hua@swib.state.wi.us
dan.jenkins@swib.state.wi.us
daryl.moe@swib.state.wi.us
david.villa@swib.state.wi.us
dean.martin@swib.state.wi.us
dewalbv@swib.state.wi.us
diane.linn@swib.state.wi.us
doug.adler@swib.state.wi.us
equitiesmeetings@swib.state.wi.us
felipe.moreno@swib.state.wi.us
hungja@swib.state.wi.us
ian.calame@swib.state.wi.us
jackie.doeler@swib.state.wi.us
james.gannon@swib.state.wi.us
jason.schultz@swib.state.wi.us
jeff.lucas@swib.state.wi.us
jeffery.rahm@swib.state.wi.us
jesse.haifley@swib.state.wi.us
joe.woerner@swib.state.wi.us
john.dobson@swib.state.wi.us
john.lahman@swib.state.wi.us
john.nelson@swib.state.wi.us
joy.mukherjee@swib.state.wi.us
judy.yu@swib.state.wi.us
kathy.sanford@swib.state.wi.us
kelli.harris@swib.state.wi.us
kevin.markgraf@swib.state.wi.us
kirk.fox@swib.state.wi.us
kishor.agrawal@swib.state.wi.us
leesj@swib.state.wi.us

## Company & Corresponding Email Addresses

liendk@swib.state.wi.us
lina.bandyopadhyay@swib.state.wi.us
lisa.winer@swib.state.wi.us
martha.truog@swib.state.wi.us
marti.dishowitz@swib.state.wi.us
mary.micheels@swib.state.wi.us
michael.harmelink@swib.state.wi.us
monica.jaehnig@swib.state.wi.us
nancy.mccartan@swib.state.wi.us
nicholas.stanton@swib.state.wi.us
rick.petran@swib.state.wi.us
robert.beggs@swib.state.wi.us
robert.severance@swib.state.wi.us
sandeep.brion@swib.state.wi.us
sarah.weis@swib.state.wi.us
tami.rosemeyer@swib.state.wi.us
thomas.freeman@swib.state.wi.us
tilly.steinbeck@swib.state.wi.us
todd.ludgate@swib.state.wi.us
todd.smith@swib.state.wi.us
travejr@swib.state.wi.us
trish.reopelle@swib.state.wi.us
valata.dewalt@swib.state.wi.us
wagnema@swib.state.wi.us

### swift

harry.thurairatnam@swift.com
lorraine.esposito@swift.com
richard.chilton@swift.com
russell.jones@swift.com

### swip

alan.thompson@swip.com
alison.drackford@swip.com
amelia.taylor@swip.com
andrew.ness@swip.com
arran.craig@swip.com
arun.sarwal@swip.com
bill.bulloch@swip.com
cameron.tod@swip.com
caroline.silander@swip.com
catie.wearmouth@swip.com
chris.clarke@swip.com
chris.fontenla@swip.com
christopher.bamberry@swip.com
christopher.hislop@swip.com
cindy.mccarron@swip.com
colin-j.beveridge@swip.com
craig.inches@swip.com
craig.veysey@swip.com
darren.j.mcconachie@swip.com
david.keir@swip.com
dean.buckley@swip.com
demie.demetriou@swip.com
divya.mathur@swip.com
fraser.laird@swip.com

**Company & Corresponding Email Addresses**

gareth.quantrill@swip.com
garry.williams@swip.com
gillian.mccall@swip.com
graeme.caughey@swip.com
graeme.troy@swip.com
graham.wood@swip.com
gregor.macdonald@swip.com
greig.bryson@swip.com
guy.skinner@swip.com
harry.mackinnon@swip.com
heather.clayton@swip.com
heather.mckay@swip.com
helen.brodison@swip.com
ian.hally@swip.com
ian.panton@swip.com
ian.tabberer@swip.com
ian.vose@swip.com
ingrid.pino@swip.com
james.clunie@swip.com
janetta.chung@swip.com
johnny.russell@swip.com
juan.valenzuela@swip.com
kaori.ishii@swip.com
kathleen.dewandeleer@swip.com
kim.catechis@swip.com
laurent.frings@swip.com
lisa.rose@swip.com
luke.hickmore@swip.com
mairi.main@swip.com
malcolm.reid@swip.com
mark.wilkie@swip.com
mark@swip.com
martin.todd@swip.com
maureen.hemphill@swip.com
michael.wassermann@swip.com
mike.mcnaught-davis@swip.com
mikiko.abe@swip.com
mohammed.zaidi@swip.com
neil.falconer@swip.com
neil.fawcett@swip.com
nicholas.duncan@swip.com
nick.millington@swip.com
patricia.wilson@swip.com
richard.patterson@swip.com
risto.oja@swip.com
robert.waugh@swip.com
rod.davidson@swip.com
ross.olusanya@swip.com
russell.peddie@swip.com
sean.phayre@swip.com
simon.hunter@swip.com
siobhan.laing@swip.com
stephen.dry@swip.com
stephen.hall@swip.com

**Company & Corresponding Email Addresses**

stuart.mcmaster@swip.com
stuart.steven@swip.com
tim.dickson@swip.com
vicky.watson@swip.com
vikas.chopra@swip.com

**swipartnership**

alan.reid@swipartnership.co.uk
andrew.fraser@swipartnership.co.uk
andrew.herberts@swipartnership.co.uk
andrew.november@swipartnership.co.uk
andy.frepp@swipartnership.co.uk
andy.gray@swipartnership.co.uk
andy.playle@swipartnership.co.uk
anne.fraser@swipartnership.co.uk
anne.hetherington@swipartnership.co.uk
anne-marie.main@swipartnership.co.uk
ben.ebert@swipartnership.co.uk
bryan.mcmorrine@swipartnership.co.uk
buckett.leslie@swipartnership.co.uk
caroline.ely@swipartnership.co.uk
chris.hegarty@swipartnership.co.uk
chris.scott@swipartnership.co.uk
chrisann.morrison@swipartnership.co.uk
colin.burt@swipartnership.co.uk
david.urch@swipartnership.co.uk
donald.aiken@swipartnership.co.uk
douglas.kerr@swipartnership.co.uk
douglas.mcphail@swipartnership.co.uk
duncan.sutherland@swipartnership.co.uk
duncan.thomson@swipartnership.co.uk
fabrice.sendra@swipartnership.co.uk
francoise.watson@swipartnership.co.uk
frank.chen@swipartnership.co.uk
frazer.barrie@swipartnership.co.uk
hilary.kermode@swipartnership.co.uk
iain.havard@swipartnership.co.uk
jeff.casson@swipartnership.co.uk
jeff.king@swipartnership.co.uk
jennifer.douglas@swipartnership.co.uk
jennifer.gillespie@swipartnership.co.uk
joel.marks@swipartnership.co.uk
john.bale@swipartnership.co.uk
john.lyons@swipartnership.co.uk
ken.adams@swipartnership.co.uk
lesley.o'neill@swipartnership.co.uk
lisa.farrall@swipartnership.co.uk
mark.munro@swipartnership.co.uk
mark.phillips@swipartnership.co.uk
mark.venerus@swipartnership.co.uk
mary.nnachi@swipartnership.co.uk
michael.smith@swipartnership.co.uk
murray.scott@swipartnership.co.uk
name.surname@swipartnership.co.uk
neil.mackay@swipartnership.co.uk

## Company & Corresponding Email Addresses

neil.murray@swipartnership.co.uk
nick.mcleod-clark@swipartnership.co.uk
nick.owen@swipartnership.co.uk
nick.thompson@swipartnership.co.uk
ominder.dhillon@swipartnership.co.uk
peter.cockburn@swipartnership.co.uk
peter.dorward@swipartnership.co.uk
peter.glynne-percy@swipartnership.com
philip.chappell@swipartnership.co.uk
philip.rose@swipartnership.co.uk
pia.nyholm@swipartnership.co.uk
richard.dingwall-smith@swipartnership.co.uk
richard.dunbar@swipartnership.co.uk
robert.forrest@swipartnership.co.uk
rory.hammerson@swipartnership.co.uk
sandy.naim@swipartnership.co.uk
sebastian.mackay@swipartnership.co.uk
simon.moss@swipartnership.co.uk
steven.aitken@swipartnership.co.uk
steven.logan@swipartnership.co.uk
steven.maxwell@swipartnership.co.uk
stewart.cowe@swipartnership.co.uk
stewart.mcmillan@swipartnership.co.uk
suhail.arain@swipartnership.co.uk
tim.butcher@swipartnership.co.uk
tim.scholefield@swipartnership.co.uk
tony.foster@swipartnership.co.uk
tony.mather@swipartnership.co.uk
tony.whalley@swipartnership.co.uk
wendy.russell-hall@swipartnership.co.uk
william.blair@swipartnership.co.uk

### swippartnership
nikki.blues@swippartnership.co.uk

### swissbank
hansjoerg.kaser@mhs.swissbank.com

### swissca
aholzgang@swissca.ch
dallan@swissca.co.uk
daniel.wuermli@swissca.ch
dhunziker@swissca.ch
dmilne@swissca.co.uk
gfischer@swissca.ch
gmills@swissca.co.uk
michelle.linder@swissca.ch
msouthgate@swissca.co.uk
nhowes@swissca.co.uk
pbaenziger@swissca.ch
pmeier@swissca.ch
rsahli@swissca.ch

### swisscanto
alain.waber@swisscanto.ch
alex.schoeb@swisscanto.ch
alexandra.jung@swisscanto.ch
alexandra.kuenzi@swisscanto.ch

## Company & Corresponding Email Addresses

andreas.waeger@swisscanto.ch
beat.gerber@swisscanto.ch
ben.hauzenberger@swisscanto.ch
bettina.rheinberger@swisscanto.ch
blaise.roduit@swisscanto.ch
chi.tran@swisscanto.ch
christian.takushi@swisscanto.ch
daniel.wuermli@swisscanto.ch
denise.gugerli@swisscanto.ch
dieter.galli@swisscanto.ch
florian.esterer@swisscanto.ch
flurin.joller@swisscanto.ch
frederik.vonameln@swisscanto.ch
gerhard.wagner@swisscanto.ch
hans.frey@swisscanto.ch
hansueli.gasser@swisscanto.ch
heinrich.flueckiger@swisscanto.ch
jerome.benathan@swisscanto.ch
karl.stettler@swisscanto.ch
klaus.goeggelmann@swisscanto.ch
michael.bretscher@swisscanto.ch
mike.dang@swisscanto.ch
mirko.santucci@swisscanto.ch
mondher.bettaieb-loriot@swisscanto.ch
pascal.schuler@swisscanto.ch
patrik.scheuber@swisscanto.ch
peter.braendle@swisscanto.ch
peter.gachnang@swisscanto.ch
peter.reinmuth@swisscanto.ch
peter.stenz@swisscanto.ch
phirt@swisscanto.ch
reto.niggli@swisscanto.ch
sebastian.felsch@swisscanto.ch
stefan.eichenberger@swisscanto.ch
sule.kusogullari@swisscanto.ch
thomas.haerter@swisscanto.ch
thomas.watter@swisscanto.ch
thomas.zbinden@swisscanto.ch

### swisscap

cronenberghs@swisscap.com
merlini@swisscap.com
montezin@swisscap.com
patelli@swisscap.com
salatti@swisscap.com
sedleger@swisscap.com
topatigh@swisscap.com

### swisscapital

joaol@swisscapital.net

### swissfirst

christian.lach@swissfirst.ch
dallas.webb@swissfirst.ch
daniel.biedermann@swissfirst.ch
davide.costantini@swissfirst.ch
felicia.reed@swissfirst.ch

## Company & Corresponding Email Addresses

frank.rauber@swissfirst.ch
jean-philippe.bertschy@swissfirst.ch
marco.massarotti@swissfirst.ch
martin.muenchbach@swissfirst.ch
rene.schmidli@swissfirst.ch
roland.maier@swissfirst.ch
stephan.meier@swissfirst.ch
stephan.troxler@swissfirst.ch
thomas.maag@swissfirst.ch
thomas.matter@swissfirst.ch
toni.tomasone@swissfirst.ch
verena.kamer@swissfirst.ch

### swissfp

bauer@swissfp.com
bausch@swissfp.com
lahaut@swissfp.com

### swissinv

anita@swissinv.com
gilles.wormser@swissinv.com
peter@swissinv.com

### swisslife

andreas.vonsalis@swisslife.ch
anna.magnusson@swisslife.de
carlo.germana@swisslife.ch
christoph.curtius@swisslife.ch
christoph.riedi@swisslife.ch
daniel.debernardis@swisslife.ch
dieter.baumann@swisslife.ch
kirsten.gut@swisslife.ch
markus.arn@swisslife.ch
martin.senn@swisslife.ch
oliver.oberlach@swisslife.ch
patrick.frost@swisslife.ch
philip.chan@swisslife.ch
philipp.galliker@swisslife.ch
philippe.reichlin@swisslife.ch
rolf.jufer@swisslife.ch
rudolf.keller@swisslife.ch
rudolf.suter@swisslife.ch
ruth.grob@swisslife.ch
tanco.ong@swisslife.ch
volkmar.ritter@swisslife.ch

### swissre

abhishek_maheshwari@swissre.com
adam_fusco@swissre.com
adolf_decurtins@swissre.com
adrian_halter@swissre.com
adrian_ricketts@swissre.com
alan_niederer@swissre.com
alban_fauchere@swissre.com
albert_papa@swissre.com
alexander_choniski@swissre.com
alison_barbi@swissre.com
amelia_lorenzo@swissre.com

## Company & Corresponding Email Addresses

andre_keller@swissre.com
andre_moutenot@swissre.com
andreas_graf@swissre.com
andreas_hillebrand@swissre.com
andreas_weber@swissre.com
andreasdaniel_knecht@swissre.com
andrew_chai@swissre.com
annie_tran@swissre.com
anthony_cinquemani@swissre.com
baris_pinar@swissre.com
beat_luethi@swissre.com
benjamin_ho@swissre.com
benjamin_meuli@swissre.com
benjamin_weidmann@swissre.com
benno_flury@swissre.com
brian_rosenblum@swissre.com
brian_trust@swissre.com
britta_rendlen@swissre.com
bruno_letsch@swissre.com
bryan_niggli@swissre.com
caius_ng@swissre.com
caspar_benz@swissre.com
catherine_ehrlich@swissre.com
cengiz_kayihan@swissre.com
chris_weihs@swissre.com
christian_bausch@swissre.com
christian_meienberger@swissre.com
christian_schmidt@swissre.com
christina_morillo@swissre.com
christine_soenning@swissre.com
christoph_schneider@swissre.com
christopher.squillante@swissre.com
claus_huber@swissre.com
daniel_andris@swissre.com
daniel_gelinas@swissre.com
daniel_groleau@swissre.com
daniel_koepfer@swissre.com
daniel_sun@swissre.com
david_godfrey@swissre.com
david_murphy@swissre.com
david_oloan@swissre.com
davide_crippa@swissre.com
davide_guidicelli@swissre.com
dieter_dobmeier@swissre.com
dietmar_petroll@swissre.com
dominique_zenruffinen@swissre.com
edith_paetzold@swissre.com
edith_patzold@swissre.com
elizabeth_wesson@swissre.com
elliot_katz@swissre.com
elliot_wittlin@swissre.com
eric_hyde@swissre.com
eric_thorlacius@swissre.com
esther_baur@swissre.com

**Company & Corresponding Email Addresses**

eva_durnermeyer@swissre.com
fabio_robbiani@swissre.com
felix_niederer@swissre.com
felix_stutz@swissre.com
florian_burkhardt@swissre.com
florian_komac@swissre.com
francesca_seegy@swissre.com
frank_ronan@swissre.com
fred_tillman@swissre.com
frederic_mathier@swissre.com
gabriela_stadler@swissre.com
geof_pelger@swissre.com
giacomo_balzarini@swissre.com
giovanni_villanueva@swissre.com
giuseppe_magnano@swissre.com
gloria_vogel@swissre.com
goran_kaiblinger@swissre.com
gordon_boozer@swissre.com
gregor_mast@swissre.com
guido_rust@swissre.com
hanspeter_haessig@swissre.com
harold_weiss@swissre.com
heid_chan@swissre.com
heidi_turner@swissre.com
heike_halsinger@swissre.com
heinz_pfister@swissre.com
honluong_ly@swissre.com
hyde_chow@swissre.com
iordanis_chatziprodromou@swissre.com
irene_luelingduffy@swissre.com
isabelle_armanville@swissre.com
jacques_aigrain@swissre.com
james_molloy@swissre.com
james_tayler@swissre.com
jamie_kudrako@swissre.com
jan_jaeger@swissre.com
jenny_allan@swissre.com
jenny_slater@swissre.com
jerome_haegeli@swissre.com
joe_higgins@swissre.com
john_barrasso@swissre.com
john_davidson@swissre.com
jonas_misteli@swissre.com
jonas_vonoldenskioeld@swissre.com
joseph.hissong@swissre.com
juerg_hess@swissre.com
juerg_steiger@swissre.com
juergalexander_gutzwiller@swissre.com
juergen_mueller@swissre.com
kathrin_schriber@swissre.com
kerry_obrien@swissre.com
kevin_higgins@swissre.com
konstantin_stoev@swissre.com
kristina_schnyder@swissre.com

**Company & Corresponding Email Addresses**

kummy_wan@swissre.com
kurt_haueter@swissre.com
kurt_karl@swissre.com
kurt_zihlmann@swissre.com
larry_ward@swissre.com
linda_leisengang@swissre.com
lisa_monaco@swissre.com
llewellyn_connolly@swissre.com
luis_reyna@swissre.com
mahmoud_elshaer@swissre.com
marc_fussteig@swissre.com
marc_radice@swissre.com
marcos_baer@swissre.com
maria_custer@swissre.com
mark_knight@swissre.com
mark_mccarthy@swissre.com
mark_meenan@swissre.com
marko_duvnjak@swissre.com
markus_eugster@swissre.com
markus_feurstein@swissre.com
martin_ramseyer@swissre.com
matthew_stone@swissre.com
matthias_vonschumacher@swissre.com
melanie_santos@swissre.com
melissa_mayorga@swissre.com
michael_brendle@swissre.com
michael_dudek@swissre.com
michael_gubser@swissre.com
michael_notaro@swissre.com
michael_stimpfle@swissre.com
mike_hammer@swissre.com
mike_minnich@swissre.com
milos_vujanic@swissre.com
mirjam_trachsel@swissre.com
monika_kollerurben@swissre.com
nehal_patel@swissre.com
niels_slikker@swissre.com
oliver_wolfensberger@swissre.com
owen_deane@swissre.com
pascal_zbinden@swissre.com
patrick_andreatta@swissre.com
patrick_scherrer@swissre.com
patrick_wendt@swissre.com
pattra_piriyapoksombut@swissre.com
paul_cooley@swissre.com
paulandrew_cannon@swissre.com
peter_leffler@swissre.com
peter_middelkamp@swissre.com
peter_reichenbach@swissre.com
philip-wright@swissre.com
polly_kolotas@swissre.com
randy_goodleaf@swissre.com
reinhard_eckl@swissre.com
rich_fitzsimons@swissre.com

## Company & Corresponding Email Addresses

richard_tanner@swissre.com
robin_bircher@swissre.com
rodney_scholten@swissre.com
rolf_ehrensberger@swissre.com
ronnie_mueller@swissre.com
salvatore_amato@swissre.com
sandro_galfetti@swissre.com
scott_knapp@swissre.com
sebastian_wernli@swissre.com
sheldon_ross@swissre.com
siamak_izadkia@swissre.com
stephan_eugster@swissre.com
stephane_boisier@swissre.com
stephen_deletto@swissre.com
steve_olentine@swissre.com
steve_triantafilidis@swissre.com
steven_bachman@swissre.com
steven_lin@swissre.com
steven_wolcott@swissre.com
strategy_development@swissre.com
sven_kaiser@swissre.com
tanjaangiola_minella@swissre.com
tauno_loertscher@swissre.com
thomas_farmakis@swissre.com
thomas_graf@swissre.com
thomas_michel@swissre.com
thomas_rothenberger@swissre.com
thomas_schaub@swissre.com
timothy_daggett@swissre.com
todd_cooper@swissre.com
tony_arnese@swissre.com
tyler_ratcliffe@swissre.com
uwe_carl@swissre.com
uweeberhard_remy@swissre.com
verena_zollikofer@swissre.com
vidmantas_pleta@swissre.com
vincent.matsui@swissre.com
walid_bacha@swissre.com
wesley_clifton@swissre.com
xin_fu@swissre.com
yin_chan@swissre.com
yuan_zhou@swissre.com
yvette_becker@swissre.com
zurich_otc@swissre.com

### swm
sandner.guenter@swm.de

### swst
dcastillo@swst.com
dheidkamp@swst.com
dleland@swst.com
ffellows@swst.com
gluskie@swst.com
jbohnsack@swst.com
kpugliani@swst.com

**Company & Corresponding Email Addresses**

mgrant@swst.com
mritchie@swst.com
pprice@swst.com
rnash@swst.com
sjagannathan@swst.com
sochel@swst.com

**syb**

gail.russell@syb.com
mark.holloway@syb.com
nancy.davis@syb.com

**symantec**

anil_phull@symantec.com
charles_rice@symantec.com
christopher_koshiyama@symantec.com
derek_groff@symantec.com
dora_jiang@symantec.com
guojun_chu@symantec.com
heli_erickson@symantec.com
imiranda@symantec.com
jeanmarie_reahl@symantec.com
john_staudenraus@symantec.com
julie_liang@symantec.com
priti_kartik@symantec.com
rossini_stotomas@symantec.com
rowena_lynn@symantec.com
sandeep_varma@symantec.com
sschamel@symantec.com
sshin@symantec.com
taylor_adams@symantec.com
tony_siytangco@symantec.com
veena_avadhanam@symantec.com

**sympatico**

ahamilton27@sympatico.ca

**symphonia**

andrea.pastorelli@symphonia.it
angelo.abbondio@symphonia.it
luca.corti@symphonia.it
marco.bartolomei@symphonia.it
roberto.cucchetti@symphonia.it
silvia.merendoni@symphonia.it

**synchrony**

info@synchrony.ch
jerome.spichiger@synchrony.ch
samuel.guillet@synchrony.ch
stephane.croisier@synchrony.ch

**synovus**

dakemadray@synovus.com
gregpolk@synovus.com
jeremyknezek@synovus.com
jimdorwaldt@synovus.com
jodylowery@synovus.com
lensexton@synovus.com
lizdavis@synovus.com
meredithwatson@synovus.com

## Company & Corresponding Email Addresses
mikewienckowski@synovus.com
patreynolds@synovus.com
rickbotthof@synovus.com
timothystrickland@synovus.com

### synovusmortgage
aaronyoder@synovusmortgage.com
davidsmith@synovusmortgage.com
toddcheney@synovusmortgage.com

### syorks-ja
jhattesrley.sypa@syorks-ja.gov.uk

### systembolaget
anders.soderlund@systembolaget.se

### szkb
alexandre.jaloux@szkb.ch
jeanpierre.hunziker@szkb.ch
juerg.ruf@szkb.ch
roland.kaelin@szkb.ch

### t
tbc@t.com
tbc@t.t

### t_mobil
barbara.plato@t_mobil.de

### t3
tanabe@t3.rim.or.jp

### tagfolio
ashleylong@tagfolio.com
bobcalhoun@tagfolio.com
carolynrphipps@tagfolio.com
cindygillespie@tagfolio.com
denisequigley@tagfolio.com
ericharper@tagfolio.com
kathleenwebster@tagfolio.com
kevingirts@tagfolio.com
larisadakhis@tagfolio.com
martymartin@tagfolio.com
mehmetcamurdan@tagfolio.com
michellejohnson@tagfolio.com
mickeyelliott@tagfolio.com
mikeandreessen@tagfolio.com
mlivingston@tagfolio.com
parhambehrooz@tagfolio.com
paulbratten@tagfolio.com
petevatev@tagfolio.com
raymatsuura@tagfolio.com
scottbrown@tagfolio.com
scotteldridge@tagfolio.com
shannonbrown@tagfolio.com
shawnferrell@tagfolio.com
staceyrooney@tagfolio.com
steveedelman@tagfolio.com
susanreed@tagfolio.com
toddkuimjian@tagfolio.com
tomburton@tagfolio.com
tracylundberg@tagfolio.com

## Company & Corresponding Email Addresses

yolandasparrow@tagfolio.com

**tahoeadvisors**

swiggett@tahoeadvisors.com

**tahomacapital**

john.putz@tahomacapital.com

**taib**

bikram@taib.com

**taicobu**

hamdan@taicobu.com

**taiyo-seimei**

h-iwasaki@taiyo-seimei.co.jp
h-yamagata@taiyo-seimei.co.jp
j-kitami@taiyo-seimei.co.jp
j-ujiie@taiyo-seimei.co.jp
k-sekiyama@taiyo-seimei.co.jp
k-tsujita@taiyo-seimei.co.jp
ma-nakamura@taiyo-seimei.co.jp
mi-yoneda@taiyo-seimei.co.jp
mo-ikeda@taiyo-seimei.co.jp
n-kudou@taiyo-seimei.co.jp
ta-takahashi@taiyo-seimei.co.jp
t-furuya@taiyo-seimei.co.jp
t-hikino@taiyo-seimei.co.jp
t-hirao@taiyo-seimei.co.jp
t-ichibagase@taiyo-seimei.co.jp
t-negama@taiyo-seimei.co.jp
t-oohori@taiyo-seimei.co.jp
ts-ishiad@taiyo-seimei.co.jp
t-uemura@taiyo-seimei.co.jp
t-yamane@taiyo-seimei.co.jp
t-yamashita@taiyo-seimei.co.jp
yas-ueda@taiyo-seimei.co.jp
y-kiyotomo@taiyo-seimei.co.jp
y-onoda@taiyo-seimei.co.jp
y-yokoyama@taiyo-seimei.co.jp

**takeda**

fujishima_akira@takeda.co.jp
kato_koichi@takeda.co.jp
nagase_yoshinori@takeda.co.jp
nakajima_yasushi@takeda.co.jp
okumura_masumi@takeda.co.jp
yukishige_koichi@takeda.co.jp

**tao**

rjle@tao.sainsburys.co.uk

**tapiola**

anna.vaananen@tapiola.fi
ari.luukkonen@tapiola.fi
hanna.hiidenpalo@tapiola.fi
jari.eklund@tapiola.fi
jari.jarvinen@tapiola.fi
jonna.pursiainen@tapiola.fi
jyrki.makela@tapiola.fi
kari.pihkala@tapiola.fi
lippo.suominen@tapiola.fi

## Company & Corresponding Email Addresses

marko.ojala@tapiola.fi
markus.niinikoski@tapiola.fi
outi.kalpio@tapiola.fi
petteri.vaarnanen@tapiola.fi
riitta.naaralainen-vallila@tapiola.fi

**target**
stacy.houser@target.com

**tasitalia**
richard.pitre@tasitalia.com

**tateandlyle**
archi.quddus@tateandlyle.com

**tba**
tba@tba.com
tbaf@tba.com

**tbb**
108368@mail.tbb.com.tw
a110682@mail.tbb.com.tw
a8987@mail.tbb.com.tw
b893a@mail.tbb.com.tw
dm@tbb.com.hk
eloy@mail.tbb.com.tw
gm@tbb.com.hk
happyday@mail.tbb.com.tw
lisateng0327@mail.tbb.com.tw
ln1@tbb.com.hk
lundytsai@mail.tbb.com.tw
lyt3811@mail.tbb.com.tw
michaelyang@mail.tbb.com.tw
tr@tbb.com.hk
wtsai@mail.tbb.com.tw
yu.lin@mail.tbb.com.tw

**tbc**
tbc@tbc.tbc

**tbcam**
abutayyoun.jm@tbcam.com
bailer.j@tbcam.com
balanda.m@tbcam.com
bateman.p@tbcam.com
benson.sm@tbcam.com
bloom.e@tbcam.com
bogar.m@tbcam.com
bonsignore.fp@tbcam.com
bowers.r@tbcam.com
boyd.jm@tbcam.com
brady.a@tbcam.com
brandaleone.sk@tbcam.com
brennan.n@tbcam.com
brooks.dl@tbcam.com
budny.a@tbcam.com
cameron.dh@tbcam.com
campbell.ba@tbcam.com
carpenter.ps@tbcam.com
catalan.aa@tbcam.com
chan.m@tbcam.com

**Company & Corresponding Email Addresses**

cheng.pk@tbcam.com
clark.am@tbcam.com
cmkang@tbcam.com
corrado.jm@tbcam.com
costello.we@tbcam.com
cronan.km@tbcam.com
curran.l@tbcam.com
daglio.da@tbcam.com
deboever.cf@tbcam.com
decristofaro.j@tbcam.com
diamond.ag@tbcam.com
dishop.mp@tbcam.com
duncan.br@tbcam.com
dutile.d@tbcam.com
eastman.rj@tbcam.com
fitzgibbon.sp@tbcam.com
forkner.km@tbcam.com
friedman.m@tbcam.com
gennaco.j@tbcam.com
ghublikian.ma@tbcam.com
giannacopoulos.kp@tbcam.com
goguen.fj@tbcam.com
grant.td@tbcam.com
griffin.ca@tbcam.com
griffin.m@tbcam.com
han.s@tbcam.com
harrison.r@tbcam.com
hayes.cp@tbcam.com
henry.dk@tbcam.com
herskovitz.m@tbcam.com
higgins.cm@tbcam.com
holton.m@tbcam.com
huang.y@tbcam.com
hull.ra@tbcam.com
intoppa.d@tbcam.com
israel.l@tbcam.com
jerome.dg@tbcam.com
johnson.ia@tbcam.com
jurik.w@tbcam.com
karen.singson@tbcam.com
karydas.d@tbcam.com
kedersha.cm@tbcam.com
khtikian.d@tbcam.com
kierstead.tm@tbcam.com
kilbride.sh@tbcam.com
kolano.s@tbcam.com
kuehndorf.f@tbcam.com
ladner.sd@tbcam.com
letourneau.sp@tbcam.com
levan.db@tbcam.com
lydotes.ja@tbcam.com
macey.jd@tbcam.com
malikowski.j@tbcam.com
marshall.as@tbcam.com

**Company & Corresponding Email Addresses**

mcgrail.pj@tbcam.com
mcgrew.jd@tbcam.com
mchugh.jd@tbcam.com
mclaughlin.t@tbcam.com
mead.cl@tbcam.com
miller.eg@tbcam.com
mills.b@tbcam.com
mills.s2@tbcam.com
minerva.ml@tbcam.com
morris.ra@tbcam.com
morrissey.pm@tbcam.com
mundia.dn@tbcam.com
newell.pa@tbcam.com
newman.p@tbcam.com
nguyen@tbcam.com
oconnell.km@tbcam.com
ohl.d@tbcam.com
o'neill.rj@tbcam.com
patzer.ws@tbcam.com
peruzzi.lg@tbcam.com
pescaro.r@tbcam.com
piccione.cc@tbcam.com
pires.jn@tbcam.com
piskorowski.jj@tbcam.com
prentice.jr@tbcam.com
rabelo.l@tbcam.com
rajamani.r@tbcam.com
rosa.jp@tbcam.com
rosania.rr@tbcam.com
royal.tm@tbcam.com
roychoudhury.p@tbcam.com
rubin.b@tbcam.com
ryan.aj@tbcam.com
scarbonchi.v@tbcam.com
sealy.dm@tbcam.com
selvakumar.mc@tbcam.com
sheppard.p@tbcam.com
silberstein.c@tbcam.com
silvia.aa@tbcam.com
slover.e@tbcam.com
smith.ca@tbcam.com
spoont.b@tbcam.com
stephan.md@tbcam.com
strain.bj@tbcam.com
sumner.j@tbcam.com
swords.e@tbcam.com
thayer.ep@tbcam.com
thiaw.a@tbcam.com
thieme.d@tbcam.com
threlfall.r@tbcam.com
trafton.c@tbcam.com
trukas.j@tbcam.com
truschel.je@tbcam.com
tuttle.le@tbcam.com

## Company & Corresponding Email Addresses

vogel.p@tbcam.com
vonderluft.h@tbcam.com
wakefield.tw@tbcam.com
walter.er@tbcam.com
watson.rk@tbcam.com
watts.r@tbcam.com
wehbe.r@tbcam.com
welch.j@tbcam.com
wheeler.j@tbcam.com
williamson.bw@tbcam.com
wilson.rc@tbcam.com
zeuthen.r@tbcam.com

### tbfglobal
peter.dreidel@tbfglobal.com

### tbgmc
thybo@tbgmc.com

### tbiplc
caroline.price@tbiplc.co.uk

### tbpadvisors
gdlevitz@tbpadvisors.com
jhplunkett@tbpadvisors.com

### tcbank
angie@tcbank.com.tw
arielchou@tcbank.com.tw
ariellin@tcbank.com.tw
bernice.hsu@tcbank.com.tw
calvin_yeh@tcbank.com.tw
chunyi0968@tcbank.com.tw
clo925@tcbank.com.tw
eileenwei@tcbank.com.tw
huichun@tcbank.com.tw
ivanlin@tcbank.com.tw
jamieh@tcbank.com.tw
jason.chen@tcbank.com.tw
jason.yu@tcbank.com.tw
jasonting@tcbank.com.tw
jessicalin@tcbank.com.tw
lawrence.lou@tcbank.com.tw
leochen@tcbank.com.tw
lupe@tcbank.com.tw
maychen@tcbank.com.tw
meganchu@tcbank.com.tw
msing@tcbank.com.tw
rotanni@tcbank.com.tw
sadiehsu@tcbank.com.tw
sherry88233@tcbank.com.tw
william.chung@tcbank.com.tw
winson.chuang@tcbank.com.tw

### tcb-bank
alantsao@tcb-bank.com.tw
annee@tcb-bank.com.tw
chwanjau@tcb-bank.com.tw
fei-linghu@tcb-bank.com.tw
harry@tcb-bank.com.tw

## Company & Corresponding Email Addresses

hsiu-yun@tcb-bank.com.tw
jeanie@tcb-bank.com.tw
mandychen@tcb-bank.com.tw
peterhsieh@tcb-bank.com.tw

### tcdrs

dianna@tcdrs.org
paul@tcdrs.org
winsome@tcdrs.org

### tcenterprise

hanachang@tcenterprise.com.tw
robertfuh@tcenterprise.com.tw

### tchinc

cdk@tchinc.com
cma@tchinc.com
fjr@tchinc.com
research@tchinc.com
sl@tchinc.com
tlt@tchinc.com
wjc@tchinc.com

### tcmb

aycan.aksay@tcmb.gov.tr
aydin.suat@tcmb.gov.tr
aytul.ganioglu@tcmb.gov.tr
banu.kesim@tcmb.gov.tr
disiliskiler@tcmb.gov.tr
gaye.derman@tcmb.gov.tr
ilknur.dumanli@tcmb.gov.tr
jale.ataman@tcmb.gov.tr
lale.gursu@tcmb.gov.tr
piyasa@tcmb.gov.tr
soner.aksu@tcmb.gov.tr

### tcm-ltd

chris.bond@tcm-ltd.com
mark.coy@tcm-ltd.com
matthew.furr@tcm-ltd.com
mike.cameron@tcm-ltd.com
scott.rowell@tcm-ltd.com

### tcva

wkeyes@tcva.com

### tcw

adam.coppersmith@tcw.com
alex.stanojevic@tcw.com
allen.li@tcw.com
allyson.pfeifer@tcw.com
amanda.prentiss@tcw.com
amir.rao@tcw.com
amy.vanhoek@tcw.com
andrew.hsu@tcw.com
andrew.lee@tcw.com
andrew.park@tcw.com
anil.lalchand@tcw.com
anth.valencia@tcw.com
antonina.antonova@tcw.com
arianne.pagsisihan@tcw.com

## Company & Corresponding Email Addresses

arnold.egli@tcw.com
art.carlson@tcw.com
ayinikkat.radhakrishnan@tcw.com
barbara.vanevery@tcw.com
barbra.ongwico@tcw.com
benjamin.herrick@tcw.com
benjamin.tryon@tcw.com
betania.soto@tcw.com
blair.thomas@tcw.com
blaise.antin@tcw.com
bonnie.baha@tcw.com
bonnie.knapp@tcw.com
brandon.bond@tcw.com
brandon.gray@tcw.com
brendt.stallings@tcw.com
bret.rosen@tcw.com
brett.roth@tcw.com
brett.rowley@tcw.com
brian.beitner@tcw.com
brian.daly@tcw.com
brian.gilmore@tcw.com
brian.shim@tcw.com
bryan.applequist@tcw.com
calvin.ngai@tcw.com
catherine.rist@tcw.com
chang.lee@tcw.com
chris.mann@tcw.com
chris.weber@tcw.com
chris.wright@tcw.com
claude.erb@tcw.com
conrad.chen@tcw.com
craig.blum@tcw.com
craig.rethmeyer@tcw.com
cris.santaanaiii@tcw.com
dan.kale@tcw.com
daniel.pavlinik@tcw.com
darleen.boyle@tcw.com
darryl.schall@tcw.com
david.aung@tcw.com
david.demarchi@tcw.com
david.kennedy@tcw.com
derek.derman@tcw.com
diana.montenegro@tcw.com
don.evenson@tcw.com
edison.hwang@tcw.com
edward.franks@tcw.com
elissar.boujaoude@tcw.com
emily.davidson@tcw.com
eric.arentsen@tcw.com
eric.fuller@tcw.com
erik.karas@tcw.com
ernestina.rodriguez@tcw.com
evan.harwood@tcw.com
fifi.wong@tcw.com

**Company & Corresponding Email Addresses**

finola.dogerty@tcw.com
finola.doherty@tcw.com
francine.smith@tcw.com
george.kappas@tcw.com
ghobart@tcw.com
gregory.whiteley@tcw.com
guillermo.serrano@tcw.com
haicheng.li@tcw.com
heather.bergman@tcw.com
helen.chen@tcw.com
hoshrav.patel@tcw.com
husam.nazer@tcw.com
iman.brivanlou@tcw.com
james.burns@tcw.com
james.goldberg@tcw.com
james.hassett@tcw.com
james.shevlet@tcw.com
jamison.vanniel@tcw.com
janell.mcdowell@tcw.com
jared.frandle@tcw.com
jason.maxwell@tcw.com
jay.gerard@tcw.com
jean-charles.sambor@tcw.com
jeanie.maldonado@tcw.com
jeffery.atherton@tcw.com
jeffrey.gundlach@tcw.com
jeffrey.lee@tcw.com
jeffrey.lin@tcw.com
jeffrey.mayberry@tcw.com
jeffrey.sherman@tcw.com
jennifer.jacob@tcw.com
jeremy.may@tcw.com
jerome.egan@tcw.com
jessica.gillmor@tcw.com
jm.chapus@tcw.com
joe.galligan@tcw.com
joe.garcia@tcw.com
joe.viola@tcw.com
joel.damiani@tcw.com
john.fekete@tcw.com
john.friedman@tcw.com
john.gibbons@tcw.com
john.hwang@tcw.com
john.nelson@tcw.com
john.rocchio@tcw.com
john.snider@tcw.com
jonathan.marcus@tcw.com
joshua.grumer@tcw.com
julia.juwono@tcw.com
jusceline.diaz@tcw.com
justin.braiker@tcw.com
karen.tsang@tcw.com
karin.lopatin@tcw.com
kate.hua@tcw.com

## Company & Corresponding Email Addresses

katherin.kim@tcw.com
ken.austin@tcw.com
ken.shinoda@tcw.com
kevin.hunter@tcw.com
komal.sri-kumar@tcw.com
kristine.smith@tcw.com
kyle.fan@tcw.com
leigh.peffer@tcw.com
leila.ung@tcw.com
lisa.zeller@tcw.com
loren.fleckenstein@tcw.com
lou.dietrich@tcw.com
lou.lucido@tcw.com
luz.padilla@tcw.com
marcela.meirelles@tcw.com
marie.thomasson@tcw.com
mark.attanasio@tcw.com
mark.christensen@tcw.com
mark.senkpiel@tcw.com
mark.wooden@tcw.com
melissa.strausberg@tcw.com
melissa.weiler@tcw.com
meribeth.brand@tcw.com
michael.chambers@tcw.com
michael.dicintio@tcw.com
michael.hsu@tcw.com
michael.lee@tcw.com
michael.parks@tcw.com
michael.quinn@tcw.com
michael.reilly@tcw.com
michelle.skelly@tcw.com
mike.olson@tcw.com
minet.mucka@tcw.com
mona.eraiba@tcw.com
monica.erickson@tcw.com
morris.chen@tcw.com
nanlan.ye@tcw.com
narges.rafigh@tcw.com
natasha.knechtel@tcw.com
needed@tcw.com
neil.chudgar@tcw.com
nick.bartolo@tcw.com
nick.capuano@tcw.com
nicolas.pelletier@tcw.com
nicole.saulet@tcw.com
nihir.shah@tcw.com
nirav.parikh@tcw.com
noah.kauffman@tcw.com
pablo.ferreri@tcw.com
palak.pathak@tcw.com
pat.perez@tcw.com
patrick.todd@tcw.com
paul.kirste@tcw.com
peter.su@tcw.com

## Company & Corresponding Email Addresses

peter.viehl@tcw.com
phil.abejar@tcw.com
philip.barach@tcw.com
qun.ju@tcw.com
randolph.birkman@tcw.com
raymond.henze@tcw.com
rhett.neuenschwander@tcw.com
rich.stevenson@tcw.com
richard.smith@tcw.com
rob.holland@tcw.com
robert.beyer@tcw.com
robert.hanisee@tcw.com
robert.park@tcw.com
rod.boone@tcw.com
roland.ho@tcw.com
ross.slusser@tcw.com
safia.abdullah@tcw.com
sagar.parikh@tcw.com
sajjad.naqvi@tcw.com
saker.nusseibeh@tcw.com
sam.garza@tcw.com
samir.sikka@tcw.com
samuel.lau@tcw.com
schwaj@tcw.com
scott.butler@tcw.com
scott.fukumoto@tcw.com
scott.thornton@tcw.com
sena.tak@tcw.com
shannon.callan@tcw.com
shelby.pollard@tcw.com
sherry.fung@tcw.com
shirley.zheng@tcw.com
simon.coombes@tcw.com
stefan.abrams@tcw.com
stephanie.cheung@tcw.com
stephen.keck@tcw.com
stephen.suo@tcw.com
steve.burlingame@tcw.com
steven.bergman@tcw.com
steven.sau@tcw.com
sufei.koo@tcw.com
sumit.sharma@tcw.com
susan.suvall@tcw.com
sydney.guilder@tcw.com
thomas.lyon@tcw.com
tiffany.hayden@tcw.com
tom.mckissick@tcw.com
vera.vanert@tcw.com
veronica.vasquez@tcw.com
vibiana.irvine@tcw.com
vicki.bull@tcw.com
vincent.fiorillo@tcw.com
vitaliy.liberman@tcw.com
wayne.hosang@tcw.com

**Company & Corresponding Email Addresses**

wendy.barker@tcw.com
will.jordan@tcw.com
xuan.tran@tcw.com

**tcwgroup**

baz@tcwgroup.com
bergas@tcwgroup.com
bergj@tcwgroup.com
brennw@tcwgroup.com
burnsm@tcwgroup.com
emfitmp1@tcwgroup.com
foleyp@tcwgroup.com
harkes@tcwgroup.com
heflim@tcwgroup.com
insulj@tcwgroup.com
kapoom@tcwgroup.com
kayses@tcwgroup.com
noonem@tcwgroup.com
schwej@tcwgroup.com
segalb@tcwgroup.com
segovj@tcwgroup.com
srik@tcwgroup.com
taboal@tcwgroup.com
tellet@tcwgroup.com
thalle@tcwgroup.com
whitea@tcwgroup.com
zhengx@tcwgroup.com

**tdcapital**

jill.frankle@tdcapital.com

**tde**

twalker@tde.org

**tdsec**

colboc@tdsec.co.uk
hendrt@tdsec.co.uk
holaph@tdsec.co.uk
whitth@tdsec.co.uk
wynnid@tdsec.co.uk

**tdsecurities**

adrian.vandenbok@tdsecurities.com
alex.pop@tdsecurities.com
aye.thiha@tdsecurities.com
brian.healion@tdsecurities.com
carmen.parente@tdsecurities.com
christian.hansson@tdsecurities.com
christopher.kong@tdsecurities.com
christopher.terenzi@tdsecurities.com
christopher.wilcox@tdsecurities.com
damian.park@tdsecurities.com
daniel.elias@tdsecurities.com
daniel.ram@tdsecurities.com
david.cardillo@tdsecurities.com
derek.astley@tdsecurities.com
derrick.herndon@tdsecurities.com
des.monks@tdsecurities.com
diane.maurice@tdsecurities.com

## Company & Corresponding Email Addresses

edward.kim@tdsecurities.com
eli.bass@tdsecurities.com
eric.lam@tdsecurities.com
fouad.ahmed@tdsecurities.com
foxcrk@tdsecurities.com
grant.gillan@tdsecurities.com
greg.rosen@tdsecurities.com
holly.wang@tdsecurities.com
imran.rizvi@tdsecurities.com
james.wykes@tdsecurities.com
janek.wichtowski@tdsecurities.com
jason.rich@tdsecurities.com
jason.young@tdsecurities.com
jeffery.weaver@tdsecurities.com
jeffrey.manton@tdsecurities.com
john.b.young@tdsecurities.com
john.gisborne@tdsecurities.com
jordan.lupu@tdsecurities.com
kirill.aleksandrov@tdsecurities.com
leon.rosen@tdsecurities.com
marina.desyak@tdsecurities.com
marselen.spencer@tdsecurities.com
mesbah.ahmed@tdsecurities.com
michael.franzese@tdsecurities.com
nikolaos.koukiasas@tdsecurities.com
peter.echausse@tdsecurities.com
peter.metcalfe@tdsecurities.com
rick.mak@tdsecurities.com
roger.ferguson@tdsecurities.com
samantha.li@tdsecurities.com
sang.han@tdsecurities.com
sanju.raturi@tdsecurities.com
shafin.moledina@tdsecurities.com
shawn.robb@tdsecurities.com
steven.macdougall@tdsecurities.com
terrence.matthews@tdsecurities.com
zachary.latif@tdsecurities.com

**tdusa**
hecken@tdusa.com
metcap@tdusa.com
spielp@tdusa.com

**tdwaterhouse**
brandonwarshawsky@tdwaterhouse.com
daniellezabala@tdwaterhouse.com

**tea**
alastair.kirkpatrick@tea.state.tx.us
bglenn@tea.state.tx.us
cveintem@tea.state.tx.us
htimmins@tea.state.tx.us
jhubbard@tea.state.tx.us
karim.hirani@tea.state.tx.us
ssheehan@tea.state.tx.us

**teachersfcu**
mge@teachersfcu.org

## Company & Corresponding Email Addresses

tf@teachersfcu.org

### teamcapitalbank
bsayago@teamcapitalbank.com

### teamstatestreet
brant.hughes@teamstatestreet.com
kerstin.gottsleben@teamstatestreet.com
susanne.joeckle@teamstatestreet.com

### teb
bulent.ertuna@teb.com.tr
burak.iyigun@teb.com.tr
burcu.pekuzpaltura@teb.com.tr
ece.yavuz@teb.com.tr
gokhan.erkiralp@teb.com.tr
haydar.colakoglu@teb.com.tr
henza.tukel@teb.com.tr
levent.guven@teb.tr
melik.odabas@teb.com.tr
osman.yilmaz@teb.com.tr
ozan.turkoglu@teb.com.tr
rifatrafi.ojalvo@teb.com.tr
tugrul.ozbakan@teb.com.tr
uleblebici@teb.com.tr

### tecapital
mwaterhouse@tecapital.com

### technologyreview
admin@technologyreview.it

### teijin
n.takano@teijin.co.jp

### tektronix
mark.modjeski@tektronix.com

### telcocom
ambrf@telcocom.com

### tele1europe
ivar.stromberg@tele1europe.se
petra.asteson@tele1europe.se
tommy.ekstrom@tele1europe.se

### telecomitalia
luigi1.premoli@telecomitalia.it

### telefonica
ajimenezh@telefonica.es
almundena.diazvarez@telefonica.es
arturo.polodelamorena@telefonica.es
arturo.sanchez@telefonica.es
carlos.falco@telefonica.es
carlos.fernandezarteaga@telefonica.es
carmen.rodenasgallego@telefonica.es
cdavid.maroto@telefonica.es
dmaus@telefonica.es
dolores.garcia@telefonica.es
eduardo.riospita@telefonica.es
elisa.ariaspalomero@telefonica.es
emilio.vera@telefonica.es
eva.delbarrioarranz@telefonica.es
ezequiel.nieto@telefonica.es

## Company & Corresponding Email Addresses

farcuhs@telefonica.es
fatima.espinosacueva@telefonica.es
fermin.alvarezcarril@telefonica.es
francisco.blanco@telefonica.es
francisco.deines@telefonica.es
francisco.mochonmorcillo@telefonica.es
gonzalo.hernandodiazambrona@telefonica.es
h.mahaud@telefonica.es
isabel.beltranespana@telefonica.es
jaime.nicolasmoure@telefonica.es
javier.delgadomartinez@telefonica.es
javier.lopezmanzano@telefonica.es
jmallolnieto@telefonica.es
jose.ceajimenez@telefonica.es
josenrique.sola@telefonica.es
juanantonio.mielgocarrizo@telefonica.es
leticia.rodriguezartolazabal@telefonica.es
mariabelen.cruzgomez@telefonica.es
mariano.garciadelaoliva@telefonica.net
mjose.martinezpardavila@telefonica.es
mjose.massanchez@telefonica.es
nuria.casadohernandez@telefonica.es
oscar.gonzalezgonzalez@telefonica.es
patxi.ipina@telefonica.es
piedad.gonzalezgonzalez@telefonica.es
pilar.castrillocarreira@telefonica.es
pilar.segurasanchez@telefonica.es
s.olivares@telefonica.es
silvia.hernandezmartin@telefonica.es
soledad.seivanenavia@telefonica.es

**telefonicachile**
martin.laborde@telefonicachile.cl

**telefonica-data**
jose.cea@telefonica-data.com

**telefonicamedia**
fmenendez@telefonicamedia.com

**telefonicamoviles**
andres_a@telefonicamoviles.com
ares_a@telefonicamoviles.com
delosreyes_r@telefonicamoviles.com
garcialegaz_m@telefonicamoviles.com
herrera-f1@telefonicamoviles.com
ibanez_m@telefonicamoviles.com
juan.vidaurrazaga@telefonicamoviles.cl
sanroman_a@telefonicamoviles.com

**telefonica-msolutions**
jacobo.sanroman@telefonica-msolutions.com

**telekom**
a.baumann@telekom.de
a.gabelmann@telekom.de
achim.johannsen@telekom.de
ajung@telekom.de
andre.klaus@telekom.de
andrea.lumma@telekom.de

## Company & Corresponding Email Addresses

andreas.puy@telekom.de
andreas.spitzauer@telekom.de
annegret.kintzig-solbach@telekom.de
annett.hempel@telekom.de
arne.baehr@telekom.de
axel.scheuermann@telekom.de
bernard.chevreux@telekom.de
bernd.matheis@telekom.de
bernward.scholtyseck@telekom.de
bettina.esser@telekom.de
birgit.woscidlo@telekom.de
bjoern.weidenmueller@telekom.de
carolin.billetter@telekom.de
christiane.hoeing@telekom.de
christina.de-haas@telekom.de
christoph.greitemann@telekom.de
dirk.wehrse@telekom.de
erlera@telekom.de
fred.eversmann@telekom.de
gerhard.mischke@telekom.de
hilmar.jeschke@telekom.de
holger.rambach@telekom.de
jakob.poggensee@telekom.de
joachim.schneider@telekom.de
juergen.stettner@telekom.de
karl.matheis@telekom.de
karl-gerhard.eick@telekom.de
kevin.copp@telekom.de
klaus.schlegel@telekom.de
louis.stutterheim@telekom.de
marius.rispeter@telekom.de
mark.fenstermann@telekom.de
matthias.hildebrand@telekom.de
michael.franzen@telekom.de
michael.plate@telekom.de
michael.schug@telekom.de
michel.rosenfeld@telekom.de
nicole.niedermeier@telekom.de
peer.rossbach@telekom.de
peer.wrede@telekom.de
robert.hauber@telekom.de
siegfried.seiffert@telekom.de
stefan.neullens@telekom.de
stefanie.tholen@telekom.de
stephan.eger@telekom.de
stephan.schmitt@telekom.de
stephan.wiemann@telekom.de
thilo.kusch@telekom.de
thilo.theilen@telekom.de
thomas-g.winkler@telekom.de
ursula.jahns@telekom.de
ute.valerius@telekom.de
wolfgang.mueller31@telekom.de
zitta.moncada@telekom.de

## Company & Corresponding Email Addresses

### telenor
dag.eide@telenor.com
kirsten.hansson@telenor.com
kristine.jensen@telenor.com
marianne.moe@telenor.com
tolle.groterud@telenor.com

### teleos
aboyd@teleos.com
cstella@teleos.com
ctsien@teleos.com
dgressel@teleos.com
dsatake@teleos.com
hhuang@teleos.com
jmadonna@teleos.com
jwang@teleos.com
kbjerke@teleos.com
kkolev@teleos.com
rlochoff@teleos.com
robr@teleos.com
sgressel@teleos.com
teleos@teleos.com

### telerate
equity@telerate.it

### temasek
ahswan@temasek.com.sg
alpinmehta@temasek.com.sg
alvingoh@temasek.com.sg
ambrish@temasek.com.sg
andrewyeo@temasek.com.sg
antonydirga@temasek.com.sg
ap@temasek.com.sg
ashok@temasek.com.sg
bengteck@temasek.com.sg
boonhow@temasek.com.sg
bridgetlee@temasek.com.sg
cheefoong@temasek.com.sg
cheekeen@temasek.com.sg
chiak.ming@temasek.com.sg
chicheun@temasek.com.sg
christinalim@temasek.com.sg
chweemein@temasek.com.sg
colesirucek@temasek.com.sg
cong@temasek.com.sg
davidbelmont@temasek.com.sg
davidheng@temasek.com.sg
dawnchan@temasek.com.sg
delainecheong@temasek.com.sg
dennissiew@temasek.com.sg
eddieong@temasek.com.sg
felixtan@temasek.com.sg
fengfang@temasek.com.sg
fongsin@temasek.com.sg
geoffreylai@temasek.com.sg
gerardlee@temasek.com.sg

## Company & Corresponding Email Addresses

grantferguson@temasek.com.sg
gregoryvanbeek@temasek.com.sg
guanyi@temasek.com.sg
gwendeltung@temasek.com.sg
hanboon@temasek.com.sg
harpeet@temasek.com.sg
hockleong@temasek.com.sg
hoesoon@temasek.com.sg
htam@temasek.com.sg
huihoon@temasek.com.sg
hweifern@temasek.com.sg
irenesim@temasek.com.sg
ivylun@temasek.com.sg
jamesliew@temasek.com.sg
jimmyphoon@temasek.com.sg
jonathanang@temasek.com.sg
juliett@temasek.com.sg
kahchuen@temasek.com.sg
keeheng@temasek.com.sg
khooshih@temasek.com.sg
kiennguyen@temasek.com.sg
kimyin@temasek.com.sg
landao@temasek.com.sg
lennychen@temasek.com.sg
lesleylu@temasek.com.sg
lilliankiang@temasek.com.sg
lindafoo@temasek.com.sg
lingling@temasek.com.sg
liqian@temasek.com.sg
lukehan@temasek.com.ga
lusong@temasek.com.sg
maelim@temasek.com.sg
manish.kejriwal@temasek.com
mathewwelch@temasek.com.sh
mingmin@temasek.com.sg
murliravi@temasek.com.sg
nifei@temasek.com.sg
patrickchong@temasek.com.sg
phillipchang@temasek.com.sg
punnamas@temasek.com.sg
ranjitdandekar@temasek.com.sg
raymondchiam@temasek.com.sg
rohit@temasek.com.sg
samuel@temasek.com.sg
seryin@temasek.com.sg
shaoming@temasek.com.sg
sheauming.lim@temasek.com.sg
shernwei@temasek.com.sg
sherrytan@temasek.com.sg
shyamsunderr@temasek.com.sg
siongted@temasek.com.sg
skk@temasek.com.sg
sokchuang@temasek.com.sg
stellakwek@temasek.com.sg

**Company & Corresponding Email Addresses**

suetchee@temasek.com.sg
sugandhi@temasek.com.sg
suni@temasek.com.sg
tanss@temasek.com.sg
teckyong@temasek.com.sg
touficsehnaoui@temasek.com.sg
vinashgopalakrishnan@temasek.com.sg
warrenhua@temasek.com.sg
wenhong@temasek.com.sg
wilsonwang@temasek.com.sg
wujie@temasek.com.sg
yechyn@temasek.com.sg
yewheng@temasek.com.sg
yongteck@temasek.com.sg
yoongpin@temasek.com.sg

**temgweb**

gwaltz@temgweb.com

**templeton**

aaji@templeton.com
abelg@templeton.com
acallender@templeton.com
acherwenka@templeton.com
achua@templeton.com
acook1@templeton.com
adevadi@templeton.com
adocal@templeton.com
aguardia@templeton.com
ahue@templeton.com
amackirdy@templeton.com
arace@templeton.com
areitma@templeton.com
aridall@templeton.com
bbarret@templeton.com
bbernard@templeton.com
bjennifer@templeton.com
bmichel@templeton.com
bmurphy@templeton.com
bokay@templeton.com
bpickholtz@templeton.com
bradin@templeton.com
bsands@templeton.com
cbayliss@templeton.com
cborn@templeton.com
cchua@templeton.com
cdean1@templeton.com
cgreer@templeton.com
chaugk@templeton.com
cindy.bradley@templeton.com
cliu1@templeton.com
colshan@templeton.com
cpeel@templeton.com
crinald@templeton.com
csweeting@templeton.com
cyoung2@templeton.com

**Company & Corresponding Email Addresses**

dboehme@templeton.com
dfarago@templeton.com
dgraham@templeton.com
dlewis@templeton.com
dlim@templeton.com
dluu@templeton.com
dpandey@templeton.com
dpettee@templeton.com
dreed@templeton.com
dsmall@templeton.com
dvasquez@templeton.com
dwilliams@templeton.com
edavis@templeton.com
ehowe@templeton.com
eknowles@templeton.com
emiller@templeton.com
evaldes@templeton.com
fkam@templeton.com
gcharles@templeton.com
gcleare@templeton.com
gkonieczny@templeton.com
gmorgan@templeton.com
gmotyl@templeton.com
gzhilyaev@templeton.com
handerson@templeton.com
harnett@templeton.com
hbhodes@templeton.com
hlim2@templeton.com
hmchatt@templeton.com
hwaddell@templeton.com
iwatters@templeton.com
iweinrub@templeton.com
jaychoi@templeton.com
jcoates@templeton.com
jdagena@templeton.com
jdavies@templeton.com
jharper2@templeton.com
jleman@templeton.com
jlopez3@templeton.com
jmanres@templeton.com
jradtke@templeton.com
jrengar@templeton.com
jsheeha@templeton.com
jsheridan@templeton.com
jvelazq@templeton.com
jwhitti@templeton.com
jwong3@templeton.com
jyunk@templeton.com
jzhang@templeton.com
karencoll@templeton.com
kboksiner@templeton.com
kfox@templeton.com
kguggis@templeton.com
kkirkpa@templeton.com

**Company & Corresponding Email Addresses**

kleung2@templeton.com
knsivasu@templeton.com
krowbotham@templeton.com
ksowen@templeton.com
lbrigevich@templeton.com
lfmyers@templeton.com
lmarcus@templeton.com
lpackham@templeton.com
ltesta@templeton.com
lthompson@templeton.com
mbloemen@templeton.com
mchen2@templeton.com
mellenby@templeton.com
mgulley@templeton.com
mkandiah@templeton.com
mmobius@templeton.com
mmorantz@templeton.com
mmurchison@templeton.com
mmurphy@templeton.com
mnagle@templeton.com
mpatton@templeton.com
mrudy@templeton.com
mstrohf@templeton.com
nboersma@templeton.com
ncarlis@templeton.com
ndevlin@templeton.com
nfernando@templeton.com
nfitzwilliams@templeton.com
nklein@templeton.com
nrenie@templeton.com
nshah@templeton.com
ogaysin@templeton.com
padsule@templeton.com
pdejosselin@templeton.com
pjhaveri@templeton.com
pmccall@templeton.com
pmccarrol@templeton.com
pmoeschter@templeton.com
pnori@templeton.com
pnutter@templeton.com
pwilmsh@templeton.com
rdemarco@templeton.com
rferste@templeton.com
rfilatov@templeton.com
rhakim@templeton.com
rmccall@templeton.com
rparekh@templeton.com
rsuarez@templeton.com
sbarker@templeton.com
sbaucom@templeton.com
schae@templeton.com
sdimitrijevic@templeton.com
sedelst@templeton.com
skelly2@templeton.com

## Company & Corresponding Email Addresses

skosior@templeton.com
slin1@templeton.com
sono@templeton.com
spemsin@templeton.com
spersaud@templeton.com
speter1@templeton.com
spetri@templeton.com
srajah@templeton.com
sroger1@templeton.com
sschlus@templeton.com
svfox@templeton.com
sychung@templeton.com
syeung2@templeton.com
tamato@templeton.com
tdickson@templeton.com
tedoua@templeton.com
thellmer@templeton.com
tina.sadler@templeton.com
tlanyi@templeton.com
tong@templeton.com
tpodlewski@templeton.com
tqiu-a@templeton.com
tsands@templeton.com
tscott@templeton.com
twilkin@templeton.com
vlee@templeton.com
wchuang@templeton.com
whopkins@templeton.com
wstephe@templeton.com
x.nguyen@templeton.com
yfung@templeton.com

**temsek**
rahimah@temsek.com.sg

**tepco**
hamada.yoshio@tepco.co.jp
iguchi.seiichi@tepco.co.jp
nita@tepco.co.jp
uchida.masaaki@tepco.co.jp

**terex**
jpgalichon@terex.com
koreilly@terex.com

**terra**
claudia.sierra@corp.terra.com
joaquim.agut@corp.terra.com

**tesco**
andrew.higginson@uk.tesco.com
anna.margot@uk.tesco.com
bob.howell@uk.tesco.com
chris.griffith@uk.tesco.com
harjeet.drubra@uk.tesco.com
jo.boorman@uk.tesco.com
kate.vain@uk.tesco.com
keith.richardson@uk.tesco.com
naomi.smith@uk.tesco.com

## Company & Corresponding Email Addresses

nicola.chambers@uk.tesco.com
sarah.titterington@uk.tesco.com
steve.n.butler@uk.tesco.com
steve.webb@uk.tesco.com

### test
florian@test.com
test@test.com
thomas.fluegel@test.com

### tetral
bjorn.thelander@tetral.com
jacques.demaurex@tetral.com
john.odonnell@tetral.com
peterc.andersson@tetral.com

### tetrapak
bernard.gehringer@tetrapak.com
jonathan.gale@tetrapak.com
olivier.abulker@tetrapak.com
stephan.sommer@tetrapak.com

### teva
chappy.nochumsohn@teva.co.il
dan.suesskind@teva.co.il
dorit@teva.co.il
nurit.heinsdorf@teva.co.il
oren.cohanoff@teva.co.il
shira.y.cohen@teva.co.il
tal.greenberg@teva.co.il
yishay.amon@teva.co.il
yossi.levin@teva.co.il

### texaco
pattsm@texaco.com
raffeph@texaco.com
smithep@texaco.com

### tfb
sucha.m@tfb.co.th

### tfdincome
kleiman@tfdincome.com

### tfeurope
lene.jensen@tfeurope.com

### th
johan@ksc7.th.com

### thalesgroup
alexandre.dejuniac@thalesgroup.com
cyril.ravilly@fr.thalesgroup.com
eric.chadeyras@thalesgroup.com
florence.serpeau@thalesgroup.com
jean-claude.climeau@thalesgroup.com
marie-helene.heguy@thalesgroup.com
ross.mcinnes@thalesgroup.com
sylvie.lucot@thalesgroup.com

### thamesriver
ajohnson@thamesriver.co.uk
akuiper@thamesriver.co.uk
akuti@thamesriver.co.uk
alhonneur@thamesriver.co.uk

## Company & Corresponding Email Addresses

awhite@thamesriver.co.uk
axie@thamesriver.co.uk
bsmith@thamesriver.co.uk
btallaksen@thamesriver.co.uk
ccurrington@thamesriver.co.uk
cmt@thamesriver.co.uk
cporter@thamesriver.co.uk
croos@thamesriver.co.uk
daniel_s@thamesriver.co.uk
dforrester@thamesriver.co.uk
dmcgettigan@thamesriver.co.uk
dwinney@thamesriver.co.uk
eclarke@thamesriver.co.uk
fengels@thamesriver.co.uk
firstinitialsurname@thamesriver.co.uk
fmartin@thamesriver.co.uk
gcorr@thamesriver.co.uk
hllewellyn@thamesriver.co.uk
hpike@thamesriver.co.uk
ismith@thamesriver.co.uk
jcallow@thamesriver.co.uk
jcharles@thamesriver.co.uk
jferrario@thamesriver.co.uk
jfkw@thamesriver.co.uk
jgallow@thamesriver.co.uk
jmair@thamesriver.co.uk
jnewdigate@thamesriver.co.uk
jthomson@thamesriver.co.uk
kebrooks@thamesriver.co.uk
kkq@thamesriver.co.uk
matt@thamesriver.co.uk
mbianchi@thamesriver.co.uk
mcowell@thamesriver.co.uk
mfrancis@thamesriver.co.uk
mmabbutt@thamesriver.co.uk
mnoorani@thamesriver.co.uk
morchard@thamesriver.co.uk
mpm@thamesriver.co.uk
nreeves@thamesriver.co.uk
nsamuels@thamesriver.co.uk
nsiegfried@thamesriver.co.uk
nziegelasch@thamesriver.co.uk
pthursby@thamesriver.co.uk
rthomas@thamesriver.co.uk
sbenedetti@thamesriver.co.uk
sdesai@thamesriver.co.uk
sleighmyers@thamesriver.co.uk
sraikundlia@thamesriver.co.uk
tzucker@thamesriver.co.uk

**thameswater**
liz.christie@thameswater.co.uk

**the-ark**
aperrino@the-ark.com
charleshe@the-ark.com

## Company & Corresponding Email Addresses

chetzel@the-ark.com
cmbrandt@the-ark.com
dlyons@the-ark.com
ekane@the-ark.com
hrbreck@the-ark.com
iapicella@the-ark.com
jcscott@the-ark.com
jemullane@the-ark.com
jmermelstein@the-ark.com
jparsons@the-ark.com
jpontone@the-ark.com
jterlau@the-ark.com
kbradely@the-ark.com
mgollinello@the-ark.com
mkravitz@the-ark.com
mmckenna@the-ark.com
mwalker@the-ark.com
ncelantano@the-ark.com
nperetz@the-ark.com
nsingh@the-ark.com
nsmueller@the-ark.com
paheine@the-ark.com
paiaconis@the-ark.com
pjcucurullo@the-ark.com
sdelprete@the-ark.com
sdwood@the-ark.com
smarciano@the-ark.com
ssteiner@the-ark.com
trosinsky@the-ark.com
tujazdowski@the-ark.com
wgcharcalis@the-ark.com
whdavid@the-ark.com

### thebank
kscheidemantle@thebank.com
mdebiasio@thebank.com
mfrench@thebank.com

### the-cmc
tcall@the-cmc.com

### thecolumbiabank
jradick@thecolumbiabank.com

### thederbyshire
andrew.fairman@thederbyshire.co.uk
keith.hurley@thederbyshire.co.uk
kris.gozra@thederbyshire.co.uk

### the-hague
vernet@the-hague.sl.slb.com

### theharris
megan.haran@theharris.com
nick.momyer@theharris.com

### thehartford
abhishek.rajgarhia@thehartford.com
adrayll.askew@thehartford.com
alison.murdoch@thehartford.com
amanda.howard@thehartford.com

## Company & Corresponding Email Addresses

andy.kohnke@thehartford.com
antoine.ortiz@thehartford.com
asheq.fazlullah@thehartford.com
bella.grishtaev@thehartford.com
betsy.roberts@thehartford.com
betty.chan@thehartford.com
beverly.jackowitz@thehartford.com
bhalendu.deshpande@thehartford.com
bill.davison@thehartford.com
bill.meaney@thehartford.com
bill.pauling@thehartford.com
blake.hall@thehartford.com
brian.baczyk@thehartford.com
brian.biskupiak@thehartford.com
brian.dirgins@thehartford.com
brian.mandirola@thehartford.com
buchi.ramagopal@thehartford.com
carlos.feged@thehartford.com
charlene.fang@thehartford.com
charles.grande@thehartford.com
chris.hanlon@thehartford.com
christine.mozonski@thehartford.com
christopher.bade@thehartford.com
christopher.cooper@thehartford.com
chuck.moon@thehartford.com
clifford.abramsky@thehartford.com
cwsmith@thehartford.com
damon.delmonte@thehartford.com
daniel.segal@thehartford.com
dave.jepsky@thehartford.com
david.bovey@thehartford.com
david.braun@thehartford.com
david.grady@thehartford.com
david.harlow@thehartford.com
david.shebit@thehartford.com
david.weigert@thehartford.com
dawn.crunden@thehartford.com
deborah.lewis2@thehartford.com
deirdre.mcguire@thehartford.com
diana.mcnamara@thehartford.com
diane.camerota@thehartford.com
don.waggaman@thehartford.com
donald.oneill@thehartford.com
douglas.lafleur@thehartford.com
edward.caputo@thehartford.com
edward.mcmahon@thehartford.com
edward.vaimberg@thehartford.com
eli.giombi@thehartford.com
elizabeth.ellis@thehartford.com
eva.konopka@thehartford.com
f.trifiro@thehartford.com
felicia.deng@thehartford.com
felicia.peng@thehartford.com
frank.ossino@thehartford.com

**Company & Corresponding Email Addresses**

fred.eis@thehartford.com
glenn.gazdik@thehartford.com
goran.ridic@thehartford.com
gregory.smith@thehartford.com
gulen.indomenico@thehartford.com
harold.hawkins@thehartford.com
harry.murray@thehartford.com
harry.norman@thehartford.com
james.serhant@thehartford.com
jamie.mitchell@thehartford.com
jaryl.frazer@thehartford.com
jbruno@thehartford.com
jean.jameson@thehartford.com
jean.sennett@thehartford.com
jeannette.drucker@thehartford.com
jeffrey.garnett@thehartford.com
jeffrey.macdonald@thehartford.com
jim.angelo@thehartford.com
jim.connolly@thehartford.com
john.connor@thehartford.com
john.hanecak@thehartford.com
john.hendricks@thehartford.com
john.ladd@thehartford.com
john.o'connor@thehartford.com
john.sadlon@thehartford.com
judith.irish@thehartford.com
julie.graham@thehartford.com
juliet.murphy@thehartford.com
ken.day@thehartford.com
ken.winston@thehartford.com
kenneth.doiron@thehartford.com
kevin.jeram@thehartford.com
kevin.zhu@thehartford.com
kurt.nyman@thehartford.com
lisa.audet@thehartford.com
lisa.piker@thehartford.com
lori.kollmeyer@thehartford.com
lorraine.muir@thehartford.com
lyuben.petrunoff@thehartford.com
margaret.mann@thehartford.com
marie.gagliardi@thehartford.com
mark.hopkins@thehartford.com
mark.hunt@thehartford.com
mark.kurcon@thehartford.com
mark.niland@thehartford.com
mark.wisnesky@thehartford.com
matthew.thomas@thehartford.com
matthew.wiezalis@thehartford.com
michael.appell@thehartford.com
michael.boyle@thehartford.com
michael.pineau@thehartford.com
mike.mecca@thehartford.com
mmahoney@thehartford.com
mpoznar@thehartford.com

## Company & Corresponding Email Addresses

nancy.jacy@thehartford.com
nancy.janiszewski@thehartford.com
nancy.o'connor@thehartford.com
nasri.toutoungi@thehartford.com
nathan.jones@thehartford.com
neeraj.mahajan@thehartford.com
nicholas.mocciolo@thehartford.com
papri.bhattacharya@thehartford.com
patrick.hennigan@thehartford.com
patrick.murphy@thehartford.com
peggy.koury@thehartford.com
pete.perrotti@thehartford.com
peter.talbot@thehartford.com
ppask@thehartford.com
ralph.witt@thehartford.com
ray.uy@thehartford.com
renee.beaudreau@thehartford.com
richard.razza@thehartford.com
robert.buzdon@thehartford.com
robert.crusha@thehartford.com
robert.mchenry@thehartford.com
robert.paiano@thehartford.com
rohit.sobti@thehartford.com
rosario.distefano@thehartford.com
sam.otchere@thehartford.com
sarah.driscoll@thehartford.com
scott.wallace@thehartford.com
sharon.adams@thehartford.com
sharon.gentles@thehartford.com
spencer.ruhl@thehartford.com
stanley.cherney@thehartford.com
stephen.petretto@thehartford.com
susan.driscoll@thehartford.com
syed.ali@thehartford.com
thomas.heavron@thehartford.com
thomas.keene@thehartford.com
thomas.kennedy@thehartford.com
thomas.reese@thehartford.com
thorsten.suder@thehartford.com
tim.jarka@thehartford.com
tim.ryan@thehartford.com
tim.wilhide@thehartford.com
timothy.caffrey@thehartford.com
timothy.corbett@thehartford.com
tony.magnoli@thehartford.com
tracy.eccles@thehartford.com
william.gilchrist@thehartford.com

**thehbb**
mmaurer@thehbb.com

**ther**
kgaub@ther.com
mluciano@ther.com

**theriverbank**
cdanielson@theriverbank.com

## Company & Corresponding Email Addresses

**thesouthgroup**
mike.fowler@thesouthgroup.com

**thestreet**
aaron.task@thestreet.com
cedmonds@thestreet.com
enorton@thestreet.com
markets@thestreet.com

**thezenith**
dpetrula@thezenith.com
ktrotman@thezenith.com

**thfirst**
mcarty@thfirst.com

**thirdave**
jrehor@thirdave.com

**thirdfedbank**
dstewart@thirdfedbank.com
reble@thirdfedbank.com

**thomascook**
richard.walker@thomascook.com

**thomascookag**
dr.alexander.zschocke@thomascookag.com

**thomson-csf**
floriandelacomble@siege.thomson-csf.com
laurent.muttelet@siege.thomson-csf.com

**threadneedle**
abigail.rotheroe@threadneedle.co.uk
adam.spagnoletti@threadneedle.co.uk
alasdair.ross@threadneedle.co.uk
alessandro.tarello@threadneedle.co.uk
alex.lyle@threadneedle.co.uk
alexrobarts@threadneedle.co.uk
alison.henshaw@threadneedle.co.uk
amanda.mcfarlane@threadneedle.co.uk
amy.levenstien@threadneedle.co.uk
andrea.trainer@threadneedle.co.uk
andreas.waldeburg@threadneedle.co.uk
andrew.carter@threadneedle.co.uk
andrew.crawford@threadneedle.co.uk
andrew.hills@threadneedle.co.uk
andrew.holliman@threadneedle.co.uk
andrew.richardson@threadneedle.co.uk
andrew.strong@threadneedle.co.uk
andy.sawyer@threadneedle.co.uk
anita.o'neill@threadneedle.co.uk
anna.macdonald@threadneedle.co.uk
arran.boreham@threadneedle.co.uk
ashish.kochar@threadneedle.co.uk
barrie.whitman@threadneedle.co.uk
belinda.wright@threadneedle.co.uk
ben.cook@threadneedle.co.uk
ben.otoole@threadneedle.co.uk
bill.barker@threadneedle.co.uk
carl.hempenstall@threadneedle.co.uk
caroline.clarke@threadneedle.co.uk

**Company & Corresponding Email Addresses**

celia.larkin@threadneedle.co.uk
charles.franklin@threadneedle.co.uk
chris.fidyk@threadneedle.co.uk
chris.fox@threadneedle.co.uk
chris.jones@threadneedle.co.uk
christopher.white@threadneedle.co.uk
cindy.larke@threadneedle.co.uk
colin.atkinson@threadneedle.co.uk
cormac.weldon@threadneedle.co.uk
crispin.henderson@threadneedle.co.uk
dan.ison@threadneedle.co.uk
dan.vaughan@threadneedle.co.uk
daniel.ison@threadneedle.co.uk
danny.burton@threadneedle.co.uk
danny.firth@threadneedle.co.uk
daren.miller@threadneedle.co.uk
darrell.o'dea@threadneedle.co.uk
darren.fallon@threadneedle.co.uk
dave.chappell@threadneedle.co.uk
david.backhouse@threadneedle.co.uk
david.blocker@threadneedle.co.uk
david.donora@threadneedle.co.uk
david.dudding@threadneedle.co.uk
david.morgan@threadneedle.co.uk
david.oliphant@threadneedle.co.uk
dawn.bullivant@threadneedle.co.uk
dennis.ferro@threadneedle.co.uk
dominic.baker@threadneedle.co.uk
dominic.rossi@threadneedle.co.uk
don.jordison@threadneedle.co.uk
ed.miller@threadneedle.co.uk
edward.gaunt@threadneedle.co.uk
elana.farr@threadneedle.co.uk
emma.photis@threadneedle.co.uk
esther.perkins@threadneedle.co.uk
eve.gembarski@threadneedle.co.uk
forename.surname@threadneedle.co.uk
gabriel.heskin@threadneedle.co.uk
gareth.davies@threadneedle.co.uk
gareth.williams@threadneedle.co.uk
gary.mcguire@threadneedle.co.uk
gigi.chan@threadneedle.co.uk
helen.phillips@threadneedle.co.uk
henry.stipp@threadneedle.co.uk
ian.farley@threadneedle.co.uk
ian.peddle@threadneedle.co.uk
igor.ojereliev@threadneedle.co.uk
james.blake@threadneedle.co.uk
jan.debruijn@threadneedle.co.uk
jayne.clayson@threadneedle.co.uk
jenny.ljunghammar@threadneedle.co.uk
jeremy.podger@threadneedle.co.uk
jim.longley@threadneedle.co.uk
jonathan.barber@threadneedle.co.uk

**Company & Corresponding Email Addresses**

jonathan.crown@threadneedle.co.uk
jonathan.staples@threadneedle.co.uk
jules.mort@threadneedle.co.uk
julian.thompson@threadneedle.co.uk
julie.thomas@threadneedle.co.uk
karen.omalley@threadneedle.co.uk
karen.silvester@threadneedle.co.uk
katie.barton@threadneedle.co.uk
katy.mccandless@threadneedle.co.uk
keeley.johnson@threadneedle.co.uk
ken.keating@threadneedle.co.uk
ketish.pothalingam@threadneedle.co.uk
kevin.rowe@threadneedle.co.uk
kim.jupp@threadneedle.co.uk
kirsteen.melandri@threadneedle.co.uk
koray.hassan@threadneedle.co.uk
laurence.mutkin@threadneedle.co.uk
lee.alexander@threadneedle.co.uk
leigh.harrison@threadneedle.co.uk
lisa.lim@threadneedle.co.uk
lorin.gresser@threadneedle.co.uk
madeline.forrester@threadneedle.co.uk
majid.khan@threadneedle.co.uk
majorie.yamvrias@threadneedle.co.uk
malcolm.kemp@threadneedle.co.uk
mandy.coatsworth@threadneedle.co.uk
manon.georga@threadneedle.co.uk
marcus.farr@threadneedle.co.uk
marius.botha@threadneedle.co.uk
mark.harris@threadneedle.co.uk
mark.higgins@threadneedle.co.uk
mark.pearce@threadneedle.co.uk
mark.reinisch@threadneedle.co.uk
mark.westwood@threadneedle.co.uk
martin.collins@threadneedle.co.uk
martin.harvey@threadneedle.co.uk
martyn.horn@threadneedle.co.uk
matthew.kates@threadneedle.co.uk
maureen.lentz@threadneedle.co.uk
maxine.cuffe@threadneedle.co.uk
micael.poole@threadneedle.co.uk
michael.mullaney@threadneedle.co.uk
michael.seymour@threadneedle.co.uk
michael.temchin@threadneedle.co.uk
neil.brown@threadneedle.co.uk
neil.roylance@threadneedle.co.uk
nick.hawkes@threadneedle.co.uk
nick.sofocleous@threadneedle.co.uk
nikolay.sysuev@threadneedle.co.uk
paul.cramp@threadneedle.co.uk
paul.doyle@threadneedle.co.uk
paul.gibbs@threadneedle.co.uk
paul.kirtley@threadneedle.co.uk
paul.mcintyre@threadneedle.co.uk

**Company & Corresponding Email Addresses**

paul.morgan@threadneedle.co.uk
paul.murray-john@threadneedle.co.uk
paul.witchalls@threadneedle.co.uk
pauline.nepgen@threadneedle.co.uk
per.kunow@threadneedle.co.uk
peter.allwright@threadneedle.co.uk
peter.gladwin@threadneedle.co.uk
philip.best@threadneedle.co.uk
philip.dicken@threadneedle.co.uk
polly.escott@threadneedle.co.uk
quentin.fitzsimmons@threadneedle.co.uk
rafael.polatinsky@threadneedle.com
ramona.glass@threadneedle.co.uk
rebecca.johnson@threadneedle.co.uk
rhys.foulkes@threadneedle.co.uk
richard.house@threadneedle.co.uk
richard.mccormick@threadneedle.co.uk
richard.wilson@threadneedle.co.uk
rob.jones@threadneedle.co.uk
rob.long@threadneedle.co.uk
rob.thompson@threadneedle.co.uk
robert.stirling@threadneedle.co.uk
roman.gaiser@threadneedle.co.uk
rosemary.hann@threadneedle.co.uk
sam.hill@threadneedle.co.uk
sam.morley@threadneedle.co.uk
samantha.nel@threadneedle.co.uk
sandra.holdsworth@threadneedle.co.uk
sanjib.datta@threadneedle.co.uk
sarah.arkle@threadneedle.co.uk
sarah.kendrick@threadneedle.co.uk
sarah.roles-ndibe@threadneedle.co.uk
sarah.williams@threadneedle.co.uk
scott.meech@threadneedle.co.uk
scott.perry@threadneedle.co.uk
simon.astley@threadneedle.co.uk
simon.blakeney@threadneedle.co.uk
simon.bond@threadneedle.co.uk
simon.davies@threadneedle.co.uk
simon.haines@threadneedle.co.uk
simon.jones@threadneedle.co.uk
simon.manning@threadneedle.co.uk
sonia.johnson@threadneedle.co.uk
stephen.moore@threadneedle.co.uk
stephen.thornber@threadneedle.co.uk
stephen.turtle@threadneedle.co.uk
steve.r.brown@threadneedle.co.uk
steven.binks@threadneedle.co.uk
steven.hewitt@threadneedle.co.uk
stuart.hawkins@threadneedle.co.uk
subodh.baid@threadneedle.co.uk
sunian.davies@threadneedle.co.uk
sunita.goklaney@threadneedle.co.uk
syd.wilkinson@threadneedle.co.uk

**Company & Corresponding Email Addresses**

therese.niklasson@threadneedle.com
tim.craigen@threadneedle.co.uk
tina.allen@threadneedle.co.uk
tjeerd.voskamp@threadneedle.co.uk
toby.foord-kelcey@threadneedle.co.uk
tom.copper@threadneedle.co.uk
toni.jenson@threadneedle.co.uk
tony.jensen@threadneedle.co.uk
tony.sandhu@threadneedle.co.uk
trudie.rothery@threadneedle.co.uk
val.george@threadneedle.co.uk
vanessa.donegan@threadneedle.co.uk
victoria.leggett@threadneedle.co.uk
victoria.norman@threadneedle.co.uk
victoria.port@threadneedle.co.uk
vivek.jeswani@threadneedle.co.uk
william.davies@threadneedle.co.uk
william.frewen@threadneedle.co.uk
yuktai.chan@threadneedle.co.uk

**thrivent**

aaron.griga@thrivent.com
al.onstad@thrivent.com
amanda.mason@thrivent.com
andrea.thomas@thrivent.com
andrew.meister@thrivent.com
bill.devens@thrivent.com
bill.stouten@thrivent.com
brett.schwiesow@thrivent.com
brian.flanagan@thrivent.com
brian.wasson@thrivent.com
charles.haff@thrivent.com
cheryl.rhome-brumitt@thrivent.com
chris.serra@thrivent.com
christopher.scheuer@thrivent.com
christy.jaeger@thrivent.com
claire.villamor@thrivent.com
conrad.smith@thrivent.com
darren.bagwell@thrivent.com
dave.maule@thrivent.com
dave.schnarsky@thrivent.com
david.heupel@thrivent.com
david.lund@thrivent.com
david.rudow@thrivent.com
david.spangler@thrivent.com
david.streit@thrivent.com
diane.lindeborg@thrivent.com
eric.scherbarth@thrivent.com
eric.swanson@thrivent.com
fred.plautz@thrivent.com
gary.schaal@thrivent.com
greg.meisenger@thrivent.com
greg.petryszyn@thrivent.com
gregory.anderson@thrivent.com
inger.trooien@thrivent.com

**Company & Corresponding Email Addresses**

jackie.messerschmidt@thrivent.com
james.dier@thrivent.com
james.king@thrivent.com
james.rolfs@thrivent.com
janet.grangaard@thrivent.com
janine.afflitto@thrivent.com
jean_callaway@thrivent.com
jennifer.zlimen@thrivent.com
jeremy.anderson@thrivent.com
jerry.bayer@thrivent.com
jim.grossman@thrivent.com
johan.akesson@thrivent.com
john.groton@thrivent.com
john.hintz@thrivent.com
john.krause@thrivent.com
john.larish@thrivent.com
john.pickering@thrivent.com
katherine.knowles@thrivent.com
kathy.hegseth@thrivent.com
kati.reese@thrivent.com
keith.gangl@thrivent.com
kenneth.satre@thrivent.com
kent.mortensen@thrivent.com
kent.white@thrivent.com
keri.spanbauer@thrivent.com
kevin.brimmer@thrivent.com
kevin.carlson@thrivent.com
kevin.schmitting@thrivent.com
kurt.carlson@thrivent.com
kurt.kreienbrink@thrivent.com
kurt.lauber@thrivent.com
laura.gearhart@thrivent.com
lauri.brunner@thrivent.com
linda.ohme@thrivent.com
marc.beulke@thrivent.com
mariann.montagne@thrivent.com
marisue.menke@thrivent.com
mark.morgan@thrivent.com
mark.r.anderson@thrivent.com
mark.simenstad@thrivent.com
mary.carmean@thrivent.com
mary.towle@thrivent.com
matthew.finn@thrivent.com
melissa.fowlkes@thrivent.com
michael.binger@thrivent.com
michael.landreville@thrivent.com
michael.swendsen@thrivent.com
michelle.vandinter@thrivent.com
mike.horton@thrivent.com
neil.bizily@thrivent.com
noah.monsen@thrivent.com
patricia.eitrheim@thrivent.com
paul.griesbach@thrivent.com
paul.kern@thrivent.com

## Company & Corresponding Email Addresses

paul.ocenasek@thrivent.com
rand.mattsson@thrivent.com
randy.boushek@thrivent.com
reginald.pfeifer@thrivent.com
robb.phillips@thrivent.com
robert.drobinski@thrivent.com
scott.lalim@thrivent.com
scott.vergin@thrivent.com
stephen.fredlund@thrivent.com
steve.lowe@thrivent.com
steven.lee@thrivent.com
susan.mcdonald@thrivent.com
tammie.ryan@thrivent.com
thane.bublitz@thrivent.com
tim.norman@thrivent.com
tom.dutta@thrivent.com
tony.enebo@thrivent.com
travis.sell@thrivent.com
william.hochmuth@thrivent.com

### thruway
kathy_taylor@thruway.state.ny.us
lawrence_decosmo@thruway.state.ny.us
michael_sikule@thruway.state.ny.us

### thyssenkrupp
carlsson@tk.thyssenkrupp.com
empelmann@tk.thyssenkrupp.com
gregor@tk.thyssenkrupp.com
grimm@tk.thyssenkrupp.com
guertler@tk.thyssenkrupp.com
hamberger@tk.thyssenkrupp.com
hecker@tk.thyssenkrupp.com
hilger@tk.thyssenkrupp.com
kirsten@tk.thyssenkrupp.com
panek@tk.thyssenkrupp.com
rademacher@tk.thyssenkrupp.com
regelmann@tk.thyssenkrupp.com
salchow@tk.thyssenkrupp.com
siebel@tk.thyssenkrupp.com
thomas.ebben@thyssenkrupp.com
voss@tk.thyssenkrupp.com
wallesch@tk.thyssenkrupp.com

### ti
economic@ti.com
eneira@ti.com
jsantero@ti.telefonica.es
nstapleton@ti.com
sktan@ti.com

### tiaa
ckling@tiaa.cref.org

### tiaacref
aorane@tiaacref.org
manish.goyal@tiaacref.com

### tiaa-cref
aacosta@tiaa-cref.org

## Company & Corresponding Email Addresses

aafkhami@tiaa-cref.org
aaguilar@tiaa-cref.org
aaquino@tiaa-cref.org
ablackbu@tiaa-cref.org
ablanco@tiaa-cref.org
abrackett@tiaa-cref.org
acao@tiaa-cref.org
achong@tiaa-cref.org
aclearfield@tiaa-cref.org
adamani@tiaa-cref.org
agradus@tiaa-cref.org
aharriga@tiaa-cref.org
ahatta@tiaa-cref.org
ahuffman@tiaa-cref.org
ahung@tiaa-cref.org
akong@tiaa-cref.org
akuzmanov@tiaa-cref.org
alipton@tiaa-cref.org
amao@tiaa-cref.org
amckinnon@tiaa-cref.org
amirabelli@tiaa-cref.org
amitroff@tiaa-cref.org
amuromcew@tiaa-cref.org
aourso@tiaa-cref.org
aparekh@tiaa-cref.org
apatel@tiaa-cref.org
apersson@tiaa-cref.org
apolidor@tiaa-cref.org
arudder@tiaa-cref.org
asapp@tiaa-cref.org
asingh2@tiaa-cref.org
atayjasanant@tiaa-cref.org
atelford@tiaa-cref.org
avenegas@tiaa-cref.org
awinogradoff@tiaa-cref.org
awong@tiaa-cref.org
aziccardi@tiaa-cref.org
baguilar@tiaa-cref.org
bangello@tiaa-cref.org
bberman@tiaa-cref.org
benglish@tiaa-cref.org
bfield@tiaa-cref.org
bfriedman@tiaa-cref.org
bgrenning@tiaa-cref.org
bgriffen@tiaa-cref.org
bguinta@tiaa-cref.org
bhammond@tiaa-cref.org
billmartin@tiaa-cref.org
bjohnson@tiaa-cref.org
blee@tiaa-cref.org
blefsky@tiaa-cref.org
bmartin@tiaa-cref.org
bmerriman@tiaa-cref.org
bmoskowitz@tiaa-cref.org

**Company & Corresponding Email Addresses**

bpaul@tiaa-cref.org
bportnoy@tiaa-cref.org
breigel@tiaa-cref.org
briegel@tiaa-cref.org
broelke@tiaa-cref.org
brolke@tiaa-cref.org
bspremulli@tiaa-cref.org
btyszka@tiaa-cref.org
cagnew@tiaa-cref.org
cbaker@tiaa-cref.org
cberger@tiaa-cref.org
cbush@tiaa-cref.org
ccook@tiaa-cref.org
cdisunno@tiaa-cref.org
cfrenes@tiaa-cref.org
cjoglekar@tiaa-cref.org
ckilleen@tiaa-cref.org
ckling@tiaa-cref.org
ckuhn@tiaa-cref.org
cmurray2@tiaa-cref.org
cnelson@tiaa-cref.org
cnolen@tiaa-cref.org
cpower@tiaa-cref.org
cquinn@tiaa-cref.org
croig@tiaa-cref.org
csemanuk@tiaa-cref.org
cthompson@tiaa-cref.org
cyi@tiaa-cref.org
daclarke@tiaa-cref.org
daxelrod@tiaa-cref.org
dbroderick@tiaa-cref.org
dcollins@tiaa-cref.org
dcopp@tiaa-cref.org
ddial@tiaa-cref.org
dfording@tiaa-cref.org
dglickman@tiaa-cref.org
djoe@tiaa-cref.org
dknight@tiaa-cref.org
dladd@tiaa-cref.org
dmacdona@tiaa-cref.org
dpatel@tiaa-cref.org
dperry@tiaa-cref.org
dpersky@tiaa-cref.org
dponeman@tiaa-cref.org
droberts2@tiaa-cref.org
dsepulve@tiaa-cref.org
eenglish@tiaa-cref.org
eeodice@tiaa-cref.org
eflores@tiaa-cref.org
egrzybowski@tiaa-cref.org
egunning@tiaa-cref.org
ehammes@tiaa-cref.org
eismith@tiaa-cref.org
ejorgoni@tiaa-cref.org

**Company & Corresponding Email Addresses**

ekim@tiaa-cref.org
elveus@tiaa-cref.org
emartens@tiaa-cref.org
emarti@tiaa-cref.org
emelloul@tiaa-cref.org
eparissi@tiaa-cref.org
ephipps@tiaa-cref.org
erosa@tiaa-cref.org
esaari@tiaa-cref.org
esangala@tiaa-cref.org
eschmidt@tiaa-cref.org
eschultz@tiaa-cref.org
esheridan@tiaa-cref.org
esimsolo@tiaa-cref.org
etoy@tiaa-cref.org
fbeck@tiaa-cref.org
fduque@tiaa-cref.org
garcije@tiaa-cref.org
garianna@tiaa-cref.org
gchinery@tiaa-cref.org
gmaccord@tiaa-cref.org
gmaccordy@tiaa-cref.org
gproctor@tiaa-cref.org
gsaterson@tiaa-cref.org
hallison@tiaa-cref.org
harmbrus@tiaa-cref.org
hbagai@tiaa-cref.org
hdavis@tiaa-cref.org
herickson@tiaa-cref.org
hkerrich@tiaa-cref.org
hlee@tiaa-cref.org
hmann@tiaa-cref.org
hng@tiaa-cref.org
hperrin@tiaa-cref.org
hshigenobu@tiaa-cref.org
hwang@tiaa-cref.org
ibader@tiaa-cref.org
ibahena@tiaa-cref.org
ikapadwala@tiaa-cref.org
imatthew@tiaa-cref.org
imoraino@tiaa-cref.org
jaferrari@tiaa-cref.org
jalissan@tiaa-cref.org
jascampbell@tiaa-cref.org
jbarnett@tiaa-cref.org
jbhansal@tiaa-cref.org
jblair@tiaa-cref.org
jbrooks@tiaa-cref.org
jburian@tiaa-cref.org
jcampagna@tiaa-cref.org
jcantey@tiaa-cref.org
jcerra@tiaa-cref.org
jchang@tiaa-cref.org
jcunniff@tiaa-cref.org

## Company & Corresponding Email Addresses

jdeneher@tiaa-cref.org
jdevaney@tiaa-cref.org
jdrexel@tiaa-cref.org
jdziwura@tiaa-cref.org
jeasler@tiaa-cref.org
jemery@tiaa-cref.org
jespinosa@tiaa-cref.org
jfallon@tiaa-cref.org
jfernandez@tiaa-cref.org
jgordin@tiaa-cref.org
jgutierrez@tiaa-cref.org
jhan@tiaa-cref.org
jharrington@tiaa-cref.org
jhiggins@tiaa-cref.org
jhsin@tiaa-cref.org
jibell@tiaa-cref.org
jjoseph@tiaa-cref.org
jkaliberda@tiaa-cref.org
jkerner@tiaa-cref.org
jlaing@tiaa-cref.org
jlawson@tiaa-cref.org
jlin@tiaa-cref.org
jlitchfi@tiaa-cref.org
jliu@tiaa-cref.org
jmazejy@tiaa-cref.org
jmccullough@tiaa-cref.org
jmerkelson@tiaa-cref.org
jminaya@tiaa-cref.org
jmorriss@tiaa-cref.org
johayon@tiaa-cref.org
john.goodreds@tiaa-cref.org
josapia@tiaa-cref.org
jpipia@tiaa-cref.org
jpozharny@tiaa-cref.org
jrolston@tiaa-cref.org
jromano@tiaa-cref.org
jschnabel@tiaa-cref.org
jself@tiaa-cref.org
jshane@tiaa-cref.org
jsmith4@tiaa-cref.org
jsomers@tiaa-cref.org
jspencer@tiaa-cref.org
jsummers@tiaa-cref.org
jtaymuree@tiaa-cref.org
jtina@tiaa-cref.org
jtribolet@tiaa-cref.org
jtsang@tiaa-cref.org
jtse@tiaa-cref.org
jveen@tiaa-cref.org
jwillis@tiaa-cref.org
jwpatel@tiaa-cref.org
jyearwood@tiaa-cref.org
jzarzycki@tiaa-cref.org
karapp@tiaa-cref.org

**Company & Corresponding Email Addresses**

kbadams@tiaa-cref.org
kbeaton@tiaa-cref.org
kbubeck@tiaa-cref.org
kechen@tiaa-cref.org
kezhang@tiaa-cref.org
kfedoff@tiaa-cref.org
kfedosienko@tiaa-cref.org
kfloody@tiaa-cref.org
kgeismore@tiaa-cref.org
khua@tiaa-cref.org
kitlee@tiaa-cref.org
kkhemraj@tiaa-cref.org
klarson@tiaa-cref.org
klorenz@tiaa-cref.org
kmatsuda@tiaa-cref.org
knohdomi@tiaa-cref.org
kolivier@tiaa-cref.org
krenfrew@tiaa-cref.org
kriordan@tiaa-cref.org
kschroder@tiaa-cref.org
ksiqueiros@tiaa-cref.org
kweldon@tiaa-cref.org
kxyee@tiaa-cref.org
larchiba@tiaa-cref.org
lbaran@tiaa-cref.org
lblack@tiaa-cref.org
lenloe@tiaa-cref.org
lfayanju@tiaa-cref.org
liberat@tiaa-cref.org
lkamp@tiaa-cref.org
llabelle@tiaa-cref.org
llaing@tiaa-cref.org
llee@tiaa-cref.org
lli@tiaa-cref.org
llin@tiaa-cref.org
lloren@tiaa-cref.org
lmontgomery@tiaa-cref.org
lpalmer2@tiaa-cref.org
lroventi@tiaa-cref.org
lschausten@tiaa-cref.org
lscheinson@tiaa-cref.org
lschmerhold@tiaa-cref.org
lschwartz@tiaa-cref.org
ltankel@tiaa-cref.org
ltribuch@tiaa-cref.org
lwilson@tiaa-cref.org
lyingyingli@tiaa-cref.org
mainge@tiaa-cref.org
mbauch@tiaa-cref.org
mbrennan@tiaa-cref.org
mduthie@tiaa-cref.org
mferraro@tiaa-cref.org
mfiducioso@tiaa-cref.org
mfleisch@tiaa-cref.org

**Company & Corresponding Email Addresses**

mfrancis@tiaa-cref.org
mgold@tiaa-cref.org
mgoyal@tiaa-cref.org
mhalperin@tiaa-cref.org
mholbert@tiaa-cref.org
mhuang@tiaa-cref.org
mkeyes@tiaa-cref.org
mkotov@tiaa-cref.org
mlaw@tiaa-cref.org
mlee@tiaa-cref.org
mlee2@tiaa-cref.org
mlembo@tiaa-cref.org
mliebowitz@tiaa-cref.org
mmaselli@tiaa-cref.org
mmavraki@tiaa-cref.org
mmichael@tiaa-cref.org
mmosher@tiaa-cref.org
montione@tiaa-cref.org
mperalta@tiaa-cref.org
mpeyton@tiaa-cref.org
mpierre@tiaa-cref.org
mqian@tiaa-cref.org
mrothway@tiaa-cref.org
mschepps@tiaa-cref.org
mshing@tiaa-cref.org
mshmaruk@tiaa-cref.org
mtam@tiaa-cref.org
mxliu@tiaa-cref.org
myamini@tiaa-cref.org
nbenjamin@tiaa-cref.org
ncarola@tiaa-cref.org
nfitzger@tiaa-cref.org
nheller@tiaa-cref.org
njawale@tiaa-cref.org
njayanty@tiaa-cref.org
nmerritt@tiaa-cref.org
nnakano@tiaa-cref.org
nray@tiaa-cref.org
nrutkiew@tiaa-cref.org
nryder@tiaa-cref.org
nsheth@tiaa-cref.org
pahampton@tiaa-cref.org
parana@tiaa-cref.org
patkins@tiaa-cref.org
pdavis@tiaa-cref.org
pdilella@tiaa-cref.org
pflood@tiaa-cref.org
pgoginen@tiaa-cref.org
pguilbert@tiaa-cref.org
phershey@tiaa-cref.org
phidar@tiaa-cref.org
pknepple@tiaa-cref.org
pliu@tiaa-cref.org
pmchugh@tiaa-cref.org

**Company & Corresponding Email Addresses**

pnolan@tiaa-cref.org
pscola@tiaa-cref.org
pwright@tiaa-cref.org
razarbayejani@tiaa-cref.org
rcheng@tiaa-cref.org
rchung@tiaa-cref.org
rcoppola@tiaa-cref.org
rcutler@tiaa-cref.org
reaton@tiaa-cref.com
regbert@tiaa-cref.org
rgeorge@tiaa-cref.org
rhausmann@tiaa-cref.org
rheckman@tiaa-cref.org
rjameson@tiaa-cref.org
rjohnson@tiaa-cref.org
rkhoury@tiaa-cref.org
rkwee@tiaa-cref.org
rli@tiaa-cref.org
rlucy@tiaa-cref.org
rmccarter@tiaa-cref.org
rmclaughlin@tiaa-cref.com
rmulford@tiaa-cref.org
rnielsen@tiaa-cref.org
rrogovin@tiaa-cref.org
rsanders@tiaa-cref.org
ryanmiller@tiaa-cref.org
sbrausa@tiaa-cref.org
sbrauser@tiaa-cref.org
sbudde@tiaa-cref.org
scheng@tiaa-cref.org
scordes@tiaa-cref.org
scorsell@tiaa-cref.org
scottwilliams@tiaa-cref.org
scowilliams@tiaa-cref.org
sdatta@tiaa-cref.org
sevans@tiaa-cref.org
sgreen@tiaa-cref.org
sgruppo@tiaa-cref.org
shamroff@tiaa-cref.org
shanda@tiaa-cref.org
shirsch@tiaa-cref.org
shooda@tiaa-cref.org
skempler@tiaa-cref.org
skesanapally@tiaa-cref.org
skhan@tiaa-cref.org
skraljic@tiaa-cref.org
skupchin@tiaa-cref.org
slabaugh@tiaa-cref.org
sleu@tiaa-cref.org
slevine@tiaa-cref.org
smaconald@tiaa-cref.org
smalik@tiaa-cref.org
soliver@tiaa-cref.org
soppenheimer@tiaa-cref.org

## Company & Corresponding Email Addresses

soshea@tiaa-cref.org
spatel3@tiaa-cref.org
spyarilal@tiaa-cref.org
sraab@tiaa-cref.org
srichardson2@tiaa-cref.org
srossiello@tiaa-cref.org
srutz@tiaa-cref.org
ssanford@tiaa-cref.org
ssinnan@tiaa-cref.org
ssteinberg@tiaa-cref.org
ssterman@tiaa-cref.org
stong@tiaa-cref.org
straum@tiaa-cref.org
sulick@tiaa-cref.org
svichness@tiaa-cref.org
svirgilio@tiaa-cref.org
swolkowicki@tiaa-cref.org
swolrich@tiaa-cref.org
syarcia@tiaa-cref.org
tdenapoli@tiaa-cref.org
tfranks@tiaa-cref.org
tharte@tiaa-cref.org
tishmael@tiaa-cref.org
tkohata@tiaa-cref.org
tkolefas@tiaa-cref.org
tleone@tiaa-cref.org
tmaffia@tiaa-cref.org
tscalise@tiaa-cref.org
tsolano@tiaa-cref.org
uengler@tiaa-cref.org
vcao@tiaa-cref.org
vnagarajan@tiaa-cref.org
vsamoilovich@tiaa-cref.org
wchung@tiaa-cref.org
wdalasio@tiaa-cref.org
wferguson@tiaa-cref.org
wiebke.wanner-borchardt@tiaa-cref.org
wshepetin@tiaa-cref.org
wtsai@tiaa-cref.org
wwilkinson@tiaa-cref.org
xchen@tiaa-cref.org
xzhang@tiaa-cref.org
yhyun@tiaa-cref.org
yikeda@tiaa-cref.org
yjiang@tiaa-cref.org
ykoudinov@tiaa-cref.org
ymiura@tiaa-cref.org
yprakash@tiaa-cref.org
yxia@tiaa-cref.org
yxu@tiaa-cref.org

**tiaa-creff**
jcook@tiaa-creff.org

**tiberasset**
cswihart@tiberasset.com

## Company & Corresponding Email Addresses

gripka@tiberasset.com
jhalliday@tiberasset.com
mpschmitt@tiberasset.com

**tibom**
gustavo.quesada@tibom.com

**tibsite**
aburner@tibsite.com
eburgess@tibsite.com
ljames@tibsite.com

**tic**
provalue@tic.ch

**ticino**
gmozzetti@ticino.com
hgplu1@ticino.com

**tigerasiafund**
julia.choi@tigerasiafund.com
jun_li@tigerasiafund.com
winnie.liu@tigerasiafund.com

**tigerconsumer**
andy_rafal@tigerconsumer.com
kevin_sowers@tigerconsumer.com

**tigerfund**
alok.agrawal@tigerfund.com
athos.zakou@tigerfund.com
charles_anderson@tigerfund.com
dan_morehead@tigerfund.com
david_golob@tigerfund.com
deborah_lunan@tigerfund.com
jerry_koljenovic@tigerfund.com
jim.davis@tigerfund.com
john_robertson@tigerfund.com
matt_ngai@tigerfund.com
michael_hodge@tigerfund.com
pat_omeara@tigerfund.com
patrick_mccormack@tigerfund.com
paul_brooke@tigerfund.com
peter.lee@tigerfund.com
peter.marturano@tigerfund.com
rob_pohly@tigerfund.co
ron_glantz@tigerfund.com
tim_jenkins@tigerfund.com

**tigerglobal**
aarmenio@tigerglobal.com
achin@tigerglobal.com
aodonnell@tigerglobal.com
astern@tigerglobal.com
bschleppy@tigerglobal.com
ccoleman@tigerglobal.com
cschmitt@tigerglobal.com
cwatts@tigerglobal.com
dchiappinelli@tigerglobal.com
fdewan@tigerglobal.com
germino@tigerglobal.com
jlocker@tigerglobal.com

## Company & Corresponding Email Addresses

jmarovich@tigerglobal.com
jsanberg@tigerglobal.com
jzhang@tigerglobal.com
kdeluca@tigerglobal.com
lfixel@tigerglobal.com
mko@tigerglobal.com
mlakhamraju@tigerglobal.com
mrosenberg@tigerglobal.com
nchandra@tigerglobal.com
operations@tigerglobal.com
rfallon@tigerglobal.com
rjones@tigerglobal.com
rrobinson@tigerglobal.com
sshleifer@tigerglobal.com

**tigersharklp**
guy_pennisi@tigersharklp.com

**tillinghast**
hoffmaw@tillinghast.com

**tilney**
andrew.barr@tilney.com
heather.tomkinson@tilney.com
nigel.davies@tilney.com
peter.botham@tilney.com
stuart.forshaw@tilney.com
verity.criddle@tilney.com
vincent.regan@tilney.com

**timeinc**
birc_reports@timeinc.com
steven_mintz@timeinc.com

**timemagazine**
dan_kadlec@timemagazine.com

**tin**
alldeals@tin.it
bapvtit@tin.it
cparac@tin.it

**tinet**
estertonnin-linic@tinet.ie
pierrerouy@tinet.ie

**t-interactiva**
ibo.sanz@t-interactiva.com
josec.duran@t-interactiva.com

**tiscali**
b.silvestri@tiscali.it

**titan**
hpw@titan.gr
papoui@titan.gr

**tjim**
crobinson@tjim.com
dhaws@tjim.com
jdavis@tjim.com
lcalfy@tjim.com
nschrems@tjim.com
rparry@tjim.com
sschenk@tjim.com

## Company & Corresponding Email Addresses

### tkb
adrian.stalder@tkb.ch
angelo.iannella@tkb.ch
bernhard.eugster@tkb.ch
handel@tkb.ch
kurt.oswald@tkb.ch
markus.sola@tkb.ch
michael.selb@tkb.ch
michael.singer@tkb.ch
patrick.rutz@tkb.ch
pm@tkb.ch
richard.rossatti@tkb.ch
vivian.brunner@tkb.ch

### tkit
jjang11@tkit.co.kr

### tmam
a-masuda@tmam.co.jp
fujimaru@tmam.co.jp
h-sawashima@tmam.co.jp
h-takigawa@tmam.co.jp
imada@tmam.co.jp
inamura@tmam.co.jp
kuga@tmam.co.jp
m-matsushita@tmam.co.jp
m-tojima@tmam.co.jp
n-suzuki@tmam.co.jp
ohira@tmam.co.jp
sakai@tmam.co.jp
t-hagiwara@tmam.co.jp
yamamoto@tmam.co.jp
yasuda@tmam.co.jp
yotsukura@tmam.co.jp

### tmgchicago
amanyan@tmgchicago.com
breecemckinney@tmgchicago.com
clayg@tmgchicago.com
csarnicki@tmgchicago.com
csmith@tmgchicago.com
cvanella@tmgchicago.com
doug.adam@tmgchicago.com
elliot.lapan@tmgchicago.com
garrett.see@tmgchicago.com
gregv@tmgchicago.com
james.pienta@tmgchicago.com
jeffconrad@tmgchicago.com
jimmcr@tmgchicago.com
joe.kelderman@tmgchicago.com
jpienta@tmgchicago.com
kathleen.calungcagin@tmgchicago.com
kyle.bergstrom@tmgchicago.com
magne@tmgchicago.com
mikef@tmgchicago.com
mmersch@tmgchicago.com
mmorganstern@tmgchicago.com

## Company & Corresponding Email Addresses

pierre.lapan@tmgchicago.com
plofdahl@tmgchicago.com

### tmgny

briand@tmgny.com
craigk@tmgny.com
dans@tmgny.com
fredf@tmgny.com
josephs@tmgny.com
jwdiben@tmgny.com
kamrang@tmgny.com
markh@tmgny.com

### t-mi

jamie.guild@t-mi.com
laurence.dare@t-mi.com
mark.searle@t-mi.com

### tmihk

daniel@tmihk.com

### tmjchicago

eric.meier@tmjchicago.com

### tmmna

kchandra@tmmna.com

### t-mobil

karseten.heppner@t-mobil.de

### t-mobile

claire.kerr@t-mobile.net
daniel.daub@t-mobile.net
joerg.pergande@t-mobile.net
monika.hoffmann@t-mobile.de
p.geier@t-mobile.net
radek.svoboda@t-mobile.net
ralf.schweers@t-mobile.net
ulrich.vornefeld@t-mobile.net
victoria.feldens@t-mobile.net

### toddinvestment

cscott@toddinvestment.com
jwhite@toddinvestment.com
rbordogna@toddinvestment.com

### tokaitokyo

ayako_nakamura@tokaitokyo.co.jp
enran_shin@tokaitokyo.co.jp
hiroyo_hozaki@tokaitokyo.co.jp
hiroyuki_machiyama@tokaitokyo.co.jp
hsilien_aw@tokaitokyo.co.jp
kayoko_watanabe@tokaitokyo.co.jp
kazuyuki_araki@tokaitokyo.co.jp
kiyoshi_yamada@tokaitokyo.co.jp
kouji_kawaguchi@tokaitokyo.co.jp
koutarou_satou@tokaitokyo.co.jp
kumiko_kojima@tokaitokyo.co.jp
mayumi_satou@tokaitokyo.co.jp
naomi_inoue@tokaitokyo.co.jp
sadahito_tomioka@tokaitokyo.co.jp
syouhei_rin@tokaitokyo.co.jp
syunji_shiima@tokaitokyo.co.jp

## Company & Corresponding Email Addresses

yoh_nihei@tokaitokyo.co.jp
yuuji_sakurai@tokaitokyo.co.jp

### tokyomarineam

takurat@tokyomarineam.co.jp

### tokyostarbank

fumiyasu.yokoo@tokyostarbank.co.jp
hideaki.nagai@tokyostarbank.co.jp
hiroyuki.okuyama@tokyostarbank.co.jp
hiroyuki.tani@tokyostarbank.co.jp
kenji.watanabe@tokyostarbank.co.jp
kentaro.ujiie@tokyostarbank.co.jp
kevin.hoffmansmith@tokyostarbank.co.jp
kimiaki.yamaguchi@tokyostarbank.co.jp
kouji.sugita@tokyostarbank.co.jp
manabu.nagano@tokyostarbank.co.jp
masaru.irie@tokyostarbank.co.jp
reiko.kinoshita@tokyostarbank.co.jp
s.yonemori@tokyostarbank.co.jp
shinichi.yamazoe@tokyostarbank.co.jp
takao.niwa@tokyostarbank.co.jp
takeshi.sasaki@tokyostarbank.co.jp
tomomi.kihara@tokyostarbank.co.jp
yasuharu.kuse@tokyostarbank.co.jp
yasuko.inoue@tokyostarbank.co.jp
yasutoyo.senda@tokyostarbank.co.jp
yasuyuki.mochizuki@tokyostarbank.co.jp
yutaka.komori@tokyostarbank.co.jp

### tokyotrust

maruyama@tokyotrust.co.jp
masumura@tokyotrust.co.jp
nakada@tokyotrust.co.jp
nio@tokyotrust.co.jp
takada@tokyotrust.co.jp
takeuchi@tokyotrust.co.jp

### tominbank

kigawa@tominbank.co.jp
kojima-y@tominbank.co.jp
tanaka-t@tominbank.co.jp
yanagiha@tominbank.co.jp

### t-online

conti-pensionskasse@t-online.de
essenhyp@t-online.de
ksk-gp.handel@t-online.de
r.deifel@t-online.net
richard.seissler@t-online.de

### topdanmark

fla@topdanmark.dk
nla@topdanmark.dk
too@topdanmark.dk

### torchmarkcorp

ahintz@torchmarkcorp.com
eschmidt@torchmarkcorp.com
jlane@torchmarkcorp.com
mpressley@torchmarkcorp.com

## Company & Corresponding Email Addresses

rtucker@torchmarkcorp.com

**tortoiseadvisors**

zhamel@tortoiseadvisors.com

**total**

benoit.charpentier@total.com
claire.le-louet@total.com
estelle.leroy@total.com
eudes.charpentier@total.com
franªois-m.brice@total.com
holding.financement-bourse@total.com
ir.nyc@total.com
isabelle.lemee-martin@total.com
marianne.spelte@total.com
matthieu.faury@total.com
thibault.hautier@total.com

**totalfinaelf**

eric.bigot@totalfinaelf.com
herve.jaskulke@totalfinaelf.com
ladislas.paszkiewicz@totalfinaelf.com
michel.hourcard@totalfinaelf.com
paris.de-bollardiere@totalfinaelf.com
pascal.breant@totalfinaelf.com
raphael.guastalla@totalfinaelf.com

**towerbrook**

alex.meyersiek@towerbrook.com
anna.ernberg@towerbrook.com
christian.unger@towerbrook.com
christophe.defert@towerbrook.com
jose.arellano@towerbrook.com
katrin.tonning@towerbrook.com
nicolas.chavanne@towerbrook.com
ramez.sousou@towerbrook.com
rayhan.davis@towerbrook.com
tess.strom@towerbrook.com

**towerfcu**

sean.zimmermann@towerfcu.org
sharon.tengeres@towerfcu.org
stephanie.cook@towerfcu.org

**towers**

bellons@towers.com
brooke.mcdonald@towers.com
cavek@towers.com
cruicka@towers.com
juddb@towers.com
lewise@towers.com
lik@towers.com
lukinm@towers.com
zumaetj@towers.com

**towersperrin**

craig.bishop@towersperrin.com
david.bayliffe@towersperrin.com
jeanette.simmons@towersperrin.com
jeffrey.dobro@towersperrin.com
lisa.swatkoski@towersperrin.com

## Company & Corresponding Email Addresses

loretta.rasmussen@towersperrin.com
richard.q.wendt@towersperrin.com
steven.treftz@towersperrin.com
william.higgins@towersperrin.com

### toyota
cindy_wang@toyota.com
dennis.apple@toyota.com
jean_liao@toyota.com
ryan_rycraw@toyota.com
shelby_niss@toyota.com
soo_young_der@toyota.com

### toyotrustbank
y-yoshizawa@toyotrustbank.co.jp

### toyotrustny
ohmura@toyotrustny.com

### tp-cm
cdagostino@tp-cm.com
dgaertner@tp-cm.com
dyelle@tp-cm.com

### tpgbank
robertgruwell@tpgbank.com

### tprice
jtaliaferro@tprice.com

### tr
akihiro_kitano@tr.mufg.jp
akio_shimizu@tr.mufg.jp
akira_matsuzaka@tr.mufg.jp
akira_sato@tr.mufg.jp
akira_takanabe@tr.mufg.jp
akira_tanaka@tr.mufg.jp
amd-fbond_post@tr.mufg.jp
atsushi_sakamoto@tr.mufg.jp
chiharu_oka@tr.mufg.jp
chisako_tsuchiya@tr.mufg.jp
emiko1_nakamura@tr.mufg.jp
gyo_kawata@tr.mufg.jp
hajime_ishigami@tr.mufg.jp
hayashida@tr.mufg.jp
hideaki_inoue@tr.mufg.jp
hideaki_sasaki@tr.mufg.jp
hideaki_takaki@tr.mufg.jp
hideki_nukanobu@tr.mufg.jp
hideki_ota@tr.mufg.jp
hideo_fukui@tr.mufg.jp
hideo_shimomura@tr.mufg.jp
hidetomo_yoshizawa@tr.mufg.jp
hidetsugu_minami@tr.mufg.jp
hiroaki_baba@tr.mufg.jp
hiroaki_saito@tr.mufg.jp
hirofumi_horikoshi@tr.mufg.jp
hiroharu_ryoke@tr.mufg.jp
hirokatsu_yoshida@tr.mufg.co.jp
hirokazu_kubo@tr.mufg.jp
hiroki_norimura@tr.mufg.jp

## Company & Corresponding Email Addresses

hiroki-masuoka@tr.mufg.jp
hiromitsu_watanabe@tr.mufg.jp
hironobu_takeda@tr.mufg.jp
hiroshi_hashimoto@tr.mufg.jp
hiroshi_kurihara@tr.mufg.jp
hiroshi_minagawa@tr.mufg.jp
hiroshi_nakamura@tr.mufg.jp
hiroshi_nishida@tr.mufg.jp
hiroshi_otsuki@tr.mufg.jp
hiroshi_umayahara@tr.mufg.jp
hiroyasu_omura@tr.mufg.jp
hiroyuki_bando@tr.mufg.jp
hiroyuki_kobayashi@tr.mufg.jp
hiroyuki_shimizu@tr.mufg.jp
hiroyuki_yoshino@tr.mufg.jp
hisato_yasuda@tr.mufg.jp
hitoshi_shinto@tr.mufg.jp
hoshi_nishikawa@tr.mufg.jp
isao_ikegami@tr.mufg.jp
jiro_omori@tr.mufg.jp
judyanna_chau@tr.mufg.jp
junichi_nakano@tr.mufg.jp
junichi_ono@tr.mufg.jp
junko_odakura@tr.mufg.co.jp
kanako_sai@tr.mufg.jp
kaori_ambo@tr.mufg.jp
kaori_iwasaki@tr.mufg.jp
katsuei_tani@tr.mufg.jp
kayoko_fukuda@tr.mufg.jp
kazuhide_aisa@tr.mufg.jp
kazuhiko_sudo@tr.mufg.jp
kazuhiro_kikuchi@tr.mufg.jp
kazuhiro_ohashi@tr.mufg.jp
kazuhiro_sawada@tr.mufg.jp
kazuki_takahashi@tr.mufg.jp
kazunori_terawaki@tr.mufg.jp
kazuo_watanabe@tr.mufg.jp
kazuyuki_mitsuhashi@tr.mufg.jp
kazuyuki_tai@tr.mufg.jp
kei_ito@tr.mufg.jp
kei_shibuya@tr.mufg.jp
keiichiro_takeda@tr.mufg.co.jp
keisuke_koriyama@tr.mufg.jp
keisuke_nishikawa@tr.mufg.jp
keisuke_seko@tr.mufg.jp
ken_mitsutani@tr.mufg.jp
kenichi_fukui@tr.mufg.jp
kenichi_ito@tr.mufg.jp
kenichi_kuga@tr.mufg.jp
kenichi_takano@tr.mufg.jp
kenji_aikawa@tr.mufg.jp
kentaro_kikuchi@tr.mufg.jp
kentaro_shimizu@tr.mufg.jp
kenzo_umetani@tr.mufg.co.jp

**Company & Corresponding Email Addresses**

kiichiro_tamura@tr.mufg.jp
koichi_ogawa@tr.mufg.jp
koichiro_ono@tr.mufg.jp
koji_hashimoto@tr.mufg.jp
koji_hattori@tr.mufg.jp
kosuke_tsuchida@tr.mufg.jp
kunihiko_nakaji@tr.mufg.jp
maho_tsukahara@tr.mufg.jp
makoto_uemura@tr.mufg.jp
manabu_takano@tr.mufg.jp
masaaki_kobayashi@tr.mufg.jp
masaaki_miyoshi@tr.mufg.jp
masaharu_katsumori@tr.mufg.jp
masaharu_suehira@tr.mufg.jp
masahiro_nakai@tr.mufj.jp
masahisa_ogawa@tr.mufg.jp
masaki_saito@tr.mufg.jp
masanori_tanahashi@tr.mufg.jp
masaru_yamamoto@tr.mufg.jp
masato_ishibe@tr.mufg.jp
masato_sakaguchi@tr.mufg.jp
masatsugu_tsuchiya@tr.mufg.jp
masayuki_otaki@tr.mufj.jp
masuhiro_yamamoto@tr.mufg.jp
mayumi_ono@tr.mufg.jp
megumi_nakano@tr.mufg.jp
michio_iida@tr.mufg.jp
michiyoshi_nishimura@tr.mufg.jp
mikinao_matsushita@tr.mufg.jp
mikio_sugisaki@tr.mufg.jp
minako_kimura@tr.mufg.jp
mitsuhiro_yoneda@tr.mufg.jp
mitsunori_hino@tr.mufg.jp
miyoko_kawamura@tr.mufg.jp
morio_hoshino@tr.mufg.jp
motoki_otsuka@tr.mufg.jp
motoshige_hayashi@tr.mufg.jp
myojin@tr.mufg.jp
naoki_nakazawa@tr.mufg.jp
naoki_shimmura@tr.mufg.jp
naoko_matsuba@tr.mufg.jp
naoko_takada@tr.mufg.jp
naoto_kon@tr.mufg.jp
naoto_suzuki@tr.mufg.jp
noboru_hayakawa@tr.mufg.jp
nobuo_anzai@tr.mufg.jp
nobuyuki1_takeuchi@tr.mufg.jp
noriyuki_okamoto@tr.mufg.jp
risa_genjima@tr.mufg.jp
ryo_furuya@tr.mufg.jp
ryo_hasegawa@tr.mufg.jp
ryo_sawai@tr.mufg.jp
ryo_taniguchi@tr.mufg.jp
ryoichi_tani@tr.mufg.jp

**Company & Corresponding Email Addresses**

ryoji_shimizu@tr.mufg.jp
satoru_kobayashi@tr.mufg.jp
satoru_nojima@tr.mufg.jp
satoru_takakuwa@tr.mufg.jp
satoshi_kubo@tr.mufg.jp
satoshi_nasu@tr.mufg.jp
satoshi_sakamaki@tr.mufg.jp
satoshi_someya@tr.mufg.jp
saya_nozu@tr.mufg.jp
shigeharu_yuasa@tr.mufg.jp
shigehiro_wakamoto@tr.mufg.jp
shigekazu_kawasaki@tr.mufg.jp
shin_okumoto@tr.mufg.jp
shinichi_harada@tr.mufg.jp
shinichi_okada@tr.mufg.jp
shinichiro_hyogo@tr.mufg.jp
shinichiro_nakada@tr.mufg.jp
shinji_okazawa@tr.mufg.co.jp
shinta_tahara@tr.mufg.co.jp
shinya_ito@tr.mufg.jp
shoichi_oyama@tr.mufg.jp
shoji_shimamura@tr.mufg.jp
shujiro_hosokawa@tr.mufg.jp
shunichi_sakai@tr.mufg.jp
shunsuke_kikutani@tr.mufg.jp
shusei_imai@tr.mufg.jp
sinichi_namikawa@tr.mufg.jp
so_ota@tr.mufg.jp
sunao_yokokawa@tr.mufg.jp
susumu_aono@tr.mufg.jp
tadashi_hoshino@tr.mufg.jp
takaaki_nakamura@tr.mufg.jp
takanori_ishii@tr.mufg.jp
takashi_kubota@tr.mufg.jp
takashi_matsumoto@tr.mufg.jp
takashi_tamura@tr.mufg.jp
takashi_yamaguchi@tr.mufg.jp
takashi_yamamoto@tr.mufg.jp
takefumi_hirose@tr.mufg.co.jp
takefumi_konishi@tr.mufg.jp
takemasa_niki@tr.mufg.jp
takeshi_tagami@tr.mufg.jp
takuma_matsuo@tr.mufg.jp
takuma_okamoto@tr.mufg.jp
taro_yamauchi@tr.mufg.jp
tatsuya_noguchi@tr.mufg.jp
tatsuya_tarumi@tr.mufg.jp
teruhiko_tokuno@tr.mufg.jp
tetsumasa_yamamoto@tr.mufg.jp
tetsuo_yamashita@tr.mufg.co.jp
tetsuo_yamashita@tr.mufg.jp
tetsuro_suwa@tr.mufg.jp
tetsuya_hikino@tr.mufg.jp
tetsuya_kuwabara@tr.mufg.jp

## Company & Corresponding Email Addresses

tomohiro_ochiai@tr.mufg.jp
tomohiro_toyota@tr.mufg.jp
tomoo_shimizu@tr.mufg.jp
tomoya_kinugasa@tr.mufg.jp
tomoyuki_awano@tr.mufg.jp
toru_imahori@tr.mufg.jp
toru_watanabe@tr.mufg.jp
toshiaki_fuse@tr.mufg.jp
toshiaki_kajiura@tr.mufg.jp
toshiaki_kimura@tr.mufg.jp
toshihiko_nishi@tr.mufg.jp
toshihiko_sakai@tr.mufg.jp
toshio_goto@tr.mufg.jp
toshio_shimizu@tr.mufg.jp
toshitaka_iinuma@tr.mufg.jp
toshiyuki_miwa@tr.mufg.jp
tsukasa_yoshizaki@tr.mufg.jp
tsunemasa_tsukada@tr.mufg.jp
tsutomu_kinoshita@tr.mufg.jp
tsuyoshi_kodaka@tr.mufg.jp
yasuhiko_fukuda@tr.mufg.jp
yasuhiro_hara@tr.mufg.jp
yasushi_iwamoto@tr.mufg.jp
yohei_omichi@tr.mufg.jp
yoichi_kawaguchi@tr.mufg.jp
yorio_ota@tr.mufg.jp
yoshiaki_oya@tr.mufg.jp
yoshifumi_shirahama@tr.mufg.jp
yoshiharu_inoue@tr.mufg.jp
yoshihisa_okada@tr.mufg.jp
yoshihito_ichiguchi@tr.mufg.jp
yoshinori_takano@tr.mufg.co.jp
yoshio_tominaga@tr.mufg.jp
yoshiro_mizukami@tr.mufg.jp
yoshitaka_ino@tr.mufg.jp
yoshitaka_nagano@tr.mufg.jp
yoshiyuki_masuda@tr.mufg.jp
yoshiyuki_sato@tr.mufg.jp
yosuke_kobayashi@tr.mufg.jp
yukari_sakai@tr.mufg.jp
yukihiro_miyata@tr.mufg.jp
yukimasa_araki@tr.mufg.jp
yukio_ichikawa@tr.mufg.jp
yuko_hirayama@tr.mufg.jp
yumi_yoshida@tr.mufg.jp
yusuke_fujishima@tr.mufg.jp
yusuke_mogami@tr.mufg.jp
yusuke_tanaka@tr.mufg.jp
yutaka_kawakami@tr.mufg.jp
yuya_saijo@tr.mufg.jp
yuzo_konishiike@tr.mufg.jp

**tractebel**

alexandar.pechovitch@tractebel.com
daniel.voisey@tractebel.be

## Company & Corresponding Email Addresses

etienne.deranter@tractebel.be
jean.rappe@tractebel.com
marc.verstrate@tractebel.be
olivier.poswick@tractebel.com
patrick.verlee@tractebel.be
phillipe.tacquenier@tractebel.com

### tradersbanking
gmartin@tradersbanking.com

### tradestreetinv
ed.cassens@tradestreetinv.com
jim.williams@tradestreetinv.com
martha.sherman@tradestreetinv.com

### tradition
michael.linnane@tradition.co.uk

### trafalgarcapital
nick.cremin@trafalgarcapital.com
simon.colson@trafalgarcapital.com

### transamerica
anne.gee@transamerica.com
brad.slocum@transamerica.com
brian.westhoff@transamerica.com
david.o'brien@transamerica.com
derek.brown@transamerica.com
desiree.cloud@transamerica.com
edward.han@transamerica.com
erik.u.rolle@transamerica.com
erika.mobley@transamerica.com
gary.rolle@transamerica.com
greg.haendel@transamerica.com
greg.weirick@transamerica.com
heidi.hu@transamerica.com
jcaskin@transamerica.com
jeffrey.hoo@transamerica.com
jeffrey.lucia@transamerica.com
jen.robertson@transamerica.com
john.huber@transamerica.com
john.lawrence@transamerica.com
joshua.shaskan@transamerica.com
kirk.feldhus@transamerica.com
kirk.kim@transamerica.com
krista.mallary@transamerica.com
michelle.stevens@transamerica.com
mike.papworth@transamerica.com
patty.arrieta@transamerica.com
peter.lopez@transamerica.com
rich.farra@transamerica.com
scott.dinsdale@transamerica.com
shlomo.crandus@transamerica.com
susan.vanzeyl@transamerica.com
thomas.larkin@transamerica.com
thomas.marshall@transamerica.com

### transat
fxdevulder@transat.tm.fr
jmthomas@transat.tm.fr

## Company & Corresponding Email Addresses

tkotrec@transat.tm.fr

**transmaket**

andrew.motion@transmaket.co.uk

**transmarketgroup**

calvin.davis@transmarketgroup.com

**transtrend**

joep@transtrend.com

**travelers**

alvaro_villamil@travelers.com
amaster1@travelers.com
bonnie.crisco@travelers.com
clucci@travelers.com
emil_molinaro@travelers.com
fishman@travelers.com
gnantie@travelers.com
hcameron@travelers.com
jfgreen@travelers.com
jordan_m_stitzer@travelers.com
pamela_westmoreland@travelers.com
rmcilrat@travelers.com
smorris3@travelers.com
teresamtorrey@travelers.com

**travelrs**

kirstin.mobyed@travelrs.com

**trdlnk**

joeg@trdlnk.com

**tre**

dminot@tre.state.vt.us
doug@tre.wa.gov
fmmrykalo@tre.state.pa.us
fpascual@tre.wa.gov
hclay@tre.state.ma.us
jmacdonald@tre.state.ma.us
jwaldron@tre.state.ma.us
mcoll@tre.wa.gov
swong@tre.state.ma.us

**treas**

parihj@treas.gov.ab.ca
talang@treas.gov.ab.ca

**treasurer**

beth.harrison@treasurer.state.nc.us
brett.hall@treasurer.state.nc.us
carlene.tracy@treasurer.state.nc.us
jeff.smith@treasurer.state.nc.us
john.mccoy@treasurer.state.nc.us
keith.leonard@treasurer.state.nc.us
nadine.taylor@treasurer.state.nc.us
steve.eubanks@treasurer.state.nc.us

**treasury**

colleen.park@treasury.govt.nz
khoyle@treasury.state.al.us
mattias.grahn@treasury.saab.se
minht@treasury.state.az.us
richardh@treasury.state.az.us

## Company & Corresponding Email Addresses

spappan@treasury.state.la.us
steve.joss@treasury.govt.nz
timw@treasury.state.az.us

### trees-invest
jmoss@trees-invest.com
snewhall@trees-invest.com

### trefinance
dalessandro@trefinance.ch
gasparri@trefinance.lu

### tribune
tkennedy@tribune.com

### trigon
lmason@trigon.com
rlsimmons@trigon.com
wlupoletti@trigon.com

### trigone
trading@trigone.com

### trilon
jtremayne@trilon.com

### trinkaus
alfred.parmentier@trinkaus.de
axel.cron@trinkaus.de
bernd.schuster@trinkaus.de
c.mueller-goedecke@trinkaus.de
christian.heger@trinkaus.de
diana.nolte@trinkaus.de
dirk.doetsch@trinkaus.de
dirk.guber@trinkaus.de
felix.prinzenberg@trinkaus.de
frank.joachim@trinkaus.de
frank.pradel@trinkaus.de
gernot.specht@trinkaus.de
guenter.hertle@trinkaus.de
guido.cameron@trinkaus.de
hans-juergen.kremer@trinkaus.de
harald.edele@trinkaus.de
inka.michallek@trinkaus.de
jens.raiser@trinkaus.de
joerg.ludewig@trinkaus.de
juergen.suess@trinkaus.de
karsten.tripp@trinkaus.de
klaus.luepertz@trinkaus.de
klaus-michael.menz@trinkaus.de
lars.niggeling@trinkaus.de
markus.herten@trinkaus.de
martin.sirch@trinkaus.de
michael.auracher@trinkaus.de
michael.kaplar@trinkaus.de
mihnea.stefan.mihai@trinkaus.de
nicoletta_krause@trinkaus.de
olaf.conrad@trinkaus.de
peter.cipa@trinkaus.de
peter.weldner@trinkaus.de
ralf.knoch@trinkaus.de

**Company & Corresponding Email Addresses**

robert.demohn@trinkaus.de
sabine.stahl@trinkaus.de
sandra.gueth@trinkaus.de
siegmar.thakur-weigold@trinkaus.de
stefanie.tragier@trinkaus.de
stephan.muhr@trinkaus.de
wertpapierleihe@trinkaus.de
winfried.gausselmann@trinkaus.de

**triton**
nantoim1@triton.ocn.ne.jp

**tritonglobalcapital**
jctorres@tritonglobalcapital.com

**trmshedge**
aberris@trmshedge.com
bcase@trmshedge.com
efisher@trmshedge.com
eoliver@trmshedge.com
jfox@trmshedge.com
jschock@trmshedge.com
ksaathoff@trmshedge.com
maureenr@trmshedge.com
pames@trmshedge.com
pbowen@trmshedge.com
sdisterheft@trmshedge.com
sern@trmshedge.com
shoughton@trmshedge.com
tchernak@trmshedge.com

**troweassociates**
trow@troweassociates.com

**troweprce**
gail_manning@troweprce.com

**troweprice**
abrooks@troweprice.com
acecil@troweprice.com
adam_perold@troweprice.com
agnese_melbarde@troweprice.com
ahamilton@troweprice.com
aholcomb@troweprice.com
ajmal_ahmady@troweprice.com
alevenson@troweprice.com
alex_frey@troweprice.com
alexander_strey@troweprice.com
alisa_fiumara@troweprice.com
amit_seth@troweprice.com
anastasia_shiach@troweprice.com
andrew_hyman@troweprice.com
andrew_kyle@troweprice.com
anna_dopkin@troweprice.com
ari_krupp@troweprice.com
arichmond@troweprice.com
art_varnado@troweprice.com
ashley_woodruff@troweprice.com
awilhelm@troweprice.com
b.lewbart@troweprice.com

**Company & Corresponding Email Addresses**

barry_henderson@troweprice.com
bbeere@troweprice.com
bberghuis@troweprice.com
bbrown@troweprice.com
bdausch@troweprice.com
bebner@troweprice.com
ben_griffiths@troweprice.com
benjamin_riley@troweprice.com
bmanick@troweprice.com
bmarcotte@troweprice.com
bob_smith@troweprice.com
brburns@troweprice.com
brent_warner@troweprice.com
breynolds@troweprice.com
brian_bennett@troweprice.com
brian_brennan@troweprice.com
brian_ropp@troweprice.com
brogers@troweprice.com
brubin@troweprice.com
bruce_kennedy@troweprice.com
bstromberg@troweprice.com
btaylor@troweprice.com
bwaesche@troweprice.com
cailin_rutter@troweprice.com
caroline_teichner@troweprice.com
caroline_young@troweprice.com
carson_dickson@troweprice.com
cbavely@troweprice.com
cberrier@troweprice.com
cbravo@troweprice.com
cchang@troweprice.com
charles_ober@troweprice.com
charles_pfeifer@troweprice.com
charles_shriver@troweprice.com
charlie_hill@troweprice.com
cheid@troweprice.com
chen_shao@troweprice.com
chirag_vasavada@troweprice.com
chris_carlson@troweprice.com
chris_copsey@troweprice.com
chris_kushlis@troweprice.com
chris_rothery@troweprice.com
chris_tuitt@troweprice.com
christian_oneill@troweprice.com
christina_barth@troweprice.com
christopher_alderson@troweprice.com
christopher_brown@troweprice.com
christopher_dillon@troweprice.com
christopher_edge@troweprice.com
christopher_fortune@troweprice.com
christopher_loop@troweprice.com
christopher_mcavoy@troweprice.com
christopher_whitehouse@troweprice.com
chuck_emrich@troweprice.com

## Company & Corresponding Email Addresses

cindy_lau@troweprice.com
clark_shields@troweprice.com
clive_williams@troweprice.com
cmickel@troweprice.com
cmunoz@troweprice.com
cnickel@troweprice.com
continia_scruggs@troweprice.com
corey_shull@troweprice.com
corgant@troweprice.com
cpepin@troweprice.com
craig_thiese@troweprice.com
cwendler@troweprice.com
cwills@troweprice.com
dan_schick@troweprice.com
daniel_flax@troweprice.com
daniel_martino@troweprice.com
darrell_braman@troweprice.com
david_beers@troweprice.com
david_eiswert@troweprice.com
david_jones@troweprice.com
david_lee@troweprice.com
david_rowlett@troweprice.com
david_stanley@troweprice.com
david_tan@troweprice.com
david_tiberii@troweprice.com
david_warren@troweprice.com
dawagner@troweprice.com
dean_tenerelli@troweprice.com
deasley@troweprice.com
deborah_dibucci@troweprice.com
deborah_hare@troweprice.com
deborah_mosier@troweprice.com
denice_holin@troweprice.com
denise_grotz@troweprice.com
denise_victor@troweprice.com
dgardner@troweprice.com
dgiroux@troweprice.com
diana_hurley@troweprice.com
dimitri_grechenko@troweprice.com
dmallas@troweprice.com
dmitry_taraschansky@troweprice.com
don_peters@troweprice.com
donna_anderson@troweprice.com
driley@troweprice.com
dshackelford@troweprice.com
dtjones@troweprice.com
dwallack@troweprice.com
edward_bernard@troweprice.com
elena_nikolaeva@troweprice.com
emtel@troweprice.com
eobrien@troweprice.com
eric_chu@troweprice.com
eric_devilbiss@troweprice.com
eric_veiel@troweprice.com

## Company & Corresponding Email Addresses

evan_shay@troweprice.com
f_bair@troweprice.com
falonso@troweprice.com
fanshi_zhao@troweprice.com
farah_khan@troweprice.com
federico_santilli@troweprice.com
fiona_leonard@troweprice.com
fmadsen@troweprice.com
fred_rizzo@troweprice.com
gabriel_solomon@troweprice.com
geoffrey_hardin@troweprice.com
geoffrey_stetler@troweprice.com
george_marzano@troweprice.com
ginny_kidd@troweprice.com
gmccrickard@troweprice.com
gnahory@troweprice.com
gonzalo_pangaro@troweprice.com
grace_zheng@troweprice.com
greg_birdsong@troweprice.com
greg_donaldson@troweprice.com
greg_eppley@troweprice.com
greg_fisher@troweprice.com
groche@troweprice.com
gthomas@troweprice.com
guido_stubenrauch@troweprice.com
h_ellenbogen@troweprice.com
hcondez@troweprice.com
heather_mcpherson@troweprice.com
hellen_madden@troweprice.com
hevans@troweprice.com
hmcguirk@troweprice.com
holly_barber@troweprice.com
homero_radway@troweprice.com
howard_woodward@troweprice.com
hubert_stiles@troweprice.com
ian_kelson@troweprice.com
ian_mcdonald@troweprice.com
imade_alhaji@troweprice.com
inigo_mijangos@troweprice.com
invops_reconciliation@troweprice.com
ira_carnahan@troweprice.com
jack_bannister@troweprice.com
jacqueline_peterson@troweprice.com
jaldave@troweprice.com
james_damian@troweprice.com
james_macmiller@troweprice.com
jane_mcmanus@troweprice.com
janet_cockey@troweprice.com
jason_a_white@troweprice.com
jason_collins@troweprice.com
jason_nogueira@troweprice.com
jason_polun@troweprice.com
jay_markowitz@troweprice.com
jbergolios@troweprice.com

**Company & Corresponding Email Addresses**

jcallaghan@troweprice.com
jcrooks@troweprice.com
jdelgado@troweprice.com
jean_medecin@troweprice.com
jeff_arricale@troweprice.com
jeff_rottinghaus@troweprice.com
jeff_zoller@troweprice.com
jennifer_louison@troweprice.com
jennifer_martin@troweprice.com
jeremy_ellis@troweprice.com
jerome_clark@troweprice.com
jhart@troweprice.com
jhauser@troweprice.com
jhirsch@troweprice.com
jill_hirsch@troweprice.com
jim_murphy@troweprice.com
jim_tzitzouris@troweprice.com
jkennedy@troweprice.com
jlang@troweprice.com
jlaporte@troweprice.com
jlinehan@troweprice.com
jlynagh@troweprice.com
jmilano@troweprice.com
joanna_forakis@troweprice.com
joanne_sisson@troweprice.com
joanne_wilson@troweprice.com
johannah_mcgowan@troweprice.com
john_coe@troweprice.com
john_criezis@troweprice.com
john_ford@troweprice.com
john_sherman@troweprice.com
jon_christiansen@troweprice.com
jonathan_chirunga@troweprice.com
jonathan_chou@troweprice.com
jonty_starbuck@troweprice.com
joseph_croteau@troweprice.com
joseph_fath@troweprice.com
joseph_rohm@troweprice.com
josh_spencer@troweprice.com
josh_tyson@troweprice.com
joshua_nelson@troweprice.com
jpotee@troweprice.com
jprado@troweprice.com
jprey@troweprice.com
jriepe@troweprice.com
jsalsbery@troweprice.com
jsiegel@troweprice.com
jslater@troweprice.com
jsordoni@troweprice.com
julianne_kortz@troweprice.com
julie_waples@troweprice.com
jung_lieu@troweprice.com
justin_gerbereux@troweprice.com
justin_thomson@troweprice.com

## Company & Corresponding Email Addresses

juyen_tan@troweprice.com
jwakeman@troweprice.com
jwells@troweprice.com
kalisa_hines@troweprice.com
kallen@troweprice.com
kamran_baig@troweprice.com
kara_cheseby@troweprice.com
karen_ellis@troweprice.com
karen_farrell@troweprice.com
kate_stewart@troweprice.com
katherine_gavin@troweprice.com
kathryn_floyd@troweprice.com
kburkett@troweprice.com
kcicchini@troweprice.com
keir_joyce@troweprice.com
kenneth_moreland@troweprice.com
kevin_mastalerz@troweprice.com
kevin_mish@troweprice.com
kevin_yang@troweprice.com
keysha_page@troweprice.com
keyvan_alekasir@troweprice.com
kford@troweprice.com
kimberly_stokes@troweprice.com
kjenner@troweprice.com
kloome@troweprice.com
kregan@troweprice.com
kristen_walsh@troweprice.com
kuematsu@troweprice.com
kurt_umbarger@troweprice.com
kwame_webb@troweprice.com
larry_puglia@troweprice.com
laura_mcwilliams@troweprice.com
lauri_lindgren@troweprice.com
lee_arnold@troweprice.com
lee_overton@troweprice.com
leigh_robertson@troweprice.com
leigh_woodworth@troweprice.com
linda_murphy@troweprice.com
linda_smith@troweprice.com
lmorandi@troweprice.com
lucy.warden@troweprice.com
lucy_dwyer@troweprice.com
luther_carter@troweprice.com
lvassor@troweprice.com
lward@troweprice.com
marcy_lash@troweprice.com
marey_herrfeldt@troweprice.com
maria_yaffe@troweprice.com
marisa_alexander@troweprice.com
mark_bussard@troweprice.com
mark_edwards@troweprice.com
mark_hodson@troweprice.com
marta_yago@troweprice.com
martin_lee@troweprice.com

**Company & Corresponding Email Addresses**

mary_miller@troweprice.com
matt_balas@troweprice.com
matthew_martinek@troweprice.com
maura_binder@troweprice.com
max_brummel@troweprice.com
mbs@troweprice.com
mehmet_kinak@troweprice.com
mekpahamensah@troweprice.com
melanie_rizzo@troweprice.com
melissa_gallagher@troweprice.com
melissa_shank@troweprice.com
melissa_strilecki@troweprice.com
mfinn@troweprice.com
mhoffman@troweprice.com
michael_connelly@troweprice.com
michael_daley@troweprice.com
michael_gitlin@troweprice.com
michael_grogan@troweprice.com
michael_kubik@troweprice.com
michael_lambe@troweprice.com
michael_lasota@troweprice.com
michael_magboo@troweprice.com
michael_oh@troweprice.com
michael_piccinino@troweprice.com
michael_reinartz@troweprice.com
michael_roberts@troweprice.com
michael_shaman@troweprice.com
michael_sola@troweprice.com
mike_fang@troweprice.com
mike_sewell@troweprice.com
mitchell_todd@troweprice.com
mkoons@troweprice.com
mmcgonigle@troweprice.com
mmioki@troweprice.com
mporterward@troweprice.com
mtoohey@troweprice.com
mvankints@troweprice.com
mvaselkiv@troweprice.com
mweigman@troweprice.com
nalin_yogasundram@troweprice.com
nathalie_robertson@troweprice.com
nathan_tawes@troweprice.com
ned_notzon@troweprice.com
neil_smith@troweprice.com
niall_gallagher@troweprice.com
nick_welsh@troweprice.com
nina_jones@troweprice.com
nina_topham@troweprice.com
olivia_barbee@troweprice.com
pathey@troweprice.com
patrick_hudson@troweprice.com
paul_greene@troweprice.com
paul_massaro@troweprice.com
paul_wojcik@troweprice.com

**Company & Corresponding Email Addresses**

pdeluca@troweprice.com
peggy_hayward@troweprice.com
peggy_meckel@troweprice.com
peter_bates@troweprice.com
phil_kligman@troweprice.com
philip_burger@troweprice.com
philip_rodrigs@troweprice.com
pkarpers@troweprice.com
pkossian@troweprice.com
pleiser@troweprice.com
pnestico@troweprice.com
pputman@troweprice.com
prashant_jeyaganesh@troweprice.com
quanta_graves@troweprice.com
r_t_quinn@troweprice.com
rachel_delahunty@troweprice.com
rahul_ghosh@troweprice.com
raymond_mills@troweprice.com
rebecca_arnold@troweprice.com
regina_hill@troweprice.com
rfoo@troweprice.com
rhett_hunter@troweprice.com
richard_clattenburg@troweprice.com
richard_dent@troweprice.com
richard_presley@troweprice.com
rick_delosreyes@troweprice.com
rob_bartolo@troweprice.com
robert_larkins@troweprice.com
robert_mcwilliam@troweprice.com
robert_panariello@troweprice.com
robert_revel-chion@troweprice.com
robin_eads@troweprice.com
rrubino@troweprice.com
rsharps@troweprice.com
rwhitney@troweprice.com
ryan_burgess@troweprice.com
ryan_turner@troweprice.com
samual_hecker@troweprice.com
samuel_hecker@troweprice.com
sara_zielske@troweprice.com
sboothe@troweprice.com
sclancy@troweprice.com
scott_berg@troweprice.com
scott_livingston@troweprice.com
scott_solomon@troweprice.com
sebastian_schrott@troweprice.com
sebastien.mallet@troweprice.com
sfecik@troweprice.com
shawn_driscoll@troweprice.com
siby_thomas@troweprice.com
sklein@troweprice.com
snanda@troweprice.com
stefan_hubrich@troweprice.com
stephen_alosa@troweprice.com

## Company & Corresponding Email Addresses

stephen_finamore@troweprice.com
stephen_haas@troweprice.com
steve_richter@troweprice.com
steven_brooks@troweprice.com
steven_huber@troweprice.com
steven_krichbaum@troweprice.com
stillet@troweprice.com
stroll@troweprice.com
susan_troll@troweprice.com
suzanne_cho@troweprice.com
tamara_glock@troweprice.com
tammy_wiggs@troweprice.com
taymour_tamaddon@troweprice.com
tdrumgoole@troweprice.com
ted_robson@troweprice.com
terri_hett@troweprice.com
terri_wharton@troweprice.com
terry_davis@troweprice.com
tgosheff@troweprice.com
thea_williams@troweprice.com
thenry@troweprice.com
thomas_harner@troweprice.com
thomas_spratt@troweprice.com
thomas_watson@troweprice.com
thuber@troweprice.com
tim_bei@troweprice.com
tim_parker@troweprice.com
tjordan@troweprice.com
tmagness@troweprice.com
toby_baker@troweprice.com
trevor_denton@troweprice.com
tromero@troweprice.com
ttaylor@troweprice.com
ttewksbury@troweprice.com
twiese@troweprice.com
vanessa_dekker@troweprice.com
victoria_kagler@troweprice.com
vidya_kadiyam@troweprice.com
vreid@troweprice.com
wdiffenbaugh@troweprice.com
william_somers@troweprice.com
wlee@troweprice.com
wstuart@troweprice.com
yazhi_shen@troweprice.com
zhitong_zhang@troweprice.com

### trs

andreas.kohler@trs.state.tx.us
anthony.broussard@trs.state.tx.us
belinda.blanchard@trs.state.va.us
ben.woodward@trs.state.tx.us
bernie.bozzelli@trs.state.tx.us
beverly.monroe@trs.state.tx.us
bill@trs.state.ok.us
brad.gilbert@trs.state.tx.us

## Company & Corresponding Email Addresses

brad.thawley@trs.state.tx.us
brandon.kunz@trs.state.tx.us
brian.baumhover@trs.state.tx.us
britt.harris@trs.state.tx.us
carlos.chujoy@trs.state.tx.us
carol.leung@trs.state.tx.us
chi.chai@trs.state.tx.us
chriselda.gonzalez@trs.state.tx.us
claudia.williams@trs.state.tx.us
corina.scoggins@trs.state.tx.us
courtney.villalta@trs.state.tx.us
craig.mccullough@trs.state.tx.us
curt.rogers@trs.state.tx.us
david.destefano@trs.state.tx.us
david.johnson@trs.state.tx.us
david.meyer@trs.state.tx.us
deborah.ferguson@trs.state.tx.us
demetrius.pope@trs.state.tx.us
derek.clark@trs.state.tx.us
derek.peterson@trs.state.tx.us
drew.maxwell@trs.state.tx.us
frank.fernandes@trs.state.tx.us
george.ibarra@trs.state.tx.us
herman.barber@trs.state.tx.us
herman.martina@trs.state.tx.us
jaime.llano@trs.state.tx.us
james.hille@trs.state.tx.us
janis.hydak@trs.state.tx.us
jeannine.moreland@trs.state.tx.us
jeffrey.blazek@trs.state.tx.us
jeremy.aston@trs.state.tx.us
jerry.albright@trs.state.tx.us
jim.morris@trs.state.tx.us
jingshan.fu@trs.state.tx.us
john.allen@trs.state.tx.us
john.demichele@trs.state.tx.us
john.ritter@trs.state.tx.us
john.watkins@trs.state.tx.us
jon.hook@trs.state.tx.us
jyoti.gupta@trs.state.tx.us
karen.andersen@trs.state.tx.us
karen.peters@trs.state.tx.us
karoline.freeman@trs.state.tx.us
katy.hoffman@trs.state.tx.us
kay.cuclis@trs.state.tx.us
keith.garrison@trs.state.tx.us
kelly.doggett@trs.state.tx.us
kelly.newhall@trs.state.tx.us
kevin.lincoln@trs.state.tx.us
kj.vanackeren@trs.state.tx.us
komson.silapachai@trs.state.tx.us
kristi.vorce@trs.state.tx.us
larry.powell@trs.state.tx.us
lee.partridge@trs.state.tx.us

## Company & Corresponding Email Addresses

linda.wright@trs.state.tx.us
lisa.hill@trs.state.tx.us
lori.brown@trs.state.tx.us
margaret.layne@trs.state.va.us
mark.albert@trs.state.tx.us
mark.cassens@trs.state.tx.us
marshall.reid@trs.state.tx.us
martin.hurtado@trs.state.tx.us
matt.robertson@trs.state.tx.us
matthew.denbleyker@trs.state.tx.us
michael.green@trs.state.tx.us
michiro.naito@trs.state.tx.us
mohan.balachandran@trs.state.tx.us
monica.larson@trs.state.tx.us
pat.barker@trs.state.tx.us
patricia.cantu@trs.state.tx.us
patricia.garcia@trs.state.tx.us
patrick.cosgrove@trs.state.tx.us
pete.mclaughlin@trs.state.tx.us
phillip.auth@trs.state.tx.us
ralph.linn@trs.state.tx.us
richard.campbell@trs.state.tx.us
ross.willmann@trs.state.tx.us
roy.kurian@trs.state.tx.us
scot.leith@trs.state.tx.us
scott.moore@trs.state.tx.us
scott.samuel@trs.state.tx.us
sean.tracey@trs.state.tx.us
sharlyne.toon@trs.state.tx.us
shayne.mcguire@trs.state.tx.us
stacey.peot@trs.state.tx.us
stacy.syphrett@trs.state.tx.us
stephen.kim@trs.state.tx.us
steve.peterson@trs.state.tx.us
steve.sample@trs.state.tx.us
stuart.davidson@trs.state.tx.us
terri.krumnow@trs.state.tx.us
terry.harris@trs.state.tx.us
tim.jones@trs.state.tx.us
tom.cammack@trs.state.tx.us
tom.lyon@trs.state.tx.us
travis.cocke@trs.state.tx.us
victoria.wong@trs.state.tx.us
warren.tucker@trs.state.tx.us
wayne.speer@trs.state.tx.us
yanira.leon@trs.state.tx.us

**trsl**
dan@trsl.state.la.us
paula@trsl.state.la.us

**trumark**
azygarewicz@trumark.org

**trusco**
adam.stewart@trusco.com

**truscocapital**

**Company & Corresponding Email Addresses**

aki.pampush@truscocapital.com
alex.okulski@truscocapital.com
andrea.beu@truscocapital.com
andrew.atkins@truscocapital.com
becky.alley@truscocapital.com
betty.pola@truscocapital.com
bill.longan@truscocapital.com
bob.rhodes@truscocapital.com
boyce.reid@truscocapital.com
brian.underwood@truscocapital.com
bryan.bakardjiev@truscocapital.com
celia.stanley@truscocapital.com
chad.stephens@truscocapital.com
charles.east@truscocapital.com
charlie.leonard@truscocapital.com
chip.campbell@truscocapital.com
chris.d.carter@truscocapital.com
chris.giglio@truscocapital.com
christopher.caputo@truscocapital.com
colleen.doremus@truscocapital.com
daniel.bromstad@truscocapital.com
daniel.thernize@truscocapital.com
david.beyer@truscocapital.com
david.mcmackin@truscocapital.com
david.young@truscocapital.com
dean.speer@truscocapital.com
deborah.hopkins@truscocapital.com
denise.wells@truscocapital.com
derek.altenbaugh@truscocapital.com
doug.mitchell@truscocapital.com
earl.denney@truscocapital.com
elliot.perny@truscocapital.com
garrett.smith@truscocapital.com
george.calvert@truscocapital.com
greg.hallman@truscocapital.com
greg.peters@truscocapital.com
gregory.fraser@truscocapital.com
howard.udis@truscocapital.com
jason.wallis@truscocapital.com
jennifer.connolly@truscocapital.com
jennifer.constine@truscocapital.com
jim.kofron@truscocapital.com
jim.luke@truscocapital.com
john.osborne@truscocapital.com
jp.yarusinski@truscocapital.com
julia.short@truscocapital.com
julie.vinar@truscocapital.com
kaltrina.baraliu@truscocapital.com
kim.maichle@truscocapital.com
kimberley.cook@truscocapital.com
lee.poage@truscocapital.com
lewis.wilson@truscocapital.com
linda.bochenski@truscocapital.com
margaret.fowler@truscocapital.com

## Company & Corresponding Email Addresses

mark.a.smith@truscocapital.com
marty.yates@truscocapital.com
matt.boden@truscocapital.com
merlin.tolstyk@truscocapital.com
michael.somogyi@truscocapital.com
michael.welker@truscocapital.com
patrick.mason@truscocapital.com
raanan.pritzker@truscocapital.com
rick.nelson@truscocapital.com
risei.goto@truscocapital.com
robert.corner@truscocapital.com
ron.schwartz@truscocapital.com
sabrina.bowens@truscocapital.com
scott.e.craig@truscocapital.com
shelly.simpson@truscocapital.com
sonny.surkin@truscocapital.com
sowmdeb.sen@truscocapital.com
stephen.britt@truscocapital.com
stephen.futch@truscocapital.com
stephen.yarbrough@truscocapital.com
steve.noone@truscocapital.com
steven.kittrell@truscocapital.com
stuart.vanarsdale@truscocapital.com
sunita.sarathi@truscocapital.com
sunny.shreeve@truscocapital.com
tina.long@truscocapital.com
trish.myers@truscocapital.com

**trustbancorp**
kkishiyama@trustbancorp.com
mchen@trustbancorp.com

**tryg**
nathan.baruch@tryg.dk
torben.jorgensen@tryg.dk

**tsb**
alan.sippetts@tsb.co.uk

**tsbj**
david.mihlon@tsbj.com

**tsbjinc**
akral@tsbjinc.com
gjacobsen@tsbjinc.com
kbania@tsbjinc.com
lmiller@tsbjinc.com
rkekish@tsbjinc.com

**tskb**
akyildirime@tskb.com.tr
bakircii@tskb.com.tr
buyukerm@tskb.com.tr
cakiroglua@tskb.com.tr
hancia@tskb.com.tr
koftecioglug@tskb.com.tr
polatn@tskb.com.tr
tanferb@tskb.com.tr
tarimtayf@tskb.com.tr
yucek@tskb.com.tr

**Company & Corresponding Email Addresses**

**tsocorp**
ebaudendistel@tsocorp.com
jmccoy@tsocorp.com
jnguyen@tsocorp.com
mdelaossa@tsocorp.com
oschwethelm@tsocorp.com
rcoppock@tsocorp.com

**tsquarecm**
michael.russell@tsquarecm.com

**tswinvest**
bbellamy@tswinvest.com
bdonahoe@tswinvest.com
bharrell@tswinvest.com
bhawkins@tswinvest.com
cbrighton@tswinvest.com
ctafel@tswinvest.com
cwittmann@tswinvest.com
dhinchman@tswinvest.com
ejennings@tswinvest.com
freichel@tswinvest.com
ggoodykoontz@tswinvest.com
hwhitworth@tswinvest.com
jjenkins@tswinvest.com
jkokemor@tswinvest.com
jpickler@tswinvest.com
lgibson@tswinvest.com
mcreager@tswinvest.com
mcullen@tswinvest.com
mrobertson@tswinvest.com
mthompson@tswinvest.com
mtyler@tswinvest.com
pdillard@tswinvest.com
pferwerda@tswinvest.com
pvansaun@tswinvest.com
rporter@tswinvest.com
shorsley@tswinvest.com
smiller@tswinvest.com
soakey@tswinvest.com
tcoleman@tswinvest.com
tminnick@tswinvest.com
tthomson@tswinvest.com

**t-systems**
carsten.wallmeier@t-systems.com
christian.ammer@t-systems.com
constanze.jung@t-systems.com
francesco.dibari@t-systems.de
henning.heinrich@t-systems.com
nilesh.paranjape@t-systems.com
roy.vageskar@t-systems.com
thomas.looschen@t-systems.com
wolfgang.bufe@t-systems.com

**ttbgam**
mtsuruta@ttbgam.co.uk

**ttc**

## Company & Corresponding Email Addresses

chughes@ttc.co.san-bernardino.ca.us

### ttcpa

jbyerly@ttcpa.sbcounty.gov
rderdowski@ttcpa.sbcounty.gov

### ttmc

alexu@ttmc.com
steveb@ttmc.com

### ttu

charlie.wall@ttu.edu

### tucsonelectric

phux@tucsonelectric.com

### tudor

adam.grunfeld@tudor.com
adam.odorczuk@tudor.com
alberto.antonini@tudor.com
alberto.musalem@tudor.com
alex.gordon@tudor.com
alex@tudor.com
allison.aikman@tudor.com
amb@tudor.com
amit.hampel@tudor.com
andrew.flynn@tudor.com
andrew.gellert@tudor.com
andrew.mulberry@tudor.com
andrew.smith@tudor.com
andrew@tudor.com
andy.waugh@tudor.com
angel.ubide@tudor.com
anthony.pizzino@tudor.com
aogorman@tudor.com
ashley.fox@tudor.com
ashwin.vasan@tudor.com
aspascoa@tudor.com
bill.curtis@tudor.com
bill.lu@tudor.com
bjorn.nielsen@tudor.com
bob.mcnally@tudor.com
bobm@tudor.com
brandon.sica@tudor.com
brock.saunders@tudor.com
brooke.bernstein@tudor.com
bruce.bolton@tudor.com
bruce.townsend@tudor.com
bschorn@tudor.com
carl.fantasia@tudor.com
caroline.meroz@tudor.com
chris.long@tudor.com
christopher.eitzmann@tudor.com
cjones@tudor.com
clive.stevens@tudor.com
cmunroe@tudor.com
cormac.kinney@tudor.com
dan.baxter@tudor.com
dan.lee@tudor.com

## Company & Corresponding Email Addresses

dan.schiff@tudor.com
daniel.campbell@tudor.com
daniel.farren@tudor.com
daniel.pelletier@tudor.com
darryl.schall@tudor.com
david.dix@tudor.com
david.moore@tudor.com
david.silbering@tudor.com
david.tompkins@tudor.com
david.white@tudor.com
deborah.elliot@tudor.com
deborah.miller@tudor.com
dennis.follmer@tudor.com
dhart@tudor.com
dimitry.shklovsky@tudor.com
doug.hart@tudor.com
elaine.lingle@tudor.com
em-research@tudor.com
eorlander@tudor.com
eric.olander@tudor.com
eric.ross@tudor.com
findata-vendor@tudor.com
francesca.massone@tudor.com
fsaldan@tudor.com
garth.jonson@tudor.com
gary.cheung@tudor.com
geraldine.savastano@tudor.com
glenn.christal@tudor.com
guang-liang.he@tudor.com
helpdesk@tudor.com
hni@tudor.com
hnudelman@tudor.com
howard.spector@tudor.com
hrao@tudor.com
james.cooke@tudor.com
jamesxu@tudor.com
jan.hedges@tudor.com
janeen.donati@tudor.com
janerik.warneryd@tudor.com
jason.jennaro@tudor.com
jeff.silverman@tudor.com
jennifer.ahearn@tudor.com
jeremy.fand@tudor.com
jessica.david@tudor.com
jhelmers@tudor.com
jim.pallotta@tudor.com
jim.phelan@tudor.com
jim.pulaski@tudor.com
john.dolan@tudor.com
john.macfarlane@tudor.com
john.sack@tudor.com
john.torell@tudor.com
joshua.fox@tudor.com
joshua.mcinerney@tudor.com

**Company & Corresponding Email Addresses**

joyce.choi@tudor.com
jpatafio@tudor.com
jryu@tudor.com
jtormey@tudor.com
kcook@tudor.com
kenneth.cheong@tudor.com
kevin.oles@tudor.com
kishi@tudor.com
kmilsom@tudor.com
lalit.narayan@tudor.com
lauren.garner@tudor.com
laurens.leerink@tudor.com
lesley.anderson@tudor.com
lleon@tudor.com
louise@tudor.com
lourenco.bastostigre@tudor.com
luis.roco@tudor.com
marc.shivers@tudor.com
maria.carbone@tudor.com
marisa.mackey@tudor.com
mark.forziati@tudor.com
mark.hillery@tudor.com
mark.houghton@tudor.com
mark.pickard@tudor.com
marlane.pereiro@tudor.com
matt@tudor.com
mbrown@tudor.com
michael.lins@tudor.com
michael.stansky@tudor.com
michelle.kelner@tudor.com
mikael.andren@tudor.com
mike.riccardi@tudor.com
mlutz@tudor.com
mohamed.alam@tudor.com
neal.wadhera@tudor.com
neil.desai@tudor.com
neil.smaldon@tudor.com
nicholas.raho@tudor.com
paolo.vico@tudor.com
patrick.carney@tudor.com
patrick.dunn@tudor.com
patrick.ryan@tudor.com
paul.kong@tudor.com
peter.monaco@tudor.com
peter.swank@tudor.com
randall@tudor.com
research1@tudor.com
research-newsletter-data@tudor.com
rhd@tudor.com
richard.berthiaume@tudor.com
richard.fuld@tudor.com
richard.jackson@tudor.com
richard.pike@tudor.com
rick.ganong@tudor.com

**Company & Corresponding Email Addresses**

rmarsh@tudor.com
rmiriam@tudor.com
rob.broggi@tudor.com
robert.ott@tudor.com
roy.standfest@tudor.com
sally.waugh@tudor.com
simon.gillis@tudor.com
sjames@tudor.com
spencer@tudor.com
stephen.bernardi@tudor.com
steve.evans@tudor.com
steve.mathews@tudor.com
susan.dewhurst@tudor.com
sysops@tudor.com
tara.abidi@tudor.com
ted.clark@tudor.com
terry.cooke@tudor.com
thayer.swallen@tudor.com
therese.oswald@tudor.com
thirao@tudor.com
todd.edgar@tudor.com
tommy.zovich@tudor.com
tony.briney@tudor.com
trychlik@tudor.com
uhoffman@tudor.com
ulrike.hoffmann-burchardi@tudor.com
vchow@tudor.com
vgade@tudor.com
vinnie.gade@tudor.com
vinnie@tudor.com
vladamir.zelkov@tudor.com
wade.schwartz@tudor.com
whe@tudor.com
whuston@tudor.com
william.flaherty@tudor.com

**tui**

peter.ganz@tui.com

**tullib**

dhamilton@tullib.com
gfaedi@tullib.com
irehm@tullib.com
mflachsmann@tullib.com
mscott@tullib.com
pepstein@tullib.com
sbecuzzi@tullib.com

**turner**

kgates@turner.com

**turner-invest**

fls@turner-invest.com
jdp@turner-invest.com
jim@turner-invest.com

**turnerinvestments**

bclark@turnerinvestments.com
bfarley@turnerinvestments.com

**Company & Corresponding Email Addresses**

bne@turnerinvestments.com
bturcotte@turnerinvestments.com
cfrantzen@turnerinvestments.com
cmchugh@turnerinvestments.com
dbrenia@turnerinvestments.com
dhirsch@turnerinvestments.com
dhonold@turnerinvestments.com
dkovacs@turnerinvestments.com
dmcmanus@turnerinvestments.com
dsmith@turnerinvestments.com
fsustersic@turnerinvestments.com
gcromwell@turnerinvestments.com
hmcmeekin@turnerinvestments.com
hoshea@turnerinvestments.com
jbarrett@turnerinvestments.com
jbatten@turnerinvestments.com
jclark@turnerinvestments.com
jfh@turnerinvestments.com
jkrocheski@turnerinvestments.com
jrt@turnerinvestments.com
jschrotberger@turnerinvestments.com
kfurgiule@turnerinvestments.com
ks@turnerinvestments.com
mbianchi@turnerinvestments.com
mglaser@turnerinvestments.com
mhinmon@turnerinvestments.com
mlozano@turnerinvestments.com
mlr@turnerinvestments.com
mquigley@turnerinvestments.com
mtopley@turnerinvestments.com
mturner@turnerinvestments.com
mwukitsch@turnerinvestments.com
pechavarria@turnerinvestments.com
rclarke@turnerinvestments.com
rparlanti@turnerinvestments.com
rturner@turnerinvestments.com
rwetmore@turnerinvestments.com
schang@turnerinvestments.com
sgold@turnerinvestments.com
sk@turnerinvestments.com
sswickard@turnerinvestments.com
steveg@turnerinvestments.com
tdibella@turnerinvestments.com
thedlund@turnerinvestments.com
thoang@turnerinvestments.com
vshankaran@turnerinvestments.com
wmcvail@turnerinvestments.com

**tva**
chris.stinett@tva.com
vbisaria@tva.gov

**twdb**
gerald.slater@twdb.state.tx.us

**tweedy**
areda@tweedy.com

## Company & Corresponding Email Addresses

bborer@tweedy.com
csenior@tweedy.com
elarner@tweedy.com
fhawrylak@tweedy.com
lgerski@tweedy.com
ljereski@tweedy.com
pneri@tweedy.com
tshrager@tweedy.com
wbrowne@tweedy.com

**twfhclife**
832860@twfhclife.com.tw

**twi**
ed.ruggiero@twi.com
rich.bressler@twi.com

**uab**
raza.hussain@uab.ae

**uaf-fr**
ifascia@uaf-fr.com
mnguyen@uaf-fr.com

**ual**
mark.heuer@ual.com

**uamc**
hildamelendez@uamc.com
johnhall@uamc.com
kirkpark@uamc.com

**uaw**
pkrell@uaw.net

**ub**
aosaka_yasuhiko@ub.smbc.co.jp
arako_hideyuki@ub.smbc.co.jp
domae_masahiro@ub.smbc.co.jp
hirano_kenzo@ub.smbc.co.jp
iwai_kazushi@ub.smbc.co.jp
kawara_akihiro@ub.smbc.co.jp
nakamura_nobuaki@ub.smbc.co.jp
nobuhiro_morita@ub.smbc.co.jp

**ubae**
antonino.sprizzi@ubae.it
giulio.campello@ubae.it
massimiliano.schiavoni@ubae.it

**ubibanca**
daniele.pellegrino@ubibanca.it
fabrizio.valzelli@ubibanca.it
stefano.tiraboschi@ubibanca.it

**ubipramerica**
c.serini@ubipramerica.it

**ubk**
burnettr@ubk.net
healym@ubk.net
mcraea@ubk.co.uk
michael.collis@ubk.net
reynoldr@ubk.co.uk
stakemm@ubk.net
withamd@ubk.co.uk

## Company & Corresponding Email Addresses

### ubk-plc
gohar.bilal@ubk-plc.com
jeff.dober@ubk-plc.com
peter.roseblade@ubk-plc.com
wilkinsn@ubk-plc.com

### ubm
adriano.poli@ubm.it
alberto.casari@ubm.com
alberto.distefano@ubm.it
alessandro.abbenda@ubm.it
alessia.gaddi@ubm.it
amalotchko.consulente@ubm.unicredit.it
angelo.bigoni@ubm.it
caterina.tamborra@ubm.it
davide.campo@ubm.it
davide.colombo@ubm.it
domenicantonio.degiorgio@ubm.it
elena.bellini@ubm.it
fabio.dezordo@ubm.unicredit.it
fabrizio.ferrini@ubm.unicredit.it
federica.ottavio@ubm.it
franco.spiccia@ubm.unicredit.it
gianfranco.capano@ubm.it
iulca.giussani@ubm.it
julia.scardova@ubm.unicredit.it
loredana.lombardini@ubm.it
lorenzo.ippoliti@ubm.it
luca.bortolami@ubm.unicredit.it
marco.aschieri@ubm.it
marco.funto@ubm.it
marco.mussini@ubm.it
massimo.bianchi@ubm.it
nicola.ferrari@ubm.it
nicola.pochettino@ubm.it
paolo.manfredini@ubm.it
roberto.pezzoli@ubm.it
roberto.tona@ubm.it
sabrina.manco@ubm.it
sandra.armetta@.ubm.com
sandra.rizzuto@ubm.it
sara.bertogali@ubm.it
sara.metelli@ubm.it
sergio.madeo@ubm.it
sergio.molisani@ubm.it
stefano.alberigo@ubm.it

### uboc
andrew.baron@uboc.com
april.tuders@uboc.com
ben.wood@uboc.com
bernard.tsui@uboc.com
bhong@uboc.com
brian.schelter@uboc.com
chris.niles@uboc.com
chris.smiley@uboc.com

## Company & Corresponding Email Addresses

christina.buck@uboc.com
cori.farwell@uboc.com
craig.burrell@uboc.com
daniel.zbyvatel@uboc.com
dave.dobon@uboc.com
david.coffey@uboc.com
david.rhee@uboc.com
david.wines@uboc.com
dennis.macritchie@uboc.com
dorothy.cooney@uboc.com
erin.selleck@uboc.com
florence.velten@uboc.com
gene.tsui@uboc.com
glen.schneiderman@uboc.com
gordon.erb@uboc.com
gregroy.jordan@uboc.com
hitesh.mehta@uboc.com
hon.to@uboc.com
jack.jazmadarian@uboc.com
jake.lee@uboc.com
jeff.sakamoto@uboc.com
jeffery.volrath@uboc.com
jeffrey.hiraishi@uboc.com
jeffrey.katz@uboc.com
jim.griffin@uboc.com
joan.farrell@uboc.com
john.rice@uboc.com
john.utz@uboc.com
johnark.lee@uboc.com
k.hamahashi@uboc.com
kim.ohara@uboc.com
kurt.hocker@uboc.com
lanyee.chan@uboc.com
larry.seipelt@uboc.com
leslie.well@uboc.com
louise.sepulveda@uboc.com
mark.kreymer@uboc.com
mark.penson@uboc.com
matthew.sargent@uboc.com
michael.ginestro@uboc.com
michael.hayashida@uboc.com
michael.tschida@uboc.com
mike.soccio@uboc.com
patti.cheung@uboc.com
preston.walters@uboc.com
richard.grahman@uboc.com
robert.dawson@uboc.com
robert_bigelow@uboc.com
scott.jessup@uboc.com
sean.toranji@uboc.com
sebastian.sandoval@uboc.com
stender.sweeney@uboc.com
steven.ikemura@uboc.com
tanya.klymkowych@uboc.com

**Company & Corresponding Email Addresses**

tomoko.iwakawa@uboc.com
willy.wolfe@uboc.com

**ubp**

aco@ubp.ch
aho@ubp.ch
aka@ubp.ch
ala@ubp.ch
alr@ubp.ch
amm@ubp.ch
ant@ubp.ch
arc@ubp.ch
arh@ubp.ch
ati@ubp.ch
bdb@ubp.ch
bem@ubp.ch
ber@ubp.ch
bff@ubp.ch
bjp@ubp.ch
boc@ubp.ch
bro@ubp.ch
but@ubp.ch
cay@ubp.ch
chg@ubp.ch
cho@ubp.ch
christophe.bernard@ubp.ch
cko@ubp.ch
clo@ubp.ch
cok@ubp.ch
ddepicciotto@ubp.com
dee@ubp.ch
dgh@ubp.ch
dgi@ubp.ch
djk@ubp.ch
dmn@ubp.ch
dnf@ubp.ch
dpenseyres@ubp.com
dwm@ubp.ch
era@ubp.ch
erz@ubp.ch
esc@ubp.ch
etj@ubp.ch
fbe@ubp.ch
fjo@ubp.ch
fod@ubp.ch
frd@ubp.ch
fru@ubp.ch
gap@ubp.ch
gbp@ubp.ch
gg@ubp.ch
gil@ubp.ch
gjm@ubp.ch
gln@ubp.ch
gth@ubp.ch
gul@ubp.ch

## Company & Corresponding Email Addresses

haj@ubp.ch
hjo@ubp.ch
hmt@ubp.ch
jaw@ubp.ch
jgo@ubp.ch
jne@ubp.ch
jsa@ubp.ch
kav@ubp.ch
khr@ubp.ch
kod@ubp.ch
lae@ubp.ch
lat@ubp.ch
lax@ubp.ch
lpe@ubp.ch
lsp@ubp.ch
ltr@ubp.ch
mdm@ubp.ch
mdp@ubp.ch
mom@ubp.ch
moo@ubp.ch
mrk@ubp.ch
msy@ubp.ch
mun@ubp.ch
nle@ubp.ch
nma@ubp.ch
npo@ubp.ch
ola@ubp.ch
omo@ubp.ch
op@ubp.ch
ora@ubp.ch
pcl@ubp.ch
pcr@ubp.ch
pec@ubp.ch
pgr@ubp.ch
ph@ubp.ch
pha@ubp.ch
phn@ubp.ch
plo@ubp.ch
pmf@ubp.ch
pnf@ubp.ch
ppt@ubp.ch
pri@ubp.ch
prp@ubp.ch
ptr@ubp.ch
pwir@ubp.ch
rdc@ubp.ch
rea@ubp.ch
rer@ubp.ch
rme@ubp.ch
rob@ubp.ch
rsb@ubp.ch
rsp@ubp.ch
rtl@ubp.ch
ruu@ubp.ch

**Company & Corresponding Email Addresses**

rwq@ubp.ch
sck@ubp.ch
sem@ubp.ch
sgy@ubp.ch
sjb@ubp.ch
ski@ubp.ch
skr@ubp.ch
snn@ubp.ch
str@ubp.ch
syi@ubp.ch
ths@ubp.ch
tor@ubp.ch
uts@ubp.ch
wgowen@ubp.com
zak@ubp.ch

**ubpam**

dt@ubpam.com
ri@ubpam.com

**ubs**

aaron.balsam@ubs.com
aaron.matzinger@ubs.com
aaron.scott@ubs.com
aaron.stephens@ubs.com
aarti.shah@ubs.com
abraham.joseph@ubs.com
abraham.lifszyc@ubs.com
achim.peijan@ubs.com
adrian-matthias.weibel@ubs.com
adriano.maranta@ubs.com
aengus.mcmahon@ubs.com
agathe.bolli@ubs.com
agnieszka.felecka@ubs.com
agnieszka.kudaj@ubs.com
ai-khanh.tran@ubs.com
alain.bissat@ubs.com
alain.eckmann@ubs.com
alain.piccinni@ubs.com
alan.patterson@ubs.com
albert.aberli@ubs.com
albert.jennings@ubs.com
albert.kuebler@ubs.com
albert.tsuei@ubs.com
alberto.martinelli@ubs.com
aldo.fischlin@ubs.com
alec.duchatellier@ubs.com
alejandro.nunez@ubs.com
alejandro.urbina@ubs.com
aleksandar.vucenovic@ubs.com
aleksey.zaurov@ubs.com
alessandra.lenoci@ubs.com
alessandro.barbi@ubs.com
alessandro.dagaro@ubs.com
alessio.hofer@ubs.com
alex.hume@ubs.com

**Company & Corresponding Email Addresses**

alex.jaecklin@ubs.com
alex.kao@ubs.com
alex.manz@ubs.com
alex.nagel@ubs.com
alex.schoenberger@ubs.com
alexander.alli@ubs.com
alexander.ganz@ubs.com
alexander.kobler@ubs.com
alexandra.chester@ubs.com
alexandra.derungs@ubs.com
alexandra.iliadis@ubs.com
alexandra-a.mahoney@ubs.com
alexandre.marcuard@ubs.com
alison.o-leary@ubs.com
alistair.mcgiven@ubs.com
alix.stewart@ubs.com
allen.cheung@ubs.com
amanda.arkley@ubs.com
amarnath.reganti@ubs.com
amele@ubs.com
anda.rezaioff@ubs.com
andre.brisacher@ubs.com
andre.pluess@ubs.com
andre.ryf@ubs.com
andrea.bornaghi@ubs.com
andrea.maerk@ubs.com
andreas.freihofer@ubs.com
andreas.hinz@ubs.com
andreas.hoefert@ubs.com
andreas.hug@ubs.com
andreas.leichter@ubs.com
andreas.maerk@ubs.com
andreas.muenst@ubs.com
andreas.scherrer@ubs.com
andreas.schmidlin@ubs.com
andreas.sidler@ubs.com
andreas-za.rueegg@ubs.com
andrej.grossmann@ubs.com
andres.harr@ubs.com
andrew.cahill@ubs.com
andrew.clifton@ubs.com
andrew.ho@ubs.com
andrew.lane@ubs.com
andrew.larson@ubs.com
andrew.maclaren@ubs.com
andrew.mcguire@ubs.com
andrew.strommen@ubs.com
andrew.sutphin@ubs.com
andrew.white@ubs.com
andrew.wilkins@ubs.com
andy.gang@ubs.com
andy.martin@ubs.com
andy.witten@ubs.com
angel.bunesch@ubs.com

**Company & Corresponding Email Addresses**

angelo.papale@ubs.com
angelo.ranaldo@ubs.com
angus.muirhead@ubs.com
anirudh.srivastava@ubs.com
anne.briglia@ubs.com
anne.minahan@ubs.com
anne-caroline.szybilski@ubs.com
anne-marie.heverin@ubs.com
annick.lauper@ubs.com
anthony.hes@ubs.com
anthony.lechiara@ubs.com
antoine.foetisch@ubs.com
antoinette.addison@ubs.com
anton.karadakov@ubs.com
antonia.koenig@ubs.com
antonio.manzini@ubs.com
antonio.piras@ubs.com
antony.sander@ubs.com
anupam.agrawal@ubs.com
april.robbins@ubs.com
arancha.cano@ubs.com
archana.anumula@ubs.com
arian.faesch@ubs.com
armeen.bhesania@ubs.com
armin.hasler@ubs.com
arnaud.benoist-vidal@ubs.com
art.gresh@ubs.com
arthur.laichtman@ubs.com
arthur.wichmann@ubs.com
arunabh.singh@ubs.com
asaf.buchner@ubs.com
ashley.patterson@ubs.com
astrid.laskowski@ubs.com
athos.bouyakos@ubs.com
aude.nerac@ubs.com
augustin.werner@ubs.com
axel.nygaard@ubs.com
banu.simmons-sueer@ubs.com
barbara.barreca@ubs.com
barbara.english@ubs.com
barbara.gruenewald@ubs.com
barbara.passy@ubs.com
barbara.weston@ubs.com
barry.channon@ubs.com
barry.mcalinden@ubs.com
basil.keller@ubs.com
beat.jakob@ubs.com
beat.john@ubs.com
beat.kempf@ubs.com
beat.moser@ubs.com
beat.schmocker@ubs.com
beat.wagner@ubs.com
beatrice.brunner@ubs.com
bekim.laski@ubs.com

## Company & Corresponding Email Addresses

belinda.couniotakis@ubs.com
ben.faulkner@ubs.com
ben.nielson@ubs.com
ben.yuen@ubs.com
benedict.nielsen@ubs.com
benno.weber@ubs.com
ben-y.zhang@ubs.com
bernard.bochatey@ubs.com
bernard.hunter@ubs.com
bernard.wong@ubs.com
bernd.hahn@ubs.com
bernhard.kern@ubs.com
bernhard.obenhuber@ubs.com
bertrand.guerin@ubs.com
betsy.kadlec@ubs.com
bhaskar.sriyapu@ubs.com
bill.carroll@ubs.com
bill.talbot@ubs.com
bill-za.martin@ubs.com
bin.shi@ubs.com
bking@ubs.com
blake.hiltabrand@ubs.com
bojan.petrovich@ubs.com
bonnie.goldsborough@ubs.com
bonnie.wang@ubs.com
boris.rohrer@ubs.com
brandan.lavalle@ubs.com
brandon.bonfig@ubs.com
brandon.kornhaber@ubs.com
branimir.petranovic@ubs.com
brendan.hobal@ubs.com
brendan.lavelle@ubs.com
brett.schechterman@ubs.com
brian.boonstra@ubs.com
brian.fehrenbach@ubs.com
brian.gallagher@ubs.com
brian.markovich@ubs.com
brian.mcmartin@ubs.com
brian.oreilly@ubs.com
brian.pannuzzo@ubs.com
brian.pearce@ubs.com
brian.rigert@ubs.com
brian.singer@ubs.com
brinson@ubs.com
britta.simon@ubs.com
bruce.ebnother@ubs.com
bruno.bertocci@ubs.com
bruno.guldener@ubs.com
bruno.heusser@ubs.com
bruno.lechevallier@ubs.com
bruno.marxer@ubs.com
bryan.ashenberg@ubs.com
bryan.choo@ubs.com
bryan.turner@ubs.com

**Company & Corresponding Email Addresses**

carl.berrisford@ubs.com
carl.vine@ubs.com
carlo.muschietti@ubs.com
carmen.fabian@ubs.com
carole.ratsimandresy-walter@ubs.com
caroline.dupuy@ubs.com
caroline.keany@ubs.com
caroline.miller@ubs.com
caroline.mueller@ubs.com
carsten.schlufter@ubs.com
carter.mccaslin@ubs.com
casey.whymark@ubs.com
cathy.witeck@ubs.com
cedric.degen@ubs.com
celine.jaber@ubs.com
cesare.valeggia@ubs.com
chad.kusserow@ubs.com
charles.bull@ubs.com
charles.gorman@ubs.com
charles.mathys@ubs.com
charles.service@ubs.com
charlotte.baenninger@ubs.com
chee-seng.chan@ubs.com
chester.wierciak@ubs.com
chetan.dandavate@ubs.com
chin-chern.soen@ubs.com
chin-keong.tan@ubs.com
chirag.sheth@ubs.com
chris.bak-phillips@ubs.com
chris.brewster@ubs.com
chris.salvisberg@ubs.com
chris.shibutani@ubs.com
christian.basler@ubs.com
christian.carrillo@ubs.com
christian.dysli@ubs.com
christian.evans@ubs.com
christian.gast@ubs.com
christian.jochum@ubs.com
christian.schoen@ubs.com
christian.senn@ubs.com
christian.tanner@ubs.com
christian.unternaehrer@ubs.com
christian.zwahlen@ubs.com
christiana.toutet@ubs.com
christina.lam@ubs.com
christof.gerstenkorn@ubs.com
christoph.arnold@ubs.com
christoph.hugi@ubs.com
christoph.ritter@ubs.com
christoph.windlin@ubs.com
christopher.noll@ubs.com
christopher.rew@ubs.com
christopher.shea@ubs.com
christy.pedersen@ubs.com

**Company & Corresponding Email Addresses**

cj.sylvester@ubs.com
claude.gaudin@ubs.com
claudia.dummermuth@ubs.com
claudia.edelmann@ubs.com
claudio.corsi@ubs.com
clive.richardson@ubs.com
clive.standish@ubs.com
colin-d.alexander@ubs.com
colleen.brophy@ubs.com
colleen.farrell@ubs.com
connie.yan@ubs.com
corinna.traumueller@ubs.com
cornel.egger@ubs.com
costa.vayenas@ubs.com
craig.ellinger@ubs.com
craig.walling@ubs.com
cybele.almeida@ubs.com
cyril.berchtold@ubs.com
dalibor.maksimovic@ubs.com
dan.berger@ubs.com
dan.dubrow@ubs.com
dan.shoenholz@ubs.com
daniel.alonso@ubs.com
daniel.bloom@ubs.com
daniel.diaz@ubs.com
daniel.edelman@ubs.com
daniel.etter@ubs.com
daniel.fabbri@ubs.com
daniel.hammar@ubs.com
daniel.kalt@ubs.com
daniel.koenig@ubs.com
daniel.kremer@ubs.com
daniel.lienhard@ubs.com
daniel.lutz@ubs.com
daniel.manz@ubs.com
daniel.matviyenko@ubs.com
daniel.pass@ubs.com
daniel.philips@ubs.com
daniel.rempfler@ubs.com
daniel.shea@ubs.com
daniel.sowho@ubs.com
daniel.t.brown@ubs.com
daniela.marder@ubs.com
daniela.rodriguez-valer@ubs.com
daniela.rodriquez-valer@ubs.com
daniela.steinbrinkmattei@ubs.com
daniele.cometto@ubs.com
danielle.cassidy@ubs.com
daniel-ze.meier@ubs.com
darren.starr@ubs.com
dave.hoskins@ubs.com
david.bailey@ubs.com
david.balmon@ubs.com
david.disque@ubs.com

**Company & Corresponding Email Addresses**

david.dorgee@ubs.com
david.faulke@ubs.com
david.hobbs@ubs.com
david.hochuli@ubs.com
david.horisberger@ubs.com
david.howey@ubs.com
david.kauppila@ubs.com
david.lefkowitz@ubs.com
david.lettenberger@ubs.com
david.morrow@ubs.com
david.moylett@ubs.com
david.perrett@ubs.com
david.perrotta@ubs.com
david.ric@ubs.com
david.ristau@ubs.com
david.rothweiler@ubs.com
david.small@ubs.com
david.soldatic@ubs.com
david.strouse@ubs.com
david.sullivan@ubs.com
david.wabnik@ubs.com
david.walczak@ubs.com
david-h.kim@ubs.com
david-l.jones@ubs.com
david-r.long@ubs.com
dawn.zerillo@ubs.com
dean.crowe@ubs.com
dean.ungar@ubs.com
debbie.baggett@ubs.com
debbie.johnson@ubs.com
debbie.sanger@ubs.com
deborah.jang@ubs.com
debra.freschl@ubs.com
deepkumar.gandhi@ubs.com
delphine.benahim@ubs.com
delphine.bourrilly@ubs.com
demetri.goradetsky@ubs.com
dena.hydes@ubs.com
denise.groeger@ubs.com
derek.sasveld@ubs.com
desmond.tjiang@ubs.com
dev.sahai@ubs.com
dfriedma@ubs.com
dgagliano@ubs.com
diana.brandsema@ubs.com
diana.mathewson@ubs.com
diane.carabella@ubs.com
diane.green@ubs.com
digby.armstrong@ubs.com
dimitrios.vomvas@ubs.com
dimple.kaur@ubs.com
dirk.faltin@ubs.com
dirk.renkert@ubs.com
dirk.siefert@ubs.com

## Company & Corresponding Email Addresses

djones@ubs.com
dkhanna@ubs.com
domingo.kim@ubs.com
dominic.schnider@ubs.com
dominik.brunner@ubs.com
dominik.popp@ubs.ch
dominique.ferrat@ubs.com
don.oliver@ubs.com
donald.jackson@ubs.com
donghong.zheng@ubs.com
donna.quon@ubs.com
doug.flegg@ubs.com
douglas.hayley-barker@ubs.com
douglas.lehman@ubs.com
dragan.sestovic@ubs.com
drew.carrington@ubs.com
duccio.giovannini@ubs.com
duncan.larraz@ubs.com
dvermann@ubs.com
eddie.ko@ubs.com
edmond.granges@ubs.com
edouard.senechal@ubs.com
edward.filippi@ubs.com
edward.graham@ubs.com
edward.hasse@ubs.com
edward.kramer@ubs.com
edward.oppedisano@ubs.com
edward-j.haase@ubs.com
edwin.denson@ubs.com
edwy.zoonekynd@ubs.com
egerry@ubs.com
eharris@ubs.com
eileen.keating@ubs.com
elias.chrysostomou@ubs.com
elizabeth.dirlam@ubs.com
elizabeth.ott@ubs.com
elizabeth.scott@ubs.com
ellen.bakke@ubs.com
emily.meek@ubs.com
enrique.gomez-tagle@ubs.com
ephrem.shiu@ubs.com
eric.carlson@ubs.com
eric.chevallier@ubs.com
eric.foelmli@ubs.com
eric.glicksman@ubs.com
eric.kaplan@ubs.com
eric.leng@ubs.com
eric.maidenberg@ubs.com
eric.mark@ubs.com
eric.staudt@ubs.com
erika.rosado@ubs.com
erin.lawler@ubs.com
ernst.rohner@ubs.com
etain.mcmahon@ubs.com

**Company & Corresponding Email Addresses**

etienne.varloot@ubs.com
eun.lee@ubs.com
evan.kominsky@ubs.com
evie.limas@ubs.com
fabian.buchmann@ubs.com
fabian.hildbrand@ubs.com
fabio.feitler@ubs.com
fabio-pietro.ferrari@ubs.com
fabrice.schwarzmann@ubs.com
farhan.naqvi@ubs.com
fedra.del-aquila@ubs.com
felipe.vivacqua-pinto@ubs.com
felix.brill@ubs.com
felix.heinser@ubs.com
felix.landsiedl@ubs.com
felix.stauffer@ubs.com
feyzullah.egriboyun@ubs.com
fiona.neill@ubs.com
firstname.surname@ubs.com
frances.williams@ubs.com
francesco.di-benedetto@ubs.com
francesco.forni@ubs.com
francis.anner@ubs.com
francois.brunault@ubs.com
francois.chavanne@ubs.com
frank.bisdorf@ubs.com
frank.cross@ubs.com
frank.else@ubs.com
frank.fiore@ubs.com
frank.goergen@ubs.com
frank.knapp@ubs.com
frank.lubrich@ubs.com
frank.manduca@ubs.com
frank.muesel@ubs.com
frank.sikora@ubs.com
frank.vallario@ubs.com
fred.lee@ubs.com
freddie.napier@ubs.com
frederic.gajdos@ubs.com
frieder.helbrecht@ubs.com
gabriel.csendes@ubs.com
gabriella.abderhalden@ubs.com
gabrielle.perregaux@ubs.com
gaelle.trezza@ubs.com
gary.clunie@ubs.com
gary.cunningham@ubs.com
gary.herrmann@ubs.com
gary.plummer@ubs.com
gaudenz.schneider@ubs.com
gaurav.agarwal@ubs.com
gene.ko@ubs.com
geoff.limroth@ubs.com
geoffroy.buffetrille@ubs.com
georg.nikolaidis@ubs.com

**Company & Corresponding Email Addresses**

georg.reichelmeier@ubs.com
george.halaby@ubs.com
george.lambertson@ubs.com
georges.marival@ubs.com
georgios.sakoulis@ubs.com
gerard.de-senarclens@ubs.com
gerard.holinski@ubs.com
gerard.meier@ubs.com
gerard.sistek@ubs.com
gerard.yeo@ubs.com
gerit.heinz@ubs.com
gero.freund@ubs.com
giacomo.rallo@ubs.com
gianreto.camboni@ubs.com
gianreto.gamboni@ubs.com
gilbert.ruiz@ubs.com
gilles-andre.bey@ubs.com
gina.saleem@ubs.com
giorgio.cattacin@ubs.com
giorgio.cortiana@ubs.com
giovanni.staunovo@ubs.com
glenn.schorr@ubs.com
graham.cohen@ubs.com
graham.glass@ubs.com
graham.pattle@ubs.com
graham.vance@ubs.com
grainne.bolland@ubs.com
grant.chamberlain@ubs.com
greg.trinks@ubs.com
greg.wachsman@ubs.com
gregor.d-adam@ubs.com
gregory.hung@ubs.com
guido.bigger@ubs.com
guilherme.pini@ubs.com
guillermo.bublik@ubs.com
gustav.biner@ubs.com
gwenael.allouche@ubs.com
hannes.honnegger@ubs.com
hans.dramm@ubs.com
hans.sanders@ubs.com
hansjoerg.borutta@ubs.com
hans-peter.hausheer@ubs.com
hans-ulrich.jost@ubs.com
harley.esposito@ubs.com
harold.singleton@ubs.com
harold-clifford.meye@ubs.com
hartmut.issel@ubs.com
heenal.patel@ubs.com
heeralal.choudhary@ubs.com
heiner.speich@ubs.com
heinz.haemmerli@ubs.com
heinz.kaiser@ubs.com
heinz.ruettimann@ubs.com
heinz-za.schumacher@ubs.com

## Company & Corresponding Email Addresses

henry.lee@ubs.com
henry.schmeltzer@ubs.com
henry.stalder@ubs.com
henry.tang@ubs.com
hermann.rittmeyer@ubs.com
hippolyte.de-weck@ubs.com
holger.steppack@ubs.com
holly.hollub@ubs.com
hongbing.hsu@ubs.com
hon-hoong.chong@ubs.com
hope.lundt@ubs.com
hubert.lienhard@ubs.com
huylao.derungs@ubs.com
hywel.franklin@ubs.com
ian.ashment@ubs.com
ian.black@ubs.com
ian.cross@ubs.com
ian.mcintosh@ubs.com
ian.paczek@ubs.com
ian.pitfield@ubs.com
ian.quek@ubs.com
igor.lasun@ubs.com
igor.nicolay@ubs.com
igor.nikolay@ubs.com
ilija.murisic@ubs.com
ingeborg.schumacher@ubs.com
ioannis.drikos@ubs.com
irg.buehrer@ubs.com
irina.budnikova@ubs.com
isa.scheunpflug@ubs.com
isak.ahlbom@ubs.com
ivan.caiola@ubs.com
ivano.colanero@ubs.com
jacob.bjorheim@ubs.com
jacob.miller@ubs.com
jacqueline.smith@ubs.com
jacquelyn.laux@ubs.com
jacques.beuchat@ubs.com
jae.kim@ubs.com
jakob.krummenacher@ubs.com
james.cassidy@ubs.com
james.chao@ubs.com
james.craft@ubs.com
james.furman@ubs.com
james.hedley@ubs.com
james.hnilo@ubs.com
james.law@ubs.com
james.malles@ubs.com
james.mclellan@ubs.com
james.sherman@ubs.com
jamie.coutts@ubs.com
jamil.marques@ubs.com
jan.peterhans@ubs.com
jan.scherer@ubs.com

## Company & Corresponding Email Addresses

janice.daly@ubs.com
jan-marc.fergg@ubs.com
jarard.blake@ubs.com
jared.heine@ubs.com
jasmeet-s.chadha@ubs.com
jasmina.milicevic@ubs.com
jason.bastedo@ubs.com
jason.feller@ubs.com
jason.jackal@ubs.com
jason.lai@ubs.com
jason.modine@ubs.com
jason.perlioni@ubs.com
jason.spieler@ubs.com
jaspal.tuli@ubs.com
jatin.doktor@ubs.com
jean-baptiste.baezner@ubs.com
jean-francois.bunlon@ubs.com
jean-francois.legoux@ubs.com
jean-louis.lumia@ubs.com
jean-marc.bernon@ubs.com
jean-marc.schneider@ubs.com
jeff.hoernemann@ubs.com
jeff.richmond@ubs.com
jeff.santos@ubs.com
jeff.song@ubs.com
jeff.witmer@ubs.com
jeff.woodard@ubs.com
jeffrey.constantino@ubs.com
jeffrey.cutshall@ubs.com
jeffrey.hill@ubs.com
jeffrey.kanter@ubs.com
jeffrey.laughman@ubs.com
jeffrey.leader@ubs.com
jeffrey.putman@ubs.com
jeffrey.zhang@ubs.com
jeffrey.ziglar@ubs.com
jenna.simon@ubs.com
jennelyn.tanchua@ubs.com
jennifer.band@ubs.com
jennifer.comparato@ubs.com
jennifer.haidu@ubs.com
jennifer.miller@ubs.com
jens.annerczok@ubs.com
jens.finkbeiner@ubs.com
jeremy.burns@ubs.com
jeremy.heer@ubs.com
jeremy.raccio@ubs.com
jeremy.zirin@ubs.com
jerome.raffaldini@ubs.com
jian.zhang@ubs.com
jiayu.li@ubs.com
jill.dodds@ubs.com
jill.fine@ubs.com
jim.mckeever@ubs.com

## Company & Corresponding Email Addresses

jim.rice@ubs.com
jim_keegan@ubs.com
jinal.sheth@ubs.com
jleblanc@ubs.com
jmigdal@ubs.com
joachim.brand@ubs.com
joachim.klement@ubs.com
joachim.loebb@ubs.com
joan.jackson@ubs.com
joanna.pamphilis@ubs.com
joanny.dalloz@ubs.com
joe.nowinski@ubs.com
joerg.diedrich@ubs.com
joerg.oehmig@ubs.com
joerg.philipsen@ubs.com
johannes.grausgruber@ubs.com
johannes.schwab@ubs.com
johesrohan.shanmugarajah@ubs.com
john.balassi@ubs.com
john.baley@ubs.com
john.brock@ubs.com
john.cotton@ubs.com
john.fraser@ubs.com
john.harrison@ubs.com
john.hegarty@ubs.com
john.larun@ubs.com
john.leonard@ubs.com
john.lyons@ubs.com
john.marshall@ubs.com
john.nena@ubs.com
john.piccard@ubs.com
john.pickard@ubs.com
john.poole@ubs.com
john.quackenbush@ubs.com
john.sagan@ubs.com
john.snowden@ubs.com
john.sung@ubs.com
john.vantassel@ubs.com
john.vinci@ubs.com
john.white@ubs.com
john.wollen@ubs.com
john-j.kelly@ubs.com
jon.adams@ubs.com
jon.taylor@ubs.com
jonathan.beck@ubs.com
jonathan.bilby@ubs.com
jonathan.blum@ubs.com
jonathan.davies@ubs.com
jonathan.marocco@ubs.com
jonathan.napora@ubs.com
jonathan.woloshin@ubs.com
jonathon.rogoff@ubs.com
jorge.ramirez@ubs.com
jose.blanco@ubs.com

**Company & Corresponding Email Addresses**

jose.gomez@ubs.com
josef.graber@ubs.com
josef.rest@ubs.com
jose-luis.vega@ubs.com
joseph.chapey@ubs.com
joseph.macku@ubs.com
joseph.mancini@ubs.com
joseph.mullally@ubs.com
joseph.pittman@ubs.com
joseph.zalewski@ubs.com
joseph-anthony.sawe@ubs.com
joshua.krasner@ubs.com
joshua.mccallum@ubs.com
joshua.stone@ubs.com
jsanchez@ubs.com
judith.houlihan@ubs.com
juerg.kramis@ubs.com
juerg.nager@ubs.com
juerg.sterchi@ubs.com
juerg.zimmermann@ubs.com
juergen.staerk@ubs.com
juerg-za.mueller@ubs.com
juerg-zb.schmid@ubs.com
julie.marc@ubs.com
julien.krieger@ubs.com
justin.denham@ubs.com
justin.lung@ubs.com
justin.partington@ubs.com
justin.tabellione@ubs.com
karen.devlin@ubs.com
karen.drummond@ubs.com
karena.fung@ubs.com
karin.kuelling@ubs.com
karl.graeff@ubs.com
karla.duss@ubs.com
kaspar.bischofberger@ubs.com
kate.prince@ubs.com
kate.saunders@ubs.com
katherine.garcia@ubs.com
katherine.johnson@ubs.com
katherine.ohagan@ubs.com
katherine.richardson@ubs.com
kathleen.de-clercq@ubs.com
kathleen.mcnamara@ubs.com
kathryn.mak@ubs.com
katja.buenger@ubs.com
kayvan.vahid@ubs.com
keith.stollery@ubs.com
keith.strong@ubs.com
keke.lee@ubs.com
kelly.adair@ubs.com
kelly.chang@ubs.com
ken.karl@ubs.com
kent.crosland@ubs.com

**Company & Corresponding Email Addresses**

kerri.pacello@ubs.com
kevan.comstock@ubs.com
kevin.barker@ubs.com
kevin.mcintyre@ubs.com
kevin.terhaar@ubs.com
kevin-c.condon@ubs.com
kevin-douglas.stringer@ubs.com
khadine.clifford@ubs.com
kieran.corr@ubs.com
kiki.katsikas@ubs.com
kimberley.frazier@ubs.com
kipp.schrage@ubs.com
kirsten.schulz-lobeck@ubs.com
kirstin.gardiner@ubs.com
kitty-m.lee@ubs.com
kjeld.engberg@ubs.com
klaus.spoeri@ubs.com
klaus.wellershof@ubs.com
konstantin.leidman@ubs.com
kris.dorr@ubs.com
kristy.lynch@ubs.com
krockey@ubs.com
kuan.oh@ubs.com
kumi.matsuoka@ubs.com
kurt.billick@ubs.com
kylie.luszczynski@ubs.com
lance.heppleston@ubs.com
lanz.chan@ubs.com
lara.meier@ubs.com
larissa.knepper@ubs.com
larry.gibson@ubs.com
laura.marmorale@ubs.com
laura.wuertenberger@ubs.com
laurent.krein@ubs.com
laurent.wunderli@ubs.com
laurent-za.favre@ubs.com
lawrence.kemp-g@ubs.com
lawrence.latner@ubs.com
lawrence.swift@ubs.com
lee.sotos@ubs.com
lena.gurba@ubs.com
lena.gwerder@ubs.com
leon.xin@ubs.com
leonardo-za.brenna@ubs.com
leteka.bojanowski@ubs.com
lewis.applefeld@ubs.com
lila.seirafi@ubs.com
lilian.montero@ubs.com
linda.fellmann@ubs.com
lindsay.pratt@ubs.com
linus.raeber@ubs.com
lionel.oster@ubs.com
lisa.costabile@ubs.com
lisa.goh@ubs.com

**Company & Corresponding Email Addresses**

loo.tze-hsin@ubs.com
lori.bilker@ubs.com
lori.boomgaardt@ubs.com
loris.centola@ubs.com
louis.birro@ubs.com
louise.burgess@ubs.com
louise.mackenzie@ubs.com
lowell.yura@ubs.com
lpollack@ubs.com
lt.lawler@ubs.com
luca.bottinelli@ubs.com
lucia.bonilla@ubs.com
lucia.grimaldi@ubs.com
luciano.diez-canedo@ubs.com
lucy.oflaherty@ubs.com
lukas.feh@ubs.com
luke.gleeson@ubs.com
lydia.miller@ubs.com
m.mueller@ubs.com
m.putschert@ubs.com
macrina.otieno@ubs.com
malcolm.hawkes@ubs.com
malcolm.mortimer@ubs.com
malin.schlebusch@ubs.com
manas.satapathy@ubs.com
manuel.riobo@ubs.com
marc.aebli@ubs.com
marc.bicheler@ubs.com
marc.both@ubs.com
marc.buchli@ubs.com
marc.denjean@ubs.com
marc.herrmann@ubs.com
marc.winter@ubs.com
marcel.briggen@ubs.com
marcel.egli@ubs.com
marcel.huber@ubs.com
marcel.nellen@ubs.com
marcel.progin@ubs.com
marcel.rohner@ubs.com
marcel.wespi@ubs.com
marco.eng@ubs.com
marco.estermann@ubs.com
marco.galli@ubs.com
marco.mascetti@ubs.com
marco.peter@ubs.com
marco.prioni@ubs.com
marco.schaller@ubs.com
marco.schwinger@ubs.com
marco.stucky@ubs.com
marco.tritschler@ubs.com
marcos.bueno@ubs.com
marcos.lopez-de-prado@ubs.com
marc-philip.grujoski@ubs.com
marcus.jetzer@ubs.com

**Company & Corresponding Email Addresses**

marcus.linfoot@ubs.com
marcus.sasse@ubs.com
marcus.schreiber@ubs.com
marcus.truman@ubs.com
marcus-philipp.buergi@ubs.com
margaret.charno@ubs.com
margherita.piliero@ubs.com
margrit.luethi@ubs.com
maria.rabinovich@ubs.com
maria.waite@ubs.com
marina.evans@ubs.com
mario.paolini@ubs.com
marisa.snell@ubs.com
marissa.ponti@ubs.com
mark.andersen@ubs.com
mark.boylan@ubs.com
mark.buizen@ubs.com
mark.cannan@ubs.com
mark.deans@ubs.com
mark.holder@ubs.com
mark.lehmann@ubs.com
mark.lohmann@ubs.com
mark.mckevitt@ubs.com
mark.melchiorre@ubs.com
mark.napp@ubs.com
mark.powers@ubs.com
mark.reardon@ubs.com
mark.roggensinger@ubs.com
mark.serdan@ubs.com
mark.wade@ubs.com
mark.walkling@ubs.com
mark.wallace@ubs.com
mark.weeks@ubs.com
marko.deuticke@ubs.com
mark-sw.chan@ubs.com
markus.baechtold@ubs.com
markus.baertschi@ubs.com
markus.eichacker@ubs.com
markus.fuchs@ubs.com
markus.heyde@ubs.com
markus.irngartinger@ubs.com
markus.roennau@ubs.com
markus.thiele@ubs.com
markus.winkler@ubs.com
markus-f.korner@ubs.com
markus-m.studer@ubs.com
martha.scheiber@ubs.com
marthe.dupin@ubs.com
martin.britz@ubs.com
martin.buerki@ubs.com
martin.clarke@ubs.com
martin.degen@ubs.com
martin.goetz@ubs.com
martin.spillmann@ubs.com

## Company & Corresponding Email Addresses

martin.tobler@ubs.com
martine.wehlen@ubs.com
marvin.liniger@ubs.com
mary.drummond@ubs.com
mary.farrell@ubs.com
mary.may@ubs.com
mary.tuccillo@ubs.com
maryam.ettehadieh@ubs.com
maryann.moriarty@ubs.com
masahide.hata@ubs.com
massimo.micarelli@ubs.com
mateen.ahmed@ubs.com
mathieu.labille@ubs.com
matilde.acerra@ubs.com
matt.chan@ubs.com
matt.collins@ubs.com
matt-g.johnson@ubs.com
matthew.boice@ubs.com
matthew.chua@ubs.com
matthew.cox@ubs.com
matthew.iannucci@ubs.com
matthew.konosky@ubs.com
matthew.liebman@ubs.com
matthew.mcwilliams@ubs.com
matthew.stemp@ubs.com
matthias.boesch@ubs.com
matthias.dettwiler@ubs.com
matthias.fuerstenberger@ubs.com
maurice.schaffner@ubs.com
maurin.salzmann@ubs.com
maurizio.maniglia@ubs.com
maurus.capaul@ubs.com
max.jackson@ubs.com
max.schneiter@ubs.com
maximilian.anderl@ubs.com
maximilian.muench@ubs.com
may.teo@ubs.com
mayumi.yamazoe@ubs.com
meher.kakalia@ubs.com
mehran.nakhjavani@ubs.com
melanie.berchier@ubs.com
melinda.kautz@ubs.com
mhorn@ubs.com
michael.abellera@ubs.com
michael.burka@ubs.com
michael.chan@ubs.com
michael.chatman@ubs.com
michael.clements@ubs.com
michael.constantinou@ubs.com
michael.cowin@ubs.com
michael.davies@ubs.com
michael.degregorio@ubs.com
michael.dion@ubs.com
michael.ditillio@ubs.com

**Company & Corresponding Email Addresses**

michael.dow@ubs.com
michael.frankland@ubs.com
michael.hirschberg@ubs.com
michael.hitzlberger@ubs.com
michael.huesmann@ubs.com
michael.klene@ubs.com
michael.mahaffy@ubs.com
michael.markowitz@ubs.com
michael.moser@ubs.com
michael.nell@ubs.com
michael.riesner@ubs.com
michael.rucci@ubs.com
michael.sabatino@ubs.com
michael.schmitt@ubs.com
michael.stalker@ubs.com
michael.tagliaferro@ubs.com
michael.von-orelli@ubs.com
michael.wong@ubs.com
michael-d.kennedy@ubs.com
michael-m.murphy@ubs.com
michael-t.taylor@ubs.com
michail.kougioulis@ubs.com
michel.bellia@ubs.com
michel.vernier@ubs.com
michele.charno@ubs.com
michele.finder@ubs.com
michele.grossi@ubs.com
michele.lanfranchini@ubs.com
michele.ponzoni@ubs.com
michelle.boreham@ubs.com
michelle.yeung@ubs.com
mike.braden@ubs.com
mike.ryan@ubs.com
mike.welch@ubs.com
misha.weber@ubs.com
mitchell.spiegel@ubs.com
mmaldona@ubs.com
mmarkow@ubs.com
mmarsall@ubs.com
monica.ferri@ubs.com
monika.bieri@ubs.com
monika.gmuer@ubs.com
monika-za.isler@ubs.com
morgan.duthon@ubs.com
moritz.soler@ubs.com
mtincher@ubs.com
mwelty@ubs.com
mzaino@ubs.com
nadim.drissi@ubs.com
nancy.barber@ubs.com
nancy.lukin@ubs.com
nathalie.loetscher@ubs.com
nathan.kirkpatrick@ubs.com
neal.goss@ubs.com

**Company & Corresponding Email Addresses**

neal.mercer@ubs.com
nedeltcho.akov@ubs.com
neil.mears@ubs.com
nic.barnes@ubs.com
nicholas.mandrinos@ubs.com
nicholas.melhuish@ubs.com
nicholas.pavitt@ubs.com
nicholas.vagra@ubs.com
nicholas.xanders@ubs.com
nicholas-t.king@ubs.com
nick.agarwal@ubs.com
nick.goldsmith@ubs.com
nick.irish@ubs.com
nico.baader@ubs.com
nicola.hinton@ubs.com
nicole.decker@ubs.com
nigel.barter@ubs.com
nigel.coleman@ubs.com
nigel.taylor@ubs.com
niklaus.zyndel@ubs.com
nils.rask@ubs.com
nina.borowczak@ubs.com
nitesh.agarwal@ubs.com
nitish.patel@ubs.com
noriyuki.arai@ubs.com
nupur.bhargava@ubs.com
olaf.liedtke@ubs.com
ol-anq-execution@ubs.com
oliver.adler@ubs.com
oliver.buschmann@ubs.com
oliver.camponovo@ubs.com
oliver.dettmann@ubs.com
oliver.zellweger@ubs.com
olivier.antille@ubs.com
omowunmi.awomolo@ubs.com
oscar.andreu@ubs.com
oussama.himani@ubs.com
oyvin.furustol@ubs.com
pamela.siple@ubs.com
pamela.tong@ubs.com
pascal.dutler@ubs.com
pascal.engel@ubs.com
pascal.koeppel@ubs.com
pascal.loeffelmann@ubs.com
pascal.rennie@ubs.com
pascal-za.meier@ubs.com
pat.luby@ubs.com
patrick.bourbon@ubs.com
patrick.brauer@ubs.com
patrick.chan@ubs.com
patrick.dutli@ubs.com
patrick.dyson@ubs.com
patrick.henseler@ubs.com
patrick.koplenig@ubs.com

## Company & Corresponding Email Addresses

patrick.lupini@ubs.com
patrick.oustin@ubs.com
patrick.petz@ubs.com
patrick.suter@ubs.com
patrick-za.zimmermann@ubs.com
paul.chambers@ubs.com
paul.daley@ubs.com
paul.drumm@ubs.com
paul.fairbrother@ubs.com
paul.fiani@ubs.com
paul.graham@ubs.com
paul.harvey@ubs.com
paul.hilsley@ubs.com
paul.kaio@ubs.com
paul.mitchell@ubs.com
paul.sharpe@ubs.com
paul.stanley@ubs.com
paul.zelisko@ubs.com
paul-k.harris@ubs.com
pawan.dhir@ubs.com
pearse.griffith@ubs.com
peifang.chan@ubs.com
pei-jie.shiu@ubs.com
perhad.merwanji@ubs.com
peter.agnes@ubs.com
peter.begler@ubs.com
peter.brehm@ubs.com
peter.cote@ubs.com
peter.doerig-bal@ubs.com
peter.ham@ubs.com
peter.jecklin@ubs.com
peter.koritschan@ubs.com
peter.lee@ubs.com
peter.miselis@ubs.com
peter.morgan@ubs.com
peter.osborne@ubs.com
peter.ott@ubs.com
peter.rundle@ubs.com
peter.schaerer@ubs.com
peter.siciliano@ubs.com
peter.simmons@ubs.com
peter.wan@ubs.com
peter.wufli@ubs.com
peter.yuen@ubs.com
peter-za.haug@ubs.com
pghavami@ubs.com
philip.braeker@ubs.com
philip.garbarino@ubs.com
philip.guest@ubs.com
philip.haigh@ubs.com
philip.ruvinsky@ubs.com
philip.salman@ubs.com
philipp.bochsler@ubs.com
philipp.bonvin@ubs.com

## Company & Corresponding Email Addresses

philipp.guerber@ubs.com
philipp.hegetschweiler@ubs.com
philipp.matter@ubs.com
philipp.raetz@ubs.com
philipp.ruegg@ubs.com
philipp.wilson@ubs.com
philippe.graeppi@ubs.com
philippe.heiz@ubs.com
philippe.stadler@ubs.com
philippe-g.mueller@ubs.com
philipp-p.hegetschweiler@ubs.com
phillip-pt.thompson@ubs.com
phoenix.wright@ubs.com
pierre.conrad@ubs.com
pierre-andre.poletti@ubs.com
pmccarth@ubs.com
pratik.shah@ubs.com
preya.patel@ubs.com
przemyslaw.pyziel@ubs.com
pui-kei.yuen@ubs.com
purl.hogan@ubs.com
qasim.abbas@ubs.com
rachel.english@ubs.com
rachmah.idroes@ubs.com
raffaele.moretti@ubs.com
raffaella.conti@ubs.com
raffaella.mezzanzanica@ubs.com
rainer.amacker@ubs.com
rami.boustany@ubs.com
raphael.bucher@ubs.com
raphael.luescher@ubs.com
raphael.zemp@ubs.com
ray.marquette@ubs.com
raymond.meier@ubs.com
raymond.sulentic@ubs.com
rebecca.parker@ubs.com
reena.bajwa@ubs.com
regis.gaston@ubs.com
reiner.huebner@ubs.com
rene.capitelli@ubs.com
rene.hagmann@ubs.com
rene.noelly@ubs.com
reto.demostene@ubs.com
riccardo.senn@ubs.com
richard.cashin@ubs.com
richard.collins@ubs.com
richard.flack@ubs.com
richard.philips@ubs.com
richard.tanner@ubs.com
richard.west@ubs.com
richard-h.thomas@ubs.com
rika.sato@ubs.com
rina.bhattacharyya@ubs.com
rob.nunn@ubs.com

**Company & Corresponding Email Addresses**

rob.turner@ubs.com
robert.apter@ubs.com
robert.child@ubs.com
robert.delgrande@ubs.com
robert.durante@ubs.com
robert.ewers@ubs.com
robert.fitzpatrick@ubs.com
robert.gambi@ubs.com
robert.grey@ubs.com
robert.hellstrand@ubs.com
robert.holmes@ubs.com
robert.kaniuk@ubs.com
robert.lam@ubs.com
robert.mccarthy@ubs.com
robert.rausch@ubs.com
robert.roberts@ubs.com
robert.sabatino@ubs.com
robert.takacs@ubs.com
robert-a.murray@ubs.com
roberto.ruiz-scholtes@ubs.com
robin.aspinall@ubs.com
robin.dutt@ubs.com
robin.gnaegi@ubs.com
rochus.baumgartner@ubs.com
roger.hartmann@ubs.com
roger.nizard@ubs.com
roger.reist@ubs.com
roger.ruettimann@ubs.com
roland.emch@ubs.com
roland.iberg@ubs.com
roland.schetter@ubs.com
roland-u.niederer@ubs.com
rolf.ganter@ubs.com
rolf.schmidli@ubs.com
romain.lahoste@ubs.com
roman.boner@ubs.com
roman.huesler@ubs.com
romano.brandenberg@ubs.com
romeo.maciocci@ubs.com
ron.phillips@ubs.com
ron.portnoy@ubs.com
ron.veld@ubs.com
ronald.aziz@ubs.com
ronald.blogowski@ubs.com
rory.beaton@ubs.com
rory.buchan@ubs.com
rory.davan@ubs.com
rosanna.fabbri@ubs.com
ross.dilkes@ubs.com
ruchita.pathak@ubs.com
rudolf.enderli@ubs.com
rudolf.gleisner@ubs.com
rudolf.leemann@ubs.com
rudolf.roffler@ubs.com

## Company & Corresponding Email Addresses

rudy.hokanson@ubs.com
rui.zheng@ubs.com
ruiling.zeng@ubs.com
russell.platts@ubs.com
ryan.nugent@ubs.com
ryan.peirce@ubs.com
ryan.raymond@ubs.com
sacha.bernasconi@ubs.com
sacha.holderegger@ubs.com
sagar.sheth@ubs.com
saibal.mukherjee@ubs.com
sally.dessloch@ubs.com
sally.stoffel@ubs.com
sam.lam@ubs.com
samir.parikh@ubs.com
samuel.kim@ubs.com
sandeep.bhatia@ubs.com
sandra.cafazzo@ubs.com
sandra.goldschneider@ubs.com
sandro.campestrini@ubs.com
sandro.lozza@ubs.com
sandro.merino@ubs.com
sandro.zwyssig@ubs.com
sangeeta.marfatia@ubs.com
sara.cotter@ubs.com
sarah.collins@ubs.com
sarah.kostezer@ubs.com
sarah.webb@ubs.com
saravanan.rajendran@ubs.com
sarosh.nanavati@ubs.com
satyan.sanghrajka@ubs.com
satyanarayana.allala@ubs.com
saverio.console@ubs.com
saverio.cusano@ubs.com
scott.bondurant@ubs.com
scott.dolan@ubs.com
scott.vandersnow@ubs.com
scott.wilkin@ubs.com
sean.parker@ubs.com
sebastian.petrich@ubs.com
sebastian.steib@ubs.com
sebastian.voigt@ubs.com
sebastien.delachapelle@ubs.com
sebastien.gaillot@ubs.com
sebastien.galy@ubs.com
sefik.feratovic@ubs.com
selene.mantegani-cioccariello@ubs.com
selva.neelakandan@ubs.com
seth.michaels@ubs.com
shadab.ali@ubs.com
sh-advanced@ubs.com
shaheen.iqubal@ubs.com
shannon.hilton@ubs.com
shannon-j.curley@ubs.com

**Company & Corresponding Email Addresses**

shantanu.agrawal@ubs.com
shari.gilfillan@ubs.com
sharon.su@ubs.com
shawn.lytle@ubs.com
shayan.hussain@ubs.com
shayan.norasteh@ubs.com
sheila.noonan@ubs.com
shelley.aron@ubs.com
shihwan.chung@ubs.com
sh-investorrelations@ubs.com
sh-psp-aa-ge-apa@ubs.com
shu-yang.tan@ubs.com
signorio.camille@ubs.com
silas.chu@ubs.com
silvia.marelli@ubs.com
silvia.quaglinibarbi@ubs.com
silvio.dieterich@ubs.com
simeon.zeffert@ubs.com
simon.densem@ubs.com
simon.fischer@ubs.com
simon.foessmeier@ubs.com
simon.foster@ubs.com
simon.goetschmann@ubs.com
simon.park@ubs.com
simona.canepa@ubs.com
simone.bomio@ubs.com
simone.haefeli@ubs.com
simone.hofer@ubs.com
simon-p.taylor@ubs.com
sindhu.tantri@ubs.com
sinead.fitzpatrick@ubs.com
sonia.dezordo@ubs.com
sophie.payot@ubs.com
spencer.leung@ubs.com
sryan@ubs.com
stacey.lane@ubs.com
stanford.horn@ubs.com
stefan.bohren@ubs.com
stefan.duerler@ubs.com
stefan.feller@ubs.com
stefan.fischer@ubs.com
stefan.janoska@ubs.com
stefan.krause@ubs.com
stefan.lewellen@ubs.com
stefan.richner@ubs.com
stefan.roderer@ubs.com
stefan.schaedler@ubs.com
stefan.weber@ubs.com
stefanie.scholtysik@ubs.com
stefano.cavaglia@ubs.com
stefano.solferini@ubs.com
stefan-r.meyer@ubs.com
stefan-za.schneider@ubs.com
stephan.bloch@ubs.com

**Company & Corresponding Email Addresses**

stephan.demoulin@ubs.com
stephan.locher@ubs.com
stephan.michel@ubs.com
stephane.astic@ubs.com
stephanie.lappe@ubs.com
stephanie.windsor@ubs.com
stephen.flynn@ubs.com
stephen.freedman@ubs.com
steve.best@ubs.com
steven.breen@ubs.com
steven.grahame@ubs.com
steven.herbert@ubs.com
steven.liu@ubs.com
steven.marotta@ubs.com
steven.schwimmer@ubs.com
steven.slaughter@ubs.com
steven.wittwer@ubs.com
steven_za.smith@ubs.com
stuart.low@ubs.com
stuart.moon@ubs.com
stuart.newman@ubs.com
stuart.piper@ubs.com
subhash.tripathi@ubs.com
subodh.agarwal@ubs.com
sudhansu.sahoo@ubs.com
sue.cory@ubs.com
sulamith.wuethrich@ubs.com
sumit.juneja@ubs.com
sumit-s.gupta@ubs.com
sundeep.gantori@ubs.com
sunil.dattani@ubs.com
susan.clarke@ubs.com
susan.hudson@ubs.com
susan.o'connor@ubs.com
susanne.leemann@ubs.com
susanne.moosberger@ubs.com
swati.mittal@ubs.com
swati.tewari@ubs.com
swaugh@ubs.com
swen.molteni@ubs.com
syed.saleemuddin@ubs.com
sylvain.honold@ubs.com
sylvester.dube@ubs.com
tamika.bradford@ubs.com
tanja.karl-sawatzki@ubs.com
tazio.storni@ubs.com
terence.cheng@ubs.com
teresa.nielsen@ubs.com
terry.smith@ubs.com
theo.amacher@ubs.com
theodore.drury@ubs.com
theresa.han@ubs.com
theresa.hickman@ubs.com
thibaud.halewyck@ubs.com

**Company & Corresponding Email Addresses**

thom.gascoigne@ubs.com
thomas.angermann@ubs.com
thomas.barrett@ubs.com
thomas.berner@ubs.com
thomas.borah@ubs.com
thomas.cole@ubs.com
thomas.digenan@ubs.com
thomas.flury@ubs.com
thomas.gut@ubs.com
thomas.haag@ubs.com
thomas.herzog@ubs.com
thomas.ineke@ubs.com
thomas.kruemmel@ubs.com
thomas.locher@ubs.com
thomas.mckelvey@ubs.com
thomas.prangley@ubs.com
thomas.rennemann@ubs.com
thomas.rustici@ubs.com
thomas.saladin@ubs.com
thomas.stocker@ubs.com
thomas.van-der-meulen@ubs.com
thomas.veillet@ubs.com
thomas.viola@ubs.com
thomas.wacker@ubs.com
thomas-georg.hasenboehler@ubs.com
thomas-gerhard.huber@ubs.com
thomas-markus.oesch@ubs.com
thomas-t.butler@ubs.com
thomas-zd.mueller@ubs.com
tiffany.lam@ubs.com
till.bechtolsheimer@ubs.com
tim.gorle@ubs.com
tim.jaenecke@ubs.com
tim.vanklaveren@ubs.com
tim.winstone@ubs.com
timothy.riddell@ubs.com
tina.forssgren@ubs.com
tminor@ubs.com
tobeconfirmed@ubs.com
tobias.schulte@ubs.com
todd-a.greenfield@ubs.com
tom.clarke@ubs.com
tom.hill@ubs.com
tom.sciaranetti@ubs.com
tommy.mueller@ubs.com
tony.kauzlarich@ubs.com
tony-w-a.andersson@ubs.com
travis.schaftenaar@ubs.com
tricia.mendoza@ubs.com
trideep.bhattacharya@ubs.com
trina.yates@ubs.com
trip.shepard@ubs.com
tscott@ubs.com
ulf.schlenker@ubs.com

## Company & Corresponding Email Addresses

ulhas.shenoy@ubs.com
ulrich.niederer@ubs.com
ulrich.sperl@ubs.com
urs.antonioli@ubs.com
urs.beer@ubs.com
urs.keller@ubs.com
urs.schnueriger@ubs.com
urs.schubiger@ubs.com
urs.von-gunten@ubs.com
urs-s.weber@ubs.com
ursula.nitschke@ubs.com
uwe.roehrig@ubs.com
uwe.schillhorn@ubs.com
vadim.moroz@ubs.com
vanessa.brathwaite@ubs.com
vasilios.simantirakis@ubs.com
venkat.badri@ubs.com
venkat.gorantla@ubs.com
vera.kaeppler@ubs.com
veronica.lopez-ibor@ubs.com
veronika.weisser@ubs.com
victoria.engwell@ubs.com
vijay.sharma@ubs.com
vijaya.govindan@ubs.com
vikram.kaura@ubs.com
viktoria.beromelidze@ubs.com
vincent.couson@ubs.com
vincent.duval@ubs.com
vincent.gilles@ubs.com
vincent.kouch@ubs.com
vincent.mistretta@ubs.com
vipul.arora@ubs.com
vish.khasarla@ubs.com
vitor.palazzo@ubs.com
vivian.lin@ubs.com
vivienne.chia@ubs.com
vladimir.demine@ubs.com
volker.zaworka@ubs.com
walter.di-egidio@ubs.com
walter.edelmann@ubs.com
walter.wehrli@ubs.com
warren.zhu@ubs.com
wencheng.chen@ubs.com
werner.ruefenacht@ubs.com
wfurth@ubs.com
wido.mina@ubs.com
william.brown@ubs.com
william.deallaume@ubs.com
william.egli@ubs.com
william.ferri@ubs.com
william.fleury@ubs.com
william.veronda@ubs.com
william.weng@ubs.com
willy.schmassmann@ubs.com

## Company & Corresponding Email Addresses

wilson.au@ubs.com
wilson.lin@ubs.com
xavier.lefranc@ubs.com
xiaoqing.hu@ubs.com
xuebo.liu@ubs.com
yoichi.sannomiya@ubs.com
yves.kissenpfennig@ubs.com
yves.kupferschmid@ubs.com
yves.longchamp@ubs.com
yvonne.goetz@ubs.com
yvonne.thomas@ubs.com
zac.bobolakis@ubs.com
zahiye.yuksel@ubs.com
zain.nizami@ubs.com
zemira.montemarano@ubs.com
zenon.voyiatzis@ubs.com
ziad.boustani@ubs.com
zoe.von-streng@ubs.com

### ubsi-wv

blair.jason@ubsi-wv.com

### ubs-oconnor

aleksandr.eydelman@ubs-oconnor.com
alexander.pasman@ubs-oconnor.com
andrew.wong@ubs-oconnor.com
bernard.ahkong@ubs-oconnor.com
beth.malkosky@ubs-oconnor.com
brian.fitzpatrick@ubs-oconnor.com
cherie.farrell@ubs-oconnor.com
chris.dardanes@ubs-oconnor.com
christian.updyke@ubs-oconnor.com
christopher-j.carlson@ubs-oconnor.com
dan.berkery@ubs-oconnor.com
daniel.murphy@ubs-oconnor.com
david.brumirski@ubs-oconnor.com
david.lau@ubs-oconnor.com
deborah.morrow@ubs-oconnor.com
denis.graeber@ubs-oconnor.com
derek.beckman@ubs-oconnor.com
derek.dabrowski@ubs-oconnor.com
dl-ubsoc-ops-chi@ubs-oconnor.com
ella.matt@ubs-oconnor.com
fred.shultz@ubs-oconnor.com
george.lacosto@ubs-oconnor.com
george.locasto@ubs-oconnor.com
george.zhang@ubs-oconnor.com
gordon.wright@ubs-oconnor.com
james.delmedico@ubs-oconnor.com
james.nicholas@ubs-oconnor.com
james.radke@ubs-oconnor.com
jason.randolph@ubs-oconnor.com
jennifr.pape@ubs-oconnor.com
jeremy.mayes@ubs-oconnor.com
jim.gibbons@ubs-oconnor.com
jim.vanek@ubs-oconnor.com

**Company & Corresponding Email Addresses**

jiqiong.dai@ubs-oconnor.com
joe.reiff@ubs-oconnor.com
john.moore@ubs-oconnor.com
joseph.newell@ubs-oconnor.com
joseph.scoby@ubs-oconnor.com
katrina.winiecki@ubs-oconnor.com
keng-swee.yeo@ubs-oconnor.com
kenneth.harris@ubs-oconnor.com
kevin.bass@ubs-oconnor.com
kong-dong.zheng@ubs-oconnor.com
laura.devlin@ubs-oconnor.com
lucille.volanti@ubs-oconnor.com
mark.imbriano@ubs-oconnor.com
matt.houtsma@ubs-oconnor.com
matthew.parker@ubs-oconnor.com
molly.carl@ubs-oconnor.com
nicholas.nocerino@ubs-oconnor.com
nitish.patel@ubs-oconnor.com
padraig.hassett@ubs-oconnor.com
philip.cohen@ubs-oconnor.com
randy.lynch@ubs-oconnor.com
sally.english@ubs-oconnor.com
scott.fuller@ubs-oconnor.com
scott.kinum@ubs-oconnor.com
t-kiang.tan@ubs-oconnor.com
vily.dardanes@ubs-oconnor.com
will.carpmael@ubs-oconnor.com
william.martin@ubs-oconnor.com
zachary.ziliak@ubs-oconnor.com

**ubspainewebber**

jmosseri@ubspainewebber.com
kspero@ubspainewebber.com

**ubssdic**

sophia.rui@ubssdic.com

**ubsw**

adam.pisarczyk@ubsw.com
amit.valecha@ubsw.com
andrew.hayes@ubsw.com
boris.shir@ubsw.com
brian.burns@ubsw.com
chris.melendes@ubsw.com
claudio.hofer@ubsw.com
cristina.klinger@ubsw.com
daniel.ferraro@ubsw.com
david.greenberg@ubsw.com
david.sotnick@ubsw.com
edward.kyritz@ubsw.com
erik.siegel@ubsw.com
eunice.singh@ubsw.com
ian.harnett@ubsw.com
jay.petit@ubsw.com
jeffrey.sperling@ubsw.com
joakim.slettvoll@ubsw.com
john.cryan@ubsw.com

## Company & Corresponding Email Addresses

john.emanuel@ubsw.com
jose.rovalino@ubsw.com
keith.statfeld@ubsw.com
laurence.lee@ubsw.com
martin.schmid@ubsw.com
meredith.stabile@ubsw.com
michael.stiefel@ubsw.com
michael-g.barnes@ubsw.com
monica.ulrich@ubsw.com
nicolas.boccabella@ubsw.com
omar.namoos@ubsw.com
peter.dorn@ubsw.com
peter-l.harnik@ubsw.com
petra.rihm@ubsw.com
qaiser.waheed@ubsw.com
reto.cantoni@ubsw.com
reto.stadelmann@ubsw.com
richard.hochreutiner@ubsw.com
rob.baretto@ubsw.com
sarah.snyder@ubsw.com
shingmin.lai@ubsw.com
sh-otc-client-service@ubsw.com
silvio.dieterich@ubsw.com
simon.phillips@ubsw.com
steve.ng@ubsw.com
sylvia.dresel-waibel@ubsw.com
thomas.lally@ubsw.com
tim.macek@ubsw.com
vinnie.varca@ubsw.com
wayne.king@ubsw.com

**ubt**
mark.portz@ubt.com
steve.fielder@ubt.com
sue.hartman@ubt.com

**ubz**
u.mueller@ubz.ch

**ucarb**
fitzpajw@ucarb.com

**ucb-group**
arnaud.denis@ucb-group.com
charles.janssen@ucb-group.com
doug.gingerella@ucb-group.com
enrico.bastianelli@ucb-group.com
guy.vandendorpe@ucb-group.com
marc.wiers@ucb-group.com
mohamed.chaoui@ucb-group.com

**ucbi**
jim_hudgins@ucbi.com
mark_mershon@ucbi.com
mitch_bleske@ucbi.com
rcochran@ucbi.com
rex_schuette@ucbi.com

**ucmpartners**
rortiz@ucmpartners.com

## Company & Corresponding Email Addresses

tarmstrong@ucmpartners.com

### ucop

aaron.staines@ucop.edu
alice.yee@ucop.edu
allen.woo@ucop.edu
brett.johnson@ucop.edu
byron.ong@ucop.edu
christine.zhu@ucop.edu
david.russ@ucop.edu
david.schroeder@ucop.edu
duane.gilyot@ucop.edu
ingrid.yang@ucop.edu
jeffrey.heil@ucop.edu
jesse.phillips@ucop.edu
kim.evans@ucop.edu
linda.fried@ucop.edu
marie.berggren@ucop.edu
matt.scoble@ucop.edu
melvin.stanton@ucop.edu
michael.john@ucop.edu
neetesh.kumar@ucop.edu
omar.sanders@ucop.edu
patricia.small@ucop.edu
randolph.wedding@ucop.edu
satish.swamy@ucop.edu
steven.algert@ucop.edu

### uebgroup

alan.mudie@uebgroup.com
alexandre.cherneaux@uebgroup.com
barry.harris@uebgroup.com
bruce.docherty@uebgroup.com
hans.thurnheer@uebgroup.com
reto.frei@uebgroup.com

### uecic

mgrobien@uecic.cicomore.fr
psantucci@uecic.cicomore.fr

### uedayagi

ha.sakai@uedayagi.co.jp

### uef

abasagoiti@uef.es
asanmartin@uef.es
eprieto@uef.es
jatomas@uef.es
jhernandezr@uef.es
jlecubarri@uef.es
jmarrojo@uef.es
jpsanchez@uef.es
svazquezh@uef.es

### ufgam

ffenner@ufgam.com
i.ryabov@ufgam.com
itaran@ufgam.com

### ufj

seth@ufj.com

## Company & Corresponding Email Addresses

### ufjbank

buhei_yoshida@ufjbank.co.jp
greg_ziejewski@ufjbank.co.jp
jean-michel_fatovic@ufjbank.co.jp
joanne_slack@ufjbank.co.jp
shigeru_nobukami@ufjbank.co.jp
shinichi_shindou@ufjbank.co.jp
siew_chiow_walton@ufjbank.co.jp
tarik_hussain@ufjbank.co.jp
yasutaka_furuya@ufjbank.co.jp
yoshinori_akakura@ufjbank.co.jp
yoshiyuki_nishi@ufjbank.co.jp
zsuzsana_degia@ufjbank.co.jp

### ufjbgam

ttaniura@ufjbgam.com

### ufji

bakerm@ufji.com
balintm@ufji.com
bterrell@ufji.com
cgoymer@ufji.com
croberts@ufji.com
daviesm@ufji.com
dgeorge@ufji.com
harknessm@ufji.com
jonesl@ufji.com
keeleyt@ufji.com
martina@ufji.com
molding@ufji.com
odriscollg@ufji.com
pagem@ufji.com
rconnolly@ufji.com
rmiddlehurst@ufji.com
robinsong@ufji.com
sbrown@ufji.com
shatzlstefanis@ufji.com
slamberton@ufji.com
vdavid-robin@ufji.com
weberm@ufji.com

### ufj-partners

ai.fujiwara@ufj-partners.co.jp
akio.takemoto@ufj-partners.co.jp
atsushi.fujino@ufj-partners.co.jp
hiroshi.yokoyama@ufj-partners.co.jp
isao.isoe@ufj-partners.co.jp
issei.kitamura@ufj-partners.co.jp
izumi.yonezawa@ufj-partners.co.jp
katsuhiro.tamura@ufj-partners.co.jp
katsuji.yoshida@ufj-partners.co.jp
keiji.funo@ufj-partners.co.jp
keitaro.kanai@ufj-partners.co.jp
koji.ito@ufj-partners.co.jp
masahiko.maruyama@ufj-partners.co.jp
masanori.iijima@ufj-partners.co.jp
masaru.wada@ufj-partners.co.jp

## Company & Corresponding Email Addresses

masayuki.tsukahara@ufj-partners.co.jp
masayuki.yonezawa@ufj-partners.co.jp
mayumi.irie@ufj-partners.co.jp
naomi.inoue@ufj-partners.co.jp
naoya.tabuchi@ufj-partners.co.jp
noriyuki.kyono@ufj-partners.co.jp
satoru.tanabe@ufj-partners.co.jp
shinichiro.shiraki@ufj-partners.co.jp
shu.irikura@ufj-partners.co.jp
souta.inoue@ufj-partners.co.jp
taichiro.kira@ufj-partners.co.jp
takashi.inagaki@ufj-partners.co.jp
takuya.hiroi@ufj-partners.co.jp
terunobu.kinoshita@ufj-partners.co.jp
tetsuya.hasegawa@ufj-partners.co.jp
tomomitsu.yanaba@ufj-partners.co.jp
toshiaki.mizuno@ufj-partners.co.jp
tsuyoshi.matsumoto@ufj-partners.co.jp
wakako.sano@ufj-partners.co.jp
yasuki.sagara@ufj-partners.co.jp
yasunari.furusawa@ufj-partners.co.jp
yasutoshi.kaneko@ufj-partners.co.jp
yauhiro.nozaki@ufj-partners.co.jp
yoko.muramatsu@ufj-partners.co.jp
yoshikazu.hiranaka@ufj-partners.co.jp
yukiko.suzuki@ufj-partners.co.jp

### ufjtrustbank

h-fukuro@ufjtrustbank.co.jp
hi-oota@ufjtrustbank.co.jp
h-nagai@ufjtrustbank.co.jp
h-shimozato@ufjtrustbank.co.jp
ko-yoshida@ufjtrustbank.co.jp
m-tsuruta@ufjtrustbank.co.jp
nob-shimizu@ufjtrustbank.co.jp
ta-inoue@ufjtrustbank.co.jp
t-shibata@ufjtrustbank.co.jp

### ugls

francis.ambrosi@ugls.com

### ugsl

vincent.molinari@ugsl.com

### uh

pkelleher@uh.edu
rbartlett@uh.edu
warga@uh.edu

### uic

dealingroom@uic.it
rbonanni@uic.it
rvitale@uic.it

### ui-gmbh

andreas.kempter@ui-gmbh.de
andreas.marquardt@ui-gmbh.de
banzhaf@ui-gmbh.de
christian.burzin@ui-gmbh.de
daniel.andemeskel@ui-gmbh.de

**Company & Corresponding Email Addresses**

goetzke@ui-gmbh.de
knauer@ui-gmbh.de
lenk@ui-gmbh.de
markus.pfaff@ui-gmbh.de
mielke@ui-gmbh.de
norbert.vock@ui-gmbh.de
oliver.steck@ui-gmbh.de
pangritz@ui-gmbh.de
pauler@ui-gmbh.de
puschroeder@ui-gmbh.de
quaiser@ui-gmbh.de
stauber@ui-gmbh.de
thomas.lachmann@ui-gmbh.de
udo.klos@ui-gmbh.de
vorbeck@ui-gmbh.de
wedewer@ui-gmbh.de
yang.wang@ui-gmbh.de

**uiuc**

ccloyd@uiuc.edu

**uk**

aalbader@kio.uk.com
aalbuaijan@kio.uk.com
aalshehab@kio.uk.com
aaltammar@kio.uk.com
abakarat@uk.tr.mutg.jp
acarrier@uk.tr.mufg.jp
achristev@kio.uk.com
aholcroft@uk.tr.mufg.jp
ahudson@uk.tr.mufg.jp
akiko.morley@uk.mufg.jp
akira.hoshino@uk.mufg.jp
andrew.jenner@uk.mufg.jp
andrew.montford@uk.mufg.jp
andrew.sutton@uk.mufg.jp
brett.emms@uk.mufg.jp
calonso@uk.tr.mufg.jp
ccareford@kio.uk.com
cloader@kio.uk.com
danderson-bassey@kio.uk.com
daren.lorkin@uk.mufg.jp
david.bourne@uk.mufg.jp
david.r.thomas@uk.mufg.jp
dkrimholtz@uk.tr.mufg.jp
dreinecke@kio.uk.com
dwickham@kio.uk.com
ealrashidi@kio.uk.com
ebergman@kio.uk.com
elodieat@kio.uk.com
ematheson@kio.uk.com
emi.clarke@uk.mufg.jp
emitchell@uk.tr.mufg.jp
esther.gilbert@uk.mufg.jp
fmouhsine@kio.uk.com
gary.hutchings@uk.mufg.jp

**Company & Corresponding Email Addresses**

gavin.grant@uk.dmg.deuba.com
gconner@kio.uk.com
glen.pratt@uk.fid.intl.com
gpang@kio.uk.com
gtedds@kio.uk.com
gwilliams@uk.tr.mufg.jp
hajime.kawada@uk.mufg.jp
halfouzan@kio.uk.com
harry.eyre@uk.mufg.jp
hford@kio.uk.com
hideaki.maehara@uk.mufg.jp
hideo.kazusa@uk.mufg.jp
hiroshi.morioka@uk.mufg.jp
hstirrat@kio.uk.com
ian.davies@uk.mufg.jp
ichiei.kuki@uk.mufg.jp
iodonovan@kio.uk.com
james.lyons@uk.mufg.jp
jburdass@uk.tr.mufg.jp
jmitsubori@uk.tr.mufg.jp
kalmogahwi@kio.uk.com
kazuki_fukunaga@uk.mufg.jp
kazutoshi.tubakihara@uk.mufg.jp
keitaro.furukawa@uk.mufg.jp
kenichi.yoshida@uk.kokusai-am.co.jp
khamadah@kio.uk.com
knakai@uk.tr.mufg.jp
kousaku.nakanishi@uk.mufg.jp
ksato@uk.tr.mufg.jp
luke.carpenter@uk.mufg.jp
makoto.miyazaki@uk.mufg.jp
malasousi@kio.uk.com
malkharafi@kio.uk.com
mark.escott@uk.mufg.jp
mark.walker@uk.mufg.jp
masaaki.miyake@uk.mufg.jp
mbishara@kio.uk.com
mfrost@kio.uk.com
msmith@kio.uk.com
mwatson@kio.uk.com
nalrifai@kio.uk.com
naohiko.hirose@uk.mufg.jp
nobuaki.murayama@uk.kokusai-am.co.jp
nobuho.nanjo@uk.mufg.jp
nryb@uk.tr.mufg.jp
nyuba@uk.tr.mufg.jp
oalquraishi@kio.uk.com
oalsallal@kio.uk.com
pestephane@kio.uk.com
peter.hanrott@uk.mufg.jp
pkyle@kio.uk.com
plangham@kio.uk.com
ptomlin@kio.uk.com
pvithlani@kio.uk.com

## Company & Corresponding Email Addresses

rclarke@kio.uk.com
richard.smithyes@uk.mufg.jp
rlee@uk.tr.mufg.jp
rwisentaner@kio.uk.com
ryo.daido@uk.mufg.jp
salateeqi@kio.uk.com
salothman@kio.uk.com
salsane@kio.uk.com
sarah.gannon@uk.mufg.jp
sez.ulusoy@uk.mufg.jp
sferguson@kio.uk.com
sfujine@uk.tr.mufg.jp
shard@kio.uk.com
shigetake.nakayama@uk.mufg.jp
thomas.fennessey@uk.mufg.jp
tsder@uk.mufg.jp
wabusuud@kio.uk.com
wdawber@uk.tr.mufg.jp
yoshiniobu.onishi@uk.mufg.jp
yoshio.sano@uk.mufg.jp
yoshitaka.satani@uk.mufg.jp
ysuganuma@uk.tr.mufg.jp
yuichiro.tawara@uk.mufg.jp
yumi.kikukawa@uk.mufg.jp

**ukabnamro**
huiberg.boumeester@ukabnamro.com
kevin.neman@ukabnamro.com
pabla.vanheck@ukabnamro.com

**uk-dexia**
choldsworth@uk-dexia.com
iwales@uk-dexia.com
pstiles@uk-dexia.com

**uk-fid-intl**
alex.jones@uk-fid-intl.com
deborah.kearns@uk-fid-intl.com

**ukgateway**
david.renton@ukgateway.net

**ullico**
briley@ullico.com
jdramsta@ullico.com
jlinehan@ullico.com
mpistner@ullico.com

**ulsterbank**
brian.lynch@ulsterbank.com
david.lammas@ulsterbank.com
jim.fox@ulsterbank.com
marguerite.gaffney@ulsterbank.com
niamh.wylie@ulsterbank.com
simon.barry@ulsterbank.com

**ultan**
tad@ultan.net
tago@ultan.net

**ulyss**
joanne_whittier@ulyss.com

**Company & Corresponding Email Addresses**

john_kim@ulyss.com
josh_nash@ulyss.com

**umb**

angel.lupercio@umb.com
anthony.faulkner@umb.com
bonnie.johnson@umb.com
brenda.mcintosh@umb.com
brian.scharf@umb.com
bruce.fernandez@umb.com
charles.heath@umb.com
cheryl.kelley@umb.com
david.holmes@umb.com
deborah.dutoit@umb.com
dirk.richter@umb.com
gary.anderson@umb.com
gary.merrill@umb.com
george.hersh@umb.com
gustavo.magno@umb.com
hanan.levin@umb.com
iwona.murphy@umb.com
james.moffett@umb.com
james.reed@umb.com
james.swindler@umb.com
jason.votruba@umb.com
john.indellicate@umb.com
kathryn.johnson@umb.com
kdavison@umb.com
larry.valencia@umb.com
mark.weber@umb.com
mary.curtis@umb.com
melissa.smith-heath@umb.com
michael.doyle@umb.com
michael.fogarty@umb.com
michael.harold@umb.com
michael.heimlich@umb.com
michael.stack@umb.com
nancy.grasse@umb.com
premal.kadakia@umb.com
richard.campbell@umb.com
richard.talerico@umb.com
robert.weber@umb.com
sanja.milas-hardy@umb.com
sean.ketcherside@umb.com
shelly.ma@umb.com
sherman.pitts@umb.com
steven.vankeirsbilck@umb.com
timothy.burger@umb.com
william.oliver@umb.com
william.reese@umb.com

**umcmortgage**

cahles@umcmortgage.com

**umich**

awend@umich.edu
mdougan@umich.edu

## Company & Corresponding Email Addresses

### umn
c-davy@umn.edu
datse001@umn.edu
mason057@umn.edu
suedb001@umn.edu

### umtb
banain@umtb.co.il
benelizrs@umtb.co.il
ditalj@umtb.co.il
eldadf@umtb.co.il
eliy@umtb.co.il
erlichd@umtb.co.il
finkelsteins@umtb.co.il
katsnelsons@umtb.co.il
leiblea@umtb.co.il
meirz@umtb.co.il
mesikad@umtb.co.il

### umtbusa
nprecel@umtbusa.com

### umwafunds
dmoore@umwafunds.org
gsonies@umwafunds.org
jmogg@umwafunds.org
mmerrill@umwafunds.org

### unb
ahmed.m.kamel@unb.ae
ganesh.h.kaulaskar@unb.co.ae
jaffar.rizvi@unb.ae
mir.a.ali@unb.ae
nadeem.h.lalani@unb.ae
nihal.manamperi@unb.ae
omeir.jilani@unb.ae
qamar.a.abbasi@unb.ae
sherif.nabih@unb.ae
suroor.khalife@unb.ae
tom@unb.com
zafar.i.rizvi@unb.ae

### unbmountcarmel
svisloskie@unbmountcarmel.com

### unc
terence@unc.ae

### uncb
ktucker@uncb.com
rbitner@uncb.com

### u-net
stockex@cis.u-net.com

### unfcu
csullivan@unfcu.com
mvillamin@unfcu.com
poneill@unfcu.com
rcolavecchio@unfcu.com
vkulkarni@unfcu.com
yadams@unfcu.com

### unibail

## Company & Corresponding Email Addresses

julie.fagart@unibail.fr
marketnews@unibail.fr

### unibail-rodamco
anne-sophie.sancerre@unibail-rodamco.com
marguerite.decanecaude@unibail-rodamco.com

### unibanca
ercolepolloni@unibanca.it
marinacacchi@unibanca.it

### unibanco
bruno.magalhaes@unibanco.com
rodrigo.rocha@unibanco.com

### unibank
ajens@unibank.dk
bknud@unibank.dk
boan@unibank.dk
boste@unibank.dk
cvest@unibank.dk
hebr@unibank.dk
hepe@unibank.dk
jasa@unibank.dk
jhon@unibank.lu
mkofo@unibank.dk
obech@unibank.dk
palle.hansen@unibank.dk
rubyl@unibank.dk
svejg@unibank.dk

### unicapital
albert.ng@unicapital.com.hk
chanik.park@unicapital.com.hk
sanjiv.garg@unicapital.com.hk

### unicredit
adriano.capellini@unicredit.it
alberto.riva@unicredit.it
andrea.laruccia@unicredit.it
antonella.massari@unicredit.it
claudio.volpi@unicredit.it
elena.tonti@unicredit.it
gabriele.simonetti@unicredit.it
lamberto.giusti@unicredit.it
lucio.picca@unicredit.it
luigi.parrilla@unicredit.it
marinella.bottoni@unicredit.it
marta.campriani@unicredit.it
martin.hicks@unicredit.it
massimo.cotella@unicredit.it
mirco.brisighelli@unicredit.it
orazio.tarda@unicredit.it
ranieri.demarchis@unicredit.it
roberto.volpato@unicredit.it

### unicreditgrop
wojciech.mazurkiewicz@unicreditgrop.co.uk

### unicreditgroup
alexander.kohberger@unicreditgroup.at
alfred.deutsch@unicreditgroup.at

## Company & Corresponding Email Addresses

barbara.meyler@unicreditgroup.at
carlo.gaudente@unicreditgroup.eu
dennis.rada@unicreditgroup.de
domenico.sabadini@unicreditgroup.de
erich.draxler@unicreditgroup.at
erik.haubold@unicreditgroup.de
georg.kopecek@unicreditgroup.at
gerald.gromann@unicreditgroup.at
gerhard.narbeshuber@unicreditgroup.at
gerold.pum@unicreditgroup.at
giuseppe.rapisarda@unicreditgroup.eu
gunther.adam@unicreditgroup.at
harald.schlick@unicreditgroup.at
janchristoph.gebhardt@unicreditgroup.at
katharina.schmid@unicreditgroup.de
lionel.bignone@unicreditgroup.co.uk
marco.pavoni@unicreditgroup.eu
marion.khueny@unicreditgroup.de
martin.christ@unicreditgroup.at
martin.tuch@unicreditgroup.de
michael.bitton@unicreditgroup.co.uk
nurselin.camlibel@unicreditgroup.de
peter.etzrodt@unicreditgroup.de
robert.blumensaat@unicreditgroup.at
victoria.vonaretin@unicreditgroup.de

### unigestion

aprudent@unigestion.com
btaillardat@unigestion.com
caschenbrenner@unigestion.com
ebague@unigestion.com
echampenois@unigestion.com
ffradin@unigestion.com
ffrick@unigestion.com
jfclement@unigestion.com
mpagetgoy@unigestion.com
nmessing@unigestion.com
oaeschlimann@unigestion.com
pbonart@unigestion.com
podonnet@unigestion.com
vagarwal@unigestion.com

### unilever

arno.blezer@unilever.com
ben.rijff@unilever.com
danny-van.wijk@unilever.com
debbie.guddens@unilever.com
hans.engelhard@unilever.com
jaimie.lowe@unilever.com
jan.jansens@unilever.com
manon.hazelhof@unilever.com
martin.sanders@unilever.com
nichola.griffiths@unilever.com
paul-van.hastenberg@unilever.com

### unilver

rob.clement@unilver.com

## Company & Corresponding Email Addresses

### unims
afelli@unims.org

### unionbankph
mrbengson@unionbankph.com
rjempalmado@unionbankph.com
tintin@unionbankph.com
vbv@unionbankph.com

### union-invest
bfeldhaus@union-invest.de
jkellersmann@union-invest.de

### union-investment
aengel@union-investment.de
afagenzer@union-investment.de
akoettner@union-investment.de
alexander.karpov@union-investment.de
alexander.ohl@union-investment.de
alexander.wagner@union-investment.de
alexandra.annecke@union-investment.de
amikus@union-investment.de
ande.stagge@union-investment.de
andre.koettner@union-investment.de
andreas.brandt@union-investment.de
andreas.mark@union-investment.de
andreas.spitzhuettl@union-investment.de
aposthoff@union-investment.de
armin.ingerl@union-investment.de
aschneider@union-investment.de
aschubert@union-investment.de
axel.brosey@union-investment.de
axel.degen@union-investment.de
barbara.pohlmann@union-investment.de
beberhardt@union-investment.de
bernd.gentemann@union-investment.de
bernd.schroeder@union-investment.de
bheiss@union-investment.de
bjoern.strauss@union-investment.de
bodo.schimpfermann@union-investment.de
boris.schakowski@union-investment.de
carsten.hilck@union-investment.de
cfeth@union-investment.de
christian.gaertner@union-investment.de
christoph.niesel@union-investment.de
cwojcik@union-investment.de
david.milleker@union-investment.de
dieter.konrad@union-investment.de
dieter.schwarz@union-investment.de
dirk.rybarczyk@union-investment.de
dmitri.barinov@union-investment.de
drauch@union-investment.de
eicke.reneerkens@union-investment.de
ekaterina.iliouchenko@union-investment.de
eknobelspiess@union-investment.de
elena.ginsburg@union-investment.de
elke.schoeppl@union-investment.de

**Company & Corresponding Email Addresses**

ewerner@union-investment.de
fabel@union-investment.de
fehrich@union-investment.de
ffeldmann@union-investment.de
ffreund@union-investment.de
florian.leipacher2@union-investment.de
frank.engels@union-investment.de
frank.thormann@union-investment.de
frank.wiederhold@union-investment.de
grantyun.cheng@union-investment.de
gujost@union-investment.de
gunther.kramert@union-investment.de
hakem.saidi@union-investment.de
hannah.cunliffe@union-investment.de
hans.hoelzl@union-investment.de
hansjoachim.koenig@union-investment.de
hansjoerg.walther@union-investment.de
harald.lohre@union-investment.de
hartmut.leibrock@union-investment.de
helen.windischbauer@union-investment.de
helmut.hipper@union-investment.de
hfriedrich@union-investment.de
hhorz@union-investment.de
holger.risse@union-investment.de
ilga.haubelt@union-investment.de
ingo.speich@union-investment.de
jan.zimmermann@union-investment.de
jens.berkenhagen@union-investment.de
jens.hansen@union-investment.de
joachim.buddendick@union-investment.de
joanna.gloeggler@union-investment.de
jochen.guessow@union-investment.de
joerg.boysen@union-investment.de
joerg.schaefer@union-investment.de
joerg.schneider@union-investment.de
joern.spillman@union-investment.de
john.mcmanus@union-investment.de
jschmidt@union-investment.de
juergen.hackenberg@union-investment.de
juergen.schillinger@union-investment.de
jvogler@union-investment.de
jwarncke@union-investment.de
jwilhelm@union-investment.de
jwuest@union-investment.de
kitty.schoenstedt@union-investment.de
lilianna.kielbik@union-investment.de
lorena.vinueza@union-investment.de
luca.paolini@union-investment.de
marco.salcoacci@union-investment.de
marek.koch@union-investment.de
markus.brechtmann@union-investment.de
markus.manns@union-investment.de
markus.walchshofer@union-investment.de
martin.hrdina@union-investment.de

**Company & Corresponding Email Addresses**

matthias.luetzen@union-investment.de
max.holzer@union-investment.de
mbrechtmann@union-investment.de
mhellingrath@union-investment.de
michael.flaschka@union-investment.de
michael.gierse@union-investment.de
michael.herzum@union-investment.de
michael.muders@union-investment.de
michael.mueller2@union-investment.de
michael.nipp@union-investment.de
michael.schiller@union-investment.de
mkieswetter@union-investment.de
mkrahwinkel@union-investment.de
mmarinov@union-investment.de
monika.friedl@union-investment.de
mschaub@union-investment.de
norbert.faller@union-investment.de
normen.fritz@union-investment.de
patrick.schmidt@union-investment.de
patryk.jablonowski@union-investment.de
peter.albrecht@union-investment.de
peter.hitzler-spital@union-investment.de
peter.schottmueller@union-investment.de
phanau@union-investment.de
pkohlmann@union-investment.de
ralf.boeckel@union-investment.de
ralf.branda@union-investment.de
rboettner@union-investment.de
reiner.kloecker@union-investment.de
rene.przyborowsky@union-investment.de
rginsberg@union-investment.de
rkerth@union-investment.de
robert.volk@union-investment.de
robin.stemann@union-investment.de
rouven.koelmel@union-investment.de
rruchay@union-investment.de
sebastian.rohm@union-investment.de
sebastien.buch@union-investment.de
sergey.dergachev@union-investment.de
sergio.macias@union-investment.de
shirschbrich@union-investment.de
silvia.kronawitter@union-investment.de
skramer@union-investment.de
ssauerschell@union-investment.de
stefan.brugger@union-investment.de
stefan.steinberger@union-investment.de
stefan.thomsen@union-investment.de
stefanie.strabel@union-investment.de
stephan.ertz@union-investment.de
sven.hoelzer@union-investment.de
sweiss@union-investment.de
tafflerbach@union-investment.de
tbossert@union-investment.de
thomas.joekel@union-investment.de

## Company & Corresponding Email Addresses

thorsten.neumann@union-investment.de
thschneider@union-investment.de
tmoeller@union-investment.de
torsten.zenner@union-investment.de
upallasch@union-investment.de
uschuh@union-investment.de
ute.rosen@union-investment.de
uwe.wiedl@union-investment.de
vanessa.beck@union-investment.de
vdiehl@union-investment.de
wassili.papas@union-investment.de
wkirsten@union-investment.de
wsiegler@union-investment.de
yvonne.lange@union-investment.de

**union-investments**
fstrei@union-investments.de

**union-panagora**
andre.guenther@union-panagora.de
archontakis@union-panagora.de
christian.wilde@union-panagora.de
cord.brannolte@union-panagora.de
daniel.linzmeier@union-panagora.de
harald.henke@union-panagora.de
helmut.paulus@union-panagora.de
joerg.oswald@union-panagora.de
oliver.murschall@union-panagora.de
rocio.muniz@union-panagora.de
sascha.mergner@union-panagora.de
soenke.steinert@union-panagora.de
soeren.steinert@union-panagora.de
stefan.klein@union-panagora.de
thomas.kieselstein@union-panagora.de
thorsten.muff@union-panagora.de
tobias.stein@union-panagora.de
volker.floegel@union-panagora.de

**uniqa**
markus.klug@uniqa.at

**unisfair**
david.lerner@unisfair.com

**unisys**
david.burnley@unisys.com
kevin.coleman@unisys.com

**unitel**
femba@unitel.co.kr
jlee22@unitel.co.kr
seasee@unitel.co.kr
ultrayy@unitel.co.kr

**unitymgmt**
sworth@unitymgmt.com

**university-lending**
jphipps@university-lending.com

**universoservizi**
antonio.tomaselli@universoservizi.com

**univest**

**Company & Corresponding Email Addresses**

rushp@univest.net

**unknown**

tba@unknown.com
unknowm@unknown.com
unknown@unknown.com
unknowns@unknown.com

**unocal**

ctlasgs@uclhq.unocal.com

**unum**

bbateman@unum.com
bmiller@unum.com
bvance@unum.com
mbarnett2@unum.com
tawhite@unum.com
wleinberger@unum.com

**unumprovident**

bbrant@unumprovident.com
bcollins@unumprovident.com
bgilbert@unumprovident.com
bmtaylor@unumprovident.com
bstutts@unumprovident.com
dfussell@unumprovident.com
dsmith@unumprovident.com
egriffith@unumprovident.com
fnewtonjr@unumprovident.com
jbwagnon@unumprovident.com
jfpowell@unumprovident.com
jparker@unumprovident.com
jsuber@unumprovident.com
kbell@unumprovident.com
kboston@unumprovident.com
kmorris@unumprovident.com
lbrown@unumprovident.com
lfinlay@unumprovident.com
lherdle@unumprovident.com
lhuse@unumprovident.com
mcraven@unumprovident.com
mshen@unumprovident.com
mtsanders@unumprovident.com
mupdegraff@unumprovident.com
mvenkatesan@unumprovident.com
psatterfield@unumprovident.com
rbarry@unumprovident.com
rcarroll@unumprovident.com
rhensley@unumprovident.com
rlockerman@unumprovident.com
rlonic@unumprovident.com
sbuchanan@unumprovident.com
smunson@unumprovident.com
snbrown@unumprovident.com
thoye@unumprovident.com
vwaddell@unumprovident.com

**uobam**

chutipon.aus@uobam.co.th

| Company & Corresponding Email Addresses |
|---|

**uobgroup**

adrienne.gohsl@uobgroup.com
albert.gohyc@uobgroup.com
andrea.leongyh@uobgroup.com
andrea.leougyh@uobgroup.com
andy.eesy@uobgroup.com
belin.ngse@uobgroup.com
boh.huiling@uobgroup.com
chia.tsechern@uobgroup.com
chong.jiunyeh@uobgroup.com
choong.leeming@uobgroup.com
colin.ngck@uobgroup.com
daniel.limkb@uobgroup.com
david.ngwy@uobgroup.com
deng.jiewen@uobgroup.com
dennis.siewtk@uobgroup.com
dharmo.soejanto@uobgroup.com
edmund.onghk@uobgroup.com
elgin.tingst@uobgroup.com
evelyn.ongky@uobgroup.com
fong.waicheong@uobgroup.com
frederick.wongpy@uobgroup.com
freida.tayhk@uobgroup.com
genevieve.taytt@uobgroup.com
gerard.teoky@uobgroup.com
gilbert.ongtc@uobgroup.com
goh.sansan@uobgroup.com
goh.soomay@uobgroup.com
goh.yumin@uobgroup.com
grace.yeoph@uobgroup.com
gunawan.wijaya@uobgroup.com
ho.yewweng@uobgroup.com
huimin.ng@uobgroup.com
imran.khan@uobgroup.com
jacqueline.mok@uobgroup.com
james.liewcs@uobgroup.com
jason.rosendhal@uobgroup.com
joanne.lauch@uobgroup.com
john.doyle@uobgroup.com
jolene.seetohsa@uobgroup.com
joyce.tanml@uobgroup.com
judith.oliver@uobgroup.com
kerrine.kohps@uobgroup.com
koh.hweefong@uobgroup.com
koh.sweenguan@uobgroup.com
leona.tansh@uobgroup.com
leong.mae-e@uobgroup.com
lim.leengoh@uobgroup.com
lim.suetling@uobgroup.com
lim.su-wen@uobgroup.com
lim.yeechoon@uobgroup.com
low.hanseng@uobgroup.com
magdalene.chuahl@uobgroup.com
mark.tanky@uobgroup.com

**Company & Corresponding Email Addresses**

matthew.limbk@uobgroup.com
melvin.leepc@uobgroup.com
michael.liuwf@uobgroup.com
nah.chiewming@uobgroup.com
nancy.sheng@uobgroup.com
nishish.doshi@uobgroup.com
norman.wukm@uobgroup.com
oeij.yuansiang@uobgroup.com
ooi.guattin@uobgroup.com
paul.cheonghl@uobgroup.com
paul.sugandi@uobgroup.com
rachel.onghy@uobgroup.com
rayner.woohl@uobgroup.com
rebecca.leesy@uobgroup.com
rodney.ungsg@uobgroup.com
shay.pangkh@uobgroup.com
simon.tanwk@uobgroup.com
simon.yangyq@uobgroup.com
stephanie.limpc@uobgroup.com
stephanie.loyxh@uobgroup.com
steven.kohwk@uobgroup.com
tam.kwokfun@uobgroup.com
tan.jweechye@uobgroup.com
tan.yanteck@uobgroup.com
tay.tongpoh@uobgroup.com
teo.hiangboon@uobgroup.com
teo.monkean@uobgroup.com
terence.tanbh@uobgroup.com
thean.hweimei@uobgroup.com
thio.boonkiat@uobgroup.com
tng.kweelian@uobgroup.com
toh.sweehuat@uobgroup.com
uamsic@uobgroup.com
victor.wongky@uobgroup.com
violet.sohbm@uobgroup.com
wang.hoimin@uobgroup.com
wee.tzeming@uobgroup.com
wong.annderk@uobgroup.com
wong.kwongyew@uobgroup.com
wong.soontong@uobgroup.com
yip.sheekeen@uobgroup.com

**uob-oskam**

sufoo@uob-oskam.co.my

**up**

crwalters@up.com
jhamann@up.com
mpbendon@up.com
spmele@up.com

**upamc**

may53@upamc.com.tw
peiyitsai@upamc.com.tw
simonchao@upamc.com.tw

**upbna**

benjamin.rawlins@upbna.com

## Company & Corresponding Email Addresses

chuck.simmers@upbna.com
dennis.whittaker@upbna.com
joe.panessa@upbna.com
john.crawford@upbna.com

### update

update@update.com

### ups

adolny@ups.com
bdykes@ups.com
bhaislip@ups.com
bziolo@ups.com
daxelson@ups.com
eur1adl@europe.ups.com
eur1jxd@europe.ups.com
eur1sjf@europe.ups.com
gbarth@ups.com
gskelley@ups.com
jmcmahan@ups.com
jpowers@ups.com
kkuehn@ups.com
lhillman@ups.com
lisaknudsen@ups.com
mark.vale@ups.com
mculloty@ups.com
mjones9@ups.com
mroper@ups.com
parv.gill@europe.ups.com
peter.dunstan@europe.ups.com
rbotoff@ups.com
rchang@ups.com
rgasway@ups.com
sfowler@ups.com
stuartjones@ups.com

### url

daniel_chang@ms77.url.com.tw

### us

aadvis@us.mufg.jp
aarlotta@us.tr.mufg.jp
adessie@us.mufg.jp
adizon@us.mufg.jp
adon@us.mufg.jp
agiller@us.mufg.jp
amori@us.mufg.jp
bchin@us.tr.mufg.jp
bdunn@us.mufg.jp
bsnyder@us.mufg.jp
cbonaparte@us.mufg.jp
ccamisa@us.mufg.jp
cchegren@us.mufg.jp
cdelauro@us.mufg.jp
cdroussiotis@us.mufg.jp
cfrancavilla@us.mufg.jp
chchen@us.mufg.jp
christopher.h.stanley@us.hsbc.om

**Company & Corresponding Email Addresses**

crodriguez@us.mufg.jp
cstewart@us.mufg.jp
ctsang@us.mufg.jp
cwoolford@us.mufg.jp
dejima@us.mufg.jp
eoka@us.tr.mufg.jp
epollish@us.mufg.jp
ewhite@us.tr.mufg.jp
fiwasa@us.mufg.jp
gengland@us.mufg.jp
gmule@us.mufg.jp
gstewart@us.mufg.jp
hasamura@us.mufg.jp
hkambara@us.mufg.jp
hzimmermann@us.mufg.jp
jbrown@us.mufg.jp
jcarlos@us.mufg.jp
jfeeney@us.mufg.jp
jjeffers@us.mufg.jp
jjoyner@us.tr.mufg.jp
jleffler@us.mufg.jp
jmak@us.mufg.jp
jmillar@us.mufg.jp
jtazawa@us.mufg.jp
julee@us.mufg.jp
jyeager@us.mufg.jp
kbrinkman@us.mufg.jp
kcheng@us.mufg.jp
kgouda@us.mufg.jp
kkubo@us.mufg.jp
kmcgroary@us.mufg.jp
komori@us.mufg.jp
ktada@us.mufg.jp
lelkins@us.mufg.jp
lfoale@us.mufg.jp
lkim@us.mufg.jp
ltam@us.mufg.jp
mcoseo@us.mufg.jp
mcourtney@us.mufg.jp
mfalkner@us.mufg.jp
mferradas@us.mufg.jp
mgarfinkel@us.mufg.jp
mishii@us.mufg.jp
mmack@us.mufg.jp
mmarron@us.mufg.jp
mmcallister@us.tr.mufg.jp
mnoguchi@us.mufg.jp
mpalmeri@us.mufg.jp
mrini@us.mufg.jp
msaito@us.mufg.jp
msolis@us.mufg.jp
msullivan@us.mufg.jp
mtakagi@us.mufg.jp
myabe@us.tr.mufg.jp

**Company & Corresponding Email Addresses**

mzion@us.mufg.jp
nbattista@us.mufg.jp
nharima@us.mufg.jp
nokusawa@us.tr.mufg.jp
nsaffra@us.mufg.jp
pdonnelly@us.mufg.jp
pmullen@us.mufg.jp
pshah@us.mufg.jp
rbohner@us.mufg.jp
rdeonarain@us.mufg.jp
rfretz@us.mufg.jp
rfunes@us.mufg.jp
rkay@us.mufg.jp
rtoyoshima@us.mufg.jp
scarvo@us.mufg.jp
sharrison@us.mufg.jp
soconnell@us.mufg.jp
sross@us.tr.mufg.jp
sschaffer@us.mufg.jp
ssmall@us.mufg.jp
tdearth@us.mufg.jp
thussain@us.mufg.jp
tiino@us.mufg.jp
tochiai@us.tr.mufg.jp
tso@us.mufg.jp
ttsuyuzaki@us.mufg.jp
tyakuwa@us.tr.mufg.jp
vadams@us.mufg.jp
wosada@us.mufg.jp
yakakura@us.mufg.jp
yfang@us.mufg.jp
yfuruya@us.mufg.jp
yyamamoto@us.mufg.jp

**usa**

alanhrice@usa.net
andreas.wuerfel@usa.telekom.de
deancummings@usa.net
nils.paellmann@usa.telekom.de
richard_li@usa.net
semimartingale@usa.net
spongyt@usa.redcross.org
streeterd@usa.redcross.org
t.higuchi@usa.net

**usaa**

andrew.jenkins@usaa.com
anthony.era@usaa.com
arnold.espe@usaa.com
bernie.williams@usaa.com
bob.iverson@usaa.com
bob.sitko@usaa.com
brianw.smith@usaa.com
cliff.gladson@usaa.com
cody.perkins@usaa.com
dale.hoffmann@usaa.com

**Company & Corresponding Email Addresses**

dan.denbow@usaa.com
daniel.leimbach@usaa.com
darrell.deming@usaa.com
david.terris@usaa.com
diana.kellerman@usaa.com
diane.tobin@usaa.com
didi.weinblatt@usaa.com
don.schulze@usaa.com
donna.baggerly@usaa.com
douglas.rollwitz@usaa.com
douglas.ward@usaa.com
edwin.mcquiston@usaa.com
eileen.dodds@usaa.com
erin.mccoig@usaa.com
hal.candland@usaa.com
jason.bryan@usaa.com
john.camacho@usaa.com
john.spear@usaa.com
judi.kosub@usaa.com
julianne.bass@usaa.com
kelli.leffingwell@usaa.com
kevin.kaase@usaa.com
kevin.moore@usaa.com
kevin1.kelly@usaa.com
kirk.lobb@usaa.com
lisa.alexander@usaa.com
marianne.gerber@usaa.com
mark.oetinger@usaa.com
matthew.freund@usaa.com
maya.chapa@usaa.com
michael.bunting@usaa.com
neal.graves@usaa.com
oleg.maximov@usaa.com
patti.bradshaw@usaa.com
paul.salniker@usaa.com
paul.sandhu@usaa.com
peter.boardman@usaa.com
regina.shafer@usaa.com
richard.kimball@usaa.com
robert.landry@usaa.com
robert.pariseau@usaa.com
robert.urban@usaa.com
roger.price@usaa.com
ronald.sweet@usaa.com
ryan.beach@usaa.com
sarah.wilson@usaa.com
scott.glover@usaa.com
susan.lay@usaa.com
tim.reynolds@usaa.com
trae.willoughby@usaa.com
wasif.latif@usaa.com
yolanda.zamora@usaa.com

**usabancshares**

jcp@usabancshares.com

## Company & Corresponding Email Addresses

machonddjm@usabancshares.com

### usagbank

john.graves@usagbank.com

### usbank

aaron.mcbroom@usbank.com
allen.steinkopf@usbank.com
andrea.murdock@usbank.com
andrew.adams@usbank.com
andrew.mcdonald@usbank.com
andrew.obrien@usbank.com
andrew.p.haas@usbank.com
ann.vazquez@usbank.com
anthony.burger@usbank.com
ash.stoesz@usbank.com
asitha.sandanayake@usbank.com
barrett.cooke@usbank.com
becky.villeneuve@usbank.com
benjamin.stone@usbank.com
beth.carrington@usbank.com
bri.douglas@usbank.com
bruce.knutson@usbank.com
bruce.salvog@usbank.com
catherine.fischer@usbank.com
chris.neuharth@usbank.com
christina.loutsch@usbank.com
christopher.doering@usbank.com
christopher.drahn@usbank.com
christopher.engel@usbank.com
christopher.thornton@usbank.com
cori.krebs@usbank.com
corina.bunu@usbank.com
dana.johanson@usbank.com
daniel.spiller@usbank.com
daniel.stanley@usbank.com
danko.turic@usbank.com
darin.k.montgomery@usbank.com
daryl.bible@usbank.com
david.cline@usbank.com
david.jeppson@usbank.com
david.moffett@usbank.com
davidf.johnson@usbank.com
dawn.brandhagen@usbank.com
deanne.phillips@usbank.com
derek.bloom@usbank.com
don.keller@usbank.com
doug.ebner@usbank.com
doug.harris@usbank.com
douglas.hedberg@usbank.com
douglas.wagner@usbank.com
dustin.mayer@usbank.com
edward.kachinski@usbank.com
elisabeth.creighton@usbank.com
ellen.suchar@usbank.com
emil.busse@usbank.com

**Company & Corresponding Email Addresses**

emmanouil.pytikakis@usbank.com
gregory.evansky@usbank.com
gregory.hanson@usbank.com
gregory.park@usbank.com
heidi.stevens@usbank.com
helenitsa.mentavlos@usbank.com
james.palmer@usbank.com
james.sias@usbank.com
jan.meyer@usbank.com
jason.danen@usbank.com
jason.obrien@usbank.com
jay.rosenberg@usbank.com
jeanne.redelius@usbank.com
jeffery.keys@usbank.com
jeffrey.ebert@usbank.com
jeffrey.plotnik@usbank.com
jill.ling@usbank.com
jim.arnold@usbank.com
joan.calott@usbank.com
joe.kuschke@usbank.com
joe.neuberger@usbank.com
john.dikeman@usbank.com
john.stern@usbank.com
john.wenker@usbank.com
jon.loth@usbank.com
jose.rodriguez1@usbank.com
joseph.belew@usbank.com
joseph.holinka@usbank.com
joseph.tessmer1@usbank.com
joseph.ulrey@usbank.com
joshua.overholt@usbank.com
juanita_morales@usbank.com
judith.murphy@usbank.com
judy.varnado@usbank.com
karen.bowie@usbank.com
kari.nestaval@usbank.com
karin.andreen@usbank.com
katherine.k.miller@usbank.com
kathleen.heltemes@usbank.com
keith.hembre@usbank.com
kelly.carlson1@usbank.com
ken.kauffman@usbank.com
kenneth.nelson@usbank.com
kevin.storm@usbank.com
lawrence.backes@usbank.com
lois.psuik@usbank.com
lori.snow@usbank.com
magda.kmiecik@usbank.com
marcia.ryder@usbank.com
marijo.goldstein@usbank.com
mark.gierach@usbank.com
mark.green@usbank.com
mark.jordahl@usbank.com
mark.traster@usbank.com

**Company & Corresponding Email Addresses**

matthew.corbett@usbank.com
michael.burke@usbank.com
michael.hamilton@usbank.com
michael.shattuck@usbank.com
michael.stelzer@usbank.com
michael.welle@usbank.com
michael.wilkerson@usbank.com
mike.j.smith@usbank.com
monica.murray@usbank.com
nancy.olsen@usbank.com
nancy.wiser@usbank.com
natasha.olivia@usbank.com
nicholas.h.luzecky@usbank.com
nicholas.negrini@usbank.com
omaira.krueger@usbank.com
pamela.coleman@usbank.com
patricia.dawson2@usbank.com
patricia.schrandt@usbank.com
patrick.mcsweeney@usbank.com
paul.scofield@usbank.com
peter.kline@usbank.com
phil.melville@usbank.com
robert.barrett@usbank.com
robert.eyre@usbank.com
robert.kocur@usbank.com
robin.rettschlag@usbank.com
ruth.mattson@usbank.com
ryan.bernardi@usbank.com
sandra.zerbo@usbank.com
scott.cullen@usbank.com
sean.mcleod@usbank.com
shaista.tajamal@usbank.com
stephanie.kay@usbank.com
stephen.meyer@usbank.com
tammy.bauer@usbank.com
tas.keval@usbank.com
thomas.kuhlmann@usbank.com
tim.russell@usbank.com
timothy.crandall@usbank.com
todd.schwartz@usbank.com
tom.palzewicz@usbank.com
troy.huff@usbank.com
vaida.tautvaisaite@usbank.com
victoria.dehn@usbank.com
vivian.whiteley@usbank.com
walter.dewey@usbank.com
william.schmidt@usbank.com
yan.luo@usbank.com
yan.tang@usbank.com
yun.lan@usbank.com

**usc**

hamao@usc.edu
ndeguzma@usc.edu

**uscentral**

**Company & Corresponding Email Addresses**

bshelton@uscentral.org
bshulman@uscentral.org
bthomas@uscentral.org
cloveless@uscentral.org
ddickens@uscentral.org
dedington@uscentral.org
dfilby@uscentral.org
dkempen@uscentral.org
dlee@uscentral.org
gmoore@uscentral.org
jcox@uscentral.org
kbrick@uscentral.org
khatfield@uscentral.org
lpartridge@uscentral.org
phidaka@uscentral.org
rglenny@uscentral.org
scarrithers@uscentral.org
sjones@uscentral.org

**usg**
kmcging@usg.com

**usinor**
jean-louis.marchand@usinor.com
thierry.royer@usinor.com

**usnh**
edmund.harvey@usnh.edu

**uss**
aewheaton@uss.com
afereday@uss.co.uk
amccarthy@uss.co.uk
asmith@uss.co.uk
bcarol@uss.com
blevenstein@uss.co.uk
cpratt@uss.co.uk
dfrank@uss.co.uk
efernando@uss.co.uk
efguna@uss.com
esandstedt@uss.co.uk
gaglynn@uss.com
gdwedell@uss.com
grhaggarty@uss.com
hreid@uss.co.uk
hvmamelak@uss.com
jdann@uss.co.uk
jfletche@uss.co.uk
jhayward@uss.co.uk
jralward@uss.com
jturner@uss.co.uk
kmstults@uss.com
lgclark@uss.com
mclark@uss.co.uk
mjhosler@uss.com
nbasten@uss.co.uk
nkissack@uss.co.uk
nlandell-mills@uss.co.uk

## Company & Corresponding Email Addresses

pagylfe@uss.com
rafink@uss.com
rafisher@uss.com
rrathour@uss.co.uk
rrees@uss.co.uk
rsedwards@uss.com
rwsnyder@uss.com
tghadially@uss.co.uk
tjmcglinn@uss.com
wdonovan@uss.com
wlow@uss.co.uk

### ussocgen

dan.kramer@ussocgen.com

### ustrust

abaldassare@ustrust.com
adam_moss@ustrust.com
adela_sanchez@ustrust.com
alan_burnette@ustrust.com
albert_choi@ustrust.com
alejandro.a.gomez@ustrust.com
alex_kopelevich@ustrust.com
alexander.stock@ustrust.com
allison_kellog@ustrust.com
allison_kvikstad@ustrust.com
amber_knighten@ustrust.com
amelia.hopkins@ustrust.com
amy_kong@ustrust.com
amy_sahler@ustrust.com
andrew.gautier@ustrust.com
andrew_kosche@ustrust.com
anita_johal@ustrust.com
anne_spaulding@ustrust.com
anthony_monforton@ustrust.com
anthony_scherrer@ustrust.com
apowers@ustrust.com
aratcliffe@ustrust.com
arthur_greenspon@ustrust.com
ashish_shrivastava@ustrust.com
bdirubbio@ustrust.com
ben_tanen@ustrust.com
benjamin_garfield@ustrust.com
benjamin_lathrop@ustrust.com
bhurt@ustrust.com
bill_shealy@ustrust.com
bill_vaughn@ustrust.com
brett_berry@ustrust.com
brian_fitzgerald@ustrust.com
brian_fry@ustrust.com
brian_kobuszewski@ustrust.com
bruce_elwell@ustrust.com
bruno_fellin@ustrust.com
btavel@ustrust.com
btien@ustrust.com
bwalker@ustrust.com

**Company & Corresponding Email Addresses**

caleb_david@ustrust.com
cansbro@ustrust.com
carl_henke@ustrust.com
carmen_s_diaz@ustrust.com
cathy_yau@ustrust.com
cbhalla@ustrust.com
ccarilli@ustrust.com
charles_cullen@ustrust.com
charles_grosvenor@ustrust.com
charles_wert@ustrust.com
cheryl_curtin@ustrust.com
cheryl_maclachlan@ustrust.com
chris_fittin@ustrust.com
christine_macnally@ustrust.com
christine_wallace@ustrust.com
christopher_hyzy@ustrust.com
christopher_kavanagh@ustrust.com
christopher_scheper@ustrust.com
cryan@ustrust.com
curt_fintel@ustrust.com
daniel_cunningham@ustrust.com
daniel_gould@ustrust.com
daniel_payne@ustrust.com
daniel_williams@ustrust.com
dave_drew@ustrust.com
dave_ross@ustrust.com
david_fryer@ustrust.com
david_glennon@ustrust.com
david_schwartzman@ustrust.com
david_strenz@ustrust.com
deb_vargo@ustrust.com
deborah_bailey@ustrust.com
deborah_koplick@ustrust.com
deborah_newcomb@ustrust.com
debra_barnard@ustrust.com
debra_ivey@ustrust.com
delefson@ustrust.com
dennis_ott@ustrust.com
diane_jurcik@ustrust.com
dina_mastrangelo@ustrust.com
dlinehan@ustrust.com
donald_spelman@ustrust.com
dpyle@ustrust.com
drichie@ustrust.com
durraj_tase@ustrust.com
ecassidy@ustrust.com
edward_glesmannjr@ustrust.com
edward_reilly@ustrust.com
elisabeth_schwan@ustrust.com
elizabeth_cady@ustrust.com
elizabeth_collins@ustrust.com
emily_shei-sadiq@ustrust.com
eric_blake@ustrust.com
eric_duskin@ustrust.com

**Company & Corresponding Email Addresses**

eric_grasinger@ustrust.com
eric_hayes@ustrust.com
evan_gordon@ustrust.com
fatima_dickey@ustrust.com
fay_gambee@ustrust.com
fran_burchman@ustrust.com
frances_barrett@ustrust.com
frances_fernandez@ustrust.com
frances_sevilla@ustrust.com
frank_rosetti@ustrust.com
frank_salem@ustrust.com
gail_clay@ustrust.com
gcrosby@ustrust.com
gcuneo@ustrust.com
george_churchilljr@ustrust.com
george_lang@ustrust.com
george_whiteley@ustrust.com
georgianne_latosh@ustrust.com
gerald_calder@ustrust.com
glenn_switzer@ustrust.com
gpagan@ustrust.com
guillaume_detournemire@ustrust.com
hank_greenleaf@ustrust.com
heather_cheney@ustrust.com
helen_roesch@ustrust.com
helen_wong@ustrust.com
herb_achey@ustrust.com
hgreenleaf@ustrust.com
ipeters@ustrust.com
iprior@ustrust.com
james_g_dempsey@ustrust.com
james_landers@ustrust.com
janelle_joaquim@ustrust.com
jannet_aminov@ustrust.com
japruzzese@ustrust.com
jay_baumgardner@ustrust.com
jaybrian_springer@ustrust.com
jbutler@ustrust.com
jcorcoran@ustrust.com
jeanette_duras@ustrust.com
jeanpaul_desrochers@ustrust.com
jeffrey_buyak@ustrust.com
jennifer_bryne@ustrust.com
jennifer_charlebois@ustrust.com
jeremy_stjean@ustrust.com
jessica_mcmullin@ustrust.com
jhayes@ustrust.com
jholihan@ustrust.com
jknox@ustrust.com
jlafferty@ustrust.com
jmoore@ustrust.com
jnicholas_smith@ustrust.com
joan_ellis@ustrust.com
joan_lanius-nichol@ustrust.com

**Company & Corresponding Email Addresses**

john_carey@ustrust.com
john_clymer@ustrust.com
john_corcoran@ustrust.com
john_doppman@ustrust.com
john_harris@ustrust.com
john_lafferty@ustrust.com
john_lent@ustrust.com
john_mcdermott@ustrust.com
john_minogue@ustrust.com
john_rendinaro@ustrust.com
john_rich@ustrust.com
john_wright@ustrust.com
john_zhang@ustrust.com
jonathan_bergner@ustrust.com
jonathan_stanley@ustrust.com
jose_fernandez@ustrust.com
joseph_gallagher@ustrust.com
joseph_gardino@ustrust.com
jpaladino@ustrust.com
jpugh@ustrust.com
jshort@ustrust.com
jsmith@ustrust.com
judith_cranna@ustrust.com
judith_tomo@ustrust.com
julie_jackson@ustrust.com
junius_davenport@ustrust.com
karla_encarnacion@ustrust.com
katherine.maciag@ustrust.com
kchang@ustrust.com
keith_jaret@ustrust.com
keith_sullivan@ustrust.com
kenneth_thomas@ustrust.com
kim_sommers@ustrust.com
kkellison@ustrust.com
kmcalley@ustrust.com
kris_krauel@ustrust.com
kristina_alley@ustrust.com
lauren_guaimano@ustrust.com
lee_gardella@ustrust.com
leo_grohowski@ustrust.com
linda_dubrow@ustrust.com
linda_ludwig@ustrust.com
lisa_lyons@ustrust.com
lisa_mcgowan@ustrust.com
lisa_premo@ustrust.com
lissa_rurik@ustrust.com
lnadel@ustrust.com
lorinda_laub@ustrust.com
louis_abel@ustrust.com
lromero@ustrust.com
lweiss@ustrust.com
lynne_dombroski@ustrust.com
lynne_gorski@ustrust.com
marc_doss@ustrust.com

**Company & Corresponding Email Addresses**

margaret_hou@ustrust.com
margaret_mccarthy@ustrust.com
marilyn_wales@ustrust.com
marilynaponte-cotto@ustrust.com
mark_livesay@ustrust.com
mark_ryan@ustrust.com
mark_wieland@ustrust.com
mark_wolkstein@ustrust.com
martin_chanzit@ustrust.com
mary_davey@ustrust.com
matthew_roddy@ustrust.com
matthew_welsh@ustrust.com
maureen_ganley@ustrust.com
mboland@ustrust.com
mbrisbane@ustrust.com
meaghan_moran@ustrust.com
medwards@ustrust.com
melanie_hayes@ustrust.com
mercedeh_shahbodaghi@ustrust.com
mgnadinger@ustrust.com
michael_cannella@ustrust.com
michael_innocenti@ustrust.com
michael_kirkbride@ustrust.com
michael_kramer@ustrust.com
michael_oliver@ustrust.com
michael_zazzarino@ustrust.com
michel_stack@ustrust.com
michelle_thomas@ustrust.com
michelle_watson@ustrust.com
mike_pucci@ustrust.com
mike_rogers@ustrust.com
mike_shea@ustrust.com
mildred_killian@ustrust.com
mindy_hodges@ustrust.com
mitchell_feingold@ustrust.com
morris_noble@ustrust.com
mscott@ustrust.com
mtaggart@ustrust.com
muriel_nichols@ustrust.com
mwarner@ustrust.com
nadine_armstrong@ustrust.com
nstubel@ustrust.com
pai@ustrust.com
pamela_diamantis@ustrust.com
pamela_hunter@ustrust.com
pamela_sweet@ustrust.com
patrick_yip@ustrust.com
paul_albonetti@ustrust.com
paul_kronlokken@ustrust.com
paul_napoli@ustrust.com
paul_oldfield@ustrust.com
paul_unchalipongse@ustrust.com
paula_blacher@ustrust.com
paula_laliberte@ustrust.com

**Company & Corresponding Email Addresses**

pauline_sheedy@ustrust.com
peter_yuen@ustrust.com
phil.mierzwa@ustrust.com
philip_roberts@ustrust.com
pking@ustrust.com
pkscaturro@ustrust.com
pschaffer@ustrust.com
ptracey@ustrust.com
raghav_nandagopal@ustrust.com
randy_peterson@ustrust.com
rbayles@ustrust.com
rchesterton@ustrust.com
rebecca_hillis@ustrust.com
reiner_triltsch@ustrust.com
rhansen@ustrust.com
rich_carter@ustrust.com
richard_limekiller@ustrust.com
rmcgreevey@ustrust.com
robert_aufenanger@ustrust.com
robert_mcgee@ustrust.com
robert_meyer@ustrust.com
robert_pitti@ustrust.com
robert_rudnick@ustrust.com
roger_li@ustrust.com
rosalyn_schick@ustrust.com
rosemarie_reardon@ustrust.com
rsagar@ustrust.com
rshemesh@ustrust.com
sagnewhuke@ustrust.com
sanderson@ustrust.com
sandy_boes@ustrust.com
sara_leslie@ustrust.com
scott_benesch@ustrust.com
scott_gasparini@ustrust.com
scott_merritt@ustrust.com
scraige@ustrust.com
sergio_dearujo@ustrust.com
sgillia@ustrust.com
sharvey@ustrust.com
skosier@ustrust.com
spanetta@ustrust.com
stephen_evans@ustrust.com
stephen_kistner@ustrust.com
steven_hobbs@ustrust.com
susan_walton@ustrust.com
suzanne_wilcox@ustrust.com
tanya_birmingham@ustrust.com
tavallone@ustrust.com
tcook@ustrust.com
tevnin@ustrust.com
tgalvin@ustrust.com
theresa_pereira@ustrust.com
thomas_appleton@ustrust.com
thomas_arrington@ustrust.com

**Company & Corresponding Email Addresses**

thomas_ashton@ustrust.com
thomas_brennecke@ustrust.com
thomas_connolly@ustrust.com
thomas_rogowski@ustrust.com
tim_leach@ustrust.com
timothy_evnin@ustrust.com
tiricia_mills@ustrust.com
tj_brannon@ustrust.com
tleach@ustrust.com
tmarvel@ustrust.com
todd_fellerman@ustrust.com
tparliman@ustrust.com
tporcelli@ustrust.com
tsmith@ustrust.com
tsynnott@ustrust.com
valerie_connolly@ustrust.com
vhammond@ustrust.com
walter_seibert@ustrust.com
wbrigham@ustrust.com
william.ferdinand@ustrust.com
william_dodds@ustrust.com
william_glasgow@ustrust.com
william_graham@ustrust.com
wseibert@ustrust.com
yani_lee@ustrust.com
ychan@ustrust.com
zeba_ahmad@ustrust.com

**uswest**

vhjohn@uswest.com

**utah**

cbrandt@utah.gov

**utc**

aaron.bromage@pw.utc.com
akhil.johri@utc.com
alvin.wang@pw.utc.com
barbara.nguyen@pw.utc.com
charles.vanvleet@utc.com
christopher.paolino@utc.com
claire.carney@utc.com
david.porter@utc.com
douglas.scheffel@pw.utc.com
james.moody@utc.com
johanne.sognnaes@pw.utc.com
ken.parks@utc.com
maria.lee@utc.com
rick.baril@utc.com
robert.king@pw.utc.com
robin.diamonte@utc.com
roganti@corphq.utc.com
ryan.hutson@pw.utc.com
witzkyc@corphq.utc.com
yunjc@pw.utc.com

**utcpower**

tom.mceachin@utcpower.com

## Company & Corresponding Email Addresses

**utendahl**
boris@ucm.utendahl.com
cpapadopoullos@utendahl.com
dburns@utendahl.com
dmaurice@utendahl.com
jcorkran@ucm.utendahl.com
jferguson@ucm.utendahl.com
jkamil@ucm.utendahl.com
jmenozzi@utendahl.com
jutendahl@utendahl.com
kfrancis@utendahl.com
kwoods@utendahl.com
mrhodes@utendahl.com
prinfret@utendahl.com
pzuckerwise@ucm.utendahl.com
smallick@utendahl.com
sortiz@utendahl.com
tmandel@utendahl.com
vmarks@ucm.utendahl.com

**utilicorp**
jhardt@utilicorp.com

**utimco**
ciberg@utimco.org
hdoak@utimco.org
jmandeville@utimco.org
mnewcomb@utimco.org
rkampfe@utimco.org
rmollen@utimco.org
rruebsahm@utimco.org

**utsystem**
dburck@utsystem.edu
thull@utsystem.edu

**vaamllc**
togorman@vaamllc.com

**valance**
cguerra@valance.us
dpatton@valance.us
gwebber@valance.us
mpede@valance.us
mprochazka@valance.us
soreilly@valance.us

**valcourt**
aconway@valcourt.ch
mconway@valcourt.ch
pwaro@valcourt.ch

**valeo**
benoit.deryng@valeo.com
john.thomason@valeo.com
remy.dumoulin@valeo.com
vincent.marcel@valeo.com

**valero**
ashley.smith@valero.com
brian.glenn@valero.com
eric.fisher@valero.com

**Company & Corresponding Email Addresses**

gene.edwards@valero.com
greg.kin@valero.com
jim.malott@valero.com
joseph.gorder@valero.com
kerry.o'brien@valero.com
matthew.jackson@valero.com
mike.ciskowski@valero.com
william.klesser@valero.com

**valic**
bill_trimbur@valic.com

**valio**
heikki.halkilahti@valio.fi

**vallourec**
john.robinson@vallourec.fr

**valueline**
balston@valueline.com
bbrooks@valueline.com
bmitstifer@valueline.com
cheebner@valueline.com
jgeffen@valueline.com
jkaplan@valueline.com
kbramlage@valueline.com
nbendig@valueline.com
pdebbas@valueline.com
rplummer@valueline.com
rromaine@valueline.com
rstock@valueline.com
sgrant@valueline.com
sviebrock@valueline.com
syeary@valueline.com

**vanderhoop**
mark.post@vanderhoop.nl

**vangaurd**
kenneth_frantzen@vangaurd.com

**vanguard**
aaron_j_wilson@vanguard.com
abe_georges@vanguard.com
adam_g_eccles@vanguard.com
adam_michael_ferguson@vanguard.com
ahilya_george@vanguard.com
aileen_duffy@vanguard.com
alan_randall@vanguard.com
allison_s_boxer@vanguard.com
andrea_m_tomb@vanguard.com
andrew_maack@vanguard.com
anne_b_wachter@vanguard.com
anthony_r_durant@vanguard.com
balaji_macherla@vanguard.com
barbara_nesspor@vanguard.com
barbara_samett@vanguard.com
barry_wzorek@vanguard.com
bill_bonawitz@vanguard.com
bob_behal@vanguard.com
brandon_l_bowers@vanguard.com

**Company & Corresponding Email Addresses**

brent_j_causey@vanguard.com
brian_conlan@vanguard.com
brian_k_hilliard@vanguard.com
brian_w_quigley@vanguard.com
bryan_r_baebler@vanguard.com
carol_s_rosiak@vanguard.com
catherine_gordon@vanguard.com
celine.whiting@vanguard.com.au
chad_sumpter@vanguard.com
chantille_a_jackson@vanguard.com
chao_han@vanguard.com
charles_m_shuey@vanguard.com
charles_w._smith@vanguard.com
chase_j_stewart@vanguard.com
cheryl_roberts@vanguard.com
christian_loxham@vanguard.com
christina_drissel@vanguard.com
christine_symington@vanguard.com
christopher_a_kender@vanguard.com
christopher_alwine@vanguard.com
christopher_g_lemmo@vanguard.com
christopher_philips@vanguard.com
christopher_reece@vanguard.com
coleen_mcelwee@vanguard.com
corey_r_holeman@vanguard.com
corinne_morrone@vanguard.com
craig_jubinski@vanguard.com
dan_kostaroff@vanguard.com
daniel_sullivan@vanguard.com
daniel_w_wallick@vanguard.com
daniel_wallick@vanguard.com
darlene_marshall@vanguard.com
david_forcey@vanguard.com
david_glocke@vanguard.com
david_holliday@vanguard.com
david_lee@vanguard.com
david_vanommeren@vanguard.com
david_w_mcnamara@vanguard.com
david_zhu@vanguard.com
dawn_murtaugh@vanguard.com
deborah_voit@vanguard.com
delbert_stafford@vanguard.com
denise.delaney@vanguard.com.au
derek_carr@vanguard.com
diane_smith@vanguard.com
diboo_a_daniel@vanguard.com
dmitry_gaysinskiy@vanguard.com
donald_m_butler@vanguard.com
donald_r_hanrahan@vanguard.com
donna_sanna@vanguard.com
douglass_m_dies@vanguard.com
duane_kelly@vanguard.com
earl_robinson@vanguard.com
edward_mcgettigan@vanguard.com

**Company & Corresponding Email Addresses**

edward_rosenberg@vanguard.com
elena_singleton@vanguard.com
elizabeth_berry@vanguard.com
elizabeth_noble@vanguard.com
ellen_d_harvey@vanguard.com
ellen_d_miller@vanguard.com
emily.chow@vanguard.com.au
emily_wong@vanguard.com
eric_arinsburg@vanguard.com
eric_handsman@vanguard.com
eric_vannoy@vanguard.com
erick_g_miller@vanguard.com
erin_c_kelly@vanguard.com
ethan_t_swartz@vanguard.com
fei_xu@vanguard.com
felix.sommerhalder@vanguard.com.au
felix_lim@vanguard.com
frank_cesario@vanguard.com
garth_fealey@vanguard.com
geoffrey_kenneck@vanguard.com
geoffrey_s_kenneck@vanguard.com
george_sauter@vanguard.com
gerald_hwang@vanguard.com
giancarlo_ciccarone@vanguard.com
glenn_e_sheay@vanguard.com
gregory_davis@vanguard.com
gregory_s_nassour@vanguard.com
hamed_kone@vanguard.com
hugh_p_watters@vanguard.com
j_bruce_martin@vanguard.com
james_d_troyer@vanguard.com
james_faulker@vanguard.com
james_mchugh@vanguard.com
jason_hannon@vanguard.com
jean_lu@vanguard.com
jeffrey_forney@vanguard.com
jeffrey_johnson@vanguard.com
jeffrey_yellin@vanguard.com
jennifer_kwon@vanguard.com
jeremy_mathias@vanguard.com
jessica_fedderly@vanguard.com
jessica_m_mendez@vanguard.com
jim_heisler@vanguard.com
joel_b_steinberg@vanguard.com
joel_m_dickson@vanguard.com
john_c_malley@vanguard.com
john_galante@vanguard.com
john_grimes@vanguard.com
john_hollyer@vanguard.com
john_lanius@vanguard.com
john_m_carbone@vanguard.com
john_t_mcdevitt@vanguard.com
john_wertz@vanguard.com
jonah_andrew_white@vanguard.com

## Company & Corresponding Email Addresses

jonathan.burne@vanguard.com.au
jonathan_jacoby@vanguard.com
jonathan_lemco@vanguard.com
jonathan_wilkenfeld@vanguard.com
jong_c_bahk@vanguard.com
joseph_brennan@vanguard.com
joseph_davis@vanguard.com
joseph_ferrari@vanguard.com
joseph_v_keltz@vanguard.com
josh_c_barrickman@vanguard.com
juan_trujillo@vanguard.com
julia_smith@vanguard.com
julie_yoo@vanguard.com
justin_a_judd@vanguard.com
justin_mandeville@vanguard.com
justin_schwartz@vanguard.com
kara_tuinstra@vanguard.com
karen_grozinski@vanguard.com
kari_a_pietrafitta@vanguard.com
kathleen_d_hyland@vanguard.com
kathryn_allen@vanguard.com
kathy_mchenry@vanguard.com
kelly_a_peterson@vanguard.com
kelsey_carrington@vanguard.com
kenneth_volpert@vanguard.com
ker_moua@vanguard.com
kevin_barger@vanguard.com
kevin_carsley@vanguard.com
kevin_j_concannon@vanguard.com
kevin_laughlin@vanguard.com
kimberly_a_d'angelo@vanguard.com
kimberly_stockton@vanguard.com
kurt_j_ayling@vanguard.com
kyla_rivera@vanguard.com
larry_ring@vanguard.com
laura_w_hunt@vanguard.com
leo_corrigan@vanguard.com
les.bright@vanguard.com.au
leslie_a_mccabe@vanguard.com
li_zhu@vanguard.com
lynne_brady@vanguard.com
mabel_c_yu@vanguard.com
malcolm_smith@vanguard.com
maritsa_blavakis@vanguard.com
mark_dorfler@vanguard.com
mark_katarsky@vanguard.com
mark_lahoda@vanguard.com
mark_louka@vanguard.com
marlin_brown@vanguard.com
marques_glaze@vanguard.com
mathew.mccrum@vanguard.com.au
matthew_price@vanguard.com
maura_k_mcfadden@vanguard.com
maya_burkova@vanguard.com

## Company & Corresponding Email Addresses

melissa_l_o'meara@vanguard.com
melissa_leedom@vanguard.com
michael.carmel@vanguard.com.au
michael_albano@vanguard.com
michael_bartsch@vanguard.com
michael_drayo@vanguard.com
michael_h_buek@vanguard.com
michael_luong@vanguard.com
michael_mcginn@vanguard.com
michael_montanez@vanguard.com
michael_perre@vanguard.com
michael_praplaski@vanguard.com
michael_salevsky@vanguard.com
michael_wintrode@vanguard.com
mindy_iannacone@vanguard.com
mirza_cavalic@vanguard.com
nafis_t_smith@vanguard.com
natasha_roselli@vanguard.com
nathan_newport@vanguard.com
nathan_t_persons@vanguard.com
nelson_w_wicas@vanguard.com
nicholas_pronko@vanguard.com
nicole_m_martin@vanguard.com
omar_f_selim@vanguard.com
omar_k_sanders@vanguard.com
pamela_wisehaupt_tynan@vanguard.com
patricia_a_lunova@vanguard.com
patrick_gremban@vanguard.com
patrick_milligan@vanguard.com
paul_jakubowski@vanguard.com
paul_lohrey@vanguard.com
paul_m_malloy@vanguard.com
peter.embury@vanguard.com.au
peter_m_steinmetz@vanguard.com
peter_mahoney@vanguard.com
phileasa_p_patrick@vanguard.c
phillip_sapovits@vanguard.com
pramela_krishna@vanguard.com
qeg_research@vanguard.com
quinn_d_nguyen@vanguard.com
quynh.vu@vanguard.com.au
rachael.foo@vanguard.com.au
rachel_smith@vanguard.com
rahul_k_vyas@vanguard.com
randall_pollock@vanguard.com
randy_smith@vanguard.com
reid_smith@vanguard.com
rich_petruzzo@vanguard.com
richard_c_hepner@vanguard.com
richard_powers@vanguard.com
richard_whitfield@vanguard.com
robert_buckwalter@vanguard.com
robert_f._auwaerter@vanguard.com
roger.mcintosh@vanguard.com.au

**Company & Corresponding Email Addresses**

ronald_reardon@vanguard.com
rosanna.vecchio@vanguard.com.au
ross_howell@vanguard.com.au
russell.papst@vanguard.com.au
russell_dussling@vanguard.com
ruth_levine@vanguard.com
ruwan_wickrema@vanguard.com
ryan_j_gill@vanguard.com
ryan_lindsay@vanguard.com
ryan_ludt@vanguard.com
samuel.weaner@vanguard.com.au
sarah_carbone@vanguard.com
scott_e_miles@vanguard.com
shan.kwee@vanguard.com.au
shawn_moser@vanguard.com
shruti_basavaraj@vanguard.com
stephanie_setyadi@vanguard.com
stephen.howard@vanguard.com.au
stephen_burke@vanguard.com
stephen_m_mcfee@vanguard.com
stephen_m_steenkamer@vanguard.com
stephen_w_kozeracki@vanguard.com
steve_xia@vanguard.com
stuart_hosansky@vanguard.com
susan_graef@vanguard.com
susy_m_kim@vanguard.com
tara_hillegass@vanguard.com
tara_s_hillegas@vanguard.com
thomas_p_lynch@vanguard.com
thomas_perks@vanguard.com
tom_ennis@vanguard.com
twana_cooper@vanguard.com
ubcd@vanguard.com
ugxo@vanguard.com
victory_lan_team@vanguard.com
w_robert_main@vanguard.com
william_d_baird@vanguard.com
william_k_roberts@vanguard.com
william_w_smith@vanguard.com
yan_pu@vanguard.com
yan_zilbering@vanguard.com
yesim_tokat@vanguard.com
yong_yao@vanguard.com
zakia_andrews@vanguard.com
zia_e_qasim@vanguard.com

**vanguardasia**
rohit.reddy@vanguardasia.com
**vanguardmedica**
p.worrall@vanguardmedica.com
**vanguardventure**
bob@vanguardventure.com
**vankampen**
avelarl@vankampen.com
bakerb@vankampen.com

## Company & Corresponding Email Addresses

bednarc@vankampen.com
birdm@vankampen.com
blackb@vankampen.com
browne@vankampen.com
burgesc@vankampen.com
byrnej@vankampen.com
byront@vankampen.com
cherins@vankampen.com
connifm@vankampen.com
coppert@vankampen.com
damicoj@vankampen.com
david.walker@vankampen.com
devin.armstrong@vankampen.com
donna.tucker@vankampen.com
doylej@vankampen.com
edlingr@vankampen.com
faldutoc@vankampen.com
frankji@vankampen.com
friess@vankampen.com
gary.jones@vankampen.com
gerard.fogarty@vankampen.com
gilberk@vankampen.com
godlinw@vankampen.com
golodr@vankampen.com
gonzalpj@vankampen.com
greenes@vankampen.com
hartma@vankampen.com
hayesj@vankampen.com
hodgee@vankampen.com
holtk@vankampen.com
houseyb@vankampen.com
jamiesc@vankampen.com
jim.gilligan@vankampen.com
joanna.anderson@vankampen.com
joneslj@vankampen.com
justin.speer@vankampen.com
kevin.christensen@vankampen.com
lederj@vankampen.com
littlee@vankampen.com
lochj@vankampen.com
maloneye@vankampen.com
malym@vankampen.com
marches@vankampen.com
mark.laskin@vankampen.com
mcmeanc@vankampen.com
millers@vankampen.com
minierm@vankampen.com
mollbea@vankampen.com
paulhl@vankampen.com
phillipj@vankampen.com
pietrzad@vankampen.com
piraroj@vankampen.com
pricee1@vankampen.com
purpuro@vankampen.com

**Company & Corresponding Email Addresses**

recendm@vankampen.com
reynolj@vankampen.com
rieglerw@vankampen.com
roederj@vankampen.com
ruizj@vankampen.com
schickw@vankampen.com
schorlej@vankampen.com
schultk@vankampen.com
schumar@vankampen.com
scottjef@vankampen.com
shahmes@vankampen.com
shermanb@vankampen.com
sherrof@vankampen.com
smithd@vankampen.com
starshm@vankampen.com
strykerr@vankampen.com
terresed@vankampen.com
tom.bastian@vankampen.com
vickreb@vankampen.com
vksenloanfunds@vankampen.com
wallace1@vankampen.com
warwicj@vankampen.com
wellsj@vankampen.com
whiteg@vankampen.com
willial@vankampen.com
wimmelr@vankampen.com
wintersb@vankampen.com
wlodarskis@vankampen.com
yarrowp@vankampen.com
yiy@vankampen.com
zaroogianm@vankampen.com

**vanlanschot**

a.klijn@vanlanschot.com
a.knottenbelt@vanlanschot.com
assets@vanlanschot.lu
c.wijtvliet@vanlanschot.com
david.putzeys@vanlanschot.be
dirk.verrelst@vanlanschot.be
e.wening@vanlanschot.com
f.j.h.vanriel@vanlanschot.com
f.korver@vanlanschot.com
f.vanolphen@vanlanschot.com
g.sirks@vanlanschot.com
g.zwart@vanlanschot.com
h.beltman@vanlanschot.com
h.m.smits@vanlanschot.com
h.veugelers@vanlanschot.com
i.j.w.p.vanoudenhoven@vanlanschot.com
j.a.c.horsten@vanlanschot.com
j.a.p.molenaar@vanlanschot.com
j.h.g.m.dollevoet@vanlanschot.com
j.p.f.vanrhee@vanlanschot.com
j.p.vanwijngaarden@vanlanschot.com
j.stam@vanlanschot.com

## Company & Corresponding Email Addresses

j.storm@vanlanschot.com
j.vanbavel@vanlanschot.com
jan.verhaeghen@vanlanschot.be
m.engelbertink@vanlanschot.com
m.g.benders@vanlanschot.com
m.krauss@vanlanschot.com
m.vandiesen@vanlanschot.nl
o.zee@vanlanschot.com
p.j.zweep@vanlanschot.com
r.t.c.m.obbens@vanlanschot.com
r.vanheyningen@vanlanschot.com
w.wiegel@vanlanschot.com

**vanliewtrust**
wwalbrun@vanliewtrust.com

**varco**
gboyadjieff@varco.com

**vargasr**
roberto@vargasr.com

**vartanbank**
jadams@vartanbank.com

**vatech**
harald.hagenauer@vatech.at

**vattenfall**
andreas.wiklund@vattenfall.com
benny.karlsson@vattenfall.com
lars.johnsson@vattenfall.com

**vaudoise**
drenaud@vaudoise.ch
hsuter@vaudoise.ch
kschoeb@vaudoise.ch
paegerter@vaudoise.ch

**vb**
aihara_hirofumi@vb.smbc.co.jp
katayama_kei@vb.smbc.co.jp
kawahara_eiji@vb.smbc.co.jp
masuda_susumu@vb.smbc.co.jp
takahashi_yui@vb.smbc.co.jp
takashima_makoto@vb.smbc.co.jp
watanabe_akiya@vb.smbc.co.jp
watanabe_tomonori@vb.smbc.co.jp

**vbl**
georg.geenen@vbl.de
kurt.koehler@vbl.de
pascal.mangang@vbl.de
thomas.konanz@vbl.de

**vbloomberg**
hutchip@vbloomberg.net

**vblt**
alexander.frauenfeld@vblt.de

**vcallc**
ahaghighat@vcallc.com
cbaker@vcallc.com
dortiz@vcallc.com
ecurry@vcallc.com

## Company & Corresponding Email Addresses

emaisel@vcallc.com
eohara@vcallc.com
ezikry@vcallc.com
hrubinstein@vcallc.com
jhill@vcallc.com
jmcguire@vcallc.com
kdarwish@vcallc.com
lzeno@vcallc.com
mkonheiser@vcallc.com
mtaylor@vcallc.com
npauwels@vcallc.com
plivney@vcallc.com
ppancza@vcallc.com
rlee@vcallc.com
rsalazar@vcallc.com
sbernhardt@vcallc.com
srobbins@vcallc.com
tgoepfert@vcallc.com
vtimpanelli@vcallc.com
wli@vcallc.com
wmaloney@vcallc.com

**ve**
tsutsui_shinichi@ve.smbc.co.jp

**veb**
avk@veb.ru
gkk@veb.ru
gornostaeva@veb.ru
kuvaeva_e_e@veb.ru
mas@veb.ru
mkh@veb.ru
pnk@veb.ru
staroverov_s_v@veb.ru

**vector**
csales@vector.com.mx

**vegafinance**
sdm@vegafinance.fr

**vegagest**
stefano.costagli@vegagest.it

**vegapartners**
dstrumwasser@vegapartners.com
jbuick@vegapartners.com
mikes@vegapartners.com
nlouie@vegapartners.com
rtjong@vegapartners.com
sgendal@vegapartners.com
sgreenhaus@vegapartners.com
swerner@vegapartners.com

**vendome**
sylvie.fromont@vendome.com
zahra.kassim-lakha@vendome.com

**venetobanca**
aldo.santi@venetobanca.it
angelo.ceccato@venetobanca.it
centrocambi@venetobanca.it

## Company & Corresponding Email Addresses

dario.tramarin@venetobanca.it
michele.trova@venetobanca.it
tesoreria@venetobanca.it

### venetoireland
rita@venetoireland.com

### verizon
cindy.v.macaulay@verizon.com
johnl.graves@verizon.net
jungyun@verizon.net
leslie.a.book@verizon.com
sewickley.sb@verizon.net
thomas.w.fiske@verizon.com
venture.quest@verizon.net
west.fed@verizon.net

### verkehrsbank
akaup@verkehrsbank.de
peter.strassmann@verkehrsbank.de
vschoett@verkehrsbank.de

### vers-am
michael.urzendnik@vers-am.de
rolf.geck@vers-am.de

### versorgungskammer
mwellein@versorgungskammer.de
rweger@versorgungskammer.de

### verzon
kwonkyun.chung@verzon.net

### vescore
karsten.koch@vescore.com
kirsten.stoll@vescore.com

### vestarcap
jelrod@vestarcap.com

### vestarcapital
asaltoun@vestarcapital.com
bmodesitt@vestarcapital.com
boconnor@vestarcapital.com
erussell@vestarcapital.com
gbernstein@vestarcapital.com
kwhalen@vestarcapital.com
nahmad@vestarcapital.com
pcalamari@vestarcapital.com
ptegano@vestarcapital.com

### vestarden
jbard@vestarden.com
koroberts@vestarden.com
mthomsic@vestarden.com

### vestareurope
ehughes@vestareurope.com

### victoryconeect
conrad_r_metz@victoryconeect.com.com

### victoryconnect
adam_d_sherman@victoryconnect.com
andrew_j_givens@victoryconnect.com
aneep_d_maniar@victoryconnect.com
angie_kavc@victoryconnect.com

**Company & Corresponding Email Addresses**

arlene_blackman@victoryconnect.com
arvind_k_sachdeva@victoryconnect.com
brent_c_zimmerman@victoryconnect.com
brian.pears@victoryconnect.com
brian_pears@victoryconnect.com
c_stephen_wesselkamper@victoryconnect.com
carolyn_rains@victoryconnect.com
chris_welker@victoryconnect.com
cindy_m_janez@victoryconnect.com
cnapolitano@victoryconnect.com
craig_e_ruch@victoryconnect.com
dave_gimera@victoryconnect.com
david_a_kolpak@victoryconnect.com
dennis_walsh@victoryconnect.com
donna_p_jacobs@victoryconnect.com
donna_pitroski@victoryconnect.com
emaronak@victoryconnect.com
ernest_c_pelaia@victoryconnect.com
fumiko_hagiwara@victoryconnect.com
gary_h_miller@victoryconnect.com
greg_conners@victoryconnect.com
harriet_uhlir@victoryconnect.com
heidi_adelman@victoryconnect.com
jack_b_lake@victoryconnect.com
jame_j_balazsy@victoryconnect.com
james_m_albers@victoryconnect.com
jason_e_putman@victoryconnect.com
jason_m_mirr@victoryconnect.com
jason_rottinger@victoryconnect.com
jdahl@victoryconnect.com
jean_horenstein@victoryconnect.com
jeff_graff@victoryconnect.com
jvanderoord@victoryconnect.com
katherine_manahan@victoryconnect.com
kathy_a_heigle@victoryconnect.com
kelly_j_butauski@victoryconnect.com
kirk_a_schmitt@victoryconnect.com
lawrence_g_babin@victoryconnect.com
leslie_z_globits@victoryconnect.com
lori_swain@victoryconnect.com
mark_h_summers@victoryconnect.com
martin_l_shagrin@victoryconnect.com
matthew_lombardo@victoryconnect.com
mdirienzo@victoryconnect.com
michael_k_barr@victoryconnect.com
michael_sanders@victoryconnect.com
mkoskuba@victoryconnect.com
mvanmeter@victoryconnect.com
nicholas_a_dame@victoryconnect.com
owen_spaite@victoryconnect.com
paul_a_toft@victoryconnect.com
paul_d_danes@victoryconnect.com
rascal_house@victoryconnect.com
reuben_scherzer@victoryconnect.com

## Company & Corresponding Email Addresses

richard_a_janus@victoryconnect.com
richard_j_turgeon@victoryconnect.com
richard_vanden_boogard@victoryconnect.com
robert_israel@victoryconnect.com
robert_j_strnad@victoryconnect.com
robert_r_maneri@victoryconnect.com
robin_m_hudson@victoryconnect.com
robin_n_ventura@victoryconnect.com
russell_vellequette@victoryconnect.com
sarah_k_bondurant@victoryconnect.com
scott_stokes@victoryconnect.com
sean_m_roche@victoryconnect.com
skefer@victoryconnect.com
theresa_tipton-fletcher@victoryconnect.com
thomas_uutala@victoryconnect.com
tkne@victoryconnect.com
william_allen@victoryconnect.com

**vigilantcap**
ahall@vigilantcap.com
dmulkern@vigilantcap.com
jcarlisle@vigilantcap.com
ssorensen@vigilantcap.com

**vilpa**
cgeorgou@vilpa.net

**viningsparks**
abosworth@viningsparks.com
dgarson@viningsparks.com
dhaskins@viningsparks.com
fscott@viningsparks.com
jward@viningsparks.com
kgrossutti@viningsparks.com
lorton@viningsparks.com
msquitieri@viningsparks.com
rhiett@viningsparks.com
tmay@viningsparks.com

**vircap**
mpardo@vircap.com

**virgin**
alex.harris@fly.virgin.com
branko.ilic@fly.virgin.com
julie.southern@fly.virgin.com
paul.tydeman@fly.virgin.com
roger.parish@fly.virgin.com

**visi**
nrjwfg@visi.com

**vittoriaassicurazioni**
a_acutis@vittoriaassicurazioni.it

**vkac**
browningj@vkac.com

**vkb**
a.goergner@vkb.de
barbara.hausmann@vkb.de
bastian.hentschel@vkb.de
bernd.quaiser@vkb.de

## Company & Corresponding Email Addresses

harald.fischer@vkb.de
monika.cronenberg@vkb.de
richard.wagner@vkb.de
roland.kluger@vkb.de
roland.koessler@vkb.de
stefan.lechner@vkb.de
volkmar.kriesch@vkb.de

### vkm
pierced@vkm.com

### vmcmail
carnwathd@vmcmail.com
reeset@vmcmail.com

### vmfcapital
dkaplan@vmfcapital.com
jaugustine@vmfcapital.com
mvanmeter@vmfcapital.com
mwolfe@vmfcapital.com
tgordinier@vmfcapital.com
tmyers@vmfcapital.com

### vnu
b.hilberts@hq.vnu.com
d.van.den.berg@hq.vnu.com
f.cremers@hq.vnu.com
h.de.visser@hq.vnu.com
h.galavazi@hq.vnu.com
h.platschorre@hq.vnu.com
m.borkink@hq.vnu.com
p.flach@hq.vnu.com
r.de.meel@hq.vnu.com

### vodafone
ulrike.kroener@vodafone.com

### voicenet
charleyc@voicenet.com

### volcorp
jmerry@volcorp.org

### volksbank
alois.schrott@volksbank.it
axel.tomio@volksbank.it
fth@volksbank.it
roberto.marini@volksbank.it
si@volksbank.it

### volkswagen
albrecht.moehle@volkswagen.de
g.savoini@volkswagen.de
gerhard.neufer@volkswagen.de
hans.jansen@volkswagen.de
hans-heinrich.pahl@volkswagen.de
jan.ruecker@volkswagen.de

### volvo
bengt.ohlsson@volvo.com
thomas.lestin@volvo.com

### vomagfinanz
hans-peter.rub@vomagfinanz.ch

### vontobel

**Company & Corresponding Email Addresses**

adam.hrdina@vontobel.ch
alain.dettling@vontobel.ch
aleardo.snozzi@vontobel.ch
amira.ayoubi@vontobel.ch
andrea.schneider@vontobel.ch
andreas.feller@vontobel.ch
andreas.lippold@vontobel.de
andreas.nigg@vontobel.ch
andreas.sarbach@vontobel.ch
anne.tschanz@vontobel.ch
asella.keiser@vontobel.ch
beat.muerset@vontobel.ch
beat.weiss@vontobel.ch
bernhard.vier@vontobel.ch
brigitte.favre@vontobel.ch
bruno.gartmann@vontobel.ch
carmen.baumann@vontobel.ch
cedric.lewy@vontobel.ch
chiara.bellon@vontobel.it
christian.koenig@vontobel.ch
christian.meury@vontobel.ch
christian.mossdorf@vontobel.ch
christina.haemmerli@vontobel.ch
christoph.blaettler@vontobel.ch
christoph.ledergerber@vontobel.ch
christophe-pierre.lobisommer@vontobel.ch
claudia.werren@vontobel.ch
dan.ruchti@vontobel.ch
daniel.bruehwiler@vontobel.ch
daniel.grueneisen@vontobel.ch
daniel.kuehne@vontobel.ch
daniela.schoeb@vontobel.ch
david.molnar@vontobel.ch
dimitrios.manolidis@vontobel.ch
domenico.grenci@vontobel.ch
edmund.wandeler@vontobel.ch
erik.steffen@vontobel.ch
european.equity@vontobel.ch
fabienne.beguin@vontobel.ch
fabio.bartesaghi@vontobel.ch
francois.karacsony@vontobel.ch
franziska.hofweber@vontobel.ch
fredy.flury@vontobel.ch
georg.vonwattenwyl@vontobel.ch
giada.cereghetti@vontobel.ch
hans.speich@vontobel.ch
herbert.scheidt@vontobel.ch
herve.sumi@vontobel.ch
ilona.monz@vontobel.ch
ivan.cheng@vontobel.ch
jacqueline.sprenger@vontobel.ch
jean-philippe.hechel@vontobel.ch
jiazhi.chenseiler@vontobel.ch
jon.peter@vontobel.ch

## Company & Corresponding Email Addresses

juerg.huegli@vontobel.ch
leif.ludwig@vontobel.ch
manuel.gadient@vontobel.ch
marc.haenni@vontobel.ch
marco.kipfer@vontobel.li
marco.knoerr@vontobel.ch
marianne.herren@vontobel.ch
mark.friis@vontobel.ch
markus.brun@vontobel.ch
martha.travers@vontobel.ch
martin.dequervain@vontobel.ch
martin.leber@vontobel.ch
martin.roesch@vontobel.ch
martina.honegger@vontobel.ch
matthias.schaefer@vontobel.ch
maurice.picard@vontobel.ch
maurus.huser@vontobel.ch
maya.elias@vontobel.ch
michael.negele@vontobel.ch
michel.rodrigues@vontobel.ch
monika.frauenschuh@vontobel.at
muriel.michaud@vontobel.ch
natalie.depil@vontobel.ch
nick.saager@vontobel.ch
oliver.buerge@vontobel.ch
olivier.bamert@vontobel.ch
paolo.beltrami@vontobel.it
pascal.curtet@vontobel.ch
pascal.dudle@vontobel.ch
patric.ackermann@vontobel.ch
patrick.brandenberger@vontobel.ch
patrick.loepfe@vontobel.ch
paul.hirschi@vontobel.ch
peter.berger@vontobel.ch
peter.camenzind@vontobel.ch
peter.rebsamen@vontobel.ch
philip.ammann@vontobel.ch
philip.farnum@vontobel.ch
philippe.jaquet@vontobel.ch
rafael.rudnik@vontobel.ch
ralf.wiedenmann@vontobel.ch
ralph.bilger@vontobel.ch
ralph.lattner@vontobel.ch
reinhard.wirz@vontobel.ch
remy.mattey@vontobel.ch
rene.exenberger@vontobel.ch
rene.landtwing@vontobel.ch
rene.schertenleib@vontobel.ch
reto.grieder@vontobel.com
robert.gonzales@vontobel.ch
roberto.picano@vontobel.ch
roger.studer@vontobel.ch
roland.bercher@vontobel.ch
roland.schoch@vontobel.ch

## Company & Corresponding Email Addresses

rolf.hossli@vontobel.ch
rolf.schaller@vontobel.ch
romain.pasche@vontobel.ch
ronald.angst@vontobel.ch
rudolf.stutz@vontobel.ch
sanjay.jhaveri@vontobel.ch
sascha.graf@vontobel.ch
sascha.imhof@vontobel.ch
serge.lauper@vontobel.ch
silvana.fiorillo@vontobel.ch
stefan.buchli@vontobel.ch
stephan.arnold@vontobel.ch
steve.pochop@vontobel.ch
susanne.brandenberger@vontobel.ch
thomas.buri@vontobel.ch
thomas.burri@vontobel.ch
thomas.hunziker@vontobel.ch
thomas.maurer@vontobel.ch
thomas.steinemann@vontobel.ch
tina.knecht@vontobel.ch
urbain.mbazoa@vontobel.ch
urs.bieri@vontobel.ch
urs.knuchel@vontobel.ch
vedran.rudelj@vontobel.ch
volker.wehrle@vontobel.ch
werner.bollier@vontobel.ch
werner.wegmann@vontobel.ch
youri.vorobiev@vontobel.ch
zeno.staub@vontobel.ch

**vonwiller**

jfpaschoud@vonwiller.ch

**voyageur**

acarlson@voyageur.net
bsvendahl@voyageur.net
bswensen@voyageur.net
cji@voyageur.net
cmadden@voyageur.net
dcox@voyageur.net
dnoren@voyageur.net
ehathaway@voyageur.net
gtelfer@voyageur.net
jhuber@voyageur.net
jlammers@voyageur.net
jlee@voyageur.net
jmccain@voyageur.com
jmercer@voyageur.net
jmowbray@voyageur.net
jnorungolo@voyageur.net
jrath@voyageur.net
jstit@voyageur.net
kdimitrov@voyageur.net
khaberman@voyageur.net
kharemza@voyageur.net
ktroedsson@voyageur.net

**Company & Corresponding Email Addresses**

ktyszko@voyageur.net
lberry@voyageur.net
lwieczorek@voyageur.net
malbert@voyageur.net
mcarlson@voyageur.net
mlee@voyageur.net
mneska@voyageur.net
nscinto@voyageur.net
nwalstrom@voyageur.net
pcoleman@voyageur.net
plafontaine@voyageur.net
rcook@voyageur.net
rharrison@voyageur.net
rkanzenbach@voyageur.net
rlarson@voyageur.net
scabalka@voyageur.net
seddleblute@voyageur.net
seldredge@voyageur.net
sgibbons@voyageur.net
spotvin@voyageur.com
srusnak@voyageur.net
sveluri@voyageur.net
tbrux@voyageur.net
thinze@voyageur.net
tknutson@voyageur.net
tmcglinch@voyageur.net
wschramm@voyageur.net
ythor@voyageur.net

**voyaguer**
czuelke@voyaguer.net

**vp**
yoshimatsu_hitoshi@vp.smbc.co.jp

**vpbank**
adrian.morger@vpbank.com
belinda.mettier@vpbank.com
bernd.hartmann@vpbank.com
cecilia.isaksson@vpbank.com
dominik.brueschweiler@vpbank.com
edward.werner@vpbank.com
florian.riener@vpbank.com
fulgenzio.jorio@vpbank.com
guenther.hotz@vpbank.com
hans-ulrich.nigg@vpbank.com
hendrik.breitenstein@vpbank.com
janette.buehler@vpbank.com
joerg.lorenz@vpbank.com
juergen.negele@vpbank.com
klaus.burger@vpbank.com
manuel.matt@vpbank.com
marcel.fleisch@vpbank.com
marco.seeger@vpbank.com
markus.falk@vpbank.com
markus.huber@vpbank.com
markus.natter@vpbank.com

## Company & Corresponding Email Addresses

martin.aebi@vpbank.com
martina.mueller@vpbank.com
nathalie.loeliger@vpbank.com
norbert.noser@vpbank.com
philippe.christen@vpbank.com
rolf.zuercher@vpbank.com
sandra.erne@vpbank.com
stefan.meyer@vpbank.com
sylwia.buechel@vpbank.com
thomas.lusetti@vpbank.com
thomas.wille@vpbank.com
tino.tziotzios@vpbank.com
werner.holpp@vpbank.com

**vph**
roland.egger@vph.ch

**vpv**
bakker@vpv.nl
buijink@vpv.nl
hof@vpv.nl
kwakkenbos@vpv.nl
nakad@vpv.nl
versnel@vpv.nl
wang@vpv.nl

**vr**
ito_yoshikazu@vr.smbc.co.jp
kanai_keiji@vr.smbc.co.jp
ooka_eiko@vr.smbc.co.jp
sakono_kenji@vr.smbc.co.jp
sato_shuichi@vr.smbc.co.jp

**vrgestioni**
rmeraviglia@vrgestioni.it

**vsuarez**
frabell@mail.vsuarez.com

**vtb**
admitriev@vtb.ru
adubenskiy@vtb.ru
borunov@vtb.ru
dmelnikov@vtb.ru
dmitry_ponomarev@vtb.ru
ibobryshev@vtb.ru
kisselev@vtb.ru
kkozhin@vtb.ru
kni@vtb.ru
krasnikov@vtb.ru
lyubchenko@vtb.ru
malykhin@vtb.ru
mouratov@vtb.ru
piankov@vtb.ru
rozhanskaya@vtb.ru
suchkov@vtb.ru
szlobin@vtb.ru
td77@vtb.ru
zarezov@vtb.ru

**vtbam**

## Company & Corresponding Email Addresses

aapikyan@vtbam.ru
garbuz@vtbam.ru
taskin@vtbam.ru

### vtbeurope

dominic.adams@vtbeurope.com
edward.bungey@vtbeurope.com
kris.yip@vtbeurope.com.sg
mctan@vtbeurope.co.sg
peter.johnston@vtbeurope.com
tm.yap@vtbeurope.com.sg

### vtb-europe

alex.medlock@vtb-europe.com

### vuw

andreas.schwichtenberg@vuw.de
dirk.froebe@vuw.de
holger.pudimat@vuw.de
lothar.bick@vuw.de
lutz.krabbe@vuw.de
marcus.hagel@vuw.de
markus.heuer@vuw.de
matthias.pickert@vuw.de
stefan.raida@vuw.de
stella.vonahrentschildt@vuw.de
udo.meyer@vuw.de
yvonne.kurkowski@vuw.com

### vw

grant.nicholson@vw.com
peter.schupp@vw.com

### vwd

vwd@vwd.org

### vwfsag

c.denks@vwfsag.de
m.mueller2@vwfsag.de

### vystarcu

greenertj@vystarcu.org
lawrenceg@vystarcu.org

### wachovia

aaron.elliott@wachovia.com
aj.guido@wachovia.com
alan.buchwald@wachovia.com
alan.chudoba@wachovia.com
alan.kabbani@wachovia.com
alex.henley@wachovia.com
alice.lehman@wachovia.com
alicia.overcash@wachovia.com
andrew.yost@wachovia.com
andy.tomsho@wachovia.com
ann.dixon@wachovia.com
ann.gill@wachovia.com
anna.stavreska@wachovia.com
anthony.colacino@wachovia.com
ashley.coleman@wachovia.com
bill.hughes@wachovia.com
bill.wight@wachovia.com

## Company & Corresponding Email Addresses

bimal.mishra@wachovia.com
bob.mccoy@wachovia.com
bobby.clemente@wachovia.com
brendan.thorpe@wachovia.com
brian.grabenstein@wachovia.com
brian.joyce@wachovia.com
brian.roth@wachovia.com
brian.zirkle1@wachovia.com
brianna.white@wachovia.com
brunno.alvarez@wachovia.com
bryan.brading@wachovia.com
caroline.shelton@wachovia.com
caryn.chittenden@wachovia.com
charlotte.barnette@wachovia.com
chris.corcoran@wachovia.com
chris.haverland@wachovia.com
christina.carpenter@wachovia.com
christophe.schroeder@wachovia.com
christopher.appleman@wachovia.com
cliff.jordan@wachovia.com
colleen.taylor@wachovia.com
conor.dooley@wachovia.com
craig.noble@wachovia.com
craig.zedalis@wachovia.com
curtis.arledge@wachovia.com
dake.madray@wachovia.com
dale.lawton@wachovia.com
dan.zynda@wachovia.com
daniel.w.eichelberger@wachovia.com
daniel.wang@wachovia.com
darrell.baber@wachovia.com
david.hauglid@wachovia.com
david.king@wachovia.com
david.kramer@wachovia.com
david.kraybill@wachovia.com
david.mason@wachovia.com
david.silander@wachovia.com
david.trepanier@wachovia.com
david.worley@wachovia.com
david.zhai@wachovia.com
davidh.simmons@wachovia.com
deb.mcdonald@wachovia.com
dennis.harvey@wachovia.com
derek.armour@wachovia.com
deron.smithy@wachovia.com
dianne.cobb@wachovia.com
dludeman@wachovia.com
donnie.johnson@wachovia.com
doug.connor@wachovia.com
douglas.sipkin@wachovia.com
ed.cherry@wachovia.com
ed.covington@wachovia.com
eddie.anderson@wachovia.com
edwarde.moise@wachovia.com

**Company & Corresponding Email Addresses**

elena.korneeva@wachovia.com
elizabeth.richardson@wachovia.com
ellen.taylor@wachovia.com
eric.painter@wachovia.com
eric.peyton@wachovia.com
erin.wohlnick@wachovia.com
ernest.lang@wachovia.com
francis.jacobs@wachovia.com
franklin.mccoy@wachovia.com
fred.pennekamp@wachovia.com
gary.lee@wachovia.com
gary.thornton@wachovia.com
george.mccall@wachovia.com
george.scott@wachovia.com
gerry.luff@wachovia.com
greg.dawson@wachovia.com
greg.kares@wachovia.com
gregory.richardson@wachovia.com
harold.lorenzo@wachovia.com
harry.blanchard@wachovia.com
heathe.clark@wachovia.com
huaiyu.xiong1@wachovia.com
hulya.erbas@wachovia.com
ibrahim.bitar@wachovia.com
igor.axenov@wachovia.com
jack.sullivan@wachovia.com
jake.zelnick@wachovia.com
james.burke1@wachovia.com
james.guptill@wachovia.com
james.johnson@wachovia.com
james.maino@wachovia.com
jamie.gregory@wachovia.com
jamie.oneill@wachovia.com
jamie.swisher@wachovia.com
jason.schenker@wachovia.com
jay.bryson@wachovia.com
jeff.cook@wachovia.com
jeff.richardson@wachovia.com
jeffrey.martin@wachovia.com
jerry.alston@wachovia.com
jerry.burton@wachovia.com
jerry.keefe@wachovia.com
jill.enzmann@wachovia.com
jill.hamilton@wachovia.com
jim.beck@wachovia.com
jim.burr@wachovia.com
jim.dolan@wachovia.com
jim.makhlouf@wachovia.com
jim.ouzts@wachovia.com
jimmie.wilson@wachovia.com
jm.cunniff@wachovia.com
joe.buechler@wachovia.com
joe.campanie@wachovia.com
joe.waterfill@wachovia.com

**Company & Corresponding Email Addresses**

john.brady1@wachovia.com
john.elster@wachovia.com
john.jurek@wachovia.com
john.mcloughlin@wachovia.com
john.mercante@wachovia.com
john.milani@wachovia.com
john.shope@wachovia.com
john.wooten@wachovia.com
jon.currier@wachovia.com
jon.farrin@wachovia.com
jonathan.reed@wachovia.com
jonathan.turnbull1@wachovia.com
jonathan.webb1@wachovia.com
joseph.bossong@wachovia.com
joseph.gieker@wachovia.com
kai.su@wachovia.com
kammal.patel@wachovia.com
kazeem.kashimawo@wachovia.com
ken.bolich@wachovia.com
kevin.lesage@wachovia.com
kevin.sweeney@wachovia.com
kim.shaffer@wachovia.com
kimberly.langell@wachovia.com
kristin.engelberger@wachovia.com
larry.topper@wachovia.com
leary.dixon@wachovia.com
louis.carousa@wachovia.com
louis.serra@wachovia.com
mansour.benkreira@wachovia.com
margaret.d'ambrosio@wachovia.com
mark.abrahm@wachovia.com
mark.harden@wachovia.com
mark.mahone@wachovia.com
mark.mcfalls@wachovia.com
mark.misenheimer@wachovia.com
mark.noonan@wachovia.com
mark.spaulding@wachovia.com
mary.sherrill@wachovia.com
matthew.fiordaliso@wachovia.com
matthew.myers1@wachovia.com
michael.c.smith@wachovia.com
michael.dorfman1@wachovia.com
michael.hill@wachovia.com
michael.schaufler@wachovia.com
mike.buttner@wachovia.com
mike.holt@wachovia.com
mitch.wilson@wachovia.com
natasha.mahmutovic@wachovia.com
nazma.ahsan1@wachovia.com
neil.lambiotte@wachovia.com
neil.ryan@wachovia.com
paolo.giordano@wachovia.com
patrice.green@wachovia.com
patrick.bumann@wachovia.com

**Company & Corresponding Email Addresses**

paul.caleca@wachovia.com
paul.hulbert@wachovia.com
paul.ringsted@wachovia.com
pauline.hedgecock@wachovia.com
peter.abric@wachovia.com
peter.kelly@wachovia.com
peter.lang@wachovia.com
phil.dumns@wachovia.com
phillip.neuhart@wachovia.com
phyllis.allgood@wachovia.com
pm.research@wachovia.com
ramu.singh@wachovia.com
randall.lynch@wachovia.com
reggie.imamura@wachovia.com
remy.levy@wachovia.com
richard.edmonds@wachovia.com
robbie.holler@wachovia.com
robert.brown@wachovia.com
robert.teller@wachovia.com
roger.french@wachovia.com
romano.kwok@wachovia.com
ross.tauchert@wachovia.com
russ.kimbro@wachovia.com
sam.bullard@wachovia.com
sammy.sangiovanni@wachovia.com
samrah.kazmi@wachovia.com
sarath.madap@wachovia.com
scott.beveridge@wachovia.com
scott.weaver@wachovia.com
sean.cronin@wachovia.com
shanikwa.peterkin@wachovia.com
sheila.swanson@wachovia.com
smriti.popenoe@wachovia.com
snehashis.das@wachovia.com
stephen.smith@wachovia.com
steve.desalvo@wachovia.com
steven.hughes@wachovia.com
steven.jones@wachovia.com
steven.reynolds@wachovia.com
steven.sawyer1@wachovia.com
steven.zapata@wachovia.com
sue.bachman@wachovia.com
suzanne.morrison@wachovia.com
syed.shah@wachovia.com
ted.ake@wachovia.com
terry.begley@wachovia.com
tim.pratt@wachovia.com
timothy.macphail@wachovia.com
todd.hunter@wachovia.com
todd.stitt@wachovia.com
tom.graf@wachovia.com
tom.johnson@wachovia.com
tom.speir@wachovia.com
tom.wurtz@wachovia.com

## Company & Corresponding Email Addresses

tony.carey@wachovia.com
tonya.joseph@wachovia.com
trey.stenersen@wachovia.com
tricia.harris@wachovia.com
vamsi.raju@wachovia.com
varsay.sirleaf@wachovia.com
wade.stinnette@wachovia.com
walter.dolhare@wachovia.com
wes.davis@wachovia.com
william.odonnell@wachovia.com
william.ponder@wachovia.com
wilson.moore@wachovia.com
woojung.park@wachovia.com
yankel.fernandez@wachovia.com
yulia.gilman@wachovia.com
ziggy.stubelek@wachovia.com

### wachoviasec

elizabeth.traster@wachoviasec.com
glenn.jaffe@wachoviasec.com
graphael@wachoviasec.com
jbwhite@wachoviasec.com
jjoseph@wachoviasec.com
mark.dinora@wachoviasec.com
mwlee@wachoviasec.com
pthornton@wachoviasec.com
sam.turner@wachoviasec.com
scooke@wachoviasec.com
timothy.anderson@wachoviasec.com
valerie.sussman@wachoviasec.com
william.straub@wachoviasec.com

### waddell

akapoor@waddell.com
amoulton@waddell.com
awang@waddell.com
ayoung@waddell.com
bbailey@waddell.com
bclark@waddell.com
bhalverson@waddell.com
bklapmeyer@waddell.com
bkrug@waddell.com
bnelson@waddell.com
bogden@waddell.com
bwarden@waddell.com
cbrundige@waddell.com
cbuchanan@waddell.com
ccoffin@waddell.com
cdeeds@waddell.com
cgunther@waddell.com
chooper@waddell.com
cma@waddell.com
cnewman@waddell.com
cparker@waddell.com
daustin@waddell.com
dbecker@waddell.com

**Company & Corresponding Email Addresses**

dborberg@waddell.com
dcartwright@waddell.com
ddercher@waddell.com
dginther@waddell.com
dhamilton@waddell.com
druth@waddell.com
dvrabac@waddell.com
ebecker@waddell.com
fjiang@waddell.com
gscott@waddell.com
gzinn@waddell.com
hherrmann@waddell.com
hzhao@waddell.com
jalbright@waddell.com
jcusser@waddell.com
jkrumplys@waddell.com
jmaxwell@waddell.com
jmoore@waddell.com
jobrown@waddell.com
jsander@waddell.com
jsundeen@waddell.com
jsurles@waddell.com
jvandiver@waddell.com
kascott@waddell.com
kgau@waddell.com
kmcquade@waddell.com
kmonroe@waddell.com
ktucker@waddell.com
lcipolla@waddell.com
ldobyns@waddell.com
lglogau@waddell.com
llytle@waddell.com
lrieke@waddell.com
mavery@waddell.com
mbeischel@waddell.com
mcorty@waddell.com
mhekman@waddell.com
mnorris@waddell.com
motterstrom@waddell.com
mseferovich@waddell.com
mstevovich@waddell.com
mvanmaanen@waddell.com
mwalls@waddell.com
mwarden@waddell.com
mwilliams@waddell.com
mwolverton@waddell.com
nbrown@waddell.com
nmcintosh@waddell.com
nnewton@waddell.com
pmorris@waddell.com
psanders@waddell.com
psrinivas@waddell.com
psterner@waddell.com
rcaldwell@waddell.com

**Company & Corresponding Email Addresses**

rhechler@waddell.com
rheidemann@waddell.com
rnightingale@waddell.com
sbrown@waddell.com
sdavenport@waddell.com
sfisher@waddell.com
sregan@waddell.com
sross@waddell.com
sschneider@waddell.com
ssollars@waddell.com
sstarbuc@waddell.com
sstotts@waddell.com
ssullivan@waddell.com
tbechter@waddell.com
tburger@waddell.com
tcjohnst@waddell.com
tdykman@waddell.com
tjacos@waddell.com
tjmiller@waddell.com
tlewis@waddell.com
tmengel@waddell.com
ttowery@waddell.com
vhoward@waddell.com
vlee@waddell.com
vreddy@waddell.com
zshafran@waddell.com

**wafra**

a.vigh@wafra.com
c.cataldi@wafra.com
c.leary@wafra.com
d.kallus@wafra.com
f.al-mubaraki@wafra.com
f.mubaraki@wafra.com
j.briceno@wafra.com
j.divito@wafra.com
j.gillies@wafra.com
j.jewett@wafra.com
j.whitehorn@wafra.com
k.baldauf@wafra.com
m.schaffer@wafra.com
p.kandhari@wafra.com
r.solenske@wafra.com
r.tateossian@wafra.com
t.jenkins@wafra.com
v.seaman@wafra.com

**wahcovia**

pat.shevlin@wahcovia.com

**walterind**

anarvades@walterind.com
ehart@walterind.com
jkelly@walterind.com
jtroy@walterind.com
mdearden@walterind.com
mzakas@walterind.com

## Company & Corresponding Email Addresses

vryan@walterind.com

### waltonst
schulman@waltonst.com

### wamco
mzelouf@wamco.co.uk

### wamu
abigail.matthias@wamu.net
adam.rodgers@wamu.net
alex.park@wamu.net
alex.zlotnikov@wamu.net
alison.yake@wamu.net
allen.bond@wamu.net
amy.bohall@wamu.net
andrew.eschenbach@wamu.net
andriy.pokotilov@wamu.net
angela.liu@wamu.net
anna.griffel@wamu.net
ashish.negandhi@wamu.net
ashli.black@wamu.net
bart.maser@wamu.net
bill.longbrake@wamu.net
bradley.curtis@wamu.net
brett.atkinson@wamu.net
brian.terpstra@wamu.net
bruce.kendrex@wamu.net
bryson.hadley@wamu.net
carroll.moseley@wamu.net
catherine.tong@wamu.net
charles.chen.u201181@wamu.net
charles.fix@wamu.net
chris.gaffney@wamu.net
christian.branlund@wamu.net
christopher.moen@wamu.net
courtney.hashimoto@wamu.net
crystal.wallace@wamu.net
dale.ramquist@wamu.net
dandan.zhu@wamu.net
daniel.medak@wamu.net
dave.coultas@wamu.net
david.beck@wamu.net
david.farstead@wamu.net
david.frederickson@wamu.net
david.gilhooley@wamu.net
david.griffith@wamu.net
david.horning@wamu.net
david.piechowski@wamu.net
deborah.wardwell@wamu.net
dennis.lai@wamu.net
dennis.lau@wamu.net
diana.kaspic@wamu.net
douglas.potolsky@wamu.net
edward.o.brien@wamu.net
elaine.lu@wamu.net
elaine.wang@wamu.net

**Company & Corresponding Email Addresses**

elizabeth.wilson@wamu.net
eric.jacks@wamu.net
eric.mohr@wamu.com
erik.digiacomo@wamu.net
gary.hunter@wamu.net
gary.wang@wamu.net
genet.solomon@wamu.net
george.cooksey@wamu.net
george.juscsak@wamu.net
gerald.hansen@wamu.net
greg.camas@wamu.net
gregory.harris@wamu.net
gregory.hull@wamu.net
harrison.luvai@wamu.net
henrik.aas@wamu.net
henry.darakhovskiy@wamu.net
holley.huang@wamu.net
hq.chen@wamu.net
hubert.shen@wamu.net
hung.ngo@wamu.net
james.douthitt@wamu.net
jane.repensek@wamu.net
jeff.he@wamu.net
jennifer.stock@wamu.net
jian.yang@wamu.net
jie.yang@wamu.net
jim.mcdougall@wamu.net
jin.wu@wamu.net
john.drastal@wamu.net
john.lauber@wamu.net
josh.lavik@wamu.net
jun.ma@wamu.net
k.johnson@wamu.net
karen.shao@wamu.net
karen.veraa@wamu.net
karen.westwood@wamu.net
keith.kuenzli@wamu.net
kent.usell@wamu.net
kevin.pitt@wamu.net
kevin.richmond@wamu.net
kiantie.njauw@wamu.net
kristine.mantey@wamu.net
kyle.johnson@wamu.net
larry.holden@wamu.net
lawrence.olivier@wamu.net
lene.cooper@wamu.net
lisa.leikin@wamu.net
mark.hurley@wamu.net
mark.lieberman@wamu.net
marsha.yuan@wamu.net
martha.johnsen@wamu.net
matthew.kennedy@wamu.net
matthew.wolden@wamu.net
maxwell.zhu@wamu.net

## Company & Corresponding Email Addresses

meeta.koregaonkar@wamu.net
melissa.rose@wamu.net
mercy.lu@wamu.net
michael.aaknes@wamu.net
michael.b.li@wamu.net
michael.gill-more@wamu.net
michael.hack@wamu.net
michael.kocz@wamu.net
michael.lash@wamu.net
michelle.fogerty@wamu.net
mingmin.zhang@wamu.net
molly.rang@wamu.net
morgan.collins@wamu.net
munish.gupta@wamu.net
myron.dutenhoffer@wamu.net
nicholas.foley@wamu.net
paul.a.herbst@wamu.net
paul.zych@wamu.net
peggy.burton@wamu.net
peter.freilinger@wamu.net
peter.struck@wamu.net
qiang.fu@wamu.net
rahul.sen@wamu.net
raymond.man@wamu.net
richard.colavecchio@wamu.net
richard.fisher@wamu.net
rob.moore@wamu.net
robert.batt@wamu.net
robert.furutani@wamu.net
robert.kern@wamu.net
robert.l.titus@wamu.net
robert.miles@wamu.net
robin.secrist@wamu.net
ryan.mccann@wamu.net
ryan.olsen@wamu.net
sam.crocker@wamu.net
sarah.hewitt@wamu.net
scott.gordon@wamu.net
scott.maw@wamu.net
sean.becketti@wamu.net
sean.koval@wamu.net
sean.marion@wamu.net
sehbal.oner@wamu.net
shafiq.akhtar@wamu.net
shengyu.zhang@wamu.net
shijun.liu@wamu.net
smriti.shetty@wamu.net
stephen.mak@wamu.net
steve.miller@wamu.net
steve.spencer@wamu.net
steve.stearns@wamu.net
steven.center@wamu.net
steven.tholl@wamu.net
susan.lee@wamu.net

## Company & Corresponding Email Addresses

thomas.colvin@wamu.net
tim.lemmon@wamu.net
tim.pihl@wamu.net
toan.nguyen@wamu.net
todd.hanssen@wamu.net
tom.borer@wamu.net
tom.casey@wamu.net
tony.yu@wamu.net
trent.williams@wamu.net
troy.haines@wamu.net
ulf.ghosh@wamu.net
vera.ho@wamu.net
vicky.wu@wamu.net
vijay.bhasin@wamu.net
vincent.varca@wamu.net
wei.wu@wamu.net
william.l.smith@wamu.net
winston.pun@wamu.net
xiaohai.liao@wamu.net
yoav.tamir@wamu.net
youyi.chen@wamu.net
yvonne.so@wamu.net
zhongwu.huang@wamu.net

### wamulends
patricia.evans@wamulends.net
patrick.cutler@wamulends.net
scott.bowes@wamulends.net

### wamuloans
mike.aaknes@wamuloans.net

### wamumortgage
ahoang@wamumortgage.com
ckennedy@wamumortgage.com
dkelher@wamumortgage.com
dmurphy@wamumortgage.com
dwisdorf@wamumortgage.com
zmccune@wamumortgage.com

### wanadoo
bdr.paris@wanadoo.fe
bdr.paris@wanadoo.fr
dev.sdm.bqhervet@wanadoo.fr
gerard.de-maupeou@wanadoo.com
nbkparis@wanadoo.fr
pascal.hautcoeur@wanadoo.fr
philippe@wanadoo.com

### warburg-ai
dietmar.bahr@warburg-ai.com
jan.bassewitz@warburg-ai.com

### warburgpincus
cgonzalo@warburgpincus.com
csiu@warburgpincus.com
hnewman@warburgpincus.com
researchrequest@warburgpincus.com
rking@warburgpincus.com
tsommerfeld@warburgpincus.com

**Company & Corresponding Email Addresses**

**wartsila**

jukka.hakola@wartsila.com
t.eriksson@wartsila.com

**wasatchadvisors**

ajay@wasatchadvisors.com
akutuzov@wasatchadvisors.com
aoreilly@wasatchadvisors.com
aschaber@wasatchadvisors.com
asunderland@wasatchadvisors.com
bhadden@wasatchadvisors.com
blake@wasatchadvisors.com
brian@wasatchadvisors.com
cbowen@wasatchadvisors.com
clattin@wasatchadvisors.com
cmccready@wasatchadvisors.com
dan@wasatchadvisors.com
dboston@wasatchadvisors.com
dchace@wasatchadvisors.com
dholder@wasatchadvisors.com
dshaffer@wasatchadvisors.com
dwillis@wasatchadvisors.com
gbohlen@wasatchadvisors.com
gmata@wasatchadvisors.com
jb@wasatchadvisors.com
jcardon@wasatchadvisors.com
jiml@wasatchadvisors.com
jlarsen@wasatchadvisors.com
jmalooly@wasatchadvisors.com
jmazanec@wasatchadvisors.com
jscowcroft@wasatchadvisors.com
jstewart@wasatchadvisors.com
jwhatcott@wasatchadvisors.com
karey@wasatchadvisors.com
laura@wasatchadvisors.com
lgeritz@wasatchadvisors.com
lhoffman@wasatchadvisors.com
linda@wasatchadvisors.com
mbengtzen@wasatchadvisors.com
mcocorinis@wasatchadvisors.com
mgerding@wasatchadvisors.com
mhynes@wasatchadvisors.com
mlappas@wasatchadvisors.com
mmadsen@wasatchadvisors.com
mmodi@wasatchadvisors.com
mpetty@wasatchadvisors.com
mstanley@wasatchadvisors.com
ndihora@wasatchadvisors.com
nkamruddin@wasatchadvisors.com
paul@wasatchadvisors.com
pcapri@wasatchadvisors.com
phoebe@wasatchadvisors.com
rgreen@wasatchadvisors.com
robert@wasatchadvisors.com
roger@wasatchadvisors.com

## Company & Corresponding Email Addresses

rpearce@wasatchadvisors.com
rsnow@wasatchadvisors.com
rstoichev@wasatchadvisors.com
sam@wasatchadvisors.com
sswenson@wasatchadvisors.com
stucker@wasatchadvisors.com
tchristenson@wasatchadvisors.com
twilliams@wasatchadvisors.com
vanya@wasatchadvisors.com
zlarkin@wasatchadvisors.com

### washfed
jbrand@washfed.com
jmilin@washfed.com

### washingtonfederal
brent.beardall@washingtonfederal.com
rwhitehead@washingtonfederal.com

### washpost
falerb@washpost.com
hamiltonm@washpost.com
lozadac@washpost.com
pearlsteins@washpost.com
rampellc@washpost.com
schneiderh@washpost.com

### washtenawmortgage
troyb@washtenawmortgage.com

### washtrust
bswilliams@washtrust.com
cjturcotte@washtrust.com
dlpicozzi@washtrust.com
dmheiberger@washtrust.com
gjfogarty@washtrust.com
mffriel@washtrust.com
mjlanglois@washtrust.com
mkgim@washtrust.com
prphillips@washtrust.com

### wasserella
lior_jassur@wasserella.com

### watchhillfunds
esmith@watchhillfunds.com
richard.chin@watchhillfunds.com

### waterfield
ericz@waterfield.com
gretap@waterfield.com
jfeccko@waterfield.com
natea@waterfield.com

### watermarkgroup
andy@watermarkgroup.com
bbenedict@watermarkgroup.com
bill@watermarkgroup.com
brian@watermarkgroup.com
david@watermarkgroup.com
guobin@watermarkgroup.com
howard@watermarkgroup.com
jeff@watermarkgroup.com

## Company & Corresponding Email Addresses

john@watermarkgroup.com
kirsten@watermarkgroup.com

### watrust
bbrill@watrust.com
bkittredge@watrust.com
jheath@watrust.com
lstallinga@watrust.com
nreynolds@watrust.com
peter@watrust.com
rboutz@watrust.com
rrichard@watrust.com
sscranton@watrust.com

### watsonwyatt
andrea.scaffidi@eu.watsonwyatt.com

### wavin
ton.bruijne@wavin.com

### wayne
bill_murphy@wayne.edu

### waypointbank
joyce.libby@waypointbank.com

### wbcap
aplummer@wbcap.net
dradtke@wbcap.net
josier@wbcap.net
jyoungers@wbcap.net
kcroft@wbcap.net
lmardis@wbcap.net
mcollet@wbcap.net

### wbfinance
jbgauzere@wbfinance.com

### wbm-am
thomas.middendorf@wbm-am.de

### wcbarksdale
cwebb@wcbarksdale.com
draja@wcbarksdale.com
fpuryear@wcbarksdale.com
tcarpenter@wcbarksdale.com

### wclabs
herendp@wclabs.com

### wcmadvisors
brian.canion@wcmadvisors.com
chris.andress@wcmadvisors.com
elana.russell@wcmadvisors.com
joyce.chiang@wcmadvisors.com
kevin.loucks@wcmadvisors.com
kristi.guay@wcmadvisors.com
linda.selegue@wcmadvisors.com
mark.little@wcmadvisors.com
michael.cheung@wcmadvisors.com
patricia.elmer@wcmadvisors.com
paul.ravetta@wcmadvisors.com
peter.bury@wcmadvisors.com

### wdr
karyn.ishler@wdr.com

## Company & Corresponding Email Addresses

### wdwitter
abalestrieri@wdwitter.com
autterman@wdwitter.com
dianen@wdwitter.com
jverdis@wdwitter.com
mwitter@wdwitter.com
nstuebe@wdwitter.com
ptsu@wdwitter.com
rgreulich@wdwitter.com
sdlanders@wdwitter.com
tbarrens@wdwitter.com
tbyrne@wdwitter.com

### web
alexlaux@web.de
erich.marquart@web.de

### weberbank
ais.research@weberbank.de
denis.kahl@weberbank.de
dirk.ruettgers@weberbank.de
ingo.klamroth@weberbank.de
soeren.wiedau@weberbank.de
thomas.meissner@weberbank.de

### websterbank
aerickson@websterbank.com
akocay@websterbank.com
bbernabe@websterbank.com
bwandelmaier@websterbank.com
cmartin@websterbank.com
cpanasci@websterbank.com
dbirulin@websterbank.com
drosato@websterbank.com
eahjerpe@websterbank.com
fmilley@websterbank.com
gbruhn@websterbank.com
hjung@websterbank.com
jbond@websterbank.com
jdalton@websterbank.com
jgilsenan@websterbank.com
jli@websterbank.com
jpalmer@websterbank.com
jplush@websterbank.com
kmccutcheon@websterbank.com
kpartesano@websterbank.com
ldevey@websterbank.com
lsweeney@websterbank.com
nlosek@websterbank.com
nmarchetti@websterbank.com
nolson@websterbank.com
rkostraba@websterbank.com
rsforza@websterbank.com
ssmith@websterbank.com
tmangan@websterbank.com
towens@websterbank.com

### wedbush

## Company & Corresponding Email Addresses

allan.johnston@wedbush.com
chuck.kuechler@wedbush.com
daryl.david@wedbush.com
david.seymour@wedbush.com
dyan.sotelo@wedbush.com
ed.carlson@wedbush.com
jon.workman@wedbush.com
madeline.matias@wedbush.com
mark.germond@wedbush.com
michael.sims@wedbush.com
vincent.moy@wedbush.com

**wedbushbank**
mark.taylor@wedbushbank.com

**wella**
pleischner@wella.de
ppielmeyer@wella.de

**wellfargo**
jennifer.breese@wellfargo.com

**wellilngton**
hwang@wellilngton.com

**wellington**
aacanty@wellington.com
aairving@wellington.com
aamullins@wellington.com
ababson@wellington.com
abasi@wellington.com
acfisher@wellington.com
acgallo@wellington.com
achall@wellington.com
achugh@wellington.com
acmoran@wellington.com
acneedham@wellington.com
acnicolaou@wellington.com
aehug@wellington.com
agelhausen@wellington.com
agitnik@wellington.com
agupta@wellington.com
agzaldastani@wellington.com
ahgao@wellington.com
ahillfelder@wellington.com
ahughes@wellington.com
akfinger@wellington.com
akhaitan@wellington.com
akholden@wellington.com
albirardar@wellington.com
alchen@wellington.com
aldurant@wellington.com
alkaplan@wellington.com
amchetoukhina@wellington.com
amcorry@wellington.com
amfisher@wellington.com
apaone@wellington.com
apartani@wellington.com
aplam@wellington.com

**Company & Corresponding Email Addresses**

ardesai@wellington.com
arheiskell@wellington.com
arkohler@wellington.com
asdriansky@wellington.com
asheisler@wellington.com
asmall@wellington.com
assareen@wellington.com
atoirac@wellington.com
atrabocchi@wellington.com
avarvak@wellington.com
avianello@wellington.com
avlajinac@wellington.com
ayfong@wellington.com
azepstein@wellington.com
bathompson@wellington.com
baypondgrp@wellington.com
bcavazos@wellington.com
bdoherty@wellington.com
bdverrecchia@wellington.com
belogan@wellington.com
bgeorge@wellington.com
bglazer@wellington.com
bjmatthews@wellington.com
bjpowers@wellington.com
bjswords@wellington.com
bkwallenmeyer@wellington.com
bmgarvey@wellington.com
bmritter@wellington.com
bmrosenbaum@wellington.com
bnguyen@wellington.com
bnsinger-scott@wellington.com
bnswanson@wellington.com
bphan@wellington.com
brmurray@wellington.com
bsantiago@wellington.com
bssohn@wellington.com
bstoesser@wellington.com
btbrown@wellington.com
btoconnor@wellington.com
bwhastreiter@wellington.com
bwoolmington@wellington.com
bwoolminton@wellington.com
bwzink@wellington.com
bzmeunier@wellington.com
cacoutinho@wellington.com
cagainey@wellington.com
caheckscher@wellington.com
cajones@wellington.com
camadill@wellington.com
canicholson@wellington.com
cargyle@wellington.com
casmith@wellington.com
castewart@wellington.com
cchace@wellington.com

**Company & Corresponding Email Addresses**

ccmartin@wellington.com
cdnorton@wellington.com
cdperry@wellington.com
cdzindler@wellington.com
cefanning@wellington.com
cefleming@wellington.com
cemartin@wellington.com
cfercolino@wellington.com
cfuchs@wellington.com
cgoodman@wellington.com
cgrohe@wellington.com
cjmccarthy@wellington.com
cjnorton@wellington.com
cjtringali@wellington.com
clcrosby@wellington.com
clgootkind@wellington.com
clleow@wellington.com
cmbreen@wellington.com
cmcrimaldi@wellington.com
cmdacosta@wellington.com
cmlopez@wellington.com
cmmylod@wellington.com
cmnatale@wellington.com
cmorales@wellington.com
cmrivas@wellington.com
cmulhern@wellington.com
cprotzko@wellington.com
crconway@wellington.com
crpouillart@wellington.com
cstaehly@wellington.com
csteachout@wellington.com
dachang@wellington.com
dacollins@wellington.com
dasiegle@wellington.com
david.palmisano@wellington.com
dbdubard@wellington.com
dbmarshak@wellington.com
dcandida@wellington.com
dccushing@wellington.com
dcmoore@wellington.com
dcnordin@wellington.com
ddo@wellington.com
deshahmoon@wellington.com
dgoddeau@wellington.com
dgorovitz@wellington.com
dguerrero@wellington.com
djelliott@wellington.com
djfitzpatrick@wellington.com
djkeene@wellington.com
djkilbride@wellington.com
djpozen@wellington.com
dkim@wellington.com
dknoll@wellington.com
dkramer@wellington.com

**Company & Corresponding Email Addresses**

dlallinson@wellington.com
dlherlihy@wellington.com
dlkaschub@wellington.com
dmaclary@wellington.com
dmgrzywacz@wellington.com
dmneubert@wellington.com
dmukhin@wellington.com
dmurphy@wellington.com
dphannafin@wellington.com
dpowell@wellington.com
drdaly@wellington.com
drfassnacht@wellington.com
dskoko@wellington.com
dspope@wellington.com
dstunnell@wellington.com
dtdwyer@wellington.com
dwbarnard@wellington.com
eashea@wellington.com
ebpealman@wellington.com
ecgriffin@wellington.com
eclandsiedel@wellington.com
ecronin@wellington.com
ecvigsnes@wellington.com
edhall@wellington.com
eemcevoy@wellington.com
efjeffries@wellington.com
eiraniparast@wellington.com
ejdoherty@wellington.com
ejkleinerman@wellington.com
ejouellette@wellington.com
ejshapiro@wellington.com
ejtateosian@wellington.com
ekhmelnik@wellington.com
elee@wellington.com
elmeyi@wellington.com
emingle@wellington.com
emrice@wellington.com
eomalley@wellington.com
epbousa@wellington.com
ephamilton@wellington.com
epowens@wellington.com
epsalazar@wellington.com
ereznik@wellington.com
erking@wellington.com
erlambi@wellington.com
ertumasz@wellington.com
esgrace@wellington.com
estromquist@wellington.com
etroutman@wellington.com
ewwebb@wellington.com
eyeo@wellington.com
fdcatrickes@wellington.com
fjboggan@wellington.com
flee@wellington.com

**Company & Corresponding Email Addresses**

fteixeira@wellington.com
fvwisneski@wellington.com
gakim@wellington.com
gaross@wellington.com
gavincenzo@wellington.com
gbhardwaj@wellington.com
gdpool@wellington.com
ggallison@wellington.com
ggianarikas@wellington.com
gjgarabedian@wellington.com
gjkochanski@wellington.com
gjwilson@wellington.com
glacek@wellington.com
gleblanc@wellington.com
gmgoldman@wellington.com
gpfrasca@wellington.com
gptucker@wellington.com
grlawrence@wellington.com
gtbauer@wellington.com
gvondrashek@wellington.com
heduffy@wellington.com
hgbender@wellington.com
hhuang@wellington.com
hlalva@wellington.com
horloff@wellington.com
hsoykan@wellington.com
hwhiles@wellington.com
ichanana@wellington.com
igarcia@wellington.com
irlink@wellington.com
jaboselli@wellington.com
jahorowitz@wellington.com
jalord@wellington.com
jaramos@wellington.com
jarome@wellington.com
jarullo@wellington.com
jbarlow@wellington.com
jbevilacqua@wellington.com
jcashe@wellington.com
jcbouchard@wellington.com
jceastman@wellington.com
jchen@wellington.com
jcheng@wellington.com
jchung@wellington.com
jcjensen@wellington.com
jckeogh@wellington.com
jcotoole@wellington.com
jcronin@wellington.com
jcsaboliauskas@wellington.com
jdacosta@wellington.com
jdhawan@wellington.com
jdwek@wellington.com
jekim@wellington.com
jesimkin@wellington.com

**Company & Corresponding Email Addresses**

jespinoza@wellington.com
jessica.upchurch@wellington.com
jfaverill@wellington.com
jfcahill@wellington.com
jfkelkel@wellington.com
jfmarvan@wellington.com
jfox@wellington.com
jfrice@wellington.com
jgbullion@wellington.com
jgcarter@wellington.com
jglionna@wellington.com
jgood@wellington.com
jhschwartz@wellington.com
jhshakin@wellington.com
jjash@wellington.com
jjbalboni@wellington.com
jkhng@wellington.com
jkostohryz@wellington.com
jlavender@wellington.com
jlee@wellington.com
jlkripke@wellington.com
jlnettesheim@wellington.com
jlydotes@wellington.com
jmberger@wellington.com
jmberteaux@wellington.com
jmgoins@wellington.com
jmhynes@wellington.com
jmkelliher@wellington.com
jmlangton@wellington.com
jmorton@wellington.com
jmoschitz@wellington.com
jnberg@wellington.com
jnmordy@wellington.com
jparker@wellington.com
jphoffman@wellington.com
jphoffmann@wellington.com
jrroberts@wellington.com
jrryan@wellington.com
jsansone@wellington.com
jsblout@wellington.com
jscurran@wellington.com
jshafer@wellington.com
jsnaidu@wellington.com
jsoukas@wellington.com
jspeterson@wellington.com
jstephan@wellington.com
jthomson@wellington.com
jttan@wellington.com
jvalentino@wellington.com
jvpalowich@wellington.com
jwagenseller@wellington.com
jwcoffey@wellington.com
jwheuer@wellington.com
jwjeong@wellington.com

**Company & Corresponding Email Addresses**

jwvalone@wellington.com
jyin@wellington.com
jykim@wellington.com
jyoh@wellington.com
jywang@wellington.com
jzhou@wellington.com
kabrams@wellington.com
kaloring@wellington.com
kamcluskey@wellington.com
kamignault@wellington.com
kamolino@wellington.com
kaoshea@wellington.com
kdence@wellington.com
kebandtel@wellington.com
kejackson@wellington.com
kelorincz@wellington.com
kespelman@wellington.com
kewhite@wellington.com
kfreytag@wellington.com
khgrimes@wellington.com
khyap@wellington.com
kiwai@wellington.com
kjmayer@wellington.com
klabrams@wellington.com
klaud@wellington.com
kmbarry@wellington.com
kmcdowell@wellington.com
kmiyazaki@wellington.com
kplinska@wellington.com
kprowell@wellington.com
kshishimi@wellington.com
ksking@wellington.com
ktburns@wellington.com
ktwilliams@wellington.com
kwilliams@wellington.com
labaumann@wellington.com
lagabriel@wellington.com
lakeady@wellington.com
laparrington@wellington.com
laschultz@wellington.com
laweir@wellington.com
lcao@wellington.com
lchabrier@wellington.com
lching@wellington.com
lclark@wellington.com
lesaba@wellington.com
lfpohlman@wellington.com
lhenao@wellington.com
lhshortsleeve@wellington.com
ljkeene@wellington.com
ljsardone@wellington.com
lkchong@wellington.com
lkshah@wellington.com
lktan@wellington.com

**Company & Corresponding Email Addresses**

lli@wellington.com
llsmith@wellington.com
lmlynch@wellington.com
lpzhong@wellington.com
lshea@wellington.com
lsthrift@wellington.com
lthill@wellington.com
lwang@wellington.com
mabutler@wellington.com
maflaherty@wellington.com
maneely@wellington.com
mawhitaker@wellington.com
mayarger@wellington.com
mbiggi@wellington.com
mceverett@wellington.com
mchand@wellington.com
mctaylor@wellington.com
mcwitherell@wellington.com
mdemarco@wellington.com
mdflanagan@wellington.com
mdhudson@wellington.com
mdmandel@wellington.com
mdrawding@wellington.com
meabularach@wellington.com
mecarroll@wellington.com
mel-husseini@wellington.com
memaclachlan@wellington.com
memegargel@wellington.com
menunez@wellington.com
mestabrook@wellington.com
mestack@wellington.com
mfallon@wellington.com
mfgarrett@wellington.com
mgbaker@wellington.com
mhansbury@wellington.com
mhbosworth@wellington.com
mhnat@wellington.com
mhsullivan@wellington.com
miford@wellington.com
mjbeckwith@wellington.com
mjbirmingham@wellington.com
mjmaresco@wellington.com
mjmcgonagle@wellington.com
mjsager@wellington.com
mjwandimi@wellington.com
mkbatgos@wellington.com
mkbittar@wellington.com
mkobayashi@wellington.com
mkoide@wellington.com
mkpiccuiro@wellington.com
mkpiccuirro@wellington.com
mlcillan@wellington.com
mlevitzky@wellington.com
mlhong@wellington.com

**Company & Corresponding Email Addresses**

mlneft@wellington.com
mlobue@wellington.com
mmahdasian@wellington.com
mmcosta@wellington.com
mmgeorge@wellington.com
mmwalsh@wellington.com
mnviviano@wellington.com
mpdigregorio@wellington.com
mpmiller@wellington.com
mpryshlak@wellington.com
mpshumway@wellington.com
mrodier@wellington.com
msato@wellington.com
msbakshi@wellington.com
mschwab@wellington.com
msgignac@wellington.com
mslacamera@wellington.com
msmakivic@wellington.com
msrikantaiah@wellington.com
mstrzepka@wellington.com
msznajer@wellington.com
mtabbott@wellington.com
mtlynch@wellington.com
mtmasdea@wellington.com
mtstover@wellington.com
mvandersen@wellington.com
mvmckee@wellington.com
mvpike@wellington.com
mwhasib@wellington.com
nabuhoff@wellington.com
nacarpentier@wellington.com
naltieri@wellington.com
nbboullet@wellington.com
nbooth@wellington.com
nelfner@wellington.com
nghajar@wellington.com
nkofman@wellington.com
nlirette@wellington.com
nmchoumenkovitch@wellington.com
nmjackman@wellington.com
nmlam@wellington.com
nnitisusanta@wellington.com
noelf@wellington.com
npundavia@wellington.com
nsiddiqui@wellington.com
nslevy@wellington.com
ntuteja@wellington.com
nusiyama@wellington.com
oafalase@wellington.com
pacoleman@wellington.com
pasummerville@wellington.com
pblain@wellington.com
pbreault@wellington.com
pemarrkand@wellington.com

**Company & Corresponding Email Addresses**

pfisher@wellington.com
pgartin@wellington.com
pgmcpherson@wellington.com
pgoodstadt@wellington.com
phperelmuter@wellington.com
pihiggins@wellington.com
pmahn@wellington.com
pmtraquina@wellington.com
prkulkarni@wellington.com
psalniker@wellington.com
psun@wellington.com
pwcarpi@wellington.com
pwruedi@wellington.com
rabruno@wellington.com
radrogue@wellington.com
ramrhein@wellington.com
ranagle@wellington.com
rawurster@wellington.com
rbcawley@wellington.com
rcheung@wellington.com
rcsykes@wellington.com
rdburn@wellington.com
rdrands@wellington.com
rdsykes@wellington.com
rejustice@wellington.com
rfhayes@wellington.com
rfuhrman@wellington.com
rgmohan@wellington.com
rgrubbs@wellington.com
rjbarrett@wellington.com
rjfaro@wellington.com
rjfreniere@wellington.com
rjiang@wellington.com
rjkaye@wellington.com
rjmoro@wellington.com
rjthurston@wellington.com
rkhoffman@wellington.com
rkrishnan@wellington.com
rlalexander@wellington.com
rlderesiewicz@wellington.com
rlevans@wellington.com
rmarsjanik@wellington.com
rmzdunczyk@wellington.com
rpmeagher@wellington.com
rpmelanson@wellington.com
rrpatel@wellington.com
rsdynan@wellington.com
rsmurphy@wellington.com
rtcrawford@wellington.com
rteixeira@wellington.com
rvdyer@wellington.com
rwlangway@wellington.com
saabramowitz@wellington.com
sagorman@wellington.com

## Company & Corresponding Email Addresses

salangone@wellington.com
sandymehta@wellington.com
sapons@wellington.com
sarichter@wellington.com
sasardinha@wellington.com
sasoderberg@wellington.com
sbogiony@wellington.com
scangeli@wellington.com
scbearce@wellington.com
schakravarthy@wellington.com
sdzaleski@wellington.com
senelson@wellington.com
sesimpson@wellington.com
sevickers@wellington.com
sfbrown@wellington.com
sfpedersen@wellington.com
sgao@wellington.com
sgaya@wellington.com
sgkovacs@wellington.com
sgopalraman@wellington.com
shenry@wellington.com
sistjohn@wellington.com
sjboxer@wellington.com
sjpannell@wellington.com
sjplace@wellington.com
sjsturtevant@wellington.com
skennedy@wellington.com
slcastonguay@wellington.com
slmole@wellington.com
slopez@wellington.com
slouyang@wellington.com
slstefany@wellington.com
slutzinger@wellington.com
smelliott@wellington.com
smfanning@wellington.com
smharrington@wellington.com
smhayes@wellington.com
smillan@wellington.com
smkammann@wellington.com
smlaplante@wellington.com
smleonard@wellington.com
smortimer@wellington.com
smpike@wellington.com
so'halloran@wellington.com
srhart@wellington.com
srmay@wellington.com
srsinger@wellington.com
sshah@wellington.com
ssingh@wellington.com
ssmayhugh@wellington.com
stirons@wellington.com
stobrien@wellington.com
svchivukula@wellington.com
taggart@wellington.com

**Company & Corresponding Email Addresses**

tdhaney@wellington.com
tdscribner@wellington.com
teconnolly@wellington.com
tesmith@wellington.com
tfbourell@wellington.com
tgmckinnon@wellington.com
tizuta@wellington.com
tjane@wellington.com
tjayne@wellington.com
tjcoleman@wellington.com
tjmccarthy@wellington.com
tjmccormack@wellington.com
tjmeidhof@wellington.com
tkamimura@wellington.com
tkamo@wellington.com
tlcancelarich@wellington.com
tlee@wellington.com
tlevering@wellington.com
tlong@wellington.com
tlpappas@wellington.com
tnmanning@wellington.com
tnpickering@wellington.com
tpappas@wellington.com
tseveritt@wellington.com
tshasta@wellington.com
twbaxter@wellington.com
twegan@wellington.com
twleung@wellington.com
vbacheller@wellington.com
vegannae@wellington.com
vmdiamond@wellington.com
vmtrojan@wellington.com
vmurthy@wellington.com
vpetrov@wellington.com
vsingh@wellington.com
wadoyle@wellington.com
wdgoldenthal@wellington.com
wdiianni@wellington.com
wflynn@wellington.com
whparker@wellington.com
wjfoley@wellington.com
wjhannigan@wellington.com
wli@wellington.com
wlwrightson@wellington.com
wmcromwell@wellington.com
wmogrodnick@wellington.com
wnbooth@wellington.com
wreckmeyer@wellington.com
xxia@wellington.com
yapan@wellington.com
yiwang@wellington.com
yiyu@wellington.com
ylu@wellington.com
ypmodak@wellington.com

## Company & Corresponding Email Addresses

yxwang@wellington.com
yyang@wellington.com

### wellingtonmgt

jquinn@wellingtonmgt.com

### wellmanage

ajshilling@wellmanage.com
amkillian@wellmanage.com
asoffit@wellmanage.com
btmcgill@wellmanage.com
ctfreeman@wellmanage.com
dgmurray@wellmanage.com
dtdwyer@wellmanage.com
dwpalmer@wellmanage.com
jjohara@wellmanage.com
jrryan@wellmanage.com
mcarmen@wellmanage.com
mchally@wellmanage.com
nbgreene@wellmanage.com
przepf@wellmanage.com
rcdaigle@wellmanage.com
rscherfke@wellmanage.com
scconcannon@wellmanage.com
smtremble@wellmanage.com
spglendon@wellmanage.com
sshan@wellmanage.com
tskramstad@wellmanage.com
wfwanner@wellmanage.com

### wells

brad@wells.com
matt@wells.com
need@wells.com

### wellsbrokerage

jhullar@wellsbrokerage.com

### wellscap

acragg@wellscap.com
alex.basman@wellscap.com
alison.shimada@wellscap.com
allengr@wellscap.com
andrew.greenberg@wellscap.com
atrachte@wellscap.com
bmulliga@wellscap.com
bridget.a.powers@wellscap.com
casas@wellscap.com
chalida.meas@wellscap.com
chantrac@wellscap.com
choup@wellscap.com
darek.j.martin@wellscap.com
david.brandmire@wellscap.com
david.hand@wellscap.com
dean.meddaugh@wellscap.com
debra.delsecco@wellscap.com
dermott.g.larkin@wellscap.com
douglas.gregor@wellscap.com
douglas.n.pratt@wellscap.com

**Company & Corresponding Email Addresses**

elaine.tse@wellscap.com
frank.chiang@wellscap.com
george.matthews@wellscap.com
hansense@wellscap.com
ilan.weiss@wellscap.com
irenen@wellscap.com
james.w.paulsen@wellscap.com
jarad.vasquez@wellscap.com
jbcraig@wellscap.com
jimieram@wellscap.com
joel.carlson@wellscap.com
john.peetz@wellscap.com
jonathan.r.terry@wellscap.com
jschristensen@wellscap.com
kazanchv@wellscap.com
kirk.hartman@wellscap.com
kirstin.a.pumper@wellscap.com
kochs@wellscap.com
kokoszka@wellscap.com
linda.o'brian@wellscap.com
lindsey.b.wilde@wellscap.com
madeline.y.wu@wellscap.com
marie.chandoha@wellscap.com
matt.steadman@wellscap.com
matthew.a.grimes@wellscap.com
maulik.bhansali@wellscap.com
melanie.santos@wellscap.com
melvillt@wellscap.com
mike.j.nelson@wellscap.com
mike.mcdougall@wellscap.com
mike.volberding@wellscap.com
mira.l.park@wellscap.com
mseeman@wellscap.com
nichole.hammond@wellscap.com
omalley@wellscap.com
peter.i.shih@wellscap.com
riveraj@wellscap.com
rmangels@wellscap.com
robert.chuck@wellscap.com
ryan.mcreynolds@wellscap.com
satomi.matsumoto@wellscap.com
sbrady@wellscap.com
schaffsu@wellscap.com
sean.dunne@wellscap.com
sean.mcginnis@wellscap.com
sebrell@wellscap.com
smithsco@wellscap.com
ssayer@wellscap.com
steve.ricks@wellscap.com
terry.goode@wellscap.com
theresa.fennell@wellscap.com
tiffanie.wong@wellscap.com
tony.ledergerber@wellscap.com
vicki.bryce@wellscap.com

## Company & Corresponding Email Addresses

walter.beveridge@wellscap.com
waltonm@wellscap.com
weaverje@wellscap.com
whiteal@wellscap.com
william.stevens@wellscap.com
wisniews@wellscap.com

### wellsfargo

adam.bordner@wellsfargo.com
adam.wilkie@wellsfargo.com
alan.mckenney@wellsfargo.com
alexander.kalkanis@wellsfargo.com
alisa.w.hsieh@wellsfargo.com
allen.ayvazian@wellsfargo.com
amy.z.bracken@wellsfargo.com
anderjr@wellsfargo.com
andrew.peskin@mortgage.wellsfargo.com
andrew.tennant@wellsfargo.com
angela.freeman@wellsfargo.com
angela.guller@mortgage.wellsfargo.com
angiusd@wellsfargo.com
anthony.r.winkeler@wellsfargo.com
arreolan@wellsfargo.com
attardo@wellsfargo.com
banlawim@wellsfargo.com
barbara.s.brett@wellsfargo.com
barbara.wintemberg@mortgage.wellsfargo.com
becky.poyser@wellsfargo.com
benjamin.m.calhoun@wellsfargo.com
bill.zuro@wellsfargo.com
bob.muske@mortgage.wellsfargo.com
bonillaj@wellsfargo.com
bonnie.b.newman@wellsfargo.com
book@wellsfargo.com
boscoec@wellsfargo.com
boveet@wellsfargo.com
brad.davis@wellsfargo.com
bradley.g.spartz@wellsfargo.com
brent.eckhoff@wellsfargo.com
brent.hemminghaus@wellsfargo.com
brett.stein@wellsfargo.com
brian.a.smith@wellsfargo.com
brian.d.krum@wellsfargo.com
brian.i.hsieh@wellsfargo.com
brian.r.landy@wellsfargo.com
bruce.saldinger@wellsfargo.com
bryan.r.mead@wellsfargo.com
byersk@wellsfargo.com
c.david.allman@wellsfargo.com
callahaj@wellsfargo.com
carhidrj@wellsfargo.com
carla.chayet@wellsfargo.com
carla.l.clement@wellsfargo.com
carlos.v.quimbo@wellsfargo.com
cary.immesoete@wellsfargo.com

**Company & Corresponding Email Addresses**

casas@wellsfargo.com
cheryl.j.rosen@mortgage.wellsfargo.com
chewja@wellsfargo.com
chinlori@wellsfargo.com
chinsw@wellsfargo.com
chris.c.gilbertson@wellsfargo.com
chris.downey@wellsfargo.com
chris.jordan@mortgage.wellsfargo.com
cindyli@wellsfargo.com
connie.ou@wellsfargo.com
cory.darr@wellsfargo.com
cowdenw@wellsfargo.com
craig.allen@wellsfargo.com
dana.chesterman@wellsfargo.com
dana.stephens@wellsfargo.com
daniel.l.lee@wellsfargo.com
darryl.f.hannington@wellsfargo.com
david.bialzak@mortgage.wellsfargo.com
david.d.sylvester@wellsfargo.com
david.grijalva@wellsfargo.com
david.hogenkamp@mortgage.wellsfargo.com
david.l.navarre@wellsfargo.com
dayalj@wellsfargo.com
dennis.l.nelson@wellsfargo.com
dennis.lui@wellsfargo.com
derek.hine@wellsfargo.com
diane.k.veltri@wellsfargo.com
dominic.marshall@wellsfargo.com
duvallm@wellsfargo.com
earl.takasaki@wellsfargo.com
edna.rodriguez@wellsfargo.com
elopez@wellsfargo.com
eric.b.backer@wellsfargo.com
evansart@wellsfargo.com
evansdw@wellsfargo.com
fianne.chen@wellsfargo.com
fkoster@wellsfargo.com
franz.seow@wellsfargo.com
frmoreno@wellsfargo.com
froebjn@wellsfargo.com
garth.wahlberg@wellsfargo.com
gary.westphal@wellsfargo.com
genevieve.ramsay@wellsfargo.com
gishm@wellsfargo.com
glenn.e.johnson@wellsfargo.com
greg.genung@wellsfargo.com
greg.lavallee@wellsfargo.com
greg.t.maddox@wellsfargo.com
hakan.beygo@wellsfargo.com
hal.kotowsky@wellsfargo.com
halea@wellsfargo.com
harkend@wellsfargo.com
henry.naah@wellsfargo.com
hhermann@wellsfargo.com

**Company & Corresponding Email Addresses**

highsmj@wellsfargo.com
hiren.r.patel@wellsfargo.com
hobie.hodge@wellsfargo.com
holly.tillman@wellsfargo.com
hopkindl@wellsfargo.com
howard.chak@wellsfargo.com
hsumarj@wellsfargo.com
hughesc@wellsfargo.com
jack.ahlert@wellsfargo.com
jacobus.louw@wellsfargo.com
james.p.rutzen@wellsfargo.com
james.r.wetschka@wellsfargo.com
jamie.k.johnson@wellsfargo.com
janice.a.wallis@wellsfargo.com
jason.j.thelen@wellsfargo.com
jay.fisher@wellsfargo.com
jeff.a.myers@wellsfargo.com
jeff.morsman@wellsfargo.com
jennifer.vraney@wellsfargo.com
jeremy.r.goebel@wellsfargo.com
jeremy.stokes@wellsfargo.com
jerome.philpott@wellsfargo.com
jesse.abraham@wellsfargo.com
jim.e.dabroi@wellsfargo.com
joe.r.york@wellsfargo.com
joe.white@wellsfargo.com
johancla@wellsfargo.com
john.critchfield@wellsfargo.com
john.p.gibbons@wellsfargo.com
john.q.wang@wellsfargo.com
john.wong@wellsfargo.com
jon.w.salmon@wellsfargo.com
jonathan.gray@wellsfargo.com
joseph.g.mcmahon@wellsfargo.com
josephine.jimenez@wellsfargo.com
josh.d.bales@wellsfargo.com
karen.a.cheng@wellsfargo.com
karen.c.parrin@wellsfargo.com
karen.j.ekegren@wellsfargo.com
kathy.faulkner@wellsfargo.com
kathy.sheng@wellsfargo.com
keith.j.hopkins@wellsfargo.com
kenny.earl@wellsfargo.com
kevin.penner@wellsfargo.com
khambay.vankham@wellsfargo.com
kimberly.e.ryan@wellsfargo.com
lance.marx@wellsfargo.com
larry.l.scholl@mortgage.wellsfargo.com
lasdenj@wellsfargo.com
laurie.r.white@wellsfargo.com
lawalice@wellsfargo.com
leechris@wellsfargo.com
leonard.austin@wellsfargo.com
leslie.e.paulson@wellsfargo.com

**Company & Corresponding Email Addresses**

lewsusank@wellsfargo.com
linda.m.barbeau@wellsfargo.com
liuj@wellsfargo.com
lynne.royer@wellsfargo.com
manila.sisamouth@wellsfargo.com
maria.t.fox@wellsfargo.com
marjorie.h.grace@wellsfargo.com
mark.clegg@wellsfargo.com
mark.m.niles@wellsfargo.com
mark.munger@wellsfargo.com
mark.oman@wellsfargo.com
mark.stanley@wellsfargo.com
mark.w.goyne@wellsfargo.com
masontoa@wellsfargo.com
matt.ginsburg@wellsfargo.com
matthew.herron@wellsfargo.com
maya.sarda@wellsfargo.com
megan.salb@wellsfargo.com
meirg1@wellsfargo.com
michael.a.schaefer@wellsfargo.com
michael.c.bird@wellsfargo.com
michael.d.miller@wellsfargo.com
michael.dorsey@wellsfargo.com
michael.strong@wellsfargo.com
michael.w.shinners@wellsfargo.com
michelle.beattie@mortgage.wellsfargo.com
mike.castle@wellsfargo.com
mike.heid@wellsfargo.com
mike.mcdougall@wellsfargo.com
mike.schlarman@wellsfargo.com
mirandss@wellsfargo.com
mjohnson@wellsfargo.com
mohan.chellaswami@wellsfargo.com
nagsa@wellsfargo.com
nancy.lederer@wellsfargo.com
neil.dey@wellsfargo.com
nelsone@wellsfargo.com
newell@wellsfargo.com
noah.wise@wellsfargo.com
pamela.a.inghram@wellsfargo.com
patricia.bloom@wellsfargo.com
patrick.greene@mortgage.wellsfargo.com
patrick.seelen@wellsfargo.com
paul.ardleigh@wellsfargo.com
paul.h.sperling@wellsfargo.com
paul.lockwood@imc.wellsfargo.com
paul.y.hikichi@wellsfargo.com
peter.r.diliberti@wellsfargo.com
philip.r.rice@wellsfargo.com
polly.m.traer@wellsfargo.com
pooja.rajput@wellsfargo.com
poonmo@wellsfargo.com
randy.angerhofer@wellsfargo.com
ray.wong@wellsfargo.com

## Company & Corresponding Email Addresses

raymond.k.tong@wellsfargo.com
raymond.leffler@wellsfargo.com
rebecca.j.norman@wellsfargo.com
richard.d.mellin@wellsfargo.com
rita.chu@wellsfargo.com
rob.cue@wellsfargo.com
robert.g.smith@wellsfargo.com
robyn.haley@wellsfargo.com
roderick.d.boothby@wellsfargo.com
roger.w.adams@wellsfargo.com
rosenbes@wellsfargo.com
ruben.avilez@wellsfargo.com
ryan.curdy@wellsfargo.com
ryan.e.lowe@wellsfargo.com
ryan.g.huckstorf@wellsfargo.com
sanderje@wellsfargo.com
sanjay.roy@wellsfargo.com
santiagt@wellsfargo.com
schlossg@wellsfargo.com
scott.chambers@wellsfargo.com
scott.grupe@wellsfargo.com
scott.quigley@wellsfargo.com
scott.schwindt@wellsfargo.com
sedrick.tydus@wellsfargo.com
senftan@wellsfargo.com
shannon.r.edgar@wellsfargo.com
sharkemw@wellsfargo.com
shen@wellsfargo.com
sherwood.h.yuen@wellsfargo.com
sheryl.graf@wellsfargo.com
shewsjr@imc.wellsfargo.com
silas.l.matthies@wellsfargo.com
sonja.j.rodine@wellsfargo.com
sonja.reed@wellsfargo.com
sophia.l.talkington@wellsfargo.com
stephanie.christie@wellsfargo.com
steve.kuhns@wellsfargo.com
steven.r.ashley@wellsfargo.com
steven.s.pfeiffer@wellsfargo.com
susan.hughes@wellsfargo.com
susan.k.miller@wellsfargo.com
tai.vu@wellsfargo.com
taorong.jiang@wellsfargo.com
thaiqu@wellsfargo.com
thomas.bellone@wellsfargo.com
thomas.oconnor@wellsfargo.com
tim.covington@mortgage.wellsfargo.com
tim.kitt@mortgage.wellsfargo.com
tim.l.musik@wellsfargo.com
tim.mankus@wellsfargo.com
timothy.andrew@wellsfargo.com
tinglei@wellsfargo.com
todd.a.neils@wellsfargo.com
tom.potts@wellsfargo.com

## Company & Corresponding Email Addresses

troy.ludgood@wellsfargo.com
valerie.s.dahlman@wellsfargo.com
vlad.stavitskiy@wellsfargo.com
wardj@wellsfargo.com
weiscaro@wellsfargo.com
weldonjc@wellsfargo.com
wendy.a.willett@wellsfargo.com
will.jacobsen@wellsfargo.com
william.r.posch@wellsfargo.com
wladkomh@wellsfargo.com
ying.hu@wellsfargo.com
young.cho@wellsfargo.com
zachary.tyler@wellsfargo.com

### wemam
merten.trautmann@wemam.com

### wesbanco
brichmond@wesbanco.com
piergallini@wesbanco.com
ryoung@wesbanco.com
schmitt@wesbanco.com

### wescorp
bburrell@wescorp.org
bchang@wescorp.org
beberhardt@wescorp.org
bfrench@wescorp.org
chu@wescorp.org
dhuesch@wescorp.org
djohnston@wescorp.org
dparsons@wescorp.org
dthompson@wescorp.org
dtrinder@wescorp.org
gchan@wescorp.org
gsmithb@wescorp.org
iyu@wescorp.org
jhamilton@wescorp.org
jthomas@wescorp.org
jxue@wescorp.org
kcheng@wescorp.org
kgensler@wescorp.org
plin@wescorp.org
pschulten@wescorp.org
raraujo@wescorp.org
rdouglass@wescorp.org
srickert@wescorp.org
swaddell@wescorp.org
tlane@wescorp.org
vherman@wescorp.org
wrickert@wescorp.org

### wessanen-hq
a.toorn@wessanen-hq.com

### wessex
timothyweir@wessex.co.uk

### wessexam
carolinerogers@wessexam.co.uk

## Company & Corresponding Email Addresses

maisienicholls@wessexam.co.uk
peterchesterfield@wessexam.co.uk
richarddennis@wessexam.co.uk

### westam

alexis.renault@westam.de
andre.schlingloff@westam.com
andre_schaefer@westam.de
andreas.schipull@westam.com
bastian.gries@westam.com
christian.doppstadt@westam.com
christian.hantel@westam.com
christian.sobatta@westam.com
claudia.bengtson@westam.com
claudia.kleinherne@westam.com
claudia.trojca@westam.com
david.hays@westam.com
david.kroon@westam.com
eckhard.pflieger@westam.com
elke.hadenfeldt@westam.com
ernst.osiander@westam.com
frank.blass@westam.de
frank.richter@westam.com
guenther_welter@westam.de
gundula.oehlke@westam.com
heike_juergens@westam.com
henning.flender@westam.com
henning.lenz@westam.com
jan.pieterse@westam.com
jim.kellerman@westam.com
juergen.heinz@westam.com
karin.spletzer@westam.com
katrin_schneider@westam.de
kevin.spires@westam.com
lsheryl.hudson@westam.com
marc.siebel@westam.com
markus.ilg@westam.com
markus.knebel@westam.com
max.kircher@westam.com
michael.dobler@westam.com
michael.grunow@westam.com
michael.linden@westam.com
mike.willett@westam.com
natascha_finger@westam.de
natascha_kluike@westam.de
patrick.lyn@westam.com
peter-noel.schoemig@westam.com
raimund.saier@westam.com
sandra.tessarek@westam.com
stefan.braun@westam.com
stephanie.brennan@westam.com
susan.malone@westam.com
suzy.chapman@westam.com
tara.dierschke@westam.com
thomas.noack@westam.com

## Company & Corresponding Email Addresses

tim.frankenheim@westam.com
uwe.fuiten@westam.com
vanessa.schumack@westam.com
vanessa.shumack@westam.com
vikki.hanges@westam.com
vinay.sharma@westam.com
vinay_sharma@westam.com
walter.schepers@westam.com
yvonne.quintero@westam.com

### westamerica
brian.bock@westamerica.com
doug.young@westamerica.com

### westcapinv
gcweirick@westcapinv.com
gedelstein@westcapinv.com
glweirick@westcapinv.com
jshaskon@westcapinv.com
kgorny@westcapinv.com
lmcguigan@westcapinv.com
pfisher@westcapinv.com

### westernasset
acormack@westernasset.co.uk
adiaz@westernasset.com
aewing@westernasset.com
ajagajeeranram@westernasset.co.uk
ajajoo@westernasset.com
akong@westernasset.com
alan.thetford@westernasset.com
alexei.koval@westernasset.com
alyng@westernasset.com
amack@westernasset.com
amardia@westernasset.com
amcclymonds@westernasset.com
amorberg@westernasset.com
amy.lieu@westernasset.com
amy.shim@westernasset.com
amy.tsao@westernasset.com
ann.chan@westernasset.com
aoganezov@westernasset.com
apace@westernasset.com
apatros@westernasset.com
areeves@westernasset.com
arvinder.chowdhary@westernasset.com
asanto@westernasset.com
awong@westernasset.com
ayukichae@westernasset.com
barbara.ferguson@westernasset.com
bbarrall@westernasset.com
bbertucci@westernasset.com
bedivierre.bagui@westernasset.com
benjamin.birnbaum@westernasset.com
bherkenhoff@westernasset.com
bhunsaker@westernasset.com
bjacoby@westernasset.com

**Company & Corresponding Email Addresses**

bkeh@westernasset.com
bkhoo@westernasset.com
bmartin@westernasset.com
bmok@westernasset.com
bnoble@westernasset.co.uk
brendan.bowman@westernasset.com
brian.t.giordano@westernasset.com
bspeiser@westernasset.co.uk
bwongtrakool@westernasset.com
cbau@westernasset.com
cdiegelman@westernasset.com
cduff@westernasset.com
cecilia.fung@westernasset.com
ceichstaedt@westernasset.com
cgollmeier@westernasset.co.uk
charles.bardes@westernasset.com
chetna.mistry@westernasset.com
chlam@westernasset.com
christian.amantea@westernasset.com
christian.heller@westernasset.com
christine.dizon@westernasset.com
christopher.jacobs@westernasset.com
cifeacho@westernasset.co.uk
cjendra@westernasset.com
cjobling@westernasset.co.uk
cjong@westernasset.com
ckilpatrick@westernasset.com
cmatthews@westernasset.co.uk
cmedema@westernasset.com
cnavalta@westernasset.com
conor.christopher@westernasset.com
cpoon@westernasset.com
cschloss@westernasset.com
cshia@westernasset.com
csibley@westernasset.com
csu@westernasset.com
ctelling@westernasset.co.uk
cwelch@westernasset.co.uk
cyee@westernasset.com
dalexander@westernasset.com
dalvarado@westernasset.com
daniel.wong@westernasset.com
david.shillaber@westernasset.com
dcheng@westernasset.com
ddeveies@westernasset.com
deandre.parks@westernasset.com
dfleet@westernasset.com
dgibson@westernasset.com
dheng@westernasset.com
dklein@westernasset.co.uk
dloebig@westernasset.com
dmcnamara@westernasset.com
dmitry.zolotarevsky@westernasset.com
dneary@westernasset.com

## Company & Corresponding Email Addresses

douglas.wade@westernasset.com
dplotsky@westernasset.com
dschlichter@westernasset.co.uk
dslogoff@westernasset.com
dsmith@westernasset.com
dwest@westernasset.co.uk
ecuellar@westernasset.com
edward.paulinski@westernasset.com
ehren.stanhope@westernasset.com
ekio.arai@westernasset.com
ekwon@westernasset.com
ema@westernasset.com
emoody@westernasset.com
eneumayer@westernasset.com
eramirez@westernasset.com
erecord@westernasset.com
eri.suzuoka@westernasset.com
eric.bush@westernasset.com
eric.stratmoen@westernasset.com
erin.b.olphert@westernasset.com
erobie@westernasset.com
erovetti@westernasset.com
esalim@westernasset.com
ewiller@westernasset.com
fjohnson@westernasset.com
fpoon@westernasset.com
frances.lee@westernasset.com.sg
frank.gao@westernasset.com
frederick.marki@westernasset.com
frederick.poon@westernasset.com
fredrik.walfridsson@westernasset.com
fusafumi.saito@westernasset.com
gbenoit@westernasset.com
gbound@westernasset.co.uk
gchin@westernasset.com
gcooper@westernasset.com
george.lee@westernasset.com
ggorman@westernasset.com
ghandler@westernasset.com
gkass@westernasset.com
gordon.chiu@westernasset.com
gparker@westernasset.co.uk
gpeeke@westernasset.com
grant.schick@westernasset.com
gslavin@westernasset.com
gyu@westernasset.com
hdoek@westernasset.co.uk
hiroshi.yumura@westernasset.com
hiroyuki.kimura@westernasset.com
hsafonoff@westernasset.com
hscott@westernasset.co.uk
hvu@westernasset.com
hyokota@westernasset.com
iabukhlal@westernasset.co.uk

**Company & Corresponding Email Addresses**

iayala@westernasset.com
ideharo@westernasset.com
iedmonds@westernasset.co.uk
iharker@westernasset.com
ijustice@westernasset.co.uk
irvin.lee@westernasset.com
ivo.iliev@westernasset.com
jarek.karpinski@westernasset.com
jasmith@westernasset.com
jcarieri@westernasset.com
jcarlson@westernasset.com
jchang@westernasset.com
jeff.vanschaick@westernasset.com
jeffrey.jones@westernasset.com
jellis@westernasset.com
jennifer.anderson@westernasset.com
jennifer.crane@westernasset.com
jessie.robinson@westernasset.com
jewald@westernasset.com
jflick@westernasset.com
jgibson@westernasset.com
jgreenan@westernasset.co.uk
jgregory@westernasset.co.uk
jhartviksen@westernasset.com
jhirschmann@westernasset.com
jhuynh@westernasset.com
jibraev@westernasset.com
jin.kim@westernasset.com
jing.zhou@westernasset.com
jjlee@westernasset.com
jkatz@westernasset.com
jkim@westernasset.com
jmarquez@westernasset.com
jmatsui@westernasset.com
jmccourt@westernasset.com
jnewbery@westernasset.co.uk
jnuruki@westernasset.com
joanna.poon@westernasset.com
joel.dignadice@westernasset.com
john.hwang@westernasset.com
john.mooney@westernasset.com
joseph.genco@westernasset.com
jpark@westernasset.com
jramachandran@westernasset.com
jrowlinson@westernasset.co.uk
jsavarese@westernasset.com
jscholnick@westernasset.com
jsharpe@westernasset.com
jso@westernasset.com
julie.callahan@westernasset.com
julie.choi@westernasset.com
julius.charoensook@westernasset.com
jvnelson@westernasset.com
jwhincup@westernasset.co.uk

**Company & Corresponding Email Addresses**

jziegler@westernasset.com
kailash.chhaya@westernasset.com
kazuto.doi@westernasset.com
kchang@westernasset.com
kcoffin@westernasset.com
kevin.faulcon@westernasset.com
kevin.gore@westernasset.com
kevin.kennedy@westernasset.com
kgardner@westernasset.com
khathirat@westernasset.com
kieran.hughes@westernasset.com
kleech@westernasset.com
kluna@westernasset.com
kly@westernasset.com
kmeidl@westernasset.com
kpoutre@westernasset.com
kritter@westernasset.com
ktran@westernasset.com
kumi.shinomiya@westernasset.com
kuyehara@westernasset.com
kyle.colburn@westernasset.com
landerson@westernasset.com
lawrence.daly@westernasset.com
lblanco@westernasset.com
lbouwhuis@westernasset.co.uk
lenero@westernasset.com
liam.lynch@westernasset.com
lterrones@westernasset.com
madams@westernasset.com
marco.avanzobarbieri@westernasset.com
marcos.collina@westernasset.com
margarita.blandon@westernasset.com
mari.ohnuki@westernasset.com
marie.pollerana@westernasset.com
mark.kimbrough@westernasset.com
mark.nigro@westernasset.com
martin.hanley@westernasset.com
masako.aoki@westernasset.com
mbuchanan@westernasset.com
mcampbell@westernasset.com
mcgraves@westernasset.com
mduda@westernasset.com
mhodges@westernasset.co.uk
mhsieh@westernasset.com
michael.bazdarich@westernasset.com
michael.bismark@westernasset.com
michael.danso@westernasset.com
michael.fine@westernasset.com
michael.herrera@westernasset.com
michael.jorgenson@westernasset.com
michael.kearney@westernasset.com
michele.mirabella@westernasset.com
midori.murata@westernasset.com
midori.omura@westernasset.com

**Company & Corresponding Email Addresses**

miki.nagao@westernasset.com
mjackson@westernasset.co.uk
mlieberman@westernasset.com
mlindbloom@westernasset.com
mlooker@westernasset.co.uk
mmckenzie@westernasset.com
molly.schwartz@westernasset.com
mpak@westernasset.com
msoussan@westernasset.com
mstory@westernasset.com
mvanraaphorst@westernasset.com
nkhosla@westernasset.com
nlieu@westernasset.com
nmatsui@westernasset.co.uk
nobuya.nemoto@westernasset.com
nsheth@westernasset.com
ntshua@westernasset.com
nyaroslavskiy@westernasset.com
o.alvarez@westernasset.com
olivier.asselin@westernasset.com
olivier.guipet@westernasset.com
osaeed@westernasset.co.uk
otto.dichtl@westernasset.com
parthapratim.chakraborty@westernasset.com
patrick.budden@westernasset.com
patrick.purington@westernasset.com
patrick.tan@westernasset.com
paulo.alexandrecaricati@westernasset.com
pbrandow@westernasset.com
pchandran@westernasset.com
peyre@westernasset.com
philip.foronda@westernasset.com
pierre.gurdal@westernasset.com
piyush.sahni@westernasset.com
pkendall@westernasset.com
polsen@westernasset.com
ppatel@westernasset.com
pstutz@westernasset.com
rakhee.popat@westernasset.com
ramici@westernasset.com
raymond.lee@westernasset.com
rbooth@westernasset.co.uk
rdotson@westernasset.com
reisenhauer@westernasset.com
rgarza@westernasset.com
rich.ghazarian@westernasset.com
rkouliev@westernasset.com
rledis@westernasset.com
rlundelius@westernasset.com
rmacphee@westernasset.com
rmass@westernasset.com
rmessina@westernasset.com
rnightingale@westernasset.co.uk
robert.abad@westernasset.com

**Company & Corresponding Email Addresses**

robert.amodeo@westernasset.com
ronald.perry@westernasset.com
rshih@westernasset.com
rsnoke@westernasset.com
rsotter@westernasset.co.uk
russell.grimwood@westernasset.co.uk
rvillanueva@westernasset.com
ryang@westernasset.com
ryi@westernasset.com
rzielonka@westernasset.com
sbang@westernasset.com
sbeatty@westernasset.com
sbisht@westernasset.com
schester@westernasset.co.uk
schuthari@westernasset.com
sdavis@westernasset.com
sdelarosa@westernasset.com
sfulton@westernasset.com
shanbo.tao@westernasset.com
shannon.chesnut@westernasset.com
shaun.ramcharitar@westernasset.com
shiori.takinami@westernasset.com
shuang@westernasset.com
sidney.santos@westernasset.com
sjohnson@westernasset.com
slin@westernasset.com
sluh@westernasset.com
smorrison@westernasset.com
spuodziunas@westernasset.com
srogan@westernasset.com
ssattarzadeh@westernasset.co.uk
stan@westernasset.com
stephen.cook@westernasset.com
stephen.sibley@westernasset.com
steven.delarosa@westernasset.com
stpark@westernasset.com
strepp@westernasset.com
sudha.sethuraman@westernasset.com
suguru.yasuno@westernasset.com
susan.signori@westernasset.com
swaps.operations@westernasset.com
takahiro.omura@westernasset.com
tcarr@westernasset.com
tgalloway@westernasset.com
thomas.hansen@westernasset.com
thomas.kwong@westernasset.com
thomas.miller@westernasset.com
tmcmahon@westernasset.com
tnallasamy@westernasset.com
togrady@westernasset.com
towers@westernasset.com
tpham@westernasset.com
traney@westernasset.com
tsettel@westernasset.com

**Company & Corresponding Email Addresses**

tslight@westernasset.co.uk
ttint@westernasset.com
tvigna@westernasset.com
twoodhams@westernasset.co.uk
vacharya@westernasset.com
vbudinger@westernasset.com
vchavez@westernasset.com
victor.chu@westernasset.com
vidhu.aggarwal@westernasset.com
wilfred.wong@westernasset.com
william.quinones@westernasset.com
wkilcullen@westernasset.com
wmuller@westernasset.com
ybaguindoc@westernasset.com
yevgeniy.falkovich@westernasset.com
ykurosawa@westernasset.com
yping@westernasset.com
zahmed@westernasset.com

**westernbank**
dpurcell@westernbank.com

**westernworld**
g.meserole@westernworld.com

**westfieldgrp**
joekohmann@westfieldgrp.com
johnhaney@westfieldgrp.com
kevinfellman@westfieldgrp.com
ronaldstephonic@westfieldgrp.com
troygayle@westfieldgrp.com

**westgen**
agriffith@westgen.bm

**westhyp**
adrian.burkhard@westhyp.de
andreas.cziborra@westhyp.de
peggy.flemming@westhyp.de
sylke.schaefer@westhyp.de

**westimmo**
tobias.ilgen@westimmo.de

**westimmobank**
alexander.saur@westimmobank.com
andreas.nockel@westimmobank.de
heiko.dech@westimmobank.com
jan.maass@westimmobank.de
joachim.flasnoecker@westimmobank.de
juergen.mann@westimmobank.com
klaus.schreiner@westimmobank.com

**westlb**
alan_bookspan@westlb.com
alastair_neely@westlb.co.uk
alfonso_famiglietti@westlb.co.uk
ali_riza_incekara@westlb.co.uk
alina_gonzalez@westlb.com
alvaro_ballesteros@westlb.co.uk
amit_patel@westlb.co.uk
andreas_strate@westlb.de

**Company & Corresponding Email Addresses**

andrew.saideman@westlb.com
andrew_tait@westlb.co.uk
angus_cameron@westlb.co.jp
anne-marie_corry@westlb.co.uk
anoop_manhas@westlb.co.uk
anthony_cheng@westlb.co.uk
anthony_lawlor@westlb.co.uk
anthony_lofaso@westlb.com
antoine_baert@westlb.co.uk
anton_martin@westlb.co.uk
antonio.pagano@westlb.co.uk
antonios.gemeliaris@westlb.co.uk
araceli_munoz@westlb.co.uk
arminee_bowler@westlb.com
axel_jager@westlb.co.uk
barbara_abts@westlb.de
barry_groveman@westlb.com
bartlomiej_rutkowski@westlb.co.uk
bill_mccormick@westlb.com
bjoern_bauermeister@westlb.de
bjoern_erwart@westlb.de
bob_brown@westlb.co.uk
bruno_bardavid@westlb.co.uk
candace_daly@westlb.co.uk
carrie_gensler@westlb.com
chris_case@westlb.co.uk
chris_mckenna@westlb.co.uk
christa_koenigstein@westlb.com
christian.schuetze@westlb.com
christian_grane@westlb.com
christian_schablitzki@westlb.de
christine_jacobsen@westlb.com
claire_mead@westlb.co.uk
claudia_neurath@westlb.de
claus_duelfer@westlb.de
clemens_krieg@westlb.de
cyril_derveloy@westlb.com
dagmar_lange@westlb.de
dan_mules@westlb.co.uk
danny_carrasco@westlb.co.uk
darren_nolan@westlb.co.uk
david_brown@westlb.co.uk
david_gault@westlb.com
david_johnson@westlb.co.uk
david_wagner@westlb.com
deedee_sklar@westlb.com
derek_mcgirt@westlb.com
derek_pattanakreingkrai@westlb.co.uk
dimitris_printzos@westlb.co.uk
dirk.krauth@westlb.de
dirk_van_hout@westlb.de
donna_button@westlb.co.uk
dr_m_vandenadel@westlb.de
efstathios_margonis@westlb.co.uk

**Company & Corresponding Email Addresses**

ernst.benninghoven@westlb.de
fabian_vieth@westlb.com
festus_marinho@westlb.co.uk
florian_merkel@westlb.de
frank.neugebauer@westlb.lu
frank_eggers@westlb.de
frank_schuermann@westlb.de
fred_maus@westlb.com
futures_settlements@westlb.co.uk
g.ghiglieno@westlb.it
gary_o'connor@westlb.co.uk
gavin_doyle@westlb.co.uk
george_suspanic@westlb.com
gerd-henning.beck@westlb.lu
gerhard_roggemann@westlb.de
girish_narula@westlb.co.uk
glenn_davies@westlb.co.uk
gordon_bryant@westlb.com
grahame_pilcher@westlb.co.uk
gregory_faranello@westlb.com
guido_mundt@westlb.de
hagen-jens_braun@westlb.de
hans-josef_peusquens@westlb.de
herbert_jackel@westlb.de
hkg_apac_derivatives_processing_westlbhongkong@westlb.com.hk
horst-kaspar.greven@westlb.com
iain_burnett@westlb.co.uk
ian_griffin@westlb.co.uk
ingo_wichelhaus@westlb.de
j.sengera@westlb.de
jacob_manczyk@westlb.com
james.neill@westlb.co.uk
james_turner@westlb.co.uk
jane_harps@westlb.com
jarl_kristensen@westlb.de
jason_rosenthal@westlb.co.jp
jean_pierre_albin@westlb.co.uk
jennifer_tarozzi@westlb.com
jens-kristian.hoenen@westlb.com
jerry_long@westlb.co.uk
jing_min.li@westlb.com
jochen.kirst@westlb.com
joerg_brinkmann@westlb.co.uk
johannes.scheel@westlb.lu
john_geremia@westlb.com
john_penny@westlb.co.uk
johnathan_cheung@westlb.com
jonathan_glen@westlb.co.uk
jose_perez@westlb.com
joseph_carroll@westlb.com
joyce_taylor@westlb.co.uk
karl_bejasa@westlb.com
karl_eschelbach@westlb.com
kayvan_fateh-tehrani@westlb.com

**Company & Corresponding Email Addresses**

keith_clement@westlb.co.uk
kerstin.koehler@westlb.de
kheil_mcintyre@westlb.com
klemens_breuer@westlb.de
kurt_vilio@westlb.co.uk
leon_vaysburd@westlb.com
leonardo_moreno@westlb.com
manfred_puffer@westlb.de
marc_j_cohen@westlb.com
marc_moehr@westlb.co.uk
marcel_morisse@westlb.co.uk
marcus_kramer@westlb.de
mardoche.assor@westlb.co.uk
margarita_roman-ramirez@westlb.com
mark.thompson@westlb.de
mark_lanspa@westlb.com
markus.maier@westlb.com
marni_joy@westlb.com
martin_stief@westlb.de
mathieu_rabiller@westlb.co.uk
matthew_bianco@westlb.com
matthew_leone@westlb.com
maureen_powell@westlb.com
maurizio_fazzari@westlb.de
melanie_struve@westlb.de
michael.pohr@westlb.lu
michael_antonicelli@westlb.com
michael_balzer@westlb.co.uk
michael_kraft@westlb.com
michael_mikolajczak@westlb.com
michael_renner@westlb.de
michael_stoelting@westlb.de
miguel_viani@westlb.com
mike_east@westlb.co.uk
mirko_panse@westlb.de
naomi_kirwan@westlb.co.uk
neil_colverd@westlb.co.uk
neil_young@westlb.co.uk
nick_field@westlb.co.uk
nigel_denison@westlb.co.uk
norbert_doerr@westlb.de
norberto_zaiet@westlb.com
olaf-alexander.priess@westlb.lu
olga_dadamatova@westlb.com
oliver.schleypen@westlb.com
patrick_okeefe@westlb.com
paul_edwards@westlb.co.uk
paul_heath@westlb.co.uk
paul_j.edwards@westlb.co.uk
paul_martin@westlb.co.uk
peter_decrem@westlb.com
peter_dow@westlb.co.uk
peter_zafiris@westlb.com
philip_aspinall@westlb.co.uk

**Company & Corresponding Email Addresses**

philip_chu@westlb.co.jp
portfoliomanagement@westlb.lu
pui_chow@westlb.com
rafael_valbuena@westlb.co.uk
ralf.recktenwald@westlb.lu
ravi_nathan@westlb.co.uk
reiner_michels@westlb.de
richard_a_hill@westlb.co.uk
richard_c_hughes@westlb.co.uk
richard_neuman@westlb.com
robert.bourke@westlb.co.uk
robert_anzalone@westlb.com
robert_diforio@westlb.com
robert_dollery@westlb.co.uk
robert_stein@westlb.co.uk
robert_wieser@westlb.com
ronnie_lawrence@westlb.co.uk
ruediger.lange@westlb.de
sanjay_bhasin@westlb.co.uk
sanjay_bhatt@westlb.com
scott_carr@westlb.co.uk
scott_wojie@westlb.com
sean_tully@westlb.com
sharif_islam@westlb.co.uk
sharon_mcgarvey@westlb.com
shaun_williams@westlb.co.uk
sigrid.derichs@westlb.de
sigrid.nauss@westlb.de
simon_mcdonagh@westlb.co.uk
simon_wilkinson@westlb.co.uk
simone_erhardt@westlb.co.uk
sofia_larsen@westlb.co.uk
stefan_boecker@westlb.de
stephan.kemper@westlb.de
stephan_plagemann@westlb.co.uk
stephen_piatkowski@westlb.co.uk
steven_petrie@westlb.com
stuart_bennett@westlb.co.uk
stuart_frohmaier@westlb.co.uk
tara_moore@westlb.co.uk
terence_mark@westlb.com
thierry_nardon@westlb.de
thomas.keith@westlb.lu
thomas_irwin@westlb.com
thomas_reh@westlb.de
thomas_schrebel@westlb.com
thorsten_kanzler@westlb.de
tim_richards@westlb.co.uk
tim_sai_louie@westlb.co.uk
tom_lodge@westlb.co.uk
tony_baildon@westlb.co.jp
udo_bodewig@westlb.de
ulrich_corbach@westlb.de
victor_hong@westlb.com

## Company & Corresponding Email Addresses

vinit_patel@westlb.co.uk
volker_rheinfeld@westlb.de
walid_assaf@westlb.co.uk
wayne.foster@westlb.co.uk
wendy_ferguson@westlb.com
yoon_chang@westlb.com

### westlbpanmure
markus_bolder@westlbpanmure.com
michael.trogisch@westlbpanmure.com
nils.becker@westlbpanmure.com

### westlbtrust
jan.friske@westlbtrust.com

### westmerchant
darren.read@westmerchant.co.uk
lisa.rozario@westmerchant.co.uk

### westmiltonstatebank
rsmith@westmiltonstatebank.com

### westpac
ahector@westpac.com.au
alukas@westpac.com.au
anoll@westpac.com.au
aramsay@westpac.com.au
bholman@westpac.com.au
bscammell@westpac.com.au
dblenkinsop@westpac.com.au
dhoney@westpac.com.au
dmalcom@westpac.com.au
dtelfer@westpac.com.au
emilym@westpac.com.au
fbalzer@westpac.com.au
gkopsiaftis@westpac.com.au
hkillen@westpac.com.au
irankin@westpac.com.au
jcarter@westpac.com.au
jcleary@westpac.com.au
jengel@westpac.com.au
jshelbourne@westpac.co.au
lberetin@westpac.com
lporter@westpac.com.au
mhawkins@westpac.com.au
mhunt@westpac.com.au
mjohn@westpac.com.au
mstatham@westpac.com.au
nfjalltoft@westpac.com.au
nobrien@westpac.com.au
noconnor@westpac.com.au
nwaite@westpac.com.au
pdavidson@westpac.com.au
phadden@westpac.com.au
rconnolly@westpac.com.au
rduff@westpac.com.au
sbensan@westpac.com.au
sonyajenkins@westpac.com.au
targent@westpac.com.au

## Company & Corresponding Email Addresses

tonysmith@westpac.com.au
tstalker@westpac.com.au
wayne_bruce@westpac.co.nz

**westshorefund**
michael.tyler@westshorefund.com

**westunionbank**
twhaling@westunionbank.com

**wewill4u**
brsperandeo@wewill4u.com
jwood@wewill4u.com

**weyerhaeuser**
aleksander.weiler@weyerhaeuser.com
aly.kanji@weyerhaeuser.com
jeffrey.klein@weyerhaeuser.com
laura.coen@weyerhaeuser.com
nicki.wolfert@weyerhaeuser.com
william.stivers@weyerhaeuser.com

**wffoothill**
cglick@wffoothill.com

**wfg**
abhiram.vijayasarathy@wfg.com
abigail.james@wfg.com
jason.baichtal@wfg.com
lily.yau@wfg.com
matthew.coleman@wfg.com

**wfgweb**
crau@wfgweb.com
dkoch@wfgweb.com
kflynn@wfgweb.com
khendrickson@wfgweb.com
lcoffey@wfgweb.com
mmehl@wfgweb.com
plarson@wfgweb.com
skeenan@wfgweb.com
talbrecht@wfgweb.com

**wfweb**
peter.estlick@wfweb.com

**wga**
dshaw@wga.com
jchang@wga.com
jsmith@wga.com
mlewis@wga.com

**wgsl**
vidur.goel@wgsl.com

**wgtrading**
barella@wgtrading.com
bburnes@wgtrading.com
kmehrzad@wgtrading.com
rjaeger@wgtrading.com
swalsh@wgtrading.com

**wgv-online**
klaus.brachmann@wgv-online.de
ralf.krott@wgv-online.de

**wgz**

## Company & Corresponding Email Addresses
diego.alvarez@wgz.de

### wgzbank
andreas.mailaender@wgzbank.de
andreas.ziegler@wgzbank.de
bernd.roth@wgzbank.de
conor.walley@wgzbank.ie
geraldine.walsh@wgzbank.ie
patrick.gallagher@wgzbank.ie
robert.melvin@wgzbank.ie
ruth.norton@wgzbank.ie
ulrich.schulze-ueding@wgzbank.de
walter.schmidt@wgzbank.ie

### wgz-bank
carsten.mack@wgz-bank.de
christian.bree@wgz-bank.de
christine.allmann@wgz-bank.de
claus.stegemann@wgz-bank.de
drosario@wgz-bank.ie
duc.nguyen@wgz-bank.de
fokke-tann.paradies@wgz-bank.de
franco.scheil@wgz-bank.de
heiko.fleer@wgz-bank.de
holger.riedel@wgz-bank.de
irvine@wgz-bank.ie
kavanagh@wgz-bank.ie
klaus.gehrmann@wgz-bank.de
martin.koetter@wgz-bank.de
metscher@wgz-bank.lu
michael.fink@wgz-bank.de
michael.frenzel@wgz-bank.de
rainer.hagemann@wgz-bank.de
short@wgz-bank.ie
somers@wgz-bank.ie
stefan.hein@wgz-bank.de
stephan.hink@wgz-bank.de
timon.lissel@wgz-bank.de
volker.knoepfle@wgz-bank.de

### wharton
adewole@wharton.upenn.edu
aedmans@wharton.upenn.edu
akouassi@wharton.upenn.edu
akronfol@wharton.upenn.edu
albornoz@wharton.upenn.edu
amarczak@wharton.upenn.edu
aminl@wharton.upenn.edu
anily@wharton.upenn.edu
apak2@wharton.upenn.edu
blimpert@wharton.upenn.edu
burnsl@wharton.upenn.edu
choo@wharton.upenn.edu
colb@wharton.upenn.edu
croninkc@wharton.upenn.edu
czhang@wharton.upenn.edu
dragesic@wharton.upenn.edu

**Company & Corresponding Email Addresses**

eichlerl@wharton.upenn.edu
elas@wharton.upenn.edu
farberlj@wharton.upenn.edu
goldiesh@wharton.upenn.edu
grossad@wharton.upenn.edu
hamet@wharton.upenn.edu
hanhu@wharton.upenn.edu
hani@wharton.upenn.edu
headley@wharton.upenn.edu
hefty@wharton.upenn.edu
henryu@wharton.upenn.edu
hunterp@wharton.upenn.edu
isuzuki@wharton.upenn.edu
jamieg@wharton.upenn.edu
jasoncd@wharton.upenn.edu
joyyxu@wharton.upenn.edu
jqc@wharton.upenn.edu
juheda@wharton.upenn.edu
kirstien@wharton.upenn.edu
kkliu@wharton.upenn.edu
kylew@wharton.upenn.edu
lclark@wharton.upenn.edu
linachan@wharton.upenn.edu
lippinco@wharton.upenn.edu
meras@wharton.upenn.edu
mfaiella@wharton.upenn.edu
minglu@wharton.upenn.edu
msanch@wharton.upenn.edu
mutreja@wharton.upenn.edu
nana@wharton.upenn.edu
neillo@wharton.upenn.edu
nkhoda@wharton.upenn.edu
nortonk@wharton.upenn.edu
ntuteja@wharton.upenn.edu
phills@wharton.upenn.edu
pille@wharton.upenn.edu
pirrucce@wharton.upenn.edu
psavor@wharton.upenn.edu
pshen@wharton.upenn.edu
rafaelh@wharton.upenn.edu
rakshitp@wharton.upenn.edu
rready@wharton.upenn.edu
sai@wharton.upenn.edu
saikatc@wharton.upenn.edu
saket.saurabh.wg09@wharton.upenn.edu
sarkar@wharton.upenn.edu
shanr@wharton.upenn.edu
shawny@wharton.upenn.edu
singhh@wharton.upenn.edu
sjalan@wharton.upenn.edu
souleles@wharton.upenn.edu
stal@wharton.upenn.edu
thardt@wharton.upenn.edu
tingz@wharton.upenn.edu

## Company & Corresponding Email Addresses

toublan@wharton.upenn.edu
tumurd@wharton.upenn.edu
uranguma@wharton.upenn.edu
vrvikas@wharton.upenn.edu
weihan@wharton.upenn.edu
weihuaxu@wharton.upenn.edu
wtawornt@wharton.upenn.edu
yencheng@wharton.upenn.edu

**whartonco**
anupam.batura@whartonco.com
caroline.velarde@whartonco.com
daniel.cook@whartonco.com
dave.shastri@whartonco.com
david_prosser@whartonco.com
gerard.hammond@whartonco.com
heath@whartonco.com
james.mccunn@whartonco.com
js.paley@whartonco.com
julio.arriaza@whartonco.com
mariano@whartonco.com
maurice.salem@whartonco.com

**whbhk**
frank@whbhk.com
frankiewu@whbhk.com
honcheongwu@whbhk.com
kwokhingliu@whbhk.com
raymondwong@whbhk.com
suiwahchan@whbhk.com

**whippoorwhillassociates**
akishore@whippoorwhillassociates.com
mlee@whippoorwhillassociates.com

**whirlpool**
mark_brown@whirlpool.com

**whitepinecapital**
bwalker@whitepinecapital.com
cbellows@whitepinecapital.com
dsenneseth@whitepinecapital.com
dtaft@whitepinecapital.com
jboylan@whitepinecapital.com
mwallace@whitepinecapital.com
psmith@whitepinecapital.com

**whitneybank**
bferguson@whitneybank.com
bogden@whitneybank.com
ghodlewsky@whitneybank.com
glowe@whitneybank.com
jgay@whitneybank.com
jmcelroy@whitneybank.com
lmcdougal@whitneybank.com
mdudley@whitneybank.com
nhunt@whitneybank.com
rfox@whitneybank.com
ssolomon@whitneybank.com
tfisher@whitneybank.com

## Company & Corresponding Email Addresses

wmurry@whitneybank.com

### whkbk
erichuen@whkbk.com
jacksonyuen@whkbk.com

### whummer
ahowes@whummer.com
dcox@whummer.com
dmueller@whummer.com
dpoitras@whummer.com
jcorrenti@whummer.com
mdierkes@whummer.com
mmcmahon@whummer.com
trowland@whummer.com

### whv
fawcett.p@whv.com

### wieneritalia
g.isak@wieneritalia.com
p.masci@wieneritalia.com

### wienerstadtwerke
andreas.kysela@wienerstadtwerke.at

### wil
allison.rea@wil.com
binahn@wil.com
dougb@wil.com
vincentn@wil.com

### willcap
adams@willcap.com
burdeshaw@willcap.com
carl@willcap.com
coard@willcap.com
copeland@willcap.com
finkelstein@willcap.com
jones@willcap.com
levin@willcap.com
mcclearin@willcap.com
rwilliams@willcap.com
seidita@willcap.com
williams@willcap.com

### willcapmanagement
malnak@willcapmanagement.com
owusu@willcapmanagement.com
paul@willcapmanagement.com
stclaire@willcapmanagement.com

### willdolater
tbc@willdolater.com

### williamblair
aamiry@williamblair.com
aanderson@williamblair.com
adesai@williamblair.com
aflynn@williamblair.com
ahezroni@williamblair.com
ahuson@williamblair.com
akominik@williamblair.com
areddi@williamblair.com

**Company & Corresponding Email Addresses**

bkasten@williamblair.com
bwaller@williamblair.com
ccoustan@williamblair.com
ckilmer@williamblair.com
cohara@williamblair.com
cpreyss@williamblair.com
cramos@williamblair.com
cvincent@williamblair.com
dbuckley@williamblair.com
dfording@williamblair.com
diannessa@williamblair.com
dmerjan@williamblair.com
dmitchell@williamblair.com
dricci@williamblair.com
emaddix@williamblair.com
ggreig@williamblair.com
gpusinelli@williamblair.com
hbundy@williamblair.com
jessica.jasko@williamblair.com
jgolan@williamblair.com
jgomberg@williamblair.com
jjostrand@williamblair.com
jkaplan@williamblair.com
jkarlis@williamblair.com
jkrantz@williamblair.com
jlapalm@williamblair.com
jmccaffrey@williamblair.com
jnedoss@williamblair.com
jnelson@williamblair.com
jroberts@williamblair.com
jrocca@williamblair.com
jurbina@williamblair.com
kbrewer@williamblair.com
kgaffud@williamblair.com
kgagnon@williamblair.com
klynch@williamblair.com
kmcatamney@williamblair.com
kwiese@williamblair.com
lmccourt@williamblair.com
mbuchta@williamblair.com
mcthompson@williamblair.com
mdthompson@williamblair.com
mjanuszewski@williamblair.com
mleslie@williamblair.com
mmcgrane@williamblair.com
mseitz@williamblair.com
nhynds@williamblair.com
nseltzer@williamblair.com
ntruderung@williamblair.com
pdonnelly@williamblair.com
pquinn@williamblair.com
pstekl@williamblair.com
psularz@williamblair.com
rgordon@williamblair.com

**Company & Corresponding Email Addresses**

rjbukovac@williamblair.com
rlanphier@williamblair.com
rmorris@williamblair.com
rspitz@williamblair.com
rweaver@williamblair.com
sbraming@williamblair.com
sriddell@williamblair.com
ssanchez@williamblair.com
sschiff@williamblair.com
svoulgaris@williamblair.com
tcope@williamblair.com
tkauss@williamblair.com
tkurisu@williamblair.com
tmcclone@williamblair.com
tmccormick@williamblair.com
tobryan@williamblair.com
tsternberg@williamblair.com
tstory@williamblair.com
tsullivan@williamblair.com
wbenton@williamblair.com
wsexton@williamblair.com

**williams**
sharna.reingold@williams.com

**willis**
peter.marquard@willis.com

**willowbridge**
fmarrapodi@willowbridge.com
jschwartz@willowbridge.com
mgan@willowbridge.com

**wilmingtontrust**
ahopkins@wilmingtontrust.com
akaczmarczyk@wilmingtontrust.com
aweaver@wilmingtontrust.com
calbright@wilmingtontrust.com
ckjohnson@wilmingtontrust.com
dderamo@wilmingtontrust.com
ddickinson@wilmingtontrust.com
dmorgan@wilmingtontrust.com
dnishi@wilmingtontrust.com
dpoplos@wilmingtontrust.com
esmith@wilmingtontrust.com
gellis@wilmingtontrust.com
gpaloni@wilmingtontrust.com
jbitter@wilmingtontrust.com
jfahey@wilmingtontrust.com
jgleason@wilmingtontrust.com
jmalloy@wilmingtontrust.com
jsitek@wilmingtontrust.com
kstrohmeier@wilmingtontrust.com
lmanista@wilmingtontrust.com
lmerritt@wilmingtontrust.com
lmore@wilmingtontrust.com
mlawrence@wilmingtontrust.com
mlyster@wilmingtontrust.com

## Company & Corresponding Email Addresses

ptheriault@wilmingtontrust.com
rbabiak@wilmingtontrust.com
rhoffman@wilmingtontrust.com
rkent@wilmingtontrust.com
rvogel@wilmingtontrust.com
sdavenport@wilmingtontrust.com
sedmonds@wilmingtontrust.com
srobinson@wilmingtontrust.com
tjohnson@wilmingtontrust.com
tkisaka@wilmingtontrust.com
tneale@wilmingtontrust.com
vparameswaran@wilmingtontrust.com
wpease@wilmingtontrust.com
zqasim@wilmingtontrust.com

**wilmingtrust**
mbrown@wilmingtrust.com

**winstarmail**
gilsec@winstarmail.com

**winterthur**
elke.felber@winterthur.ch
emmanuel.leblanc@winterthur.com
erhard.ammann@winterthur.ch
frank.wigger@winterthur.ch
hans-ulrich.furger@winterthur.ch
herbert.fuchs@winterthur.ch
jeremy.klein@winterthur.ch
konstantin.principe@winterthur.ch
luca.santamaria@winterthur.it
lutz.honstetter@winterthur.com
marcel.sieger@winterthur.ch
mark.romano@winterthur.com
matt.pfister@winterthur.ch
matthias.henny@winterthur.ch
matthias.pestalozzi@winterthur.ch
maurizio.ghilosso@winterthur.it
michael.stamm@winterthur.ch
peter.sigg@winterthur.ch
roland.prien@winterthur.ch
roman.rohner@winterthur.ch
vincent.fleury@winterthur.com

**wintrust**
ddykstra@wintrust.com
dgalvan@wintrust.com
psheridan@wintrust.com
sweichle@wintrust.com

**wisa**
budiman.swardi@wisa.com.sg

**wisc**
kkavajecz@wisc.edu

**wisi**
akhandwala@wisi.com
aprabhu@wisi.com
avandaalen@wisi.com
cgoudreau@wisi.com

## Company & Corresponding Email Addresses

csimko@wisi.com
dforgie@wisi.com
gkryskiewicz@wisi.com
jcorchard@wisi.com
jdiogostine@wisi.com
jfields@wisi.com
jmehta@wisi.com
jwhite@wisi.com
mflament@wisi.com
mloura@wisi.com
rbard@wisi.com
skirtman@wisi.com
udaley@wisi.com

### wkb
georges.luggen@wkb.ch

### wl-bank
hermann.kallwey@wl-bank.de
oliver.battling@wl-bank.de
torsten.probst@wl-bank.de

### wmam
bogdan.covaciu@wmam.com
cem.mani@wmam.com
christian.exner@wmam.com
cynthia.podschuweit@wmam.com
daniel.tubbs@wmam.com
gabriele.breuer@wmam.com
gunther.westen@wmam.com
iris.secker@wmam.com
karsten.seier@wmam.com
maik.ohm@wmam.com
marc.herres@wmam.com
marion.stommel@wmam.com
ngoc_bao_ha.dippold@wmam.com
sarah.luetgert@wmam.com
stephanie.kolacki@wmam.com
sven.rudolf@wmam.com
ulrich.faupel@wmam.com

### wmblair
am4@wmblair.com
bmm@wmblair.com
cw@wmblair.com
des@wmblair.com
di@wmblair.com
dkm@wmblair.com
dm2@wmblair.com
fcf@wmblair.com
ff@wmblair.com
intlresearch@wmblair.com
jc2@wmblair.com
jgj@wmblair.com
jpn@wmblair.com
jwm@wmblair.com
keb@wmblair.com
kh@wmblair.com

## Company & Corresponding Email Addresses

lt@wmblair.com
lvm@wmblair.com
nhb@wmblair.com
rjt@wmblair.com
sf@wmblair.com
tas@wmblair.com
wjt@wmblair.com

**wmcdirect**
aleonida@wmcdirect.com
hpark@wmcdirect.com
jzollo@wmcdirect.com
mgrossma@wmcdirect.com

**wmfd**
cepstein@wmfd.net

**wmgf**
caverill@wmgf.net
jhealy@wmgf.net
svanallen@wmgf.net

**wmich**
johnson@wmich.edu
robert.beam@wmich.edu

**wnco**
adam.decaire@wnco.com
blair.mcgrain@wnco.com
bob.kneisley@wnco.com
charlene.jones@wnco.com
chris.monroe@wnco.com
lee.lipton@wnco.com
leslie.carr@wnco.com
lonny.hurwitz@wnco.com
marcy.brand@wnco.com
megan.gregory@wnco.com
megan.parmelee@wnco.com
nan.barry@wnco.com
paul.sacco@wnco.com
ryan.martinez@wnco.com
scott.topping@wnco.com
tammy.romo@wnco.com

**woelbern**
n.fiebig@woelbern.de

**woelbern-invest**
m.brodesser@woelbern-invest.de

**wolterskluwer**
ahull@wolterskluwer.com
didier.rinkel@wolterskluwer.com
fmuusse@wolterskluwer.com
folkert.van.breugel@wolterskluwer.com
gdessing@wolterskluwer.com
jsmalen@wolterskluwer.com
kirsten.beach@wolterskluwer.com
prensink@wolterskluwer.com
rkloek@wolterskluwer.com
rmulder@wolterskluwer.com

**wolverhampton**

## Company & Corresponding Email Addresses

davidevans@wolverhampton.gov.uk
dlcripps@wolverhampton.gov.uk
matt.underhill@wolverhampton.gov.uk

### woobibank
sychung@woobibank.com

### woodfern
andy@woodfern.com
cindy@woodfern.com
leah@woodfern.com

### woodman
jstolze@woodman.com
rmaher@woodman.com

### woodmen
sbengtson@woodmen.com

### woodstockcorp
adriand@woodstockcorp.com
annk@woodstockcorp.com
jenniferc@woodstockcorp.com
jenniferr@woodstockcorp.com
lfoster@woodstockcorp.com
maryc@woodstockcorp.com
mikeh@woodstockcorp.com
naomid@woodstockcorp.com
peterh@woodstockcorp.com
petes@woodstockcorp.com
rogerf@woodstockcorp.com
sdoyle@woodstockcorp.com
tedf@woodstockcorp.com
toma@woodstockcorp.com
tstakem@woodstockcorp.com

### woolwich
anthony.lee@woolwich.co.uk
chris.stroud@woolwich.co.uk
debbie.laurel@woolwich.co.uk
raghnall.craighead@woolwich.co

### wooribank
andrew.lee@wooribank.com
aquabally@wooribank.com
cchalong@wooribank.com
chae0911@wooribank.com
daniel@wooribank.com
derivatives@wooribank.com
dknife21@wooribank.com
don.choi@wooribank.com
gubonnie@wooribank.com
haekyun@wooribank.com
haha3730@wooribank.com
happyhome@wooribank.com
hsk@wooribank.com
ilhoahn@wooribank.com
iykang@wooribank.com
jeonghochoi@wooribank.com
jihoonkim@wooribank.com
jintkim@wooribank.com

## Company & Corresponding Email Addresses

jiyunchoi@wooribank.com
jkjt0007@wooribank.com
jungsooha@wooribank.com
jyoung@wooribank.com
khhwang@wooribank.com
ksm.1023@wooribank.com
kssuh@wooribank.com
lee0039@wooribank.com
mantrey@wooribank.com
mckwak@wooribank.com
minyou@wooribank.com
mklee@wooribank.com
moosookim@wooribank.com
myojeong@wooribank.com
nugisid@wooribank.com
patrickryoo@wooribank.com
paulkim@wooribank.com
pilho.cho@wooribank.com
pss8837@wooribank.com
pym@wooribank.com
pym3@wooribank.com
sam@wooribank.com
sehong@wooribank.com
seoeunah@wooribank.com
shnam720@wooribank.com
singapore@wooribank.com
snowk@wooribank.co.jp
sshyun@wooribank.com
ssoy@wooribank.com
sunshine@wooribank.com
swlee@wooribank.com
ttaogi@wooribank.com
vincentngcc@wooribank.com
yipaik@wooribank.com
yong76@wooribank.com
yunhongsong@wooribank.com
ziyoon@wooribank.com

**wordbank**
kmahajan@wordbank.org

**work**
axel.schmitt@work.de
eyal@work.com
francois@work.com
helena@work.com
morten@work.com

**worldbank**
abajaj@worldbank.org
abalana@worldbank.org
aberkelaar@worldbank.org
aboubker@worldbank.org
ajuhasz@worldbank.org
aklippel@worldbank.org
akobor@worldbank.org
akuijs@worldbank.org

**Company & Corresponding Email Addresses**

alevy@worldbank.org
amantri@worldbank.org
asailesh@worldbank.org
bkrupa@worldbank.org
bmurira@worldbank.org
cbartlett@worldbank.org
cburroughs@worldbank.org
cdelvalle@worldbank.org
charrison1@worldbank.org
ckanejanus@worldbank.org
cna@worldbank.org
cnachnani@worldbank.org
cperque@worldbank.org
csuarez@worldbank.org
cteng@worldbank.org
cwang@worldbank.org
cyazgan@worldbank.org
dbelcher@worldbank.org
ddanker@worldbank.org
ddworfrecaut@worldbank.org
dmartin2@worldbank.org
dratha@worldbank.org
echen1@worldbank.org
efavaro@worldbank.org
egratcheva@worldbank.org
embi@worldbank.org
esu@worldbank.org
fcastro@worldbank.org
fmainolfi@worldbank.org
gperry@worldbank.org
gpetre@worldbank.org
greiter@worldbank.org
gwheeler@worldbank.org
hakama@worldbank.org
hbouhia@worldbank.org
hreichelt@worldbank.org
hsierra@worldbank.org
htsubota@worldbank.org
hwilliams1@worldbank.org
imendelson@worldbank.org
izelenko@worldbank.org
jbasterra@worldbank.org
jclark3@worldbank.org
jdraaisma1@worldbank.org
jfrancis@worldbank.org
jgandolfo@worldbank.org
jherliby@worldbank.org
jjohnsoncalari@worldbank.org
jpoulsen@worldbank.org
jwang1@worldbank.org
kahmed5@worldbank.org
kasadsyed@worldbank.org
kcaldwell@worldbank.org
kchandrasekhar@worldbank.org

**Company & Corresponding Email Addresses**

kkrouskas@worldbank.org
klay@worldbank.org
klloyd@worldbank.org
krice@worldbank.org
ksubramanian@worldbank.org
kthankavelu@worldbank.org
kyabe@worldbank.org
lburakreis@worldbank.org
lpacis@worldbank.org
lvangeijlswijk@worldbank.org
mbennett1@worldbank.org
mbennett2@worldbank.org
mbrennan@worldbank.org
mcushman@worldbank.org
mdado@worldbank.org
mfarid6@worldbank.org
mfranco@worldbank.org
mgonzalez5@worldbank.org
mguillenpeters@worldbank.org
mkoch@worldbank.org
mnearon@worldbank.org
mprokunina@worldbank.org
mrivero@worldbank.org
mskuratovskaya@worldbank.org
mzhao1@worldbank.org
nayoub@worldbank.org
njiang@worldbank.org
nmarais@worldbank.org
nmckenzie@worldbank.org
nsumardi@worldbank.org
nvenkatesh@worldbank.org
oschmitt@worldbank.org
plimlomwongse@worldbank.org
qchen@worldbank.org
qfan@worldbank.org
qli2@worldbank.org
qwang@worldbank.org
rbrivera@worldbank.org
rchidiac@worldbank.org
rlicorish@worldbank.org
rmalikyar@worldbank.org
rpellegrino@worldbank.org
rpernia1@worldbank.org
rramiah@worldbank.org
rwilliams1@worldbank.org
scalvo@worldbank.org
sellis@worldbank.org
skhalatbari@worldbank.org
sng@worldbank.org
soliveros@worldbank.org
span@worldbank.org
spiot@worldbank.com
srajkumar@worldbank.org
srutledge@worldbank.org

## Company & Corresponding Email Addresses

ssem@worldbank.org
sshivraman@worldbank.org
sstreifel@worldbank.org
svanderbreetstra@worldbank.org
tdayioglu@worldbank.org
tfay@worldbank.org
tfukui@worldbank.org
tgeorge@worldbank.org
tglaessner@worldbank.org
tstrider@worldbank.org
tthangpijaigul@worldbank.org
twang@worldbank.org
vmarghescu@worldbank.org
vrustaman@worldbank.org
vtagle@worldbank.org
wchen5@worldbank.org
wdonkor@worldbank.org
ziqbal@worldbank.org

**worldcom**
atlanti@worldcom.ch

**worldinvest**
firstname.surname@worldinvest.com
gwenda.jenkins@worldinvest.com

**wpginv**
alissa.douglas@wpginv.com

**wpginvest**
amy.lichstein@wpginvest.com
betham@wpginvest.com
brennanr@wpginvest.com
camilla.hsiung@wpginvest.com
christopher.conneely@wpginvest.com
easton.ragsdale@wpginvest.com
guzmane@wpginvest.com
howard.mattsson@wpginvest.com
joanne.ricca@wpginvest.com
ken.kaplan@wpginvest.com
maheshwr@wpginvest.com
manuel.russon@wpginvest.com
margery.flicker@wpginvest.com
mcgehee.porter@wpginvest.com
michael.lee@wpginvest.com
mickie.chow@wpginvest.com
nancy.enslein@wpginvest.com
nicole.cash@wpginvest.com
peter.albanese@wpginvest.com
peter.moukios@wpginvest.com
richard.shuster@wpginvest.com
rod.moore@wpginvest.com
roupen.ardhaldjian@wpginvest.com
schaen@wpginvest.com
sfrancisco.ghiglino@wpginvest.com
sheri.kaplan@wpginvest.com
thomas.delpiaz@wpginvest.com
todd.ehret@wpginvest.com

**Company & Corresponding Email Addresses**

trina.steinbach@wpginvest.com
wen.wang@wpginvest.com

**wpgonvest**
koontzl@wpgonvest.com

**wpgvp**
rmahtre@wpgvp.com

**wrainvest**
michael@wrainvest.com

**wrberkley**
elinekin@wrberkley.com
jmcgrath@wrberkley.com
jshiel@wrberkley.com
lhenjes@wrberkley.com
nlang@wrberkley.com
wberkley@wrberkley.com

**wscapital**
abr@wscapital.com
alenzi@wscapital.com
alucero@wscapital.com
cking@wscapital.com
esteel@wscapital.com
gberg@wscapital.com
jjangro@wscapital.com
jjangrow@wscapital.com
judelhofen@wscapital.com
lfouts@wscapital.com
mgunning@wscapital.com
pgoeller@wscapital.com
rparyani@wscapital.com
sbrasher@wscapital.com
tcabra@wscapital.com
tlefevre@wscapital.com
zwydra@wscapital.com

**wsfsbank**
mturner@wsfsbank.com
paul.greenplate@wsfsbank.com
rsamuels@wsfsbank.com
sfowle@wsfsbank.com

**wssc**
ttraber@wssc.dst.md.us

**wstlb**
eugene_chan@wstlb.com

**wuerttag**
rglaesche@wuerttag.de

**wuerttembergische**
bernhard.kuehn@wuerttembergische.de
katrin.fischer@wuerttembergische.de
marc.bauer@wuerttembergische.de
oliver.bleickert@wuerttembergische.de
praktikum@wuerttembergische.de
ralf.draeger@wuerttembergische.de
tanja.uhlmann@wuerttembergische.de

**wuertt-hyp**
andreas.schenk@wuertt-hyp.de

## Company & Corresponding Email Addresses

christoph.schwarz@wuertt-hyp.de
robert.grassinger@wuertt-hyp.de

### wuestenrot

alexander.van.echelpoel@wuestenrot.de
andrea.reinwald@wuestenrot.de
andreas.fischle@wuestenrot.de
andreas.lingenfelder@wuestenrot.de
bernd.fischer@wuestenrot.de
bernhard.wischkoni@wuestenrot.de
frank.boetzer@wuestenrot.de
frank.retzmann@wuestenrot.de
guenther.winklhofer@wuestenrot.at
hans-joachim.staats@wuestenrot.de
joachim.froehlich@wuestenrot.de
manuela.stiefel@wuestenrot.de
markus.gerber@wuestenrot.de
volker.kunath@wuestenrot.de
wolfgang.wiefel@wuestenrot.de

### wvimb

jasons@wvimb.org
toms@wvimb.org

### wvsbank

accounting@wvsbank.com

### ww-ag

r.maier@ww-ag.com

### wwal

brad@wwal.com

### wwasset

artur.podlejski@wwasset.de
bernd.graessler@wwasset.de
christian.pompejus@wwasset.de
ernst-ludwig.haaks@wwasset.de
goetz.alles@wwasset.de
jens.wildermuth@wwasset.de
jochen.veith@wwasset.de
martin.seitz@wwasset.de
michael.engelhard@wwasset.de
sabine.mueller@wwasset.de
torben.riedel@wwasset.de
torsten.gruber@wwasset.de
wolfgang.stuelb@wwasset.de

### wwinv

janeleung@wwinv.com.hk

### wwk

alfred.stix@wwk.de
dieter.wussler@wwk.de
gunther.hahn@wwk.de
michael.limmert@wwk.de
peter.siegmund@wwk.de
thomas.winterholler@wwk.de

### wyeth

siegert@wai.wyeth.com

### xcla

dchait@xcla.com

**Company & Corresponding Email Addresses**

**xilinx**
martha.hertanu@xilinx.com
ted.boufaissal@xilinx.com

**xl**
wrobbie@xl.bm

**xlca**
ralph.diserio@xlca.com

**xlgroup**
allen.roth@xlgroup.com
anne.hohbein@xlgroup.com
brendan.mazur@xlgroup.com
cheryl.sedlak@xlgroup.com
craig.koszewski@xlgroup.com
daniel.stecklein@xlgroup.com
ed.hubbard@xlgroup.com
frank.beardsley@xlgroup.com
gregory.berman@xlgroup.com
jas.jalaf@xlgroup.com
kevin.mcgivern@xlgroup.com
kurt.edmark@xlgroup.com
kurtis.holle@xlgroup.com
nina.khromova@xlgroup.com
sohail.rasul@xlgroup.com
steven.harms@xlgroup.com
steven.powell@xlgroup.com
timothy.swenson@xlgroup.com
vincent.torres@xlgroup.com

**xlserv**
dmurnin@xlserv.com
dseymour@xlserv.com
gking@xlserv.com
mrego@xlserv.com
pgonzalez@xlserv.com
pjsnyder@xlserv.com
pwallace@xlserv.com
sturner@xlserv.com

**xm**
f.mitani@xm.mitsui.co.jp
osamumori@xm.mitsui.co.jp
t.iwamoto@xm.mitsui.co.jp
ta.mizuno@xm.mitsui.co.jp

**xroadcapital**
jsindelar@xroadcapital.com

**xxx**
xx@xxx.com
xxx@xxx.com
xxxx@xxx.com

**yadkinvalleybank**
edwin.laws@yadkinvalleybank.com

**yahoo**
abachee@yahoo.com
ageday@yahoo.com
akashabibb@yahoo.com
blackbeller@yahoo.co.jp

## Company & Corresponding Email Addresses

bpgiroud@yahoo.fr
breckinridgesmith@yahoo.com
bryanlhchen@yahoo.com.tw
ccssteve@yahoo.com.tw
chilgefort_silchester@yahoo.com
csw1469@yahoo.co.kr
dbthomas2@yahoo.com
dennis_c_chen@yahoo.com
djones_nyc@yahoo.com
dougneish@yahoo.com
fengxj2000@yahoo.com.cn
gordacha@yahoo.com
heejoonyoon@yahoo.co.kr
hoshuiwei@yahoo.com
jcpca356@yahoo.com
jdpark21@yahoo.co.kr
jeffasher2@yahoo.com
jesperaway@yahoo.com
jhmoehling@yahoo.com
johnjjkramer@yahoo.com
joshua.zwass@yahoo.com
joshuafan@yahoo.com
jparchidec@yahoo.fr
jss_shin@yahoo.co.kr
jun_kang@yahoo.com
kash6970@yahoo.com
kdbetc@yahoo.co.kr
kevinkilduff@yahoo.com
kocfa@yahoo.com
kori.sykiba@yahoo.com
kperry1@yahoo.com
ktwist1@yahoo.com
kyuhyukpark@yahoo.co.kr
macfukimo@yahoo.com.tw
mannypatel_2000@yahoo.com
marcello_morini@yahoo.com
marcs1955@yahoo.com
michael_spinello@yahoo.com
michaeljmoster@yahoo.com
mlinsteven@yahoo.com.tw
mmurphy1014@yahoo.com
mohlman_k@yahoo.com
mtish18@yahoo.com
mynameandy1972@yahoo.com
noikokyrakisie@yahoo.com
nosbigneb@yahoo.com
pa_volery@yahoo.com
parkerjeffery@yahoo.com
pctan_99@yahoo.com
pierrjohnson@yahoo.com
rgstcollins@yahoo.com
rw658658@yahoo.com.tw
s_pomerantz@yahoo.com
s_tindall@yahoo.com

**Company & Corresponding Email Addresses**

sanchototo@yahoo.co.kr
sancruri@yahoo.co.kr
sara_alasfour@yahoo.com
shariffr@yahoo.com
shawn_boire@yahoo.com
shlee369@yahoo.co.kr
srgobran@yahoo.com
subhaguha@yahoo.com
sugx1967@yahoo.com.cn
todd_qed@yahoo.com
tombillcook@yahoo.com
torucrazy@yahoo.co.jp
vzanardi11@yahoo.com
wrhufftr@yahoo.com
xuzhengguang2003@yahoo.co.uk
yeyos@yahoo.com

**yale**

antti.petajisto@yale.edu
carrie.abildgaard@yale.edu
guillermo.mondino@yale.edu
james.choi@yale.edu
mike.finnerty@yale.edu
seth.alexander@yale.edu
thomas.kaufmann@yale.edu
victoria.raucci@yale.edu

**yamagatabank**

cmaid@yamagatabank.co.jp

**yamaguchibank**

hironobu_ueda@yamaguchibank.co.jp
hiroyuki_yoshimura@yamaguchibank.co.jp
itaru_takahashi@yamaguchibank.co.jp
keiji_sasaki@yamaguchibank.co.jp
kiyofumi_yanagida@yamaguchibank.co.jp
kouji_sasaki@yamaguchibank.co.jp
makoto_emoto@yamaguchibank.co.jp
mitsuo_shigemura@yamaguchibank.co.jp
seiichirou_oka@yamaguchibank.co.jp
soichi_takimoto@yamaguchibank.co.jp
takashi_hirota@yamaguchibank.co.jp
takehiro_shinya@yamaguchibank.co.jp
tetsuyoshi_kubo@yamaguchibank.co.jp
yoshichika_araki@yamaguchibank.co.jp
yoshinori_ichikawa@yamaguchibank.co.jp

**yamanashibank**

toushi@yamanashibank.co.jp

**yapikredi**

berna.cagatay@yapikredi.com.tr
defne.dilber@yapikredi.com.tr
ebru.basci@yapikredi.com.tr
mert.oncu@yapikredi.com.tr
okay.kiygi@yapikredi.com.tr
saruhan.yucel@yapikredi.com.tr
yasemin.oktay@yapikredi.com.tr

**yasudalife**

## Company & Corresponding Email Addresses
a-chan@yasudalife.com.hk

**yasuda-life**
a-morinaga@yasuda-life.co.jp
g-seino@yasuda-life.co.jp
h-nogawa@yasuda-life.co.jp
h-shijmizu@yasuda-life.co.jp
k-higawa@yasuda-life.co.jp
k-matsuyama@yasuda-life.co.jp
k-sekigu@yasuda-life.com.jp
ma-kawai@yasuda-life.co.jp
n-matsunaga@yasuda-life.co.jp
n-miyata@yasuda-life.co.jp
r-toyota@yasuda-life.co.jp
sh_takahashi@yasuda-life.co.jp
s-otsuka@yasuda-life.co.jp
s-tanahara@yasuda-life.co.jp
s-tsubuku@yasuda-life.co.jp
t.akimoto@yasuda-life.co.jp
t-oishi@yasuda-life.co.jp
t-sagasaki@yasuda-life.co.jp
y-shimura@yasuda-life.co.jp

**yasudalifeny**
t-fujimoto@yasudalifeny.com

**ybs**
amcaton@ybs.co.uk
clparrish@ybs.co.uk
crhuitson@ybs.co.uk
djmurray@ybs.co.uk
dwmundy@ybs.co.uk
jzhayes@ybs.co.uk
rjdriver@ybs.co.uk
robin.hargrave@ybs.co.uk
sljones@ybs.co.uk

**yd**
ishida_shigeru@yd.smbc.co.jp
kotoyori_setsuya@yd.smbc.co.jp
nagasaki_takahide@yd.smbc.co.jp
otsu_yukio@yd.smbc.co.jp

**yesbank**
david.schlesinger@yesbank.com
francis.mitchell@yesbank.com
james.gertie@yesbank.com
jstaskel@yesbank.com
kfarrell@yesbank.com
michael.thomson@yesbank.com
peter.krawchuk@yesbank.com
vwhill2@yesbank.com

**yesinvest**
mark.persichetti@yesinvest.com

**yf7**
shiyola@yf7.so-net.ne.jp

**yieldworks**
dennyc@yieldworks.com

**yk**

## Company & Corresponding Email Addresses

hamazaki_koji@yk.smbc.co.jp
kodaira_masaaki@yk.smbc.co.jp
komori_seiji@yk.smbc.co.jp
matsuo_yasunari@yk.smbc.co.jp
miyamoto_manabu@yk.smbc.co.jp
nagata_arihiro@yk.smbc.co.jp
sakuragi_toshiharu@yk.smbc.co.jp
tsujino_hirohiko@yk.smbc.co.jp
yamashita_etsuko@yk.smbc.co.jp
yatagai_tomoaki@yk.smbc.co.jp

**ymcanet**
wolert@ymcanet.org

**ymcaret**
arjun@ymcaret.org
hays@ymcaret.org
kerin@ymcaret.org
kwon@ymcaret.org
lundgren@ymcaret.org
nauman@ymcaret.org
raskin@ymcaret.org
rubinstein@ymcaret.org

**yorktraditionsbank**
hkeller@yorktraditionsbank.com
jblecher@yorktraditionsbank.com
mgalloway@yorktraditionsbank.com
phelsel@yorktraditionsbank.com
tclinton@yorktraditionsbank.com
vwisman@yorktraditionsbank.com

**youngstovall**
hbueno@youngstovall.com

**ytb**
s-invest@ytb.co.jp

**zas**
marc.weibel@zas.admin.ch
philippe.kuttler@zas.admin.ch

**zcmgroup**
philip.chan@zcmgroup.com

**zelengora**
david@zelengora.com
vlad@zelengora.com

**zenkyoren-usa**
higashi@zenkyoren-usa.com
k-higuchi@zenkyoren-usa.com
oguro@zenkyoren-usa.com

**zf**
burkhard.ischler@zf.siemens.de
eckhard.muenchow@zf.siemens.de
marcus.desimoni@zf.siemens.de

**zinnecker-consult**
frank.zinnecker@zinnecker-consult.com

**zinobanka**
kalfusova@zinobanka.cz

**zionsbancorp**
clark.hinckley@zionsbancorp.com

## Company & Corresponding Email Addresses

### zionsbank
andy.robbins@zionsbank.com
david.vanwagoner@zionsbank.com
flint@zionsbank.com
s192jmw@zionsbank.com
s221drg@zionsbank.com
s221jeb@zionsbank.com

### zionyf
daryl@zionyf.net

### ziraatbank
fncetinel@ziraatbank.com.tr
tberdil@ziraatbank.com.tr

### zkb
alessandro.ianeselli@zkb.ch
alfonso.lopez@zkb.ch
anastassios.frangulidis@zkb.ch
andre.buck@zkb.ch
andre.ziltener@zkb.ch
andrea.baiker@zkb.ch
andreas.habluetzel@zkb.ch
andreas.holzer@zkb.ch
andreas.venditti@zkb.ch
andrej.subaric@zkb.ch
annett.baumast@zkb.ch
atilla.koc@zkb.ch
beat.gabathuler@zkb.ch
beat.pfiffner@zkb.ch
beat.schumacher@zkb.ch
bernhard.straub@zkb.ch
bruno.ammann@zkb.ch
can.marfurt@zkb.ch
christian.schmid@zkb.ch
christoph.hoop@zkb.ch
christoph.riedweg@zkb.ch
christoph.ritschard@zkb.ch
claude.zehnder@zkb.ch
daniel.benz@zkb.ch
daniel.buerki@zkb.ch
daniel.burki@zkb.ch
daniel.guenther@zkb.ch
daniel.gunther@zkb.ch
daniel.meyer@zkb.ch
daniel.muff@zkb.ch
daniel.rohner@zkb.ch
daniel.treichler@zkb.ch
daniel.zuercher@zkb.ch
daniele.tedesco@zkb.ch
danilo.zanetti@zkb.ch
dario.laterza@zkb.ch
dominik.irniger@zkb.ch
edwin.j.erne@zkb.ch
enrico.denicola@zkb.ch
erich.meier@zkb.ch
fabian.jacoma@zkb.ch

## Company & Corresponding Email Addresses

fabio.pervangher@zkb.ch
florian.kuebler@zkb.ch
florian.streiff@zkb.ch
gabriel.bartholdi@zkb.ch
georg.marti@zkb.ch
giulia.sanna@zkb.ch
hans.fischer@zkb.ch
hans.valer@zkb.ch
hansjoerg.schmidt@zkb.ch
john.hansen@zkb.zh
judith.wider@zkb.ch
juerg.reichen@zkb.ch
juerg.syz@zkb.ch
karin.bendler@zkb.ch
klaus.brugger@zkb.ch
klemenz.huser@zkb.ch
lasse.andersen@zkb.ch
laszlo.temesi@zkb.ch
luana.guerriero@zkb.ch
luca.corletto@zkb.ch
lucian.caflisch@zkb.ch
luigi.vignola@zkb.ch
marc.mattes@zkb.ch
marc.schulthess@zkb.ch
marcel.riedener@zkb.ch
marcello.musio@zkb.ch
marco.curti@zkb.ch
marco.mazotti@zkb.ch
marco.strittmatter@zkb.ch
mark.diethelm@zkb.ch
markus.hofmann@zkb.ch
markus.kramer@zkb.ch
markus.thony@zkb.ch
markus.waeber@zkb.ch
martin.huesler@zkb.ch
martin.rosenberger@zkb.ch
martin.schreiber@zkb.ch
martin.sieg@zkb.ch
matthias.rohr@zkb.ch
max.zuberbuehler@zkb.ch
meinrad.gyr@zkb.ch
michael.nawrath@zkb.ch
michael.winkler1@zkb.ch
michel.dacher@zkb.ch
michele.beffa@zkb.ch
michele.hofmann@zkb.ch
miguel.perez@zkb.ch
miguel.pino@zkb.ch
nicholas.porchet@zkb.ch
nicolas.porchet@zkb.ch
olaf.martin@zkb.ch
oliver.kubli@zkb.ch
paolo.vanini@zkb.ch
paolo.zagaria@zkb.ch

**Company & Corresponding Email Addresses**

pascal.seidner@zkb.ch
patrick.burgermeister@zkb.ch
patrick.fenske@zkb.ch
patrick.frey@zkb.ch
patrick.lutz@zkb.ch
patrick.pagotto@zkb.ch
patrik.schwendimann@zkb.ch
peter.berger@zkb.ch
peter.eichenberger@zkb.ch
peter.huwyler@zkb.ch
peter.schmid2@zkb.ch
peter.scot@zkb.ch
philipp.rieder@zkb.ch
priska.scot@zkb.ch
raffaele.carmine@zkb.ch
regula.schaub@zkb.ch
remo.krauer@zkb.ch
rene.nicolodi@zkb.ch
reto.lienhard@zkb.ch
richard.frei@zkb.ch
richard.friederich@zkb.ch
richard.jucker@zkb.ch
robert.hauser@zkb.ch
robert.sekula@zkb.ch
roland.berchtold@zkb.ch
roland.kalt@zkb.ch
roland.koster@zkb.ch
roland.woehr@zkb.ch
rolf.luescher@zkb.ch
roman.luethy@zkb.ch
ronald.born@zkb.ch
rosario.dellaquila@zkb.ch
rouven-dean.dibbern@zkb.ch
sabine.doebeli@zkb.ch
sacha.ziegler@zkb.ch
sascha.kessler@zkb.ch
serge.rotzer@zkb.ch
sibylle.bischofberger@zkb.ch
silvano.de.col@zkb.ch
simon.weiss@zkb.ch
simone.farinelli@zkb.ch
simone.schaerer@zkb.ch
stefan.zimmermann@zkb.ch
stephan.krenboeck@zkb.ch
susanne.torren@zkb.ch
sven.bucher@zkb.ch
thomas.bruhin@zkb.ch
thomas.domenig@zkb.ch
thomas.feurer@zkb.ch
thomas.germann@zkb.ch
thomas.keller@zkb.ch
thomas.nellen@zkb.ch
thorsten.hock@zkb.ch
tim.mueller1@zkb.ch

## Company & Corresponding Email Addresses

titus.schnyder@zkb.ch
ueli.von.burg@zkb.ch
urs.beck@zkb.ch
urs.fischbach@zkb.ch
ursula.oser@zkb.ch
vitus.vonwil@zkb.ch
willy.hautle@zkb.ch
yasemin.ersan@zkb.ch

### zkblondon
wmeier@zkblondon.co.uk

### zn
bunno_masakazu@zn.smbc.co.jp
horiuchi_shigeto@zn.smbc.co.jp
kawamura_yoshinori@zn.smbc.co.jp
maekawa_masahiko@zn.smbc.co.jp
nemoto_haruo@zn.smbc.co.jp
tanaka_yasuyuki@zn.smbc.co.jp

### zscap
szuo@zscap.com

### zuam
bomatter@zuam.ch
koeppel@zuam.ch
maggi@zuam.ch
marti@zuam.ch
research@zuam.ch

### zugerkb
bruno.bachmann@zugerkb.ch
daniel.rossacher@zugerkb.ch
fernando.fernandez@zugerkb.ch
jouke.douma@zugerkb.ch

### zurcapm
nick.corcoran@zurcapm.com

### zurich
carl.emanuel.schillig@zurich.com
christopher.vincent@zurich.com
chung.keat.khov@zurich.com
felix.stadelmann@zurich.com
francesco.colombo.berrettarossa@it.zurich.com
george.klein@zurich.com
graham.nankivell@zurich.com
ian.chapman@zurich.com
jens.a.werner@zurich.ch
luca.cioffi@it.zurich.com
manfredi.rosso@it.zurich.com
mark.steiger@zurich.com
matteo.riccardi@it.zurich.com
michele.cullom@zurich.com
michelle.vrba@zurich.com
mike.parker@zurich.com
paolo.penco@it.zurich.com
paul.steiger@zurich.com
pierre.wauthier@zurich.com
reed.nuttall@zurich.com
sandro.doudin@zurich.com

**Company & Corresponding Email Addresses**

saoirse.jones@zurich.com
saranja.andrews@zurich.com
stafano.racco@it.zurich.com
stephanie.douglas@zurich.com
susana.sanchez@zurich.com
udo.von.werne@zurich.com
urban.angehrn@zurich.com

**zurichscudder**

hitesh.bharkhda@zurichscudder.co.uk

**zwitserleven**

h.hendriks@zwitserleven.nl
h.molenaar@zwitserleven.nl
m.engelen@zwitserleven.nl
m.veling@zwitserleven.nl
p.konneman@zwitserleven.nl
r.van.hees@zwitserleven.nl

**zzn**

abaia@searchjapan.zzn.com

**Exhibit "B"**

| Name | Fax |
|------|-----|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

| Counterparties | Fax |
|---|---|
| ING LUXEMBOURG SA A/C ING/MSP SICAV DYNAMIC | 35224632573 |
| FAR EASTERN INTL BK HK BR | 85221678367 |
| EDISON TRADING SPA | 390262227306 |
| MASSMUTUAL MERCURIES LIFE INS | 886227207643 |

# Exhibit "C"

| Claim Name | Address Information |
|---|---|
| 11800 TECH ROAD LLC | 6711 COLUMBIA GATEWAY DR, COLUMBIA, MD 21046 |
| 1SH – STRATEGIC GLOBAL FUND :EMERGING MARKET | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE,C/O PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 2109 |
| 1SH – STRATEGIC GLOBAL FUND :EMERGING MARKET | C/O PUTNAM INVESTMENTS,LEGAL DEPARTMENT,ATTN: DERIVATIVES DOCUMENTATION,2 LIBERTY SQUARE, BOSTON, MA 2109 |
| 23RD CHELSEA ASSOCIATES | 131 W 23RD ST., NEW YORK, NY 10011 |
| 261 FIFTH AVENUE LLC | 261 5TH AVENUE, NEW YORK, NY 11215 |
| 330 NORTH WABASH AVENUE LLC | 330 NORTH NABASH AVENUE, CHICAGO, IL 60611 |
| 330 NORTH WABASH MEZZANINE LLC | 330 NORTH NABASH AVENUE, CHICAGO, IL 60611 |
| 3G CAPITAL PARTNERS LTD/3G FUND LP | 600 THIRD AVE FL 37, NEW YORK, NY 10016 |
| A-CAMPUS BRAUNSCHWEIG SARL | SOCIETE IMMOBILIERE PRIVAT,2, RUE DE LA FRATERNELLE,ATTN: MONSIEUR LE GERANT, LYON,  69009 FRANCE |
| A.M. MCGREGOR | 14900 PRIVATE DRIVE,ATTN: PRESIDENT & CEO, EAST CLEVELAND, OH 44112 |
| A.M. MCGREGOR | B.C. ZIEGLER AND COMPANY,1 SOUTH WACKER DRIVE,SUITE 3080,ATTN: HAMILTON CHANG, CHICAGO, IL 60606 |
| A/C AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN:THE DIRECTORS,AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD,C/O MAPLES FINANCE LTD,P.O. BOX 1093 GT,QUEENSGATE HOUSE, S CHURCH ST, ,   CAYMAN ISLANDS |
| AARE-TESSIN AG FUR ELEKTRIZITAET | BAHNHOFQUAI 12, OLTEN,  CH-4601 SWITZERLAND |
| AB2 FUND | 2 BATTERY RD,26-01 MAYBANK TOWER, SINGAPORE,  49907 SINGAPORE |
| ABAXBANK S.P.A | 1251 6TH AVE., NEW YORK, NY 10020 |
| ABBEY NATIONAL TREASURY SERVICES PLC | 400 ATLANTIC STREET, STAMFORD, CT 06901 |
| ABERDEEN – AB0723 M0AON3-SE723AON LONG DATED STRLN | C/O DEUTSCHE ASSET MANAGEMENT LIMITED,ONE APPOLD STREET, LONDON EC2A 2UU, UNITED KINGDOM |
| ABERDEEN – AB1025 ARGOS-PF1025RE ABERDEEN ASSET MG | C/O DEUTSCHE ASSET MANAGEMENT LIMITED,ONE APPOLD STREET, LONDON EC2A 2UU, UNITED KINGDOM |
| ABERDEEN AB9318C/O ABERDEEN ASSET MGMT PLC | C/O DEUTSCHE ASSET MANAGEMENT LIMITED,ONE APPOLD STREET, LONDON EC2A 2UU, UNITED KINGDOM |
| ABERDEEN ASSETMANAGEMENT INCA/C 835 | ATTN:LEGAL COUNSEL,ABERDEEN ASSET MANAGEMENT INC,1735 MARKET STREET,37TH FLOOR, PHILADELPHIA, PA 19103 |
| ABERDEEN DB1793C/O ABERDEEN ASSET MGMT PLC | C/O DEUTSCHE ASSET MANAGEMENT LIMITED,ONE APPOLD STREET, LONDON EC2A 2UU, UNITED KINGDOM |
| ABERDEEN DB2023RE ABERDEEN ASSET MGMT PLC | C/O DEUTSCHE ASSET MANAGEMENT LIMITED,ONE APPOLD STREET, LONDON EC2A 2UU, UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENTLIMITED/DAM 1825445 | ATTN:HEAD OF DERIVATIVES TRADING,ABERDEEN FUND MANAGEMENT LIMITED,ONE BOW CHURCHYARD, LONDON,  EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENTLIMITED/DAM 1870270 | ATTN:HEAD OF DERIVATIVES TRADING,ABERDEEN FUND MANAGEMENT LIMITED,ONE BOW CHURCHYARD, LONDON,  EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTDA/C ABERDEEN FM SE9196 | ATTN:HEAD OF DERIVATIVES TRADING,ABERDEEN FUND MANAGEMENT LIMITED,ONE BOW CHURCHYARD, LONDON,  EC4M 9HH UNITED KINGDOM |
| ABERDEEN ICVC CORPORATE BONDC/O ABERDEEN ASSET MGM | C/O DEUTSCHE ASSET MANAGEMENT LIMITED,ONE APPOLD STREET, LONDON EC2A 2UU, UNITED KINGDOM |
| ABERDEEN– AB9012 M3IFL-SE9012RE ABERDEEN ASSET MGM | C/O DEUTSCHE ASSET MANAGEMENT LIMITED,ONE APPOLD STREET, LONDON EC2A 2UU, UNITED KINGDOM |
| ABERDEEN– PHILIPS PENSION FUNDC/O ABERDEEN ASSET M | C/O DEUTSCHE ASSET MANAGEMENT LIMITED,ONE APPOLD STREET, LONDON EC2A 2UU, UNITED KINGDOM |
| ABERDEEN– S/P SCA HYGIENEPRODUCTS NEDERLANDC/O ABE | C/O DEUTSCHE ASSET MANAGEMENT LIMITED,ONE APPOLD STREET, LONDON EC2A 2UU, UNITED KINGDOM |
| ABERDEEN– SELECT GLOBALSOVEREIGN BOND FUND (AB9235 | C/O DEUTSCHE ASSET MANAGEMENT LIMITED,ONE APPOLD STREET, LONDON EC2A 2UU, UNITED KINGDOM |
| ABN AMRO BANK N.V. | 250 BISHOPSGATE, LONDON,  EC2M 4AA UNITED KINGDOM |
| ABN AMRO BANK N.V. | SEE AGREEMENT (EACH OFFICE HAS ITS OWN ADDRESS), |
| ABN AMRO BANK N.V., LONDON | 250 BISHOPSGATE, LONDON,  EC2M 4AA UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ABRAMS CAPITAL LLC A/C ABRAMS CAPITAL INTERNATION, | 222 BERKELEY ST, BOSTON, MA 02116 |
| ABRAMS CAPITAL PARTNERS I LP | ATTN:JASON PRICE,ABRAMS CAPITAL, LLC,222 BERKELEY STREET, 22ND FLOOR, BOSTON, MA 02116 |
| ABRAMS CAPITAL PARTNERS II LP | ATTN:JASON PRICE,ABRAMS CAPITAL, LLC,222 BERKELEY STREET, 22ND FLOOR, BOSTON, MA 02116 |
| ABS INVESTORS, LLC | ATTN:MR. JOHN A. WILLIAMS,ABS INVESTORS, LLC,ONE OVERTON PARK, SUITE 400,3625 CUMBERLAND BOULEVARD, ATLANTA, GA 30339 |
| ABU DHABI INVESTMENT COMPANY | NATIONAL BANK OF ABU DHABI BUILDING,KHALDIYA    PO BOX 46309, ABU DHABI, UNITED ARAB EMIRATES |
| AC CAPITAL PARTNER LTD | 19/20 CITY QUAY, DUBLIN,   IRELAND |
| ACCESS GROUP INC A/C ACCESS GROUP SERIES 2007-A, | 1411 FOULK ROAD, WILMINGTON, DE 19803 |
| ACCESS GROUP INCA/C ACCESS GROUP SERIES 2007-A | ATTN:JOHN F. KOLLA, SR. – VP, INTERIM CFO #AMPER,CONTRO,5500 BRANDYWINE PKWY, WILMINGTON, DE 19803 |
| ACCESS GROUP [SERIES 2005-A] | ATTN:DIANA MOY KELLY, VP PORTFOLIO MANAGEMENT,ACCESS GROUP, INC.,5500 BRANDYWINE PKWY, WILMINGTON, DE 19803 |
| ACCESS GROUP [SERIES 2005-B] | ATTN:DIANA MOY KELLY, VP PORTFOLIO MANAGEMENT,ACCESS GROUP, INC.,5500 BRANDYWINE PKWY, WILMINGTON, DE 19803 |
| ACERGY TREASURY LIMITED FOREIGN EXCHANGE DEPT | 200 HAMMERSMITH ROAD, LONDON,  W6 7DL UNITED KINGDOM |
| ACP OFFICE I LLC | 400 N ASHLEY DR,STE 2590, TAMPA, FL 33602 |
| ACP OFFICE I SPE LLC | 400 N ASHLEY DR,STE 2590, TAMPA, FL 33602 |
| ACTS AERO TECHNICAL SUPPORT &SERVICES INC | ATTN:RONI FARAH,ACTS AERO TECHNICAL SUPPORT SERVICES INC.,P.S. BOX 6000,STAHAN AIRPORT ZIP 1333, DORVAL, QB H4Y 159 CA |
| ACTS RETIREMENT LIFE COMMUNITIES | ATTN:GERALD GRANT,375 MORRIS ROAD, WEST POINT, PA 19486 |
| ACUITY CAPITAL MANAGEMENT | A/C ACUITY MASTER FUND, LTD,4 GREENWICH OFFICE PARK, GREENWICH, CT 06831 |
| ACUITY CAPITAL MANAGEMENTA/C ACUITY MASTER FUND, L | ATTN:JED BOWEN, CHIEF FINANCIAL OFFICER,ACUITY CAPITAL MANAGEMENT LLC,4 GREENWICH OFFICE PARK,3RD FLOOR, GREENWICH, CT 06831 |
| ADAM LINDEMANN | 767 FIFTH AVE, NEW YORK, NY 10153 |
| ADM CAPITAL A/C ADM GLADIUS FUND LIMITED | 22 UPPER BROOK STREET, LONDON,  W1K 7PZ UNITED KINGDOM |
| ADM GALLEUS FUND LIMITED | C/O ASIA DEBT MGMT HONG KONG,ADM CAPITAL SINGAPORE PTE LTD,ONE RAFFLES QUAY LVL25, NORHT TOWER,  48583 |
| ADP PACIFIC INC. | 800 DELAWARE AVENUE, WILMINGTON, DE 19801 |
| ADVANCED MICRO DEVICES INC | AMD HOUSE FRIMLEY BUSINESS PARK, FRIMLEY,  GU16 5SL UNITED KINGDOM |
| ADVANCED MICRO DEVICES INC | ATTN:JOHN PATTERSON,ADVANCED MICRO DEVICES, INC.,ONE AMD PLACE,PO BOX 3452, SUNNYVALE, CA 94088 |
| ADVENTIST HEALTH CARE MD | 1801 RESEARCH BLVD.,SUITE 300, ROCKVILLE, MD 20850 |
| ADVENTIST HEALTHCARE, INC. | 1801 RESEARCH BLVD.,SUITE 300, ROCKVILLE, MD 20850 |
| AEGIS AT DANA POINT, LLC | 26922 CAMINO DE ESTRELLA, DANA POINT, CA 92624 |
| AEGIS OF PLEASANT HILL, LLC | 1660 OAK PARK BOULEVARD, PLEASANT HILL, CA 94523 |
| AEGISO, LLC | 1031 DUNHURST CT, LONGWOOD, FL 32779 |
| AEGON DERIVATIVES NV | 745 7TH AVENUE, NEW YORK, NY 10019 |
| AEP ENERGY PARTNERS, INC. | 1 RIVERSIDE PLAZA,AMERICAN ELECTRIC POWER, COLUMBUS, OH 43215 |
| AERCO | 7606 ROBALO RD., AUSTIN, TX 78757 |
| AETERNO MASTER FUND LP | 1235 WESTLAKES DRIVE – 330, BERWYN, PA 19312 |
| AEWMCCORD 2LP | 1021 MAIN ST., HOUSTON, TX 77002 |
| AFFORDABLE MULTI-FAMILY | 320 GOLDEN SHR,STE 200, LONG BEACH, CA 90802 |
| AFRICAN DEVELOPMENT BANK | THE LAW DEBENTURE CORPORATE,SERVICES LTD.,PRINCES HOUSE, 95 GRESHAM ST., LONDON,  EC2V 7LY GB |
| AGAMAS CONTINUUM MASTER FUND LTD | 825 THIRD AVENUE, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| AGFIRST FARM CREDIT BANK | FARM CREDIT BANK OF COLUMBIA,1401 HAMPTON STREET, COLUMBIA, SC 29201 |
| AGI/553052 ADGSF TRSY EU BD PLUS 2009 | 1201 AVE OF THE AMERICAS, NEW YORK, NY 10019 |
| AGRIBANK, FCB | ATTN:LARRY RYAN,AGRIBANK, FCB,375 JACKSON STREET, ST. PAUL, MN 55101 |
| AGRICULTURAL BANK OF CHINA | (65) 65367255,80 RAFFLES PLACE,#27-20 UOB PLAZA2, SINGAPORE,    SINGAPORE |
| AGRICULTURAL BANK OF GREECE | 23 PANEPISTIMIOU STR, ATHENS,  105 64 GREECE |
| AHF- BAY FUND, LLC | ATTN:DAN FRENCH,AHF-BAY FUND, LLC,C/O ATLANTIC HOUSING FOUNDATION, INC.,210 PARK BOULEVARD, SUITE 112, GRAPEVINE, TX 76051 |
| AHORRO CORPORACION FINANCIERASV SA | ATTN:CONFEDERACION ESPANO DE CAJA DE AHORROS,16 WATERLOO PL,SW1Y 4AR,ATT: CARLOS RODRIGUS, LONDON,    UNITED KINGDOM |
| AIFUL CORPORATION | TOKYOEKIMAE-BLDG. 5F,YAESU, CHUO-KU,    TOKYO |
| AIG CDS, INC. | ATTN:INVESTMENT GRADE CREDIT GROUP,AIG CDS, INC.,C/O AIG GLOBAL INVESTMENT CORP,70 PINE STREET, 13TH FLOOR, NEW YORK, NY 10270 |
| AIG CDS, INC. | 1 SUNAMERICA COURT,38TH FLOOR, LOS ANGELES, CA 90067 |
| AIG EDISON LIFE INSURANCE COMPANY | C/O GE CAPITAL CORPORATION,260 LONG RIDGE ROAD, STAMFORD, CT 06927 |
| AIG FINANCIAL PRODUCTS CORP. | ATTN:CHIEF FINANCIAL OFFICER,AIG FINANCIAL PRODUCTS CORP.,50 DANBURY ROAD, WILTON, CT 06897-4444 |
| AIG FINANCIAL PRODUCTS CORP/CAL HOUSING FIN AGENCY | ATTN:CHIEF FINANCIAL OFFICER,AIG FINANCIAL PRODUCTS CORP., WILTON, CT 06897-4444 |
| AIG FINANCIAL PRODUCTS CORP/NORTHEASTERN UNIVERSIT | ATTN:CHIEF FINANCIAL OFFICER,AIG FINANCIAL PRODUCTS CORP., WILTON, CT 06897-4444 |
| AIG INTERNATIONAL INC. | ATTN:FX DEPT,ONE GREENWICH PLAZA, GREENWICH, CT 06830 |
| AIG- ALEMLOC ALECO EMERGING BOND | 175 WATER STREET, NEW YORK, NY 10038 |
| AIM HIGH YIELD FUND | ATTN:GENERAL COUNSEL,C/O AIM ADVISORS INC.,11 GREENWAY PLAZA, SUITE 100, HOUSTON, TX 77046 |
| AIM LIBOR ALPHA FUND | ATTN:GENERAL COUNSEL,C/O AIM ADVISORS INC.,11 GREENWAY PLAZA, SUITE 100, HOUSTON, TX 77046 |
| AIM LIBOR ALPHA FUND | 101 CALIFORNIA,SUITE 1900, SAN FRANCISCO, CA 94111 |
| AIM V.I HIGH YIELD FUND | ATTN:GENERAL COUNSEL,C/O AIM ADVISORS INC.,11 GREENWAY PLAZA, SUITE 100, HOUSTON, TX 77046 |
| AIMCO PROPERTIES L.P. | 2615 ABBEY DR, FORT WAYNE, IN 46835 |
| AIOI INSURANCE CO., LTD. | 1-28-1 EBISU,SHIBUYA-KU, TOKYO,  150-8488 JAPAN |
| AIR CANADA, INC. | 355 PORTAGE AVE, WINNIPEG, MB R3C 3K5 CA |
| AIRCRAFT FINANCE TRUST | ATTN:NESCI JAMES,WILMINGTON TRUST COMPANY,1100 NORTH MARKET STREET,RODNEY SQUARE NORTH, WILMINGTON, DE 19890 |
| AIRCRAFT LEASESECURITISATION LIMITED | ATTN:MOURANT #AMPER CO. SECRETARIES LTD. - CO SEC,AIRCRAFT LEASE SECURITIZATION LTD,22 GRENVILLE ST,ST. HELIER,JERSEY JE4 8PX, ,    CHANNEL ISLANDS |
| AIRIS NEWARK INTERNATIONAL AIR CARGO CENTER | AIRIS HOLDINGS LLC,5415 SUGARLOAF PARKWAY,SUITE 1105, LAWRENCEVILLE, GA 77056 |
| AIRLIE CDO I, LIMITED | ATTN:THE DIRECTORS,AIRLIE CDO I, LTD,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, ,    CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3, LIMITED) | ATTN:THE DIRECTORS,AIRLIE CDO I, LTD,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, ,    CAYMAN ISLANDS |
| AIRLIE OPPORTUNITY MASTER FUND, LTD | ATTN:BRENDAN DRISCOLL,AIRLIE OPPORTUNITY MASTER FUND, LTD.,C/O AIRLIE OPPORTUNITY CAPITAL MANAGEMENT, L.P.,115 E PUTNAM AVE, GREENWICH, CT 06830 |
| AIRLIE OPPORTUNITY MASTER FUND, LTD | 115 EAST PUTNAM AVENUE, GREENWICH, CT 06830 |
| AKANTHOS ARBITRAGE MASTER FUND, LP | ATTN:THOMAS MOYACK,AKANTHOS ARBITRAGE MASTER FUND, L.P.,C/O AKANTHOS CAPITAL MANAGEMENT, LLC,21700 OXNARD STREET, SUITE 1520, WOODLAND HILLS, CA 91367 |
| AKANTHOS ARBITRAGE MASTER FUND, LP | 21700 OXNARD STREET,SUITE 1520, WOODLAND HILLS, CA 91367 |
| ALADDIN GENIE II LP | ATTN:GEORGE MARSHMAN,ALADDIN CAPITAL MANAGEMENT,3 LANDMARK SQUARE, 3RD FLOOR, STAMFORD, CT 06901 |
| ALADDIN GENIE II LP | 195 CHURCH STREET,17TH FLOOR, NEW HAVEN, CT 06510 |

| Claim Name | Address Information |
|---|---|
| ALADDIN GLOBAL CREDIT FUND LP | ATTN:GEORGE MARSHMAN,ALADDIN CAPITAL MANAGEMENT,3 LANDMARK SQUARE, 3RD FLOOR, STAMFORD, CT 06901 |
| ALASKA HOUSING FINANCE CORPORATION | ATTN:CHIEF FINANCIAL OFFICER,4300 BONIFACE PARKWAY, ANCHORAGE, AK 99504 |
| ALCOA POWER MARKETING , INC - EEI | 201 ISABELLA STREET,AT 7TH STREET BRIDGE, PITTSBURGH, PA 15212 |
| ALDERSLY | RETIREMENT COMMUNITY,326 MISSION AVENUE, SAN RAFAEL, CA 94901 |
| ALFA-BANK FOREIGN EXCHANGE DEPT | 12 ACADEMIKA SAKHAROVA PROSPEKT, MOSCOW,  107078 RUSSIAN FEDERATION |
| ALIANT BANK | ATTN:GIVENS KEN,ALIANT BANK,200 ALIANT PARKWAY, ALEXANDER CITY, AL 35010 |
| ALL NIPPON AIRWAYS CO LTD | SHIODOME CITY CENTER,HIGASHI SHINBASHI, MINATO-KU,   TOKYO |
| ALLEGIANCE (DC) 1150 18THSTREET LLC | ATTN:DEAN BRITTON,1440 BROADWAY,23RD FLOOR, NEW YORK, NY 10018 |
| ALLIANCE ACM FIXED INCOME OPPORTUNITIES STRATEGY | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCE CAPITAL MANAGEMENT L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCE ACM GLOBAL CREDIT - U.S. SUB-FUND | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCE CAPITAL MANAGEMENT L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCE ACM INCOME FUND INC | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCEBERNSTEIN L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCE ACM U.S. CREDIT TOTAL RETURN SUB-FUND | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCE CAPITAL MANAGEMENT L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCE BERNSTEIN MULTI-STRATFIXED INC MASTER FD, | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCE CAPITAL MANAGEMENT L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCE BERNSTEIN USCORE FIXED INCOMECOLLECTIVE T | ATTN:MICHAEL COFEE, OPERATIONS DEPT,C/O ALLIANCEBERNSTEIN L.P.,1345 AVE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A, | ATTN:JEFF ROSSI,ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TRUST,2005-A,1100 N MARKET ST, WILMINGTON, DE 19890 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A, | ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TRUST,2005-A,1 INTERNATIONAL PL,ATTN: ALISON T BOMBERG, BOSTON, MA 02110-2642 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A, | ALLIANCE LAUNDRY SYSTEMS LLC,SHEPARD STREET AND HALL STREET,SUITE 200,ATTN: GENERAL COUNSEL, RIPON, WI 54971-0990 |
| ALLIANCE RAYTHEON MASTER PENSION TST, GLOBAL MACRO | ATTN:JOHN D #APPOSORAZIO,MELLON TRUST OF NEW ENGLAND, N.A.,135 SANTILLI HIGHWAY, EVERETT, MA 02149 |
| ALLIANCE SANFORD C. BERNSTEIN FUND-INTERMED. DUR., | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCEBERNSTEIN L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCE SANFORD C. BERNSTEINFUND II - INTER DURA, | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCEBERNSTEIN L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCE US GOVERMENTHIGH GRADE FUND | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCEBERNSTEIN L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCEBERNSTEIN INTERMEDIATEBOND PORTFOLIO | #28-00 PRUDENTIAL TOWER,30 CECIL STREET, SINGAPORE,  49712 SINGAPORE |
| ALLIANCEBERNSTEIN INTERMEDIATEBOND PORTFOLIO | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCEBERNSTEIN L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCEBERNSTEIN L.P.A/C ALLIANCBERNPOOLING PORT, | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCEBERNSTEIN L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCEBERNSTEIN TAX-MANANAGED WEATH PRES STRATEG | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCEBERNSTEIN L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCEBERNSTEIN USSTRATEGICE CORE PLUSFIXED INCO | ATTN:MICHAEL COFFEE, OPERATIONS DEPT,C/O ALLIANCEBERNSTEIN L.P.,1345 AVE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANCEBERNSTEININTER DURATION BOND PORTFOLIO | ATTN:MICHAEL COFFEE, OPERATIONS,C/O ALLIANCEBERNSTEIN L.P.,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| ALLIANZ BELGIUM | RUE DE LAEKEN 35, BRUSSELS,  1000 BELGIUM |
| ALLIANZ GLOBAL INV KAG MBH A/C DIT/521504 PV-RD, | 112-116 NYMPHENBURGER STRASSE, MUNICH,  80636 GERMANY |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, | 5701 GOLDEN HILLS, MINNEAPOLIS, MN 55416 |
| ALLIANZ RISK TRANSFER | ATTN:CHRIS FISCHER HIRS - CHIEF OPERATING OFFICER,ALLIANZ RISK |

| Claim Name | Address Information |
|---|---|
| ALLIANZ RISK TRANSFER | TRANSFER,LAVATERSTRASSE 67, ZURICH,  CH-8002 SWITZERLAND |
| ALLIANZ RISK TRANSFER | C/O STROOCK & STROOCK & LAVIN LLP,180 MAIDEN LANE, NEW YORK, NY 10038-4982 |
| ALLISON TRANSMISSION INC | ATTN:PAUL NICHOLAS,4700 WEST 10TH STREET, INDIANAPOLIS, IN 46222 |
| ALLSTATE INSURANCE COMPANY | ATTN:DERIVATIVES GROUP,ALLSTATE INSURANCE COMPANY,3075 SANDERS ROAD, SUITE G5B, NORTHBROOK, IL 60062 |
| ALLSTATE LIFE INSURANCE COMPANY | ATTN:DERIVATIVES GROUP,ALLSTATE INSURANCE COMPANY,3075 SANDERS ROAD, SUITE G5B, NORTHBROOK, IL 60062 |
| ALLSTATE LIFE INSURANCE COMPANY | 2775 SANDERS,F3 SE, NORTHBROOK, IL 60062 |
| ALM BRAND BANK A/S FOREIGN EXCHANGE BANK | 7 MIDTERMOLEN, COPENHAGEN,  DK2011 DENMARK |
| ALPHA ASSET MANAGEMENT LTD | A/C ALPHA MONTHLY INCOME FOREI,12-14 PESMAGOGLOU STREET, ATHENS,  10564 GREECE |
| ALPHA D2 LIMITED | SAPPHIRE HOUSE,CHURCHILL WAY, BIGGIN HILL,  TN16 3BW UNITED KINGDOM |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN:ALPHA MEZZ CDO 2007-1, LTD,ALPHA MEZZ CDO 2007-1, LTD.,C/O MAPLES FINANCE LIMITED,PO BOX1093GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS |
| ALPINE CAPITAL BANK | ATTN:DAVID M. ABOODI, PRESIDENT,ALPINE CAPITAL BANK,680 FIFTH AVENUE, 15TH FLOOR, NEW YORK, NY 10019 |
| ALTA CDO 2007-1, LTD. | ATTN:THE DIRECTORS,ALTA CDO SPC FOR SERIES 2007-1 SEGREGATED PORT.,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT,QUEENSGATE HOUSE, S CHURCH ST, ,  CAYMAN ISLANDS |
| ALTA LARGO LLC | 14330 58TH ST. N, CLEARWATER, FL 33760 |
| AMALGAMATED GADGET LP/R2 INVESTMENTS LDC | ATTN:BUSINESS AFFAIRS,R2 INVESTMENTS, LDC,C/O AMALGAMATED GADGET, LP, ITS INVESTMENT MANAGER,301 COMMERCE STREET, STE 3200, FORT WORTH, TX 76102 |
| AMBAC CREDIT PRODUCTS, LLCREF (FIPF 1 A2) | GENERAL COUNSEL,AMBAC ASSURANCE CORPORATION,ONE STATE STREET PLAZA, NEW YORK, NY 10004 |
| AMBER CAPITAL LP A/C AMBER MASTER FUND (CAYMAN), | 10 BROOK STREET, LONDON,  UNITED KINGDOM |
| AMBER FINANCE LIMITED | FREEPOST RLZL-RALK-UYYA,AMBERFINANCE.CO.UK LTD, WIRRAL,  CH60 9LW UK |
| AMCORE BANK NA | AMCORE BANK NA,501 7TH STREET, ROCKFORD, IL 61104 |
| AMEREN ENERGY MARKE TING COMPANY | ONE AMEREN PLAZA,1901 CHOUTEAU AVENUE, ST. LOUIS, MO 63103 |
| AMERICAN AIRLINES INC | 4151 AMON CARTER BLVD,MD 2450, FT. WORTH, TX 76155 |
| AMERICAN AIRLINES, INC. | 4333 AMON CARTER BLVD., FORT WORTH, TX 76155 |
| AMERICAN CHARTERED BANK | ATTN:LANSDOWNE GREG,AMERICAN CHARTERED BANK,1199 E. HIGGINS ROAD, SCHAMBURG, IL 60173 |
| AMERICAN EQUITY INVESTMENT LIF E INSURANCE COMPANY | 5000 WESTOWN PARKWAY,SUITE 440, WEST DES MOINES, IA 50266 |
| AMERICAN EXPRESS CENTURION BANK | 6985 UNION PARK CENTER, MIDVALE, UT 84047 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, | 3 WORLD FINANCIAL CENTER, NEW YORK, NY 10285 |
| AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLANS, | ATTN:MATT DATTOLICO, ASHMEAD POLLARD, LORETTA,SINGH,C/O AIG GLOBAL INVESTMENT GROUP, OPERATIONS ACCOUN,70 PINE STREET, 15TH FL, NEW YORK, NY 10270 |
| AMERICAN INVESTORS LIFE INSURANCE COMPANY INC | 555 SOUTH KANSAS AVENUE,PO BOX 2039, TOPEKA, KS 66601 |
| AMERICAN MUNICIPAL POWER- OHIO, INC. | 2600 AIPORT DR., COLUMBUS, OH 43219 |
| AMERICAN NATIONAL INSURANCE COMPANY | ATTN:ANDREW DUNCAN,C/O SM#AMPERR,PO BOX 58969, HOUSTON, TX 77528-8969 |
| AMERICAN NATIONAL INSURANCE COMPANY | 2450 SOUTH SHORE BLVD,SUITE 400, LEAGUE CITY, TX 77573 |
| AMERICAN TRADING & PRODUCTION CO (ATAPCO) | 10 EAST BALTIMORE STREET,SUITE 1600, BALTIMORE, MD 21202 |
| AMERICAN TRADING & PRODUCTIONCO (ATAPCO) | ATTN:HENRY KOETHER,10 EAST BALTIMORE STREET,SUITE 1600, BALTIMORE, MD 21202 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005 B-M, | ATTN:DERIVATIVES OPERATIONS,AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005-B-M,C/O AMERICREDIT FINANCIAL SERVICES, INC.,801 CHERRY ST, FORT WORTH, TX 76102 |

| Claim Name | Address Information |
|---|---|
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-B-F, | 801 CHERRY ST, FT WORTH, TX 76102 |
| AMERICREDIT AUTOMOBILERECEIVABLES TRUST 2007-B-F, | AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-B-F,C/O WILMINGTON TRUST COMPANY, AS OWNER TRUSTEE,1100 N MARKET ST, WILMINGTON, DE 19890 |
| AMERICREDIT AUTOMOBILERECEIVABLES TRUST 2007-D-F, | AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F,C/O WILMINGTON TRUST COMPANY, AS OWNER TRUSTEE,1100 N MARKET ST, WILMINGTON, DE 19890 |
| AMERICREDIT FINANCIAL SERV | ATTN:DERIVATIVE OPERATIONS,AMERICREDIT FINANCIAL SERVICES, INC.,801 CHERRY STREET, SUITE 3900, FORT WORTH, TX 76102 |
| AMMC CLO III | ATTN:THE DIRECTORS,AMMC CLO III, LIMITED,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| AMMC CLO IV, LTD | ATTN:THE DIRECTORS,AMMC CLO IV, LTD C/O MAPLES FINANCE LTD,P.O. BOX 1093 GT,QUEENSGATE HOUSE,S CHURCH ST, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| AMMC CLO V, LTD. | ATTN:THE DIRECTORS,AMMC CLO V, LIMITED,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| AMMC CLO VI, LTD. | ATTN:THE DIRECTORS,AMMC CLO VI, LTD,C/O MAPLES FINANCE LTD,PO BOX 1093GT QUEENSGATE HOUSE S CHURCH ST., GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| AMMC CLO VI, LTD. | 1 EAST FOURTH STREET,2ND FLOOR, CINCINNATI, OH 45202 |
| AMP CAPITAL ENHANCED YIELD FD | C/O AMP CAPITAL INVESTORS LTD,BERKELEY SQUARE HOUSE, 2ND FL, LONDON,  W1J 6BD UNITED KINGDOM |
| AMP CAPITAL ENHANCED YIELD FDC/O AMP CAPITAL INVES | ATTN:MANAGER – DERIVATIVE,BNP FUND SEVICES AUSTRALASIA LIMITED,LEVEL 6, BNP PARIBAS CENTRE,60 CASTLEREAGH STREET, SYDNEY,  2000 AUSTRALIA |
| AMP CAPITAL INVESTORS LTDA/C AUS CORPORATE BOND, | ATTN:MANAGER – DERIVATIVE,BNP FUND SEVICES AUSTRALASIA LIMITED,LEVEL 6, BNP PARIBAS CENTRE,60 CASTLEREAGH STREET, SYDNEY,  2000 AUSTRALIA |
| AMTD STRATEGIC CAPITAL LIMITED | ATTN:RUSKIN CHOW, SENIOR VP, BUSINESS DEVELOPMENT,AMTD DIRECT LTD,12/F, CHEUNG KONG CTR,2 QUEEN#APPOSS RD,CENTRAL, HONG KONG, ,   HONG KONG |
| ANADARKO PETROLEUM CORPORATION | 1 HAREFIELD ROAD,THE ATRIUM, UXBRIDGE,  UB8 1YH UNITED KINGDOM |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | 610 BROADWAY, NEW YORK, NY 10014 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND LTD, | ATTN:GENERAL COUNSEL,ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD.,C/O ANCHORAGE ADVISORS, L.L.C.,650 MADISON AVENUE, 26TH FL, NEW YORK, NY 10022 |
| ANDOR TECHNOLOGY OFFSHORE FUND, INC. | 1 AMERICAN LANE,3RD FLOOR, GREENWICH, CT 06831 |
| ANGELO GORDON & CO LP | A/C NORTHWOODS CAPITAL VII,LTD,245 PARK AVENUE, NEW YORK, NY 10167 |
| ANGELO GORDON & CO LPA/C NORTHWOODS CAPITAL VII,LT | ATTN:THE DIRECTORS,NORTHWOODS CAPITAL VII, LTD,C/O MAPLES FINANCE LTD,P.O.BOX1093GT – QUEENSGATE HOUSE – S CHURCH ST, GEORGETOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| ANGIOLIERI FINANCE PLC | 51 ST. STEPHENS GREEN, DUBLIN 2,  6843 IRELAND |
| ANGLO IRISH BANK CORPORATION PLC | ATTN:EILEEN CARR,ANGLO IRISH BANK CORPORATION P,STEPHEN COURT,18/21 ST STEPHEN'S GREEN, DUBLIN,  2 IRELAND |
| ANTHRACITE BALCD CO (R-7) LTD | ATTN:THE DIRECTORS,ANTHRACITE BALANCED COMPANY (7) LIMITED,C/O HSBC HOUSE, MARY STREET,PO BOX 1109 GT,GRAND CAYMAN, CAYMAN ISLANDS,   BRITISH WEST INDIES |
| ANTHRACITE BALCD CO (R-7) LTD | ANTHRACITE BALANCED CO (7) LTD,C/O LEHMAN BROTHERS INTERNATIONAL (EUROPE),1 BROADGATE, LONDON,  EC2M 7HA UNITED KINGDOM |
| ANTHRACITE INVESMENTS(IRELAND) PLC (SERIES 18) | ATTN:THE DIRECTORS,AIB INTERNATIONAL CENTER,I.F.S.C., DUBLIN,  1 IRELAND |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | ATTN:THE DIRECTORS,ANTHRACITE BALANCED COMPANY (7) LIMITED,C/O HSBC HOUSE, MARY STREET,PO BOX 1109 GT,GRAND CAYMAN, CAYMAN ISLANDS,   BRITISH WEST INDIES |
| ANTHRACITE INVESTMENTS(IRELAND) PLC | ATTN:THE DIRECTORS,AIB INTERNATIONAL CENTRE,I.F.S.C, DUBLIN,  1 IRELAND |
| ANTHRACITE INVESTMENTS(IRELAND) PLC (SERIES 1) | ATTN:THE DIRECTORS,AIB INTERNATIONAL CENTRE,I.F.S.C, DUBLIN,  1 IRELAND |
| ANTHRACITE INVESTMENTS(IRELAND) PLC (SERIES 10), | ATTN:THE DIRECTORS,AIB INTERNATIONAL CENTRE,I.F.S.C, DUBLIN,  1 IRELAND |
| ANTHRACITE INVESTMENTS(IRELAND) PLC | ATTN:THE DIRECTORS,AIB INTERNATIONAL CENTRE,I.F.S.C, DUBLIN,  1 IRELAND |

| Claim Name | Address Information |
|---|---|
| (SERIES 12), | ATTN:THE DIRECTORS,AIB INTERNATIONAL CENTRE,I.F.S.C, DUBLIN,  1 IRELAND |
| ANTHRACITE INVESTMENTS(IRELAND) PLC (SERIES 15), | ATTN: THE DIRECTORS,AIB INTERNATIONAL CENTRE,I.F.S.C, DUBLIN,  1 IRELAND |
| ANTHRACITE INVESTMENTS(IRELAND) PLC (SERIES 15), | C/O LEHMAN BROTHERS INTERNATIONAL (EUROPE),25 BANK STREET, LONDON E14 5LE, UNITED KINGDOM |
| ANTHRACITE INVESTMENTS(IRELAND) PLC (SERIES 23), | ATTN:THE DIRECTORS,AIB INTERNATIONAL CENTRE,I.F.S.C, DUBLIN,  1 IRELAND |
| ANTHRACITE INVESTMENTS(IRELAND) PLC (SERIES 26), | ATTN:THE DIRECTORS,AIB INTERNATIONAL CENTRE,I.F.S.C, DUBLIN,  1 IRELAND |
| ANTHRACITE INVESTMENTS(IRELAND) PLC (SERIES 27), | ATTN:THE DIRECTORS,AIB INTERNATIONAL CENTRE,I.F.S.C, DUBLIN,  1 IRELAND |
| ANTHRACITE INVESTMENTS(IRELAND) PLC (SERIES 7) | ATTN:THE DIRECTORS,AIB INTERNATIONAL CENTRE,I.F.S.C, DUBLIN,  1 IRELAND |
| ANTHRACITE REFERENCE COMPANY (12) LTD | ATTN:THE DIRECTORS,ANTHRACITE REFERENCE CO (12) LTD,C/O HSBC HOUSE, MARY ST,PO BOX 1109 GT,GRAND CAYMAN, CAYMAN ISLANDS,   BRITISH WEST INDIES |
| ANTHRACITE REFERENCE COMPANY (12) LTD | ANTHRACITE REFERENCE CO (12) LTD,C/O LEHMAN BROTHERS INTERNATIONAL (EUROPE),1 BROADGATE, LONDON,  EC2M 7HA UNITED KINGDOM |
| AON CORPORATION | 123 N. WACKER DR, CHICAGO, IL 60606 |
| AOZORA BANK, LTD. | 101 ST MARTINS LANE, LONDON,  WC2N 4AZ UNITED KINGDOM |
| AQR GLOBAL ASSET ALLOCATION MASTER ACCOUNT LP | ATTN:BRADLEY D. ASNESS, PRINCIPAL #AMPER GENL,COUNSE,2 GREENWICH PLAZA, 3RD FL, GREENWICH, CT 06830 |
| AQUAMARINE 2007-1 | 52 UPPER BROOK STREET, LONDON,  W1K 1BU UK |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | 52 UPPER BROOK STREET, LONDON,  W1K 1BU UK |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | 52 UPPER BROOK STREET, LONDON,  W1K 1BU UK |
| ARCHE MASTER FUND, L.P | ATTN:CHIEF FINANCIAL OFFICER,ARCHE MASTER FUND, L.P.,C/O XE CAPITAL ADVISERS, LLC,24 W 40TH STREET, 3RD FLOOR, NEW YORK, NY 10018 |
| ARCHSTONE-SMITH OPERATING TRUST | 9200 E PANORAMA CIRCLE,STE 400\, ENGLEWOOD, CO 80112 |
| ARCHSTONE-SMITHOPERATING TRUST | ATTN:TREASURY DEPARTMENT,C/O ARCHSTONE-SMITH OPERATING TRUST,9200 E. PANORAMA CIRCLE, ENGLEWOOD, CO 80112 |
| ARDEN ERISA PA SPC OBO MLTICLS SEGPORT WRT CLS MI1 | 350 PARK AVE,29TH FLOOR, NEW YORK, NY 10022 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II, LTD | 2000 AVENUE OF THE STARS STE 1200, LOS ANGELES, CA 900674711 |
| ARES VIR CLO LTD. [CLAS S D & COMBO SWAPS ONLY], | 1 FINSBURY SQUARE, LONDON,  EC 2A 1AE UNITED KINGDOM |
| ARES X CLO LTD | ATTN:DIRECTORS,ARES X CLO LTD.,PO BOX 1093 GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMEN,   CAYMAN ISLANDS |
| ARG FUNDING CORP 2005-1 B | ATTN:TREASURER,ARG FUNDING CORP.,6929 NORTH LAKEWOOD AVENUE,SUITE 100 MOD 1.2 202, TULSA, OK 74117 |
| ARG FUNDING CORP SERIES 2005-2 A | ATTN:TREASURER,ARG FUNDING CORP.,6929 NORTH LAKEWOOD AVENUE,SUITE 100 MOD 1.2 202, TULSA, OK 74117 |
| ARG FUNDING CORP SERIES 2005-2 B | ATTN:TREASURER,ARG FUNDING CORP.,6929 NORTH LAKEWOOD AVENUE,SUITE 100 MOD 1.2 202, TULSA, OK 74117 |
| ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED | ATTN:ROBERT H. LYNCH, JR.,ARISTEIA INTERNATIONAL LIMITED,C/O ARISTEIA CAPITAL, LLC,136 MADISON AVENUE, 3RD FLOOR, NEW YORK, NY 10016 |
| ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED | 136 MADISON AVE, NEW YORK, NY 10016 |
| ARISTEIA CAP/ARISTEIA PARTNERS LP | ATTN:ROBERT H. LYNCH, JR.,ARISTEIA PARTNERS, L.P.,C/O ARISTEIA CAPITAL, LLC,136 MADISON AVENUE, 3RD FLOOR, NEW YORK, NY 10016 |
| ARISTEIA SPECIAL INVESTMENTS MASTER LP | ATTN:ROBERT H. LYNCH, JR.,ARISTEIA SPECIAL INVESTMENTS L.P.,C/O ARISTEIA CAPITAL, LLC,136 MADISON AVENUE, 3RD FLOOR, NEW YORK, NY 10016 |
| ARLINGTON PARTNERS LP | ATTN:RODNEY F. TRIPLETT, JR.,ARLINGTON PARTNERS, L.P.,C/O THE PARK COMPANIES,124 ONE MADISON PLAZA, SUITE 1500, MADISON, MI 39110 |

| Claim Name | Address Information |
|---|---|
| ARSAGO GLOBAL HEDGE AG | A/C ARSAGO GLBL MACRO OPPS SP,HURDENERSTRASSE 119, HURDEN,  8640 SWITZERLAND |
| ASA NEW YORK TAX ADVANTAGED FUND LP | ATTN: ROBERT ALBRIGHT/CRIS SHAPIRA,ASA NEW YORK TAX ADVANTAGED FUND L.P.,C/O ASA NEW YORK MANAGERS LLC,601 CARLSON PARKWAY, SUITE 610, MINNETONKA, MN 55305 |
| ASA TAXABLE RELATIVE VALUE FUND LTD. | 433 HACKENSACK AVENUE,11TH FLOOR, HACKENSACK, NJ 07601 |
| ASA TAXABLE RELATIVE VALUEFUND LTD. | ATTN:MUNICIPAL FINANCIAL PRODUCTS - TRANSACTION,MGMT,C/O LEHMAN BROTHERS INC.,745 7TH AVENUE, 19TH FL, NEW YORK, NY 10019 |
| ASBURY ATLANTIC, INC. | ATTN: CHIEF FINANCIAL OFFICER,210 RUSSELL AVENUE, GAITHERSBURG, MD 20877 |
| ASBURY-SOLOMONS, INC. | ATTN:CHIEF FINANCIAL OFFI,210 RUSSELL AVENUE, GAITHERSBURG, MD 20877 |
| ASIA RECOVERY FUND, LP | ATTN:DAVID WAX,ASIA RECOVERY FUND L.P.,C/O WL ROSS & CO. LLC,MANHATTAN TOWER,101 EAST 52ND STREET, NEW YORK, NY 10022 |
| ASPROPULSION CAPITAL BV FOREIGN EXCHANGE DEPT | VIA 1 MAGGIO 99, RIVALTA DI TORINO,  10154 ITALY |
| ASSOCIATED BANK N.A. | ATTN:DUTKIEWICZ JOSEPH,ASSOCIATED BANK, N.A.,TREASURY DEPARTMENT MS 8025,1200 HANSEN ROAD, GREEN BAY, WI 54304 |
| ASTANA FINANCE JSC | ATTN:YERZHAN TUMABEKOV, DINARA KENESSARINA,ASTANA FINANCE JSC,12 BIGELDINOV ST,010000 ASTANA, ,    KAZAKHSTAN |
| ASTREA LLC | BAHNHOFSTRASSE 24, ZUG,  6301 SWITZERLAND |
| ASURION CORPORATION | ATTN:JACK REAGAN, VICE PRESIDENT,ASURION CORPORATION,648 GRASSMERE PARK DRIVE, SUITE 300, NASHVILLE, TN 37211 |
| ATLANTIC ASSET MGMNT/ESTEE LAUDER INC. | RETIRE GROWTH ACCT.,2187 ATLANTIC STREET, STAMFORD, CT 06902 |
| ATLANTIC ASSET MGMNT/ESTEE LAUDER INC. RETIRE GROW | ATTN:JUDY VERBEKE,EXECUTIVE DIRECTOR - CORPORATE TREASURY,THE ESTEE LAUDER COMPANIES, INC.,7 CORPORATE CENTER DRIVE, MELVILLE, NY 11747 |
| ATRIUM CDO | ATTN:BRAD BUEHLER,JP MORGAN CHASE AS TRUSTEE FOR ATRIUM CDO,600 TRAVIS, 48TH FL, HOUSTON, TX 77002 |
| ATTIC ANGEL ASSOCIATION | 8301 OLD SAUK RD, MIDDLETON, WI 53562 |
| ATTICUS GLOBAL ADVISORS | 129 BEAUFORT STREET, LONDON,  SW3 6BS UNITED KINGDOM |
| AUGUSTUS ASSET MGRS LTD | A/C IBS (MF)-AUGUSTUS GL RATES,330 MADISON AVE.,FLOOR 12A, NEW YORK, NY 10017 |
| AURELIUS CAPITAL MASTER, LTD | 53 FOREST AVE,2ND FLOOR, OLD GREENWICH, CT 06870 |
| AUSTIN CAPITAL MANAGEMENT | A/C AUSTIN CAP SH PA FUND II,5000 PLAZA ON THE LAKE BOULEVARD,SUITE 250, AUSTIN, TX 78746 |
| AUSTRALIA & NEW ZEALAND BANKING GROUP LTD,SEOUL BR | ATTN:MANAGER, DERIVATIVE OPERATIONS,ANZ INVESTMENT BANK MARKETS OPERATIONS,LEVEL 12, 530 COLLINS STREET, MELBOURNE, VICTORIA,  3000 AUSTRALIA |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED, | 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED, | 1177 6TH AVENUE, NEW YORK, NY 10036 |
| AUTOBACS SEVEN CO LTD | 81-3-3454-0628,3-13-16 MITA, MINATO-KU,  108-8307 JAPAN |
| AUTONOMY/AUTONOMY MASTER FUND LTD | 2 JOHN CARPENTER STREET, LONDON,  EC4Y OAP UNITED KINGDOM |
| AVALONBAY COMMUNITIES, INC. | 448 TOYON AVE OFC, SAN JOSE, CA 95127 |
| AVENUE CAPITAL MGMT II /AVE  SPECIAL SITUATIONS V, | ATTN:IRA BALSAM,AVE CAPITAL MANAGEMENT II, LP ON BEHALF OF:,AVE SPECIAL SITUATIONS FUND V, LP,535 MADISON AVENUE, 15TH FL, NEW YORK, NY 10022 |
| AVENUE CAPITAL MGMT II LLCA/C AVENUE INTL MASTER L | ATTN:IRA BALSAM,AVENUE CAPITAL MANAGEMENT II LP,ON BEHALF OF AVE INTERNATIONAL MASTER LP,535 MADISON AVENUE, 15TH FL, NEW YORK, NY 10022 |
| AVENUE CAPITAL MGMT II/AVENUE | SPECIAL SITUATIONS FUND IV, LP,25 KNIGHTBRIDGE, LONDON,  SW1X 7RZ UNITED KINGDOM |
| AVENUE CAPITAL MGMT II/AVENUESPECIAL SITUATIONS FU | ATTN:IRA BALSAM,AVENUE CAPITAL MANAGEMENT II, LP ON BEHALF OF:,AVE SPECIAL SITUATIONS FUND IV, LP,535 MADISON AVENUE, 15TH FL, NEW YORK, NY 10022 |
| AVENUE EUROPE INVESTMENTS LP | ATTN:IRA BALSAM,AVENUE CAPITAL MANAGEMENT II, LLC,535 MADISON AVENUE,15TH FLOOR, NEW YORK, NY 10022 |
| AVENUE INVESTMENTS, L.P. | ATTN:IRA BALSAM,AVENUE CAPITAL MANAGEMENT II, LLC,535 MADISON AVENUE,15TH FLOOR, NEW YORK, NY 10022 |
| AVENUE-CDP GLOBALOPPORTUNITIES FUND LP | ATTN:IRA BALSAM,AVE CAPITAL MANAGEMENT II, LP ON BEHALF OF:,AVENUE-CDP GLOBAL |

| Claim Name | Address Information |
|---|---|
| AVENUE-CDP GLOBALOPPORTUNITIES FUND LP | OPPORTUNITIES FUND LP,535 MADISON AVENUE, 15TH FL, NEW YORK, NY 10022 |
| AVENUEEUROPEINTLMGMT/AVENUEEUROPE INTL MASTER LP, | ATTN:IRA BALSAM,AVE EUROPE INTERNATIONAL MANAGEMENT LP,ON BEHALF OF AVE EUROPE INTERNATIONAL MASTER LP,535 MADISON AVENUE, 15TH FL, NEW YORK, NY 10022 |
| AVILA MASTER FUND LP | 10877 WILSHIRE BLVD,SUITE 1550, LOS ANGELES, CA 90024 |
| AVIV LCDO 2006-1, LIMITED | ATTN:THE DIRECTORS,AVIV LCDO 2006-1, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| AVIVA LIFE INSURANCE COMPANY | 161 N. CLARK STREET,9TH FLOOR, CHICAGO, IL 60601 |
| AVM LP A/C III CREDIT BIAS HUB FUND | 1 WEST STREET,SUITE 100, NEW YORK, NY 10004 |
| AXA BELGIUM SA | ESPLANADE DU GÉNÉRAL DE GAULLE, PARIS LE DÉFENSE 4,    FRANCE |
| AXA EQUITABLE LIFE INSURANCE COMPANY | 1345 AVENUE OF THE AMERICAS,38TH FLOOR, NEW YORK, NY 10105 |
| AXA LIFE INSURANCE CO., LTD. | 1-17-3 SHIROKANE,NBF PLATINUM TOWER, MINATO-KU,  108-8020 JAPAN |
| AZUSA PUBLIC FINANCING AUTHORITY | 8301 OLD SAUK RD, AZUSA, CA 91702 |
| B & G FOODS INC | ATTN:ROBERT C. CANTWELL,B&G FOODS, INC.,426 EAGLE ROCK AVENUE, ROSELAND, NJ 07068 |
| BABIS VOVOS INTERNATIONAL | 340 KIFISSIAS AVE, N. PSYCHIKON,  15451 GREECE |
| BABSON CAPITAL MANAGEMENT | A/C BLUE CHIP MULTI-STRATEGY,1295 STATE ST, SPRINGFIELD, MA 01111 |
| BABSON CAPITAL MANAGEMENTA/C BLUE CHIP MULTI-STRAT | ATTN:CHRISTOPHER DEFRANCIS, COUNSEL,BLUE CHIP MULTI-STRATEGY MASTER FUND, LP,C/O BABSON CAPITAL MANAGEMENT LLC,1500 MAIN STREET, SUITE 2800, SPRINGFIELD, MA 01115 |
| BADEN-WUERTTEMBERGISCHE VERSORGUNGSANSTALT FUER, | 1637584,VERSORGUNGSAMT K 1 7, MANNHEIM,  68159 GERMANY |
| BADEN-WUERTTEMBERGISCHE VERSORGUNGSANSTALT FUER, | GARTENSTRASSE 63, TUEBINGEN,  72074 GERMANY |
| BAE SYSTEMS PLC | 1 BISHOP SQUARE,ST ALBANS ROAD WESR, HATFIELD,  AL10 9NE UNITED KINGDOM |
| BAE SYSTEMS PLC | ATTN:GROUP TREASURER,BAE SYSTEMS PLC,GROUP TREASURY, WARWICK HOUSE, PO BOX 87,FARNBOROUGH AEROSPACE CENTRE,FARNBOROUGH, HANTS, ,  GU14 6YU UNITED KINGDOM |
| BALL CORPORATION | 10 LONGS PEAK DRIVE, BROOMFIELD, CO 80021 |
| BALLYBUNION INVESTMENTS NO. 3 LTD | ATTN:THE DIRECTORS,BALLYBUNION INVESTMENTS NO 3 LIMITED,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| BALLYBUNION INVESTMENTS NO. 3 LTD | BALLYBUNION INVESTMENTS NO 3 LTD,C/O LEHMAN BROTHERS INTERNATIONAL (EUROPE),ATTN: HEAD OF TRANSACTION MANAGEMENT GROUP, EUROPE,25 BANK ST, LONDON,  E14 5LE UNITED KINGDOM |
| BALTIMORE, MAYOR AND CITY COUNCIL OF | ATTN:CHIEF, BUREAU OF TREASURY MANAGEMENT,MAYOR & CITY COUNCIL OF BALTIMORE,BUREAU OF TREASURY MANAGEMENT,ABEL WOLMAN MINUCIPAL BLDG,200 HOLIDAY STREET, ROOM 7, BALTIMORE, MD 21202 |
| BALTIMORE, MAYOR AND CITY COUNCIL OF | MAYOR AND CITY COUNCIL OF BALTIMORE,C/O DEPARTMENT OF LAW,CITY HALL,100 NORTH HOLIDAY STREET, ROOM 143, BALTIMORE, MD 21202 |
| BANCA AKROS S.P.A. | ATTN:MR. DUCCIO GALLETTI, MRS. RENATA BIFFI,BANCA AKROS SPA,CORSO ITALIA 3, MILANO,  20121 ITALY |
| BANCA AKROS S.P.A. | C/O THE ITALIAN CHAMBER OF COMMERCE & INDUSTRY,FOR THE UK,296 REGENT ST, LONDON,  W1R 6AE UNITED KINGDOM |
| BANCA AKROS S.P.A. | 375 PARK AVENUE, NEW YORK, NY 10152 |
| BANCA ALETTI & C SPA | PIAZZA NOGARA, VERONA,  37121 ITALY |
| BANCA ANTONVENETA SPA, LONDON | SAN PIETRO ALL ORTO, MILANO,  20100 ITALY |
| BANCA CARIGE SPA | VIA CASSA DE RISPARMIO, GENOVA,  16123 ITALY |
| BANCA CARIGE SPA | US REPRESENTATIVE,375 PARK AVENUE, NEW YORK, NY 10152 |
| BANCA CR FIRENZE SPA | ATTN:DIREZIONE FINANZIARIA,CASSA DI RISPARMIO DI FRINENZE SPA,CASSA DE RISPARMIO DI FIRENZE SPA,VIA BUFALINI 6, FIRENZE,  50122 ITALY |
| BANCA CR FIRENZE SPA | VIA BUFALINI 6, FIRENZE,  50122 ITALY |
| BANCA CR FIRENZE SPA | CASSA DI RISPARMIO DI FRINENZE SPA,C/O PINI BINGHAM & PARTNERS,30 ST. JOHN'S |

| Claim Name | Address Information |
|---|---|
| BANCA CR FIRENZE SPA | LANE, LONDON,  EC1M 4NB UNITED KINGDOM |
| BANCA DEL GOTTARDO | DIANASTRASSE 5, 8001 ZURICH,  8023 SWITZERLAND |
| BANCA DELLE MARCHE SPA | ATTN:SERVIZIO TESORERIA DE GRUPPO,BANCA DELLE MARCHE SPA,VIA GHISLIERI, 6, JESI-ANCONA,  60035 ITALY |
| BANCA DI CIVIDALE SPA | ATTN:COMMERCE & INDUSTY ITALIAN CHAMBER OF,WALMER HOUSE,296 REGENT ST, LONDON, W1R 6AE UNITED KINGDOM |
| BANCA DI CREDITO COOPERATIVO DI CARUGATE | ATTN:RESPONSABILE AREA FINANZA – SETTORE OPERATIVO,BANCA DI CREDITO COOPERATIVO DI CARUGATE SCRL,VIA DE GASPERI, 11,20061 CARUGATE (MILANO), , ITALY |
| BANCA DI CREDITO COOPERATIVO DI ROMA SCARL | ATTN:MR GIULIA OLMISANI,BANCA DI COOPERATIVO DI ROMA SCARL,SERVIZIO PIANIFICAZIONE E GESTIONE RISCHI,VIA SARDEGNA, 129, ROMA,  187 ITALY |
| BANCA IMI S.P.A. | 4/6 CORSO MATTEOTTI, MILAN,  20121 ITALY |
| BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SP | CORSO MATTEOTTI 7, MILAN,  20121 ITALY |
| BANCA ITALEASE SPA | ATTN:MASSIMO SARANDREA,BANCA PER 1L LEASING – ITALEASE S.P.A.,VI CINO DEL DUCA 12, MILANO,  20122 ITALY |
| BANCA ITALEASE SPA | VIA CINO DEL DUCA 12, MILAN,  20122 ITALY |
| BANCA POP DELL'EMILIA ROMAGNA | 195 VIA ARISTOTELE, MODENA,  41100 ITALY |
| BANCA POP DELL'EMILIA ROMAGNA | ATTN:PHILIP BUCKINGHAM,GRUPPO ARCA NORDEST,3 ST. HELEN'S PLACE,BHSHOPSGATE, LONDON,  EC3A 6AU UNITED KINGDOM |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO | ATTN:ROBERTO RAINERI,BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SCRL,SERVIZIO GESTIONE PROPRIETA' E TERZI,VIA CALMANDREI, 255, MAREZZO,  52100 ITALY |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO | THE ITALIAN CHAMBER OF COMMERCE & INDUSTRY FOR,THE UK, LONDON,  W1R 8AY UNITED KINGDOM |
| BANCA POPOLARE DI NOVARA SPA | ATTN:CAPITAL MARKETS,BANCA POPLOARE DI NOVARA S.C.A.R.L.,AREA FINANZA,VIA NEGRONI 12,POB 161, NOVARA,  28100 ITALY |
| BANCA POPOLARE DI NOVARA SPA | BANCA POPLOARE DI NOVARA S.C.A.R.L.,LONDON BRANCH,BUCKLERSBURY HOUSE,WALBROOK, LONDON,  EC4N 8EL UNITED KINGDOM |
| BANCA POPOLARE DI VICENZA SCPARL | ATTN:FULVIO SIMONATO,BANCA POPALARE DI VICENZA S.C. PER AZIONI A R.L.,VIA BTG,FRAMARIN 18, VICENZA,   ITALY |
| BANCA POPOLARE DI VICENZA SCPARL | 15 CORSO COMO, MILAN,  20154 ITALY |
| BANCA POPOLARE DILODI | ATTN:MR. FRANCE BONI,BANCA POPOLARE DI LODI,VIA CAVOUR 40/42, LODI,  20075 ITALY |
| BANCA POPOLARE PUGLIESE | ATTN:ANTONIO BARONE,BANCA POPOLARE PUGLIESE,VIA LUZZATTI 8,MATINO,LECCE, , 73046 ITALY |
| BANCA PROFILO S.P.A. | CORSO ITALIA 1, MILAN,  20122 ITALY |
| BANCA VALSABBINA S.C.P.A. | ATTN:SERVIZIO FINANZA,BANCA COOPERATIVA VALSABBINA SCRL,VIA MOLINO, 4,I-25078 VESTONE (BS), ,  ITALY |
| BANCA VALSABBINA S.C.P.A. | VIA XXV APRILE 8, BRESCIA,  25121 ITALY |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | CALLE CLAUDIO COELLO 31, MADRID,  28001 SPAIN |
| BANCO BPI SA | ATTN:DF BACK OFFICE,BANCO BPI SA,DF-BACK-OFFICE-GRUPPO BPI,LARGO JEAN MONNET,1-5TH FLOOR, LISBON, ,  1267-069 PORTUGAL |
| BANCO BPI SA | DIREC??O INTERNACIONAL DO GRUPO,LARGO JEAN MONNET. 1-8TH, LISBON,  1269-067 PORTUGAL |
| BANCO COMERCIAL PORTUGUES S.A. | AV JOSE MALHOA,LOTE 1686, LISBON,  1686 PORTUGAL |
| BANCO COOPERATIVO ESPANOL, S.A. | VIRGEN DE LOS PELIGROS 4, MADRID,  28013 SPAIN |
| BANCO DE CREDITO E INVERSIONES | ATTN:ROBERT CUMSILLE/ALEJANDRA QUIJADA,BANCO DE CREDITO Y INVERSIONES,HUERFANOS 1134,SANTIAGO, ,   CHILE |
| BANCO DE CREDITO E INVERSIONES | 300 PARK AVENUE,20TH FLOOR, NEW YORK, NY 10022 |
| BANCO ESPANOL DE CREDITO, S.A. | ATTN:MANUEL J. CARRASCO,BANCO ESPANOL DE CREDITO S.A.,MESENA 80, EDIFICIO CPD. SOTANO -1, MADRID,  28033 SPAIN |
| BANCO ESPANOL DE CREDITO, S.A. | 80 MESENA, MADRID,  28033 SPAIN |

| Claim Name | Address Information |
|---|---|
| BANCO ESPANOL DE CREDITO, S.A. | BANCO ESPANOL DE CREDITO S.A.,730 FIFTH AVENUE, 7TH FLOOR, NEW YORK, NY 10019 |
| BANCO ESPIRITO SANTO DE INVESTIMENTO SA | , PORTUGAL,    PORTUGAL |
| BANCO ESPIRITO SANTO DE INVESTIMENTO SA | ATTN:MR. JOAO PEREIRA DA SILVA,RUA ALEXANDRE HERCULANO, 38, LISBOA,   1269-161 PORTUGAL |
| BANCO ESPIRITO SANTO DE INVESTIMENTO SA | C/O BANCO ESPIRITO SANTO (LONDON BRANDCH),33 QUEEN'S ST, LONDON,   EC4R 1ES UNITED KINGDOM |
| BANCO ESPIRITO SANTO SA | ATTN:AMILCAR MORAIS PIRES,BANCO ESPIRITO SANTO E COMMERCIAL DE LISBOA,AVENIDA DA LIBERDADE, 195 - 9TH FL, LISBOA,   1250 PORTUGAL |
| BANCO ESPIRITO SANTO SA | C/ SERRANO 88, MADRID,  28006 SPAIN |
| BANCO ESPIRITO SANTO SA | BANCO ESPIRITO SANTO E COMMERCIAL DE LISBOA,NEW YORK BRANCH,320 PARK AVENUE, 29TH FL, NEW YORK, NY 10022 |
| BANCO FINANTIA | RUA GENERAL FIRMINO MIGUEL,1ST FLOOR, #5, LISBON,   1600-100 PORTUGAL |
| BANCO FINANTIA | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHERS SPECIAL FINANCING INC,SUIRE 400, WILMINGTON, DE 01908 |
| BANCO GUIPUZCOANO SA | ATTN:JOSE ANTONIO GONZALEZ,BANCO GUIPUZCOANO SA,CAMINO DE PORTUETXE NO 35 IGARA,SAN SEBASTIAN, ,   20018 SPAIN |
| BANCO II FINANTIA SA | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHERS SPECIAL FINANCING,SUITE 400, WILMINGTON, DE 01908 |
| BANCO ITAU BBA SA, NASSAU | AV BRIGADEIRO FARIA LIMA, SAO PAULO,   04538-132 BRAZIL |
| BANCO ITAU EUROPA SA | 540 MADISON AVENUE,23RD FLOOR, NEW YORK, NY 10022 |
| BANCO POPULAR NORTH AMERICA | ATTN:TREASURY OPERATIONS,BANCO POPULAR NORTH AMERICA,9600 W. BRYN MAWR, ROSEMENT, IL 60018 |
| BANCO SANTANDER CHILE | ATTN:HANS TRAUTMAN BUC ESTRUCTURACION FINANCIERA,BANCO SANTANDER - CHILE,BANDERA 140,SANTIAGO, ,    CHILE |
| BANCO SANTANDER DE NEGOCIOS PO RTUGAL SA | AV DUARTE PACHECO,AMOREIRAS TORRE 1-6 PISO, LISBON,   1099-024 PORTUGAL |
| BANCO SANTANDER PUERTO RICO | ATTN:ROLANDO MANGUAL,BANCO SANTANDER PUERTO RICO,221 PONCE DE LEON,10TH FLOOR, HATO REY, PR 918 PUERTO RICO |
| BANCO SANTANDER PUERTO RICO | C/O BOROUGH OF MANHATTAN, CITY, COUNTY & STATE OF,NEW YORK,45 E 53RD ST F 9-10, NEW YORK, NY 10022 |
| BANCO SANTANDER S.A. (EX BSCH) | 2 TRITON SQUARE REGENT'S PLACE NW1 3AN, LONDON,   10022 UNITED KINGDOM |
| BANGOR SAVINGS BANK | ATTN:CHRIS NELSON,BANGO SAVINGS BANK,99 FRANKLIN STREET,PO BOX 930, BANGOR, ME 04401 |
| BANIF - BANCO DE INVESTIMENTO SA | ATTN:MRS. MARTA RANGEL,RUA TIERNO GALVAN, TORRE 3 - 14 PISO, LISBON,   1070-274 PORTUGAL |
| BANIF - BANCO DE INVESTIMENTO SA | C/O LAW DEBENTURE CORPORATE SERVICES, LTD,5TH FL,100 WOOD ST, LONDON,   EC2V 7EX UNITED KINGDOM |
| BANK BPH SA | 25A TOWAROWA STR, WARSAW,   00-958 POLAND |
| BANK BPH SA | BANK PRZEMYSLOWO-HANDLOWY PBK SA,C/O BAYERISCHE HYPO - UND VEREINSBANK AG,VINTNER'S PLACE,68 UPPER THAMES STREET, LONDON,   EC4V 3BJ UNITED KINDDOM |
| BANK BPH SA | ATTN:BANKING MANAGING DIRECTOR,BANK PRZEMYSLOWO-HANDLOWY PBK SA,UL. TOWAROWA 25A,00-958 WARSZAWA, |
| BANK CIC (SCHWEIZ) AG | AVENUE DE CHAMPEL 29, GENEVE,   1206 SWITZERLAND |
| BANK HAPOALIM B.M. | 1177 AVE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK JULIUS BAER & CO. LTD. | 330 MADISON AVE, NEW YORK, NY 10017 |
| BANK LEUMI (SCHWEIZ) AG | ATTN:BACK OFFICE,BANK LEUMI LE-ISRAEL (SWITZERLAND),CLARIDENSTRASSE 34, ZURICH,  8022 SWITZERLAND |
| BANK LEUMI (SCHWEIZ) AG | CLARDIENSTRASSE 34, ZURICH,  8022 SWITZERLAND |
| BANK LEUMI (SCHWEIZ) AG | BANK LEUMI LE-ISRAEL (SWITZERLAND),C/O BANK LEUMI U.S.A.,579 FIFTH AVENUE, NEW YORK, NY 10017 |
| BANK LEUMI (USA) | ATTN:TREASURY OPERATIONS,BANK LEUMI USA,562 FIFTH AVENUE, NEW YORK, NY 10036 |
| BANK LEUMI, LE ISRAEL B.M. | ATTN:HAIM HOZMAN,BANK LEUMI LE-ISRAEL,INTERNATIONAL DIVISION,35 YEHUDA HALEVI |

| Claim Name | Address Information |
|---|---|
| BANK LEUMI, LE ISRAEL B.M. | ST, TEL AVIV,  65136 ISRAEL |
| BANK LEUMI, LE ISRAEL B.M. | 13 ECHAD HA'AM STREET,4TH FLOOR, TEL-AVIV,  65151 ISRAEL |
| BANK OF AMERICA NY / PENSON FINANCIAL | SERVICES INC GIVE-UPFOREIGN EXCHANGE DEPT,1700 PACIFIC AVENUE,SUITE 1400, DALLAS, TX 75201 |
| BANK OF AMERICA, NATI ONAL ASSOCIATION | 100 N.TRYON STREET, CHARLOTTE, NC 28255 |
| BANK OF AMERICA, NATIONAL ASSOCIATION | ATTN:GLOBAL MARKETS TRADING AGREEMENTS,BANK OF AMERICA, N.A.,5 CANADA SQUARE, LONDON,  E14 5AQ UNITED KINGDOM |
| BANK OF CHINA | ATTN:TREASURY DEPARTMENT,HEAD OFFICE,1 FUXINGMEN NEI DAJIE, BEIJING,  100818 CHINA |
| BANK OF CHINA | HEAD OFFICE,1 FUXINGMEN NEI DAJIE,ATTN: LEGAL AND COMPLIANCE DEPARTMENT, BEIJING,  100818 CHINA |
| BANK OF CHINA | NEW YORK BRANCH,410 MADISON AVENUE, NEW YORK, NY 10017 |
| BANK OF INDIA | ATTN:GENERAL MANAGER, INTERNATIONAL DIV,INTERNATIONAL DEPARTMENT, E WING, 3RD FL,STAR HOUSE,C-5, G BLOCK, BANDRA KURLA COMPLEX, BANDRA EAST, MUMBAI,  400051 INDIA |
| BANK OF INDIA | 63 QUEEN VICTORIA STREET, LONDON,  EC4N 4UA UNITED KINGDOM |
| BANK OF KYOTO, LTD (THE) | 075-341-1541,700 YAKUSHIMAE-CHO MATSUBARA-AGARU KARASUMA 0, KYOTO-SHI, 600-8652 JAPAN |
| BANK OF MONTREAL | 1 FIRST CANADIAN PLACE, TORONTO, ON M5X 1A1 CA |
| BANK OF N.T. BUTTERFIELD & SON LIMITED | ATTN: TREASURY DEPT. - TRADE SERVICES, MIDDLE,OFFICE,ROSEBANK CENTRE,11 BERMUDIANA ROAD, HM 11,  BERMUDA |
| BANK OF N.T. BUTTERFIELD & SON LIMITED | C/O CT CORPORATION SYSTEM,111 EIGHTH AVENUE,13TH FLOOR, NEW YORK, NY 10011 |
| BANK OF NEW YORK AS SWAP ADMIN - TRUST 2006-13 | ATTN: CORP TRUST ADMIN MBS ADMIN,CWABS ASSET-BACKED CERTIFICATES TRUST 2006-13,ASSET-BACKED CERTIFICATES, SERIES 2006-13,101 BARCLAY ST, NEW YORK, NY 10286 |
| BANK OF NEW YORK MELLON CORPORATION | 1 BOSTON PLACE 7TH FLOOR, BOSTON, MA 02108 |
| BANK OF NEW YORK, AS SWAP ADMIN, CWALT 2006-0C6, | ATTN:CORPORATE TRUST ADMINISTRATION MBS,ADMINISTRATION,C/O THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| BANK OF NEW ZEALAND | ATTN:HEAD OF MARKETS DIVISION,LEVEL 21, BANK OF NEW ZEALAND CENTRE,1 WILLIS STREET, WELLINGTON,   NEW ZEALAND |
| BANK OF NEW ZEALAND | C/O NATIONAL AUSTRALIA BANK LIMITED,88 WOOD STREET, LONDON,  EC2V 7QQ UNITED KINGDOM |
| BANK OF NORTH GEORGIA | ATTN:HOLLI HINKLE,COLUMBUS BANK  #AMPER TRUST COMPANY,1148 BROADWAY, COLUMBUS, GA 31901 |
| BANK OF NOVA SCOTIA | 100 YONGE STREET,9TH FLOOR, TORONTO, ON M5C 2W1 CA |
| BANK OF NOVA SCOTIA | ATTN:GLOBAL MARKETS DOCUMENTATION,40 KING STREET WEST,SCOTIA PLAZA,8TH FLOOR, TORONTO, ON M5H 1H1 CA |
| BANK OF NY EUROPE LTD, | THE A/C SEALINK FUNDING LIMITED, CORK,  E14 5AL IRELAND |
| BANK OF NY EUROPE LTD, THEA/C ROBECO CREDIT LIMITE | SEE AGREEMENT, |
| BANK OF SCOTLAND PLC | 155 BISHOPSGATE, LONDON,  EC2M 3UB UNITED KINGDOM |
| BANK OF SCOTLAND PLC | ATTN:LEGAL DEPARTMENT,HBOS TREASURY SERVICES PLC,33 OLD BROAD STREET, LONDON, EC2N 1HZ UNITED KINGDOM |
| BANK OF SCOTLAND PLC | 33 OLD BROAD STREET, LONDON,  EC2N 1HZ UNITED KINGDOM |
| BANK OF TOKYO-MITSUBISHI UFJ, LTD. | 1251 AVENUE OF AMERICAS, NEW YORK, NY 10020 |
| BANK OF YOKOHAMA, LTD. | ATTN:OPERATION PLANNING & ADMINISTRATION,DEPARTMENT, MARKET OPERATIONS CTR,2-CHOME,CHUO-KU, TOKYO,  103-0027 JAPAN |
| BANK POLSKA KASA OPIEKI SA, NEW YORK | ATTN:JERZY MARKIEWIOZ, LIQUIDITY & ASSET,MANAGEMENT DEPT - TREASURY,GRZYBOWSKA ST. 53/57, WARSAW,  00-950 POLAND |
| BANK POLSKA KASA OPIEKI SA, NEW YORK | C/O UNICREDITO ITALIANO SPA,LONDON BRANCH,17 MOORGATE,ATTN: MR. JOHN CHIGNALL, LONDON,  EC2R 6AR UNITED KINGDOM |
| BANK SARASIN & CIE | 11 LOEWENSTRASSE, ZURICH,  08022 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| BANK SARASIN-RABO (ASIA) LIMITED | 77 ROBINSON ROAD #13-00, TAPIE,  68896 SINGAPORE |
| BANK SINOPAC | 20F,SEC.1,2 CHUNG CHING S. RD, TAIPEI,   SINGAPORE |
| BANKERS LIFE AND CASUALTY COMPANY | ATTN:JEFFEREY M. STAUTZ, V.P. & GENL COUNSEL,40|86 ADVISORS INC.,535 N COLLEGE DR, CARMEL, IN 46032 |
| BANKERS LIFE AND CASUALTY COMPANY | 535 N. COLLEGE DRIVE, CARMEL, IN 46032 |
| BANKHAUS LAMPE KG | PO BOX 164, RUE DE L'EAU,   LUXEMBOURG |
| BANKINTER GES/BK GARANTIA CUPON MEMORIA I | ATTN:TREASURY DEPT,BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C.,C/ MARQU S DE RISCAL, 11 BIS, MADRID,  28010 SPAIN |
| BANKINTER GES/BK GARANTIA CUPON MEMORIA II | ATTN:TREASURY DEPT,BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C.,C/ MARQU S DE RISCAL, 11 BIS, MADRID,  28010 SPAIN |
| BANKINTER GES/BK MEMORIA 6X4 GARANTIZADO FI | ATTN:TREASURY DEPT,BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C.,C/ MARQU S DE RISCAL, 11 BIS, MADRID,  28010 SPAIN |
| BANKINTER GES/BK MEMORIA 6X4 GARANTIZADO II FI | MARQUES DE RISCAL,11, DUPLICADO 3 PL 2,   MADRID |
| BANKINTER GES/BK MEMORIA 6X4GARANTIZADO II FI | ATTN:TREASURY DEPT,BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C.,C/ MARQU S DE RISCAL, 11 BIS, MADRID,  28010 SPAIN |
| BANKINTER GEST DE ACTIVOS | A/C BANKINTER GARANTIZADO,CASTELLANA 29, MADRID,  28046 SPAIN |
| BANKINTER GEST DE ACTIVOSA/C BANKINTER GARANTIZADO | ATTN:TREASURY DEPT,BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C.,C/ MARQU S DE RISCAL, 11 BIS, MADRID,  28010 SPAIN |
| BANQUE AIG, LONDON | 112 AVENUE KLEBER, PARIS,  75116 FRANCE |
| BANQUE CANTONALE VAUDOISE | AV. DE LA VALLOMBREUSE 100, PRILLY,  1008 SWITZERLAND |
| BANQUE DE GROOF | 16-18 RUE GUIMARD, BRUSSELS,  1040 BELGIUM |
| BANQUE EDEL SNC | 5 AVENUE MARCEL DASSAULT, TOULOUSE CEDEX 5,  31505 FRANCE |
| BANQUE ET CAISSE D EPARGNE DEL ETAT, LUXEMBOURG, | ATTN:MR. PIERRE MEYERS, BACK OFFICE FINANCIAL,SERVICES,1, PL DE METZ,L-2954, , LUXEMBOURG |
| BANQUE ET CAISSE D EPARGNE DEL ETAT, LUXEMBOURG, | BANQUE ET CAISSE D'EPARGNE DE L'ETAT, LUXEMBOURG,C/O CDC IXIS CAPITAL MARKETS LONDON BRANCH,CANNON BRIDGE,25 DOWGATE HILL, LONDON,  EC4R 2GN UNITED KINDOM |
| BANQUE FINAMA | ATTN:MAGALI BOISSIE MIDDLE OFFICE,BANQUE FINAMA,157 BD HAUSSMANN, PARIS, 75008 FRANCE |
| BANQUE LBLUX S.A. | 3 RUE JEAN MONNET, LUXEMBOURG,  2180 LUXEMBOURG |
| BANQUE SAFDIE SA | 41 ROTHSCHILD BOULEVARD,ZION HOUSE, TEL AVIV,  65784 ISRAEL |
| BANQUE SAFRA-LUXEMBOURG SA | 10A BOULEVARD JOSEPH II, LUXEMBOURG,  1840 LUXEMBOURG |
| BANQUE SAUDI FRANSI | MA'ATHER ROAD,PO BOX 56006, RIYADH,  11554 SAUDI ARABIA |
| BANSABADELL INVERSION A/C URQUIJO GARANTIA | BOLSA EURO, FI,AV. DIAGONAL 407 BIS PLANTA 4, BARCELONA,  8008 SPAIN |
| BARCLAYS BANK PLC (GTMA) | 1 CHURCHILL PLACE, LONDON,  E14 5HP UNITED KINGDOM |
| BARCLAYS BANK PLC, SEOUL | 23ED FLOORM SEOUL FINANCE CENTER,84 TAEPYUNGRO 1-GA, CHUNG-GU,   SEOUL |
| BARCLAYS CAPITAL SECURITIES LT D. | 12 EAST 49TH STREET,34TH FLOOR, NEW YORK, NY 10017 |
| BARCLAYS GBL INVESTORS LTD /BGI LIABILITY | SOLUTIONS FD IIGBP TAILORED FD II,1 ROYAL MINT COURT, LONDON,  EC3N 4HH UNITED KINGDOM |
| BARCLAYS GBL INVESTORS NAA/C BGI ALPH EM BOND PORT | ATTN:DERIVATIVES SERVICES GROUP,BARCLAYS GLOBAL INVESTORS, N.A., AS INVEST. MGR,45 FREMONT ST, SAN FRANCISCO, CA 94105 |
| BARCLAYS GBL INVESTORS NAA/C BGI FI CREDIT OPPORTU | ATTN:INVESTMENT PROCESS,BARCLAYS GLOBAL INVESTORS, N.A. AS IM OF THE BGI,FIXED INCOME CREDIT OPPORTUNITIES FUND LTD.,45 FREMONT ST, SAN FRANCISCO, CA 94105 |
| BARCLAYS/ARTESIAN GMSCAF MSTR SPC – | SEGREG PORT 5 GIVE-UP CDS,4 PARK PLACE, LONDON,  SW1A 1LP UNITED KINGDOM |
| BARTON CREEK SENIOR LIVING CENTER, INC. | 465 CENTRAL AVENUE,SUITE 100, NORTHFIELD, IL 60093 |
| BARTON SPRINGS CDO LTD | SPC/SERIES 2005-1 ATTN:THE DIRECTORS,BARTON SPRINGS CDO SPC, SERIES 2005-2,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUCH CHURCH ST, GRAND CAYMAN CAYMAN ISL.,   BRITISH WEST INDIES |
| BARTON SPRINGS CDO LTD | SPC/SERIES 2005-2 ATTN:THE DIRECTORS,BARTON SPRINGS CDO SPC, SERIES 2005-2,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUCH CHURCH ST, GRAND CAYMAN,   CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| BASLER KANTONALBANK | ATTN:MR PETER WILLI,BASLER KANTONALBANK,SPIEGELGASSE 2,POSTFACH,BASEL, , CH4002 SWITZERLAND |
| BASSO MULTI-STRATEGY HOLDING FUND LTD | 1266  EAST MAIN STREET,4TH FLOOR, STANFORD, CT 06902 |
| BASSWOOD FINANCIAL PARTNER REF BASSWOOD FINANCIAL, | 645 MADISION AVE, NEW YORK, NY 10022 |
| BAY HARBOUR MGMT LC/BAY HARBOUR MASTER, LTD. | 885 3RD AVE, NEW YORK, NY 10022 |
| BAY HARBOUR MGMT LC/BAYHARBOUR MASTER, LTD. | ATTN:ANTHONY C. MORRO, ESQ.,BAY HARBOUR MANAGEMENT, L.C.,885 THIRD AVENUE, 34TH STREET, NEW YORK, NY 10022 |
| BAY HARBOUR MGMT LC/BHCOMASTER, LTD | ATTN:ANTHONY C. MORRO, ESQ.,BAY HARBOUR MANAGEMENT, L.C.,885 THIRD AVENUE, 34TH STREET, NEW YORK, NY 10022 |
| BAY POINTE LIMITED | ATTN:NICK MOODY/BARI PHILLIPS,CITY LOFTS GROUP PLC,THE EXCHANGE,STATION PARADE, HARROGATE,NORTH YORKSHIRE,  HG1 1TS UNITED KINGDOM |
| BAYERISCHE HYPO-UND VEREINSBANK AG | 12 ARABELLASTRASSE, MUNICH,  81925 GERMANY |
| BAYERISCHE HYPO-UND VEREINSBANK AG | ATTN:ZGA 53/SWAPS ADMINISTRATION,BAYERISCHE VEREINSBANK AG,AM EISBACH 4, MUNICH,  D-80311 GERMANY |
| BAYERISCHE HYPO-UND VEREINSBANK AG | BAYERISCHE VEREINSBANK AG,NEW YORK BRANCH,335 MADISON AVENUE, 19TH FLOOR, NEW YORK, NY 10017 |
| BAYERISCHE LANDESBANK | 20 BRIENNER STRASSE, MUNICH,  D-80333 GERMANY |
| BAYLOR UNIVERSITY | #55 BAYLOR AVENUE, WACO, TX 76798 |
| BAYVIEW FINANCIAL ACQUISITION TRUST 1999-A | 4425 PONCE DE LEON BLVD.,4TH FLOOR, CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL ACUISITION TRUST 1998-B | 4425 PONCE DE LEON BLVD.,4TH FLOOR, CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL ASSET TRUST 2003-B | 4425 PONCE DE LEON BLVD.,4TH FLOOR, CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL MORTGAGE LOAN TRUST 1999 C | 4425 PONCE DE LEON BLVD.,4TH FLOOR, CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL MORTGAGE LOAN TRUST 2000 B | 4425 PONCE DE LEON BLVD.,4TH FLOOR, CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL REVOLVING ASSET TRUST 2000-D | 4425 PONCE DE LEON BLVD.,4TH FLOOR, CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL REVOLVING MTG LOAN TR 1999-1 | 4425 PONCE DE LEON BLVD.,4TH FLOOR, CORAL GABLES, FL 33146 |
| BBT FUND, L.P. | CORPORATE CENTER,WEST BAY ROAD,P.O. BOX 31106 SMB, GRAND CAYMAN,   CAYMAN ISLANDS |
| BBT FUND, L.P. | C/O BBT GENPAR, L.P.,201 MAIN STREET, SUITE 3200,ATTN: A.A. BUTLER, FORT WORTH, TX 76102 |
| BBT FUND, L.P. | 201 MAIN STREET,SUITE 3200, FORT WORTH, TX 76102 |
| BBVA (SUIZA) S.A. | ZELTWEG 63, ZURICH,  8021 SWITZERLAND |
| BBVA GESTION SA A/C BBVA 5X5 FI | 108 CANNON STREET, LONDON,  EC4N 6EU UNITED KINGDOM |
| BEAFORD INVESTMENTS LTD | ATTN:STEVE ROSS,C/O SWISS BANK CORPORATION,TRUST (JERSEY) LTD.,40 ESPLANADE, ST. HELIER,  JE4 8NW JE |
| BEAR HG STRUCTURED CREDIT STRAT MASTER FUND LTD, | ATTN:MATTHEW TANNIN,BEAR STEARNS HIGH-GRADE STRUCTURED,CREDIT STRATEGIES MASTER FUND, LTD.,C/O BEAR STEARNS ASSET MANAGEMENT INC.,383 MADISON AVENUE, NEW YORK, NY 10179 |
| BEAR STEARNS BANK PLC | ONE CANADA SQUARE,CANARY WHARF, LONDON,  E14 5AD UNITED KINGDOM |
| BEAR STEARNS CREDIT PRODUCTS INC | ONE CANADA SQUARE, LONDON,  E14 5AD UNITED KINGDOM |
| BEAR STEARNS INTERNATION AL LTD | ONE CANADA SQUARE, LONDON,  E14 5AD UNITED KINGDOM |
| BEAVER COUNTY DAY SCHOOL | ATTN:DIRECTOR OF FINANCE,791 HAMMOND STREET, CHESTNUT HILL, MA 02467 |
| BEAVER, COUNTY OF | ATTN:CHIEF FINANICAL OFFICER,COUNTY COURTHOUSE,810 THIRD STREET, BEAVER, PA 15009 |
| BEAVER, COUNTY OF | ATTN:CHIEF FINANCIAL OFFICER,COUNTRY COURTHOUSE,910 THIRD STREET, BEAVER, PA |

| Claim Name | Address Information |
|---|---|
| BEAVER, COUNTY OF | 15009 |
| BELFORD CAPITAL GROUP LLC | BELFORD CAPITAL GROUP LLC,227 WEST MONROE STREET,SUITE 4000, CHICAGO, IL 60606 |
| BELL TRACE OBLIGATED GROUP | ATTN:CHIEF EXECUTIVE OFFICER,BELL TRACE OBLIGATED GROUP,C/O EAST 10TH STREET PROPERTY, LLC,2749 EAST COVENANTER DR., BLOOMINGTON, IN 47401 |
| BELLE HAVEN ABS CDO 2005-1, LTD | ATTN:DIRECTORS,BELLE HAVEN ABS CDO 2005-1, LTD.,C/IO MAPLES FINANCE LIMITED,PO BOX 1093 GT,QUEENSGATE HOUSE, GRAND CAYMAN,   CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2006-1 LIM | ATTN:THE DIRECTORS,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSFATE HOUSE, SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2006-1 LIM | 1 SOUND SHORE DR,SUITE 203, GREENWICH, CT 06830 |
| BELLSOUTH CORPORATION | 268 N RIDGEWOOD AVE, DAYTONA BEACH, FL 32114 |
| BENETTON GROUP SPA | ATTN:FINANCE DEPARTMENT,VIA VILLA MINELLI, 1,(MORENO PASIN),31050 PONZANO VENETO, TREVISO,   ITALY |
| BENETTON GROUP SPA | C/O BENETTON RETAIL (1988) LTD,5TH FL BYRON HOUSE, 7 ST. JAMES'S ST, LONDON, SW1A 1EE UNITED KINGDOM |
| BENETTON INTERNATIONAL SA | BENETTON INTERNATIONAL NV SA,C/O BENETTON GROUP S.P.A.,VIA VILLA MINELLI 1,ATTN: FINANCE DEPARTMENT, PONZANO VENETO, TV,   31050 ITALY |
| BENETTON INTERNATIONAL SA | VIA MINELLI,PONZANO, TREVISO,   31050 ITALY |
| BENETTON INTERNATIONAL SA | BENETTON INTERNATIONAL NV SA,1, PLACE D' ARMES, ,   LUXEMBOURG |
| BENETTON INTERNATIONAL SA | BENETTON INTERNATIONAL NV SA,C/O BENETTON RETAIL (1988) LTD,5TH FL BYRON HOUSE, 7 ST. JAMES'S ST, LONDON,   SW1A 1EE UNITED KINGDOM |
| BENTLEY COLLEGE | ATTN:JAMES FUERST,175 FOREST STREET, WALTHAM, MA 02452 |
| BENTLEY COLLEGE | 175 FOREST STREET,ATTN: PAUL CLEMENTE, WALTHAM, MA 02452 |
| BEREA COLLEGE | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BERICA 2 MBS S.R.L. | BANCA POPOLARE DI VICENZA SCARL,VIA BTG FRAMARIN 18, VICENZA (VI),   I-36100 ITALY |
| BERKELEY COUNTY PUBLIC SERVICE SEWER DISTRICT | 65 DISTRICT WAY, MARTINSBURG, WV 25404 |
| BERKSHIRE HEALTH SYSTEMS | C/O CAIN BROTHERS & CO., LLC,ATTN: SCOTT SMITH,452 FIFTH AVENUE, 25TH FLOOR, NEW YORK, NY 10018 |
| BERKSHIRE HEALTH SYSTEMS | ATTN:MIKE CULLEN,725 NORTH STREET, PITTSFIELD, MA 01201 |
| BERNER KANTONALBANK | POSTFACH, BERN,   3001 SWITZERLAND |
| BERYL FINANCE 2006-16 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE 2007-1 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE 2007-10 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE 2007-11 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE 2007-13 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE 2007-19 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LIMITED 2006-13 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LIMITED 2006-14 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LIMITED SERIES 2005-1 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LIMITED SERIES 2005-2 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LIMITED SERIES 2005-4 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LIMITED SERIES 2005-7 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LIMITEDSERIES 2007-7 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2005-10 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2005-11 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2005-12 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2005-14 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2005-15 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2005-16 | 306 WEST HARRSION ST, DILLON, SC 29536 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD 2006-12 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2006-15 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2006-17 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2006-5 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2006-6 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2007-14 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2007-15 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2007-16 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2007-17 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2007-18 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2007-3 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2007-4 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2007-5 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2007-8 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2007-9 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-1 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-10 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-11 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-12 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-13 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-14 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-15 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-16 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-17 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-2 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-3 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-4 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-5 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-6 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-7 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-8 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD 2008-9 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD SERIES 2006-10 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTD SERIES 2006-11 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BERYL FINANCE LTED 2007-2 | 306 WEST HARRSION ST, DILLON, SC 29536 |
| BETHLEHEM AUTHORITY | ATTN:STEPHEN R. SALVESEN, EXECUTIVE DIRECTOR,10 E CHURCH ST, BETHLEHEM, PA 18018 |
| BFC CONSTRUCTION CORP | 3660 MIDLAND AVENUE, SCARBOROUGH, ON M1V 4V3 CA |
| BFM - ATC ALLTEL FIXED INC PORTF C/O BLACKROCK FIN | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM ANL-C/ ARCHDIOCESENEWARK LAY PENSION PLAN | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM ANP-C/ ARCHDIOCESENEWK. PRIESTS PENSION PLAN, | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM BOEING COMPANY EMPLOYEE RET ACCT | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM BR-LONG/  LONG DURATION BOND FUND | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BFM BR_AA_FT/ BLACKROCKASSET ALLOCATION PORTFOLIO( | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |

| Claim Name | Address Information |
| --- | --- |
| BFM CCS/ CIRCUITCITY STORES INC | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM CMU-I/ CARNEGIE MELLONUNIV. HIGH QUALITY PORT. | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM DDCF/ DORIS DUKECORE BOND PORTFOLIO | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM IHS/ INOVAHEALTH SYSTEM | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM ING-TIPS/ ING INFLATIONPROTECTED BOND PORTFOLI | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BFM JPMC/ JPMORGANCHASEPENSION PLAN | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM LEHIGH/ LEHIGHUNIVERSITY | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM LUC-DB/ LUCENT TECH.DEFINED BENEFIT | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM MACYS/ MACYS INC DEFINEDBENEFIT PLANS MASTER T | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM MCC-C/ MICHIGAN CATHOLICCONFERENCE - CORE PORT | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM MCC-I/ MICHIGAN CATHOLICCONF. INTERMEDIATE POR | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM MCC-LAY /MICH CATHOLICCONFERENCE MSTR PENSION, | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM MF-GSCI/MASTER COMMODITYSTRATEGIES TRUST | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM NES-RT/NESTLEIN THE USA PENSION TRUST | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM NES-SP/NESTLEIN THE USA SAVINGS TRUST | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM NEW-SP / NESTLE IN THE USASAVINGS TRUST | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM NOR/ NORTEL NETWORKS | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM NOR/ NORTEL NETWORKS | 1 FINANCIAL CENTER,31ST FLOOR, BOSTON, MA 02111 |
| BFM NRRIT-L/ NRRIT LIBORCOMMODITIES PORTFOLIO | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM PNC-C / PNC PENSION CORE BOND PORTFOLIO | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM PPL / PENNSYLVANIA POWER &LIGHT COMPANY | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM RO/ ROCHE RETIREMENTPLAN CORE BOND PORTFOLIO, | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM SENT/ SENTARAHEALTHCARE | ATTN:LEGAL.DOCUMENTATION,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52 ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM TAP/ MOLSON COORS MASTERRETIREMENT TRUST PORTF | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM TGT-EP/ TARGET CORPTRUST (EQUITY PLUS PORT), | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BFM- BCS-FBLACKROCK BALANCED CAPITALPORTFOLIO (FI) | ATTN:GENERAL COUNSEL,C/O BLACKROCK ADVISORS, LLC,LEGAL ADVISORY DEPARTMENT,800 SCUDDERS MILL ROAD, PLAINSBORO, NJ 08536 |
| BFM- GSAM-CSTCENTRAL STATES TEAMSTERS-GSAMC/O BLA | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| BFM/FORD MOTOR COMPANY PENSION PLAN | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BG- BG PACIFIC EQUITIES RE BG SGR SPA | VIA UGO BASSI 6, MILAN,  20159 ITALY |
| BGI FI GLOBAL ALPHA (CAYMAN) | C/O CT CORPORATION SYSTEM,111 EIGHTH AVENUE, NEW YORK, NY 10011 |
| BGI FI GLOBAL ALPHA (CAYMAN) | ATTN: INVESTMENT PROCESS GROUP,BARCLAYS GLOBAL INVESTORS, N.A. AS IM OF BGI,FIXED GLOBAL ALPHA FUND LTD., SAN FRANCISCO, CA 94105 |
| BGI/ 3D GLOBAL OPPORTUNITIES(U.S. INSTITUTIONAL) F | SEE MASTER COMMENTS AT BOTTOM, |
| BGI/3D CAPITAL FUND LTD. | ATTN:INVESTMENT MANAGER OF THE 3D CAPITAL FUND,LTD.,BARLCAY #APPOSS GLOBAL INVESTORS NA,45 FREMONT ST, SAN FANCISCO, CA 94105 |
| BGI/3D CAPITAL YEN FUND | ATTN:INVESTMENT MANAGER OF THE 3D CAPITAL YEN FUND,THE 3D CAPITAL YEN FUND,C/O BARLCAY #APPOSS GLOBAL INVESTORS NA,45 FREMONT ST, SAN FANCISCO, CA 94105 |
| BGI/ALPHA CREDIT INVESTMENT GRADE BOND PORTFOLIO, | ATTN:INVST. MGR. OF ALPHACREDIT INVST. GRADE BOND,PORT.,C/O BARLCAY #APPOSS GLOBAL INVESTORS NA,45 FREMONT ST, SAN FANCISCO, CA 94105 |
| BGI/CASH EQUIVALENT FUND B | ATTN: TRADING OPERATIONS,THE SPECIAL SHORT TERM FUND B,C/O BARCLAYS GLOBAL INVESTORS, N.A. AS TRUSTEE OF,THE SPECIAL SHORT TERM FUND B, SAN FANCISCO, CA 94105 |
| BGI/CASH EQUIVALENT FUND II | ATTN:TRADING OPERATIONS,BARCLAYS GLOBAL INVESTORS, N.A,TRUSTEE SPECIAL SHORT TERM FUND,45 FREMONT STREET, SAN FANCISCO, CA 94105 |
| BGI/CORE ACTIVE BOND FUND B | ATTN: TRADING OPERATIONS,C/O BARCLAYS GLOBAL INVESTORS, N.A. AS TRUSTEE OF,CORE ACTIVE BOND FUND B, SAN FANCISCO, CA 94105 |
| BGI/COREALPHA BOND FUND E | 1 CHURCHILL PLACE, LONDON,  E14 5HP UNITED KINGDOM |
| BGI/COREALPHA BOND FUND E | ATTN:TRADING OPERATIONS,BARCLAYS GLOBAL INVESTORS, NA,TRUSTEE OF COREALPHA BOND FUND,45 FREMONT STREET, SAN FANCISCO, CA 94105 |
| BGI/COREPLUS BOND FUND B | ATTN: TRADING OPERATIONS,C/O BARCLAYS GLOBAL INVESTORS, N.A. AS TRUSTEE OF,THE CORE PLUS ACTIVE BOND FUND B, SAN FANCISCO, CA 94105 |
| BGI/MIP COREALPHA BOND MASTERPORTFOLIO | ATTN:DERIVATIVES SECURITIES GROUP,BARCLAYS GLOBAL FUND ADVISORS,45 FREMONT STREET, SAN FANCISCO, CA 94105 |
| BGI/THE 3D GLOBALOPPORTUNITIES FUND LTD | ATTN:INVESTMENT PROCESS GROUP,C/O BARCLAYS GLOBAL INVESTORS, N.A. AS INVESTMENT,MANAGER FOR THE 3D GLOBAL OPPORTUNITIES FUND LTD.,400 HOWARD ST, SAN FANCISCO, CA 94105 |
| BGI/U.S.  SYNTHETIC BOND FUND | ATTN:TRADING OPERATIONS,BARCLAYS GLOBAL INVESTORS, NA,TRUSTEE US SYNTHETIC BOND FUND,45 FREMONT STREET, SAN FANCISCO, CA 94105 |
| BH FINANCE LLC | 100 FIRST STAMFORD PLACE, STAMFORD, CT 06902 |
| BH FINANCE LLC | ATTN:DAN JALSICH,BH FINANCE LLC,1440 KEWIT PLAZA, OMAHA, NE 68131 |
| BHARAT PETROLEUM CORPORATION LIMITED | 210 SUKHUMVIT 64 PRAKANONG, BANGKOK,  10260 THAILAND |
| BHF-BANK | LEGAL DEPARTMENT,EBERHARD DACH/JU, |
| BHF-BANK | BERLINER HANDELS- UND FRANKFURTER BANK,C/O BHF BANK, NEW YORK BRANCH,DELMONICO PLAZA,55 EAST 59TH STREET, NEW YORK, NY 10022-1186 |
| BINGHAM CENTER ASSOCIATES LLC | 30600 TELEGRAPH RD, FRANKLIN, MI 48025 |
| BINNACLE FUND LTD | ATTN:KEVIN BURROWS,BINNACLE FUND LTD,BAYSIDE HOUSE BAYSIDE EXECUTIVE PARK,WEST BAY STREET AND BLAKE ROAD,PO BOX AP59213, NASSAU,   BAHAMAS |
| BIPPART FAMILY TRUST | ATTN:JOHN D. BIPPART,THE BIPPART FAMILY TRUST,555 MONTGOMERY DRIVE,UNIT 68, SANTA ROSA, CA 95409-8818 |
| BKRK/MST CORE BD ENH INDXSER OF QUANT MST SER TST, | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACK BEAR INVESTMENT FUND | ATTN:D. MATTHEW MIDDLETON,831 FAIRFIELD ROAD, ATLANTA, GA 30327 |
| BLACK RIVER COMMOD ITY ENERGY FUND LLC | ???, NEW YORK, NY 10021 |
| BLACK RIVER GLOBAL CREDIT FUNDLTD. | BLACK RIVER GLOBAL CREDIT FUND LTD.,C/O CARGILL PLC,KNOWLE HILL PARK,FAIRMILE LANE, COBHAM; ATTN: LAW DEPT, SURREY,  DT11 2PD UNITED KINGDOM |
| BLACK RIVER GLOBAL CREDIT FUNDLTD. | ATTN:LAW DEPARTMENT,C/O CARGILL INCORPORATED,12700 WHITEWATER DRIVE, MINETONKA, MN 55343 |
| BLACK RIVER MUNICIPAL FUND | ATTN: DERIVATIVES CONFIRMATIONS,A. CONFIRMATIONS, |

| Claim Name | Address Information |
|---|---|
| BLACK RIVER MUNICIPALRELATIVE VALUE FUND LLC. | ATTN:LAW DEPT OR DERIVITIVES CONFIRMATION,BLACK RIVER ASSET MANAGEMENT LLC,C/O CARGILL INC,12700 WHITEWATER DR, MINNETONKA, MN 55343 |
| BLACKPORT CAPITAL FUND LTD | 345 PARK AVE,29TH FLOOR, NEW YORK, NY 10021 |
| BLACKPORT CAPITAL FUND LTD | ATTN:BRIAN S. CHASE, CFO,BLACKPORT CAPITAL FUND, LTD.,C/O BLACKSTONE DISTRESSED DEBT ADVISORS L.P.,345 PARK AVE, NEW YORK, NY 10154 |
| BLACKROCK / CHEVRONCVX_C CORE BOND FUND | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK / THE OBSIDIAN MASTER FUND | ATTN:LINDA SINGER, TRADING OPERATIONS,OBSIDIAN MASTER FUND,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK 1199 NATIONALBENEFIT FUND COREBONDPORT, | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK BALANCED CAPITALPORTFOLIO OF BLACKROCK S | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK BALANCED CAPITALPORTFOLIO OF BLACKROCK S | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK BALANCEDCAPITAL V.I. FUND OFBLACKROCK VA | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK BALANCEDCAPITAL V.I. FUND OFBLACKROCK VA | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK BALL CORPORATION MASTER PENSION TRUST, | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK BOND V.I.FUND OF BLACKROCK VARIABLESERIE | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK BOND V.I.FUND OF BLACKROCK VARIABLESERIE | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK BONDPORTFOLIO OF BLACKROCKSERIES FUNDS,, | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK BONDPORTFOLIO OF BLACKROCKSERIES FUNDS,, | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK CBS CORP(FRMRLYVIACOM401K MT BEHALF WSP) | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK CORE BOND TRUST | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK CORPORATE HIGH YIELDFUND III, INC | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK CORPORATE HIGH YIELDFUND III, INC | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK CORPORATE HIGH YIELDFUND V, INC | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK CORPORATE HIGH YIELDFUND V, INC | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK CORPORATE HIGH YIELDFUND VI INC | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK CORPORATE HIGH YIELDFUND VI INC | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK CORPORATE HIGH YIELDFUND, INC | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK CORPORATE HIGH YIELDFUND, INC | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK DAIMLERCHRYSLERCORP. MAS RETIREMENTTRUST | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK DEBT STRATEGIES FUNDINC | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| BLACKROCK DEBT STRATEGIES FUNDINC | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK DHLHOLDINGS (USA), INC. | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK DIRECTORS GUILDOFAMERICAPRODUCER BASICPP | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK DIRECTORS GUILDOFAMERICAPRODUCERSUPP PP, | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK DIVERSIFIED INCOME STRATEGIES PORTFOLIO, | ATTN: JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK DIVERSIFIED INCOME STRATEGIES PORTFOLIO, | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK ECOSOLUTIONSINVESTMENT TRUST | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK EMPLOYEEBENEFITRETPL OF CMPTERSCIENCECOR | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK ENHANCED DIVIDENDACHIEVERS TRUST | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK ENHANCED GOVERNMENTFUND INC | ATTN: JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK ENHANCED GOVERNMENTFUND INC | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK FEDEX CORPEMPLOYEES PENSION PLAN | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK FINANCIAL MGMTA/C BR INTL GROWTH & INCOM | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK FIXED INCOME GLOBAL OPP MASTER UNIT TRST | ATTN:DIANE WEIBEL, TRADING OPERATIONS,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK FUNDS II TOTALRETURN PORTFOLIO II | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK FUNDS II, BRFMANAGED INCOME PORT. | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK FUNDS II, BRINFLATION PROTECTION BD. FD, | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK FUNDS II, GOVT.INCOME PORTFOLIO | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK FUNDS II, INTERMED.BOND PORTFOLIO II | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK FUNDS II,INTERMEDIATE GOVT. BOND. PORT, | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK FUNDS IIINTERNATIONAL BOND PORT. | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK GALAXITE MASTER UNIT TRUST | ATTN:DIANE WEIBEL, TRADING OPERATIONS,C/O BLACKROCK FINANCIAL MANAGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK GLOBAL ENERGY ANDRESOURCES TRUST | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK GLOBAL FLOATING RATE INCOME TRUST | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK GLOBAL OPPORTUNITIESEQUITY TRUST | ATTN:JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK GOVERNMENTINCOME PORTFOLIO(INS – SERIES) | ATTN: JEAN SHEDLOCK, DOCUMENTATION – LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK GOVERNMENTINCOME | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO(INS - SERIES) | NEW YORK, NY 10022 |
| BLACKROCK GOVTINCOME VI FUNDOF BLACKROCK VARIABLES | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK GOVTINCOME VI FUNDOF BLACKROCK VARIABLES | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK HARBOR CAPITALGROUP TRUST FOR DEFBEN PL, | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK HEALTH SCIENCESTRUST | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK HIGH INCOME FUND OFBLACKROCK BOND FUND, | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK HIGH INCOME FUND OFBLACKROCK BOND FUND, | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK HIGH INCOME V.I. FUND OF BLACKROCK VARIA | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK HIGH INCOME V.I. FUND OF BLACKROCK VARIA | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK HIGH YIELD BOND PORTFOLIO | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK HIGH YIELD TRUST | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK IBM USRETIREMENT FUND | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK INCOME OPPORTUNITY TRUST INC. | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK INCOME TRUST INC. | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK JAPAN BLENDED LIBORALPHA MBS PORTFOLIO, | ATTN:JEAN SHEDLOCK,RRF SUB, LTD.,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK JAPAN JPY LIBORMULTI STRATEGY MBS PORTFO | ATTN:JEAN SHEDLOCK,RRF SUB, LTD.,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK KENNAMETAL INC.RETINCPL & KENNAMETAL INC | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK MASTER TOTAL RETURNPORTFOLIO OF MASTER B | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK MINNESOTAMINING& MANUFACTURING CO VIP TR | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK MS SUBTST C/MS FXD INC ALPHA MSTR SER TS | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK MS SUBTST GL/MS FXD INC ALPHA MSTR SER T | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK MS SUBTST M/MS FXD INC ALPHA MSTR SER TS | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK MS SUBTST SM/MS FXDINC ALPHA MSTR SER TS | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK PFIZER MASTERTRCOREBOND ENHANCED INDEX P | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK PPG INDUSTRIES,INC. PENSION PLAN TRUST, | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK REAL ASSET EQTY TRST | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FL, NEW YORK, NY 10022 |
| BLACKROCK RETIREMENT PLANFOREMP.OFAETNASERVICESINC | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| BLACKROCK SCHERING-PLOUGHRETIREMENT PLAN | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK TARGET MASTERTRUST (FIXED INCOME PORT), | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK UMWA1974 PENSION TRUSTEMP. PEN. TR. | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK UPSRETIREMENT PLAN | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK VISTEON CORPDEFINED BENEFIT MT | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK WORLD INCOMEFUND INC | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK WORLD INCOMEFUND INC | C/O BLACKROCK ADVISORS,ATTN: LEGAL DEPARTMENT,40 EAST 52ND STREET, 2ND FLOOR, NEW YORK, NY 10022 |
| BLACKROCK WORLD INVESTMENTTRUST | ATTN:JEAN SHEDLOCK, DOCUMENTATION - LEGAL,C/O BLACKROCK ADVISORS, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK/MANAGED ACCOUNT SERIES: US MORTGAGE | ATTN:GENERAL COUNSEL,C/O BLACKROCK ADVISORS, LLC,LEGAL ADVISORY DEPARTMENT,800 SCUDDERS MILL ROAD, PLAINSBORO, NJ 08536 |
| BLACKROCK/RRF SUB, LTD. | ATTN:JEAN SHEDLOCK,RRF SUB, LTD.,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKROCK/SENTARA EMPLOYEES' PENSION PLAN | ATTN:LEGAL/DOCUMENTATION,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| BLACKSTONE PRTRS NON-TA X OFFSHORE | OVERLAY FD III LTD.,1-1-3 MARUNOUCHI,11F AIG BUILDING,CHIYODA-KU, TOKYO, 100-0005 JAPAN |
| BLOMINVEST BANK SAL FOREIGN EXCHANGE DEPT | VERDUN ? RACHID KARAMI ST,BLOM BANK BLDG,P.O. BOX: 11 ? 1912 RIAD EL ? SOLH, BEIRUT,  1107 2807 BEIRUT |
| BLUE MOUNTAIN CREDIT ALTERNATI VES MASTER FUND LP, | 13 HANOVER SQUARE, LONDON,  W1S 1HN UNITED KINGDOM |
| BLUE POINT CDO LIMITED SPC/SERIES 2005-1 | ATTN:THE DIRECTORS,BLUE POINT CDO SPC, SERIES 2005-1 SP,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUCH CHURCH ST, GRAND CAYMAN,CAYMAN ISL.,  BRITISH WEST INDIES |
| BLUE POINT CDO LIMITED SPC/SERIES 2005-2 | ATTN:THE DIRECTORS,BLUE POINT CDO SPC, SERIES 2005-1 SP,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUCH CHURCH ST, GRAND CAYMAN,CAYMAN ISL.,  BRITISH WEST INDIES |
| BLUE ROCK CORE FIXED INCOME PO | 80 SOUTH EIGHT STREET,3915 IDS CENTER, MINNEAPOLIS, MN 55402 |
| BLUEBAY INVESTMENT GRADE LIBORFUND | 5TH AVENUE, NEW YORK, CT 06880 |
| BLUEBAY MASTER FUND II LTD | 590 MADISON AVENUE, NEW YORK, NY 10022 |
| BLUEPOINT RE, LIMITED | ATTN:GLOBAL RATES DERIVATIVE DOCUMENTATION UNIT,BLUEPOINT RE LTD,C/O WACHOVIA BANK, N.A.,301 S COLLEGE STREET, DC-8, CHARLOTTE, NC 28202-0600 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE | PASS THROUGH CERTIFICATES, SERIES 2007-4,1063 MCGRAW AVENUE, IRVINE, CA 92614 |
| BNC MORTGAGE LOAN TRUST,MORTGAGE PASS THROUGHCERTI | ATTN:STRUCTURED FINANCE - SASCO 2007-BNC1,U.S. BANK NATIONAL ASSOCIATION, TRUSTEE,CORPORATE TRUST SERVICES,1 FEDERAL STREET, 3RD FL, BOSTON, MA 02110 |
| BNP PARIBAS (EFET POWER) | 10 HAREWOOD AVENUE, LONDON,  NW1 6AA UNITED KINGDOM |
| BNP PARIBAS SA | ATTN:BNP CAPITAL MARKETS LIMITED,BANQUE NATIONALE DE PARIS,P.O. BOX 506,8-13 KING WILLIAM STREET, LONDON,  EC4N 7DN UNITED KINGDOM |
| BNP PARIBAS SA | BANQUE NATIONALE DE PARIS,NEW YORK BRANCH,499 PARK AVENUE, NEW YORK, NY 10022 |
| BNYAM-WISDOMTREE INTL SMALLCAP | DIVIDEND FUND C/O BNY ASSET MANAGEMENT,111 EAST KILBOURN AVENUE, MILWAUKEE, WI 53202 |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO | ATTN:TREASURER,BOARD OF EDUCATION OF THE CITY OF CHICAGO,125 S CLARK STREET, 13TH FL, CHICAGO, IL 60603 |
| BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA, | ATTN:VICE CHANCELLOR,300 SOUTH BUILDING,CB#1000, CHAPEL HILL, NC 27599-1000 |
| BOARD OF TRUSTEES OF MICHIGAN STATE | ATTN:VICE PRESIDENT FOR FINANCE & OPERATIONS &,TREASURER, EAST LANSING, MI |

| Claim Name | Address Information |
|---|---|
| UNIVERSITY | 48824-1046 |
| BOARD OF TRUSTEES OF MICHIGANST UNIVERSITY (2WC), | ATTN:VICE PRESIDENT FOR FINANCE & OPERATIONS &,OFFICE OF THE SECRETARY OF THE BOARD OF TRUSTEES,MICHIGAN STATE UNIVERSITY,450 ADMINISTRATION BUILDING, EAST LANSING, MI 48824-1046 |
| BOCA RATON COMMUNITY HOSPITAL, INC. | ATTN:CHIEF FINANCIAL OFFICER,745 MEADOWS ROAD, BOCA RATON, FL 33486 |
| BON-SECOURS HEALTH SYSTEMS INC. | ATTN:VICE PRESIDENT FINANCE,1505 MARRIOTSVILLE ROAD, MARRIOTSVILLE, MD 21104 |
| BONDI BEACHSIDE HOLDINGS PTY | SEE AGREEMENT - EACH ENTITY HAS SEPARATE ADDRESS, |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN:THE DIRECTORS,WALKER HOUSE,P.O. BOX 908 GT,MARY STREET, GRAND CAYMAN,CAYMAN ISL.,    BRITISH WEST INDIES |
| BOSTON HARBOR CLO 2004-1 LIMITED | C/O THE PUTNAM ADVISORY COMPANY, LLC,ONE POST OFFICE SQUARE,ATTN: GENERAL COUNSEL, BOSTON, MA 02109 |
| BOSTON REGIONAL MEDICAL CENTER | 5 WOODLAND RD, STONEHAM, MA 02180 |
| BOSTON UNIVERSITY (TRUSTEES OF) | ATTN:VP FOR FINANCIAL AFFAIRS/TREASURER,TRUSTEES OF BOSTON UNIVERSITY,881 COMMONWEALTH AVENUE, BOSTON, MA 02115 |
| BOULTBEE VASTERAS AB | ATTN:MANAGING DIRECTOR,BOULTBEE (V??STER? S) AB, C/O EFM (SVERIGE) AB,BOX 49166,100 29 STOCKHOLM,FLEMINGGATAN 48, STOCKHOLM, ,    SWEDEN |
| BOWDOIN COLLEGE | 5 COLLEGE ST, BRUNSWICK, ME 04011 |
| BP OIL INTERNATIONAL LIMITED | ATTN:BP INTERNATIONAL LTD,BRITANNIC HOUSE,1 FINSBURY CIRCUS, LONDON,   EC2M 7BA UNITED KINGDOM |
| BP SINGAPORE PTE LTD | 1 HARBOURFRONT AVE,#02-01 KEPPEL BAY TOWER, SINGAPORE,   98632 SINGAPORE |
| BPC ASSOCIATES | SOUTHBANK BUSINESS PARK, GLASGOW,  G66 1XF UK |
| BPL CONSUMERS.R.L. | VIA SANTA MARIA VALLE 1A, MILANO,   20123 ITALY |
| BPN BANCO PORTUGUES DE NEGOCIO | AV ANTONIO AUGUSTO DE AGUIAR, 132-4O,   1050-020 UNITED KINGDOM |
| BRACEBRIDGE/FFI FUND LTD | 1 BOW STREET, CAMBRIDGE, MA 02130 |
| BRANDEIS UNIVERSITY | ATTN:EXECUTIVE VP AND COO,BRANDEIS UNIVERSITY,415 SOUTH STREET, WALTHAM, MA 02454 |
| BRE BANK SA | UL. SENATORSKA 18, WARSAW,   00-950 POLAND |
| BRED-BANQUE POPULAIRE | 18 QUAI DE LA RAPEE, PARIS,   75012 FRANCE |
| BREMER FINANCIAL CORPORATION | ATTN:DAVID MELROE,BREMER FINANCIAL CORPORATION,445 MINNESOTA ST.,SUITE 2000, ST. PAUL, MN 55101 |
| BRETHREN RETIREMENT COMMUNITY | 750 CHESTNUT ST., GREENVILLE, OH 45331 |
| BREVAN HOWARD/BREVAN HOWARD MASTER FUND LTD | 590 MADISON AVENUE,9TH FLOOR, NEW YORK, NY 10022 |
| BRIAN SPANEL | ATTN:BRIAN AND KATHY SPANEL,177714 LITTLE LEAF COURT, CHESTERFIELD, MO 63005 |
| BRIARWOOD, LTD | ATTN:JOHN TRIMBLE - EXECUTIVE DIRECTOR,3700 ENGLEWOOD DRIVE, |
| BRICKMAN GROUP HOLDINGS, INC | ATTN:TIMOTHY H. PEASE, CFO #AMPER TREASURER,BRICKMAN GROUP HOLDINGS, INC.,18227 FLOWER HILL WAY, STE D, GAITHERSBURG, MD 20879 |
| BRIDGEWATER ASSOCIATESA/C BRIDGEWATER PURE ALPHA, | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BRIGADE LEVERAGED CAPITALSTRUCTURES FUND LTD. | ATTN:RAYMOND LUIS,BRIGADE LEVERAGED CAPITAL STRUCTURED FUND LTD,C/O BRIGADE CAPITAL MANAGEMENT LLC,717 5TH AVENUE, STE 1301, NEW YORK, NY 10022 |
| BRITISH AIRWAYS PLC | P O BOX 365 WATERSIDE, HARMONDSWORTH,   UB7 OGB UNITED KINGDOM |
| BRITISH ENERGY TRADING AND SALES LIMITED | BARNWOOD,BARNET WAY, GLOUCESTER,   GL43RS UNITED KINGDOM |
| BRM GROUP LTD | BRM GROUP LTD.,HARTOM 8 STREET, JERUSALEM,    ISRAEL |
| BROADMOOR VILLAGE APARTMENTS | 3375 WEST 7800 SOUTH, WEST JORDAN, UT 84088 |
| BROADWAY PROPER RETIREMENT COMMUNITY I LP | 400 S BROADWAY PL, TUCSON, AZ 85710 |
| BROOKDALE SENIOR LIVING IN | ATTN:GEORGE HICKS, EVP #AMPER GENL COUNSEL,BROOKDALE SENIOR LIVING INC.,111 WESTWOOD PL,STE 200, BRENTWOOD, TN 37027 |
| BROOKSIDE, LLC | 1022 22ND ST. S, BIRMINGHAM, AL 35205 |
| BROWN SHOE COMPANY, INC. RETIREMENT | ATTN:ANDREW ROSEN,8300 MARYLAND AVE., ST. LOUIS, MO 63105 |

| Claim Name | Address Information |
|---|---|
| PLAN | ATTN:ANDREW ROSEN,8300 MARYLAND AVE., ST. LOUIS, MO 63105 |
| BROWN SHOE COMPANY, INC. RETIREMENT PLAN | C/O NISA INVESTMENT ADVISORS, LLC,150 NORHT MERAMEC,SUITE 640,ATTN: CHRIS APPLER, ST. LOUIS, MO 63105 |
| BROWNSTONE PARTNERS CATALYST MASTER FUND LTD | 655 THIRD AVENUE, NEW YORK, NY 10017 |
| BRYANT UNIVERSITY | ATTN:BARRY MORRISON, CPA-VP OF BUS. AFFAIRS,TREASURER,1150 DOUGLAS PIKE, SMITHFIELD, RI 02917 |
| BSI S.A. (BANCA DELLA SVIZZERA ITALIANA) | PIAZZA S. ALESSANDRO 4, MILAN,  20100 ITALY |
| BTDJM PHASE II ASSOCIATE | 116 WELSCH ROAD, HORSHAM, PA 19044 |
| BUCK INSTITUTE FOR AGE RESEARCH | ATTN:ADMINISTRATIVE DIRECTOR, GENL COUNSEL,505-A SAN MARIN DR, NOVATO, CA 94945 |
| BULGARI GLOBAL OPERATIONS | ATTN:CORPORATE FINANCE,34, RUE DE MONRUZ,2008 NEUCHATEL, ,   SWITZERLAND |
| BULGARI GLOBAL OPERATIONS | C/O BULGARI UK LTD,172 NEW BOND STREET, LONDON,  W1Y 9BP UNITED KINGDOM |
| BUNDESREPUBLIK DEUTSCHLAND | BUNDERSREPUBLIK DEUTSCHLAND - FINANZAGENTUR GMBH,LURGIALLEE 5,D-60295 FRANKFURT/MAIN, ,   GERMANY |
| BWA / ABU DHABI INV AUTHORITYA/C ADIA G1AC/O BRIDG | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA / QUEENSLAND INVEST CORP GA/C QIC A3AC/O BRIDG | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA / SBC MASTER PENSION TRUSTA/C SBC C2AC/O BRIDG | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA / TFL PENSION FUNDA/C TFL C1AC/O BRIDGEWATER A | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA- GREEN WAY MANAGED ACCOUNTSERIES LTD - PORTFOL | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/AGL SEPARATE ACCOUNT, LLC | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/ALASKA ELECTICAL PENSION FUND | ATTN:GARY BROOKS,2600 DENALI,SUITE 200, ANCHORAGE, AK 99503-2782 |
| BWA/BANK OF AMERICA PENSION PLAN | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/BD OF FIRE & POLICE PENS COMMISSIONERS CITY LA | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/BELL ATLANTIC MASTER TRUST(80) | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/BRIDGEWATER FAIRFAX COUNTY ERS FUND LIMITED, | KINGSTON CHAMBERS,PO BOX 173,ROAD TOWN, TORTOLA, ,   BRITISH VIRGIN ISLANDS |
| BWA/BRIDGEWATER FAIRFAX COUNTY ERS FUND LIMITED, | 1 GLENDENNING PLACE, WESTPORT, CT 06880 |
| BWA/BRIDGEWATER GMAM FUND LIMITED | KINGSTON CHAMBERS,PO BOX 173,ROAD TOWN, TORTOLA, ,   BRITISH VIRGIN ISLANDS |
| BWA/BRIDGEWATER PURE ALPHA FUND (AUSTRALIA) | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/BRIDGEWATER PURE ALPHA TRADING COMPANY | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/BRIDGEWATER PURE ALPHA TRADING COMPANY II LTD, | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/BRIDGEWATER PURE ALPHAEURO FUND LTDC/O BRIDGEW | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/CANAPEN, B INC. | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/CENTRAL STATES SOUTHEAST &SOUTHWESTAREASPENPL, | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/CITY OF ZURICH PENSION FUND FX | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, |

| Claim Name | Address Information |
|---|---|
| OVERLAY | WESTPORT, CT 6880 |
| BWA/COMPASS OFFSHORE SAV PCC LIMITED | 55 EAST 52ND STREET,29TH FLOOR, NEW YORK, NY 10022 |
| BWA/COMPASS SAV L.L.C. | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/DIAMOND RIDGE, LLC | ATTN:JAKE MCMAHON,907 WILDWOOD DRIVE, JEFFERSON CITY, MO 65109 |
| BWA/EDS RETIREMENT PLAN | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/EXEL PENSIONS INVESTMENT FUND | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/H.E.S.T AUSTRALIA LTD. | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/HHMI XVI, LLC. | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/HYDRO-QUEBEC | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/LELAND STANFORD JUNIOR UNIVERSITY (THE) | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/LOEWS CORPORATION | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/PENSION RESERV INVST TRSTFND A/C MASSPRIM D1, | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/QUEENSLAND INVESTMENT CORP. ACTIVE CURRENCY TR | LEVEL 6,CENRAL PLAZA II,66 EAGLE STREET, BRISBANE, QUEENSLAND,  4000 AUSTRALIA |
| BWA/QUEENSLAND INVESTMENT TRUST | LEVEL 6,CENRAL PLAZA II,66 EAGLE STREET, BRISBANE, QUEENSLAND,  4000 AUSTRALIA |
| BWA/QWEST OCCUPATIONAL HEALTH TRUST | BOSTON SAFE DEPOSIT AND TURST,ONE CABOT ROAD, MIDFORD, MA 02155 |
| BWA/RAILWAYS PENSION TRUSTEE COMPANY LIMITED A | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/RAYTHEON MASTER PENSION TRUST | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/RBC FOREIGN MASTER TRUSTS | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/REGENTS OF THE UNIVERSITYOF MICHIGAN | INVESTMENT OFFICE,7024 WOLVERINE TOWER,3003 SOUTH STATE STREET, ANN ARBOR, MI 48109-2209 |
| BWA/RETIREMENT SYSTEM – TENNESSEE VALLEY AUTHORITY | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/SBC MASTER PENSION TRUST | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/SOUTHERN CALIFORNIA EDISONCOMP RETIREMENT PL, | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/STICHTING PENSIOENFUNDS ABP | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/SYNGENTA UK PENSION FUND | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/TAC CAPITAL LLC | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/THE CHEYENNE WALK TRUST | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/THE RONALD FAMILY TRUST B | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/THE WILLIAM & FORA HEWLETT FOUNDATION | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |

| Claim Name | Address Information |
|---|---|
| BWA/TRUSTEE OF THE BAYER GRP PEN PLN A/C BAYER B1A | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/TVARS LLC | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/UNISYS PENSION PLAN MASTER | ATTN:PETER LATRONICA,BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| BWA/UNITED TECH CORP MASTER RETIREMENT TRUST (495) | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/UNIVERSITY OF NOTRE DAME DU LAC | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| BWA/VAN LEER GROUP FOUNDATION | ATTN: PETER LATRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 6880 |
| C LAB GARANTIZADO X FIMRE CAJA LABORAL POP GESTION | ATTN:I¥AKI SAN JUAN – DIRECTOR DE DEPARTAMENTO,CAJA LABORAL GESTI?N SGIIC SA,PASEO D. J.M. ARIZMENDIARRETA 5,20500 ARRASATE ( GIPUZKOA),ESPA¥A, |
| C.M. LIFE INSURANCE COMPANY | 2-5-7 ARIAKE,KOTO-KU, TOKYO,  135-0063 JAPAN |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R.L | ATTN:GORDON E.C. BURROWS,VIA ELENORA DUSE 53, ROME,  197 ITALY |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R.L | C/O KPMG FIDES FIDUCIARIA S.P.A.,VIA ELEONORA DUSE 53,ATTN: PIERLUIGI D'ABRAMO, ROME,  197 ITALY |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R.L | C/O CLIFFORD CHANCE SECRETARIES LIMITED,ATTN: MISS EMMA LEE,200 ALDERSGATE STREET, LONDON,  EC1A 4JJ UNITED KINGDOM |
| CAAM SING-GIC-GLOBAL FIXED INCOME AND | CURRENCY OVERLAY ACCOUNT (VAR20),#10-05 JOHN HANCOCK TOWER6 RAFFLES QUAY,6 RAFFLES QUAY, SINGAPORE,  48580 SINGAPORE |
| CAAM- AUVENTAS LIFFE SERIES | IIRE CREDIT AGRICOLE ASSET MGMT,128 – 130 BD RASPAIL, PARIS,  75007 FRANCE |
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 100 PL. JEAN-PAUL RIOPELLE, MONTREAL,  H2Z 2B3 CANADA |
| CAISSE DES DEPOTS ET CONSIGNATIONS | 137 RUE DE LUNIVERSITE, PARIS,  75007 FRANCE |
| CAIXA D' ESTALVIS DE SABADELL | AVENIDA DE GRACIA, SABADELL,  8036 SPAIN |
| CAIXA D'ESTALVIS DEL PENEDES | AV SARRI?  102-106, BARCELONA,  8017 SPAIN |
| CAIXA GERAL DE DEPOSITOS, SA | ATTN:JOSE BRITO,AV JOAO XXI, 63, LISBOA CODEX,  1017 PORTUGAL |
| CAIXA GERAL DE DEPOSITOS, SA | C/O BANCO NACIONAL ULTRAMARINO – LONDON BRANCH,WALBROOK HOUSE,7TH FL,23 WALBROOK, LONDON,  EC4N 8LD UNITED KINGDOM |
| CAJA CASTILLA LA MANCHA | C / ALCALA 22, MADRID,  28014 SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | 16 WATERLOO PLACE, LONDON,  SW1Y 4AR UNITED KINGDOM |
| CAJA LABORAL BOLSA GARANTIZADO III FIM | ATTN:I¥AKI SAN JUAN – DIRECTOR DE DEPARTAMENTO,CAJA LABORAL GESTI?N SGIIC SA,PASEO D. J.M. ARIZMENDIARRETA 5, ARRASATE ( GIPUZKOA),  20500 SPAIN |
| CAJA LABORAL BOLSA GARANTIZADO IX FIM | ATTN:I¥AKI SAN JUAN – DIRECTOR DE DEPARTAMENTO,CAJA LABORAL GESTI?N SGIIC SA,PASEO D. J.M. ARIZMENDIARRETA 5, ARRASATE ( GIPUZKOA),  20500 SPAIN |
| CAJA LABORAL BOLSA GARANTIZADO V FIM | ATTN:I¥AKI SAN JUAN – DIRECTOR DE DEPARTAMENTO,CAJA LABORAL GESTI?N SGIIC SA,PASEO D. J.M. ARIZMENDIARRETA 5, ARRASATE ( GIPUZKOA),  20500 SPAIN |
| CAJA LABORAL POPULAR | J.M. ARIZMENDIARIETA PASEALEKUA 4,ARRASATE, MONDRAGON,  20500 SPAIN |
| CAJA MADRID | MESENA 80, MADRID,  28033 SPAIN |
| CALAMOS ADVISORS LLC | A/C CALAMOS GLOBAL DYNAMIC FUN,(312) 364-5031,227 WEST MONROE, 13TH FLOOR, CHICAGO 60602 |
| CALIFORNIA COLLEGE OF ARTS & CRAFTS | 1111 EIGHTH STREET, SAN FRANCISCO, CA 94107-2247 |
| CALIFORNIA HOUSING FINANCE AGENCY | 1121 L STREET, SACRAMENTO, CA 95814 |
| CALIFORNIA MART LLC | 110 E 9TH ST.,STE A727, LOS ANGELES, CA 90079 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM | 101 CALIFORNIA STREET,34TH FLOOR, SAN FRANCISCO, CA 94111 |
| CALYON | 1 RUE DES ITALIENS, PARIS,  75009 FRANCE |
| CALYON | 26 QUAI DE LA RAPEE, PARIS,  75596 FRANCE |
| CALYON | 122 LEADENHALL, LONDON,  EC3V 4QH UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| CALYON FINANCIAL INC / DIGILOGCAPITAL | LLC GIVE-UP FOREIGN EXCHANGE DEPT,200 W. JACKSON 23RD FLOOR, CHICAGO, MA 02446 |
| CAMULOS MASTER FUND, LP | 3 LANDMARK SQUARE, STAMFORD, CT 06901 |
| CANADIAN IMPERIAL BANK OF COMMERCE | 200 LIBERTY,4TH FLOOR, NEW YORK, NY 10287 |
| CANADIAN NATURAL RESOURCES | SUITE 2500,855 - 2 STREET SW, CALGARY, AB T2P 4J8 CA |
| CANDLEWOOD CAPITAL PARTNERS MASTER FUND LTD. | 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CANTAB CAPITAL PARTNERS | A/C CCP QUANT MASTER FD LTD,DAEDALUS HOUSE, 1ST FL,STATION ROAD, CAMBRIDGE, CB1 2RE UNITED KINGDOM |
| CANTOR FITZGERALD | 110 E 59TH ST, NEW YORK, NY 10022 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | 139 PICCADILLY, LONDON,  W1J 7NU UNITED KINGDOM |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN:THE DIRECTORS,MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS |
| CANYON CAPITAL CLO 2004-1 LTD | STANDARD & POOR'S RATINGS SERVICES,A DIVISION OF THE MCGRAW-HILL COMPANIES, INC.,55 WATER STREET,ATTN: STRUCTURED FINANCE RATINGS, ASSET-BACKED,SECURITIES CBO/CLO SURVEILLANCE, NEW YORK, NY 10041 |
| CANYON CAPITAL CLO 2004-1 LTD | DEUTSCHE BANK TRUST COMPANY AMERICAS,1761 EAST ST. ANDREW PLACE,ATTN: CDO BUSINESS UNIT, SANTA ANA, CA 92705 |
| CANYON CAPITAL CLO 2004-1 LTD | DEUTSCHE BANK TRUST COMPANY AMERICAS,1761 EAST ST. ANDREW PLACE, SANTA ANA, CA 92705 |
| CAP FUND LP | ATTN:PATRICK AGEMIAN,CONCENTRATED ALPHA PARTNERS, L.P.,CORPORATE CENTER,WEST BAY ROAD,P.O. BOX 31106 SMB, GRAND CAYMAN,  CAYMAN ISLANDS |
| CAP FUND LP | CAP GENPAR, L.P.,201 MAIN STREET, SUITE 3300,ATTN: WILLIAM O. REIMANN, IV, FORT WORTH, TX 76102 |
| CAPITAL AUTO RECEIVABLES ASSET TRUST 2002-4 | DEUTSCHE BANK TRUST COMPANY,DEUTSCHE BANK TRUST COMPANY,60 WALL STREET, NEW YORK, NY 10005 |
| CAPITAL AUTOMOTIVE L.P. | ATTN:JAMES KAHLER,CAPITAL AUTOMOTIVE L.P.,C/O CAPITAL AUTOMOTIVE REIT,8270 GREENSBORO DRIVE, SUITE 950, MCLEAN, VA 22102 |
| CAPITAL AUTOMOTIVE L.P. | 8270 GREENSBORO DRIVE,SUITE 950, MCLEAN, VA 22102 |
| CAPITAL GROWTH INVESTMENTS LTD | ATTN:THERESA CHAN, COMPLIANC OFFICER,CAPITAL GROWTH INVESTMENTS LTD.,C/O LEHMAN BROTHERS ASIA LIMITED,26/F,TWO INTERNATIONAL FINANCIAL CENTER,8 FINANCE STREET CENTRAL HONG KONG, ,  HONG KONG |
| CAPITAL ONE AUTO FINANCE TRUST 2003-A | ATTN:JEANNE OLLER,C/O WILMINGTON TRUST COMPANY,RODNEY SQUARE NORTH,1100 NORTH MARKET STREET, WILMINGTON, DE 19801 |
| CAPITAL ONE FINANCIAL CORP | ATTN:DANIEL ROSEN,CAPITAL ONE FINANCIAL CORPORATE,1680 CAPITAL ONE DRIVE, MCLEAN, VA 22102 |
| CAPITAL TRUST, INC. | ATTN:DOUGLAS N. ARMER,410 PARK AVENUE, 14TH FLOOR, NEW YORK, NY 10022 |
| CAPITALGEST FLEX FREE 4 RE CAPITALGEST SGR SPA | 4701 JIN MAO TOWER,88 CENTURY BOULEVARD PUDONG, SHANGHAI,  200121 CHINA |
| CAPITALIA S.P.A. | ATTN:FINANZA INTEGRATA - OPERATIONS, A. PARRI OR,B. BONAVIA, ROME,  144 ITALY |
| CAPITALIA S.P.A. | C/O BANCA DI ROMA S.P.A. (LONDON BRANCH),87, GRESHAM STREET, LONDON,  EC2V 7NQ UNITED KINGDOM |
| CAPITALIA S.P.A. | 745 7TH AVENUE, NEW YORK, NY 10019 |
| CAPITOL FEDERAL SAVINGS BANK | CAPITOL FEDERAL SAVINGS BANK,700 SOUTH KANSAS AVENUE, TOPEKA, KS 66603 |
| CAPRA GLOBAL MANAGED ASSETS | ATTN:FRANK BONAVITA,555 THEODORE FREMD AVE,SUITE C204, RYE, NY 10580 |
| CAPRIET OPERATING V LIMITED PARTNERSHIP | 11200 ROCKVILLE PIKE, ROCKVILLE, MD 20852 |
| CAPTAIN'S PORTFOLIO, L.P. | C/O CHATHAM FINANCIAL CORPORATION,ATTN: MARK BATTISTONI,68 UNIONVILLE ROAD, KENNETT SQUARE, PA 19348 |
| CAPTAIN'S PORTFOLIO, L.P. | BRANNON HAMBLEN,RM CROWE,5944 LUTHER LANE,SUITE 501, DALLAS, TX 75225 |
| CAPULA GLOBAL RELATIVE VALUE MASTER FUND LIMITED, | 103 MOUNT STREET, LONDON,  W1K 2TJ UNITED KINGDOM |
| CARDINAL INVESTMENTS SUB I, L.P. | ATTN:RAY PINSON,CARDINAL INVESTMENT SUB I, L.P.,201 MAIN STREET,SUITE 2300, |

| Claim Name | Address Information |
|---|---|
| CARDINAL INVESTMENTS SUB I, L.P. | FORT WORTH, TX 76102 |
| CARDINAL/CARDINAL PARTNERS LP | 3060 PEACHTREE ROAD,NW, SUITE 1410, GA 30305 |
| CARGILL FINANCIAL SERVICES INTERNATIONAL, INC. | 12700, MINNETONKA, MN 55343 |
| CARGILL INCORPORATED | ATTN:BRAM, MS/143,CARGILL, INCORPORATED,12700 WHITEWATER DRIVE, MINNETONKA, MN 55343 |
| CARGILL INCORPORATED, | PETROLEUM TRADING (CRUDE MNA),15407 MCGINTY ROAD WEST, MINNEAPOLIS, MN 55440 |
| CARGILL INTERNATIONAL S.A. | CARGILL INTERNATIONAL,25 BANK ST, LONDON,  1206 UNITED KINGDOM |
| CARLETON-WILLARD HOMES, INC. | ATTN:CHIEF FINANCIAL OFFI,100 OLD BILLERICA ROAD, BEDFORD, MA 01730 |
| CARLYLE INV MGMT LLC A/C CHYP IX | 101 SOUTH TIRON STREET, CHARLOTTE, NC 28280 |
| CARLYLE INV MGMT LLCA/C CHYP IX | ATTN:THE DIRECTORS,CARLYLE HIGH YIELD PARTNERS IX, LTD.,C/O MAPLES FINANCE LTD,PO BOX 1093GT - QUEENSGATE HOUSE - S CHURCH ST, GEORGETOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| CARLYLEBLUEWAVEPTRS / CARLYLEMULTI STRATEGY MASTER | ATTN:CONFIRMATIONS,CARLYLE MULTI-STRATEGY MASTER FUND, LTD.,C/O CARLYLE-BLUE WAVE PARTNERS MANAGEMENT, LP,1177 6TH AVENUE, 16TH FL, NEW YORK, NY 10036 |
| CARMIGNAC INVESTISSEMENT | LATITUDE RE CARMIGNAC GESTION,24 PLACE VENDÔME, PARIS,  75001 FRANCE |
| CARNEGIE INSTITUTION OF WASHINGTON | ATTN:DIRECTOR OF ADMINISTRATION & FINANCE,1530 P STREET, N.W., WASHINGTON, DC 20005-1910 |
| CAROLINA FIRST BANK | ATTN:JAMES MONROE,C/O CAROLINA FIRST BANK,104 SOUTH MAIN STREET, GREENVILLE, SC 29601 |
| CARUTH AT LINCOLN PARK, LP | 5445 CARUTH HAVEN, DALLAS, TX 75225 |
| CASCADE INVESTMENT, LLC | 1601 N. SEPULVEDA BLVD,734, MANHATTAN BEACH, CA 90266 |
| CASSA DI RISPARMIO DI ASTI | ATTN:BACK OFFICE FINANZA,BANCA C.R. ASTI SPA,PIAZZA LIBERTA 23, ASTI,  14100 ITALY |
| CASSA DI RISPARMIO DI PARMA & PIACENZA SPA | CASSA DI RISPARMIO DI PARMA,E PIACENZA SPA,DIREZIONE FINANZA,VIA ARMORARI 4, MILAN,  20123 ITALY |
| CATALPA CAPITAL LLC A/C GLOBAL THEM OPP FUND LP, | 230 PARK AVENUE,SUITE 1152, NEW YORK, NY 10169 |
| CATALPA CAPITAL LLCA/C GLOBAL THEM OPP FUND LP | 230 PARK AVE RM 1152, NEW YORK, NY 101691161 |
| CATHAY PACIFIC AIRWAYS LTD | 5/F CENTRAL TOWER,CATHAY PACIFIC CITY,HK INT'L AIRPORT, 8 SCENIC ROAD, LANTAU |
| CATHAY UNITED BANK | 7,SUNG JEN ROAD,2ND FL, TAIPEI,  11073 SINGAPORE |
| CATHAY UNITED BANK | ATTN:TREASURY DEPARTMENT,CATHAY UNITED BANK,2F., NO.7 SONGREN ROAD, TAIPEI, TAIWAN, R.O.C. |
| CAUSEWAY PLAZA LLC | 3330 W ESPLANADE AVE S,#220, METAIRIE, LA 70002 |
| CAXTON INTERNATIONAL LIMITED | 40 BERKELEY SQUARE, LONDON,  W1J 5AL UNITED KINGDOM |
| CBTC 2004-6 | ATTN:CORPORATE TRUST,U.S. BANK TRUST NATIONAL ASSOCIATION,100 WALL STREET, NEW YORK, NY 10005 |
| CDC SP SA - CDC SP2 SQUIRRELL ARBITRAGE | ATTN:MASSOUD HEIDARI,C/O CASPIAN CAPITAL MANAGEMENT, LLC,1251 AVENUE OF THE AMERICAS, 16TH FLOOR, NEW YORK, NY 10020 |
| CEAGO ABS CDO 2007-1, LTD | ATTN:THE DIRECTORS,C/O DEUTSCHE BANK (CAYMAN) LIMITED,P.O. BOX 1984,BOUNDARY HALL, CRICKET SQUARE, GRAND CAYMAN,  KY-1104 CAYMAN ISLANDS |
| CEAGO ABS CDO 2007-1, LTD | C/O CT CORPORATION,111 EIGHTH AVENUE, 13TH FLOOR, NEW YORK, NY 10011 |
| CEAGO ABS CDO 2007-1, LTD | C/O LASALLE BANK NATIONAL ASSOCIATION,181 W MADISON STREET, 32ND FL,ATTN: CDO TRUST SERVIES-CEAGO ABS CDO 2007-1, CHICAGO, IL 60602 |
| CEDAR HILL CAPITAL PARTNERS OFFSHORE | 445 PARK AVE,5TH FL, NEW YORK, NY 10022 |
| CEDAR SPRINGS CAPITAL COMPANY, LLC | CEDAR SPRINGS CAPITAL COMPANY,C/O THE LIBERTY HAMPSHIRE COMP,227 W. MONROE STREET, STE 4000, CHICAGO, IL 60606 |
| CELFIN CAPITAL   CHILE SAA/C INVERSIONES CELFIN CAP | ATTN:VER??NICA MONTERO,INVERSIONES CELFIN CAPITAL S.A.,C/O VER??NICA MONTERO,LEGAL AND COMPLIANCE DEPARTMENT,AVENIDA APOQUINDO 3721, 19TH FLOOR, SANTIAGO,   CHILE |

| Claim Name | Address Information |
|---|---|
| CENTENNIAL CELLULAR OPERATING CO LLC | 3349 ROUTE #138,BUILDING A, WALL, NJ 07719 |
| CENTENNIAL CELLULAROPERATING CO LLC | ATTN:TREASURER,CENTENNIAL COMMUNICATIONS CORP.,3349 ROUTE 138, BUILDING A, WALL, NJ 07719 |
| CENTENNIAL PUERTO RICO OPERATIONS CORP. | ATTN:TREASURER,CENTENNIAL COMMUNICATIONS CORP.,3349 ROUTE 138, BUILDING A, WALL, NJ 07719 |
| CENTRAL MICHIGAN UNIVERSITY BOARD OF TRUSTEES | ATTN:VICE PRESIDENT FOR FINANCE & ADMINISTRATIVE,SERVICES, MT. PLEASANT, MI 48859 |
| CENTRAL STREAM SHIPPING CO | ATTN:THE ACCOUNTS' DEPARTMENT MANAGERS,C/O NAKAGAWA BUSSAN CO, LTD.,37-23, SHIOMI-CHO, MINATO-KU, NAGOYA CITY, AICHI PREF,  455-0028 JAPAN |
| CENTRAL STREAM SHIPPING CO | C/O CLIFFORD CHANCE SECRETARIES LIMITED,10 UPPER BANK STREET, LONDON,  E14 5JJ UNITED KINGDOM |
| CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA | ATTN:DOTT. FRANCESCO SIMONE,FINANZATTIVA SIM S.P.A.,CORSO EUROPA 16, MILANO, 20121 ITALY |
| CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA | C/O PINI BINGHAM & PARTNERS,30 ST JOHN'S LANE, LONDON,  EC1M 4NB UNITED KINGDOM |
| CEP GESTORIA SGICC, SA A/C FONPENEDES GARANTIT IX, | RBLA NTRA SENGORA 2,VILLAFRANCA DEL PENEDES, BARCELONA,  8720 SPAIN |
| CERTE APARTMENT INVESTMENT, LTD. | 4660 LA JOLLA VILLAGE DR, SAN DIEGO, CA 92122 |
| CESKOSLOVENSKA OBCHODNI BANKA A.S. | CORRESPONDENT BANKING DEPT,NA PORICI 24, PRAGUE 1,  CZ-115 20 CZECH REPUBLIC |
| CGMA SPECIAL ACCOUNTS LLC | 555 THEODORE FREMD AVE.,SUITE C204, RYE, NY 10580 |
| CHARBONNAGES DE FRANCE | BP 220 100 AVE.,ALBERT 1ER,RUEIL MALMAISON, CEDEX,  F-92503 FRANCE |
| CHARLES FABRIKANT | ATTN:CHARLES FABRIKANT,460 PARK AVENUE,12TH FLOOR, NEW YORK, NY 10022 |
| CHARLES RIVER SCHOOL | ATTN:DAVID DEAN,56 CENTRE STREET,P.O. BOX 339, DOVER, MA 02030-0339 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | ATTN:JAMES RUGGERIO, CFO,CHATHAM ASSET HIGH YIELD MASTER FUND, LTD,C/O CHATHAM ASSET MANAGEMENT, LLC,40 MAIN STREET, STE 204, CHATHAM, NJ 07928 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | 40 MAIN ST.,SUITE 201, CHATHAM, NJ 07928 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | C/O SEWARD & KISSEL LLP,ATTN: JONAS KATZ,ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 |
| CHELAN PUBLIC UTILITY DIS TRICT NO 1 (WSPP) | PO BOX 1231, WENATCHEE, WA 98807 |
| CHERRY HILL CDO SPC 2007-1 | ATTN:THE DIRECTORS,CHERRY HILL CDO SPC,FOR ACCOUNT OF SERIES 2007-1 SEGREGATED PORTFOLIO,C/O MAPLES FINANCE LTD,PO BOX 1093GT, QUEENSGATE HOUSE, S CHURCH STRE, ,  GRAND CAYM CAYMAN ISLANDS |
| CHESAPEAKE ENERGY COR PORATION | 6100 N. WESTERN AVE, OKLAHOMA CITY, OK 73154 |
| CHESTNUT HILL BENEVOLENT ASSOCIATION | ATTN:EXECUTIVE DIRECTOR,910 BOYLSTON STREET, CHESTNUT HILL, MA 02467 |
| CHEVRON CORPORATION | ATTN:TREASURER,225 BUSH STREET, SAN FRANCISCO, CA 94104 |
| CHEVRON USA INC. | 1 WESTFERRY CIRCUS,CANARY WHARF, LONDON,  E14 4HA UNITED KINGDOM |
| CHF-TAMPA | 8601 GEORGIA AVENUE, SUITE 800, SILVER SPRING, MD 20910 |
| CHIBA BANK, LTD. (THE) | ATTN:TREASURY OPERATION DIVISION,5-3, NIHOMBASHI MUROMACHI 1-CHROME,CHUO-KU, TOKYO,  103-0022 JAPAN |
| CHIBA BANK, LTD. (THE) | 81-3-3242-1736,1-5-3 NIHONBASHIMUROMACHI,CHIBAGIN BUILDING 9F, CHUO-KU, TOKYO |
| CHIBA BANK, LTD. (THE) | CHIBA BANK, LONDON BRANCH,3RD FLOOR, ATLAS HOUSE 1 KING STREET, LONDON,  EC2V 8AU UNITED KINGDOM |
| CHICAGO FUNDAMENTAL A/C CFIP MASTER FUND LTD | 71 SOUTH WACKER,SUITE 3495, CHICAGO, IL 60606 |
| CHICAGO MERCANTILE EXCH | 20 SOUTH WACKER DRIVE, CHICAGO, IL 60606 |
| CHICAGO O'HARE INTERNATIONAL AIRPORT | 10000 WEST O'HARE, CHICAGO, IL 60666 |
| CHILDREN'S INSTITUTE OF PITTSBURGH | 969 GREENTREE RD, PITTSBURGH, PA 15220 |
| CHILDRENS MEETING HOUSE | ATTN:ROB GROSSHEIM,931 OBANNONVILLE ROAD, |
| CHINA AIRLINES LTD | ???????????????, TAIPEI,   TAIWAN |

| Claim Name | Address Information |
|---|---|
| CHINA AIRLINES LTD | ATTN:GENERAL MANAGER, FUEL ADMINISTRATION DEPT.,CHINA AIRLINES LTD.,10F, NO 131, SEC. 3,NANKING E. RD, TAIPEI,  10410 TAIWAN, R.O.C. |
| CHINA CITIC BANK | 745 7TH AVENUE, NEW YORK, NY 10019 |
| CHINA DEVELOPMENT BANK | ATTN:GENERAL OFFICE,CHINA DEVELOPMENT BANK,NO.29, FU CHENG MEN WAI STREET,XICHENG DISTRICT, BEIJING,  100037 REPUBLIC OF CHINA |
| CHINA DEVELOPMENT IND BANK | ATTN:OPERATION DEPARTMENT,CHINA DEVELOPMENT INDUSTRIAL BANK,125 NANJING EAST ROAD, SECTION 5, TAIPEI,  10504 REPUBLIC OF CHINA |
| CHINA DEVELOPMENT IND BANK | 125 SECTION 5,NANKING EAST ROAD, TAIPEI,  105 TAIWAN |
| CHINA MERCHANTS BANK C O., LIMITED | 4/F CHINA MERCHANT BANK BUILDING,NO.7088 SHENNAN BOULEVARD, SHENZHEN,  518040 CHINA |
| CHINA MINSHENG BANKING CORP., LTD | ATTN:FINANCIAL INSTITUTION DEPT.,NO. A4, ZHENGVI ROAD, DONGEHENG DISTRICT, BEIJING,  100006 R.R REPUBLIC OF CHINA |
| CHINA MINSHENG BANKING CORP., LTD | 123, NEW YORK, NY 12345 |
| CHINATRUST COMMERCIAL BANK | 1-1-3 MARUNOUCHI,7TH FLOOR AIG BUILDING, CHIYODA-KU,  100-0005 JAPAN |
| CHOATE ROSEMARY HALL | 333 CHRISTIAN ST, WALLINGFORD, CT 06492 |
| CHRISTIAN CARE COMMUNITIES | 12700 SHELBYVILLE ROAD, SUITE 1000, LOUISVILLE, KY 40243 |
| CHRISTIAN CARE RETIREMENT APARTMENTS, INC. | ATTN:JOHN NORRIS,2002 WEST SUNNYSIDE DRIVE, PHOENIX, AZ 85029 |
| CHRISTIAN RETIREMENT HOMES, INC. | ATTN:BERT VIGEN,CHRISTIAN RETIREMNT HOMES, INC.,IOWA 80 GROUP, 515 STERLING DRIVE, WALCOTT, IA 52773 |
| CHUGOKU BANK LIMITED (THE) | 81-3-3242-3539,3/4/2004,NIHONBASHI MUROMACHI, CHUO-KU,   JAPAN |
| CHUO MITSUI TRUST & BANKING CO ., LTD. | 81-3-3241-6968,2-1-1 NIHONBAHI-MARUNOUCHI, CHUO-KU,   JAPAN |
| CHUO MITSUI TRUST & BANKING CO., LTD. | ATTN:PLANNING GROUP, TREASURY DEPARTMENT,3-23-1, SHIBA, MINATO-KU, TOKYO, 105-8574 JAPAN |
| CHUO MITSUI TRUST & BANKING CO., LTD. | C/O CHUO MITSUI TRUST INTERNATIONAL LTD.,7TH FLOOR, TRITON COURT,14 FINSBURY SQUARE, LONDON,  EC2A 1BR UNITED KINGDOM |
| CHURCH OF THE HIGHLANDS | 4700 HIGHLANDS WAY, BIRMINGHAM, AL 35210-3454 |
| CHURCH SCHOOLS IN THE DIOCESE OF VIRGINIA | ATTN:PRESIDENT,110 WEST FRANKLIN STREET, RICHMOND, VA 23220-5095 |
| CIB BANK (INDIANA) | ATTN:DAWN WRIGHT / TODD SOMERS,CIB BANK, TREASURY OPERATIONS,826 W. CHAMPAIGN AVE.,P.O. BOX 977, RANTOUL, IL 61866 |
| CIB BANK ZRT | ATTN:LEGAL DEPARTMENT,CENTRAL-EUROPEAN INTERNATIONAL BANK LTD,MEDVE U. 4-14,H-1027 BUDAPEST, ,   HUNGARY |
| CIB BANK ZRT | MEDVE U. 4-14, BUDAPEST,  H-1027 HUNGARY |
| CIB BANK ZRT | C/O BAYERISCHE VEREINZBANK AG, LONDON BRANCH,1 ROYAL EXCHANGE BUILDINGS, LONDON,  EC3V 3LD UNITED KINGDOM |
| CINEMARK USA INC. | ATTN:MICHAEL CAVALIER, SENIOR VP-GENERAL COUNSEL,CINEMARK USA, INC.,C/O CINEMARK HOLDINGS, INC.,3900 DALLAS PARKWAY, STE 500, PLANO, TX 75093 |
| CINEMARK USA INC. | 3900 DALLAS PARKWAY,SUITE 500, PLANO, TX 75093 |
| CIR INTERNATIONAL S.A. | ATTN:VERONIQUE PIROTTE,CIR INTERNATIONAL SA,26 BOULEVARD ROYAL, 6TH FLOOR, , L-2449 LUXEMBOURG |
| CISCO SYSTEMS INC | 170 WEST TASMAN DRIVE, SAN JOSE, CA 95134 |
| CITADEL EQUITY FUND LTD. | ATTN:LEGAL DEPARTMENT,CITADEL EQUITY FUND LTD.,C/O CITADEL LIMITED PARTNERSHIP,131 SOUTH DEARBORN STREET, CHICAGO, IL 60603 |
| CITADEL EQUITY FUND LTD. | 1 MARKET PLAZA,38/F SPEAR TOWER, SAN FRANCISCO, CA 94105 |
| CITI GOLDEN TREE LTD. | ATTN:KEVIN O'BRIEN,GOLDENTREE ASSET MANAGEMENT LP,300 PARK AVENUE, 25TH FLOOR, NEW YORK, NY 10022 |
| CITIBANK KOREA INC. | 12F CITICORP CENTER,89-29, SHINMOON-RO,   SEOUL |
| CITIBANK, N.A. | ATTN:COUNTRY COUNSEL,CITIBANK, N.A.,5TH FLOOR, PLOT C61, G BLOCK,BANDRA - KURLA COMPLEX, BANDRA (EAST), MUMBAI,  400 051 INDIA |
| CITIBANK, N.A. | 111 WALL STREET, NEW YORK, NY 10005 |
| CITIGROUP ALTERNATIVE INVA/C OSDF LTD | ATTN:JERRY CORDASCO,OSDF LTD.,C/O CITIGROUP ALTERNATIVE INVESTMENTS LLC,731 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP ALTERNATIVE INVA/C OSDF LTD | LEXINGTON AVENUE, 26TH FL, NEW YORK, NY 10022 |
| CITIGROUP ALTERNATIVE INVA/C PEREGRINE STRAT 3 LTD | ATTN:JERRY CORDASCO,PEREGRINE STRATEGIES 3 LTD.,C/O CITIGROUP ALTERNATIVE INVESTMENTS LLC,731 LEXINGTON AVENUE, 26TH FL, NEW YORK, NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS INC | 399 PARK AVENUE,ATTN: INTEREST RATE SWAP OPS,CC: LAW DEPT, NEW YORK, NY 10043 |
| CITIGROUP GLOBAL MARKETS LIMITED (EFET P) | 25-23 CANADA SQUARE, LONDON,  E14 5LB UNITED KINGDOM |
| CITIZENS NATIONAL BANK | ATTN:ANN BOWERS,CITIZENS NATIONAL BANK,P.O. BOX 4610, SEVIERVILLE, TN 37864 |
| CITY AND COUNTY OF DENVER, COLORADO | OFFICE OF CITY CLERK,DEPT. 101, 201 W. COLFAX AVE, DENVER, CO 80202 |
| CITY GLOBAL FINANCE INC. | 1314 E. LAS OLAS BLVD. STE # 290, FORT LAUDERDALE, FL 33301 |
| CITY LOFTS ST VINCENT STR | ATTN:NICK MOODY/BARI PHILLIPS,CITY LOFTS GROUP PLC,THE EXCHANGE,STATION PARADE HARROGATE, NORTH YORKSHIRE,  HG1 1TS UNITED KINGDOM |
| CITY OF AUSTIN | ATTN: CITY TREASURER,CITY OF AUSTIN, TEXAS,P.O. BOX 2106, AUSTIN, TX 78768 |
| CITY OF AUSTIN D/B/A AUSTIN ENERGY | 512-370-3838,P.O. BOX 2106, 800 BRAZOS ST 13TH FLOOR, TX 78701 |
| CITY OF CHICAGO - WASTEWATER | 333 S. STATE STREET CHICAGO,DEPAUL CENTER, SUITE LL10, CHICAGO, IL 60602 |
| CITY OF MILWAUKEE, WISCONSIN C/O MBSD | ATTN:CITY COMPTROLLER,OFFICE OF THE CITY COMPTROLLER,CITY HALL, ROOM 404,200 EAST WELLS STREET, MILWAUKEE, WI 53202 |
| CITY OF MILWAUKEE, WISCONSIN C/O MBSD | MILWAUKEE PUBLIC SCHOOLS,5225 WEST VILET STREET, MILWAUKEE, WI 53208 |
| CIVIC CENTER OFFICE BUILDING INC | ATTN:CORPORATE TRUST DEPT,CIVIC CTR OFFICE BUILDING, INC.,C/O DENVER PUBLIC FACILITIES TRUST 2003C, AS MANAG,C/O ZIONS 1ST NATIONAL BANK, AS TRUSTEE,717 SEVENTEENTH STREET, STE 301 DENVER, CO, DENVER, CO 80202 |
| CLAREN ROAD ASSET MANAGEMEA/C CLAREN RD CREDT MST, | ATTN:KEN WEILLER, COO,CLAREN ROAD ASSET MANAGEMENT, LLC,900 THIRD AVENUE, SUITE 1401, NEW YORK, NY 10022 |
| CLAREN ROAD ASSET MGT A/C GPC LXIV LLC | 761 7TH AVENUE, NEW YORK, NY 10035 |
| CLAREN ROAD ASSET MGT A/CGPC LXIV LLC | ATTN:JOHN GEBBIA, MANAGING DIRECTOR,GPC LXIV, LLC,C/O GUGGENHEIM ADVISORS, LLC,135 EAST 57TH STREET, 11TH STREET, NEW YORK, NY 10022 |
| CLARIDEN LEU AG | ATTN:MR CHRISTIAAN VERBURG (LEGAL DEPARTMENT),FOR NOTICES #AMPER COMMUNICATIONS,CLARIDEN LEU AG,BAHNHOFSTRASSE 32,PO BOX 8070, ZURICH, SWITZERLAND |
| CLARIUM LP | ATTN:SIU CHANG,C/O CLARIUM CAPITAL MANAGEMENT, LLC,1 LETTERMAN DRIVE,BUILDING C, SUITE 400, SAN FRANCISCO, CA 94129 |
| CLARIUM LP | 1 LETTERMAN DRIVE,BLDG C,SUITE 400, SAN FRANCISCO, CA 94129 |
| CLARK COUNTY PUBLIC UTILITY DISTRICT #1 | ATTN:CHIEF EXECUTIVE OFFICER,1200 FORT VANCOUVER WAY, VANCOUVER, WA 98668 |
| CLEVELAND, CITY OF | ATTN:DIRECTOR OF FINANCE & SINKING FUND COMMISSION,CITY OF CLEVELAND, OHIO,601 LAKESIDE AVE,ROOM 104, CLEVELAND, OH 44114 |
| CLIFFS LIMITED PARTNERSHIP | 12300 MARION LN W, MINNETONKA, MN 55305 |
| CLIFTON/TI EMPLOYEES PENSION TRUST | C/O THE CLIFTON GROUP INVESTMENT MANAGEMENT CO,309 CLIFTON AVE,ATTN: CHIEF INVESTMENT OFFICER, MINNEAPOLIS, MN 55403 |
| CLIFTON/TI EMPLOYEES PENSION TRUST | ATTN:JOHN J. MALUSA,THE NORTHERN TRUST COMPANY, AS TRUSTEE,SOUTH LASALLE STREET, CHICAGO, IL 60675 |
| CLINTON GLOBAL INVESTMENT MASTER FUND, LTD | THE CLINTON GROUP, INC,55 WATER STREET, 31ST FLOOR, NEW YORK, NY 10005 |
| CLINTON GLOBAL INVESTMENT MASTER FUND, LTD | ATTN:EDWARD MORAN,THE CLINTON GROUP, INC.,55 WATER STREET, 31ST FLOOR, NEW YORK, NY 10041 |
| CLINTON MAGNOLIA MASTER FUND LTD | 32 OLD SLIP,5TH FLOOR, NEW YORK, NY 10005 |
| CMA CGM SA | ATTN:M. FRANCOIS MIESCH,CMA CGM,4 QUAI D'APPOSARENC, MARSEILLE,  13002 FRANCE |
| CMG CAPITAL MASTER FUND, LTD. | CMG CAPITAL MASTER FUND LTD.,C/O OLYMPIA CAPITAL,1211 AVENUE OF THE AMERICAS, 29TH FL, NEW YORK, NY 10036 |
| CMS ENERGY RESOURCE MAN AGEMENT COMPANY | CMS ENERGY,330 TOWN CENTER DRIVE, DEARBORN, MI 48126 |
| COAST ASSET MANAGEMENT LP | A/C COAST DIVERSIFIED FUND LTD,2450 COLORADO AVENUE,SUITE 100,EAST TOWER, SANTA MONICA, CA 90404 |
| COAST ELECTRIC POWER ASSOC | ATTN:MANAGER OF FINANCE AND ACCOUNTING,COAST ELECTRIC POWER ASSOCIATION, (18020 HWY 603, KILN) P.O. BOX 2430, BAY ST. LOUIS, MS 39521-2430 |

| Claim Name | Address Information |
|---|---|
| COAST FUND L.P., THE | 2450 COLORADO AVE,100 EAST TOWER, SANTA MONICA, CA 90404 |
| COLBY-SAWYER COLLEGE | ATTN:TREASURER,541 MAIN STREET, NEW LONDON, NH 03257 |
| COLORADO HOUSING AND FINANCE AUTHORITY | ATTN:MILROY ALEXANDER,1981 BLAKE STREET, DENVER, CO 80202 |
| COLUMBIA AT SYLAN HILLS,LP | 1718 PEACHTREE STREET NW,SUITE 684, ATLANTA, GA 30309 |
| COLUMBIA CORE BOND FUND | ATTN:JASON ROMANOW,C/O COLUMBIA MANAGEMENT ADVISORS, LLC,100 FEDERAL STREET, MA5-100-22-01, BOSTON, MA 02110 |
| COLUMBIA CORE BOND FUND | 1 FEDERAL ST,MA 5-503-04-14, BOSTON, MA 02110 |
| COLUMBIA CORPORATE BONDPORTFOLIO | ATTN:JASON ROMANOW,C/O COLUMBIA MANAGEMENT ADVISORS, LLC,100 FEDERAL STREET, MA5-100-22-01, BOSTON, MA 02110 |
| COLUMBIA INCOME FUND | ATTN:JASON ROMANOW,C/O COLUMBIA MANAGEMENT ADVISORS, LLC,100 FEDERAL STREET, MA5-100-22-01, BOSTON, MA 02110 |
| COLUMBIA INTERMEDIATE BONDFUND | ATTN:JASON ROMANOW,C/O COLUMBIA MANAGEMENT ADVISORS, LLC,100 FEDERAL STREET, MA5-100-22-01, BOSTON, MA 02110 |
| COLUMBIA TOTAL RETURN FUND | ATTN:JASON ROMANOW,C/O COLUMBIA MANAGEMENT ADVISORS, LLC,100 FEDERAL STREET, MA5-100-22-01, BOSTON, MA 02110 |
| COLUMBUS BANK AND TRUST COMPANY | 1148 BROADWAY, COLUMBUS, GA 31901 |
| COMCAST CORPORATION | ATTN:DALEY JENNIFER,COMCAST CORPORATION,1500 MARKET STREET, PHILADELPHIA, PA 19102 |
| COMCAST CORPORATION | 1500 MARKET STREET,CENTRE SQUARE EAST TOWER, PHILADELPHIA, PA 19102 |
| COMMERZBANK AKTIENGESELLSCHAFT (FRANKFURT ONLY), | 10-098 KASTOR TOWER, FRANKFURT AM MAIN,   60261 GERMANY |
| COMMERZBANK AKTIENGESELLSCHAFT, NEW YORK | 1251 AVE OF AMERICAS, NEW YORK, NY 10020 |
| COMMONFUND INSTITUTIONALENHANCED SHORT DURATION F | ATTN:COMMOMFUND FUND ACCOUNTING,INVESTORS BANK #AMPER TRUST,200 CLARENDON STREET,P.O. BOX 9160, MS: CMF040, BOSTON, MA 02117 |
| COMMONWEALTH OF MASSACHUSETTS | ATTN:STEARNS JEFF,ONE ASHBURTON PLACE,12TH FLOOR, BOSTON, MA 02108 |
| COMMONWEALTH OF PUERTO RICO | ROBERTO SANCHEZ VILELLA CARTER,AVENIDA DE DIEGO, PARADA 22, SAN JUAN, PR 00940 |
| COMPAGNIE FINANCIERE DE CIC ET DE L'UNION | EUROPEENNE, PARIS,   75002 FRANCE |
| COMPAGNIE FINANCIERE DU CREDITMUTUEL | 32 RUE MIRABEAU, BREST,   29480 FRANCE |
| COMPAGNIE MONEGASQUE DE BANQUE | 13 BLD PRINCESSE CHARLOTTE,LE VICTORIA, MONACO,   98000 MONACO |
| CONCORD MINUTEMEN CAPITAL COMPANY LLC | LIBERTY HAMPSHIRE COMPANY,227 W. MONROE STREET,SUITE 400, CHICAGO, IL 60606 |
| CONCORDIA ADVISORS LLC | A/C CONCORDIA MUNI OPPORTUNITY,0350 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CONCORDIA ADVISORS/ENTERPRISEFUND LIMITED | ATTN:THE COMPANY SECRETARY,ENTERPRISE FUND LIMITED,C/O ARGONAUT HOUSE,5 PARK ROAD, HAMITON,   HM09 BERMUDA |
| CONCORDIA INSTITUTIONAL MULTI-STRATEGY LTD. | ATTN:DAVID WALKER,CONCORDIA ADVISORS LLC,1350 AVENUE OF THE AMERICAS,SUITE 3202, NEW YORK, NY 10019 |
| CONCORDIA MAC 29 LTD. | C/O CITCO TRUSTEES (CAYMAN) LIMITED,REGATTA OFFICE PARK, WEST BAY ROAD, GRAND CAYMAN,CAYMAN ISL.,   KY1-1205 CAYMAN ISLANDS |
| CONCORDIA PARTNERS LP | 1350 6TH AVE.,32, NEW YORK, NY 10019 |
| CONCORDIA PROPERTIES LLC | 200 MANSELL COURT EAST,SUITE 440, ROSWELL, GA 30076 |
| CONECTIV ENERGY SUPPLY INC | 252 CHAPMAN ROAD, NEWARK, DE 19702 |
| CONG. MACHNE CHAIM INC. | 6101 16TH AVE, BROOKLYN, NY 112042108 |
| CONGREGATIONAL HOMES INC. | 3150 LILY ROAD, BROOKFIELD, WI 53005 |
| CONOCOPHILLIPS (MNA) | 3090 D8 CHEROKEE,600 NORTH DAIY ASHFORD, HOUSTON, TX 77079 |
| CONSECO HEALTH INSURANCE CO. | ATTN:JEFFEREY M. STAUTZ, V.P. & GENL COUNSEL,40|86 ADVISORS INC.,535 N COLLEGE DR, CARMEL, IN 46032 |
| CONSECO INSURANCE COMPANY | 11815 N. PENNSYLVANIA STREET,ZIP: J2D, CARMEL, IN 46032 |
| CONSECO LIFE INSURANCE COMPANY | ATTN:JEFFEREY M. STAUTZ, V.P. & GENL COUNSEL,40|86 ADVISORS INC.,535 N COLLEGE DR, CARMEL, IN 46032 |
| CONSOLIDATED CONTAINER CO | ATTN:CHIEF FINANCIAL OFFICER/ GENL COUNSEL,CONSOLIDATED CONTAINER CO LLC,3101 TOWERCREEK PARKWAY, STE 300, ATLANTA, GA 30339 |

| Claim Name | Address Information |
|---|---|
| CONSTELLATION ENERGY COMMODITIES GROUP INC | 111 MARKET PLACE,500, BALTIMORE, MD 21201 |
| CONTINENTAL AIRLINES INC | 1600 SMITH ST,11 FLOOR HQSTY, HOUSTON, TX 77002 |
| CONTINENTAL CASUALTY COMPANY | 655 MADISON AVE, NYC, NY 10065 |
| CONTRARIANCAPMGMT/ CONTRARIAN CAP FUND I LP | 411 W. PUTNAM AVE,225, GREENWICH, CT 06830 |
| CONTRARIANCAPMGMT/CONTRARIAN CAP FUND I LP | ATTN:MICHAEL RESTIFO,CONTRARIAN CAPITAL MANAGEMENT LLC,411 WEST PUTNAM AVENUE, SUITE 225, GREENWICH, CT 06830 |
| CONVERGENCE PORTFOLIO COMPANY, L.P | 475 STEAMBOAT ROAD, GREENWICH, CT 06830 |
| CONVEX MASTER FUND LTD | 645 WATER ST APT 19A, NEW YORK, NY 10002-8104 |
| CONVEXITY CAPITAL MGMT LP | A/C CONVEXITY CAPITAL TRADING,100 FRONT STREET,SUITE 910, CONSHOHOCKEN, PA 19428 |
| COOK ILLINOIS, COUNTY OF (THE) | ATTN: LEWIS GREENBAUM,C/O KATTEN MUCHIN & ZAVIS,825 WEST MONROE, SUITE 1600, CHICAGO, IL 60661-3693 |
| COOPER-STANDARD AUTOMOTIVE | ATTN:SCOTT H. FINCH VICE PRESIDENT #AMPER,TREASURER,39550 ORCHARD HILL PL DR, NOVI, MI 48375 |
| COOPERATIEVE CENTRALE RAIFFEIS | EN-BOERENLEENBANK BA,AESCHENPLATZ 3, BASEL,  4002 SWITZERLAND |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA | RABOBANK INTERNATIONAL,UCR-200, CRS TELECOMS,CROESELAAN 18, UTRECHT,  3521CB NETHERLANDS |
| COOPERNEFF ALTERNATIVE MAN | A/C COOPERNEFF MASTER FUND I S,14 RUE AUBER, PARIS,  75009 FRANCE |
| COOPERNEFF ALTERNATIVE MANA/C COOPERNEFF MASTER FU | ATTN:NICOLE FOUQUET,BNP PARIBAS,HEAD OF MIDDLE OFFICE, PARIS,   FRANCE |
| COPPER RIVER MGT LP A/C COPPER RIVER US SHORT FUND | 12 LINDEN PLACE,2ND FLOOR, RED BANK, NJ 07701 |
| CORAL POWER LLC | 1270 AVENUE OF THE AMERICAS,SUITE 2320, NEW YORK, NY 10020 |
| CORE LABORATORIES LP | HERENGRACHT 424, AMSTERDAM,   NETHERLANDS |
| CORNEAL & SCLERAL CONTACT LENSES, INC. | ATTN:LAWRENCE M. BOBER,CORNEAL AND SCLERAL CONTACT LENSES, INC.,55 EAST MONROE STREET,40TH FLOOR, CHICAGO, IL 60603 |
| CORNER BANCA SA | VIA CANOVA 16, LUGANO,  6900 SWITZERLAND |
| CORRIENTE ADVISORS/CORRIENTE MASTER FUND LP | ATTN:JAMES HADDAWAY,CORRIENTE MASTER FUND, L.P.,C/O CORRIENTE ADVISORS, L.L.C.,201 MAIN STREET, SUITE 1800, FORT WORTH, TX 76102 |
| COTTAGE HOSPITAL | ATTN:CHIEF FINANCIAL OFFICER,90 SWIFTWATER ROAD, WOODSVILLE, NH 03785 |
| COUNTRYWIDE BANK, FSB | ATTN:CONTE KATHLEEN,TREASURY BANK, NATIONAL ASSOC,4500 PARK GRANADA,MAIL STOP CH-20, CALABASAS, CA 91302 |
| COUNTRYWIDE HOME LOANS, INC. | ATTN:PAUL NEWMAN,COUNTRYWIDE HOME LOANS, INC.,4500 PARK GRANADA MS CH 20B, CALABASAS, CA 91302 |
| COVALENT PARTNERS LLC | A/C COVALENT CAPITAL MASTER FUND LP,255 WASHINGTON ST,SUITE 300, NEWTON, MA 02458 |
| COVALENT PARTNERS LLCA/C COVALENT CAPITAL MASTERFU | ATTN:MR. WILLIAM C. STONE, JR.,COVALENT CAPITAL PARTNERS MASTER FUND, LP,255 WASHINGTON STREET, STE 300, NEWTON, MA 02458 |
| COVENANT RETIREMENT COMMUNITIES, INC. | ATTN:HAMILTON CHANG,B. C. ZIEGLER AND COMPANY,1 SOUTH WACKER DRIVE, SUITE 3080, CHICAGO, IL 60606 |
| CPC CORPORATION,TAIWAN | NO 3 SONGREN RD,SINYI DISTRICT, TAIPEI,  110-10 SINGAPORE |
| CPM LUXEMBOURG SA | 155 MOORGATE HALL, LONDON,  EC2M 6UJ UNITED KINGDOM |
| CPMG INC A/C ARACOS FUND, LP | 2100 MCKINNEY AVE #1780, DALLAS, TX 75201 |
| CQS CONVERTIBLE & QUANTITATIVE STRAT MASTER FUND, | 22 CHESTER ST,5TH FLOOR, LONDON,  SW1X 7BL UNITED KINGDOM |
| CR DELLA PROVINCIA DI TERAMO SPA | ATTN:RESPONSABILE SERVIZIO FINANZA AZIENDALE,CASSA DI RISPARMIO DELLA PROVINCIA DI TERAMO,TERCA SPA,CORSO SAN GIORGIO 36, TERAMO,  64100 ITALY |
| CRCAM NORD DE FRANCE | 10 AV FOCH, LILLE,  59020 FRANCE |
| CREDEM INTER. (LUX) S.A. - EURROMOBILIARE INTER FD | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE,C/O PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 2109 |

| Claim Name | Address Information |
|---|---|
| CREDEM INTER. (LUX) S.A. – EURROMOBILIARE INTER FD | C/O PUTNAM INVESTMENTS,ATTN: DERIVATIVES DOCUMENTATION,LEGAL DEPARTMENT, 2 LIBERTY SQUARE, BOSTON, MA 2109 |
| CREDIT INDUSTRIEL ETCOMMERCIAL (CIC) | COMPAGNIE FINANCIERE DE CIC ET DE L'UNION,EUROPEENNE,520 MADISON AVE, NEW YORK, NY 10022 |
| CREDIT PROTECTION TRUST 207 | ATTN:BRUCE STERN,FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE,FOR CREDIT PROTECTION TRUST 207,31 W 52ND ST, NEW YORK, NY 10019 |
| CREDIT PROTECTION TRUST 48 (COAST 2001-1) | C/O FINANCIAL SECURITY ASSURANCE INC.,350 PARK AVE,ATTN: INSURED PORTFOLIO MANAGEMENT DEPT,RE: CREDIT PROTECTION TRUST 48, NEW YORK, NY 10022 |
| CREDIT SUISSE AM LLC | A/C C REDIT SUISSE GLOBAL HYBRID IN REF HYBRID I,(HOME) 25B BLOCK 3,VICTORIA CENTRE 15 WATSON ROAD, NORTH POINT,  TBA HONG KONG |
| CREDIT SUISSE CAPITAL LLC | 1 CABOT SQUARE, LONDON,  E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE CREDIT STRATEGIES MASTER FUND LTD, | 11 MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE HIGH GRADE BOND FND SYDNEY AUSTRALIA | 123 BUCKINGHAM PALACE ROAD, LONDON,  SW1W 9SL UNITED KINGDOM |
| CREDIT SUISSE SECURITIES (EUROPE) LTD | JUNGHOFSTRASSE 16, FRANKFURT,  60311 GERMANY |
| CROSS ROAD RETIREMENT COMM | ATTN:EXECUTIVE DIRECTOR,1302 OLD COX ROAD, ASHEBORO, NC 27205 |
| CROWN POINT CAPITAL COMPANY LLC | C/O LIBERTY HAMPSHIRE COMPANY,227 W. MONROE STREET,SUITE 4000, CHICAGO, IL 60606 |
| CRS FUND, LTD | 3 ST. JAMES'S SQUARE,BUCHANAN HOUSE,7TH FLOOR, LONDON,  SW1Y 4JU UNITED KINGDOM |
| CSI / CASAM ADI CRED OPPS FUND LIMITED | 128 BOULEVARD RASPAIL, PARIS,  75006 FRANCE |
| CSI/KALLISTA CREDIT OPP FUND LTD GIVE-UP (CDS) | 24 RUE JEAN GOUJON, PARIS,  75008 FRANCE |
| CT OPI REIT, INC. | ATTN:DOUGLAS N. ARMER,410 PARK AVENUE, 14TH FLOOR, NEW YORK, NY 10022 |
| CTC FUND MGMT LLC A/C CTC MASTER FUND LTD | 141 W JACKSON BLVD.,800, CHICAGO, IL 60604 |
| CUNA MUTUAL LIFE INSURANCE COMPANY | 5910 MINERAL POINT RD, MADISON, WI 53701 |
| CUNA MUTUAL LIFE INSURANCE COMPANY | ATTN:JOHN W. PETCHLER, MANAGING DIRECTOR, SR. VP,CUNA MUTUAL GROUP,5910 MINERAL POINT RD, MADISON, WI 53705-4454 |
| CURA FIXED INCOME ARBITRAGE MASTER FUND | ATTN:THOMAS SCHNEPP,CURA FIXED INCOME ARBITRAGE MASTER FUND LTD.,C/O CURA CAPITAL MANAGEMENT, LLC,40 W 57TH STREET, 26TH FL, NEW YORK, NY 10019 |
| CW ABS ASSET-BACKEDCERTIFICATE TRUST 2007-BC2 | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS 2007 SEA2 (GROUP 1) | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS ASSET BACKED CERTS 2006-SD4 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2006-26,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2006-26,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES SERIES 2006-16 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2006-16,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22, | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2006-22,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-BC2, | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2006-BC2,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS ASSET-BACKED CERTSSERIES 2007-6 | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS ASSET-BACKEDNOTES TRUST 2007 SD1 | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS INC. ASSET BACKED NOTES2006-SD3 | ATTN:CORPORATE TRUST ADMINISTRATION MBS,ADMINISTRATION,C/O THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS INC. ASSET BACKED SERIES 2005-AB5 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2005-AB5,101 BARCLAY ST, NEW |

| Claim Name | Address Information |
|---|---|
| CWABS INC. ASSET BACKED SERIES 2005-AB5 | YORK, NY 10286 |
| CWABS, IN. ASSET BACKED CERTSSERIES 2005-15 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2005-15,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS, INC. ASSET BACKED CERT S SERIES 2006-3 | 11100 SANTA MONICA BLVD,15TH FLOOR, LOS ANGELES, CA 90025 |
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | ATTN:CORPORATE TRUST ADMINISTRATION MBS,ADMINISTRATION,C/O THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS, INC. ASSET BACKED CERTS SERIES 2006-3 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2006-3,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS, INC. ASSET BACKED CERTSSERIES 2005-14 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2006-14,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS, INC. ASSET BACKED CERTSSERIES 2005-BC5 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2005-BC5,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS, INC. ASSET BACKED CERTSSERIES 2006-4 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2006-4,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS, INC. ASSET BACKEDCERTS SERIES 2005-AB4 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2005-AB4,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS, INC. ASSET BACKEDCERTS SERIES 2006-5 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2006-5,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWABS/ASSET BACKED CERTIFICATES TRUST 2007-12 | ATTN:CORPORATE TRUST ADMINISTRATION MBS,ADMINISTRATION,C/O THE BANK OF NEW YORK,101 BARCLAY ST - 4W FL, NEW YORK, NY 10286 |
| CWABS2007 SEA2 (GROUP 2) | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWALT 2007 OH2 | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWALT 2007-OH3 | ATTN:CWALT, SERIES 2007-OH3,THE BANK OF NEW YORK,101 BARCLAY ST - 4W FL,CORPORATE TRUST ADMINITRATION MBS ADMINISTRATION, NEW YORK, NY 10286 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10/THE BANK OF | ATTN:CORPORATE TRUST ADMINISTRATION MBS CWALT,2006-OC10,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWALT INC. 2006-OC8/BANK OF NY AS SWAP CONTRACT AD | SEE AGMT, |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN:CORPORATE TRUST ADMINISTRATION MBS,ADMINISTRATION,C/O THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| CWALT, INC. ALTERNATIVE LOANTRUST 2006-OC3 | ATTN:CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS,2006-OC3,101 BARCLAY ST, NEW YORK, NY 10286 |
| CYPRESS COVE APARTMENTS | 7667 N WICKHAM RD, MELBOURNE, FL 32940 |
| CYPRESS SEMICONDUCTOR CORP | 3901 NORTH FIRST STREET, SAN JOSE, CA 95134 |
| D. E. SHAW OCULUS PORTFOLIOS, L.L.C. | 1166 6TH AVE., NEW YORK, NY 10036 |
| D. E. SHAW SECURITIES TRADING | ATTN:STONE MAX,DE SHAW SECURITIES TRADING LP,120 W 45TH,39TH FL, NEW YORK, NY 10036 |
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND (TE) LP | 1 CONNAUGHT ROAD,UNIT 2001-02,AIG TOWER, |
| DAEGU BANK | 70,SOGONG-DONG,CHUNGSEOUL, SEOUL,  100-070 KOREA |
| DAEWOO SECURITIES CO., LTD. | 34-3,YOUIDO-DONG, YOUNGDUNGPO-GU,  10F KOREA |
| DAEWOO SECURITIES CO., LTD. | ATTN:GENERAL MANAGER,OTC DERIVATIVES MARKETING DEPARTMENT,DAEWOO SECURITIES CO., LTD.,34-3 YOUIDO-DONG, YOUNGDUNGPO-GU, SEOUL,  150-716 REPUBLIC OF KOREA |
| DAI-ICHI MUTUAL LIFE INSURANC E COMPANY | 155 BISHOPSGATE,LEVEL 4, LONDON,  EC2M 3XN UNITED KINGDOM |
| DAINI SAKURABASHI G.K. | ATTN:MANAGER,C/O WEALTH MANAGEMENT, INC.,12-32 AKASAKA 1-CHROME,MINATO-KU, TOKYO,  JAPAN |
| DAISHI BANK LTD. (THE) | 1071-1 NANABAN-CHO,HIGASIHORI MAEDORI, NIIGATA-SHI,  951-8066 JAPAN |
| DAISHIN SECURITIES CO., LTD. | ATTN:OTC DERIVATIVES DEPT., INVESTMENT BANKING,GROUP,34-8, YOUIDO-DONG, YOUNDUNGPO-KU, SEOUL,  150-884 REPUBLIC OF KOREA |
| DAISHIN SECURITIES CO., LTD. | 822-769-2810,YOUIDO-DONG,YOUNGDUNGPO-KU, |

| Claim Name | Address Information |
|---|---|
| DAIWA SECURITIES SMBC CO., LTD. | 1-9-1 MARUNOUCHI,CHIYODA-KU,GRAN TOKYO NORTH TOWER, TOKYO,  100-6753 JAPAN |
| DAIWA SECURITIES SMBC CO., LTD. | ATTN:DERIVATIVES & STRCTURED FINANCIAL PRODUCTS,(D.S.F.P),14-5, EITAI 1-CHROME,KOTO-KU, TOKYO,  135-0034 JAPAN |
| DAIWA SECURITIES SMBC CO., LTD. | C/O DAIWA SECURITIES SB CAPITAL MARKETS EUROPE LTD,5 KING WILLIAM ST,ATTN: LEGAL DEPT, LONDON,  EC4N 7AX UNITED KINGDOM |
| DANTE FINANCE PLC | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| DARBY FINANCIAL PRODUCTS | 101 CALIFORNIA STREET,3250, SAN FRANCISCO, CA 94111 |
| DB TRUST JPN AS TRUSTEE FOR | L-JAC 4 TRUST FUND 7017,11-1 NAGATACHO 2-CHOME,SANNO PARK TOWER,CHIYODA-KU, TOKYO,  106-6171 JAPAN |
| DB TRUST JPN AS TRUSTEE FORL-JAC 4 TRUST FUND 7017 | ATTN:TRUST BUSINESS ADMINISTRATION DEPT,SANNO PARK TOWER, 2-11-1 NAGATACHO,CHIYODA-KU, TOKYO,  100-6172 JAPAN |
| DBSO CORPORATES LTD | 12 HAVEMEYER PLACE, GREENWICH, CT 06830 |
| DE LONGHI CAPITAL SERVICE SPA | ATTN:DIREZIONE TESORERIA,DE LONGHI CAPITAL SERVICES S.P.A,VIA. L SEITZ 47, TREVISO,  31100 ITALY |
| DE LONGHI CAPITAL SERVICE SPA | VIA L. SEITZ 47, TREVISO,  31100 ITALY |
| DE PUTRON/KNOWLE LIMITED | 19-30 ALFRED PLACE,5TH FLOOR,WHITTINGTON HOUSE, LONDON,  WC1E 7EA UNITED KINGDOM |
| DECLAN KELLY | ATTN:MR. DECLAN KELLY,27 NORTH MOORE STREET,APARTMENT 7C, NEW YORK, NY 10013-5723 |
| DECLARATION FUNDING I LTD | INCOME ASSOCIATES, INC.,8300 GREENSBORO DRIVE,SUITE 900, MCLEAN, VA 22102 |
| DECLARATION MGMT & RSRCH | A/C DMR STRCTD ARB MSTR FD LTD,1650 TYSONS BLVD,SUITE 1100, MACLEAN, VA 22102 |
| DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD, | 11 E. SUPERIOR ST., DULUTH, MN 55802 |
| DEERFIELD CAP MGMT LLC | A/C SCHILLER PARK CLO (COUPON SWAP ONLY),280 PARK AVENUE, NEW YORK, NY 10017 |
| DEL MAR TERRACE APARTMENT | 7007 W INDIAN SCHOOL RD., PHOENIX, AZ 85033 |
| DELAWARE CORPORATE BOND FUND | C/O DELAWARE INVESTMENTS,2005 MARKET STREET, PHILADELPHIA, PA 19103 |
| DELAWARE DIVERSIFIED INCOME FUND | ATTN:FIXED INCOME DEPT (ALFIO LEONE),C/O DELAWARE MANAGEMENT CO,1 COMMERCE SQUARE,2005 MARKET ST, PHILADELPHIA, PA 19103 |
| DELAWARE DPT CORE PLUS | ATTN:FIXED INCOME DEPT (ALFIO LEONE),C/O DELAWARE MANAGEMENT CO,1 COMMERCE SQUARE,2005 MARKET ST, PHILADELPHIA, PA 19103 |
| DELAWARE EXTENDED DURATION BOND | C/O DELAWARE MANAGEMENT COMPANY,ONE COMMERCE SQUARE,2005 MARKET STREET, PHILADELPHIA, PA 19103 |
| DELAWARE GLOBAL DIVIDEND AND INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY,ONE COMMERCE SQUARE,2005 MARKET STREET, PHILADELPHIA, PA 19103 |
| DELAWARE INFLATION PROTECTIONBOND FUND | C/O DELAWARE MANAGEMENT COMPANY,ONE COMMERCE SQUARE,2005 MARKET STREET, PHILADELPHIA, PA 19103 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO, | C/O DELAWARE MANAGEMENT COMPANY,ONE COMMERCE SQUARE,2005 MARKET STREET, PHILADELPHIA, PA 19103 |
| DELTA AIRLINES INC | 1007 VIRGINIA AVE, ATLANTA, GA 30354 |
| DELTA LIFE AND ANNUITY COMPANY | 530 OAK STREET,SUITE 200, MEMPHIS, TN 38117 |
| DENVER URBAN RENEWAL AUTHORITY | ATTN:CHIEF FINANCIAL OFFICER,1555 CALIFORNIA STREET,SUITE 200, DENVER, CO 80202 |
| DEPFA BANK PLC | 105 WIGMORE STREET, LONDON,  W1U 10Y UNITED KINGDOM |
| DEPFA-BANK EUROPE PLC (DO NOT USE) | 38 LOMBARD STREET, LONDON,  EC3B 9BS GB |
| DESOTO COUNTY PARTNERS LP | 2680 CRANE RIDGE ROAD, JACKSON, MS 39216 |
| DESTINATION HOSPITALITY DEVELOPMENT LLC | 11777 SAN VICENTE BLVD.,SUITE 900, LOS ANGELES, CA 90049 |
| DEUTSCHE ASSET MGMT/3024083 | ATTN:TRADING/DERIVATIVES,DEUTSCHE ASSET MANAGEMENT LTD,ONE APPOLD STREET, LONDON,  EC2A 2UU UNITED KINGDOM |
| DEUTSCHE BANK AG | 1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DEUTSCHE BANK NAT. TST CO, AS SUPPLEMENTAL ITT | DEUTSCHE BANK NATIONAL TRUST CY,1761 ST ANDREW PLACE, SANTA ANA, CA 92705 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | 2150 NORTH FIRST STREET, SAN JOSE, CA 95131 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTN:TINA VAN RYZIN,4 ALBANY STREET, 4TH FLOOR, MAIL CODE NYC 050401, NEW YORK, NY 10006 |
| DEUTSCHE BK LDN/OPPENHEIM | KAP-ITALANLAGEGESELLSCHAFT GIVE-UP,745 7TH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE INV MGMT AMRC INC | A/C DWS VARIABLE SERIES II,1 SANSOME ST.,SUITE 2900, SAN FRANCISCO, CA 94104 |
| DEUTSCHE INV MGMT AMRC INCA/C DWS VARIABLE SERIES, | 1 BEACON ST FL 14, BOSTON, MA 021083106 |
| DEUTSCHE LUFTHANSA AG | AIRPORTRING,LUFTHANSA AVIATION CENTER, FRANKFURT,  60546 GERMANY |
| DEVELOPMENT BANK OF JAPAN | 1251 AVENUE OF AMERICAS SUITE 830, NEW YORK, NY 10020 |
| DEXIA BANK BELGIUM SA | 180 RUE ROYALE, BRUSSELS,  1000 BELGIUM |
| DEXTER SCHOOL, MA | ATTN:THOMAS N. O'BRIEN,MASSACHESETTS INDUSTRIAL FINANCE AGENCY,75 FEDERAL STREET, BOSTON, MA 02210 |
| DIAMOND 2007 3A | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| DIAMOND FINANCE 2003-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| DIAMOND FINANCE 2006-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| DIAMOND FINANCE 2007-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| DIAMOND FINANCE 2007-3B | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| DIAMOND FINANCE 2007-5 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| DIAMONDBACK MASTER FUND LTD REF DIAMONDBACK | 1 LANDMARK PLAZA, STAMFORD, CT 06901 |
| DISCOVERY ATLAS MASTER FUND, LTD. | ATTN:SAMMY ACEBAL,DISCOVERY ATLAS MASTER FUND, LTD.,C/O ATLAS CAPITAL MANAGEMENT, LLC,20 MARSHALL STREET, SOUTH NORWALK, CT 06854 |
| DISCOVERY GLOBAL CITIZENS CAPITAL PARTNERS | A/C DISCOVERY GLOBAL CITIZENS MASTER FUND,20 MARSHALL ST,SUITE 310, SOUTH NORWALK, CT 06854 |
| DISTRICT OF COLUMBIA OFFICE OF FINANCE AND | TREASURY,441 4TH STREET N.W., SUITE 360N, WASHINGTON, DC 20001 |
| DIVERSIFIED CREDIT INVS | A/C DCI LONG-SHORT CREDIT FUND,201 SPEAR ST,SUITE 250, SAN FRANCISCO, CA 94105 |
| DJ CDX-1 | ATTN:WARD A. SPOONER/MARLENE FAHEY, U.S. BANK,CORPORATE TRUST SERVICES,U.S. BANK TRUST NATIONAL ASSOCIATION,100 WALL STREET, STE 1600, NEW YORK, NY 10005 |
| DJ CDX-1 | C/O U.S. BANK TRUST CENTER,EP-MN-WS3T,60 LIVINGSTON AVENUE,ATTN: CYNTHIA M. HARMS, TRUST OFFICER, ST. PAU, MN 55107-1419 |
| DJ CDX-2 | ATTN:WARD A. SPOONER/MARLENE FAHEY, U.S. BANK,CORPORATE TRUST SERVICES,U.S. BANK TRUST NATIONAL ASSOCIATION,100 WALL STREET, STE 1600, NEW YORK, NY 10005 |
| DJ CDX-2 | C/O U.S. BANK TRUST CENTER,EP-MN-WS3T,60 LIVINGSTON AVENUE,ATTN: CYNTHIA M. HARMS, TRUST OFFICER, ST. PAU, MN 55107-1419 |
| DJ CDX-3 | ATTN:WARD A. SPOONER/MARLENE FAHEY, U.S. BANK,CORPORATE TRUST SERVICES,U.S. BANK TRUST NATIONAL ASSOCIATION,100 WALL STREET, STE 1600, NEW YORK, NY 10005 |
| DJ CDX-3 | C/O U.S. BANK TRUST CENTER,EP-MN-WS3T,60 LIVINGSTON AVENUE,ATTN: CYNTHIA M. HARMS, TRUST OFFICER, ST. PAU, MN 55107-1419 |
| DJ CDX-4 | ATTN:WARD A. SPOONER/MARLENE FAHEY, U.S. BANK,CORPORATE TRUST SERVICES,U.S. BANK TRUST NATIONAL ASSOCIATION,100 WALL STREET, STE 1600, NEW YORK, NY 10005 |
| DJ CDX-4 | C/O U.S. BANK TRUST CENTER,EP-MN-WS3T,60 LIVINGSTON AVENUE,ATTN: CYNTHIA M. HARMS, TRUST OFFICER, ST. PAU, MN 55107-1419 |
| DK MGMT PTNRS/DAVIDSON KEMPNER DISTRESSED OPPS INT | ATTN:TIM LEVART,DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTL LTD,C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC,65 E 55TH STREET, 19TH FL, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| DK MGMT PTNRS/DAVIDSONKEMPNER DISTRESSED OPPS FD, | ATTN:TIM LEVART,DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP,C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC,65 E 55TH STREET, 19TH FL, NEW YORK, NY 10022 |
| DMBT- ALLINA HEALTH SYSTEMPENSION PLANDELAWARE MGM | C/O DELAWARE MANAGEMENT COMPANY,ONE COMMERCE SQUARE,2005 MARKET STREET, PHILADELPHIA, PA 19103 |
| DMBT- LINCOLN NATIONAL CORP MASTER | RETIREMENT TRUST DELAWARE MGMT BUSINESS TRUST,1 COMMERCE SQ 250 MARKET STREET, PHILADELPHIA, PA 19103 |
| DNB NOR BANK ASA, SINGAPORE | ØVRE SLOTTSGATE 3,PO BOX 1614, OSLO,  21 NORWAY |
| DOUBLE BLACK DIAMOND OFFSHORE LDC | 1 EAST PUTNAM,4TH FLOOR, GREENWICH, CT 06830 |
| DOUGLAS COLONNADE LLC | 800 SOUTH DOUGLAS ROAD, CORAL GABLES, FL 33134 |
| DRAKE OFFSHORE MASTER FUND, LTD (THE) | 1251 AVE OF THE AMERICAS, NEW YORK, NY 10019 |
| DRAWBRIDGE LONG DATED VALUE FUND (B) LP | ATTN:KEVIN TREACY,DRAWBRIDGE LONG DATED VALUE FUND (B) LP,C/O FORTRESS INVESTMENT GROUP LLC,1251 AVENUE OF THE AMERICAS, 16TH FLOOR, NEW YORK, NY 10020 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD | ATTN:KEVIN TREACY,DRAWBRIDGE SPECIAL OPPORTUNITIES FUND, L.P.,C/O DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS, LLC,1251 AVE OF THE AMERICAS, 16TH FLOOD, NEW YORK, NY 10020 |
| DRESDNER BANK AG | 20 FENCHURCH STREET, LONDON,  EC3P 3DB GERMANY |
| DREYFUS 3503/DREYFUSINTERMEDIATE TERM INCOME FUND, | ATTN:JOSEPH GATELY,DREYFUS INTERMEDIATE TERM INCOME FUND,C/O STANDISH MELLON ASSET MANAGEMENT,MELLON FINANCIAL CTR - 1 BOSTON PL STE 3100, BOSTON, MA 02108-4408 |
| DREYFUS 3504/DREYFUS PREMIERGNMA FUND, INC. | ATTN:JOSEPH GATELY,DREYFUS PREMIER GNMA FUND, INC.,C/O STANDISH MELLON ASSET MANAGEMENT,MELLON FINANCIAL CTR - 1 BOSTON PL STE 3100, BOSTON, MA 02108-4408 |
| DREYFUS 3511/DREYFUS BASICUS MTG. SEC. FUND | ATTN:JOSEPH GATELY,DREYFUS BASIC US MORTGAGE SECURITIES FUND,C/O STANDISH MELLON ASSET MANAGEMENT,MELLON FINANCIAL CTR - 1 BOSTON PL STE 3100, BOSTON, MA 02108-4408 |
| DREYFUS 3522/DREYFUS PREMIERBALANCED FUND | ATTN:JOSEPH GATELY,DREYFUS PREMIER BALANCED FUND,C/O STANDISH MELLON ASSET MANAGEMENT,MELLON FINANCIAL CTR - 1 BOSTON PL STE 3100, BOSTON, MA 02108-4408 |
| DREYFUS 3523/DREYFUS | VARIABLE INV. QUALITY BD PORT.,200 PARK AVE,55TH, N.Y., NY 10166 |
| DREYFUS 3523/DREYFUS VARIABLEINV. QUALITY BD PORT. | ATTN:JOSEPH GATELY,DREYFUS VAR. INVESTMEMT FUND: QUALITY BOND PORT.,C/O STANDISH MELLON ASSET MANAGEMENT,MELLON FINANCIAL CTR - 1 BOSTON PL STE 3100, BOSTON, MA 02108-4408 |
| DREYFUS 3527/DREYFUS PREMIERSTRATEGIC INCOME FUND, | ATTN:JOSEPH GATELY,DREYFUS PREMIER STRATEGIC INCOME FUND,C/O STANDISH MELLON ASSET MANAGEMENT,MELLON FINANCIAL CTR - 1 BOSTON PL STE 3100, BOSTON, MA 02108-4408 |
| DREYFUS 6009/DREYFUS PREMIERLTD TERM INCOME FUND, | ATTN:JOSEPH GATELY,DREYFUS PREMIER LTD TERM INCOME FUND,C/O STANDISH MELLON ASSET MANAGEMENT,MELLON FINANCIAL CTR - 1 BOSTON PL STE 3100, BOSTON, MA 02108-4408 |
| DTE ENERGY TRADING, INC. | 2000 2ND AVENUE, DETROIT, MI 48226 |
| DUBAI HOLDING COMM OPERAT | ATTN:DUBAI HOLDINGS,DUBAI HOLDINGS,PO. BOX 66000, DUBAI,   UNITED ARAB EMIRATES |
| DUET ASSET MANAGEMENT LTD | A/C DUET GLOBAL MACRO MASTER,27 HILL STREET, LONDON,  W1J 5LP UNITED KINGDOM |
| DUNWOODY VILLAGE INC | ATTN:ROBERT SUPPER, SENIOR VICE PRESIDENT,3550 W CHESTER PIKE, NEWTON SQUARE, PA 19073-4168 |
| DUQUESNE POWER, LL C (EEI) | 411 SEVENTH AVENUE,MAIL DROP: 15-455, PITTSBURGH, PA 15219 |
| DWIGHT INTERMEDIATE CORE PLU S MASTER FUND LLC | 100 BANK ST, BURLINGTON, VT 05401 |
| DWS HIGH INCOME FUND | 150 S. INDEPENDENCE SQUARE WEST,SUITE 726, PHILADELPHIA, PA 19106 |
| DYNEGY POWER MARKETING INC | 1000 LOUISIANA ST,SUITE 5800, HOUSTON, TX 77002 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, | ATTN:HAFI/8049,D-60265 FRANKFURT AM MAIN,FEDERAL REPUBLIC OF GERMANY, , GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, | 46 BOCHENHEIMER ANLAGE, FRANKFURT,  60322 GERMANY |
| DZ BANK AG DEUTSCHE | C/O DG BANK DEUTSCHE GENOSSENSCHAFTSBANK, LONDON,BRANCH, LONDON,  EC2M 4XX |

| Claim Name | Address Information |
| --- | --- |
| ZENTRAL-GENOSSENSCHAFTSBANK, | UNITED KINGDOM |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, | C/O DZ BANK AG,NEW YORK BRANCH,609 FIFTH AVENUE, NEW YORK, NY 10017-1021 |
| DZ BANK IRELAND PLC | GUILD HOUSE,GUILD STREET, DUBLIN,   IRELAND |
| DZ BANK IRELAND PLC | ATTN:DERIVATIVE OPERATIONS,TRADE CENTRE, ISFC, DUBLIN,   1 IRELAND |
| DZ BANK IRELAND PLC | GUILD HOUSE,GUILD STREET,L.F.S.C., DUBLIN,   1 IRELAND |
| DZ BANK IRELAND PLC | C/O DZ BANK AG, NEW YORK BRANCH,DEPT HEAD COMPLIANCE, LEGAL & SECURITY,609 5TH AVE, NEW YORK, NY 10017-1021 |
| E*TRADE BANK | ATTN:FORREST KOBAYSHI,TELEBANK,1111 NORTH HIGHLAND STREET, ARLINGTON, VA 22201 |
| E*TRADE BANK | 1111 NORTH HIGHLAND ST, ARLINGTON, VA 22201 |
| E-CAPITAL PROFITS LIMITED | ATTN:MR. IP TAK CHUEN, EDMOND,E-CAPITAL PROFITS LIMITED,C/O 7TH FLOOR, CHEUNG KONG CENTER,2 QUEEN#APPOSS ROAD CENTRAL,  ,   HONG KONG |
| E.ON AG | BENNIGSENPLAZ 1, DUSSELDORF,   40474 GERMANY |
| EAGLE I CBO LTD | C/O QSPV LIMITED,QUEENSGATE HOUSE,SOUTH CHURCH STREET,P.O. BOX 1093GT, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| EAGLE I CBO LTD | C/O FEDERATED INVESTMENT COUNSELING,ATTN: MR. JAMIE DAVIS,FEDERATED INVESTORS TOWER, PITTSBURGH, PA 15222 |
| EAGLEROCK INSTITUTIONAL PARTNERS, LP | ATTN:JOHN PETROZZI,EAGLEROCK INSTITUTIONAL PARTNERS, LP,C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C.,551 FIFTH AVENUE, 34TH STREET, NEW YORK, NY 10176 |
| EAGLEROCK MASTER FUND LP | 24 WEST 40TH ST, NY, NY 10018 |
| EAGLEROCK MASTER FUND LP | ATTN:JOHN PETROZZI,EAGLEROCK MASTER FUND, LP,C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C.,551 FIFTH AVENUE, 34TH STREET, NEW YORK, NY 10176 |
| EAST BAY MUNICIPAL UTILITY DISTRICT | 375 ELEVENTH STREET, OAKLAND, CA 94607-4240 |
| EASTERN MAINE HEALTHCARE | C/O SCOTT D. SMITH,452 FIFTH AVENUE, 25TH FLOOR, NEW YORK, NY 10018 |
| EASTERN MAINE HEALTHCARE | ATTN:DANIEL B. COFFEY, CFO,489 STATE STREET, BANGOR, ME 04402 |
| EATON VANCE ARIZONA MUNICIPALSFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE ARKANSAS MUNCIPALSFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE CALIFORNIA MUNICIPALS FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE CALIFORNIA MUNICIPINCOME TRUST | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE FLORIDA INSUREDMUNICIPALS FUN | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE FLORIDA MUNICIPALSFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE GEORGIA MUNICIPALSFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE HAWAII MUNICIPALSFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE HIGH YIELD MUNICIPFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED CALIFORNIAMUNICIPAL BOND FUND, | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED FLORIDAMUNICIPAL BOND FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED MASSMUNI BOND FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED MICHIGANMUNICIPAL BOND FUND, | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED MUNICIPALBOND FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE |

| Claim Name | Address Information |
|---|---|
| EATON VANCE INSURED MUNICIPALBOND FUND | STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED MUNICIPALBOND FUND II | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED NEW JERSEYMUNICIPAL BOND FUND, | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED NEW YORKMUNICIPAL BOND FUND II | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED NEW YORKMUNICIPAL BOND FUND, | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED OHIO MUNICIPAL BOND FUND | 24 FEDERAL STREET, BOSTON, MA 02111 |
| EATON VANCE INSURED OHIOMUNICIPAL BOND FUND | ATTN:DEIDRE E. WALSH, EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE INSURED PENNSYLVANMUNI BOND FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE KANSAS MUNICIPALSFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE LOUISIANA MUNICIPAFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE MANAGEMENT INCA/C HIGH INCOME PORTFOLI | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE MANAGEMENT INCA/C INCOME FUND BOSTON, | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE MARYLAND MUNCIPALSFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE MASSACHUSETTS MUNICIPALS FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE MASSACHUSETTSMUNICIPAL INCOME TRUST, | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE MINNESOTA MUNICIPAFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE MISSISSIPPI MUNICIPALS FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE MISSOURI MUNICIPALFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE NATIONAL MUNICIPALFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE NEW JERSEY MUNICIPALS FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE NEW JERSEY MUNICIPINCOME TRUST | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE NEW YORK MUNICIPALFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE NORTH CAROLINAMUNICIPALS FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE OHIO MUNICIPALINCOME TRUST | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE OREGON MUNICIPALSFUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE PENNSYLVANIA MUNICIPALS FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE RHODE ISLAND FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |

| Claim Name | Address Information |
|---|---|
| EATON VANCE SOUTH CAROLINAMUNICIPALS FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE TENNESSEEMUNICIPAL FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EATON VANCE WEST VIRGINIA MUNICIPALS FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EBAY INC. | 2145 HAMILTON AVE, SAN JOSE, CA 95125 |
| ECM REAL ESTATE INVEST AG | 13 RUE VIVIENNE, PARIS,  75002 FRANCE |
| ECO MASTER FUND LIMITED | ATTN:STEPHANIE CELI,ECO MASTER FUND LIMITED,C/O ECO MANAGEMENT, L.P.,320 PARK AVENUE, 9TH FLOOR, NEW YORK, NY 10022 |
| ECO MASTER FUND LIMITED | 320 PARK AVE, NEW YORK, NY 10022 |
| ED AGOSTINI LIVING TRUST DTD5/12/2000 | ATTN:ROBERT A SCHOELLHORN,20 SUTTON PLACE SOUTH,#7D, NEW YORK, NY 10022 |
| EDISON MISSION MARKET ING & TRADING INC. (ISDA), | 160 FEDERAL STREET,4TH FLOOR, BOSTON, MA 02110 |
| EDWARD & SYLVIA AGOSTINI JTWROS | ATTN:EDWARD J. AGOSTINI & SYLVIA AGOSTINI,20 SUTTON PL S,#7D, NEW YORK, NY 10022 |
| EFG BANK | ATTN:FX-DEPT,EFG PRIVATE BANK S.A.,24, QUAI DU SEUJET,CH-1211 GENEVA 2, , SWITZERLAND |
| EFG BANK | ATTN:DOCUMENTATION MANAGER,EFG PRIVATE BANK S.A.,BAHNHOFSTRASSE 16, ZURICH, 8021 SWITZERLAND |
| EFG BANK | C/O EFG PRIVATE BANK LIMITED,HAX HILL 12, LONDON,  W1J 6DW UNITED KINGDOM |
| EFG EUROBANK ERGASIAS SA | A/C EFG EUROBANK ERG LONDON,8 OTHONOS STR, ATHENS,  105 57 GREECE |
| EFS-AGIC MASTER BUSINESS TRUST SERIES 2 | ATTN:CHIEF RISK OFFICER,EFS-AGIC MASTER BUSINESS TRUST,C/O ASSET GUARANTY INSURANCE COMPANY,355 MADISON AVENUE, NEW YORK, NY 10017 |
| EFS-AGIC MASTER BUSINESS TRUST SERIES 2 | C/O ASSET GUARANTY INSURANCE COMPANY,335 MADISON AVENUE,ATTN: CHIEF LEGAL OFFICER, NEW YORK, NY 10017 |
| EFS-AGIC MASTER BUSINESS TRUST SERIES 2 | EFS-AGIC MASTER BUSINESS TRUST,C/O WILMINGTON TRUST COMPANY, RODNEY SQUARE N,1100 N MARKET ST, WILMINGTON, DE 19890-0001 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN:ISSUER SERVICES,C/O HSBC BANK USA,140 BROADWAY, NEW YORK, NY 10005 |
| EIDESIS SYNTH OPP MGM | EI DESIS SYNTHETIC OP FD LTD,1166 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| EKSPORTFINANS ASA | ATTN:TREASURY DEPARTMENT,A/S EXPORTFINANS,DRONNING MAUDSGATE 15,N-0250, OSLO, NORWAY |
| EKSPORTFINANS ASA | C/O THE DEPUTY TRADE COMMISSION OF NORWAY,800 3RD AVE, NEW YORK, NY 10022 |
| EL CENTRO DEL BARRIO | ATTN:CHIEF FINANCIAL OFFICER,2300 W. COMMERCE, SAN ANTONIO, TX 78207 |
| EL PASO ELECTRIC COMP ANY INC. (WSPP) | 1001 LOUISIANA ST., HOUSTEN, TX 77002 |
| ELECTRABEL SA(EFET POWER) | BOULEVARD DU REGENT 8, BRUSSELS,  1000 BELGIUM |
| ELECTRICITE DE FRANCE | ATTN:DIRECTION FINANCIERE M. LE CHEF DU SERVICE,FINANCEMENT TRESORERIE, PARIS, 7508 FRANCE |
| ELECTRICITE DE FRANCE | C/O CT CORPORATION SYSTEM,1633 BROADWAY, NEW YORK, NY 10019 |
| ELLINGTON MGMT GROUP LLC A/C CRESCENT II FUND LP, | 53 FOREST AVE, OLD GREENWICH, CT 06870 |
| ELLIOTT INTERNATIONAL L.P. | 230 FOUNTAIN SQUARE, BLOOMINGTON, IN 47402 |
| EMBARCADERO AIRCRAFT SECURITIZATION TRUST | ATTN:ADMINISTRATION CORPORATE TRUST,C/O WILMINGTON TRUST COMPANY,1100 NORTH MARKET STREET,RODNEY SQUARE NORTH, WILMINGTON, DE 19890 |
| EMF -NL 2008-1 | EMF-NL 2008-1 B.V., FREDERIK ROEKESTRAAT 123I, AMSTERDAM,  1076EE NETHERLANDS |
| EMF -NL 2008-1 | C/O LAW DEBENTURE CORPORATE SERVICES LTD,5TH FL,100 WOOD ST., LONDON,  EC2V 7EX UNITED KINGDOM |
| EMF -NL 2008-1 | C/O ELQ HYPOTHEKEN,WEERENWEG 29,1161 AG ZWANENBURG,ATTN FINANCE DIRECTOR, |
| EMF-UK 2008-1 PLC | ATTN:HEAD OF FINANCE,C/O CAPSTONE (TREASURY),6 BROADGATE, LONDON,  EC2M 2QS UNITED KINGDOM |
| EMIGRANT SAVINGS BANK | ATTN:GEORGE DICKSON,EMIGRANT SAVINGS BANK,5 EAST 42ND STREET, NEW YORK, NY 10017 |

| Claim Name | Address Information |
|---|---|
| EMPIRE TOWERS I LLC | 3633 INLAND EMPIRE BLVD, ONTARIO, CA 91764 |
| EMPLOYERS REASSURANCE CORPORATION | C/O GENERAL ELECTRIC CAPITAL,260 LONG RIDGE ROAD, STAMFORD, CT 06927 |
| EMPLOYERS REINSURANCE CORPORATION | C/O GENERAL ELECTRIC CAPITAL CORPORATION,260 LONG RIDGE ROAD, STAMFORD, CT 06927 |
| EMPYREAN/EMPYREAN CAPITAL FUND LP | ATTN:TONY HYNES,C/O EMPYREAN CAPITAL PARTNERS LP,10250 CONSTELLATION BOULEVARD, STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN/EMPYREAN CAPITAL FUND LP | C/O EMPYREAN CAPITAL PARTNERS LP,10250 CONSTELLATION BOULEVARD,SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN/EMPYREAN CAPITAL OVERSEAS FUND LTD | ATTN:TONY HYNES,C/O EMPYREAN CAPITAL PARTNERS LP,10250 CONSTELLATION BOULEVARD, STE 2950, LOS ANGELES, CA 90067 |
| EMRO FINANCE IRELAND LTD | ATTN:MR. PAOLO ZANNI,AIB INTERNATIONAL CENTRE,WEST BLOCK,IFSC, DUBLIN,  1 IRELAND |
| EMRO FINANCE IRELAND LTD | C/O SINTESI 2000 SRL,UK REPRESENTATIVE OFFICE,3 ST. HELENS PLACE,BISHOPSGATE, LONDON,  EC3A 6AB UNITED KINGDOM |
| ENCANA CORPORATION | 1800 855 2ND ST SW,PO BOX 2850, CALGARY,  T2P 2S5 CANADA |
| ENCORE FUND, L.P. | ATTN:ANGELA MCKILLEN,SOPRANO FUND,C/O SYNPHONY ASSET MANAGEMENT, LLC,555 CALIFORNIA STREET, SUITE 2975, SAN FRANCISCO, CA 94104 |
| ENEL SPA | ATTN:CORPORATE AMMINISTRAZIONE, FINANZE E,CONTROLLO/OMF,VIALE REGINA MARGHERITA, 137, ROME,  198 ITALY |
| ENEL SPA | VIA G. CARDUCCI 1/3, MILAN,  20123 ITALY |
| ENEL SPA | C/O FLEETSIDE LEGAL REPRESENTATIVE SERVICE LTD.,9 CHEAPSIDE, LONDON,  EC2V 6AD UNITED KINGDOM |
| ENEL TRADE SPA | VIALE REGINA MARGHERITA, ROMA,  198 ITALY |
| ENERGY XXI GULF COAST INC. | 1021 MAIN,SUITE 2626, HOUSTON, TX 77002 |
| ENHANCED MORTGAGE-BACKED SECURITIES FUND III LTD., | ATTN:AL COMPTON,ENHANCED MORTGAGE-BACKED SECURITIES FUND V LTD,C/O BABSON CAPITAL MANAGEMENT LLC,1500 MAIN STREET, STE 1000, SPRINGFIELD, MA 01115 |
| ENHANCED MORTGAGE-BACKED SECURITIES FUND IV LTD., | ATTN:AL COMPTON,ENHANCED MORTGAGE-BACKED SECURITIES FUND V LTD,C/O BABSON CAPITAL MANAGEMENT LLC,1500 MAIN STREET, STE 1000, SPRINGFIELD, MA 01115 |
| ENHANCED MORTGAGE-BACKED SECURITIES FUND V LTD | ENHANCED MORTGAGE-BACKED SECURITIES FUND V LIMITED,C/O BABSON CAPITAL MANAGEMENT LLC,1500 MAIN STREET, SUITE 1000, SPRINGFIELD, MA 01115 |
| ENI SPA | ATTN:DR. ROBERTO COLACCHIA, DIRECTOR OF TREASURY,SOCIETA FINANZIARIA ENI SPA,C/O ENIFIN SPA,VIA EMILIA 1,20097 SAN DONATO, MILANESE,   ITALY |
| ENI SPA | C/O AGIP USA INC.,110 EAST 59 STREET, NEW YORK, NY 10022 |
| ENSIGN PEAK ADVISORS, INC. | ATTN:LARRY STAY,ENSIGN PEAK ADVISORS, INC.,50 NORTH TEMPLE, SALT LAKE CITY, UT 84150 |
| ENSIGN PEAK ADVISORS, INC. | 50 E. NORTH TEMPLE ST.,15TH FLOOR, SALT LAKE CITY, UT 84150 |
| ENTERPRISE PRODUCTS OPERATING L.P. | ATTN:TREASURER,ENTERPRISE PRODUCTS OPERATING L.L.C.,2727 NORTH LOOP WEST 7TH FLOOR, HOUSTON, TX 77008 |
| EOC CORP VI | ATTN:EVAN ARROWSMITH,EOC CORP VI,HARBORSIDE FINANCIAL CENTER PLAZA V,SUITE 2320, JERSEY CITY, NJ 07311 |
| EOP CHARLOTTE JW, LLC | ATTN:CHIEF FINANCIAL OFFICER,C/O AMERICAN HOUSING FOUNDATION,1800 SOUTH WASHINGTON,NO. 311, AMARILLO, TX 79102 |
| EPCO HOLDINGS INC | ATTN:TREASURER,EPCO HOLDINGS, INC.,1100 LOUISIANA STREET, HOUSTON, TX 77002-5227 |
| ERSTE BANK DER OSTERREICHISCHEN SPARKASSEN AG. | BÖRSEGASSE 14, VIENNA,  1010 AUSTRIA |
| ERSTE BANK HUNGARY RT | NEPFURDO UTCA 24-26, BUDAPEST,  1138 HUNGARY |
| ERSTE EUROPAISCHE PFANDBRIEF-UND | ATTN:BACK OFFICE,ERSTE EUROPAISCHE PFANDBRIEF- UND,KOMMUNALKREDITBANK AG,25 RUE EDWARD STEICHEN, ,  L-2540 LUXEMBOURG |
| ESKATON PROPERTIES, INCORPORATED | C/O SWAP INSURER,140 BROADWAY, 47TH FLOOR, NEW YORK, NY 10005 |
| ESKATON PROPERTIES, INCORPORATED | C/O CAIN BROTHERS & CO., LLC,55 BRENDON WAY,SUITE 500,ATTN: SCOTT D. SMITH, ZIONSVILLE, IN 46077 |

| Claim Name | Address Information |
|---|---|
| ESKATON PROPERTIES, INCORPORATED | ATTN:CHIEF FINANCIAL OFFICER,5105 MANZANITA AVENUE, CARMICHAEL, CA 95608 |
| ESSENT TRADING INTER NATIONAL SA | 14 RUE GLACIS DE RIVE, GENEVA,  1207 UNITED KINGDOM |
| ETHIAS VIE | RUE DES CROISIERS 24, LIEGE,  4000 BELGIUM |
| ETON PARK FUND LP | 1 CONNAUGHT ROAD,SUITES 3205-07, AIG TOWER,   HONG KONG |
| EURIZONVITA SPA | PIAZZA CADORNA 5, MILAN,  20121 ITALY |
| EUROPE ARAB BANK PLC | 13-15 MOORGATE, LONDON,  EC2R 6AD UNITED KINGDOM |
| EUROPE ARAB BANK PLC | ATTN:DOCUMENTATION GROUP,520 MADISON AVENUE, NEW YORK, NY 10022 |
| EUROPEAN BANK FOR RECONSTRUCTION AND DEVELOPMENT, | 1 EXCHANGE SQUARE, LONDON,  EC2A 2JN UNITED KINGDOM |
| EUROSAIL -NL 2007-2 BV | FREDERIK ROEKESTRAAT 123I, AMSTERDAM,  1076EE NETHERLANDS |
| EUROSAIL -NL 2007-2 BV | C/O ELQ HYPOTHEKEN,WEERENWEG 29,ATTN FINANCE DIRECTOR,1161 AG ZWANENBURG, |
| EUROSAIL 2006-1 PLC | ATTN:HEAD OF LEGAL,C/O CAPSTONE MORTGAGE SERVICES LIMITED,1ST FLOOR, 6 BROADGATE, LONDON,  EC2M 2QS UNITED KINGDOM |
| EUROSAIL 2006-3NC PLC | ATTN:HEAD OF LEGAL,C/O CAPSTONE,6 BROADGATE, LONDON,  EC2M 2QS UNITED KINGDOM |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN:DOCUMEMTATION MANAGER,LEHMAN BROTHERS SPECIAL FINANCING INC.,C/O LEHMAN BROTHERS INC,CAPITAL MARKETS - CONTRACTS - LEGAL,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| EUROSAIL UK 2007 5NP PLC | ATTN:HEAD OF FINANCE,C/O CAPSTONE (TREASURY),6 BROADGATE, LONDON,  EC2M 2QS UNITED KINGDOM |
| EUROSAIL UK 2007 6NC PLC | ATTN:DOCUMENTATION - LEGAL, COMPLIANCE & AUDIT,LEHMAN BROTHERS SPECIAL FINANCING INC,C/O LEHMAN BROTHERS INC (CMC-LEGAL),745 7TH AVE, NEW YORK, NY 10019 |
| EUROSAIL-NL 2007-1 B.V. | FREDERIK ROEKESTRAAT 123I, AMSTERDAM,  1076EE NETHERLANDS |
| EUROSAIL-NL 2007-1 B.V. | C/O ELQ HYPOTHEKEN,WEERENWEG 29,ATTN FINANCE DIRECTOR,1161 AG ZWANENBURG, |
| EUROSAIL-UK 2007-1NC PLC | ATTN:HEAD OF FINANCE,C/O CAPSTONE (TREASURY),6 BROADGATE, LONDON,  EC2M 2QS UNITED KINGDOM |
| EUROSAIL-UK 2007-2NP PLC | ATTN:JOSEPH POLIZZOTTO,LEHMAN BROTHERS SPECIAL FINANCING INC.,TRANSACTION MANAGEMENT,399 PARK AVENUE, 15TH FLOOR, NEW YORK, NY 10022-4679 |
| EUROSAIL-UK 2007-3BL PLC | ATTN:JOSEPH POLIZZAOTTO,LEHMAN BROTHERS SPECIAL FINANCING INC,TRANSACTION MANAGEMENT,399 PARK AVENUE, 15TH FLOOR, NEW YORK, NY 10022 4679 |
| EUROSAIL-UK 2007-4BL PLC | ATTN:JOSEPH POLIZZOTTO,LEHMAN BROTHERS SPECIAL FINANCING, INC.,TRANSACTION MANAGEMENT,399 PARK AVENUE, 15TH FLOOR, NEW YORK, NY 10022-4679 |
| EV AMT-FREE MBF (EVMFT) | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EV FLORIDA MUNI INCOME TR | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EV MUNI INCOME TRUST | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EV NY MUNI INCOME TRUST | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EV PA MUNI INCOME TRUST | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EV VIRGINIA MUNI FUND | ATTN:DEIDRE E. WALSH,EATON VANCE MANAGEMENT,THE EATON VANCE BUILDING,255 STATE STREET, BOSTON, MA 02109 |
| EVERGREEN ASSET MGMT CORP A/C DURATION TRUST | 1 FIRST UNION CENTER,DC-8-FNDS,301 SOUTH COLLEGE STREET, CHARLOTTE, NC 28288-0600 |
| EVERGREEN ASSET MGMT CORPA/C DURATION TRUST | ATTN:KEVIN J. OUELLETTE,EVERGREEN INVESTMENT MANAGEMENT TRUST,C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC,200 BERKELEY ST, BOSTON, MA 02116 |
| EVERGREEN MARINE CORP (TAIWAN)LTD. | ATTN:FINANCE DEPT., FINANCE DIVISION,NO. 166, SEC. 2, MINSHENG EAST ROAD,TAIPEI, ,   TAIWAN |
| EVERGREEN MARINE CORP (TAIWAN)LTD. | NO 163 SEC 1,HSIN-NAN ROAD, |
| EVERGREEN SELECT HIGH YIELD BOND FUND | 100 NORTH MAIN STREET, WINSTON SALEM, NC 28288 |

| Claim Name | Address Information |
|---|---|
| EXANE DERIVATIVES | 16 AVENUE MATIGNON, PARIS,  75008 FRANCE |
| EXCALIBUR FUNDING NO 1 PLC | ATTN:DIRECTORS,C/O WILMINGTON TRUST SP SECURITIES (LONDON) LTD,5TH FL,6 BROAD ST PL, LONDON,  EC2M 7JH UNITED KINGDOM |
| EXELON GENERATIO N COMPANY LLC | 300 EXELON WAY, KENNETT SQUARE, PA 19348 |
| EXETER HOSPITAL, INC. AND EXETER HEALTHCARE, INC., | ATTN:KEVIN J. O#APPOSLEARY,EXETER HOSPITAL INC. & EXETER HEALTHCARE INC.,5 ALUMNI DR, EXETER, NH 03833 |
| EXPEDIA GLOBAL, LLC | ATTN:TREASURER,IAC GLOBAL LLC, CLO EXPEDIA INC.,3150 139TH AVENUE S. E., BELLEVUE, WA 98005 |
| EXPORT-IMPORT BNK OF CHINA | ATTN:MR. WANG HONGWEI, ASST. GENL MANAGER,THE EXPORT-IMPORT BANK OF CHINA,NO. 77 BEIHEYAN STREET, DONGCHENG DISTRICT, BEIJING,  100009 CHINA |
| EXPORT-IMPORT BNK OF CHINA | NO. 77 BEIHEYAN STREET,DONGCHENG DISTRICT, |
| EXUM RIDGE 2006-2, LTD. | ATTN:THE DIRECTORS,EXUM RIDGE CBO 2006-1, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GRAND CAYMAN,  CAYMAN ISLANDS, BWI |
| EXUM RIDGE CBO 2006-1, LTD. | ATTN:THE DIRECTORS,EXUM RIDGE CBO 2006-1, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GRAND CAYMAN,  CAYMAN ISLANDS, BWI |
| EXUM RIDGE CBO 2006-4 LTD | ATTN:THE DIRECTORS,EXUM RIDGE CBO 2006-1, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GRAND CAYMAN,  CAYMAN ISLANDS, BWI |
| EXUM RIDGE CBO 2006-5, LTD. | ATTN:THE DIRECTORS,EXUM RIDGE CBO 2006-5, LTD. C/O MAPLES FINANCE LTD,P.O. BOX 1093GT,QUEENSGATE HOUSE,S CHURCH ST, GRAND CAYMAN,  CAYMAN ISLANDS, BWI |
| EXUM RIDGE CBO 2007-1, LTD | ATTN:THE DIRECTORS,EXUM RIDGE CBO 2007-1, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN,  CAYMAN ISLANDS, BWI |
| EXUM RIDGE CBO 2007-2 | ATTN:THE DIRECTORS,EXUM RIDGE CBO 2007-2, LIMITED,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN, CAYMAN ISLANDS, BWI |
| F.F. THOMPSON HEALTH SYSTEM | C/O CAIN BROTHERS & CO., LLC,452 FIFTH AVENUE, 25TH FLOOR,ATTN: DERIVATIVE OPERATIONS, NEW YORK, NY 10018 |
| F.F. THOMPSON HEALTH SYSTEM | ATTN:CHIEF FINANCIAL OFFICER,C/O FREDERICK FERRIS THOMPSON HOSPITAL,350 PARRISH STREET, CANANDAIGUA, NY 14424 |
| F1632/ FIDELITY CORPORATEBOND 1-5 YR CENTRAL FUND, | ATTN:ASSISTANT TREASURER,1 SPARTAN WAY (TS2C), MERRIMACK, NH 03054 |
| F1634/FIDELITY MOTGAGE BACKEDSECURITIES CENTRAL FU | ATTN:ASSISTANT TREASURER,1 SPARTAN WAY (TS2C), MERRIMACK, NH 03054 |
| F25053/FIDELITY BALANCED FUN D - HIGH GRADE SUB, | 1 FEDERAL STREET, BOSTON, MA 02110 |
| FAIRFAX FINANCIAL HOLDINGS | ATTN:PAUL RIVETT,FAIRFAX FINANCIAL HOLDINGS LIMITED,95 WELLINGTON STREET WEST, SUITE 800, TORONTO, ON M5J 2N7 CA |
| FAIRFAX INTERNATIONAL INVESTMENTS LTD. | C/O DUNDEE LEEDS MANAGEMENT SERVICES (CAYMAN) LTD.,WATERFRONT CENTRE, 2ND FL,28 N CHURCH ST,P.O. BOX 2506 GT, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS, BWI |
| FAIRFIED TIMBERLEAF, L.P. | 1550 VALLEY GLEN DR. #217, DIXON, CA 95620 |
| FAIRFIELD FAIRWAY GLEN LLC | 448 TOYON AVE, SAN JOSE, CA 95127 |
| FAIRWAY FINANCE COMPANY, LLC | ATTN:JILL GORDON / ORLANDO FIGUEROA,FAIRWAY FINANCE COMPANY, LLC,C/O LORD SECURITIES CORPORATION,48 WALL STREET, 27TH FLOOR, NEW YORK, NY 10005 |
| FAITH BAPTIST CHURCH | ATTN:JASON HUME,FAITH PROPERTIES INC.,5526 STATE ROAD 26 EAST, LAFAYETTE, IN 47905 |
| FANEIUL HALL MARKETPLACE, LLC | FANEUIL HALL MARKETPLACE,4 SOUTH MARKET BUILDING,5TH FLOOR, BOSTON, MA 02109 |
| FARM BUREAU LIFE INSURANCE COMPANY | ATTN:DAY CATHY,FARM BUREAU,5400 UNIVERSITY AVE, WDM, IA 50266 |
| FARM BUREAU LIFE INSURANCE COMPANY | 5400 UNIVERSITY AVE, WEST DES MOINES, IA 50266 |
| FBE LIMITED | 111 BROADWAY, NEW YORK, NY 10006 |

| Claim Name | Address Information |
|---|---|
| FCE BANK PLC | FORD MOTOR CREDIT COMPANY,PO BOX 1732, DEARBORN, MI 48121-1732 |
| FCOF SECURITIES LTD | 100 MULBERRY STREET,TWO GATEWAY CENTER  6TH FLOOR, NEWARK, NJ 07102 |
| FEDERAL HOME LIFE INSURANCE COMPANY | C/O GENERAL ELECTRIC CAPITAL CORPORATION,260 LONG RIDGE ROAD, STAMFORD, CT 06927 |
| FEDERAL HOME LIFE INSURANCE COMPANY | GE FINANCIAL ASSURANCE HOLDINGS,ATTN: SENIOR VICE PRESIDENT, CORPORATE TREASURY AN,C/O GENERAL ELECTRIC CAPITAL CORPORATION,260 LONG RIDGE ROAD, STAMFORD, CT 06927 |
| FEDERAL HOME LOAN BANK BOSTON A/C FHLB BOSTON | 1 FINANCIAL CENTER,20TH FLOOR, BOSTON, MA 02111 |
| FEDERAL HOME LOAN BANK CHICAGO | 111 E. WACKER DRIVE, CHICAGO, IL 60601 |
| FEDERAL HOME LOAN BANK OF ATLANTA | ATTN:ACCOUNTING OPERATIONS,FEDERAL HOME LOAN BANK OF ATLANTA,1475 PEACHTREE STREET, NE, ATLANTA, GA 30309 |
| FEDERAL HOME LOAN BANK OF NEWYORK | ATTN: CCO,101 PARK AVENUE, NEW YORK, NY 10178-0599 |
| FEDERAL HOME LOAN BANK OF PITTSBURGH | ATTN:FHLB OF PITTSBURGH,601 GRANT STREET, PITTSBURGH, PA 15219-4455 |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO | 415-616-2520, SAN FRANCISCO, CA 94108 |
| FEDERAL HOME LOAN BANK OF SANFRANCISCO | ATTN:TREASURER,600 CALIFORNIA STREET,P.O. BOX 7948, SAN FRANCISCO, CA 94108 |
| FEDERAL HOME LOAN BANK OF SEATTLE | ATTN:TREASURER,1501 FOURTH AVENUE,SUITE 1800, SEATTLE, WA 98101-1693 |
| FEDERAL HOME LOAN BANK OF TOPEKA | ATTN:FUNDING MANAGER,ONE SECURITY BENEFIT PLACE,SUITE 100,P.O. BOX 176, TOPEKA, KS 66603 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | 11921 FREEDOM DR., RESTON, VA 20190 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | 13100 WORLDGATE DRIVE, HERNDON, VA 20170 |
| FEDERATED ULTRASHORT BOND FD | @ 45TH STREET,SUITE 3700, NEW YORK, NY 10017 |
| FEDERATION A2 2007-1 | SPRCL SPC FOR SERIES 2007-1 FEDERATIONA-2,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT, QUEENSGATE HOUSE,S CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,    CAYMAN ISLANDS, BWI |
| FERRERO TRADING LUX SA | ATTN:TREASURY DEPARTMENT,6E ROUTE DE TREVES,L-2633 SENNINGERBERG, , LUXEMBOURG |
| FERRERO TRADING LUX SA | C/O FERRERO UK LTD,9-11 AWBERRY COURT,HATTERS LANE,CROXLEY BUSINESS PARK, WATFORD,   WD18 8PA UNITED KINGDOM |
| FIDELITY MGMT & RSCH COA/C PYRAMIS BROAD MKT DURAT | ATTN:JOHN P. O'REILLY,82 DEVONSHIRE STREET (V5B), BOSTON, MA 02109 |
| FIDELITY MGMT & RSCH COA/C PYRAMIS SHORT DUR COM P | ATTN:JOHN P. O'REILLY,82 DEVONSHIRE STREET (V5B), BOSTON, MA 02109 |
| FIDELITY MGMT & RSCH COT8249/PYRAMIS INTERM. DUR., | ATTN:JOHN P. O'REILLY,82 DEVONSHIRE STREET (V5B), BOSTON, MA 02109 |
| FIFTH THIRD BANK | 111 LYON NW,2ND FL MONROE BUILDING, GRAND RAPIDS, MI 49503 |
| FIMAT ALTERNATIVE STRATEGIES,INC. | ATTN:GENERAL COUNSEL & MANAGING DIRECTOR,FINANCIAL PRODUCTS & SERVICES, NEW YORK, NY 10111 |
| FINANSBANK AS | BUYUKDERE CADDESUI 129,MEDICIYKOY, ISTANBUL,  TR80300 TURKEY |
| FINANZMINISTERIUM LAND NORDRHEIN WESTALEN | VERTRETEN DURCH DAS FINANZMINISTERIUM DES LANDES,NORDRHEIN- W FALEN,40479 DUSSELDORF, ,   GERMANY |
| FINECO BANK SPA | PIAZZA DURANTE 11, MILAN,   20121 ITALY |
| FINECO SGIIC A/C FON FINECO OPTIMUM, FI | IBANEZ DE BILBAO, |
| FINISTERRE GLOBAL OPPORTUNITY MASTER FUND | 1 ALBERMARLE ST, LONDON,  W1S 4HA UNITED KINGDOM |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, LP | 1500 SAN REMO AVENUE,SUITE 220, CORAL GABLES, FL 33133 |
| FIRST BANK | ATTN:FURMAN ED,11901 OLIVE, ST. LOUIS, MO 63141 |
| FIRST BANKING CENTER | ATTN:JIM SCHUSTER,FIRST BANKING CENTER,567 BROAD STREET,P.O. BOX 970, LAKE GENEVA, WI 53147 |
| FIRST COASTAL BANK | ATTN: DENNIS STEWART,C/O VIRGINIA BEACH FEDERAL SAVINGS BANK,2101 PARKS AVENUE, VIRGINIA BEACH, VA 23451 |

| Claim Name | Address Information |
|---|---|
| FIRST DATA CORPORATION | ATTN:GENERAL COUNSEL,FIRST DATA CORP.,2121 NORTH 117TH ST,NP-30, OMAHA, NE 68164-3600 |
| FIRST MERIT BANK NA | ATTN:MARK N. DUHAMEL,FIRST MERIT BANK,III CASCADE PLAZA 7TH FLOOR, AKRON, OH 44308 |
| FIRST MIDWEST BANK | ATTN:LAURA SCHULTZ,300 PARK BLVD., SUITE 400, ITTASCA, IL 60143 |
| FIRST PUERTO RIC0 TAX ADVTARGET MATURITY FND I | ATTN:FRANK SERRA, VP OPERATIONS,SANTANDER ASSET MANAGEMENT,1ST P.R. TAX-ADVANTAGED TARGT MAT. FUND I INC.,STE 1600, SANTADER TOWER, B-7 TABONUCO SREET, GUAYNABO, PR 00968-3028 |
| FIRST PUERTO RICO AAA TARGET MATURIT FUND II, INC. | 2 TRITON SQUARE,REGENT'S PLACE, LONDON,  NW1 3AN UNITED KINGDOM |
| FIRST PUERTO RICO AAATARGET MATURIT FUND II, INC., | ATTN:FRANK SERRA, VP OPERATIONS #AMPER,ADMINISTRATION,1ST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600,SANTANDER TOWER, B-7 TABONUCO ST., GUAYNABO, PR 00968-3028 |
| FIRST PUERTO RICO AAATARGET MATURITY FUND I, INC., | ATTN:FRANK SERRA, VP OPERATIONS #AMPER,ADMINISTRATION,1ST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600,SANTANDER TOWER, B-7 TABONUCO ST., GUAYNABO, PR 00968-3028 |
| FIRST PUERTO RICO TARGET MATURITY INCOME | ATTN:FRANK SERRA, VP OPERATIONS #AMPER,ADMINISTRATION,1ST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600,SANTANDER TOWER, B-7 TABONUCO ST., GUAYNABO, PR 00968-3028 |
| FIRST PUERTO RICO TARGETMATURITY INCOME OPPS FND I | ATTN:FRANK SERRA, VP OPERATIONS #AMPER,ADMINISTRATION,1ST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600,SANTANDER TOWER, B-7 TABONUCO ST., GUAYNABO, PR 00968-3028 |
| FIRST PUERTO RICO TAX ADVTARGET MATURITY FND II, | ATTN:FRANK SERRA, VP OPERATIONS #AMPER,ADMINISTRATION,1ST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600,SANTANDER TOWER, B-7 TABONUCO ST., GUAYNABO, PR 00968-3028 |
| FIRST PUERTO RICOTAX-EXEMPT FUND, INC. | ATTN:FRANK SERRA, VP OPERATIONS #AMPER,ADMINISTRATION,1ST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600,SANTANDER TOWER, B-7 TABONUCO ST., GUAYNABO, PR 00968-3028 |
| FIRST TENNESSEE BANK NA | 12150 MONUMENT PLACE,SUITE 300, FAIRFAX, VA 22033 |
| FIRST TENNESSEE BANK NA | ATTN:CAIN JOHN,4000 HORIZON WAY, IRVING, TX 75063 |
| FIRSTBANK OF PUERTO RICO | ATTN:OPERATIONS MANAGER,FIRSTBANK OF PUERTO RICO,TREASURY AND INVESTMENT DEPT,1519 PONCE DE LEON, STOP 23, SAN JUAN, PR 00908 |
| FIRSTENERGY CORP | ATTN:MATTHEW G. RICHLOVSKY,FIRSTENERGY CORP.,76 S. MAIN STREET, AKRON, OH 44308 |
| FIRSTENERGY CORP | 395 GHENT STREET, AKRON, OH 44333 |
| FISHERMAN'S LANDING ASSOCIATES | 1088 GRANADA BOULEVARD, ORMOND BEACH, FL 32174 |
| FLAC HOLDINGS LLC | ATTN:CHUCK RUSSELL,FLAC HOLDINGS LLC,700 STATE ROUTE 46 EAST, BATESVILLE, IN 47006 |
| FLATROCK TRUST | ATTN: CORPORATE TRUST DEPARTMENT,C/O MONTREAL TRUST COMPANY OF CANADA,100 UNIVERSITY AVE,9TH FLOOR, NORTH TOWER, TORONTO, ON M5J 2Y1 CANADA |
| FLATROCK TRUST | C/O THE BANK OF NOVA SCOTIA, LONDON BRANCH,33 FINSBURY SQUARE, LONDON EC2A 1BB,   UNITED KINGDOM |
| FLETCHER ALLEN HEALTH CARE, VERMONT | ATTN: CHRISTOPHER F. WEINHEIMER, SENIOR VICE,PRESIDENT, FINANCE,C/O MEDICAL CENTER HOSPITAL OF VERMONT,COLCHESTER AVENUE, BURLINGTON, VT 5401 |
| FLETCHER FIXED INCOME ALPHA FUND, LTD | 2 WETHERBY GARDENS, LONDON,  SW5 0JN UNITED KINGDOM |
| FLETCHER FIXED INCOME ALPHAFUND, LTD | ATTN: GENERAL COUNSEL - PETER ZAYFERT,FLETCHER FIXED INCOME ALPHA FUND, LTD.,C/O FLETCHER ASSET MANAGEMENT, INC.,48 WALL STREET, NEW YORK, NY 10005 |
| FLORIDA GULF COAST UNIVERSITY | ATTN: CURTIS BULLOCK,10501 FGCU BOULEVARD SOUTH, FORT MYERS, FL 33965-6565 |
| FLORIDA MUNICIPAL POWER AGENCY | ATTN: ASSISTANT GENERAL MANAGER, CFO AND RISK,MANAGER,FLORIDA MUNICIPAL POWER AGENCY,8553 COMMODITY CIRCLE, ORLANDO, FL 32819 |
| FLORIDA POWER & LIGHT CO MPANY | 700 UNIVERSE BLVD, JUNO BEACH, FL 33408 |
| FORD CREDIT AUTO OWNER TRUST2007-B | U.S. BANK TRUST N.A.,SEE AGMT, |
| FORD GLOBAL TREASURY, INC. | ATTN: DAVE COSPER,FORD MOTOR COMPANY,WORLD HEADQUARTERS, ONE AMERICAN ROAD, |

| Claim Name | Address Information |
|---|---|
| FORD GLOBAL TREASURY, INC. | DEARBORN, MI 48121 |
| FORD MOTOR CREDIT COMPANY | ATTN: ASSISTANT TREASURER,FORD MOTOR CREDIT COMPANY – TREASURER#APPOSS OFFIC,FORD MOTOR COMPANY, WORLD HEADQUARTERS,ONE AMERICAN ROAD, DEARBORN, MI 48126 |
| FORE RESEARCH AND MANAGEMENT,LP | /FORE CONVERTIBLE MASTER FUNDLTD,280 PARK AVE, NEW YORK, NY 10017 |
| FOREST CREEK APARTMENTS | 4000 FOREST CREEK LN, BILLINGSPORT, NJ 08066 |
| FOREST OAK APARTMENTS | 2408 FOREST OAKS LN, ARLINGTON, TX 76006 |
| FORSTAEDERNES BANK | KALVEBOD BRYGGE, COPENHAGEN,  1560 DENMARK |
| FORT WASHINGTON INV ADV A/C FT WASH ACTIVE FI LLC, | 221 E. FOURTH STREET,#300, CINCINNATI, OH 45202 |
| FORTIS BANK (NEDERLAND) N.V. | 63 MARKET STREET,#21-01, SINGAPORE,  48942 SINGAPORE |
| FORTIS BANK AS | YILDIZ POSTA CAD. 54 KAT 6 GAYRETTEPE, ISTANBUL,  34353 TURKEY |
| FORTIS BANK NV/SA | 20 RUE ROYALE, BRUSSELS,  1000 BELGIUM |
| FORTIS BANQUE LUXEMBOURG SA | 14 BANQUE ROYAL,BP 2221, LUXEMBOURG,  L 2449 LUXEMBOURG |
| FORTIS ENERGY MARKET ING & TRADING | 139 EAST FOURTH STREET, CINCINNATI, OH 45202 |
| FORTIS FAMGLOBTFX FAM FUND – ABSOLUTE | RETURN FX RE FORTIS INVESTMENT MGMT NV,1 BOULEVARD DU ROI ALBERT II, BRUSSELS, 1210 BELGIUM |
| FORTIS/CSA L BOND EMERGENT RESTRICTED | 135 SOUTH LASALLE STREET, CHICAGO, IL 60603 |
| FORTIS/CSA L COMMO DITY WORLD | 25 BEDFORD STREET, LONDON,  WC2E 9ES UNITED KINGDOM |
| FORTIS/CSA L COMMODITY WORLD | ATTN: LEGAL DDEPARTMENT – OTC TEAM,FORTIS INVESTMENT MANAGEMENT  BELGIUM N.V S.A,AVENUE DE#APPOSL ASTRONOMIE 14, BRUSSELS,  1210 BELGIUM |
| FORTIS/LUNIFBWOR01 FLF BD WORLD 2001 | 14 AVENUE DE L'ASTRONOMIE, BRUSSELS,  1210 BELGIUM |
| FORTISSIMO FUND | 555 CALFORNIA STREET,SUITE 2975, SAN FRANCISCO, CA 94104 |
| FORTISSIMO FUND | ATTN: MS. ANGELA MCKILLEN, DIRECTOR OF OPERATIONS,FORTISSIMO FUND,C/O SYMPHONY ASSET MANAGEMENT LLC,555 CALIFORNIA STREET, SUITE 2975, SAN FRANCISCO, CA 94104 |
| FORTRESS INV GROUP LLC /FORTRESS INV FD V (FUND A) | ATTN: DEMETRIOS TSERPELIS,FIG LLC,1345 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10105 |
| FORTRESS INV GROUP LLCA/C FIF FND V COINVST FND A, | ATTN: DEMETRIOS TSERPELIS,FIG LLC,1345 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10105 |
| FOUR CORNERS SENIOR FLOATING RATE INCOME FUND II, | ATTN: CHRISTINE YEE,FIRST TRUST/FOUR CORNERS SENIOR FLOATING RATE,INCOME FUND,515 S. FLOWER STREET, SUITE 4310, LOS ANGELES, CA 90071 |
| FOXCROFT ACADEMY | ATTN: DR. RAY WEBB,TRUSTEES OF FOXCROFT ACADEMY,975 WEST MAIN STREET, DOVER-FOXCROFT, ME 04426 |
| FPCM INFLATION-LINKED OPPORTUNITIES FUND | 212-493-8910,140 BROADWAY,10TH FLOOR, NEW YORK, NY 10005 |
| FPL ENERGY POWE R MARKETING, INC. | 1000 LOUISIANA STREET,SUITE 6900, HOUSTON, TX 77002 |
| FRANCISCAN AT ST. LEONARD | ATTN: TIMOTHY DRESSMAN, EXECUTIVE DIRECTOR,C/O THE FRANCISCAN AT ST. LEONARD,8100 CLYO ROAD, CENTERVILLE, OH 45458 |
| FRANK M. PARIS | ATTN: MR. STEPHEN G MACKENZIE,103 CHICHESTER ROAD, NEW CANAAN, CT 06840 |
| FRANKLIN 97/TEMPLETON GLOBAL BOND FUND | 1 FRANKLIN PARKWAY, SAN MATEO, CA 94403 |
| FRANKLIN SAVINGS BANK | ATTN: RON MAGOON,FRANKLIN SAVINGS BANK,387 CENTRAL STREET, P.O. BOX 339, FRANKLIN, NH 03235 |
| FRANKLIN UNITED METHODIST HOME | ATTN: DR. JOSEPH TRUEBLOOD,1070 WEST JEFFERSON ST., FRANKLIN, IN 46131 |
| FRANKLIN W. OLIN COLLEGEOF ENGINEERING, INC. | ATTN: VICE PRESIDENT FOR ADMINISTRATION AND,FINANCE,OLIN WAY, NEEDHAM, MA 02492-1200 |
| FRED HUTCHINSON CANCER RESEARCH CENTER | ATTN: CHIEF FINANCIAL OFFICER,915 YALE AVENUE NORTH, SEATTLE, WA 98109 |
| FREEDOM FORUM INC | 555 PENNSYLVANIA AVE., N.W., WASHINGTON, DC 20001 |
| FREEDOM PARK CDO | ATTN: THE DIRECTORS,FREEDOM PARK CDO SERIES 2005-1 LIMITED,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUCH CHURCH ST,GRAND CAYMAN, CAYMAN ISLANDS, ,  CAYMAN ISLANDS, BWI |
| FREELAND, JOHN G. | ATTN: JOHN G. FREELAND,1241 GULF OF MEXICO DRIVE – 1103, LONGBOAT KEY, FL |

| Claim Name | Address Information |
|---|---|
| FREELAND, JOHN G. | 34228 |
| FREEMAN FAIR VALUE FUND I, L.P. | ATTN: MICHAEL BISHOPP OR ALEX GREEN,16236 SAN DIEGUITO ROAD #2-20,PO BOX 9210, RANCHO SANTE FE, NM 92067 |
| FREESCALE SEMICONDUCTORS | ATTN: DAVID STASSE, CORPORATE TREASURY DEPARTMENT,FREESCALE SEMICONDUCTOR, INC.,6501 WILLIAM CANNON DRIVE WEST, AUSTIN, TX 78735 |
| FREMONT HOME LOAN TRUST 2006-E | 1065 N. PACIFICENTER, ANAHEIM, CA 92806 |
| FREMONT HOME LOANTRUST 2006-E | ATTN: CLIENT MANAGER - FREEMONT 2006-E,C/O WELLS FARGO BANK, N.A. NOT INDIVIDUALLY,BUT SOLEY AS THE TRUST ADMINISTRATOR,ON BEHALF OF FREEMONT HOME LOAN TRUST 2006-E,9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045 |
| FROLEY, REVY ALTERNATIVE STRATEGIES MASTER FND LTD | ATTN: ANN HOULIHAN,FROLEY, REVY ALTERNATIVE STRATEGIES MASTER FUND,C/O FROLEY, REVY INVESTMENT COMPANY, INC.,10900 WILSHIRE BOULEBARD, SUITE 900, LOS ANGELES, CA 90024 |
| FRONTPOINT PARTNERS LLC | TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| FRONTPOINT PARTNERS LLCA/C FRONTPOINT GLOBAL EMERG | ATTN: GENERAL COUNSEL,FRONT POINT GLOBAL EMERGING MARKET FUND, L.P.,C/O FRONTPOINT PARTNERS LLC,TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND, L.P. | 1221 AVE. OF AMERICAS,32ND FLOOR, NY, NY 10020 |
| FRONTPOINT STRATEGIC CREDITFUND LP | ATTN: GENERAL COUNSEL,FRONT POINT STRATEGIC CREDIT FUND, LP,C/O FRONTPOINT PARTNERS LLC,TWO GREENWICH PLAZA, GREENWICH, CT 06830-7153 |
| FS COA MANAGEMENT LLC A/C CREDIT OPPTY ASSOC LLC, | 309 SOUTH WILLARD STREET, BURLINGTON, VT 05401 |
| FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR, | CREDIT PROTECTION TRUST 48, NEW YORK, NY 10022 |
| FSA INC A/C FSA CPT 283 | 1 ANGEL COURT, LONDON,   EC2R 7AE UNITED KINGDOM |
| FSA INCA/C CREDIT PROTECTION TRUST 23 | ATTN: BRUCE STERN,FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE,FOR CREDIT PROTECTION TRUST 233,31 WEST 52ND STREET, NEW YORK, NY 10019 |
| FSA INCA/C FSA CPT 265 | ATTN: BRUCE STERN,FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE,FOR CREDIT PROTECTION TRUST 265,31 WEST 52ND STREET, NEW YORK, NY 10019 |
| FSA INCA/C FSA CPT 283 | ATTN: BRUCE STERN,FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE,FOR CREDIT PROTECTION TRUST 283,31 WEST 52ND STREET, NEW YORK, NY 10019 |
| FULLER THEOLOGICAL SEMINARY | ATTN: MR. LEE MERRITT, VICE PRESIDENT FOR FINANCE,135 NORTH OAKLAND AVENUE, PASADENA, CA 91182 |
| FULLERTON DRIVE CDO LIMITED | ATTN: THE DIRECTORS,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| FULLERTON DRIVE CDO LIMITED | C/O CT CORPORATION,111 8TH AVENUE,REF: FULLERTON DRIVE CDO LIMITED, NEW YORK, NY 10011 |
| FULLERTON DRIVE CDO LIMITED | C/O LEHMAN BROTHERS INC.,745 SEVENTH AVENUE,ATTN: STRUCTURED CREDIT TRADING, NEW YORK, NY 10019 |
| GABRIEL CAPITAL LP | ATTN: MICHAEL J. ACHILARRE,GABRIEL CAPITAL, L.P.,450 PARK AVENUE, 32ND FLOOR, NEW YORK, NY 10022 |
| GABRIEL CAPITAL LP | 450 PARK AVENUE,13TH FLOOR, NEW YORK, NY 10169 |
| GALLIARD CAP MGMT INC | A/C WELLS FARGO BK FIXED FD E,745 7TH AVENUE, NEW YORK, NY 10019 |
| GALLIARD CAP MGMT INCA/C WELLS FARGO BK FIXED FD E | ATTN: CASWELL JOHN R.,GALLIARD CAPITAL MANAGEMENT,LASALLE PLAZA, SUITE 2060,800 LASALLE AVENUE, MINNEAPOLIS, MN 55479 |
| GALLIARD-WELLS FARGO FIXEDINCOME FUND A | ATTN: CASWELL JOHN R.,GALLIARD CAPITAL MANAGEMENT,LASALLE PLAZA, SUITE 2060,800 LASALLE AVENUE, MINNEAPOLIS, MN 55479 |
| GALLIARD/WELLS FARGO FIXED INCOME FUND F | ATTN: CASWELL JOHN R.,GALLIARD CAPITAL MANAGEMENT,LASALLE PLAZA, SUITE 2060,800 LASALLE AVENUE, MINNEAPOLIS, MN 55479 |
| GALLIARD/WELLS FARGO NAPENSION PLAN CORE | ATTN: CASWELL JOHN R.,GALLIARD CAPITAL MANAGEMENT,LASALLE PLAZA, SUITE 2060,800 LASALLE AVENUE, MINNEAPOLIS, MN 55479 |
| GARLAND BUSINESS | 14 QUAI DU SEUGET, GENEVA,   1201 SWITZERLAND |
| GARTMORE INVESTMENT LTD | A/C LYXOR/GARTMORE GLOBAL QUAN,745 7TH AVENUE, NEW YORK, NY 10019 |
| GASTON CHRISTIAN SCHOOL | C/O MULLEN HOLLAND AND COOPER, P.A.,ATTN: MR. MARK HEAVNER,301 SOUTH YORK |

| Claim Name | Address Information |
|---|---|
| GASTON CHRISTIAN SCHOOL | STREET, P.O. BOX 488, GASTONIA, NC 28053 |
| GASTON CHRISTIAN SCHOOL | ATTN: DANIEL N. PATTON, HEAD OF SCHOOL,1625 LOWELL-BETHESDA ROAD, GASTONIA, NC 28056 |
| GE FINANCIAL ASSURANCE HOLDINGS, INC. | 260 LONG RIDGE ROAD, STAMFORD, CT 06927 |
| GENERAL MILLS, INC. | 1 GENERAL MILLS BLVD, MINNEAPOLIS, MN 55426 |
| GENERAL RE FINANCIAL PRODUCTSCORPORATION | ATTN: HEAD OF OPERATIONS,ROCKEFELLER CENTER,630 FIFTH AVENUE, SUITE 450, NEW YORK, NY 10111 |
| GENERALITAT DE VALENCIA | PLAZA DE NAPOLES Y SICILIA, 6, VALENCIA,  46003 SPAIN |
| GENERIC CHINA PROTECTION 6 | KIRCHSTRASSE 6, FREIENBACH,  8807 SWITZERLAND |
| GENWORTH FINANCIAL, INC. | GENWORTH FINANCIAL INC.,6620 WEST BROAD ST., RICHMOND, VA 23226 |
| GENWORTH LIFE INSURANCE CO | A/C GENWORTH LIFE INS COMP NY,3001 SUMMER STREET, STAMFORD, CT 06905 |
| GENWORTH LIFE INSURANCE COMPANY | 3001 SUMMER STREET,2ND, STAMFORD, CT 06904 |
| GEODE/CBARB FUND | 1 POST OFFICE SQ, BOSTON, MA 02109 |
| GEORGE PUTNAM FUND OF BOSTON | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 2109 |
| GEORGE PUTNAM FUND OF BOSTON | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,ATTN: DERIVATIVES DOCUMENTATION,2 LIBERTY SQUARE, BOSTON, MA 2109 |
| GEORGE PUTNAM FUND OF BOSTON 001 (THE) | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| GEORGE PUTNAM FUND OF BOSTON 001 (THE) | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| GEORGE PUTNAM FUND OF BOSTON 001 (THE) | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| GEORGETOWN UNIVERSITY | ATTN: ERNEST W. PORTA, DIRECTOR, OFFICE OF FINANCE,AND INVESTMENTS,RYAN ADMINISTRATION BUILDING,37TH AND O STREETS, N.W., WASHINGTON, DC 20057 |
| GEORGIA POWER COMPANY | ATTN: LONG EARL,GEORGIA POWER COMPANY C/O,SOUTHERN COMPANY SERVICE, INC.,270 PEACHTREE STREET, N. W.,SUITE 2000, ATLANTA, GA 30303 |
| GESMADRID A/C CM SELECCION FINANCIERA | CASTELLANA 189, MADRID,  20005 SPAIN |
| GGC LIMITED, ACTING BY AND THROUGH FORTIS | BANK (CAYMAN),ATTN: PETER DU RIJTER,P.O. BOX 2003, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| GGC LIMITED, ACTING BY AND THROUGH FORTIS | BANK (CAYMAN), C/O MEESPIERSON INC.,445 PARK AVENUE, NEW YORK, NY 10022 |
| GGC LIMITED, ACTING BY AND THROUGH FORTIS BANK | (CAYMAN), C/O MEES PIERSON FUND SERVICES (ASIA),LTD.,33/F ASIA PACIFIC FINANCE TOWER,CITIBANK PLAZA, 3 GARDEN ROAD,ATTN: MARK BEAMES, CENTRAL,   HONG KONG |
| GIANTS STADIUM, LLC | MEADOWLANDS SPORTS COMPLEX,50 STATE ROUTE 120, EAST RUTHERFORD, NJ 7073 |
| GIFFORD MEDICAL CENTER | ATTN: DAVID SANVILLE, VICE PRESIDENT OF FINANCE,POB 2000,44 SOUTH MAIN STREET, RANDOLPH, VT 5060 |
| GII- INA ASSITALIA - GEST SEP-MONETA FORTE | RE GENERALI INVESTMENTS ITALY,745 7TH AVENUE, NEW YORK, NY 10019 |
| GILLETTE COMPANY | THE GILLETTE COMPANY,PRUDENTIAL TOWER BUILDING, BOSTON, MA 02199 |
| GLG CREDIT FUND | 1 CURZON STRAAT, LONDON,  W1J 5HB UNITED KINGDOM |
| GLG MARKET NEUTRAL FUND | ATTN: HEAD OF CAYMAN OPERATIONS, C/O GLG PARTNERS SERVICES LP,THE WATERFRONT CENTRE,NORTH CHURCH STREET,PO BOX 2427, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| GLITNIR | ATTN: FUNDING AND RISK MANAGEMENT,C/O ISLANDSBANKI HF,KIRKJUSANDUR 2,155 REYKJAVIK,  ,  ICELAND |
| GLITNIR | C/O RAPHAEL & SONS,ATTN: MANAGEING DIRECTOR,WALTON LODGE, WALTON STREET,AYLESBURY, BUCKINGHAMSHIRE HP 21 7QY,   UNITED KINGDOM |
| GLOBAL BANK CORPORATION | ATTN: DARIO BERBEY / LUIS CASTILLERO,GLOBAL BANK CORPORATION,APDO 55-1843,PAITILLA, PAITILLA,   PANAMA |
| GLOBAL SEC EMG MKTS RELATIVE | VALUE MASTER RE GLOBAL SEC,195 FIELD POINT ROAD, GREENWICH, CT 06830 |
| GLOBAL SECURITIES MARKETNEUTRAL MASTER | ATTN: OPERATIONS,GLOBAL SECURITIES MARKET NEUTRAL MASTER FUND LP,C/O GLOBAL |

| Claim Name | Address Information |
|---|---|
| FUND LPRE G | SECURITIES ADVISORS LLC, 401 LEXINGTON AVENUE, 41ST FLOOR, NEW YORK, NY 10174 |
| GLOBAL-CAP AG A/C GLOBALGRICAP FUND | BELLERIVESTRASSE 2, ZURICH,  8008 SWITZERLAND |
| GMAC COMMERCIAL HOLDING CAPITAL CORP. | 401 MANHATTAN BEACH BLVD, MANHATTAN BEACH, CA 90266 |
| GMAC MORTGAGE CORPORATION | ATTN: CFO, GMAC MORTGAGE CORP, 4 WALNUT GROVE DRIVE, HORSHAM, PA 19044 |
| GMO TRUST ON BEHALF OF CORE PLUS BOND FUND | AMIT_BHARTIA@GMO.COM, +65 6532-0346, 80 RAFFLES PLAZA, |
| GODO KAISHA CV6 | ATTN: INVESTMENT MANAGER, WITHIN LTD UAP MANAGEMENT, 2-2-2, UCHISAIWAICHOU, CHIYODA-KU, TOKYO,   JAPAN |
| GOLDENTREEASSET/MGMT/GOLDENTREEMASTER FD II LTD., | ATTN: TODD NEUFELD, GOLDENTREE ASSET MANAGEMENT, 300 PARK AVENUE, 25TH FLOOR, NEW YORK, NY 10022 |
| GOLDENTREEASSET/MGMT/GOLDENTREEMASTER FD LTD. | ATTN: TODD NEUFELD, GOLDENTREE ASSET MANAGEMENT, LP, 300 PARK AVENUE, 25TH FLOOR, NEW YORK, NY 10022 |
| GOLDMAN SACHS AM LPA/C GOLDMAN SACHS CREDIT OPP, | ATTN: KEN TOPPING, C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P., 32 OLD SLIP, NEW YORK, NY 10005 |
| GOLDMAN SACHS AM LPA/C GOLDMAN SACHS SMC | ATTN: KEN TOPPING, C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P., 32 OLD SLIP, NEW YORK, NY 10005 |
| GOLDMAN SACHS AM LPA/C GOLDMAN SASCHS CREDIT OPP, | ATTN: KEN TOPPING, C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P., 32 OLD SLIP, NEW YORK, NY 10005 |
| GOLDMAN SACHS ASSET MGMTA/C GOLDMAN SACHSQUANTITAT | ATTN: RICH VANECEK, C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P., 32 OLD SLIP, NEW YORK, NY 10005 |
| GOLDMAN SACHS CAPITAL MARKETS, L.P. | 1 NEW YORK PLAZA, NEW YORK, NY 10004 |
| GOLDMAN SACHS INTERNATIONAL | 1/F RIVER COURT, 120 FLEET STREET, LONDON,   EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL BANK, SEOUL BRANCH | ATTN: LEGAL DEPARTMENT, 21ST FLOOR, HUNGKUK LIFE INSURANCE BUILDING, 226 SHINMUN-RO 1 GA, CHONGRO-GU, SEOUL,   110-786 KOREA |
| GOLDMAN SACHS INVESTMENTPARTNERS MASTER FUND LPC/O | ATTN: UMIT ALPTUNA, C/O GS INVESTMENT STRATEGIES, LLC, 85 BROAD STREET, NEW YORK, NY 10004 |
| GOLDMAN SACHS LIQUID TRADING OPP FD OFFSHORE LTD, | C/O GOLDMAN, SACHS & CO., ONE NEW YORK PLAZA, ATTN: GENERAL COUNSEL INVESTMENT MANAGEMENT, DIVISION, NEW YORK, NY 10004 |
| GOLDMAN SACHS LIQUID TRADING OPP FD OFFSHORE LTD, | ATTN: MICHAEL JOHNSON, C/O GOLDMAN SACHS ASSET MANAGEMENT, 32 OLD SLIP, NEW YORK, NY 10005 |
| GOLDMAN SACHS LIQUID TRADING OPP FD OFFSHORE LTD, | C/O GOLDMAN SACHS ASSET MANAGEMENT, 32 OLD SLIP, ATTN: STEPHEN MELLAS, NEW YORK, NY 10005 |
| GOLDMAN SACHS LIQUID TRADINGOPPORTUNITIES FD LLC, | C/O GOLDMAN, SACHS & CO., ONE NEW YORK PLAZA, ATTN: GENERAL COUNSEL INVESTMENT MANAGEMENT, DIVISION, NEW YORK, NY 10004 |
| GOLDMAN SACHS LIQUID TRADINGOPPORTUNITIES FD LLC, | ATTN: MICHAEL JOHNSON, C/O GOLDMAN SACHS ASSET MANAGEMENT, 32 OLD SLIP, NEW YORK, NY 10005 |
| GOLDMAN SACHS LIQUID TRADINGOPPORTUNITIES FD LLC, | C/O GOLDMAN SACHS ASSET MANAGEMENT, 32 OLD SLIP, ATTN: STEPHEN MELLAS, NEW YORK, NY 10005 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES | MASTER FUND OFF SHORE LTD, (212) 346-2810, 32 OLD SLIP, 29TH FLOOR, NEW YORK, NY 10005 |
| GOLDMAN SACHS QUANTITATIVEFIXED INCOME MASTER FUND | ATTN: KARL WIANECKI, C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P., 32 OLD SLIP, NEW YORK, NY 10005 |
| GOLDMAN SACHS RISK PREMIUMOPPORTUNITIES MASTER FUN | ATTN: KARL WIANECKI, C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P., 32 OLD SLIP, NEW YORK, NY 10005 |
| GOLDMAN, SACHS & CO. | 85 BROAD STREET, NEW YORK, NY 10004 |
| GOOD SAMARITAN HOME, INC. | ATTN: CHIEF FINANCIAL OFFICER, 601 N BOEKE RD, EVANSVILLE, IN 47711 |
| GOODELL LOVING TRUST | ATTN: MS. PATRICIA GOODELL, 3204 OLD MIDLAND RD, KLAMATH FALLS, OR 97603 |
| GOODMORNING SHINHAN SECURITIES CO., LTD. | GOOD MORNING SHINHAN TOWER  822-3772-1588, 23-2, YOUIDO-DONG, |
| GOODMORNING SHINHANSECURITIES CO., LTD. | ATTN: CHAE SEONG, YUN / SEONG SOO, HONG, GOOD MORNING SHINHAN TOWER, 8F, 23-2, YOUIDO-DONG, YOUNGDUNGPO-KU, SEOUL,   150-712 SOUTH KOREA |
| GOVERNMENT OF SINGAPORE INVEST CORPORATION PTE LTD | #37-01 CAPITAL TOWER, 168 ROBINSON ROAD, SINGAPORE,   68912 SINGAPORE |

| Claim Name | Address Information |
|---|---|
| GPBM 2007-1 | JSB GAZPROMBANK (CJSC),63 NOVOCHEREMUSHKINSKAYA STR, MOSCOW,  117420 RUSSIAN FEDERATION |
| GRA FINANCE CORPORATION LTD | ATTN: THERESA CHAN, COMPLIANCE OFFICER,GRA FINANCE CORPORATION LTD.,C/O LEHMAN BROTHERS ASIA LIMITED,26/F, TWO INTERNATIONAL FINANCIAL CENTER,8 FINANCE STREET CENTRAL HONG KONG, ,   HONG KONG |
| GRACE SCHOOLS INC. | ATTN: STEVE POPENFOOSE,GRACE SCHOOLS, INC.,200 SEMINARY DRIVE, WINONA LAKE, IN |
| GRACIE CAPITAL INTERNATIONAL LTD | 590 MADISON AVE,29TH FL, NEW YORK, NY 10022 |
| GRANITE FINANCE 2006-11 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE FINANCE LIMITED SERIES 2005-9 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE FINANCE LTD 2003-5 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE FINANCE LTD 2003-6 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE FINANCE LTD 2003-7 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE FINANCE LTD 2003-9 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE FINANCE LTD 2004-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE FINANCE LTD 2006-6 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE SERIES 2002-24 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE SERIES 2005-10 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE SERIES 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE SERIES 2005-3 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE SERIES 2005-4 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE SERIES 2005-5 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRANITE SERIES 2005-7 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| GRAUBUENDNER KANTONALBANK | ENGADINERSTRASSE 25, CHUR,  7000 SWITZERLAND |
| GREAT RIVER ENERGY | 17845 EAST HIGHWAY 10, ELK RIVER, MN 55330 |
| GREAT SOUTHERN BANK | ATTN: WILSON RICHARD,430 SOUTH AVENUE, SPRINGFIELD, MO |
| GREAT WEST LIFE ASSURANCE CO | 22 RIVER BEND CIR, EXETER, NH 03833 |
| GREEN 1250 BROADWAY OWNER LLC | 420 LEXINGTON AVE, NEW YORK, NY 10170 |
| GREEN GERMAN CMBS | ATTN: DOCUMENTATION MANAGER,LEHMAN BROTHERS SPECIAL FINANCING, INC,CAPITAL MARKETS CONTRACTS - LEGAL C/O LBI,745 SEVENTH AV., NEW YORK, NY 10019 |
| GREENBRIER YUGEN KAISHA | ATTN: MR. RICHARD J REITKNECHT,9F, AKASAKA TAMEIKE TOWER,17-7, AKASAKA 2-CHOME,MINATO-KU, TOKYO,  107-0062 JAPAN |
| GREENSPRING VILLAGE INC | ATTN: SHERRI ROVAN, VP OF FINANCE - CORPORATE AND,DEVELOPMENT,C/O ERICKSON RETIREMENT COMMUNITIES,701 MAIDEN CHOICE LANE, BALTIMORE, MD 21228 |
| GREENSPRING VILLAGE INC | C/O B.C. ZIEGLER AND COMPANY,ATTN: SCOTT DETERMAN, VP,1 SOUTH WACKER DRIVE, SUITE 3080, CHICAGO, IL 60606 |
| GREENWICH CAPITAL DERIVATIVES, INC. | 600 STEAMBOAT ROAD, GREENWICH, CT 06830 |
| GREYSTONE CDO | ATTN: THE DIRECTORS,GREYSTONE CDO SPC, SERIES 2006-1 SEGREGATED PORT,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH ST., |

| Claim Name | Address Information |
|---|---|
| GREYSTONE CDO | GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| GREYSTONE CDO 2008-4 | ATTN: THE DIRECTORS,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| GREYSTONE CDO 2008-4 | C/O MAPLES AND CALDER,ATTN: DALE CROWLEY,P.O. BOX 309 GT,UGLAND HOUSE, SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| GREYSTONE CDO 2008-4 | C/O CORPORATION SERVICE COMPANY,1133 AVENUE OF THE AMERICA, SUITE 3100,REF: GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE,SERIES 2008-4,SEGREGATED PORTFOL, NEW YORK, NY 10036 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | 6312 S. FIDDLER'S GREEN CIRCLE,SUITE 400N, GREENWOOD VILLAGE, CO 80111 |
| GREYSTONE CDO LIMITEDSPC SERIES 2006-2 | ATTN: THE DIRECTORS,GREYSTONE CDO SPC, FOR THE ACCOUNT OF,THE SERIES 2006-2 SEGREGATED PORTFOLIO,C/O MAPLES FINANCE LIMITED, PO BOX 1093GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| GREYSTONE CDO SERIES 2006-3 | ATTN: THE DIRECTORS,GREYSTONE CDO SPC, FOR THE ACCOUNT OF,THE SERIES 2006-2 SEGREGATED PORTFOLIO,C/O MAPLES FINANCE LIMITED, PO BOX 1093GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| GREYWOLF HIGH YIELD MASTER FUND | ATTN: ADAM BERKOWITZ,GREYWOLF CAPITAL MANAGEMENT, LP,4 MANHATTANVILLE ROAD, SUITE 201, PURCHASE, NY 10577 |
| GROUP HEALTH COOPERATIVE OF PUGET SOUND | ATTN: JIM W. TRUESS,521 WALL STREET, SEATTLE, WA 98121-1536 |
| GROVE GARDEN APARTMENTS | 900 W GROVE PKY, TEMPE, AZ 85283 |
| GSAM 103106 RE GOLDMAN SACHS ASSET MGT INT | 10 15 NEWGATE STREET, LONDON,   EC1A 7HD UNITED KINGDOM |
| GSC CAPITAL CORP MORTGAGETRUST 2006-1 | ATTN: CORPORATE TRUST ADMINISTRATION MBS,ADMINISTRATION,GSC CAPITAL CORP MORTGAGE TRUST 2006-,C/O THE BANK OF NEW YORK,101 BARCLAY STREET, NEW YORK, NY 10286 |
| GSC EUROPEAN CDO I SA | ATTN: THE DIRECTORS,33 BOULEVARD DU PRINCE HENRI, LUXEMBOURG L-1724, LUXEMBOURG |
| GSC EUROPEAN CDO I SA | C/O 6SC PARTNERS EUROPE LIMITED,68  PALL MALL, LONDON SW14 5ES,   UNITED KINGDOM |
| GSO CREDIT OPPORTUNITIES FUND(HELIOS),LP | ATTN:CHRIS SULLIVAN,GSO CREDIT OPPORTUNITIES FUND(HELIOS),LP,280 PARK AVENUE,11TH FLOOR, NEW YORK, NY 10017 |
| GSO SPECIAL SITUATIONS FUND LP | ATTN:CHRIS SULLIVAN,GSO SPECIAL SITUATIONS FUND LP,280 PARK AVENUE,11TH FLOOR, NEW YORK, NY 10017 |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER FUND LTD, | 13 HANOVER SQUARE, LONDON,   W1S 1HN UNITED KINGDOM |
| GSO SPECIAL SITUATIONSOVERSEAS MASTER FUND LTD | GSO SPECIAL SITUATIONS OVERSEAS FUND LTD.,QUEENSGATE HOUSE,S CHURCH ST, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| GUGGENHEIM INVESTMENT | A/C INTEL CORP PROFIT SHARING PENSION PLAN,1 MIDLAND PLAZA, SOUIX FALLS, SD 57913 |
| GULF INTERNATIONAL BANK (UK) LTD | ATTN: RISK MANAGEMENT SERVICES,SAUDI INTERNATIONAL BANK AL-BANK AL-SAUDI AL-ALAMI,LIMITED,133 HOUNDSDITCH, LONDON EC3A 7AQ,   UNITED KINGDOM |
| GULF INTERNATIONAL BANK, BSC | 3 PALACE AVENUE,AL-DOWALI BDG,P.O.BOX 1017, MANAMA,   BAHRAIN |
| GULF STREAM - COMPASS CLO 2004-1, LTD. | ATTN: THE DIRECTORS,C/O MAPLES FINANCE LIMITED,PO BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| GULF STREAM - COMPASS CLO 2004-1, LTD. | C/O U.S. BANK NATIONAL ASSOCIATION,ONE FEDERAL STREET,3RD FLOOR,RE: GULF STREAM - COMPASS CLO 2004-1 LTD., BOSTON, MA 2110 |
| GULF STREAM - COMPASS CLO 2004-1, LTD. | C/O GULF STREAM ASSET MANAGEMENT LLC,THE RUTUNDA BUILDING,ATTN: MARK B. MAHONEY,4201 CONGRESS STREET; SUITE 475, CHARLOTTE, NC 28209 |
| GULF STREAM - COMPASS CLO 2005-1, LTD. | ATTN:DIRECTORS,GULF STREAM-COMPASS CLO 2005-1, LTD.,PO BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| GULF STREAM ASSET MGMT LLCA/C SEXTANT_2007REF SEXT | ATTN:THE DIRECTORS,GULF STREAM - SEXTANT CLO 2007-1 LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| GULFSTREAM SEXTANT CLO | GULF STREAM -  SEXTANT CLO 2006-1, LTD.,P.O. BOX 1093,QUEENSGATE HOUSE,SOUTH |

| Claim Name | Address Information |
|---|---|
| GULFSTREAM SEXTANT CLO | CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| GULFSTREAM-COMPASS CLO-2005 II | 4201 CONGRESS STREET, CHARLOTTE, NC 28209 |
| GWK AMTEK LTD. | ATTN:SANTOSH SINGHI,GWK AMTEK LTD.,C/O AMTEK AUTO LIMITED,3, LSC PAMPOSH ENCLAVE,GREATER KAILISH PART-I, NEW DELHI,  110048 INDIA |
| H/2 CREDIT PARTNERS MASTER FUND LTD. | ATTN:ANDREW M. STROBER - CFO,H/2 CREDIT PARTNERS MASTER FUND LTD.,C/O H/2 CREDIT MANAGER LP,THREE STAMFORD PLAZA,301 TRESSER BOULEVARD, 6TH FLOOR, STAMFORD, CT 06901 |
| H/2 SO MGR/H/2 SPECIAL OPPORTUNITIES LTD | 1 GREENWICH OFFICE PARK,NORTH BUILDING, GREENWICH, CT 06831 |
| H/2 TRS MGR/H/2 TARGETED RTNSTRATEGIES I MSTR FD, | ATTN:CHIEF OPERATING OFFICER,H/2 TARGETED RETURN STRATEGIES I MASTER FD LP,3 STAMFORD PLZ,301 TRESSER BOULEVARD, 6TH FL, STAMFORD, CT 06901 |
| HACHIJUNI BANK, LTD. (THE) | 81-26-225-8759,178-8 OKADA NAKAGOSHO, NAGANO-CITY,  380-8682 JAPAN |
| HAKONE FUND II, LLC | ATTN:BRUCE STANFORTH,HAKONE FUND II, LLC,C/O BABSON CAPITAL MANAGEMENT INC.,1500 MAIN STREET, SUITE 1000, SPRINGFIELD, MA 01115 |
| HALBIS US CREDIT ALPHA MASTER FUND , LTD | 4 PLACE DE LA PYRAMIDE,IMMEUBLE ILE DE FRANCE, PARIS LA DEFENSE,  92800 FRANCE |
| HAMILTON ANAHEIM ASSOCIATES L.P. | 644 S KNOTT AVE,APT 207, ANAHEIM, CA 92804 |
| HAMPSTEAD CAPITAL LLP | A/C HAMPSTEAD GLOBAL MASTER FD,25 SOUTHAMPTON BUILDINGS, LONDON,  WC2A 1AL UNITED KINGDOM |
| HANA BANK | 101-1, 1 KA EULJIRO,CUNG-KU, SEOUL,   KOREA, REPUBLIC OF |
| HANA BANK | 101-1,1-KA, EULJIRO,  SEOUL |
| HANA INVESTMENT BANKING & SECURITIES INC. | 23-3,YOIDO-DONG,YOUNGDUNPGO-GU, |
| HANA INVESTMENT BANKING& SECURITIES INC. | ATTN:SOYEON KIM,HANA INVESTMENT BANKING & SECURITIES INC.,#23-3, YOIDO-DONG,YOUNGDEUNGPO-GU, SEOUL,  150-010 KOREA, REPUBLIC OF |
| HANA INVESTMENT BANKING& SECURITIES INC. | ATTN:SOYEON KIM, COMPLIANCE DEPT.,HANA SECURITIES CO., LTD.,3RD FLOOR, 23-3, YEOUIDO-DONG,YEONGDEUNGPO-GU, SEOUL,  150-709 KOREA, REPUBLIC OF |
| HANJIN SHIPPING CO LTD | ATTN:HYE MI HAN,HANJIN SHIPPING CO. LTD,25-11,  YOIDO DONG,YOUNGDEUNGPO KU,SEOUL, ,  150-878 KOREA, REPUBLIC OF |
| HANK'S LIVING TRUST | ATTN:HARRY CHEAUNG, HANK#APPOSS TRUST,1574 CAMINO LINDO, SOUTH PASADENA, CA 91030 |
| HANSAPANK | 8 LIIVALAIA, TALLINN,  15040 ESTONIA |
| HARRINGTON BANK | ATTN:NANCY ROBERTSON,HARRINGTON BANK,5925 FARRINGTON ROAD, CHAPEL HILL, NC 27517 |
| HARRY B. LEVINE | ATTN:HARRY B. LEVINE,HARRY B. LEVINE,3 DRUMMOND TERRACE, LIVINGSTON, NJ 07039 |
| HARRY C. MOORE TRUST | ATTN:TRUSTEES,HARRY C. MOORE TRUST DATED MAY 19, 1986,C/O M  & I TRUST COMPANY, BELOIT, WI 53511 |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | 13455 NOEL ROAD,TWO GALLERIA TOWER, HARTFORD, TX 75240 |
| HARTFORD LIFE AND ACCIDENT INS URANCE COMPANY | 55 FARMINGTON AVENUE, HARTFORD, CT 06105 |
| HAUSSMANN EUROCASH | ATTN:HENRI VERNHES,HAUSSMANN EUROCASH,1 PLACE DES DEGRES,PARIS LA DEFENSE, PARIS,  92059 FRANCE |
| HAVENWOOD HERITAGE HEIGHTS | ATTN:MUNICIPAL FINANCIAL PRODUCTS - MIDDLE OFFICE,HAVENWOOD HERITAGE HTS,745 7TH AVENUE, 16TH FL, NEW YORK, NY 10019 |
| HAYMAN ADVISORS LP A/C HAYMAN CAP MASTER FD | 2626 COLE AVENUE, DALLAS, TX 75204 |
| HAYMAN ADVISORS LPA/C SUBPRIME CREDIT | ATTN:DEBBY LAMOY,HAYMAN CAPITAL MASTER FUND, LP,C/O HAYMAN CAPITAL PARTNERS, LP,2626 COLE AVENUE,SUITE 200, DALLAS, TX 75204 |
| HBK MASTER FUND LP | 105 WIGMORE STREET, LONDON,  W1U 1QY UNITED KINGDOM |
| HD SUPPLY INC | ATTN:RICARDO NUNEZ, GENERAL COUNSEL,HD SUPPLY, INC.,3100 CUMBERLAND BLVD,SUITE 1480, ATLANTA, GA 30339 |
| HEBRON ACADEMY | ATTN:CHIEF FINANCIAL OFFICER,HEBRON ACADEMY,339 PARIS ROAD, HEBRON, ME 04238 |

| Claim Name | Address Information |
|---|---|
| HELLENIC REPUBLIC | ATTN:GREEK EMBASSY,HELLENIC REPUBLIC,COUNCELLOR FOR ECONOMIC & COMMERCIAL AFFAIRS,1A HOLLAND PARK, LONDON,  W11 3TP UNITED KINGDOM |
| HENRY SCHEIN INC | ATTN:RAJ RAO,HENRY SCHEIN INC.,135 DURYEA ROAD, MELVILLE, NY 11735 |
| HENRY SCHEIN INC | 135 DURYEA RD, MELVILLE, NY 11747 |
| HERITAGE CHRISTIAN ACADEMY | ATTN:VICKIE RAMSIER,HERITAGE CHRISTIAN ACADEMY,15655 BASS LAKE ROAD, MAPLE GROVE, MN 55311 |
| HERMES INV MGMT LTD | A/C HERMES COMMODITIES ALPHA FUND GBP,1 PORTSOKEN STREET,LLOYDS CHAMBERS, LONDON,  E1 8HZ UNITED KINGDOM |
| HESS ENERGY TRADI NG COMPANY, LLC (PHYSICAL) | 1 HESS PLAZA, WOODBRIDGE, NJ 07095 |
| HESS ENERGY TRADING COMPANY LLC | 1185 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| HEWLETT-PACKARD COMPANY | 20555 TOMBALL PARKWAY, HOUSTON, TX 77070 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND LP | 24-02 MILLENIA TOWER, SINGAPORE,  39192 HONG KONG |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP, | 1350 AVENUE OF THE AMERICAS,22ND FLOOR, NEW YORK, NY 10019 |
| HIGHFIELDS CAPITAL I LP | ATTN:KRISTIN MARCUS,HIGHFIELDS CAPITAL I LP,C/O HIGHFIELDS ASSOCIATES LLC,200 CLARENDON STREET, BOSTON, MA 02117 |
| HIGHFIELDS CAPITAL II LP | ATTN:KRISTIN MARCUS,HIGHFIELDS CAPITAL I LP,C/O HIGHFIELDS ASSOCIATES LLC,201 CLARENDON STREET, BOSTON, MA 02117 |
| HIGHFIELDS CAPITAL III LP | ATTN:KRISTIN MARCUS,HIGHFIELDS CAPITAL I LP,C/O HIGHFIELDS ASSOCIATES LLC,202 CLARENDON STREET, BOSTON, MA 02116 |
| HIGHFIELDS CAPITAL III LP | 200 CLARENDON ST.,51ST FL., BOSTON, MA 02117 |
| HIGHLAND CAPITAL MGMT LP | A/C HIGHLAND CDO OPP MST FD LP,1 POULTRY, LONDON,  EC2R 8JR UNITED KINGDOM |
| HIGHLAND CAPITAL MGMT LPA/C HIGHLAND CDO OPP MST F | ATTN:BRITT BROWN,HIGHLAND CDO OPPORTUNITY MASTER FUND, LP,C/O HIGHLAND CAPITAL MANAGEMENT, LP,13455 NOEL ROAD, TWO GALLERIA TOWER,SUITE 1300, DALLAS, TX 75240 |
| HIGHLAND CREDIT OPPORTUNITIESCDO LP | ATTN:BRITT BROWN,C/O HIGHLAND CAPITAL MANAGEMENT, LP,13456 NOEL ROAD, TWO GALLERIA TOWER,SUITE 1300, DALLAS, TX 75240 |
| HIGHLAND CREDIT STRATEGIES FUN | 6077 PRIMACY PARKWAY, MEMPHIS, TN 38119 |
| HIGHLAND CREDIT STRATEGIES FUN | ATTN:JASON BLACKBURN,HIGHLND CREDIT STRATEGIES FUND,C/O HIGHLAND CAPITAL MANAGEMENT, L.P.,13457 NOEL ROAD, TWO GALLERIA TOWER,SUITE 1300, DALLAS, TX 75240 |
| HIGHLAND CREDIT STRATEGIES FUN | ATTN:JASON BLACKBURN,HIGHLAND CREDIT STRATEGIES FUND,C/O HIGHLAND CAPITAL MANAGEMENT, L.P.,13458 NOEL ROAD, TWO GALLERIA TOWER,SUITE 900, DALLAS, TX 75240 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND LP | ATTN:BRITT BROWN,HIGHLAND CREDIT STRATEGIES MASTER FUND, LP,C/O HIGHLAND CAPITAL MANAGEMENT, LP,13459 NOEL ROAD, 2 GALLERIA TOWER,STE 1300, DALLAS, TX 75240 |
| HIGHLAND CRUSADER OFFSHORE PARTNERS LP | ATTN:BRITT BROWN,HIGHLAND CRUSADER OFFSHORE PARTNERS, LP,C/O HIGHLAND CAPITAL MANAGEMENT, LP,13460 NOEL ROAD, TWO GALLERIA TOWER,SUITE 1300, DALLAS, TX 75240 |
| HIGHLAND FIN HLDGS GP LLC | A/C HFH SHORTPLUS MASTER FUND,304 PARK AVENUE SOUTH,SUITE 608, NEW YORK, NY 10010 |
| HIROSHIMA BANK, LTD. (THE) | 03-3272-3836,1-13-1 NIHONBASHI,NITTETSU NIHONBASHI BUILDING, TOKYO,   JAPAN |
| HITE A/C HFF I | ATTN:SIMON LANGDON,HFF I, LLC,432 PARK AVENUE SOUTH,12TH FLOOR, NEW YORK, NY 10016 |
| HITE/HFF I LLC | 125 LINCOLN AVE, SANTA FE, NM 87501 |
| HJSI DEVONSHIRE LLC | C/O HJ SIMS INVESTMENTS, LLC,3530 POST ROAD,SUITE 301, SOUTHPORT, CT 06890 |
| HOLDENBY CAPITAL COMPANY LLC | COMPANY LLC,227 W. MONROE STREET,SUITE 4000, CHICAGO, IL 60606 |
| HONGKONG & SHANGHAI BANKING | CORPORATION LIMITED MUMBAI,S. K.  AHIRE MARG,WORLI, MUMBAI,  400 025 INDIA |
| HORIZON INTERNATIONAL LIMITED SERIES 1 | ATTN: MANAGING DIRECTOR,P.O. BOX 2003,BRITISH AMERICAN CENTER,PHASE 3, DR. ROY'S DRIVE, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |

| Claim Name | Address Information |
|---|---|
| HORIZON INTERNATIONAL LIMITED SERIES 1 | C/O MEESPIERSON FUND SERVICES (ASIA) LIMITED,33/F ASIA PACIFIC FINANCE TOWER,3 GARDEN ROAD,ATTN: BOB MACPHERSON, ,   HONG KONG |
| HORIZON INTERNATIONAL LIMITED SERIES 1 | C/O MEESPIERSON HOLDINGS (U.K.) LIMITED OF,CAMOMILE COURT,23 CAMOMILE STREET,ATTN: WILLEM BLIJDENSTEIN, LONDON EC2A 7PP,   UNITED KINGDOM |
| HORIZON21 A/C H21 ILS-A02 OPPS | POSTRASSE 4, PFAEFFIKON,  8808 SWITZERLAND |
| HOSPITAL OF ONTARIO | ATTN:CHIEF INVESTMENT OFFICER,HOSPITAL OF ONTARIO,C/O HOSPITALS OF ONTARIO PENSION PLAN,SUITE 1400,1 TORONTO STREET, TORONTO, ONTARIO,  M5C 3B2 CANADA |
| HOSPITAL OF ONTARIO | 1 TORONTO STREET, TORONTO,  M5C 3B2 CANADA |
| HOUGHTON MIFFLIN HARCOURTPUBLISHERS INC. | ATTN:JEFF LZONARD,HOUGHTON MIFFLIN HARCOURT PUBLISHING CO,222 BERKELEY ST, BOSTON, MA 02116 |
| HOVEDSTADSREGIONENS NATURGAS I/S | GLADSAXE RINGVEJ 11, SEBORG, DK 2860 DENMARK |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: PATTIE KITZMILLER AND ELLEN SAFIR,INVESTMENT DEPARTMENT,4000 JONES BRIDGE ROAD, CHEVY CHASE, MD 20815-6789 |
| HOWARD HUGHES MEDICAL INSTITUTE | C/O SPECIAL IVESTMENTS GROUP,MELLON BANK,3 MELLON BANK CENTER, ATTN: LAURIN SAENZ, PITTSBURGH, PA 15259 |
| HSBC BANK PLC FOREIGN EXCHANGE DEPT | 4.4208E+11,8 CANADA SQUARE, CANARY WHARF,   UNITED KINGDOM |
| HSBC BANK USA A/C NOMURA SERIES 2007-3. | 212-525-2573,452 FIFTH AVENUE,5TH FL, NEW YORK, NY 10018 |
| HSBC BANK USAA/C NOMURA SERIES 2007-3. | HSBC BANK USA, NA,10 E 40TH STREET,14TH FLOOR, NEW YORK, NY 10016 |
| HSH NORDBANK AG | 155 MOORGATE HALL, LONDON,  EC2M 6UJ UNITED KINGDOM |
| HUA NAN COMMERCIAL BANK, LTD. | 1707 WILSHIRE BOULEVARD,SUITE 3100, LOS ANGELES, CA 90017 |
| HUNGARIAN DEVLOPMNT BANK LTD | NADOR U. 31, BUDAPEST,  1051 HUNGARY |
| HUNTINGTON PLACE APARTMENTS LP | 1401 N MIDWEST BLVD, OKLAHOMA CITY, OK 73110 |
| HVB RISK MANAGEMENT PRODUCTS INC | ATTN:HVB RISK MANAGEMENT PRODUCTS INC.,150 EAST 42ND STREET, NEW YORK, NY 10017 |
| HYPERION CAPITAL MANAGEMENT | A/C HYPERION COLLATERALIZED,212-549-8304,200 VESEY STREET,10TH FL, NEW YORK, NY 10281 |
| HYPO BANK BURGENLAND AG | NEUSIEDLER STRAße 33, EISENSTADT,  A-7000 AUSTRIA |
| HYPO REAL ESTATE BANK INTERNATIONAL AG | BUECHSENSTRASSE 26, STUTTGART,  70174 GERMANY |
| HYUNDAI SECURITIES CO., LTD. | ATTN:OPERATIONS DEPARTMENT,HYUNDAI SECURITIES CO., LTD.,34-4 YOIDO-DONG,YOUNGDONGPU-GU, SEOUL,  150-735 KOREA, REPUBLIC OF |
| HYUNDAI SECURITIES CO., LTD. | 19/F,HANJIN SHIPPING BUILDING,25-11 YOIDO-DONG, |
| IBM CREDIT CORPORATION | 290 HARBOR DRIVE,BUILDING 6,MAIL STOP 9, STAMFORD, CT 06904 |
| IBM RETIREMENT PLAN TRUST - ATLANTIC ADVISORS | ATTN:RICHARD CROCHET,IBM RETITREMENT PLAN TRUST,C/O THE ATLANTIC ADVISORS, LLC,475 PARK AVENUE SOUTH,32ND FLOOR, NEW YORK, NY 10016 |
| IBM WORLD TRADE CORPORATION | ATTN:IBM WORLD TRADE CORP,NEW ORCHARD ROAD, ARMONK, NY 10504 |
| ICAHN MANAGEMENT LP A/C ICAHN PTNRS MSTR FD II, LP | 767 FIFTH AVENUE,47TH FLOOR, NEW YORK, NY 10153 |
| ICAP SECURITIES LIMITED | 2 BROADGATE, LONDON,  EC2M 7UR UNITED KINGDOM |
| ICCREA BANCA | 41/47 VIA LUCREZIA ROMANA, ROME,  178 ITALY |
| ICICI BANK LIMITED | ATTN:HEAD-CONFIRMATIONS, TREASURY MIDDLE OFFICE,ICICI BANK LTD,ICICI BANK TOWERS,N TOWER, 2ND FL (WEST WING),BANDRA KURLA COMPLEX, BANDRA E, MUMBAI, 400 051 INDIA |
| ICICI BANK LIMITED | OFF SENAPATI BAPAT MARG,PENINSULA TOWER,PENINSULA CORPORATE PA, GANPATRAO KADAM MARG |
| ICP ASSET MGMT/ ICP STRUCTURED CRDT INC MSTR FD, | 445 PARK AVENUE, NEW YORK, NY 10022 |
| IDAHO HOUSING AND FINANCE ASSOCIATION | ATTN: PRESIDENT AND EXECUTIVE DIRECTOR,P.O. BOX 7899,565 WEST MYRTLE, BOISE, ID 83707-1899 |
| IDAHO STATE BUILDING AUTHORITY | ATTN: WAYNE MEULEMAN, EXECUTIVE DIRECTOR,960 BROADWAY,SUITE 500, BOISE, ID 83706 |
| IKB INTERNATIONAL S.A. | 2  RUE JEAN MONNET, LUXEMBOURG,  2017 LUXEMBOURG |
| ILLINOIS HOUSING AND DEVELOPMENT | ATTN:CHIEF FINANCIAL OFFICER,ILLINOIS HOUSING DEVELOPMENT AUTHORITY, STE |

| Claim Name | Address Information |
|---|---|
| AUTHORITY | 900,401 N MICHIGAN AVE, CHICAGO, IL 60611 |
| IMPAC CMB TRUST 2004-01 | DEUTSCHE BANK NATIONAL TRUST,COMPANY,1761 E. SAINT ANDREW PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUST SERIES 2003-1 | 1761 E. ST ANDREW PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUST SERIES 2003-10 | 1761 E. ST ANDREW PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUST SERIES 2003-12 | 1761 E. ST ANDREW PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUST SERIES 2003-2F | 1761 E. ST ANDREW PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUST SERIES 2003-4 | 1761 E ST ANDREW PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUST SERIES 2003-6 | DEUTSCHE BANK NATIONAL TRUST C,1761 E. SAINT ANDREWS PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUST SERIES 2003-7 | DEUTSCHE BANK NATIONAL TRUST C,1761 E. SAINT ANDREWS PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUST SERIES 2003-8 | DEUTSCHE BANK NATIONAL TRUST C,1761 E. SAINT ANDREWS PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUST SERIES 2004-02 | WELLS FARGO BANK N.A.,9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045 |
| IMPAC CMB TRUST SERIES 2004-06 | WELLS FARGO BANK N.A.,9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045 |
| IMPAC CMB TRUST SERIES 2004-07 | WELLS FARGO BANK N.A.,9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045 |
| IMPAC CMB TRUST SERIES 2004-09 | WELLS FARGO BANK N.A.,9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: CLIENT SERVICE MANAGER – CLIENT MANAGER,IMPAC 2005-3,C/O WELLS FARGO BANK, N.A.,9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: TRUST ADMINISTRATION – IM0504,C/O DEUTSCHE BANK NATIONAL TRUST COMPANY,1761 E SAINT ANDREW PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: TRUST ADMINISTRATION – IM0504,C/O DEUTSCHE BANK NATIONAL TRUST COMPANY,1761 E SAINT ANDREW PLACE, SANTA ANA, CA 92705 |
| IMPAC CMB TRUSTSERIES 2005-08 | ATTN: CORPORATE TRUST ADMIN,C/O WILMINGTON TRUST COMPANY,RODNEY SQUARE NORTH,1100 NORTH MARKET STREET, WILMINGTON, DE 19890-0001 |
| IMPAC CMB TRUSTSERIES 2005-08 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY,1761 E SAINT ANDREW PLACE,ATTN: TRUST ADMINISTRATION – IM0508, SANTA ANA, CA 92705 |
| IMPAC MORTGAGE HOLDINGS, INC. | ATTN:MORRISSON RON,IMPAC MORTGAGE HOLDINGS, INC.,1401 DOVE STREET, NEWPORT BEACH, CA 92660 |
| IMPAC SECURED ASSETS TRUS T 2007-3 MTG PASS THR, | 1401 DOVE STREET, NEWPORT BEACH, CA 92660 |
| IMPAC SECURED ASSETS TRUST 2006-3/DEUTSCHE | BANK AS TRUSTEE,ATTN: CORPORATE TRUST ADMIN,C/O WILMINGTON TRUST COMPANY,RODNEY SQR NORTH, 1100 NORTH MARKET ST, WILMINGTON, DE 19890-0001 |
| IMPAC SECURED ASSETS TRUST 2006-3/DEUTSCHE | BANK AS TRUSTEE,C/O DEUTSCHE BANK NATIONAL TRUST COMPANY,1761 E SAINT ANDREW PLACE,ATTN: TRUST ADMINISTRATION – IM0508, SANTA ANA, CA 92705 |
| IMPAC SECURED ASSETS TRUST 2007-3 MTG PASS THR | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| IMPERIAL ID (NAESB")" | 1561 W. MAIN STREET 11A, EL CENTRO, CA 92243 |
| IMSER SECURITISATION SRL | ATTN: MARTIN MACDERMOTT,VIA PONTACCIO N. 10, MILAN,  20123 ITALY |
| IMSER SECURITISATION SRL | C/O SPV MANAGEMENT LIMITED,LEVEL 11, TOWER 42,INTERNATIONAL FINANCE CENTRE,25 OLD BROAD STREET, LONDON EC2N 1HQ,  UNITED KINGDOM |
| IMT-LB MESA LLC | 450 S ACACIA, MESA, AZ 85204 |
| INCORE BANK AG | DREIKÖNIGSTRASSE 8, ZURICH,  8022 SWITZERLAND |
| INDIANA TRANSPORTATION FINANCE AUTHORITY | 1 N CAPITOL AVE  STE 900, INDIANAPOLIS, IN 46204 |
| INDUSTRIAL BANK CO LTD | 168 JIANG NING LU,19F XING YE BUILDING, SHANGHAI,  200041 CHINA |
| INDUSTRIAL BANK OF KOREA | 16 WEST 32ND STREET, NEW YORK, NY 10001 |
| INDUSTRIAL DEVELOPMENTAUTHORITY OF KANSAS CITYMISS | ATTN: EXECUTIVE DIRECTOR,THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE CITY,OF KANSAS CITY, MO,STE 200, KANSAS CITY, MO 64106 |
| INDYMAC 2004-2 | ATTN:CHRIS LEWIS,LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE,SECURITIES ADMINISTRATION SERVICES,135 S. LASALLE ST,STE 1625, CHICAGO, IL 60603 |

| Claim Name | Address Information |
|---|---|
| INDYMAC FEDERAL BANK FSB | ATTN:STARLEY, SVP ANN,155 NORTH LAKE AVENUE, PASADENA, CA 91101 |
| ING ASIA PRIVATE BANK LTD | 1 RAFFLES PLACE #42-00,OUB CENTRE, SINGAPORE,  48616 SINGAPORE |
| ING BALANCED FUND | ATTN:HUEY P. FALGOUT, CHIEF COUNSEL,C/O ING INVESTMENTS, LLC,7337 EAST DOUBLETREE RANCH ROAD, SCOTTSDALE, AZ 85258 |
| ING BANK (HUNGARY) RT | DÓ°³? GY? Ú´ 84/B., BUDAPEST,  H-1068 HUNGARY |
| ING BANK AS | BUYUKDERE CADDESI,114 ESENTEPE, ISTANBUL,  80280 TURKEY |
| ING BANK N.V. | AMSTELVEENSEWEG 500, AMSTERDAM,  1081 NETHERLANDS |
| ING BANK N.V. SEOUL BRANCH | 822-317-1566,15F HUNGKUK LIFE INSURANCE BLDG.,SHINMUNRO 1-GA, |
| ING CAPITAL MARKETS LLC | 1325 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| ING INV MGMT COA/C ING INV MGMT CLO I | ATTN:THE DIRECTORS,ING INVESTMENT MANAGEMENT CLO I, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS |
| ING INV MGMT LLCA/C ING CLO II, LTD. | ATTN:THE DIRECTORS,ING INVESTMENT MANAGEMENT CLO, II LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS |
| ING INV MGMT LLCA/C ING HIGH YIELD BOND FUND | ATTN:HUEY P. FALGOUT, CHIEF COUNSEL,C/O ING INVESTMENTS, LLC,7337 EAST DOUBLETREE RANCH ROAD, SCOTTSDALE, AZ 85258 |
| ING INV MGMT LLCA/C ING INTERMEDIATE BOND FUND | ATTN:HUEY P. FALGOUT, CHIEF COUNSEL,C/O ING INVESTMENTS, LLC,7337 EAST DOUBLETREE RANCH ROAD, SCOTTSDALE, AZ 85258 |
| ING LIFE & ANNUITY COACCT 892 QTY FUND VI | ATTN:DERIVATIVES MIDDLE OFFICE,ING LIFE INSURANCE AND ANNUITY COMPANY,C/O ING INVESTMENT MANAGEMENT LLC,5780 POWERS FERRY ROAD, N.W., SUITE 300, ATLANTA, GA 30327-4349 |
| ING LIFE & ANNUITY COACCT 893 QLTY V - U OF ALABAM | ATTN:DERIVATIVES MIDDLE OFFICE,ING LIFE INSURANCE AND ANNUITY COMPANY,C/O ING INVESTMENT MANAGEMENT LLC,5780 POWERS FERRY ROAD, N.W., SUITE 300, ATLANTA, GA 30327-4349 |
| ING LIFE INS & ANNUITYACCT 900STATE OF KANSAS | 100 WASHINGTON AVE SOUTH, MINNEAPOLIS, MN 55401 |
| ING LIFE INSURANCE &ANNUITY COMPANY | ATTN:DERIVATIVES MIDDLE OFFICE,C/O ING INVESTMENT MANAGEMENT LLC,5780 POWERS FERRY ROAD, N.W., SUITE 300, ATLANTA, GA 30327-4349 |
| ING LUXEMBOURG | 60 LONDON WALL, LONDON,  EC2M 5TQ UNITED KINGDOM |
| ING USA ANNUITY & LIFEINSURANCE COMPANY | ATTN:DERIVATIVES MIDDLE OFFICE,C/O ING INVESTMENT MANAGEMENT LLC,5780 POWERS FERRY ROAD, N.W., SUITE 300, ATLANTA, GA 30327-4349 |
| ING VP BALANCED PORTFOLIO INC | ATTN:HUEY P. FALGOUT, CHIEF COUNSEL,C/O ING INVESTMENTS, LLC,7337 EAST DOUBLETREE RANCH ROAD, SCOTTSDALE, AZ 85258 |
| ING VP BALANCED PORTFOLIO INC | 7337 EAST DOUBLETREE RANCH ROAD, SCOTTSDALE, AZ 85258 |
| ING VP GROWTHAND INCOME | ATTN:HUEY P. FALGOUT, CHIEF COUNSEL,C/O ING INVESTMENTS, LLC,7337 EAST DOUBLETREE RANCH ROAD, SCOTTSDALE, AZ 85258 |
| ING VP INTERMEDIATEBOND PORTFOLIO | ATTN:HUEY P. FALGOUT, CHIEF COUNSEL,C/O ING INVESTMENTS, LLC,7337 EAST DOUBLETREE RANCH ROAD, SCOTTSDALE, AZ 85258 |
| ING- CRPL1136 INGINV MGMT CO WALT DISNEYRET PLAN, | ATTN:DAVID VUCHINICH,WALT DISNEY CO RETIREMENT PLAN MASTER TRUST,C/O ING INVESTMENT MANAGEMENT CO.,5780 POWERS FERRY ROAD, STE 300, ATLANTA, GA 30327 |
| ING- ING GLOBAL BOND FUNDC/O ING INVESTMENT MGMT C | ATTN:HUEY P. FALGOUT, CHIEF COUNSEL,C/O ING INVESTMENTS, LLC,7337 EAST DOUBLETREE RANCH ROAD, SCOTTSDALE, AZ 85258 |
| ING- INTERNATIONAL GROWTH COLLECTIVE | TRUST FUND C/O ING INVESTMENT MGMT CO,10 STATE HOUSE SQUARE, HARTFORD, CT 06103 |
| ING: LIFE INSURANCE COMPANY OF GEORGIA | 2501 OAKWOOD DR, MALVERN, AR 72104 |
| INSTITUTIONAL BENCHMARKSSERIES (MF) LIMITED INRESP | ATTN:MARY PEARSE,CREDIT AGRICOLE STRUCTURED ASSET MGMT ADVISERS LLC,2 GRAND CENTRAL TOWER,140 E. 45TH STREET, 16TH FL, NEW YORK, NY 10017 |
| INTEL CORPORATION | ATTN:CASH MANAGER,INTEL CORPORATION,2200 MISSION COLLEGE BOULEVARD,TREASURY DEPT., M/S RN6-47, SANTA CLARA, CA 95054 |
| INTERBANCA SPA | ATTN: AREA FINANZA-MIDDLE OFFICE,CORSO VENEXIA, 56, MILAN,  20121 ITALY |
| INTERBANCA SPA | CORSO VENEXIA, 56,ATTN: ESECUTIVO FINANZA E MERCHANT, MILAN,  20121 ITALY |
| INTERBANCA SPA | C/O BANCO POPOLARE DI VERONA E NOVARA SCRL, LONDON,BRANCH,ATTN: MR LUIGI |

| Claim Name | Address Information |
|---|---|
| INTERBANCA SPA | PENNA, GENERAL MANAGER,BUCKLERSBURY HOUSE, WALBROOK, LONDON EC4N 8EL,    UNITED KINGDOM |
| INTERLACHEN A/C INTERLACHEN MASTER FUND LT | 800 NICOLLET MALL, MINNEAPOLIS, MN 55402 |
| INTERNATIONAL EQUITYINDEX FUND III ACCREDITED LLLP | ATTN:CHRIS JACOBY,INTERNATIONAL EQUITY INDEX,FUND III ACCREDITED, L.L.L.P.,6501 E BELLEVIEW AVE, SUITE 400, ENGLEWOOD, CO 80111 |
| INTERNATIONAL FINANCE CORPORAT ION | 2121 PENNSYLVANIA AVE, WASHINGTON D.C., DC 20433 |
| INTESA SANPAOLO SPA | ATTN:BACK OFFICE TREASURY & DERIVATIVES,BANCA INTESA SPA,MILANOFIORI,STRADA 3,PALAZZO B7, ASSAGO, MILAN,  20090 ASSA ITALY |
| INTESA SANPAOLO SPA | 90 QUEEN STREET, LONDON,  EC4N 1SA UNITED KINGDOM |
| INTESA SANPAOLO SPA – NO COLLATERAL | 15 QUEEN'S ROAD,THE LANDMARK, EDINBURGH TOWER,    HONG KONG |
| INTESA SANPAOLO SPA –NO COLLATERAL | ATTN: SWAP UNIT,BANCA COMMERCIALE ITALIANA SPA,MILAN HEAD OFFICE,PIAZZA DELLA SCALA, 6, MILANO,  20121 ITALY |
| INTESA SANPAOLO SPA –NO COLLATERAL | C/O BANCA COMMERCIALE ITALIANA, LONDON BRANCH,90 QUEN STREET, LONDON EC4R 1AB, UNITED KINGDOM |
| INVERCAIXA GESTION SGIIC A/C FONCAIXA GARANTIA | AVENIDA DIAGONAL 621,TORRE 2 PLANTA 7A, BARCELONA,  08028 SPAIN |
| IOWA TELECOMMUNICATIONS SERVICES INC. | ATTN:GENERAL COUNSEL,IOWA TELECOMMUNICATIONS SERVICES, INC.,115 SECOND WEST AVENUE,P.O. BOX 1046, NEWTON, IA 50208 |
| IRIDIAN ASSET MGMT LLC | A/C IRIDIAN OPPORTUNITY MASTER FUND LTD,276 POST ROAD, WESTPORT, CT 06880 |
| IRISH LIFE & PERMANENT PLC | IRISH LIFE CENTRE,LOWER ABBEY STREET, DUBLIN,    IRELAND |
| IRON STRATEGIC INCOME FUNDIRON INCOME | ATTN:CHIEF COMPLIANCE OFFICER,IRON STRATEGIC INCOME FUND,C/O IRON FINANCIAL MANAGEMENT,IIIIX PORTFOLIO MANAGER,2 NORTHFIELD PLAZA, SUITE 250, NORTHFIELD, IL 60093 |
| ISRAEL DISCOUNT BANK | ATTN: MR. SHIMON EZRA, TREASURY – BACK OFFICE,DEPARTMENT,38 YEHUDA HALEVI STREET, TEL AVIV,  65136 ISRAEL |
| ISRAEL DISCOUNT BANK | C/O ISREAL DISCOUNT BANK LTD.,NIGHTINGALE HOUSE,65 CURZON STREET, LONDON W1Y 7PE,    UNITED KINGDOM |
| ISRAEL DISCOUNT BANK OF NEW YORK | ATTN:FEDER HARRY,ISRAEL DISCOUNT BANK OF NY,511 FIFTH AVENUE, NEW YORK, NY 10017 |
| ITALEASE FINANCE S.P.A. | VIA CINO DEL DUCA 12, MILAN,  20122 ITALY |
| ITALEASE FINANCE S.P.A. | ATTN: MASSIMO SARANDREA,VIA CINO DEL DUCA, 12, MILAN,  20122 ITALY |
| ITALMOBILIARE INTERNATIONAL FINANCE LTD | ATTN: SARA WHITE,C/O ITALMOBILIARE INTERNATIONAL FINANCE IRELAND,1ST FLOOR,AIB INTERNATIONAL CENTRE,I.F.S.C., DUBLIN,  1 IRELAND |
| ITALMOBILIARE SPA | 745 7TH AVENUE, NEW YORK, NY 10019 |
| ITOCHU CORPORATION | 2-5-1 KITA-AOYAMA,MINATO-KU, TOKYO,  107-8077 JAPAN |
| ITV PLC | ATTN: GROUP TREASURER,C/O CARLTON COMMUNICATIONS PLC,25 KNIGHTSBRIDGE, LONDON SW1X 7RZ,    UNITED KINGDOM |
| IVC AMERICA LP A/C SOLAIA INVESTMENTS LIMITED | 7 WORLD TRADE CENTRE, NEW YORK, NY 10007 |
| IVORY INVESTMENT MGMT/IVORY FLAGSHIP MASTER LTD, | ATTN:MITCH PRESSMAN,IVORY FLAGSHIP MASTER, LTD.,C/O IVORY INVESTMENT MANAGEMENT, LP,153 EAST 53RD STREET, 59TH FLOOR, NEW YORK, NY 10022 |
| IVORY INVESTMENT MGMT/IVORY LONG TERM MASTER, LTD, | ATTN:MITCH PRESSMAN,IVORY LONG-TERM MASTER, LTD.,C/O IVORY INVESTMENT MANAGEMENT, LP,153 EAST 53RD STREET, 59TH FLOOR, NEW YORK, NY 10022 |
| IVY FIXED INCOME ALPHA TRANSPO | 1633 BROADWAY,9TH FLOOR, NEW YORK, NY 11753 |
| IXIS REAL ESTATE CAPITAL INC | 9 WEST 57TH ST. 36, NEW YORK, NY 10019 |
| J.P. MORGAN SECURITIES LIMITED | 1 ANGEL COURT,THROGMORTEN STREET, LONDON,  EC2R7HJ UNITED KINGDOM |
| JA SOLAR HOLDINGS CO LTD | JINGLONG STREET, NINGJIN HEBEI PROVINCE,  55550 CHINA |
| JACKSON BOND LP | 2680 CRANE RIDGE ROAD, JACKSON, MS 39216 |
| JACKSON NATIONAL LIFE INSURANCE COMPANY | 1 CORPORATE WAY, LANSING, MI 48911 |
| JAMES & BETTY CLOWER JTWROS | ATTN:JAMES ROBERT CLOWER, SR. & BETTY S. CLOWER,1544 HICKORY RIDGE RD, LEBANON, TN 37087 |

| Claim Name | Address Information |
|---|---|
| JAMES LYLE | ATTN:MATTHEW LAMBERT,500 FIFTH AVENUE, SUITE 5200, NEW YORK, NY 10110 |
| JANA MASTER FUND LTD | ATTN:CHARLES PENNER,JANA MASTER FUND, LTD.,C/O JANA PARTNERS, LLC,200 PARK AVE, SUITE 3300, NEW YORK, NY 10166 |
| JANUS ADVISER CONTRARIAN FUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS ADVISER FUNDAMENTALEQUITY FUNDC/O JANUS CAPI | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS ADVISER INTERNATIONALGROWTH FUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS ADVISER LARGE CAP GROWTHFUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS ADVISER MID CAP GROWTHFUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS ASPEN FUNDAMENTAL EQUITYPORTFOLIO | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS ASPEN GLOBAL LIFESCIENCES PORTFOLIO | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS ASPEN INTERNATIONALGROWTH PORTFOLIO | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS ASPEN LARGE CAP GROWTHPORTFOLIO | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS CONTRARIAN FUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS ENTERPRISE FUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS FUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS FUNDAMENTAL EQUITY FUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS GBL LIFE SCIENCES FUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS ORION FUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS OVERSEAS FUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JANUS RESEARCH FUND | ATTN:GENERAL COUNSEL,C/O JANUS CAPITAL MANAGEMENT LLC,151 DETROIT STREET, DENVER, CO 80206 |
| JAPAN TRUSTEE SERVICES | BK /S 01032-5111 LEGG MASON AM JAPAN CO LTD,CITICORP CTR,+81-3-5462-6880,2-3-14 HIGASHI-SHINAGAWA, SHINAGAWA-KU TOKYO,  140-8639 JAPAN |
| JAPAN TRUSTEE SERVICES BK /M 46402-6242 | FORTIS ASSET MGT JPN CO,81-3-3502-0669,1-9-2 HIGASHI-SHINBASHI,SHIODOME SUMITOMO BLDG, TOKYO,   JAPAN |
| JASON J WALLACE | ATTN:MR. JASON J. WALLACE,525 HUNTLEY DRIVE, WEST HOLLYWOOD, CA 90045 |
| JASPER FINANCE LIMITED SERIES 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,   IRELAND |
| JB DIVERSIFIED FIXED INCOME MASTER HEDGE FUND | 155 BISHOPSGATE, LONDON,  EC2M 3XS UNITED KINGDOM |
| JBIM APFC | ATTN: COMPANY SECRETARY,JULIUS BAER INVESTMENT MANAGEMENT INC.,BEVIS MARK HOUSE,BEVIS MARK, LONDON EC3A 7NE,   UNITED KINGDOM |
| JBIM BIGBF | ATTN: COMPANY SECRETARY,JULIUS BAER INVESTMENT MANAGEMENT INC.,BEVIS MARK HOUSE,BEVIS MARK, LONDON EC3A 7NE,   UNITED KINGDOM |
| JBIM BIIF | ATTN: COMPANY SECRETARY,JULIUS BAER INVESTMENT MANAGEMENT INC.,BEVIS MARK HOUSE,BEVIS MARK, LONDON EC3A 7NE,   UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| JBIM OIMRA | ATTN: COMPANY SECRETARY,JULIUS BAER INVESTMENT MANAGEMENT INC.,BEVIS MARK HOUSE,BEVIS MARK, LONDON EC3A 7NE,   UNITED KINGDOM |
| JBIM PACIFIC | ATTN: COMPANY SECRETARY,JULIUS BAER INVESTMENT MANAGEMENT INC.,BEVIS MARK HOUSE,BEVIS MARK, LONDON EC3A 7NE,   UNITED KINGDOM |
| JBIM TRSL | ATTN: COMPANY SECRETARY,JULIUS BAER INVESTMENT MANAGEMENT INC.,BEVIS MARK HOUSE,BEVIS MARK, LONDON EC3A 7NE,   UNITED KINGDOM |
| JEFFERIES AND COMPANY | ATTN:MANAGER OF CENTRAL CREDIT ADMINISTRATION,JEFFERIES & CO INC.,520 MADISON AVE, NEW YORK, NY 10022 |
| JEFFERIES AND COMPANY | 11100 SANTA MONICA BLVD.,11TH FLOOR, LOS ANGELES, CA 90025 |
| JEFFERSON COUNTY WATER & SEWER SYSTEM, ALABAMA., | ATTN: DIRECTOR OF FINANCE,JEFFERSON COUNTY COURTHOUSE,716 RICHARD ARRINGTON BLVD., BIRMINGHAM, AL 35203 |
| JEFFERSON PILOT LIFE INSURANCE COMPANY | 100 NORTH GREEN STREET, GREENSBORO, NC 27401 |
| JEFFERSON PLACE APARTMENTS, LLC | 12251 S STRANG RD, OLATHE, KS 66062 |
| JEFFERSON VALLEY CDO | ATTN:THE DIRECTORS,JEFFERSON VALLEY CDO SPC, FOR THE ACCOUNT OF THE,SERIES 2006-1 SEGREGATED PORTFOLIO,C/O MAPLES FINANCE LIMITED, P.O. BOX 1093GT,QUEENSGATE HOUSE, S CHURCH ST, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| JEFFERSON VALLEY CDO | 1 BROADGATE 3RD FLOOR, LONDON,  EC2M 7HA UNITED KINGDOM |
| JENNERS POND | ATTN: CHIEF FINANCIAL OFFICER,C/O SIMPSON SENIOR SERVICES,150 MONUMENT ROAD, SUITE 105, BALA CYNWYD, PA 19004-1725 |
| JER PHOENIX HOLDINGA/C PHOENIX F1 NEUBRANDENBURG, | ATTN: MANAGER,25 B, BOULEVARD ROYAL,L-2449 LUXEMBOURG, ,   LUXEMBOURG |
| JER PHOENIX HOLDINGA/C PHOENIX F1 NEUBRANDENBURG, | C/O JER REAL ESTATE ADVISORS (UK) LIMITED,CLARGES HOUSE,6-12 CLARGES STREET,ATTN: LEGAL COUNSEL, LONDON W1J 8AD,   UNITED KINGDOM |
| JER PHOENIX HOLDINGA/C PHOENIX F1 NEUBRANDENBURG, | C/O JER REAL ESTATE ADVISORS (UK) LIMITED,BERKELEY SQUARE HOUSE, SUITE 5,7 BERKELEY SQUARE HOUSE, LONDON W1J 6BY,   UNITED KINGDOM |
| JEROME SWARTZ | ATTN:MR. JEROME SWARTZ,199 OLD FIELD ROAD, OLD FIELD, NY 11733-1639 |
| JEWISH SENIORS AGENCY OF RHODE ISLAND | C/O B.C. ZIEGLER AND COMPANY,ATTN: TODD SMART,1185 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| JEWISH SENIORS AGENCY OF RHODE ISLAND | ATTN: EXECUTIVE DIRECTOR,229 WATERMAN STREET, PROVIDENCE, RI 2906 |
| JIH SUN INTERNATIONAL BANK | 12F.,NO.111,SEC. 2, NANJING E. RD.,   TAIPEI CITY |
| JMG CAPITAL PARTNERS LP | ATTN:NOELLE NEWTON,JMG CAPITAL PARTNERS, L.P.,C/O JMG CAPITAL MANAGEMENT LLC,PACIFIC ASSET MANAGEMENT, LLC,11601 WILSHIRE BLVD, SUITE 2180, LOS ANGELES, CA 90025 |
| JMG CAPITAL PARTNERS LP | 1 SANSOME STREET,39TH FLOOR, SAN FRANCISCO, CA 94104 |
| JOHN HANCOCK LIFE INSURANCE COMPANY | 101 HUNTINGTON ST., BOSTON, MA 02199 |
| JP MORGAN ABSOLUTE RETURN CRED | 2-7-3 MARUNOUCHI,CHIYODA-KU,TOKYO BLDG, TOKYO,   100-6432 JAPAN |
| JP MORGAN CHASE BANK | 1 CHASE MANHATTAN PLAZA,7TH FLOOR, NEW YORK, NY 10005 |
| JP MORGAN FLEMING AM USAA/C EMERGING MARKETS DEBT, | ATTN:VP, DERIVATIVES OPERATIONS,J.P. MORGAN INVESTMENT MANAGEMENT INC.,245 PARK AVENUE, LOBBY, NEW YORK, NY 10167 |
| JP MORGAN INTERNATIONAL BANK LTD | 8 RUE DE LA CONFEDERATION, GENEVA,   1204 SWITZERLAND |
| JP MORGAN INV MGMT INCA/C JPMIM 23591C | ATTN:DELAP KATHLEEN,JPMORGAN CHASE BANK,J.P. MORGAN INVESTMENT MGMT,522 FIFTH AVENUE, NEW YORK, NY 10036 |
| JPM NY/UBS O'CONNOR LLC GIVE-UP (CDS) | 1 N WACKER, CHICAGO, IL 60606 |
| JPMAM 9557 C/O JPMORGAN AM (LONDON) LTD | 1111 POLARIS PARKWAY, COLUMBUS, OH 43271 |
| JPMCB / 17024-0 MGT LONG DURATION PUBLIC BOND FUND | ATTN:VP, DERIVATIVES OPERATIONS,J.P. MORGAN INVESTMENT MANAGEMENT INC.,245 PARK AVENUE, LOBBY, NEW YORK, NY 10167 |
| JPMCB/131950 MGT INTERMEDIATEBOND FUND | ATTN: KATHLEEN DELAP,JPMORGAN CHASE BANK,C/O J.P. MORGAN INVESTMENT MANAGEMENT,522 FIFTH AVENUE, NEW YORK, NY 10036 |
| JPMIM / 144350 JP MORGAN SHORT TERM BOND II FUND, | ATTN:VP, DERIVATIVES OPERATIONS,J.P. MORGAN INVESTMENT MANAGEMENT INC.,245 PARK AVENUE, LOBBY, NEW YORK, NY 10167 |
| JPMIM / 160990 JP MORGAN SHORT TERM | ATTN:VP, DERIVATIVES OPERATIONS,J.P. MORGAN INVESTMENT MANAGEMENT INC.,245 |

| Claim Name | Address Information |
|---|---|
| BOND FUND | PARK AVENUE, LOBBY, NEW YORK, NY 10167 |
| JPMIM / 160990 JP MORGAN SHORT TERM BOND FUND | 1 E. OHIO ST,14, INDIANAPOLIS, IN 46204 |
| JPMIM/JP MORGAN SERIES TRUSTII-JPMORGAN BOND PORTF | ATTN:VP, DERIVATIVES OPERATIONS,J.P. MORGAN INVESTMENT MANAGEMENT INC.,245 PARK AVENUE, LOBBY, NEW YORK, NY 10167 |
| JPMIM/JP MORGAN STRATEGICINCOME FUND | ATTN:VP, DERIVATIVES OPERATIONS,J.P. MORGAN INVESTMENT MANAGEMENT INC.,245 PARK AVENUE, LOBBY, NEW YORK, NY 10167 |
| JPMORGAN ALTERNATIVE ASSETA/C JPMORGAN ALPHA STRAT | ATTN:LISA VICITAL,JPMORGAN ALPHA STRATEGY, LTD.,J.P. MORGAN ALTERNATIVE ASSET MANAGEMENT, INC.,245 PARK AVENUE, FL 3, NEW YORK, NY 10167 |
| JPMORGAN CHASE BANK, NA | +1 646 534 1722,J.P. MORGAN,277 PARK AVE., |
| JPMORGAN CHASE BANK, NA | ATTN:LEGAL DEPT - DERIVATIVES PRACTICE GROUP,JPMORGAN CHASE BANK, N.A.,270 PARK AVENUE, 41ST FLOOR, NEW YORK, NY 10017-2070 |
| JPMORGAN CHASE BANK, NA, LONDON | 20 FINSBURY STREET, LONDON,   EC2Y XXX GB |
| JPMORGAN FIXED INCOME OPPORTUNITY MASTER FD | 20 WEST 54TH,28TH, NEW YORK, NY 10019 |
| JPMORGAN FIXED INCOMEOPP INST FD LTD | ATTN:RICH POTAPCHUK,C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC,9 WEST 57TH STREET, 27TH FLOOR, NEW YORK, NY 10019 |
| JPMORGAN FIXED INCOMEOPPORTUNITY MASTER FD | ATTN:RICH POTAPCHUK,C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC,9 WEST 57TH STREET, 27TH FLOOR, NEW YORK, NY 10019 |
| JR MOORE LP | 1 CURZON STREET, LONDON,  W1J 5HA UNITED KINGDOM |
| JSM SAN REMO, LLC | 505 S 5TH ST STE 1, CHAMPAIGN, IL 61820-5599 |
| JSM SORRENTO, LLC | 505 S 5TH ST STE 1, CHAMPAIGN, IL 61820-5599 |
| JSM VENEZIA, LLC | 505 S 5TH ST STE 1, CHAMPAIGN, IL 61820-5599 |
| JUDSON RETIREMENT | C/O CAIN BROTHERS & CO., LLC,ATTN: DERIVATIVES OPERATIONS,360 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| JUDSON RETIREMENT | ATTN: HONG CHAE,2181 AMBLESIDE DRIVE, CLEVELAND, OH 44106 |
| JULIUS BAER INV MGT LLC A/C JULIUS BAER | MB ABS RET EMGREF JB MB ABS RET EMG BOND,2 BIOD DES THEATRES PO BOX 3H211, GENEVA,  1211 SWITZERLAND |
| JULLIARD SCHOOL | ATTN: JON ROSENHEIM,60 LINCOLN CENTER PLAZA,ROOM 227, NEW YORK, NY 10023-6588 |
| JUPITER QUARTZ PLC 2004-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,   IRELAND |
| JUROKU BANK LTD (THE) | 81-58-266-0466,8-26 KANDA-MACHI, GIFU-SHI,  500-8516 JAPAN |
| K & H BANK HUNGARY | VIGADO TER 1, BUDAPEST,  1051 HUNGARY |
| K CAPITAL OFFSHORE MASTER FUND (US DOLLAR), L.P., | ATTN:KRISTIN VALENTE,K CAPITAL PARTNERS, LLC,75 PARK PLAZA,BOX 11, BOSTON, MA 02116 |
| K2 ADVISORS LLC A/C K2 DIV PA FUND II LTD | 300 ATLANTIC AVE, STAMFORD, CT 06901 |
| KA MOORE LTD | ATTN: ANTHONY GALLAGHER,C/O MOORE CAPITAL MANAGEMENT, LLC,1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| KAMUNTING STREET MASTER FUND LTD. | 140 E. 45TH ST.,15TH FL., NEW YORK, NY 10017 |
| KANSAI ELECTRIC POWER CO | 3-6-16NAKANOSIMA,KITA-KU, OSAKA,  530-8270 JAPAN |
| KATSUMI YOSHIDA | 275 HAYAKITA GENBU, ABIRA-CHO YUFUTSUGUN,  059-1432 JAPAN |
| KAUPTHING BK LUXEMBOURG SA | 35A AVENUE J.F.K, LUXEMBOURG,  1855 LUXEMBOURG |
| KAYE C. WARD | ATTN:KAYE C. WARD,35712 WCR 19, WINDSOR, CO 80550 |
| KAYNE ANDERSON CAPITAL | A/C KAYNE AND CAP INC PTNRS QP,1800 AVENUE OF THE STARS, LOS ANGELAS, CA 90067 |
| KAYNE ANDERSON CAPITALA/C HFR RV PERFORMANC MSTR T | ATTN:TREVOR ANGUS,BUTTERFIELD TRUST (BERMUDA) LIMITED,65 FRONT STREET, HAMILTON,  HM 11 BERMUDA |
| KAYNE ANDERSON CAPITALA/C KAYNE AND CAP INC PTNRS, | ATTN:DAVID SHLADOVSKY,1800 AVENUE OF THE STARS, SECOND FLOOR, LOS ANGELES, CA 90067 |
| KAYNE ANDERSON CAPITALA/C KAYNE ANDERSON CAP INC F | ATTN:DAVID SHLADOVSKY,1800 AVENUE OF THE STARS, SECOND FLOOR, LOS ANGELES, CA 90067 |
| KBC ALTERNATIVE/KBC HARMONY FUND | KBC HARMONY FUND,PO BOX 309GT, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| KBC BANK N.V. | ATTN: THE GENERAL MANAGER,C/O EXCHANGE HOUSE,7TH FLOOR,PRIMROSE STREET, LONDON EC2A 2HQ,   UNITED KINGDOM |
| KBC BANK N.V. | KBC BANK NV,ATTN: THE GENERAL MANAGER,125 WEST 55TH STREET, NEW YORK, NY 10019 |
| KBC FINANCIAL PRODUCTS (CAYMAN ISLANDS) LTD | 111 OLD BROAD STREET, LONDON,   EC2N 1FP UNITED KINGDOM |
| KBC INVESTMENTS LIMITED | A/C KBC INVSTMNTS CAYMAN V LTD,111 OLD BROAD STREET, LONDON,   EC2N 1FP UNITED KINGDOM |
| KBF ASSOCIATES, L.P. | 1225 BOONE HILL RD, SUMMERVILLE, SC 29483 |
| KBL EUROPEAN PRIVATE BANKERS SA | 11 RUE ALDRINGEN, LUXEMBOURG,  2960 LUXEMBOURG |
| KDF HALLMARK, L.P. | 531 WOODSIDE RD, REDWOOD CITY, CA 94061 |
| KELLOGG CAPITAL GROUP LLC | ATTN:NICHOLAS CAPPELLERI,KELLOGG CAPITAL GROUP LLC,55 BROADWAY, 4TH FLOOR, NEW YORK, NY 10006 |
| KELLOGG CAPITAL GROUP LLC | 1250 PROSPECT STREET,SUITE 04, LA JOLLA, CA 92037 |
| KENDAL AT ITHACA | ATTN:ANN E. WALL,KENDAL AT ITHACA,2230 NORTH TRIPHAMMER ROAD, ITHACA, NY 14850 |
| KENSICO CAPITAL MGMT/KENSICO DRAWDOWN FUND | ATTN:JOSEPH SIGNORILE,KENSICO PARTNERS, L.P.,55 RAILROAD AVENUE, GREENWICH, CT 06830 |
| KENT STATE UNIVERSITY | ATTN: DAVID K. CREAMER, VICE PRESIDENT FOR,BUSINESS AND FINANCE,EXECUTIVE OFFICES,2ND FLOOR LIBRARY, KENT STATE UNIVERSITY, KENT, OH 44242 |
| KENT, ROBERT A AND SALLY M | ATTN:ROBERT AND SALLY KENT,2309 LINDA VISTA, KLAMATH FALLS, OR 97601 |
| KING STREET CAPITAL L.P. | 1-10-1 ROPPONGI,MINATO KU,28F ROPPONGI HILLS MORI TOWER, TOKYO,  106-6128 JAPAN |
| KING STREET EUROPE MASTER FUND LTD | CURZON STREET,6/FLOOR,LECONFIELD HOUSE, LONDON,   W1J 5JA UNITED KINGDOM |
| KINGDOM OF SWEDEN | ATTN: BACK OFFICE, GENERAL COUNSEL,RIKSGALDSKONTORET, NORRLANDSGATAN 15,SE-103 74, STOCKHOLM,   SWEDEN |
| KINGDOM OF SWEDEN | HIS EXCELLECY THE AMBASSADOR OF THE KINGDOM OF,SWEDEN,AT THE COURT OF ST. JAMES'S, ,   SWEEDEN |
| KINGFISHER CAPITAL CLO LTD | C/O WALKERS SPV LIMITED,WALKER HOUSE,87 MARY STREET, GEORGE TOWN, GRAND CAYMAN,  KY1-9002 CAYMAN ISLANDS |
| KINGS RIVER LIMITED | ATTN: THE DIRECTORS,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| KINGS RIVER LIMITED | C/O CT CORPORATION,REF: KINGS RIVER LIMITED,111 8TH AVENUE, NEW YORK, NY 10011 |
| KIOWA POWER PARTNERS LLC | A/C TENASKA POWER SERVICES CO.,1044 N. 115 STREET,SUITE 400, OMAHA, NE 68154 |
| KKR STRATEGIC CAPITAL HOLDING I LP | 4 EMBARCADERO,SUITE 2050, SAN FRANCISCO, CA 94111 |
| KLINE GALLAND CENTER | C/O CAIN BROTHERS & CO., LLC,ATTN: DERIVATIVES OPERATIONS,360 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| KLINE GALLAND CENTER | ATTN: CHIEF FINANCIAL OFFICER,1200 UNIVERSITY STREET, SEATTLE, WA 98101-2883 |
| KLS DIVERSIFIED ASSET MANAA/C KLS DIVERSIFIED MAST | ATTN:SEAN MARTIN,KLS DIVERSIFIED MASTER FUND L.P.,140 EAST 45TH STREET, 39TH FLOOR, NEW YORK, NY 10017 |
| KOCH SUPPLY & TRADING LP | 1 PICKWICK PLAZA, SUITE 300, GREENWICH, CT 06830 |
| KOCH SUPPLY & TRADING LP (MNSA) | 667 MADISON AVE, NEW YORK, NY 10065 |
| KOMERCNI BANK AS | VACLAVSKE NAMESTI 42, PRAGUE,  114 07 CZECH REPUBLIC |
| KOMMUNALBANKEN AS | MUNKEDAMSVEIEN 45,P O BOX 1210, OSLO,  N-0110 NORWAY |
| KOMMUNEKREDIT | 16 KULTORVET,BOX 1120, COPENHAGEN,  DK-1009 K DENMARK |
| KOMMUNINVEST AB FOREIGN EXCHANGE DEPT | FENIX HOUSE,DROTTNINGGATAN 2, OREBRO,  701 42 SWEDEN |
| KOOKMIN BANK | ATTN:TREASURY SETTLEMENT CENTER,36-3, YOIDO-DONG,YOUNGDEUNGOP-GU, SEOUL, 100-755 KOREA, REPUBLIC OF |
| KOOKMIN BANK | ATTN:TREASURY SETTLEMENT CENTER,KOOKMIN BANK,36-3, YOIDO-DONG, YOUNGDEUNGOP-GU, SEOUL,  150-758 KOREA, REPUBLIC OF |
| KOOKMIN BANK | 15-22,YOIDO-DONG,5F KOOKMIN BANK, YOUNGDEUNGPO-KU,   SEOUL |
| KORE ADVISORS LP A/C KORE FIXED INCOME FUND LTD, | 110 EAST 59TH ST, NEW YORK, NY 10022 |
| KOREA CENTRAL MORTGAGE , INC. | ATTN:KWAGNSEOB JUNG, CONTROLLER,KOREA CENTRAL MORTGAGE, INC.,21ST FLOOR, STAR |

| Claim Name | Address Information |
|---|---|
| KOREA CENTRAL MORTGAGE , INC. | TOWER BUILDING,737 YEOKSAM-DONG, KANGNAM-GU, SEOUL,  135-984 KOREA, REPUBLIC OF |
| KOREA DEVELOPMENT BANK | 10-2 GWANCHUL-DONG,JONGRO-KU, SEOUL,  110-748 KOREA |
| KOREA DEVELOPMENT BANK | ATTN:DESK OF OFFSHORE ISDA,THE KOREA DEVELOPMENT BANK,INTERNATIONAL FINANCE DEPARTMENT,10-2 KWANCHUL-DONG, CHONGNO-KU, SEOUL,  110-748 KOREA, REPUBLIC OF |
| KOREA EAST-WEST POWER CO.,LTD. | ATTN:MR. KIM YONG-HYUN, FINANCE & ALM TEAM,KOREA EAST-WEST POWER CO., LTD.,#167, SAMSEONG-DONG, GANGNAM-GU, SEOUL,  135-791 KOREA, REPUBLIC OF |
| KOREA EXCHANGE BANK | 181,2GA, EULCHIRO,   CHUNG-KU |
| KOREA INVESTMENT AND SECURITIES CO., LTD. | 19TH FL. DS DEPT. 27-1,YEOUIDO-DONG, YOUNGDEUNGPO-KU,  150-745 SEOUL |
| KOREA INVESTMENT ANDSECURITIES CO., LTD. | ATTN:INVESTMENT & FINANCIAL ENGINEERING DEPT.,KOREA INVESTMENT & SECURITIES CO., LTD.,19/F KOREA INVESTMENT & SECURITIES BLDG,27-1, YEOUIDO-DONG, YEOUNGDEOUNGPO-GU, SEOUL,  150-745 KOREA, REPUBLIC OF |
| KOREA LIFE INSURANCE CO., LTD | 60 YOIDO-DONG,YOUNGDUNGPO-KU, SEOUL,  150-603 KOREA |
| KOREA LIFE INSURANCE CO., LTD | ATTN:GLOBAL INVESTMENT  & MANAGEMENT,KOREA LIFE INSURANCE COMPANY LIMITED,60, YOUIDO-DONG,YONGDUNGPO-GU, SEOUL,  150-603 KOREA, REPUBLIC OF |
| KRAUS PARTNER INVESTMENT | SOLUTION A/C ALTEA SICAV FIS GLOBAL ONE,KASERNENSTRASSE 11, ZURICH,  8004 SWITZERLAND |
| KREDIETBANK SA LUXEMBOURGEOISE, LONDON | ATTN: BENOIT VAN OLDEREEL,43, BOULEVARD ROYAL,L-2955 LUXEMBOURG, , LUXEMBOURG |
| KREDIETBANK SA LUXEMBOURGEOISE, LONDON | C/O KREDIETBANK LUEMBOURG REPRESENTATIVE OFFICE,ATTN: MRS. MARIA HORBACZEWSKA,FOUNDERS COURT,LOTHBURY, LONDON EC2R 7HE,   UNITED KINGDOM |
| KREDITANSTALT FUER WIEDERAUFBAU | ., FRANKFURT,  L-2950 GERMANY |
| KREDYT BANK WARSAW SA | KAPEE KASPRZAKA 2/8, WARSAW,  01-211 POLAND |
| KT CORPORATION | ATTN:INTERNATIONAL FINANCING TEAM,KT CORPORATION,206 JUNGJA-DONG, BUNDANG-GU,KYUNGGI PROVINCE, SUNGNAM CITY,  463-711 KOREA, REPUBLIC OF |
| KUTXAGEST SA SGIIC A/C KUTXAINDEX15, FI | AVENIDA SANCHO  EL SABIO,SAN SEBASTIEN,DONOSTIA, |
| KYOBO LIFE INSURANCE CO | ATTN:MR KIM, JONG WOON,INVESTMTENT  & OUTSOURCING TEAM,7TH FL, 1, JONGNO-1 GA,JONGNO-GU, SEOUL,  110-714 KOREA, REPUBLIC OF |
| KYOBO LIFE INSURANCE CO | 1,1-KA, CHONGRO,   SEOUL |
| KYONGNAM BANK | 1 CHONGRO 1GA CHONGRO-GU 707, SEOUL,  100-110 KOREA |
| KYONGNAM BANK | ATTN:MR. CHA, JAE KYUNG,KYONGNAM BANK,2F, JEONG-AN B/D,57-10, SEOSOMUN-DONG, CHUNG-GU, SEOUL,  100-110 KOREA, REPUBLIC OF |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: MASAKI AGUNI, DIRECTOR,2-1, MINAMI AOYAMA 7-CHOME,MINATO-KU, TOKYO, 107-0062 JAPAN |
| LA LOMA VILLAGE | C/O CAIN BROTHERS & CO., LLC,ATTN: DERIVATIVES OPERATIONS,360 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| LA LOMA VILLAGE | ATTN: SHARON GRAMBOW, CFO,LA LOMA SENIOR LIVING SERVICES, INC.,C/O ROSKAMP ARIZONA MANAGEMENT & DEVELOPMENT,14506 WEST GRANITE VALLEY DRIVE,SUITE 206, SUN CITY WEST, AZ 85375 |
| LAHDE CAPITAL MANAGEMENTA/C SHORT CREDIT MASTER FD | ATTN:ANDREW LAHDE,LAHDE CAPITAL MANAGEMENT LP,2400 BROADWAY, SUITE 220, SANTA MONICA, CA 90404 |
| LAHDE/US RESIDENTIAL REALESTATE HEDGE V, LP | ATTN:ANDREW LAHDE,LAHDE CAPITAL MANAGEMENT, LLC,2700 NEILSON WAY, SUITE 1126, SANTA MONICA, CA 90405 |
| LAKEVIEW CDO 2007-2 | ATTN: THE DIRECTORS,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| LAKEVIEW CDO 2007-2 | C/O MAPLES AND CALDER,ATTN: DALE CROWLEY,P.O. BOX 309 GT,UGLAND HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| LAKEVIEW CDO 2007-2 | C/O CORPORATION SERVICE COMPANY,REF: LAKEVIEW CDO SPC FOR THE ACCOUNT OF SERIES,2007-2,SEGREGATED PORTFOLIO,1133 AVENUE OF THE AMERICAS, SUITE 3100, NEW YORK, NY 10036 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: THE DIRECTORS,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |

| Claim Name | Address Information |
|---|---|
| LAKEVIEW CDO SPC 2007-1 | C/O MAPLES AND CALDER, ATTN: DALE CROWLEY, P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN,    CAYMAN ISLANDS, BWI |
| LAKEVIEW CDO SPC 2007-1 | C/O CORPORATION SERVICE COMPANY, REF: LAKEVIEW CDO SPC FOR THE ACCOUNT OF SERIES, 2007-2, SEGREGATED PORTFOLIO, 1133 AVENUE OF THE AMERICAS, SUITE 3100, NEW YORK, NY 10036 |
| LAND SALZBURG | KAIGASSE 2A, SALZBURG,   5010 AUSTRIA |
| LANDESBANK BADEN-WURTTEMBERG NEW YORK | 1 ROPEMAKER STREET, CITYPOINT, LONDON,   EC2Y 9LW UNITED KINGDOM |
| LANDESBANK BERLIN AG | 1 CROWN COURT, CHEAPSIDE, LONDON,   EC2V 6LR UNITED KINGDOM |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | ATTN: LEGAL TEAM, GROSSE BLEICHE 54-56, MAINZ,   55098 GERMANY |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | 10-12 BOULEVARD ROOSEVELT, LUXEMBOURG,   L-2450 LUXEMBOURG |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | C/O WESTDEUTSCHE LANDESBANK, ATTN: LEGAL DEPARTMENT, GIROZENTRALE, LONDON BRANCH, 36 GRACECHURCH STREET, LONDON EC3V 0AX,    UNITED KINGDOM |
| LANDESBANK RHEINLAND-PFALZ INTERNATIONAL SA | 10 - 12 BD. ROOSEVELT, LUXEMBOURG,   L-2450 LUXEMBOURG |
| LANDESBANK SACHSEN GIROZENTRALE | P.O. BOX 10 02 06, LEIPZIG,   D-04002 GERMANY |
| LANDINGS ON MILLENIA BLVD. PARTNERS, LTD. | 5150 MILLENIA BLVD, ORLANDO, FL 32839 |
| LANDSBANKI ISLAND | AUSTURSTRAETI 11, REYKJAVIK,   155 ICELAND |
| LANDSBANKI ISLAND | ATTN:THROSTUR BERGMANN, LANDSBANKI ISLANDS HF, C/O VARSLA OG VIDSKIPTAUMSJON, AUSTURSTR??TI 11, REYKJAVIK,   IS-155 ICELAND |
| LATIGO MASTER FUND | 590 MADISON, NEW YORK, NY 10022 |
| LAWSON SOFTWARE INC | 380 ST. PETER STREET, ST. PAUL, MN 55102 |
| LB AUSTRALIA FINANCE PTY | ATTN: HEAD OF COMPLIANCE, LEHMAN BROTHERS AUSTRALIA FINANCE PTY LTD ACN 126,993 495, C/O GRANGE SECURITIES LIMITED, 264 GEORGE STREET, LEVEL 33, SYDNEY NSW 2000,    AUSTRALIA |
| LB INDIA HOLDINGS CAYMAN II LT | LB INDIA HOLDINGS CAYMAN II LTD., C/O LEHMAN BROTHERS ASIA LIMITED, 26/F, TWO INTERNATIONAL FINANCIAL CENTER, 8 FINANCE STREET CENTRAL, ,   HONG KONG |
| LB INDIA HOLDINGS CAYMANII LTD | ATTN: THERESA CHAN, COMPLIANCE OFFICER, LB INDIA HOLDINGS CAYMAN II LTD., C/O LEHMAN BROTHERS ASIA LIMITED, 26/F, TWO INTERNATIONAL FINANCIAL CENTER, 8 FINANCE STREET CENTRAL, ,   HONG KONG |
| LB PERU TRUST II | ATTN:CORPORATE TRUST ADMINISTRATION, THE BANK OF NEW YORK, 101 BARCLAY STREET, NEW YORK, NY 10286 |
| LB REAL ESTATE PARTNERS LP | ATTN: EDWARD WILLIAMS, ONE BROADGATE, GROUND FLOOR, LONDON EC2M 7HA,    UNITED KINGDOM |
| LB REAL ESTATE PARTNERS LP | ATTN: RODOLPHO AMBOSS AND JEFFREY BAILEY, 399 PARK AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| LB SPECIAL FINANCEA/C ALTA 2007-2 | ATTN: THE DIRECTORS, ALTA CDO SPC, FOR THE ACCOUNT OF THE SERIES 2007-2, SEGREGATED PORTFOLIO, C/O MAPLES FINANCE LIMITED, P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH ST, GEORGE TOWN, GRAND CAYMAN,    CAYMAN ISLANDS |
| LB SPECIAL FINANCEA/C ALTA 2007-2 | C/O MAPLES AND CALDER, ATTN: DALE CROWLEY, P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN,    CAYMAN ISLANDS, BWI |
| LB SPECIAL FINANCEA/C ALTA 2007-2 | C/O CORPORATION SERVICE COMPANY, REF: ALTA CDO SPC, FOR THE ACCOUNT OF THE SERIES, 2007-2, SEGREGATED PORTFOLIO, 1133 AVENUE OF THE AMERICAS, SUITE 3100, NEW YORK, NY 10036 |
| LB SPECIAL FINANCEA/C AVIV LCDO 2006-2 LIMITED | ATTN:THE DIRECTORS, AVIV LCDO 2006-2, LIMITED, C/O MAPLES FINANCE LTD., PO BOX 1093GT, QUEENSGATE HOUSE, S CHURCH ST, GEORGETOWN,    GRAND CAYMAN ISLANDS |
| LB SPECIAL FINANCEA/C CHERRY HILL CDO SPC 2007-2, | ATTN: THE DIRECTORS, CHERRY HILL CDO SPC FOR THE ACCOUNT OF THE SERIES, 2007-2, SEGREGATED PORTFOLIO, C/O MAPLES FINANCE LIMITED, POB 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH ST, GEORGE TOWN, GRAND CAYMAN,    CAYMAN ISLANDS |
| LB SPECIAL FINANCEA/C CHERRY HILL CDO SPC 2007-2, | C/O MAPLES AND CALDER, ATTN: DALE CROWLEY, P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN,    CAYMAN ISLANDS, BWI |
| LB SPECIAL FINANCEA/C CHERRY HILL CDO SPC 2007-2, | C/O CORPORATION SERVICE COMPANY, REF: CHERRY HILL CDO SPC, FOR THE ACCOUNT OF THE, SERIES 2007-2, SEGREGATED PORTFOLIO, 1133 AVENUE OF THE AMERICAS, SUITE |

| Claim Name | Address Information |
|---|---|
| LB SPECIAL FINANCEA/C CHERRY HILL CDO 2007-2 | 3100, NEW YORK, NY 10036 |
| LB SPECIAL FINANCEA/C LAKEVIEW CDO SPC 2007-3 | ATTN: THE DIRECTORS,LAKEVIEW CDO FOR THE ACCOUNT OF THE SERIES 2007-3,SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| LB SPECIAL FINANCEA/C LAKEVIEW CDO SPC 2007-3 | C/O MAPLES AND CALDER,ATTN: DALE CROWLEY,P.O. BOX 309 GT,UGLAND HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| LB SPECIAL FINANCEA/C LAKEVIEW CDO SPC 2007-3 | C/O CORPORATION SERVICE COMPANY,REF: LAKEVIEW CDO FOR THE ACCOUNT OF THE SERIES,2007-3,SEGREGATED PORTFOLIO,1133 AVENUE OF THE AMERICAS, SUITE 3100, NEW YORK, NY 10036 |
| LB SPECIAL FINANCEA/C PANTERA VIVE SPC 2007- 1 | ATTN:THE DIRECTORS,PANTERA VIVE CDO, FOR SERIES 2007-1,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGETOWN, GRAND CAYMAN ISLANDS |
| LB SPECIAL FINANCEA/C PEBBLE CREEK LCDO 2006-1 | ATTN:THE DIRECTORS,PEBBLE CREEK LCDO 2006-1, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN, GRAND CAYMAN ISLANDS |
| LB SPECIAL FINANCEA/C SOLAR V CDO | ATTN: THE DIRECTORS,SOLAR V CDO SPC, FOR THE ACCOUNT OF THE SERIES,2007-1, SEGREGATED PORTFOLIO,C/O MAPLES FINANCE LIMITED,POB 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH ST, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| LB SPECIAL FINANCEA/C SOLAR V CDO | C/O MAPLES AND CALDER,ATTN: DALE CROWLEY,P.O. BOX 309 GT,UGLAND HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| LB SPECIAL FINANCEA/C SOLAR V CDO | C/O CORPORATION SERVICE COMPANY,REF: SOLAR V CDO SPC, FOR THE ACCOUNT OF THE,SERIES 2007-1,SEGREGATED PORTFOLIO,1133 AVENUE OF THE AMERICAS, SUITE 3100, NEW YORK, NY 10036 |
| LBCMT 2007-C3 CLASS A-2FL | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| LBCMT 2007-C3 CLASS A-4FL | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| LBCMT 2007-C3 CLASS A-JFL | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| LBCMT 2007-C3 CLASS A-MFL | ATTN:CORPORATE TRUST / MBS ADMINISTRATION CWABS,THE BANK OF NEW YORK,101 BARCLAY ST, NEW YORK, NY 10286 |
| LBPAM ALTERNA 10 R | 23 / 25 AVENUE FRANKLIN ROOSEV, PARIS,   75008 FRANCE |
| LCG SELECT OFFSHORE, LTD | 212-763-8001,767 5TH AVENUE,19TH FLOOR, NEW YORK, NY 10153 |
| LCOR ALEXANDRIA LLC | ATTN:R. WILLIAM HARD,C/O LCOR INCORPORATED,6701 DEMOCRACY BLVD.,SUITE 711, BETHESDA, MD 20817 |
| LEGACY SENIOR COMMUNITIES | C/O B.C. ZIEGLER AND COMPANY,ATTN: SCOTT DETERMAN,1 SOUTH WACKER DRIVE, SUITE 3080, CHICAGO, IL 60606 |
| LEGACY SENIOR COMMUNITIES | ATTN: CHIEF FINANCIAL OFFICER,THE LEGACY AT WILLOW BEND RETIREMENT COMMUNITY,INC.,5100 BELTLINE ROAD, SUITE 430, DALLAS, TX 75254 |
| LEHIGH UNIVERSITY | ATTN: TREASURER,27 MEMORIAL DRIVE WEST, BETHLEHEM, PA 18015-3088 |
| LEHIGH VALLEY HEALTH NETWORK | LEHIGH VALLEY HOSPITAL,CEDARCREST BOULEVARD AND 178, ALLENTOWN, PA 18105-1556 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT SENIOR/, | C/O US BANK ASSOCIATION AS TRUSTEE ON BEHALF OF LE, |
| LEHMAN BROTHERS ASIA HOLDINGSLTD. | ATTN:IAN WALKER,LEHMAN BROTHERS ASIA HOLDINGS,LEVEL 38, ONE PACIFIC PLACE,88 QUEENSWAY, ,   HONG KONG |
| LEHMAN BROTHERS ASSET MGMT | 200 S. WACKER,21ST FLOOR, CHICAGO, IL 60606 |
| LEHMAN BROTHERS BANK, FSB | ATTN: DOCUMENTATION MANAGER,LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR, NEW YORK, NY 10285 |
| LEHMAN BROTHERS BANKHAUS AG | ATTN:BANKHAUS AG LEHMAN BROTHERS,RATHENAUPLATZ 1, FRANKFURT AM MAIN,   60322 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG SEOUL BRANCH | C/O LEHMAN BROTHERS INTERNATIONAL (EUROPE),ATTN: HEAD OF CAPITAL MARKETS - LEGAL EUROPE,25 BANK STREET, LONDON E14 5LE,   UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS BANKHAUS AG SEOUL BRANCH | ATTN: DOCUMENTATION MANAGER,LEHMAN BROTHERS SPECIAL FINANCING INC.,C/O LEHMAN BROTHERS INC.,LEGAL COMPLIANCE AND AUDIT GROUP, CMC-L,1271 AVENUE OF THE AMERICAS, 43RD FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN:CINDY ZAMORA,LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD.,C/O LEHMAN BROTHERS INC.,399 PARK AVENUE, 9TH FL, NEW YORK, NY 10022 |
| LEHMAN BROTHERS COMMERCIAL BANK | ATTN:DARREN LANE,LEHMAN BROTHERS COMMERCIAL BANK,745 SEVENTH AVENUE, 7TH FLOOR, NEW YORK, NY 10019 |
| LEHMAN BROTHERS COMMERCIAL BANK | ATTN:CHIEF CREDIT OFFICER,LEHMAN BROTHERS COMMERCIAL BANK,WOODLAND TOWER 1,4001 SOUTH 700 E,SUITE 410, SALT LAKE CITY, UT 84107 |
| LEHMAN BROTHERS COMMERCIALCORPORATION | ATTN:ASSISTANT MANAGER,ARK MORI BUILDING, 35TH FLOOR,12-32, AKASAKA 1-CHROME,MINATO-KU, TOKYO,  107 JAPAN |
| LEHMAN BROTHERS COMMERCIALCORPORATION | ATTN:DOCUMENTATION MANAGER,LEHMAN BROTHERS COMMERCIAL CORPORATION,C/O LEHMAN BROTHERS INC.,LEGAL COMPLIANCE AND AUDIT GROUP, CMC-L,1271 AVENUE OF THE AMERICAS, 43RD FLOOR, NEW YORK, NY 10020 UNITED KINGDOM |
| LEHMAN BROTHERS COMMERCIALCORPORATION | ATTN: DOCUMENTATION MANAGER,C/O LEHMAN BROTHERS INC.,745 SEVENTH AVENUE, 28TH FLOOR, NEW YORK, NY 10019 |
| LEHMAN BROTHERS COMMERCIALCORPORATION (FX) | ATTN:JONATHAN WILLIAMS,LEHMAN BROTHERS COMMERCIAL CP.,3 WORLD FINANCIAL CENTER,7TH FLOOR, NEW YORK, NY 10285 |
| LEHMAN BROTHERS COMMERCIALCORPORATION ASIA LTD | ATTN:IAN WALKER,LB COMMERCIAL CORP ASIA LTD,LEVEL 38, ONE PACIFIC PLACE,88 QUEENSWAY, ,   HONG KONG |
| LEHMAN BROTHERS COMMODITY SERVICES INC. | ATTN:DOCUMENTATION MANAGER,LEHMAN BROTHERS SEPCIAL FINANCING INC.,C/O LEHMAN BROTHERS INC., TRANSACTION MANAGEMENT,745 7TH AVE, NEW YORK, NY 10019 |
| LEHMAN BROTHERS COMMODITY SERVICES INC. | LEHMAN BROTHERS COMMERCIAL CORPORATION,C/O LEHMAN BROTHERS INC.,745 SEVENTH AVENUE, 28TH FLOOR, NEW YORK, NY 10019 |
| LEHMAN BROTHERS DERIVATIVE PRODUCTS INC | C/O LEHMAN BROTHERS INC.,ATTN: LEGAL DEPARTMENT,745 SEVENTH AVE, 28TH FLOOR, NEW YORK, NY 10019 |
| LEHMAN BROTHERS FINANCE S.A.,CURACAO | ATTN: BRANCH MANAGER,LEHMAN BROTHERS FINANCE S.A., NETHERLANDS ANTILLES,BRANCH,E-COMMERCEPARK,E-ZONE VREDENBERG, ,   CURACAO |
| LEHMAN BROTHERS FINANCE S.A.,CURACAO | C/O LEHMAN BROTHERS FINANCE, S.A.,ATTN: DOCUMENTATION MANAGER,TALSTRASSE 82,PO BOX 2828, ZURICH CH-8021,  SWITZERLAND |
| LEHMAN BROTHERS FINANCES.A. | ATTN:HEAD OF COMPLIANCE,LEHMAN BROTHERS COMMERCIAL CORP ASIA LTD.,25/F-26/F,2 INTERNATIONAL FINANCE CENTRE,8 FINANCE STREET, CENTRAL, ,   HONG KONG |
| LEHMAN BROTHERS FINANCES.A. | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHERS FINANCE SA,TALSTRASSE 82,PO BOX 2828,CH – 8021 ZURICH, ,   SWITZERLAND |
| LEHMAN BROTHERS FINANCES.A. | ATTN: DOCUMENTATION MANAGER,LEHMAN BROTHERS FINANCE SA,TALSTRASSE 82,PO BOX 2828, ZURICH CH – 8021,   SWITZERLAND |
| LEHMAN BROTHERS FINANCES.A. | ATTN:FINANCIAL CONTROLLER,GENFERSTRASSE 24, PO BOX 311, ZURICH,  CH-8002 SWITZERLAND |
| LEHMAN BROTHERS FINANCES.A. | C/O LEHMAN BROTHERS INC.,HEAD OF TRANSACTION MANAGEMENT GROUP, NEW YORK,745 SEVENTH AVE, 28TH FLOOR, NEW YORK, NY 10019 |
| LEHMAN BROTHERS FINANCIAL PRODUCTS INC. | ATTN: DIRECTOR, SWAP FINANCE ADMINISTRATION,LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, NEW YORK, NY 10285-0900 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: DOCUMENTATION MANAGER,LEHMAN BROTHERS COMMODITY SERVICES INC.,CAPITAL MARKETS CONTRACTS – LEGAL, COMPLIANCE, &,AUDIT, NEW YORK, NY 10019 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN:TRANSACTION MGT. MANAGING DIRECTOR,ONE WORLD FINANCIAL CENTER,27TH FLOOR, NEW YORK, NY 10281 |
| LEHMAN BROTHERS INC. | ATTN: TRANSACTION MANAGEMENT,TRANSACTION MANAGEMENT DEPARTMENT,ONE WORLD FINANCIAL CENTER, 27TH FLOOR, NEW YORK, NY 10281 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | ATTN: DOCUMENTATION MANAGER,25 BANK STREET, LONDON E14 5LE,   UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | ATTN:DOCUMENTATION MANAGER,LEHMAN BROTHERS INTERNATIONAL (EUROPE),25 BANK STREET, LONDON,  E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL(EUROPE) (INTERNAL), | ONE BROADGATE,5TH FLOOR, LONDON,  EC2M 7HA UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS INTERNATIONAL(EUROPE), SEOUL | ATTN:DOCUMENTATION MANAGER,LEHMAN BROTHERS INTERNATIONAL (EUROPE),25 BANK STREET, LONDON,  E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS JAPAN INC. | ATTN:JOSEPH POLIZZOTTO, ESQ.,DIRECTOR OF LITIGATION,LEHMAN BROTHERS, INC.,3 WORLD FINANCIAL CENTER, NEW YORK, NY 10285 |
| LEHMAN BROTHERS OFFSHORE DIV | ARBITRAGE FND II LTD C/O LEHMAN BROS ALT INV MGM,399 PARK AVENUE,11 FLOOR, NEW YORK, NY 10022 |
| LEHMAN BROTHERS OTC DERIVATIVES INC. | ATTN: DOCUMENTATION MANAGER,C/O LEHMAN BROTHERS INC.,TRANSACTION MANAGEMENT,745 SEVENTH AVENUE,28TH FLOOR, NEW YORK, NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP | ATTN:JI YEONG CHU,LEHMAN BROTHERS REAL ESTATE PARTNERS II L.P.,LEHMAN BROTHERS INC.,399 PARK AVE. 9TH FL, NEW YORK, NY 10022 |
| LEHMAN BROTHERS REAL ESTATEMEZZANINE PARTNERS II L | ATTN:JI YEONG CHU,LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II,LBREM II OFFSHORE AIV LP & LBREM II ECI AIV LP,LEHMAN BROTHERS INC., 399 PARK AVE, 11TH FL, NEW YORK, NY 10022 |
| LEHMAN BROTHERS REAL ESTATEMEZZANINE PARTNERS LP, | ATTN:JI YEONG CHU/CHARLES ZERBO/JEFFREY BAILEY,LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS LP,LEHMAN BROTHERS INC,399 PARK AVE,11TH FL, NEW YORK, NY 10022 |
| LEHMAN BROTHERS SPECIAL FINANCING INC | ATTN:ERIKA YAMAGISHI,ARK MORI BUILDING 36TH FLOOR,12-32, AKASAKA 1-CHOME,MINATO-KU, TOKYO,    JAPAN |
| LEHMAN BROTHERS SPECIAL FINANCING INC | ATTN:DOCUMENTATION MANAGER,LEHMAN BROTHERS SPECIAL FINANCING INC.,C/O LEHMAN BROTHERS INC.,TRANSACTION MANAGEMENT GROUP, CAD,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| LEHMAN BROTHERS SPECIAL FINANCING INC | ATTN:DOCUMENTATION MANAGER,LEHMAN BROTHERS SPECIAL FINANCING INC.,C/O LEHMAN BROTHERS INC.,  TRANSACTION MANAGEMENT,745 7TH AVE, NEW YORK, NY 10019 |
| LEHMAN BROTHERS SPECIAL FINANCING INC | ATTN: DOCUMENTATION MANAGER,C/O LEHMAN BROTHERS INC.,TRANSACTION MANAGEMENT GROUP,CORPORATE ADVISORY DIVISION,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| LEHMAN BROTHERS SPECIAL FINANCING INC | ATTN:JOSEPH POLIZZOTTO,ESQ.,DIRECTOR OF LITIGATION,LEHMAN BROTHERS,INC.,2 WTC 15TH FLOOR, NEW YORK, NY 10048 |
| LEHMAN BROTHERS SPECIAL FINANCING INC | ATTN:JOSEPH POLIZZOTTO, ESQ.,DIRECTOR OF LITIGATION,LEHMAN BROTHERS, INC.,3 WORLD FINANCIAL CENTER, NEW YORK, NY 10285 |
| LEHMAN BROTHERS SPECIALFINANCING INC | ATTN:DOCUMENTATION MANAGER,LEHMAN BROTHERS SPECIAL FINANCING INC.,C/O LEHMAN BROTHERS INC.,1271 AVENUE OF THE AMERICAS, 43RD FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS TREASURY CO. B.V. | ATTN: IAN ANDERSON / LOUISA PAPADOURI,ONE BROADGATE, LONDON EC2M 7HA,    UNITED KINGDOM |
| LEHMAN BROTHERS TREASURY CO. B.V. | ATTN:EMILY UPTON,LEHMAN BROTHERS TREASURY CO. BV,25 BANK STREET, 22ND FLOOR, LONDON,  E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS TREASURY CO. B.V. | ATTN:TREASURY DMA,LEHMAN BROTHERS TREASURY CO. BV,25 BANK STREET, LONDON,  E14 5LE UNITED KINGDOM |
| LEHMAN INVESTMENT INC. | ATTN: MR. GARY KILLIAN,200 VESY STREET, NEW YORK, NY 10285 |
| LEHMAN PASS THROUGH SECURITIES | C/O WELLS FARGO BANK MINNESOTA, NATIONAL,ASSOCIATION,AS INDENTURE TRUSTEE,ATTN CORPORATE TRUST DEPARTMENT,11000 BROKEN LAND PARKWAY, COLUMBIA, MD 21044 |
| LEHMAN PASS THROUGH SECURITIES | ATTN: SCOTT LECHNER,101 HUDSON STREET,33RD FLOOR, JERSEY CITY, NJ 7302 |
| LEHMAN XS TRST MORTGAGE PASS THROUGH SERIES 2005-2 | 2960 POST ROAD, SOUTHPORT, CT 06490 |
| LEVEL RADAR MASTER FUND LTD. | 390 PARK AVENUE, NEW YORK, NY 10022 |
| LEXINGTON INSURANCE CO. | ATT: GENERAL COUNSEL,LEXINGTON INSURANCE COMPANY,175 WATER STREET, 18TH FLOOR, NEW YORK, NY 10038 |
| LGT BANK IN LIECHTENSTEIN AG (FX) | HERRENGASSE 12, VADUZ,  9490 LIECHTENSTEIN |
| LIBERTY HAMPSHIRE CO, THE | A/C RELATIONSHIP FUNDING CO,135 EAST 57TH STREET,8TH FLOOR, NEW YORK, NY 10002 |
| LIBERTY HAMPSHIRE CO, THEA/C RELATIONSHIP FUNDING, | RELATIONSHIP FUNDING COMPANY, LLC,227 WEST MONROE STREET, SUITE 4900, CHICAGO, IL 60606 |
| LIBERTY HARBOR MASTER FUND I LP | 1 NEW YORK PLAZA, NEW YORK, NY 10004 |
| LIBERTY HARBOR MASTER FUND ILP | ATTN:SALVATORE LENTINI,C/O GS INVESTMENT STRATEGIES, LLC,LIBERTY HARBOR MASTER FUND I, L.P.,ONE NEW YORK PLAZA, NEW YORK, NY 10004 |

| Claim Name | Address Information |
|---|---|
| LIBERTY LIGHTHOUSE COMPANY, LLC | 227 WEST MONROE STREET, SUITE 4101, CHICAGO, IL 60606 |
| LIBERTY SQUARE APTS | 920 FLORENCE BOULEVARD, FLORENCE, AL 35631-0220 |
| LIBERTYVIEW CAP MGMT A/C LIBERTYVIEW FUND LP | 101 HUDSON STREET, 37TH FLOOR, JERSEY CITY, NJ 07302 |
| LIBRA ADVISORS LLC A/C LIBRA OFFSHORE LTD | 909 THIRD AVE, NEW YORK, NY 10022 |
| LINC-REDONDO BEACH | 110 PINE AVENUE, SUITE 500, LONG BEACH, CA 90802 |
| LINCOLN CAP MGMT CO.A/C VERDE CDO LTD ASSET SPECIF | ATTN:ROBERT BICKETT, VERDE CDO, LTD., C/O LEHMAN BROTHERS ASSET MANAGEMENT, 190 S. LASALLE ST., CHICAGO, IL 60603 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | 1300 SOUTH CLINTON ST., FORT WAYNE, IN 46801 |
| LINCORE LIMITED | ATTN:MR IP TAK CHUEN, EDWARD,LINCORE LIMITED, C/O 7TH FLOOR, CHEUNG KONG CENTER, 2 QUEENS ROAD CENTRAL, ,    HONG KONG |
| LINDEN CAPITAL LPA/C LINDEN | ATTN:RUTH LESTON, LINDEN CAPITAL LP, C/O BNY ALTERNATIVE INVESTMENT SERVICES, 18 CHURCH STREET, HAMILTON,   HM11 BERMUDA |
| LISPENARD STREET CREDIT (MASTER) FUND LTD. | 1 TEMASEK AVENUE, #15-03, MILLENIA TOWER,   SINGAPORE |
| LITTLE NELL APARTMENTS, L.P. | 8565 W SAM HOUSTON PKY S, HOUSTON, TX 77072 |
| LLOYDS TSB BANK PLC | 10 GRESHAM ST, LONDON,   EC2V7AE UNITED KINGDOM |
| LM ISIS OPPORTUNITIES MASTER FUND, LTD | PMB 508,1117 E PUTNAM AVE, 20 EAST ELM STREET, 2ND FLOOR, RIVERSIDE, CT 068781333 |
| LOEB ARBITRAGE MGMT/ LOEB ARBITRAGE B FD LP | ATTN:JOELIZABETH RUSSO, LOEB ARBITRAGE B FUND, LP, C/O LOEB PARTNERS CORPORATION, 61 BROADWAY, NEW YORK, NY 10006 |
| LOEB ARBITRAGE MGMT/ LOEB ARBITRAGE FUND | 61 BROADWAY, NEW YORK, NY 10006 |
| LOEB ARBITRAGE MGMT/ LOEBARBITRAGE FUND | ATTN:JOELIZABETH RUSSO, LOEB ARBITRAGE FUND, C/O LOEB PARTNERS CORPORATION, 61 BROADWAY, NEW YORK, NY 10006 |
| LOEB OFFSHORE MGMT/ LOEB OFFSHORE B FD LTD | ATTN:JOELIZABETH RUSSO, LOEB OFFSHORE B FUND, LTD., C/O LOEB PARTNERS CORPORATION, 61 BROADWAY, NEW YORK, NY 10006 |
| LOEB OFFSHORE MGMT/LOEB OFFSHORE FD LTD | ATTN:JOELIZABETH RUSSO, LOEB OFFSHORE FUND, LTD., C/O LOEB PARTNERS CORPORATION, 61 BROADWAY, NEW YORK, NY 10006 |
| LONDON CLEARING HOUSE LIMITED | ATTN:COMPANY SECRETARY, ALDGATE HOUSE, 33 ALDGATE HIGH STREET, LONDON,   EC3N 1EA UNITED KINGDOM |
| LONDON/LONDON DIVERSIFIED FUND LTD | C/O LONDON DIVERSIFIED FUND MANAGEMENT LLP, 3RD FLOOR, 103 MOUNT STREET, LONDON W1K 2TJ,   UNITED KINGDOM |
| LONG ISLAND POWER AU THORITY | 333 EARL OVINGTON BLVD, SUITE 403, UNIONDALE, NY 11553 |
| LONGACRE FUND MANAGEMENT LA/C LONGACRE CAPITAL PAR | ATTN:MARC SIMON, C/O LONGACRE FUND MANAGEMENT, LLC, 810 7TH AVENUE, 22ND FLOOR, NEW YORK, NY 10019 |
| LONGACRE FUND MANAGEMENT LA/C LONGACRE MASTER FUND | ATTN:MARC SIMON, C/O LONGACRE FUND MANAGEMENT, LLC, 810 7TH AVENUE, 22ND FLOOR, NEW YORK, NY 10019 |
| LONGVIEW MONTICELLO LLC | 1405 17TH AVENUE, LONGVIEW, WA 98632 |
| LONGWOOD AT OAKMONT, INC. | ATTN:WENGER JOSEPH P., 500 ROUTE 909, VERONA, PA 15147-3863 |
| LOOMIS SAYLES MULTI-STRATEGY MASTER ALPHA LTD | 1 FINANCIAL, BOSTON, MA 02110 |
| LOS ANGELES, CALIFORNIA, COUNTY OF | ATTN: TREASURER AND TAX COLLECTOR, 500 WEST TEMPLE STREET, ROOM 437, LOS ANGELES, CA 90012 |
| LOS ANGELES, CALIFORNIA, COUNTY OF | 500 WEST TEMPLE STREET, ATTN: ASSISTANT TREASURER, ROOM 383, LOS ANGELES, CA 90012 |
| LOS PADRES  BANK | ATTN: LARA VACCA, 610 ALAMO PINTADO ROAD, SOLVANG, CA 93463 |
| LOUISE RITCHIE BEALE | ATTN:MS. LOUISE RITCHIE BEALE, 7102 MEADOW LANE, CHEVY CHASE, MD 20815 |
| LOUISVILLE AND JEFFERSON COUNTY METROPOLITAN SEWER | ATTN:FINANCE DIRECTOR, 700 WEST LIBERTY STREET, LOUISVILLE, KY 40202 |
| LOURDES NOREEN-MCKEEN RESIDENCE FOR | , WEST PALM BEACH, FL |

| Claim Name | Address Information |
|---|---|
| GERIATRIC CARE | , WEST PALM BEACH, FL |
| LUMINANT ENERGY COMPANY LLC | 1717 MAIN STREET, DALLAS, TX 75201 |
| LUMINUS ENERGY PARTNERS MASTER FUND LTD | 1700 BROADWAY,38TH FLOOR, NEW YORK, NY 10019 |
| LUXEMBOURG FINANCE SARL | ATTN:ALEXIS KAMAROWSKY,LUXEMBOURG FINANCE SARL,7, VAL SAINTE - CROIX, , L-1371 LUXEMBOURG |
| LUXEMBOURG TRADING FINANCE | ATTN:ALEXIS KAMAROWSKY,INTERCONSULT S.A.,7, VAL SAINTE - CROIX, ,  L-1372 LUXEMBOURG |
| LUXEMBOURG TRADING FINANCESARL-ORIGINAL MARGIN, | ATTN:ALEXIS KAMAROWSKY,INTERCONSULT S.A.,7, VAL SAINTE - CROIX, ,  L-1374 LUXEMBOURG |
| LYON NORTH PARK APARTMENTS, LLC | 111 N RENGSTORFF AVENUE, MOUNTAINVIEW, CA 94043 |
| LYONNAISE DE BANQUE SA | ATTN: RUETTE,24 RUE DE LA BANQUE, PARIS,  75002 FRANCE |
| LYONNAISE DE BANQUE SA | C/O CMCIC,VERITAS HOUSE,125 FINSBURY PAVEMENT, LONDON EC2A 1NQ,   UNITED KINGDOM |
| LYXOR ASSET MANAGEMENT A/C LYXOR/ACUITY FUND LTD, | 17 COURS VALMY,TOUR SOCIETE GENERALE,LA DEFENCE CEDEX, PARIS,   FRANCE |
| MABLE COMMERCIAL FUNDING LTD | ATTN: RACHEL SADLER,1 BROADGATE, LONDON EC2M 7HA,   UNITED KINGDOM |
| MACKAY SHIELDS CREDIT STRATEGYPARTNERS LP | ATTN:ELLEN METZGER, GENERAL COUNSEL,C/O MACKAY SHIELDS LLC,9 WEST 57TH STREET, NEW YORK, NY 10019 |
| MACKAY SHIELDS CREDIT STRATEGYPARTNERS LP | 9 WEST 57TH, NEW YORK, NY 10019 |
| MACKINAW POWER HOLDINGS, LLC | ATTN:JEFF SOMMERS,CAMS, LLC,1415 LOUISIANA STREET, SUITE #3500, HOUSTON, TX 77002 |
| MACQUARIE BANK LI MITED | 1 MARTIN PLACE, SYDNEY,  2000 AUSTRALIA |
| MACQUARIE BANK LIMITED | 1 NORTH WACKER DR, CHICAGO, IL 60601 |
| MAERSK A/S | 50 ESPLANADEN, COPENHAGEN,  DK-1098 DENMARK |
| MAGNETAR CAPITAL MASTER FD LTD | 101 CALIFORNIA ST.,40TH,STE. 4020, SAN FRANCISCO, CA 94111 |
| MAGNETAR MUNI LLC | ATTN:CEO, CFO AND GENERAL COUNSEL,MAGNETAR MUNI LLC,C/O MAGNETAR CAPITAL LLC,1603 ORRINGTON AGENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGUIRE PARTNERS - PLAZA LAS FUENTES LLC | 1733 OCEAN AVENUE, SUITE 400, SANTA MONICA, CA 90401 |
| MAIMONIDES SCHOOL | ATTN: JOSH WOLFF, EXECUTIVE VICE PRESIDENT,34 PHILBRICK RD, BROOKLINE, MA 2445 |
| MALAYSIAN AIRLINE SYSTEM BERHAD | 3RD FLOOR ADMINISTRATION 1 BUILDING,SULTAN ABDUL AZIZ SHAH AIRPORT, SUBANG, 47200 MALAYSIA |
| MANCHESTER AIRPORT | ATTN: CITY FINANCE OFFICER,C/O CITY OF MANCHESTER, NEW HAMPSHIRE,CITY HALL, 1 CITY HALL PLAZA, 2ND FL, MANCHESTER, NH 3101 |
| MANGO GROVE, LLC | C/O SWAP FINANCIAL GROUP, LLC,76 SOUTH ORANGE AVE.,SUITE 6, SOUTH ORANGE, NJ 07079 |
| MANSFIELD MEMORIAL HOMES | ATTN:RAYMOND LOUGHMAN, EXECUTIVE DIRECTOR,50 BLYMYER AVE, MANSFIELD, OH 44903 |
| MARANTHA BAPTIST BIBLE COLLEGE | ATTN: MR. MARK STEVENS - VP OF BUSINESS AFFAIRS,745 WEST MAIN STREET, WATERTOWN, WI 53094 |
| MARATHON MASTER FUND, LTD | 5555 SAN FELIPE RD, HOUSTON, TX 77056 |
| MARATHON OIL CORPORATION | 555 SAN FILIPPE ROAD,P.O. BOX 3128, HOUSTON, TX 77253 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD. | ATTN: ANDREW RABINOWITZ, ESQ.,C/O MARATHON MASTER TRUST,730 PARK AVENUE, NEW YORK, NY 10169 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD. | ANDREW RABINOWITZ, ESQ.,MARATHON ASSET MANAGEMENT,230 PARK AVENUE, 7TH FLOOR, NEW YORK, NY 10169 |
| MARATHON STRUCTURED FINANCE FUND LP | ATTN:ANDREW RABINOWITZ, ESQ.,MARATHON STRUCTURED FINANCE FUND, LP,461 FIFTH AVENUE, 14TH FLOOR, NEW YORK, NY 10017 |
| MARATHON STRUCTURED FINANCE FUND LTD | 1 BRYANT PARK # 38, NEW YORK, NY 100366715 |
| MARBLE FINANCE 2002-4 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| MAREX FINANCIAL LIMITED | 155 BISHOPGATE, LONDON,  EC2M 3XA UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| MARFIN BANK | 24 KIFISIAS AVENUE, ATHENS,  15125 GREECE |
| MARIE PAPILLON | ATTN:MARIE J. PAPILLON,16426 NE 31ST AVENUE,NORTH MIAMI BEACH, FLORIDA, |
| MARINER INVESTMENT GROUP A/CCASPIAN CAPITAL PARTNE | ATTN:JOHN KELTY,CASPIAN CAPITAL PARTNERS, LP,C/O MARINER INVESTMENT GROUP, INC.,500 MAMARONECK AVENUE, SUITE 101, HARRISON, NY 10528 |
| MARINER INVESTMENT GROUP A/CMARINER OPPORTUNITIES, | ATTN:JOHN KELTY,MARINER OPPORTUNITIES FUND, L.P.,C/O MARINER INVESTMENT GROUP, INC.,500 MAMARONECK AVENUE, SUITE 101, HARRISON, NY 10528 |
| MARINER INVESTMENT GROUPA/C MARINERATLANTIC USBOND | ATTN:CHARLES R. HOWE II,MARINER ATLANTIC US BONDS, LTD.,C/O MARINER INVESTMENT GROUP, INC.,500 MAMARONECK AVENUE, HARRISON, NY 10528 |
| MARINER NGTR US BONDS, LTD | 125 VILLAGE BLVD, PRINCETON, NJ 08540 |
| MARINER NGTR US BONDS, LTD | ATTN:CHARLES R. HOWE, II,MARINER NAVIGATOR US BONDS, LTD.,C/O MARINER INVESTMENT GROUP, INC.,500 MAMARONECK AVENUE, HARRISON, NY 10528 |
| MARINER PARTNERS US BONDS LP | ATTN:CHARLES R. HOWE II,MARINER PARTNERS US BONDS, LTD.,C/O MARINER INVESTMENT GROUP, INC.,500 MAMARONECK AVENUE, HARRISON, NY 10528 |
| MARINER-CREDIT RISK ADVISORS MASTER FUND, LP | 11  IVY PLACE, UPPER SADDLE RIVER, NJ 07458 |
| MARK H WENWORTH HOME | ATTN: CHIEF FINANCIAL OFFICER,346 PLEASANT STREET, PORTSMOUTH, NH 3801 |
| MARK MAZZATTA | ATTN:MARK MAZZATTA & MICHELE MCHUGH-MAZZATTA,11 ANDREANN DR, ANNANDALE, NJ 08801-3373 |
| MARKET PLAZA HOUSING LIMITED PARTNERSHIP | PARK CENTER BLVD, MINNEAPOLIS, MN 55416-2531 |
| MARS4 | ATTN: HEAD OF LEGAL,MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC,C/O CAPSTONE MORTGAGE SERVICES LIMITED,1ST FLOOR, 6 BROADGATE, LONDON EC2M 2QS, UNITED KINGDOM |
| MARSEILLE REPUBLIQUE SAS | ATTN:MR. GUY GARNIER DE BOISGROLLIER DE RUOLZ,MARSEILLE R PUBLIQUE S.A.S.,C/O ATEMI,47, RUE DE MONCEAU, PARIS,  75008 FRANCE |
| MARSH & MCLENNAN HIGH YIELD FU | 20 HORSENECK LANE, GREENWICH, CT 06830 |
| MARSHALL & ILSLEY CORPORATION | 770 N. WATER ST.,5TH FLOOR, MILWAUKEE, WI 53202 |
| MARY JANE ASHBY | ATTN:MARY JANE ASHBY,5512 CUESTA VERDE, AUSTIN, TX 78746 |
| MASS MUTUAL ASIA | 1 LIVERPOOL STREET, LONDON,  EC2M 7QD UNITED KINGDOM |
| MASSACHUSETTS BAY TRANSPORATION AUTHORITY | TEN PARK PLAZA, BOSTON, MA 02116 |
| MASSACHUSETTS BAYTRANSPORATION AUTHORITY | ATTN: DEPUTY GENERAL MANAGER AND CHIEF FINANCIAL,OFFICER,10 PARK PLAZA, BOSTON, MA 2116 |
| MASSACHUSETTS HOUSING FINANCE AGENCY | ATTN: FINANCIAL DIRECTOR,ONE BEACON STREET, BOSTON, MA 2108 |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY | ATTN:TREASURER,238 MAIN STREET, CAMBRIDGE, MA 02142 |
| MASSACHUSETTS TURNPIKE AUTHORITY | 10 PARK PLAZA, SUITE 4160, BOSTON, MA 02116 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | CHARLESTOWN NAVY YARD,100 FIRST AVENUE, BOSTON, MA 02129 |
| MASSDEVELOPMENT/SALTONSTALL BUILDING REDEVELOPMENT | ATTN: CHIEF FINANCIAL OFFICER,75 FEDERAL STREET, BOSTON, MA 2110 |
| MASSMUTUAL LIFE INSURANCE COMPANY-TOKYO | ATTN: INVESTMENT ADMINISTRATION DEPARTMENT,CERULEAN TOWER,26-1, SAKURAGAOKA-CHO,SHIBUYA-KU, TOKYO,  150-8512 JAPAN |
| MASSMUTUAL MERCURIES LIFE INS | ATTN:LEON CHEN,MASS MUTUAL MERCURIES LIFE INSURANCE CO., LTD.,6F, NO. 2, LN 150, XIN-YI ROAD, SECTION 5, TAIPEI,  11059 TAIWAN, PROVINCE OF CHINA |
| MASSMUTUAL MERCURIES LIFE INS | 8862 2725 3883,XIN-YI RD SEC. 5, |
| MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED, | 535 BOYLSTON, BOSTON, MA 02116 |
| MAST CREDIT OPPORTUNITIES IMASTER FUND LIMITED | ATTN:WILL BRUCE CA, CFA,C/O MAST CAPITAL MANAGEMENT LLC,353 BOYLSTON STREET, SUITE 401, BOSTON, MA 02116 |
| MASTER TRUST BANK OF JAPAN | 400006986 TOKIO MARINE ASSET MGMT,+81-3-3212-0881,1-2-1 MARUNOUCHI, TOKYO KAIJO NICHIDO,    JAPAN |
| MASTER TRUST BANK OF JAPAN | 290207 MITSUBISHI UFJ ASSET MGMT,1 EXCHANGE SQUARE, LONDON,  EC2A 2JL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| MASTER TRUST BANK OF JAPAN 110077 | AIG INV JAPAN CO LTD,03-5208-9078,1-1-3 MARUNOUCHI,AIG BUILDING, CHIYODA-KU, JAPAN |
| MASTER TRUST BANK OF JAPAN/ | TTEE FOR NO. 400035639 (THE),1-2-1 SHIBAURA,MINATO-KU, TOKYO,  105-6791 JAPAN |
| MASTERS APARTMENTS, L.P. | 4505 SW MASTERS LOOP, BEAVERTON, OR 97007-1186 |
| MBIA INC | 1 GREAT ST HELENS, LONDON,  EC3A 6HX UNITED KINGDOM |
| MBIA INC | ATTN:TREASURER,MBIA INC.,113 KING ST., ARMONK, NY 10504 |
| MBS FUND OF BEHALF OF ITS COMPARTMENT CASPIAN | ATTN:HEIDARI MASSOUD,CASPIAN CAPITAL MANAGEMENT LLC,1251 AVENUE OF THE AMERICAS,16TH FLOOR, NEW YORK, NY 10020 |
| MBS FUND OF BEHALF OF ITS COMPARTMENT CASPIAN | 500 MAMARONECK AVENUE, HARRISON, NY 10528 |
| MBS FUND ON BEHALF OF IT COMPARTMENT GAMMA | ATTN:HEIDARI MASSOUD,CASPIAN CAPITAL MANAGEMENT LLC,1251 AVE OF THE AMERICAS,16TH FLOOR, NEW YORK, NY 10020 |
| MCDONNELL LOAN OPPORTUNITY LTD | 1515 W 22ND ST,11 TH FLOOR, OAK BROOK, IL 60523 |
| MEADOWBROOK SCHOOL | ATTN: RICHARD SEBILIAN,10 FARM ROAD, WESTON, MA 02493-2493 |
| MEDIASET SPA | VIALE EUROPA,COLOGNO MONZESE, MILAN,  20093 ITALY |
| MEDICAL COLLEGE OF OHIO | ATTN: SENIOR VICE PRESIDENT FOR FINANCE &,ADMINISTRATION,3045 ARLINGTON AVENUE, TOLEDO, OH 43614 |
| MEDIOBANCA SPA | 10 VIA FILDRAMMATICI, MILAN,  20121 ITALY |
| MEG ENERGY CORP | MEG ENERGY CORP.,10TH FLOOR 734 7TH AVE SW, ABERTA, AB T2P 3P8 CA |
| MEG ENERGY CORP | ATTN:CHIEF FINANCIAL OFFICER,MEG ENERGY CORP.,10TH FLOOR, 734-7TH AVENUE S.W., CALGARY, ALBERTA,  T2P 3PB CANADA |
| MEGA INTL COMM BANK CO LTD | MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD.,TAIPEI HEAD OFFICE,9 F., NO. 100, CHI-LIN RD, TAIPEI,  10424 TAIWAN, PROVINCE OF CHINA |
| MEISTER, ROBERT A | ATTN:ROBERT MEISTER,C/O AON GROUP INC.,222 LAKEVIEW AVENUE,SUITE 510, WEST PALM BEACH, FL 33401 |
| MELIORBANCA SPA | WAY BORROMEI, 5, MILANO,  20123 ITALY |
| MEMORIAL HOSPITAL FREMONT | ATTN: CHIEF FINANCIAL OFFICER,715 SOUTH TAFT AVENUE, FREMONT, OH 43420 |
| MERCANTIL COMMERCEBANK, N.A. | 1090 SCHNUCKS-WOODSMILL PLAZA, TOWN AND COUNTRY, WI 53705 |
| MERCANTIL COMMERCEBANK, N.A. | ATTN:RICARDO ALVAREZ,COMMERCEBANK NA,220 ALHAMBRA CIRCLE, 12TH FLOOR, CORA GABLES, FL 33134 |
| MERCHANTS' GATE CAPITAL LP | A/C MERCHANTS GATEOFFSHOREFUND, 712 FIFTH AVE, NEW YORK, NY 10019 |
| MERCURIA ENERGY TRADING SA | PLACE DU MOLARD 4, GENEVA,  1204 SWITZERLAND |
| MERIT LLC | ATTN:DOCUMENTATION MANAGER,MERIT LLC C/O LEHMAN BROTHERS INC.,TRANSACTION MANAGEMENT GROUP,CORPORATE ADVISORY DIVISION,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MERITZ SECURITIES CO. LTD | REF: E/C 94838, KOREA SEC DEP,822-3779-4665,34-10 YOIDO-DONG, SEOUL,  150-010 KOREA |
| MERLIN FINANCE SA | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  DUBLIN 1 IRELAND |
| MERRILL LYNCH BANK USA | 1600 MERRILL LYNCH DR,1ST FLOOR, PENNINGTON, NJ 08534 |
| MERRILL LYNCH INTERNATIONAL | ATTN:MANAGER,MERRILL LYNCH FINNACIAL CENTRE,2 KING EDWARD STREET, LONDON, EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | ATTN:MANAGER, FIXED INCOME SETTLEMENTS,MERRILL LYNCH INTERNATIONAL,MERRILL LYNCH FINANCIAL CENTRE,2 KING EDWARD STREET, LONDON,  EC1A HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LTD. | 1 EXCHANGE SQUARE, LONDON,  EC2A 2JL UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONALBANK LTD. | ATTN:FORIEGN EXCHANGE BUSINESS SUPPORT,MERILLLYNCH INTERNATIONAL BANK LIMITED,ROPEMAKER PLACE,25 ROPEMAKER STREET, LONDON,  EC2Y9LY UNITED KINGDOM |
| MERRIMACK COLLEGE | ATTN:CHIEF FINANCIAL,315 TURNPIKE STREET, NORTH ANDOVER, MA 08145-9887 |
| MESIVTA YESHIVA RABBI CHAIM BERLIN | C/O GOLENBOCK, EISEMAN, ASSOR, BELL & PESKOE,ATTN: DONALD A. HAMBURG,437 MADISON AVENUE, NEW YORK, NY 10022 |
| MESIVTA YESHIVA RABBI CHAIM BERLIN | ATTN: MANDEL SCHECHTER,1593 CONEY ISLAND AVENUE, BROOKLYN, NY 11230 |
| METAVANTE CORPORATION | ATTN:NORRIE DAROGA,  CHIEF ADMINISTRATIVE OFFICER,METAVANTE CORP,4900 W BROWN |

| Claim Name | Address Information |
|---|---|
| METAVANTE CORPORATION | DEER RD, MILWAUKEE, WI 53223 |
| METROPOLITAN LIFE INSURANCE COMPANY | 10  PARK AVE.,PO BOX 1902, MORRISTOWN, NJ 07962 |
| METROPOLITAN TRANSPORTATION AUTHORITY | ATTN: TREASURY DEPARTMENT,345 MADISON AVENUE,11TH FLOOR, NEW YORK, NY 10017 |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY | ATTN: VICE PRESIDENT FOR FINANCE AND CHIEF,FINANCIAL OFFICER,ONE AVIATION CIRCLE, WASHINGTON, DC 20001-6000 |
| METWEST / SIIT - CORE FIXED INCOME FUND | 1 WORLD TRADE CENTER,104TH FLOOR, NEW YORK, NY 10048 |
| METWEST 776 RUSSELL INV. COM. | F.I. MULTI STRAT. BOND,10880 WILSHIRE BLVD.,#2020, LOS ANGELES, CA 90024 |
| MF GLOBAL UK LIMITED | 1 ROCKEFELLER PLAZA,16TH FLOOR, NEW YORK, NY 10020 |
| MFA MORTGAGE INVESTMENTS | ATTN:RONALD FREYDBERG,MFA MORTGAGE INVESTMENTS, INC.,350 PARK AVENUE, 21ST FLOOR, NEW YORK, NY 10022 |
| MFC GLOBAL INV MGMT US/ | JOHN HANCOCK HIGH YIELD BOND FUND,1001 HUNTINGTON AVENUE,7TH FLOOR, BOSTON, MA 02199 |
| MFC GLOBAL INV MGMT US/JOHN HANCOCK BOND FUND | ATTN:ISMAIL GUNES,MFC GLOBAL INVESTMENT MANAGEMENT US LLC,101 HUNTINGTON AVENUE H-7, BOSTON, MA 02199 |
| MFC GLOBAL INV MGMT US/JOHN HANCOCK HIGH YIELDBOND | ATTN:ISMAIL GUNES,MFC GLOBAL INVESTMENT MANAGEMENT US LLC,101 HUNTINGTON AVENUE H-7, BOSTON, MA 02199 |
| MGI SUPPLY, LTD | AV. MARINA NACIONAL #329,TORRE EJECUTIVA, COLONIA ANAHUAC,   MEXICO |
| MGIM A/C SS A/C M1FIA3 DEUTSCHE ASSET MGMT LTD | 1 APPOLD ST, LONDON,   EC2A 2UU UNITED KINGDOM |
| MGIM AC SS AC FFLK | 1 ALBYN PLACE, ABERDEEN,   AB10 1YG UNITED KINGDOM |
| MICHAEL ROSENBLOOM TRUST | ATTN:MICHAEL ROSENBLOOM,MICHAEL ROSENBLOOM,1985 CLAVEY ROAD, HIGHLAND PARK, IL 60035 |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | PLAZA ONE BUILDING, 5TH FL,401 SOUTH WASHINGTON SQUARE, LANSING, MI 48933 |
| MICROACCESS TRUST 2007 | ATTN:DOCUMENTATION MANAGER,LEHMAN BROTHERS SPECIAL FINANCING INC.,C/O LEHMAN BROTHERS INC.,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MIDFIRST BANK | ATTN:LISA MESQUIT,501 W. INTERSTATE 44 RD, OKLAHOMA CITY, OK 73118 |
| MIDLAND LOAN SERVICES | 10851 MASTIN, SUITE 700, OVERLAND PARK, KS 66210 |
| MIDLAND NATIONAL LIFE INSURANCE CO | 1 MIDLAND PLAZA, SIOUX FALLS, SD 57913 |
| MIDWAY GROUP LP A/C MIDWAY MKT NEUTRAL FD LLC | 33 WHITEHALL STREET,22ND FLOOR, NEW YORK, NY 10004 |
| MILLENNIUM PARTNERS, L.P. | 126 E. 56TH ST,24TH FL, NEW YORK, NY 10022 |
| MILWAUKEE, CITY OF | ATTN:CITY COMPTROLLER,OFFICE OF THE CITY COMPTROLLER,CITY HALL, ROOM 404,200 EAST WELLS STREET, MILWAUKEE, WI 53202 |
| MINIBOND LIMITED SERIES 1 | MINIBOND LIMITED C/O WALKERS SPV LIMITED,WALKERS HOUSE PO BOX 908 GT,MARY STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| MINIBOND LIMITED SERIES 5 | C/O HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE),LIMITED,21 COLLYER QUAY #10-01,HSBC BUILDING, ,  049320 SINGAPORE |
| MINIBOND LIMITED SERIES 6 | C/O HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE),LIMITED,21 COLLYER QUAY #10-01,HSBC BUILDING, ,  049320 SINGAPORE |
| MINISTRY OF FINANCE OF JAPAN | 101-104 PICADDILLY, LONDON,  105-0001 JAPAN |
| MINNESOTA MASONIC HOME CARE CENTER | ATTN:CEO,11501 MASONIC HOME DRIVE, BLOOMINGTON, MN 55437 |
| MIO PARTNERS/COMPASS OFFSHORE HTV PCC | 212-398-5567,55 EAST 52ND STREET,29TH FLOOR, NEW YORK, NY 10036 |
| MIRABELLA | C/O CAIN BROTHERS & CO., LLC,ATTN: DERIVATIVES OPERATIONS,360 MADISON AVE., 5TH FLOOR, NEW YORK, NY 10017 |
| MIRABELLA | ATTN: JERRY SCHOEGGL,C/O PACIFIC RETIREMENT SERVICES,1200 MIRA MAR AVENUE, MEDFORD, OR 97504 |
| MIRAE ASSET SECURITIES CO LTD | 82237746705,45-1, YOIDO-DONG, YOUNGDEUNGPO-GU,   JAPAN |
| MITSUBISHI CORPORATION | 2/16/2003,KONAN,MITSUBISHI SHOJI BLDG. ANNEX, TOKYO,   JAPAN |
| MITSUBISHI UFJ SECURITIES CO LTD | (TOKYO-SUMITOMO TWIN BLDG. EAST),27-1,SHINKAWA 2-CHOME, TOKYO,  104-0033 JAPAN |
| MITSUBISHI UFJ TRUST & BANKINGFOR FUND 60009000, | 1 GREENSIDE ROW,CALTON SQUARE, EDINBURGH,  EH1 3AN UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| MITSUI & CO. (U.S.A.), INC. | ATTN: MR. TAKASHI FUKUYA,200 PARK AVENUE, NEW YORK, NY 10166-0130 |
| MITSUI SUMITOMO INSURANCE CO LTD | 81-3-3219-0420,3-9 KANDA SURUGADAI,CHIYODA-KU, TOKYO,  101-8011 JAPAN |
| MITSUI SUMITOMO INSURANCE CO LTD | ATTN: FINANCIAL SOLUTION DEPT.,27-2, SHINKAWA 2-CHOME,CHUO-KU, TOKYO, 104-8252 JAPAN |
| MITSUI SUMITOMO INSURANCE CO LTD | LONDON REPRESENTATIVE OFFICE,6TH FLOOR, NEW LONDON HOUSE,6 LONDON STREET, LONDON EC3R 7LP,   UNITED KINGDOM |
| MIZRAHI TEFAHOT BANK LTD | ATTN: LEGAL DIVISION,C/O UNITED MIZRAHI BANK LIMITED,13 ROTHSCHILD BLVD, TEL AVIV,  65121 ISRAEL |
| MIZRAHI TEFAHOT BANK LTD | C/O UNITED MIZRAHI BANK LIMITED, LONDON BRANCH,ATTN: GENERAL MANAGER,FINSBURY HOUSE,23 FINSBURY CIRCUS, LONDON EC2M 7UB,   UNITED KINGDOM |
| MIZUHO BANK, LTD (THE) | 1/1/2005,UCHISAIWAICHO,CHIYODA-KU, TOKYO,  101-8011 JAPAN |
| MIZUHO CAPITAL MARKETS CORPORATION | 111 RIVER STREET, HOBOKEN, NJ 07030 |
| MIZUHO CORPORATE BANK, LTD. | 1-2-16 YAESU,CHUO-KU, TOKYO,  103-8677 JAPAN |
| MIZUHO INTERNATIONAL PLC | 1 FRIDAY STREET,BRACKEN HOUSE, LONDON,  EC4M 9JA UNITED KINGDOM |
| MIZUHO SECURITIES CO., LTD. | +81 3 3516 7242,1-5-1 OTEMACHI,CHIYODA-KU, TOKYO,  100-0004 JAPAN |
| MIZUHO TRUST AND BANKING CO., LTD (THE) | +813-3273-6327,1-6-1 MARUNOUCHI,MARUNOUCHI CENTER BUILDING, TOKYO,   JAPAN |
| MIZUHO WIND CREDIT ARB FUND | 10 SOUTH WACKER DRIVE, CHICAGO, IL 60606 |
| MKP ALPHA LTD | ATTN:DIRECTOR OF OPERATIONS,MKP CAPITAL MANAGEMENT , L.L.C.,600 LEXINGTON AVENUE,18TH FLOOR, NEW YORK, NY 10022 |
| MKP CAPITAL MANAGEMENT LLCA/C MKP VELA CBO LTD | MKP VELA CBO, LTD. C/O WALKERS SPV LMT.,WALKER HOUSE,87 MARY STREET, GEORGE TOWN, GRAND CAYMAN,  KY1-9002 CAYMAN ISLANDS |
| MKP CREDIT II MASTER FUND, LTD. | ATTN:MARIANNA DIGIOIA,MKP CREDIT II MASTER FUND, LTD.,C/O MKP CAPITAL MANAGEMENT, L.L.C.,600 LEXINGTON AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| MKP CREDIT MASTER FUND, LTD. | ATTN:MCMAHON PATRICK,MKP CAPITAL MGT,101 EAST 52ND STREET, 18TH FLR, NEW YORK, NY 10022 |
| MKP MASTER FUND, LDC | C/O FORTIS FUND SERVICES (CAYMAN) LIMITED,ATTN: DIRECTOR (FORTIS NOMINEES),P.O. BOX 2003 GT,GRAND PAVILION COMMERCIAL CENTRE; 802 WEST BAY, GRAND CAYMAN,  CAYMAN ISLANDS, BWI |
| MKP MASTER FUND, LDC | ATTN: PATRICK MCMAHON, MANAGING MEMBER,C/O MKP CAPITAL MANAGEMENT, L.L.C.,101 EAST 52ND STREET, 18TH FLR, NEW YORK, NY 10022 |
| MKP OPPORTUNITY MASTER FUND, LTD. | ATTN:PATRICK MCMAHON`,MKP CAP MANAGEMENT,101 EAST 52ND STREET, 18TH FLR, NEW YORK, NY 10022 |
| MLIM- MLIIF WORLD INCOME PORTF | MERRILL LYNCH INVESTMENT MANAG, PLAINSBORO, NJ 08536 |
| MLIM/PORTABLE ALPHASTRATEGIC PATNRSHIPS A SERIES, | ATTN:PETER CARRAGHER,C/O MERRILL LYNCH INVESTMENT MANAGERS LLC,800 SCUDDERS MILL RD, PLAINSBORO, NJ 08536 |
| MODESTO IRRIGATIO N DISTRICT (WSPP) | P.O. BOX 4060, MODESTO, CA 95352 |
| MONETARY AUTHORITY OF SINGAPOR | 10 SHENTON WAY, SINGAPORE,  79117 SINGAPORE |
| MONONGALIA HEALTH SYSTEMS | ATTN: PRESIDENT AND CHIEF FINANCIAL OFFICER,1200 J D ANDERSON DRIVE, MORGANTOWN, WV 26505 |
| MONTES DE PIEDAD Y CAJA DE AHORROS DE RONDA, | 16 WATERLOO PLACE, LONDON,  SW1Y 4AR UNITED KINGDOM |
| MONUMENTAL LIFE INSURANCE COMPANY | 123 WACKER ST, CHICAGO, IL 60066 |
| MOORE CREDIT FUND (MASTER) LP | ATTN:ANTHONY GALLAGHER,MOORE CREDIT FUND (MASTER), L.P.,C/O MOORE CAPITAL MANAGEMENT, LLC,1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| MOORE GLOBAL FIXED INCOME FUND(MASTER) LP | ATTN:ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS,C/O MOORE CAPITAL MANAGEMENT, LLC,1251 AVE OF THE AMERICAS, 52ND FL, NEW YORK, NY 10020 |
| MORGAN STANLEY & CO. INTERNATI ONAL PLC | 20 BANK STREET,CANARY WHARF, LONDON,  E14 4AD UNITED KINGDOM |
| MORGAN STANLEY CAPITAL SERVICES INC. | ATTN:MORGAN STANLEY,1585 BROADWAY, NEW YORK, NY 10036 |
| MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC., | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC.,MORGAN STANLEY INVESTMENT MANAGEMENT INC.,1 TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY HED FD PTNR/BROOKVILLE | ATTN:GERRI BOYLE,FRONTPOINT PARTNERS LLC,2 GREENWICH PLAZA, GREENWICH, CT |

| Claim Name | Address Information |
|---|---|
| MASTER FD LT | 06830 |
| MORGAN STANLEY HEDG FD PTNRS/BROOKVILLE MSTR FD II | ATTN:GERRI BOYLE,FRONTPOINT PARTNERS LLC,2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| MORGAN STANLEY HIGH YIELDFUND INC | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY HIGH YIELD FUND, INC.,MORGAN STANLEY INVESTMENT MANAGEMENT INC.,1 TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY HIGH YIELDSECURITIES INC | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY HIGH YIELD SECURITIES INC.,MORGAN STANLEY ADVISORS, INC.,1 TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY INV MGMTA/C MORGAN STANLEY FLEXIBLE | ATTN:DERIVATIVES OPERATIONS,MS FLEXIBLE INCOME TRUST,MORGAN STANLEY ADVISORS, INC.,ONE TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY INV MGMTA/C MORGAN STANLEY INCOME T | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY INCOME TRUST,MORGAN STANLEY ADVISORS, INC.,ONE TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY INV MGMTA/C MORGAN STANLEY STRATEGI | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY STRATEGIST FUND,MORGAN STANLEY ADVISORS, INC.,ONE TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY INV MGMTA/C MS INC SECURITIES INC, | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY INCOME SECURITIES, INC.,MORGAN STANLEY ADVISORS, INC.,ONE TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY INV MGMTA/C MS SEL DIM - FLEX INC P | ATTN:DERIVATIVES OPERATIONS,MS SDIS-FLEXIBLE INCOME PORTFOLIO,MORGAN STANLEY ADVISORS, INC.,ONE TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY INV MGMTA/C MS VARIABLE INV - INCOM | ATTN:DERIVATIVES OPERATIONS,MSVIS-LIMITED DURATION PORTFOLIO,MORGAN STANLEY ADVISORS, INC.,ONE TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY INV MGMTA/C MS VARIABLE INV - STRAT | ATTN:DERIVATIVES OPERATIONS,MSVIS-STRATEGIST PORTFOLIO,MORGAN STANLEY ADVISORS, INC.,ONE TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY INV MGMTA/C MSIFT MUNICIPAL PORTFOL | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY INSTITUTIONAL FUND TRUST MUNICIPAL,MORGAN STANLEY INVESTMENT MANAGEMENT INC.,1 TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES HIGH YIE | ATTN:DERIVATIVES OPERATIONS,MSVIS-HIGH YIELD PORTFOLIO,MORGAN STANLEY ADVISORS, INC.,ONE TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MORGAN, RICHARD C. E. | ATTN:RICHARD C.E. MORGAN,88 FOXWOOD ROAD, STAMFORD, CT 06903 |
| MORGANTOWN ENERGY ASSOCIATES | ATTN:DOYLE CREEKMORE,555 BEECHURST AVENUE, MORGANTOWN, WV 26505 |
| MORLEY/COMMERCIAL UNION LIFE ASSURANCE CO LTD | 1 ANGEL COURT,3RD FLOOR, LONDON,   EC2R 7HJ UNITED KINGDOM |
| MORRIS HOSPITAL | ATTN: CLIFFORD L. CORBETT,150 WEST HIGH STREET, MORRIS, IL 60450 |
| MORTGAGE  FUNDING 2008-1 | ATTN: HEAD OF FINANCE,C/O CAPSTONE (TREASURY),6 BROADGATE, LONDON EC2M 2QS, UNITED KINGDOM |
| MOUNTAIN STATES PROPERTIES | ATTN:MARVIN EICHORN,400 NORTH STATE OF FRANKLIN ROAD, JOHNSON CITY, TN 37604 |
| MPS CAPITAL SERVICES BANCA PERLE IMPRESA SPA | 15 CORSO MONFORTE, MILAN,   20122 ITALY |
| MR PHILLIP H MORSE ANDSUSAN MORSE JTWROS | ATTN:PHILLIP H. MORSE,194 BIRKDALE LANE,LOXAHATCHEE CLUB, JUNIPER, FL 33458 |
| MS INSTL CYMN FND FOR&ON BHLF | OF MS ALPH AD US CR BND PORT,1 TOWER BRIDGE,100 FRONT STREET  SUITE 1100, WEST CONSHOHOCKEN, PA 19428 |
| MS INSTL CYMN FND FOR&ON BHLFOF MS ALPH AD US CR B | ATTN:LISA KWIATKOWSKI,MORGAN STANLEY INSTITUTIONAL CAYMAN FUND SPC,C/O MORGAN STANLEY ALTERNATIVE INVESTMENT PARTNERS,1 TOWER BRIDGE, 100 FRONT ST,W CONSHOHOCKEN, PA, WEST CONSHOHOCKEN, PA 19428-2881 |
| MSIF UIF HIGH YIELD PORTFOLIO | ATTN:DERIVATIVES OPERATIONS,UIF, INC. HIGH YIELD PORTFOLIO,MORGAN STANLEY INVESTMENT MANAGEMENT INC.,1 TOWER BRIDGE,W CONSHOHOCKEN, PA, WEST CONSHOHOCKEN, PA 19428 |
| MSIFT ADVISORY PORTFOLIO II | #16-01 CAPITAL SQUARE,23 CHURCH STREET, SINGAPORE,   49481 SINGAPORE |
| MSIFT ADVISORY PORTFOLIO II | ATTN:DERIVATIVES OPERATIONS,MSVIS-LIMITED DURATION PORTFOLIO,MORGAN STANLEY ADVISORS, INC.,ONE TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MSIFT HIGH YIELD PORTFOLIO | ATTN:DERIVATIVES OPERATIONS,MSIFT HIGH YIELD PORTFOLIO,MORGAN STANLEY INVESTMENT MANAGEMENT INC.,1 TOWER BRIDGE,W CONSHOHOCKEN, PA, WEST CONSHOHOCKEN, PA 19428 |
| MSIFT/10  U.S. CORE FIXED INCOME | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO | INC.,MORGAN STANLEY INVESTMENT MANAGEMENT INC.,1 TOWER BRIDGE,W CONSHOHOCKEN, PA, WEST CONSHOHOCKEN, PA 19428 |
| MSIFT/1104 UNIVERSAL INSTITUTIONAL FD FXD INC PORT | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC.,MORGAN STANLEY INVESTMENT MANAGEMENT INC.,1 TOWER BRIDGE,W CONSHOHOCKEN, PA, WEST CONSHOHOCKEN, PA 19428 |
| MSIFT/315 INVESTMENT GRADE FIXED INCOME PORTFOLIO, | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC.,MORGAN STANLEY INVESTMENT MANAGEMENT INC.,1 TOWER BRIDGE,W CONSHOHOCKEN, PA, WEST CONSHOHOCKEN, PA 19428 |
| MSIFT/853 INTERMEDIATE DURATION PORTFOLIO | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC.,MORGAN STANLEY INVESTMENT MANAGEMENT INC.,1 TOWER BRIDGE,W CONSHOHOCKEN, PA, WEST CONSHOHOCKEN, PA 19428 |
| MSIFT/898 ADVISORY MORTGAGE PORTFOLIO | 1 TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428 |
| MSIFT/9 CORE PLUS FIXED INCOME PORTFOLIO | ATTN:DERIVATIVES OPERATIONS,MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC.,MORGAN STANLEY INVESTMENT MANAGEMENT INC.,1 TOWER BRIDGE,W CONSHOHOCKEN, PA, WEST CONSHOHOCKEN, PA 19428 |
| MSIM- MORGAN STANLEY ALPHA ADVANTAGE | EUROPEAN BOND FD II RE,MORGAN STANLEY INV MGMT L,20 BANK STREET, LONDON,  E14 4AD UNITED KINGDOM |
| MSPB QRS GSC CAP DELAWARE | A/C GSC EUROPEAN CDO IV S.A,12 EAST 49TH STREET, NEW YORK, NY 10021 |
| MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA | ATTN: CHIEF INVESTMENT OFFICER,1470 RIVEREDGE PARKWAY, N.W., ATLANTA, GA 30328 |
| MUSTIQUE 2007-1 A2A | C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| MUSTIQUE 2007-1 A2A | C/O DEUTCHE BANK TRUST COMPANY AMERICAS,ATTN: CORPORATE DEAL MANAGER, TRUST AND SECURITIE,SERVICES,60 WALL STREET, NEW YORK, NY 10005 |
| MUSTIQUE 2007-1 A2A | C/O CT CORPORATION,111 EIGHTH AVENUE, NEW YORK, NY 10011 |
| MUSTIQUE 2007-1 A2B | C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| MUSTIQUE 2007-1 A2B | C/O DEUTCHE BANK TRUST COMPANY AMERICAS,ATTN: CORPORATE DEAL MANAGER, TRUST AND SECURITIE,SERVICES,60 WALL STREET, NEW YORK, NY 10005 |
| MUSTIQUE 2007-1 A2B | C/O CT CORPORATION,111 EIGHTH AVENUE, NEW YORK, NY 10011 |
| MUSTIQUE 2007-1 B | C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| MUSTIQUE 2007-1 B | C/O DEUTCHE BANK TRUST COMPANY AMERICAS,ATTN: CORPORATE DEAL MANAGER, TRUST AND SECURITIE,SERVICES,60 WALL STREET, NEW YORK, NY 10005 |
| MUSTIQUE 2007-1 B | C/O CT CORPORATION,111 EIGHTH AVENUE, NEW YORK, NY 10011 |
| MUSTIQUE 2007-1 C | C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| MUSTIQUE 2007-1 C | C/O DEUTCHE BANK TRUST COMPANY AMERICAS,ATTN: CORPORATE DEAL MANAGER, TRUST AND SECURITIE,SERVICES,60 WALL STREET, NEW YORK, NY 10005 |
| MUSTIQUE 2007-1 C | C/O CT CORPORATION,111 EIGHTH AVENUE, NEW YORK, NY 10011 |
| MUSTIQUE 2007-1 D | C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| MUSTIQUE 2007-1 D | C/O DEUTCHE BANK TRUST COMPANY AMERICAS,ATTN: CORPORATE DEAL MANAGER, TRUST AND SECURITIE,SERVICES,60 WALL STREET, NEW YORK, NY 10005 |
| MUSTIQUE 2007-1 D | C/O CT CORPORATION,111 EIGHTH AVENUE, NEW YORK, NY 10011 |
| MUSTIQUE 2007-1 E | C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| MUSTIQUE 2007-1 E | C/O DEUTCHE BANK TRUST COMPANY AMERICAS,ATTN: CORPORATE DEAL MANAGER, TRUST AND SECURITIE,SERVICES,60 WALL STREET, NEW YORK, NY 10005 |
| MUSTIQUE 2007-1 E | C/O CT CORPORATION,111 EIGHTH AVENUE, NEW YORK, NY 10011 |
| NASSAUISCHE SPARKASSE | 063-ABWICKLUNG/KONTROLLE,HANDELSGESCHAFTE,KARL-BOSCH-STRASSE 10, WIESBADEN, D-65034 GERMANY |
| NATEXIS ASSET MANAGEMENT A/C ODEIS 2007 PRINTEMPS, | 1 RUE DE LA VRILLIERE,CC 21-1138, PARIS,  75001 FRANCE |

| Claim Name | Address Information |
|---|---|
| NATIONAL AGRIC'L COOP FED | 267 MIGEUN-DONG,SEODAEMUN-GU,19F IMKWANG BD, SEOUL,  120-705 KOREA |
| NATIONAL AGRIC'L COOP FED | ATTN:FUND MANAGEMENT DEPT.,NATIONAL AGRICULTURAL COOPERATIVE FEDERATION,75, 1-KA, CHUNGJEONG-RO, JUNG-KU, SEOUL,  100-707 KOREA, REPUBLIC OF |
| NATIONAL AUSTRALIA BANK LTD | 200 PARK AVENUE, NEW YORK, NY 10166 |
| NATIONAL BANK OF CANADA | 1155 MERCALFE STREET, MONTREAL,  PQ H3B 4S9 CANADA |
| NATIONAL BANK OF GREECE SA | ATTN:TREASURY,LONDON BRANCH,50, ST. MARY AXE, LONDON,  EC3A 8EL UNITED KINGDOM |
| NATIONAL BANK OF KUWAIT, SINGAPORE | ATTN: MANAGER, CORPORATE BANING & CREDIT POLICY,20 COLLYER QUAY,20-00 TUNG CENTRE,  ,  0104 SINGAPORE |
| NATIONAL BANK OF KUWAIT, SINGAPORE | C/O NATIONAL BANK OF KUWAIT, NEW YORK BRANCH,299 PARK AVENUE, NEW YORK, NY 10020 |
| NATIONAL CINEMEDIA LLC | ATTN:GARY FERRERA AND DAVID ODDO,NATIONAL CINEMEDIA, LLC,9110 EAST NICHOLS AVENUE, SUITE 200, CENTENNIAL, CO 80112-3405 |
| NATIONAL CITY BANK | 1 CASCADE PLAZA, AKRON, OH 44308 |
| NATIONAL RURAL UTILITIES CFC | ATTN:MO SALEH,2201 COOPERATIVE WAY, HERDON, VA 20171 |
| NATIONAL WESTMINSTER BANK PLC | ATTN:GREENWICH NATWEST LT SWAPS ADMINISTRATION,LEVEL 4,135 BISHOPSGATE, LONDON,  EC2M 3UR UNITED KINGDOM |
| NATIONALE-NEDERLANDEN INTERFIN ANCE B.V. | FINANCIAL PLAZA BIJLMERDREEF 109, AMSTERDAM,  1000 BV NETHERLANDS |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | 1 NATIONWIDE PLAZA, COLUMBUS, OH 44114 |
| NATIXIS | 4 - 6 THROGMORTON AVENUE, LONDON,  EC2N2PP UNITED KINGDOM |
| NATIXIS BLEICHROEDER INC | 1345 AVE OF AMERICAS, NEW YORK, NY 10105 |
| NATIXIS FINANCIAL PRODUCTS INC | 9 WEST 57TH STREET, NEW YORK, NY 10019 |
| NATWEST BANK N.A. | ATTN: STEVEN GORDON, CAPITAL MARKETS,175 WATER STREET,19TH FLOOR, NEW YORK, NY 10038 |
| NBAM/NBAM MORTGAGE TRUST | ATTN:JEAN SHEDLOCK,RRF SUB, LTD.,C/O BLACKROCK FINANCIAL MANGEMENT, INC.,40 E. 52ND STREET, 18TH FLOOR, NEW YORK, NY 10022 |
| NEKTAR ASSET MANAGEMENT AB | 14 NORMALMS STORE,PO BOX 7030, STOCKHOLM,  103 86 SWEDEN |
| NELNET INC. | 121 SOUTH 13TH STREET, LINCOLN, NE 68508 |
| NEW GENERATION FUNDING TRUST 15 | ATTN:KWIATKOSKI PAUL,CDC IXIS FINANCIAL GUARANTY,825 THIRD AVENUE,6TH FLOOR, NEW YORK, NY 10022 |
| NEW GENERATION FUNDING TRUST 16 | ATTN: SURVEILLANCE DEPARTMENT, PAUL KWIATKOSKI AND,GENERAL COUNSEL,C/O CDC IXIS FINANCIAL GUARANTY SERVICES INC.,825 THIRD AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| NEW GENERATION FUNDING TRUST 16 | C/O CDC IXIS FINANCIAL GUARANTY NORTH AMERICA,INC.,ATTN: SURVEILLANCE DEPARTMENT, PAUL KWIATKOSKI AND,GENERAL COUNSEL,825 THIRD AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| NEW GENERATION FUNDING TRUST 37 | ATTN:GENERAL COUNSEL,CDC IXIS FINANCIAL GUARANTY SERVICES INC.,825 3RD AVENUE, 6TH FL, NEW YORK, NY 10022 |
| NEW GENERATION FUNDING TRUST 83 | ATTN: SURVEILLANCE DEPARTMENT, PAUL KWIATKOSKI AND,GENERAL COUNSEL,C/O CIFG SERVICES, INC.,825 THIRD AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| NEW GENERATION FUNDING TRUST 83 | C/O CIFG ASSURANCE NORTH AMERICA, INC.,ATTN: SURVEILLANCE DEPARTMENT, PAUL KWIATKOSKI AND,GENERAL COUNSEL,825 THIRD AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| NEW GENERATION FUNDING TRUST SERIES 38 | ATTN:KWIATKOSKI ATT: PAUL,CDC IXIS FINANCIAL GUARANTY,SERVICES INC.,825 THIRD AVENUE, 6TH FL., NEW YORK, NY 10022 |
| NEW GENERATION FUNDING TRUST SERIES 39 | ATTN: SURVEILLANCE DEPARTMENT, PAUL KWIATKOSKI AND,GENERAL COUNSEL,C/O CDC IXIS FINANCIAL GUARANTY SERVICES INC.,825 THIRD AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| NEW GENERATION FUNDING TRUST SERIES 39 | C/O CDC IXIS FINANCIAL GUARANTY NORTH AMERICA,INC.,ATTN: SURVEILLANCE DEPARTMENT, PAUL KWIATKOSKI AND,GENERAL COUNSEL,825 THIRD AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| NEW YORK CITY HOUSING DEVELOPMENT CORP (DO NOT USE) | 110 WILLIAM STREET, NEW YORK, NY 10038 |

| Claim Name | Address Information |
| --- | --- |
| NEW YORK INSTITUTE OF TECHNOLOGY NASSAU | ATTN:PRESIDENT,TOWER HOUSE,NORTHERN BOULEVARD, OLD WESTBURY, NY 11568 |
| NEW YORK INSTITUTE OF TECHNOLOGY SUFFOLK | ATTN:PRESIDENT,TOWER HOUSE,NORTHERN BOULEVARD, OLD WESTBURY, NY 11568 |
| NEW YORK INSTITUTE OF TECHNOLOGY TAXABLE BONDS | ATTN:PRESIDENT,TOWER HOUSE,NORTHERN BOULEVARD, OLD WESTBURY, NY 11568 |
| NEW YORK LIFE INTERNATIONAL LLC | 1180 AVE OF THE AMERICAS,22ND FLOOR, NEW YORK, NY 10036 |
| NEW YORK POWER AUTHORITY | 123 MAIN STREET, WHITE PLAINS, NY 10601 |
| NEW YORK, CITY OF (THE) | ATTN: DEPUTY COMPTROLLER FOR FINANCE,MUNICIPAL BUILDING,1 CENTRE STREET, NEW YORK, NY 10007 |
| NEWEDGE GROUP | 50 BOULDEVARD HAUSSMANN, PARIS,  75009 FRANCE |
| NEWEDGE GROUP (UK BRANCH) - CF | 1301 AVE. OF AMERICAS, NEW YORK, NY 10019 |
| NEWEDGE GROUP LDN / INTEGRAL CAPITAL | MGMT (UK) LLP GIVE-UP FOREIGN EXCHANGE DEPT,121 SLOANE STREET OFFICE 10, LONDON,  SW1X 9BW UNITED KINGDOM |
| NEWEDGE GROUP LDN / POLAR CAPITAL | LLP GIVE-UP FOREIGN EXCHANGE DEPT,4 MATTHEW PARKER STREET, LONDON,  SW1H 9NP UNITED KINGDOM |
| NEWEDGE USA, LLC | ATTN: HEAD OF SFG, AMERICAS,C/O NEWEDGE ALTERNATIVE STRATEGIES INC.,630 FIFTH AVENUE, SUITE 500, NEW YORK, NY 10111 |
| NEWEDGE USA, LLC | 123, CHICAGO, NY 12345 |
| NEWMAN AND ASSOCIATES | 1022 WEST NORTH BOULEVARD,P.O. BOX 493030, LEESBURG, FL 34749 |
| NEXEN MARKETING | 5601 GRANITE PARKWAY,SUITE 1400, PLANO, TX 75024 |
| NEXEN MARKETING SINGAPORE PTE LTD | 250 NORTH BRIDGE ROAD,#29-03 RAFFLES CITY TOWER, SINGAPORE,  179101 SINGAPORE |
| NEXSTAR DEV. OPP. M. FUND | 780 THIRD AVE., NEW YORK, NY 10017 |
| NGA CAPITAL FUND LIMITED | ATTN: LAURA O'DOHERTY,C/O INVESTORS FUND SERVICES (IRELAND) LTD,BLOCK D,IVEAGH COURT,HARCOURT ROAD, DUBILN,  2 IRELAND |
| NGA CAPITAL FUND LIMITED | C/O PROCESS SERVERS LIMITED,4 MARYLEBONE HIGHT STREET, LONDON WIU 4NQ, UNITED KINGDOM |
| NGA INSTITUTIONAL LIBOR FUND LTD | ATTN:LAURA O #APPOSDOHERTY,C/O INVESTORS FUND SERVICES (IRELAND) LTD,BLOCK D,IVEAGH COURT, HARCOURT,  DUBLIN 2 IRELAND |
| NIKKO CORDIAL SECURITIES INC. | 1-28-23 SHINKAWA, CHUO-KU,  104-8271 JAPAN |
| NISA/THE KROGER CO. MASTER RETIREMENT TRUST | 150 N MERAMEC,SUITE 640, SAINT LOUIS, MO 63105 |
| NOMURA INTERNATIONAL PLC. | 1 ST MARTIN'S LE GRAND, LONDON,  EC1A 4NP UNITED KINGDOM |
| NOMURA SECURITIES CO., LTD. | 2 CHOME 2-2 OTEMACHI CHIYODA-KU, TOKYO,  100-8130 JAPAN |
| NOMURA TRUST AND BANKING CORPORATION, LTD. (THE) | 81-3-3275-1313,1-1-1 NIHONBASHI,CHUO-KU, TOKYO,  103-0027 JAPAN |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | 1 GEORGSPLATZ, HANNOVER,  30159 GERMANY |
| NORDEA BANK FINLAND PLC | 19 THOMAS MOORE STREET, LONDON,  E1W 1YF UNITED KINGDOM |
| NORGES BANK | 17 STATE STREET, NEW YORK, NY 10004 |
| NORINCHUKIN T&B CO. LTD REF LJAC5 049604007080 | 81-3-5281-1260,1-1-12 UCHIKANDA,CORP BUILDING, CHIYODA-KU,   JAPAN |
| NORINCHUKIN T&B CO. LTDREF LJAC5 049604007080 | ATTN: BUSINESS SERVICE DIVISION,C/O THE NORINCHUKIN TRUST & BANKING CO., LTD,1-1-12, UCHIKANDA,CHIYODA-KU, TOKYO,  101-0047 JAPAN |
| NORTH CAROLINA STATE UNIVERSITY | ATTN:TREASURER,OFFICE OF FINANCE AND BUSINESS,B HOLLADAY HALL, RALEIGH, NC 27685-7010 |
| NORTH CAROLINA STATE UNIVERSITY | CAMPUS BOX 7205, RALEIGH, NC 27695 |
| NORTH FORK BANK | 275 BROADHOLLOW RD, MELVILLE, NY 11747 |
| NORTH POLE CAPITAL MASTER FUND | ATTN:VICTOR MURRAY,N POLE CAPITAL MASTER FUND,C/O CITGO FUND SERVICES (CAYMAN ISLANDS) LTD,REGATTA OFFICE PARK, W BAY RD,P.O. BOX 31106 SMB, GRAND CAYMAN, CAYMAN ISLANDS |
| NORTHEASTERN UNIVERSITY | ATTN: SENIOR VICE PRESIDENT - TREASURER AND,ASSISTANT TREASURER,360 HUNTINGTON AVENUE, BOSTON, MA 2115 |
| NORTHERN ROCK PLC | ATTN:NORTHERN ROCK BUILDING SOCIETY,NORTHERN ROCK HOUSE,GOSFORTH, NEWCASTLE |

| Claim Name | Address Information |
|---|---|
| NORTHERN ROCK PLC | UPON TYNE,   UNITED KINGDOM |
| NORTHERN STAR GENERATIONA/C NSG HOLDINGS LLC | ATTN:CHIEF FINANCIAL OFFICER,NSG HOLDINGS LLC,2929 ALLEN PARKWAY, SUITE 2200, HOUSTON, TX 77019 |
| NORTHSIDE GUARANTY, LLC | ATTN:MR. JOHN A. WILLIAMS,NORTHSIDE GUARANTY, LLC,ONE OVERTON PARK, SUITE 400,3625 CUMBERLAND BOULEVARD, ATLANTA, GA 30339 |
| NORTHSTAR CAPITAL INV CORP | A/C NORTHSTAR RE SEC OPP MASTE,399 PARK AVE,18TH FLOOR, NEW YORK, NY 10022 |
| NORTHSTAR CAPITAL INV CORPA/C NORTHSTAR RE SEC OPP | ATTN:ROBERT GATENIO,NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY,MASTER FUND, LP,399 PARK AVE, NEW YORK, NY 10022 |
| NORTHWEST AIRLINES INC | 2700 LONE OAK PARKWAY,DEPT. A4100, EAGAN, MN 55121 |
| NORTHWESTERN MEDICAL CENTER | ATTN: DAWN D. BUGBEE, CFO,POB 1370,133 FAIRFIELD STREET, ST. ALBANS, VT 5478 |
| NORTHWESTERN MUTUAL LIFE INSUR ANCE COMPANY | 720 E WISCONSIN AVE, MILWAUKEE, WI 53202 |
| NORTHWOODS-CATHEDRAL CITY, L.P. | NORTHWOODS-CATHEDRAL CITY, L.P., CATHEDRAL CITY, CA 92234 |
| NORTON GOLD FIELDS LIMITED | ATTN:TIM PROWSE - MANAGING DIRECTORE,7 POTTS STREET,EAST BRISBANE, ,   4169 AUSTRALIA |
| NUVEEN HIGH YIELD MUNI | ATTN:GIFFORD R. ZIMMERMAN, STEPHEN D. FOY,NUVEEN INVESTMENT LLC,333 W. WACKER DR, CHICAGO, IL 60606 |
| NUVEEN HIGH YIELD MUNI | 19900 MCARTHUR BLVD, IRVINE, CA 92612 |
| NUVEEN SHORT DURATION BOND | FD C/O NUVEEN ASSET MANAGEMENT,2049 CENTURY PARK EAST, LOS  ANGELES, CA 90067 |
| NW CAP MANAGEMENT A/C NEWCASTLE ENHANCED MID CAP, | 1370 AVENUE OF THE AMERICAS,33RD FL., NEW YORK, NY 10019 |
| NYKREDIT REALKREDIT A/S | ATTN:MICHAEL CARLSON,NYKREDIT A/S,BREDGADE 40,PO BOX 1172, COPENHAGEN,   1010 DENMARK |
| NYLON CAP/NYLON FLAGSHIP MASTER FUND | 15 SLOANE SQUARE,3RD FLOOR, LONDON,   SW1W 8ER UNITED KINGDOM |
| OAK HILL CREDIT OPPORTUNITIES MASTER FUND | 1100 KING STREET RYE BROOK,BUILDING FOUR, NEW YORK, NY 10573 |
| OAK HILL INV MGMT A/C WINDFALL INVESTMENTS LP | 201 MAIN STREET SUITE 3100, FORT WORTH, TX 76102 |
| OAK HILL STRATEGIC PARTNERS, L.P. | ATTN:JOANATHAN NUNNALEY,OAK HILL STRATEGIC PARTNERS, L.P.,201 MAIN STREET,SUITE 1600, FORTH WORTH, TX 76102 |
| OAKLAWN PSYCHIATRIC CENTER | ATTN: VICE PRESIDENT - FINANCIAL SERVICES,330 LAKEVIEW DRIVE, GOSHEN, IN 46527 |
| OAKMONT ASSET TRUST | ATTN:CORPORATE TRUST ADM.,OAKMONT ASSET TRUST,C/O BANK OF NEW YORK(DELAWARE),502 WHITE CLAY CTR, RTE 273, NEWARK, DE 19711 |
| OAKTREE CAP MGMT, LLCA/C OCM VOF LP | ATTN:GENERAL COUNSEL,C/O OAKTREE CAPITAL MANAGEMENT, L.P.,33 S. GRAND AVENUE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OAKWOOD MINNEAPOLIS, LLC | 1117 MARQUETTE AVE, MINNEAPOLIS, MN 55403 |
| OANDA CORPORATION FOREIGN EXCHANGE DEPT | 20 CROSS STREET,#03-11, SINGAPORE,  48422 SINGAPORE |
| OBEROESTERREICHISCHE VERSICHERUNG | GRUBERSTRASSE 32, LINZ,  A-4020 AUSTRIA |
| OC/SD MEZZ 1 LLC | ATTN:JESSICA MOORE,OC/SD MEZZ 1 LLC,C/O ARCHSTONE-SMITH OPERATING TRUST,9200 E. PANORAMA CIRCLE, SUITE 400, ENGLEWOOD, CO 80112 |
| OCEANIA CRUISES, INC. | ATTN: MR. LUIS SAN MIGUEL, CFO,8300 N.W. 33RD STREET,SUITE 308, MIAMI, FL 33122 |
| OCEANIA CRUISES, INC. | C/O GEMA M. PINON, ESQ.,VICE PRESIDENT & CORPORATE COUNSEL,8300 N.W. 33RD STREET, SUITE 308, MIAMI, FL 33122 |
| OCM OPPORTUNITIES FUND VI | 1 CONNAUGHT ROAD,SUITE 2003, AIG TOWER,   HONG KONG |
| ODEBRECHT OVERSEAS LTD | ATTN: FINANCIAL MANAGER,ODEBRECHT OVERSEAS LTD.,C/O CONSTRUCTORA NORBERTO ODEBRECHT S.A.,AV. DAS NACOES UNIDAS, 4777 - 6TH FLOOR, SAO PAULO,  05477-000 BRAZIL |
| ODEBRECHT OVERSEAS LTD | C/O CT CORPORATION,111 EIGHTH AVENUE,13TH FLOOR, NEW YORK, NY 10011 |
| ODL SECURITIES LTD | SALISBURY HOUSE, LONDON,  EC2M 5QQ UNITED KINGDOM |
| OERESTADESSELSKABET I/S | ORESTADSSELSKABET I/S,ARNE JACOBSENS ALLE 17, COPENHAGEN,  DK-2300 DENMARK |
| OESTERREICHISCHE VOLKSBANKEN AG | KOLINGASSE,19, VIENNA,  A-1090 AUSTRIA |

| Claim Name | Address Information |
|---|---|
| OGI ASSOCIATES LLC | ATTN:STEVE KLEINMAN,OGI ASSOCIATES LLC,C/O GEORGE WEISS ASSOCIATES, INC.,ONE STATE STREET, HARTFORD, CT 06103 |
| OGI ASSOCIATES LLC | 1 STATE STREET, HARTFORD, CT 06103 |
| OHANA MILITARY COMMUNITIES LLC | 1 AZRIELI ST.,ROUND TOWER 37TH FLR, TEL AVIV,  67021 ISREAL |
| OHIO POWER COMPANY | ATTN:TREASURER,AMERICAN ELECTRIC POWER COMPANY, INC.,1 RIVERSIDE PLAZA, COLUMBUS, OH 43215 |
| OHIO PRESBYTERIAN | ATTN:RODNEY L. CRIST, CFO,1001 KINGSMILL PARKWAY, COLUMBUS, OH 43229 |
| OHIO PUBLIC EMPLOYEES RETI | 227 EAST TOWN STREET,10TH FLOOR, COLUMBUS, OH 43215 |
| OKLAHOMA MUNICIPAL POWER AUTHORITY | ATTN: DIRECTOR OF FINANCIAL SERVICES,PO BOX 1960, EDMOND, OK 73083-1960 |
| OLD HILL PARTNERS A/C FLT OPPORTUNITY LTD TRUST, | 1 THORNDAL CIRCLE, DARIEN, CT 06820 |
| OLD HILL PARTNERSA/C FLT OPPORTUNITY LTD TRUST | ATTN:MARK SAMUEL,C/O OLD HILL PARTNERS INC.,ONE THORNDAL CIRCLE, 3RD FLOOR, DARIEN, CT 06820 |
| OLD LANE CAYMAN MASTER FUND, L | ATTN:JONATHAN BARTON,OLD LANE CAYMAN MASTER FUND, L.P.,C/O OLD LANE, LP,500 PARK AVENUE, 2ND FLOOR, NEW YORK, NY 10022 |
| OLD LANE HMA MASTER FUND, L.P. | ATTN:JONATHAN BARTON,OLD LANE HMA MASTER FUND, L.P.,C/O OLD LANE, LP,500 PARK AVENUE, 2ND FLOOR, NEW YORK, NY 10022 |
| OLD LANE U.S. MASTER FUND, L.P | ATTN:JONATHAN BARTON,OLD LANE U.S. MASTER FUND, L.P.,C/O OLD LANE, LP,500 PARK AVENUE, 2ND FLOOR, NEW YORK, NY 10022 |
| ONE MADISON INVESTMENTS (CAYCO) LTD. | ATTN: JAMES BANALL,C/O IRONSHORE CORPORATE SERVICES LIMITED,P.O. BOX 1234,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS, BWI |
| ONE MADISON INVESTMENTS (CAYCO) LTD. | C/O METROPOLITAN LIFE INSURANCE COMPANY,ATTN: JOSEPH L. DUNN,ONE MADISON AVENUE, NEW YORK, NY 10010 |
| ONE MADISON INVESTMENTS (CAYCO) LTD. | C/O CORPORATION SERVICE COMPANY,1177 AVENUE OF THE AMERICAS,17TH FLOOR, NEW YORK, NY 10036-2721 |
| ONE MADISON INVESTMENTS (CAYCO) LTD. | C/O METROPOLITAN LIFE INSURANCE COMPANY,ATTN: CHIEF HEDGING OFFICER,334 MADISON AVENUE, CONVENT STATION, NJ 7961 |
| ONTARIO TEACHERS PENSION PLAN BOARD | 5650 YONGE ST, TORONTO, ON M2M 4H5 CA |
| ONYX FINANCE LIMITED | ATTN: GARETH ESSEX CARTER/HELEN GRANT,C/O MOURANT & CO. LIMITED,22 GRENVILLE STREET,ST. HEILIER, JERSEY JE4 8PX,  UNITED KINGDOM |
| ONYX FINANCE LIMITED | C/O LEHMAN BROTHERS INTERNATIONAL (EUROPE),ONE BROADGATE, LONDON EC2M, UNITED KINGDOM |
| ONYX FUNDING LTD 2004-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| ONYX FUNDING LTD 2006-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  1 IRELAND |
| OPPENHEIMER ABSOLUTE RETURN FUND | 2 WORLD FINANCIAL CENTER,11TH FLOOR,225 LIBERTY ST, NEW YORK, NY |
| OPPENHEIMER BALANCED FUND/VA | ATTN:GENERAL COUNSEL OPPENHEIMERFUNDS INC,C/ O OPPENHEIMERFUNDS INC.,2 WORLD FINANCIAL CTR,225 LIBERTY STREET, 14TH FL, NEW YORK, NY 10281-1008 |
| OPPENHEIMER FUNDS, INC. | 1 WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| OPPENHEIMER INTERNATIONAL VALUE FUND | ATTN:GENERAL COUNSEL OPPENHEIMERFUNDS INC,C/ O OPPENHEIMERFUNDS INC.,2 WORLD FINANCIAL CTR,225 LIBERTY STREET, 14TH FL, NEW YORK, NY 10281-1008 |
| OPPENHEIMER QUEST INTERNATIONAL VALUE FUND | ATTN:GENERAL COUNSEL OPPENHEIMERFUNDS INC,C/ O OPPENHEIMERFUNDS INC.,2 WORLD FINANCIAL CTR,225 LIBERTY STREET, 14TH FL, NEW YORK, NY 10281-1008 |
| OPPENHEIMERFUNDS INC HIGH YIELD FIXED INCOME PORTF | ATTN:GENERAL COUNSEL,OFI INSITIONAL ASSET MANAGEMENT INC.,TWO WORLD FINANCIAL CENTER,225 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10281 |
| OPPENHEIMERFUNDS INCA/C CORE PLUS FI PORT. | ATTN:GENERAL COUNSEL,OFI INSITIONAL ASSET MANAGEMENT INC.,TWO WORLD FINANCIAL CENTER,225 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10281 |
| OPPENHEIMERFUNDS INCA/C MML APLHA BACKED NOTES | ATTN:GENERAL COUNSEL,OFI INSITIONAL ASSET MANAGEMENT INC.,TWO WORLD FINANCIAL CENTER,225 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10281 |
| OPPENHEIMERFUNDS INCA/C PRINCIPAL PROTECTION INC., | ATTN:GENERAL COUNSEL,OFI INSITIONAL ASSET MANAGEMENT INC.,TWO WORLD FINANCIAL CENTER,225 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10281 |

| Claim Name | Address Information |
|---|---|
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | C/O DELAWARE INVESTMENTS,2005 MARKET STREET, PHILADELPHIA, PA 19103-7094 |
| OPTION ONE MORTGAGE LOAN TRUS T 2007-1 | 2020 EAST FIRST STREET,SUITE 100, SANTA ANA, CA 92705 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-5 | ATTN:CLIENT MANAGER, OPTION 2007-5,WELLS FARGO BANK, N.A.,9062 OLD ANNAPOLIS RD., COLUMBIA, MD 21045-1951 |
| ORANGE COUNTY HOUSING FINANCE AUTHORITY | 2211  HILLCREST ST, ORLANDO, FL 32803 |
| ORION FINANCE CORPORATION | C/O MAPLES AND CALDER, ATTORNEYS-AT-LAW,UGLAND HOUSE,P.O. BOX 309, GRAND CAYMAN,   CAYMAN ISLANDS, BWI |
| ORIX FINANCE CORPORATION | 100 N RIVERSIDE PLAZA,1400, CHICAGO, IL 60606 |
| ORIX USA CORPORATION | 1177 AVENUE OF THE AMERICAS,10TH FLOOR, NEW YORK, NY 11377 |
| OSA COPPERFIELD LIMITED PARTNERSHIP | 5510 MOREHOUSE DR STE 200, SAN DIEGO, CA 92121-3722 |
| OSA OAK CRESTE LIMITED PARTNERSHIP | 5510 MOREHOUSE DR STE 200, SAN DIEGO, CA 92121-3722 |
| OSA SONGBIRD LIMITED PARTNERSHIP | 5510 MOREHOUSE DR STE 200, SAN DIEGO, CA 92121-3722 |
| OSPRAIE REAL RETURN PORTFOLIO LTD | 150 FEDERAL STREET,1101, BOSTON, MA 02110 |
| OSPREY INTERNATIONAL YK | GLEDSWOOD, CROWHURST ROAD, LINGFIELD, SURREY,  RH7 6DG UNITED KINGDOM |
| OTP BANK | 7-8 SZABADSAG SQUARE, BUDAPEST,  H-1054 HUNGARY |
| OTTERBEIN HOMES | , LEBANON, OH 45036-8840 |
| OWLCREEKASSETMGMT/ OWL CREEK I, LP | 640 FIFTH AVENUE,20TH FLOOR, NEW YORK, NY 10019 |
| OZ ASIA MASTER FUND LTD | 153 E. 53RD STREET,43RD FLOOR, NEW YORK, NY 10022 |
| OZ MANAGEMENT LP A/C GORDEL HOLDINGS LIMITED | 9 W 57TH ST,39TH FLOOR, NEW YORK, NY 10019 |
| P. FERRERO & C. SPA | ATTN: DINO CORGNATI/CARMINE CARLONE,PIAZZALE PIETRO FERRERO, ALBA,  12051 ITALY |
| P. FERRERO & C. SPA | C/O FERRERO UK LIMITED,AWBERRY COURT,HATTERS LANE,CROXLEY BUSINESS PARK, WATFORD WD18 8PA,   UNITED KINGDOM |
| P0004/SOUTHER CAL LUMBERINDUSTRY RETIREMENT FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0012 / AMERICAN CHEMICAL SOCIETY RETIREMENT FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0017 / NORTHERN STATES POWERCOMPANY PENSION PLAN, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0023 / EMPLOYEES' RETIREMENTSYSTEM OF HAWAII | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0027 THE J. PAUL GETTY TRUST | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0030/EMPLOYEE RETIREMENT INCOME PLAN TRUST OF | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0040 / BELL ATLANTIC MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0051 / ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0059/TEACHER'S RET SYSTM OF THE STATE OF ILLINOIS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0060/PIMCO 1199 HOSP/HLTH CARE EMP. PEN FD2 | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0061 / LABORER DISTRICT COUNSEL & PENSION FD OH, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0070/KANSAS PUBLIC EMPLOYEESRETIREMENT SYSTEM | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0072 ILLINOIS STATE UNIVERSITIES RETIREMENT SYS, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0085 / ALBERTSON'S SAVINGS & | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| RETIREMENT ESTATES, | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0089 TVA RETIREMENT SYSTEM | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0090 / PACIFIC SELECT FUND MANAGED BOND PORTFOLIO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0091 / PACIFIC SELECT FUND INFLATION MANAGED | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0092 / HARBOR BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0096 / OIL INVESTMENT CORPORATION LTD. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0097 / OIL CASUALTY INVESTMENT CORPORATION LTD, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0111 / SAN DIEGO CITY EMPLOYEES RETIREMENT SYSTEM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0130 / THE KROGER CO. MASTERRETIREMENT TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0135 / THE NISOURCE INC MASTER RETIREMENT TRUST, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0141 / ANDREW W. MELLON FOUNDATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0149/SOUTHERN CALI RETAILCLERK UNIONS & FOOD EMPL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0152/ ASHLAND OIL INC.MASTER PENSION TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0154 / NORTHEAST UTILITIES PENSION TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0158/THE BOEING COMPANY EMPLOYEE RETIREMENT PLANS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0159/SISTERS OFPROVIDENCE HEALTHSYSTEM INC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0160 / SOUTHERN CALIFORNIA EDISON COMPANY | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0161/ NEBRASKAINVESTMENT COUNSILFOR THE SCHOOL RE | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0175 / FRANK RUSSELL TRUST COMPANY COMMINGLES EMP | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0176/ RUSSELL TRUST COMMINGLEEMP. BEN. FUNDS, FI | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0179 FRANK RUSSELL INVESTMENTCOMPANY FI I FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0188 / UNITED AIRLINES PILOTDIRECTED ACCOUNT PLN, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0189 / CITIZENS PENSION PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0194 MASS PENSION RESERVES | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0196 / IHC PENSION PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0210/MACYS INC DEFINEDCONTRIB MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0213 / BAXTER INTERNATIONAL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P0219 / L.A. COUNTY MET TRANSIT AUTH RETIREMENT IN | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0227 / WALT DISNEY CO RETIREMENT PLAN MASTER TRU, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0235/THE CALIFORNIA ENDOWMENT | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0236/ENSIGN PEAK ADVISORS, INC. | ATTN: LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0239/CAMPBELL SOUP COMPANY | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0242 / IBM SYNTHETIC GIC – III | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0248 / BAPTIST HEALTHCARE SYSTEM INC | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0291/NEBRASKA INVESTMENT COUNCIL FOR THE SCHOOL, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0303 / FORD MOTOR COMPANY MASTER TRUST FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0330 / VISTEON CORP DEFINED BENEFIT MASTER TRUST, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0400 / STOCKSPLUS SUB-FUND B, LLC | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0401 / STOCKSPLUS L.P. | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0407 / THE GOODYEAR CO TRST FOR COLL INV RET PLN, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0409 / INDIANA STATE TEACHERS' RETIREMENT FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0411 / PPG INDUSTRIES, INC. AGREEMENT OF TRUST, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0417 / XCEL ENERGY INC. VOLUNTARY EMPLOYEES | ATTN: LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0418 / PUBLIC SERVICE ENTERPRISE | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0423 / SCHLUMBERGER STOCK | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0424 / SCHLUMBERGER INTL MASTER PROFIT SHARING TR | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0425 / CARPENTERS PENSION FUND OF ILLINOIS | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0428/CELANESE AMERICANS RETIREMENT PENSION PLAN, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0429 / PIMCO GLOBAL STOCKSPLUS & INCOME FUND | ATTN: LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0430/THE ROCHE RETIREMENT PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0432 / MAINE STATE RETIREMENTSYSTEM | ATTN: LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0434/OREGON PUBLIC EMPLOYEESRETIREMENT FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0437 / SAFEWAY INC. EMPLOYEERETIREMENT PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0448/ GEORGIA-PACIFICCORPORATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| MASTERTRUST FOR, | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0449 / SCUFCW & FOOD EMPLOYERS JT PEN TRUST FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0452/KELLOGG COMPANY MASTER RETIREMENT TRUST | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0456 / THE CONSOLIDATED EDISON PEN & BEN PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0459/TEACHERS' RET SYSTEM OFTHE STATE OF IL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0462 / PENSION BENEFIT GUARANTY CORPORATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0463/ LUCENTTECHNOLOGIES MASTERPENSION TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0475/ ILLINOIS STATEUNIVERSITIES RETIREMENTSYSTEM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0477/ SALVATION ARMY EASTERN TERRITORY | 103 WIGMORE STREET, LONDON,   W1U 1QS UNITED KINGDOM |
| P0477/ SALVATION ARMY EASTERNTERRITORY | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0489/TENNESSEE VALLEYAUTHORITY RETIREMENT SYS., | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0490/TENNESSEE VALLEYAUTHORITY MASTERDECOMISSIONI | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0493 /UNITED FOOD & COMMERCIAL WORKERS INTL UNION | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0494/ TENNESSEE VALLEYAUTHORITY MASTERDECOMMISSIO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0495 / OIL INVESTMENT CORPORATION LTD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0617 / PDV INSURANCE COMPANY LTD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0632 EMPLOYEE'S RETIREMENT  FD OF FT. WORTH | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0634 / SISTERS OF MERCY HEALTH SYS, ST LOUIS, INC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0649 / WELLS FARGO BANK DECLARATION OF TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0653 / FIRST INITIATIVES INSURANCE LTD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0665 / CORNELL UNIVERSITY | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0668/INTERNATIONAL UNITED AUTOMOBILE WORKERS MST, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0670/ PIMCO  U OF MISSOURIRETIREMENT, DISABILITYA | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0671/ PIMCOUNIVERSITY OF MISSOURIENDOWMENT FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0672 / KELLOGG A/C #KELF2988002 | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0673/BAYCARE HEALTH SYSTEMS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0680 / PIMCO VARIABLE INS TRUST TOTAL RETURN BND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0681/PIMCO VARIABLE INSURANCETRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| STOCKSPLUS | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0683 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0684 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0685 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0686 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0687 / PIMCO VARIABLE INSURANCE TRUST FOREIGN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0688/PIMCO VARIABLE INSURANCE TRUST EMERGING | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0691 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0695 / GLOBAL INVESTORS SER PLC TOT. RETURN BD FD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0696 / GIS PLC HY BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0697 / PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0699 / PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0700 / PIMCO TOTAL RETURN FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0701 / PIMCO TOTAL RETURN MORTGAGE FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0702 / PIMCO PRIVATE INVESTMENT GRADE CORP. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0705 / PIMCO HIGH YIELD FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0706 / PRIVATE ACCT PORT SERIES HIGH YIELD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0707 / PIMCO INVESTMENT GRADE CORPORATE BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0708/PIMCO FUNDS DEVELOPINGLOCAL MARKETS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0710 / PIMCO LONG-TERM U.S. GOVERNMENT FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0715 / PIMCO STOCKPLUS FUND | ATTN:CHANTAL PREGENT,PACIFIC INVESTMENT MANAGEMENT,COMPANY,840 NEWPORT CENTER DRIVE, NEWPORT BEACH, CA 92660 |
| P0719 / PIMCO FOREIGN BOND FUND (UNHEDGED) | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0719 FOREIGN BOND FUND (UNHEDGED) | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0720 / PIMCO LOW DURATION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0721 / LOW DURATION MORTGAGE FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0722 /  PIMCO PRIVATE MORTGAGE | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0723 /  LOW DURATION FUND III | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P0724/PIMCO FLOATING INCOME FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0726/PIMCO STOCKSPLUS SHORT STRATEGY FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0728/PIMCO FUNDAMENTAL INDEXPLUS FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0729/PIMCO FUNDAMENTAL INDEXPLUS TR FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0731/PIMCO COMMODITYREALRETURN STRATEGY FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0732 / PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0734/PIMCO STOCKSPLUS TOTAL RETURN FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0735 / PIMCO TOTAL RETURN FUND II | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0739/PIMCO EMERGINGLOCAL BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0740 / PIMCO SHORT TERM FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0742 / PIMCO FUNDS: PRIVATE ACCT PORTFOLIO SERIES | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0744/PIMCO DIVERSIFIED INCOME FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0745 / PIMCO MODERATE DURATION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0747/PAPS SHORT TERM PORTFOLIO | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0750 /  LOW DURATION FUND II | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0751/PIMCO SMALL CAPSTOCKSPLUS TR FUND A | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0761 / PIMCO CONVERTIBLE BONDFUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0767/PIMCO FUNDS: PIMCOINCOME FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0768/PIMCO FUNDS: PIMCOINCOME FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0770 / PIMCO FOREIGN BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0771/PIMCO EMERGING MARKETS BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0774/PIMCO INTL STOCKSPLUS TR STRATEGY FUND (UNH, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0775 / PIMCO GLOBAL BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0780 / PRIVATE ACCOUNT PORTFOLIO SERIES INTL PORT | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0781/ PRIVATE ACCOUNT PORTFOLIO SERIES EMERGING M | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0783 / PIMCO EUROPEAN STOCKSPLUS | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0784 / PIMCO FAR EAST (EX-JAPAN) | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT |

| Claim Name | Address Information |
|---|---|
| P0784 / PIMCO FAR EAST (EX-JAPAN) | BEACH, CA 92660 |
| P0785 / GLOBAL BOND FUND II | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0786 PIMCO INT'L STK PLUS TR STRATEGY FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0787 / PIMCO JAPANESE STOCKSPLUS TRUST FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P0788 REAL ESTATE REAL RETURN STRATEGY FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0790 / PIMCO TOTAL RETURN FUND III | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0792 /   PIMCO PRIVATE REAL RETURN BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0793 / PIMCO REAL RETURN ASSET FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0795 / PIMCO REAL RETURN BONDFUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0801/EMPLOYEES RETIREMENTSYSTEM OF THE CITY OF NO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0803 / PROGRESS ENERGY INC PENSION PLANS MASTER, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0806 WILLIAM AND FLORA HEWLETT FOUNDATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0811/ CELANESE AMER.CORP. RETIREMENT TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0815 / THE NORTHROP GRUMMAN CORP PENS MASTER TR, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0817/INDIANA UNIVERSITY FOUNDATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0830 / WORKERS COMPENSATION REINSURANCE ASSOC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0852 / JNL SERIES TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0868 / NIKKO TRUST-NIKKO PIMCO YEN LIBOR PLUS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0871/FRANK RUSSELL INV MGMT CO FIXED INCOME III F | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0872/FRANK RUSSELL INV MANAGEMENT CO MULTISTRATEG | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0873 / RUSSELL INSURANCE FUNDS CORE BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0887 / PACE STRATEGIC FIXED INCOME INVESTMENTS, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0903/OHIO CARPENTERS PENSIONFUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0909/SARA LEE CORPORATION MASTER INVESTMENT TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0911/BAPTIST FOUNDATION OF TEXAS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0913 / RETIREMENT BENEFIT TRST OF R. R. DONNELLEY | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0917/ELECTRICAL CONTRACTORS' ASSOC. & LOCAL 134,, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P0929 / NORTHWESTERN MEMORIALCORP AND AFFILIATES, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0935 / GROUP TRUST AGMT PURSUANT HEWLETT-PACKARD, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0942 / IBM PERSONAL PENSION PLAN TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0955/PIMCO COMMERCIAL MORTGAGE SECURITIES TRUST I | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0968 / UPS MASTER TRUST TOTAL RETURN ACCOUNT | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0971 / TARGET TOTAL RETURN BOND PORTFOLIO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0972 / TARGET INTERMEDIATE TERM BOND PORTFOLIO, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0975 / AST PIMCO LIMITED MATURITY BOND PORTFOLIO, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0976 / AMERICAN SKANDIA TOTAL RETURN BOND PORT., | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0977 / FREMONT BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0979 / PHELPS DODGE CORPORATION MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0989 / BANNER HEALTH SYSTEM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P0993/ SONY MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1010 / DELUXE CORPORATION MASTER TRUST (1998 RMT) | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1016 / BELL COMM. RESEARCH MASTER PENSION TRUST, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1023 / H.E.S.T AUSTRALIA LTDAS TRUSTEE OF HEALTH, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1025/ASCENSION HEALTH | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1027 / PRUDENTIAL DIVERSIFIED MODERATE GROWTH FD. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1028 / STRATEGIC PARTNERS CONSERVATIVE GROWTH FD, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1035 / PACIFIC GAS & ELECTRICCOMPANY RETIREMENT, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1046 / CONSOLIDATED EDISON PENSION AND BENEFIT (T | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1047 / JC PENNY COMPANY | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1049 / PACIFIC HIGH YIELD CAYMAN UNIT TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1052/ FIRE AND POLICEMEMBERS BENEFIT FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1070 / MANUFACTURERS INVESTMENT TRUST GLOBAL BOND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1071/MANUFACTURERS INVESTMENT TRUST TTL RETURN TR | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1072 / ILLINOIS STATE UNIV. RETIREMENT | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| SYSTEM | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1074 / HALLMARK MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1085/INTERMEDIATE FIXED INCOME IVESTM FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1094/OK TEACH RET SYSTEM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1096 / SMITH BARNEY CORP TR CO CORE FXD INC FD, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1098 / THE LOCAL GOVT. PENSIONS INST. OF FINLAND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1107 / DIR. GUILD OF AMER. - PRODUCER SUPP. PENS. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1108 / DIR. GUILD OF AMER. - PRODUCER BASIC PENS. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1112 /  AMERICAN CHEMICAL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1120/PEPCO HOLDINGS RETIREMENT PLAN MASTER TRUST, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1126/ABU DHABIRETIREMENT PENSIONSAND BENEFIT FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1128 / PRUDENTIAL DIVERSIFIEDCONSERVATIVE GROWTH, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1129 / SYSCO CORPORATION RETIREMENT PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1135 /  DC RETIREMENT BOARD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1146 / MISSOURI LOCAL GOV EMP RET FD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1149 / GATEWAY AUSTRALIAN BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1150 / VAN LEER GROUP FOUNDATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1152 / OREGON RETAIL EMPLYEES PENSION TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1156 / THE MONETARY AUTHORITYOF SINGAPORE | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1159 / RUSSELL MULTI-MGR UNITTR AUSTRALIAN BD FD, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1181 / SENTARA HEALTHCARE | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1182/OCC ACCUMULATION TRUST MANAGED BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1185 / THE CASEY FAMILY PROGRAM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1192 / BASF CORP PENSION MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1193 / BASF CORP PENSION MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1200 /  EQUITY TRUSTEES LTD COMMON FUND NUMBER 8, | ATTN:DENISE SELIGA,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1201 / EQUITY TRUSTEES LTD PIMCO GLOBAL BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P1203/EQUITY TRUSTEES LTD PIMCO AUSTRALIAN BND FND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1205 / EQUITY TRUSTEES LIMITED AS RESPONSIBLE ENT | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1206/PIMCO GLOBAL COMMODITY REAL RETURN FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1207/PIMCO STABLE INCOME FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1215 / INTERNATIONAL SHIPOWNERS REINSURANCE CO SA | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1232/GUIDESTONE FUNDS LOWDURATION BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1233 / SAN DIEGO COUNTY EMPLOYEESRETIREMENT ASSOC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1240 / PRUDENTIAL SERIES FUND, INC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1241 / PRUDENTIAL SERIES FUND, INC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1245/KNIGHT RIDDER, INC. MASTER RETIREMENT TRUST, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1249 / NORINCHUKIN INVESTMENT GRADE CORP | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1250 / FIXED INCOME SHARES (SERIES M) | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1251 / FIXED INCOME SHARES (SERIES C) | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1252 / STATE TEACHERS RETIREMENT SYSTEM OF OHIO, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1253 / COOPER INDUSTRIES INC MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1257 / TR2 CAYMAN FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1263 / MELLON BANK NA EMPLOYEE BENEFIT FUND PLAN, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1266 / ARCH COAL INC RETIREMENT ACCOUNT PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1298 / UNIVERSITY OF IOWA FOUNDATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1300 / THE ROLLS-ROYCE PENSION FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1301 - THE ALLIANZ GROUP PENSION SCHEME | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1307 - STICHTING PENSIOENFONDS CAMPIA | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1308/VIVENDI UNIVERSAL PENSIOPACIFIC INVESTMENT M | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1309/ VGZZORGVERZEKERAAR NV | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1310/THE TRUSTEES OF ROLLS-ROYCE ANCILLARY | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1311/ VICKERS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1312/NEIPACIFIC INVESTMENT MGMT CO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| P1312/NEIPACIFIC INVESTMENT MGMT CO | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1322/KUWAIT FUND FOR ARABECONOMIC DEVELOPMENT | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1337/NORTHROP GRUMMAN TOTAL R | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1338/PACIFIC INVESTMENT MGMTA/C WESTLB UK PENSION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1346A/C BMW (UK) | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1356/STICHTING PENSIOENFONDS GRONTMIJ | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1358/STICHTING PENSIOENFONDSMEDISCHE SPECIAL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1359/P&O PENSION FDS INVEST LTD AS TRUSTEE OF P&O | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1382/STATE OF VERMONT | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1385 /  INTERNATIONAL FIXED INCOME FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1401/THE GCG TRUST CORE BONDSERIES | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1410 / GOLDMAN SACHS GMMS CORE PLUS FIXED INC FD, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1415 / WEST OF ENGLAND SHIP OWNERS MUT INS ASSOC, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1420 / STATE OF MONTANA PUBLIC EMPLOYEE DEFERRED, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1422 / TAM INTERNATIONAL TRUST INTL BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1423 / SUPERANNUATION FUNDS MANAGEMENT CORP | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1424/GGOF GUARDIAN RSP INTERNATIONAL INCOME FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1426 / N.V. PENSIOENVERZEKERINGSMAATSCHAPPIJ DSM, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1428 / TAM GROUP INVESTMENT FUND GLOBAL BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1430 / ENTERPRISE ACCUMULATION TRUST TOTAL RETURN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1435/NATIONAL ASSOCIATION OF SECURITIES DEALERS, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1437 / SUNOCO, INC. MASTER TRUST FOR DEFINED | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1439 / ST. JOSEPH HEALTH SYSTEM | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1440 / MARS UK PENSION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1441 / STICHING MARS PENSION FUNDS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1443 / THE WORLD HEALTH ORGANIZATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1445 / STICHTING BEDRIJFSPENSIOENFONDS VOOR DE, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P1446 / STICHTING BEDRIJFSPENSIOENFONDS VOOR DE, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1452/METAL BOX PENSION TRUSTEES LIMITED | ATTN: LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1453/METAL BOX TRUST LTDOF THE METAL BOX PENSION, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1457WHEATON FRANCISCANSERVICES | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1461/THE HOOVER TRUST FUND LI | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1462 PIMCO/STICHTING PENSIOENFDS VAN DE GROLSCHE, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1463/LUXEMBOURG INVESTMENTFUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1464/ FREESCALESEMICONDUCTOR INC., RETIREMENT SAVI | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1470/THE UNIVERSITY OF TEXASINVESTMENT MANAGEMENT | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1475 / GARD COMMONCONTRACTUAL FUND-GLOBALBOND FUN | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1476 / FRANK RUSSELL INVESTMENT CO SHORT TERM BD, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1479/GOVERNMENT EMPLOYEES SUPERANNUATION BOARD, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1481 / EMPLOYEES RETIREMENT PLAN OF SENTARA HEALT | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1483 / PIMCO HELSINGFORS INVESTMENTS | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1487/ALASKA ELECTRIC PENSINOFUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1490 / PL PIMCO MANAGED BONDFUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1493 / JDD HOLDINGS, L.P. | ATTN: LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1495 THE UNIVERSITY OF TEXASINVESTMENT MGMT COMP, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1600/ARCHDIOCESE OF NYPENSION PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1603 / PIMCO IDEX PIMCO TOTALRETURN FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1604 / PIMCO AEGON/TRANSAMERICA SERIES FUND INC, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1612 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1613 / SPRINT RET SAVINGS TR, SPRINT RET SAVINGS, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1620 MULTI-STYLE, MULTI-MANAGER FUNDS PLC | ATTN: LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1621 / FRANK RUSSELL INVESTMENT CO PLC-GLOBAL BD, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1622 / MULTI-STYLE MULTI-MANAGER FD (GLOBAL BOND) | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1623 / MULTI-STYLE MULTI-MGR FDS GL BD | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| (EURO) | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1624 / FRANK RUSSELL INVESTMENT CO II PLC-EURO, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1627  FRANK RUSSELL INVESTMENT CO | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1628 / RUSSELL MULTI-MANAGERUNIT TRUST RUSSELL, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1630 / PRIMONE,PRIMTWO,PRIMTHREE,PRIMFOUR,PRIM FIV | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1632 / ILLINOIS TOOL WORKS INC MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1639 HIGHLAND ENHANCED VARIABLE RATE FUND LIMITED | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1641 / SIERRA PACIFIC RESOURCES DEFINED BEN MAS, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1691 / PIMCO FUNDS: GLOBAL INVESTORS SERIES | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1695 / MET INVESTORS SER TR PIMCO TOT RET PORT, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1698 / HEWLETT-PACKARD LIMITED RET BENEFITS PLAN, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1711/PIMCO CANADA CANADIAN CO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1717/CAAT PENSION PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1735/RBC CANADIAN MASTER TRST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1803 / WILLIAM AND FLORA HEWLETT FOUNDATION | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1811 / WILLIAM AND FLORA HEWLETT FOUNDATION | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1823 - BMA PENSION TRUSTEES LTD | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1826/ WASHINGTONMUTUAL, INC. CASHBALANCE PENSION, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1833/NATIONAL RAILROAD RETIREMENT INVESTMENT TRST | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1837/XEROX FINAL SALARY PENSION SCHEME | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1841/AN POST SUPERANNUATION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1843/PPF | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1851A/C PSTICHTING BEDRIJFSTAKPENS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1852JACKSON NATIONAL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1863/CIVIL AVIATION AUTHORITY PENSION SCHEME | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1875 / GARD COMMONCONTRACTUAL FUND-GLOBALBOND FUN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1876 / PIMCO SKANDIA - PIMCOUS TOTAL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| RTRN BND FD, | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1877/SKANDIA GLOBAL FUNDS PLCEMER MKT DEBT FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1881 / HOSPITAL AUTH PROVIDENT FUND SCHEME | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1884PIMCO/FAIRFAXEMPLOYEES | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1894/NESTLE IN THE USA PENSIO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1898 / AGILENT LTD RETIREMENTBENEFITS PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1930 / PIMCO LUXEMBOURG TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1951 ORANGE COUNTY EMPLOYEESRETIREMENT SYSTEM | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P1955 / RCM STRATEGIC GLOBAL GOVERNMENT FUND, INC. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1957 / MIDWEST OPERATING ENGINEERS PENSION TRUST, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1959 / BARLOWORLDCIF TRUSTEE | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1960/PORTMAN BUILDING SOCIETYPENSION AND ASSURANC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1971 / TOTAL RETURN BOND FUND OF TARGET FUNDS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1972/SKYLON GLOBAL HIGH YIELD TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1973 / SKYLON GLOBAL YIELD FUND LTD - SERIES B U, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1975/SKYLON GLOBAL YIELD FUND LTD - SERIES A U, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1976/GANNETT RETIREMENT PLAN MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1989 / SAMARITAN INSURANCE FUNDING LTD 175905 | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1992/HARBOR REAL RETURN INFL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1995/ LUBRIZOL CORPORATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P1996 / IHC HEALTH SERVICES INC. | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2042/IBM PERSONAL PENSION PLA | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2049/ASTRAZENECA PENSIONS TRUSTEE LIMITED | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2059/ILLINOIS TEACHERS' RETIREMENT SYSTEM FIXED, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2062 / CIBA SPECIALTY CHEMICALS UK PENSION SCHEME | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2063 / STICHTING BEDRIJFSTAKPENSIOEFONDS VOOR DE, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2064 / SANLAM UNIVERSAL FNDS PLC-UNIVERSAL BD FND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P2065 / MSDW DEFINED BENEFIT MASTER TRUST | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2070/MANUFACTURERS INVESTMENT REAL RETURN BOND TR | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2071 – WHITEBREAD FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2075 / GREYHOUND LINES, INC – AMALGAMATED | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2076 / THE SALVATION ARMY | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2084 / THE UNILEVER SUPERANNUATION (IRELAND) FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2086 NSK PENSION TRUSTEE LTD | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2090 / FIXED INCOME SHARES (SERIES R) | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2109 / J SAINSBURY COMMON INVESTMENT FUND LIMITED | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2111 / METLIFE SEPARATE ACCOUNT NO 253 | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2112 / AMERICAN CHEMICAL SOCIETY PETROLEUM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2114/MOTION PICTURE INDUSTRY INDIVIDUAL ACCT PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2123/CONNECTICUT GENERAL LIFEINSURANCE COMPANY, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2124–SERCO PENSION AND LIFE ASSURANCE SCHEME | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2136/DS SMITHPACIFIC INVESTMENT MGMT CO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2144/CENTRAL PROVIDENTBOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2145 / LOS ANGELES COUNTY EMPLOYEES RET FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2148/ STATE OFWYOMING – TR | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2154/JH FUNDS II GLOBAL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2157/JH FUNDS II RR | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2162/ PENSION BENEFIT GUARANTY CORPORATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2170/MARYLAND STATE RETIREMENT & PENSION SYSTEM, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2171 MASTER TRUST AGREEMENT B/W PFIZER | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2172/BRUNEI SHELL RETIREMENT | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2173/SHELL BRUNEI PROVIDENT F | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2175/OMANI STAFF PENSION FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2176 / PIMCO ACCIDENT COMPENSATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| CORPORATION, | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2180 THE PUBLIC SCHOOL RETI | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2181 MISSOURI NON-TEACHER SCH | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2192/INOVA HEALTH CARE SERVICES | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2194/HEALTH CARE SECURITY TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2200 TAX-QUALIFIED RETIREMENT PLANS BECHTEL CORP, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2201/CABLE & WIRELESS PENSION FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2204 / PIMCOAMERICAN HEART ASSOCIATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2207/SUN CAPTIAL HYFUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2215/EESTI PANK EXTERNAL ASSET MGMT PROGRAMME | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2219/WESTPAC BANKING CORP | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2225/PRIME SERIES US AGGREGATE BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2232 / THRIFT PLAN FOR EMPLOYEES OF THE MTA ITS, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2235/AFTRA RETIREMENT PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2240 /NATL PROVIDENT FD-F FD OF THE GBL ASSET TST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2248/STICHTING GEMEENSCHAPPELIJK BELAGGINGS | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2248/STICHTING GEMEENSCHAPPELIJK BELEGGINGSFONDS, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2252 - BABCOCK INTERNATIONALGROUP PENSION SCHEME, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2256 VANTAGE TRUST PLUS FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2257/ CUMMINS UKPENSION PLAN TRUSTEELTD AS TRUSTE | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2259/IPAC ASSET MANAGEMENT LI | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2262/IBM SAVINGS PLAN TR | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2263/MINNEAPOLIS EMPLOYEES' RETIREMENT FUND - | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2264/QUEENSLAND INVESTMENT CO. GLOBAL CREDIT #1, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2278 / PIMCO STICHTING LAURUS PENSIOENFONDS | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2286 / COATS NORTH AMERICA PENSION PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2289/ TRUSTEE OF THEBRITANNIA BUILDINGSOCIETY PEN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P2297/METLIFE SEPARATE ACCOUNT NO. 384 | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2306 / MBNA CORPORATION PENSION PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2307/STICHTING PENSIOENFONDS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2311/METLIFE SEPARATEACCOUNT #566 | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2313/SPRINT MASTER TRUST | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2314/PACIFIC INVESTMENT MGMTCO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2318/TTEE OF THE PARLIAMENTARY CONTRIB FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2324 / CLIENT INCOME PARTNERSHIPS | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2330/GAM STAR EUR BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2333 / PIMCO MEADWESTVACO EMERGING MARKETS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,C/O PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2342 /  ROBUSTA GLOBAL CREDIT BOND FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2343/ROBUSTA ASSET MGMT LTD EMERGING-GLOBAL | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2349 - STATE STREET CAYMAN TRUST COMPANY, LTD., | ATTN: LEGAL/COMPLIANCE DEPARTMENT,C/O PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2355/ TRUSTEES OF THEBOMBARDIER TRUST (UK)COMMON, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2355A/C TRUSTEES OF THE BOMBARDIER | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2360/MILLERCOORS LLCMSTR RET TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2364/QUEENSLAND INVESTMENT CORP GLBL CREDIT-SUB, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2367/PRODUCER - WRITERSAMERICAS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2392 / INOVA HEALTH SYSTEM RET INCOME PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2400/THE PAUL HAMLYN FOUNDATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2401 ING PIMCO HIGH YIELD PORTFOLIO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2414 / SUPERANNUATION TRUST OF AUSTRALIA | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2416 / RUSSELL MULTI-MANAGERUNIT TRUST RUSSELL, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2417 / CEA PIMCO DT FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2421 / GARTMORE TRUST COMPANY-THE ACTIVELY | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2423 / DRESDNER RCM FIXED INCOME FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2427 / CS BOND STRATEGY LTD. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| P2427 / CS BOND STRATEGY LTD. | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2436 / STATE SUPER FINANCIAL SERVICES LTD. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2446 / TUCSON SUPPLEMENTAL RETIREMENT SYSTEM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2451 / STICHTING BLUE SKY ACTIVE FIXED | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2459/ILLINOIS TEACHERS RETIREMENT SYSTEM STOCKSPL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2462/TELSTRA SUPERANNUATION SCHME | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2463/ PIMCOJPMC 401(K) REAL RETURN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2464/STICHTING PENSIOEN FONDSENCI | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2465 THE UNIVERSITY OF TEXASINVESTMENT MGMT COMP, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2466/BROMSGROVE HOLDINGS LTD | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2479/SAMUEL ROBERTS NOBLE FOU | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2480 IBM INDEX GUARENTEED SEPARATE ACCOUNT 1. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2483/ENLIGHTENMENT PARTNERS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2484/LONGUE VUE PARTNERS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2491/PF PIMCO INFLATION MANAGED FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2492/PIMCO CORPORATE OPPORTUNITY FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2493/PIMCO HIGH INCOME FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2495/ABU DHABI INVESTMENT AUTHORITY | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2496/PIMCO FLOATING RATE INCOME FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2497 / FLOATING RATE STRATEGYFUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2498/INCOME OPPORTUNITYFUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2603 RED RIVER HYPI, L.P. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2616 DORIS DUKE CHARITABLE FOUDATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2617 CAPITAL GUIDANCE (FUND)LTD. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2619 - STICHTING PENSIOENFONDS APOTHEKERS | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2626 / DORIS DUKE CHARITABLEFOUNDATION | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2633 / MEADWESTVACO CORPORATION R | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P2642/IBM PERSONAL PENSION PLAN TRUST | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2645 / CORNELL UNIVERSITY | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2647 / EWING MARION KAUFFMAN FOUNDATION | ATTN:LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2660/JC BAMFORD LIFEPLAN | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2665/STICHTING PENSIOENFONDS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2679/ STICHTINGBEDRIJFSTAKPENSIOENFONDSVOOR DE ME | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2680 / PIMCO VARIABLE INSURANCE TRUST GLOBAL BOND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2685/MERCER GLOBAL INVESTMENTS EUROPE LTD: MGI GL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2686A/C MGI EURO BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2687A/C MGI UK BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2690 / PIMCO FUNDS: GLOB INVSER PLC EMERGING MKT, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2692/OPEC FUND FORINTERNATIONAL DEVELOPMENT | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2693/LOYALIS SCHADE N.V. ANDLOYALIS LEVEN N.V., | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2695/MET INVESTORS SERIES TRUST PIMCO INFLATION, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2725 / CAYMAN US BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2727 / PIMCO CAYMAN LONG DURATION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2730 / PIMCO CAYMAN GLOBAL EX-JAPAN BOND FUND | WINCHESTER GLOBAL TRUST COMPANY LIMITED, TRUSTEE,ATTN: WILLIAM MAYCOCK, |
| P2730 / PIMCO CAYMAN GLOBAL EX-JAPAN BOND FUND | ATTN: SENIOR LEGAL OFFICER, INTERNATIONAL;,WITH COPY TO SCOTT L. RONEY, SENIOR VICE PRESIDENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2732/PIMCO CAYMAN GLOBAL EX-JAPAN (YEN-HEDGED), | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2733/PIMCO CAYMAN GLOBAL AGGREGATE BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2734/PIMCO BERMUDA TRUST PIMCO EURO TOTAL RET FND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2736 WINCHESTER GLBL TRST COMPANY LTD AS TRUST, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2737 / PIMCO EMERGING MARKETSBOND FUND MASTER | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2739 PIMCO BERMUDA LIBOR PLUSMASTER FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2741 / BERMUDA US LOW DURATION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2742 / BERMUDA FOREIGN LOW DURATION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P2750 / PIMCO CAYMAN JAPAN COREPLUS FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2751/PIMCO CAYMAN JAPAN LOW DURATION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2755/PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BD FD | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2759 PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN (YEN, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2760/PIMCO CAYMAN AUSTRALIAN MULTI SECTOR FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2763/WINCHESTER GLOBAL TRUSTCO LTD AS TTEE ON | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2764 WINCHESTER GBL TR COMP LTD AS TRUSTEE ON BEH | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2767 PIMCO CAYMAN US TOTAL RETURN FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2768/PIMCO CAYMAN GLOBALMULTIPLE REAL RETURN | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2776/ RUSSELLLONG DURATION FIXEDINCOME FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2781 WINCHESTER GLOBAL TRUSTCOMPANY LTD AS TRUST, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2782 WINCHESTER GBL TR COMP LTD AS TRUSTEE ON BEH | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2783 WINCHESTER GBL TR COMP LTD AS TRUSTEE ON TRU | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2790/WINCHESTER GLOBAL TRUSTCOMPANY LIMITED | ATTN:LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2791/WINCHESTER GLOBAL TRUSTCO. | ATTN:LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2795/BERMUDA JGB FLOATER U.S. ALPHA FUND | ATTN:LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2796/PIMCO BERMUDA JGB FLOATER FOREIGN ALPHA | ATTN:LEGAL/COMPLIANCE DPT, PIMCO, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2798/WINCHESTER GBL TST CO LTD TTEE PIMCO CAYMAN, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2805 - EQUITY TRUSTEES LIMITED | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2809/WHEELS COMON INVESTMENT FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2812 / PACIFIC HIGH GRADE | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2818 / PIMCO CAYMAN GLOBAL AGGREGATE | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2821 / PIMCO CORPORATE INCOME FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2832 - AMERICAN BAR ASSOCIATION / STATE STREET, | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2842 IBM GLOBAL STRATEGY FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2848 WYOMING STATETREASURER | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, 840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2850/BROWN UNIVERSITY | ATTN: LEGAL/COMPLIANCE DEPARTMENT, PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| P2850/BROWN UNIVERSITY | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2855 LELAND STANFORD JUNIOR UNIVERSITY | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2858 LELAND STANFORD JR UNIV-CHARITABLE TR PROG., | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2879/PIMCO EUROPE LTDA/CBOARD OF TRUSTS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2880 / GREAT EASTERN LIFE ASSURANCE COMPANY LIMIT | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2881/GREAT EASTERN LIFE ASSURANCE COMPANY LIMITED | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2889/CIVIL AVIATION AUTHORITY OF SINGAPORE | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2909/ J SAINSBURYPENSION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2923/ALLIANZ AUSTRALIA INSURON BEHALF OF ACTIVE P | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2924/ALLIANZ AUSTRALIA LTD. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2926/JOHN HANCOCK RR | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2930/EMPLOYEE RETIREMENT INCOME TRUST OF | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2931 / MATTEL INC MASTER TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2940/NESTLE USA, INC. MASTERRETIREMENT TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2944/DUPONT CAPITAL MANAGEMENT CORP GEM TRUST | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2945/STICHTING PENSIOENFONDSSTORK | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2946-STICHTING PENSIOENFONDSSTORK | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P2958/ THE TRUSTEE OFTHE VIRIDIAN GROUPPENSIONS SC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2977/ALLIANZ LIFE INSURANCECOMP OF NA CUSTOM CHOI | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P2991/JOHN'S HOPKINS (ENDOWMENT) | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3012/COMMONWEALTH BK OFFICERSSUPERANNUATION CORP, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3025/RAILWAYS PENS TTEE CO LT | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3040/VERIZON VEBA | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3070/STICHTING SPOORWEGPENSIOENFONDS | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3071/STICHTING PENSIOENFONDSOPENBAAR VERVOER | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3194/PENSION RESERVES INVESTMENT TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3199 / ABSOLUTE RETURNSTRATEGY IV MASTER FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P3201/PIMCO PENSIONPLUS FUND LLC | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3299/STICHTING PENSIOENFONDSHOOGOVENS | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3430/FAIRFAX COUNTY UNIFORMED RETIREMENT SYSTEM, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3603/IDEX PIMCO REAL RETURNS TIPS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3620 / CARPENTER'S RETIREMENT TRUST OF WESTERN, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3647/BONY PIMCO JAPAN LOW DRURATION ALPHA FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3680 -PACIFIC INV MGMT CO LLCA/C PIMCO EURO STOCK | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3681GIS UK COREPLUS FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3682/PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3683/GLOBAL INVESTMENT GRADE CREDIT FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3684/GLOBAL INVESTORS SERIES GLOBAL BOND EX-US FD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3689/GLOBAL INVESTORS SER PLC UK STERLING INFL LF | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3693 / GIS GLOBAL REAL RETURN FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3706 PIMCO BERMUDA LIBOR PLUSMASTER FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3713/PIMCO EMERGING BOND INCOME FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3716/BERMUDA U.S. HIGH YIELD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3722/WINCHESTER GLOBAL TRUSTCO. LTD | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3726 / PIMCO BERMUDA DIVERSIFIED INCOME FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3727/BROWN BROTHERS HARRIMANBERMUDA TRUST IV DEV, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3728/PIMCO CAYMAN COMMODITY FUND I, LTD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3738/PIMCO BERMUDA TRUST IV-PIMCO BERMUDA GLOBAL, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3749PIMCO BERMUDA JAPANCOREPLUS FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3751/PIMCO BERMUDA TR IV-PIMCO GBL BND STRAT FND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3752/BROWN BROTHERS HARRIMAN TST CO (CAYMAN) LTD, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3757 BERMUDA EMBF II | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3759/BROWN BROTHERS BERMUDATRUST IV - EM CUR HI F | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3762/GLOBAL SHORT-TERM PORTFOLIO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| P3762/GLOBAL SHORT-TERM PORTFOLIO | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3771/BBH TRUST CAYMAN LTD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3801-WINCHESTER GLOBAL TRUSTCO LTD | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P3808/WILLIAM AND FLORAHEWLETT FOUNDATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3815/BROTHERS HARRIMAN TR CAYEMERGING LOCAL BOND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3833/SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOC, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3880 / FUNDO DE PENSOES | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3920/PIMCO LUX. GLOBAL STOCKSPLUS TR FUNDS IN EUR | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3923PIMCO LUXEMBOURG GLOBAL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3924 -PACIFIC INV MGMT CO LLCA/C PIMCO LUXE EURO, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P3962/STICHTING PENSIOENFONDSABP INDEX LINKED BDS, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P4194/PENSION RESRVSINVST MGMT BOARD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4465/THE UNIVERSITY OF TEXASINVESTMENT MGMT | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P4470/THE UNIVERSITY OF TEXASINVESTMENT MGMT CO, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4495 / THE UNIVERSITY OF TEXAS INVESTMENT MGMT, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P4600 PIMCO LUXEMBOURG TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4632/GLOBAL INVESTORS SERIESPLC EURO CORP BOND FU | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4661/PIMCO GIS UK LOW | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4662/PIMCO GIS  COMMPLUS ST F | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4666/PIMCO GBL INVEST SER PLC  EURO ULTRA LONG DU | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4667/PIMCO GBL INVEST SER PLCUK STERLING ULTRA LO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4670/DISTRESSED MORTG FUND LP | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4683 / UK STERLING LONG AVERAGE DURATION FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P4686/GLOBAL HIGH YIELD BOND F | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4689/GLOBAL INVSRS SERI PLC DIVERSIFIED INC FUND, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P4690/GIS UK STERLING INVESTMGRADE CREDIT FND ACC, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P4692/ GIS UKCORPORATE BOND FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| P4693/GIS EUR LONGAVERAGE DURATION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4694/GLOBAL INVESTOR SERIESPLC, EURO REAL RETURN, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4716/FUND ADVANT TAXEFFICIENT STRAT FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4802 / PARS II MASTER FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P4803 / PIMCO ABSOLUTE RETURNSTRATEGY III | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P4806/PIMCO GLOBAL CREDIT OPP | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4807/PIMCO GLOBAL CREDIT OPP | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4808 / PIMCO GLOBAL CREDIT OP | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4809 / PIMCO GLOBAL CREDIT OP | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4811/PIMCO LARGE CAP STOCKSPLUS TOTAL RETURN FND, | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P4812/PIMCO MARKET STOCKSPLUSTOTAL RETURN FUND | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P4815/AZL PIMCO FUNDINDEX PLUS TOTAL RET FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4817/ PARS ASPIRE FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4825/ PIMCO ABSOLUTERETURN STRATEGY V MASTERFUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4864/PIMCO COMBINED ALPHASTRATEGIES EM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4865/PIMCO COMBINED ALPHASTRATEGIES | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4866/PIMCO COMBINED ALPHASTRATEGIES MASTER FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4867/PIMCO COMBINED ALPHASTRATEGIES MASTER FUND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4868/PIMCO COMBINED ALPHA STRATEGIES | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4880 / ALEPPA FUNDING II LLC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4899/ PIMCO ABSOLUTE RETURNSTRATEGY IV EFUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4902/PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNI | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4915/AZL TARGETPLUSBALANCED FUNDDIVERSIFIED INCOM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4917/ AZL TARGETPLUSGROWTH FUND-DIVERSIFIED INCO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4919/ AZL TARGETPLUSMODERATE FUND-DIVERSIFIED IN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P4942/ WALKERS FD SEVIABS RTET STRA V ALPH FD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6004/PACIFIC INVESTMENTA/C PILKINGTON | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| BROS SUPERA | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6007/ THE ATLASCOPCO PENSION SCHEME | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6008A/C BARCLAYS BK UK RET FD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6009 /KINGFISHER PENSIONA/C KINGFISHER PENSION SC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6010/POOL REINSURANCE CO LTD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,C/O PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6011/ DRESDNER BANKAG (LONDON BRANCH) | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6031/ PIMCOREAL RETURNTRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6034/ ASTCOLLECTIVE INVESTMENTTRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6036/AST COLL INVT TRUSTPIMCO COMM PLUS TRUST II, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6040/ VERIZONGLOBAL | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6042/IBM PERSONALPENSION PLAN TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6051/ ORANG COUNTY EMPLOYEESRETIREMENT SYSTEM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6080/NEW IRELAND ASSURANCECOMPANY PLC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6114/ARIEL REINSURANCECOMPANY LTD | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6145/ PIMCOL.A. COUNTY RETIREASSOCIATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6146/ PIMCO MISS.LAGERS GLOBAL R. R. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6147/ MISSOURI LOCAL GOVPLEDGE ACCOUNT FOR LBSF, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6152 / ASHLAND OIL, INC. MASTER PENSION TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6160/GA FUND L SICAV | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6169/THE TRUSTEES OF THE EIRCOM SUPERANNUATION FU | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6170A/C EMI GROUP PENSION FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6180/ THE PUBLIC SCHOOLRETIREMENT SYSTEMOF MISSOU | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6181PUBLIC EDUCATIONEMPLOYEE RETIREMENTSYSTEM OF, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6213/ EMBARQMASTER TRUSTENHANCED INDEXATION | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6230A/C POLESTAR PENSION SCH | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6234/ARTSFARE 2006TRUST #1 | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6240A / GM INTERNATIONALFIXED INTEREST BONDS PFPV | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
| --- | --- |
| P6246/KNIGHT-RIDDER INC MSTRRETIREMENT TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6309/FONDS VOOR GEMENE REKEN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6310/FONDSVOORREKBEROEPSVERV | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6340/UNIV OF OKLAHOMAFOUNDATION, INC. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6342/ IBM TAX DEFERREDSAVINGS PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6400/ STICHTING PENSIOENFONDSMEDEWERKERS APOTHEKE | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6407/ THE MCGRAW HILLCOMPANIES, INC. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6436/STATE SUPER FINANCIALSERVICES AUSTRALIA LIMI | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6480/MASS MUTUAL LIFE INSURANCE CO. FPD ALPHA BAC | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6559/TEACHERS' RETIREMENTSYSTEM OF ILLINOIS | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6560/ PIMCO 6560 | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6613 / EMBARQ INTEREST INCOMEFUNDCUST. INT. ACCT, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6670/ PIMCOUNIVERSITY OF MISSOURIRETIREMENT  PLAN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6671/UNIV MISSOURI ENDOW FUND | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6679/ OPPENHEIMERCAPITAL SIT TOTALRETURN TRUST, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6689/TVA RUSSELL 2000 STOCKSPLUS TOTAL RETURN FUN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6770/KANSAS CITYEMPLOYEE RET SYSTEM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6825/PENSION FUND OF CHRISTIAN CHURCH | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6828/ MTR CORPORATIONLIMITED | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6881/PIMCO VARIABLE INSURANCE TRUST COMMODITY | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6885/PIMCO VAR INS TR REALESTATE REAL RTN STRAT P | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6888/BUREAU OF LABORINSURANCE | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6889/ HANG SENGBANK LIMITEDDEFINED | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6890/ GREAT EASTERNLIFE ASSURANCE COMP LTD -LION, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6891/GREAT EASTERNLIFE ASC CO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6975/AST HIGH YIELD PORTFOLIO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6976/ AMERICAN SKANDIATRST- ADVANCED | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY |

| Claim Name | Address Information |
|---|---|
| STRAT.PORTFO | LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6977/ AST ADVANCEDSTRATEGIES PORTFOLIO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P6978/AST ABSOLUTE RTRN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P7880/TRUSTEES OF MTR CORPLTD PROVIDENT FUND SCHEM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P7884 STELLAR PERFORMER GLOBALSERIES | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P7887 LIANHE INVESTMENTS PTE LTD. | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P8882 / HONG KONG POLYTECHNIC UNIVERSITY | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P9710 / TARGET PORTFOLIO TRUST - INTL BOND PORTFOL | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P9880/ PIMCO LANDTRANSPORT AUTHORITYOF SINGAPORE, | ATTN:LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| P9885 BANK OF CHINA OF THE PEOPLES REPUBLIC | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| P9890/ CITY UNIVERSITYOF HONG KONG | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10, | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS, B.W.I. |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10, | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,  UNITED KINGDOM |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11, | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS, B.W.I. |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11, | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,  UNITED KINGDOM |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 12, | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS, B.W.I. |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 12, | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,  UNITED KINGDOM |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15, | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS, B.W.I. |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15, | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,  UNITED KINGDOM |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17, | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS, B.W.I. |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17, | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,  UNITED KINGDOM |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18, | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS, B.W.I. |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18, | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,  UNITED KINGDOM |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19, | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS, B.W.I. |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19, | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,   UNITED KINGDOM |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, B.W.I. |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,   UNITED KINGDOM |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, B.W.I. |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,   UNITED KINGDOM |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, B.W.I. |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,   UNITED KINGDOM |
| PACIFIC INTL FINANCE 22 | ATTN: THE DIRECTORS,PACIFIC INTERNATIONAL FINANCE LIMITED,C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED,STRATHVALE HOUSE, P.O. BOX 1109,NORTH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS, B.W.I. |
| PACIFIC INTL FINANCE 22 | HACKWOOD SECRETARIES LIMITED, PROCESS AGENT,ONE SILK STREET,REFERENCE:043570, LONDON EC2Y 8HQ,   UNITED KINGDOM |
| PACIFIC INVESTMENT MGMT CO A/C P2769/ WALKER | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PACIFIC INVESTMENT MGMT COA/C P2634 SISTERS OF MER | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PACIFIC INVESTMENT MGMT COA/C P4639/GLOB INVEST EM | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PACIFIC INVESTMENT MGMT COP9890-CITY UNIVERSITY OF | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PACIFIC INVESTMENT MGMT COREF 2673 | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PACIFIC LIFE & ANNUITY COMPANY | ATTN:ELAINE M. HAVENS,PACIFIC LIFE & ANNUITY COMPANY,700 NEWPORT CENTER DRIVE, NEWPORT BEACH, CA 92660 |
| PACIFIC LIFE INSURANCE COMPANY | 700 NEWPORT CENTER DR., NEWPORT BEACH, CA 92660 |
| PACIFIC LIFE INSURANCE COMPANY | ATTN: MS. KATHLEEN SIMMONS,PACIFIC MUTUAL LIFE INSURANCE COMPANY,700 NEWPORT CENTER DRIVE, NEWPORT BEACH, CA 92660 |
| PACIFIC LIFE INSURANCE COMPANY | PACIFIC MUTUAL LIFE INSURANCE COMPANY,700 NEWPORT CENTER DRIVE,MR. MARK HOLMLUND, NEWPORT BEACH, CA 92660 |
| PACIFIC LIFECORP | ATTN:TOD M. NASSER,PACIFIC LIFECORP,700 NEWPORT CENTER DRIVE, NEWPORT BEACH, CA 92660 |
| PACIFICORP | 825 NE MULTNOMAH,SUITE 2000, PORTLAND, OR 97232 |
| PALMETTO HEALTH ALLIANCE | ATTN: EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL,OFFICER,1301 TAYLOR STREET,SUITE 9A, COLUMBIA, SC 29201 |
| PALMETTO HEALTH ALLIANCE | C/O MCNAIR LAW FIRM, P.A.,ELIZABETH (LISA) J. PHILP,100 CALHOUN STREET, SUITE 400, CHARLESTON, SC 29401 |
| PALMYRA CAPITAL ADVISORS | A/C PALMYRA CAPITAL FUND LP,1111 SANTA MONICA BLVD, LOS ANGELES, CA 90025 |
| PANTON MASTER FUND LP | 40 EAST 52ND STREET, NEW YORK, NY 10022 |
| PAR INVESTMENT PARTNERS, L.P. | ATTN:SUZANNE MATULIS,PAR INVESTMENT PARTNERS, L.P.,C/O PAR CAPITAL MANAGEMENT,ONE INTERNATIONAL PLACE, SUITE 2401, BOSTON, MA 02110 |
| PAR IV MASTER FUND LTD | 50 TICE BLVD, WOODCLIFF LAKE, NJ 07677 |
| PARAMOUNT GLOBAL LIMITED | ATTN:MR. S.M. HEDGE, CFO,C/O VIDEOCON INDUSTRIES LTD.,FORT HOUSE, 2ND FLOOR,221 D.N. ROAD, FORT, MUMBAI,   400 001 INDIA |

| Claim Name | Address Information |
|---|---|
| PARKER DRILLING COMPANY | N/A, N/A, NY 11111 |
| PARMENIDES MASTER FUND, L.P. | ATTN:CHRISTOPHER RUSSELL,PARMENIDES MASTER FUND, L.P.,C/O STRUCTURED SERVICEING TRANSACTIONS GROUP,CLEARWATER HOUSE, 2187 ATLANTIC AVE, STAMFORD, CT 06902 |
| PARTNER FUND  A/C LMA SPCFOR AND OBO MAP 2 SEG POR | ATTN:ROBERT SWAN,LMA SPC,C/O LIGHTHOUSE INVESTMENT PARTNERS, LLC (THE IM),3801 PGA BLVD., STE 500, PALM BEACH GARDENS, FL 33410 |
| PARTNER FUND MANAGEMENT LPA/C PARTNER HEALTHCARE F | ATTN:ERIC MOORE,PARTNER HEALTHCARE FUND, LP,C/O PARTNER FUND MANAGEMENT, LP,1 MARKET PLAZA, STEUART TOWER, 22ND FL, SAN FRANCISCO, CA 94105 |
| PARTNER FUND MANAGEMENT LPA/C PARTNER HEALTHCARE O | ATTN:ERIC MOORE,PARTNER HEALTHCARE OFFSHORE FUND, LTD.,C/O PARTNER FUND MANAGEMENT, LP,1 MARKET PLAZA, STEUART TOWER, 22ND FL, SAN FRANCISCO, CA 94105 |
| PARTNER FUND MANAGEMENT LPA/C PFM DIVERSIFIED OFFS | ATTN:ERIC MOORE,PFM DIVERSIFIED OFFSHORE FUND, LTD.,C/O PARTNER FUND MANAGEMENT, LP,1 MARKET PLAZA, STEUART TOWER, 22ND FL, SAN FRANCISCO, CA 94105 |
| PARTNER FUND MANAGEMENT LPA/C PFM DIVERSIFIED PRIN | ATTN:ERIC MOORE,PFM DIVERSIFIED PRINCIPALS FUND, LP,C/O PARTNER FUND MANAGEMENT, LP,1 MARKET PLAZA, STEUART TOWER, 22ND FL, SAN FRANCISCO, CA 94105 |
| PARTNER FUND MANAGEMENT LPA/C PFM MERITAGE FUND LP | ATTN:ERIC MOORE,PFM MERITAGE FUND, LP,C/O PARTNER FUND MANAGEMENT, LP,1 MARKET PLAZA, STEUART TOWER, 22ND FL, SAN FRANCISCO, CA 94105 |
| PARTNER FUND MANAGEMENT LPA/C PFM MERITAGE OFFSHOR | ATTN:ERIC MOORE,PFM MERITAGE OFFSHORE FUND, LTD.,C/O PARTNER FUND MANAGEMENT, LP,1 MARKET PLAZA, STEUART TOWER, 22ND FL, SAN FRANCISCO, CA 94105 |
| PARTNER FUND MANAGEMENT LPA/C PFM MERITAGE PRINCIP | ATTN:ERIC MOORE,PFM MERITAGE PRINCIPALS FUND, LP,C/O PARTNER FUND MANAGEMENT, LP,1 MARKET PLAZA, STEUART TOWER, 22ND FL, SAN FRANCISCO, CA 94105 |
| PARTNER HEALTHCARE PRINCIPALSFUND, LP | ATTN:ERIC MOORE,PARTNER HEALTHCARE PRINCIPALS FUND, LP,C/O PARTNER FUND MANAGEMENT, LP,1 MARKET PLAZA, STEUART TOWER, 22ND FL, SAN FRANCISCO, CA 94105 |
| PARTNERS IN PROPHET, LTD. | ATTN:ROBERT EPSTEIN,PARTNERS IN PROPHET, LTD.,5000 PLAZA ON THE LAKE, SUITE 180, AUSTIN, TX 78746 |
| PASEO COLORADO HOLDINGS LLC | 399 PARK AVE, NEW YORK, NY 10022 |
| PATIENT WOLF TRADING LLC A/C TLP TRADING LLC | 2245 EAST DEERPATH ROAD, LAKE FOREST, IL 60045 |
| PATRICK J. COLLINS | ATTN:MR. STEPHEN G MACKENZIE,103 CHICHESTER ROAD, NEW CANAAN, CT 06840 |
| PAULSON & CO INC A/C PAULSON CRED OPP II | 1251 AVENUE OF AMERICAS,50 TH FLOOR, NEW YORK, NY 10020 |
| PAULSON & CO INCA/C PAULSON ADVANTAGE PLUS LP | ATTN:LEGAL DEPARTMENT,PAULSON & CO. INC.,590 MADISON AVENUE, 29TH FLOOR, NEW YORK, NY 10022 |
| PAULSON & CO INCA/C PAULSON ADVANTAGE PLUS LTD | ATTN:LEGAL DEPARTMENT,PAULSON & CO. INC.,590 MADISON AVENUE, 29TH FLOOR, NEW YORK, NY 10022 |
| PAYPAL INC FOREIGN EXCHANGE DEPT | 2211 NORTH FIRST ST., SAN JOSE, CA 95131 |
| PB FINANCIAL SERVICES, INC | ATTN:CT CORPORATION,1209 ORANGE STREET, WILMINGTON, DE 10292 |
| PEABODY ENERGY CORPORATION | TREASURY DEPARTMENT,PEABODY ENERGY CORPORATION,701 MARKET STREET, ST. LOUIS, MO 63101 |
| PEACE MARK (HOLDINGS) LTD. | ATTN:EDDY CHANG, GROUP FINANCIAL CONTROLLER,UNIT 3, 12/F,CHEUNG FUNG INDUSTRIAL BLDG,23 - 29 PAK TIN PAR ST, TSUEN WAN,   HONG KONG |
| PEARL FINANCE 2003-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-4 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  DUBLIN 2 IRELAND |
| PEARL FINANCE 2003-5 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  DUBLIN 3 IRELAND |
| PEARL FINANCE 2003-6 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  DUBLIN 4 IRELAND |
| PEARL FINANCE 2003-8 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  DUBLIN 5 IRELAND |
| PEARL FINANCE 2003-9 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN,  DUBLIN 6 IRELAND |
| PEARL FINANCE PLC SERIES 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE PLC SERIES 2005-1 | FINANCE SERVICES CENTRE, DUBLIN,  DUBLIN 7 IRELAND |
| PEBBLE CREEK 2007-3, LIMITED | ATTN: THE DIRECTORS,PEBBLE CREEK LCDO 2007-3, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN, CAYMAN ISLANDS, B.W.I |
| PEBBLE CREEK 2007-3, LIMITED | MAPLES AND CALDER,P.O. BOX 309 GT,UGLAND HOUSE, SOUTH CHURCH STREET,ATTN: DALE CROWLEY, GRAND CAYMAN,  CAYMAN ISLANDS, B.W.I. |
| PEBBLE CREEK 2007-3, LIMITED | U.S. BANK TRUST NATIONAL ASSOCIATION, PROCESS,AGENT,100 WALL STREET, SUITE 1600,ATTN: PEBBLE CREEK LCDO 2007-3, LTD., NEW YORK, NY 10005 |
| PENN VIRGINIA CORPORATION | THREE RADNOR CORPORATE CENTER,#300, RADNOR, PA 19087 |
| PENSIONSKASSE CPV/CAP COOP PERSONAL., BASEL | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PENSIONSKASSE CPV/CAP COOP PERSONAL., BASEL | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PENSIONSKASSE CPV/CAP COOP PERSONAL., BASEL | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PEOPLE'S BANK | ATTN:GENERAL COUNSEL,PEOPLE'S BANK,BRIDGEPORT CENTER,850 MAIN STREET, BRIDGEPORT, CT 06604 |
| PEOPLES BENEFIT LIFE INSURANCECOMPANY | C/O AEGON INVESTMENT MANAGEMENT,400 WEST MARKET STREET,10TH FLOOR, LOUISVILLE, KY 40202 |
| PEOPLES BENEFIT LIFE INSURANCECOMPANY | C/O AEGON INVESTMENT MANAGEMENT,ATTN: LAURA PAINE,400 WEST MARKET STREET, LOUISVILLE, KY 40202 |
| PEOPLES BENEFIT LIFE INSURANCECOMPANY | C/O AEGON INVESTMENT MANAGEMENT,ATTN: GENERAL COUNSEL,4333 EDGEWOOD ROAD NE, CEDAR RAPIDS, IA 52499 |
| PEPCO ENERGY SERVIC ES INC | 1300 NORTH 17TH STREET,SUITE 1600, ARLINGTON, VA 22209 |
| PEPSICO, INC. | ATTN:PEPSICO,700 ANDERSON HILL ROAD, PURCHASE, NY 10577 |
| PEQUOT CAP MGMT INC A/C PEQUOT | COSMOS MASTER FUND LTD,1 MARKET PLAZA,STEUART TOWER,23RD FLOOR, SAN FRANCISCO, CA 94105 |
| PEQUOT CAP MGMT INCA/C CASAM PEQUOT CORE GLB FD, | COLLATERAL NOTICES:, |
| PEQUOT/PREMIUM SERIES PCC LTD CELL 34 | ATTN:PAUL BANNIER,PREMIUM SERIES PCC LTD,P.O. BOX 474,HELVETIA COURT,S ESPLANADE, ST. PETER PORT, GUERNSEY, CHANNEL ISLANDS,  GY1 6AZ UNITED KINGDOM |
| PFIZER INC. | 235 E 42ND ST, NEW YORK, NY 010017-570 |
| PFM DIVERSIFIED FUND LP | ATTN:ERIC MOORE,PARTNER MANAGEMENT, L.P.,1 MARKET PLAZA, STEUART TOWER, 22ND FL, SAN FRANCISCO, CA 94105 |
| PG&E - CORE GAS PR OCUREMENT FUNCTION | 245 MARKET STREET,RM. 1311A, SAN FRANCISCO, CA 94105 |
| PGA HOLDINGS, INC | ATTN:MARK NEAL,PGA HOLDINGS, INC.,C/O PRESS, GANEY ASSOCIATES, INC.,404 COLUMBIA PLACE, SOUTH BEND, IN 46601 |
| PGI / BT INSTITUTIONAL GLOBALAGGREGATE BOND FUND, | ATT: DERIVATIVES COUNSEL,PRINCIPAL GLOBAL INVESTORS, LLC,711 HIGH STREET, DES MOINES, IA 50392-0301 |
| PGI / PRINCIPAL BOND & MORTGAGE SEPARATE ACCOUNT, | ATTN:INVESTMENT ACCOUNTING-DERIVATIVES SETTLEMENT,PRINCIPAL GLOBAL INVESTORS, LLC,711 HIGH ST, DES MOINES, IA 50392-096 |
| PGI / PRINCIPAL FINANCIAL SERVICES, INC | ATTN:INVESTMENT ACCOUNTING-DERIVATIVES SETTLEMENT,PRINCIPAL GLOBAL INVESTORS, LLC,711 HIGH ST, DES MOINES, IA 50392-096 |
| PGI-BOEING COMPANY EMPLOYEE RETIREMENT | PLANS MASTER TRUST RE,PRINCIPAL GLOBAL INVESTORS,1 RAFFLES QUAY,#19-04,NORTH TOWER, SINGAPORE,  SINGAPORE |
| PGI/PRINCIPAL HIGH QUALITY INTERMED TERM BD SEP AC | ATTN:INVESTMENT ACCOUNTING-DERIVATIVES SETTLEMENT,PRINCIPAL GLOBAL INVESTORS, LLC,711 HIGH ST, DES MOINES, IA 50392-096 |
| PHARO MANAGEMENT LLC A/C PHARO MACRO FUND LTD | 1370 AVE OF AMERICAS, NY, NY 10019 |
| PHH MORTGAGE CORPORATION | ATTN: MS. ELAINE MONAGHAN,PHH MORTGAGE SERVICES CORPORATION,6000 ATRIUM WAY, MOUNT LAURAL, NJ 08054 |
| PHILADELPHIA MUSEUM OF ART | ATTN: ROBERT T. RAMBO, CHIEF FINANCIAL OFFICER,BENJAMIN FRANKLIN PARKWAY AND 26TH STREET, PHILADELPHIA, PA 19130 |

| Claim Name | Address Information |
|---|---|
| PHILIPPINES AIRLINES INC | 5F PNB FINANCIAL CENTER,PRES DIOSDADO MACAPAGAL A,CPP COMPLEX,PASAY CITY, |
| PHOEBE PUTNEY HEALTH SYSTEM, INC. | ATTN: C. RICHARD BAYMAN, SENIOR VICE PRESIDENT,C/O SHATTUCK HAMMOND PARTNERS,3290 NORTHSIDE PARKWAY, SUITE 925, ATLANTA, GA 30327 |
| PHOEBE PUTNEY HEALTH SYSTEM, INC. | ATTN: KERRY LOUDERMILK, CFO,P.O. BOX 1828, ALBANY, GA 31702 |
| PHOENIX SERIES 2002-1 | ATTN: DIRECTOR,PHOENIX 2002-1 LIMITED,P.O. BOX 1093, BOUNDARY HALL,CRICKET SQUARE, GRAND CAYMAN KY1-1102,   CAYMAN ISLANDS |
| PHOENIX SERIES 2002-1 | PHOENIX 2002-1 LIMITED C/O QSVP LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE; ATTN: DIRECTORS,113 SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| PHOENIX SERIES 2002-1 | PHOENIX 2002-2 LIMITED C/O QSVP LIMITED,C/O MAPLES AND CALDER,P.O. BOX 309 GT, UGLAND HOUSE,SOUTH CHURCH STREET; ATTN: TAHIR JAWED, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| PHOENIX SERIES 2002-1 | THE BANK OF NEW YORK MELLON, TRUSTEE,ONE CANADA SQUARE,ATTN: SANJAY JOBANPUTRA, LONDON E14 5AL,   UNITED KINGDOM |
| PHOENIX SERIES 2002-2 | ATTN: DIRECTOR,PHOENIX 2002-2 LIMITED,P.O. BOX 1093, BOUNDARY HALL,CRICKET SQUARE, GRAND CAYMAN KY1-1102,   CAYMAN ISLANDS |
| PHOENIX SERIES 2002-2 | PHOENIX 2002-2 LIMITED C/O QSVP LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE; ATTN: DIRECTORS,113 SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| PHOENIX SERIES 2002-2 | PHOENIX 2002-2 LIMITED C/O QSVP LIMITED,C/O MAPLES AND CALDER,P.O. BOX 309 GT, UGLAND HOUSE,SOUTH CHURCH STREET; ATTN: TAHIR JAWED, GEORGE TOWN, GRAND CAYMAN,   CAYMAN ISLANDS |
| PHOENIX SERIES 2002-2 | THE BANK OF NEW YORK MELLON, TRUSTEE,ONE CANADA SQUARE,ATTN: SANJAY JOBANPUTRA, LONDON E14 5AL,   UNITED KINGDOM |
| PICKERSGILL, INC. | ATTN: CHIEF FINANCIAL OFFICER,615 CHESTNUT AVENUE, TOWSON, MD 21204 |
| PICTET & CIE., BANQUIERS | 1 BOULEVARD ROYAL, LUXEMBOURG,   L-2017 LUXEMBOURG |
| PICTET & CIE., BANQUIERS | ATTN: RICHARD JOLLER,PICTET & CIE,CORRESPONDENT BANKING DEPARTMENT, 29, BOULEVARD,GEORGES-FAVON,1204 GENEVA, ,   SWITZERLAND |
| PICTET & CIE., BANQUIERS | PICTET ASSET MANAGEMENT UK LIMITED,ATTN: MR. PAUL MARTIN, COMPLIANCE OFFICER,TOWER 42 LEVEL 37,25 OLD BROAD STREET, LONDON EC2N 1HQ,   UNITED KINGDOM |
| PIMCO 1312 | ATTN:LEGAL/COMPLIANCE DPT,PIMCO,840 NEWPORT CENTER DRIVE,SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 1422TOWER TRUST AS TRUSTEE FOR TAMINTL TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 1712PIMCO CANADA CANADIAN COREPLUSLONG BOND, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 2070JOHN HANCOCK TRUST INVESTMENTREAL RETURN | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 2978/A/C ALLIANZ LIFE INSURANCE COOF NORTH A | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 3727PIMCO BERMUDA DEVELOPING LOCALMARKETS FU | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 3753PIMCO EMERGING BOND STRATEGYC/O PACIFIC, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 3760PIMCO BERMUDA EMERGING LOCALBOND FUNDC/O | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 4665PIMCO FDS: GLOBAL INV SERIES-DEVELOPING, | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 6043 IBM PERSONAL PENSION PLAN TRUST | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 6232NORTHWESTERN MUTUAL SERIES FD-PIMCO MULT | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| PIMCO 708PIMCO FUNDS DEVELOPING LOCALMARKETSC/O PA | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 718PIMCO FDS: PRIVATE ACCT PORTDEVELOPING LO | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 739PIMCO FUNDS: EMERGING LOCALBOND FUNDC/O P | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 781PIMCO FDS: PRIVATE ACCT PORTSERIES EMERGI | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO 887PACE STRATEGIC FIXED INCOMEINVESTMENTS FU | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO CAYMAN COMMODITY PORTFOLIO I, LTD. | ATTN: LEGAL/COMPLIANCE DEPARTMENT,PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,840 NEWPORT CENTER DRIVE, SUITE 300, NEWPORT BEACH, CA 92660 |
| PIMCO EUROPE LTD P2336 | A/C STICHTING NOTARIEEL PENSIO,103 WIGMORE STREET, LONDON,  W1U 1QS UNITED KINGDOM |
| PINES AT DAVIDSON | ATTN: DIRECTOR OF FINANCIAL SERVICES,THE PINES AT DAVIDSON, INC.,400 AVINGER LANE, DAVIDSON, NC 28036-8894 |
| PINEY BRAN CH PARK INC | 10 EASTCHAP,2ND FLOOR, LONDON,  EC3M 1AJ UNITED KINGDOM |
| PINNACLE FOODS FINANCE LLC | ATTN:LYNN MISERICORDIA,PINNACLE FOODS FINANCE LLC,1 OLD BLOOMFIELD AVENUE, MOUNTAIN LAKES, NJ 07046 |
| PINNACLE GROVE LP | 1810 WOODLAND CIR, VERO BEACH, FL 032967-200 |
| PIONEER INTL LONG TERM BOND | RE PIONEER INVEST MGMT LTD,1 GEORGES QUAY PLAZA,GEORGES QUAY, DUBLIN, IRELAND |
| PIPER JAFFRAY & CO FINANCIAL PRODUCTS II INC | 201 S  COLLEGE STREET,SUITE 1500, CHARLOTTE, NC 28244 |
| PKE PENSIONSKASSE ENERGIE | CLARASTRASSE 13, BASEL,  4005 SWITZERLAND |
| PKE-CPE VORSORGESTIFTUNG ENERGIE | FREIGUTSTRASSE 16, ZURICH,  8027 SWITZERLAND |
| PLAINFIELD SPECIAL SITUATIONS MASTER FUND LIMITED, | 55 RAILROAD AVE,PLAZA LEVEL, GREENWICH, CT 06830 |
| PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD. | 1100 KING ST, RYE BROOK, NY 10169 |
| PNC BANK, N.A. | 1 PNC PLAZA,249 5TH AVENUE, PIITTSBURGH, PA 15222 |
| PNC BANK, N.A. | ATTN: SWAP OPERATIONS,PNC BANK, NATIONAL ASSOCIATION,ONE PNC PLAZA, 9TH FLOOR,249 FIFTH AVENUE, PITTSBURGH, PA 15222-2707 |
| POHJOLA BANK PLC | 745 7TH AVENUE, NEW YORK, NY 10019 |
| POLAROID CORPORATION | ATTN: RALPH NORWOOD,POLAROID CORPORATION,575 TECHNOLOGY SQUARE, CAMBRIDGE, MA 02139 |
| POLYGON GLOBAL OPPORTUNITIES MASTER FUND | 10 DUKE OF YORK SQUARE, LONDON,  SW3 4LY UNITED KINGDOM |
| POPULAR GESTION A/C EUROVALOR SEL DVD EUROPA | VELAZQUEZ 64-66  3PL, SAN SEBASTIAN,  28001 SPAIN |
| POPULAR GESTION SGIIC A/C EUROVALOR GDO BANCOS | LABASTIDA 11,1A PLANTA, MADRID,  28034 SPAIN |
| POPULAR HIGH GRADE FIXED INCOME FUND, INC. | 209 MUNOZ RIVERA,9TH FLOOR, SAN JUAN,  00918-1000 PUERTO RICO |
| PORTFOLIO CDS TRUST 18 | ATTN: XLCA ADMIN LLC,AS TRUSTEE FOR PORTFOLIO CDS,ATTN: SURVEILLANCE,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 100201001 |
| PORTFOLIO CDS TRUST 191 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 191,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 192 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 192,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 193 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 193,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 194 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO CDS TRUST 194 | 194,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 195 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 195,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 196 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 196,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 208 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 208,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 209 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 209,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 210 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 210,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 211 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 211,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 212 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 212,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 213 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 213,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 214 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 214,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 233 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 233,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 234 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 234,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 235 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 235,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 238 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 238,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 239 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 239,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 240 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 240,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 241 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 241,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 242 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 242,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 243 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 243,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTFOLIO CDS TRUST 244 | ATTN: SURVEILLANCE,XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS,TRUST 244,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| PORTUGAL, REPUBLIC OF | PRACA DA PORTAGEM, ALMADA,  2809-013 PORTUGAL |
| POST TOTAL RETURN MASTER FUND LP | 11111 SANTA MONICA BLVD.,SUITE 1111, LOS ANGELES, CA 90025 |
| POWERSERAYA LIMITED | 1 HARBOUR FRONT PLACE,#17-01 HARBOUR FRONT TOWER ONE, SINGAPORE,  98633 SINGAPORE |
| PPL ENERGY PLUS, LLC | 2 NORTH NINTH STREET, ALLENTOWN, PA 18101 |
| PREGIS CORPORATION | ATTN: CYNTHIA COCO,PREGIS CORPORATION,1900 WEST FIELD COURT, LAKE FOREST, IL 60045 |
| PRESBYTERIAN RETIREMENT COMM | RADIAN ASSET ASSURANCE INC.,335 MADISON AVENUE, NEW YORK, NY 10017 |
| PRESBYTERIAN RETIREMENT COMM | ATTN: HANK KEITH,PRESBYTERIAN RETIREMENT COMMUNITIES, INC.,80 WEST LUCERNE CIRCLE, ORLANDO, FL 32801 |
| PRESBYTERIAN SENIOR CARE | CAIN BROTHERS & CO., LLC,452 FIFTH AVENUE, 25TH FLOOR, NEW YORK, NY 10018 |
| PRESBYTERIAN SENIOR CARE | PRESBYTERIAN SENIORCARE,ANDREW E. MANGENE,1205 HULTON ROAD, ATTN: SCOTT D. SMITH, OAKMONT, PA 15139-1196 |
| PRIMUS AMA/C PRIMUS CLO I LIMITED | PRIMUS CLO I. LTD.,C/O WALKERS SPV LIMITED,WALKER HOUSE, 87 MARY |

| Claim Name | Address Information |
|---|---|
| PRIMUS AMA/C PRIMUS CLO I LIMITED | STREET,GEORGETOWN, GRAND CAYMAN KY1-9002,   CAYMAN ISLANDS |
| PRIMUS FINANCIAL PRODUCTS, LLC | 360 MADISON,23RD, NEW YORK, NY 10017 |
| PRIMUS FINANCIAL PRODUCTS, LLC | ATTN: OPERATIONS MANAGER,375 PARK AVENUE, SUITE 1302, NEW YORK, NY 10152 |
| PRIMUS TELECOMMUNICATIONS CANADA, INC | 1700 OLD MEADOW ROAD, MCLEAN, VA 22102 |
| PRIMUS TELECOMMUNICATIONSCANADA, INC | ATTN: CHIEF FINANCIAL OFFICER,PRIMUS TELECOMMUNICATIONS CANADA INC.,5343 DUNDAS STREET WEST, SUITE 400,TORONTO, ,   M9B 6K5 CANADA |
| PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TX, | PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON,TEXAS,4000 MIDWAY ROAD,ATTN: STEVE AILEY, CARROLLTON, TX 75007 |
| PRINCIPAL INVESTORS FUND INC, BOND & MORTGAGE SECU | ATTN: INVESTMENT ACCOUNTING- DERIVATIVES,SETTLEMENT,PRINCIPAL GLOBAL INVESTORS LLC,711 HIGH STREET, DES MOINES, IA 50392-0301 |
| PRINCIPAL LIFE INS COA/C PIF/HQ INTER-TERM BD FD, | ATTN: INVESTMENT ACCOUNTING- DERIVATIVES,SETTLEMENT,PRINCIPAL GLOBAL INVESTORS LLC,711 HIGH STREET, DES MOINES, IA 50392-0301 |
| PRINCIPAL LIFE INSURANCE COMPANY | 711 HIGH STREET, DES MOINES, IA 50392-0096 |
| PRINCIPAL VARIABLE CONTRACTS FUND INC - BOND ACCOU | ATTN: INVESTMENT ACCOUNTING- DERIVATIVES,SETTLEMENT,PRINCIPAL GLOBAL INVESTORS LLC,711 HIGH STREET, DES MOINES, IA 50392-0301 |
| PRISMA ENHANCED FIXED INCOME FUND LP | HARBORSIDE FINANCIAL CENTER; 208 PLAZA TEN, JERSEY CITY, NJ 07311 |
| PROFUND ACCESS FLEX BEAR HIGH YIELD | 7501 WISCONSIN AVE,STE. 1000, BETHESDA, MD 20814 |
| PROFUND VP FALLING USDOLLAR | ATTN: RUBIN HOWARD,PROFUNDS,7501 WISCONSIN AVENUE, SUITE 1000, BETHESDA, MD 20814 |
| PROFUND VP RISING RATES OPPORTUNITY | ATTN: RUBIN HOWARD,PROFUNDS,7501 WISCONSIN AVENUE, SUITE 1000, BETHESDA, MD 20814 |
| PROFUND VP US GOVERNMENT PLUS | ATTN: RUBIN HOWARD,PROFUNDS,7501 WISCONSIN AVENUE, SUITE 1000, BETHESDA, MD 20814 |
| PROGRESSIVE INVESTMENT COMPANY, INC. | 3 PARKLAND DRIVE, DARIEN, CT 06820 |
| PROGRESSIVE INVESTMENT COMPANY, INC. | ATTN: BILL CODY,PROGRESSIVE INVESTMENT COMPANY, INC.,C/O PROGRESSIVE CAPITAL MANAGEMENT COMPANY,3 PARKLANDS DRIVE, DARIEN, CT 06820 |
| PROSIEBEN SAT.1 MEDIA AG | MEDIENALLE 7, UNTERFOEHRING,   85774 GERMANY |
| PROTECTIVE LIFE CORPORATION | 2301 HIGHWAY 280 SOUTH, BIRMINGHAM, AL 35223 |
| PROTECTIVE LIFE CORPORATION | ATTN: MR. CARL THIGPEN, SECOND VICE PRESIDENT,2801 HIGHWAY 280 SOUTH, BIRMINGHAM, AL 35223 |
| PROTECTIVE LIFE INSURANCE COMPANY | ATTN: CARL THIGPEN,2801 HIGHWAY 280 SOUTH, BIRMINGHAM, AL 35223 |
| PROXIMA ALFA INVESTMENTS (USA)A/C PERSEUS I, INC, | ATTN: JAMES MEAGHER,JAMES MEAGHER,INVESTORS BANK #AMPER TRUST,200 CLARENDON STREET, BOSTON, MA 02116 |
| PRU ALPHA FIXED INCOME OPPORTU | 1585 BROADWAY, NEW YORK, NY 10019 |
| PRUDENTIAL INV MGMT/DRYDEN | TOTAL RETURN BOND FD INC.,1 NY PLAZA, NEW YORK, NY 10292 |
| PSEG ENERGY RESOURCES & T RADE LLC | 80 PARK PLAZA,19, NEWARK, NJ 07101 |
| PT BANK NEGARA INDONESIA TBK FOREIGN EXCHANGE DEPT | 158 CECIL STREET,LEVEL 1-4,DAPENSO BUILDING, SINGAPORE,   69545 SINGAPORE |
| PT MOBILE-8 TELECOM TBK | MENARA KEBON SIRIH JL KEBON SIRIH KAV. 17-19,27TH FLOOR, JAKARATA,   10340 INDONESIA |
| PTT PUBLIC COMPANY LIMITED | 555 VIBHAVADI RANSIT RD.,CHATUCHAK, BANGKOK,   10900 THAILAND |
| PUBLIC BANK BERHAD | ATTN: MR TANG HONG KEAT,PUBLIC BANK BERHAD,28TH FLOOR MENARA PUBLIC BANK,146 JALAN AMPANG,KUALA LUMPUR, ,   50450 MALAYSIA |
| PUBLIC BANK BERHAD | 20TH FLOOR,MENARA PUBLIC BANK,146 JALAN AMPANG, |
| PUBLIC SECTOR PENSION INVESTMENT BOARD | 1 COM;LEXE DESJARDINS,SOUTH TOWER 25TH FLOOR, MONTREAL,   H5B 1B3 CANADA |
| PUBLIC SERVICE COM PANY OF NEW MEXICO | ALVARADO SQUARE, ALBUQUERQUE, NM 87102 |
| PUBLIC UTILITY DISTRICT NO. 1OF THE CHELAN COUNTY, | ATTN: CHIEF FINANCIAL OFFICER,327 N. WENATCHEE AVE, WENATCHEE, WA 98807 |
| PUERTO RICO SALES TAX FIN | ATTN: EXECUTIVE DIRECTOR,PUERTO RICO SALES TAX FINANCING CORPORATION,C/O GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO,ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER,AVENIDA DE DIEGO, PARADA 22, SAN JUAN,   00940 PUERTO RICO |
| PUERTO SWAP FCCC CORP. | ATTN: ED PELAVIN,50 PUBLIC SQUARE, SUITE 1360,CLEVELAND, OHIO, ,   44113 |

| Claim Name | Address Information |
|---|---|
| PUGET SOUND ENERG Y, INC. | 10885 NE 4TH STREET,PSE-08N, BELLEVUE, WA 98004 |
| PUNJAB NATIONAL BANK | UNIT 1003,1OTH FLOOR,LI PO CHUN CHAMBERS, |
| PURSUIT INVESTMENT MGMT A/C PURSUIT | OPPORTUNITY FND I REF OPPORTUNITY FUND I,33 LUDLOW ST, STAMFORD, CT 06902 |
| PUSAN BANK | 100-191 KUMSEKI BLDG,4F, SEOUL,    KOREA |
| PUSAN BANK | ATTN: MR. JUN, DUNG EUI, DEPUTY GENERAL MANAGER,PUSAN BANK,100-191, KUMSEKI BLDG. 4TH FLOOR,16, 1-KA, ULCHI-RO,CHUN-KU, SEOUL, ,   REPUBLIC OF KOREA |
| PUTNAM 005 / 29H FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 005 / 29H FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 005 / 29H FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 018/018 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 018/018 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 018/018 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 041/993 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 041/993 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 041/993 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 050/313 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 050/313 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 050/313 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 050/7BZ FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 050/7BZ FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 050/7BZ FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 050/7HX FXC/O PUTNAM INVESTMENTS | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 050/7HX FXC/O PUTNAM INVESTMENTS | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 050/7HX FXC/O PUTNAM INVESTMENTS | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 057 / 6BC   FXPUTNAM EUROPE GROWTH FUNDRE PU | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 057 / 6BC   FXPUTNAM EUROPE GROWTH FUNDRE PU | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 057 / 6BC   FXPUTNAM EUROPE GROWTH FUNDRE PU | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 070/249 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 070/249 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 070/249 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES |

| Claim Name | Address Information |
|---|---|
| PUTNAM 070/249 FX | DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 073/812 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 073/812 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 073/812 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 074/816 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 074/816 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 074/816 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 075/838 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 075/838 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 075/838 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 1LN / 7HP FXSEASONS SERIES TR ASSET ALLOCAD | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 1LN / 7HP FXSEASONS SERIES TR ASSET ALLOCAD | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 1LN / 7HP FXSEASONS SERIES TR ASSET ALLOCAD | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 1LN/1LW FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 1LN/1LW FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 1LN/1LW FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 1LN/3OV FXSUNAMERICA ASSET MGMT CORPSEASONS | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 1LN/3OV FXSUNAMERICA ASSET MGMT CORPSEASONS | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 1LN/3OV FXSUNAMERICA ASSET MGMT CORPSEASONS | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 1OU/1OU FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 1OU/1OU FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 1OU/1OU FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 1QR/1QR FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 1QR/1QR FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 1QR/1QR FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 1QT/1RC FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 1QT/1RC FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 1QT/1RC FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 1QV/1QY FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 1QV/1QY FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 1QV/1QY FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 1SH/1SH FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 1SH/1SH FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 1SH/1SH FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 1TF / 1TFMARSH & MCLENNAN LONG DURATIONPORT | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 1TF / 1TFMARSH & MCLENNAN LONG DURATIONPORT | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 1TF / 1TFMARSH & MCLENNAN LONG DURATIONPORT | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 24V / 24V FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 24V / 24V FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 24V / 24V FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 250/250 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 250/250 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 250/250 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 250/2QI FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 250/2QI FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 250/2QI FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 250/486 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 250/486 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 250/486 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 259/256 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 259/256 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 259/256 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 259/487 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 259/487 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE |

| Claim Name | Address Information |
|---|---|
| PUTNAM 259/487 FX | SQUARE, BOSTON, MA 02109 |
| PUTNAM 259/487 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 264/160 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 264/160 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 264/160 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 264/488 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 264/488 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 264/488 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 2AZ / 25S FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 2AZ / 25S FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 2AZ / 25S FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 2CE/2CE FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 2CE/2CE FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 2CE/2CE FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 2DN/2DN FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 2DN/2DN FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 2DN/2DN FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 2DP/7BY FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 2DP/7BY FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 2DP/7BY FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 2ET / 7BS FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 2ET / 7BS FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 2ET / 7BS FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 2KE / 7QX  FXPUTNAM EUROPE EQUITY FUNDRE PU | ATTN: PUTNAM INVESTMENTS STEPHEN DRISCOLL,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 2KE/4BC FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 2KE/4BC FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 2KE/4BC FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 2KO/2KO FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 2KO/2KO FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 2KO/2KO FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 2KO/2KP FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 2KO/2KP FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 2KO/2KP FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 362 / 48G  FXIDAHO NAT'L ENGINEERING ANDENV | ATTN: PUTNAM INVESTMENTS STEPHEN DRISCOLL,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 397/397 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 397/397 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 397/397 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 3CE/3CE FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 3CE/3CE FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 3CE/3CE FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 3DJ/4UC FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 3DJ/4UC FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 3DJ/4UC FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 3GM/3GO FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 3GM/3GO FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 3GM/3GO FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 3GM/3GR FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 3GM/3GR FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 3GM/3GR FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 3KD/3KD FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 3KD/3KD FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 3KD/3KD FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 3KW/3LA FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 3KW/3LA FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE |

| Claim Name | Address Information |
|---|---|
| PUTNAM 3KW/3LA FX | SQUARE, BOSTON, MA 02109 |
| PUTNAM 3KW/3LA FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 3LV / PUTNAM LIABILITYFUNDING PORTFOLIO | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 3LV / PUTNAM LIABILITYFUNDING PORTFOLIO | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 3LV / PUTNAM LIABILITYFUNDING PORTFOLIO | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 3MX/3MX FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 3MX/3MX FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 3MX/3MX FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 3XX/3XX FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 3XX/3XX FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 3XX/3XX FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 42X/43N FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 42X/43N FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 42X/43N FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 4ZV / 4ZV FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 4ZV / 4ZV FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 4ZV / 4ZV FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 539 / 7BX FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 539 / 7BX FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 539 / 7BX FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 573 / MICHIGANCARPENTERS COUNCIL PENSION, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 573 / MICHIGANCARPENTERS COUNCIL PENSION, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 573 / MICHIGANCARPENTERS COUNCIL PENSION, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 792/792 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 792/792 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 792/792 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 7BF/7BK FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 7BF/7BK FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 7BF/7BK FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 7FH / 7HV  FXPUTNAM DIVERSIFIED INCOMETRUST | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 7FH / 7HV  FXPUTNAM DIVERSIFIED INCOMETRUST | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 7FH / 7HV  FXPUTNAM DIVERSIFIED INCOMETRUST | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 7FH/7HU FXPUTNAM DIVERSIFIED INCOME TRUS(CA | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 7FH/7HU FXPUTNAM DIVERSIFIED INCOME TRUS(CA | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 7FH/7HU FXPUTNAM DIVERSIFIED INCOME TRUS(CA | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 7JV / 7LE FXPUTNAM GLOBAL CONCENTRATED FD, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 7JV / 7LE FXPUTNAM GLOBAL CONCENTRATED FD, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 7JV / 7LE FXPUTNAM GLOBAL CONCENTRATED FD, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 7JY / 7KA  FXPUTNAM MULTI-STRATEGY ALPHAPOR | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 7JY / 7KA  FXPUTNAM MULTI-STRATEGY ALPHAPOR | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 7JY / 7KA  FXPUTNAM MULTI-STRATEGY ALPHAPOR | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 7PX / 7QN  FXPUTNAM TOTAL RETURN FUND LTDC/ | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 7PX / 7QN  FXPUTNAM TOTAL RETURN FUND LTDC/ | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 7PX / 7QN  FXPUTNAM TOTAL RETURN FUND LTDC/ | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 7RA / 7RB  FXEUROMOBILIARE INTERNATIONALFUN | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 7RA / 7RB  FXEUROMOBILIARE INTERNATIONALFUN | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 7RA / 7RB  FXEUROMOBILIARE INTERNATIONALFUN | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 7RA / 7RH  FXEUROMOBILIARE INTERNATIONALFUN | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 7RA / 7RH  FXEUROMOBILIARE INTERNATIONALFUN | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 7RA / 7RH  FXEUROMOBILIARE INTERNATIONALFUN | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 7RA / 7RN  FXEUROMOBILIARE INTERNATIONALFUN | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 7RA / 7RN  FXEUROMOBILIARE INTERNATIONALFUN | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 7RA / 7RN  FXEUROMOBILIARE INTERNATIONALFUN | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 7RA / 7SP  FXEUROMOBILIARE | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH |

| Claim Name | Address Information |
| --- | --- |
| INTERNATIONALFUN | FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 7RA / 7SP  FXEUROMOBILIARE INTERNATIONALFUN | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 7RA / 7SP  FXEUROMOBILIARE INTERNATIONALFUN | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 801 / AE8  FXPUTNAM INTERNATIONAL TRUSTC/O, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 801 / AE8  FXPUTNAM INTERNATIONAL TRUSTC/O, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 801 / AE8  FXPUTNAM INTERNATIONAL TRUSTC/O, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 841/6BM | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 841/6BM | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 841/6BM | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8FM / 8FO FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 8FM / 8FO FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8FM / 8FO FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8GD / 8GG FX - STAFF RETIREMENT PLAN | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 8GD / 8GG FX - STAFF RETIREMENT PLAN | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8GD / 8GG FX - STAFF RETIREMENT PLAN | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8GE / 8GI FX - RETIREDSTAFF BENEFITS PLAN, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 8GE / 8GI FX - RETIREDSTAFF BENEFITS PLAN, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8GE / 8GI FX - RETIREDSTAFF BENEFITS PLAN, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8JZ/ 8JZ FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 8JZ/ 8JZ FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8JZ/ 8JZ FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8ML / 8MM FXVC I TOTAL ACCOUNT GLOBAL EQUIC | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 8ML / 8MM FXVC I TOTAL ACCOUNT GLOBAL EQUIC | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8ML / 8MM FXVC I TOTAL ACCOUNT GLOBAL EQUIC | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8RT / 8RUPUTNAM CURRENCY FD INCUBATORC/O PU | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 8RT / 8RUPUTNAM CURRENCY FD INCUBATORC/O PU | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8RT / 8RUPUTNAM CURRENCY FD INCUBATORC/O PU | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |

| Claim Name | Address Information |
|------------|---------------------|
| PUTNAM 8SA / 8SA  FXPUTNAM LONG GOVT BD PLUS MAPSC | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 8SA / 8SA  FXPUTNAM LONG GOVT BD PLUS MAPSC | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8SA / 8SA  FXPUTNAM LONG GOVT BD PLUS MAPSC | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8SU / 8SU  FXCITY OF ZURICH PENSION FUNDC/O | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 8SU / 8SU  FXCITY OF ZURICH PENSION FUNDC/O | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8SU / 8SU  FXCITY OF ZURICH PENSION FUNDC/O | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8SX / 8SZ  FXBUSINESS DEVELOPMENT BANK OFCA | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 8SX / 8SZ  FXBUSINESS DEVELOPMENT BANK OFCA | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8SX / 8SZ  FXBUSINESS DEVELOPMENT BANK OFCA | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8WQ / PUTNAM CANADIANFIXED INCOME LONG FUND | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 8WQ / PUTNAM CANADIANFIXED INCOME LONG FUND | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8WQ / PUTNAM CANADIANFIXED INCOME LONG FUND | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8ZE / 7TC  FXAMP CORE GLOBAL FIXED INCOMEFU | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 8ZE / 7TC  FXAMP CORE GLOBAL FIXED INCOMEFU | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8ZE / 7TC  FXAMP CORE GLOBAL FIXED INCOMEFU | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8ZE / AA5  FXAMP CORE GLOBAL FIXED INCOMEFU | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 8ZE / AA5  FXAMP CORE GLOBAL FIXED INCOMEFU | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8ZE / AA5  FXAMP CORE GLOBAL FIXED INCOMEFU | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 8ZJ INTEGRACANADIAN FIXED INCOME PLUS | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 8ZJ INTEGRACANADIAN FIXED INCOME PLUS | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 8ZJ INTEGRACANADIAN FIXED INCOME PLUS | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 961/961 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM 961/961 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 961/961 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM 961/964 FX | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM 961/964 FX | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM 961/964 FX | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES |

| Claim Name | Address Information |
|---|---|
| PUTNAM 961/964 FX | DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM AA5/8ZE AMP CAPITALINVESTORS LTD FD INTERNA | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM AA5/8ZE AMP CAPITALINVESTORS LTD FD INTERNA | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM AA5/8ZE AMP CAPITALINVESTORS LTD FD INTERNA | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM AK4 / AL8  FXPWTII- PUTNAM GLOBAL FIXEDINCO | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM AK4 / AL8  FXPWTII- PUTNAM GLOBAL FIXEDINCO | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM AK4 / AL8  FXPWTII- PUTNAM GLOBAL FIXEDINCO | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM AMERICAN GOVERNMENT INCOME FUND | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM AMERICAN GOVERNMENT INCOME FUND | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM AMERICAN GOVERNMENT INCOME FUND | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM ASSET ALLOCATION FUNDS BALANCED PORTFOLIO, | ATTN: PUTNAM INVESTMENTS STEPHEN DRISCOLL,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM ASSET ALLOCATION FUNDS CONSERVATIVE PORTFOL | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM ASSET ALLOCATION FUNDS CONSERVATIVE PORTFOL | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM ASSET ALLOCATION FUNDS CONSERVATIVE PORTFOL | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM ASSET ALLOCATION FUNDS GROWTH PORTFOLIO | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM ASSET ALLOCATION FUNDS GROWTH PORTFOLIO | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM ASSET ALLOCATION FUNDS GROWTH PORTFOLIO | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM BC2 / BC6  FXPUTNAM RETIREMENT ADVANTAGEGAA | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM BC2 / BC6  FXPUTNAM RETIREMENT ADVANTAGEGAA | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM BC2 / BC6  FXPUTNAM RETIREMENT ADVANTAGEGAA | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM BC2 / BD3  FXPUTNAM RETIREMENT ADVANTAGEGAA | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM BC2 / BD3  FXPUTNAM RETIREMENT ADVANTAGEGAA | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM BC2 / BD3  FXPUTNAM RETIREMENT ADVANTAGEGAA | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM BL3 / BL3  FXPUTNAM UNIVERSE BOND PLUSMAPS, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM BL3 / BL3  FXPUTNAM UNIVERSE BOND PLUSMAPS, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM BL3 / BL3  FXPUTNAM UNIVERSE BOND PLUSMAPS, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM BS7 / BT9  FXPWTII- PUTNAM GLOBAL FIXEDINCO | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |

| Claim Name | Address Information |
|---|---|
| PUTNAM BS7 / BT9   FXPWTII- PUTNAM GLOBAL FIXEDINCO | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM BS7 / BT9   FXPWTII- PUTNAM GLOBAL FIXEDINCO | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM BX7 / BX7   FXCONCORDIA PENSION PLANC/O PUTN | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM BX7 / BX7   FXCONCORDIA PENSION PLANC/O PUTN | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM BX7 / BX7   FXCONCORDIA PENSION PLANC/O PUTN | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM BX8/BX9 / MONETARY AUTHOF SINGAPORE - MAS A | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM BX8/BX9 / MONETARY AUTHOF SINGAPORE - MAS A | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM BX8/BX9 / MONETARY AUTHOF SINGAPORE - MAS A | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM CK5 / CK5   FXSAUDI ARABIAN MONETARY AGENCYC | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM CK5 / CK5   FXSAUDI ARABIAN MONETARY AGENCYC | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM CK5 / CK5   FXSAUDI ARABIAN MONETARY AGENCYC | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM CK6 / QIC DIVERSIFIEDFIXED INTEREST FUND, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM CK6 / QIC DIVERSIFIEDFIXED INTEREST FUND, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM CK6 / QIC DIVERSIFIEDFIXED INTEREST FUND, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM CN8 / CN9   FXEUROMOBILIARE INTERNATIONALFUN | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM CN8 / CN9   FXEUROMOBILIARE INTERNATIONALFUN | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM CN8 / CN9   FXEUROMOBILIARE INTERNATIONALFUN | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM CORE INTERMEDIATE BONDFUND | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM CORE INTERMEDIATE BONDFUND | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM CORE INTERMEDIATE BONDFUND | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM CREDIT HEDGE FUND LP | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM CW9/ PUTNAM TOTALRETURN FUND LLC | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM CW9/ PUTNAM TOTALRETURN FUND LLC | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM CW9/ PUTNAM TOTALRETURN FUND LLC | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM DIV INCOME TRUST (CAYMA N) | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH |

| Claim Name | Address Information |
|---|---|
| MASTER FUND | FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM DIV INCOME TRUST (CAYMA N) MASTER FUND | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM DIV INCOME TRUST (CAYMA N) MASTER FUND | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM DIVERSIFIED INCOMETRUST | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM DIVERSIFIED INCOMETRUST | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM DIVERSIFIED INCOMETRUST | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM FLOATING RATE INCOME FUND | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM FLOATING RATE INCOME FUND | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM FLOATING RATE INCOME FUND | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM GLOBAL GOVERNMENTALINCOME TRUST | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM GLOBAL GOVERNMENTALINCOME TRUST | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM GLOBAL GOVERNMENTALINCOME TRUST | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM HIGH YIELD FIXEDINCOME FUND | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM HIGH YIELD FIXEDINCOME FUND | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM HIGH YIELD FIXEDINCOME FUND | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM HIGH YIELD TRUST | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM HIGH YIELD TRUST | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM HIGH YIELD TRUST | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INCOME FUND | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INCOME FUND | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INCOME FUND | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INTERMEDIATE U.S. INVESTMENT-GRADE FUND LLC | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INTERMEDIATE U.S. INVESTMENT-GRADE FUND LLC | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INTERMEDIATE U.S. INVESTMENT-GRADE FUND LLC | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INTL INV FUNDS-GLAG | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INTL INV FUNDS-GLAG | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INTL INV FUNDS-GLAG | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLC INTERPOLISPENSIOENEN VERM BV A | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLC INTERPOLISPENSIOENEN VERM BV A | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLC INTERPOLISPENSIOENEN VERM BV A | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C CITY OF ZURICH PENSION FDRE | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLCA/C CITY OF ZURICH PENSION FDRE | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C CITY OF ZURICH PENSION FDRE | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C LGT MULTI MGR HIGH YIELD, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLCA/C LGT MULTI MGR HIGH YIELD, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C LGT MULTI MGR HIGH YIELD, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUT STRAT GB EM FI | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLCA/C PUT STRAT GB EM FI | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUT STRAT GB EM FI | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM CL6/PUTNAM ABSOLUTE, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLCA/C PUTNAM CL6/PUTNAM ABSOLUTE, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM CL6/PUTNAM ABSOLUTE, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM GLBL HI YLD BD FD, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLCA/C PUTNAM GLBL HI YLD BD FD, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM GLBL HI | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES |

| Claim Name | Address Information |
|---|---|
| YLD BD FD, | DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM HIGH INC SECURITIES, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLCA/C PUTNAM HIGH INC SECURITIES, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM HIGH INC SECURITIES, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM STRUCTURED OPPOR FD, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLCA/C PUTNAM STRUCTURED OPPOR FD, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM STRUCTURED OPPOR FD, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM TOTAL RETURNTRUST, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLCA/C PUTNAM TOTAL RETURNTRUST, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM TOTAL RETURNTRUST, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM WORLD TRUST II-EM, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLCA/C PUTNAM WORLD TRUST II-EM, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM WORLD TRUST II-EM, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM WORLDWIDE INCOME FD, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INV MGMT LLCA/C PUTNAM WORLDWIDE INCOME FD, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INV MGMT LLCA/C PUTNAM WORLDWIDE INCOME FD, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INVESTMENTS LLCA/C ASSET ALLOCATION DIVERSI | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INVESTMENTS LLCA/C ASSET ALLOCATION DIVERSI | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INVESTMENTS LLCA/C ASSET ALLOCATION DIVERSI | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM INVESTMENTS LLCA/C PUTNAM WORLDWIDE INCOME, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM INVESTMENTS LLCA/C PUTNAM WORLDWIDE INCOME, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM INVESTMENTS LLCA/C PUTNAM WORLDWIDE INCOME, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM NEW FLAG EURO HIGHYIELD FUND PLC | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM NEW FLAG EURO HIGHYIELD FUND PLC | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM NEW FLAG EURO HIGHYIELD FUND PLC | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM PREMIER INCOME TRUST | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM PREMIER INCOME TRUST | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM PREMIER INCOME TRUST | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM RETIREMENT ADV GAA BALANCED PORTFOLIO | 1 POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM RETIREMENT ADV GAA INCSTRATEGIES PORTFOLIO, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM RETIREMENT ADV GAA INCSTRATEGIES PORTFOLIO, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM RETIREMENT ADV GAA INCSTRATEGIES PORTFOLIO, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM RETIREMENT ADV GAABALANCED PORTFOLIO | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM RETIREMENT ADV GAABALANCED PORTFOLIO | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM RETIREMENT ADV GAABALANCED PORTFOLIO | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM RETIREMENT ADV GAACONSERVATIVE PORTFOLIO, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM RETIREMENT ADV GAACONSERVATIVE PORTFOLIO, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM RETIREMENT ADV GAACONSERVATIVE PORTFOLIO, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM RETIREMENT ADV GAAGROWTH PORTFOLIO | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM RETIREMENT ADV GAAGROWTH PORTFOLIO | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM RETIREMENT ADV GAAGROWTH PORTFOLIO | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FUND LLC, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FUND LLC, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FUND LLC, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM TOTAL RETURN: US INV GRADE INCOME FUND, LLC | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM TOTAL RETURN: US INV GRADE INCOME FUND, LLC | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM TOTAL RETURN: US INV GRADE INCOME FUND, LLC | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM U.S. CORE BOND SHORT DURATION TRUST | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM U.S. CORE BOND SHORT DURATION TRUST | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM U.S. CORE BOND SHORT DURATION TRUST | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM U.S. GOVT INCOME TR | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH |

| Claim Name | Address Information |
|---|---|
| PUTNAM U.S. GOVT INCOME TR | FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM U.S. GOVT INCOME TR | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM U.S. GOVT INCOME TR | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAMVT DIVERS INC FUND, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM VARIABLE TRUST – PUTNAMVT DIVERS INC FUND, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAMVT DIVERS INC FUND, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAMVT GEORGE PUTNAM | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM VARIABLE TRUST – PUTNAMVT GEORGE PUTNAM | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAMVT GEORGE PUTNAM | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST – VT GLOBAL GROWTH FUND | ATTN: EMERGING MARKETS PORTFOLIO ASSOCIATE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT  HIGH YIELD FUND, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM VARIABLE TRUST PUTNAM VT  HIGH YIELD FUND, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT  HIGH YIELD FUND, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST-PUTNAM VT DIVERSIFIED INC FD | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM VARIABLE TRUST-PUTNAM VT DIVERSIFIED INC FD | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST-PUTNAM VT DIVERSIFIED INC FD | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST: PUTNAM VT GL ASSET ALLOC FD | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM VARIABLE TRUST: PUTNAM VT GL ASSET ALLOC FD | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM VARIABLE TRUST: PUTNAM VT GL ASSET ALLOC FD | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM AMERICAN GOVT BOND, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM WORLD TRUST II – PUTNAM AMERICAN GOVT BOND, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM AMERICAN GOVT BOND, | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM WORLD TRUST II –PUTNAM GLOBAL FIXED INCOMEA | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMENT, NEW YORK, NY 10285 |
| PUTNAM WORLD TRUST II –PUTNAM GLOBAL FIXED INCOMEA | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM WORLD TRUST II –PUTNAM GLOBAL FIXED INCOMEA | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM WORLD TRUST II: GEORGEPUTNAM US EQ BOND FD, | LEHMAN BROTHERS SPECIAL FINANCING INC.,3 WORLD FINANCIAL CENTER, 8TH FLOOR,ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM WORLD TRUST II: GEORGEPUTNAM US EQ BOND FD, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM WORLD TRUST II: GEORGEPUTNAM US EQ BOND FD, | PUTNAM INVESTMENTS, LEGAL DEPARTMENT, 2 LIBERTY SQUARE, ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM-IDAHO NE&EL EMPLOYEE RET/INV PLAN | LEHMAN BROTHERS SPECIAL FINANCING INC., 3 WORLD FINANCIAL CENTER, 8TH FLOOR, ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM-IDAHO NE&EL EMPLOYEE RET/INV PLAN | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE, PUTNAM INVESTMENTS, ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM-IDAHO NE&EL EMPLOYEE RET/INV PLAN | PUTNAM INVESTMENTS, LEGAL DEPARTMENT, 2 LIBERTY SQUARE, ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PUTNAM45C/45C FX PUTNAM IKANOEUROPEAN HIGH YIELD, | LEHMAN BROTHERS SPECIAL FINANCING INC., 3 WORLD FINANCIAL CENTER, 8TH FLOOR, ATTN: DOCUMENTATION MANAGER TRANSACTION MANAGEMEN, NEW YORK, NY 10285 |
| PUTNAM45C/45C FX PUTNAM IKANOEUROPEAN HIGH YIELD, | ATTN: STEPHAN DRISCOLL/MIDDLE OFFICE, PUTNAM INVESTMENTS, ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PUTNAM45C/45C FX PUTNAM IKANOEUROPEAN HIGH YIELD, | PUTNAM INVESTMENTS, LEGAL DEPARTMENT, 2 LIBERTY SQUARE, ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| PVHA/SIMS VENTURES LLC | ATTN: ALAN PARRISH - MANAGING DIRECTOR, PVHA/SIMS VENTURES, LLC, C/O SELAH MANAGEMENT GROUP, 50 A1A N., SUITE 110, PONTE VERDE BEACH, FL 32082 |
| PWB VALUE PARTNERS XVI, LP | 7025 N SCOTTSDALE RD, SUITE 230, SCOTTSDALE, AZ 85253 |
| QATT UC BOND CLASS | ATTN: DENNIS HUNTER, QUELLOS ALPHA TRANSPORT TRUST - UC BOND CLASS, C/O QUEENSGATE BANK #AMPER TRUST COMPANY LTD., 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN, , CAYMAN ISLANDS |
| QIC DIVERSIFIED FIXED INTERES T FUND NO 1 | BRISBANE, 66 EAGLE STREET, CENTRAL PLAZA 2, QLD 4000, |
| QIC DIVERSIFIED FIXED INTEREST FUND NO 1 | ATTN: SENIOR LEGAL ADVISOR, QUEENSLAND INVESTMENT CORPORATION, LEVEL 6, CENTRAL PLAZA II, 66 EAGLE STREET, BRISBANE QLD, , 4000 AUSTRALIA |
| QUARTZ FINANCE 2003-1 | DANTE FINANCE PUBLIC LIMITED COMPANY, AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1, IRELAND |
| QUARTZ FINANCE 2003-2 | DANTE FINANCE PUBLIC LIMITED COMPANY, AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1, IRELAND |
| QUARTZ FINANCE 2003-2 | A&L GOODBODY SOLICITORS, INTERNATIONAL FINANCIAL SERVICES CENTRE, NORTH WALL QUAY, DUBLIN 1, IRELAND |
| QUARTZ FINANCE 2003-2 | LEHMAN BROTHERS INTERNATIONAL (EUROPE), PROCESS, AGENT, 25 BANK STREET, LONDON E14 5LE, UNITED KINGDOM |
| QUARTZ FINANCE 2003-5 | DANTE FINANCE PUBLIC LIMITED COMPANY, AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1, , IRELAND |
| QUARTZ FINANCE 2004-1 | DANTE FINANCE PUBLIC LIMITED COMPANY, AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1, , IRELAND |
| QUARTZ FINANCE 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY, AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1, , IRELAND |
| QUARTZ FINANCE 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY, AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1, , IRELAND |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: THE DIRECTORS, QUARTZ PUBLIC FINANCE LIMITED COMPANY, AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1, IRELAND |
| QUARTZ FINANCE SERIES 2003-3 | JP MORGAN CHASE BANK, LONDON BRANCH, TRINITY TOWER, 9 THOMAS MORE STREET, ATTN: MANGER, INSTITUTIONAL TRUST SERVICES, LONDON E1W 1YT, UNITED KINGDOM |
| QUARTZ FINANCE SERIES 2003-3 | LEHMAN BROTHERS INTERANTIONAL (EUROPE), PROCESS, AGENT, ONE BROADGATE, ATTN: THE DIRECTORS, LONDON EC2M 7HA, UNITED KINGDOM |
| QUARTZ FINANCE SERIES 2003-3 | J.P. MORGAN BANK (IRELAND) PLC, JP MORGAN HOUSE, INTERNATIONAL FINANCE CENTRE, ATTN: MANGER, INSTITUTIONAL TRUST SERVICES, DUBLIN 1 |
| QUELLOS CAPITAL MANAGEMENT | A/C QATT USB MBS 2008-04, 14024 N.E. 32 PLACE, BELLEVUE, WA 98007 |
| QUELLOS CAPITAL MANAGEMENTA/C QATT USB MBS 2008-01 | ATTN: DENNIS HUNTER, Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND, C/O QUEENSGATE BANK, 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN, , CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| QUION 50 B.V. | WEERENWEG 29, ZWANENBURG,  1161 AG NETHERLANDS |
| QWEST PENSION TRUST - QWEST ASSET MGMT | 1005 17TH ST, SUITE 250, DENVER, CO 80202 |
| RAB CAPITAL PLC A/C RAB MARKET CYCLES | 1 ADAM ST, LONDON,  WC2N 6LE UNITED KINGDOM |
| RACERS 1998-A-11-4 | THE BANK OF NY, 101 BARCLAY STREET, NEW YORK, NY 10286 |
| RACERS 1998-I-P | ATTN: CORPORATE TRUST ADMINISTRATION, THE BANK OF NEW YORK, 101 BARCLAY STREET, NEW YORK, NY 10286 |
| RACERS 1998-KEYSPAN-1 | THE BANK OF NY, 101 BARCLAY STREET, NEW YORK, NY 10286 |
| RACERS 2002-35-C | HSBC BANK USA, 452 FIFTH AVENUE, NEW YORK, NY 10019 |
| RACERS 2005-21-C | ATTN: TRANSACTION MANAGEMENT, LEHMAN BROTHERS SPECIAL FINANCING INC, 745 SEVENTH AVENUE, ,  10019 |
| RACERS 2006-1-C | 425 WALNUT STREET CN-OH-W8, 8TH FLOOR, CINCINNATI, OH 45202 |
| RACERS 2006-20-AT | ATTN: DAVID KOLIBACHUK #AMPER MARLENE FAHEY, U.S. BANK NATIONAL ASSOCIATION, 100 WALL STREET, 16TH FLOOR, NEW YORK, NY 10005 |
| RACERS 2007-4-C FTD | ATTN: TRANSACTION MANAGEMENT, LEHMAN BROTHERS SPECIAL FINANCING INC., 745 SEVENTH AVENUE, ,  10019 |
| RACERS 2007-4-C FTD | 1 FEDERAL ST, 3RD FLOOR, BOSTON, MA 02110 |
| RACERS SERIES 1998-HELLER-6-00TRUST | THE BANK OF NY, 101 BARCLAY STREET, NEW YORK, NY 10286 |
| RACERS SERIES 1999-10-A-FORD MOTOR CREDIT TRUST, | THE BANK OF NEW YORK, 101 BARCLAY STREET, NEW YORK, NY 10286 |
| RACERS SERIES 1999-2-O-BELL ATLANTIC TRUST | THE BANK OF NY, 101 BARCLAY STREET, NEW YORK, NY 10286 |
| RACERS SERIES 1999-21-0 | THE BANK OF NY, 101 BARCLAY STREET, NEW YORK, NY 10286 |
| RACERS SERIES 1999-22-0 | 101 BARCLAY STREET, NEW YORK, NY 10286 |
| RACERS SERIES 1999-3-O-BELL ATLANTIC TRUST | THE BANK OF NY, 101 BARCLAY STREET, NEW YORK, NY 10286 |
| RACERS SERIES 2002-20 | DANTE FINANCE PUBLIC LIMITED COMPANY, AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1, ,  IRELAND |
| RACERS SERIES 2002-26 | DANTE FINANCE PUBLIC LIMITED COMPANY, AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1, ,  IRELAND |
| RACERS SERIES 2002-39 | ATTN: ISSUER SERVICES, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED, RETURNS, SERIES 2002-39-C TRUST, C/O HSBC BANK USA,  452 FIFTH AVENUE, NEW YORK, NY 10019 |
| RACERS, SERIES 2005-13 | ATTN: TRANSACTION MANAGEMENT, LEHMAN BROTHERS SPECIAL FINANCING INC., 745 SEVENTH AVENUE, ,  10019 |
| RAEBURN MASTER FUND LP | ATTN: RAJ LACHMAN, RAEBURN MANGEMENT, LLC, 1251 AVENUE OF THE AMERICAS, 23RD FLOOR, NEW YORK, NY, ,  10020 |
| RAIFFEISEN BANK RT | 6 AKADEMIA, BUDAPEST,  H-1054 HUNGARY |
| RAIFFEISEN ZENTRALBANK OSTERREICH AKTIENGESELLSCHA | 1133 SIXTH AVENUE, 16 FL., NEW YORK, NY 10036 |
| RAIFFEISENLANDESBANK OBEROSTERREICH | EUROPAPLATZ 1, LINZ,  4020 AUSTRIA |
| RALEIGH-DURHAM INTERNATIONAL AIRPORT AUTHORITY | ATTN: TOM D. BARRITT, DIRECTOR OF FINANCE, RALEIGH-DURHAM AIRPORT AUTHORITY, 1000 TRADE DRIVE, RALEIGH-DURHAM INTERNATIONAL AIRPORT, RALEIGH-DURHAM, NC |
| RAM PARTNERS | ALEKSANTERINKATU 44, HELSINKI,  FIN 00100 FINLAND |
| RAMIUS PORTABLEALPHA FUND, LTD. | ATTN: KEVIN HANRAHAN, RAMIUS PORTABLE ALPHA FUND, LTD., C/O RAMIUS ADVISORS, LLC, 666 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| RAMIUS/RCG ENDEAVOR LLC | ATTN: MARC BAUM, RCG ENDEAVOUR LLC, C/O RAMIUS LLC, 599 LEXINGTON AVENUE, 20TH FLOOR, NEW YORK, NY 10022 |
| RAMIUS/RCG LATITUDE MASTER FUND LTD | 1 BEACON STREET, BOSTON, MA 02108 |
| RANDALL E WOODS | ATTN: MR. RANDALL E. WOODS, P.O. BOX 675331, 6694 CALLE PEQUENA, RANCHO SANTA FE, CA 92067 |
| RAVEN ASSET MANAGEMENT LLC | A/C RAVEN CREDIT OPPORTUNITIES, 195 MAPLEWOOD AVE, MAPLEWOOD, NJ 07040 |

| Claim Name | Address Information |
|---|---|
| RAVEN ASSET MANAGEMENT LLCA/C RAVEN CREDIT OPPORTU | ATTN: KEVIN GERLITZ,RAVEN CREDIT OPPORTUNITIES MASTER FUND, LTD.,C/O RAVEN ASSET MANAGEMENT, LLC,195 MAPLEWOOD AVE, MAPLEWOOD, NJ 07040 |
| RAYTHEON COMBINED COMPANYDB/DC MASTER PENSION TRUS | ATTN: JOHN D#APPOSORAZIO,MELLON TRUST OF NEW ENGLAND, N.A.,135 SANTILLI HIGHWAY, EVERETT, MA 02149 |
| RBS GMP REF 101394RBSP | 1 GEORGE STREET,#10-00, SINGAPORE,   49145 SINGAPORE |
| RBS LDN / BREVAN HOWARD MULTI- | STRATEGY FUND LIMITED,GIVE-UP FOREIGN EXCHANGE DE,1776 EYE STREET,NW  STE 250, WASHINGTON, DC |
| RBS LDN / LOUIS CAPITAL MARKETS UK | LLP GIVE-UP FOREIGN EXCHANGE DEPT,500 FIFTH AVENUE, NEW YORK, NY 10110 |
| RCM- BOEING COMPANY EMPLOYEE RETIREMENT | PLANS MASTER TRUST RE,RECORD CURRENCY MGMT LTD,MADEIRA WALK ,MORGAN HOUSE,WINDSOR, BERKSHIRE,   SL4 1EP UNITED KINGDOM |
| RCW REVOCABLE TRUST | ATTN: RODERICK C. WENDT,RCW REVOCABLE TRUST,2120 FAIRMONT STREET, KLAMATH FALLS, OR 97601 |
| REDSTONE PRESBYTERIAN SENIOR CARE | ATTN: CFO,6 GARDEN CENTER DRIVE, GREENSBURG, PA 156011397 |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | ATTN: ANNE C. BROOME, VICE PRESIDENT - FINANCE,OFFICE OF THE PRESIDENT,1111 FRANKLIN STREET, OAKLAND, CA 94607-5200 |
| REGENTS OF THE UNIVERSITY OF MINNESOTA | 100 CHURCH STREET S.E.,301 MORRILL HALL,ATTN: TREASURER, MINNEAPOLIS, MN 55455 |
| REGIE AUTONOME DES TRANSPORTSPARISIENS | 54 QUAI DE LA RAPEE, PARIS,  75599 FRANCE |
| REGIMENT CAPITAL LTD | 222 BERKELEY ST, BOSTON, MA 02116 |
| REGIONE LAZIO | ATTN: DIRECTTORE DEL DIPARTIMENTO ECONOMICO E,OCCUPAZIONALE,VILA ROSA RAINMONDI GARIBALDI, 7, ROME 00147,   ITALY |
| RELIANT ENERGY SERVICES I NC. | 379 THORNALL STREET, EDISON, NJ 08837 |
| RELIASTAR LIFE INSURANCE COMPANY | ATTN: DERIVATIVES MIDDLE OFFICE,C/O ING INVESTMENT MANAGEMENT LLC,5780 POWERS FERRY ROAD, N.W., SUITE 300, ATLANTA, GA 30327-4349 |
| RENAISSANCE SECS CYPRUS | 18,KRASNOPRESNENSKAYA NAB.,NABEREZHNAYA TOWER, MOSCOW,   RUSSIA |
| REPACK FRTC 2002-1 | C/O US BANK TRUST NATIONAL ASSOCIATION,100 WALL STREET, NEW YORK, NY 10005 |
| REPACKAGED AMERICAN GENERAL FRTC 2003-1 | C/O US BANK TRUST NATIONAL ASSOCIATION,100 WALL STREET, NEW YORK, NY 10005 |
| REPUBLIC OF ITALY, MINISTRY OF ECON & FIN TSY DEPT | ATTN: TIZIANA MAZZAROCHHI,VIA XX SETTEMBRE 97,00187,ROME, ,    IT |
| RESIDENTIAL ASSET SECURITIZATION TST 2006-A15/ DB, | 714 656 2626, |
| RESIDENTIAL ASSET SECURITIZATION TST 2006-A15/ DB, | ATTN: TRUST ADMINISTRATION 1N0615,DEUTSCHE BANK NATIONAL TRUST COMPANY, NOT,INDIV OR CORP CAPACITY BUT AS SUPP 2006-A15,INT TTEE FOR RESID ASSET SECURIZATION TRUST,1761 E. ST. ANDREW PLACE, SANTA ANA, CA 92705 |
| RESIDENTIAL ASSET SECURITIZATION TST 2006-A15/ DB, | DEUTSCHE BANK NATIONAL TRUST COMPANY,1761 E. ST. ANDREW PLACE, SANTA ANA, CA 92795 |
| RESIDENTIAL FUNDINGCOMPANY, LLC | RESIDENTIAL FUNDING COMPANY,1 MERIDIAN CROSSINGS, SUITE 100,MINNEAPOLIS, MN, , 55423 |
| RESONA BANK, LTD. | ATTN:TAKASHI YOSHIMOTO, GENERAL MANAGER, TREASURY,DIVISION,1-2, OTEMACHI 1-CHOME,CHIYODA-KU, TOKYO,  100-8106 JAPAN |
| RESONA BANK, LTD. | RESONA BANK, LTD.,TRADING ADMINISTRATION OFFICE,1-2, OTEMACHI 1-CHOME, CHIYODA-KU, TOKYO,  100-8106 JAPAN |
| RESONA BANK, LTD. | RESONA BANK, LTD., NEW YORK REPRESENTATIVE OFFICE,PROCESS AGENT,ATTN: HEAD OF NEW YORK REPRESENTATIVE OFFICE NEW,YORK,546 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10036 |
| RESOURCE BANK | ATTN: DYCKMAN DEBBIE,RESOURCE BANK,3720 VIRGINIA BEACH BOULEVARD, VIRGINIA BEACH, VA 23452 |
| RETIREMENT HOUSING FOUNDATION | ATTN: STEPHEN MARGETIC,RETIREMENT HOUSING FOUNDATION,5150 EAST PACIFIC COAST HIGHWAY, LONG BEACH, CA 90804 |
| RIDDLE MEMORIAL HOSPITAL HEALTH CARE CENTER III, | 1068 W. BALTIMORE PIKE, MEDIA, PA 190635177 |
| RIMCO/RIF LLC RUSSELL CORE BOND FUND | ATTN: LISA CAVALLARI,RUSSELL INSTITUTIONAL FUNDS MANAGEMENT LLC,909 A STREET, TACOMA, WA 98402-5120 |
| RIMROCK CAPITAL MANAGEMENT | A/C RIMROCK LOW VOLATILITY,2727 WEST COAST HIGHWAY, NEWPORT BEACH, CA 92663 |

| Claim Name | Address Information |
|---|---|
| RIMROCK HIGH INCOME PLUS (MASTER) FUND LTD | ATTN: OPERATIONS DEPARTMENT,RIMROCK CAPITAL MANAGEMENT LLC,27372 CALLE ARROYO, SUITE A, SAN JUAN CAPISTRANO, CA 92675 |
| RINA LTD FUND | RINA LTD., C/O MEESPIERSON (CAYMAN LIMITED),P.O. BOX 2003, BRITICH AMERICAN CENTRE,PHASE 3, DR. ROY'S DRIVE,ATTN: ROGER H. HANSON/DAVID RICHARDSON, DIRECTORS, GEORGE TOWN, GRAND CAYMAN,    CAYMAN ISLANDS, B.W.I. |
| RINA LTD FUND | ATTN: MS. RUBY CATO,RINA LTD.,C/O MEESPIERSON FUND SERVICES (CURACAO) N.V.,P.O. BOX 3889,BERG ARRARAT 1, CURACAO,    NETHERLANDS ANTILLES |
| RINA LTD FUND | SPRINGFIELD FINANCIAL SERVICES, LLC, PROCESS AGENT, |
| RINA LTD FUND | SPRINGFIELD ASSET MANAGEMENT L.L.C.,8700 WEST BRYN MAWR, 12TH FLOOR,ATTN: MR. MARVIN SHREAR, CHICAGO, IL 60631 |
| RIO TINTO AMERICA INC. | 6 ST JAMES SQUARE, LONDON,   SW1 4LD GB |
| RIO TINTO FINANCE PLC | 6 ST JAMES'S SQUARE, LONDON,   SW1Y 4LD GB |
| RISING RATES OPPORTUNITY PROFUND | ATTN: RUBIN HOWARD,PROFUNDS,7501 WISCONSIN AVENUE, SUITE 1000, BETHESDA, MD 20814 |
| RISING U.S. DOLLAR PROFUND | ATTN: HOWARD RUBIN OR RYAN CONNORS,PROFUNDS,7501 WISCONSIN AVENUE, SUITE 1000, BETHESDA, MD 20814 |
| RIVER CAPITAL ADVISORS, INC. | ATTN: WILLIAM M. RAMETTE,RIVER CAPITAL ADVISORS, INC.,1144 LAKE STREET, SUITE 207, OAK PARK, IL 60301 |
| RIVERSIDE HEALTHCARE ASSOCIATION, INC | RIVERSIDE HEALTH SYSTEM,606 DENBIGH BLVD., SUITE 800, NEWPORT NEWS, VA 23608 |
| RIVERSIDE HEALTHCARE ASSOCIATION, INC | RIVERSIDE HEALTH SYSTEM,606 DENBIGH BLVD., SUITE 800,ATTN: WADE BROUGHMAN, CHIEF FINANCIAL OFFICER, NEWPORT NEWS, VA 23608 |
| RIVERSOURCE BALANCED FUND | (612) 671-2428,1216 AMERIPRISE FINANCIAL CEN,31ST FLOOR, MINNEAPOLIS, MN 55474 |
| RIVERSOURCE BALANCED FUND | ATTN: INVESTMENT OPERATIONS,RIVERSOURCE FUNDS,C/O RIVERSOURCE INVESTMENTS, LLP,1109 AMERIPRISE FINANCIAL CENTER, H19/1109, MINNEAPOLIS, MN 55474 |
| RIVERSOURCE DIVERSIFIED BOND FUND | ATTN: INVESTMENT OPERATIONS,RIVERSOURCE FUNDS,C/O RIVERSOURCE INVESTMENTS, LLP,1109 AMERIPRISE FINANCIAL CENTER, H19/1109, MINNEAPOLIS, MN 55474 |
| RIVERSOURCE LIFE INSURANCE COMPANY | ATTN: IDS LIFE INSURANCE C,C/O AMERCIAN EXPRESS FINANCIAL,CORPORATION, 254 AXP FINANCIAL CENTER, MINNEAPOLIS, MN 55474 |
| RIVERSOURCE LIFEINSURANCE COMPANY | 612 671 1099, |
| RIVERSOURCE LIFEINSURANCE COMPANY | ATTN: REID GRAPEVINE,AMERICAN ENTERPRISE LIFE INSURANCE COMPANY,C/O AMERICAN EXPRESS FINANCIAL CORPORATION,254 AXP FINANCIAL CENTER, MINNEAPOLIS, MN 55474 |
| RIVERSOURCE LIFEINSURANCE COMPANY | C/O AMERICAN ENTERPRISE LIFE INSURANCE COMPANY,C/O AMERICAN EXPRESS FINANCIAL CORPORATION,254 AXP FINANCIAL CENTER, MINNEAPOLIS, MN 55474 |
| RIVERSOURCE LIMITED DURATION BOND FUND | ATTN: INVESTMENT OPERATIONS,RIVERSOURCE FUNDS,C/O RIVERSOURCE INVESTMENTS, LLP,1109 AMERIPRISE FINANCIAL CENTER, H19/1109, MINNEAPOLIS, MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO- CORE EQUITY FUND, | ATTN: INVESTMENT OPERATIONS,RIVERSOURCE FUNDS,C/O RIVERSOURCE INVESTMENTS, LLP,1109 AMERIPRISE FINANCIAL CENTER, H19/1109, MINNEAPOLIS, MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO-BALANCED FUND | ATTN: INVESTMENT OPERATIONS,RIVERSOURCE FUNDS,C/O RIVERSOURCE INVESTMENTS, LLP,1109 AMERIPRISE FINANCIAL CENTER, H19/1109, MINNEAPOLIS, MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO-CORE BOND FUND | ATTN: INVESTMENT OPERATIONS,RIVERSOURCE FUNDS,C/O RIVERSOURCE INVESTMENTS, LLP,1109 AMERIPRISE FINANCIAL CENTER, H19/1109, MINNEAPOLIS, MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO-DIVERSIFIED BOND FD | ATTN: INVESTMENT OPERATIONS,RIVERSOURCE FUNDS,C/O RIVERSOURCE INVESTMENTS, LLP,1109 AMERIPRISE FINANCIAL CENTER, H19/1109, MINNEAPOLIS, MN 55474 |
| RIVERWOODS AT EXETER | ATTN: JUSTINE VOGEL / CHIEF FINANCIAL OFFICER,THE RIVERWOODS COMPANY, AT EXETER N.H.,7 RIVERWOODS DRIVE, EXETER, NH 03833-4376 |
| RK BRADLEY ASSOCIATES LIM | RK BRADLEY ASSOCIATES LIMITED PARTNERSHIP,C/O KONOVER PROPERTIES CORPORATION,342 NORTH MAIN STREET, WEST HARTFORD, CT 06117 |
| RK BRADLEY ASSOCIATES LIM | C/O WATERFORD HOTEL GROUP, INC.,914 HARTFORD TURNPIKE,P.O. BOX 715, ATTN: AINNA SHAPIRO, WATERFORD, CT 06385 |
| ROBANIA CDO LIMITED | ATTN: THE DIRECTORS,ROBANIA CDO LIMITED,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN,    CAYMAN ISLANDS |
| ROBECO CDO VII LTD | ATTN: FIXED INCOME DEPARTMENT/PORTFOLIO MANAGERS,ROBECO INSTITUTIONAL ASSES MANAGEMENT B.V.,COOLSINGEL 120,3001 AG ROTTERDAM, ,   THE NETHERLANDS |

| Claim Name | Address Information |
|---|---|
| ROBECO CDO VII LTD | ROBECO INSTITUTIONAL ASSET MANAGEMENT BV,PORTFOLIO MANAGER OF ROBECCO CDO VII LIMITED,COOLSINGEL 120,NL-3011 AG ROTTERDAM, ,   THE NETHERLANDS |
| ROBECO CDO VII LTD | MAPLES AND CALDER EUROPE, PROCESS AGENT,7 PRINCES STREET, LONDON EC2R 8AQ, UNITED KINGDOM |
| ROBECO FIXED INCOME STRATEGIES SPC | 110 COOLSINGEL, ROTTERDAM,  NI 3011 NETHERLANDS |
| ROBECO FIXED INCOME STRATEGIES SPC | ROBECO ALTERNATIVE INVESTMENTS,COOLSINGEL 120,AG ROTTERDAM, ,   3011 THE NETHERLANDS |
| ROBERT A SCHOELLHORN TRUST | ATTN: ROBERT A SCHOELLHORN,MARATHON COACH,91333 COBURG INDUSTRIAL WAY, COBURG, OR 97408-9492 |
| ROCK CREEK GROUP LPA/C RC PA 7051 | ATTN: SUDHIR KRISHNAMURTHI,ROCK CREEK PORTABLE ALPHA SERIES 7051 LTD.,C/O THE ROCK CREEK GROUP,1133 CONNECTICUT AVENUE, N.W., WASHINGTON, DC 20036 |
| ROCK CREEK GROUP LPA/C RC PA 8011 | ATTN: SUDHIR KRISHNAMURTHI,ROCK CREEK PORTABLE ALPHA SERIES 8011 LTD.,C/O THE ROCK CREEK GROUP, LP,1133 CONNECTICUT AVENUE, N.W., WASHINGTON, DC 20036 |
| ROCK CREEK GROUP LPA/C RC PA SERIES III | ATTN: SUDHIR KRISHNAMURTHI,ROCK CREEK PORTABLE ALPHA SERIES III LTD.,C/O THE ROCK CREEK GROUP,1133 CONNECTICUT AVENUE, N.W., WASHINGTON, DC 20036 |
| ROCKFORD MEMORIAL HOSPITAL | ATTN: VP-FINANCE,2400 NORTH ROCKTON, ROCKFORD, IL 61103 |
| ROCKIES EXPRESS PIPELINE LLC | ATTN: KEVIN FLACK,ROCKIES EXPRESS PIPELINE LLC,500 DALLAS STREET, SUITE 1000, HOUSTON, TX 77002 |
| ROCKWOOD PARTNERS, L.P. | ATTN: JAY BUCK,104 FIELD POINT ROAD, GREENWICH, CT 06830 |
| ROGGE/STICHTING PENSIOENFONDS | VAN DE GROLSCHE BIERBROUWERIJ,1720 POST ROAD EAST,SUITE 12, WESTPORT, CT 06880 |
| ROGUE VALLEY MANOR | ATTN: OFFICER CHIEF FINANCIAL,1200 MIRA MAR AVENUE, MEDFORD, OR |
| ROMAN CATHOLIC DIOCESE OF MEMPHIS | ATTN: CHIEF FINANCIAL OFFICER,THE ROMAN CATHOLIC DIOCESE OF MEMPHIS,5825 SHELBY OAKS DRIVE, MEMPHIS, TN 38138 |
| ROSS FINANCIAL CORPORATION | ATTN: MARK VANDEVELDE W MANDATRYCOPY TO WILLIAM,SULLIVAN,ROSS FINANCIAL CORPORATION,C/O DART MANAGEMENT LIMITED,POBOX 31363, 45 MARKET ST, STE 3211, CAMANA BAY, GRAND CAYMAN KY1-1206,   CAYMAN ISLANDS |
| ROSSLYN SERIES LLC | ATTN: ANTHONY WESTREICH,ROSSLYN SERIES, LLC,C/O MONDAY PROPERTIES, 230 PARK AVENUE, NEW YORK, NY 10169 |
| ROYAL BANK AMERICA | ATTN: MCSWIGGEN JAMES,ROYAL BANK OF PENNSYLVANIA,732 MONGOMERY AVENUE, NARBERTH, PA 19072 |
| ROYAL BANK OF CANADA | 180 WELLINGTON STREET WEST,6TH FLOOR, TORONTO,  M5J 1J1 CANADA |
| ROYAL BANK OF CANADA | ATTN: SENIOR VICE PRESIDENT,2ND FLOOR,ROYAL BANK PLAZA,NORTH TOWER,200 BAY STREET, TORONTO, ON M5J 2J5 CANADA |
| ROYAL BANK OF CANADA | 5TH FLOOR, NORTH TOWER,200 BAY STREET, ROYAL BANK PLAZA,200 BAY STREET,MANAGER CAPITAL MARKETS PRODUCTS OPERATIONS, TORONTO, ON M5J 2J5 CANADA |
| ROYAL BANK OF CANADA | ROYAL BANK OF CANADA, NEW YORK BRANCH, PROCESS,AGENT,FINANCIAL SQUARE, NEW YORK, NY 10005-3531 |
| ROYAL BANK OF CANADA | ROYAL BANK OF CANADA, NEW YORK BRANCH, PROCESS,AGENT,ONE LIBERTY PLAZA,2ND FLOOR, NEW YORK, NY 10006-1404 |
| ROYAL BANK OF SCOTLAND PLC (THE) | 550 WEST JACKSON BLVD,SUITE 1700, CHICAGO, IL 60661 |
| RUBICON MASTER FUND | PO BOX 309GT,UGLAND HOUSE,SHOUD CHURCH STREET,GRAND CAYMAN, ,   CAYMAN ISLANDS |
| RUBICON MASTER FUND | 103 MOUNT STREET, LONDON,  W1K 1TJ UNITED KINGDOM |
| RUBY 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE,DUBLIN 1, ,   IRELAND |
| RUBY FINANCE 2004-3 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE,DUBLIN 1, ,   IRELAND |
| RUBY FINANCE 2006-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE,DUBLIN 1, ,   IRELAND |
| RUBY FINANCE 2006-4 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE,DUBLIN 1, ,   IRELAND |
| RUBY FINANCE 2006-5 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE,DUBLIN 1, ,   IRELAND |
| RUBY FINANCE 2006-7 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2006-7 | FINANCE SERVICES CENTRE,DUBLIN 1, ,   IRELAND |
| RUBY FINANCE 2007-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE,DUBLIN 1, ,   IRELAND |
| RUBY FINANCE 2007-3 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE,DUBLIN 1, ,   IRELAND |
| RUBY FINANCE 2007-6 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE,DUBLIN 1, ,   IRELAND |
| RUBY FINANCE PLC 2007-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE,DUBLIN 1, ,   IRELAND |
| RUSSELL/BWA/DAIMLERCHRYSLER | MASTER RETIREMENT TRUST,1 FIRST CANADIAN PLACE,SUITE 5900, TORONTO, ON M5X 1E4 CA |
| RUSSELL/BWA/DAIMLERCHRYSLERMASTER RETIREMENT TRUST | ATTN: PETER LA TRONICA,C/O BRIDGEWATER ASSOCIATES, INC.,ONE GLENDINNING PLACE, WESTPORT, CT 06880 |
| RUTHERFORD HOSPITAL, INC. | ATTN: VICE PRESIDENT & CHIEF FINANCIAL OFFICER,RUTHERFORD HOSPITAL, INCORPORATED,288 SOUTH RIDGECREST AVE., RUTHERFORDTON, NC 28139 |
| RUTLAND REGIONAL MEDICAL CENTER | ATTN: CHIEF FINANCIAL ADVISOR,160 ALLEN STREET,RUTLAND, VT, ,   05701 |
| RYDEX VARIABLE TRUST - NASD-100 2X STRAT FD | 6116 EXECUTIVE BLVD,SUITE 400, ROCKVILLE, MD 20852 |
| S&P LINKED INVESTMENT TRUST CERTS (SPLITS) 1997-SP | , NEW YORK, NY |
| SABMILLER PLC | CHURCH STREET WEST, WOKING SURREY,   GU21 6HS UNITED KINGDOM |
| SAC CAPITAL ADVISORS LLC A/C S.A.C. ARBITRAGE, LLC | 135 EAST 57TH,20TH FLOOR, NEW YORK, CT 06902 |
| SAC CAPITAL ASSOCIATES L LC | , HONG KONG,   HONG KONG |
| SACRAMENTO, COUNTY OF | ATTN: DIRECTOR OF FINANCE,COUNTY ADMINISTRATION CENTER,700 H STREET, SACRAMENTO, CA 95814 |
| SACRED HEART UNIVERSITY | ATTN: VICE PRESIDENT FOR FINANCE & ADMINISTRATION,SACRED HEART UNIVERSITY, INCORPORATED,5151 PARK AVENUE, FAIRFIELD, CT 06825-1000 |
| SAFEWAY INC | SAFEWAY INC.,5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588 |
| SAGA 400 LIMITED | ATTN: STUART HOWARD,THE SAGA BUILDING,ENBROOK PARK,FOLKESTONE, KENT CT20 3SE, UNITED KINGDOM |
| SAIL TRUST 2005-2 | ATTN: ABSTRUST SERVICES GROUP SAIL 2005-1,LASALLE BANK NATIONAL ASSOCIATION,125 S. LASALLE STREET, SUITE 1625, CHICAGO, IL 60603 |
| SAINT JOHN'S COMMUNITIES | RADIAN ASSET ASSURANCE INC.,335 MADISON AVENUE,CHIEF RISK OFFICER AND CHIEF LEGAL OFFICER, NEW YORK, NY 10017 |
| SAINT JOHN'S COMMUNITIES | ATTN: VP/DIRECTOR OF FINANCE,SAINT JOHN'S COMMUNITIES, INC.,1840 N. PROSPECT AVENUE, MILWAUKEE, WI 53202 |
| SAINT JOSEPH'S UNIVERSITY | ATTN: LOUIS MAYER, VP OF FINANCIAL AFFAIRS,SAINT JOSEPH#APPOSS UNIVERSITY,5600 CITY AVENUE, PHILADELPHIA, PA 19131 |
| SALEM FIVE CENTS SAVINGS BANK | 210 ESSEX STREET, SALEM, MA 01970 |
| SALEM FIVE CENTS SAVINGS BANK | ATTN: PING YIN CHAI,SALEM FIVE CENTS BANK,210 ESSEX ST, SALEM, MA 01970 |
| SALLY HECHINGER RUDOY, NANCY,JOHN, S. ROSS HECHING | ATTN: MR. JOHN HECHINGER,5215 MOORLAND LANE, BETHESDA, MD 20814 |
| SAMBA FINANCIAL GROUP | PO BOX 33, RIYADH,   SAUDI ARABIA |
| SAMPO BANK PLC | ALEKSANTERINKATU 11, HELSINKI,   FINLAND |
| SAMSON SER A-STEIPS | ATTN: MR. BEN THOMPSON,C/O SAMSON CAPITAL ADVISORS LLC,598 MADISON AVENUE, NEW YORK, NY 10022 |
| SAMSON SER B - STEIPS | ATTN: MR. BEN THOMPSON,C/O SAMSON CAPITAL ADVISORS LLC,598 MADISON AVENUE, NEW YORK, NY 10022 |
| SAMSON SER C-STEIPS | ATTN: MR. BEN THOMPSON,C/O SAMSON CAPITAL ADVISORS LLC,598 MADISON AVENUE, NEW YORK, NY 10022 |
| SAMSON SER D - STEIPS | 598 MADISON,7TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| SAMSUNG ACADEMY YES-SPAS1 | C/O SAMSUNG INV TRUST MGMT CO,5/F SAMSUNG LIFE YOUIDO BUILDING 36-1 YOUIDO-DONG,YOUNGDEUNGPO-KU, SEOUL,  150-010 KOREA |
| SAMSUNG LIFE INSURANCE CO LTD. | 1321-15,SEOCHO-DONG,3RD FL. SAMSUNG LIFE INSURANCE SEOCHO TO, SEOCHO-GU, KOREA |
| SAMSUNG LIFE INSURANCE CO LTD. | ATTN: MR. JE RYUN LEE,SAMSUNG LIFE INSURANCE CO., LTD.,150, TAEPYEONGRO 2-GA, JUNG-GU, SEOUL,  100-716 KOREA |
| SAN DIEGO HOSPITAL ASSOCIATION | 8695 SPECTRUM CENTER COURT, 1ST FLOOR,ATTN: ALLISON FLEURY, |
| SAN DIEGO HOSPITAL ASSOCIATION | CAIN BROTHERS & CO., LLC,425 FIFTH AVENUE,25TH FLOOR, ATTN: TIMOTHY J. SHEEHAN, NEW YORK, NY 10018 |
| SAN DIEGO HOSPITAL ASSOCIATION | ATTN: CARLISLE C. LEWIS, III, SENIOR VICE,PRESIDENT AND GENERAL COUNSEL,SHARP HEALTHCARE F/K/A SAN DIEGO HOSPITAL,ASSOCIATION,8695 SPECTRUM CENTER BOULEVARD, SAN DIEGO, CA 92123 |
| SAN FRANCISCO AIRPORT, CITY AND COUNTY OF | AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN,FRANCISCO,INTERNATIONAL TERMINAL BUILDING, BUILDING 100,P.O. BOX 8097,ATTN: AIRPORT GENERAL COUNSEL, SAN FRANCISCO, CA 94128 |
| SAN FRANCISCO AIRPORT, CITY AND COUNTY OF | ATTN: DIRECTOR OF FINANCE,AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN,FRANCISCO,TERMINAL 2, 5TH FLOOR, P.O. BOX 8097, SAN FRANCISCO, CA 94218 |
| SAN FRANCISCO BAY PARTNERS II, LTD | 2882 SAND HILL ROAD, SUITE 240, MENLO PARK, CA 94025 |
| SAN FRANCISCO BAY PARTNERS III, L.P. | 2882 SAND HILL ROAD, SUITE 240, MENLO PARK, CA 94025 |
| SANFORD HEALTH | ATTN: CHIEF FINANCIAL OFFICER,SANFORD HEALTH,1305 WEST 18TH STREET, SIOUX FALLS, SD 57717-5039 |
| SANKATY ADVISORS A/C RACE | POINT IV CLO LTD REF RP4 CLO 2007,111 HUNTINGTON AVE, BOSTON, MA 02199 |
| SANKATY ADVISORSA/C RACE POINT IV CLO LTDREF RP4 C | ATTN: JEFF HAWKINS,SANKATY ADVISORS, LLC,111 HUNTINGTON AVENUE, BOSTON, MA 02199 |
| SANKATY CREDIT OPPORTUNITIES II, L.P. | 111 HUNTINGTON AVE, BOSTON, MA 02199 |
| SANNO POINT MASTER FUND LTD. | 623 FIFTH AVENUE, NEW YORK, NY 10005 |
| SANTANDER/BANESTO GARANTIZADO MULTIOPORT 4X4-2 | ATTN: ALICIA SANTOS LLAMAS,CIUDAD GRUPO SANTANDER,AVDA CANTABRIA S/N,28660 BOADILLA DEL MONTE, MADRID,  28660 SPAIN |
| SANTANDER/FONDO SUPERSELECCIONACCIONES 2 FIM | ATTN: ALICIA SANTOS LLAMAS,CIUDAD GRUPO SANTANDER,AVDA CANTABRIA S/N,28660 BOADILLA DEL MONTE, MADRID,  28660 SPAIN |
| SANTANDER/SUPERSELECCION DIVIDENDO 2 FI | AVDA DE CANTANBRIA S/N,EDIFICIO ENCINAR,BOADILLA DEL MONTE, MADRID,  28660 SPAIN |
| SANTANDER/SUPERSELECCIONDIVIDENDO 2 FI | ATTN: ALICIA SANTOS LLAMAS,CIUDAD GRUPO SANTANDER,AVDA CANTABRIA S/N,28660 BOADILLA DEL MONTE, MADRID,  28660 SPAIN |
| SAPHIR 2007-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,  IRELAND |
| SAPHIR FINANCE 2005-12 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,  IRELAND |
| SAPHIR FINANCE 2006-6 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,  IRELAND |
| SAPHIR FINANCE 2006-8 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,  IRELAND |
| SAPHIR FINANCE PLC 2004-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,  IRELAND |
| SAPHIR FINANCE PLC 2004-5 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,  IRELAND |
| SAPHIR FINANCE PLC 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,  IRELAND |
| SAPHIR FINANCE PLC 2005-10 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,  IRELAND |
| SAPHIR FINANCE PLC 2005-13 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,  IRELAND |
| SAPHIR FINANCE PLC 2005-3 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2005-3 | FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2005-4 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2005-7 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2006-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2006-10 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2006-11 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2006-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2006-3 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2006-4 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2006-5 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2007-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2007-3 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2007-4 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2007-5 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC 2007-7 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-11 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-12 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-4 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-7 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| SAPPORO NISHIMACHI YK | ATTN: MR. RICHARD J. REITKNECHT,SAPPORO NISHIMACHI YUGEN KAISHA,C/O ASIA PACIFIC LAND (JAPAN) LIMITED,AKASAKA TAMEIKE TOWER, 9TH FLOOR, AKASAKA, 2-17-7 |
| SARASIN & PARTNERS LLP | A/C SARASIN EQUISAR IIID FUND,100 ST PAUL'S CHURCHYARD,JUXON HOUSE, LONDON, EC4M 8BU UNITED KINGDOM |
| SARASOTA COUNTY PUBLIC HOSPITAL BOARD | ATTN: CHIEF FINANCIAL OFFICER,1700 SOUTH TAMIAMI TRAIL, SARASOTA, FL 33579 |
| SARM 2008-1 | ATTN: CLIENT MANAGER, SASCO SERIES 2008-1,WELLS FARGO BANK, N.A., TRUSTEE,9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045 |
| SASCO CAPITALA/C SASCO 2007-SC1 | ATTN: STRUCTURED FINANCE - SASCO 2007-BNC1,U.S. BANK NATIONAL ASSOCIATION, TRUSTEE,CORPORATE TRUST SERVICES,1 FEDERAL STREET, THIRD FLOOR, BOSTON, MA 02110 |
| SASCO/BNC MORT LOANSERIES 2007-1 | ATTN: STRUCTURED FINANCE - BNC 2007-1,U.S. BANK NATIONAL ASSOCIATION, TRUSTEE,CORPORATE TRUST SERVICES,1 FEDERAL STREET, THIRD FLOOR, BOSTON, MA 02110 |
| SASCO/BNC MORT LOANSERIES 2007-BC2 | ATTN: STRUCTURED FINANCE - SASCO 2007-BC2,U.S. BANK NATIONAL ASSOCIATION, TRUSTEE,CORPORATE TRUST SERVICES,1 FEDERAL STREET, THIRD FLOOR, BOSTON, MA 02110 |

| Claim Name | Address Information |
|---|---|
| SATELLITE CREDIT OPPORTUNITIES, LTD. | 10 EAST 50TH STREET, NEW YORK, NY 10022 |
| SAXO BANK A/S | 3 CHURCH STREET, SINGAPORE,   49483 SINGAPORE |
| SBAB - SWEDISH NATIONAL HOUSING CORPORATION | LOJTNANTSGATAN 21,PO BOX 27308, STOCKHOLM,   SE-10254 SWEDEN |
| SCH GESTION SGIIC SAA/C SANTANDER DECISION AGRESIV | ATTN: ALICIA SANTOS LLAMAS,CIUDAD GRUPO SANTANDER,AVDA CANTABRIA S/N,28660 BOADILLA DEL MONTE, MADRID,  28660 SPAIN |
| SCHEURER HOSPITAL | ATTN: PRESIDENT,170 NORTH CASEVILLE ROAD, PIGEON, MI 48755 |
| SCHRODER INV MGMT NA INC | A/C SCHRODER IVESTMENT USD LIB,130 LIBERTY STREET MS2355, NEW YORK, NY 10006 |
| SCHRODER INV MGMT NA INCA/C STRATEGIC BOND PORTFOL | ATTN: ALEXANDER BURROWS, ASSOCIATE DRCTR, LEGAL,SERVICES,C/O SCHRODER INVESTMENT MANAGEMENT LIMITED,31 GRESHAM STREET, LONDON EC2Y 7QA,   UNITED KINGDOM |
| SCHRODER INV MGMTA/C SCHRODER STATEGICBOND FUND, | ATTN: ALEXANDER BURROWS, ASSOCIATE DRCTR, LEGAL,SERVICES,C/O SCHRODER INVESTMENT MANAGEMENT LIMITED,31 GRESHAM STREET, LONDON EC2Y 7QA,   UNITED KINGDOM |
| SCOGGIN CAPITAL MANAGEMENT | A/C GUGGENHEIM PORT CO VII LLC,660 MADISON AVE, NEW YORK, NY 10021 |
| SEABROOK VILLAGE, INC | 991 CORPORATE BLVD, LINTHICUM, MD 21090-2227 |
| SEATTLE PACIFIC UNIVERSITY | ATTN: CRAIG KISPERT,3307 THIRD AVENUE WEST, SEATTLE, WA 98119 |
| SEB AG | AMALIEGADE35,BOX 2198, COPENHAGEN K,  DK-1017 DENMARK |
| SEB AG | ATTN: SWAPS ADMINISTRATION,BFG BANK AG,MAINZER LANDSTRASSE 16, FRANKFURT D-60283,   GERMANY |
| SEB AG | BFG BANK AG,ATTN: MR. ULRICH MAUERSBERG,6TH FLOOR, BUCKLERSBURY HOUSE,11 WALBROOK, LONDON EC4N 8EL,   UNITED KINGDOM |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | ATTN: DERIVATIVES MIDDLE OFFICE,C/O ING INVESTMENT MANAGEMENT LLC,5780 POWERS FERRY ROAD, N.W., SUITE 300, ATLANTA, GA 30327-4349 |
| SEGREGATED PORTFOLIO SPRC | SERIES 2007-1 D FORCE C/O MAPLES FINANCE LIMITED,PO BOX #1093 - GT QUEENSGATE HOUSE,SOUTH CHURCH STREET,GEORGETOWN, GRAND CAYMAN, ,   CAYMAN ISLANDS |
| SEI GLOBAL FIXED INCOME FUND | A/C SEI GLOBAL MASTER FUND PLC,1 BRUTON STREET,TIME AND LIFE BUILDING, LONDON, W1J 6TL UNITED KINGDOM |
| SEI INVESTMENTS COMPANYA/C SEI GBL INV EURO CORE F | ATTN: LOUISE MURPHY,SEI GLOBAL FUND SERVICES,STYNE HOUSE UPPER HATCH STREET, DUBLIN 2,   IRELAND |
| SEMPRA ENERGY SOLUTIONS | 101 ASH STREET,HQ 10B, SAN DIEGO, CA 92101 |
| SENOKO POWER LIMITED | 111 SOMERSET ROAD,#05-06, SINGAPORE,   238164 SINGAPORE |
| SEQUA CORPORATION | ATTN: KEN BINDER AND JIM LANGELOTTI,SEQUA CORPORATION,200 PARK AVENUE, NEW YORK, NY 10017 |
| SERIES 2007-1 A1 | SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD,SERIES 2007-1 FEDERATED A-1, C/O MAPLES FINANCE LT,P.O. BOX 1093GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, ,   CAYMAN ISLANDS |
| SGAM AI INFINITE RE SGAM ALTERNATIVE INVESTMENT, | 1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD. | ATTN: THE DIRECTORS,EXUM RIDGE CBO 2006-1, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GRAND CAYMAN, CAYMAN ISLANDS, BWI |
| SHANGHAI PUDONG DEV. BANK | ZHONG SHAN DONG YI LU,THE BUND, SHANGHAI,  200002 CHINA |
| SHANNON HEALTH SYSTEM | ATTN: TIMOTHY J. SHEEHAN,CAIN BROTHERS & CO., LLC,452 FIFTH AVENUE, 25TH FLOOR, NEW YORK, NY 10018 |
| SHANNON HEALTH SYSTEM | 120 EAST HARRIS AVENUE,P.O. BOX 1879, SAN ANGELO, TX 76902 |
| SHANNON HEALTH SYSTEM | ATTN: SHANE PLYMELL - VICE PRESIDENT, FINANCE AND,CHIEF FINANCIAL OFFICER,120 EAST HARRIS ST., SAN ANGELO, TX 76903 |
| SHANNON HEALTH SYSTEM | VICE PRESIDENT, FINANCE AND CHIEF FINANCIAL,OFFICER,120 EAST HARRIS ST., SAN ANGELO, TX 76903 |
| SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT | CAIN BROTHERS & CO., LLC,452 FIFTH AVENUE, 25TH FLOOR,ATTN: SCOTT D. SMITH, NEW YORK, NY 10018 |
| SHEPHERD OF THE VALLEY LUTHERAN | ATTN: DONALD A. KACMAR,SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT,SERVICES, |

| Claim Name | Address Information |
|---|---|
| RETIREMENT | INC.,6000 MAHONING AVENUE, SUITE 410, YOUNGSTOWN, OH 44515 |
| SHINHAN BANK | TAEPYUNGRO,CHUNG-KU, SEOUL,    KOREA |
| SHINHAN BANK | ATTN: SWAP DESK,SHINHAN BANK,120, 2GA TAEPYUNG-RO CHUNG-KO, SEOUL,    100-102 KOREA |
| SHINKI CO LTD | 1-6-1 NISHISHINJUKU,SHINJUKU-KU, TOKYO,   163-1528 JAPAN |
| SHINKIN CENTRAL BANK FOREIGN EXCHANGE DEPT | 1251 AVENUE OF AMERICAS 38F, NEW YORK, NY 10020 |
| SHINSEI BANK LIMITED | 17-30 BASINGHALL ST,8-JAN,UCHISAIWAICHO 2-CHOME, TOKYO,   100-8501 JAPAN |
| SHINSEI SECURITIES CO., LTD. | 03-5511-0131,UCHISAIWAICHO, CHIYODA-KU,    JAPAN |
| SHINYOUNG SECURITIES CO., LTD. | ATTN: BUSINESS OPERATION TEAM,SHINYOUNG SECURITIES CO., LTD.,SHINYOUNG BUILDING, 34-8, YOIDO-DONG,YOUNGDEUNGPO-GU, SEOUL, ,  151-010 REPUBLIC OF KOREA |
| SHINYOUNG SECURITIES CO.,LTD. | 34-12 YOIDO-DONG,YOUNGDEUNGPO-KU,SHINYOUNG BLDG 5TH FLOOR, SEOUL,   150-884 KOREA |
| SHOKO CHUKIN | 2-10-17 YAESU,CHUO-KU, TOKYO,   104-0028 JAPAN |
| SIGMA FINANCE CORPORATION | PO BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, ,   CAYMAN ISLANDS, BWI |
| SIGMA FIXED INCOME FUND | 10 PATERNOSTER ROW,ST MARTINS COURT - 4TH FL, LONDON,   EC4M 7EJ UNITED KINGDOM |
| SILVER POINT CAPITAL FUND, L.P. | 111 SOUTH WACKER DRIVE,39TH FLOORT, CHICAGO, IL 60606 |
| SILVERCREST PROPERTIES, LLC | 3601 PARK CENTER BLVD. SUITE 210, ST. LOUIS PARK, MN 55416 |
| SILVERWOOD APARTMENTS, LLC | SILVERWOOD APARTMENTS, LLC, ELLENSBURG, WA 098926-961 |
| SIMGEST SIM SPA | VIA CAIROLI 11, BOLOGNA,   40121 ITALY |
| SIMMONS COLLEGE | ATTN: HUMBERTO GONCALVES,300 THE FENWAY, BOSTON, MA 02115 |
| SIMPSON MEADOWS | ATTN: JAMES J. KONISZEWSKI - CHIEF FINANCIAL,OFFICER,150 MONUMENT ROAD,SUITE 405, BALA CYNWYD, PA 19004 |
| SIRIUS INTERNATIONAL LIMITED SERIES 13 | 3RD FLOOR,MARLON HOUSE,71-74 MARK LANE, LONDON,   EC3R 7RH UNITED KINGDOM |
| SISTERS OF CHARITY OFLEAVENWORTH HEALTH SYSTEMS, | ATTN: MICHAEL ROWE,9801 RENNER BOULEVARD, LENEXA, KS 66219 |
| SIXTH GEAR SOLUTIONS CORP | ATTN: SUSAN LABAR,SIXTH GEAR SOLUTIONS CORP,1212 AVENUE OF THE AMERICAS, 17TH FLOOR, NEW YORK, NY 10036 |
| SK ENERGY CO. LTD. | 99 SEORIN-DONG.JONGRO-GU, KOREA,   110-110 KOREA |
| SKANDIA LIFE INSURANCE COMPANY LTD (PUBL) | 1 CORPORATE DR, SHELTON, CT 006484-620 |
| SKANDINAVISKA ENSKILDA BANKEN | ÖSTERGATAN 39, MALMÖ,   205 20 SWEDEN |
| SLB 1200 BRICKELL LLC | 1200 BRICKELL AVE, MIAMI, FL 33131 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: ATTENTION: VICE PRESIDENT, FINANCE,SLM STUDENT LOAN TRUST 2004-1,C/O SALLIE MAE, INC.,12061 BLUEMONT WAY, MDC V7444, RESTON, VA 20190 |
| SMITH BREEDEN ASSOCIATES | A/C UNDERLYING FUNDS FI ARB1,1 FINANCIAL CENTE, BOSTON, MA 02111 |
| SMITH BREEDEN ASSOCIATESA/C SMITH BREEDEN ALPHA MA | ATTN: LEGAL - RE: SMITH BREEDEN CREDIT MASTER LTD.,SMITH BREEDEN CREDIT MASTER LTD.,C/O SMITH BREEDEN ASSOCIATES, INC.,100 EUROPA DRIVE, SUITE 200, CHAPEL HILL, NC 27517 |
| SMITH BREEDEN ASSOCIATESA/C SMITH BREEDEN IGCOREFU | ATTN: LEGAL - RE: METROPOLITAN LIFE INS. COMP NO.,389,METROPOLITAN LIFE INSURANCE COMPANY - ACCT NO. 389,C/O SMITH BREEDEN ASSOCIATES, INC.,100 EUROPA DRIVE, SUITE 200, CHAPEL HILL, NC 27517 |
| SMITH BREEDEN ASSOCIATESA/C UNDERLYING FUNDS FI AR | ATTN: KRISTINA LABERMEIER,ALPHA HEDGED STRATEGIES FUND,701 WESTCHESTER AVENUE, SUITE 312W, WHITE PLAINS, NY 10604 |
| SMITH BREEDEN MORTGAGE PARTNERS LP | ATTN: LEGAL - RE: METROPOLITAN LIFE INS. COMP NO.,389,METROPOLITAN LIFE INSURANCE COMPANY - ACCT NO. 389,C/O SMITH BREEDEN ASSOCIATES, INC.,100 EUROPA DRIVE, SUITE 200, CHAPEL HILL, NC 27517 |
| SMURFIT KAPPA ACQUISITIONS | ATTN: BRENDAN GLYNN,JSG AQUISITIONS (F/K/A MDCP ACQUISITIONS I),BEECH HILL,CLONSKEAGH, DUBLIN,   4 IRELAND |
| SMURFIT KAPPA ACQUISITIONS | SMURFIT UK, PROCESS AGENT,2 THE BEACONS,BEACONSFIELDS ROAD,ATTN: FINANCE DIRECTOR, HATFIELD HERTS A1108EQ,    UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| SNS BANK N.V. | CROESELAAN 1, UTRECHT,  3521 BJ NETHERLANDS |
| SOCIETE AIR FRANCE | 45 RUE DE PARIS, ROISSY,  95747 FRANCE |
| SOCIETE GENERALE | 17 COURS VALMY, PARIS LA DEFENSE CEDEX,  92987 FRANCE |
| SOCIETE GENERALE ASSET MANAGEMENT BANQUE SA | 17 COURS VALMY,TOUR SOCIETE GENERALE, PARIS LA DEFENSE CEDEX,  92987 FRANCE |
| SOCIETE GENERALE BANK AND TRUST | 11-13 AVENUE EMILE REUTER, LUXEMBOURG,  L-2420 LUXEMBOURG |
| SOCIETE GENERALE SECURITIES FOREIGN EXCHANGE DEPT, | 1221 AVENUE OF THE AMERICAS, PARIS,  10020 FRANCE |
| SOLA LTD | 100 SUMMER STREET,SUITE 1400, BOSTON, MA 02110 |
| SOLID WASTE DISPSL AUTHTY OF CITY OF SCOTTSBORO, | ATTN: CHIEF FINANCIAL OFFICER,THE SOLID WASTE DISPOSAL AUTHORITY OF THE CITY OF,SCOTTSBORO,916 S. BROAD STREET, SCOTTSBORO, AL 35768 |
| SORIN MASTER FUND, LTD. | 400 ATLANTIC STREET,12TH FLOOR, STAMFORD, CT 06901 |
| SOUTH MISSISSIPPI ELECTRICPOWER ASSOCIATION | ATTN: GENERAL MANAGER,SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,(7037 U.S. HIGHWAY 49) P.O. BOX 15849, HATTIESBURG, MS 39404-5849 |
| SOUTHERN CALIFORNIA EDISON COMPANY | 2244 WALNUT GROVE AVE, ROSEMEAD, CA 91770 |
| SOUTHERN METHODIST UNIV | SOUTHERN METHODIST UNIVERSITY,VICE PRESIDENT FOR BUSINESS AND FINANCE,P.O. BOX 750505, DALLAS, TX 75275-0505 |
| SOUTHERN NATIONAL BANK | ATTN: MR. BRIAN D. HODGSON,200 WEST 2ND STREET, WINSTON-SALEM, NC 27102-1270 |
| SOUTHERN PACIFIC FINANCING06-A PLC | ATTN: DOCUMENTATION MANAGER,LEHMAN BROTHERS SPECIAL FINANCING INC., C/O LEHMAN,TRANSACTION MANAGEMENT GROUP, CORPORATE ADVISORY D,SEVENTH AVENUE, NEW YORK, NY 10019 |
| SOUTHERN PACIFIC MORTGAGE LIMITED | ATTN:GEMMA REECE/BILL CHERRY,125 KENSINGTON HIGH STREET, LONDON,  W8 5PA UK |
| SOUTHERN PACIFIC SECURITIES06-1 PLC | ATTN: HEAD OF LEGAL AND COMPLIANCE,SOUTHERN PACIFIC SECURITIES 06-1 PLC,C/O SOUTHERN PACIFIC MORTGAGE LIMITED,3RD FLOOR,1 BROADGATE, LONDON,  EC2M 2SP UK |
| SOUTHHAVEN PARTNERS LP | 2680 CRANE RIDGE ROAD, JACKSON, MS 39216 |
| SOUTHWEST AIRLINES CO. | 2702 LOVE FIELD DRIVE, DALLAS, TX 75235 |
| SPANISH BROADCASTING SYSTEM, INC. | ATTN:JOSEPH A. GARCIA,SPANISH BROADCASTING SYSTEM, INC.,2601 SOUTH BAYSHORE DRIVE, PH II, COCONUT GROVE, FL 33133 |
| SPARKASSE PFORZHEIM | POSTRASSE 3, PFORZHEIM,  GERMANY |
| SPECIAL K CAPITAL OFFSHORE MASTER FUND (US $) L.P. | ATTN:KRISTIN VALENTE,K CAPITAL PARTNERS, LLC,75 PARK PLAZA,BOX 11, BOSTON, MA 02116 |
| SPECTRUM GROUP MANAGEMENT | ATTN:MANAGER,SPECTRUM GROUP MANAGEMENT, LLC,1250 BROADWAY, SUITE 810, NEW YORK, NY 10001 |
| SPECTRUM GROUP MANAGEMENT | 1250 BROADWAY,SUITE 810, NEW YORK, NY 10001 |
| SPECTRUM GROUP MANAGEMENTA/C SPECTRUM INV PART INT | ATTN:JEFFREY A. SCHAFFER,C/O SPECTRUM GROUP MANAGEMENT LLC,1250 BROADWAY,SUITE 810, NEW YORK, NY 10001 |
| SPM PRODUCTS LLC/ SPMSTRATEGIES MASTER FUND,LP- VO | ATTN:CHRISTOPHER RUSSELL,SPM STRATEGIES MASTER FUND, L.P. - VOLATILITY PORT,C/O SPM PRODUCTS, L.L.C., CLEARWATER HOUSE,2187 ATLANTIC STREET, 4TH FL, STAMFORD, CT 06902 |
| SPOKANE PUBLIC FACILITIES DISTRICT, WASHINGTON | ATTN: EXECUTIVE DIRECTOR,SPOKANE PUBLIC FACILITIES DISTRICT,720 WEST MALLON AVENUE, SPOKANE, WA 99201 |
| SPRINGFIELD ASSET PROTECTION FUND I, LTD | ATTN:MR. ANTHONY L.M. INDER RIEDEN,C/O MEESPIERSON FUND SERVICES (BAHAMAS) LTD,P.O BOX N9204,CHARLOTTE HOUSE, CHARLOTTE ST, NASSAU,  BAHAMAS |
| SPRINGFIELD ASSET PROTECTION FUND I, LTD | SPRINGFIELD FINANCIAL SERVICES, LLC, PROCESS AGENT, |
| SPRINGFIELD ASSET PROTECTION FUND I, LTD | CREDIT SUISSE FINANCIAL PRODEUCTS,11 MADISON AVENUE, 5TH FLOOR,ATTN: DARREN MALCOLM, NEW YORK, NY 11010 |
| SPRINGFIELD ASSET PROTECTION FUND I, LTD | SPRINGFIELD INTERNATIONAL INVESTMENTS L.L.C.,8700 W BRYN MAWR, 12TH FL,ATTN: MARVIN SHREAR, CHICAGO, IL 60631 |
| SPRINGFIELD WORLD ARBITRAGE PORTFOLIO | ATTN:MR. ANTHONY L.M. INDER RIEDEN,SPRINGFIELD WORLD ARBITRAGE PORTFOLIO, LTD.,C/O MEESPIERSON FUND SERVICES (BAHAMAS) LTD,P.O BOX N9204,CHARLOTTE HOUSE, CHARLOTTE ST, NASSAU,  BAHAMAS |

| Claim Name | Address Information |
|---|---|
| SPRINGFIELD WORLD ARBITRAGE PORTFOLIO | SPRINGFIELD FINANCIAL SERVICES, LLC, PROCESS AGENT, |
| SPRINGFIELD WORLD ARBITRAGE PORTFOLIO | SPRINGFIELD INTERNATIONAL INVESTMENTS L.L.C.,8700 W BRYN MAWR, 12TH FL, CHICAGO, IL 60631 |
| SRI FUND LP | ATTN:PATRICK AGEMIAN,SRI FUND, L.P.,REGATTA OFFICE PARK,WEST BAY ROAD,P.O. BOX 31106, ,   CAYMAN ISLANDS |
| SRI FUND LP | 1 NORTH WACKER DR.,3975, CHICAGO, IL 60606 |
| SSB&T / BOND MARKET (II) COMMON TRUST FUND | 1 LINCOLN ST,5TH, BOSTON, MA 02111 |
| SSB&T / BOND MARKET (II)COMMON TRUST FUND | BOND MARKET FUND (OR THE APPLICABLE PARTY B),C/O STATE ST GLOBAL ADVISORS,2 INTERNATIONAL PL,ATTN: COMPLIANCE OFFICER, BOSTON, MA 02110 |
| SSB&T / LIMITED DURATION BOND(V) COMMON TRUST FUND | ATTN:BOND MARKET FUND COMPLIANCE OFFICER,C/O STATE STREET GLOBAL,ADVISORS,TWO INTERNATIONAL PLACE, BOSTON, MA 02110 |
| SSB&T/BOND MARKET FUND | BOND MARKET FUND (OR THE APPLICABLE PARTY B),C/O STATE ST GLOBAL ADVISORS,2 INTERNATIONAL PL,ATTN: COMPLIANCE OFFICER, BOSTON, MA 02110 |
| SSB&T/INTERMEDIATE BOND COMMONTRUST FUND | BOND MARKET FUND (OR THE APPLICABLE PARTY B),C/O STATE ST GLOBAL ADVISORS,2 INTERNATIONAL PL,ATTN: COMPLIANCE OFFICER, BOSTON, MA 02110 |
| SSB&T/INTERMEDIATE BOND SECURITIES LENDING FUND, | BOND MARKET FUND (OR THE APPLICABLE PARTY B),C/O STATE ST GLOBAL ADVISORS,2 INTERNATIONAL PL,ATTN: COMPLIANCE OFFICER, BOSTON, MA 02110 |
| SSB&T/MORTGAGE BACKED SECURITIES COMMON TRUST FUND | BOND MARKET FUND (OR THE APPLICABLE PARTY B),C/O STATE ST GLOBAL ADVISORS,2 INTERNATIONAL PL,ATTN: COMPLIANCE OFFICER, BOSTON, MA 02110 |
| SSB&T/SHORT TERM BOND COMMON TRUST FUND | BOND MARKET FUND (OR THE APPLICABLE PARTY B),C/O STATE ST GLOBAL ADVISORS,2 INTERNATIONAL PL,ATTN: COMPLIANCE OFFICER, BOSTON, MA 02110 |
| SSBT/GOVERNMENT BOND COMMON TRUST FUND | BOND MARKET FUND (OR THE APPLICABLE PARTY B),C/O STATE ST GLOBAL ADVISORS,2 INTERNATIONAL PL,ATTN: COMPLIANCE OFFICER, BOSTON, MA 02110 |
| ST. JOSEPH'S / CANDLER HEALTH SYSTEM, INC | CAIN BROTHERS & CO., LLC,452 FIFTH AVENUE, 25TH FLOOR,ATTN: SCOTT D. SMITH, NEW YORK, NY 10018 |
| ST. JOSEPH'S / CANDLER HEALTH SYSTEM, INC | GREGORY SCHAACK, VICE/PRESIDENT/CFO,5353 REYNOLDS STREET, SAVANNAH, GA 31405 |
| ST. MARY'S EPISCOPAL SCHOOL | ATTN: CHIEF FINANCIAL OFFICER,ST. MARY#APPOSS EPISCOPAL SCHOOL,60 PERKINS EXTENDED, MEMPHIS, TN 38117 |
| STANDARD BANK OF SOUTH AFRICA | 1ST FLOOR ENTRANCE 1STANDARD BANK CENTRE,5 SIMMONDS STREET, JOHANNESBURG, 2001 SOUTH AFRICA |
| STANDARD BANK PLC | ATTN:  OPERATIONS,CANNON BRIDGE HOUSE,25 GATE HILL, LONDON,  EC4R 2SB UK |
| STANDARD BANK PLC A/C EM OPP BOND FUND INC | 1 WAVERLEY PLACE,PO BOX583, ST HELIER,  JE4 8XR JERSEY |
| STANDARD BANK, JERS EY LTD | STANDARD BANK OFFSHORE GROUP LIMITED,47-49 LA MOTTE STREET, ST HELIER,  JE4 8XR UNITED KINGDOM |
| STANDARD CHARTERED BANK | 2/2/2001,MARUNOUCHI,KISHIMOTO BLDG., CHIYODA-KU,   JAPAN |
| STANDARD CHARTERED BANK | 1 ALDERMANBURY SQUARE, LONDON,  EC2V 7 UNITED KINGDOM |
| STANDARD CHARTERED FIRST BANK KOREA LIMITED | 100 KONGPYUNG-DONG,CHONGRO-KU, SEOUL,  110-702 KOREA |
| STANDARD CHARTERED FIRSTBANK KOREA LIMITED | ATTN:WHOLESALE BANK LEGAL,STANDARD CHARTERED 1ST BANK KOREA LTD,100 KONGPYUNG-DONG, CHONGRO-GU,SEOUL, ,  110-702 REPUBLIC OF KOREA |
| STANDARD GENERAL L.P. | A/C STANDARD GENERAL MASTER FUND LP,399 PARK AVENUE, NEW YORK, NY 10022 |
| STANDARD LIFE & ACCIDENT INSURCO OF OKLAHOMA CITY, | ATTN:ANDREW DUNCAN,C/O SM#AMPERR,PO BOX 58969, HOUSTON, TX 77528-8969 |
| STANDARD LIFE INSURANCE COMPAN Y OF INDIANA | 12941 W. US HWY 42, PROSPECT, KY 40059 |
| STANFIELD MODENA CLO | ATTN:THE DIRECTORS,STANFIELD MODENA CLO, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, ,  GEORGE TOW CAYMANS ISLANDS |
| STANFIELD VANTAGE CLO, LTD. | ATTN:THE DIRECTORS,STANFIELD VANTAGE CLO, LTD.,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT, QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, ,  GRAND CAYM |

| Claim Name | Address Information |
|---|---|
| STANFIELD VANTAGE CLO, LTD. | CAYMAN ISLANDS |
| STANFIELD VEYRON CLO LTD | ATTN:THE DIRECTORS,STANFIELD VEYRON CLO, LTD.,C/O MAPLES FINANCE LTD,PO BOX 1093GT QUEENSGATE HOUSE S CHURCH ST.,GEORGE TOWN, GRAND CAYMAN, ,    CAYMAN ISLANDS |
| STANFIELD VICTORIA FINANCE, LTD | C/O MAPLES FINANCE LIMITED,PO BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,    CAYMAN ISLANDS, BWI |
| STANFIELD VICTORIA FINANCE, LTD | C/O STANFIELD GLOBAL STRATEGIES LLC,ATTN: DARREN COMISSO,430 PARK AVENUE, NEW YORK, NY 10022 |
| STARK CRITERION MGMT LLC 1395 BRICKELL AVE | 1395 BRICKELL AVE,1395 BRICKELL AVE,SUITE 730, MIAMI, FL 33131 |
| STARK CRITERION MGMT LLCA/C STARK CRITERION MST FL | ATTN:JOSEPH J. LUCAS,STARK CRITERION MASTER FUND LTD.,C/O STARK CRITERION MANAGEMENT LLC,3600 SOUTH LAKE DRIVE, ST. FRANCIS, WI 53235 |
| STARK INV/STARK GLOBAL OPPORTUNITIES MASTER FUND L | ATTN:JOSEPH LUCAS, CFO,STARK EVENT FUND LTD.,C/O STARK EVENT MANAGEMENT LLC,3600 SOUTH LAKE DRIVE, ST. FRANCIS, WI 53235 |
| STARK MASTER FUND LTD | 4 ALBEMARLE STREET, LONDON,  W1S 4GA UNITED KINGDOM |
| STATE BANK OF INDIA | 135 CECIL STREET,#01-00, SINGAPORE,  69536 SINGAPORE |
| STATE BANK OF LONG ISLAND | ATTN:BRIAN FINNERAN,STATE BANK OF LONG ISLAND,2 JERICHO PLAZA, JERICHO, NY 11753 |
| STATE BANK OF LONG ISLAND | #2 JERICHO PLAZA, JERICHO, NY 11753 |
| STATE BOARD OF ADMINISTRATION OF FLORIDA ACTING ON | 1801 HERMITAGE AVE, TALLAHASSEE, FL 32317 |
| STATE BOARD OF ADMINISTRATIONOF FLORIDA ACTING ON, | ATTN:CHIEF INVESTMENT OFFICER, FIXED INCOM,HERMITAGE CTR,1801 HERMIATE BLVD. 5TH FL, TALLAHASSEE, FL 32308 |
| STATE RENAISSANCE | 55 BROAD ST FL 16, NEW YORK, NY 010004-250 |
| STATE STREET BANK & TRUST/FFTWMULTI | STRATEGY ALPHA FD,GIVEINFOREIGN EXCHANGE DEPT,200 PARK AVE,46TH FLOOR, NEW YORK, NY 10166 |
| STATOILHYDRO ASA | 225 HIGH RIDGE ROAD, STAMFORD, CT 06905 |
| STEMPEL, ERNEST E | ATTN:ERNEST E. STEMPEL,C/O AMERICAN INTERNATIONAL GROUP,70 PINE STREET, 59TH FLOOR, NEW YORK, NY 10270 |
| STEPHEN NASH HURLEY | ATTN:STEPHEN N. HURLEY,C/O XYLEM GLOBAL PARTNERS,122 E 42ND ST,SUITE 4700, NEW YORK, NY 10168 |
| STICHTING PENSIOENFONDS ABP | 555 CALIFORNIA ST,3325, SAN FRANCISCO, CA 94104 |
| STICHTING PENSIOENFONDS ZORG EN WELZIJN | +31 30 277 95 37,+31 30 277 94 54,PO BOX 4001, UTRECHTSEWEG 44,    THE NETHERLANDS |
| STONE HARBOR INVESTMENT A/C LOYALIS SCHADE N.V., | 153 EAST 53RD STREET,6TH FLOOR,ZONE 5, NEW YORK, NY 10043 |
| STONE TOWER CREDIT MASTER FUND LTD | 1211 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| STONEHILL CAP MGMT LLCA/C STONEHILL OFFSHORE PTNR, | ATTN:STEVE NELSON,STONEHILL OFFSHORE PARTNERS LIMITED,C/O STONEHILL CAPITAL MANAGEMENT LLC,885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL CAPITAL MGMT LLC | A/C STONEHILL INST PTNRS LP,885 THIRD AVE,30TH FLOOR, NEW YORK, NY 10022 |
| STOWE CDO SPC | ATTN:THE DIRECTORS,STOWE CDO SPC, FOR SERIES 2006-1 SEG PORT,C/O MAPLES FINANCE LTD,P.O. BOX 1093 GT,QUEENSGATE HOUSE; S CHURCH ST, ,    CAYMAN ISLANDS |
| STRATEGIC GLOBAL FUND MORTGAGE SECURITIES (PUTNAM) | ATTN:STEPHEN DRISCOLL/MIDDLE OFFICE,PUTNAM INVESTMENTS,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| STRATEGIC GLOBAL FUND MORTGAGE SECURITIES (PUTNAM) | PUTNAM INVESTMENTS,LEGAL DEPARTMENT,2 LIBERTY SQUARE,ATTN: DERIVATIVES DOCUMENTATION, BOSTON, MA 02109 |
| STRAUMUR-BUROARAS INVESTMENT BANK LTD | 17-21,SACKVILLE STREET, LONDON,  W1S 3DN UNITED KINGDOM |
| STRONG CDO III LIMITED | STRONG CDO III, LIMITED C/O QSPV LIMITED,P.O. BOX 1093 GT,SOUTH CHURCH STREET,GRAND CAYMAN, CAYMAN ISLANDS, ,    BRITISH WEST INDIES |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN:KOLIBACHUK DAVID,STRUCTURED ASSET RECEIVABLES,C/O US BANK NATIONAL ASSOC,100 WALL STREET, 16TH FLOOR, NEW YORK, NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1, | ATTN:KOLIBACHUK DAVID,STRUCTURED ASSET RECEIVABLES,C/O US BANK NATIONAL ASSOC,100 WALL STREET, 16TH FLOOR, NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2, | ATTN:DAVID KOLIBACHUK & MARLENE FAHEY,STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2,C/O U.S. BANK NATIONAL ASSOCIATION,100 WALL STREET, 16TH FL, NEW YORK, NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1, | ATTN:STRUCTURED ASSET,RECEIVABLES TRUST,SERIES2004-1,C/O U.S BANK NATIONAL ASSOCIAT,100 WALL STREET, NEW YORK, NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2005-1, | ATTN:DAVID KOLIBACHUK AND MARLENE FAHEY,HDK PURCHASER TRUST,C/O U.S. BANK NATIONAL ASSOCIATION,100 WALL STREET, 16TH FLOOR, NEW YORK, NY 10005 |
| STRUCTURED ASSET SEC CORP PASS-THRU CERT 1993-C1, | ATTN:LESLIE EARL,BANKERS TRUST CO OF CALIFORNIA, N.A.*,C/O CORPORATE TRUST & AGENCY GROUP,3 PLAZA, SIXTEENTH FL, IRVINE, CA 92714 |
| STRUCTURED ASSET SEC CORP/SASCO SERIES 2007-OSI, | ATTN:CLIENT MANAGER - SASCO 2007-OSI,WELLS FARGO BANK, N.A., TRUSTEE,9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045 |
| STRUCTURED ASSET SEC CORPA/C LB-UBS 2008-C1 | ATTN:GLOBAL SECURITIES & TRUST SERVICES,LASALLE BANK NATIONAL ASSOCIATION LB-UBS 2008-C1,COMMERCIAL MORTGAGE TRUST CLASS A-2FL GRANTOR TRUS,135 S. LASALLE STREET, MAIL CODE: IL4-135-16-25, CHICAGO, IL 60603 |
| STRUCTURED ASSET SEC CORPA/C LBUBS 2007-C6 CLASS A | ATTN:LBUBS 2007C6 COMMERCIAL MORTGAGE TRUST CLASS,A-MFL,135 S. LASALLE STREET, STE 1625, CHICAGO, IL 60603 |
| STRUCTURED ASSET SEC CORPA/C SASCO 2007-BNC1 | ATTN:STRUCTURED FINANCE - SASCO 2007-BNC1,U.S. BANK NATIONAL ASSOCIATION, TRUSTEE,CORPORATE TRUST SERVICES,1 FEDERAL STREET, 3RD FL, BOSTON, MA 02110 |
| STRUCTURED ASSET SECURITIES | CORPORATION, SERIES 2006-RF1,10 SASCO HILL ROAD, FAIRFIELD, CT 06430 |
| STRUCTURED ASSET SECURITIES CO SERIES 2004-06XS, | 745 SEVENTH AVE FL 7, NEW YORK, NY 010019-680 |
| STRUCTURED ASSET SECURITIES CORP SERIES 2000-36XS, | 745 SEVENTH AVE FL 7, NEW YORK, NY 010019-680 |
| STRUCTURED ASSET SECURITIES CORPORATION 2002-NP1, | 745 SEVENTH AVE FL 7, NEW YORK, NY 010019-680 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-25XS, | 745 SEVENTH AVE FL 7, NEW YORK, NY 010019-680 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A, | 745 SEVENTH AVE FL 7, NEW YORK, NY 010019-680 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-4XS, | 745 SEVENTH AVE FL 7, NEW YORK, NY 010019-680 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-NC1, | ATTN:ASSET BACKED SECURITIES TRUST GROUP SAIL,2005-1,125 S. LASALLE STREET, STE 1625, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIESCORPORATION SERIES 2007 | ATTN:STRUCTURED FINANCE - SASCO 2007-EQ1,U.S. BANK NATIONAL ASSOCIATION, TRUSTEE,CORPORATE TRUST SERVICES,1 FEDERAL STREET, THIRD FLOOR, BOSTON, MA 02110 |
| STRUCTURED CREDIT OPPORTUNITI ES FUND II LP | 767 THIRD AVENUE, NEW YORK, NY 10017 |
| STRUCTURED INVESTMENT HOLDINGSIV, | SPC ON BEHALF OF TREESDALECDO A,135 EAST 57TH ST.,21ST FLOOR, NEW YORK, NY 10022 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P., | 2187 ATLANTIC ST.,4TH FLOOR, STAMFORD, CT 06902 |
| STYLOS CAPITAL MANAGEMENT | A/C STYLOS ASIA MASTER FD LTD,1700 E PUTNAM AVE, OLD GREENWICH, CT 06870 |
| SUMITOMO MITSUI BANKING CORP | 101 PARK AVE, NEW YORK, NY 10178 |
| SUMMER STREET 2005-HG1, LTE. | ATTN:THE DIRECTORS,SUMMER STREET 2005-HG1, LTD.,WALKER HOUSE, P.O. BOX 908GT,MARY STREET, GEORGE TOWN,GRAND CAYMAN ISLANDS, ,    BRITISH WEST INDIES |
| SUMMER STREET 2005-HG1, LTE. | 1 LINCOLN STREET,9TH, BOSTON, MA 02111 |
| SUN LIFE ASSURANCE COMPANY OF CANADA (US) | 1 SUN CAPITAL EXECUTIVE PARK, WELLESLEY, MA 02481 |
| SUN TRUST BANK NA | 1414  RALEIGH ROAD - 150, CHAPEL HILL, NC 27517 |
| SUNAMERICA INC. | 1 SUN AMERICA CTR, LOS ANGELES, CA 90067-6100 |
| SUNAMERICA LIFE INSURANCE COMPANY | 1 SUNAMERICA CENTER, LOS ANGELES, CA 90067 |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | 156 WEST 56TH STREET,SUITE 1601, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC/SERIES 2004-1 | ATTN:THE DIRECTORS,SUNSET PARK CDO LTD SPC, SERIES 2004-1,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT,QUEENSGATE HOUSE, S CHURCH ST, ,  GRAND CAYM CAYMAN ISLANDS |
| SUNSET PARK CDO LIMITED SPC/SERIES 2004-2 | ATTN:THE DIRECTORS,SUNSET PARK CDO LTD SPC, SERIES 2004-1,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT,QUEENSGATE HOUSE, S CHURCH ST, ,  GRAND CAYM CAYMAN ISLANDS |
| SUNSET PARK CDO LIMITED SPC/SERIES 2004-4 | ATTN:THE DIRECTORS,SUNSET PARK CDO LTD SPC, SERIES 2004-1,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT,QUEENSGATE HOUSE, S CHURCH ST, ,  GRAND CAYM CAYMAN ISLANDS |
| SUNSET PARK CDO LIMITED SPC/SERIES 2005-3 | ATTN:THE DIRECTORS,SUNSET PARK CDO LTD SPC, SERIES 2004-1,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT,QUEENSGATE HOUSE, S CHURCH ST, ,  GRAND CAYM CAYMAN ISLANDS |
| SUNSET PARK CDO LIMITED SPC/SERIES 2005-5 | ATTN:THE DIRECTORS,SUNSET PARK CDO LTD SPC, SERIES 2004-1,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT,QUEENSGATE HOUSE, S CHURCH ST, ,  GRAND CAYM CAYMAN ISLANDS |
| SUNSET PARK CDO SERIES 2005-6 LIMITED | ATTN:THE DIRECTORS,SUNSET PARK CDO LTD SPC, SERIES 2004-1,C/O MAPLES FINANCE LTD,P.O. BOX 1093GT,QUEENSGATE HOUSE, S CHURCH ST, ,  GRAND CAYM CAYMAN ISLANDS |
| SUNTORY LIMITED | 12 E. 49TH STREET,29TH FLOOR, NEW YORK, NY 10017 |
| SUPPLEMENTAL INTEREST TRUST, SAIL TRUST 2005-1 | ATTN:ASSET BACKED SECURITIES TRUST GROUP SAIL,2005-1,125 S. LASALLE STREET, STE 1625, CHICAGO, IL 60603 |
| SUPPLEMENTAL INTEREST TRUST, SASCO 2005-WF1 | ATTN:ASSET BACKED SECURITIES TRUST GROUP SAIL,2005-1,125 S. LASALLE STREET, STE 1625, CHICAGO, IL 60603 |
| SUTTONBROOK CAPITAL PORTFOLIO LP | 598 MADISON AVE, NEW YORK, NY 10022 |
| SVENSKA HANDELSBANKEN AB (PUBL) | SVENSKA HANDELSBANKEN - HONG KONG BRANCH,3606 WEST TOWER, BOND CENTRE,89 QUEENSWAY,ATTN: SWAPS DEPARTMENT, CENTRAL, HONG KONG,   CHINA |
| SVENSKA HANDELSBANKEN AB (PUBL) | ALEXANDERSGATAN 11, HELSINGFORS,  100 FINLAND |
| SVENSKA HANDELSBANKEN AB (PUBL) | SVENSKA HANDELSBANKEN - LONDON BRANCH,SVENSKA HOUSE,3-5 NEWGATE STREET,ATTN: SWAPS DOCUMENTATION OFFICER, LONDON,  EC1A 7DA UK |
| SVENSKA HANDELSBANKEN AB (PUBL) | SVENSKA HANDELSBANKEN - NEW YORK BRANCH, PROCESS,AGENT, NEW YORK, NY 10022 |
| SVENSKA HANDELSBANKEN AB (PUBL) | SVENSKA HANDELSBANKEN - NEW YORK OR GRAND CAYMAN,BRANCH,ATTN: TREASURY OPERATIONS, NEW YORK, NY 10022 |
| SWEDBANK | 8 BRUNKEBERGSTORG,SE-105 34, STOCKHOLM,   SWEDEN |
| SWIFT MASTER AUTO RECEIVAB | SWIFT MASTER AUTO RECEIVABLES TRUST,C/O HSBC BANK USA, NA AS OWNER TRUSTEE,10 EAST 40TH STREET, 14TH FLOOR, NEW YORK, NY 10016 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | 1345 AVENUE OF THE AMERICAS,47TH FLOOR, NEW YORK, NY 10105 |
| SWISS REINSURANCE COMPANY | 111 S CALVERT ST.,SUITE 1800, BALTIMORE, MD 21202 |
| SYCAMORE PLAZA LLC | 655 SYCAMORE AVE, HAYWARD, CA 94544-1550 |
| SYCAMORE TERRACE APARTMENTS, LLC | 1750 N SYCAMORE AVE # 116, LOS ANGELES, CA 90028-8676 |
| SYLVIA AGOSTINI LIVING TRUSTDTD 5/12/2000 | ATTN:EDWARD J. AGOSTINI & SYLVIA AGOSTINI,20 SUTTON PL S,#7D, NEW YORK, NY 10022 |
| T ROWE PRICE PERSONAL STRATEGYBALANCED PORTFOLIO F | ATTN:GREGORY S. GOLCZEWSKI,T. ROWE PRICE- FIXED INCOME FUND ACCOUNTING,4515 PAINTERS MILL RD, OWINGS MILLS, MD 21117-4903 |
| T ROWE/T ROWE PRICE EMERGING MARKETS BOND FUNDS, | ATTN:GREGORY S. GOLCZEWSKI,T. ROWE PRICE- FIXED INCOME FUND ACCOUNTING,4515 PAINTERS MILL RD, OWINGS MILLS, MD 21117-4903 |
| T ROWE/T ROWE PRICE EMERGING MARKETS BOND FUNDS, | 100 E PRATT ST, BALTIMORE, MD 21202 |
| T. ROWE PRICE NEW INCOME FUND, INC. | ATTN:GREGORY S. GOLCZEWSKI,T. ROWE PRICE- FIXED INCOME FUND ACCOUNTING,4515 PAINTERS MILL RD, OWINGS MILLS, MD 21117-4903 |
| T76136 FSVCON/FIDELITY ADV STABLE VALUE PORTFOLIO, | ATTN:JOHN P. O'REILLY,82 DEVONSHIRE STREET (V5B), BOSTON, MA 02109 |
| T76180 MIPCON/MANAGED INCOME PORTFOLIO | ATTN:JOHN P. O'REILLY,82 DEVONSHIRE STREET (V5B), BOSTON, MA 02109 |
| TA CHONG BANK LIMITED | NO.2,SEC 5, SHIN-YI ROAD,   TAIPEI |

| Claim Name | Address Information |
|---|---|
| TACONIC CAPITAL PARTNERS 1.5LP | 11 ST. JAMES SQUARE,2ND FLOOR, LONDON,  SW1Y 4LB UNITED KINGDOM |
| TACONIC CAPITAL PARTNERS 1.5LP | ATTN:ROBIN S. ROTHSTEIN - CHIEF FINANCIAL OFFICER,TACONIC CAPITAL PARTNERS 1.5 LP,C/O TACONIC CAPITAL ADVISORS LP,450 PARK AVE, NEW YORK, NY 10022 |
| TACONIC OPPORTUNITY FUND LP/TACONIC CAP ADVS | ATTN:ROBIN S. ROTHSTEIN - CHIEF FINANCIAL OFFICER,TACONIC OPPORTUNITY FUND LP,C/O TACONIC CAPITAL ADVISORS LP,450 PARK AVE, NEW YORK, NY 10022 |
| TAISEI CORPORATION | ATTN: GENL MANAGER, PLANNING SECTION, FINANCE DEPT,SHINJUKU CTR BLDG,1-25-1 NISHI SHINJUKU,SHINJUKU-KU, TOKYO,  163-06 JAPAN |
| TAISEI CORPORATION | TAISEI AMERICA CORPORATION, PROCESS AGENT,114 W 47TH ST, NEW YORK, NY 10036 |
| TAISHIN INTERNATIONAL BANK | ATTN:TREASURY OPERATIONS DIVISION,TAISHIN INTERNATIONAL BANK, HEAD OFFICE,13F., 118 REN-AI ROAD, SECTION 4, TAIPEI, ,  106 TAIWAN |
| TAISHIN INTERNATIONAL BANK | ATTN:TREASURY OPS DIV,TAISHIN INTERNATIONAL BANK (HO, OFFSHORE BKG),13F., 118 REN-AI ROAD, SECTION 4, TAIPEI, ,  106 TAIWAN, R.O.C. |
| TANZANITE FINAN CE VI LIMITED | 135 EAST 57TH STREET,16TH FLOOR, NEW YORK, NY 10022 |
| TATTERSALL/EVERGREEN CORE BOND TRUST. | 6620 BROADWAY,SUITE 200, RICHMOND, VA 23230 |
| TAVARES SQUARE CDO LIMITED / LLC | ATTN: THE DIRECTORS,TAVARES SQUARE CDO LIMITED,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093GT,QUEENSGATE HOUSE, SOUTH CHURCH STREET, GRAND CAYMAN,  CAYMAN ISLANDS |
| TAVARES SQUARE CDO LIMITED / LLC | CT CORPORATION, PROCESS AGENT,111 8TH AVENUE,REF: TAVARES SQUARE CDO LIMITED, NEW YORK, NY 10011 |
| TAVARES SQUARE CDO LIMITED / LLC | LEHMAN BROTHERS INC.,745 SEVENTH AVENUE,ATTN: STRUCTURED CREDIT TRADING, NEW YORK, NY 10019 |
| TAYLOR CREEK LIMITED | ATTN: THE DIRECTORS,C/O MAPLES FINANCE LIMITED,P.O. BOX 1093 GT,QUEENSGATE HOUSE,SOUTH CHURCH STREET, GEORGE TOWN, GRAND CAYMAN,  CAYMAN ISLANDS |
| TAYLOR CREEK LIMITED | CT CORPORATION, PROCESS AGENT,111 8TH AVENUE,REF: TAYLOR CREEK LIMITED, NEW YORK, NY 10011 |
| TCW ABSOLUTE RETURN CREDIT FD | 11100 SANTA MONICA BLVD,2000, LOS ANGELES, CA 90025 |
| TD BANK, N.A. | 111 MAIN STREET, BURLINGTON, VT 05401 |
| TELEGONO S.R.L. | VIA DEL CORSO 63, ,  ITALY |
| TEN HANOVER LLC | C/O THE WITKOFF GROUP,220 EAST 42ND STREET,26TH FLOOR, NEW YORK, NY 10017 |
| TENNENBAUM MULTI-STRATEGY MASTER FUND | 11100 SANTA MONICA BLVD,210, LOS ANGELES, CA 90025 |
| TENNESSEE VALLEY AUTHORITY | 400 W. SUMMIT HILL DR., KNOXVILLE, TN 37902-1499 |
| TENOR OPPORTUNITY MASTER FUND | 1180 AVE OF THE AMERICAS,SUITE  1940, NEW YORK, NY 10036 |
| TENOR OPPORTUNITY MASTERFUND | ATTN:RAVI PATEL,TENOR CAPITAL MANGEMENT COMPANY LP,1180 AVENUE OF THE AMERICAS, SUITE 1940, NEW YORK, NY 10036 |
| TERNA SPA | VIA ARNO,2ND,ROOM 210, ROME,  ITALY |
| TERWILLIGER PLAZA INC | ATTN: CHIEF FINANCIAL OFFICER,2545 S.W. TERWILLIGER BOULEVARD, PORTLAND, OR 97201 |
| TEVA PHARMACEUTICAL WORKS PRIVATE LTD | COMPANY RE FOREIGN EXCHANGE DEPT,13 PALLAGI STREET, DEBRECEN,  H-4042 HUNGARY |
| THE CARLYLE GROUP, LP. A/C CSP II USIS HOLDINGS LP, | 1001 PENNSYLVANIA AVE.,SUITE 220 SOUTH, WASHINGTON, DC 20004-2505 |
| THE CARLYLE GROUP, LP.A/C CSP II USIS HOLDINGS LP, | ATTN:BRETT WYARD/ALEX CHOI,CSP II USIS GOLDINGS, L.P.,520 MADISON AVENUE, 41ST FLOOR, NEW YORK, NY 10022 |
| THE CHAPEL HILL RETIREMENT | ATTN: KENNETH G. REEB, JR.,750 WEAVER DAIRY ROAD, THE CHAPEL HILL, NC 27514 |
| THE CURRIER MUSEUM OF ART | ATTN: DIRECTOR OF FINANCE,THE TRUSTEES OF THE CURRIER MUSEUM OF ART,201 MYRTLE WAY, MANCHESTER, NH 03104 |
| THE DBS BANK LTD | #27-01 PWC BUILDING,8 CROSS STREET, SINGAPORE,  48424 SINGAPORE |
| THE GOVERNMENT OF ISRAEL ON | BEHALF OF THE STATE OF ISRAEL,1 KAPLAN ST, JERUSALEM,  91131 ISRAEL |
| THE HAVERFORD SCHOOL | ATTN: DAVID S. GOLD - CHIEF FINANCIAL OFFICER,450 W LANCASTER AVE, HAVERFORD, PA 19041 |
| THE LUTHERAN HOME, INC | ATTN: ROBERT B. PIETERS, PRESIDENT & CEO,7500 W N AVE, WAUWATOSA, WI 53213 |
| THE NATIONAL COMMERCIAL BANK | DIPLOMATIC AREA,PO BOX 10363 DIPLOMATIC TOWER, MANAMA,  21481 BAHRAIN |
| THE NATIONAL COMMERCIAL BANK | ATTN:HEAD OF RISK MANAGEMENT GROUP,RISK MANAGEMENT,17TH FLOOR,PO BOX 3555, |

| Claim Name | Address Information |
|------------|---------------------|
| THE NATIONAL COMMERCIAL BANK | JEDDAH,   21481 SAUDI ARABIA |
| THE NATIONAL COMMERCIAL BANK | SNCB SECURITIES INC., PROCESS AGENT,33 EAST 67 STREET, NEW YORK, NY 10021 |
| THE NORINCHUKIN BANK | 1-13-2 YURAKUCHO,CHIYODA-KU,DN TOWER 21(DAI-ICHI NOCHU BUILDING), TOKYO, 100-8420 JAPAN |
| THE SERIES 2007-1 TABXSPOKESEGREGATED PORTFOLIO, | ATTN:FIXED INCOME - CDO BANKING,LEHMAN BROTHERS SPECIAL FINANCING INC.,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| THE SHENANDOAH, L.P. | 6330 E 75TH ST STE 156, INDIANAPOLIS, IN 046250-278 |
| THECLIFTONGROUP/NESTLE IN THE USA PENSION TRUST, | 309 CLIFTON AVE., MINNEAPOLIS, MN 55403 |
| THIRD AVE MGMT LLC/ THIRD AVE | SPEC SITUATIONS MASTER FUND,622 3RD AVE, NEW YORK, NY 10017 |
| THORNBURG MORTGAGE SECURITIES TRUST 2003-6 | C/O WILMINGTON TRUST COMPANY,RODNEY SQUARE NORTH,1100 NORTH MARKET STREET, WILMINGTON, DE 19890 |
| TIFFANY & CO. | ATTN:MICHAEL CONNOLLY,15 SYLVAN WAY, PARSIPPANY, NJ 07054 |
| TIFFANY & CO. | 727 FIFTH AVENUE,ATTN: GENERAL COUNSEL, NEW YORK, NY 10022 |
| TIGER ASIA FUND LP RE TIGER ASIA MANAGEMENT, LLC, | 101 PARK AVE,48TH FLR, N. Y., NY 10178 |
| TKG-STORAGEMART PARTNERS, | ATTN:STEPHEN M. DULLE,TKG STORAGEMART PARTNERS, L.P.,2407 RANGELINE ST., COLUMBIA, MO 65202 |
| TMB BANK PUBLIC COM PANY LIMITED | 1770 NEW PETCHBURI ROAD, BANGKOK,   10320 THAILAND |
| TOHO CO LTD | 81-78-845-5425,9-MAY, HIGASHINADA-KU,    JAPAN |
| TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD., | 03-5223-2987,1-5-1 OTEMACHI,OTEMACHI FIRST SQUARE, CHIYODA-KU,    JAPAN |
| TOKIO MARINE FINANCIAL SOLUTIONS LTD. | ATTN:RISK OVERSIGHT,1ST CHICAGO TOKIO MARINE FINANCIAL PRODUCTS LTD.,7TH FLOOR, HIBIYA CENTRAL BLDG,1-2-9 NISHI-SHINBASHI,MINATO-KU, TOKYO,   105 JAPAN |
| TOKIO MARINE FINANCIAL SOLUTIONS LTD. | THE FIRST NAIONAL BANK OF CHICAGO,8TH FLOOR, EQUITABLE BUILDING,153 WEST 51ST STREET, NEW YORK, NY 10019 |
| TOKIO MARINE FINANCIAL SOLUTIONS LTD. | TOKOI MARINE ASSET MANAGEMENT (USA) LTD., PROCESS,AGENT,230 PARK AVE., SUITE 901, NEW YORK, NY 10169 |
| TOKYO STAR BANK LTD (THE) | ATTN: IFS (SHIKINSHOUKEN-JIMU),THE TOKYO STAR BANK, LIMITED,1-6-16 AKASAKA, MINATO-KU, TOKYO,   107-8480 JAPAN |
| TOKYO STAR BANK LTD (THE) | 1/6/2016,AKASAKA,MINATO-KU, TOKYO,   107-8480 JAPAN |
| TOKYO TOMIN BANK LTD | 2-3-11 ROPPONGI,MINATO-KU, TOKYO,   106-8525 JAPAN |
| TOMBALL HOSPITAL AUTHORITY | ATTN:EXECUTIVE DIRECTOR,605 HOLDERRIETH, TOMBALL, TX 77375 |
| TOMTOM B.V. | 150 BAKER AVE EXT, CONCORD, MA 01742 |
| TOP SHIPS INC | 1 VAS SOFIAS & MEG ALEXANDROU STR, ATHENS,   151 24 GREECE |
| TOPAZ FINANCE LTD 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| TOPAZ FINANCE LTD 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY,AIB INTERNATIONAL CENTRE,INTERNATIONAL FINANCE SERVICES CENTRE, DUBLIN 1,    IRELAND |
| TOPAZ FUND | 1 FINANCIAL SQUARE,26TH FLOOR, NEW YORK, NY 10005 |
| TORONTO-DOMINION BANK (THE) | 111 HUNTINGTON AVENUE,SUITE 1400, BOSTON, MA 02199 |
| TORTOISE CAP ADV LLC | A/C PGS TORTOISE HIGH INC INV TST,11550 ASH STREET,300, LEAWOOD, KS 66211 |
| TOTAL GAS & POWER LTD. | 100 PAVONIA AVENUE,SUITE 401, JERSEY CITY, NJ 07310 |
| TOWNSHIP OF RADNOR | ATTN: DIRECTOR OF FINANCE,301 IVEN AVENUE, WAYNE, PA 19807-5297 |
| TPG- AXON PARTNERS, LP | 27 UPPER BROOK ST, LONDON,   W1K 7QF UNITED KINGDOM |
| TRADEWINDS II CDO SPCFAO SERIES 2006-1 SEGREGATED, | ATTN:THE DIRECTORS,TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE,SERIES 2006-1 SEGREGATED PORTFOLIO,C/O MAPLES FINANCE LIMITED, P.O. BOX 1093GT,QUEENSGATE HOUSE, S CHURCH ST,   GRAND CAYM CAYMAN ISLANDS |
| TRAFIGURA DERIVATIVES LTD | 2 PORTMAN ST,PORTMAN HOUSE, LONDON,   W1H 6DU UNITED KINGDOM |
| TRANQUILITY MASTER FUND LTD | ATTN:DAVID BREE & DON SEYMOUR,TRANQUILITY MASTER FUND LTD.,C/O M#AMPERC CORPORATE SERVICES LTD,P.O. BOX 309 GT, UGLAND HOUSE, S CHURCH ST.,GEORGE TOWN, GRAND CAYMAN, ,   CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| TRANSALTA ENERGY MARKETIN G (US) INC | BOX 1900,STATION M',110 12TH AVENUE S.W., CALGARY, AB T2P 2M1 CA |
| TRANSAMERICA LIFE INSURANCE AND ANNUITY COMPANY, | 1150 SOUTH OLIVE STREET, LOS ANGELES, CA 90015 |
| TRANSAMERICA LIFE INSURANCE CO | 11111 SANTA MONICA BLVD, LOS ANGELES, CA 90025 |
| TRANSCANADA GAS STO RAGE PARTNERSHIP | 111 5TH AVE SW, ALBERTA,  T2P 3Y6 CANADA |
| TRANSWITCH CORPORATION | ATTN:ROBERT A. BOSI AND MATT GAGE,TRANSWITCH CORPORATION,3 ENTERPRISE DRIVE, SHELTON, CT 06484 |
| TRAVELSCAPE, LLC | 333 108TH AVE NE STE 300, BELLEVUE, WA 980045736 |
| TRAXIS FUND LP | 1 ROCKEFELLER PLAZA, NEW YORK, NY 10020 |
| TRG GLOBAL OPPORTUNITY MASTER FUND LTD | ATTN:MICHELLE KRIEGER,TRG GLOBAL OPPORTUNITY MASTER FUND, LTD.,C/O TRG MANAGEMENTS L.P.,280 PARK AVE, 33RD FLOOR, NEW YORK, NY 10017 |
| TRG GLOBAL OPPORTUNITY MASTER FUND LTD | 280 PARK AVE, NEW YORK, NY 10017 |
| TRINITY CENTRE LLC | P.O. DRAWER 380, SALTER PATH, NC 28575 |
| TRUST&CUSTODY SERVICES BK | 150010 NOCHU ZENKYOREN ASSET MGMT,1-7-12 MARUNOUCHI,SAPIA TOWER 26F,CHIYODA-KU, TOKYO,  100-0005 JAPAN |
| TRUSTEES OF DARTMOUTH COLLEGE | ATTN: ADAM KELLER, EXECUTIVE VICE PRESIDENT,102 PARKHURST HALL, HANOVER, NH 03755 |
| TRUSTEES OF DARTMOUTH COLLEGE | 37 DEWEY FIELD ROAD, HANOVER, NH 03755 |
| TRUSTEES OF DARTMOUTH COLLEGE | 7 LEBANON STREET, HANOVER, NH 03755 |
| TRUSTEES OF TUFTS COLLEGE (THE) | 169 HOLLAND ST RM 203, SOMERVILLE, MA 02144-2401 |
| TRW AUTOMOTIVE INC. | ATTN:PETER RAPIN,TRW AUTOMOTIVE INC.,18252 LAUREL PARK DRIVE NORTH,SUITE 300 WEST, LIVONIA, MI 48152 |
| TUDOR FUTURES FUND | 1 AMERICAN LANE,GREENWICH AMERICAN CENTER,SUITE 210, GREENWICH, CT 06831 |
| TUDOR PROPRIETARY TRADING, L.L.C. | TUDOR PROPRIETARY TRADING, LLC,ATTN: OPERATIONS,600 STEAMBOAT ROAD, GREENWICH, CT 06830 |
| TUDOR PROPRIETARY TRADING, L.L.C. | TUDOR INVESTMENT CORPORATION,1 LIBERTY PLAZA,51ST FLOOR,ATTN: TRADE ACCOUNTING, NEW YORK, NY 10006 |
| TURKIYE IS BANKASI AS | IS KULELERI, ISTANBUL,  80412 TURKEY |
| TURNBERRY MASTER, LTD | ATTN:ANTHONY SORRENTINO,TURNBERRY MASTER FUND, LTD.,410 GREENWICH AVENUE, GREENWICH, CT 06830 |
| TUSCALOOSA BOARD OF EDUCATION | ATTN:SUPERINTENDENT,TUSCALOOSA COUNTY BOARD OF EDUCATION,2314 9TH STREET, TUSCALOOSA, AL 35403 |
| TWO SIGMA INVESTMENTS LLC A/C TWO SIGMA HORIZONS, | 379 W BROADWAY, NEW YORK, NY 10012 |
| TYKHE CAPITAL LLC A/C INVESTCORP MINI-FUND 12 LT D | 330 MADISON,35, NEW YORK, NY 10017 |
| TYTICUS MASTER FUND LTD. | 294 DANBURY ROAD, RIDGEFIELD, CT 06877 |
| U.S. AGBANK, FCB | ATTN:OLSEN CRAIG,U.S. AGBANK, FCB,245 NORTH WACO, WICHITA, KS 95864-5966 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN:KENNETH NELSON,INTEREST RATE SWAPS,601 2ND AVENUE SOUTH, MINNEAPOLIS, MN 55402-4302 |
| U.S. SHIPPING PARTNERS LP | ATTN:AL BERGERSON,U.S. SHIPPING PARTNERS LP.,399 THORNALL STREET,8TH FLOOR, EDISON, NJ 08837 |
| U.S. WEST PENSION TRUST ACTING BY AND THROUGH BOST | BOSTON SAFE DEPOSIT AND TRUST,ONE CABOT ROAD, MIDFORD, MA 02155 |
| UBP A/C SELECTINVEST TWO - CLASS I | ATTN:PETER BARCIA,SELECTINVEST PORTALPHA FD SPC SEG PORT TWO-CLASS I,CITCO FUND SVCS (CAYMAN ISLANDS) LTD - WINWARD I,REGATTA OFFICE PARK - W BAY RD, 2ND FL,P.O. BOX 31105 SBM - GRAND CAYMAN, ,   CAYMAN ISLANDS |
| UBP A/C SELECTINVEST TWO - CLASS I | 30 ROCKEFELLER CENTER,2800, NEW YORK, NY 10112 |
| UBS AG | 1 FARRER PLACE,GOVERNOR PHILLIP TOWER, SIDNEY,  2000 AUSTRALIA |
| UBS AG | ATTN:DOCUMENTATION UNIT,LEGAL&AMPERCOMPLIANCE DEP.,UBS AG, TOKYO BRANCH,E TOWER, OTEMACHI 1ST SQUARE,5-1, OTEMACHI 1-CHOME, CHIYODA-KU, TOKYO,  100-0004 JAPAN |

| Claim Name | Address Information |
|---|---|
| UBS AG | 299 PARK AVENUE, NEW YORK, NY 10171 |
| UBS AG ZURICH / SWISS LIFE AM | GIVE-UP FOREIGN EXCHANGE DEPT,86 BLD HAUSSMAN, PARIS,  75008 FRANCE |
| UBS AG ZURICH/ TALISMAN GLOBALMACRO | MASTER FUND LTD,GIVE-UP FOREIGN EXCHANGE DEPT,CLIVE HOUSE,2 OLD BREWERY MEWS, LONDON,  NW3 1PZ UNITED KINGDOM |
| UBS ASSET MANAG OF PR / PR AAA PTFLO TARG MAT FD, | 250 AVE.MUNOZ RIVERA,10TH FLOOR, SAN JUAN,   PUERTO RICO |
| UBS ASSET MANAG OF PR /PR AAA PTFLO TARG MAT FD, | ATTN:FIRST VICE PRESIDENT,TAX FREE PUERTO RICO TARGET MATURITY FUND, INC.,250 MUNOZ RIVERA AVE,7TH FL, SAN JUAN,  918 PUERTO RICO |
| UBS ASSET MANAGERS OF PR/PUERTO RICO FIXED INCOME, | ATTN:FIRST VICE PRESIDENT,TAX FREE PUERTO RICO TARGET MATURITY FUND, INC.,250 MUNOZ RIVERA AVE,7TH FL, SAN JUAN,  918 PUERTO RICO |
| UBS CORPORATE BOND RELATIONSHIP FUND | ATTN:DERIVATIVES ADMINISTRATION,UBS GLOBAL ASSET MANAGEMENT,21 LOMBARD STREET,LONDON, ENGLAD, ,  EC3 V 9AH UNITED KINGDOM |
| UBS DYNAMIC ALPHASTRATEGIES MASTER FD LTD | ATTN:DERIVATIVES ADMINISTRATION,UBS GLOBAL ASSET MANAGEMENT,21 LOMBARD STREET, LONDON,  EC3V 9AH UNITED KINGDOM |
| UBS EQUITY FMC SA OBO UBS LUX EF EUROSTOXX50 ADV, | 1 NORTH WACKER DRIVE,34, CHICAGO, IL 60606 |
| UBS GLB AM AMERICAS | A/C SMA RELATIONSHIP TRUST- SERIES A,1 FARRER PLACE,LEVEL 45, SYDNEY,  2000 AUSTRALIA |
| UBS GLB AM AMERICASA/C UBS DYNAMIC ALPHA FUND | ATTN:DERIVATIVES ADMINISTRATION,UBS GLOBAL ASSET MANAGEMENT,21 LOMBARD STREET, LONDON, ENGLAD,  EC3 V 9AH UNITED KINGDOM |
| UBS GLB AM AMERICASA/C UBS US ALLOCATION FUND | ATTN:DERIVATIVES ADMINISTRATION,UBS GLOBAL ASSET MANAGEMENT,21 LOMBARD STREET, LONDON, ENGLAD,  EC3 V 9AH UNITED KINGDOM |
| UBS HIGH YIELD RELATIONSHIP FUND | ATTN:DERIVATIVES ADMINISTRATION,UBS GLOBAL ASSET MANAGEMENT,21 LOMBARD STREET, LONDON, ENGLAD,  EC3 V 9AH UNITED KINGDOM |
| UBS O'CONNOR LTD A/C UBS CURRENCY PORTFOLIO MAS, | 100 LIVERPOOL STREET, LONDON,  EC2M 2RH UNITED KINGDOM |
| UBS O'CONNOR LTDA/C UBS CURRENCY PORTFOLIO MAS | ATTN:DARREN STAINROD,UBS CURRENCY PORTFOLIO MASTER LIMITED,C/O UBS FUND SERVICES (CAYMAN) LIMITED,UBS HOUSE, PO BOX 852,227 ELGIN AVENUE, GEORGE TOWN, ,  BW1 GRAND CAYMAN |
| UBS PRIVATE BANK | 1 FINSBURY AVENUE, LONDON,  EC2M 2PP UNITED KINGDOM |
| UBS/OCONNOR GLOBAL MULTI-STRATEGY ALPHA MASTER LI, | ATTN:JARARD BLAKE,UBS MULTI-STRATEGY ALPHA MASTER LIMITED,C/O UBS FUND SERVICES (CAYMAN) LTD,PO BOX 853, 227 ELGIN AVENUE,GEORGE TOWN, GRAND CAYMAN, ,  GRAND CAYM CAYMAN ISLANDS |
| UDR OAKS @ WESTON LLC | 1000 HENRICO LANE, MORRISVILLE, NC 27560 |
| UDR PARKE 33, LLC | 10 SOUTH 6TH STREET, RICHMOND, VA 23219 |
| ULSTER BANK IRELAND LIMITED | GEORGES QUAY, DUBLIN,   IRELAND |
| UNICREDIT BANCA MOBILIARE SPA | 63 QUEEN VICTORIA ST, LONDON,  EC4N 4UA UNITED KINGDOM |
| UNICREDIT BANK HUNGARY ZRT | 44 NAGYMEZO,2, BUDAPEST,  H-1065 HUNGARY |
| UNICREDIT BANK SLOVAKIA A.S. | ATTN:MISS MARTINA HALGASIKOVA, LEGAL DEPT,UNIBANKA, A.S.,VAJNORSKA 21,BRATISLAVA, ,  83265 SLOVAK REPUBLIC |
| UNIFOND XXIII FI | ATTN:JOSE IGNACIO JIMENEZ ENRIQUEZ DE SALAMANCA,UNIFOND XXIII FI,C/GRAN VIA 22, DPDO 2 DCHA, MADRID,  28013 SPAIN |
| UNION BANK OF CALIFORNIA, N.A. | ATTN:UNION BANK TREASURY,445 SOUTH FIGUEROA STREET,11TH FLOOR, LOS ANGELES, CA 90071 |
| UNION BANK OF CALIFORNIA, N.A. | 350 CALIFORNIA STREET,6TH FLOOR, SAN FRANCISCO, CA 94104 |
| UNION BANK OF INDIA | ATTN:DEPUTY GENL MANAGER,UNION BANK OF INDIA,TREASURY BRANCH,239, UNION BANK BHAVAN, 5TH FLOOR,VIDHAN BHAVAN MARG, NARIMAN POINT, MUMBAI, ,  400 021 INDIA |
| UNION BANK OF ISRAEL | ATTN:JAMES. R . RIGGS,(HEAD OF CORRESPONDENT,BANKING ),6-8AHUZAT BAYIT ST, TEL AVIV,  61024 ISREAL |
| UNIONE DI BANCHE ITALIANE SCPA | BANCA POPOLARE DI BERGAMO - CREDITO VARESINO,S.C.A.R.I.,RUE PIERRE CORNEILLI 115,ATTN: DIRECTOR, LYON,   FRANCE |
| UNIONE DI BANCHE ITALIANE SCPA | BANCA POPOLARE DI BERGAMO - CREDITO VARESINO,S.C.A.R.I.,PRANNERSTERASSE 11,ATTN: DIRECTOR, MUNICH,   GERMANY |

| Claim Name | Address Information |
|---|---|
| UNIONE DI BANCHE ITALIANE SCPA | ATTN:DARIO GIORGI – FINANCE,BANCA LOMBARDA SPA,VIA SILVIO PELLICO, 12, MILANO, 20121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | PIAZZA VITTORIO VENETO 8, BERGAMO,   20121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | BANCA POPOLARE DI BERGAMO – CREDITO VARESINO,S.C.A.R.I., BERGAMO,   24122 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | BANCA LOMBARDA SPA,PRINCES HOUSE, PROCESS AGENT,95 GRESHAM STREET, LONDON, EC2V 7LY UK |
| UNIONE DI BANCHE ITALIANE SCPA | GRUPPO ARCA NORDEST,LONDON REPRESENTATIVE OFFICE,3 ST. HELEN'S PLACE,BISHOPGATE, LONDON,   EC3A 6AU UK |
| UNIONE DI BANCHE ITALIANE SCPA | BANCA LOMBARDA SPA, PROCESS AGENT,PRINCES HOUSE,95 GRESHAM STREET, LONDON EC2V 7LY,   UNITED KINGDOM |
| UNITED CHURCH HOMES, INC | ATTN: VICE PRESIDENT/CHIEF FINANCIAL OFFICER,170 E CTR STREET, MARION, OH 43301-1806 |
| UNIVERSITY HOSPITALS HEALTH SYSTEM | MUNICIPAL SWAPS & INVESTMENT PRODUCTS MIDDLE,OFFICE,7TH FL, NEW YORK, NY 10285 |
| UNIVERSITY HOSPITALS HEALTH SYSTEM | ATTN:VICE PRESIDENT OF FINANCE,UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.,11100 EUCLID AVENUE – LND5022, CLEVELAND, OH 44106-6056 |
| UNIVERSITY HOSPITALS HEALTH SYSTEM | UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.,6000 PARKLAND BLVD., ROOM 321, MAYFIELD HEIGHTS, OH 44124 |
| UNIVERSITY HOSPITALS HEALTH SYSTEM | CAIN BROTHERS & CO. LLC,55 BRENDON WAY, SUITE 500,ATTN: SCOTT D. SMITH, ZIONSVILLE, IN 46077 |
| UNIVERSITY MEDICAL ASSOCIATES | ATTN:UMA,171 ASHLEY AVENUE, CHARLESTON, SC 29425 |
| UNIVERSITY OF ILLINOIS | ATTN:ROBERT L. PLANKENHORN, CAPITAL FINANCING,THE UNIVERSITY OF ILLINOIS,209 HENRY ADMINISTRATION BUILDING, MC-399,506 S WRIGHT ST, URBANA, IL 61801-3620 |
| UNIVERSITY OF PITTSBURGH – COMMONWEALTH SYSTEM | ATTN:TREASURER,UNIVERSITY OF PITTSBURG,2403 CATHEDRAL OF LEARNING, PITTSBURGH, PA 15260 |
| UNIVERSITY OF PITTSBURGH – OFTHE COMMONWEALTH | ATTN:TREASURER,2403 CATHEDRAL OF LEARNING, PITTSBURGH, PA 15260 |
| UNIVERSITY OF PITTSBURGH MEDICAL CENTER HEALTH SYS | FORBES TOWER,SUITE 10018,200 LOTHROP STREET, PITTSBURGH, PA 15213 |
| UNIVERSITY OF ROCHESTER | ATTN:RONALD J. PAPROCKI, SR. VICE PRESIDENT FOR,ADMINISTRATION & FINANCE & CHIEF FINANCIAL OFFICER,208 WALLIS HALL,P.O. BOX 270023, ROCHESTER, NY 14627-0023 |
| UNIVERSITY OF ROCHESTER | ATTN:DIRECTORS OFFICE, STRONG MEMORIAL HOSPITAL,601 ELMWOOD AVE, BOX 612,ATTN: LEONARD J. SHUTE, SENIOR DIRECTOR, FINANCE,& CHIEF FINANCIAL OFFICER OF STRONG MEMORIAL,HOSPITAL, ROCHESTER, NY 14642 |
| UNIVERSITY OF THE ARTS, PA | 320 SOUTH BROAD STREET, PHILADELPHIA, PA 19102 |
| UNIVERSITY SYSTEM OF NEW HAMPSHIRE | ATTN:ASSOCIATE VICE CHANCELLOR & CONTROLLER,UNIVERSITY SYSTEM OF NEW HAMPSHIRE,FINANCIAL SERVICES,18 GARRISON SERVICES, DURHAM, NH 03824-3561 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | ATTN:DARRELL P. SMITH,1 FOUNTAIN SQUARE, CHATTANNOGA, TN 37402 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | RICHARD J. MACLEAN, ESQ,UNUM GROUP,LAW DEPT.7S,1 FOUNTAIN SQUARE, CHATTANOOGA, TN 37402 |
| URSULINE ACADEMY | 5535 PFEIFFER RD, CINCINNATI, OH 45242 |
| US BANK NAA/C RACERS 2006-15-A | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHERS SPECIAL FINANCING INC.,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| US BANK NAA/C RACERS 2006-18-C  A2 III | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHERS SPECIAL FINANCING INC.,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| US BANK NAA/C RACERS 2006-18-C A1I | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHERS SPECIAL FINANCING INC.,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| US BANK NAA/C RACERS 2006-18-C A1II | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHERS SPECIAL FINANCING INC.,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| US BANK NAA/C RACERS 2006-18-C A1III | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHERS SPECIAL FINANCING INC.,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| US BANK NAA/C RACERS 2006-18-C A2I | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHER SPECIAL FINANCING INC.,745 SEVENTH AVENUE, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| US BANK NAA/C RACERS 2006-18-C A2II | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHERS SPECIAL FINANCING INC.,745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| US GOVERNMENT PLUS PROFUND | ATTN:RUBIN HOWARD,PROFUNDS,7501 WISCONSIN AVENUE,SUITE 1000, BETHESDA, MD 20814 |
| USPF HOLDINGS, LLC | ATTN:MARK D. SEGEL,ENERGY INVESTORS FUNDS,THREE CHARLES RIVER PLACE,63 KENDRICK STREET, NEEDHAM, MA 02494 |
| UTAH ASSOCIATED MUNICIPAL POWER SYSTEMS | ATTN:MATTHEW F. MCNULTY III,C/O VANCOTT, BAGLEY, CORNWALL & MCCARTHY, P.C.,36 S. STATE STREET, SUITE 1900, SALT LAKE CITY, UT 84111-1478 |
| UTAH HOUSING CORPORATION | 2479 S. LAKE PARK BLVD., WEST VALLEY CITY, UT 84120 |
| VALORICA MACRO | 748 7TH AVENUE, NEW YORK, NY 10022 |
| VAN KAMPEN BOND FUND | MORGAN STANLEY INVESTMENT ADVISORS INC.,1221 AVENUE OF THE AMERICAS,ATTN: INVESTMENT MANAGEMENT LAW DIVISION, NEW YORK, NY 10020 |
| VAN KAMPEN BOND FUND | ATTN: TIMONTHY VERASKA,VAN KAMPEN ASSET MANAGEMENT, INVESTMENT ADVISOR,C/O MORGAN STANLEY INVESTMENT ADVISORS INC.,ONE TOWER BRIDGE,100 FRONT STREET, SUITE 1100, WEST CONSHOHOCKEN, PA 19428-288 |
| VAN KAMPEN CORE PLUS FIXEDINCOME FUND | MORGAN STANLEY INVESTMENT ADVISORS INC.,1221 AVENUE OF THE AMERICAS,ATTN: INVESTMENT MANAGEMENT LAW DIVISION, NEW YORK, NY 10020 |
| VAN KAMPEN CORE PLUS FIXEDINCOME FUND | ATTN: TIMONTHY VERASKA,VAN KAMPEN ASSET MANAGEMENT, INVESTMENT ADVISOR,C/O MORGAN STANLEY INVESTMENT ADVISORS INC.,ONE TOWER BRIDGE,100 FRONT STREET, SUITE 1100, WEST CONSHOHOCKEN, PA 19428-288 |
| VAN KAMPEN CORPORATE BONDFUND | MORGAN STANLEY INVESTMENT ADVISORS INC.,1221 AVENUE OF THE AMERICAS,ATTN: INVESTMENT MANAGEMENT LAW DIVISION, NEW YORK, NY 10020 |
| VAN KAMPEN CORPORATE BONDFUND | ATTN: TIMONTHY VERASKA,VAN KAMPEN ASSET MANAGEMENT, INVESTMENT ADVISOR,C/O MORGAN STANLEY INVESTMENT ADVISORS INC.,ONE TOWER BRIDGE,100 FRONT STREET, SUITE 1100, WEST CONSHOHOCKEN, PA 19428-288 |
| VAN KAMPEN CORPORATE BONDFUND | ATTN:SCOTT F. RICHARD, MANAGING DIRECTOR,C/O MORGAN STANLEY INVESTMENT ADVISORS INC.,ATTN: DERIVATIVE OPERATIONS,1 TOWER BRIDGE,100 FRONT STREET, STE 1100, WEST CONSHOHOCKEN, PA 19428-2881 |
| VAN KAMPEN CORPORATE BONDFUND | ONE TOWER BRIDGE,100 FRONT STREET, SUITE 1100,SCOTT F. RICHARD, MANAGING DIRECTOR, WEST CONSHOHOCKEN, PA 19428-2881 |
| VAN KAMPEN HIGH INCOME TRUST II | MORGAN STANLEY INVESTMENT ADVISORS INC.,1221 AVENUE OF THE AMERICAS,ATTN: INVESTMENT MANAGEMENT LAW DIVISION, NEW YORK, NY 10020 |
| VAN KAMPEN HIGH INCOME TRUST II | ATTN: TIMONTHY VERASKA,VAN KAMPEN ASSET MANAGEMENT, INVESTMENT ADVISOR,C/O MORGAN STANLEY INVESTMENT ADVISORS INC.,ONE TOWER BRIDGE,100 FRONT STREET, SUITE 1100, WEST CONSHOHOCKEN, PA 19428-288 |
| VAN KAMPEN HIGH YIELD FUND | MORGAN STANLEY INVESTMENT ADVISORS INC.,1221 AVENUE OF THE AMERICAS,ATTN: INVESTMENT MANAGEMENT LAW DIVISION, NEW YORK, NY 10020 |
| VAN KAMPEN HIGH YIELD FUND | ATTN:TIMONTHY VERASKA,MORGAN STANLEY INVESTMENT ADVISORS INC.,ONE TOWER BRIDGE,100 FRONT STREET, SUITE 1100, WEST CONSHOHOCKEN, PA 19428-288 |
| VAN KAMPEN HIGH YIELD FUND | ATTN: TIMONTHY VERASKA,VAN KAMPEN ASSET MANAGEMENT, INVESTMENT ADVISOR,C/O MORGAN STANLEY INVESTMENT ADVISORS INC.,ONE TOWER BRIDGE,100 FRONT STREET, SUITE 1100, WEST CONSHOHOCKEN, PA 19428-288 |
| VAN KAMPEN HIGH YIELD FUND | 1 PARKVIEW PLAZA, OAKBROOK TERRACE, IL 60181 |
| VAN KAMPENEQUITY AND INCOME | ATTN:SCOTT F. RICHARD, MANAGING DIRECTOR,C/O MORGAN STANLEY INVESTMENT ADVISORS INC.,ATTN: DERIVATIVE OPERATIONS,1 TOWER BRIDGE,100 FRONT STREET, STE 1100, WEST CONSHOHOCKEN, PA 19428-2881 |
| VANCOUVER BRIDGEWOOD LLC | 1501 ELDRIDGE AVE, BELLINGHAM, WA 098225-280 |
| VANGUARD CAR RENTAL USA HO | ATTN:TREASURER,VANGUARD CAR RENTAL USA HOLDINGS INC.,6929 NORTH LAKEVIEW AVENUE,SUITE 100, TULSA, OK 74117 |
| VANGUARD FIDUCIARY TRUST CO CORPORATE BOND TRUST, | 100 VANGUARD BLVD, MALVERN, PA 19355 |
| VANGUARD HIGH QUALITY BOND PORTFOLIO (HQBP) | P.O. BOX 1110, VALLEY FORGE, PA 19482-1110 |
| VAR FUNDING TRUST 2007-1 | ATTN:TRANSACTION MANAGEMENT,LEHMAN BROTHER SPECIAL FINANCING INC.,745 SEVENTH |

| Claim Name | Address Information |
| --- | --- |
| VAR FUNDING TRUST 2007-1 | AVENUE, NEW YORK, NY 10019 |
| VATTENFALL TRADING SERVICES GMBH | CHAUSSEESTR. 23, BERLIN,  10115 GERMANY |
| VEGA SELECT OPPORTUNITIES FUND LIMITED | C/O INVESTORS FUND SERVICES (IRELAND) LTD,DELOITTE & TOUCHE HOUSE,29 EARLSFORT TER, DUBLIN,  2 IRELAND |
| VEGA SELECT OPPORTUNITIES FUND LIMITED | PROCESS SERVERS LIMITED,4 MARYLEBONE HIGH STREET, LONDON,  W1U 4NQ UK |
| VEGA/VEGA SELECT LIQUIDITY FUND | ATTN:LAURA O #APPOS DOHERTY,C/O INVESTORS FUND SERVICES (IRELAND) LTD,BLOCK D, IVEAGH COURT,HARCOURT RD,  ,  DUBLIN 2 IRELAND |
| VENOCO, INC. | 370 17TH ST.,SUITE 3260, DENVER, CO 80206 |
| VERDE CDO LTD CDS ONLY | ATTN:ROBERT BICKETT,VERDE CDO LTD.,C/O LEHMAN BROTHERS ASSET MANAGEMENT,190 S. LASALLE ST., CHICAGO, IL 60603 |
| VERMILLION INTERNATIONAL B.V. SERIES 1995-4 | ATTN:LEGIBUS SECRETARIES LTD.,200 ALDRSGATE STREET,LONDON  EC1A  4JJ, ,  GB |
| VFTC - ASSET BACKED SECURITYTRUST | VANGUARD FIDUCIARY TRUST CO ASSET BACKED,SECURITIES TRUST, VALLEY FORGE, PA 19482 |
| VIATHON CAPITAL MANAGEMENT | A/C VIATHON CAPITAL MASTER,401 SPRINGFIELD,3RD FLOOR, SUMMIT, NJ 07901 |
| VICTORY CAP MGMT ABSOLUTE RETURN CREDIT PORTFOLIO, | 127 PUBLIC SQUARE, CLEVELAND, OH 44114 |
| VICTUS CAPITAL LP | ATTN:AL ZWAN,VICTUS CAPITAL, LP,C/O AL ZWAN,3000 BAYPORT DRIVE, SUITE 800, TAMPA, FL 33607 |
| VILLAGE BY THE SEA, LTD | 1373 POST ROAD, P.O. BOX 1107, WELLS, ME 04090 |
| VILLAGE OF DEERFIELD | 850 WAUKEGAN RD, DEERFIELD, IL 60015 |
| VINTAGE AT CHEHALIS LLC | 664 DEEP CREEK RD, CHEHALIS, WA 98532-9716 |
| VIRGIN ATLANTIC AIRWAYS LIMITED | ATTN:ANDREW AVANN,CRAWLEY BUSINESS QUARTER,MANOR ROYAL, CRAWLEY,WEST SUSSEX RH10 2NU, ,  GB |
| VIRGIN ISLANDS PUBLIC FINANCE AUTHORITY | ATTN:DIRECTOR OF FINANCE & ADMINISTRATION,1050 NORRE GADE NO.5, STE 102,CHARLOTTE AMALIE,ST. THOMAS, ,  00802 UNITED STATES VIRGIN ISLANDS |
| VIRGIN MOBILE USA, LLC | ATTN:TREASURER,VIRGIN MOBILE USA LLC,10 INDEPENDENCE BLVD., WARREN, NJ 07059 |
| VIRGINIA HOTEL - VEF IV, LLC | 25 JACKSON STREET, CAPE MAY, NJ 08204 |
| VISTA GRANDE | ATTN:RICHARD TUCKER,VISTA GRANDE VILLA,C/O LIFE CARE SERVICES LLC,800 SECOND AVENUE,SUITE 200, DES MOINES, IA 50309-1380 |
| VISTA GRANDE | VISTA GRANDE VILLA,B.C. ZIEGLER AND COMPANY,1 SOUTH WACKER DRIVE, SUITE 3080,ATTN. HAMILTON CHANG, CHICAGO, IL 60606 |
| VITOL SA | LICHTENAUERLAAN 90, ROTTERDAM,  3062 ME NETHERLANDS |
| VOX PLACE CDO LIMITED | CT CORPORATION,111 8TH AVENUE, NEW YORK, NY 10011 |
| VTB BANK RUSSIA | 41 NOVOSLOBODSKAYA STREET, MOSCOW,  112103 RUSSIAN FEDERATION |
| VVIF SHORT-TERM INVESTMENT-GRADE PORTFOLIO | ATTN: HEIDI STAM, SECRETARY,VANGUARD MANAGED PAYOUT DISTRIBUTION FOCUS FUND,A SERIES OF VANGURAD VALLEY FORGE FUNDS,P.O. BOX 2600, VALLEY FORGE, PA 19482 |
| VVIF TOTAL BOND MARKET INDEX P | ATTN:JIROLE ANTHONY,FUND,PO BOX 2600, VALLEY FORGE, PA 19482 |
| WACHOVIA BANK, NATIONAL ASSOCI ATION | #1 FNB BLVD, HERMITAGE, PA 16148 |
| WAL MART STORES, INC. | WAL-MART STORES, INC.,702 SW 8TH STREET, BENTONVILLE, AZ 72716-8001 |
| WAMCO 1027/FPPA OF COLORADO | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1059/ IOWA PUBLIC EMPLOYEES' RETIREMENT SYST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1067/TVA DECOMMISIONING | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1067/TVA NUCLEARDECOMMISSIONING TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1068 CROWN, CORK & SEAL CO, INC. MASTER RET, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1078/ALCON LABORATORIES EMPLOYEES DEFINED CP | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |

| Claim Name | Address Information |
|---|---|
| WAMCO 1079/ DRAGON PORTFOLIOMONETARY AUTHORITY SIN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1082 OREGON PUBLIC EMPLOYEES RETIREMENT FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1098/SAN FRANCISCO EMPLOYEES' RETIRE SYSTEM, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1140/WESTERN PENNTEAMSTERS & EMPLOYERS FUND, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1143/HALLIBURTON COMPANY | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1144/HALLIBURTON COMPANY | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1151/  SUNOCO, INC. MASTER RETIREMENT TRUST, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1157 / CENTRAL PENSION FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1177 MEAD CORPORATION MASTER RETIREMENT TR, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1179/DAUGHTERS OF CHARITY FUND P | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1182 DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1207/ASCENSION HLTHRETIREMENT TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1213 ILLINOIS MUNICIPAL RETIREMENT FUND | ILLINOIS MUNICIPAL RETIREMENT FUND,DRAKE OAK BROOK PLAZA,2211 S. YORK ROAD,SUITE 500, OAK BROOK, IL 60523-2374 |
| WAMCO 1213 ILLINOIS MUNICIPAL RETIREMENT FUND | MR. RICHARD L. DEETER,THE NORTHERN TRUST COMPANY,50 S. LASALLE STREET, 8TH FLOOR, CHICAGO, IL 60675 |
| WAMCO 1213 ILLINOIS MUNICIPAL RETIREMENT FUND | WESTERN ASSET MANAGEMENT COMPANY,117 EAST COLORADO BOULEVARD,ATTN: MS. STACIE R. SMITH, PASADENA, CA 91105 |
| WAMCO 1220 AVAYA INC MASTER PENSION TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1240 / 1988 EMPLOYEE RETIREMENT INCOME PLAN, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1245/NESTLE USA INC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1257/KANSAS PUBLIC EMPLOYEES RETIREMENT SYST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1264 / 3M EMPLOYEES WELFARE BENEFITS | WESTERN ASSET MANAGEMENT COMPANY LIMITED,155 BISHOPGATE, LONDON,   EC2M3XG UK |
| WAMCO 1264 / 3M EMPLOYEES WELFARE BENEFITS | ATTN:JANICE K. ANGELL, DIRECTOR, BENEFIT FUNDS,INVESTMENTS,C/O MINNESOTA MINING & MANUFACTURING CO,3M CTR BLDG 224-5S-21, ST. PAUL, MN 55144 |
| WAMCO 1264 / 3M EMPLOYEES WELFARE BENEFITS | WESTERN ASSET MANAGEMENT COMPANY,177 E. COLORADO BLVD,ATTN: ILENE S. HARKER, DIRECTOR OF COMPLIANCE &,CONTROLS, PASADENA, CA 91105 |
| WAMCO 1268/PCS ADMINISTRATION INC. MASTER TRUST, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1277 KNIGHT-RIDDER INC | WESTERN ASSET MANAGEMENT COMPANY,117 EAST COLORADO BOULEVARD, PASADENA, CA 91105 |
| WAMCO 1277 KNIGHT-RIDDER INC | ATTN:MS. MARGARET RANDAZZO,KNIGHT-RIDDER, INC.,50 W. SAN FERNANDO STREET, SAN JOSE, CA 95113 |
| WAMCO 1278/NESTLE USA MASTERTRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1281 CATERPILLAR INC PENSION | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE |

| Claim Name | Address Information |
|---|---|
| MASTER TRUST, | 600, PASADENA, CA 91105 |
| WAMCO 1285A/C NAT GRIDREF NATNL GRID USA PENSION, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1295/CATERPILLAR INC GROUP INS TRUST (VEBA), | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1297 CALIFORNIA WELLNESSFOUNDATION CORE | WESTERN ASSET MANAGEMENT COMPANY,117 EAST COLORADO BOULEVARD, PASADENA, CA 91105 |
| WAMCO 1297 CALIFORNIA WELLNESSFOUNDATION CORE | ATTN:MARGARET W. MINNICH, CHIEF FINANCIAL OFFICER,THE CALIFORNIA WELLNESS FOUNDATION,6320 CANOGA AVE,STE. 1700, WOODLAND HILLS, CA 91367 |
| WAMCO 1308 / WA US CORE BOND FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1309/ CALIFORNIA FIELD IRON WORKERS PEN FD, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1311 PUBLIC SCHOOL TEACHERS' PEN & RET FUND, | PUBLIC SCHOOLS TEACHERS' PENSION & RETIREMENT,FUND OF CHICAGO,55 W. WACKER DR,STE 1400, CHICAGO, IL 60601 |
| WAMCO 1311 PUBLIC SCHOOL TEACHERS' PEN & RET FUND, | THE NORTHERN TRUST COMPANY,MASTER CUSTODIAN,ATTN: MS. KATHY STEVENSON,50 SOUTH LASALLE STREET, B-8, CHICAGO, IL 60675 |
| WAMCO 1311 PUBLIC SCHOOL TEACHERS' PEN & RET FUND, | WESTERN ASSET MANAGEMENT COMPANY,177 E. COLORADO BLVD,ATTN: ILENE S. HARKER, DIRECTOR OF COMPLIANCE &,CONTROLS, PASADENA, CA 91105 |
| WAMCO 1312/ WESTERN ASSETUS CORE BOND FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1319/GANNETTRETIREMENT PLAN MASTER TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1322/ASCENSION HEALTH –HEALTH SYSTEM DEPOSIT | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1328/ INT. BROTHERHOODELECTRICAL WORKERS ACC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1332/ MCAMP FIXED INCOMEACCOUNT | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1339 OKLAHOMA CITY RETIREMENT SYSTEM | OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM,420 WEST MAIN,SUITE 110, OKLAHOMA CITY, OK 73102 |
| WAMCO 1339 OKLAHOMA CITY RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT COMPANY,117 EAST COLORADO BOULEVARD, PASADENA, CA 91105 |
| WAMCO 1352/UFCW INTERNATIONAL UNION-INDUSTRY PEN F | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1360/FEDERATED DEPARTMENT STORES, INC. | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1364/DUKE ENERGY CORPORATION MASTER | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1369/WESTERN ASSET US CORE BOND LLC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1371/WA US COMMODITYPLUS MASTER FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1374/ KEYSPANCORPORATION PENSIONMASTER TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1376/STATE RETIREMENT AND PENSION PLAN OF MD | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1384/BAKER HUGHES INC RETIREMENT PL MSTR TST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1385/BALL CORPORATION MASTER PENSION TRUST, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1389/PEPSICO, INCMASTER TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |

| Claim Name | Address Information |
|---|---|
| WAMCO 1412/CLEVELAND CLINIC FOUNDATION | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1413/CCHS RETIREMENT PLAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1415/ SCHOOL EMPLOYEES RETIREMENT SYSTEM OF, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1416/AMERICAN MUSEUM OF NATURAL HISTORY | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1418/SYRACUSE UNIVERSITY | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1419/ CNHU.S. PENSION PLAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1421/MAJOR LEAGUE BASEBALL PLAYERS BNFT PLAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1425/PFIZER MASTER TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1428/USG CORPORATION MASTER INVESTMENT TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1434/ YMCA RETIREMENT FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1438/MASS MUTUAL STRATEGIC BALANCED FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1445/1199 HEALTH CARE EMPLOYEES PENSION FUND | THE 1199 HEALTH CARE EMPLOYEE PENSION FUND, |
| WAMCO 1445/1199 HEALTH CARE EMPLOYEES PENSION FUND | WESTERN ASSET MANAGEMENT COMPANY, |
| WAMCO 1447/ALABAMA TRUST FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1448/RETAIL WHOLESALE & DEPT. STORE INTL UN. | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1450/MICHCON RET PLANS' MASTER TRUST AGRMNT, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1452/ALLERGAN, INC. PENSION PLAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1457/ FRANK RUSSELLMS. GLOBAL BOND FUND. | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1458/CITY OF GRAND RAPIDS GENERAL RETIREMENT | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1459/GRAND RAPIDS POLICE& FIRE RETIREMENT, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1462/1199 SEIU GREATER NY PENSION FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1464/KERN COUNTY EMPLOYEE RETIREMENT ASSOC., | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1471/WESTERN ASSET FUNDSPUBLIC LTD COMPANY, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1481/ANDERSON CORPEMPLOYEES' P & R TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1482/ROCHE RETIREMENT PLAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1483/HARBOR CAP GRP TRSTFOR DEF BENEFIT PLN, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1487/WAM US LMTDDURATION LLC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE |

| Claim Name | Address Information |
|---|---|
| WAMCO 1487/WAM US LMTDDURATION LLC | 600, PASADENA, CA 91105 |
| WAMCO 1488/US BOND FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1494/TVA ABSOLUTE RETURNSTRATEGY PORTFOLIO, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1496/WEST ASSET INTERMEDIATE PLUS BOND PORT. | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1522/BALTIMORE COUNTY EMPLOYEE'S RETIREMENT, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1525/KROGER COMPANY DEFINED CONTRIBUTION PLN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1531/SONOMA COUNTY EMPLOYEE'S RETIREMENT SYS | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1535/WESTERN ASSET ABSOLUTE RET STRAT MST FD | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1547 / THE KROGER COMPAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1558/FORD MOTOR CO. DEF.BENEFIT MASTER TRST, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1566/SOUTHERN CALI EDISON CO. RETIRE PLAN TR | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1568/COMMONFUND INST CORE PLUS BOND FND, LLC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1572/KELLOGG RETIREE EMPLOY WELFARE BEN TST, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1573 / KELLOGG CO REWBTFOR CBE: WAEI-KLG04, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1593 / CONTRIBUTORY PENSION FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1595 / PUBLIC SERVICE SUPERANNUATION FUND, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1602 / WESTERN ASSET MBSPORTFOLIO, LLC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1607/KELLOGG CO MSTR RETTRST CORE BOND ACCT, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1614 / OHIO OPERATING ENGINEERS PENSION PLAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1619/CITY OF PHOENIX ARIZONA EMPLOYEES' RETI | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1621/FRESNO COUNTY EMPLOYEES' RETIREMENT ASC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1622/XCEL ENERGY, INC. MASTER TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1626/STATE OF HAWAII EMPLOYEES' RET SYSTEM, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1627/WASHINGTON MUTUAL INC CASH BAL PEN FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1636/PUBLIC BENEFIT GUARANTY CORPORATION | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1643/SIERRA PACIFIC RESOURCES RET PLAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1647/ST. JOSEPH HEALTH SYSTEM OPERATING ACC, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |

| Claim Name | Address Information |
|---|---|
| WAMCO 1650/SOUTHWEST CARPENTERS PENSION TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1675/METROPOLITAN LIFE INS SEPARATE ACCT 78, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1676/XCEL ENERGY INC. MASTER TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1685 / THE B&TTU INTERNATIONAL PENSION FUND, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1687/NTCC ADV FNDS FOR EMP BEN TR (AFEBT), | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1688/NTCC ADVISORS FUNDSFOR GRANTOR TRUSTS, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1690/TIME WARNER DEF CONTRIB PLANS MTR TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1698/ GREAT WEST LIFE & ANNUITY INSURANCE CO | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1699/NORTEL NETWORKS RETIREMENT INCOME PLAN, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1700/INTER-LOCAL PENSIONFUND OF THE GRAPHIC, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1707/NORTHWESTERN MEMORIAL HOSPITAL & AFFILI | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1729/VEBA PARTNERSHIPS NLP | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1733 / TYCO INTL RETIREM | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1734/NATIONAL RAILROAD RETIREMENT INVESTMENT | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1745/WESTERN ASSET US LONG DURATION LLC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1755/ SYSCO CORPORATIONRETIREMENT PLAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1764/GENERAL RETIREMENTPLAN FOR EMP | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1765/ WESTERN ASSET US ENHANCED CASH, LLC, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1771/GENESEE COUNTY EMPLOYEES' RETIREMENT SY | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1779/PENSION PLAN OF THECHUBB CORPORATION, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 178/ BARNES JEWISHCHRISTIAN HEALTH SYSTEM, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1781/TRUST FOR THE AMERADA HESS CORPORATION, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1796/FIREMENS ANNUITY& BENEFITS FUND OF CHIC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1799/WATSON SYATT & COMP | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1833/TYCO INTERNATIONAL(US) INC. RETIREMENT, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1845/YMCA MASTER TRUSTWESTERN ASSET MGMT CO, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1848/BAYCAREHEALTH SYSTEM, INC. | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE |

| Claim Name | Address Information |
|---|---|
| WAMCO 1848/BAYCAREHEALTH SYSTEM, INC. | 600, PASADENA, CA 91105 |
| WAMCO 1861/NORTHERN TRUST GLOB | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1862 / NATIONWIDE LIFE IAMERICA PRODUCERS PE | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1883 / WASHINGTON STATEBOARD OF INVESTMENTS, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1889 / CITIGROUP 401K PL | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1907/CATERPILLARDEFINEDC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1911/ ARCHDIOCESEOF ST. LOUIS | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1914/SPARROW HEALTH SYS | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1915/ BON SECOURSLONG TERM RES. FD. | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1916/BON SECOURSASSURANCE, COMPANY LTD | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1917/BON SECOURSPENSION MASTER TRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1921/ROCKWELL AUTOMATION | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1929.NEW MEXICO EDUCATIO | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1948 / SEARS 401(K) SAVI | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1965/CONSTRUCTION INDUSTLABORERS PENSION FUN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1978/WA US INTERMEDIATEPLUS LLC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 1982/THE WALTDISNEYCOSPONSQUALBENPL&KEYEMPDE | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2232/SCHWAB INSFIXED INCOME TRUST FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2294 / LEGG MASONPARTNERS CAPITAL AND INCOME | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2311/ PPG IND INCPENS PLAN TRST LNG DUR ACCT | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2317 / SALOMON BROTHERSGLOBAL HIGH INCOME FU | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2327/ LMP VARIABLESTRATEGIC BOND PORTFOLIO, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2358/ SMITHBARNEY CORE PLUS BONDFUND INC., | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2372/WESTERNASSET COR PLUS UNIV LLC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2377 WELLS FARGO FIXEDINCOME FUND H | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2381SUNLIFE ASSURANCE CO. | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2461/ LMP COREBOND FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |

| Claim Name | Address Information |
|---|---|
| WAMCO 2466/ SMITH BARNEY | DIVERSIFIED STRAT INC FUND,1 GEORGE STREET #23-01, SINGAPORE,  49145 SINGAPORE |
| WAMCO 2466/ SMITH BARNEYDIVERSIFIED STRAT INC FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2551/WATSON WYATTU.S. INVESTMENT COMMITTEE, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2584/A/C JP MORGAN 401K SAVINGSREF JP MORGAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2591/ MET LIFESEPARATE ACCOUNT NO. 565 | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2592/ WESTERNASSET ABSOLUTE RETURNPORTFOLIO, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2606/WHEATON FRANCISCANSERVICE | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2623/CALIFORNIASTATETEACHERSRETSYSTEM FI | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2683/  AMGENRETIREMENT AND SAVINGS PLAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2773/AUSGLEICHSFONDS DER AHV | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2795/ SMASHSERIES M FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2813/ ASCENSION HEALTH INS LTD FULL DISCRETI | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2830/ STEAMSHIP COREFULL DISCRETION PORTFOLI | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2852/ CATHOLICHEALTHCAREWEST FUNDED DEPRECIA | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2853/ CATHOLICHEALTHCARE WEST RETIREMENT TR, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2854/ CATHOLICHEALTHCARE WEST SELF INS. TR., | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2855/ CATHOLICHEALTHCARE WEST WORKERS COMP, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2869/ SPRINKLER INDUSTRYSUPPLEMENTAL PENSION | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2888/ RELIANCE INSURANCECOMPANY | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 2895/ WICHITARETIREMENT SYSTEMS | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 3028/ ASCENSIONHEALTH WELFARE | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 3033/ SUPERVALUMASTER INV. TRUST-CORE PLUS, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 654 MICHCON RETIREMENT PLANS' MASTER TRUST, | MICHIGAN CONSOLIDATED GAS COMPANY,500 GRISWOLD STREET, DETROIT, MI 48226 |
| WAMCO 654 MICHCON RETIREMENT PLANS' MASTER TRUST, | WESTERN ASSET MANAGEMENT, INC.,177 E. COLORADO BLVD., PASADENA, CA 91105 |
| WAMCO 655 MICHCON POST RETIREMENT VEBA TRUST | MICHIGAN CONSOLIDATED GAS COMPANY,500 GRISWOLD STREET, DETROIT, MI 48226 |
| WAMCO 655 MICHCON POST RETIREMENT VEBA TRUST | WESTERN ASSET MANAGEMENT, INC.,177 E. COLORADO BLVD., PASADENA, CA 91105 |
| WAMCO 671 WESTERN ASSET CORE PORTFOLIO | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE |

| Claim Name | Address Information |
|---|---|
| WAMCO 671 WESTERN ASSET CORE PORTFOLIO | 600, PASADENA, CA 91105 |
| WAMCO 701/3M VOLUNTARY INVESTM | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 705/INDIANA UNIVERSITYA/C I.U. FOUNDATION, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 708/DISTRICT OF COLUMBIAFIRE FIGHTERS AND TE | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 710 LM INSTITUTIONAL FUND ADVISORS 1 | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 750/NIAGRA MOHAWK PENSION PLAN | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 751 WEST VIRGINIA INVESTMENT BOARD | W VIRIGINA INVESTMENT MANAGEMENT BOARD,CHIEF INVESTMENT OFFICER,1 CANTLEY DR – STE 3, CHARLESTON, WV 25314 |
| WAMCO 751 WEST VIRGINIA INVESTMENT BOARD | WESTERN ASSET MANAGEMENT, INC.,177 E. COLORADO BLVD., PASADENA, CA 91105 |
| WAMCO 803/CITY OF PHILADELPHIA | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 8258/ OPPORTUNISTICASIAN SECURITIES PORT. LL | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 852/ JPMC ERISAPLANS INTERMEDIATE BOND FUND, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 857/LACERA DOM FXD INCMENHANCED CORE/SRP | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 904/ CITY OFBALTIMORE EMPLOYEESRETIREMENT SY | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 911 CATHOLIC HEALTH INITIATIVES OPERATING, | CATHOLIC HEALTH INITIATIVES FOR THE OPERATING,INVESTMENT PROGRAM,ATTN: JENNIFER NEPPEL, DENVER, CO 80012 |
| WAMCO 911 CATHOLIC HEALTH INITIATIVES OPERATING, | WESTERM ASSET MANGMENT COMPANY,INVESTMENT MANAGER,177 EAST COLORADO BOULEVARD,ATTN: WILLIAM E. GOODMAN, PASADENA, CA 91105 |
| WAMCO 912 CATHOLIC HEALTH INITIATIVES RETIREMENT, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 913 FIRST INITIATIVES INSURANCE LTD | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 923/1199 NATIONAL BENEFIT FUND | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 968 BELL ATLANTIC MASTERTRUST | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 984 WESTERN ASSET CORE PLUS PORTFOLIO | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO 993/ SEPARATE ACCOUNT UTC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO W1931/THE GENERAL PENSION PL OF INTERNATIONA | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO– LEGG MASON ASIAN BOND | TRUST RE WESTERN ASSET MGMT CO PTE,1 GEORGE STREET, #23-01, SINGAPORE,  49145 SINGAPORE |
| WAMCO– WESTERN ASSET ASIANOPPORTUNITIES FUNDRE WES | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WAMCO2819/COMMON CRED OPP COMP | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WASHINGTON DULLES AIR CARGO LTD | AMB PROPERTY CORP,CORPORATE HEADQUARTERS,PIER 1, BAY 1, SAN FRANCISCO, CA 94111 |
| WASHINGTON MUTUAL BANK | 1111 3RD AVENUE,WMT0511, SEATTLE, WA 98101 |
| WASHINGTON NATIONAL INS. | ATTN:JEFFEREY M. STAUTZ, V.P. & GENL COUNSEL,40|86 ADVISORS INC.,535 N COLLEGE |

| Claim Name | Address Information |
|---|---|
| WASHINGTON NATIONAL INS. | DR, CARMEL, IN 46032 |
| WASHINGTON TRUST BANCORP, INC | ATTN:MARK GIM, SVP-FINANCIAL PLANNING,WASHINGTON TRUST BANCORP,23 BROAD STREET, WESTERLY, RI 02891 |
| WASHINGTON TRUST BANCORP, INC | 23 BROAD STREET, WESTERLY, RI 02891 |
| WASHINGTON TRUST COMPANY | ATTN:MARK GIM,THE WASHINGTON TRUST COMPANY,23 BROAD STREET, WESTERLY, RI 02891 |
| WASHOE MEDICAL CENTER | ATTN:DENNIS PETTIGREW,WASHOE MEDICAL CENTER, INC.,77 PRINGLE WAY, RENO, NV 89502 |
| WATERFALL EDEN FUND, LP | ATTN:JACK ROSS,WATERFALL EDEN MASTER FUND, LTD.,C/O WATERFALL ASSET MANAGEMENT, LLC,1185 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| WATERFALL EDEN FUND, LP | 1185 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| WATERSTONE MARKET NEUTRAL MASTER FUND LTD. | 2 CARLSON PARKWAY, PLYMNOUTH, MN 55447 |
| WATERTON PRINTER'S SQUARE LLC | 30 SOUTH WACKER DRIVE SUITE 3600, CHICAGO, IL 60606 |
| WCG MASTER FUND LTD. | ATTN:KENNETH ULBRICHT,WCG MASTER FUND, LTD,C/O WCG MANAGEMENT, LP,225 LIBERTY STREET, 7TH FLOOR, NEW YORK, NY 10281 |
| WEBSTER BANK, NATIONAL ASSOCIA TION | 145 BANK ST, WATERBURY, CT 06702 |
| WEBSTER BANK, NATIONAL ASSOCIATION | ATTN:DENISE HALL,WEBSTER BANK,WEBSTER PLAZA,MO-335, WATERBURY, CT 06702 |
| WELLINGTON 35P4/OIL INVESTMENT CORPORATION | ATTN:DERIVATIVE OPERATIONS GROUP,( FOR CONFIRMATIONS: ),[ NAME OF PARTY B: ],C/O WELLINGTON MANAGEMENT COMPANY, LLP,75 STATE STREET, BOSTON, MA 02019 |
| WELLINGTON 9693 / WTC-CTF LIBOR PLUS PORTFOLIO | 1 LINCOLN STREET, BOSTON, MA 02111 |
| WELLINGTON 9827/WTC-CTFA/C WTC-CTF OPPORT. FIX POR | ATTN:DERIVATIVE OPERATIONS GROUP,( FOR CONFIRMATIONS: ),[ NAME OF PARTY B: ],C/O WELLINGTON MANAGEMENT COMPANY, LLP,75 STATE STREET, BOSTON, MA 02019 |
| WELLINGTON 9956/WTC-CIFOPPORTUNISTIC FIXED PORTFOL | ATTN:DERIVATIVE OPERATIONS GROUP,( FOR CONFIRMATIONS: ),[ NAME OF PARTY B: ],C/O WELLINGTON MANAGEMENT COMPANY, LLP,75 STATE STREET, BOSTON, MA 02019 |
| WELLMONT HEALTH SYSTEM | ATTN:PRESIDENT AND CEO,WELLMONT HEALTH SYSTEM,1905 AMERICAN WAY, KINGSPORT, TN 37660 |
| WELLPOINT INC. | ATTN:MERRILL YARLING,WELLPOINT, INC.,120 MONUMENT CIRCLE, INDIANAPOLIS, IN 46204 |
| WELLS FARGO & CO 401(K) PLAN | 100 FIRST AVENUE,SUITE 850, PITTSBURGH, PA 15222 |
| WELLS FARGO BANK N.A. FORSTABLE RETURN FUND G | ATTN:CASWELL JOHN R.,GALLIARD CAPITAL MANAGEMENT,LASALLE PLAZA, SUITE 2060,800 LASALLE AVENUE, MINNEAPOLIS, MN 55479 |
| WELLS FARGO BANK, NA | 415-362-6958,420 MONTGOMERY STREET,10TH FLOOR, SAN FRANCISCO,   94104 |
| WELLS FARGO HOME EQUITY TRUST 2004-1 | ATTN:RITA LOPEZ,LA SALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE,SECURITIES ADMINISTRATION SERVICES,135 S. LASALLE STREET, STE 1625, CHICAGO, IL 60603 |
| WELLS FARGO MASTER TR FOR THE MGD FIXED INC PORT, | ATTN:CASWELL JOHN R.,GALLIARD CAPITAL MANAGEMENT,LASALLE PLAZA, SUITE 2060,800 LASALLE AVENUE, MINNEAPOLIS, MN 55479 |
| WELLS FARGO/OHIO HOUSING | ATTN:CASWELL JOHN R.,GALLIARD CAPITAL MANAGEMENT,LASALLE PLAZA, SUITE 2060,800 LASALLE AVENUE, MINNEAPOLIS, MN 55479 |
| WEMBLEY NATIONAL STADIUM LTD | ATTN:CHIEF EXECUTIVE,WEMBLEY NATIONAL STADIUM LIMITED,ELEVENTH FLOOR,YORK HOUSE,EMPIRE WAY, MIDDLESEX,  HA9 0WS UNITED KINGDOM |
| WESLEYAN UNIVERSITY | ATTN:CFO,ATTENTION CHIEF FINANCIAL OFFICER,237 HIGH STREET,4TH FLOOR, MIDDLETOWN, CT 06459 |
| WEST CORPORATION | 11808 MIRACLE HILLS DRIVE, OMAHA, NE 68154 |
| WEST LIBERTY CARE CENTER | ATTN:CHIEF FINANCIAL OFFICER,WEST LIBERTY CARE CENTER, INC.,6557 US 68 SOUTH, WEST LIBERTY, OH 43357 |
| WEST POINT HOUSING LLC | WEST POINT HOUSING LLC,C/O BALFOUR BEATTY MILITARY HOUSING INVESTMENTS,10 CAMPUS BOULEVARD, NEW SQUARE, PA 19073 |
| WEST VIEW MANOR | ATTN: PRESIDENT AND CEO,WEST VIEW MANOR, INC.,1715 MECHANICSBURG RD., WOOSTER, OH 44691 |
| WESTERN ASSET MGMT COA/C CPTPFREF WAMCO 1839 | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |

| Claim Name | Address Information |
|---|---|
| WESTERN ASSET MGMT COA/C CPTPFREF WAMCO 1840 | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WESTERN ASSET MGMT COA/C MT WILSON CLO II LTD | ATTN:THE DIRECTORS,MT. WILSON CLO II, LTD. C/O MAPLES FINANCE LTD,PO BOX 1093GT,BOUNDARY HALL, CRICKET SQUARE,GEORGE TOWN, GRAND CAYMAN, ,    CAYMAN ISLANDS |
| WESTERN ASSET MGMT COA/C WAMCO 775 IBM RETIREMENT, | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WESTERN ASSET US CORE PLUS LLC | ATTN:GREGG POILLUCCI,WESTERN ASSET MANAGEMENT CO.,117 EAST COLORADO BLVD,SUITE 600, PASADENA, CA 91105 |
| WESTERN CORPORATE FEDERAL CREDIT UNION | ATTN:PRESIDENT CFO,924 OVERLAND COURT, SAN DIMAS, CA 91773 |
| WESTERN MICHIGAN UNIVERSITY | 1903 W MICHIGAN AVE, KALAMAZOO, MI 49008 |
| WESTERN MICHIGAN UNIVERSITY | WESTERN MICHIGAN UNIVERSITY, KALAMAZOO, MI 49008-5200 |
| WESTERNBANK PUERTO RICO | 19 WEST MCKINLEY STREET, MAYAGUEZ, PR 00680 |
| WESTFAELISCHE LANDSCHAFT BODENKREDITBANK AG | SENTMARINGER WEG 1, MÜNSTER,   48151 GERMANY |
| WESTLB AG | 1211 AVE OF THE AMERICAS, NEW YORK, NY 10036 |
| WESTSIDE WALDORF SCHOOL | ATTN: CHIEF FINANCIAL OFFICER,1229 FOURTH STREET, SANTA MONICA, CA 90401 |
| WESTWOOD APARTMENTS, LLC | 7842 EVERETT, KANSAS CITY, KS 66112 |
| WEXFORD CAPITAL LLCA/C WEXFORD GLB STRAT TRAD LTD, | ATTN:DANTE DOMENICHELLI,WEXFORD GLOBAL STRATEGIES TRADING LTD,C/O WEXFORD CAPITAL, LLC,411 W PUTNAM AVE, GREENWICH, CT 06830 |
| WHEATON COLLEGE | ATTN:OFFICE OF THE TREASURER/DAVID JOHNSTON,501 COLLEGE AVE, WHEATON, IL 60187 |
| WHITE MARLIN CDO 2007-1 | ATTN: THE DIRECTORS,WHITE MARLIN CDO 2007-1 LTD. C/O MAPLES FINANCE,LTD,QUEENSGATE HOUSE,S CHURCH STREET, GRAND CAYMAN, GRAND CAYMAN, CAYMAN ISLANDS |
| WHITE MARLIN CDO 2007-1 | CT CORPORATION,111 EIGHTH AVENUE,REF: WHITE MARLIN CDO LTD., NEW YORK, NY 10011 |
| WILMINGTON TRUST COMPANY | ATTN:DARLEEN MORGAN,RODNEY SQUARE - NORTH 9TH FLOO,1100 NORTH MARKET ST., WILMINGTON, DE 19801 |
| WINCHESTER MEDICAL CENTER | ATTN:CHIEF FINANCIAL OFFICER,1840 AMHERST STREET, WINCHESTER, VA 22061 |
| WIND TELECOMUNICAZIONI SPA | VIA C G VIOL 8, ROME,  148 ITALY |
| WINDERMERE IV CMBS PLC | ATTN: THE DIRECTORS,C/O SPV MANAGEMENT LIMITED, TOWER 42 (LEVEL 11),25 OLD BROAD ST, LONDON,  EC2N 1HQ UK |
| WINDERMERE IV CMBS PLC | ABN AMRO TRUSTEES LTD,82 BISHOPSGATE,ATTN: GLOBAL CORPORATE TRUST SERVICES, WINDERMERE, LONDON,  EC2N 4BN UK |
| WINDERMERE VII CMBS PLC | 82 BISHOPGATE,6TH FLOOR, LONDON,  EC2N4BN UNITED KINGDOM |
| WINDERMERE X CMBS LIMITED | ATTN:JOSEPH POLIZZOTTO,LEHMAN BROTHERS SPECIAL FINANCING INC.,TRANSACTION MANAGEMENT,399 PARK AVENUE,15TH FLOOR, NEW YORK, NY 10022-4679 |
| WINDERMERE X CMBS LIMITED | 121 SW MORRISON,SUITE 925, PORTLAND, MN 55555 |
| WINDERMERE XI CMBS PLC | ATTN:JOSEPH POLIZZOTTO,LEHMAN BROTHERS SPECIAL FINANCING INC.,TRANSACTION MANAGEMENT,399 PARK AVENUE,15TH FLOOR, NEW YORK, NY 10022-4679 |
| WINDERMERE XIV CMBS LTD. | ATTN:DOCUMENTATION MANAGER,LEHMAN BROTHERS SPECIAL FINANCING,CAPITAL MARKETS CONTRACTS - LEGAL C/O LBI,LEGAL, COMPLIANCE & AUDIT,745 7TH AVE, NEW YORK, NY 10019 |
| WINNITEX INVESTMENT COMPAN Y LIMITED | UNITS 1-5,6A & 7A,36/F CABLE TV TOWER,9 HOI SHING ROAD, |
| WINNITEX INVESTMENT COMPANY LIMITED | ATTN:BRIAN CHAN,WINNITEX INVESTMENT CO LTD,UNITS 1-5, 6A#AMPER7A, 36/F.,CABLE TV TOWER,9 HOI SHING RD TSUEN WAN, N.T., ,   HONG KONG |
| WINTRUST FINANCIAL CORPORATION | ATTN:DAVID J. GALVAN,WINTRUST FIANNCIAL CORPORATION,727 N. BANK LN., LAKE FOREST, IL 60045 |
| WLR RECOVERY FUND II L.P. | ATTN:DAVID WAX,WLR RECOVERY FUND II, L.P.,C/O WL ROSS & CO. LLC,MANHATTAN TOWER,101 EAST 52ND STREET, NEW YORK, NY 10022 |
| WOCKHARDT EU OPERATIONS(SWISS) AG | C/O WOCKHARDT LIMITED,WOCKHARDT TOWERS,BANDRA KURLA COMPLEX,BANDRA (EAST), MUMBAI, ,  400 051 INDIA |

| Claim Name | Address Information |
|---|---|
| WOORI BANK | 16TH FL.,203 HOEHYUN-DONG, CHUNG-KU,SEOUL,    KOREA |
| WOORI BANK | ATTN:DERIVATIVES DEPT.,WOORI BANK,203, HOEHYON-DONG 1-GA CHUNG-GU, SEOUL, , 100-792 KOREA |
| WOORI BANK | ATTN:DERIVATIVES DEPT.,WOORI BANK,203, HOEHYON-DONG 1-GA,CHUNG-GU, SEOUL, 100-792 REPUBLIC OF KOREA |
| WOORI INVESTMENT AND SECURITIES CO.,LTD. | 1132 JOONGDONG WONMI-GU,2ND FLOOR BUCHEON NONGHYUP, BUCHEON GYONGGI,   420-020 KOREA |
| WOORI INVESTMENT ANDSECURITIES CO.,LTD. | ATTN:OPERATIONS DEPT,WOORI INVESTMENT & SECURITIES CO., LTD.,19F, WOORI INVESTMENT & SECURITIES BLDG,23-4 YEUIDO-DONG, YOUNGDUNGPO-GU, SEOUL,    KOREA |
| WORCESTER POLYTECHNIC INSTITUTE | ATTN:CUCINOTTA SYLVIA,100 INSTITUTION ROAD, WORCESTER, MA 01609-2280 |
| WORLD FUEL SERVICES AM ERICAS, INC. | 238A THOMSON ROAD, SINGAPORE,   307684 SINGAPORE |
| WORLD WILDLIFE FUND, INC. | US HEADQUARTERS,1250 TWENTY-FOURTH STREET NW,PO BOX 97180, WASHINGTON, DC 20090-7180 |
| WUESTENROT HYPOTHEKENBANK AG | IM TAMBOUR 6, LUDWIGSBURG,   71630 GERMANY |
| WXIII/ASTOR, L.L.C. | 18788 XEROX DR, LEESBURG, VA 20175 |
| WXIII/OXFORD DTC REAL ESTATE LLC | 18788 XEROX DR, LEESBURG, VA 20175 |
| XAVERIAN BROTHERS HIGH SCHOOL | 800 CLAPBOARD BOARD STREET,ATTN: HEADMASTER, WESTWOOD, MA 02090 |
| XAVIER UNIVERSITY | ATTN:VICE PRESIDENT FOR FINANCIAL ADMINISTRATION,XAVIER UNIVERSITY,3800 VICTORY PKWY, CINCINNATI, OH 45207-4521 |
| XL CAPITAL ASSURANCE INC | A/C PORTFOLIO CDS TRUST 162,1 AMERICA SQUARE, LONDON,   EC3N 2LB UNITED KINGDOM |
| XL CAPITAL ASSURANCE INC PORTFOLIO CDS TRUST 187, | ATTN:SURVEILLANCE,XLCA ADMIN LLC,AS TRUSTEE FOR PORTFOLIO CDS 187,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| XL CAPITAL ASSURANCE INCA/C PORTFOLIO CDS TRUST 16 | ATTN:SURVEILLANCE,XLCA ADMIN LLC/AS TRUSTEE,PORTFOLIO CDS TRUST 162,1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| XLCA/PORTFOLIO CDS TRUST 103 | ATTN:SURVEILLANCE,XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| XLCA/PORTFOLIO CDS TRUST 104 | ATTN:SURVELLANCE,XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| XLCA/PORTFOLIO CDS TRUST 105 | ATTN:SURCEILLANCE,XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020-1001 |
| XTO ENERGY INC | 810 HOUSTON STREET,SUITE 2000, FT. WORTH, TX 76102 |
| YAKIMA-TIETON IRRIGATION DISTRICT | SECRETARY/MANAGER,470 CAMP 4 ROAD, YAKIMA, WA 98908 |
| YALE UNIVERSITY | 230 PROSPECT STREET, NEW HAVEN, CT 06511 |
| YALE UNIVERSITY | ATTN:ROBINSON DOROTHY K.,VP AND GENERAL COUNSEL,YALE UNIVERSITY,2 WHITNEY AVENUE, 6TH FLOOR, NEW HAVEN, CT 06520-8255 |
| YALE-NEW HAVEN HOSPITAL | 20 YORK STREET, NEW HAVEN, CT 06510-3202 |
| YAMAGUCHI BANK LTD | 4-2-36 TAKEZAKI-CHO SHIMONOSEKI-SHI, YAMAGUCHI,   750-8603 JAPAN |
| YAPI VE KREDI BANKASI A.S. | BUYUKDERE CAD,YAPI KREDI PLAZA D BLOK, LEVEN / ISTANBUL,   34330 TURKEY |
| YES BANK LTD | ATTN:MITEZ SHETH, AVP - TREASURY OPERATIONS,TIECICON HOUSE,2ND FLOOR, E. MOSES ROAD,MAHALAKSHMI, MUMBAI, ,   400 011 INDIA |
| YES BANK LTD | DISCOVERY OF INDIA BLDG.,4TH FLOOR,NEHRU CENTRE, DR. A.B. ROAD,    MUMBAI |
| YMCA OF GREATER ROCHESTER | ATTN:SUSAN M. RESCHKE,THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREATER,ROCHESTER, ROCHESTER, NY 14604 |
| YORK CREDIT OPPORTUNITIES FUND | 10 BROOK STREET, LONDON,   W1J0DR UNITED KINGDOM |
| YORK HOSPITAL | AMBAC,ONE STATE STREET PLAZA, NEW YORK, NY 10004 |
| YORK HOSPITAL | 1001 SOUTH GEORGE STREET,ATTN: VICE PRESIDENT FINANCE, YORK, PA 17405 |
| ZAIS GROUP, LLC A/C MATRIX VI-C | 2 BRIDGE AVE.,2ND FLOOR, RED BANK, NJ 07701 |
| ZAIS GROUP, LLCA/C ZAIS ZEPHYR A-1 LTD | ATTN:RUSS PRINCE, MICHAEL PILZ, & JERRY HONG,ZAIS ZEPHYR A-1, LTD., C/O ZAIS GROUP, LLC,2 BRIDGE AVE,THE GALLERIA BLDG 3, 2ND FL, RED BANK, NJ 07701 |
| ZAIS GROUP, LLCA/C ZAIS ZEPHYR A-5 LTD | ATTN:RUSS PRINCE, MICHAEL PILZ, & JERRY HONG,ZAIS ZEPHYR A-1, LTD., C/O ZAIS GROUP, LLC,2 BRIDGE AVE,THE GALLERIA BLDG 3, 2ND FL, RED BANK, NJ 07701 |
| ZAIS GROUP, LLCA/C ZAIS ZEPHYR PPN | C/O DEUTSCHE BANK (CAYMAN) LIMITED,PO BOX 1984, BOUNDARY HALL,CRICKET |

| Claim Name | Address Information |
|---|---|
| OFFSHORE | SQUARE, GEORGE TOWN, GRAND CAYMAN, , KY1-1104 CAYMAN ISLANDS |
| ZAIS OPPORTUNITY MASTERFUND, LTD | ATTN:SAMANTHA ECKSTEIN,ZAIS CDO OPPORTUNITY MASTER FUND, LTD.,C/O ZAIS GROUP, LLC, 2 BRIDGE AVENUE,THE GALLERIA BUILDING 3, 2ND FLOOR, RED BANK, NJ 07701 |
| ZAIS ZEPHYR A-3 LTDC/O ZAIS GROUP LLC | ATTN:RUSS PRINCE, MICHAEL PILZ, & JERRY HONG,ZAIS ZEPHYR A-1, LTD., C/O ZAIS GROUP, LLC,2 BRIDGE AVE,THE GALLERIA BLDG 3, 2ND FL, RED BANK, NJ 07701 |
| ZEELAND ALUMINIUM COMPANY AG | KLESCH AND COMPANY LIMITED,105 WIGMORE STREET, LONDON, W1U 1QY UNITED KINGDOM |
| ZIRCON FINANCE  2007-5 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE 2007-18 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE 2007-3 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE 2007-6 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE 2007-9 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-1 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-10 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-11 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-12 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-13 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-14 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-15 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-16 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-17 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-19 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-2 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZIRCON FINANCE LTD 2007-8 | F&C ALTERNATIVE INVESTMENTS,F&C ASSET MANAGEMENT PLC,EXCHANGE HOUSE,PRIMROSE STREET, LONDON EC2A 2NY, UK |
| ZURCHER KANTONALBANK | ATTN: DOCUMENTATION TRADING PRODUCTS,IBD, INVESTMENTS & PRIVATE BANKING,P.O. BOX CH-8010 ZURICH, , SWITZERLAND |
| ZURCHER KANTONALBANK | BAHNHOFSTRASSE 9, ZURICH, CH-8001 SWITZERLAND |
| ZURCHER KANTONALBANK | SWISSCA SECURITITES LIMITED, PROCESS AGENT,CAMOMILE COURT 23,CAMOMILE ST, LONDON, EC3A 7LL UNITED KINGDOM |
| ZURICH CAPITAL MARKETS INC | ZURICH CAPITAL MARKETS INC.,ONE CHASE MANHATTAN PLAZA, NEW YORK, NY 10005 |
| ZURICH/SCUDDER MANAGED MUNICIPAL BONDS | ATTN:CHAPIN MICHAEL,C/O ZURICH SCUDDER INVESTMENTS,TWO INTERNATIONAL PLACE, BOSTON, MA 02110 |
| ZURICH/SCUDDER MASSACHUSETTS TAX FREE FUND | 1 BEACON ST # 14FL, BOSTON, MA 021083107 |

**Claim Name**                          **Address Information**

Total Creditor Count 4818

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004