**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
|  | : |  |
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | **Case No. 08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

-------------------------------------------------------------------x   **Ref. Docket No. 2559**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK    )

　　　　CASSANDRA MURRAY, being duly sworn, deposes and says:

　　　1.　　I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

　　　2.　　On January 15, 2009, I served the "Notice of Presentment of Stipulation and Order Granting Abraham Kamber & Company LLC Relief from Automatic Stay," dated January 15, 2009 [Docket No. 2559], by causing true and correct copies to be:

　　　a)　delivered by email to those parties listed on the attached Exhibit "A",

　　　b)　delivered by facsimile to those parties listed on the attached Exhibit "B", and

　　　c)　enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

　　　3.　　All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　/s/ Cassandra Murray
　　　　　　　　　　　　　　　　　　　Cassandra Murray

Sworn to before me this
16th day of January, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
My Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\NOP of Stip AbrahamKamber_aff_1-15-09.doc

**Exhibit "A"**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bambacha@sec.gov
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com

bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bt@luckydognc.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
carter.hunter@arentfox.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com

| | |
|---|---|
| dclark@stinson.com | elobello@blankrome.com |
| dcoffino@cov.com | eobrien@sbchlaw.com |
| dcrapo@gibbonslaw.com | eschaffer@reedsmith.com |
| ddavis@paulweiss.com | eschwartz@contrariancapital.com |
| ddrebsky@nixonpeabody.com | esmith@dl.com |
| ddunne@milbank.com | ezavalkoff-babej@vedderprice.com |
| deborah.saltzman@dlapiper.com | ezujkowski@emmetmarvin.com |
| deggert@freebornpeters.com | ezweig@optonline.net |
| demetra.liggins@tklaw.com | fbp@ppgms.com |
| deryck.palmer@cwt.com | feldsteinh@sullcrom.com |
| dfelder@orrick.com | ffm@bostonbusinesslaw.com |
| dflanigan@polsinelli.com | fhyman@mayerbrown.com |
| dfriedman@kasowitz.com | fishere@butzel.com |
| dhayes@mcguirewoods.com | frank.white@agg.com |
| dheffer@foley.com | fred.berg@rvblaw.com |
| dirk.roberts@ots.treas.gov | fsosnick@shearman.com |
| dkleiner@velaw.com | gabriel.delvirginia@verizon.net |
| dkozusko@willkie.com | gary.ticoll@cwt.com |
| dladdin@agg.com | gauchb@sec.gov |
| dlemay@chadbourne.com | gbray@milbank.com |
| dlipke@vedderprice.com | george.davis@cwt.com |
| dludman@brownconnery.com | GGraber@HodgsonRuss.com |
| dmcguire@winston.com | giaimo.christopher@arentfox.com |
| dneier@winston.com | giddens@hugheshubbard.com |
| dodonnell@milbank.com | gkaden@goulstonstorrs.com |
| donald.badaczewski@dechert.com | GLee@mofo.com |
| douglas.bacon@lw.com | glee@mofo.com |
| douglas.mcgill@dbr.com | glenn.siegel@dechert.com |
| DPiazza@HodgsonRuss.com | gmoss@riemerlaw.com |
| dravin@wolffsamson.com | gnovod@kramerlevin.com |
| drose@pryorcashman.com | gravert@mwe.com |
| drosenzweig@fulbright.com | gschiller@zeislaw.com |
| drosner@goulstonstorrs.com | harrisjm@michigan.gov |
| drosner@kasowitz.com | harveystrickon@paulhastings.com |
| dshemano@pwkllp.com | heiser@chapman.com |
| dswan@mcguirewoods.com | hirsh.robert@arentfox.com |
| dtatge@ebglaw.com | hollace.cohen@troutmansanders.com |
| dwdykhouse@pbwt.com | holsen@stroock.com |
| dwildes@stroock.com | howard.hawkins@cwt.com |
| eagle.sara@pbgc.gov | hseife@chadbourne.com |
| echang@steinlubin.com | hsnovikoff@wlrk.com |
| ecohen@russell.com | hweg@pwkllp.com |
| efile@pbgc.gov | ian.levy@kobrekim.com |
| efile@willaw.com | igoldstein@dl.com |
| efleck@milbank.com | ilevee@lowenstein.com |
| efriedman@friedumspring.com | info2@normandyhill.com |
| egeekie@schiffhardin.com | ira.herman@tklaw.com |
| eglas@mccarter.com | isgreene@hhlaw.com |
| ehollander@whitecase.com | israel.dahan@cwt.com |
| ehorn@lowenstein.com | jacobsonn@sec.gov |
| ekbergc@lanepowell.com | jafeltman@wlrk.com |
| ellen.halstead@cwt.com | james.mcclammy@dpw.com |

