**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, :   Case No. 08-13555 (JMP)
                                            :
         Debtors.                           :   (Jointly Administered)
                                            :
-----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

       PAUL BELOBRITSKY, being duly sworn, deposes and says:

       1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

       2.    On January 16, 2009, I served the "AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND DEADLINES," dated January 12, 2009, a copy of which is attached as Exhibit "A", by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the attached Exhibit "B".

       3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      /s/ Paul Belobritsky
Sworn to before me this                                        Paul Belobritsky
19th day of January, 2009

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

T:\Clients\LBH\Affidavits\Notice of Commencement_ aff 01-16-09.doc

**Exhibit "A"**

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK ||
|---|---|
| **In re**<br>**Lehman Brothers Holdings Inc., et al.,**<br>Debtors. | **Chapter 11 Case No:**<br>**08-13555 (JMP)**<br>**(Jointly Administered)** |

**AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASES,**
**MEETING OF CREDITORS, AND DEADLINES**

Chapter 11 bankruptcy cases concerning the debtor corporations listed below were filed on the dates listed below. You may be a creditor of one of the debtors. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. All documents filed with the Court, including lists of the debtors' properties and debts, are available for inspection at the office of the clerk of the Bankruptcy Court and the Court's website, www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff members of the Bankruptcy Clerk's Office and the Office of the United States Trustee cannot give legal advice.

**LIST OF DEBTORS (INCLUDING CASE NUMBER, DATE OF FILING AND TAX IDENTIFICATION NUMBER)**

| | | | |
|---|---|---|---|
| **Lehman Brothers Holdings Inc.** (08-13555 (JMP), 9/15/2008, 13-3216325) | **LB 745 LLC** (08-13600 (JMP), 9/16/2008, 22-3835682) | **PAMI Statler Arms LLC** (08-13664 (JMP), 9/23/2008, 20-4458408) | **Lehman Brothers Commodity Services Inc.** (08-13885 (JMP), 10/3/2008, 20-3364079) |
| **Lehman Brothers Finance SA** (08-13887 (JMP), 10/3/2008, 22-3515005) | **Lehman Brothers Special Financing Inc** (08-13888 (JMP), 10/3/2008, 11-2751029) | **Lehman Brothers OTC Derivatives Inc.** (08-13893 (JMP), 10/3/2008, 13-4184631) | **Lehman Brothers Derivative Products Inc.** (08-13899 (JMP), 10/5/2008, 13-4000849) |
| **Lehman Commercial Paper Inc.** (08-13900 (JMP), 10/5/2008, 13-2501865) | **Lehman Brothers Commercial Corporation** (08-13901 (JMP), 10/5/2008, 13-2927667) | **Lehman Brothers Financial Products** (08-13902 (JMP), 10/5/2008, 13-3749773) | **Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterioir** (08-13903 (JMP), 10/5/2008, None) |
| **Lehman Scottish Finance L.P.** (08-13904 (JMP), 10/5/2008, 98-0531265) | **CES Aviation LLC** (08-13905 (JMP), 10/5/2008, 22-3820734) | **CES Aviation V LLC** (08-13906 (JMP), 10/5/2008, 20-0503490) | **CES Aviation IX LLC** (08-13907 (JMP), 10/5/2008, 20-5321844) |
| **East Dover Limited** (08-13908 (JMP), 10/5/2008, None) | **Luxembourg Residential Properties Loan Finance S.a.r.l.** (09-10108 (JMP), 1/7/2009, None) | **BNC Mortgage LLC** (09-10137 (JMP), 1/9/2009, 13-4134566) | |

**OTHER NAMES USED BY THE DEBTORS IN THE PAST 8 YEARS**: N/A

| **Attorneys for Debtors**<br>Harvey R. Miller<br>Richard P. Krasnow<br>Lori R. Fife<br>Shai Y. Waisman<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: 212-310-8000<br>Facsimile: 212-310-8007 | **DATE, TIME, AND LOCATION OF**<br>**MEETING OF CREDITORS PURSUANT**<br>**TO BANKRUPTCY CODE SECTION 341(a):**<br><br>**January 29, 2009 at 10:00 a.m.** (prevailing Eastern Time)<br>Hilton New York<br>Mercury Ballroom<br>1335 Avenue of the Americas<br>New York, NY 10019 |
|---|---|

**DEADLINE TO FILE A PROOF OF CLAIM**

None at this time. When the Court sets a claims deadline, you will be notified and provided a proof of claim form by mail.

**DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**

Not applicable.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**

**IN MOST INSTANCES, THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTORS AND THE DEBTORS' PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTORS CAN REQUEST THE COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS.**

| Address of the Clerk of the Bankruptcy Court<br>Clerk of the United States Bankruptcy Court, S.D.N.Y.<br>One Bowling Green, New York, New York 10004 | For the Court:  Vito Genna<br>Acting Clerk of the Bankruptcy Court |
|---|---|
| Hours Open: 9:00 a.m. – 4:30 p.m. | Date: January 12, 2009 |

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this Court by each of the debtors named above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and disclosure statement telling you about the plan, and you might have an opportunity to vote on the plan. You will be sent a notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the debtors' property and may continue to operate their business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtors by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtors; repossessing the debtors' property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtors can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Notice | You will not receive notice of all documents filed in these chapter 11 cases. On September 22, 2008, the Court entered its Order Implementing Certain Notice and Case Management Procedures (the "Notice Procedures Order"). The Notice Procedures Order describes the notice procedures that apply in these chapter 11 cases. All parties who desire to participate in these chapter 11 cases must follow the procedures set forth in the Notice Procedures Order. Parties can obtain a copy of the Notice Procedures Order and all other documents filed electronically with the Court in these cases, including lists of the Debtors' property and debts, by: (i) visiting the Clerk of the Court at One Bowling Green, New York, New York 10004-1408, during normal business hours (9:00 a.m. to 4:30 p.m.) (copying fees will apply), (ii) accessing the Court's website at www.nysb.uscourts.gov (note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website); and (iii) accessing the website maintained by the Debtors in connection with these chapter 11 cases at http://www.lehman-docket.com. |
| Claims | Schedules of liabilities will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not identified as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are scheduled as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file a proof of claim. A creditor who relies on the schedule of liabilities has the responsibility for determining that the claim is listed accurately. A form of proof of claim and notice of the deadline for filing such proof of claim will be sent to you later. A deadline for the last day for filing proofs of claim has not yet been established. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the objection by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. |
| Bankruptcy Clerk's Office | Any paper that you file in these bankruptcy cases should be filed at the bankruptcy clerk's office at the address listed above. You may inspect all papers filed, including the list of the debtors' property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases. |

