UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                            Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                    Case No. 08-13555 (JMP)

                           Debtor.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ARIEL PIERRE CALONNE

UPON the motion of Ariel Pierre Calonne dated January 15, 2009 for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Ariel Pierre Calonne is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         January 20, 2009

                                        *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE