KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
 : 
**LEHMAN BROTHERS HOLDINGS INC., et al.** : **08-13555 (JMP)**
 : 
Debtors. : **(Jointly Administered)**
 : 
-----------------------------------------------------------------x

### VERIFIED STATEMENT OF KOBRE & KIM LLP PURSUANT TO BANKRUPTCY RULE 2019

Kobre & Kim LLP, hereby submits this verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and states as follows:

1. Kobre & Kim LLP represents the individuals and entities listed on Exhibit A hereto (the Entities") in the above-captioned case.

2. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationships with the Debtors.

3. Kobre & Kim LLP represented each of the Entities prior to the Debtors' cases, with the exception of US Airways, Inc., which retained Kobre & Kim LLP on or about November 26, 2008.

4. Each of the Entities separately requested that Kobre & Kim LLP represent it in connection with the above-captioned case.

1

5. The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claim to be filed in the above-captioned proceedings and/or in the SIPA liquidation of Lehman Brothers, Inc., *In re Lehman Brothers, Inc.*.Case No. 08-01420 (JMP) SIPA.

6. The address for Kobre & Kim LLP for purposes of this Verified Statement is 800 Third Avenue, New York, New York 10022.

7. Upon information and belief, Kobre & Kim LLP does not possess any claims against or interests in the Debtors.[1]

8. This statement is filed strictly to comply with the requirements of Federal Rule of Bankruptcy Procedure 2019, and nothing contained herein is with prejudice to any right, remedy, or claim of the represented creditors. All such rights, remedies and claims are expressly reserved.

9. Kobre & Kim LLP reserves the right to supplement or amend this statement at any time in the future.

10. The undersigned hereby verifies under oath that this Statement is true and accurate to the best of the undersigned's knowledge and belief. Kobre & Kim LLP reserves the right to amend, revise and/or supplement this Statement.

---

[1] Members and Associates of Kobre & Kim LLP, in their individual capacities, may hold claims and/or equity interests in the Debtors.

Dated: January 20, 2009
      New York, New York

Respectfully submitted,

KOBRE & KIM LLP

/s/ Robert W. Henoch

Michael S. Kim
Robert W. Henoch
Ian N. Levy

800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

Andrew C. Lourie

1919 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 664-1900
Fax: (202) 664-1920

## EXHIBIT A

Essex Equity Holdings USA, LLC
92 River Road
Summit, New Jersey 17901
Tel: (908) 988-1090

M. Brian Maher
92 River Road
Summit, New Jersey 17901
Tel: (908) 988-1090

Basil Maher
92 River Road
Summit, New Jersey 17901
Tel: (908) 988-1090

Northgate Minerals Corporation
18 King Street East, Suite 1602
Toronto, Ontario
Canada M5C 1C4
Tel: (416) 363-1701

4Kids Entertainment, Inc.
1414 Avenue of the Americas, 5th Floor
New York, New York
Tel: (212) 758-7666

ABM Industries, Inc.
551 Fifth Avenue, Suite 300
New York, New York 10176
Tel: (212) 297-0200

US Airways, Inc.
111 W. Rio Salado Parkway
Tempe, Arizona 85281
Tel: (480) 693-2862