# Exhibit C

**Spruce CCS, Ltd.--Assignment and Assumption Agreement**

EXECUTION COPY

ASSIGNMENT AND ASSUMPTION AGREEMENT
WITH RESPECT TO ADMINISTRATIVE AGENCY AGREEMENT

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT (this "Agreement") is made as of December 16, 2008 between Lehman Brothers Inc., a Delaware corporation ("Assignor"), and Lehman Commercial Paper Inc., a Delaware limited liability company ("Assignee"), and is related to the Administrative Agency Agreement (as defined below).

WHEREAS, Assignor entered into an Administrative Agency Agreement, dated as of April 28, 2008 (the "Administrative Agency Agreement"), between the Assignor, as Administrative Agent and Spruce CCS, Ltd. (the "Issuer");

WHEREAS, On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 with respect to Lehman Brothers, Inc. and James W. Giddens was appointed as Trustee for the liquidation of the business of Lehman Brothers Inc.;

WHEREAS, Assignor desires to assign all of its rights and delegate all of its obligations under the Administrative Agency Agreement to Assignee pursuant to Section 7 of the Administrative Agency Agreement;

WHEREAS, immediately prior to such assignment and assumption, the Administration Agent gave the Issuer and the Trustee the written notice thereof contemplated by the third paragraph of Section 8 of the Administrative Agency Agreement (a copy of such notice (along with evidence of delivery thereof) is attached hereto as Exhibit A); and

WHEREAS, the holders of a majority of the Subordinated Notes issued by the Issuer have directed the Issuer to execute this Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the parties hereby agree as follows:

1.  Definitions. All capitalized terms used herein and not defined shall have the respective meanings set forth in the Administrative Agency Agreement.

2.  Assignment and Assumption of Interest. Pursuant to Section 7 of the Administrative Agency Agreement, Assignor hereby assigns, transfers and delivers to Assignee all of Assignor's rights and assigns, transfers and delegates to Assignee all of Assignor's obligations under the Administrative Agency Agreement, and Assignee hereby acquires all of Assignor's rights and assumes all of Assignor's obligations under the Administrative Agency Agreement existing from and prior to the date hereof.

3.  <u>Representations</u>. The Assignee hereby represents and warrants to the Assignor and the Trustee, for the benefit of the Secured Parties, as of the date hereof that:

(a) it is a corporation duly organized under the laws of Delaware;

(b) it has full power, authority and legal right to execute, deliver and perform this Agreement and intends to comply with the terms of the Administrative Agency Agreement;

(c) it has duly authorized, executed and delivered this Agreement and this Agreement constitutes the legal, valid, binding agreement of Assignee, enforceable in accordance with its terms, except as such enforcement may be limited by bankruptcy, insolvency, reorganization, liquidation, receivership, moratorium and other law's relating to or affecting the enforcement of creditors' rights generally and by general principles of equity (regardless of whether such enforcement is considered in a proceeding in equity or at law);

(d) no consent of any other Person and no consent, license, approval, or authorization of, or exemption by, or registration or declaration or filing with, any governmental authority, bureau or agency is required in connection with the execution, delivery or performance by it of this Agreement or consummation by it of the transactions contemplated by this Agreement;

(e) it is able to professionally and competently perform duties similar to those imposed upon the Administrative Agent under the Administrative Agency Agreement; and

(f) it legally qualified and has the capacity to act as Administrative Agent under the Administrative Agency Agreement.

4.  <u>Effectiveness of this Agreement</u>. This Agreement will become effective immediately subsequent to the execution and delivery of this Agreement by the parties hereto.

5.  <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to principles of conflict of laws.

6.  <u>Counterparts</u>. This Agreement may be executed in two or more counterparts, each of which shall constitute an original and all of which, when taken together shall constitute, one and the same agreement.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement as of the day and year first above written.

LEHMAN BROTHERS INC.

By: James W. Giddens, as trustee for the liquidation of the business of Lehman Brothers Inc.

By: Hughes Hubbard & Reed LLP, his attorneys

By: _____
Name: David W. Bell
Title: Partner


LEHMAN BROTHERS COMMERCIAL PAPER INC.

By: _____
Name:
Title:

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement as of the day and year first above written.

LEHMAN BROTHERS INC.

By: James W. Giddens, as trustee for the liquidation of the business of Lehman Brothers Inc.

By: Hughes Hubbard & Reed LLP, his attorneys

By:_____
Name:
Title:

LEHMAN BROTHERS COMMERCIAL PAPER INC.

By: *[signature]*
Name:
Title:

# EXHIBIT A

## FORM OF ASSIGNMENT NOTICE

December 16, 2008

| U.S. Bank National Association<br>214 Tryon Street, 26th Floor<br>Charlotte, North Carolina 28202<br>Attn: CDO Trust Services- Spruce CCS, Ltd. | Spruce CCS, Ltd.<br>c/o Maples Finance Limited<br>P.O. Box 1093<br>Boundary Hall, Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands<br>Attn: Directors |
|---|---|
| | |

Re: Administrative Agency Agreement, dated April 28, 2008 (the "Administrative Agency Agreement"), among Spruce CCS, Ltd. (the "Issuer") and Lehman Brothers Inc. ("LBI")

Pursuant to Section 7 of the Administrative Agency Agreement, LBI, as administrative agent, hereby gives notice to the Wells Fargo Bank, National Association that it has assigned its rights thereunder to Lehman Commercial Paper Inc. ("LCPI") pursuant to the Assignment and Assumption Agreement, dated December 16, 2008 between LBI and LCPI.

LEHMAN BROTHERS INC.

By: James W. Giddens, as trustee for the liquidation of the business of Lehman Brothers Inc.

By: Hughes Hubbard & Reed LLP, his attorneys

By:_____
Name:
Title