# Exhibit E

**Form of Assignment Notices**

FORM OF ASSIGNMENT NOTICE

November __, 2008

| Wells Fargo Bank, National Association<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention: Corporate Trust Services | SASCO 2008-C2, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| --- | --- |
|  |  |

**Re:    Administrative Agency Agreement, dated May 22, 2008 (the "Administrative Agency Agreement"), among SASCO 2008-C2, LLC (the "Issuer") and Lehman Brothers Inc. ("LBI")**

Pursuant to Section 8 of the Administrative Agency Agreement, LBI, as administrative agent, hereby gives notice to the Wells Fargo Bank, National Association that it has assigned its rights thereunder to Lehman Commercial Paper Inc. ("LCPI") pursuant to the Assignment and Assumption Agreement, dated October 30, 2008 between LBI and LCPI.

FORM OF ASSIGNMENT NOTICE

December 16, 2008

| | |
|---|---|
| U.S. Bank National Association<br>214 Tryon Street, 26th Floor<br>Charlotte, North Carolina 28202<br>Attn: CDO Trust Services- Verano CCS, Ltd. | Verano CCS, Ltd.<br>c/o Maples Finance Limited<br>P.O. Box 1093<br>Boundary Hall, Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands<br>Attn: Directors |
| | |

> Re:    Administrative Agency Agreement, dated July 25, 2008
> (the "Administrative Agency Agreement"), among Verano
> CCS, Ltd. (the "Issuer") and Lehman Brothers Inc. ("LBI")

Pursuant to Section 7 of the Administrative Agency Agreement, LBI, as administrative agent, hereby gives notice to the U.S. Bank National Association that it has assigned its rights thereunder to Lehman Commercial Paper Inc. ("LCPI") pursuant to the Assignment and Assumption Agreement, dated December 16, 2008 between LBI and LCPI.

FORM OF ASSIGNMENT NOTICE

December 16, 2008

| | |
|---|---|
| U.S. Bank National Association<br>214 Tryon Street, 26th Floor<br>Charlotte, North Carolina 28202<br>Attn: CDO Trust Services- Pine CCS, Ltd. | Pine CCS, Ltd.<br>c/o Maples Finance Limited<br>P.O. Box 1093<br>Boundary Hall, Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands<br>Attn: Directors |
| | |

Re:    Administrative Agency Agreement, dated May 28, 2008 (the "Administrative Agency Agreement"), among Pine CCS, Ltd. (the "Issuer") and Lehman Brothers Inc. ("LBI")

Pursuant to Section 7 of the Administrative Agency Agreement, LBI, as administrative agent, hereby gives notice to the U.S. Bank National Association that it has assigned its rights thereunder to Lehman Commercial Paper Inc. ("LCPI") pursuant to the Assignment and Assumption Agreement, dated December 16, 2008 between LBI and LCPI.

FORM OF ASSIGNMENT NOTICE

December 19, 2008

| | |
|---|---|
| U.S. Bank National Association<br>214 Tryon Street, 26th Floor<br>Charlotte, North Carolina 28202<br>Attn: CDO Trust Services- Spruce CCS, Ltd. | Spruce CCS, Ltd.<br>c/o Maples Finance Limited<br>P.O. Box 1093<br>Boundary Hall, Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands<br>Attn: Directors |
| | |

Re:    Administrative Agency Agreement, dated April 28, 2008 (the
"Administrative Agency Agreement"), among Spruce CCS, Ltd.
(the "Issuer") and Lehman Brothers Inc. ("LBI")

Pursuant to Section 7 of the Administrative Agency Agreement, LBI, as administrative agent, hereby gives notice to the U.S. Bank National Association that it has assigned its rights thereunder to Lehman Commercial Paper Inc. ("LCPI") pursuant to the Assignment and Assumption Agreement, dated December 16, 2008 between LBI and LCPI.