UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., | : | |

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION | : | Adversary Proceeding |
| CORPORATION, | : | No. 08-01420 (JMP) |
| | : | |
| Plaintiff. | : | |
| | : | |
| - against – | : | |
| | : | |
| LEHMAN BROTHERS INC., | : | |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby withdraws its appearance in this case on behalf of ICAP North America Inc., ICAP Electronic Broking LLC (f/k/a BrokerTec USA, L.L.C.), ICAP Securities USA LLC (f/k/a Garban LLC), First Brokers Securities LLC, First Brokers Holdings Inc., ICAP Corporates LLC (f/k/a Garban Corporates LLC), ICAP Capital Markets LLC (f/k/a Garban Capital Markets LLC), ICAP Securities Ltd., ICAP Futures LLC (f/k/a Garban Futures LLC), GovPX Inc., ICAP Information Services LLC, ICAP Energy LLC (f/k/a APB Energy LLC), ICAP United LLC, Traiana Inc., Linkbrokers Derivatives Corporation, EBS Dealing Resources Inc., EBS Service Company Limited, Pronous Asset Management LLC, PGB LLC, Wrightson ICAP LLC, and Hartfield, Titus & Donnelly LLC (collectively, "ICAP"), and requests that the undersigned be removed from the ECF and any other service in this case. Please remove the name, mailing address and email address listed below from the mailing lists and the Court's ECF system for this case:

> Michael V. Blumenthal, Esq.
> Crowell & Moring
> 153 E. 53rd Street
> New York, NY  10022
> mblumenthal@crowell.com

Dated: New York, New York
January 16,2009                    CROWELL & MORING


By: /s/ Michael V. Blumenthal
      Michael V. Blumenthal, Esq. (MB-0505)
      Attorneys for ICAP
      153 East 53rd Street
      New York, New York 10022
      Tele (212) 895-4241
      Fax  (212) 895-4201