UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                          :
In re                                     :  Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS, INC.,           :  Case No. 08-13555 (JMP)
*et al.*,                                 :
                                          :  (Jointly Administered)
                             Debtors.     :
                                          :
---------------------------------------------------------x

# ORDER APPROVING APPOINTMENT OF EXAMINER

Upon the application of the United States Trustee; and it appearing that Anton R. Valukas, a disinterested person within the meaning of 11 U.S.C. § 101(14), has been appointed by the United States Trustee as examiner in the above-captioned reorganization cases of Lehman Brothers Holdings, Inc. and its affiliated debtors in possession (collectively, "Lehman"), and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the appointment of Anton R. Valukas, as Examiner, is approved in the bankruptcy cases of Lehman, pursuant to 11 U.S.C. § 1104(d).

Dated:  New York, New York
        January 20, 2009

                              */s/ James M. Peck*
                              HONORABLE JAMES M. PECK
                              UNITED STATES BANKRUPTCY JUDGE