UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) In Proceedings Under |
|  | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | ) |
|  | ) Case No. 08-13555 |
| Debtor. | ) (Jointly Administered) |

ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE

COME NOW Mark V. Bossi and the law firm of Thompson Coburn LLP, attorneys for ARG Funding Corp. Series 2005-2A, ARG Funding Corp. Series 2005-1 B, ARG Funding Corp. II, ARG Funding Corp. Series 2005-2 B, and Vanguard Car Rental USA HO, creditors and parties-in-interest herein, and hereby enter their appearance in the above-named case on behalf of such creditors. The undersigned request that they be placed on the mailing matrix in the above case and be made "special notice parties" in the case. Further, pursuant to Bankruptcy Rule 2002(g) and Section 1109(b) of the Bankruptcy Code, the undersigned hereby request that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned attorneys.

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing requested documents include not only the notices and papers referred to in Bankruptcy Rule 2002, but also include, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way any of the above creditors' rights or interests with respect to the Debtor, property or proceeds thereof in which the Debtor

4872459.1

may claim an interest, or property or proceeds thereof in the possession, custody or control of the above-named creditors which Debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the above-named creditors.

Respectfully submitted,

THOMPSON COBURN LLP

*/s/ Mark V. Bossi*
Mark V. Bossi, #2675
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
mbossi@thompsoncoburn.com

Attorney for Edmond O'Reilly

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was mailed, first class mail, postage prepaid, this 20th day of January, 2009, to Harvey R. Miller, Richard P. Krasnow, Lori R. Fife, and Shai Y. Waisman, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119.

*/s/ Mark V. Bossi*