Antonia Golianopoulos, Esq. (AG-3676)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. 212.506.2500
Fax  212.262.1910

*-and-*

Thomas S. Kiriakos, Esq.
Melissa A. Mickey, Esq.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax  312.701.7711

**Counsel to SP4 190 S. LaSalle, L.P.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------ X | Chapter 11 | |
| In re: : | | |
| : | Case No. 08-13555 (JMP) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., : | | |
| : | (Jointly Administered) | |
| Debtors. : | | |
| : | | |
| ------------------------------------------------------------ X | | |

### NOTICE OF WITHDRAWAL OF SP4 190 S. LASALLE, L.P.'S OBJECTION TO DEBTORS' PROPOSED CURE AMOUNT

**PLEASE TAKE NOTICE THAT** SP4 190 S. LaSalle, L.P., by and through its undersigned attorneys, and by virtue of the matters set forth therein having been subsequently addressed to its satisfaction, hereby withdraws its *Objection to Debtors' Proposed Cure Amount* [Docket No. 563].

13442179

|  |  |
|---|---|
|  | Respectfully submitted,<br>**SP4 190 S. LaSalle, L.P.** |
| Dated: New York, New York<br>      January 21, 2009 | By: /s/ Antonia Golianopoulos<br>    One of Its Attorneys |

Antonia Golianopoulos, Esq. (AG-3676)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. 212.506.2500
Fax  212.262.1910

*-and-*

Thomas S. Kiriakos, Esq.
Melissa A. Mickey, Esq.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax  312.701.7711

Antonia Golianopoulos, Esq. (AG-3676)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. 212.506.2500
Fax  212.262.1910

*-and-*

Thomas S. Kiriakos, Esq.
Melissa A. Mickey, Esq.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax  312.701.7711

**Counsel to SP4 190 S. LaSalle, L.P.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------ X | | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| ------------------------------------------------------------ X | | |

### CERTIFICATE OF SERVICE

Antonia Golianopoulos, an attorney, hereby certifies that on the 21st day of January, 2009, she caused to be served, via First Class U.S. Mail, postage prepaid, a true and correct copy of the **NOTICE OF WITHDRAWAL OF SP4 190 S. LASALLE, L.P.'S OBJECTION TO DEBTORS' PROPOSED CURE AMOUNT** upon each of the parties set forth below.

| | | |
|---|---|---|
| Lori R. Fife | Dennis F. Dunne | Tracy Hope Davis |
| Shai Y. Waisman | Wilbur F. Foster, Jr. | U.S. Trustee |
| Weil, Gotshal & Manges LLP | Milbank, Tweed, Hadley & McCloy LLP | 33 Whitehall Street |
| 767 Fifth Ave. | 1 Chase Manhattan Plaza | 21st Floor |
| New York, NY 10153-0119 | New York, NY 10005 | New York, NY 10004 |
| | | |
| James B. Kobak | Lindsee P. Granfield | |
| David Wiltenburg | Lisa M. Schweitzer | |
| Jeff Margolin | Cleary Gottlieb Steen & Hamilton LLP | |
| Hughes Hubbard & Reed LLP | One Liberty Plaza | |
| One Battery Park Plaza | New York, NY 10006 | |
| New York, NY 10004 | | |

Dated: New York, New York           /s/ Antonia Golianopoulos
January 21, 2009                  Antonia Golianopoulos

13442179