**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re**                                                                     :    **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **Case No. 08-13555 (JMP)**
:
Debtors.                                          :    **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

### ERRATA ORDER

A typographical error in the Order Directing Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code, dated January 16, 2009 [ECF # 2569], is hereby corrected as follows: on page 3 at line 19, the word "more" is deleted.

SO ORDERED.

Dated: January 21, 2009
New York, New York

_/s/ James M. Peck_____
UNITED STATES BANKRUPTCY JUDGE