33 Ringwood Gardens
London
E14 9WZ

7th Jan 2009

Tel 07932527970

To whom it may concern
I opened the enclosed letter as it seemed important, I do not know this person and I have lived at the above address since 25th January 2008.

The contact for the letting agent that I use and probably so did Mr Gupta is Larisa contact number London 0207 4072700.

Yours sincerely
Patricia



| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK ||
|---|---|
| In re<br>**Lehman Brothers Holdings Inc., et al.,**<br>Debtors. | **Chapter 11 Case No:**<br>**08-13555 (JMP)**<br>(Jointly Administered) |

### NOTICE OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND DEADLINES

Chapter 11 bankruptcy cases concerning the debtor corporations listed below were filed on the dates listed below. You may be a creditor of one of the debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed with the Court, including lists of the debtors' properties and debts, are available for inspection at the office of the clerk of the Bankruptcy Court and the Court's website, www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff members of the Bankruptcy Clerk's Office and the Office of the United States Trustee cannot give legal advice.

**LIST OF DEBTORS (INCLUDING CASE NUMBER, DATE OF FILING AND TAX IDENTIFICATION NUMBER)**

| Lehman Brothers Holdings Inc. (08-13555 (JMP), 9/15/2008, 13-3216325) | LB 745 LLC (08-13600 (JMP), 9/16/2008, 22-3835682) | PAMI Statler Arms LLC (08-13664 (JMP), 9/23/2008, 20-4458408) | Lehman Brothers Commodity Services Inc. (08-13885 (JMP), 10/3/2008, 20-3364079) |
|---|---|---|---|
| Lehman Brothers Finance SA (08-13887 (JMP), 10/3/2008, 22-3515005) | Lehman Brothers Special Financing Inc (08-13888 (JMP), 10/3/2008, 11-2751029) | Lehman Brothers OTC Derivatives Inc. (08-13893 (JMP), 10/3/2008, 13-4184631) | Lehman Brothers Derivative Products Inc. (08-13899 (JMP), 10/5/2008, 13-4000849) |
| Lehman Commercial Paper Inc. (08-13900 (JMP), 10/5/2008, 13-2501865) | Lehman Brothers Commercial Corporation (08-13901 (JMP), 10/5/2008, 13-2927667) | Lehman Brothers Financial Products (08-13902 (JMP), 10/5/2008, 13-3749773) | Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterioir (08-13903 (JMP), 10/5/2008, None) |
| Lehman Scottish Finance L.P. (08-13904 (JMP), 10/5/2008, 98-0531265) | CES Aviation LLC (08-13905 (JMP), 10/5/2008, 22-3820734) | CES Aviation V LLC (08-13906 (JMP), 10/5/2008, 20-0503490) | CES Aviation IX LLC (08-13907 (JMP), 10/5/2008, 20-5321844) |
| East Dover Limited (08-13908 (JMP), 10/5/2008, None) | | | |

**OTHER NAMES USED BY THE DEBTORS IN THE PAST 8 YEARS:** N/A

| **Attorneys for Debtors**<br>Harvey R. Miller<br>Richard P. Krasnow<br>Lori R. Fife<br>Shai Y. Waisman<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: 212-310-8000<br>Facsimile: 212-310-8007 | **DATE, TIME, AND LOCATION OF MEETING OF CREDITORS PURSUANT TO BANKRUPTCY CODE SECTION 341(a):**<br><br>January 29, 2009 at 10:00 a.m. (prevailing Eastern Time)<br>Hilton New York<br>Mercury Ballroom<br>1335 Avenue of the Americas<br>New York, NY 10019 |
|---|---|

(RECEIVED JAN 16 2009 U.S. BANKRUPTCY COURT, SDNY)

| **DEADLINE TO FILE A PROOF OF CLAIM** ||
|---|---|
| None at this time. When the Court sets a claims deadline, you will be notified and provided a proof of claim form by mail. ||
| **DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS** ||
| Not applicable. ||

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**

IN MOST INSTANCES, THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTORS AND THE DEBTORS' PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTORS CAN REQUEST THE COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS.

| **Address of the Clerk of the Bankruptcy Court**<br>Clerk of the United States Bankruptcy Court, S.D.N.Y.<br>One Bowling Green, New York, New York 10004 | For the Court:   Vito Genna<br>Acting Clerk of the Bankruptcy Court |
|---|---|
| Hours Open: 9:00 a.m. – 4:30 p.m. | Date: December 16, 2008 |