**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
:
In re                                                                  :    Chapter 11 Case No.
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                              :
         Debtors.                                                 :    (Jointly Administered)
                                                                              :
                                                                              :    **STIPULATION**
---------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Barclays Capital Inc. ("Barclays") and American Express Travel Related Services Company, Inc. ("American Express") that the evidentiary hearing and related discovery will proceed on the following schedule, which may be amended upon agreement between Barclays and American Express and/or by order of the Court:

| | |
|---|---|
| Service of document requests and/or interrogatories | January 13, 2009 |
| Responses to interrogatories due | January 23, 2009 |
| Responses to document requests and production of documents due[1] | January 26, 2009 |
| Barclays and American Express to identify list of deponents on the basis of information disclosed to date (excluding documents produced in response to the respective document requests) and to meet and confer on deposition scheduling | January 27, 2009 |
| Barclays and American Express to identify additional deponents on the basis of information disclosed to date | January 30, 2009 by 4:00 p.m. |
| Barclays and American Express to state whether they intend to file pre-hearing briefs and to meet and confer on a briefing schedule | February 2, 2009 |

---

[1] Documents must be received by opposing counsel on this date.

| | |
|---|---|
| Depositions | February 2, 2009 through February 19, 2009 |
| Barclays and American Express to identify and meet and confer regarding any additional deponents (individuals who could not have been identified based on previously disclosed information or for good cause) | February 13, 2009 |
| Barclays and American Express to designate witnesses and exhibits for hearing | February 23, 2009 |
| Hearing | February 26, 2009 |
| Simultaneous post-hearing opening briefs | Four weeks from the close of the hearing by 6:00 p.m. EST |
| Simultaneous post-hearing reply briefs | Two weeks from the submission of the post-hearing opening briefs by 6:00 p.m. EST |

Dated: New York, New York
January 15, 2009

| | |
|---|---|
| Allen & Overy LLP | Dewey & LeBoeuf LLP |
| By:   /s/ Laura Martin | By:   /s/ Donna L. Gordon |
| Michael S. Feldberg<br>Laura Martin | Martin J. Bienenstock<br>Irena M. Goldstein<br>Donna L. Gordon |
| 1221 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 610 6300<br>Facsimile: (212) 610 6399 | 1301 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 259 8000<br>Fax: (212) 259 6333 |
| *Attorneys for Barclays Capital Inc.* | *Attorneys for American Express Travel Related Services Company, Inc.* |

2

SO ORDERED: January 21, 2009

*/s/ James M. Peck*_____
Honorable James M. Peck
UNITED STATES BANKRUPTCY JUDGE