K&L GATES LLP
Robert N. Michaelson, Esq
Kristin S. Elliott, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for the Tobacco Settlement Authority

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    Case No. 08-13555 (JMP)
                                                :
                                                :    (Jointly Administered)
                         Debtors.               :
                                                :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Nathanael F. Meyers, being duly sworn, deposes and says:

1.  I am an employee of the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2.  On January 15, 2009 I caused a true and correct copy of the **(i) Motion of the Tobacco Settlement Authority for an Order (A) Compelling Lehman Brothers Special Financing Inc. to Assume or Reject an Executory Contract Pursuant to 11 U.S.C. Sec. 365(d)(2) or, Alternatively (B) Modifying the Automatic Stay to Allow the Tobacco Settlement Authority to Terminate the Agreement (the "Motion"), (ii)**

NY-659956 v1

- 2 -

Notice of Hearing of the Motion, (iii) Declaration of Peter Shapiro in Support of the Motion, (iv) Declaration of Robert D. Cook in Support of the Motion, and (v) Declaration of Kristin S. Elliott in Support of the Motion (all together know as the "Pleadings") to be served by first class mail postage pre-paid upon the persons and at the addresses as set forth on the attached **Exhibit A**.

3. On January 16, 2009 I caused a true and correct copy of the **Pleadings** to be served by first class mail postage pre-paid upon the persons and at the addresses as set forth on the attached **Exhibit B**.

_____
Nathanael F. Meyers

Sworn to before me this
21st day of January, 2009

_____
Notary Public, State of New York

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 2010