**ZUCKERMAN SPAEDER LLP**
**Laura E. Neish (LN-0040)**
**1540 Broadway, Suite 1604**
**New York, NY 10036**
**(212) 704-9600**
          -and-
**Thomas G. Macauley**
**Virginia Whitehill Guldi**
**919 Market Street, Suite 990**
**P.O. Box 1028**
**Wilmington, Delaware 19899**
**(302) 427-0400**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC. et al., | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) |
| | ) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that the undersigned law firms appear in the above captioned Chapter 11 cases on behalf of the State of New Jersey, Department of Treasury, Division of Investment, by Director of the Division of Investment William G. Clark, and request copies of all notices, motions, pleadings, and other documents given or served in these cases pursuant to Fed. R. Bankr. P. 2002 or otherwise be delivered to and served upon the parties identified below.

2088405.1

Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
bankr@zuckerman.com
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
Telephone:  (302) 427-0400
Facsimile:  (302) 427-8242

- and -

Merrill G. Davidoff, Esquire
Lawrence J. Lederer, Esquire
Robin Switzenbaum, Esquire
David Anziska, Esquire
cbrotstein@bm.net
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604

- and -

Peter S. Pearlman, Esquire
psp@njlawfirm.com
Jeffrey W. Herrmann, Esquire
jwh@njlawfirm.com
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone:  (201) 845-9600
Facsimile:  (201) 845-9423

Dated: New York, New York
January 21, 2009

          ZUCKERMAN SPAEDER LLP

          s/ Laura E. Neish
          Laura E. Neish (LN-0040)
          1540 Broadway, Suite 1604
          New York, NY 10036
          (212) 704-9600

          - and -

          Thomas G. Macauley (ID No. 3411)
          Virginia Whitehill Guldi (ID No. 2792)
          919 Market Street, Suite 990
          P.O. Box 1028
          Wilmington, DE 19899
          (302) 427-0400

          Attorneys for the State of New Jersey,
          Department of Treasury, Division of Investment, by
          Director of the Division of Investment
          William G. Clark

2088405.1