# CERTIFICATE OF SERVICE

I, Laura E. Neish, hereby certify that on January 21, 2009, I caused a true and correct copy of the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS to be served upon the following:

| | |
|---|---|
| Harvey R. Miller | Andrew D. Velez-Rivera |
| Jacqueline Marcus | Office of the U.S. Trustee |
| Diane Harvey | 33 Whitehall Street, 21st Floor |
| Shai Waisman | New York, New York 10004 |
| WEIL, GOTSHAL & MANGES, LLP | Tel: (212) 510-5000 |
| 767 Fifth Avenue | Fax: (212) 668-2255 |
| New York, New York | |
| Tel: (212) 310-8274 | |
| Fax: (212) 310-8007 | |
| *Attorneys for Lehman Brothers Holding Inc.* | |

by enclosing a true copy of the same in a postage pre-paid, properly addressed envelope and depositing the same in a repository under the exclusive care and custody of the United States Postal Service.

                                                       s/ Laura E. Neish
                                                        Laura E. Neish

2050563.1