UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                            :        Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :        08-13555 (JMP)
                                                 :
                        Debtors.                 :        (Jointly Administered)
                                                 :
-------------------------------------------------------------------x

DECLARATION AND DISCLOSURE STATEMENT OF RON BERKMAN

ON BEHALF OF BERKMAN WECHSLER BLOOM & CO., LAW OFFICES

RON BERKMAN declares and says:

1.      I am an executive partner and head of the litigation department of Berkman Wechsler Bloom & Co., Law Offices located at 1 Azrieli Center, Tel-Aviv 67021, Israel (the "Firm").

2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors in connection with litigation proceedings initiated by Bank Leumi le-Israel Ltd. against LBHI and other Debtors in the Tel-Aviv-Jaffa District Court in Israel, and the Firm has consented to provide such services.

3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom

NY2:\1936201.01\15HZD01!.DOC\58399.0003

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: TEL-AVIV, ISRAEL
        January 15, 2009                    _____
                                            RON BERKMAN

---

[1] If necessary.

NY2:\1936201\01\15HZD01!.DOC\58399.0003        2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*             :    08-13555 (JMP)
                                                    :
                              Debtors.              :    (Jointly Administered)
                                                    :
-------------------------------------------------------------x

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT FOR FILING BY THE DEBTORS, TO:</u>

        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York 10153
        Attn:   Jennifer Sapp
                Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

1.      Name and address of firm:

        Berkman Wechsler Bloom & Co. Law Offices

        1 Azrieli Center

        Tel-Aviv 67021

        Israel

2.      Date of retention: January 2009

3.      Type of services provided (accounting, legal, etc.):

NY2:\1926908\02\15\T8021.DOC\58399.0003

Legal

4.    Brief description of services to be provided:

Representing the Debtors in legal proceedings initiated against them by

Bank Leumi le-Israel Ltd. in the Tel-Aviv – Jaffa District Court and

handling all aspects of the litigation of these proceedings.

5.    Arrangements for compensation (hourly, contingent, etc.)

Our hourly fee structure is as follows: $385 for a partner, $200 for an

associate, $120 for an articled clerk. V.A.T. (presently 15.5%) is to be

added to those amounts. These rates are examined on an annual basis and

may be adjusted upward in the event of a significant decrease in the

exchange rate of the US dollar to the New Israel Shekel.

(a)    Average hourly rate (if applicable):

N/A

(b)    Estimated average monthly compensation based on prepetition
retention (if firm was employed prepetition):

N/A

6.    Prepetition claims against the Debtors held by the firm:

Amount of claim:    $ N/A

Date claim arose:    N/A

Source of Claim:    N/A

7.  Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim: $ N/A

Date claim arose: N/A

Source of claim: N/A


8.  Stock of the Debtors currently held by the firm:

Kind of shares: N/A

No. of shares: N/A

9.  Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A


Kind of shares: N/A

No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

N/A

_____

_____

11.    Name of individual completing this form:

Ron Berkman_____