IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS, INC.        Chapter 11
                                       Case No. 08-13555-jmp
    Debtors.

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Bank of Oklahoma, N.A. ("BOk") hereby enters its appearance by and through its attorneys, Samuel S. Ory and James A. Higgins, Frederic Dorwart, Lawyers, and request that the undersigned be added to the matrix maintained by the Clerk and the United States Bankruptcy Court for the Southern District of New York, and that all parties in interest mail to the attorneys listed below, copies of all notices and pleadings filed in this case, in accordance with rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure.

Dated this 20th day of January, 2009.

Respectfully submitted,

FREDERIC DORWART, LAWYERS,

By: /s/ Samuel S. Ory
124 East Fourth Street
Old City Hall
Tulsa, Oklahoma 74103
(918) 583-9922: office
(918) 583-8251: facsimile
sory@fdlaw.com

By: /s/ James A. Higgins
124 East Fourth Street
Old City Hall
Tulsa, Oklahoma 74103
(918) 583-9922: office
(918) 583-8251: facsimile
jhiggins@fdlaw.com