**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                        :
**In re**                                               :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,**                      :    **08-13555 (JMP)**
*et al.*,                                               :
           Debtors.                                     :    **(Jointly Administered)**
                                                        :
-------------------------------------------------------- x

**ORDER, UNDER 11 U.S.C. §105(a) AND 1103(c) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, AUTHORIZING AND DIRECTING RULE 2004 DISCOVERY OF DEBTOR LEHMAN BROTHERS HOLDINGS INC.**

Upon the Motion[1] of 25 Broad LLC, pursuant to section 105(a) of the Bankruptcy Code and Rule 2004 of the Federal Rules of Bankruptcy Procedure, authorizing and directing discovery from Lehman Brothers Holdings Inc. in the form of: (i) responses to the document requests attached to this motion as Exhibit A or substantially similar document requests; and (ii) the deposition of the LBHI representative who is most knowledgeable about the topics of examination set forth in Exhibit B pursuant to Federal Rule of Civil Procedure 30(b)(6); and this Court having jurisdiction over these matters in accordance with 28 U.S.C. §§ 157 and 1334; and upon consideration of the Motion and due and adequate notice of the Motion having been given, it is hereby **ORDERED** that:

1. The Motion is granted;

2. Movant 25 Broad LLC is permitted to serve document requests that are substantially in the form attached as Exhibit A. The Respondent shall respond to such document requests twenty (20) days after service.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. Movant 25 Broad LLC is authorized to compel production accordance with Rule 9016 of the Federal Rules of Bankruptcy Procedure;

4. Respondent LBHI shall make representative(s) most knowledgeable with regard to the topics listed in Exhibit B available for a Fed. R. Civ. P. 30(b)(6) deposition on those topics on at least ten (10) days prior written notice made to counsel for Respondent; and

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.


Dated: New York, New York                    _____
       January ___, 2009                     HON. JAMES M. PECK
                                             UNITED STATES BANKRUPTCY JUDGE