# EXHIBIT A

**WELLS FARGO**

Securities Investment Group

MAC A0112-144
550 California Street
San Francisco, CA 94104
415 396-0442

September 15, 2008

VIA COURIER DELIVERY

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management Group
Corporate Advisory Division
745 Seventh Avenue
New York, NY 10019
Attention: Documentation Manager

    Re:   ISDA Master Agreement, dated as of May 27, 1998, between Lehman Brothers Special Financing Inc. and Wells Fargo & Co. (formerly known as Norwest Corporation)

Ladies and Gentlemen:

    Reference is made to that certain ISDA Master Agreement, dated as of May 27, 1998, as amended, between Lehman Brothers Special Financing Inc. ("Lehman") and Wells Fargo & Co. (formerly known as Norwest Corporation) ("Wells"), including the Schedule thereto (the "Master Agreement"). Capitalized terms used and not otherwise defined herein shall have the meanings assigned to them in the Master Agreement.

    In accordance of Section 6 of the Master Agreement, Lehman is hereby notified that an Event of Default has occurred and is continuing pursuant to Section 5(a)(vii) of the Master Agreement. Wells hereby declares Lehman in default under all Transactions and designates September 15, 2008 as the Early Termination Date.

    Wells hereby reserves the right to exercise from time to time any rights, powers or privileges and/or remedies it has and/or to which it is entitled under the Master Agreement or under any other agreement between Wells or any of its affiliates and Lehman or any of its affiliates. In addition to the aforementioned Event of Default, other Termination Events or Events of Default may have occurred under the Master Agreement, and may occur from time to time after the date hereof, and this letter does not constitute a waiver of any right, power or privilege that Wells is entitled to exercise as a result of such other Termination Event or Event of Default, under the Master Agreement or otherwise.

    In addition, any acceptance by Wells or its affiliates of performance from, or performance by Lehman or its affiliates under the Master Agreement, any other agreement between the Counterparty or any of its affiliates and the Obligor or any of its affiliates or otherwise (including without limitation the rollover of, or entry into, any transactions under, or amendments, supplements or modifications to, any agreement or otherwise), or any delay in exercising any remedies Wells or any of its affiliates may have, shall not constitute a waiver or forbearance of any rights or remedies Wells or its affiliates may have.

31723517.DOC

Very truly yours,

Wells Fargo & Co., in its capacity as Party B
under the aforementioned Master Agreement

By: _____
    Name: John Shrewsberry
    Title: Authorized Signatory



Securities Investment Group

MAC A0112-144
550 California Street
San Francisco, CA 94104
415 396-0442

September 15, 2008

VIA COURIER DELIVERY

Lehman Brothers Inc.
Derivative Finance Department
3 World Financial Center, 8th Floor
New York, NY 10285
Attention: Documentation Manager

Re: ISDA Master Agreement, dated as of August 30, 1999, between Lehman Brothers Special Financing Inc. and Wells Fargo Bank, National Association

Ladies and Gentlemen:

Reference is made to that certain ISDA Master Agreement, dated as of August 30, 1999, between Lehman Brothers Special Financing Inc. ("Lehman") and Wells Fargo Bank, National Association ("Wells"), including the Schedule thereto (the "Master Agreement"). Capitalized terms used and not otherwise defined herein shall have the meanings assigned to them in the Master Agreement.

In accordance of Section 6 of the Master Agreement, Lehman is hereby notified that an Event of Default has occurred and is continuing pursuant to Section 5(a)(vii) of the Master Agreement. Wells hereby declares Lehman in default under all Transactions and designates September 15, 2008 as the Early Termination Date.

Wells hereby reserves the right to exercise from time to time any rights, powers or privileges and/or remedies it has and/or to which it is entitled under the Master Agreement or under any other agreement between Wells or any of its affiliates and Lehman or any of its affiliates. In addition to the aforementioned Event of Default, other Termination Events or Events of Default may have occurred under the Master Agreement, and may occur from time to time after the date hereof, and this letter does not constitute a waiver of any right, power or privilege that Wells is entitled to exercise as a result of such other Termination Event or Event of Default, under the Master Agreement or otherwise.

In addition, any acceptance by Wells or its affiliates of performance from, or performance by Lehman or its affiliates under the Master Agreement, any other agreement between the Counterparty or any of its affiliates and the Obligor or any of its affiliates or otherwise (including without limitation the rollover of, or entry into, any transactions under, or amendments, supplements or modifications to, any agreement or otherwise), or any delay in exercising any remedies Wells or any of its affiliates may have, shall not constitute a waiver or forbearance of any rights or remedies Wells or its affiliates may have.

31723573.DOC

Very truly yours,

Wells Fargo Bank, National Association, in its capacity as Party B under the aforementioned Master Agreement

By: _____
Name: John Shrewsberry
Title: Authorized Signatory