# EXHIBIT B

**WELLS FARGO**

Securities Investment Group

MAC A0112-144
550 California Street
San Francisco, CA 94104
415 396-0442

September 15, 2008

VIA COURIER DELIVERY

Lehman Brothers Finance S.A.
Talstrasse 82, PO Box 2828
CH-8021 Zurich, Switzerland
Attention: Transaction Management

Re: ISDA Master Agreement, dated as of February 19, 2003, between Lehman Brothers Finance S.A. and Wells Fargo & Company

Ladies and Gentlemen:

Reference is made to that certain ISDA Master Agreement, dated as of February 19, 2003, between Lehman Brothers Finance S.A. ("Lehman") and Wells Fargo & Company ("Wells"), including the Schedule thereto (together, the "Master Agreement"). Capitalized terms used and not otherwise defined herein shall have the meanings assigned to them in the Master Agreement.

In accordance with Section 6 of the Master Agreement and Part 1(e) of the Schedule, Lehman is hereby notified that an Automatic Early Termination has occurred pursuant to Section 5(a) of the Master Agreement, including but not limited to Section 5(a)(vii) of the Master Agreement, because Lehman Brothers Holdings Inc. (as Credit Support Provider under the Master Agreement) filed a petition for relief under the United States Bankruptcy Code on September 15, 2008. Based on such Automatic Early Termination, an Early Termination Date in respect of all outstanding Transactions has occurred as of the date hereof.

Wells hereby reserves the right to exercise from time to time any rights, powers or privileges and/or remedies it has and/or to which it is entitled under the Master Agreement or under any other agreement between Wells or any of its affiliates and Lehman or any of its affiliates. In addition to the aforementioned Event of Default, other Events of Default or Termination Events may have occurred under the Master Agreement, and may occur from time to time after the date hereof, and this letter does not constitute a waiver of any right, power or privilege that Wells is entitled to exercise as a result of such other Termination Event or Event of Default, under the Master Agreement or otherwise.

In addition, any acceptance by Wells or its affiliates of performance from, or performance by Lehman or its affiliates under the Master Agreement, any other agreement between the Counterparty or any of its affiliates and the Obligor or any of its affiliates or otherwise (including without limitation the rollover of, or entry into, any transactions under, or amendments, supplements or modifications to, any agreement or otherwise), or any delay in exercising any remedies Wells or any of its affiliates may have, shall not constitute a waiver or forbearance of any rights or remedies Wells or its affiliates may have.

31723623.DOC

Very truly yours,

Wells Fargo & Company, in its capacity as Party B under the aforementioned Master Agreement

By: _____
Name: John Shrewsberry
Title:  Authorized Signatory