UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| | : | |
| In re: | : | Case Nos. 08-13555(JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et. al., | : | (Jointly Administered) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Eduardo J. Glas, hereby certify that on January 23, 2009, I caused a true and correct

copy of the foregoing **Objection** to be served upon the following service list via facsimile.


By:     /s/ Eduardo J. Glas
          Eduardo J. Glas (EG7027)
          McCARTER & ENGLISH, LLP
          Gateway Four
          100 Mulberry Street
          Newark, NJ  07102
          (973) 622-4444
          (973) 624-7070 facsimile
          *Attorneys for Occidental Energy Marketing, Inc.*
          *and Occidental Power Supply, Inc.*


Dated:  January 23, 2009

7

ME1 8064515v.1

Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
212-310-8007 Facsimile

Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
212-668-2255 Facsimile

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
212-530-5219 Facsimile

ME1 8064515v.1