## CERTIFICATE OF SERVICE

       I hereby certify that on the 23rd day of January 2009, a true and correct copy of the foregoing **Limited Objection of U.S. Bank National Association as Trustee to the Debtors' Motion For An Order Approving Consensual Assumption and Assignment of Prepetition Derivative Contracts** was served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>   Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jackqueline Marcus, Esq.<br>Harvey R. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the United States Trustee for the<br>   Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Luc A. Despins<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY  10006 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004 |

                                                /s/ Ann Acker
                                                Ann Acker