**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
                                                    :
In re :                                             :    Case No. 08-13555 (JMP)
                                                    :
LEHMAN BROTHERS HOLDINGS, INC.,                     :
et al.,                                             :    (Jointly Administered)
                                                    :
                            Debtors                 :    (Chapter 11)
----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2009, I caused a true and correct copy of the

- **OBJECTION OF BREMER FINANCIAL CORPORATION IN OPPOSITION TO THE DEBTORS' MOTION FOR AN ORDER APPROVING CONSENSUAL ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS**

to be served upon counsel for the parties who are receiving electronic service through ECF (including those parties on the attached Service List), by facsimile upon those parties on the attached Service List, and by U.S. Mail, First Class, postage prepaid, to:  Chambers of the Honorable James M. Peck, United States Bankruptcy Court (Southern District of New York), Courtroom No. 601, One Bowling Green, New York, NY 10004-1408.

Dated: Minneapolis, Minnesota
            January 23, 2009                    **FABYANSKE, WESTRA, HART &**
                                                **THOMSON, P.A.**

                                                By: /s/ Paul L Ratelle, Esq.
                                                Paul L. Ratelle
                                                Admitted *Pro Hac Vice*
                                                Suite 1900
                                                800 LaSalle Avenue
                                                Minneapolis, Minnesota
                                                Telephone: (612) 338-0115
                                                Facsimile: (612) 338-3857

                                                *Attorneys for Bremer Financial Corporation*

## <u>SERVICE LIST</u>

1.  Weil Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Lori R. Fife, Esq. and Robert J. Lemons, Esq.
    (212) 310-8007
    *Attorneys for the Debtors*

2.  Curtis, Mallet-Prevost, Colt & Mosel LLP
    101 Park Avenue
    New York, New York 10178
    Attn: Steven J. Reisman and L.P. Harrison 3rd
    (212) 697-1559
    *Conflicts Counsel for the Debtors*

3.  The Office of the United States Trustee, Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, New York 10004
    Attn: Andy Velez-Rivera,
    Paul Schwartzberg, Brian Masumoto,
    Linda Riffkin, and
    Tracy Hope Davis
    (212) 668-2255

4.  Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza
    New York, New York 10005
    Attn: Dennis F. Dunne,
    Dennis O'Donnell, and Evan Fleck
    (212) 530-5219
    *Attorneys for the Official Committee*
    *of Unsecured Creditors*