**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                    :
**In re**                                                           :     **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS, INC. *et al.*,**                        :     **Case No. 08-13555 (JMP)**
                                                                    :
              **Debtors.**                                          :     **(Jointly Administered)**
                                                                    :
-------------------------------------------------------------------x     **Ref. Docket Nos. 2598, 2599, 2600,**
                                                                                **2601**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

          PAUL BELOBRITSKY, being duly sworn, deposes and says:

          1.       I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

          2.       On January 22, 2009, I served the following:

          a)   "Notice of Ninth Supplemental List of Ordinary Course Professionals," dated January 22, 2009 [Docket No. 2598],

          b)   "Affidavit and Disclosure Statement of Katherine A. Burroughs, on behalf of Dechert LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed January 22, 2009 [Docket No. 2599],

          c)   "Affidavit and Disclosure Statement of Ron Berkman on behalf of Berkman Wechsler Bloom & Co., Law Offices Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed January 22, 2009 [Docket No. 2600], and

          d)   "Affidavit and Disclosure Statement of Kevin Leblang on behalf of Kramer Levin Naftalis & Frankel LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed January 22, 2009 [Docket No. 2601],

by causing true and correct copies to be:

          a)   delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

b)   enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004 on January 22, 2009.

3.       All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                              /s/ Paul Belobritsky
Sworn to before me this                        Paul Belobritsky
23rd day of January, 2009

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

2

**EXHIBIT "A"**

## Exhibit A - Counsel To The Official Committee Of Unsecured  Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

## Exhibit B – Additional Parties

1.   Dechert LLP: brian.greer@dechert.com & katherine.burroughs@dechert.com
     (Docket # 2599 only)
2.   Berkman Wechsler Bloom & Co., Law Offices: sharonm@bwb.co.il
     (Docket # 2600 only)
3.   Kramer Levin Naftalis & Frankel LLP: kleblang@KRAMERLEVIN.com
     (Docket # 2601 only)