# DEILY, MOONEY & GLASTETTER, LLP
### Attorneys at Law

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts 02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

\* Jonathan D. Deily
\* Martin A. Mooney
\*† Mark D. Glastetter
\* John Monterisi, Jr.
·° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
\* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
\# Admitted in Rhode Island
∆ Admitted in Georgia

°\* Richard C. Maider
    Leigh A. Hoffman
°◊~ Linda S. Fossi
\*# Douglas J. Rose
°◊~ Brian E. Caine
    Scott T. Dillon
∆ Pilar A. Cano

January 23, 2009

Hon. James M Peck
One Bowling Green
New York, New York  10004-1408

    Re:  Lehman Brothers Holding Inc.
         Case No. 08-13555-JMP
         Our File No. B-DCFTEX.08.06896

Dear Judge Peck:

    On behalf of our client, DCFS USA LLC subservicer for DCFS Trust, a Motion for Relief from the Automatic Stay was filed and is returnable January 28, 2009.

    This letter is to inform you that this matter has been settled by Stipulation.  The proposed Stipulation will be forwarded to the Court under separate cover upon its completion.

    I thank the Court for its kind attention in this matter.  Should the Court have any questions or require anything further, please do not hesitate to contact our office.

Respectfully yours,

DEILY, MOONEY & GLASTETTER, LLP

/s/ Martin A. Mooney
Martin A. Mooney

MAM/jlr

cc:   Jacqueline Marcus, Esq., Harvey R. Miller, Esq. and
      Shai Waisman, Esq.