ANDREWS KURTH LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Fax: (212) 850-2929
Peter Goodman, Esq.

Attorney for EPCO Holdings, Inc. and
Enterprise Products Operating, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | 08-13555 (JMP) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Alexandra Zoë Bunnell, being over the age of eighteen (18) years, and duly sworn, state under oath that on, January 23, 2009, I served the Objection of EPCO Holdings, Inc. and Enterprise products Operating, LLC to Debtors' Motion for an Order Approving Consensual Assumption and Assignment of Prepetition Derivative Contracts [Docket # 2609] upon the names listed on the service list attached via United States Mail.

_____
Alexandra Zoë Bunnell

Subscribed and sworn to before me this
23rd day of January, 2008

_____
Notary Public

JAKELYNE GARCIA
Notary Public, State of New York
No. 01GA6006659
Qualified in New York County
Commission Expires May 4, 20 1̲0̲

NYC:185456.1

08-13555-mg    Doc 2620    Filed 01/23/09    Entered 01/23/09 16:42:58    Main Document
Pg 2 of 2

## Service List

| | |
|---|---|
| Honorable James M. Peck<br>One Bowling Green<br>New York, NY 10004<br>Courtroom 601 | Weil Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Lori R. Fife, Esq and Robert J. Lemons, Esq. |
| Office of the United States Trustee for SDNY<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis | Milbank, Tweed, Hadley * McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq. |

NYC:185456.1