# KATSKY | KORINS LLP

MEMBERS OF THE FIRM

ROBERT A. ABRAMS   GREGORY K. MARKS
RANDOLPH AMENGUAL   NEIL S. MILLER
MATTHEW DANOW   STEVEN H. NEWMAN
DAVID L. KATSKY   STEPHEN J. SWIATKIEWICZ
ADRIENNE B. KOCH   MERYL LYNN UNGER
EUGENE V. KOKOT   MARCY L. WACHTEL
ROY M. KORINS   MARK WALFISH
DENNIS C. KRIEGER   JOEL S. WEISS
THOMAS M. LOPEZ   ELIAS M. ZUCKERMAN

WRITER'S DIRECT DIAL | 212.716.3235
WRITER'S DIRECT FAX | 212.716.3335
WRITER'S EMAIL | snewman@katskykorins.com
OUR REFERENCE | 18160-172

January 9, 2009

**BY FEDERAL EXPRESS**
Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

      Re:    Lehman Brothers Holdings Inc., et.al.
              Case No. 08-13555 (JMP)

Dear Judge Peck:

      This firm is co-counsel to Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC (collectively, the "Tuxedo Parties").

      This letter confirms that the motion of the Tuxedo Parties for an order pursuant to Bankruptcy Code Sections 105, 363 and 1107 authorizing and compelling actions by Debtors as agent and lender under loan facility and granting related relief [Docket No. 1435] has been adjourned on consent of the parties from February 11, 2009 to March 11, 2009 at 10:00 a.m., and that the parties have agreed that any objections to the motion must be filed and received by counsel for the Tuxedo Parties not later than February 25, 2009.

Respectfully yours,

Steven H. Newman

cc:    Nellie Camerik, Esq.  (via telecopier, No. (305) 374-7159)
        Nancy A. Mitchell, Esq. (via telecopier, No. (212) 801-6400)
        Maria J. DiConza, Esq. (via telecopier, No. (212) 801-6400)
        David E. Bolen, Esq. (via telecopier, No. (212) 801-6400)
        Mark Walfish, Esq.

329877-1-W

605 Third Avenue New York, NY 10158  PHONE 212.953.6000  FAX 212.953.6899  www.katskykorins.com