**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :
In re:                                                                  :     Chapter 11
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                                  :     Case No. 08-13555 (JMP)
                                                                        :
                        Debtors.                                        :     (Jointly Administered)
------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Anton R. Valukas, a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, request admission, ***pro hac vice***, before the Honorable James M. Peck, to act as the duly appointed examiner in the above-captioned Chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors.

Mailing address:  Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois  60611.

E-mail address:  avalukas@jenner.com; telephone number:  (312) 222-9350.

The filing fee of $25.00 has been submitted with this motion for ***pro hac vice*** admission.

Dated: January 23, 2009
        Chicago, Illinois                    By: */s/  Anton R. Valukas*
                                                  Anton R. Valukas, Examiner

                                                  JENNER & BLOCK LLP
                                                  330 North Wabash Avenue
                                                  Chicago, Illinois 60611-7603
                                                  Telephone:  (312) 222-9350
                                                  Facsimile:  (312) 527-0484