**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------x

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
OF DANIEL R. MURRAY**

UPON the motion of Daniel R. Murray, dated January 23, 2009, for admission *pro hac vice* in the above-referenced bankruptcy cases, it is hereby

**ORDERED**, that Daniel R. Murray is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy cases proceeding in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____ ___, 2009
      New York, New York

                                                        UNITED STATES BANKRUPTCY JUDGE