**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    Case No. 08-13555 (JMP)
                                                    :
                    Debtors.                        :    (Jointly Administered)
------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert L. Byman, a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Anton R. Valukas, the duly appointed examiner, in the above-captioned Chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors.

Mailing address:  Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois  60611.

E-mail address:  rbyman@jenner.com; telephone number:  (312) 222-9350.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: January 23, 2009
       Chicago, Illinois            By: */s/ Robert L. Byman*
                                         Robert L. Byman

                                         JENNER & BLOCK LLP
                                         330 North Wabash Avenue
                                         Chicago, Illinois 60611-7603
                                         Telephone:  (312) 222-9350
                                         Facsimile:  (312) 527-0484

                                         Proposed Attorneys for the Examiner