**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re:                                              :         Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :         Case No. 08-13555 (JMP)
                                                    :
                    Debtors.                        :         (Jointly Administered)
---------------------------------------------------------------------x

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ROBERT L. BYMAN

UPON the motion of Robert L. Byman, dated January 23, 2009, for admission *pro hac vice* in the above-referenced bankruptcy cases, it is hereby

**ORDERED**, that Robert L. Byman is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy cases proceeding in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____ ___, 2009
        New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE