## Exhibit B

**Trostle Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
------------------------------------------------------------------------x

## DECLARATION OF PATRICK J. TROSTLE IN SUPPORT OF
## EXAMINER'S APPLICATION TO RETAIN JENNER & BLOCK LLP

I, Patrick J. Trostle, pursuant to 28 U.S.C. § 1746, hereby declare that the following is

true to the best of my knowledge, information, and belief:

1.  I am a partner of Jenner & Block LLP ("Jenner & Block" or the "Firm"), a law

firm with offices in Chicago, Illinois; New York, New York; and Washington D.C.  I am

currently resident in the Firm's New York office.  I am duly authorized to make this Declaration

on behalf of Jenner & Block.

2.  I submit this Declaration in support of the Application of the Examiner for Order

Authorizing the Retention and Employment of Jenner & Block as His Counsel *Nunc Pro Tunc* as

of January 19, 2009 (the "Application") in the above-captioned Chapter 11 cases (the "Chapter

11 Cases"), made pursuant to 11 U.S.C. §§ 105(a) and 327 and the Court's Order Directing

Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code, entered

January 16, 2009 (the "Examiner Order").  Except as otherwise indicated, the facts set forth in

this Declaration are personally known to me and, if called as a witness, I could and would testify

thereto.

### Background

3.  On September 15, 16, and 23, 2008, October 3 and 5, 2008, and January 7 and 9,

2009, Lehman Brothers Holdings, Inc. ("LBHI") and/or one or more of its affiliated debtors in

the Chapter 11 Cases (collectively, the "<u>Debtors</u>")[1] filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code.  The Debtors have continued to operate their businesses and manage their affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

4.       On January 16, 2009, the Court entered the Examiner Order directing the appointment of an Examiner pursuant to 11 U.S.C. §§ 1104(c)(1) and (c)(2) to investigate, *inter alia*, various transfers and transactions by the Debtors and their affiliates, claims that certain Debtors may have against LBHI, and the events that immediately preceded the commencement of the LBHI chapter 11 case (collectively, the "<u>Investigation</u>").  Examiner Order at ¶ 2.  The Examiner Order also directs the Examiner to "perform the duties specified in sections 1106(a)(3) and (4) of the Bankruptcy Code, except to the extent the Court orders otherwise."  <u>Id.</u> at ¶ 3.

5.       On January 19, 2009, the United States Trustee appointed Anton R. Valukas as Examiner in the Chapter 11 Cases, subject to Court approval, and filed her Notice of such appointment.  [Docket # 2570].  On January 20, 2009, the United States Trustee filed her application for an Order of this Court approving the appointment of Anton R. Valukas as Examiner in the Chapter 11 Cases.  [Docket # 2571].  On January 20, 2009, this Court entered an order approving the appointment by the United States Trustee of Anton R. Valukas as Examiner in the Chapter 11 Cases.  [Docket # 2583].

---

[1] In addition to LBHI, the following entities are debtors in the Chapter 11 Cases:  LB 745 LLC; PAMI Statler Arms LLC; Lehman Brothers Commodity Services Inc.; Lehman Brothers Finance SA; Lehman Brothers Special Financing Inc.; Lehman Brothers OTC Derivatives Inc.; Lehman Brothers Derivative Products Inc.; Lehman Commercial Paper Inc.; Lehman Brothers Commercial Corporation; Lehman Brothers Financial Products Inc.; Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior; Lehman Scottish Finance L.P.; CES Aviation LLC; CES Aviation V LLC; CES Aviation IX LLC; East Dover Limited; Luxembourg Residential Properties Loan Finance S.a.r.l.; and BNC Mortgage LLC.

## Retention of Jenner & Block

6.      Jenner & Block has approximately 450 lawyers located in Chicago, New York, and Washington D.C. who can provide the resources required for the Examiner to conduct the investigation mandated by the Court.  Jenner & Block's attorneys possess a broad range of experience in conducting corporate investigations of all manners and scopes.  For example, the Firm's Internal Investigations and Civil Fraud Practice Group regularly conducts internal investigations, domestically and abroad, across a broad range of industries and in a wide variety of contexts, including accounting practices, financial reporting, securities law compliance, FCPA compliance, false claims, government contracts, and public corruption.  The members of this group, which include 16 former federal prosecutors – two former United States Attorneys from the Northern District of Illinois, 14 former Assistant United States Attorneys, and six former SEC attorneys – have substantial experience conducting investigations.  Moreover, among attorneys at Jenner & Block are the former chief Enron prosecutor, a former SEC Associate Director and Chief Litigation Counsel, and highly-qualified financial services and bankruptcy experts.

7.      Jenner & Block also has sophisticated bankruptcy practitioners to assist the Examiner.  The Firm's bankruptcy attorneys have been prominently involved in broker-dealer insolvencies, nearly every commodity broker bankruptcy case that has been filed, and numerous financial services company bankruptcy proceedings.  Jenner & Block also routinely represents trustees in high-profile cases.  Recent representations include the chapter 11 trustee in Sentinel Management Group Inc. and the chapter 7 trustee in Lancelot Investments.  Jenner & Block's bankruptcy attorneys include four members of the American College of Bankruptcy and three former law clerks from the United States Bankruptcy Court for the Southern District of New York.

8.      Through Jenner & Block, the Examiner will have the benefit of the knowledge and experience of these attorneys, as well as the ability to call upon attorneys within Jenner & Block with experience in other specialized areas of law as may be needed.

### **Services to be Provided**

9.      In connection with these Chapter 11 Cases and subject to orders of this Court, the Examiner has asked Jenner & Block to provide the following services to the Examiner, among others:

a.      take all necessary actions to assist and advise the Examiner in the discharge of his duties and responsibilities under the Examiner Order and the Bankruptcy Code;

b.      prepare on behalf of the Examiner motions, applications, notices, answers, orders and documents necessary in the discharge of the Examiner's duties;

c.      represent the Examiner at all hearings and other proceedings before this Court, any appellate courts, and the United States Trustee, and advocating and protecting the interests of the Examiner before such courts;

d.      analyze and advise the Examiner regarding any legal issues that arise in connection with the Investigation;

e.      liaise with the United States Trustee, the United States Attorney for the Southern District of New York, counsel for the Debtors, the Official Committee of Unsecured Creditors, The Walt Disney Company, Barclays Capital Inc., Thomas P. DiNapoli, New York State Comptroller as Administrative Head of the New York State and Local Retirement Systems and Sole Trustee of the New York State Common Retirement Fund, Harbinger Capital Partners Special Situations Fund, LP, Harbinger Capital Partners Master Fund I., Ltd., f/k/a Harbert Distressed Investment Master Fund, Ltd., the Bank of America, NA, the lead plaintiffs in Class Action No. 08-05523 (LAK) pending in the United States District Court for the Southern District of New York, James W. Giddens, as SIPA Trustee for the liquidation of the business of Lehman Brothers Inc. (the "SIPA Trustee"), the Joint Administrators of the Lehman European Group Administration Companies (the "Joint Administrators"), witnesses regarding the Investigation, and other parties-in-interest regarding the Investigation;

f.      assist the Examiner with cooperating fully with any governmental agencies including, but not limited to, any Federal, state or local

government agency that currently or in the future may be investigating the Debtors (the "<u>Government Agencies</u>"), the Debtors' management, or the Debtors' financial conditions, including establishing a protocol with such agencies for the sharing of information to the extent that such sharing benefits the Debtors' estates, subject to appropriate conditions to protect the Debtors' estates;

g.    assist with interviews and examinations in connection with the Investigation;

h.    perform all other necessary legal services on behalf of the Examiner in connection with the Chapter 11 Cases; and

i.    assist the Examiner in undertaking additional tasks that the Court may direct.

10.    Jenner & Block intends to work closely with the Debtors' representatives and professionals, any other professionals retained by the Examiner, the Official Committee of Unsecured Creditors and its representatives and professionals, the SIPA Trustee and his representatives and professionals, the Joint Administrators and their representatives and professionals, and the United States Trustee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates and to ensure a streamlined process in connection with the Investigation.  Jenner & Block also intends to use its best efforts to coordinate with the Government Agencies in order to avoid unnecessary interference with, or duplication of, any investigations conducted by such agencies.

<u>**Jenner & Block's Disinterestedness and Disclosure of Connections**</u>

11.    In preparing this Declaration and in order to ascertain Jenner & Block's "connections," as that term is used in Bankruptcy Rule 2014, with the Debtors, the Debtors' creditors, and other parties-in-interest in the Chapter 11 Cases, I caused a set of procedures developed by Jenner & Block to be used to ensure full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and any local rules of the Court regarding the retention

of professionals under the Bankruptcy Code (the "Firm Disclosure Procedures").[2]  Pursuant to

the Firm Disclosure Procedures, I performed, or caused to be performed, the following actions to

identify the parties relevant to this Declaration and to ascertain Jenner & Block's connection to

such parties:

    a.    Using various sources, including publicly available information and the listings of entities identified and described in materials filed in support of the applications of the Debtors and the Official Committee of Unsecured Creditors to retain counsel, I compiled a list of persons and entities relevant to this Declaration (the "Identified Parties").[3]  The list of Identified Parties is attached hereto as Exhibit 1 and includes:

    i.    the Debtors, their significant nondebtor affiliates, and former affiliates;

    ii.    the Debtors' and affiliates' current and former (up to three years) directors and officers;

    iii.    significant (i.e., greater than five percent) equity holders of the Debtors as of the commencement dates of the Chapter 11 Cases;

    iv.    the underwriters of the Debtors' securities for all securities issued or outstanding on the commencement dates of the Chapter 11 Cases or during the three years prior to the commencement dates;

    v.    accountants employed or retained by the Debtors during the two-year period prior to the commencement dates of the Chapter 11 Cases;

    vi.    professionals employed by the Debtors;

    vii.    Barclays Capital, Inc.;

---

[2] These procedures were the same procedures which were implemented and disclosed in the Declaration of Disinterestedness by Anton R. Valukas (the "Valukas Declaration") in connection with the proposed appointment of Mr. Valukas as Examiner in these Chapter 11 Cases.  The results outlined below are the same results that were disclosed in the Valukas Declaration.

[3] Jenner & Block has not obtained the consolidated list of creditors and equity security holders of the Debtors.  Upon receipt of such list and as appropriate in connection with Jenner & Block's representation of the Examiner, Jenner & Block will conduct a further search to determine whether Jenner & Block and its partners, attorneys, or counsel have any additional connections with the persons and entities identified thereon, and will, to the extent applicable, file and serve supplemental disclosures as to any such additional connections.

viii.   members of the Ad Hoc or Unofficial Creditors' Committees;

ix.   current and former members of the Official Committee of
Unsecured Creditors;

x.   professionals retained by significant creditor groups;

xi.   the Debtors' secured creditors;

xii.   the Debtors' bank lenders;

xiii.   the Debtors' 50 largest bond holders;

xiv.   the Debtors' 100 largest unsecured creditors other than
bondholders;

xv.   the Debtors' 100 largest holders of trade debt;

xvi.   significant lessors and lessees of the Debtors;

xvii.   the Debtors' utilities;

xviii.   parties to litigation involving the Debtors;

xix.   major competitors of the Debtors;

xx.   the affiliations of the Debtors' outside directors;

xxi.   certain government and state regulatory agencies; and

xxii.   other potential parties-in-interest.[4]

b.   Jenner & Block then entered the names of the Identified Parties into a
computer database containing the names of all clients and conflict
information concerning such clients of Jenner & Block.  Through the
information generated from this computer inquiry, and through follow-up
inquiries with Jenner & Block attorneys, it was determined that Jenner &
Block had represented no party adverse to the Debtors or the Debtors'
estates with respect to matters for which Jenner & Block is to be retained,
except as identified below.  None of Jenner & Block's representations
constitute a conflict with Jenner & Block's representation of the Examiner
or will likely create a conflict in the future.

---

[4] The identification and classification herein of various entities or individuals as falling within certain
categories (e.g., "secured creditors") is not intended and should not be deemed to be an admission of the
legal rights or status of any particular individual or entity.

c.      In addition, Jenner & Block sent a general inquiry by electronic mail to all attorneys to: (i) verify that such individuals were not representing and have not represented the Debtors; (ii) determine whether any such individuals hold any securities of or claims against the Debtors; and (iii) determine whether any such individuals are related to any Bankruptcy Judge for the Southern District of New York, the United States Trustee (Region 2), or any person employed by the United States Trustee (Region 2).

12.      Based upon the results of the Firm Disclosure Procedures, I respectfully represent that Jenner & Block, its partners, attorneys, or counsel do not have any connections with any of the Identified Parties, the United States Trustee (Region 2), or the United States Bankruptcy Judge assigned to these Chapter 11 Cases; and do not have any interest materially adverse to the interests of the estates of any of the Debtors, or of any class of creditors or equity security holders of any of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, any of the Debtors, or for any other reason, except as set forth herein.

13.      None of Jenner & Block, its partners, attorneys, or counsel are creditors, equity security holders, or insiders of any of the Debtors,[5] except that one partner owns a $25,000 Lehman Brothers bond and one attorney owns 160 shares of stock of LBHI.  Jenner & Block maintains a strict policy prohibiting any person at the Firm from disclosing confidential information, using it for personal gain, or disclosing it to others for their personal gain. Moreover, the Firm's attorneys and non-legal employees are prohibited from buying, selling, or otherwise trading or recommending trading in stock or other securities of a client (or of a company involved in, or a potential party to, a transaction with a client) on the basis of material, inside (non-public) information.

---

[5] I do not have knowledge as to whether any Jenner & Block partners', attorneys', or counsels' mutual fund, 401(k) plan, or other similar investment vehicle holds any debt or equity securities of the Debtors, or any of the other parties-in-interest in these chapter 11 cases.  I respectfully submit, however, that any such holding by any mutual fund, 401(k) plan, or other similar investment vehicle would not adversely affect Jenner & Block's status as disinterested.

14.     None of Jenner & Block, its partners, attorneys, or counsel are or were within two years before the date of the filing of the petitions of any of the Debtors, a director, officer, or employee of any of the Debtors.

15.     None of Jenner & Block, its partners, attorneys, or counsel are or were within three years before the date of the filing of the petitions of any of the Debtors, an investment banker for any outstanding security of any of the Debtors.

16.     None of Jenner & Block, its partners, attorneys, or counsel are or were within two years before the date of the filing of the petitions of any of the Debtors, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

17.     None of Jenner & Block, its partners, attorneys, or counsel are connected with (i) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (ii) the United States Trustee (Region 2), or (iii) any person employed by the United States Trustee (Region 2), other than through communications with the United States Trustee Program in connection with the prospective appointment of a trustee or an examiner in chapter 11 cases.

