JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Patrick J. Trostle

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
Daniel R. Murray
Robert L. Byman

Proposed Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    Case No. 08-13555 (JMP)
                                                :
                      Debtors.                  :    (Jointly Administered)
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Patrick J. Trostle, Daniel R. Murray, and Robert L. Byman of the law firm Jenner & Block LLP hereby enter their apperances in the above-captioned Chapter 11 cases on behalf of Anton R. Valukas, the duly appointed examiner (the "Examiner") in these cases, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of the Chapter 11, Title 11, United States Code, as amended (the "Bankruptcy Code"), and request copies of all notices given or required to be given in these cases, and all pleadings, papers or other documents filed, served, or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| Patrick J. Trostle | Daniel R. Murray |
| JENNER & BLOCK LLP | Robert L. Byman |
| 919 Third Avenue, 37th Floor | JENNER & BLOCK LLP |
| New York, New York 10022-3908 | 330 North Wabash Avenue |
| Telephone: (212) 891-1600 | Chicago, Illinois 60611-7603 |
| Facsimile: (212) 891-1699 | Telephone: (312) 222-9350 |
| E-Mail: ptrostle@jenner.com | Facsimile: (312) 527-0484 |
| | E-Mail: dmurray@jenner.com |
| | rbyman@jenner.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, and the applicable Bankruptcy Rules, the foregoing demand also includes, without limitation, all applications, complaints, demands, motions, petitions, requests, statements, schedules, stipulations, orders, disclosure statements, plans of reorganization, and other pleadings filed or given with regard to the above-referenced cases and the proceedings therein, and any notices, which affect or seek to affect in any way any of the rights or interests of any creditor or parties-in-interest in these cases, including, but not limited to, the foregoing party-in-interest, with respect to the Debtors, any property of the Debtors, or of the Debtors' estates, be given and served upon counsel at the address set forth above.

Dated: January 23, 2009

JENNER & BLOCK LLP

 /s/ Patrick J. Trostle
Patrick J. Trostle
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

Daniel R. Murray
Robert L. Byman
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Proposed Attorneys for the Examiner

2