**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq. (ME 0570)
S. Jason Teele, Esq. (ST 7390)
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to First Choice Power, L.P., EnergyCo Marketing and Trading, and Reliant Energy Power Supply, LLC*

## IN THE UNITED STATES BANKRUPTCY
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

### CERTIFICATION OF SERVICE

**Gina C. Buccellato**, certifies as follows:

1.      I am a legal assistant employed by the law firm of Lowenstein Sandler PC, proposed counsel to Counsel to First Choice Power, L.P., EnergyCo Marketing and Trading, and Reliant Energy Power Supply, LLC, in the above captioned matter.

2.      On January 23, 2009, I caused to be served a copy of the Joint Objection of First Choice Power, L.P., EnergyCo Marketing and Trading, and Reliant Energy Power Supply, LLC to Debtors' Motion for an Order Approving the Consensual Assumption and Assignment of Prepetition Derivative Contracts via First Class Mail to the parties listed on the annexed exhibit "A".

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: January 23, 2009

/s/ Gina C. Buccellato
Gina C. Buccellato

# Exhibit "A"

Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005