Presentment Date and Time: **January 28, 2009 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                                                  :
                    Debtors.                                 :   (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF STIPULATION, AGREEMENT
AND ORDER RESOLVING MOTION OF JARDEN CORPORATION**

**PLEASE TAKE NOTICE** that on December 10, 2008, Jarden Corporation ("Jarden") filed a motion (the "Motion") under section 365(d) of the Bankruptcy Code seeking entry of an order compelling Lehman Commercial Paper, Inc. ("LCPI") (i) to resign as Administrative Agent and Swing Line Lender under a certain Credit Agreement, and (ii) to immediately assume or reject the Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that LCPI and Jarden have resolved all issues related to the Motion and have entered into the annexed Stipulation, Agreement and Order (the "Stipulation").

**PLEASE TAKE FURTHER NOTICE** that the undersigned will present the Stipulation for signature on **January 28, 2009 at 10:00 a.m. (Prevailing Eastern Time)** at a hearing before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy

Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

Dated: January 23, 2009
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession