**EXHIBIT "B"**



**CAROLINA FIRST**

Carolina First Bank
P.O. Box 1029, Greenville, SC 29602
www.carolinafirst.com

September 25, 2008

**By fax and overnight courier**
Lehman Brothers Inc.
Transaction Management
745 Seventh Avenue, 28th Floor
New York, NY 10019

        Attention:        Documentation Manager
        Fax No.:          212 526-6335

        Re:    ISDA Master Agreement (the "Agreement") dated as of May 3, 2002 between
               Lehman Brothers Special Financing Inc. and Carolina First Bank– Notice of
               Termination of all Outstanding Transactions

Ladies and Gentlemen:

        This letter is to provide written notice pursuant to the Agreement (which incorporates under
its terms the Credit Support Annex between the parties, that certain Credit Support Document known
as the "Guarantee by Lehman Brothers Holdings Inc." ("**Credit Support Provider**") in favor of the
Carolina First Bank, and all annexes and exhibits to such documents, as amended, supplemented or
otherwise modified and in effect on the date hereof and all Confirmations evidencing Transactions
governed thereby).   Capitalized terms in this notice shall have the meanings ascribed to them in the
Agreement.

        Carolina First Bank hereby gives notice that an Event of Default (the filing of a bankruptcy
petition on September 15, 2008 by Lehman Brothers Holdings Inc., the Credit Support Provider under
the Agreement) has occurred and that Carolina First Bank has designated **September 26, 2008** as the
Early Termination Date in respect of all outstanding Transactions under the Agreement. Carolina
First Bank will provide its statement of netted calculations of any amounts payable and receivable
with respect to the outstanding Transactions on or as soon as reasonably practicable following the
Early Termination Date.

        For your convenience, we have attached as Attachment 1, a list identifying the outstanding
Transactions in Carolina First Bank's records to ease the process of booking terminations for these
Transactions and to ensure both of our records are accurate.   We would appreciate your prompt
attention in booking these Early Terminations.

                            Sincerely,

                            Peter Stoffelen
                            Senior Vice President

cc:    Lehman Brothers Holdings Inc.
       Attn:  Treasurer
       745 Seventh Avenue, 11th Floor
       New York, NY  10019
       Fax no. 212 526-0339

       Lehman Brothers Special Financing Inc.
       Attn: Transaction Management
       745 Seventh Avenue, 28th Floor
       New York, NY  10019
       Fax no.  212 526-6335

**Attachment 1**

| Swap | Swap /CUSIP # | Maturity Date | Last Notional Amount |
|------|---------------|---------------|----------------------|
| PAYFIX/REC FLOAT | 29 | 9/1/2012 | 6,500,000.00 |
| PAYFIX/REC FLOAT | 35 | 11/5/2014 | 4,127,200.00 |
| PAYFIX/REC FLOAT | 38 | 2/4/2018 | 10,918,700.00 |
| PAYFIX/REC FLOAT | 40 | 1/29/2013 | 5,077,600.00 |
| PAYFIX/REC FLOAT | 41 | 2/20/2014 | 2,166,667.00 |
| PAYFIX/REC FLOAT | 49 | 1/14/2012 | 7,750,000.00 |
| PAYFIX/REC FLOAT | 50 | 3/26/2013 | 1,781,605.00 |
| PAYFIX/REC FLOAT | 54 | 4/10/2015 | 6,491,018.00 |
| PAYFIX/REC FLOAT | 62 | 4/23/2018 | 12,361,000.00 |
| PAYFIX/REC FLOAT | 63 | 6/1/2013 | 1,580,000.00 |
| PAYFIX/REC FLOAT | 65 | 4/29/2023 | 2,865,800.00 |
| PAYFIX/REC FLOAT | 67 | 6/5/2013 | 3,781,819.00 |
| PAYFIX/REC FLOAT | 68 | 6/5/2013 | 2,725,912.00 |
| PAYFIX/REC FLOAT | 71 | 6/18/2013 | 3,312,600.00 |
| PAYFIX/REC FLOAT | 74 | 2/5/2013 | 2,068,002.00 |
| PAYFIX/REC FLOAT | 77 | 7/16/2013 | 1,991,600.00 |
| PAYFIX/REC FLOAT | 78 | 7/17/2013 | 3,086,000.00 |
| PAYFIX/REC FLOAT | 81 | 7/24/2013 | 7,978,600.00 |
| PAYFIX/REC FLOAT | 83 | 9/1/2013 | 2,979,000.00 |
| | | | |
| **Portfolio Swaps:** | | | |
| Brokered CD Swap | 217 | 9/28/2020 | 10,000,000.00 |
| Brokered CD Swap | 108 | 3/25/2019 | 10,000,000.00 |
| Brokered CD Swap | 193 | 9/10/2020 | 10,000,000.00 |
| CPI Swap | 90 | 11/26/2013 | 15,000,000.00 |
| CPI Swap | 121 | 4/30/2014 | 10,000,000.00 |