UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                        Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                                Case No. 08-13555 (JMP)

                              Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ANTON R. VALUKAS

UPON the motion of Anton R. Valukas dated January 23, 2009 for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Anton R. Valukas is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
          January 26, 2009

                          _s/ James M. Peck_____
                          UNITED STATES BANKRUPTCY JUDGE