UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                   Case No. 08-13555 (JMP)

                                        Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ROBERT L. BYMAN

UPON the motion of Robert L. Byman dated January 23, 2009 for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Robert L. Byman is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       January 26, 2009

                                        *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE