Adjourned Hearing Date: February 11, 2009 at 10:00 a.m.

Mark S. Landman, Esq. (ML 7654)
William G. Ballaine, Esq. (WB 4344)
Sophia Ree (SR 3820)
**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

- and -

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,              :
                                                    :
                                                    :   Case No. 08-13555 (JMP)
                                                    :
                     Debtors.                       :
                                                    :   (Jointly Administered)
-----------------------------------------------------------x

## SIXTH NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery (Docket #1180), which was scheduled to be heard on November 5, 2008 at 10:00 a.m. (Eastern Time),

475341.1 DocsNY

adjourned thereafter to November 18, 2008 at 10:00 a.m. (Eastern Time), adjourned thereafter to December 3, 2008 at 10:00 a.m. (Eastern Time), adjourned thereafter to December 16, 2008 at 10:00 a.m. (Eastern Time), adjourned thereafter to January 14, 2009 at 10:00 a.m. (Eastern Time) and subsequently adjourned thereafter to January 28, 2009 at 10:00 a.m. (Eastern Time), **has now been adjourned to February 11, at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard ("the Adjourned Hearing").  The Adjourned Hearing shall be held before the Honorable James M. Peck at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

Dated: January 26, 2009  
New York, New York

**LANDMAN CORSI BALLAINE & FORD P.C.**

By: /s/ Sophia Ree  
Mark S. Landman  
William G. Ballaine  
Sophia Ree  
120 Broadway, 27th Floor  
New York, N.Y. 10271  
Telephone (212) 238-4800  
Facsimile (212) 238-4848

-and-

George Kielman, Esq.  
Associate General Counsel for Litigation  
Federal Home Loan Mortgage Corporation  
8200 Jones Branch Drive - MS202  
McLean, Virginia 22102  
Telephone (703) 903-2640  
Facsimile (703)-903-4160

*Counsel to the Federal Home Loan Mortgage Corporation in Conservatorship*

475341.1 DocsNY