JENNER & BLOCK LLP

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
:
In re:                                              :         Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,              :         Case No. 08-13555 (JMP)
:
                        Debtors.                    :         (Jointly Administered)
--------------------------------------------------------------------x
                                                              Ref. Docket Nos. 2622, 2624,
                                                              2625, 2627 and 2628

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF ILLINOIS          )
                           ) ss
COUNTY OF COOK             )

     MICHAEL H. MATLOCK, being duly sworn, deposes and states:

     1     I am employed by Jenner & Block LLP, located at 330 N. Wabash Ave., Chicago, Illinois 60611.  I am over the age of eighteen years and am not a party to the above-captioned action.

     2.     On January 23, 2009, I served the following:

     a)     Motion for Admission to Practice, *Pro Hac Vice* of Anton R. Valukas [Docket No. 2622];

     b)     Motion for Admission to Practice, *Pro Hac Vice* of Daniel R. Murray [Docket No. 2624];

     c)     Motion for Admission to Practice, *Pro Hac Vice* of Robert L. Byman [Docket No. 2625];

d)    Application of the Examiner for Order Authorizing the Retention and Employment of Jenner & Block LLP as his Counsel *Nunc Pro Tunc* as of January 19, 2009 [Docket No. 2627]; and

e)    Notice of Appearance and Request for Service of Papers [Docket No. 2628];

by causing true and correct copies to be delivered by U.S. Mail, properly addressed and postage prepaid to the parties on the Service List attached hereto.

_____
Michael H. Matlock

Sworn to before me this
26th day of January 2009

_____
Notary Public

```
OFFICIAL SEAL
TOI DENISE HOOKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-15-2012
```

2

1729635.2

**SERVICE LIST**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY  10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY 10153

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA
PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN
TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY  10004

HUGHES HUBBARD & REED LLP
ATTN: JAMES W. GIDDENS
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FL
LOS ANGELES, CA  90017

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC  20581

COMMODITY FUTURES TRADING COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC  20581

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY  10007

OFFICE OF THE ATTORNEY GENERAL OF
THE STATE OF NY
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY  10271-0332

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC  20549-1001

SECURITIES INVESTOR PROTECTION
CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC  20005-2215

US SECURITIES AND EXCHANGE COMMISSION
MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER, STE. 400
NEW YORK, NY  10281-1022

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY  10006

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL  33301

ADORNO & YOSS LLP
ATTN: STEVEN D. GINSBURG, ESQ.
2525 PONCE DE LAON BLVD., SUITE 400
MIAMI, FL  33134

AKIN GUMP STRAUSS HAUER & FELD LLP
1 BRYANT PARK
ONE BRYANT PARK
NEW YORK, NY  100366715

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

ALLEN & OVERY LLP
ATTN: DANIEL GUYDER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321

AOZORA BANK, LTD.
ATTN: SUSAN MINEHAN, SENIOR COUNSEL
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO,  102-8660
JAPAN

AOZORA BANK, LTD.
ATTN: KOJI NOMURA, JOINT GENERAL MANAGER
FINANCIAL INSTITUTIONS DIVISION
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO,  102-8660
JAPAN

ARENT FOX LLP
ATTN: ROBERT M HIRSH AND GEORGE P
ANGELICH
1675 BROADWAY
NEW YORK, NY  10019

ARENT FOX LLP
ATTN: CHRISTOPHER J. GIAIMO, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036

ARENT FOX LLP
ATTN: HUNTER T. CARTER, ESQ.
1675 BROADWAY
NEW YORK, NY  10019

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO  63102-2720

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND FRANK N. WHITE
171 17TH STREET NW, SUITE 2100
ATLANTA, GA  30363-1031

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ  07921

ATTORNEY GENERAL OF THE STATE OF NEW
YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY
GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY  10271

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA  19030

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA  02110

BERGER & MONTAGUE, P.C.
ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER,
ROBIN
SWITZENBAUM AND DAVID ANZISKA
1622 LOCUST STREET
PHILADELPHIA, PA  19103

BERMAN DEVALERIO PEASE TABACCO BURT &
PUCILLO
ATTN: MICHAEL J. PUCILLO, WENDY H.
ZOBERMAN AND
ANNE F. O'BERRY
222 LAKEVIEW AVENUE, ESPERANTE BLDG.,
SUITE 900
WEST PALM BEACH, FL  33401

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: JOHN P. "SEAN" COFFEY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA  92130

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T.
MULLIGAN
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO  80237

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN
AND STEVEN WILAMOWSKY
399 PARK AVENUE
NEW YORK, NY  10022-4689

1729635.2

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
ONE FEDERAL PLAZA
BOSTON, MA  02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN,
ROBERT M. DOMBROFF
399 PARK AVENUE
NEW YORK, NY  10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
ONE STATE STREET
HARTFORD, CT  06103

