08-13555-mg    Doc 2652    Filed 01/27/09    Entered 01/27/09 10:35:33    Main Document
                                        Pg 1 of 4

ALSTON & BIRD LLP
Martin G. Bunin, Esq.
Craig E. Freeman, Esq.
William Hao, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Bank of America, National Association
successor by merger with LaSalle Bank National Association,
as Trustee under the Ceago ABS CDO 2007-1 Indenture*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
In re:                                                    :   Chapter 11
                                                          :
**LEHMAN BROTHERS HOLDINGS, INC.,**                       :   Case No. **08-13555 (JMP)**
*et al.*                                                  :
                                                          :   **(Jointly Administered)**
          Debtor.                                         :
----------------------------------------------------------x

### AMENDED AFFIDAVIT OF SERVICE

STATE OF GEORGIA

COUNTY OF FULTON

      JOHN C. WEITNAUER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

1. I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

2. On the 26th day of January 2009, I amended my Affidavit of Service to show that I have caused true and correct copies of the following documents:

- **Conditional Withdrawal of Limited Objection of Bank of America, National Association, Successor by Merger with LaSalle Bank National Association, in Its Capacity as Trustee Under Certain Trust Agreements to the Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts and Limited Objection to Debtors' Motion for an Order Approving Consensual Assumption and Assignment of Derivative Contracts;**

- **Conditional Withdrawal of Limited Objection of Bank of America, National Association, Successor by Merger with LaSalle Bank National Association, Solely in Its Capacity as Trustee Under that Certain Indenture Dated as of November 29, 2005 Among Verde CDO Ltd., as Issuer, Verde CDO, LLC, as Co-Issuer and LaSalle Bank National Association, as Trustee, to the Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts and Limited Objection to Debtors' Motion for an Order Approving Consensual Assumption and Assignment of Derivative Contracts; and**

- **Conditional Withdrawal of Limited Objection of Bank of America, National Association, Successor by Merger with LaSalle Bank National Association, Solely in Its Capacity as Trustee Under that Certain Indenture Dated as of August 16, 2007 Among Ceago ABS CDO 2007-1, Ltd., as Issuer, Ceago ABS CDO 2007-1, LLC, as Co-Issuer and LaSalle Bank National Association, as Trustee, to the Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts and Limited Objection to Debtors' Motion for an Order Approving Consensual Assumption and Assignment of Derivative Contracts**

- 3 -

to be delivered by the United States Postal Service, first-class, postage prepaid, or by facsimile transmission (as indicated) to those parties listed on the attached Exhibit A.

FURTHER AFFIANT SAYETH NOT.

/s/ John C. Weitnauer
JOHN C. WEITNAUER

Sworn to and subscribed before me
this 27th day of January 2009.

/s/ Beverly A. Raston
NOTARY PUBLIC

Commission Expires:

June 22, 2012

# EXHIBIT A

| | |
|---|---|
| *Via First-Class Mail*<br>U. S. Securities & Exchange Commission<br>Mark Schonfeld, Regional Director<br>3 World Financial Center<br>Suite 400<br>New York, NY  10281 | *Via First-Class Mail*<br>U. S. Securities & Exchange Commission<br>Neal Jacobson<br>233 Broadway<br>New York, NY  10279 |
| *Via E-mail*<br>U. S. Securities & Exchange Commission<br>Alistair Bambach<br>Email: bambacha@sec.gov | *Via E-Mail*<br>U. S. Securities & Exchange Commission<br>Alexander F. Cohen<br>Email: cohena@sec.gov |
| *Via E-mail*<br>Jody Owen<br>Email:  jowen769@yahoo.com | |