WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF DEBTORS' SECOND MOTION FOR AN ORDER**
**PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING**
**THE ASSUMPTION OF OPEN TRADE CONFIRMATIONS**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Debtors' Second Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption of Open Trade Confirmations [Docket No. 2242] (the "Motion"), which was scheduled for January 28, 2009, at 10:00 a.m., **has been adjourned to February 11, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

NY2:\1960610\01\160T#01!.DOC\58399.0003

Dated: January 27, 2009
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession