Eduardo J. Glas, Esquire (# EG7027)
McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
*Attorneys for Occidental Energy Marketing, Inc.*
*and Occidental Power Services, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | Chapter 11 |
| | : | |
| In re: | : | Case Nos. 08-13555(JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et. al., | : | (Jointly Administered) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

### NOTICE OF WITHDRAWAL OF OCCIDENTAL ENERGY MARKETING, INC. AND OCCIDENTAL POWER SERVICES, INC.'S JOINT OBJECTION TO DEBTORS' MOTION FOR AN ORDER APPROVING CONSENSUAL ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS [D.I. # 2033] AND OCCIDENTAL ENERGY MARKETING, INC.'S JOINDER IN OBJECTIONS TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF <u>PREPETITION DERIVATIVE CONTRACTS [D.I. # 2614]</u>

PLEASE TAKE NOTICE that Occidental Energy Marketing, Inc. and Occidental Power Services, Inc.("Occidental"), by and through their undersigned counsel, hereby withdraw:   (1) Occidental Energy Marketing, Inc. and Occidental Power Services, Inc.'s Joint Objection to Debtors Motion for an Order Approving Consensual Assumption and Assignment of Prepetition Derivative Contracts [D.I. # 2033]; and (2) Occidental Energy Marketing, Inc.'s Joinder in Objections to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy

1

Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts [D.I. # 2614].

    /s/ Eduardo J. Glas
Eduardo J. Glas, Esquire (# EG7027)
McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
eglas@mccarter.com

and

Katharine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19899
(302) 984-6300 - Telephone
(302) 984-6399 - Facsimile
kmayer@mccarter.com

*Attorneys for Occidental Energy Marketing, Inc. and Occidental Power Supply, Inc.*

Dated:  January 27, 2009