UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
|  | : |  |
| In re: | : | Case Nos. 08-13555(JMP) |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et. al., | : | (Jointly Administered) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE**

I, Eduardo J. Glas, hereby certify that on January 27, 2009, I caused a true and correct copy of the foregoing **Notice of Withdrawal** to be served upon the following service list via facsimile.

By:   /s/ Eduardo J. Glas
Eduardo J. Glas (EG7027)
McCARTER & ENGLISH, LLP
Gateway Four
100 Mulberry Street
Newark, NJ  07102
(973) 622-4444
(973) 624-7070 facsimile
*Attorneys for Occidental Energy Marketing, Inc.
and Occidental Power Supply, Inc.*

Dated:  January 27, 2009

3

ME1 8078583v.1

Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
212-310-8007 Facsimile

Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
212-668-2255 Facsimile

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
212-530-5219 Facsimile

ME1 8078583v.1