WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (JMP)
                                                :
                        Debtors.                :   (Jointly Administered)
                                                :
                                                :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF MOTION OF
TPG-AUSTIN PORTFOLIO HOLDINGS LLC TO COMPEL IMMEDIATE
ASSUMPTION OR REJECTION OF CREDIT AGREEMENT; OR IN THE
ALTERNATIVE, GRANT RELIEF FROM THE AUTOMATIC STAY TO PERMIT
<u>ALTERNATIVE FINANCING ON A SENIOR SECURED BASIS</u>**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of

TPG-Austin Portfolio Holdings LLC To Compel Immediate Assumption or Rejection of

Credit Agreement; or in the Alternative, Grant Relief From the Automatic Stay To Permit

Alternative Financing On a Senior Secured Basis [Docket No. 1514] (the "<u>Motion</u>"), which was

scheduled for January 28, 2009, at 10:00 a.m., **has been adjourned to February 11, 2009 at**

**10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be

held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the

Motion may be further adjourned from time to time without further notice other than an

announcement at the hearing.

Dated: January 27, 2009
       New York, New York

                                        /s/ Shai Y. Waisman
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession