Patrick J. Potter (*pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C.  20037
Tel:  202-663-8000
Fax: 202-663-8007

Gianni Dimos (GD-7496)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036
Tel:  (212) 858-1000
Fax:  (212) 858-1500

Attorneys for CPMG, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                          :        Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :
                                                               :        Case No. 08-13555 (JMP)
                            Debtors.               :
                                                               :        Jointly Administered
-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF CPMG, INC. TO DEBTORS' MOTION FOR AN ORDER APPROVING CONSENSUAL ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS

PLEASE TAKE NOTICE that CPMG, Inc., as Personal Investment Manager to the

George Kaiser Family Foundation and Cardinal Partners, L.P., Cardinal Partners 2000, L.P., CD

Fund, L.P., Sandpiper Fund, LP, Yellow Warbler, LP, Mallard Fund, L.P., Aracos Fund, L.P.

and Fintan Master Fund, Ltd., by and through its undersigned attorneys, hereby withdraws its

Limited Objection to the Debtors' Motion for an Order Approving Consensual Assumption and

Assignment of Prepetition Derivative Contracts (Docket No. 2561) filed on January 23, 2009 as

Docket No. 2631.

Dated: January 27, 2009
New York, New York

Respectfully submitted,

By:    /s/ Patrick Potter_____

Patrick Potter (*pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C.  20037
Tel: (202) 663-8000
Fax: (202) 663-8007
patrick.potter@pillsburylaw.com

and

Gianni Dimos (GD-7496)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Tel:  (212) 858-1000
Fax:  (212) 858-1500

Attorneys for CPMG, Inc.