WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------x
                                                    :
In re                                               :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                    :
                        **Debtors.**                :    **(Jointly Administered)**
                                                    :
----------------------------------------------------------------------------x
                                                    :
In re                                               :
                                                    :    **Case No.**
**LEHMAN BROTHERS INC.,**                           :
                                                    :    **08-01420 (JMP) (SIPA)**
                        **Debtor.**                 :
                                                    :
----------------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## <u>SCHEDULED FOR HEARING ON JANUARY 28, 2009 AT 10:00 A.M.</u>

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable, James M.
Peck, United States Bankruptcy Judge, **<u>Room 601</u>**, One Bowling Green,
New York, NY 10004-1408

## I.    <u>UNCONTESTED MATTERS</u>:

1.    Application of the Debtors to Employ Pozner LLP as Special Counsel to Debtors
**[Docket No. 2541]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter is going forward.

2.    Debtors' Motion to Employ Kelly Matthew Wright as Art Consultant **[Docket No. 2543]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter is going forward.

3.    Debtor's Motion to Assume Certain Loan Documents Entered into with Jung
Developments Inc. **[Docket No. 2459]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter is going forward.

4.     Debtors' Motion for Authorization to Assume and Consummate Related Loans to be Made by Lehman Commercial Paper Inc. and Other Lenders to Archstone **[Docket No. 2462]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:

A.     Informal Response of Swedbank **[Docket No. N/A]**

Related Documents:    None.

Status:  This matter is going forward.

5.     Motion of Jarden Corporation to Compel LCPI to Resign as Administrative Agent **[Docket No. 2146]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been resolved and the parties will present a stipulation to Court for approval.

6.     Motion of Green Tree Servicing LLC to Assume Flow Subservicing Agreement **[Docket No. 1207]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter will only be proceeding if the parties are able to submit a stipulation to the Court.  Otherwise, the hearing will be adjourned to February 11, 2009.

7.      Motion of DCFS Trust for Relief from the Automatic Stay **[Docket No. 2429]**

Response Deadline:    January 26, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.      Letter of DCFS USA LLC **[Docket No. 2619]**

Status:  This matter has been resolved and the parties will present a stipulation to Court for approval.

8.      Motion of Anita Bryant for Relief from the Automatic Stay **[Docket No. 2431]**

Response Deadline:    January 26, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been resolved and the parties will present a stipulation to Court for approval.

9.      Motion for Relief from the Automatic Stay to Proceed with Class Action Settlement of Certified Class in Austin v. Chisick **[Docket No. 1030]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward.

10.     Motion of Central Pacific Bank, et al. for Relief from the Automatic Stay **[Docket No. 1692]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been resolved and the parties will present a stipulation to Court for approval.

11.     Motion of Kapalua Bay, LLC for Relief from the Automatic Stay **[Docket No. 1195]**

Response Deadline:    January 26, 2009 at 5:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been resolved and the parties will present a stipulation to Court for approval.

## II.    CONTESTED MATTERS:

12.     Debtor's Amended Motion for Approval of the Sale of Debtor's Interest in a Loan Secured by Property Located at 816 Congress Avenue in Austin, Texas **[Docket No. 2442]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:

A.      Response of the PBGC **[Docket No. 2608]**

Related Documents:    None.

Status:  This matter is going forward.

13.     Debtors' Motion for an Order Approving Consensual Assumption and Assignment of Prepetition Derivative Contracts **[Docket No. 2561]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:

A.      Objection of EPCO Holdings, Inc. and Enterprise Products Operating, LLC **[Docket No. 2609]**

B.      Limited Objection of Wells Fargo Bank, N.A. and Wells Fargo & Co. **[Docket No. 2611]**

C.      Joint Objection of Occidental Power Services, Inc., Occidental Energy Marketing, Inc. **[Docket No. 2614]**

D.      Limited Objection of Bank of America, N.A. **[Docket No. 2615]**

E.      Limited Objection of U.S. Bank National Association **[Docket No. 2616]**

F.      Objection of Bremer Financial Corporation **[Docket No. 2617]**

G.  Joint Objection of First Choice Power, L.P., EnergyCo Marketing and Trading, and Reliant Energy Power Supply, LLC **[Docket No. 2623]**

H.  Objection of CPMG, Inc. **[Docket No. 2631]**

I.  Objection of Southern Community Bank and Trust, Southern Community Financial Corporation **[Docket No. 2632]**

J.  Objection of Deutsche Bank Trust Company Americas **[Docket No. 2643]**

Related Documents:

K.  Notice of Amended Order **[Docket No. 2635]**

Status:  This matter is going forward.

