Brian N. Spector - 010112
Todd M. Adkins - 025338
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911
Facsimile: (602) 253-3255
Attorneys for La Loma

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | **NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND NOTICE OF CORRECT ADDRESS** |

Brian N. Spector and George C. Spilsbury of Jennings, Strouss & Salmon, P.L.C.

hereby enter their appearance as attorneys for La Loma Senior Living Services, Inc. and

request that their names be added to the mailing list in this matter and that copies of all

further notices to creditors and parties in interest be mailed to them at the following address:

George C. Spilsbury, Esq
Brian N. Spector, Esq.
JENNINGS, STROUSS & SALMON, P.L.C.
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, AZ  85004-2385
Direct fax:  (602) 495-2654
E-mail:  bspector@jsslaw.com
E-mail:  gspilsbury@jsslaw.com

**NOTICE IS FURTHER GIVEN** that the correct mailing address for La Loma
Senior Living Services, Inc. is as follows:

La Loma Senior Living Services, Inc.
P.O. Box 6030
Sun City West, AZ  85376
Attn:  Sharon Grambow

The Debtors are requested to check and update their service lists accordingly.

3200200v1(99999.1)

DATED January 26, 2008.

JENNINGS, STROUSS & SALMON, P.L.C.

By  /s/ Brian N. Spector  (010112)
    Brian N. Spector
    George C. Spilsbury
    Attorneys for La Loma Senior Living
    Services, Inc.

**COPY** of the foregoing
e-mailed on January 27, 2009 to:


Diane Harvey
Harvey R. Miller
Jacqueline Marcus
Shai Waisman
**Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
(212) 310-8781
Fax : (212) 833-3607
Email: diane.harvey@weil.com
Email: harvey.miller@weil.com
Email: jacqueline.marcus@weil.com
Email: shai.waisman@weil.com
*Attorneys for Debtors*


/s/ D. Sharp

2

3200200v1(99999.1)