UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Lehman Brothers Holdings Inc, Debtors
Jonathan Lee Riches d/b/a Benon Sevan, Movant

Chapter 11 Case No: 08-13555 (JMP)

Motion to Intervene as Plaintiff under Rule 7042, 24(A)2, 24(B)
Motion for Admission in this case under Rule 36
Motion for Brief of Amicus Curiae, Friend of the Court

Comes Now, the Intervenor, movant Jonathan Lee Riches d/b/a Benon Sevan, I move to intervene in this case under Bankruptcy Rule 7042 and F.R. Civ. P. rule 24(A)2 - as a unconditional matter of right, Zuber v. Allen, or under rule 24(B) - permissive Intervention, Nevilles v. EEOC, Strickland v. Washington, I was a shareholder victim to Lehman Brothers, Richard Fuld took hard working money. I invested in Lehman Brothers stock, 100 shares when I was in the Federal Penitentiary, so I can have security when I get out and won't have to do cybercrime or fraud, Now my money is gone. I'm emotionally distressed, I call Lehman Brothers collect on the prison phones, and they hang up on me, Now I can't afford to buy soap, toothpaste or deodorant in prison. Lehman Brothers Holdings Inc invested my money with Bernard Madoff & Michael Milken. I have a Amicus Curiae, friend of the court information, documents, exhibits, photos and newly discovered evidence. Under Rule 36, I move to admit myself to this case, I can be reached or called at the below address. As intervenor, movant prays this honorable court will grant my motions for relief.

respectfully,

Jonathan Lee Riches d/b/a Benon Sevan
#40948018  P.O. Box 340
Salters, SC 29590
843-387-9400

1-4-09