**Presentment Date and Time:** February 2, 2009 at 12:00 noon (Prevailing Eastern Time)
                            **Objections Deadline:** February 2, 2009 at 11:30 a.m. (Prevailing Eastern Time)

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Susheel Kirpalani
James C. Tecce
Eric M. Kay

*Special Counsel for the Official
Committee Of Unsecured Creditors of
Lehman Brothers Holdings Inc., et al.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 Case |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u> | : | No. 08-13555 (JMP) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------- x | | |

### NOTICE OF PRESENTMENT OF ORDER AND STIPULATION BETWEEN THE EXAMINER AND THE OFFICIAL COMMITTEE OF UNSECURED <u>CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., et al.</u>

      **PLEASE TAKE NOTICE** that the undersigned will present the attached Order

and Stipulation Between the Examiner and the Official Committee of Unsecured

Creditors of Lehman Brothers Holding Inc., <u>et al.</u> to the Honorable James M. Peck,

United States Bankruptcy Judge, for signature on February 2, 2009, at 12:00 noon.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed

Order and Stipulation must be made in writing and received in the Bankruptcy Judge's

chambers and by the undersigned not later than 11:30 a.m. on February 2, 2009. Unless

objections are received by that time, the Order may be signed.

Dated:  January 28, 2009
       New York, New York

                                        **QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP**

                                        <u>s/ Susheel Kirpalani</u>
                                        Susheel Kirpalani
                                        James C. Tecce
                                        Eric M. Kay
                                        51 Madison Avenue
                                        New York, New York 10010
                                        Telephone No.:  (212) 849-7000
                                        Facsimile No.:  (212) 849-7100

                                        *Special Counsel for Official Committee Of
Unsecured Creditors Of Lehman Brothers
Holdings Inc., <u>et</u> <u>al</u>.*

61377/2776271.1