VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

Counsel for Delta Air Lines, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS INC., *et al.*

Debtors.

-------------------------------------------------------------x

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

# NOTICE OF APPEARANCE AND REQUEST FOR
# SERVICE OF ALL NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that Venable LLP hereby appears as counsel for Delta Air Lines, Inc., a creditor and party in interest, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), requests that copies of all notices given or required to be given and all papers served or required to be served be given and served on the following:

> Venable LLP
> 750 East Pratt Street, Suite 900
> Baltimore, Maryland 21202
> Telephone: (410) 244-7400
> Facsimile: (410)244-7742
> Email: lbtancredi@venable.com
> Attention: Lisa Bittle Tancredi, Esq.

- and -

::ODMA\PCDOCS\BA3DOCS1\411817\1

-- 2 --

Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Email: easmith@venable.com
Attention: Edward A. Smith, Esq.

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, any or all other orders and notices of any application, motion, petition, request, complaint, demand, or other papers, whether written or oral, formal or informal, and whether transmitted by mail, courier service, hand or express delivery, telephone, facsimile transmission or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any related case, controversy, or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York

January 29, 2009

       Respectfully submitted,

       VENABLE LLP

By:   */s/ Edward A. Smith*
      Edward A. Smith
      Rockefeller Center
      1270 Avenue of the Americas, 25th Floor
      New York, New York 10020
      Telephone: (212) 307-5500
      Facsimile: (212) 307-5598

      Counsel for Delta Air Lines, Inc.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2009, I caused the foregoing Notice of Appearance and Request for Notices to be sent by first-class mail, postage prepaid, to the parties listed below, and by automatic ECF notice to those parties receiving ECF in the above captioned case.

Harvey R. Miller, Esq.
Jacqueline Marcus , Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Paul Aronzon, Esq.
Gregory A. Bray, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

/s/ Edward A. Smith
EDWARD A. SMITH