IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>LEHMAN BROTHERS HOLDINGS INC.,<br>    Debtor. | CASE NO. 08-13555<br>CHAPTER 11<br>JUDGE JAMES M. PECK |
| CLEVELAND BARRETT,<br>    Plaintiff,<br>V.<br>LEHMAN BROTHERS HOLDINGS, INC.,<br>    Defendant. | |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, S. Judson Waites, II, a member in good standing with the bar in the State of Georgia and the U. S. District Court for the Northern District of Georgia, request admission, pro hac vice, before the Honorable James M. Peck, to represent Cleveland Barrett, a plaintiff in the above-referenced case. My contact information follows:

Law Office of S. Judson Waites, II, P.C.
145 Church Street, Suite 110
Marietta, GA 30060
Ph. (770) 420-6566
Fax (770) 424-1408
E: sjwaites@waites-law.com

The filing fee of $25 has been submitted with this motion for pro hac vice admission.

Respectfully submitted, this the ____ day of January, 2009.

S. Judson Waites, II, Esq.
Attorney for Cleveland Barrett
Georgia Bar No. 730406

RECEIVED JAN 28 2009
U.S. BANKRUPTCY COURT, SDNY