UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                                  Case No. 08-13555 (JMP)

                              Debtor.
------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF S. JUDSON WAITES II

UPON the motion of S. Judson Waites II  dated January 29, 2009 for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that S. Judson Waites II is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       January 29, 2009

                              _s/ *James M. Peck*_____
                              UNITED STATES BANKRUPTCY JUDGE