RUSSELL L. REID, JR. (RR 2011)
BLANKA K. WOLFE (BW 0925)
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

*Attorneys for Israel Discount Bank of New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., *et al.*,<br><br>                Debtors. | Case No.   08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that Israel Discount Bank of New York ("IDB"), as party-in-interest and creditor, hereby appears in the above-captioned matter by its counsel Sheppard Mullin Richter & Hampton LLP, and requests, pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered and served upon the following:

> Russell L. Reid, Jr., Esq.
> Blanka K. Wolfe, Esq.
> **Sheppard Mullin Richter & Hampton, LLP**
> 30 Rockefeller Plaza, 24th Floor
> New York, New York  10112
> Tel: (212) 332-3800
> Fax: (212) 332-3888
> E-mail:  rreid@sheppardmullin.com
>         bwolfe@sheppardmullin.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, facsimile or otherwise, which may affect or seek to affect in any way any of IDB's rights or interests, including without limitation, any disclosure statements and plans filed under chapter 11 of the Bankruptcy Code, and any other documents with respect to the Debtors' property or proceeds thereof in which the Debtors may claim an interest, as filed in these bankruptcy cases.  *The undersigned also requests that the above referenced names and corresponding addresses be added to the mailing matrix for the Debtors in these bankruptcy cases.*

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice"), nor any other appearances, pleadings, proofs of claim, claims, or suits filed by IDB shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
January 30, 2009

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Russell L. Reid, Jr.
Russell L. Reid, Jr., Esq.
Blanka K. Wolfe, Esq.
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Tel: (212) 332-3800

*Attorneys for Israel Discount Bank of New York*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2009, I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, to the parties listed below, and by automatic ECF notice to those parties receiving ECF in the above-captioned case:

                By: /s/ Blanka K. Wolfe
                     Blanka K. Wolfe, Esq.

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Diane Harvey, Esq.
Harvey R. Miller, Esq.
Jacqueline Marcus , Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Paul Aronzon, Esq.
Gregory A. Bray, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Jeffrey S. Margolin
Sarah K. Loomis
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004