ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor
Boston, MA 02199-7080
Phone: (617) 267-2300
Fax: (617) 267-8288



**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re.** ) | |
| ) | Chapter 11 Case No. |
| ) | 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.,** ) | |
| *et al.,* ) | (Jointly Administered) |
| ) | |
| **Debtors.** ) | |
| ) | |

<u>**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***</u>

I, Veronica M. Lei, a member of good standing of the bars of the State of Illinois, the

U.S. District Court for the Northern District of Illinois and the Commonwealth of Massachusetts,

request admission *pro hac vice* before the Honorable James M. Peck to represent the following

parties of interest in the above-referenced cases:

    Liberty Mutual Insurance Company

    Liberty Mutual Fire Insurance Company

    Liberty Insurance Corporation

    Liberty Life Assurance Company of Boston

    Liblaco Separate Accounts

    Employers Insurance of Wausau

    Wisconsin Health Care Liability Insurance Plan

    Ohio Casualty Insurance Company

35234717.1

American Fire & Casualty Insurance Company

Peerless Indemnity Insurance Company

Peerless Insurance Company

Liberty Insurance Underwriters Inc.

Liberty Seguros

Liberty Mutual Insurance Europe Limited

Liberty Insurance Pte Ltd

Liberty Spain Life

My contact information is as follows:

Veronica M. Lei (ARDC #6283358; BBO # pending)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor
Boston, MA 02199-7080
Phone: (617) 267-2300
Fax: (617) 267-8288
Email: vmlei@rkmc.com

I paid the fee of $25.00 at the time of this Motion's filing.

Dated: January 30, 2009                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                              By:     _____
                                      Veronica M. Lei
                                      ARDC #6283358; BBO # pending
                                      800 Boylston Street
                                      25th Floor
                                      Boston, MA  02199-7080
                                      Phone: (617) 267-2300
                                      Fax: (617) 267-8288
                                      Email: vmlei@rkmc.com

35234717.1

**UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re.** ) | |
| ) | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** ) | 08-13555 (JMP) |
| *et al.,* ) | |
| ) | (Jointly Administered) |
| **Debtors.** ) | |
| ) | |

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

**ORDERED**, that Veronica M. Lei is admitted to practice *pro hac vice* in the above-

referenced cases in the United States Bankruptcy Court in the Southern District of New York.

Dated: February __, 2009

_____
The Honorable James M. Peck
United States Bankruptcy Judge

35234717.1