ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor
Boston, MA 02199-7080
Phone: (617) 267-2300
Fax: (617) 267-8288



RECEIVED
JAN 3 0 2009
U.S. BANKRUPTCY COURT, SDNY

**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re.<br><br>**LEHMAN BROTHERS HOLDINGS INC.,**<br>*et al.,*<br><br>　　　　　**Debtors.** | Chapter 11 Case No.<br>08-13555 (JMP)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Anthony A. Froio, a member of good standing of the bars of the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts, request admission *pro hac vice* before the Honorable James M. Peck to represent the following parties of interest in the above-referenced cases:

　　　Liberty Mutual Insurance Company

　　　Liberty Mutual Fire Insurance Company

　　　Liberty Insurance Corporation

　　　Liberty Life Assurance Company of Boston

　　　Liblaco Separate Accounts

　　　Employers Insurance of Wausau

　　　Wisconsin Health Care Liability Insurance Plan

　　　Ohio Casualty Insurance Company

35236254.1

American Fire & Casualty Insurance Company

Peerless Indemnity Insurance Company

Peerless Insurance Company

Liberty Insurance Underwriters Inc.

Liberty Seguros

Liberty Mutual Insurance Europe Limited

Liberty Insurance Pte Ltd

Liberty Spain Life

My contact information is as follows:

Anthony A. Froio (BBO # 554708)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor
Boston, MA 02199-7080
Phone: (617) 267-2300
Fax: (617) 267-8288
Email: aafroio@rkmc.com

I paid the fee of $25.00 at the time of this Motion's filing.

Dated: January 30, 2009

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
Anthony A. Froio (BBO # 554708)
800 Boylston Street
25th Floor
Boston, MA 02199-7080
Phone: (617) 267-2300
Fax: (617) 267-8288
Email: aafroio@rkmc.com

35236254.1

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re.<br><br>**LEHMAN BROTHERS HOLDINGS INC.,**<br>*et al.*,<br><br>                Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br><br>(Jointly Administered) |

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

**ORDERED**, that Anthony A. Froio is admitted to practice *pro hac vice* in the above-referenced cases in the United States Bankruptcy Court in the Southern District of New York.


Dated: February __, 2009

                                                                        _____
                                                                        The Honorable James M. Peck
                                                                        United States Bankruptcy Judge

35236254.1