Jay Hurst (JH5449)
Assistant Attorney General
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX  78711-2548
Telephone: (512) 475-4861

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                                :        CHAPTER 11
                                                                                :
In re:  LEHMAN BROTHERS HOLDINGS INC.  :        Case No. 08-13555-JMP
                                                                                :        (Jointly Administered)
                                                                                :
                        DEBTORS                              :
----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

> Jay Hurst
> Assistant Attorney General
> Bankruptcy & Collections Division
> P. O. Box 12548
> Austin, Texas 78711-2548

The Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jay Hurst*
JAY HURST (JH5449)
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX  78711-2548
Telephone:  (512) 475-4861
jay.hurst@oag.state.tx.us

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on February 2, 2009 a true copy of the foregoing was served to the following parties by the method indicated:

By Regular First Class Mail:

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

By Electronic Means as listed on the Court's ECF Noticing System:

Marc Abrams maosbny@willkie.com, mabrams@willkie.com
Ann E. Acker acker@chapman.com
Luma Al-Shibib lalshibib@reedsmith.com
Colin B. Albaugh albaugh.colin@pbgc.gov, efile@pbgc.gov
Ana M. Alfonso aalfonso@kayescholer.com,

daniel.bloom@kayescholer.com;rcappiello@kayescholer.com
George Angelich angelich.george@arentfox.com, angelich.george@arentfox.com
Tara B. Annweiler tannweiler@greerherz.com
Rick Antonoff rick.antonoff@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Bruce G. Arnold barnold@whdlaw.com, jwells@whdlaw.com
John R. Ashmead ashmead@sewkis.com
Lauren Attard lattard@kayescholer.com, lattard@kayescholer.com;rrotman@kayescholer.com
Douglas Bacon douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
Donald M. Badaczewski donald.badaczewski@dechert.com
Helen Ball hball@ba-boult.com, mtaylor@ba-boult.com
William G. Ballaine wballaine@lcbf.com
Elizabeth Banda kwilliams@pbfcm.com
David M. Banker dbanker@lowenstein.com
David L. Barrack dbarrack@fulbright.com
Lawrence Bass lawrence.bass@hro.com
Anne E. Beaumont abeaumont@fklaw.com, lehman@fklaw.com
T. Scott Belden sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com
Christopher Robert Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com
Howard S. Beltzer hbeltzer@morganlewis.com
Evan J. Benanti evan.benanti@bingham.com
Walter Benzija wbenzija@halperinlaw.net
Leslie Ann Berkoff lberkoff@moritthock.com
Mark N. Berman mberman@nixonpeabody.com
Scott Howard Bernstein sbernstein@hunton.com
Martin J. Bienenstock martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com
Robert Jeffery Black jeffery.black@bingham.com, pat.wright@bingham.com
Benjamin Blaustein bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Michael V. Blumenthal mblumenthal@crowell.com
Anthony D. Boccanfuso Anthony_Boccanfuso@aporter.com
Carmine Boccuzzi maofiling@cgsh.com, cboccuzzi@cgsh.com
Mark V. Bossi mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
John S. Brannon john.brannon@tklaw.com
Timothy W. Brink timothy.brink@dlapiper.com
James L. Bromley maofiling@cgsh.com
Andrew P. Brozman andrew.brozman@cliffordchance.com
Martin G. Bunin marty.bunin@alston.com
Michael G. Busenkell mbusenkell@wcsr.com
Aaron R. Cahn cahn@clm.com
Carollynn H.G. Callari ccallari@venable.com
Donald F. Campbell dcampbell@ghclaw.com
Sarah Campbell scampbell@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

