**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
**In re**                                          :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :   **08-13555 (JMP)**
:
       **Debtors.**                                :   **Jointly Administered**
:
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I, J. Christopher Shore, hereby certify that on February 2, 2009, I caused a true and correct copy of the foregoing letter to be served on the parties on the attached service list via electronic mail.

Dated: New York, New York
       February 2, 2009

                  WHITE & CASE LLP

                  By:  */s/ J. Christopher Shore*
                        J. Christopher Shore
                        1155 Avenue of the Americas
                        New York, NY 11036-2787
                        (212) 819-8200

                        Wachovia Financial Center
                        200 South Biscayne Blvd., Suite 4900
                        Miami, Florida 33131
                        (305) 371-2700
                        Thomas E Lauria (Admission *Pro Hac Vice* Pending)

                        ATTORNEYS FOR
                        DNB NOR BANK ASA

NEWYORK 7020567 (2K)

## SERVICE LIST

Richard P. Krasnow, Esq. (richard.krasnow@weil.com)
John W. Lucas, Esq. (john.lucas@weil.com)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
*Attorneys for the Debtors and Debtors in Possession*

Dennis F. Dunne, Esq. (ddunne@milbank.com)
Evan R. Fleck, Esq. (efleck@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
*Attorneys for the Official Committee of Unsecured Creditors*