Karen E. Wagner, Esq.  (KW-3451)
Abraham Gesser, Esq. (AG-7531)
James I. McClammy, Esq. (JM-5592)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
         :

In re:           :   Chapter 11
         :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   Case No. 08-13555 (JMP)
         :

           Debtors.   :   (Jointly Administered)
         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF WITHDRAWAL OF DAVIS POLK & WARDWELL AS COUNSEL FOR FEDERAL HOME LOAN MORTGAGE CORPORATION

PLEASE TAKE NOTICE that Davis Polk & Wardwell hereby withdraws its appearance

as counsel for Federal Home Loan Mortgage Corporation ("**Freddie Mac**") in connection with

the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc. and its debtor affiliates.

PLEASE TAKE FURTHER NOTICE that Landman Corsi Ballaine & Ford, P.C. will

continue to represent Freddie Mac as counsel in connection in the above-captioned proceedings.

Dated:   February 2, 2009                    **DAVIS POLK & WARDWELL**
         New York, New York                  By: /s/ James I. McClammy
                                                 Karen E. Wagner, Esq.  (KW-3451)
                                                 Abraham Gesser (AG-7531)
                                                 James I. McClammy (JM-5592)
                                                 450 Lexington Avenue
                                                 New York, NY 10017
                                                 Telephone: (212) 450-4000
                                                 Facsimile: (212) 450-3800


                                                 *Withdrawing Counsel to the Federal Home
                                                 Loan Mortgage Corporation in
                                                 Conservatorship*