Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

-and-

Kevin M. Eckhardt (admission pending)
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
(305) 810-2500

*Attorneys for Nortehispana de Seguros y Reaseguros, S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                              :     Chapter 11
                                                                   :
                                                                   :     Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC., *et al.,*   :
                                                                   :     (Jointly Administered)
                                                     Debtors.   :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Nortehispana de Seguros y Reaseguros, S.A. ("Nortehispana"), by and through its undersigned counsel, hereby enters a notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that Nortehispana hereby requests, pursuant to Bankruptcy Rule 2002 and Bankruptcy Code section 1109(b), that copies of all notices and pleadings given, and all papers served or required to be served, be given and served upon the following persons at the address, telephone number, facsimile number and e-mail address indicated:

      Scott H. Bernstein
      HUNTON & WILLIAMS LLP
      200 Park Avenue, 53rd Floor
      New York, New York 10166
      Telephone: (212) 309-1000
      Facsimile: (212) 309-1100
      Email: sbernstein@hunton.com

      Kevin M. Eckhardt
      HUNTON & WILLIAMS LLP
      1111 Brickell Avenue, Suite 2500
      Miami, Florida 33131
      Telephone: (305) 810-2500
      Facsimile: (305) 810-2460
      Email: keckhardt@hunton.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-referenced bankruptcy proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Nortehispana intends neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive (i) Nortehispana's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) Nortehispana's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding, (iii) Nortehispana's right to have the United States District Court for the Southern District of New

York withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Nortehispana is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the Southern District of New York over Nortehispana, all of which rights, claims, actions, defenses, setoffs, and recoupments Nortehispana expressly reserves.

Dated: New York, New York
February 3, 2009

HUNTON & WILLIAMS LLP

*/s/ Scott H. Bernstein*
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York  100166-0136
Telephone:  (212) 309-1000
Telecopier:  (212) 309-1100

-and-

Kevin M. Eckhardt (admission pending)
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone:  (305) 810-2500
Telecopier:  (305) 810-2460

*Attorneys for Nortehispana de Seguros y Reaseguros, S.A.*