**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
                                                                            :

**In re**                                                        :        **Chapter 11 Case No.**

                                                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**

                                                         :

                      **Debtors.**        :        **(Jointly Administered)**

                                                         :

                                                         :
---------------------------------------------------------------------x

## ORDER

        Upon the notice of presentment, dated January 27, 2009, of Lehman

Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and,

together with their non-debtor affiliates, "Lehman") for the endorsement of the attached

order (the "Order") in the case captioned *Pension Benefit Guaranty Corporation v.*

*Employee Benefit Plans Committee of Lehman Brothers Holdings, Inc., as administrator*

*of the Lehman Brothers Holdings, Inc. Retirement Plan*, Civil Action No. 08 Civ. 10792

(HB); and due and proper notice of the Order having been provided, and it appearing that

no other or further notice need be provided; and the Court having determined that the

entry of the attached Order is appropriate; it is

        ORDERED that the attached Order shall be and hereby is So Ordered.

Dated: February 3, 2009
      New York, New York

                                    */s/ James M. Peck*_____
                                    UNITED STATES BANKRUPTCY JUDGE