Vincent A. D'Agostino
Eric H. Horn
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Tel:  (212) 262-6700
Fax:  (212) 262-7402

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
Tel:  (973) 597-2500
Fax:  (973) 597-2400

*Attorneys for Avaya Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 Case No. |
| | § | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | § | 08-13555 (JMP) |
| | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF AVAYA INC. TO DEBTORS'
NOTICE OF ASSUMPTION AND ASSIGNMENT OF, AND AMOUNTS
NECESSARY TO CURE DEFAULTS UNDER CONTRACTS AND
<u>LEASES TO BE ASSUMED AND ASSIGNED TO SUCCESSFUL PURCHASER</u>**

Avaya Inc. ("Avaya"), by and through its undersigned counsel, hereby withdraws its Objection to the Debtors' Notice Of Assumption And Assignment Of, And Amounts Necessary To Cure Defaults Under Contracts And Leases To Be Assumed And Assigned To Successful Purchaser (the "Objection"), which was filed with the Court on September 19, 2008 at docket no. 163.

The withdrawal of the Objection will have no impact on the post-petition amounts owing from the Debtors to Avaya.

12947/87
02/04/2009 **10794313**.1

-2-

Avaya reserves all rights and remedies.

Dated: February 4, 2009                             Respectfully submitted,

                                                    By: /s/ Vincent A. D'Agostino
                                                    Vincent A. D'Agostino, Esq.
                                                    Eric H. Horn, Esq.
                                                    **Lowenstein Sandler PC**
                                                    1251 Avenue of the Americas, 18th Floor
                                                    New York, New York 10020
                                                    Tel:  (212) 262-6700
                                                    Fax:  (212) 262-7402
                                                    -and-
                                                    65 Livingston Avenue
                                                    Roseland, New Jersey 07068
                                                    Tel:  (973) 597-2500
                                                    Fax:  (973) 597-2400
                                                    *Attorneys for Avaya Inc.*