Presentment Date and Time: February 9, 2009 at 12:00 p.m. noon (Prevailing Eastern Time)
Objection Deadline: February 9, 2009 at 11:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                 :

**In re**                                  :     **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**

                **Debtors.**        :     **(Jointly Administered)**
------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF ORDER
PURSUANT TO DISTRICT COURT ORDER**

      PLEASE TAKE NOTICE that, on January 29, 2009, the United States District Court for the Southern District of New York entered the attached order (the "<u>Order</u>") in the case captioned Pension Benefit Guaranty Corporation v. Employee Benefit Plans Committee of Lehman Brothers Holdings, Inc., as administrator of the Lehman Brothers Holdings, Inc. Retirement Plan, Civil Action No. 08 Civ. 10792 (HB).

      PLEASE TAKE FURTHER NOTICE that, in accordance with paragraph 5 of the Order, the undersigned will present the Order to the Honorable James M. Peck, United States Bankruptcy Judge, for endorsement on February 9, 2009, at 12:00 noon.

      PLEASE TAKE FURTHER NOTICE that objections, if any, to the Order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 11:00 a.m. on February 9, 2009. Unless objections are received by that time, the Order may be signed.

NY2:\1962961\01\162MP01!.DOC\58399.0003

Dated: February 4, 2009
       New York, New York

/s/ Lori R. Fife
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE:

LEHMAN BROTHERS HOLDINGS, INC.

RETIREMENT PLAN

PENSION BENEFIT GUARANTY

CORPORATION,

        Plaintiff,

   v.

THE EMPLOYEE BENEFIT PLANS COMMITTEE
OF LEHMAN BROTHERS HOLDINGS, INC., as
administrator of the Lehman Brothers Holdings, Inc.
Retirement Plan

        Defendant.

Civil Action No. 08 CIV 10792 (HB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/09

## STIPULATION AND ORDER

UPON CONSIDERATION, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that:

    1.    The Adjourned Hearing Date, as defined in this Court's Order, dated January 5, 2009 (Document No. 18) (the "January 5 Order"), is hereby rescheduled from January 27, 2009 to March 16, 2009 at 9:30 a.m. (the "March 16 Hearing Date").

    2.    The response dates specified in (i) Defendant's First Set of Requests for Production of Documents to Plaintiff; (ii) Defendant's First Set of Interrogatories to Plaintiff; (iii) Defendant's First Request for Admission, all of which

were dated and served on the PBGC on January 13, 2009 (collectively, the "Requests"), are hereby extended to within thirty (30) days of the March 16 Hearing Date. This extension is without prejudice to the Pension Benefit Guaranty Corporation's (the "PBGC's) ability to assert all rights and objections relating to the Requests.

3. The date for Defendant's Deposition of Plaintiff Pursuant to Rule 30(b)(6), noticed on January 13, 2009, shall be adjourned without date. The parties shall meet and confer regarding such date promptly after the March 16 Hearing Date. This adjournment is without prejudice to the PBGC's right to move to quash or otherwise limit the Notice of Deposition.

4. The Expiration Date, as defined in the January 5 Order, is hereby re-defined as the fifth business day after the March 16 Hearing Date, or as modified by further order of this Court.

5. All other terms and conditions of the January 5 Order shall remain in full force and effect.

6. This Stipulation is executed and entered into without prejudice to the claims or defenses of any party.

IN WITNESS WHEREOF, the parties have executed this Stipulation effective as of January 27, 2009.

PLAINTIFF

BY: _____

Sara B. Eagle
PENSION BENEFIT GUARANTY
CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Suite 340
Washington, D.C. 20005
(202) 326-4020, x 3047

DEFENDANT

BY: _____

Nicholas J. Pappas
Lawrence J. Baer
WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for The Employee Benefit Plans Committee of Lehman Brothers Holdings, Inc. and Lehman Brothers Holdings, Inc.*

SO ORDERED THIS 29 DAY OF JANUARY, 2009

_____
Hon. Harold Baer, Jr.
United States District Court Judge

3