**Adjourned Hearing Date: March 11, 2009 at 10:00 a.m.**

Mark S. Landman, Esq. (ML 7654)
William G. Ballaine, Esq. (WB 4344)
Sophia Ree (SR 3820)
**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

- and -

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

**SEVENTH NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery (Docket #1180), which was scheduled to be heard on November 5, 2008 at 10:00 a.m. (Eastern Time), adjourned thereafter to November 18, 2008 at 10:00 a.m. (Eastern Time), adjourned thereafter to

December 3, 2008 at 10:00 a.m. (Eastern Time), adjourned thereafter to December 16, 2008 at 10:00 a.m. (Eastern Time), adjourned thereafter to January 14, 2009 at 10:00 a.m. (Eastern Time), adjourned thereafter to January 28, 2009 at 10:00 a.m. (Eastern Time), and subsequently adjourned thereafter to February 11, 2009 at 10:00 a.m. (Eastern Time), **has now been adjourned to March 11, 2009 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard ("the Adjourned Hearing").  The Adjourned Hearing shall be held before the Honorable James M. Peck at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

Dated: February 5, 2009　　　　　　　　**LANDMAN CORSI BALLAINE & FORD P.C.**
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　By: /s/ Sophia Ree
　　　　　　　　　　　　　　　　　　　　　Mark S. Landman
　　　　　　　　　　　　　　　　　　　　　William G. Ballaine
　　　　　　　　　　　　　　　　　　　　　Sophia Ree
　　　　　　　　　　　　　　　　　　　　　120 Broadway, 27th Floor
　　　　　　　　　　　　　　　　　　　　　New York, N.Y. 10271
　　　　　　　　　　　　　　　　　　　　　Telephone (212) 238-4800
　　　　　　　　　　　　　　　　　　　　　Facsimile (212) 238-4848

　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　George Kielman, Esq.
　　　　　　　　　　　　　　　　　　　　　Associate General Counsel for Litigation
　　　　　　　　　　　　　　　　　　　　　Federal Home Loan Mortgage Corporation
　　　　　　　　　　　　　　　　　　　　　8200 Jones Branch Drive - MS202
　　　　　　　　　　　　　　　　　　　　　McLean, Virginia 22102
　　　　　　　　　　　　　　　　　　　　　Telephone (703) 903-2640
　　　　　　　　　　　　　　　　　　　　　Facsimile (703)-903-4160

　　　　　　　　　　　　　　　　　　　　　*Counsel to the Federal Home Loan Mortgage Corporation in Conservatorship*