KELLEY & FULTON, P.A.
1665 Palm Beach Lakes Blvd.
The Forum – Suite 1000
West Palm Beach, Florida 33401
Telephone: (561) 491-1200
Facsimile: (561) 684-3773
Craig I. Kelley
Attorneys for Merit Floors, Inc

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                              :        **Chapter 11 Case No.**
                                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.* :        **08-13555 (JMP)**
                                                                          :
Debtors.                                                        :        **(Jointly Administered)**
-----------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Craig I Kelley, Esquire of the firm of Kelley & Fulton, P.A., a member in good standing of the bar of the State of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida and the United States District Court for the Northern District of Florida, pursuant to Local Rules 2090-1(b), requests admission, *pro hac vice*, before the Honorable James M. Peck to represent Creditor, Merit Floors, Inc. in the above referenced proceeding.

Mailing Address: 1665 Palm Beach Lakes Blvd, The Forum – Suite 1000, West Palm Beach, Florida 33401; email address: craig@kelleylawoffice.com; telephone number: (561) 491-1200.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: West Palm Beach, Florida
February 3, 2009.



RECEIVED
FEB – 4 2009

KELLEY & FULTON, P.A.
Attorneys for Merit Floors, Inc.
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Telephone No. (561) 491-1200
Facsimile No.  (561) 684-3773

By: _____/s/ Craig I. Kelley_____
Craig I. Kelley, Esquire
Florida Bar No.: 782203