**MORGAN, LEWIS & BOCKIUS LLP**
**300 South Grand Ave., 22nd Fl.**
**Los Angeles, CA 90071-3132**
**213.612.2500**
**Richard W. Esterkin**

*Attorneys for Intercall, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
In re:                                                      :          Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC. *et al.,*    :          Case No. 08-13555 (JMP)
                                                            :
              Debtors.                                 :          (Jointly Administered)
--------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF INTERCALL, INC.
### TO DEBTORS' PROPOSED CURE AMOUNT

Intercall, Inc. ("Intercall"), by its undersigned counsel, hereby withdraws its

"Objection of Intercall to Debtors' Proposed Cure Amount" filed October 1, 2008 at Docket

Number 492 (the "Objection") in that, subsequent to the filing of the Objection, Intercall, the

Debtors and the purchaser of the Debtors' assets were able to consensually resolve any dispute

that existed regarding the amount of the payment required to cure the executory contract between

Intercall and the Debtors that was the subject of the Objection.

Dated:  Los Angeles, CA                    Respectfully submitted,
           February 6, 2009

                                                   **MORGAN, LEWIS & BOCKIUS LLP**

                                                   By:   /s/ Richard W. Esterkin
                                                           Richard W. Esterkin, Esq.

                                                   300 South Grand Ave., 22nd Fl.
                                                   Los Angeles, CA 90071-3132
                                                   Telephone: 213.612.2500
                                                   Facsimile:  213.612.2501

                                                   *Attorneys for Intercall, Inc.*

DB2/21000811.1

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

On February 6, 2009, I certify that I caused a true and correct copy of the foregoing

*Notice of Withdrawal of Objection of Intercall, Inc. to Debtors' Proposed Cure Amount* to be

served by United States mail service, to the parties identified below:

Attorneys for the Debtors
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife, Esq.
Attn: Shai Y. Waisman, Esq.

Attorneys for the SIPC Trustee
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffrey S. Margolin, Esq.

Attorneys for the Purchaser
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq.
Attn: Lisa M. Schweitzer, Esq.

/s/ Kizzy Rosenblatt
Kizzy Rosenblatt