# EXHIBIT A

**(Ordinary Course Professional Affidavit)**

HOUSTON\2259852.5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                    :
**In re**                                           :     **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**          :     **08-13555 (JMP)**
                                                    :
                        Debtors.                    :     **(Jointly Administered)**
                                                    :
                                                    :
-----------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF WILLIAM T. LUEDKE IV,**

**ON BEHALF OF BRACEWELL & GIULIANI LLP**

STATE OF TEXAS              )
                            ) ss:
COUNTY OF HARRIS            )

William T. Luedke IV, being duly sworn, upon his oath, deposes and says:

1.  I am a partner in Bracewell & Giuliani LLP, located at 711 Louisiana, Suite 2300, Houston, Texas 77002 (the "Firm").

2.  Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide financial institutions corporate governance, transactional and regulatory services to the Debtors, and the Firm has consented to provide such services.

3.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.

HOUSTON\2259852.5

Other than as set forth in Attachment 1 to Exhibit B, the Firm does not perform services for any such person in connection with these chapter 11 cases, and none of these other representations fall within the scope of our retention by the Debtors. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $283,100.37 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: *William T. Luedke IV*

Subscribed and sworn to before me
this 6th day of February 2009

*Mary Ann Mouser*
Notary Public

MARY ANN MOUSER
Notary Public, State of Texas
My Commission Expires
February 10, 2009

---

[1] If necessary.

HOUSTON\2259852.5

# EXHIBIT B

### (Retention Questionnaire)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :     **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**                  :     **08-13555 (JMP)**
                                                            :
                                  Debtors.                  :     **(Jointly Administered)**
                                                            :
                                                            :
------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:   Jennifer Sapp
>              Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.  If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Bracewell & Giuliani LLP

   711 Louisiana, Suite 2300

   Houston, Texas 77002

2. Date of retention:   February 2, 2009

3. Type of services provided (accounting, legal, etc.):

   Legal

_____

_____

4. Brief description of services to be provided:

   <u>Financial institutions corporate governance, transactional and regulatory advice.</u>

   _____

   _____

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly</u>

   (a) Average hourly rate (if applicable):

   <u>Range of $850/hour to $275/hour.</u>

   _____

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   _____

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:        $<u>    283,100.37    </u>

   Date claim arose:       <u>    May 14, 2008 – September 18, 2008    </u>

   Source of Claim:        <u>    Legal services rendered    </u>

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: <u>    None                                          </u>

   Status: _____

   Amount of Claim:  $_____

   Date claim arose:  _____

   Source of claim:  _____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: _____None_____

   No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____William S. Anderson_____

   Status: _____Partner_____

   Kind of shares: _____Common Stock_____

   No. of shares: _____20 shares_____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    _____See Attachment 1_____

11. Name of individual completing this form:

    _____William T. Luedke IV_____

HOUSTON\2259852.5

Attachment 1

Bracewell currently represents Mountain Drilling Company in a matter involving Lehman Brothers I C and Lehman Commercial Paper Inc. Lehman has invested in the equity and debt of Mountain Drilling, along with Chesapeake.

Bracewell represented Internap Network Service Corp. in its rejection damages claim in the bankruptcy proceeding of Lehman Brothers Holdings, Inc. This matter has been resolved.

Bracewell currently represents Parker Drilling in a credit facility financing involving Lehman Brothers, Inc. and Lehman Commercial Paper, Inc.

Bracewell currently represents Quantlab Capital Management in claims against LBI and LBIE for return of customer funds and securities.

Bracewell currently represents Christofferson Robb & Co. LLC in the recovery of post-petition wire transfer proceeds as to Lehman Brothers Holdings Inc. Claims have been asserted against both Lehman Brothers Inc. and Lehman Brothers International Europe.

