**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

|  | : |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
|  | : |  |

---------------------------------------------------------------------x

### ORDER TO SHOW CAUSE AND NOTICE FIXING HEARING DATE TO CONSIDER LBHI'S MOTION, PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE, FOR AUTHORIZATION TO FUND A CAPITAL CONTRIBUTION TO WOODLANDS COMMERCIAL BANK

Upon the motion, dated February 6, 2009 (Docket no. [2742], the "Motion"), of

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively

with their non-Debtor affiliates, "Lehman"), pursuant to sections 105(a) and 363 of title 11 of the

United States Code (the "Bankruptcy Code") and Rule 6004 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), for authorization to fund a capital contribution to its

indirect wholly owned non-debtor subsidiary, Woodlands Commercial Bank, all as more fully

described in the Motion; and upon the Declaration of Alfredo R. Pérez Pursuant to Local

Bankruptcy Rule 9077-1(a) (the "Declaration") attesting to the necessity for relief by Order to

Show Cause; and it appearing that no notice of this Order to Show Cause need be given, except

as provided herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that a hearing (the "Hearing") to consider the Motion shall be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601,

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004 on **February 11, 2009 at 10:00 a.m. (New York Time)**, or as soon

thereafter as counsel may be heard; and it is further

ORDERED that notice of the Hearing shall be given by sending a copy of this

Order to Show Cause, the Motion, and the proposed order on the Motion, via e-mail, fax, or

overnight mail, on or before **February 6, 2009, at 5:00 p.m.,** on (i) the Office of the United

States Trustee for the Southern District of New York (the "U.S. Trustee"); (ii) the attorneys for

the official committee of unsecured creditors appointed in these cases (the "Creditors'

Committee"; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service;

(v) the United States Attorney for the Southern District of New York; and (vi) all parties who

have requested notice in these chapter 11 cases, and it appearing that no other or further notice

need be provided; and it is further

ORDERED that objections and responses, if any, to the Motion must be in

writing, shall conform to the Bankruptcy Rules and the Local Rules for the United States

Bankruptcy Court for the Southern District of New York (the "Local Rules"), and shall be filed

with the Bankruptcy Court electronically in accordance with General Order M-242 (General

Order M-242 and the User's Manual for the Electronic Case Filing System can be found at

http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users

of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch

disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based

word processing format, and shall be served in accordance with General Order M-242, upon (i)

the Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New

York 10153 (Attn:  Harvey R. Miller, Esq., Alfredo R. Perez, Esq., Lori R. Fife, Esq., and Shai

Y. Waisman, Esq.), attorneys for the Debtors; (iii) the U.S. Trustee, 33 Whitehall Street, 21st

Floor, New York, New York 10004 (Attn:  Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.,

Brian Masumoto, Esq., Linda Riffkin Esq., and Tracy Hope Davis, Esq.); (iv) Milbank, Tweed,

Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn:  Dennis

F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Creditors'

Committee; and (v) any person or entity entitled to receive notice of the Motion in these cases, so

as to be so filed and received no later than **February 10, 2009 at 12:00 p.m.** (prevailing Eastern

time); and it is further

ORDERED that pursuant to Local Rule 9014-2(a), the Hearing may be an

evidentiary hearing.

Dated:    February 6, 2009
          New York, New York


          */s/ James M. Peck*
          UNITED STATES BANKRUPTCY JUDGE