# EXHIBIT A TO CORY DECLARATION



**PRIME GROUP
REALTY TRUST**

*Victoria A. Cory*
*Senior Vice President*
*Loan Administration, Real Estate Tax*
*and Due Diligence*
*Direct Telephone: 312-917-7690*
*Facsimile: 312-917-4324*
Email: vcory@pgrt.com

October 7, 2008

**VIA FEDERAL EXPRESS**

Mr. Bradley J. Keebler
Trimont Real Estate Advisors, Inc.
3424 Peachtree Road NE
Suite 2200
Atlanta, GA  30326

    Re:   Disbursement Request No. 12 per Loan Agreement dated
January 4, 2007 among 1407 Broadway Real Estate LLC
("Borrower") and Lehman Brothers Holdings Inc. ("Lender") -
loan number 00-1152701.

Dear Brad:

    This letter is sent on behalf of 1407 Broadway Real Estate LLC in connection with the Loan Agreement referred to above. This letter constitutes a request for the release of $908,307.82 from the Capital Replacement Reserve for payment toward the costs relating to the Capital Improvements Budget.

    Please wire this disbursement to Lightstone's account as follows:

| | |
|---|---|
| Bank Name: | Wachovia Bank NA |
| ABA#: | 031201467 |
| Account #: | 2000029964853 |
| Account Name: | 1407 Broadway-OP |

    Once you have had a chance to review this package, please give me a call to discuss the timing of the funding of this draw.

    If you have any questions, please contact me at 312-917-7690.

    Your assistance is greatly appreciated.

                                              Very truly yours,

                                              Victoria A. Cory
                                              Senior Vice President

Enclosures.
cc:  David Lichtenstein (w/o enclosures)
      Jeffrey A. Patterson (w/o enclosures)
      James F. Hoffman (w/o enclosures)
      John M. Rosenberg (w/o enclosures)
      Jenniffer Collins (w/o enclosures)
      Clark Gettinger, Trebor Management Corp. (w/o enclosures)
S:Legal/Loan Admin/Reserve Release/1407 Broadway, Capital Reserve #12

77 WEST WACKER DRIVE  SUITE 3900  CHICAGO, ILLINOIS 60601  312 917 1300  FACSIMILE: 312 917 1310