**ARENT FOX LLP**
Christopher J. Giaimo, Esq.
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Hunter T. Carter, Esq.
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

Attorneys for Georgetown University

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS OF HUNTER T. CARTER, ESQ.**

**PLEASE TAKE NOTICE** that Hunter T. Carter, Esq. of the firm Arent Fox LLP hereby withdraws his appearance and demand for service of papers in the above-captioned cases on behalf on Georgetown University. Mr. Carter requests the removal of his name from all service lists and further requests the discontinuance of electronic notification with regard to these cases via the Court's ECF system to his email address, carter.hunter@arentfox.com.

**PLEASE TAKE FURTHER NOTICE** that Christopher J. Giaimo, Esq. of Arent Fox LLP will continue to represent Georgetown University in the above-captioned proceedings and should remain on all service lists maintained therefor.

NYC/421843.1

Dated: February 6, 2009
　　　　Washington, DC

**ARENT FOX LLP**

By: */s/ Christopher J. Giaimo*
　　　Christopher J. Giaimo, Esq.
　　　1050 Connecticut Avenue, NW
　　　Washington, DC 20036-5339
　　　Telephone: (202) 857-6000
　　　Facsimile: (202) 857-6395

　　　Hunter T. Carter, Esq.
　　　1675 Broadway
　　　New York, New York, 10019
　　　Telephone: (212) 484-3900
　　　Facsimile: (212) 484-3990

Attorneys for Georgetown University

# CERTIFICATE OF SERVICE

I, Lisa Indelicato, hereby certify that on February 6, 2009 copies of the foregoing Notice of Withdrawal of Appearance were served via first class U.S. Mail, postage prepaid, on the parties listed below.

*/s/ Lisa Indelicato*
Lisa Indelicato

| | |
|---|---|
| Harvey R. Miller<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Counsel for Debtors | Jacqueline Marcus<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Counsel for Debtors |
| Shai Waisman<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Counsel for Debtors | Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, New York 10004<br><br>Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Inc. |
| Epiq Bankruptcy Solutions LLC Claims Agent (f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, New York 10017<br><br>Claims and Noticing Agent | James Tecce<br>Quinn Emmanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br><br>Counsel for Official Committee of Unsecured Creditors |
| Susheel Kirpalani<br>Quinn Emmanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br><br>Counsel for Official Committee of Unsecured Creditors | Ian T. Lowitt, CFO<br>Lehman Brothers Holdings, Inc.<br>245 Seventh Avenue<br>New York, New York 10019<br><br>Debtor |
| Lehman Brothers Holdings, Inc.<br>c/o Prentice-Hall Corporation System, Inc.<br>80 State Street<br>Albany, New York 12207<br><br>Registered Agent of Debtor | Andrew D. Velez-Rivera<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br><br>U.S. Trustee |

NYC/421843.1