Edward S. Weisfelner, Esq. (EW 5581)
David J. Molton, Esq. (DM 1106)
Andrew S. Dash, Esq. (AD 7913)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities
Fund LP, Newport Global Credit Fund
(Master) L.P., PEP Credit Investor L.P. and
Providence TMT Special Situations Fund L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    Case No. 08-13555 (JMP)
                                              :
                        Debtors.              :    (Jointly Administered)
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 6th of February, 2009, I caused to be served a true copy of the *Limited Objection of Providence Equity Partners And Newport Global Advisors LLP To Debtors' Motion Pursuant To Sections 105 And 364 of The Bankruptcy Code Authorizing The Debtors To Grant First Priority Liens In Connection With Hedging Transactions Through Futures And Prime Brokerage*

8203830

*Accounts* on the parties listed on the attached <u>Exhibit A</u> by hand delivery.

          <u>/s/ Christopher Michael Lau Kamg</u>
          Christopher Michael Lau Kamg

Sworn to before me this
6th day of February, 2009.

 <u>/s/ Vicki A. Goldstein  </u>
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011