OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA
PAUL SCHWARTZBERG
BRIAN MASUMOTO
LINDA RIFKIN
TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS DUNNE
LUC DESPINS
WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ
EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005