**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,       :    Case No. 08-13555 (JMP)
                                                   :
         Debtors.                                  :    (Jointly Administered)
                                                   :
------------------------------------------------------------------------x    Ref. Docket Nos. 2730, 2731

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 4, 2009, I caused to be served the:

    a) "Notice of Motion of BNC Mortgage LLC, Pursuant to Sections 363(b), 365(a), and 554(a) of the Bankruptcy Code and Rules 6004, 6006, and 9014 of the Federal Rules of Bankruptcy Procedure, Authorizing (I) the Rejection of Certain Leases and Subleases of Nonresidential Real Property and (II) the Sale or Abandonment of *De Minimis* Assets" to which is attached the "Motion of BNC Mortgage LLC, Pursuant to Sections 363(b), 365(a), and 554(a) of the Bankruptcy Code and Rules 6004, 6006, and 9014 of the Federal Rules of Bankruptcy Procedure, Authorizing (I) the Rejection of Certain Leases and Subleases of Nonresidential Real Property and (II) the Sale or Abandonment of *De Minimis* Assets", dated February 4, 2009 [Docket No. 2730] (the "Rejection Motion"), and

    b) "Notice of Debtors' Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving a Stipulation of Settlement Between PAMI Statler Arms LLC and First Midwest Properties, LLC" to which is attached the "Debtors' Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving a Stipulation of Settlement Between PAMI Statler Arms LLC and First Midwest Properties, LLC", dated February 4, 2009 [Docket No. 2731] (the "9019 Motion"),

by causing true and correct copies of the:

a) Rejection Motion and 9019 Motion to be delivered by email to those parties listed on the attached Exhibit "A",

b) Rejection Motion and 9019 Motion to be delivered by facsimile to those parties listed on the attached Exhibit "B",

c) Rejection Motion and 9019 Motion to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C",

d) 9019 Motion to be delivered by email to those parties listed on the attached Exhibit "D",

e) Rejection Motion to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "E", and

f) 9019 Motion to be enclosed securely in a separate postage-prepaid envelope and delivered by overnight mail to the party listed on the attached Exhibit "F".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Manners
Eleni Manners

Sworn to before me this
6th day of February, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires 10-22-2011

T:\Clients\LBH\Affidavits\Lease Rej & Sale Mtn and 9019 Mtn_aff 2-4-09.doc

# EXHIBIT A

**Email Addresses**

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com

awasserman@lockelord.com
azylberberg@whitecase.com
bambacha@sec.gov
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bspector@jsslaw.com
bt@luckydognc.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
carter.hunter@arentfox.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp

cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com

dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com

ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com

isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay@kleinsolomon.com
jay.hurst@oag.state.tx.us
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jg5786@att.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jketten@willkie.com
jkurtzman@klehr.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com

jlovi@steptoe.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com

kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawrence.bass@hro.com
lberkoff@moritthock.com
lbtancredi@venable.com
lehman@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com

