DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333
Judy G.Z. Liu, Esq.
John F. Collins, Esq.
Leo V. Gagion, Esq.

Attorneys for 25 Broad, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                              :

In re                                         :          **Chapter 11 Case No.**
                                              :

**LEHMAN BROTHERS HOLDINGS INC.,**  :          **08-13555 (JMP)**
*et al.*                                         :
        **Debtors.**                     :          **(Jointly Administered)**
                                              :
-------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that the motion of 25 Broad LLC pursuant to 11 U.S.C. § 105(a) and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion" [Docket No. 2610] for an order authorizing and directing (i) LBHI to produce documents relating to the 25 Broad Street and 45 Broad Street properties and their development by 25 Broad, LLC, Kent M. Swig and their affiliates, as further described in Exhibit A to the Motion; and (ii) a Rule 30(b)(6) deposition of the LBHI representative most knowledgeable about the topics of examination contained in Exhibit B to the Motion, which Motion was previously scheduled for a hearing on February 11, 2009, at 10:00 a.m. (prevailing Eastern Time) before the Honorable James M. Peck, United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 601, 6th Floor, New York, New York, is hereby withdrawn.

Dated: February 9, 2009

                        Respectfully submitted,

By:    /s/ Judy G.Z. Liu, Esq.

Judy G.Z. Liu (JL 6449)
John F. Collins (JC 9324)
Leo V. Gagion (LG 3627)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: 212-259-8000
Fax: 212-259-6333

Attorneys for 25 Broad, LLC