**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Alan D. Halperin, Esq.
Walter Benzija, Esq.
Julie D. Dyas, Esq.
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
*Counsel to Henegan Construction Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JPM) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OBJECTION OF HENEGAN CONSTRUCTION CO. TO DEBTORS' PROPOSED CURE AMOUNT

Henegan Construction Co. ("Henegan"), by its undersigned counsel, hereby withdraws its Limited Objection to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets at Docket No. 126 and its Supplemental Objection to Debtors' Proposed Cure Payment Submitted in Accordance with Procedure Established Pursuant to the Court's Order Dated September 20, 2008 Approving Sale of Purchased Assets and Assumption and Assignment of Executory Contracts at Docket Number 754 (together, the "Objection") in that, subsequent to the filing of the Objection,

{00074159.1 \ 0662-001}

Henegan, the Debtors and the purchaser of the Debtors' assets successfully resolved the dispute that was the subject of the Objection.

Dated:  New York, New York
   February 9, 2008

                HALPERIN BATTAGLIA RAICHT, LLP
                *Counsel to Henegan Construction Co., Inc.*

                By:  /s/  Walter Benzija
                   Alan D. Halperin, Esq.
                   Walter Benzija, Esq.
                   Julie D. Dyas, Esq.
                   555 Madison Avenue, 9th Floor
                   New York, New York 10022
                   (212) 765-9100