**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Alan D. Halperin, Esq.
Walter Benzija, Esq.
Julie D. Dyas, Esq.
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
*Counsel to Dun & Bradstreet*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JPM) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF DUN & BRADSTREET
TO DEBTORS' PROPOSED CURE AMOUNT**

Dun & Bradstreet ("D&B"), by its undersigned counsel, hereby withdraws its Limited Objection to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets at Docket No. 189 and its Supplemental Objection to Debtors' Proposed Cure Payment Submitted in Accordance with Procedure Established Pursuant to the Court's Order Dated September 20, 2008 Approving Sale of Purchased Assets and Assumption and Assignment of Executory Contracts at Docket Number 570 (together, the "Objection") in that, subsequent to the filing of the Objection,

{00074161.1 \0189-005}

D&B, the Debtors and the purchaser of the Debtors' assets were able to resolve the dispute that was the subject of the Objection.

Dated:  New York, New York
         February 9, 2008

                               HALPERIN BATTAGLIA RAICHT, LLP
                               *Counsel to Dun & Bradstreet*

                               By:  /s/  Walter Benzija
                                      Alan D. Halperin, Esq.
                                      Walter Benzija, Esq.
                                      Julie D. Dyas, Esq.
                                      555 Madison Avenue, 9th Floor
                                      New York, New York 10022
                                      (212) 765-9100