| | |
|---|---|
| jamestecce@quinnemanuel.com | jprol@lowenstein.com |
| jason.jurgens@cwt.com | jrabinowitz@rltlawfirm.com |
| jatkins@duffyandatkins.com | jrsmith@hunton.com |
| jay@kleinsolomon.com | jschwartz@hahnhessen.com |
| Jbecker@wilmingtontrust.com | jsheerin@mcguirewoods.com |
| jbeemer@entwistle-law.com | jshickich@riddellwilliams.com |
| jbird@polsinelli.com | jsmairo@pbnlaw.com |
| jbromley@cgsh.com | jtimko@allenmatkins.com |
| jcarberry@cl-law.com | jtougas@mayerbrown.com |
| Jdrucker@coleschotz.com | judy.morse@crowedunlevy.com |
| jdyas@halperinlaw.net | jwallack@goulstonstorrs.com |
| jeff.wittig@coair.com | jwang@sipc.org |
| jeffrey.sabin@bingham.com | jweiss@gibsondunn.com |
| jeldredge@velaw.com | jwest@velaw.com |
| jennifer.demarco@cliffordchance.com | jwhitman@entwistle-law.com |
| jennifer.gore@shell.com | jwishnew@mofo.com |
| jeremy.eiden@state.mn.us | k4.nomura@aozorabank.co.jp |
| jfalgowski@reedsmith.com | karen.wagner@dpw.com |
| jg5786@att.com | karol.denniston@dlapiper.com |
| jgarrity@shearman.com | KDWBankruptcyDepartment@kelleydrye.com |
| jguy@orrick.com | keith.simon@lw.com |
| jherzog@gklaw.com | Ken.Coleman@allenovery.com |
| jhs7@att.net | ken.higman@hp.com |
| jhuggett@margolisedelstein.com | kgwynne@reedsmith.com |
| jhuh@ffwplaw.com | kiplok@hugheshubbard.com |
| jjureller@klestadt.com | kkelly@ebglaw.com |
| jkehoe@sbtklaw.com | Klippman@munsch.com |
| jketten@willkie.com | klyman@irell.com |
| jkurtzman@klehr.com | kmayer@mccarter.com |
| jlamar@maynardcooper.com | kmisken@mcguirewoods.com |
| jlawlor@wmd-law.com | kobak@hugheshubbard.com |
| jlee@foley.com | korr@orrick.com |
| jlevitin@cahill.com | KOstad@mofo.com |
| jlipson@crockerkuno.com | kovskyd@pepperlaw.com |
| jliu@dl.com | kpiper@steptoe.com |
| jlovi@steptoe.com | kressk@pepperlaw.com |
| jmaddock@mcguirewoods.com | KReynolds@mklawnyc.com |
| jmazermarino@msek.com | kristin.going@dbr.com |
| jmcginley@wilmingtontrust.com | krosen@lowenstein.com |
| jmelko@gardere.com | krubin@ozcap.com |
| jmerva@fult.com | kstahl@whitecase.com |
| john.mcnicholas@dlapiper.com | kurt.mayr@bgllp.com |
| john.monaghan@hklaw.com | lacyr@sullcrom.com |
| john.rapisardi@cwt.com | lalshibib@reedsmith.com |
| jorbach@hahnhessen.com | Landon@StreusandLandon.com |
| Joseph.Cordaro@usdoj.gov | lattard@kayescholer.com |
| joseph.scordato@dkib.com | lawrence.bass@hro.com |
| joshua.dorchak@bingham.com | lberkoff@moritthock.com |
| jowen769@yahoo.com | lehman@fklaw.com |
| JPintarelli@mofo.com | lgranfield@cgsh.com |
| jpintarelli@mofo.com | lhandelsman@stroock.com |
| jporter@entwistle-law.com | linda.boyle@twtelecom.com |