2

**Exhibit "B"**

| Claim Name | Address Information |
|---|---|
| 5450 WEST SAHARA LLC | MANAGEMENT OFFICE,540 WEST SAHARA AVENUE,5450 WEST SAHARA LLC, LAS VEGAS, NV 89146 |
| 5450 WEST SAHARA LLC, C/O SCI PROPERTY M | SUZANN BRENT,11620 WILSHIRE BOULEVARD,SUITE 300,5450 WEST SAHARA LLC, LOS ANGELES, CA 90025 |
| ACCORD ELECTRIC CORPORATION | 17852 JAMESTOWN LANE, HUNTINGTON BEACH, CA 92647 |
| AIMBRIDGE HOSPITALITY, LP | 4100 MIDWAY ROAD,SUITE 2115,AIMBRIDGE HOSPITALITY, LP, CARROLLTON, TX 75007 |
| AKERMAN SENTERFITT & EIDSON PA | 255 SOUTH ORANGE AVENUE SUITE 1300, ORLANDO, FL 32801 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | DEPT 7247-6838, PHILADELPHIA, PA 19170 |
| ALSTON HUNT FLOYD & ING | 18TH FLOOR ASB TOWER,1001 BISHOP STREET, HONOLULU, HI 96813 |
| ALTER ASSET MANAGEMENT, L.L.C. | SAMUEL F. GOULD,1980 SPRINGER DRIVE,CORRIDORS I & II/LOUDOUN II SPE FEECO, L, LOMBARD, IL 60148 |
| ALTER GROUP LOCKBOX | 75 REMITTANCE DRIVE,SUITE 1216, CHICAGO, IL |
| AMBERJACK, LTD | C/O BIRTCHER ARIZONA, LLC,2400 S. 55TH STREET,AMBERJACK, LTD, TEMPE, AZ 85282 |
| ANDREWS KURTH, LLP | BILL RIVERS,1717 MAIN STREET,WINGSPAN PORTFOLIO ADVISORS, LLC, DALLAS, TX 75201 |
| BENEFICIARIES OF NORTH STAR TRUST COMPAN | TITLE HOLDING LAND TRUST,C/O MARC REALTY LLC,55 EAST JACKSON BLVD, STE 500,SUBURBAN CHICAGO OFFICE L.L.C., CHICAGO, IL 60604 |
| BEVERLY NEWMAN | C/O LUKE FEENEY, ESQ.,11 EAST 2ND STREET, CHILLICOTHE, OH 45601 |
| BEVERLY NEWMAN | C/O PEGGY P. LEE, ESQ.,1005 EAST STATE STREET,SUITE 10, ATHENS, OH 45701 |
| BLOOM MURR & ACCOMAZZO PC | 410 17TH STREET SUITE 2400, DENVER, CO 80202 |
| BMC MORTGAGE LLC | C/O LEHMAN BROTHERS HOLDINGS INC.,BETH E. ANISMAN, ESQ.,745 SEVENTH AVENUE,LEHMAN BROTHERS BANK, FSB, NEW YORK, NY 10019 |
| BNC MORTGAGE LLC | PAUL F. DARRAH, JR.,1301 AVEUNE OF THE AMERICAS,LEHMAN BROTHERS BANK, FSB, NEW YORK, NY 10019 |
| BRAD SHELTON, BESSIE COURTNEY | MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL P,GARRETT M. SMITH,500 COURT SQUARE, SUITE 300,P.O. BOX 295, CHARLOTTESVILLE, VA 22902-0298 |
| BRIGGS AND MORGAN, P.A. | PO BOX 64591, ST PAUL, MN 55164 |
| BRUCE HADLEY AND STAPHANIE Y. HADLEY | 37510 ROYAL COURT, PALMDALE, CA 93552 |
| BUREAU D'IMPOSITION | 18, RUE DE FORT WEDELL, ,   LUXEMBOURG |
| CARLA S. MORELAND, ESQ. | 5112 BRIARGROVE LANE,AIMBRIDGE HOSPITALITY, LP, DALLAS, TX 75287 |
| CB OFFICE 10 LTD | C/O BILLINGSLEY PROPERTY SERVICES,4100 INTERNATIONAL PKWY 1100, CARROLLTON, TX 75007 |
| CB OFFICE 10, LTD. | MACK DENNIS,4100 INTERNATIONAL PARKWAY,SUITE 1100,CB OFFICE 10, LTD., CARROLTON, TX 75007 |
| CHAPMAN AND CUTLER LLP | PO BOX 71291, CHICAGO, IL 60694 |
| CHERYL MCNEIL | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREW,J. GARY GWILLIAM AND RANDALL E. STRAUSS,199 HARRISON STREET,SUITE 1600, OAKLAND, CA 94612-3528 |
| CHICAGO SIGN | PO BOX 75, WHEATON, IL 60187 |
| CITY OF CHICAGO | C/O MARA S. GEORGES,CORPORATION COUNSEL,30 N. LASALLE ST.,7TH FLOOR, CHICAGO, IL 60602 |
| COLEEN DENISE COLOMBO | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREW,J. GARY GWILLIAM AND RANDALL E. STRAUSS,199 HARRISON STREET,SUITE 1600, OAKLAND, CA 94612-3528 |
| COMED | BILL PAYMENT CENTER, CHICAGO, IL 60668 |
| CONTROL AIR CONDITIONING SERVICE CORPORA | 5200 E LA PALMA AVENUE, ANAHEIM, CA 92807 |
| CORRIDORS I & II/LOUDOUN II SPE FEECO LL | 1332 PAYSPHERE CIRCLE, CHICAGO, IL |
| CORRIDORS I&II/LOUDOUN II SPE FEECO,LLC | C/O THE ALTER GROUP LTD.,MR. RONALD SIEGEL,5500 W. HOWARD STREET, SKOKIE, IL 60077 |
| CREEKSIDE BUSINESS MALL LLC | PO BOX 4060, MENLO PARK, CA 94026 |
| CREEKSIDE BUSINESS MALL, LLC | P.O. BOX 4060,CREEKSIDE BUSINESS MALL, MENLO PARK, CA 94026 |
| DRS TECHNOLOGIES INC | 5 SYLVAN WAY, PASIPPANY, NJ 07054 |