18.     None of Jenner & Block, its partners, attorneys, or counsel currently represent any of the Debtors or any of the non-debtor affiliates of the Debtors, or any persons employed by or associated with any of the Debtors or any of the non-debtor affiliates of the Debtors; however, Jenner & Block's auditor is PricewaterhouseCoopers LLP, which has been identified as a professional employed by LBHI prior to the commencement of these cases, and associates of which have been appointed by the English High Court of Justice as the Joint Administrators of certain LBHI European affiliates.  With respect to any prior connections between Jenner & Block and the Debtors or their related parties, Jenner & Block represented Townsend Financial

Services, an affiliate of Townsend Analytics, Ltd. which is a non-debtor LBHI-related entity, in

two matters which concluded in 2006 and which were unrelated to anything fairly contemplated

to be within the subject matter and scope of the Examiner's Investigation.

19.    Jenner & Block, its partners, attorneys, and counsel have represented in the past,

currently represent, and may in the future represent, creditors of the Debtors and various other

parties-in-interest in the Chapter 11 Cases with respect to matters in which the Debtors and their

affiliates were or are adverse but which were or are unrelated to anything fairly contemplated to

be within the subject matter and scope of the Examiner's Investigation.  These include the

following:

    a.    Jenner & Block acts as co-counsel to the Adelphia Recovery Trust in litigation brought by the trust against a large number of financial institutions, including Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc., which are Debtors.  Other defendants include Lehman Syndicated Loan Funding Inc., which is a former LBHI affiliate. Prior to the Debtors' bankruptcy, the claims against several of the financial institutions (including LBHI and its affiliates) were dismissed by the district court, and are now the subject of an appeal pending before the Second Circuit.  Kasowitz, Benson, Torres & Friedman LLP has served as primary counsel in this litigation and will be responsible for the prosecution of any claims asserted against LBHI, its affiliates, or the Debtors' bankruptcy estates.  The claims asserted against defendants in this litigation arose out of events that preceded the filing of a Chapter 11 petition by Adelphia Communications Corporation on June 25, 2002.  The subject matter of the Adelphia litigation is unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's Investigation.

    b.    Jenner & Block acts as counsel to the Chapter 11 trustee of Sentinel Management Group, Inc.  Sentinel commenced its bankruptcy proceedings in August 2007.  In the course of those proceedings, Lehman Brothers Inc. and Lehman Commercial Paper Inc. filed a proof of claim in Sentinel's case seeking roughly $13 million under a 2000 Master Repurchase Agreement between the Lehman entities and Sentinel, and also filed a proof of claim asserting a secured right of set-off against what the Lehman entities claim to be $1.2 million in surplus net proceeds from the liquidation of repurchase securities under that agreement.  The Lehman entities also asserted a claim for attorneys' fees well in excess of one-half million dollars in connection with both of the foregoing claims.  Sentinel's

trustee has contested the damages and claims asserted by the Lehman entities, among other reasons, on the grounds that the Lehman entities' disposition of the securities in question was not conducted in a commercially reasonable or arms-length manner, and its damages were not calculated in accordance with the provisions of section 562 of the Bankruptcy Code.  Sentinel's trustee also has contested whether the Lehman entities have a right to assert claims for a significant portion of their claimed attorneys' fees and expenses.  As of this date, Sentinel's trustee has not filed a formal objection to the Lehman entities' proofs of claim.  The subject matter of the Lehman entities' claims against Sentinel's estate is unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's Investigation.  Moreover, Jenner & Block will refer these claims to any conflicts counsel that is retained by Sentinel's trustee or, if no such counsel is retained, will screen the attorney in the firm who will be assigned to work on these claims from any matters regarding the Examiner's Investigation.

c.      Jenner & Block acts as counsel to WMC Mortgage, LLC, the successor to WMC Mortgage Corp., in connection with a number of disputes relating to loans WMC originated and sold.  WMC is an affiliate of GE Corporation.  Jenner & Block represents GE and various affiliates, including WMC, in several matters unrelated to these Chapter 11 Cases.  Jenner & Block's representation of WMC has involved repurchase requests asserted by loan purchasers, including some asserted by LBHI entities.  At this point in time Jenner & Block does not know whether LBHI or its affiliates intend to pursue any of the repurchase requests they have filed against WMC.  In 2008, Jenner & Block represented WMC in a settlement with Lehman Bank, FSB and Aurora Loan Servicing that settled five repurchase requests.  The amount of repurchase requests filed to date, including those that have settled, is not material in the context of the total amount of loans WMC sold to LBHI.  In addition, the subject matter of this representation is unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's Investigation.  Nevertheless, Jenner & Block will screen the attorneys who will work on any repurchase requests asserted by LBHI entities from all matters regarding the Examiner's Investigation.

d.      Jenner & Block represents Eltek ASA and certain investors therein in a dispute with Lehman Brothers Venture Partners 2003-C, LP and certain related entities (none of which are Debtors) arising out of investments managed by those entities.  The subject matter of this dispute is unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's Investigation.

e.      Jenner & Block represents UST-GEPT JOINT VENTURE, L.P., an Illinois limited partnership ("GEPT"), and one of its constituent partners, in regards to a 2005 transaction in which GEPT borrowed $245,000,000

secured by real property located at 500 West Madison, Chicago, Illinois.  I understand that Lehman Brothers Bank, FSB, which is not a debtor in these Chapter 11 Cases, presently holds $25,000,000 of the debt secured by the property.  The subject matter of this dispute is unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's Investigation.

20.      The following matters are closed matters in which Jenner & Block represented

parties adverse to one or more of the Debtors or LBHI related entities, which were closed within

the two years prior to the Debtors' bankruptcy filing.

     a.      Jenner & Block represented General Motors Asset Management with respect to a proposed investment in Lehman Brothers Credit Arbitrage Fund, Ltd., which is not a debtor in these Chapter 11 Cases.  This proposed transaction was not consummated during the course of Jenner & Block's representation which concluded in 2007.

     b.      Jenner & Block represented two individuals in NASD arbitrations against Lehman Brothers, Inc. ("LBI") for violations of the federal securities laws and common law arising from a broker who was employed at LBI and who allegedly stole investor funds and falsified account statements.   LBI settled the matter and paid Jenner & Block's clients a confidential sum. These matters concluded in April 2007.

     c.      Jenner & Block represented Edward F. Heil in matters relating to his status as a shareholder and former director of Nestor Inc.  I am advised that an affiliate of LBHI had lent money to Nestor.  Jenner & Block's representation of Mr. Heil involved an attempted workout.  Jenner & Block did not represent Nestor Inc. or Mr. Heil in connection with the original loan transaction.

     d.      Jenner & Block represented GE Asset Management, Inc. in regards to a lease of property at 200 W. Monroe, Chicago, Illinois to Lehman Brothers Asset Management LLC, which is not a debtor in these Chapter 11 Cases. The parties terminated the lease and Lehman Brothers vacated the space and paid all amounts due to GE Asset Management, Inc.

     e.      Jenner & Block represented Baum Brothers, LLC in connection with the negotiation of a settlement agreement with LBHI related to Karcher Mall, which Baum acquired from an affiliate of LBHI. The dispute related to a claim by a tenant for a retroactive reduction in base rent after Baum acquired the property on August 26, 2006.  Jenner & Block's representation of Baum Brothers, LLC concluded in February 2007.

  f.  Jenner & Block represented David M. Clapper in connection with a $10 million mortgage financing of Thorncreek Townhomes located in Park Forest, Illinois, in which Lehman Brothers Bank, FSB was the lender. Jenner & Block's representation of Mr. Clapper concluded in October 2007.

  g.  In August and September 2007, Jenner & Block represented Jupiter Realty Company LLC in a potential $39 million acquisition of the Summerwood Apartments in Merrillville, Indiana from Indiana Summer LLC, a non-debtor LBHI entity. The potential acquisition was never consummated.

  21.  Jenner & Block, its partners, attorneys, and counsel have represented in the past, may currently represent, and/or may in the future represent, creditors of the Debtors and various other parties-in-interest in these Chapter 11 Cases with respect to matters which are completely unrelated to the Debtors and their affiliates. Jenner & Block's, its partners', attorneys', and counsels' connections with these creditors and other parties-in-interest are described in Exhibit 2 attached hereto. With the exception of the entities listed in the following paragraph, which have been identified to me as parties-in-interest in these Chapter 11 Cases, no single creditor or party-in-interest (including their respective subsidiaries and affiliates) referenced in this Declaration and its exhibits accounted for more than 1% of Jenner & Block's gross revenues for the year ending December 31, 2008. In addition to the connections listed in Exhibit 2, Jenner & Block, its partners, counsel, and associates: (i) may appear, may have appeared, and may in the future appear, in cases or proceedings, under the Bankruptcy Code or otherwise, which are not related to the Debtors but where one or more of the Identified Parties may have been or may be involved; and (ii) with respect to the various professional firms on the list of Identified Parties, may have retained or may in the future retain or represent clients who have retained these entities.

  22.  The following entities, including their respective subsidiaries and affiliates, which are Identified Parties listed in Exhibit 1, each account for more than 1%, but less than 5%, of the

Firm's gross revenues for the year ending December 31, 2008:  (i) the Adelphia Recovery Trust;

(ii) the Sentinel Liquidation Trust (formerly the chapter 11 trustee for Sentinel Management

Group); (iii) GE Corporation; (iv) a group of securities issuers who are defendants in a certain

IPO Securities Litigation; (v) General Motors; and (vi) Fannie Mae.  The matters with respect to

which Jenner & Block represents such entities (described in paragraphs 14 and 18 of this

Declaration) are unrelated to matters likely to fall within the subject matter and scope of the

Examiner's Investigation, and will not present any conflict of interest or appearance of partiality.

23.    Jenner & Block represents a substantial number of securities issuers who are

defendants in certain IPO Securities Litigation.  Certain of the Debtors are also defendants in that

litigation.  Accordingly, while there is a potential for cross-claims among those defendants, no

such cross-claims have been asserted since the IPO Securities Litigation commenced in 2001.

Moreover, Jenner & Block's engagement letters with its issuer clients contain provisions in

which those clients agree that Jenner & Block may work on matters adverse to them, so long as

those matters are not substantially related to the IPO Securities Litigation.  Finally, published

reports have indicated that the parties to the IPO Securities Litigation have reached a tentative

global settlement, although no final agreement has yet been submitted to the court for possible

approval.  Jenner & Block's representation of General Motors, of which several affiliates are

listed in Exhibit 1 as potential parties-in-interest, includes various litigation and transactional

matters unrelated to these Chapter 11 Cases and unrelated to anything fairly contemplated to be

within the subject matter and scope of the Examiner's Investigation.  Jenner & Block's

representation of Fannie Mae, which is listed as a potential party-in-interest in Exhibit 1,

involves the litigation of a consolidated securities class action and a professional liability

malpractice action involving a 2001-2004 restatement of accounting.  Jenner & Block also

represents and has represented Fannie Mae in disputes over allegations of predatory lending, bankruptcy claims against mortgage services companies, and other matters unrelated to anything fairly contemplated to be within the subject matter and scope of the Examiner's Investigation.

24.    In addition to the foregoing, some of Jenner & Block's approximately 450 attorneys may have had some personal or professional relationships with attorneys, accountants, employees, officers, creditors, equity security holders, or other parties-in-interest of the Debtors. I do not have knowledge of any such relationship that is material.  To the extent that Jenner & Block determines that any additional matters should be disclosed, Jenner & Block will disclose those matters to the Court by supplemental declaration.

25.    To ensure that Jenner & Block will remain disinterested throughout the term of this retention, Jenner & Block agrees that it will not represent any client other than the Examiner in any matter in the Chapter 11 Cases.

### Professional Compensation

26.    Jenner & Block intends to apply to the Court for allowances of compensation and reimbursement of expenses for professional services rendered in connection with the Chapter 11 Cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the "United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330" (the "United States Trustee Fee Guidelines"), and all orders of this Court governing professional services performed and expenses incurred.  To that end, Jenner & Block has agreed to submit applications for interim and/or final allowances of compensation pursuant to sections 330 and 331 of the Bankruptcy Code and the rules and orders of this Court.  All of Jenner & Block's fees and expenses will be subject to Bankruptcy Court approval.

15

27.    Jenner & Block's standard hourly rates, which are based upon the professionals' level of experience, range from $535 to $925 for partners, $325 to $535 for associates, and $160 to $270 for paralegals and professional staff.[6]  However, because of the significant public interest associated with the services to provided to the Examiner, Jenner & Block has agreed to reduce its standard hourly rates by 10% for the legal services to be provided to the Examiner in the Chapter 11 Cases.  The Examiner respectfully submits that Jenner & Block's rates are reasonable and comparable to the rates other firms charge for similar services.  Moreover, Jenner & Block will use every effort to staff the engagement in a cost-effective manner and will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described above by category and nature of the services rendered.

28.    Jenner & Block will request, subject to the Court's approval, reimbursement for all actual out-of-pocket expenses incurred by Jenner & Block on the Examiner's behalf, such as photocopying services, printing, delivery charges, filing fees, postage, travel expenses, computer research time and other disbursements.  All requests for reimbursement of expenses will be consistent with the United States Trustee Fee Guidelines and the requirements established by this Court.

29.    As required by Section 504 of the Bankruptcy Code, Jenner & Block has not agreed to share any compensation or reimbursement received in connection with these Chapter 11 Cases with another person except pursuant to the partnership agreement of Jenner & Block.

---

[6] The standard hourly rates are subject to periodic adjustment to reflect economic and other conditions and are consistent with the rates charged elsewhere.  Pursuant to its ordinary practices, Jenner & Block generally revises its rates on January 1 of each year.  The rates listed in this Application are Jenner & Block's rates effective for 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of January, 2009, at New York, New York.