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN
RONALD J. SILVERMAN
JOSHUA DORCHAK
399 PARK AVENUE
NEW YORK, NY  10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY SABIN, RONALD SILVERMAN,
STEVEN ,WILAMOWSKY CAROL WEINER LEVY
399 PARK AVENUE
NEW YORK, NY  10022-4689

BLANK ROME LLP
ATTN EDWARD J LOBELLO ESQ, AS COUNSEL FOR
THOMSON REUTERS PLC
THOMSON REUTERS CORP
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY  10174

BOULT, CUMMINGS, CONNERS & BERRY, PLC
ATTN:  AUSTIN L. MCMULLEN,  ROGER G. JONES
1600 DIVISION STREET, SUITE 700
P.O. BOX 340025
NASHVILLE, TN  37203

BRACEWELL & GIULIANI LLP
ATTN: KURT A. MAYR
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT  06103

BRESLOW & WALKER, LLP
ATTN: ROY H. CARLIN, PC
767 THIRD AVENUE
NEW YORK, NY  10017

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY  10281-1021

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ  08096

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ  08096

BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2126

BUCHANAN INGERSOLL & ROONEY PC
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY  10018

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA  15219-1410

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
380 MADISON AVENUE
22ND FLOOR
NEW YORK, NY  10017

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI,
ESQ,
GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN
HALSTEAD
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
1201 F STREET N.W., SUITE 1100
WASHINGTON, DC  20004

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN
HALSTEAD.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

1729635.2

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M.
HALSTEAD
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD R. HAWKINS, JR., ESQ.
ONE WOLRD FINANCIAL CENTER
NEW YORK, NY  10281

CADWALDER, WICKERSHAM & TAFT, LLP
ATTN: HOWARD R. HAWKINS, JASON JURGENS &
ELLEN M. HALSTEAD, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
EIGHTY PINE STREET
NEW YORK, NY  10005

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT
SYSTEM
ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL
PO BOX 942707
SACRAMENTO, CA  94229-2707

CAROL DAVIDSON
4371 IDE ROAD
WILSON, NY  14172

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, &
ANDREW
ROSENBLATT
30 ROCKEFELLER PLAZA
NEW YORK, NY  10012

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER,
FRANLIN H. TOP, & JAMES HEISER
111 WEST MONROE STREET
CHICAGO, IL  60603

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M.
SCHWEITZER
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZI JR., ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JEFFREY A. ROSENTHAL
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZZI AND THOMAS J.
MOLONEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY  10019

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND SARA M.
TAPINEKIS
31 WEST 52ND STREET
NEW YORK, NY  10019-6131

CLIFFORD CHANCE US LLP
ATTN: ADNREW BROZMAN AND WENDY
ROSENTHAL
31 WEST 52ND STREET
NEW YORK, NY  10019-6131

COHN LIFLAND PEARLMAN HERRMANN & KNOPF
LLP
ATTN: PETER PEARLMAN AND JEFFREY
HERRMANN
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ  07663

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD,
P.A.
ATTN: LAURENCE MAY, ESQ. AND JOHN H.
DRUCKER, ESQ.
900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY  10022

CONTINENTAL AIRLINES, INC.
ATTN: JEFF WITTIG
1600 SMITH
DEPT. HQ56G
HOUSTON, TX 77019

1729635.2

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT  06830

COUNTY OF SAN MATEO
ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL
400 COUNTY CENTER
REDWOOD CITY, CA  94063-1662

COVINGTON & BURLING LLP
COUNSEL FOR WILMINGTON TRUST COMPANY
ATTN M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
NEW YORK, NY  10018

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST,
ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY  10019

CROCKER KUNO PLLC
ATTN: JOANNE K. LIPSON AND J. TODD TRACY
720 OLIVE WAY, SUITE 1000
SEATTLE, WA  98101

CROWE & DUNLEVY, P.C.
ATTN: JUDY HAMILTON MORSE
20 NORTH BROADWAY, SUITE 1880
OKLAHOMA CITY, OK  73102

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT  06901

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER
JAMES I. MCCLAMMY
450 LEXINGTON AVENUE
NEW YORK, NY  10017

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER AND JAMES I.
MCCLAMMY
450 LEXINGTON AVENUE
NEW YORK, NY  10017

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
919 THIRD AVENUE
NEW YORK, NY  10022

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO AND MAUREEN A. CRONIN
919 THIRD AVENUE
NEW YORK, NY  10022

DECHERT LLP
ATTN: GLEN E. SIEGEL AND DONALD M.
BADACZEWSKI
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

DEILY, MOONEY & GLASTETTER, LLP
ATTN: MARTIN A. MOONEY, ESQ.
8 THURLOW STREET
ALBANY, NY  12203

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU
AND
TIMOTHY Q. KARCHER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE
WRIGHT
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M.
GOLDSTEIN
& WILLIAM C. HEUER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019-6092

DIAMOND MCCARTHY LLP
ATTN: ALLAN D. DIAMOND AND STEPHEN T.
LODEN
909 FANNIN, SUITE 1500
HOUSTON, TX  77010

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND MATTHEW T.
KLEPPER
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL  60601