**A.    Adversary Proceedings:**

14.  Motion to Intervene of LH 1440, LLC **[Case No. 08-01743, Docket No. 29]**

Response Deadline:

Responses Received:

A.  Debtors Response **[Docket No. 37]**

Status:  This matter is going forward.

15.  Bank of America v. Lehman Brothers Special Financing Inc. et al **[Case No. 08-01753]**

Pre-Trial Conference

Answer Deadline:    February 5, 2009.

Status:  This matter is going forward.

16.  Carolina First Bank v. LBSF **[Case No. 08-01745]**

Pre-Trial Conference

Answer Deadline:    January 15, 2009.

Status:  This matter is going forward.

17.     Southern Community v. LBSF **[Case No. 08-01744]**

Pre-Trial Conference

<u>Answer Deadline</u>:        January 15, 2009.

<u>Status</u>:  This matter is going forward.

18.     Deutsche Bank AG v. Lehman Brothers Holdings Inc. **[Case No. 08-01706]**

Pre-Trial Conference

<u>Answer Deadline</u>:        February 5, 2009.

<u>Status</u>:  This matter is going forward.

**<u>SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS</u>:**

**III.    <u>UNCONTESTED MATTERS</u>:**

19.     Motion for an Order Granting Relief From the Automatic Stay to Obtain
        Determination of Expungement Issue in Arbitration.  **[Docket No. 465]**

<u>Response Deadline</u>: January 23, 2009 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Related Filings</u>:

A.       Notice of Adjournment **[Docket No. 520]**

<u>Status</u>:  A stipulation resolving the Motion will be presented at the hearing.

20.     Notice of Trustee's Motion for Entry of an Order Approving the Rejection of a Lease
        of Certain Nonresidential Real Property Located at 10880 Wilshire Boulevard, Los
        Angeles, California, and Abandonment of Related Personal Property.  **[Docket No.
        536]**

<u>Response Deadline</u>:  January 23, 2009 at 4:00 p.m, January 27, 2009 at 11:00 a.m. for
                          the Landlord.

<u>Responses Received</u>:  None.

<u>Related Filings</u>: None.

<u>Status</u>:  This motion is going forward.

A.    **Adversary Proceeding:**

21.    The Options Clearing Corporation v. Barclays Capital Inc., et al. **[Case No. 08-01759]**

Pre-Trial Conference

Answer Deadline: February 6, 2008

Status:  This matter is going forward.

IV.    **ADJOURNED MATTERS:**

A.    **Lehman Brothers Holdings Inc.:**

22.    Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Related Documents:

A.    Debtor's Supplement to Motion **[Docket No. 1560]**

B.    Declaration of Vladimir Jelisavcic in Support of Objection **[Docket No. 1842]**

C.    Declaration of Vladimir Jelisavcic in Support of Objection **[Docket No. 1843]**

D.    Declaration of Clare K. Pierce in Support of Objection **[Docket No. 1844]**

E.    Declaration of David Tom Jesson in Support of Objection **[Docket No. 1845]**

F.    Declaration of James Varley in Support of Objection **[Docket No. 1846]**

G.    Notice of Filing of Revised Exhibits and Revised Proposed Order **[Docket No. 2206]**

H.    Debtors' Reply **[Docket No. 2208]**

I.    Statement of Official Committee of Unsecured Creditors **[Docket No. 2228]**

J.    Order Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 2258]**

K.      So Ordered Stipulation and Agreed Order Terminating Open Trade Confirmation **[Docket No. 2259]**

L.      Order Approving the Assumption or Rejeection of Open Trade Confirmations **[Docket No. 2364]**

M.      Response of AXA **[Docket No. 2081]**

Status:  This matter and the unresolved objections have been adjourned to February 11, 2009.

23.     Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:

A.      Objection of Hartford Investment Management Co. **[Docket No. 2474]**

Status:  This matter has been adjourned to February 11, 2009.

24.     TPG-Austin Portfolio Holdings LLC's Motion to Compel Immediate Assumption or Rejection of Credit Agreement **[Docket No. 1514]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

A.      Debtors' Objection **[Docket No. 2162]**

Related Documents:

B.      Reply of TPG-Austin Portfolio Holdings LLC **[Docket No. 2215]**

Status:  This matter has been adjourned to February 11, 2009.