Matthew Allen Cantor info2@normandyhill.com
John F. Carberry jcarberry@cl-law.com, dsantos@cl-law.com
Roy H. Carlin rcarlin@breslowwalker.com
Lawrence F. Carnevale bankruptcy@clm.com
James S. Carr KDWBankruptcyDepartment@kelleydrye.com
Shelley C. Chapman maosbny@willkie.com, schapman@willkie.com
Eugene J. Chikowski eugene.chikowski@flastergreenberg.com
Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com
Robert N. H. Christmas rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Darrell W. Clark dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com
Jared Riley Clark jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com
Marvin E. Clements agbanknewyork@ag.tn.gov
Ronald L. Cohen cohenr@sewkis.com
Michael H. Cohn mcohn@cohnroth.com, scaba@cohnroth.com;tburns@cohnroth.com
Kenneth P. Coleman kurt.vellek@allenovery.com, tania.ingman@allenovery.com;bethany.kriss@allenovery.com
Patrick Collins pcollins@farrellfritz.com
Christopher Combest ccombest@quarles.com, fbf@quarles.com
Kenneth Corey-Edstrom kcoreyedstrom@larkinhoffman.com
Patrick M. Costello pcostello@bbslaw.com
Steven Cousins scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
David N. Crapo dcrapo@gibbonslaw.com
David A. Crichlow dcrichlow@pillsburywinthrop.com
Maureen A. Cronin macronin@debevoise.com, hsokolow@debevoise.com;dakazlow@debevoise.com;mao-ecf@debevoise.com
Leo T. Crowley leo.crowley@pillsburylaw.com
Walter H. Curchack wcurchack@loeb.com, vrubinstein@loeb.com
Vincent D'Agostino vdagostino@lowenstein.com
Michael R. Dal Lago bankruptcy@morrisoncohen.com
George A. Davis wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com
Paul R. DeFilippo pdefilippo@wmd-law.com, gparascondola@wmd-law.com
Jennifer C. DeMarco jennifer.demarco@cliffordchance.com
Gabriel Del Virginia, Esq. gabriel.delvirginia@verizon.net
John Dellaportas dellajo@duanemorris.com
Bradford E. Dempsey brad.dempsey@hro.com
Christopher M. Desiderio cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Paul H. Deutch paul.deutch@troutmansanders.com, harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com
Mark W. Deveno mark.deveno@bingham.com, pat.wright@bingham.com
Maria J. DiConza diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing ddiesing@whdlaw.com, lramirez@whdlaw.com
Gianni Dimos gianni.dimos@pillsburylaw.com
Christopher R. Donoho chris.donoho@lovells.com, omeca.nedd@lovells.com;daniel.anstey@lovells.com
Joshua Dorchak joshua.dorchak@bingham.com, david.marcus@bingham.com
Mark J. Dorval mdorval@stradley.com
Amish R. Doshi adoshi@daypitney.com
Thomas Alan Draghi tdraghi@westermanllp.com
Dennis J. Drebsky ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Robert W. Dremluk rdremluk@seyfarth.com, pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,
Todd E. Duffy tduffy@duffyandatkins.com, jatkins@duffyandatkins.com;dnolan@duffyandatkins.com;smartin@duffyandatkins.com
Matthew Dyer BkMail@prommis.com
David W. Dykhouse dwdykhouse@pbwt.com;cbelanger@pbwt.com
Andrew B. Eckstein aeckstein@blankrome.com, senese@blankrome.com
Michael James Edelman mjedelman@vedderprice.com, ecf_nydocket@vedderprice.com
Daniel Eggermann deggermann@kramerlevin.com
Devon Eggert deggert@freebornpeters.com, bkdocketing@freebornpeters.com
Weston T. Eguchi weguchi@orrick.com
Susan K. Ehlers sehlers@armstrongteasdale.com
Jeremy D. Eiden jeremy.eiden@state.mn.us
Martin Eisenberg Martin.Eisenberg@thompsonhine.com
Charles R. Ekberg ekbergc@lanepowell.com, jagows@lanepowell.com
Erin L. Eliasen eleliasen@stoel.com, basargent@stoel.com
David S. Elkind david.elkind@ropesgray.com, paul.lang@ropesgray.com
Mark C. Ellenberg mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com
David Elrod delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com
Bertin C. Emmons bemmons@sovereignbank.com
Michael R. Enright menright@rc.com
Andrew J. Entwistle aentwistle@entwistle-law.com, tmaloney@entwistle-law.com;mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;scasey@entwistle-law.com;jporter@entwistle-law.com
Edward J. Estrada eestrada@reedsmith.com
Michael S. Etkin metkin@lowenstein.com, mseymour@lowenstein.com
Robert Michael Farquhar mfarquhar@winstead.com, whsu@winstead.com
Michael S. Feldberg michael.feldberg@newyork.allenovery.com, laura.martin@newyork.allenovery.com;kurt.vellek@allenovery.com;lanier.saperstein@allenovery.com
Matthew Allen Feldman maosbny@willkie.com, mfeldman@willkie.com
Charles J. Filardi charles@filardi-law.com, abothwell@filardi-law.com
Steven E. Fineman sfineman@lchb.com