Bracewell currently represents and has filed claims against Lehman Brothers Inc. on behalf of (i) M.R. Beal & Co. in connection with syndicate profits received by Lehman Brothers Inc. but not yet paid to M.R. Beal; (ii) The Bank of New York in its role as collateral custodian relating to two separate tri-party repossessions; (iii) Clearwater Capital Partners LLC relating to its claims against Lehman Brothers International Europe; (iv) Santa Fe Partners LLC relating to its claims against Lehman Brothers International Europe and Lehman Brothers Inc.; and (v) Mediaset SpA relating to certain FX forwards with Lehman Special Financing Inc.

Bracewell currently represents Thomas Properties Group, Inc. in connection with the restructuring, amendment or refinancing of the various loans and equity investments made by Lehman Brothers Holdings and its affiliates with and to TPG in ten (10) different office buildings in Austin, Texas.

Bracewell currently represents an administrator appointed by the French banking regulator for Banque Lehman Brothers (and its affiliates "BLB") in the Lehman Brothers Holdings, Inc. ("LBHI") Chapter 11 case in connection with the sale of BLB's business and the recovery of BLB's claims against LBI pursuant to intercompany transactions between BLB and LBHI. A partial settlement has been entered into between BLB and LBHI regarding these matters.

Bracewell currently represents Datacert, Inc. in the Lehman Brothers Chapter 11 cases in connection with the assumption and assignment to Barclays Capital Inc. ("BarCap") of certain executory contracts or unexpired leases. This matter has been resolved.

Bracewell currently represents a bank in a matter involving a custodial account with the Harris County Hospital District. A customer claim has been filed with the Debtors on behalf of the hospital district for repayment of the equivalent value on traded securities prior to the chapter 11 filing.

Bracewell currently represents or has represented PPL Electric Utilities Corporation, PPL EnergyPlus, LLC, PPL Brunner Island, LLC, PPL Holtwood, LLC, PPL Martins Creek, LLC, PPL Montour, LLC, PPL Susquehanna, LLC, PPL University Park and Lower Mount Bethel Energy, LLC, Coral Power, L.L.C in FERC matter *PJM Interconnection, L.L.C.*, FERC Docket Nos. ER05-1410 and EL05-148 and *Public Service Electric and Gas Company, PSEG Power LLC and PSEG Energy Resources & Trade LLC v. FERC*, United States Court of Appeals for the District of Columbia Circuit Case No. 07-1336 (consolidated with Case Nos. 07-1414 and 08-1008). This proceeding involves the market rules associated with the PJM Regional Transmission Organization's capacity market, including the mechanism by which the market clearing prices that are paid for capacity sales by suppliers are determined. Lehman Brothers Commodity Services, Inc. also was a party to this proceeding. As of its bankruptcy filing, Lehman Brothers Commodity Services, Inc. is no longer an active participant in the proceeding. The firm clients have no claims against the Lehman entities involved in this proceeding but were co-parties providing their positions on the appropriate market design elements.

Bracewell currently represents Chesapeake Energy Corporation (CHK) in connection with its SEC reporting, securities offerings, corporate governance, compliance and other matters. Lehman Brothers Commercial Bank (LBCB) is a lender in the $3.5 billion revolving credit facility of CHK. LBCB has not funded its share of borrowings under the facility and is not expected to do so. Bracewell does not represent CHK with respect to the facility.

Chesapeake was a counterparty with Lehman Brothers Commodity Services Inc. (LBCS), a subsidiary of Lehman, in financial transactions to hedge a portion of CHK's natural gas and oil production. The obligations of LBCS are guaranteed by Lehman, and the Lehman bankruptcy filing resulted in an event of default under CHK's ISDA agreement with LBCS. Bracewell advised CHK in terminating the ISDA in September 2008 and canceling the outstanding transactions. Other counsel is representing CHK in its claims against Lehman in bankruptcy.

Bracewell & Giuliani has made a diligent effort to (a) discover through an electronic review of its records and interviews and other communications with appropriate attorneys at the firm, and (b) disclose all matters in which the firm is involved which may include an interest adverse to the Debtors or their estates. Some of the matters disclosed may not actually be adverse but have been disclosed out of an abundance of caution. Bracewell will continue to investigate to insure that all relevant matters have been properly disclosed and will supplement its response immediately if it appears that relevant information has been inadvertently omitted.