| | |
|---|---|
| macronin@debevoise.com | mpucillo@bermanesq.com |
| MAOFILING@CGSH.COM | mrosenthal@gibsondunn.com |
| Marc.Chait@standardchartered.com | mruetzel@whitecase.com |
| margolin@hugheshubbard.com | mschimel@sju.edu |
| mark.deveno@bingham.com | MSchleich@fraserstryker.com |
| mark.ellenberg@cwt.com | mschonholtz@kayescholer.com |
| mark.houle@pillsburylaw.com | mshiner@tuckerlaw.com |
| mark.sherrill@sutherland.com | mspeiser@stroock.com |
| martin.davis@ots.treas.gov | mstamer@akingump.com |
| Marvin.Clements@ag.tn.gov | mvenditto@reedsmith.com |
| masaki_konishi@noandt.com | Nasreen.Bulos@dubaiic.com |
| matthew.dyer@prommis.com | nbannon@tishmanspeyer.com |
| matthew.klepper@dlapiper.com | ncoco@mwe.com |
| Mbass@HodgsonRuss.com | neal.mann@oag.state.ny.us |
| mbenner@tishmanspeyer.com | ned.schodek@shearman.com |
| mberman@nixonpeabody.com | newyork@sec.gov |
| mbienenstock@dl.com | Nherman@morganlewis.com |
| mbossi@thompsoncoburn.com | nissay_10259-0154@mhmjapan.com |
| mcademartori@sheppardmullin.com | oipress@travelers.com |
| mcordone@stradley.com | omeca.nedd@lovells.com |
| mcto@debevoise.com | owllady@hughes.net |
| mdorval@stradley.com | paronzon@milbank.com |
| metkin@lowenstein.com | patrick.potter@pillsburylaw.com |
| mgreger@allenmatkins.com | paul.deutch@troutmansanders.com |
| mhopkins@cov.com | paul.turner@sutherland.com |
| michael.kim@kobrekim.com | pbentley@kramerlevin.com |
| mimi.m.wong@irscounsel.treas.gov. | pbosswick@ssbb.com |
| mitchell.ayer@tklaw.com | pdublin@akingump.com |
| mitchell.epner@friedfrank.com | peter.gilhuly@lw.com |
| mjacobs@pryorcashman.com | peter.simmons@friedfrank.com |
| mjedelman@vedderprice.com | peter.zisser@hklaw.com |
| mkjaer@winston.com | peter@bankrupt.com |
| mlahaie@akingump.com | pfeldman@oshr.com |
| MLandman@lcbf.com | phayden@mcguirewoods.com |
| mmendez@hunton.com | pnichols@whitecase.com |
| mmickey@mayerbrown.com | ppascuzzi@ffwplaw.com |
| mmooney@deilylawfirm.com | ppatterson@stradley.com |
| mmorreale@us.mufg.jp | pprewitt@lockelord.com |
| mmurphy@co.sanmateo.ca.us | prachmuth@reedsmith.com |
| mneier@ibolaw.com | psp@njlawfirm.com |
| monica.lawless@brookfieldproperties.com | ptrostle@jenner.com |
| mpage@kelleydrye.com | pwirt@ftportfolios.com |

LBH Email Svc List, 2-4-09

pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com

schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov

tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
wheuer@dl.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