| | |
|---|---|
| lisa.kraidin@allenovery.com | mpage@kelleydrye.com |
| LJKotler@duanemorris.com | mpucillo@bermanesq.com |
| lmarinuzzi@mofo.com | mrosenthal@gibsondunn.com |
| Lmay@coleschotz.com | mruetzel@whitecase.com |
| lmcgowen@orrick.com | mschimel@sju.edu |
| lml@ppgms.com | MSchleich@fraserstryker.com |
| lnashelsky@mofo.com | mschonholtz@kayescholer.com |
| lromansic@steptoe.com | mshiner@tuckerlaw.com |
| lschweitzer@cgsh.com | mspeiser@stroock.com |
| lubell@hugheshubbard.com | mstamer@akingump.com |
| lwhidden@salans.com | mvenditto@reedsmith.com |
| mabrams@willkie.com | Nasreen.Bulos@dubaiic.com |
| macronin@debevoise.com | nbannon@tishmanspeyer.com |
| MAOFILING@CGSH.COM | ncoco@mwe.com |
| Marc.Chait@standardchartered.com | neal.mann@oag.state.ny.us |
| margolin@hugheshubbard.com | ned.schodek@shearman.com |
| mark.deveno@bingham.com | newyork@sec.gov |
| mark.ellenberg@cwt.com | Nherman@morganlewis.com |
| mark.houle@pillsburylaw.com | nissay_10259-0154@mhmjapan.com |
| mark.sherrill@sutherland.com | oipress@travelers.com |
| martin.davis@ots.treas.gov | omeca.nedd@lovells.com |
| Marvin.Clements@ag.tn.gov | owllady@hughes.net |
| masaki_konishi@noandt.com | paronzon@milbank.com |
| matthew.dyer@prommis.com | patrick.potter@pillsburylaw.com |
| matthew.klepper@dlapiper.com | paul.deutch@troutmansanders.com |
| Mbass@HodgsonRuss.com | paul.turner@sutherland.com |
| mbenner@tishmanspeyer.com | pbentley@kramerlevin.com |
| mberman@nixonpeabody.com | pbosswick@ssbb.com |
| mbienenstock@dl.com | pdublin@akingump.com |
| mcademartori@sheppardmullin.com | peter.gilhuly@lw.com |
| mcordone@stradley.com | peter.simmons@friedfrank.com |
| mcto@debevoise.com | peter.zisser@hklaw.com |
| mdorval@stradley.com | peter@bankrupt.com |
| metkin@lowenstein.com | pfeldman@oshr.com |
| mgreger@allenmatkins.com | phayden@mcguirewoods.com |
| mhopkins@cov.com | pnichols@whitecase.com |
| michael.kim@kobrekim.com | ppascuzzi@ffwplaw.com |
| mimi.m.wong@irscounsel.treas.gov. | ppatterson@stradley.com |
| mitchell.ayer@tklaw.com | pprewitt@lockelord.com |
| mitchell.epner@friedfrank.com | prachmuth@reedsmith.com |
| mjacobs@pryorcashman.com | pwirt@ftportfolios.com |
| mjedelman@vedderprice.com | pwright@dl.com |
| mkjaer@winston.com | r.stahl@stahlzelloe.com |
| mlahaie@akingump.com | ramona.neal@hp.com |
| MLandman@lcbf.com | ranjit.mather@bnymellon.com |
| mmendez@hunton.com | rcarlin@breslowwalker.com |
| mmickey@mayerbrown.com | rdaversa@orrick.com |
| mmooney@deilylawfirm.com | rfleischer@pryorcashman.com |
| mmorreale@us.mufg.jp | rfrankel@orrick.com |
| mmurphy@co.sanmateo.ca.us | rgmason@wlrk.com |
| mneier@ibolaw.com | rgraham@whitecase.com |
| monica.lawless@brookfieldproperties.com | rhett.campbell@tklaw.com |

richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
Sara.Tapinekis@cliffordchance.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com

snewman@katskykorins.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
wheuer@dl.com
wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

Additional Parties
John.Phelan@dlapiper.com
christian.spieler@lehman.com
helmut.olivier@lehman.com
igoldstein@dl.com
martin.bury@lehman.com
michael.bonacker@lehman.com
Michael.Frege@cms-hs.com
patrick.schmitz-morkramer@lehman.com

**Exhibit "B"**

| Name | Fax |
|------|-----|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

| Name | Fax Number |
|------|------------|
| Swedbank (Forenings Sparbanken AB (PUBL) | (212) 486-3222 |
| Swedbank AB | (212) 317-3167 |
| The Bank of New York | (732) 667-9324 |
| Swedbank AB | +46 8 5859 2900 |
| Swedbank AB | +46 8 5859 3388 |
| Swedbank AB | +46 8 5859 2823 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

Lehman Brothers Bankhaus AG, London Branch
25 Bank Street
London E14 5LE
United Kingdom
Attn:  Frank Zeitz