| Claim Name | Address Information |
|---|---|
| EMERSON NETWORK POWER LIEBERT SVCS INC | LIEBERT SERVICES,PO BOX 70474, CHICAGO, IL 60673 |
| EMILY M. DRIGHT | BOWLES & VERNA LLP,K.P. DEAN HARPER AND BRIAN D. HORWITZ,2121 N. CALIFORNIA BLVD.,SUITE 875, WALNUT CREEK, CA 94596 |
| EVIE SMITH | BET TZEDEK LEGAL SERVICES,ANNA BURNS, ESQ.,145 S. FAIRFAX AVENUE,SUITE 200, LOS ANGELES, CA 90036 |
| FABIAN & CLENDENIN A PROFESSIONAL CORPOR | PO BOX 510210, SALT LAKE CITY, UT 84151 |
| FAITH BURNS | 113 35TH STREET W, MINNEAPOLIS, MN 55408 |
| FEIN, SUCH, KAHN, & SHEPARD, P.C.^7 CENT | 7 CENTURY DRIVE 201, PARSIPPANY, NJ 07054 |
| FRANK TONLIN, JR. | C/O DAVID AKER,23 SOUTHERN ROAD, HARTSDALE, NY 10530 |
| FRANK TONLIN, JR. | C/O W. J. BARNES, P.A.,W. JEFFREY BARNES, ESQ.,1515 NORTH FEDERAL HIGHWAY,SUITE 300, BOCA RATON, FL 33432 |
| GALLERIA PROPERTIES LLC | DEPT 101,4000 ALLEN ROAD, ALLEN PARK, MI 48101 |
| GODWIN RONQUILLO PC | 1201 ELM STREET,SUITE 1700, DALLAS, TX 75270 |
| GRE GLENDALE LLC | PO BOX 80770, SAN MARINO, CA 91118 |
| GRE GLENDALE LLC | 500 N. CENTRAL-PROPERTY MANAGER,500 NORTH CENTRAL AVENUE,SUITE 225,GRE GLENDALE LLC, GLENDALE, CA 91203 |
| GUSTAVO MORENO GONZALEZ ET AL | CALIFORNIA LAWYERS GROUP, INC.,MITRA CHEGINI, ESQ.,440 E. LA HABRA BLVD., LA HABRA, CA 90631 |
| HENRIETTA BROWN AND LYNETTA BROWN | LEGAL ASSISTANCE FOUNDATION OF METROPOLI,MICHELLE WETZEL AND JACK BLOCK,111 W. JACKSON BLVD.,SUITE 300, CHICAGO, IL 60604 |
| HERNDON & SWEENEY, P.C. | KEVIN C. SWEENEY, ESQ.,P.O. BOX 80050,THE TRAINING AUTHORITIES, LLC, BILLINGS, MT 59102 |
| HOUSER & ALLISON APC | 9970 RESEARCH DRIVE, IRVINE, CA 92618 |
| HTC AMERICA, INC. | WAIMAN LAM,13920 SOUTHEAST EASTGATE WAY,SUITE 400,HTC AMERICA, INC., BELLEVUE, WA 98005 |
| INTERCOUNSULT | 7 VAL SAINTE CROIX,L-1371, ,   LUXEMBOURG |
| INTERFACE CABLE ASSEMBLIES AND SERVICES | 42-19  23RD AVENUE, LONG ISLAND CITY, NY 11105 |
| INTERNAL REVENUE SERVICE^33-0661303 | PHILADELPHIA SERVICE CENTER, KANSAS CITY, MO 64999 |
| IRON MOUNTAIN^LOS ANGELES | PO BOX 601002, LOS ANGELES, CA 90060 |
| ISABEL GUAJARDO | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREW,J. GARY GWILLIAM AND RANDALL E. STRAUSS,199 HARRISON STREET,SUITE 1600, OAKLAND, CA 94612-3528 |
| JAMES HILL ET AL | TAUB & TAUB, P.C.,DENA R. TAUB AND RICHARD F. TAUB,399 PERRY STREET,SUITE 300, CASTLE ROCK, CO 80104 |
| JAMES HILL ET AL | LAW OFFICE OF KIM NARON,MARY K. NARON, ESQ.,1800 WEST LITTLETON BLVD., LITTLETON, CO 80120 |
| JAMES HILL ET AL | KING & ASSOCIATES,JAMES T. KING, ESQ.,315 WEST ARDEN AVE.,SUITE 28, GLENDALE, CA 91203 |
| JANET GERHART AND JOHN GERHART | EDELMAN, COMBS, LATURNER AND GOODWIN,DANIEL EDELMAN AND ZACHARY JACOBS,120 S. LASALLE STREET,18TH FLOOR, CHICAGO, IL 60603 |
| JAVED L BAIG | 1937 ATHERTON WAY, OKEMOS, MI 48864 |
| JESUS ARROYO PIEDRA | C/O KEVIN A SPEIER, ESQ.,3750 10TH STREET, RIVERSIDE, CA 92501 |
| JIM E. MOORE | THE SPIELBAUER LAW FIRM,THOMAS SPIELBAUER, ESQ.,1250 OAKMEAD PARKWAY,SUITE 210, SUNNYVALE, CA 94085 |
| JOSE A. SANTOS | CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE P.,CHRISTOPHER M. LEFEBVRE, ESQ.,P.O. BOX 479, PAWTUCKET, RI 02862 |
| JOSE HERNANDEZ AND VIRGINIA HERNANDEZ | C/O ANTONIO L. CORTES,528 WISTERIA WAY, SAN RAFAEL, CA 94903 |
| LAW OFFICE OF TSHOMBE SAMPSON | TSHOMBE SAMPSON, ESQ.,1014 6TH STREET,SUITE H, SANTA MONICA, CA 90403 |
| LAWRENCE M FREEDMAN, ASH, ANOS, FREEDMAN | 77 WEST WASHINGTON ST, STE 1211,CORRIDORS I & II/LOUDOUN II SPE FEECO, L, CHICAGO, IL 60602 |
| LEGACY III CENTENNIAL LLC | PO BOX 74651, CLEVELAND, OH |