_/s/ Patrick J. Trostle_____
Patrick J. Trostle

## **<u>EXHIBIT 1</u>**

**Identified Parties**

<u>Exhibit 1</u>
Identified Parties

**1. Debtors**

1.   Lehman Brothers Holdings Inc.
2.   LB 745 LLC
3.   PAMI Statler Arms LLC
4.   Lehman Brothers Commodity Services Inc.
5.   Lehman Brothers Finance SA
6.   Lehman Brothers Special Financing Inc.
7.   Lehman Brothers OTC Derivatives Inc.
8.   Lehman Brothers Derivative Products Inc.
9.   Lehman Commercial Paper Inc.
10.  Lehman Brothers Commercial Corporation
11.  Lehman Brothers Financial Products Inc.
12.  Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
13.  Lehman Scottish Finance L.P.
14.  CES Aviation LLC
15.  CES Aviation V LLC
16.  CES Aviation IX LLC
17.  East Dover Limited
18.  Luxembourg Residential Properties Loan Finance S.a.r.l.
19.  BNC Mortgage LLC

**2. 50 Largest Bond Holders**

20.  Advanced Series Trust
21.  AETNA Life Insurance Company
22.  AIG Annuity Insurance Company
23.  ALFA Mutual Fire Insurance Company
24.  Allianz Life Insurance Company of North America
25.  Alpha Mutual Fund Management
26.  American Family Life Assurance Company
27.  American Life Insurance Company
28.  AXA Equitable Life Insurance Company
29.  Barclays Global Fund Advisors
30.  BBVA Gestion SA SGIIC (Spain)
31.  Blackrock Advisors
32.  Capital Research and Management
33.  Continental Casualty Company
34.  Federated Investors
35.  Fidelity Management and Research
36.  Franklin Advisors Inc.
37.  Franklin Templeton Investments
38.  Guardian Life Insurance Company
39.  Hartford Life Insurance Company
40.  ING Investment LLC

Exhibit 1
Identified Parties

| | |
|---|---|
| 41. | Jackson National Life Insurance |
| 42. | John Hancock Investment Management Services |
| 43. | John Hancock Life Insurance Company |
| 44. | Liberty National Life Insurance Company |
| 45. | Loomis Sayles & Company L.P. |
| 46. | Medical Liability Mutual Insurance Company |
| 47. | Metlife Insurance Company of Connecticut |
| 48. | Metropolitan Life Insurance |
| 49. | Metropolitan West Capital Management |
| 50. | NATIXIS Asset Management Advisors |
| 51. | Northwest Mutual Life Insurance Company |
| 52. | Phillips Hager & North Investment Management |
| 53. | PIMCO Advisors L.P. |
| 54. | PIMCO Funds Global Investors |
| 55. | Principal Life Insurance Company |
| 56. | Prudential Financial Inc. |
| 57. | Prudential Insurance Company of America |
| 58. | Riversource Life Insurance Company |
| 59. | Sun Life Assure Co. of Canada |
| 60. | T. Rowe Price Associates |
| 61. | Teachers Insurance and Annuity Association |
| 62. | Thrivent Financial for Lutherans |
| 63. | Transamerica Life Insurance Company |
| 64. | UBS Investment KAG |
| 65. | United States – Indices |
| 66. | Van Kampen Asset Management |
| 67. | Vanguard Group Incorporated |
| 68. | Western Asset Management Company |
| 69. | Zurich American Insurance Company |

## 3. 100 Largest Unsecured Creditors other than Bondholders

| | |
|---|---|
| 70. | 55 Broadway |
| 71. | 125 Broad Street |
| 72. | 767 Fifth Ave |
| 73. | 1221 Avenue of the Americas |
| 74. | 1301 Properties Owner L.P. |
| 75. | Allen & Overy |
| 76. | Anjarlekar & Associates |
| 77. | ANZ Banking Group Limited |
| 78. | Aozora Bank |
| 79. | Ashurst Morris Crisp |
| 80. | Australia and New Zealand Banking Group Limited |
| 81. | Banctec Ltd. |
| 82. | Bank of America Plaza STE 3500 |

Exhibit 1
Identified Parties

| | |
|---|---|
| 83. | Bank of China, New York Branch |
| 84. | Bank of Taiwan, New York Agency |
| 85. | Bats Trading, Inc. |
| 86. | Bloomberg Finance L.P. |
| 87. | Bloomberg L.P. |
| 88. | BNP Paribas |
| 89. | Broadridge Securities Processing |
| 90. | Caldwalader, Wickersham, and Taft |
| 91. | Canary Warf Management Limited |
| 92. | CB Richard Ellis Client Account RE Gloa |
| 93. | CDW Direct LLC |
| 94. | Chuo Mitsui Trust & Banking |
| 95. | Citibank, N.A., Hong Kong Branch |
| 96. | Citibank, N.A. |
| 97. | Clifford Chance |
| 98. | Commonwealth Bank of Australia, Tokyo Branch |
| 99. | Compucenter (UK) Ltd. |
| 100. | CW Lending II Limited |
| 101. | Davis, Polk and Wardwell |
| 102. | Dell Marketing L.P. |
| 103. | Deutsche Borsche AG |
| 104. | Dimension Data |
| 105. | DnB NOR Bank ASA |
| 106. | Drowst Trading, LLC |
| 107. | Ernst & Young |
| 108. | Ernst & Young Private Limited |
| 109. | Fidessa Plc. |
| 110. | First Commercial Bank Co., Ltd., New York Agency |
| 111. | FT Interactive Data |
| 112. | Haworth Singapore PTE Ltd. |
| 113. | Henegan Construction Co., Inc. |
| 114. | Hewlett Packard AP (Hong Kong) Limited |
| 115. | HSBC Bank |
| 116. | Hua Nan Commercial Bank, Ltd. |
| 117. | IBM Corporation |
| 118. | ICAP Securities Limited |
| 119. | Information Builders Inc. |
| 120. | JQ Network PTD Limited |
| 121. | KBC Bank |
| 122. | Kim & Chang |
| 123. | Kingston Communications PLC |
| 124. | Linklaters |
| 125. | Linklaters, S.L. |
| 126. | Lloyds Bank, PLC |
| 127. | London & European Title Insurance Services Ltd. |
| 128. | London Borough of Tower Hamlets Rates |

<u>Exhibit 1</u>
Identified Parties

129.    Mace Limited
130.    McKee Nelson LLP
131.    Microsoft Licensing, GP
132.    Millennium Developers Pvt Ltd
133.    Mizuho Corporate Bank Ltd.
134.    Morse Group Limited
135.    Morse Service Holdings Limited
136.    National Bank of Australia
137.    National Commerce Bank
138.    Network Appliance
139.    Nippon Life Insurance Co.
140.    NYSE Market, Inc.
141.    Origin HR Consulting Limited
142.    Paul Weiss
143.    Pricoa Relocation UK Limited
144.    Reuters America Inc.
145.    Reuters Ltd.
146.    Shinkin Central Bank
147.    Shinsei Bank Ltd.
148.    Sidley Austin Brown & Wood
149.    Standard & Poors
150.    Standard and Poors Corp.
151.    Standard Chartered Bank
152.    Sumitomo Mitsubishi Banking Corp
153.    Sungard Securities Finance Inc.
154.    Svenska Handelsbanken
155.    Swapswire Limited
156.    Taipei Fubon Bank, New York Agency
157.    Tata Consultancy Services
158.    The Bank of New York
159.    The Bank of Nova Scotia
160.    The British Land Company PLC
161.    Thompson Financial
162.    TIBCO Software, Inc.
163.    UFJ Bank Limited
164.    Vertex Mortgage Services
165.    Virtx
166.    WIPRO Infotech Enterprise Solutions
167.    YXIME
168.    ZKB (Zurcher Kantonalbank)

**4.  Bank Lenders**

169.    J.P. Morgan Chase
170.    Metlife

Exhibit 1
Identified Parties

171.   Mizuho Corporate Bank, Ltd.
172.   RR Donnelley & Sons
173.   Shinsei Bank, Limited
174.   The Bank of NY Mellon
175.   The Royal Bank of Scotland, PLC
176.   Wilmington Trust Company

**5.   Significant Lessors and Lessees**

177.   101 Hudson Leasing Associates
178.   1111 Brickell Office, LLC
179.   125 High Street L.P.
180.   1301 Properties Owner LLC
181.   20 CCC Business Trust
182.   300 Main L.L.C.
183.   50 Broadway Realty Corp.
184.   5450 West Sahara LLC
185.   600 Partners Co., L.P.
186.   605 Third Avenue Fee LLC
187.   70 Hudson Street, LLC
188.   8 Sound Shore Associates, LLC
189.   85 Tenth Avenue Associates, LLC
190.   AIG Technologies, Inc.
191.   American Center
192.   Archipelago Holdings, Inc.
193.   Argonne Capital Group
194.   B&R 919, LLC
195.   Beneficiaries of North Star Trust Company Title Holding Land Trust
196.   BNC Mortgage
197.   Board of Trade of the City of Chicago, Inc.
198.   BP 399 Park Avenue LLC
199.   Brandywine Office Investments LLC
200.   Brookfield Properties One WFC Co. LLC
201.   CA-10880 Wilshire Limited Partnership
202.   CB Office 10, Ltd.
203.   Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
204.   Clifford Chance US LLP
205.   CMD ST Financial Centre, LLC
206.   Columbia Center Property LLC
207.   Constellation Place, LLC
208.   Consultatio Inversora S.A.
209.   Corporate Park Associates
210.   Corridors I & II/Loudoun II SPE Feeco, L.L.C.
211.   Courtside West, LLC
212.   CPR (USA) Inc.

Exhibit 1
Identified Parties

213.    Creekside Business Mall LLC
214.    Crescent TC Investors L.P.
215.    Crown Point, L.L.C.
216.    CT Tower Investments Inc.
217.    Custer Court, L.P.
218.    Denver United LLC
219.    Deutsche Bank AG, New York Branch
220.    Deutsche Bank Securities, Inc.
221.    Deutsche Immobilien Fonds Aktiengesellschaft
222.    Eastrich No. 167 Corporation
223.    For 1031 Heritage II LLC
224.    Four Point Star Operating Company, L.P.
225.    Galleria Properties, LLC
226.    GRE Glendale LLC
227.    Guggenheim Concourse, L.P.
228.    Hanover Moving & Storage Co., Inc.
229.    Historic TW Inc.
230.    HQ Global Workplaces
231.    Huron Consulting Group, LLC
232.    HWA 555 Owners, LLC
233.    JBC Funds 200 West Monroe LLC
234.    JDJ Properties, Inc.
235.    Legacy III Centennial, LLC
236.    Lehman Brothers Holdings, Inc.
237.    Lempira S.R.L., R.U.C.
238.    Liberty Property Limited Partnership
239.    Mack-Cali CW Realty Associates L.L.C.
240.    Mackenzie Financial Corporation
241.    MCPR Unit V LP, S.E.
242.    Middlefield Park Associates
243.    Millennium De Investimentos Imobiliarios LTDA
244.    MJH Wacker LLC
245.    Monarch Centre Associates, LLC
246.    Mountain Towers Properties, LLC
247.    National Union Fire Insurance Company of Pittsburgh, PA
248.    NBS Brookside 700/800, L.L.C.
249.    New Tower Trust Company Multi-Employer Property Trust
250.    Nine Penn Center Associates, LP
251.    Normandy Real Estate Partners
252.    Palm Beach Centre 4, LLC
253.    PCC Properties (Calgary) Ltd.
254.    Piedmont Operating Partnership, L.P.
255.    PricewaterhouseCoopers, LLP
256.    Regus do Brasil, Ltd
257.    Rock Forty Ninth LLC
258.    Rosemead Properties, Inc.

<u>Exhibit 1</u>
Identified Parties

259.    San Diego - Frazee, LLC
260.    Sandtrap II, Ltd.
261.    Sharon Land Company, LLC
262.    SLG 220 News Owner LLC
263.    SP4 190 S. LaSalle, L.P.
264.    Stillwater Development, LLC
265.    Sunray Investments
266.    Teachers Insurance and Annuity Assoc. of America
267.    Telwares, Inc.
268.    Tempe Fountainhead Corporate, LLC
269.    Texas Tower Limited
270.    The Irvine Company
271.    The Realty Associates Fund VIII, L.P.
272.    Triple Net Properties, LLC
273.    Trizec Westwood Center LLC
274.    WA 555 Owners, LLC
275.    Wacker Drive Limited Partnership
276.    WA-Columbia Center Property LLC
277.    WLA UPU 1 and 2, LLC
278.    WPGH, LLC

**6.  Secured Creditors**

279.    Danske Bank
280.    Fenway Funding LLC
281.    JPMorgan Chase
282.    MetLife
283.    SMBC
284.    State Street
285.    Swedbank

**7.  Government and State Regulatory Agencies – U.S. Regulation**

286.    Commodity Futures Trading Commission (LBI, NB LLC)
287.    Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
288.    Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)
289.    Financial Industry Regulatory Authority (non-governmental)
290.    National Futures Association (non-governmental)
291.    New York Stock Exchange (non-governmental)
292.    Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
293.    Office of Thrift Supervision (LB Bank)
294.    Securities and Exchange Commission

Exhibit 1
Identified Parties

295. State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
296. State Blue Sky Laws in all 50 states and Puerto Rico
297. Utah Commissioner of Financial Institutions (LB Commercial Bank)


**8. Members of Ad Hoc or Unofficial Creditors' Committees (formed prior to the Commencement Date, to the extent known at the Commencement Date)**

*The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc., Gas Project Revenue Bonds*

298. Allstate Insurance Co.
299. Capital Research Management Co.
300. Franklin Advisors L.P.
301. Franklin Federal Intermediate-Term-Tax-Free Income Fund
302. Franklin Federal Tax-Free Income Fund
303. Franklin Georgia Tax-Free Income Fund
304. Franklin High-Yield Tax-Free Income Fund
305. Independence Holding Co.
306. Main Street Natural Gas, Inc., Gas Project Revenue Bonds
307. Oppenheimer Funds, Inc.
308. The Vanguard Group

*Informal LBHI Bondholder Group*

309. Alliance Bernstein
310. Capital Guardian Trust Company
311. Cyrus Capital Partners, L.P.
312. King Street Capital Management, L.L.C.
313. Pacific Management Investment Company
314. Wexford Capital LLC
315. York Capital Management


**9. Significant Stockholders (greater than 5%)**

316. AXA and related parties - 7.25%
317. Clearbridge Advisors, LLC and related parties - 6.33%
318. FMR LLC and related parties - 5.87

Exhibit 1
Identified Parties

## 10. Directors and Officers

*Current and former (up to three years) members of a corporation's board of directors and its officers, as well as the names of the entities with whom such directors or officers were, during their tenure with the Debtor, affiliated as an employee*

Current Board of Directors

|       |                        |
|-------|------------------------|
| 319.  | Henry Kaufman          |
| 320.  | Jerry A. Grundhofer    |
| 321.  | John D. Macomber       |
| 322.  | John F. Akers          |
| 323.  | Marsha Johnson Evans   |
| 324.  | Michael L. Ainslie     |
| 325.  | Richard S. Fuld, Jr.   |
| 326.  | Roger S. Berlind       |
| 327.  | Roland A. Hernandez    |
| 328.  | Sir Christopher Gent   |
| 329.  | Thomas H. Cruikshank   |