DLA PIPER LLP (US)
ATTN: THOMAS R. CALIFANO AND JOHN P.
MCNICHOLAS
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020-1104

DLA PIPER LLP (US)
ATTN: KAROL DENNISTON AND DEBORAH J.
SALTZMAN
550 SOUTH HOPE STREET, SUITE 2300
LOS ANGELES, CA  90071

DRESDNER BANK A.G.
ATTN: JOSEPH SCORDATO, ESQ
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

1729635.2

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND DOUGLAS J.
MCGILL
500 CAMPUS DRIVE
FLORHAM PARK, NJ  07932-1047

DRINKER BIDDLE & REATH LLP
ATTN: STEPHANIE WICKOUSKI, ESQ
140 BROADWAY, 39TH FL
NEW YORK, NY  10005-1116

DRINKER BIDDLE & REATH LLP
ATTN: KRISTIN K. GOING, ESQ.
1500 K ST, NW - SUITE 1100
WASHINGTON, DC  20005-1209

DUANE MORRIS LLP
ATTN: LAWRENCE J. KOTLER, ESQUIRE
1540 BROADWAY
NEW YORK, NY  10036-4086

DUFFY & ATKINS LLP
ATTN: TODD E. DUFFY AND JAMES E. ATKINS
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY  10001

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH  44114-2584

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
120 BROADWAY
NEW YORK, NY  10271

ENTWISTLE & CAPPUCCI LLP
ATTN: ANDREW J. ENTWISTLE
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY  10017

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, ESQ.
250 PARK AVENUE
NEW YORK, NY  10177

EPSTEIN BECKER & GREEN, P.C.
ATTN: DAVID B. TATGE, ESQ.
1227 25TH STREET, N.W.
SUITE 700
WASHINGTON, DC  20037

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY R.
WEBER,ESQ
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA  91367

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR
VICE PRES
33 LIBERTY STREET
NEW YORK, NY  10045-0001

FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUSSI LLP
ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI &
JOAN HUH
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA  95814

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
65 TRUMBULL STREET
NEW HAVEN, CT  06510

FIRST TRUST PORTFOLIOS L.P.
ATTN: PAMELA COCALAS WIRT, ASST GENERAL
COUNSEL
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL  60187

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
90 PARK AVENUE
NEW YORK, NY  10016

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL  60654

FRASER STRYKER PC LLO
ATTN: MICHAEL L. SCHLEICH, ESQ.
500 ENERGY PLAZA
409 17TH STREET
OMAHA, NE  68102

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-6677

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
LLP
ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER,
ESQ.
AND MITCHELL EPNER, ESQ.
ONE NEW YORK PLAZA
NEW YORK, NY  10004-1980

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC
COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA  94105

1729635.2

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
ATTN: ANNE E. BEAUMONT
1633 BROADWAY, 46TH FLOOR
NEW YORK, NY  10019-6708

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG
666 FIFTH AVENUE
NEW YORK, NY  10103

FULTON BANK
ATTN: JOHN R. MERVA, ESQ.
ASSOCIATE COUNSEL & VP
ONE PENN CENTER PO BOX 4887
LANCASTER, PA  17604

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
1000 LOUISIANA, SUITE 3400
HOUSTON, TX  77002-5011

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ  07102-5310

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
200 PARK AVENUE
NEW YORK, NY  10166-0193

GILMARTIN, POSTER & SHAFTO LLP
ATTN: ANDREAS SEUFFERT, ESQ.
845 THIRD AVENUE
NEW YORK, NY  10022

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B.
HERZOG
780 NORTH WATER STREET
MILWAUKEE, WI  53202

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER AND
GREG KADEN
400 ATLANTIC AVENUE
BOSTON, MA  02110-3333

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN  55102-1639

GREENBERG TRAURIG, LLP
ATTN: JOHN W. WEISS, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

GREER, HERZ & ADAMS, LLP
ATTN:  FREDERICK BLACK AND TARA B.
ANNWEILER
ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TX  77550

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O NASREEN BULOS, LEGAL COUNSEL GLOBAL
EQUITIES
DUBAI INTERNATIONAL CAPITAL LLC
DIFC BUILDING 2, 4TH FLOOR
SHEIKH ZAYED ROAD, PO BOX 72888
DUBAI,
UNITED ARAB EMIRATES

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH
ORBACH
488 MADISON AVENUE
15TH FLOOR
NEW YORK, NY  10022

HAHN & HESSEN LLP
ATTN: ROSANNE THOMAS MATZAT, ESQ.
488 MADISON AVE
NEW YORK, NY  10022

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY  10022

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
TWO PARK AVENUE
NEW YORK, NY  10016

HERRICK, FEINSTEIN LLP
ATTN: STEPHEN B. SELBST
2 PARK AVENUE
NEW YORK, NY  10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID  83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MS. ANNE MARIE KENNELLY, CORPORATE
COUNSEL
300 HANOVER ST., M/S 1050
PALO ALTO, CA  94304