25.     Motion for Leave to Conduct Discovery of Piper Jaffray & Co. **[Docket No. 2311]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status:  This matter has been adjourned to February 11, 2009.

26.  Motion of DekaBank Deutsche Girozentrale for Relief from the Automatic Stay **[Docket No. 1437]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to February 11, 2009.

27.  Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

A.  Objection filed by Richards Kibbe & Orbe LLP on behalf of various counterparties, including Bank of America, N.A., Morgan Stanley Bank International Limited, Fieldpoint, and P. Schoenfeld Asset Management **[Docket No. 1841]**

B.  Objection of Special Value Opportunities Fund, LLC, Tennenbaum Opportunities Partners V, L.P., Special Value Expansion Fund, LLC. **[Docket No. 1848]**

C.  Verified Objection of Blue Mountain Credit Alternatives Master Fund L.P. **[Docket No. 1849]**

D.  Deutsche Bank AG's Limited Objection **[Docket No. 1858]**

E.  Objection of Putnam Investment Funds **[Docket No. 1901]**

F.  Objection of AIB International Finance **[Docket No. 1905]**

G.  Objection of H/2 Credit Partners Master Fund Ltd **[Docket No. 1812]**

H.  Joinder of Goldman Sachs Credit Partners L.P. and GS European Performance Fund Limited **[Docket No. 1869]**

I.  Objection of Lexington Insurance Company, AIG CDS, Inc., and SunAmerica Life Insurance Company **[Docket No. 1872]**

J.  Limited Objection of Fir Tree Capital Opportunity Master Fund, LP and Fir Tree Value Master Fund LP **[Docket No. 1876]**

    K.       Limited Objection of KKR Debt Investors (2006) (Ireland) L.P. **[Docket No. 1903]**

    L.       Objection of R3 Capital Management LLC **[Docket No. 1909]**

    M.      Objection of Lloyds TSB Bank plc. **[Docket No. 1913]**

    N.       Limited Objection of Citibank **[Docket No. 1915]**

    O.       Objection of Whippoorwill Associates, Inc. **[Docket No. 1918]**

    P.       Limited Joinder of JPMorgan Chase & Co. **[Docket No. 1974]**

    Q.      Supplemental Limited Objection of Morgan Stanley Bank Internacional Limited **[Docket No. 2145]**

    R.       Objection of M&G Investment Management Limited **[Docket No. 2157]**

    S.       Joinder of Wachovia Bank, N.A. and Evergreen Investment Management Company, LLC to the Objection of Various Counterparties **[Docket No. 2172]**

    T.       Objection of MD Mezanine SA, SICAR and AXA Mezanine II SA, SICAR **[Docket No. 2367]**

    U.       Objection of Avenue Investments, L.P. **[Docket No. 2426]**

<u>Related Documents</u>:

    V.       Debtor's Supplement to Motion **[Docket No. 1560]**

    W.      Declaration of Vladimir Jelisavcic in Support of Objection **[Docket No. 1842]**

    X.       Declaration of Vladimir Jelisavcic in Support of Objection **[Docket No. 1843]**

    Y.       Declaration of Clare K. Pierce in Support of Objection **[Docket No. 1844]**

    Z.       Declaration of David Tom Jesson in Support of Objection **[Docket No. 1845]**

    AA.    Declaration of James Varley in Support of Objection **[Docket No. 1846]**

    BB.    Notice of Filing of Revised Exhibits and Revised Proposed Order **[Docket No. 2206]**

CC.   Debtors' Reply **[Docket No. 2208]**

DD.   Statement of Official Committee of Unsecured Creditors **[Docket No. 2228]**

EE.   Order Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 2258]**

FF.   So Ordered Stipulation and Agreed Order Terminating Open Trade Confirmation **[Docket No. 2259]**

GG.   Order Approving the Assumption or Rejeection of Open Trade Confirmations **[Docket No. 2364]**

HH.   Response of AXA **[Docket No. 2081]**

Status:  This matter has been adjourned to February 11, 2009.

28.    Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:

A.    Objection of GE Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited **[Docket No. 2383]**

Status:  This matter has been adjourned to February 11, 2009.

29.    Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.    Declaration of George Kielman **[Docket No. 1181]**

Status:  This matter has been adjourned to February 11, 2009.

30.    Motion of Mapco Express, Inc. and Delek US Holdings, Inc. for Relief from the Automatic Stay **[Docket No. 1663]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 11, 2009.

31.    Motion for Relief from Automatic Stay of Parsec Trading Corp. **[Docket No. 2152]**

Response Deadline:   February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 11, 2009.