Harden Alexander Fisch afisch@stutman.com
Eric Fisher fishere@butzel.com
Daniel J. Flanigan dflanigan@polsinelli.com, tbackus@polsinelli.com
Robert M. Fleischer rfleischer@pryorcashman.com, docketing@pryorcashman.com
Martin N. Flics martin.flics@linklaters.com,
shauin.wang@linklaters.com;casey.bell@linklaters.com
Shawn Randall Fox sfox@mcguirewoods.com
Mark Freedlander mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com
David M. Friedman courtnotices@kasowitz.com
Ellen A. Friedman mmyles@friedumspring.com
Kenneth Friedman kfriedman@manatt.com
Michael Friedman mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
Thomas M. Gaa tgaa@bbslaw.com, catherine@bbslaw.com
Alan E. Gamza Agamza@mosessinger.com,
dkick@mosessinger.com;dbutvick@mosessinger.com
Jan B. Geller jbgesq@bway.net
Anthony I. Giacobbe agiacobbe@zeklaw.com
Steven D. Ginsburg sdg@adorno.com,
smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com
Steven A. Ginther sdnyecf@dor.mo.gov
Joseph M. Gitto jgitto@nixonpeabody.com
Eduardo J. Glas eglas@mccarter.com
Jay M. Goffman JGoffman@skadden.com
Andrew C. Gold agold@herrick.com
Matthew J. Gold mgold@kkwc.com, mattgoldesq@optonline.net
Seth Goldman seth.goldman@mto.com
Irena M. Goldstein igoldstein@dl.com
Antonia Golianopoulos agolianopoulos@mayerbrownrowe.com,
agolianopoulos@mayerbrownrowe.com
Peter S. Goodman PGoodman@Andrews-Kurth.com, tdavidson@andrewskurth.com
Todd M. Goren tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com
Lindsee Paige Granfield maofiling@cgsh.com,
lgranfield@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com
Ira S. Greene isgreene@hhlaw.com, nduncan@hhlaw.com
Emanuel C. Grillo egrillo@goodwinprocter.com
Steven T. Gubner ecf@ebg-law.com
Paul C. Gunther pgunther@salans.com, nkhalatova@salans.com
Daniel J. Guyder daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com;tania.ingman@allenovery.com
Alan D. Halperin ahalperin@halperinlaw.net,
cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net
Juandisha Harris harrisjm@michigan.gov, holcombm@michigan.gov