# EXHIBIT B

| **Name** | **Fax** |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

# EXHIBIT D

**Email Addresses**

jjp@kjk.com
gpa@kjk.com

LBH - 9019 Mtn Email List Adds, 2-4-09

EXHIBIT E

| Claim Name | Address Information |
|---|---|
| 5450 WEST SAHARA LLC | MANAGEMENT OFFICE,5450 WEST SAHARA AVENUE, LAS VEGAS, NV 89146 |
| 5450 WEST SAHARA LLC, | C/O SCI PROPERTY MANAGEMENT, INC.,ATTN: SUZANN BRENT,11620 WILSHIRE BOULEVARD, SUITE 300, LOS ANGELES, CA 90025 |
| AIMBRIDGE HOSPITALITY, LP | ATTN: LESLIE V. BENTLEY,4100 MIDWAY ROAD, SUITE 2115, CARROLLTON, TX 75007 |
| ALTER ASSET MANAGEMENT, L.L.C. | ATTN: SAMUEL F. GOULD,1980 SPRINGER DRIVE, LOMBARD, IL 60148 |
| AMBERJACK, LTD., | C/O BIRTCHER ARIZONA, LLC,2400 S. 55TH STREET, TEMPE, AZ 85282 |
| ANDREWS KURTH, LLP | ATTN: BILL RIVERS,1717 MAIN STREET, DALLAS, TX 75201 |
| AURORA LOAN SERVICES | ATTN: LEGAL DEPARTMENT,10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| BENEFICIARIES OF NORTH STAR TRUST CO | TITLE HOLDING LAND TRUST,C/O MARC REALTY LLC,55 EAST JACKSON BLVD, STE 500, CHICAGO, IL 60604 |
| BETH NEWCOMB LLC | ATTN: BETH NEWCOMB,726 S. GAYLORD STREET, DENVER, CO 80209 |
| CARLA S. MORELAND, ESQ. | 5112 BRIARGROVE LANE, DALLAS, TX 75287 |
| CB OFFICE 10, LTD. | ATTN: MACK DENNIS,4100 INTERNATIONAL PARKWAY, SUITE 1100, CARROLLTON, TX 75007 |
| CORRIDORS I&II/LOUDOUN II SPE FEECO, LLC | C/O THE ALTER GROUP LTD,ATTN: MR RONALD SIEGEL,5500 W HOWARD STREET, SKOKIE, IL 60077 |
| CREEKSIDE BUSINESS MALL, LLC | P.O. BOX 4060, MENLO PARK, CA 94026 |
| GALLERIA PROPERTIES LLC | 26877 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48033 |
| GRE GLENDALE LLC | 500 N. CENTRAL-PROPERTY MANAGER,500 NORTH CENTRAL AVE., SUITE 225, GLENDALE, CA 91203 |
| HERNDON & SWEENEY, P.C. | KEVIN C. SWEENEY, ESQ.,P.O. BOX 80050, BILLINGS, MT 59102 |
| HTC AMERICA, INC. | ATTN: WAIMAN LAM,13920 SOUTHEAST EASTGATE WAY, SUITE 400, BELLEVUE, WA 98005 |
| LAWRENCE M FREEDMAN, ASH, ANOS, FREEDMAN | & LOGAN, LLC,77 WEST WASHINGTON ST, STE 1211, CHICAGO, IL 60602 |
| LEGACY III CENTENNIAL, LLC | C/O LEGACY PARTNERS COMMERCIAL, INC.,ATTN: ASSET MANAGER,4000 EAST THIRD AVENUE, SUITE 600, FOSTER CITY, CA 94404 |
| LEGACY PARTNERS COMMERCIAL, INC. | ATTN: PROPERTY MANAGER,6300 S. SYRACUSE WAY, SUITE 580, CENTENNIAL, CO 80111 |
| LEHMAN BROTHERS BANK | ATTN: GENERAL COUNSEL,1000 WEST STREET, WILMINGTON, DE 19801 |
| LEHMAN BROTHERS BANK FSB | ATTN: JOHN HERMAN,399 PARK AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| LEHMAN BROTHERS BANK, FSB | ATTN: CHIEF OPERATING OFFICER,10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| MOUNTAIN TOWERS PROPERTIES LLC | C/O CB RICHARD ELLIS REAL ESTATE SERV IN,ATTN: PROPERTY MANAGER,4100 EAST MISSISSIPPI AVE, STE 100, GLENDALE, CO 80246 |
| MOUNTAIN TOWERS PROPERTIES, LLC | ATTN: KEVIN FAY,1000 POTOMAC STREET NORTHWEST, SUITE 150, WASHINGTON, DC 20007 |
| NORTHWEST, LLC | THOMAS M. LLOYD,6925 UNION PARK CENTER, SUITE 500, MIDVALE, UT 84047 |
| PERKINS COIE, LLP | ATTN: JERRY LUTZ,THE PSE BUILDING,10885 NE FOURTH ST, STE 700, BELLEVUE, WA 98004 |
| REDD SHELL CORPORATION | ATTN: JAMES PAUL,6300 SOUTH SYRACUSE WAY, SUITE 110, CENTENIAL, CO 80111 |
| ROSEMEAD PROPERTIES | C/O PACIFICWEST ASSET MANAGEMENT CO,P.O. BOX 19068, IRVINE, CA 92623 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: WILLIAM CAMPBELL, ESQ.,180 MAIDEN LANE, NEW YORK, NY 10038 |
| SUNRAY INVESTMENTS PARTNERSHIP | C/O FANA GROUP OF COMPANIES,16400 SOUTHCENTER PARKWAY, #204, TUKWILA, WA 98188 |
| THE TRAINING AUTHORITIES, LLC | ATTN: JIM KELLY,3529 GABEL ROAD, BILLINGS, MT 59102 |
| TRUSTWAVE HOLDINGS, INC. | 70 W. MADISON STREET, SUITE 1050, CHICAGO, IL 60602 |
| WINGSPAN PORTFOLIO ADVISORS, LLC | ATTN: MR. STEVE HORNE,8124 WEISS AVENUE, PLANO, TX 75025 |

**Total Creditor Count 34**

EXHIBIT F

Kohrman Jackson & Krantz PLL
One Cleveland Center – 20th Floor
1375 E. Ninth Street
Cleveland, Ohio 44144
Attn: Jon J. Pinney, Esq.