| Claim Name | Address Information |
|---|---|
| LEGACY III CENTENNIAL, LLC | C/O LEGACY PARTNERS COMMERCIAL, INC., AS,4000 EAST THIRD AVENUE,SUITE 600,CASCADES INVESTMENTS, LLC, FOSTER CITY, CA 94404 |
| LEGACY III CENTENNIAL, LLC | C/O LEGACY PARTNERS COMMERCIAL, INC., AS,4000 EAST THIRD AVENUE,SUITE 6000,LEGACY III CENTENNIAL, LLC, FOSTER CITY, CA 94404 |
| LEGACY PARTNERS COMMERCIAL, INC. | PROPERTY MANAGER,6300 S. SYRACUSE WAY,SUITE 580,CASCADES INVESTMENTS, LLC, CONTENNIAL, CO 80111 |
| LEGACY PARTNERS COMMERCIAL, INC. | ATTN: PROPERTY MANAGER,6300 S. SYRACUSE WAY,SUITE 580,LEGACY III CENTENNIAL, LLC, CENTENNIAL, CO 80111 |
| LEGACY PARTNERS I TUKWILLA LLC | C/O LEGACY PARTNERS COMMERCIAL, SEATTLE, WA 98124 |
| LEHMAN BROTHERS BANK FSB | JOHN HERMAN,399 PARK AVENUE,8TH FLOOR,CORRIDORS I & II/LOUDOUN II SPE FEECO, L, NEW YORK, NY 10022 |
| LIBERTY PROPERTY LIMITED PARTNERSHIP | 500 CHESTERFIELD PARKWAY, MALVERN, PA 19355 |
| LIEBERT CORPORATION | PO BOX 70474, CHICAGO, IL 60673 |
| LINDA HOWARD-JAMES | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREW,J. GARY GWILLIAM AND RANDALL E. STRAUSS,199 HARRISON STREET,SUITE 1600, OAKLAND, CA 94612-3528 |
| LIPSON NEILSON COLE | SELTZER & GARIN PC,3910 TELEGRAPH ROAD SUITE 200, BLOOMFIELD HILLS, MI 48302 |
| LUXEMBOURG TRADING FINANCE SARL | 19 RUE DE BITBOURG,L-1273, ,   LUXEMBOURG |
| MADDIN HAUSER WARTELL ROTH & HELLER PC | PO BOX 215, SOUTHFIELD, MI 48037 |
| MANUEL G. FAUSTO AND LUZ FAUSTO | LAW OFFICE OF BALAM O. LETONA, INC.,BALAM OSBERTO LETONA,1347 PACIFIC AVENUE,SUITE 203, SANTA CRUZ, CA 95060-3940 |
| MARGARET BELTON | SUKEL, MACNOW & ASSOCIATES,RUSSELL MACNOW, ESQ.,100 CAMPUS DRIVE,SUITE 201, MORGANVILLE, NJ 07751 |
| MARK A STALLINGS PLC | 320 LONDON STREET SUITE 1 OLDE TOWNE, PORTSMOUTH, VA 23704 |
| MCGLINCHEY STAFFORD | DEPT 5200,PO BOX 2153, BIRMINGHAM, AL 35287 |
| MERS^ | 13059 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693 |