Current Officers

|       |                        |
|-------|------------------------|
| 330.  | Alex Kirk              |
| 331.  | Bryan Marsal           |
| 332.  | Christian Meissner     |
| 333.  | David Coles            |
| 334.  | David Goldfarb         |
| 335.  | Eric Felder            |
| 336.  | George H. Walker       |
| 337.  | Gerald A Donini        |
| 338.  | Herbert H. McDade III  |
| 339.  | Hugh E. McGee III      |
| 340.  | Hyung S. Lee           |
| 341.  | Ian T Lowitt           |
| 342.  | James Fogarty          |
| 343.  | Jasjit S. Bhattal      |
| 344.  | Michael Geband         |
| 345.  | Riccardo Banchetti     |
| 346.  | Richard S. Fuld, Jr.   |
| 347.  | Scott J. Freidheim     |
| 348.  | Stephen M. Lessing     |
| 349.  | Thomas A. Russo        |

Former Officers

|       |                        |
|-------|------------------------|
| 350.  | Christopher O'Mera     |

Exhibit 1
Identified Parties

351.  Erin Callen
352.  Jonathan Beyman
353.  Jospeh M. Gregory

**11. Underwriting Investment Bankers for Debtor's securities for all securities issued or outstanding on the Commencement Date or during the three years prior to the Commencement Date.**

354.  ABN AMRO Rothschild
355.  Hoare Govett, Ltd.
356.  Lehman Brothers
357.  Merrill Lynch
358.  UBS Investment Bank

**12. Accountants employed or retained during the two years prior to the Commencement Date**

359.  Deloitte & Touch USA LLP
360.  Ernst & Young
361.  PWC (PricewaterhouseCoopers)

**13. Related Entities**

362.  737 Portfolio Services LLC
363.  737 Portfolio Trust
364.  Area Assignor Corp. (dissolved)
365.  Area Depository Corporation (dissolved)
366.  Area GP Corporation Aristos LLC
367.  Aristos LLC
368.  ASB LLC
369.  Bixen Limited
370.  BK I Realty Inc. (dissolved)
371.  BK II Properties Inc. BK III Properties Inc.
372.  Blue Jay Realty Corporation
373.  Bromley LLC
374.  Brookson Corp.
375.  Brookwood Energy & Properties Inc.
376.  Canope Credit Corp.
377.  Central Funding (Concord) Corporation (dissolved) Clarks Summit I, LLC
378.  Clarks Summit II, LLC
379.  CP1 Real Estate Services Inc.
380.  CP4 Real Estate Services Inc. (dissolved)
381.  Dimont Corporation

Exhibit 1
Identified Parties

382. DL Mortgage Corp.
383. DRA Management, Inc. (dissolved)
384. Eagle Energy Management, LLC
385. Eagle Energy Partners I, L.P.
386. East Dover Limited
387. Edibrook Corp.
388. EHP/GP Inc. (dissolved)
389. Embarcadero Aircraft Securitization Trust
390. Equipment Management Inc.
391. Equity Strategies Loans LLC
392. Equity Strategy Loans LLC
393. First Ward Properties Inc.
394. Flight Sim I LLC
395. Flight Sim II LLC
396. Flight Sim III LLC
397. Flight Sim IV LLC
398. Flight Sim V Inc.
399. FRAH Special Services Inc.
400. Fundo De Investimento Multimercado Credito Privado Navigator Investmento
401. GA Dekalb Inc.
402. Global Principal Strategies Loans Inc.
403. GRA Finance Corporation Ltd.
404. Growth Partners Inc. (dissolved)
405. Hydrocarbon Capital II LLC
406. IL Lombard Inc. (dissolved)
407. Ivanhoe Lan Pty Limited
408. Jet Aircraft Leasing Inc. (dissolved)
409. Jet Partners, LLC
410. JFM Aviation Once LLC
411. KM-I Real Estate Company VII (sold)
412. Laminar Holdings LLC
413. LB Alberta Holdings Inc.
414. LB GPS Lightfoot LLC
415. LB Holdings Intermediate 2 LtdLB I Group Inc
416. LB I Group Inc.
417. LB India Holdings Mauritius I Limited
418. LB India Holdings Mauritius II Limited
419. LB India Holdings Mauritius III Limited
420. LB Investment Corp., Inc.
421. LB Investment Holding Company Limited (dissolved)
422. LB Leasing Inc.
423. LB Maritim Investor GmbH
424. LB Memphis Brownestone LLC
425. LB Military Housing LLC
426. LB Note Corp.
427. LB Ohana, LLC

<u>Exhibit 1</u>
Identified Parties

| | |
|---|---|
| 428. | LB Skypower Inc. |
| 429. | LB Trade Corp. |
| 430. | LB3 GmbH |
| 431. | LB-NL Holdings (Cayman) Limited |
| 432. | LB-NL Holdings I Inc. |
| 433. | LB-NL Holdings L.P. |
| 434. | LB-NL U.S. Investor Inc. |
| 435. | LBQ Hong Kong Funding Ltd. |
| 436. | LBQ Hong Kong Services Limited |
| 437. | LCP LTU LLC |
| 438. | LCPI Properties Inc. |
| 439. | LCPI Properties Inv. |
| 440. | Leesburg ACG LLC |
| 441. | Lehman ABS Corporation |
| 442. | Lehman Aircraft Securitization Holdings LLC |
| 443. | Lehman Asset Backed Caps Inc. |
| 444. | Lehman Brother Venture Capital 2003 Partnership |
| 445. | Lehman Brothers (Israel) Inc. |
| 446. | Lehman Brothers (Spain) S.A. |
| 447. | Lehman Brothers 1999 Venture Managers' Partnership L.P. |
| 448. | Lehman Brothers 1999 Vernture GP Partnership L.P. |
| 449. | Lehman Brothers AIM Holding II LLC |
| 450. | Lehman Brothers Alternative Investment Management LLC |
| 451. | Lehman Brothers Argentina S.A. |
| 452. | Lehman Brothers Asset Management Asia, Inc. (dissolved) |
| 453. | Lehman Brothers Asset Securitization LLC |
| 454. | Lehman Brothers Capital Partners I, L.P. |
| 455. | Lehman Brothers Capital Partners II, L.P. |
| 456. | Lehman Brothers Capital Partners IV, L.P. |
| 457. | Lehman Brothers CDO 2003 L.P. |
| 458. | Lehman Brothers CDO Associates (Cayman), Ltd. |
| 459. | Lehman Brothers CDO Associates 2003 L.P. |
| 460. | Lehman Brothers CDO Associates 2004 L.P. |
| 461. | Lehman Brothers CDO Opportunity Partners 2004-2, L.P. |
| 462. | Lehman Brothers Commodity Service Inc. |
| 463. | Lehman Brothers Communications Partnership |
| 464. | Lehman Brothers de Chile, S.A. (dissolved) |
| 465. | Lehman Brothers de Venezuela C.A. (inactive) |
| 466. | Lehman Brothers Derivative Finance LLC |
| 467. | Lehman Brothers Derivative Products Inc. |
| 468. | Lehman Brothers Diversified Private Equity Fund 2004, L.P. |
| 469. | Lehman Brothers Energy Canada, ULC |
| 470. | Lehman Brothers Europe Inc. |
| 471. | Lehman Brothers European Mezzanine 2002 Associates L.P. |
| 472. | Lehman Brothers European Mezzanine 2002 L.P. |
| 473. | Lehman Brothers European Venture Capital Associates L.P. |

Exhibit 1
Identified Parties

474.   Lehman Brothers European Venture Capital L.P.
475.   Lehman Brothers Finance (Japan) Inc.
476.   Lehman Brothers Financial Products Inc.
477.   Lehman Brothers Fund of Funds Associates L.P.
478.   Lehman Brothers Fund of Funds L.P.
479.   Lehman Brothers Global Asset Management K.K. (liquidated)
480.   Lehman Brothers Healthcare Venture Capital Associates L.P.
481.   Lehman Brothers Healthcare Venture Capital L.P.
482.   Lehman Brothers Holdings Inc.
483.   Lehman Brothers Holdings International Inc.
484.   Lehman Brothers Inc.
485.   Lehman Brothers International Services, Inc.
486.   Lehman Brothers Investment Holding Company Inc.
487.   Lehman Brothers Investment Management Asia Limited
488.   Lehman Brothers LBO Inc.
489.   Lehman Brothers MBG Associates III LLC
490.   Lehman Brothers MBG Associates L.P.
491.   Lehman Brothers MBG Capital Partners 1998 (C) L.P.
492.   Lehman Brothers MBG Finders 1999 (A) L.P.
493.   Lehman Brothers MBG Finders 1999 (B) L.P.
494.   Lehman Brothers MBG Finders 2000 (B) L.P.
495.   Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
496.   Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
497.   Lehman Brothers MBG Partners 1998 (A) L.P.
498.   Lehman Brothers MBG Partners 1998 (B) L.P.
499.   Lehman Brothers MBG Partners 1998 (C) L.P.
500.   Lehman Brothers MBG Partners 1999 (A) L.P.
501.   Lehman Brothers MBG Partners 1999 (B) L.P.
502.   Lehman Brothers MBG Partners 1999 (C) L.P.
503.   Lehman Brothers MBG Partners L.P.
504.   Lehman Brothers MBG Venture Capital Partners 1997
505.   Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
506.   Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
507.   Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
508.   Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
509.   Lehman Brothers MLP Associates, L.P.
510.   Lehman Brothers MLP Partners, L.P.
511.   Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
512.   Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
513.   Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
514.   Lehman Brothers Offshore Investment Partnership L.P.
515.   Lehman Brothers Offshore Investment Partnership-Japan L.P.
516.   Lehman Brothers Offshore Long/Short Fund, Ltd.
517.   Lehman Brothers Offshore Long/Short Master Fund Ltd.
518.   Lehman Brothers Offshore Partners Ltd.
519.   Lehman Brothers Offshore Partnership Account 2000/2001, L.P.

Exhibit 1
Identified Parties

520.    Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
521.    Lehman Brothers Overseas Inc.
522.    Lehman Brothers Participation Fund Associates, L.P.
523.    Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
524.    Lehman Brothers Secondary Fund of Funds Associates L.P.
525.    Lehman Brothers Secondary Fund of Funds L.P.
526.    Lehman Brothers Securities Taiwan Limited
527.    Lehman Brothers South Asia Limited (Inactive)
528.    Lehman Brothers Special Financing Inc.
529.    Lehman Brothers Sudamerica S.A.
530.    Lehman Brothers Uruguay S.A.
531.    Lehman Brothers VC Partners L.P.
532.    Lehman Brothers Venture Associates Inc.
533.    Lehman Brothers Venture Bankers' Partnership L.P.
534.    Lehman Brothers Venture Capital Partners I, L.P.
535.    Lehman Brothers Venture GP Partnership L.P.
536.    Lehman Brothers Venture Partners L.P.
537.    Lehman CMO Inc.
538.    Lehman Commercial Paper Inc.
539.    Lehman Commodities Services, Inc.
540.    Lehman Finance, S.A.
541.    Lehman Insurance Company
542.    Lehman Loan Funding I LLC
543.    Lehman Mortgage Company of Canada (surrendered)
544.    Lehman Mortgage Holdings Canada I Inc. (inactive)
545.    Lehman Mortgage Holdings Canada II Inc. (inactive)
546.    Lehman Municipal ABS Corp.
547.    Lehman OPC LLC
548.    Lehman Pass-Through Securities Inc.
549.    Lehman Queens Center Inc. (inactive)
550.    Lehman Queens Limited Inc. (inactive)
551.    Lehman Realty & Development Corp.
552.    Lehman Receivables Corp. (dissolved)
553.    Lehman Risk Management, Inc. (dissolved)
554.    Lehman Structured Financings, Inc.
555.    Lehman Structured Securities Corp.
556.    Lehman Syndicated Loan Inc.
557.    Lehman VIP Holdings Inc.
558.    Lehman VIP Investment LDC
559.    Liberty Corner Inc. (sold)
560.    Liberty GP II Inc. (sold)
561.    Libro Companhia Securitizadora de Creditos
562.    Long Point Funding Pty Ltd.
563.    LPTG Inc.
564.    LPTG Intermediate LLC
565.    LPTG LLC

<u>Exhibit 1</u>
Identified Parties

566.    lvanhoe Lan Pty Limited
567.    LW-LP Inc.
568.    LW-LP Properties Inc.
569.    M&L Debt Investments Holdings Pty Limited
570.    M&L Debt Investments Pty Limited
571.    Mast Depositor Corp
572.    MBR/GP Corp.
573.    Merit, LLC
574.    Metro Realty Corporation (dissolved)
575.    Morganberry Corporation
576.    Newark Properties One Inc.
577.    Nexity Investment Partnership L.P.
578.    NL Funding, L.P.
579.    NL GP Inc.
580.    Northstar Equipment Leasing Income Inc. (dissolved)
581.    NPC Inc. (dissolved)
582.    O.M.B. Limited Partner Ltd.
583.    OSD Corp.
584.    PAC Aircraft Management Inc.
585.    Pentaring, Inc.
586.    Pindar Pty Ltd.
587.    QP80 Real Estate Services Inc.
588.    Quality Pork Partners, Inc.
589.    Real Estate Investors Inc. (dissolved)
590.    Real Estate Services I Inc. (dissolved)
591.    Real Estate Services VII Inc. (dissolved)
592.    Reliance Energy E&P, LLC
593.    RIBCO LLC
594.    RIBCO SPC, Inc.
595.    Rock Hill Real Estate, Inc.
596.    Sambar Properties Inc.
597.    SASCO ARC Corporation
598.    Scranzay, Inc.
599.    Select Asset Inc.
600.    Senior Income Fund Inc. (dissolved)
601.    Serafino Investments Pty Limited
602.    Shearson Lehman Brothers Capital Partners II, L.P.
603.    Shearson Lehman Hutton Capital Partners II
604.    Skratook LLC
605.    Small Business Assets I LLC
606.    Stamford Investment Realty Inc.
607.    STRATUS I Inc.
608.    Structure Asset Securities Corporation II
609.    Structured Asset Securities Corporation
610.    Structured Options Inc.
611.    STUIE CORP.

Exhibit 1
Identified Parties

612.    TAL Europe, LLC
613.    Tallus
614.    Townsend Analytics Japan Ltd.
615.    Townsend Analytics, Ltd.
616.    TX Tower Inc. (sold)
617.    West Dover, LLC


## 14. Former Lehman Brothers Holdings Inc. Entities

618.    000 Lehman Brothers
619.    314 Commonwealth Ave. Inc.
620.    Aegis Finance LLC
621.    Alnwick Investments (UK) Limited
622.    Alnwick Investments (UK) Ltd. Kingdom
623.    Appalachian Asset Management Corp.
624.    ARS Holdings I LLC
625.    Aurora Loan Services LLC
626.    Ballybunion Investments No. 2 Ltd.
627.    Ballybunion Investments No. 3 Ltd.
628.    Ballybunion Investments No. Ltd.
629.    Ballybunion Partnership
630.    Bamburgh Investments (UK) Ltd.
631.    Banque Lehman Brothers S.A.
632.    Blixen U.S.A.
633.    Blue Way Finance Corporation U.A.
634.    BNC Holdings Inc.
635.    Brasstown Entrada I SCA
636.    Brasstown LLC
637.    Brasstown Mansfield I SCA
638.    Capital Analytics II, L.P.
639.    Capstone Mortgage Services Ltd.
640.    CIMT Limited
641.    Cohort Investments Limited
642.    Commonwealth Ave. Inc.
643.    Dynamo Investments Ltd.
644.    Eldon Street Holdings Limited
645.    ELQ Holdings B.V.
646.    ELQ Hypothekan N.V.
647.    Entrada II Sarl
648.    Erin Asset
649.    e-Valuate, L.P.
650.    Executive Monetary Management, Inc.
651.    Falcon Holdings I LLC
652.    Falcon Holdings II Inc.
653.    Falcon Investor I-X Inc.