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR.
DEFAULT&RECOVERY ANALYST
2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA  92806

1729635.2

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY  10165-0150

HODGSON RUSS LLP
ATTN: GARRY M. GRABER AND DEBORAH J.
PIAZZA
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY  10165

HODGSON RUSS LLP
ATTN: DEBORAH J. PIAZZA AND MAUREEN T.
BASS
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY  10165

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN AND DENA
KAUFMAN
875 THIRD AVENUE
NEW YORK, NY  10022

HOLLAND & KNIGHT LLP
ATTN: PETER A. ZISSER, ESQ.
195 BROADWAY
NEW YORK, NY  10007-3189

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC  20006

HOLLAND & KNIGHT LLP
ATTN: SANDRA E. MAYERSON, ESQ.
195 BROADWAY
NEW YORK, NY  10007-3189

HOLLAND & KNIGHT LLP
ATTN: JOHN J. MONAGHAN, ESQ.
10 ST. JAMES AVENUE
BOSTON, MA  02116

HOLLAND & KNIGHT LLP
ATTN: BARBRA R. PARLIN, ESQ.
195 BROADWAY, 24TH FLOOR
NEW YORK, NY  10007

HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ.
1700 LINCOLN, SUITE 4100
DENVER, CO  80203

HOLME ROBERTS & OWEN LLP
ATTN: LAWRENCE BASS, ESQ.
1700 LINCOLN STREET, SUITE 4100
DENVER, CO  80203

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX  75202

HUNTON & WILLIAMS LLP
ATTN: RICHARD P. NORTON
200 PARK AVENUE
NEW YORK, NY  10166

INFOSPACE, INC.
ATTN: ALEJANDRO C. TORRES, ESQ.
GENERAL COUNSEL
601 108TH AVENUE, NE
BELLEVUE, WA  98004

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
250 PARK AVENUE
NEW YORK, NY  10177

INTERNAL REVENUE SERUICE
OFFICE OF CHIEF COUNSEL
ATTN: TOBY R. ROSENBERG
33 MAIDEN LANE, 14TH FLOOR
NEW YORK, NY  10038

INTERSIL CORPORATION
ATTN: DOUGLAS BALOG, ESQ.
ASSOCIATE GENERAL COUNSEL
1650 ROBERT A. CONLON BLVD., NE
M/S 62A309
PALM BEACH, FL  32905

INVESCO AIM MANAGEMENT GROUP, INC.
ATTN: TERESA A. OXFORD, ESQ.
11 GREENWAY PLAZA, SUITE 100
HOUSTON, TX  77046-1173

IRELL & MANELLA LLP
ATTN: ALAN J. FRIEDMAN AND KERRI LYMAN
840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA  92660

IVEY, BARNUM, AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT  06830

JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID FRIEDMAN, DAVID ROSNER,
ANDREW GLENN
1633 BROADWAY
NEW YORK, NY  10019

1729635.2

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D
TALMADGE AND
LAUREN ATTARD
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATTN: MARGOT B. SCHONHOLTZ AND ANA M.
ALFONSO
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF AND LAUREN
ATTARD
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
ATTN: RICHARD L. WYNNE, ESQ.
777 SOUTH FIGUEROA STREET, 37TH FLOOR
LOS ANGELES, CA 90017

KLEHR, HARRISON, HARVEY, BRANZBURG &
ELLERS, LLP
ATTN: JEFFREY KURTZMAN, ESQ.
260 S. BROAD STREET
PHILADELPHIA, PA 19102

KLEIN SOLOMON LLP
ATTN: JAY B. SOLOMON
275 MADISON AVE, 11TH FL
NEW YORK, NY 10016

KLESTADT & WINTERS, LLP
ATTN: JOHN E. JURELLER, JR.
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017

KOBRE & KIM LLC
ATTN:MICHAEL S KIM, ROBERT W HENOCH,
ANDREW C
LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY
800 THIRD AVENUE
NEW YORK, NY 10022

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, P. BRADLEY
O'NEILL AND
AMY CATON
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, PHILIP BENTLEY
AND
GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LANDMAN CORSI BALLAINE & FORD, P.C.
ATTN: MARK LANDMAN, WILLIAM BALLAINE &
SOPHIA REE
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271-0079

LANE POWELL PC
ATTN: CHARLES R. EKBERG
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
885 THIRD AVENUE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER & J. DOUGLAS BACON
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560

11

LATHAM & WATKINS LLP
ATTN: RICHARD A. LEVY
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL  60606

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY  10022

LAW OFFICES OF NEIL MOLDOVAN, P.C.
ATTN: ELLEN ZWEIG
ONE OLD COUNTRY ROAD, SUITE 270
CARLE PLACE, NY  11514

LAW OFFICES OF ROBERT E. LUNA, PC
ATTN: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX  75205