32.    The Midwest Independent System Operator's Motion for Relief from the Automatic Stay **[Docket No. 1424]**

Response Deadline:   February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 11, 2009.

33.    Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim **[Docket No. 1205]**

Response Deadline:   February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 11, 2009.

34.    Motion of GE Corporate Financial Services, Inc. for Relief from the Automatic Stay **[Docket No. 2385]**

Response Deadline:   February 6, 2009.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 11, 2009.

35.     Motion of Markit Group Limited for Relief from Automatic Stay **[Case No. 08-01420, Docket No. 356]**

Response Deadline:  February 13, 2008 at 4:00 p.m.

Responses Received: None.

Related Filings:

A.      Notice of Adjournment **[Docket No. 409]**

Status:  This matter has been adjourned to February 25, 2009.

36.     Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC Compelling Actions by Debtors as Agent and Lender Under Loan Facility and Granting Related Relief **[Docket No. 1435]**

Response Deadline:    February 25, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to March 11, 2009.

37.     Debtors' Motion to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts **[Docket No. 1498]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Related Documents:

A.      Notice of Amended Order **[Docket No. 2239]**

B.      Supplemental Order **[Docket No. 2557]**

Status:  The Motion is being adjourned as to the unresolved objections to March 25, 2009.

38.     Barclays Capital Inc.'s Motion for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 959]**

Response Deadline:    October 27, 2008 at 4:00 p.m.

Responses Received:

A.      Debtors' Response to the Motions of Barclays Capital Inc. for Relief, Concerning Various "Closing Date Contracts" **[Docket No. 1212]**

B.      Objection of American Express Travel Related Services Company, Inc. to Motion of Barclays Capital Inc. for Relief concerning American Express Contracts listed as "Closing Date Contracts" and Request for Interest, Fees and Expenses **[Docket No. 1216]**

C.      Objection of Official Committee of Unsecured Creditors **[Docket No. 1672]**

D.      Reply of Barclays Capital Inc. **[Docket No. 1747]**

Related Documents:

E.      Declaration of Lindsee P. Granfield in Support of Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 960]**

F.      Declaration of Patrick Coster in Support of the Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 961]**

G.      Corrected Affidavit of Daniel J. Massoni in Support of Objection of American Express Travel Related Services Company, Inc. **[Docket No. 1256]**

H.      Declaration of Michael S. Feldberg in Support **[Docket No. 1750]**

I.      Declaration of Jason White in Support **[Docket No. 1751]**

J.      Declaration of Leslie Bernauer in Support **[Docket No. 1753]**

Status:  This matter has been adjourned to February 26, 2009.

**B.      Adversary Proceedings:**

39.     Plaintiff's Motion to Deposit Funds into Court Registry of Massachusetts Water Resources Authority / Massachusetts Water Resources Authority v. Lehman Brothers Derivative Products Inc. **[Case No. 08-01756, Docket No. 2]**

Response Deadline:    February 9, 2009 at 4:00 p.m.

Responses Received:  None.

Status:  This matter has been adjourned to February 11, 2009.

40.     Kelly v. Lehman Brothers OTC Derivatives Inc., et al. **[Case No. 08-01621]**

Pre-Trial Conference

Answer Deadline:       January 30, 2009.

Status:  This matter has been adjourned to February 11, 2009.

**C.      Lehman Brothers Inc.:**

41.      Notice of Hearing Regarding Newport Global Opportunities Fund LP, Newport
         Global Credit Fund (MASTER) L.P., Pep Credit Investor L.P. and Providence TMT
         Special Situations Fund L.P. Motion for Leave to Conduct Rule 2004 Discovery of
         Lehman Brothers Inc. and SIPA Trustee **[Docket No. 123]**

Response Deadline:  January 26, 2009 at 5:00 p.m.

Responses Received: None.

Related Filings:

    A.       Notice of Adjournment **[Docket No. 215]**

    B.       Notice of Adjournment **[Docket No. 312]**

    C.       Notice of Adjournment **[Docket No. 364]**

    D.       Notice of Adjournment **[Docket No. 429]**

    E.       Notice of Adjournment **[Docket No. 529]**

Status:  This matter has been adjourned to February 11, 2009.

42.      Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of the
         SIPA Trustee **[Docket No. 281]**

Response Deadline:  January 23, 2009 at 4:00 p.m.