Diane Harvey diane.harvey@weil.com,
mark.ribaudo@weil.com;ashish.gandhi@weil.com;ryan.philp@weil.com
Howard R. Hawkins howard.hawkins@cwt.com, allison.dipasqua@cwt.com
Patrick L. Hayden phayden@mcguirewoods.com
Dion W. Hayes
phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com
James M. Heiser heiser@chapman.com
Sally M. Henry Sally.Henry@skadden.com, efiechte@skadden.com
Ira L. Herman ira.herman@tklaw.com,
orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com
Neil E. Herman Nherman@morganlewis.com
Robert M. Hirsh hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com
Casey B. Howard choward@lockelord.com
Hamish Hume hhume@bsfllp.com,
NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com
Frederick D. Hyman fhyman@mayerbrownrowe.com, cwilliams-pugh@mayerbrownrowe.com
Adam H. Isenberg aisenberg@saul.com
Robbin L. Itkin ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com
Steve Jakubowski sjakubowski@colemanlawfirm.com
John J. Jolley jay.jolley@kutakrock.com, thomas.roubidoux@kutakrock.com
Roger G. Jones rjones@bccb.com
John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com
Gregory O. Kaden gkaden@goulstonstorrs.com
Richard S. Kanowitz rkanowitz@cooley.com
Dimitri G. Karcazes dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com
Diane J. Kasselman dkasselman@kasselman-law.com
Elyssa Suzanne Kates ekates@bakerlaw.com
Robin Elizabeth Keller robin.keller@lovells.com, omeca.nedd@lovells.com
J. Michael Kelly kellyjm@cooley.com
Kenneth J. Kelly kkelly@ebglaw.com, nyma@ebglaw.com
Thomas L. Kent tomkent@paulhastings.com
Christopher K. Kiplok kiplok@hugheshubbard.com
Paul Kizel pkizel@lowenstein.com, jkramer@lowenstein.com;nStefanelli@lowenstein.com
Barry R. Kleiner dkleiner@velaw.com
Howard Koh hkoh@meisterseelig.com
Robert Kolodney rkolodney@kanekessler.com
Lawrence J. Kotler ljkotler@duanemorris.com
Deborah Kovsky-Apap kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com
Bryan Krakauer bkrakauer@sidley.com, emcdonnell@sidley.com
Greg T. Kupniewski greg.kupniewski@flastergreenberg.com
Jeffrey Kurtzman jkurtzma@klehr.com
Paul J. Labov plabov@eapdlaw.com

Darryl S. Laddin bkrfilings@agg.com
Michael C. Lambert mclambert@lawpost-nyc.com
Mark Landman mlandman@lcbf.com
David P. Langlois david.langlois@sablaw.com
Robert Laplaca rlaplaca@levettrockwood.com
Francis J. Lawall lawallf@pepperlaw.com
James N. Lawlor jlawlor@wmd-law.com, gbenaur@wmd-law.com
David M. LeMay dlemay@chadbourne.com
Mark G. Ledwin mark.ledwin@wilsonelser.com
Stephen D. Lerner slerner@ssd.com
Ira M. Levee ilevee@lowenstein.com, mseymour@lowenstein.com
Shari D. Leventhal shari.leventhal@ny.frb.org
Richard B. Levin rlevin@cravath.com, managing_attorneys_office@cravath.com
Jeffrey W. Levitan jlevitan@proskauer.com, srutsky@proskauer.com
Joel H. Levitin JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;NMarcantonio@cahill.com
Ian N. Levy ian.levy@kobrekim.com
Richard Levy rlevy@pryorcashman.com
Leo V. Leyva lleyva@coleschotz.com
Michael Liberman mliberman@ebglaw.com, nyma@ebglaw.com
David Liebov liebovd@sullcrom.com
Demetra Liggins demetra.liggins@tklaw.com
Joanne K. Lipson jlipson@crockerkuno.com, ttracy@crockerkuno.com;nancy@crockerkuno.com
Judy G.Z. Liu judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com
Edward Joseph LoBello elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com
Stephen T. Loden sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com
Sarah K. Loomis loomis@hugheshubbard.com
Eric Lopez Schnabel schnabel.eric@dorsey.com
Daniel A. Lowenthal dalowenthal@pbwt.com, mcobankruptcy@pbwt.com
Mark L. Lubelsky mark@mllassociates.com
Donald K. Ludman dludman@brownconnery.com
Alan Lungen alungen@kasowitz.com, alungen@kasowitz.com
Kerri Anne Lyman klyman@irell.com
John H. Maddock jmaddock@mcquirewoods.com, jmaddock@mcguirewoods.com;jsheerin@mcguirewoods.com
John S. Mairo jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com
Christopher J. Major cmajor@rc.com, tgorrell@rc.com
Robert K. Malone robert.malone@dbr.com
Beverly Weiss Manne bmanne@tuckerlaw.com
Julie A. Manning bankruptcy@goodwin.com