| MICHELLE SEYMOUR | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREW,J. GARY GWILLIAM AND RANDALL E. STRAUSS,199 HARRISON STREET,SUITE 1600, OAKLAND, CA 94612-3528 |
| MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL P | 500 COURT SQUARE,SUITE 300, CHARLOTTESVILLE, VA 22902 |
| MORGAN LEWIS & BOCKIUS LLP | PO BOX 79356, CITY OF INDUSTRY, CA 91716 |
| MOUNTAIN TOWERS PROPERTIES LLC | PO BOX 6106, HICKSVILLE, NY |
| MOUNTAIN TOWERS PROPERTIES LLC | ATTN: KEVIN FAY,1000 POTOMAC STREET NORTHWEST,SUITE 150,MOUNTAIN TOWERS PROPERTIES, LLC, WASHINGTON, DC 20007 |
| MOUNTAIN TOWERS PROPERTIES LLC | C/O CB RICHARD ELLIS REAL ESTATE SERVICE,ATTN: PROPERTY MANAGER,4100 EAST MISSISSIPPI AVE., SUITE 100,MOUNTAIN TOWERS PROPERTIES, LLC, GLENDALE, CO 80246 |
| NORTHWEST, LLC | THOMAS M. LLOYD,6925 UNION PARK CENTER,SUITE 500,NORTHWEST, LLC, MIDVALE, UT 84047 |
| PACIFIC WEST ASSET MANAGEMENT CORPORATIO | AS AGENT FOR ROSEMEAD PROPERTIES INC,PO BOX 19068, IRVINE, CA 92623 |
| PARTRIDGE SNOW & HAHN LLP | 180 SOUTH MAIN STREET, PROVIDENCE, RI 02903 |
| PATRICIA BLAU | 4009 NORTH OLYMPIC CIRCLE, MESA, AZ 85215 |
| PEDRO E. RIVAS | COUGHLIN, STOIA, GELLER RUDMAN & ROBBINS,ROBERT M. ROTHMAN,58 SOUTH SERVICE ROAD,SUITE 200, MELVILLE, NY 11747 |
| PEDRO E. RIVAS | COUGHLIN, STOIA, GELLER RUDMAN & ROBBINS,SAMUEL HOWARD RUDMAN,58 SOUTH SERVICE ROAD,SUITE 200, MELVILLE, NY 11747 |
| PEDRO E. RIVAS | COUGHLIN, STOIA, GELLER RUDMAN & ROBBINS,MARK SAMUEL REICH,58 SOUTH SERVICE ROAD,SUITE 200, MELVILLE, NY 11747 |
| PEDRO E. RIVAS | RODDY KLEIN & RYAN,GARY KLEIN,727 ATLANTIC AVENUE,2ND FLOOR, BOSTON, MA 02111 |
| PEDRO E. RIVAS | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P,ANDREW STEVEN FRIEDMAN,2901 N. CENTRAL,SUITE 1000, PHOENIX, AZ 85012 |
| PEDRO E. RIVAS | GOLDMAN SCARLATO & KARON, P.C.,T. BRENT JORDAN,2901 NORTH CENTRAL AVENUE,SUITE |