Exhibit 1
Identified Parties

654.   Falcon LB Sarl
655.   Furno & Del Castano CapitalPartners LLP
656.   Gainsborough Investments BV
657.   GKI Korea Development Limited
658.   Global Korea Investments Ltd.
659.   Global Thai Property Fund
660.   Hills Funding One, Ltd.
661.   Kayenta L.P
662.   Kenilworth Investments Ltd.
663.   L.B.C. YK
664.   L.B.C. YK Hearn Street Holdings Limited
665.   LB 745 Leaseco I LLC
666.   LB 745 LLC
667.   LB Alpha Finance Cayman Limited
668.   LB Asia Issuance Company Ltd.
669.   LB Asset Management Ltd.
670.   LB Australia and Asia Investments Limited
671.   LB Beta Finance Cayman Limited
672.   LB Capital Investments Ltd.
673.   LB Delta (Cayman) No 1 Ltd.
674.   LB Delta (Cayman) No Ltd.
675.   LB Delta Funding
676.   LB Holdings Intermediate 1 Ltd.
677.   LB Holdings Intermediate 2 LtdLB I Group Inc
678.   LB Holdings Intermediate Ltd.
679.   LB India Holdings Cayman I Limited
680.   LB India Holdings Cayman II Limited
681.   LB Investments (UK) Limited
682.   LB Lease & Finance No. Ltd.
683.   LB Leaseco I
684.   LB LLC
685.   LB Lomond Investments Limited
686.   LB Russia Holdings Inc.
687.   LB Russia Holdings LLC
688.   LB SF No. Ltd.
689.   LB SPV SCA
690.   LB UK Financing Limited
691.   LB UK RE Holdings Ltd.
692.   LB Vin Co Inc.
693.   LBA Funding (Cayman) Limited
694.   LBAC Holdings I Inc.
695.   LBASC LLC
696.   LBCCA Holdings I Inc.
697.   LBCCA Holdings I LLC
698.   LBCCA Holdings II Inc.
699.   LBCCA Holdings II LLC

<u>Exhibit 1</u>
Identified Parties

| | |
|---|---|
| 700. | LBHK Funding (Cayman) No. 1 Ltd |
| 701. | LBHK Funding (Cayman) No. 2 Ltd. |
| 702. | LBHK Funding (Cayman) No. 4 Ltd |
| 703. | LBHK Funding (Cayman) No. Ltd. |
| 704. | LBO Funding (Cayman) Limited |
| 705. | LBO Investments Limited |
| 706. | LBQ Funding (UK) |
| 707. | LBS Holdings SARL |
| 708. | LCPI Properties Inc. |
| 709. | Lehman (Cayman Islands) Ltd. |
| 710. | Lehman Aircraft Securitization Holdings Inc. |
| 711. | Lehman ALI Inc. |
| 712. | Lehman Brothers (PTG) Limited |
| 713. | Lehman Brothers AIM Holding III LLC |
| 714. | Lehman Brothers Asia Capital Company |
| 715. | Lehman Brothers Asia Capital Company Kong |
| 716. | Lehman Brothers Asia Holdings Limited |
| 717. | Lehman Brothers Asia Limited |
| 718. | Lehman Brothers Asia Pacific (Singapore) Pte. Ltd. |
| 719. | Lehman Brothers Asset Management (Europe) Ltd. |
| 720. | Lehman Brothers Asset Management France |
| 721. | Lehman Brothers Asset Management Inc. |
| 722. | Lehman Brothers Asset Management, LLC |
| 723. | Lehman Brothers Australia Granica Pty Limited |
| 724. | Lehman Brothers Australia Holdings Pty Limited. |
| 725. | Lehman Brothers Australia Limited |
| 726. | Lehman Brothers Bancorp Inc |
| 727. | Lehman Brothers Bancorp UK Holdings Limited |
| 728. | Lehman Brothers Bank, FSB |
| 729. | Lehman Brothers Bankhaus Aktiengesellschaft |
| 730. | Lehman Brothers Canada Inc. |
| 731. | Lehman Brothers Capital GmbH, Co. |
| 732. | Lehman Brothers Capital Private Limited |
| 733. | Lehman Brothers Co-Investment Associates LLC |
| 734. | Lehman Brothers Commercial Bank |
| 735. | Lehman Brothers Commercial Corporation |
| 736. | Lehman Brothers Commercial Corporation Asia Limited |
| 737. | Lehman Brothers Commercial Mortgage K.K. |
| 738. | Lehman Brothers Commodity Services Inc. |
| 739. | Lehman Brothers do Brasil Ltda |
| 740. | Lehman Brothers Equity Finance (Cayman) Limited |
| 741. | Lehman Brothers Europe Limited |
| 742. | Lehman Brothers Finance S.A. |
| 743. | Lehman Brothers Fixed Income Securities Private Limited |
| 744. | Lehman Brothers Futures Asia Limited |
| 745. | Lehman Brothers Futures Asset Management Corp. |

Exhibit 1
Identified Parties

746.    Lehman Brothers Global Investments LLC
747.    Lehman Brothers Holdings Capital Trust IV
748.    Lehman Brothers Holdings Japan Inc.
749.    Lehman Brothers Holdings Plc.
750.    Lehman Brothers Holdings Scottish LP
751.    Lehman Brothers Hy Opportunities Inc.
752.    Lehman Brothers Hy Opportunities Korea Inc.
753.    Lehman Brothers Inc.
754.    Lehman Brothers Insurance Agency L.L.0
755.    Lehman Brothers International (Europe)
756.    Lehman Brothers Investment Korea Inc.
757.    Lehman Brothers Investments PTE Ltd.
758.    Lehman Brothers Japan Inc.
759.    Lehman Brothers Limited
760.    Lehman Brothers Luxembourg Investments Sari
761.    Lehman Brothers Management LLC
762.    Lehman Brothers Offshore Real Estate Associates, Ltd
763.    Lehman Brothers OTC Derivatives Inc.
764.    Lehman Brothers P.A. LLC
765.    Lehman Brothers Pacific Holdings Pte. Ltd.
766.    Lehman Brothers Private Equity Advisers
767.    Lehman Brothers Private Equity Advisers LLC
768.    Lehman Brothers Private Fund Advisers L.P.
769.    Lehman Brothers Private Fund Advisers LPD
770.    Lehman Brothers Private Fund Management L.P.
771.    Lehman Brothers Private Funds Investment Company GP, LLC
772.    Lehman Brothers Private Funds Investment Company LP, LLC
773.    Lehman Brothers Securities Asia Limited
774.    Lehman Brothers Securities N.V.
775.    Lehman Brothers Securities Private Limited
776.    Lehman Brothers Services India Private Limited
777.    Lehman Brothers Singapore PTE Ltd.
778.    Lehman Brothers South East Asia Investments PTE Limited
779.    Lehman Brothers Spain Holdings Limited
780.    Lehman Brothers Special Financing Inc.
781.    Lehman Brothers Treasury Co. B.V.
782.    Lehman Brothers Trust Company of Delaware
783.    Lehman Brothers Trust Company, National Association
784.    Lehman Brothers U.K. Holdings (Delaware) Inc.
785.    Lehman Brothers U.K. Holdings Ltd.
786.    Lehman Brothers UK Investments Limited
787.    Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
788.    Lehman Capital Investments Ltd.
789.    Lehman Commercial Mortgage Conduit Ltd.
790.    Lehman Crossroads Corporate Investors II, L.P.
791.    Lehman Crossroads Corporate Investors, L.P.

<u>Exhibit 1</u>
Identified Parties

792. Lehman Crossroads Investment Advisers, L.P.
793. Lehman Crossroads Investment Company, L.P.
794. Lehman Re Ltd.
795. Lehman Risk Advisors Inc.
796. Lehman Risk Services (Bermuda) Ltd.
797. Lehman Structured Assets Inc.
798. Lehman Syndicated Loan Funding Inc.
799. LIBRO Holdings I Inc.
800. Lincoln Capital Fixed Income Management Company, LLC
801. Longmeade Limited
802. Louise Y.K.
803. LUBS Inc.
804. Lunar Constellation Limited Partnership
805. MABLE Commercial Funding Limited
806. Maewha K-STARS Ltd.
807. MBAM Investor Limited
808. MICT Limited
809. MMP Funding Corp.
810. Nai Harn Hotel 1 Company Limited
811. Nale Trust
812. Neuberger & Berman Agency, Inc.
813. Neuberger Berman Asset Management, LLC
814. Neuberger Berman Inc.
815. Neuberger Berman Investment Services, LLC
816. Neuberger Berman Management Inc.
817. Neuberger Berman Pty Ltd.
818. Neuberger Berman, LLC
819. New Century Finance Co., Ltd.
820. OCI Holdings Limited
821. Opal Finance Holdings Ireland Limited
822. Pentaring Inc.
823. Pentaring Inc. Long Point Funding Pty Ltd
824. Phuket Hotel 1 Holdings Company Limited.
825. Pike International Y.K.
826. Pindar Pty Ltd.
827. Portsmouth Investment Company Pty Ltd.
828. Preferred Group Limited
829. Preferred Holdings Limited
830. Preferred Mortgages Limited
831. Principal Transactions Inc.
832. Property Asset Management Inc.
833. Real Estate Private Equity Inc.
834. REPE LBREP II LLC
835. REPE LBREP III LLC
836. Resetfan Limited
837. Resetfan Limited Capstone Mortgage Services Ltd.

Exhibit 1
Identified Parties

838.    Revival Holdings Limited
839.    Sage Partners, LLC
840.    SAIL Investor Pte Ltd.
841.    Security Assurance Advisers, L.P.
842.    SkyPower Corporation
843.    SOGKI Development Inc.
844.    Southern Pacific Funding
845.    Southern Pacific Funding 5 Ltd.
846.    Southern Pacific Mortgage Limited
847.    SPML Mortgage Funding Limited
848.    Stockholm Investments Limited
849.    Storm Funding Ltd.
850.    Storm Funding Ltd. Lehman (Cayman Islands) Ltd.
851.    Sunrise Finance Co., Ltd.
852.    Thayer Group Limited
853.    Thayer Properties (Jersey) Ltd.
854.    Thayer Properties Limited
855.    The Main Office Management Company, LP
856.    TMIC Limited
857.    Wharf Reinsurance Inc.
858.    Woori-LB Fifth Asset Securitization Specialty Co., Ltd.
859.    Woori-LB First Asset Securitization Specialty Co., Ltd.
860.    Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
861.    Woori-LB Sixth Asset Securitization Specialty Co., Ltd
862.    Y.K Tower Funding
863.    Y.K. Park Funding


## 15. Potential Parties in Interest

864.    1301 Properties Owner, LP
865.    250 East Borrower LLC
866.    4Kids Entertainment, Inc.
867.    50 Broadway Realty Corp. LLC
868.    AB Bankas
869.    Abm Industries, Inc.
870.    Accenture LLP
871.    Account Temps
872.    ADV Portfolio Tech
873.    AIG Global Investment Corporation
874.    Alameda County (CA) Employees' Retirement Association
875.    Aliant Bank
876.    Allianz Global Investors AG
877.    Altova, Inc.
878.    Amber Capital Investment Management
879.    Ameren et., al.

Exhibit 1
Identified Parties

880.   America's Servicing Company
881.   Anthony Victor Lomas
882.   Arab Bank
883.   Arapahoe County Attorney's Office
884.   Arapahoe County Treasurer
885.   Assicurazioni
886.   AT&T
887.   Automated Securities Clearance LLC
888.   Automobile Club Insurance Association
889.   Avaya Inc.
890.   Avista Corp.
891.   Banca Sai
892.   Banesco Holding C.A.
893.   Bank of America Mellon
894.   Bank of China
895.   Bank of Montreal
896.   Bank of New York Mellon
897.   Bank of Taiwan
898.   Bank Pekao
899.   Bankruptcy Creditors' Service, Inc.
900.   Bats Holdings, Inc.
901.   Bay Harbour Management LC
902.   Bay Harbour Master Ltd.
903.   Bel Air Investment Advisors LLC
904.   Best Karpet
905.   BHCO Master Ltd.
906.   BIM
907.   Binding Company, Inc.
908.   Bondwave LLC
909.   BP Canada
910.   BP Energy
911.   BP North America
912.   Burleson, ISD
913.   Business Objects Americas
914.   Caisse De Depot et Placement du Quebec
915.   Caixa Geral De Depositos, S.A.
916.   California Ind. Systems Operator Corp.
917.   California Public Employees Retirement System
918.   Canadian Imperial Bank
919.   Cap Gemini Financial Services USA, Inc
920.   Carrollton-Farmers Branch Independent School District
921.   Cascade Investment LLC
922.   Cattolica Assicurazioni S.p.A
923.   CB Richard Ellis, Inc.
924.   CD Representative
925.   CFIP Fund

Exhibit 1
Identified Parties

926.   Chevron Natural Gas
927.   Chicago Board Options Exchange, Incorporated
928.   CIBC World Market.
929.   CIBC World Markets Inc.
930.   Cisco Systems Capital Corporation / Cisco Systems, Inc. / Cisco
931.   Citibank, NA
932.   Citigroup, Inc.
933.   City of Edinburgh Council as Administrating Authority of the Lothian Pension
       Fund
934.   City Of Farmers Branch
935.   CNX Gas Co.
936.   Cognizant Technology Solutions US Corporation
937.   Collins Building Services, Inc.
938.   Commerzbank A.G.
939.   Commerzbank A.G. (New York and Grand Cayman Branches)
940.   Community Trust Bancorp Inc.
941.   Compagnie Financiere Trdaition SA
942.   Constellation PL
943.   Contrarian Capital Management, LLC
944.   CorrectNet, Inc.
945.   Costello Maione Schuch Inc.
946.   Counsel To Australia And New Zealand Banking
947.   County of Monterey (CA)
948.   County of San Mateo (CA)
949.   Credit Suisse
950.   Crossmark Investment Advisers, LP
951.   Crossroads Investment Advisors
952.   Curd Fixed Fund
953.   Currenex
954.   Customer Asset Protection
955.   D.E. Shaw Composite Portfolios, LLC
956.   D.E. Shaw Oculus Portfolios, LLC
957.   Dallas County
958.   Dan Yoram Schwarzmann
959.   DCI Umbrella Fund PLC
960.   DE Shaw
961.   Delaware Management Holdings, Inc.
962.   Demann
963.   DG3 Holdings LLC
964.   Direct Energy Business LLC
965.   Direct Energy LLC
966.   Diversified Credit Investments LLC as agent for the Government of Singapore
       Investment Corporation PTE, LTD.
967.   Division Water
968.   Dresdner Bank A.G.
969.   Dresdner Kleinwort Group Holdings LLC