LEHMAN BROTHERS BANKHAUS
AKTIENGESELLSCHAFT
VERTRETEN DURCH IHREN VORSTAND
RATHENAUPLATZ 1
60313 FRANKFURT AM MAIN
GERMANY

LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: WALTER E. SWEARINGEN
1185 AVENUE OF THE AMERICAS, 17TH FLOOR
NEW YORK, NY  10036

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTN: STEVEN E. FINEMAN, ESQ.
780 THIRD AVENUE, 48TH FLOOR
NEW YORK, NY  10017-2024

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
SUITE 1600
DALLAS, TX  75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX  78760

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: ALLEN C. WASSERMAN, ESQ.
885 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY  10022

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: PATRICIA WILLIAMS PREWITT
3400 JPMORGAN CHASE TOWER
600 TRAVIS TOWER
HOUSTON, TX  77002-3095

LOEB & LOEB LLP
ATTN: WALTER H. CURCHACK, VADIM J.
RUBINSTEIN AND
DANIEL B. BESIKOF
345 PARK AVENUE
NEW YORK, NY  10154

LOVELLS LLP
ATTN: ROBIN E. KELLER AND OMECCA N. NEDD
590 MADISON AVE
NEW YORK, NY  10022

LOVELLS LLP
ATTN: CHRISTOPHER R. DONOHO, III
590 MADISON AVENUE
NEW YORK, NY  10022

LOVELLS LLP
ATTN: ROBIN E. KELLER, ESQ.
590 MADISON AVENUE
NEW YORK, NY  10022

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY  10020

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

LOWENSTEIN SANDLER PC
ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO,
ERIC HORN
65 LIVINGSTON AVE.
ROSELAND, NJ  07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY  10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY  10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

1729635.2

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, ESQ.
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY  10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY  10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ATKIN AND S. JASON TEELE
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND TIMOTHY R.
WHEELER
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY  10020

LOWENSTEIN SANDLER PC
ATTN:  JEFFREY PROL, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

LOWENSTEIN SNADLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON LEE
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE  19801

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ., AMIT
TREHAN, ESQ.
1675 BROADWAY
NEW YORK, NY  10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT
TREHAN
1675 BROADWAY
NEW YORK, NY  10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN
JEFFREY G. TOUGAS, AMIT K. TRHAN
1675 BROADWAY
NEW YORK, NY  10019

MAYER BROWN LLP
ATTN: ANTONIA GOLIANOPOULOS, ESQ.
1675 BROADWAY
NEW YORK, NY  10019

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS AND MELISSA A
MICKEY
71 S. WACKER DRIVE
CHICAGO, IL  60606

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, JEFFREY G.
TOUGAS
AMIT K. TREHAN
1675 BROADWAY
NEW YORK, NY  10019

MAYNARD COOPER & GALE, PC
ATTN: JAYNA PARTAIN LAMAR
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, AL  35203

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
500 NORTH BROADWAY, SUITE 129
JERICHO, NY  11753

MCCALLA RAYMER, LLC
ATTN: MATTHEW DYER
1544 OLD ALABAMA ROAD
ROSWELL, GA  30076-2102

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ  07102-4096

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 NORTH KING STREET
WILMINGTON, DE  19801

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE  19801

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO
227 WEST MONROE STREET, SUITE 4400
CHICAGO, IL  60606-5096

MCDERMOTT WILL & EMERY LLP
ATTN: GARY O. RAVERT
340 MADISON AVENUE
NEW YORK, NY  10173-1922

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY  10105

13

MCGUIREWOODS LLP
ATTN: DION W. HAYES
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA  23219

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN AND KENNETH M. MISKEN
1750 TYSONS BLVD., SUITE 1800
MC LEAN, VA  22102

MCGUIREWOODS LLP
ATTN: JOHN H. MADDOCK III AND JOSEPH S.
SHEERIN
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA  23219

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
900 STEWART AVENUE, SUITE 300 PO BOX 9194
GARDEN CITY, NY  11530

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: ALAN E. MARDER AND JIL MAZER-MARINO
990 STEWART  AVENUE, SUITE 300
GARDEN CITY, NY  11530

MICHAEL A. COX, ATTORNEY GENERAL
ATTN: JUANDISHA HARRIS, ASSISTANT
ATTORNEY GENERAL
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI  48202

MICHAEL C. FREGE
IN SEINER EIGENSCHAFT ALS
INSOLVENZVERWALTER UBER
DAS VERMOGEN DER LEHMAN BROTHERS
BANKHAUS
AKTIENGESELLSCHAFT
BARCKHAUSSTR. 12-16
60325 FRANKFURT AM MAIN
GERMANY

MISSOURI DEPARTMENT OF REVENUE,
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO  65105-0475

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC  29413-2828

MORGAN, LEWIS & BOCKLIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178-0600

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222,
JAPAN

MORITT HOCK HAMROFF & HOROWITZ LLP
ATTN: LESLIE A. BERKOFF
400 GARDEN CITY
GARDEN CITY, NY  11530

MORRISON & FOERSTER LLP
ATTN: JORDAN A. WISHNEW AND LORENZO
MARINUZZI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO
MARINUZZI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ. AND GARY
LEE, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