Responses Received:

    A.       Trustee's Objection to Motion of the Harbinger Funds for Leave to Conduct
                  Rule 2004 Discovery.  **[Docket No. 357]**

    B.       Reply of the Harbinger Funds to SIPA Trustee's Objection to Rule 2004
                  Discovery of the SIPA Trustee.  **[Docket No. 368]**

    C.       Response of the Securities Investor Protection Corporation to the Motion of
                  the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of the SIPA
                  Trustee.  **[Docket No. 435]**

Related Filings:

    D.       Notice of Adjournment **[Docket No. 375]**

E.       Notice of Adjournment **[Docket No. 434]**

F.       Notice of Adjournment **[Docket No. 539]**

<u>Status</u>:  This motion will be adjourned sine die pursuant to a stipulation to be presented to the Court.

43.     Notice of Motion of Markit Group Limited for Relief From Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

<u>Response Deadline</u>:  February 20, 2009 at 4:00 p.m.

<u>Responses Received</u>: None.

<u>Related Filings</u>:

A.       Notice of Adjournment **[Docket No. 409]**

B.       Notice of Adjournment **[Docket No. 488]**

C.       Notice of Adjournment **[Docket No. 574]**

<u>Status</u>:  This matter has been adjourned to February 25, 2009 at 10:00 a.m.

44.     Second Motion of DCP Parties for Leave to Conduct Rule of 2004 Discovery. **[Docket No. 479]**

<u>Response Deadline</u>: January 23, 2009 at 4:00 p.m.

<u>Responses Received</u>:

A.       Objection of Barclays Capital Inc. to Motion of the DCP Parties for Leave to Conduct Rule 2004 Discovery.  **[Docket No. 518]**

<u>Related Filings</u>:

B.       Declaration of Michael A. Morris in Support of Second Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery.  **[Docket No. 480]**

C.       Notice of Adjournment **[Docket No. 524]**

D.       Second Notice of Adjournment **[Docket No. 592]**

<u>Status</u>:  This matter has been adjourned to February 11, 2009.

45.    Notice of Trustee's Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property.  **[Docket No. 481]**

Response Deadline: January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Filings:

A.    Notice of Revised Proposed Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time for the Trustee to Assume or Reject Unexpired Leases of Nonresidential Real Property.  **[Docket No. 534]**

B.    Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time for the Trustee to Assume or Reject Unexpired Leases of Nonresidential Real Property.  **[Docket No. 560]**

Status:  This motion, as to the California Lease, has been adjourned to February 11, 2009 at 10:00 a.m.  A stipulation regarding the adjournment will presented at the January 28, 2009 hearing.

## V.    **WITHDRAWN MATTERS**:

46.    Motion of Aliant Bank Directing Lehman Brothers Special Financing to Immediately Return to Aliant the Swap Collateral, et al. / Aliant Bank v. Lehman Brothers Special Financing, Inc. **[Case No. 08-01751, Docket No. 2]**

Response Deadline:    January 9, 2009.

Responses Received:

A.    Objection of JPMorgan Chase Bank **[Docket No. 11]**

B.    Objection of Debtor **[Docket No. 17]**

C.    Federal National Mortgage Association's Response **[Docket No. 19]**

Related Filings:

D.    Notice of Withdrawal Without Prejudice of Aliant Bank **[Docket No. 19]**

Status:  This matter has been withdrawn.

47.  Debtors' Motion for Authorization to Pay Prepetition Excise and Withholding Taxes **[Docket No. 565]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:

A.  Objection of The Walt Disney Company **Docket No. 1316**

Related Documents:

B.  Supplement to Debtors' Motion **[Docket No. 1184]**

C.  Notice of Adjournment **[Docket No. 1589]**

D.  Notice of Withdrawal Without Prejudice **[Docket No. 2659]**

Status:  This matter has been withdrawn.

Dated:  January 27, 2009
        New York, New York

                                    /s/ Shai Y. Waisman
                                    Harvey R. Miller
                                    Shai Y. Waisman

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

Dated: January 27, 2009
        New York, New York

                                    /s/ Jeffrey S. Margolin
                                    James B. Kobak, Jr.
                                    David W. Wiltenburg
                                    Christopher K. Kiplok
                                    Jeffrey S. Margolin

                                    HUGHES HUBBARD & REED LLP
                                    One Battery Park Plaza
                                    New York, New York 10004
                                    Telephone: (212) 837-6000
                                    Facsimile: (212) 422-4726

                                    Attorneys for James W. Giddens, Trustee for
                                    the SIPA Liquidation of Lehman Brothers Inc.