Jacqueline Marcus jacqueline.marcus@weil.com
Alan E. Marder lgomez@msek.com
Jeffrey S. Margolin margolin@hugheshubbard.com
Lorenzo Marinuzzi lmarinuzzi@mofo.com
D. Ross Martin ross.martin@ropesgray.com,
Therese.Scheuer@ropesgray.com;Patricia.Chen@ropesgray.com
Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson
@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com
Laurence May lmay@coleschotz.com
Douglas Kirk Mayer dkmayer@wlrk.com, dkmayer@wlrk.com
Kurt A. Mayr kurt.mayr@bgllp.com
Jil Mazer-Marino jmazermarino@msek.com, kgiddens@msek.com
James I. McClammy lehman.chapter11@dpw.com
Daniel J. McGarry dmcgarry@whdlaw.com, dkarns@whdlaw.com
Douglas J. McGill douglas.mcgill@dbr.com
Frank McGinn ffm@bostonbusinesslaw.com
Lorraine S. McGowen lmcgowen@orrick.com
Michelle McMahon michelle.mcmahon@bryancave.com,
dortiz@bryancave.com;wcrenshaw@pogolaw.com
Austin L. McMullen amcmullen@ba-boult.com
John P. McNicholas john.mcnicholas@dlapiper.com,
william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dlapiper.com;
mark.c.smith@dlapiper.com;christopher.thomson@dlapiper.com;robert.ware@dlapiper.com;kris
tin.rosella@dlapiper.com;jeremy.johnson@dlapiper.com;william.currie@dlapiper.co
John P. Melko jmelko@gardere.com
Michelle A. Mendez mmendez@hunton.com
Michael T. Mervis Mmervis@proskauer.com,
Mmervis@proskauer.com;LSONYSB@proskauer.com
Richard M. Meth msteen@daypitney.com
Robert N. Michaelson rmichaelson@klgates.com
Brett H. Miller bmiller@mofo.com
Harvey R. Miller harvey.miller@weil.com, garrett.fail@weil.com
Kenneth M. Misken kmisken@mcguirewoods.com
Joseph Thomas Moldovan bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com
Thomas J. Moloney maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
Claude D. Montgomery
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com
Martin A. Mooney mmooney@deilylawfirm.com,
tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
Joshua D. Morse morsej@hbdlawyers.com
Judy Hamilton Morse judy.morse@crowedunlevy.com
Steven T. Mulligan smulligan@bsblawyers.com

David Neier dneier@winston.com, dcunsolo@winston.com
Melissa Z. Neier mneier@ibolaw.com
Laura E. Neish lneish@zuckerman.com
Roger David Netzer maosbny@willkie.com, rnetzer@willkie.com
Steven H. Newman snewman@katskykorins.com
Robert E. Nies rnies@wolffsamson.com
Timothy F. Nixon tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Richard P. Norton rnorton@hunton.com
Robert M. Novick rnovick@kasowitz.com, courtnotices@kasowitz.com
Harold S. Novikoff hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com
Anne Faith O'Berry jputnam@bermanesq.com
Edmond P. O'Brien eobrien@sbchlaw.com
Carl W. Oberdier coberdier@schiffhardin.com,
lbonilla@schiffhardin.com;sodavis@schiffhardin.com;egeekie@schiffhardin.com;jcho@schiffhardin.com
Kalman Ochs ochska@ffhsj.com
Harold Olsen holsen@stroock.com
Matthew Olsen molsen@morganlewis.com
Karen Ostad kostad@mofo.com
Jody Michelle Oster ECF.Oster@huntington.com
Alec P. Ostrow apo@stevenslee.com
R. Stephen Painter spainter@cftc.gov
Charles Palella cpalella@kurzman.com
Deryck A. Palmer deryck.palmer@cwt.com,
allison.dipasqua@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com
Charles N. Panzer cpanzer@sillscummis.com
Alfredo R. Perez alfredo.perez@weil.com,
Michele.meises@weil.com;rachel.albanese@weil.com;ilusion.rodriguez@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etienne@weil.com;sherri.toub@weil.com;nicole.aliseo@weil.com;aliza.reicher@weil.com
Steven W. Perlstein steven.perlstein@kobrekim.com
Deborah J. Piazza dpiazza@hodgsonruss.com
Andrea Pincus apincus@reedsmith.com
Leslie A. Plaskon leslieplaskon@paulhastings.com
Sydney G. Platzer splatzer@platzerlaw.com
Frederick B. Polak lml@ppgms.com
Dana Post dpost@kramerlevin.com
John N. Poulos poulos@hugheshubbard.com
Constantine Pourakis cp@stevenslee.com
Patricia Williams Prewitt pprewitt@lockelord.com
William C. Price wprice@mcguirewoods.com
Jeffrey D. Prol jprol@lowenstein.com