| Claim Name | Address Information |
|---|---|
| PEDRO E. RIVAS | 1900, PHOENIX, AZ 85012 |
| PEDRO E. RIVAS | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P,WENDY J HARRISON,2901 NORTH CENTRAL AVENUE,SUITE 1000, PHOENIX, AZ 85012 |
| PEDRO E. RIVAS | COUGHLIN, STOIA, GELLER RUDMAN & ROBBINS,JOHN J STOIA, JR.,655 WEST BROADWAY,SUITE 1900, SAN DIEGO, CA 92101 |
| PEDRO E. RIVAS | COUGHLIN, STOIA, GELLER RUDMAN & ROBBINS,LESLIE E. HURST,655 WEST BROADWAY,SUITE 1900, SAN DIEGO, CA 92101 |
| PEDRO E. RIVAS | COUGHLIN, STOIA, GELLER RUDMAN & ROBBINS,THEODORE J. PINTAR,655 WEST BROADWAY,SUITE 1900, SAN DIEGO, CA 92101 |
| PEDRO E. RIVAS | CHAVEZ & GERTLER, LLP,JONATHAN GERTLER,42 MILLER AVENUE, MILL VALLEY, CA 94941 |
| PEDRO E. RIVAS | CHAVEZ & GERTLER, LLP,MARK A. CHAVEZ,42 MILLER AVENUE, MILL VALLEY, CA 94941 |
| PEDRO E. RIVAS | CHAVEZ & GERTLER, LLP,NANCY F. BECKER,42 MILLER AVENUE, MILL VALLEY, CA 94941 |
| PERKINS COIE, LLP | JERRY LUTZ,THE PSE BUILDING,10885 N.E. FOURTH STREET, SUITE 700,HTC AMERICA, INC., BELLEVUE, WA 98004 |
| PITE DUNCAN LLP | 4375 JUTLAND DR,SUITE 200, SAN DIEGO, CA 92117 |
| PRINCIPAL LIFE INSURANCE COMPANY | PO BOX 301111, LOS ANGELES, CA 90030 |
| RANDY WAYNE TRANER AND KATHLEEN PEARL TR | LAW OFFICE S OF MAYOL & BARRINGER,BART BARRINGER C.S.B. #131756,P.O. BOX 3049, MODESTO, CA 95353 |
| REED SMITH LLP | PO BOX 10096, UNIONDALE, NY 11555 |
| REILLY POZNER LLP | 511  16TH ST STE 700, DENVER, CO 80202 |
| RICHARD BRISENO AND LAURA BRISENO | LAW OFFICE OF RICK GAXIOLA,RICK GAXIOLA, ESQ.,10700 CIVIC CENTER DRIVE,SUITE 100C, RANCHO CUCAMONGA, CA 91730 |
| RICHIE GUETTINGER & MANYDEEDS SC | PO BOX 1457, EAU CLAIRE, WI 54702 |
| ROSEMEAD PROPERTIES | C/O PACIFICWEST ASSET MANAGEMENT CO.,P.O. BOX 19068,ROSEMEAD PROPERTIES, INC., IRVINE, CA 92623 |
| SILLS CUMMINS EPSTEIN & GROSS PC | THE LEGAL CENTER ONE RIVERFRONT PLAZA, NEWARK, NJ 07102 |
| SMITH DOLLAR APC | 400 W THIRD ST STE 182, SANTA ROSA, CA 95401 |
| SOURCECORP | PO BOX 848218, DALLAS, TX 75284 |
| STROOCK & STROOCK & LAVAN LLP | WILLIAM CAMPBELL, ESQ.,180 MAIDEN LANE,CORRIDORS I & II/LOUDOUN II SPE FEECO, L, NEW YORK, NY 10038 |