Exhibit 1
Identified Parties

970.   Duke Corporate Education
971.   Duke Energy Ohio, Inc.
972.   Dun & Bradstreet
973.   East 46th Borrower LLC
974.   Eaton Corporation
975.   EHMD, LLC
976.   Elliott Associates, L.P.
977.   Elliott International L.P.
978.   EMC Corporation
979.   EnergyCo Marketing and Trading
980.   Essex Equity Holdings USA, LLC
981.   European Bank For Reconstruction
982.   Executive Fliteways, Inc.
983.   Exegy Incorporated
984.   EZE Castle
985.   Factiva, Inc.
986.   Fannie Mae
987.   Federal Express Corporation
988.   Federal Home Loan
989.   Federal Home Loan Bank of Atlanta
990.   Federal Home Loan Bank Of Pittsburgh
991.   Federal Home Loan Mortgage Corp
992.   Federal Reserve Bank of New York
993.   Fir Tree Capital Opportunity Master Fund, L.P.
994.   Fir Tree Value Master Fund, L.P.
995.   First Choice Power, LP
996.   First Trust Advisors L.P.
997.   First Trust Portfolios L.P.
998.   Fondiaria
999.   Fondo Latinoamesicano De Reservas
1000.   Fred Hutchinson Cancer Research Center
1001.   Frictionless Commerce, Inc.
1002.   Friedman, Billings, Ramsey & Group, Inc.
1003.   FX Alliance, LLC
1004.   Fxcm Holdings LLC
1005.   Galleon Buccaneer's Offshore Ltd
1006.   Gartner UK Limited
1007.   Gartner, Inc.
1008.   GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial
        Services
1009.   General Electric Capital Corp
1010.   Gensler Architecture, Design And Planning LLC
1011.   GL Trade
1012.   Glg Partners LP
1013.   Global Thematic
1014.   GM Canada Foreign Trust

Exhibit 1
Identified Parties

1015. GMAC LLC
1016. GMAC Residential Capital
1017. GMAC-IM
1018. GMAM Investment Funds Trust
1019. Godiva Chocolatier, Inc.
1020. Government of Guam Retirement Fund
1021. Green Tree Servicing Inc.
1022. Green Tree Servicing LLC
1023. Greenbriar Minerals, LLC
1024. Greg Georgas & Mark Grock/ Greg Georgas et, al.
1025. Hale Avenue Borrower LLC
1026. Hanover Moving & Storage Co. Inc
1027. Harbert
1028. Harbinger Capital Partners
1029. Harbinger Capital Partners Special Situations Fund LP
1030. Harris County
1031. Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
1032. Henegan Construction Co., Inc.
1033. Hilliard Farber & Co., Inc
1034. Hughes Hubbard
1035. Hypo Investment Bank Ag
1036. IBM
1037. IGI Resources
1038. IGS
1039. Illuminating
1040. Independence Holding Co.
1041. INF SRVS
1042. Informal Group Of Taiwan Financial Institutions
1043. ING Bank, FSB
1044. ING Real Estate Finance
1045. Institutional Benchmarks
1046. Intechra LLC
1047. Interactive Data Corp.
1048. Intercall Inc.
1049. Interface Cable Assemblies and Services Corp. a/k/a ICAS
1050. IntraLinks, Inc.
1051. Investcorp, Et. Al.
1052. Iris Software, Inc.
1053. Iron Mountain Information Management
1054. J.P. Morgan Chase Bank, N.A.
1055. James W. Giddens
1056. Jarden Corporation
1057. JFK InternationaI Air Terminal LLC
1058. Johnson County Arlington ISD
1059. Kapalua Bay, LLC
1060. Keane, Inc.

Exhibit 1
Identified Parties

1061.   Korea Investment & Securities Co., LTD
1062.   Kraft Foods Inc.
1063.   Landamerica Financial Group, Inc.
1064.   LB Co-Investment Partners Cayman AIV I LP
1065.   LB Merchant Banking Partners III Cayman AIV LP
1066.   LB Offshore GP Holdings (PE) Ltd
1067.   LB Offshore Investment Partners II LP
1068.   LB Secondary OPP Offshore Fund II LP
1069.   LB Secondary OPP Offshore Fund LP
1070.   LB VC Partners LP (VC Fund II)
1071.   LBAYK
1072.   LBREP Lakeside SC Master I, LLC
1073.   LBREP/L-SUNCAL MASTER I LLC.
1074.   Lehman Brothers Private Equity Funds
1075.   Lewtan Technologies, Inc.
1076.   LiquidPoint
1077.   Los Angeles City Employees' Retirement System
1078.   Lyon Capital Ventures
1079.   M&B Maher
1080.   M. Arthur Gensler Jr and Assoc, Inc.
1081.   M. Brian Maher & Basil Maher
1082.   Mack-Cali Realty LP
1083.   Main Street Natural Gas, Inc.
1084.   Mansfield ISD
1085.   Marble Care
1086.   Margolis Edelstein
1087.   Marshall & Ilsley Trust C
1088.   Marshall Funds, Inc.
1089.   Mclennan County
1090.   Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV
            01-1971 DOC
1091.   Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare
1092.   Michael John Andrew Jervis
1093.   Microsoft Corporation
1094.   Microsoft Licensing
1095.   Midwest Realty Advisors, LLC
1096.   Milano
1097.   Minardi Capital Corp
1098.   Missouri Department Of Revenue, Bankruptcy Unit
1099.   Misys IQ LLC
1100.   Mitsubishi UGJ SEC CO.
1101.   Mizuho Corporate Bank
1102.   Mizuho Corporate Bank LTD
1103.   Monument Realty LLC
1104.   Moody's Investors Service
1105.   Morgan Stanley & Co.

<u>Exhibit 1</u>
Identified Parties

1106.  Motors Insurance Corp.
1107.  MSS Distressed & Opportunities 2
1108.  MSTD, Inc.
1109.  National Australia Bank Limited
1110.  National Bank of Canada
1111.  National Cinemedia, Inc.
1112.  NetApp, Inc.
1113.  Newedge USA, LLC
1114.  Newport Global Advisors LP
1115.  Nomura Holding America Inc.
1116.  Nomura Holdings Inc.
1117.  Normandy Hill Capital, L.P.
1118.  NorthEast
1119.  Northern Ireland Governmental Officers Superannuation Committee
1120.  Northgate Minerals Corporation
1121.  Northrup Grumman
1122.  Novara
1123.  NPD Group Inc.
1124.  NY State Department Of Taxation and Finance
1125.  NYSE Euronext, Inc.
1126.  Occidental Energy Marketing, Inc.
1127.  Och-Ziff
1128.  Office of the U.S. Trustee
1129.  Office of the United States Attorney
1130.  Office of Thrift Supervision
1131.  Office of Thrift Supervision, Northeast Region
1132.  Open Solutions Inc.
1133.  Operating Engineers Local 3 Trust Fund
1134.  Oracle Credit Corporation
1135.  Oversea-Chinese Banking Corp. Ltd.
1136.  Pacific Coast Cap. Partners, LLC
1137.  Pacific Gas & Electric Company Bank of America N.A.
1138.  Panton Fund
1139.  Parsec Corp.
1140.  Parsec Trading Corp.
1141.  Payreel, Inc.
1142.  Pension Benefit Guaranty Corporation
1143.  PJM Interconnection, L.L.C.
1144.  Plumbers and Pipefitters National Pension Fund
1145.  Popolare
1146.  Powerex Corp.
1147.  Providence Equity Partners
1148.  PT Bank Negara Indonesia
1149.  Public Service of North Carolina
1150.  Pursuit Capital Partners Master
1151.  Pursuit Capital Partners Master (Cayman) Ltd.

Exhibit 1
Identified Parties

1152. Pursuit Opportunity Fund I Master Ltd.
1153. Pursuit Partners
1154. R3
1155. Reliance Globalcom Services, Inc.
1156. Reliant Energy Power Supply, LLC
1157. Reliant Energy Services, Inc.
1158. Rentokil
1159. Republic Waste
1160. Residential Funding Company LLC
1161. River Capital Advisors Inc.
1162. RMC
1163. Rockefeller Center Management Corporation
1164. Rockefeller Center North, Inc.
1165. Rockefeller Group Development Corporation
1166. Rock-Forty Ninth LLC, Rockefeller Center et, al.
1167. Royal Bank of America
1168. Royal Bank of Scotland
1169. Russell Investment Group, Inc.
1170. Shareholders of Novastar Financial, Inc.
1171. SMBC Capital Markets
1172. Societe Generale
1173. Somerset Properties SPE, LLC
1174. SP4 190 S. Lasalle, L.P.
1175. Sprint Nextel Corp
1176. State Street Bank
1177. Statler Arms Garage LLC
1178. Steingass
1179. Steven Anthony Pearson
1180. Structure Consulting Group, LLC
1181. Structure Tone Inc.
1182. SuccessFactors, Inc.
1183. Sumitomo Mitsui Banking Corp.
1184. Sumitomo Mitsui Brussels Branch
1185. Sumitomo Trust & Banking Co., LTD
1186. Summit Systems, Inc.
1187. Sun Guard, ET AL.
1188. Sun Microsystems, Inc.
1189. Sun Trust Banks, Inc.
1190. SunGard
1191. Svenska Handelsbanken AB
1192. Tangoe, Inc.
1193. Tarrant County
1194. Tata American International
1195. TD Security
1196. Telecom Italia Capital S.A.
1197. The Central Puget Sound Regional Transit Authority

Exhibit 1
Identified Parties

1198.   The Chuo Mitsui Trust And Banking Co., Ltd
1199.   The City of Long Beach
1200.   The Informal Noteholder Group
1201.   The Joint Administrators of the Lehman European Group Administration
         Companies
1202.   The Juilliard School
1203.   The Liverpool Limited Partnership
1204.   The TAARP Group, LLP
1205.   The Vanguard Group, Inc.
1206.   The Walt Disney Company / Disney
1207.   Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
1208.   Thomson Reuters Plc & Thomson Reuters Corp.
1209.   ThruPoint, Inc.
1210.   Tiger Asia Fund, L.P.
1211.   Tiger Asia Overseas Fund, Ltd.
1212.   Time Warner
1213.   Tishman Speyer Properties, L.P.
1214.   Toronto-Dominion Bank
1215.   Tradeweb Markets LLC
1216.   Trading Technologies International
1217.   Training the Street, Inc.
1218.   TransCanada Pipelines Limited
1219.   Travelers National Accounts
1220.   Trophy Hunter Investments Ltd.
1221.   True Friend 4th Securitization Specialty Co.
1222.   Turnberry Fund
1223.   Tuxedo Reserve Owner LLC
1224.   Tuxedo TPA Owner LLC
1225.   TW Telecom Inc.
1226.   UBS Financial Services
1227.   UBS Financial Services of Puerto Rico
1228.   UBS International Inc.
1229.   Union Bank Of California, N.A.
1230.   United Bank Of California, N.A.
1231.   United Parcel Service, Inc. / UPS
1232.   US Bank, National Association
1233.   Verizon Communications Inc.
1234.   Vignette Europe Limited
1235.   VITA
1236.   Vollers Excavating & Construstion,Inc
1237.   Wall St Concepts
1238.   Washington Mutual Bank
1239.   Washington Mutual, Inc.
1240.   WCCV
1241.   Wells Fargo & Co.
1242.   Wells Fargo Bank, N.A.

<u>Exhibit 1</u>
Identified Parties

1243.  Wilmington Trust Company
1244.  Wilmington Trust FSB
1245.  WSG Development Co.
1246.  Yildiz Holdings, Inc.
1247.  Deutsche Bank Securities Inc.
1248.  Brookfield Properties One WFC Co. LLC
1249.  Barclays Capital, Inc.
1250.  8 Sound Shore Associates LLC
1251.  Marshall & Ilsley Trust Company, N.A.
1252.  The Bank of Tokyo-Mitsubishi UFJ, Ltd.
1253.  Shinsei Bank Limited
1254.  Dnb Nor Bank Asa
1255.  A-V Services, Inc.
1256.  Computer Financial Consultants Inc.
1257.  AEW Capital Management, LP
1258.  Broadridge Processing Solutions, Inc.
1259.  Bank of America N.A.
1260.  PNMR Services Co.
1261.  EnergyCo, LLC
1262.  Systema
1263.  Swedbank
1264.  UBS Securities LLC
1265.  Lloyds Bank
1266.  Dell Marketing L.P.
1267.  Access Data
1268.  Meridian Company of New York
1269.  First Commercial Bank Co., Ltd. New York Agency


## 16. Affiliations of Outside Directors

1270.  Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
1271.  America's Development Foundation.
1272.  Atlantic Council
1273.  Bain & Company, Inc.
1274.  Board of Directors of The Posse Foundation, Inc.
1275.  Board of Governors of Tel Aviv University treasurer (and former trustee) of The Economic Club of New York
1276.  Board of Overseers of the Stern School of Business of New York University
1277.  Board of Trustees of New York University
1278.  Board of Trustees of the Animal Medical Center
1279.  Board of Trustees of the Institute of International Education
1280.  Carnegie Institution of Washington
1281.  Collexis Holdings, Inc.
1282.  Council for Excellence in Government

Exhibit 1
Identified Parties

1283.  David Rockefeller Center for Latin American Studies at Harvard University
1284.  Ferrari SpA
1285.  Folger Library
1286.  Harvard Law School
1287.  Henry Kaufman & Company
1288.  Huntsman Corporation
1289.  International Advisory Committee of the Federal Reserve Bank of Nev York
1290.  Lehman Brothers Bank, FSB
1291.  LPGA
1292.  MGM Mirage
1293.  Naval Academy Foundation
1294.  Office Depot, Inc.
1295.  Pew Partnership for Civic Change
1296.  President's Council on International Activities — Yale University
1297.  Reform
1298.  Sony Corporation
1299.  Stewart & Stevenson LLC
1300.  The Broadway League
1301.  The Ryland Group, Inc.
1302.  The St. Joe Company
1303.  Vail Resorts, Inc.
1304.  Vanderbilt University
1305.  W.R. Grace & Co
1306.  Weight Watchers International, Inc.