MORRISON & FOERSTER LLP
ATTN: TSUGUMICHI WATANABE, ESQ.
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU
TOKYO,  100-6529
JAPAN

MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN,
ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

MORRISON & FOERSTER LLP
ATTN: GARY S. LEE, ESQ. AND JOHN A.
PINTARELLI,ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

1729635.2

MORRISON COHEN LLP
ATTN: MICHAEL R. DAL LAGO, ESQ.
909 THIRD AVENUE
NEW YORK, NY  10022

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: RUSSELL L. MUNSCH
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2900
AUSTIN, TX  78701-3057

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: KEVIN M. LIPPMAN
3800 LINCOLN PLAZA
500 NORTH AKARD STREET
DALLAS, TX  75201-6659

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ.
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094,
JAPAN

NATIONWIDE FUND ADVISORS
ATTN: ERIC E. MILLER, ESQ.
SVP/GENERAL COUNSEL
1200 RIVER ROAD - SUITE 1000
CONSHOHOCKEN, PA  19428

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY
GENERAL
COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL  60661

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY
437 MADISON AVENUE
NEW YORK, NY  10022

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
100 SUMMER STREET
BOSTON, MA  02110

NIXON PEABODY, LLP
ATTN: CHRISTOPHER M. DESIDERIO
437 MADISON AVENUE
NEW YORK, NY  10022

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN
100 SUMMER STREET
BOSTON, MA  02110

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
100 SUMMER STREET
BOSTON, MA  02110

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY  10281

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY  10022

OCH-ZIFF
ATTN: KEN RUBIN
9 W 57TH STREET, 39TH FLOOR
NEW YORK, NY  10019

OFFICE OF THE MINNESOTA ATTORNEY GENERAL
ATTN: JEREMY D. EIDEN, ESQ.
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN  55101-2127

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS
1700 G STREET, N.W.
WASHINGTON, DC  20552

OFFICE OF THRIFT SUPERVISION, NORTHEAST
REGION
ATTN: MARTIN JEFFERSON DAVIS
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ  07311

OPPENHEIMERFUNDS, INC.
CHIEF COMPLIANCE OFFICER
6803 SOUTH TUCSON WAY
ENGLEWOOD, CO  80112-3924

OPPENHEIMERFUNDS, INC.
2 WORLD FINANCIAL CENTER
225 LIBERTY STREET, 16TH FL
NEW YORK, NY  10281-1008

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA AND COURTNEY M.
ROGERS
666 FIFTH AVENUE
NEW YORK, NY  10103-0001

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR., WESTON T.
EGUCHI AND
COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK, NY  10103-0001

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, ESQ.
1152 15TH STREET, NW
WASHINGTON, DC  20005-1706

1729635.2

ORRICK, HARRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND
DEBRA L. FELDER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ROGER FRANKEL, RICHARD H. WYRON,
JONATHAN P.
GUY AND DEBRA L. FELDER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: LORRAINE S. MCGOWEN, RANIERO
D'AVERSA, JR.
AND COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN: WILLIAM M. SILVERMAN AND PETER
FELDMAN
230 PARK AVENUE
NEW YORK, NY 10169-0075

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE AND BRIAN P.
GUINEY
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: THOMAS L. KENT AND LAWRENCE
MITTMAN
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS
AND
CLAUDIA L. HAMMERMAN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PEITZMAN, WEG & KEMPINSKY LLP
ATTN: HOWARD J. WEG AND DEVID B. SHEMANO
10100 SANTA MONICA BLVD., SUITE 1450

PENSION BENEFIT GUARANTY CORPORATION
ATTN: STEPANIE THOMAS, ASST. CHIEF COUNSEL
SARA B. EAGLE, COLIN B. ALBAUGH
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W.
WASHINGTON, DC 20005

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276

PERDUE, BRANDON, FIELDER, COLLINS & MOTT
ATTN: ELIZABETH BANDA
P.O. BOX 13430
ARLINGTON, TX 76094-0430

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW, ESQ.
1540 BROADWAY
NEW YORK, NY 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D.
HOULE
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: PATRICK J. POTTER
2300 N. STREET, NW
WASHINGTON, DC 20037

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG
& JASLOW
ATTN: SYDNEY G. PLATZER
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

1729635.2

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997

POST & SCHELL, P.C.
ATTN: BRIAN W. BISIGNANI, ESQ.
17 NORTH 2ND STREET, 12TH FLOOR
HARRISBURG, PA 17101-1601

POST, POLAK, GOODSELL, MACNEILL &
STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M.
LOGIUDICE
575 MADISON AVENUE
NEW YORK, NY 10022

PROFUNDS ADVISORS LLC
ATTN: BARRY PERSHKOW
7501 WISCONSIN AVENUE
SUITE 1000
BETHESDA, MD 20814

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
410 PARK AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND
DAVID ROSE
410 PARK AVENUE
NEW YORK, NY 10022