Jonathan I. Rabinowitz jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
Amanda Raboy araboy@cov.com
John J. Rapisardi john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com;sohyoung.choo@cwt.com
Paul L. Ratelle pratelle@fwhtlaw.com
Gary Ravert gravert@mwe.com
Sophia Ree sree@lcbf.com
Ira A. Reid ira.a.reid@bakernet.com
Russell Lowell Reid rreid@sheppardmullin.com, ERotenberg-Schwartz@sheppardmullin.com;bwolfe@sheppardmullin.com
Steven J. Reisman sreisman@curtis.com,
webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com
Howard D. Ressler hressler@diamondmccarthy.com
Kenneth A. Reynolds kreynolds@mklawnyc.com,
jwalsh@mklawnyc.com;tcard@mklawnyc.com
Alexander G. Rheaume arheaume@riemerlaw.com, gmoss@riemerlaw.com
Jeffrey N. Rich jeff.rich@klgates.com, nathanael.meyers@klgates.com
Marc E. Richards mrichards@blankrome.com
Dirk S. Roberts dirk.roberts@ots.treas.gov
Michael J. Roeschenthaler mroeschenthaler@mcguirewoods.com
Courtney Rogers crogers@orrick.com
Elizabeth L. Rose erose@herrick.com, erose@herrick.com
George Rosenberg grosenberg@co.arapahoe.co.us
Jeffrey M. Rosenberg jeff@kleinsolomon.com
Kermit A. Rosenberg krosenberg@tighepatton.com
Edward M. Rosensteel info@rosebeck.com
Jeffrey A. Rosenthal maofiling@cgsh.com, aweaver@cgsh.com;stkaiser@cgsh.com
David A. Rosenzweig DRosenzweig@Fulbright.com
David S. Rosner dfliman@kasowitz.com;courtnotices@kasowitz.com
Douglas B. Rosner drosner@goulstonstorrs.com
Rene S. Roupinian rroupinian@outtengolden.com
Barry J Roy broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
Scott K. Rutsky srutsky@proskauer.com
Jay G. Safer jsafer@lockelord.com
Chester B. Salomon cs@stevenslee.com
Diane W. Sanders austin.bankruptcy@publicans.com
Lori K. Sapir lsapir@ssghlaw.com
Shuba Satyaprasad ssatyaprasad@akingump.com
Kim Sherrie Sawyer gharnett@tlsgltd.com
Gregory B. Schiller gschiller@zeislaw.com
Michael L. Schleich mschleich@fslf.com