| SUNRAY INVESTMENTS PARTNERSHIP | C/O FANA GROUP OF COMPANIES,16400 SOUTHCENTER PARKWAY,#204,SUNRAY INVESTMENTS, TUKWILA, WA 98188 |
| SYLVIA VEGA-SUTFIN | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREW,J. GARY GWILLIAM AND RANDALL E. STRAUSS,199 HARRISON STREET,SUITE 1600, OAKLAND, CA 94612-3528 |
| TERESA GUEST | C/O P. DAVID CIENFUEGOS,1875 CENTURY PARK EAST,6TH FLOOR, CENTURY CITY, CA 90067 |
| THE GARIBALDI GROUP LLC | 14 FAIRMOUNT AVE, CHATHAM, NJ 07928 |
| THE TRAINING AUTHORITIES, LLC | JIM KELLY,3529 GABEL ROAD,THE TRAINING AUTHORITIES, LLC, BILLINGS, MT 59102 |
| TOMPKINS MCGUIRE WACHENFELD & BARRY LLP | 100 MULBERRY STREET FOUR,GATEWAY CENTER STE 5, NEWARK, NJ 07102 |
| TONJA WIGLEY | SMITH WHALEY, PLLC,JUSTIN S. CLUCK, ESQ.,120 EAST COLLEGE AVENUE,PO DRAWER 849, HOLLY SPRINGS, MI 38635 |
| TRANSWESTERN | 6700 ROCKLEDGE DRIVE,SUITE 400A, BETHESDA, MD 20817 |
| TRUSTWAVE HOLDINGS, INC. | 70 W. MADISON STREET,SUITE 1050,TRUSTWAVE HOLDINGS, INC., CHICAGO, IL 60602 |
| UNITED PARCEL SERVICE | LOCKBOX 577, CAROL STREAM, IL 60132 |
| WATKINS LUDLAM WINTER & STENNIS, PA | POST OFFICE BOX 427, JACKSON, MS 39205 |
| WELLS OPERATING PARTNERSHIP LP | 1230 ROSECRANS AVE,SUITE 140, MANHATTAN BEACH, CA 90266 |
| WILSON AND ASSOCIATES, PLLC | 1521 MERRILL DRIVE, SUITE D-220, LITTLE ROCK, AR 72211 |
| WINGSPAN PORTFOLIO ADVISORS, LLC | MR. STEVE HORNE,8124 WEISS AVENUE,WINGSPAN PORTFOLIO ADVISORS, LLC, PLANO, TX 75025 |
| WLA UPU 1 AND 2 LLC | 6925 UNION PARK CENTER, MIDVALE, UT 84047 |
| WRIGHT FINLAY & ZAK LLP | 4665 MACARTHUR CT STE 280, NEWPORT BEACH, CA 92660 |

LEHMAN BROTHERS HOLDINGS, INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 139**

1051 PERIMETER DRIVE LLC
75 REMITTANCE DRIVE
SUITE 6717
CHICAGO, IL 60675


JULIANA MANCUSO
10350 PARK MEADOWS DRIVE
LONTREE, CO 80124


MORRISON & FOERSTER LLP
FILE NO 72497
PO BOX 60000
SAN FRANCISCO, CA 94160


5450 WEST SAHARA LV LLC
8367 W FLAMINGO SUITE 201
LAS VEGAS, NV 89147


ANTONIO L CORETES ESQ
528 WISTERIA WAY
SAN RAFAEL, CA 94903


REGIONAL REAL ESTATE APPRAISAL SERVICE LTD
17 ROUTE 9 W,  SUITE 201
HAVERSTRAW, NY 10927