## 17. Professionals Employed by the Company

1307.  Akerman Senterfitt
1308.  Allen & Overy LLP
1309.  Alvarez & Marsal
1310.  Andrew & Kurth LLP
1311.  Baker & McKenzie LLP
1312.  Ballard Spahr Anders & Ingersoll, LLP
1313.  Benesch, Fiedlander, Coplan & Arnoff LLP
1314.  Blake Cassels & Graydon LLP
1315.  Bloom Murr & Accomazzo, P.C.
1316.  Brand Law Group, PC
1317.  Burns, White & Hickton
1318.  Cadwalader, Wickersgam & Taft LLP
1319.  Carrington, Coleman, Sloman & Blumenthal, L.L.P.
1320.  Cederquist
1321.  Click & Null, P.C.
1322.  Conway and Mrowiec
1323.  Cox Castle Nicholson
1324.  Davies Ward Phillips & Vineberg

Exhibit 1
Identified Parties

1325.  Dechert LLP
1326.  DLA Piper
1327.  Dorsey & Whitney LLP
1328.  Einstein Malanchuk LLP
1329.  Ernst & Young
1330.  Foster, Graham, Milstein & Calisher, LLP
1331.  Freshfields Bruckhaus Deringer
1332.  Gianni, Origoni Grippo & Partners
1333.  Gibson, Dunn & Crutcher LLP
1334.  Hahn Loeser & Parks LLP
1335.  HBN Law
1336.  Heller Ehrman LLP
1337.  Herbert Smith Ltd.
1338.  Herrick & Feinstein MMOR Consulting
1339.  Hogan & Hartson
1340.  Houses & Allison, APC
1341.  Hunton & Williams LLP
1342.  Jeffer, Mangels, Butler & Marrnaro
1343.  Jones Day
1344.  Kepley Brouscious & Biggs
1345.  Kleyr Grasso Associes
1346.  Kramer Levin Naftalis & Frankel LLP
1347.  Krieg Devault LLP
1348.  L.B. Smithplein 3
1349.  Latham & Watkins, LLP
1350.  Lazard
1351.  Lewis and Roca LLP
1352.  LS Horizon Ltd.
1353.  McKee Nelson
1354.  McKenna Long & Aldridge LLP
1355.  Menter, Rudin & Trivelpiece, P.C.
1356.  Mercer Marsh & McLennan Companies
1357.  Miller Canfield Paddock Stone
1358.  Mitsui Company
1359.  MM Arizona Holdings LLC
1360.  Morrison & Foerster LLP
1361.  NBP Clems
1362.  Oh-Ebashi LPC & Partners
1363.  Paul, Hastings, Janofsky & Walker LLP
1364.  Paul, Weiss, Rifkind, Wharton & Garrison LLP
1365.  Pite Duncan
1366.  PricewaterhouseCoopers
1367.  Prickett Jones & Elliott, P.A.
1368.  Reilly Pozner & Connelly LLP
1369.  Schulte, Roth, & Zabel LLP
1370.  Sidley Austin LLP

Exhibit 1
Identified Parties

1371.  Sills Cummis & Gross P.C.
1372.  Sills Cummis Epstein & Gross P.C.
1373.  Simpson Thacher & Bartlett LLP
1374.  Skadden, Arps, Slate, Meagher & Flom LLP
1375.  Snell & Wilmer
1376.  Sonnenschein Nath & Rosenthal
1377.  Squire, Sanders & Dempsey L.L.P.,
1378.  Stroock, Stroock & Lavan
1379.  Thacher Proffitt & Wood LLP
1380.  Tompkins, McGuire, Wachenfeld & Barsy LLP
1381.  Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
1382.  Weil Gotshal& Mages LLP
1383.  White & Case
1384.  Willkie Farr & Gallagher LLP
1385.  Windels Marx Lane & Mittendorf, LLP
1386.  Woodbury & Santiago, P.A.

## 18. Litigation Claimants

1387.  Alaska Electrical Pension Fund
1388.  Alex E. Rinehart
1389.  Annuity Fund
1390.  Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
1391.  Avenius, et, al. v. Banc of America Securities LLC, et., al.
1392.  Bader and Yakaitis P.S.P. and Trust, et, al. v. Michael L. Ainslie, et. al.
1393.  BHL Capital Partners L.P.
1394.  Breakaway Solutions Inc.
1395.  City of Cleveland, Ohio
1396.  David Trent
1397.  Electronic Trading Group, LLC
1398.  Elizabeth Foster
1399.  First Alliance Mortgage Company Class Action
1400.  Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
1401.  Fogel Capital Management, Inc.
1402.  Forza Capital Management, L.L.C.
1403.  Hugh D. Barton
1404.  In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
1405.  In re Lehman Brothers Holdings, Inc., Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
1406.  In re Mirant Corporation Securities Litigation (class action)
1407.  In re Public Offering Antitrust Litigation (consolidated class action)
1408.  In re Short Sale Antitrust Litigation.

Exhibit 1
Identified Parties

1409.  IPO Class Actions
1410.  J. Bader
1411.  Keith Carpenter
1412.  Keith Cheng
1413.  Locals 302 & 612 of the International Union of Operating Engineers-Employers
1414.  Mark Montag
1415.  Mary Helbeyn
1416.  Oliver Cheng
1417.  Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
1418.  Overstock.com, Inc., et., al. v. Morgan Stanley & Co., Inc., et, al.
1419.  Research Analyst Independence Litigations
1420.  Sentinel Management Group, Inc.
1421.  The Adelphia Recovery Trust
1422.  Wright et al. v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

**19. 100 Largest Holders of Trade Debt (List Filed By Milbank)**

1423.  1221 Avenue of the Americas
1424.  125 Broad Street
1425.  1301 Properties Owner L.P.
1426.  1301 Properties Owner L.P.
1427.  2027 Collections Center Drive
1428.  425 Lexington Ave.
1429.  515 South Flower Street
1430.  55 Broadway
1431.  767 Fifth Ave
1432.  77 West Wacker
1433.  Allen & Overy
1434.  Anjarlekar & Associates
1435.  ANZ Banking Group Limited
1436.  Ashurst Morris Crisp
1437.  Australia and New Zealand Banking Group Limited
1438.  Banctec Ltd.
1439.  Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency
1440.  Bank One Plaza
1441.  Bats Trading, Inc.
1442.  Bloomberg Finance L.P.
1443.  Bloomberg L.P.
1444.  Broadridge Securities Processing
1445.  BT Americas, Inc.
1446.  Caldwalader, Wickersham, and Taft
1447.  Canary Warf Management Limited
1448.  CB Richard Ellis Client Account RE Gloa

Exhibit 1
Identified Parties

1449. CDW Direct LLC
1450. Centrale Attivita Finanziarie SPA
1451. Clifford Chance
1452. Compucenter (UK) Ltd.
1453. Cushman and Wakefield, Inc.
1454. Davis Polk and Wardwell
1455. Dell Marketing L.P.
1456. Department 0723
1457. Dept. 7247-6838
1458. Deutsche Borsche AG
1459. Dimension Data
1460. DnB NOR Bank ASA
1461. Drowst Trading, LLC
1462. Elyo Services Limited
1463. Ernst & Young
1464. Ernst and Young Private Limited
1465. Fidessa Plc.
1466. File No. 72497
1467. First Commercial Bank Co., Ltd, New York Agency
1468. FT Interactive Data
1469. Hatfield Philips International Limited
1470. Haworth Singapore PTE Ltd.
1471. Henegan Construction Co., Inc.
1472. Hewlett Packard AP (Hong Kong) Limited
1473. HSBC Bank
1474. IBM Corporation
1475. ICAP Securities Limited 1078. Information Builders Inc. Intuition Publishing
1476. IPC Information Systems Inc.
1477. JQ Network PTD Limited 1082. Kim & Chang
1478. Kingston Communications PLC
1479. Lancaster Office Cleaning Co.
1480. Linklaters
1481. Linklaters, S.L.
1482. London & European Title Insurance Services Ltd.
1483. London Borough of Tower Hamlets Rates
1484. London Eastern Railway Limited
1485. Mace Limited
1486. McKee Nelson LLP
1487. Meridian IT, Inc.
1488. Microsoft Licensing, GP
1489. Millennium Developers PVT Ltd.
1490. Morse Group Limited
1491. Morse Service Holdings Limited
1492. National Bank of Australia
1493. National Commerce bank
1494. Net One Systems

<u>Exhibit 1</u>
Identified Parties

1495.   Network Appliance
1496.   NYSE Market, Inc.
1497.   Origin HR Consulting Limited
1498.   P.O. Box 60000
1499.   Paul Weiss
1500.   Pricoa Relocation UK Limited
1501.   Reuters America Inc.
1502.   Reuters Ltd.
1503.   Standard & Poors
1504.   Standard and Poors Corp.
1505.   Standard Chartered Bank
1506.   Sungard Securities Finance Inc.
1507.   Sungard Securities Finance Ltd.
1508.   Swapswire Limited
1509.   Taipei Fubon Bank, New York Agency
1510.   Tata Consultancy Services
1511.   The British Land Company PLC
1512.   Thompson Financial
1513.   TIBCO Software, Inc.
1514.   Vertex Mortgage Services
1515.   Virtx
1516.   WIPRO Infotech Enterprise Solutions 1122. YXIME
1517.   ZKB (Zurcher Kantonalbank)


## 20. 100 Largest Holders of Trade Debt  (List Filed by Quinn Emanuel)

1518.   1301 Properties Owner LP
1519.   4 Connections LLC
1520.   A V Services Inc.
1521.   AC Nielsen Company
1522.   Acronis, Inc.
1523.   AFD Contract Furniture Inc.
1524.   Agilysys Nj, Inc.
1525.   Allen. & Overy
1526.   Alpha Office Supplies Inc.
1527.   Aperture Technologies
1528.   Automated Securities Clearance Ltd.
1529.   Ayco Services Agency Inc.
1530.   Bloomberg Finance LP
1531.   Broadridge Securities Processing
1532.   CDW Direct LLC
1533.   CDW Direct LLC
1534.   CHD Meridian Healthcare
1535.   Clayton Fixed Income Services., Inc.
1536.   Compliance Data Center Inc.

Exhibit 1
Identified Parties

1537.  Computer Associates International Inc.
1538.  Computer Associates International Inc.
1539.  Computer Financial Consultants, Inc.
1540.  Cushman & Wakefield Inc.
1541.  Cyveillance
1542.  DBRS Inc.
1543.  DBRS, Inc.
1544.  Dell Marketing LP.
1545.  DGWB, Inc.
1546.  Dimension Data
1547.  Diversified Global Graphics Group DG3
1548.  Emil Werr
1549.  Enterprise Solution Providers Inc.
1550.  Ernst & Young LLP
1551.  EXLservice Holdings Inc.
1552.  FTInteractive Data
1553.  Gartner Group Inc,
1554.  Gotham Technology Group
1555.  Greenline Financial Technologies Inc.
1556.  Hanover Moving & Storage Co Inc.
1557.  Headstrong Services, LLC
1558.  Hewlett Packard Company
1559.  IBM Corporation
1560.  Ikon Office Solutions Inc.
1561.  ILOG Inc.
1562.  Inconit Corporation.
1563.  Information Builders Inc.
1564.  Infusion Development Corp
1565.  Integreon Managed Solutions
1566.  Interactive Data Corp.
1567.  Intuition Publishing Inc.
1568.  Iron Mountain Digital Archives
1569.  Iron Mountain Records Management
1570.  Kepner Tregoe Inc.
1571.  Key Systems
1572.  KPMG, LLP
1573.  Lexis-Nexis
1574.  Liquid Engines, Inc.
1575.  Logical Information Machines
1576.  Mellon Analytical Solutions
1577.  Meridian IT, Inc.
1578.  Michael Stapleton Associates
1579.  Microsoft Corporation
1580.  Network Appliance Inc.
1581.  Nishimura & Partners
1582.  Northrop Grunman

Exhibit 1
Identified Parties

1583.    Polaris Software Lab (India), Ltd.
1584.    Quest Software Inc.
1585.    Rainmaker Group LLC
1586.    Restaurant Associates
1587.    Rittal Corporation
1588.    Rockefeller Center North, Inc.
1589.    Rolfe & Nolan Systems Inc.
1590.    RR Donnelley Receivables Inc.
1591.    SAS Institute Inc
1592.    Sharon Land Company, LLC
1593.    SOS Security Inc.
1594.    Standard Register
1595.    Storage Technology Corp
1596.    Structure Group
1597.    Sungard Securities Finance Inc
1598.    Swets Information Services Inc.
1599.    Tac Americas, Inc.
1600.    The Bank Of New York
1601.    Thomson Financial
1602.    Tibco Software, Inc.
1603.    Transaction Network Services
1604.    Trilogy Leasing Co. LLC
1605.    Trimont Real Estate Advisors Inc.
1606.    Triple Point Technology, Inc.
1607.    Verrazano Consulting Solutions, LLC
1608.    Video Corporation Of America
1609.    Wipro Technologies
1610.    Wombat Financial Software, Inc.