PURSUIT PARTNERS
ATTN: LISA ROBERTS
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902

QUINN EMANUEL URQUHART OLIVER & HEDGES,
LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND
SCOTT C. SHELLEY
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J.
ROY
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039

REED SMITH LLP
ATTN: PAUL A. RACHMUTH, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: LUMA AL-SHIBIB
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

REED SMITH LLP
ATTN: ERIC A. SCHAFFER, ESQ.
435 SIXTH AVENUE
PITTSBURGH, PA 15219

REED SMITH LLP
ATTN: MICHAEL J. VENDITTO
599 LEXINGTON AVE.
NEW YORK, NY 10022

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRAUNSTEIN AND
ALEXANDER
RHEAUME
THREE CENTER PLAZA
BOSTON, MA 02108

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103

RUSSIN VECCHI BERG & BERNSTEIN LLP
ATTN: J. FRED BERG JR, ESQ.
380 LEXINGTON AVENUE, SUITE 1518
NEW YORK, NY 10168

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
ATTN:  MARIANNE SCHIMELFENIQ, ESQ.
5600 CITY AVENUE
PHILADELPHIA, PA 19131-1395

SALANS
ATTN: CLAUDE D. MONTGOMERY & LEE P.
WHIDDEN
620 FIFTH AVENUE
NEW YORK, NY 10020

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA
BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
230 PARK AVENUE
NEW YORK, NY 10169

17

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA  19102

SCHIFF HARDIN LLP
ATTN: EUGENE J. GEEKIE, JR.
6600 SEARS TOWER
CHICAGO, IL  60606

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ATTN: JOHN A. KEHOE AND BENJAMIN J.
HINERFELD
280 KING OF PRUSSIA ROAD
WAYNE, PA  19087

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
ONE BATTERY PARK PLAZA
NEW YORK, NY  10004

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
ONE BATTERY PARK PLAZA
NEW YORK, NY  10004

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ., JAMES L.
GARRITY, ESQ
AND NED S. SCHODEK, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY  10022

SHELL ENERGY NORTH AMERICA (US), L.P.
ATTN: ANN REYNAUD
909 FANNIN, PLAZA LEVEL 1
HOUSTON, TX  77010

SHELL TRADING (US) COMPANY
ATTN: JENNIFER GORE
910 FANNIN, PLAZA LEVEL 1
HOUSTON, TX  77010

SHENWICK & ASSOCIATES
ATTN: JAMES H. SHENWICK, ESQ.
655 THIRD AVENUE, 20TH FLOOR
20TH FLOOR
NEW YORK, NY  10017

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN & RUSSELL RIED ESQS
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY  10112

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI, ESQ.
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY  10112

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT  06103-1919

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SALLY MCDONALD HENRY
NEW YORK, NY  10036

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH  45202

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ.
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA  22030

STAN MEHAFFEY
2043 N. MOHAWK STREET, 2S
CHICAGO, IL  60614

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1 MADISON AVENUE, 3RD FLOOR
NEW YORK, NY  10010

STEIN & LUBIN LLP
ATTN: EUGENE CHANG
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA  94111

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
ATTN: EDMOND P. O'BRIEN
675 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY  10017

STEPTOE & JOHNSON LLP
ATTN: JOHN H. LOVI AND LARA E. ROMANSIC
750 SEVENTH AVENUE
NEW YORK, NY  10019

STEPTOE & JOHNSON LLP
ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CA  90067

STEVENS & LEE, P.C.
ATTN: CHESTER SALOMON AND CONSTANTINE
POURAKIS
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY  10022

STEVENS & LEE, P.C.
ATTN: ALEC P. OSTROW AND CONSTANTINE D.
POURAKIS
485 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY  10022

1729635.2

STINSON MORRISON HECKER LLP
ATTN: DARRELL W. CLARK, ESQ.
1150 18TH STREET, NW
SUITE 800
WASHINGTON, DC  20036

STRADLEY RONON STEVENS & YOUNG LLP
ATTN: PAUL PATTERSON, MICHAEL CORDONE,
MARK DORVAL
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA  19103-7098

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: MICHAEL J. CORDONE, ESQ.
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA  19103-7098

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A PATTERSON AND MICHAEL J.
CORDONE
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA  19103-7098

STREUSAND & LANDON LLP
ATTN: G. JAMES LANDON AND RICHARD D. VILLA
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX  78701

STREUSAND & LANDON LLP
ATTN: SABRINA L. STREUSAND, ESQ.
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX  78701

STROOCK & STROOCK & LAVAN LLP
ATTN: LAWRENCE M. HANDELSMAN AND DENISE
K. WILDES
180 MAIDEN LANE
NEW YORK, NY  10038

STROOCK & STROOCK & LAVAN LLP
ATTN: HAROLD A. OLSEN
180 MAIDEN LANE
NEW YORK, NY  10038

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
180 MAIDEN LANE
NEW YORK, NY  10038