Carey D. Schreiber cschreiber@winston.com
Christopher P. Schueller christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com
Dan Jeremy Schulman dschulman@salans.com
Jeffrey L. Schwartz
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com
Lisa M. Schweitzer lschweitzer@cgsh.com,
maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com
Brendan M. Scott bscott@klestadt.com
Howard Seife arosenblatt@chadbourne.com;jporter@chadbourne.com
Stephen B. Selbst sselbst@herrick.com, courtnotices@herrick.com
Nolan E. Shanahan nshanahan@coleschotz.com
Andrea Sheehan sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
Thomas I. Sheridan tsheridan@hanlyconroy.com
Mark Sherrill mark.sherrill@sablaw.com
Joseph E. Shickich jshickich@riddellwilliams.com
Stephen J. Shimshak sshimshak@paulweiss.com, sshimshak@paulweiss.com
Mark Shinderman mark.shinderman@mto.com, paula.ayers@mto.com
Carren B. Shulman cshulman@sheppardmullin.com, mdunn@sheppardmullin.com
Glenn E. Siegel Glenn.Siegel@dechert.com
Paul H. Silverman PSilverman@mclaughlinstern.com
Peter L. Simmons peter.simmons@friedfrank.com
Keith A. Simon keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
Thomas R. Slome lgomez@msek.com
Edward Smith easmith@venable.com
Elizabeth Page Smith esmith@llgm.com, strum@dl.com
Abigail Snow asnow@ssbb.com
Eric J. Snyder esnyder@sillerwilk.com
Mark A. Speiser mspeiser@stroock.com, insolvency2@stroock.com
Marvin E. Sprouse msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
Bonnie Steingart steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Malani Sternstein msternstein@sheppardmullin.com
Brent C. Strickland bstrickland@wtplaw.com
Harvey A. Strickon harveystrickon@paulhastings.com,
frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com
David A. Sullivan david.sullivan@cliffordchance.com
Walter E. Swearingen wswearingen@llf-law.com, wswearngen@aol.com
James Tecce jamestecce@quinnemanuel.com
Samuel Jason Teele jteele@lowenstein.com,
gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To mcto@debevoise.com, mao-ecf@debevoise.com
Kenneth B. Tomer ktomer@goodwinprocter.com, lmorton@goodwinprocter.com
Amit K. Trehan atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwilliams-pugh@mayerbrown.com;cwalsh@mayerbrown.com
Patrick J. Trostle ptrostle@jenner.com
Sarah Trum strum@dl.com, lsaal@dl.com
Brian Trust btrust@mayerbrown.com
Raymond J. Urbanik rurbanik@munsch.com
Michael J. Venditto mvenditto@reedsmith.com
Raymond W. Verdi hellerverdi@aol.com
Jon C. Vigano jvigano@schiffhardin.com, dgordon@schiffhardin.com
James J. Vincequerra jvincequerra@wolfblock.com
Jonathan M. Wagner jwagner@kramerlevin.com
Shai Waisman shai.waisman@weil.com,
amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@weil.com;sherri.toub@weil.com;camisha.simmons@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;matthew.curro@weil.com;michele.meises@weil.com
Josephine Wang jwang@sipc.org
Allen C. Wasserman awasserman@lockelord.com
Corey R. Weber ecf@ebg-law.com
William P. Weintraub wweintraub@fklaw.com, zhassoun@fklaw.com
Rochelle R. Weisburg rochellew@shiboleth.com
John W. Weiss weissjw@gtlaw.com
Elizabeth Weller dallas.bankruptcy@publicans.com
David B. Wheeler davidwheeler@mvalaw.com
Timothy Raymond Wheeler twheeler@lowenstein.com
Lee Papachristou Whidden lwhidden@salans.com, nkhalatova@salans.com
Stephanie Wickouski stephanie.wickouski@dbr.com, jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.com
Erin E. Wietecha ewietecha@coleschotz.com
Deborah D. Williamson dwilliamson@coxsmith.com, aseifert@coxsmith.com
Eric R. Wilson KDWBankruptcyDepartment@Kelleydrye.com
L. Matt Wilson efile@willaw.com
Steven R. Wirth swirth@wmd-law.com
Amy R. Wolf arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com
Richard L. Wynne rwynne@kirkland.com;sperry@kirkland.com;scho@kirkland.com
Erin Zavalkoff ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com
N. Theodore Zink tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com
Peter Alan Zisser jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com
Edward P. Zujkowski ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com
Ellen Zweig ezweig@optonline.net
Abraham L. Zylberberg azylberberg@whitecase.com,

jdisanti@whitecase.com;mcosbny@whitecase.com

*/s/ Jay Hurst*
JAY HURST