## 21. Professionals Retained by Significant Creditor Groups

1611.    Akin Gump Strauss Hauer & Feld LLP
1612.    FTI Consulting, Inc.
1613.    Houlihan Lokey Howard & Zukin Capital, Inc.
1614.    Milbank, Tweed, Hadley & McCloy LLP
1615.    Munsch Hardt Kopf & Harr, P.C.
1616.    The Wilson Law Firm, P.C.
1617.    Quinn Emanuel Urquhart Oliver and Hedges LLP


## 22. Utilities

1618.    AT&T
1619.    Cleveland Division of Water
1620.    Cleveland Public Power

Exhibit 1
Identified Parties

    1621.   ComEd
    1622.   Con Edison
    1623.   Dominion
    1624.   Illuminating
    1625.   Interstate Gas
    1626.   NEORSD
    1627.   NSTAR Electric
    1628.   NYC Water Board
    1629.   Sempra Energy Solutions
    1630.   The Hess Corporation
    1631.   Time Warner

## 23. Competitors

    1632.   Bank of America Securities LLC
    1633.   Barclays Capital Inc.
    1634.   BNP Paribas Securities Corp.
    1635.   Cantor Fitzgerald & Co.
    1636.   Citigroup Global Markets Inc.
    1637.   Credit Suisse Securities (USA) LLC
    1638.   Daiwa Securities America Inc.
    1639.   Deutsche Bank Securities Inc.
    1640.   Dresdner Kleinwort Securities LLC Goldman, Sachs & Co.
    1641.   Greenwich Capital Markets, Inc.
    1642.   HSBC Securities (USA) Inc.
    1643.   J.P. Morgan Securities Inc.
    1644.   Merrill Lynch Governmental Securities Inc.
    1645.   Mizuho Securities USA Inc.
    1646.   Morgan Stanley & Co., Incorporated
    1647.   UBS Securities LLC

## 24. Strategic Partners

    1648.   Barclays Capital, Inc.

## 25. Committee Members

*Present*

    1649.   Metlife
    1650.   Mizuho Corporate Bank, Ltd.
    1651.   Shinsei Bank, Limited
    1652.   The Bank of NY Mellon
    1653.   Wilmington Trust Company
    1654.   The Vanguard Group Inc.
    1655.   Aegon USA Investment Management

Exhibit 1
Identified Parties

*Former*

    1656.   RR Donnelley & Sons
    1657.   The Royal Bank of Scotland, plc

## 26. Additional Entities Searched by Quinn Emanuel

    1658.   555 Owners LLC
    1659.   AboveNet Communications Inc.
    1660.   Account Temps
    1661.   Aegon USA Investment Management
    1662.   AIG Financial Products Corp,.
    1663.   Alverez & Marsal
    1664.   Amber Capital investment Management
    1665.   Anthony Victor Lomas
    1666.   AT&T
    1667.   Australia National .Bank
    1668.   Automated Securities Clearance LLC
    1669.   Automobile Club Insurance Association
    1670.   Avaya Inc.
    1671.   Bay Harbour Management LC
    1672.   Bay Harbour Master ltd.
    1673.   Best Karpet
    1674.   BHCO Master Ltd.
    1675.   Capgomini Financial Services USA, INC
    1676.   Chicago Board Options Exchange, Incorporated
    1677.   Cisco Systems Capital Corporation Cisco Systems, Inc. / Cisco
    1678.   Community Trust Bancorp Inc.
    1679.   CorrectNet, Inc.
    1680.   Dan Yoram Schwarzmann
    1681.   DCI Umbrella Fund PLC
    1682.   Demann
    1683.   Diversified Credit Investments LLC as agent for the Government of Singapore Investment
    1684.   Division Water
    1685.   Dun & Bradstreet
    1686.   Elliott Associates, L.P.
    1687.   Elliott International L.P.
    1688.   Embarcadero Aircraft Securitizadon Trust
    1689.   EMC Corporation
    1690.   Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire Pension Board
    1691.   Federal Home Loan
    1692.   Friedman, Billings Ramsey & Group Inc.
    1693.   FX Alliance, LLC

Exhibit 1
Identified Parties

1694.  FTI Consulting
1695.  Garber, Staeihr, Locals 302 & 612 of the International Union of Operating
1696.  GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial
        Services
1697.  GM Canada Foreign Trust
1698.  GMAM Investment Funds Trust
1699.  Harbinger Capital Partners Master Fund I, Ltd.
1700.  Hilliard Farber & Co., Inc.
1701.  Houlihan Lokev
1702.  Hughes Hubbard
1703.  ICAP North America Inc.
1704.  IGS
1705.  Illuminating
1706.  Institutional Benchmarks
1707.  Interface Cable Assemblies and Services Corp. aka ICAS
1708.  IntraLinks, Inc.
1709.  Iris Software, Inc.
1710.  James W. Giddens
1711.  Jarden Corporation
1712.  Keane Inc.
1713.  Lazard
1714.  LBAYK
1715.  LBREP Lakeside SC Master I LLC
1716.  LBREP/L-SUNCAL MASTER I LLC
1717.  Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
1718.  Lehman Brothers First Trust Income Opportunity Fund Inc.
1719.  Lehman Brothers High Yield Bond Fund LLC
1720.  Lehman Brothers Income Funds For Lehman .Brothers High Income Bond Funds
1721.  Lehman Brothers income Funds For Lehman Brothers Strategic Income Fund
1722.  Lehman Brothers Merchant Banking Partners IV LP
1723.  Lewtan Technologies, Inc.
1724.  LiquidPoint
1725.  LosAngcles City Employees' Refirrenent System
1726.  M. Brian Maher & Basil Maher
1727.  Main Street Natural Gas, Inc.
1728.  Marble Care
1729.  Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare
1730.  Michael John Andrew Jervis
1731.  Midwest Realty Advisors, LLC
1732.  Mirant Corporation
1733.  Misys IQ, LLC
1734.  Motors Insurance Corp,
1735.  MSS Distressed & Opportunites 2
1736.  MSTD, Inc.
1737.  Neuberger Berman Advisers Management Trust For Lehman Brothers High
        Income Bond Fund

Exhibit 1
Identified Parties

1738. Neuberger Berman Income Opportunity Fund Inc.
1739. North-East
1740. NPD Group Inc.
1741. NYSE Euronext, Inc.
1742. Overstock.com, Inc.
1743. Plumbers and Pipefitters National Pension Fund
1744. R3
1745. Reliance Globalcom Services, Inc.
1746. Rentokil
1747. Republic Waste
1748. RMC
1749. Rooketaer Center Management Corporation
1750. Rockefeller Group Development Corporation
1751. Shareholders of Novastar Financial, Inc.
1752. Sky Power Corporation
1753. Statler Arms Garage LLC
1754. Statler Arms Garage LLC
1755. Steingass
1756. Steven Anthony Pearson
1757. Structure Consulting Group, LLC
1758. Structure Tone Inc.
1759. SuccessFactors, Inc.
1760. Summit Systems, Inc.
1761. Sun Microsystems, Inc.
1762. SunGard
1763. SunGard Asset Management Systems LLC
1764. SunGand Availability Services LP
1765. SunGard Business Integration Ltd.
1766. SunGard Expert Solutions LLC
1767. SunGard Institutional Brokerage Inc.
1768. SunGard Investment Systems LLC
1769. TD Security
1770. The Joint Administrators of the Lehman European Group Administration Companies
1771. The Liverpool Limited Partnership
1772. The Walt Disney Company / Disney
1773. ThruPoint, Inc.
1774. Time Warner
1775. Tradeweb Markets LLC
1776. Training the Street, Inc.
1777. TransCanada Pipelines Limited
1778. Trophy Hunter Investments Ltd.
1779. United Parcel Service, Inc. / UPS
1780. Verizon Communications Inc.
1781. WCCV
1782. Weil Gotshal & Manges LLP

# EXHIBIT 2

**Jenner & Block Connections with Identified Parties**

<u>Exhibit 2</u>
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| ABN AMRO Rothschild | Affiliate of former client on unrelated matters | Underwriter for Debtors' securities |
| AEW Capital Management, LP | Former client on unrelated matter | Potential party in interest |
| Alvarez & Marsal, LLC | Employee served as Administrator of former client on unrelated matter | Professional employed by the Company |
| AT&T | Former client on unrelated matter | Utility |
| Bank of America, N.A. | Former client on unrelated matter and employee was a former client on unrelated matter | Potential party in interest |
| Bank of America Securities LLC | An employee was a former client on unrelated matter | Competitor |
| Barclays Capital, Inc. | Affiliate of former client on unrelated matter | Competitor |
| Board of Trade of The City of Chicago, Inc. ("BoT") | Former client on unrelated matters, and Jenner partners have served as arbitrators on arbitrations administered by the BoT on unrelated matters | Significant lessor or lessee |
| Brookfield Properties One WFC Co. LLC | Affiliate of current client on unrelated matter | Significant lessor or lessee |

---

[1]    A "current client" is an entity for which there are, as of the Initial Petition Date, active matters on which Jenner is engaged; a "former client" is an entity for which there were no active matters as of the Initial Petition Date, but there may in the future be active matters; and a "former client of Jenner attorney" is an entity that was a client of a Jenner attorney prior to such attorney's employment by Jenner.

Exhibit 2
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| Citigroup Capital Markets, Inc. | Affiliate of former client on unrelated matter and former client of Jenner attorney | Competitor |
| Cisco Systems, Inc. | Former client on unrelated matters | Additional entity searched by Quinn Emanuel |
| Commonwealth Edison | Current client on unrelated matters | Utility |
| Computer Associates International, Inc. | Affiliate of current client on unrelated matter | One of the 100 largest holders of trade debt |
| Con Edison | Current client on unrelated matter | Utility |
| Dell Computer Corp. | Current client on unrelated matters | One of the 100 largest unsecured creditors |
| Deutsche Bank Securities, Inc. | Affiliate of current client on unrelated matter | Competitor |
| DLA Piper Rudnick | A Jenner partner served as an arbitrator in a closed matter in which DLA Piper Rudnick served as plaintiff's counsel | Professional employed by the Company |
| Dominion | Affiliate of current client on unrelated matter | Utility |
| Dun & Bradstreet | Affiliate of client on unrelated matter | Additional entity searched by Quinn Emanuel |
| Eaton Corporation | Former client on unrelated matter | Potential party in interest |
| Elizabeth Foster | Elizabeth R. Foster is a former client on an unrelated matter and it is not certain that this is the same person that is the subject of the conflict check | Litigation claimant |

2

Exhibit 2
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| EMC Corporation | Affiliate of client on unrelated matter | Additional entity searched by Quinn Emanuel |
| Ernst & Young | Adverse to current clients and former clients on unrelated matters | Professional employed by the Company |
| Fannie Mae | Current client on unrelated matter | Potential party in interest |
| Federal Deposit Insurance Corp. ("FDIC") | Jenner has been approved to represent the FDIC with respect to a failed bank, and has not in the past, and is not currently, representing the FDIC in any matter | Government regulatory agency |
| Federal Express Corporation | Former client of Jenner attorney | Potential party in interest |
| Federal Home Loan Mortgage Corp. | Former client on unrelated matters | Potential party in interest |
| FTI Consulting, Inc. | Former client on unrelated matters | Professional retained by Creditors' Committee |
| GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services | Affiliate of current clients on unrelated matters | Potential party in interest |
| General Electric Capital Corp. | Current client on unrelated matter | Potential party in interest |
| Gibson, Dunn & Crutcher LLP | A sibling of a Jenner attorney is an attorney with Gibson, Dunn & Crutcher | Professional employed by the Company |
| GMAC LLC | Affiliate of current clients on unrelated matters | Potential party in interest |

Exhibit 2
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| GMAM Investment Funds Trust | Affiliate of current clients on unrelated matters | Potential party in interest |
| GM Canada Foreign Trust | Affiliate of current clients on unrelated matters | Potential party in interest |
| Goldman Sachs | Employees of Goldman Sachs are current clients on unrelated matters | Competitor |
| Health Care Service Corp. | Former client on unrelated matters | Potential party in interest |
| Hogan & Hartson | The father of a Jenner attorney is an attorney with Hogan & Hartson and a sibling of a Jenner attorney has accepted an offer of employment with Hogan & Hartson | Professional employed by the Company |
| Houlihan, Lokey Howard & Zukin, Inc. | Former client on unrelated matters | Professional retained by Creditors' Committee |
| HSBC Bank | Affiliate of current clients on unrelated matters | One of the 100 largest holders of trade debt |
| IBM Corp. | Affiliate of current client on unrelated matter | One of the 100 largest unsecured creditors |
| Jones Day | The spouses of three Jenner attorneys are Jones Day attorneys | Professional employed by the Company |
| JPMorgan | Affiliate of former clients on unrelated matters | Secured creditor; bank lender |
| KBC Bank NV | Former client on unrelated matter | One of the 100 largest unsecured creditors |
| Kraft Foods | Affiliate of current client on unrelated matters | Potential party in interest |

Exhibit 2
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| Latham & Watkins, LLP | A Jenner attorney is the spouse of a Latham & Watkins attorney, and a Jenner attorney is the parent of a Latham & Watkins attorney | Professional employed by the Company |
| Lazard Freres | Adverse to current and former clients on unrelated matters, and a former client of Jenner attorney on unrelated matters. | Professional employed by the Company |
| Merrill Lynch | Affiliate of and current client on unrelated matters | Underwriter of Debtor's securities |
| Microsoft Corp. | Affiliate of current client on unrelated matter | One of the 100 largest unsecured creditors |
| Morrison & Foerster LLP | A Jenner attorney is the spouse of a Morrison & Foerster attorney | Professional employed by the Company |
| National Association of Securities Dealers, Inc. ("NASD") | Jenner partners have served as arbitrators on arbitrations administered by the NASD on unrelated matters | Government regulatory agency |
| National Futures Association ("NFA") | Jenner partners have served as arbitrators on arbitrations administered by the NFA on unrelated matters | Government regulatory agency |
| New Century Finance Co., Ltd. | Affiliate of current client on unrelated matter | Former Lehman Brothers Holdings, Inc. entity |
| Nomura Holding America Inc. | Affiliate of current clients on unrelated matters | Potential party in interest |
| Oh-Ebashi LPC & Partners | Current client on unrelated matters | Professional employed by the Company |

Exhibit 2
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| Pricewaterhouse Coopers LLC | A former client on unrelated matters, adverse to current and former clients on unrelated matters, and Jenner's auditor. | Professional employed by the Debtors |
| Providence Equity Partners | Affiliate of former client on unrelated matter | Potential party in interest |
| Rentokil | Former client on unrelated matter | Additional entity searched by Quinn Emanuel |
| Reuters, Ltd. | Affiliate of current client on unrelated matter, and former client on unrelated matter. A Jenner partner is writing a book that is expected to be published by a Reuters affiliate. | One of the 100 largest unsecured creditors |
| Rolf & Nolan Systems, Inc. | Affiliate of former client on unrelated matters | One of the 100 largest holders of trade debt |
| Sidley Austin LLP | Former client on unrelated matter, and the parent of a Jenner attorney is a Sidley Austin attorney | Professional employed by the Debtors |
| Sprint Nextel | Current client on unrelated matters and affiliate of current client on unrelated matter | Potential party in interest |
| State Street | Former client on unrelated matters | Potential party in interest |
| Sun Microsystems, Inc. | Affiliate of current client on unrelated matter | Additional entity searched by Quinn Emanuel |
| The Bank of New York Mellon | Former client on unrelated matters | Bank lender |
| The Walt Disney Company | Former client on unrelated matters and affiliate of current clients on unrelated matters | Potential party in interest |

<u>Exhibit 2</u>
Jenner & Block Connections
with Identified Parties

| Party in Interest | Relationship with Jenner[1] | Relationship with Debtors |
|---|---|---|
| TIBCO Software, Inc. | Affiliate of current client on unrelated matter | One of the 100 largest holders of trade debt |
| Washington Mutual, Inc. | Affiliate of former client on unrelated matters | Potential party in interest |
| Weil, Gotshal & Manges LLP | Co-counsel to current Jenner clients in unrelated matters, and a co-defendant in an unrelated matter in which Jenner represented a former client | Professional employed by the Company |
| White & Case | A brother of a Jenner attorney is an attorney with White & Case | Professional employed by the Company |
| Wilmington Trust Co. | Affiliate of and former client on unrelated matters | Bank lender |