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACE AND HYDEE R.
FELDSTEIN
125 BROAD STREET
NEW YORK, NY  10004

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: PAUL B. TURNER
TWO HOUSTON CENTER
919 FANNIN, SUITE 2200
HOUSTON, TX  77010

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: MARK D. SHERRILL
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20004

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE,
BANKRUPTCY DIV.
PO BOX 20207
NASHVILLE, TN  37202-0207

THE BANK OF NEW YORK MELLON
ATTN: RANJIT MATHER, ROBERT BAILEY
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY  10286

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020-1104

THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574,
JAPAN

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR
MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,
JAPAN

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: BRUCE A. ORTWINE, ESQ., GENERAL
COUNSEL
527 MADISON AVENUE
NEW YORK, NY  10022

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA  30326

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY  10022-3915

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
333 CLAY STREET, SUITE 3300
HOUSTON, TX  77002-4499

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
333 CLAY STREET, SUITE 3300
HOUSTON, TX  77002

1729635.2

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
1722 ROUTH STREET
SUITE 1500
DALLAS, TX  75201-2533

THOMPSON COBURN LLP
ATTN: MARK V. BOSSI
ONE US BANK PLAZA
SAINT LOUIS, MO  63101

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD,
BRADLEY TURK AND
NED BANNON, CORPORATE COUNSEL
45 ROCKEFELLER PLAZA
NEW YORK, NY  10111

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT  06183-4044

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH
405 LEXINGTON AVENUE
NEW YORK, NY  10174

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI
AND
MICHAEL A. SHINER
1500 ONE PPG PLACE
PITTSBURGH, PA  15222

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO  80124

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
222 N. LASALLE STREET
CHICAGO, IL  60601-1003

VEDDER PRICE P.C.
ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY  10019

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
1633 BROADWAY, 4TH FLOOR
NEW YORK, NY  10019

VINSON & ELKINS L.L.P.
ATTN: STEVEN M. ABRAMOWITZ
666 FIFTH AVENUE, 27TH FLOOR
NEW YORK, NY  10103

VINSON & ELKINS L.L.P.
ATTN: JOHN E. WEST AND STEVEN M.
ABRAMOWITZ
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX  77002-6760

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY  10103

VINSON & ELKINS RLLP
ATTN: JEFFREY E. ELDREDGE
CITY POINT, 33RD FLOOR
ONE ROPEMAKED STREET
LONDON EC2Y 9UE,
UK

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G.
MASON,ESQ
AND JOSHUA A. FELTMAN, ESQ
51 WEST 52ND STREET
NEW YORK, NY  10019-6150

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
51 WEST 52ND STREET
NEW YORK, NY  10019-6150

WHITE & CASE LLP
ATTN: PHILIP JOHN NICHOLS
1155 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-2787

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN
VENES
WACHOVIA FINANCIAL CENTER
SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL  33131

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

WHITE & CASE LLP
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS
BAUMSTEIN AND
RICHARD GRAHAM
1155 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL, ULF KREPPEL,
KATARINA STAHL
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN
GERMANY

1729635.2

WIGGIN AND DANA LLP
ATTN: SHARYN B. ZUCH
185 ASYLUM STREET
HARTFORD, CT  06103-3402

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, SHELLEY CHAPMAN
BENITO ROMANO, JAMIE KETTEN
787 SEVENTH AVENUE
NEW YORK, NY  10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS
787 SEVENTH AVENUE
NEW YORK, NY  10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND DAN C.
KOZUSKO, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY  10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY  10019-6099

WILMINGTON TRUST COMPANY
ATTN JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY  10022

WILMINGTON TRUST FSB
50S 6TH ST STE 1290
MINNEAPOLIS, MN  554021544

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
200 PARK AVENUE
NEW YORK, NY  10166-4193

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
35 WEST WACKER DRIVE
CHICAGO, IL  60601

WINSTON & STRAWN LLP
ATTN: DAVID NEIER
200 PARK AVENUE
NEW YORK, NY  10166-4193

WOLFF & SAMSON PC
ATTN: DAVID N. RAVIN & ROBERT E. NIES
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ  07052

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
ONE GATEWAY CENTER, 9TH FLOOR
NEWARK, NJ  07102

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
500 FIFTH AVENUE
NEW YORK, NY  10110

YOUNG WILLIAMS P.A.
ATTN: ROBERT L. HOLLADAY, JR.
PO BOX 23059
210 E. CAPITOL STREET., SUITE 2000
JACKSON, MS  39201

ZEISLER & ZEISLER, P.C.
ATTN: GREGORY B. SCHILLER, ESQ.
558 CLINTON AVENUE
BRIDGEPORT, CT  06605

ZUCKERMAN SPAEDER LLP
ATTN: THOMAS G MACAULEY & VIRGINIA
WHITEHILL GULDI
919 MARKET STREET, SUITE 990
PO BOX 1028
WILMINGTON, DE  19899

1729635.2