UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------x

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

### Affidavit of Service

      Mary M. Charles-Kennedy, being duly sworn, deposes and says: I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

      On February 6, 2009, true and correct copies of the below referenced documents were sent to the parties listed on Exhibit A by ECF notification.

DOCUMENT 1:    MOTION OF 1407 BROADWAY REAL ESTATE LLC AND PGRS 1407 BWAY LLC FOR AN ORDER (I) COMPELLING LEHMAN BROTHERS HOLDINGS INC. TO COMPLY WITH ITS LENDING OBLIGATIONS OR ALTERNATIVELY, (II) GRANTING 1407 BROADWAY REAL ESTATE LLC AND PGRS 1407 BWAY LLC RELIEF FROM THE AUTOMATIC STAY

DOCUMENT 2:    NOTICE OF MOTION OF 1407 BROADWAY REAL ESTATE LLC AND PGRS 1407 BWAY LLC FOR AN ORDER (I) COMPELLING LEHMAN BROTHERS HOLDINGS INC. TO COMPLY WITH ITS LENDING OBLIGATIONS OR ALTERNATIVELY, (II) GRANTING 1407 BROADWAY REAL ESTATE LLC AND PGRS 1407 BWAY LLC RELIEF FROM THE AUTOMATIC STAY.

                                       */s/ Mary M. Charles-Kennedy*
                                        Mary M. Charles-Kennedy

Sworn to before me this 9th
day of February 2009.

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00074157.1 \ 0694-001}

**Exhibit A**

Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker    acker@chapman.com

Luma Al-Shibib    lalshibib@reedsmith.com

Colin B. Albaugh    albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso    aalfonso@kayescholer.com, daniel.bloom@kayescholer.com;rcappiello@kayescholer.com

George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com

Tara B. Annweiler    tannweiler@greerherz.com

Rick Antonoff    rick.antonoff@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Bruce G. Arnold    barnold@whdlaw.com, jwells@whdlaw.com

John R. Ashmead    ashmead@sewkis.com

Lauren Attard    lattard@kayescholer.com, lattard@kayescholer.com;rrotman@kayescholer.com

Douglas Bacon    douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Donald M. Badaczewski    donald.badaczewski@dechert.com

Helen Ball    hball@ba-boult.com, mtaylor@ba-boult.com

William G. Ballaine    wballaine@lcbf.com

Elizabeth Banda    kwilliams@pbfcm.com

David M. Banker    dbanker@lowenstein.com

David L. Barrack    dbarrack@fulbright.com

Lawrence Bass    lawrence.bass@hro.com

Anne E. Beaumont    abeaumont@fklaw.com, lehman@fklaw.com

T. Scott Belden    sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer    hbeltzer@morganlewis.com

Evan J. Benanti    evan.benanti@bingham.com

Walter Benzija     wbenzija@halperinlaw.net

Leslie Ann Berkoff     lberkoff@moritthock.com

Mark N. Berman     mberman@nixonpeabody.com

Scott Howard Bernstein     sbernstein@hunton.com

Martin J. Bienenstock     martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Robert Jeffery Black     jeffery.black@bingham.com, pat.wright@bingham.com

Benjamin Blaustein     bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Michael V. Blumenthal     mblumenthal@crowell.com

Anthony D. Boccanfuso     Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi     maofiling@cgsh.com, cboccuzzi@cgsh.com

Mark V. Bossi     mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com

John S. Brannon     john.brannon@tklaw.com

Timothy W. Brink     timothy.brink@dlapiper.com

James L. Bromley     maofiling@cgsh.com

Andrew P. Brozman     andrew.brozman@cliffordchance.com

Martin G. Bunin     marty.bunin@alston.com

Michael G. Busenkell     mbusenkell@wcsr.com

Aaron R. Cahn     cahn@clm.com

Carollynn H.G. Callari     ccallari@venable.com

Donald F. Campbell     dcampbell@ghclaw.com

Sarah Campbell     scampbell@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

Matthew Allen Cantor     info2@normandyhill.com

John F. Carberry     jcarberry@cl-law.com, dsantos@cl-law.com

Roy H. Carlin     rcarlin@breslowwalker.com

{00074557.1 \ 0694-001}

3

Lawrence F. Carnevale     bankruptcy@clm.com

James S. Carr     KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman     maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski     eugene.chikowski@flastergreenberg.com

Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Darrell W. Clark     dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Jared Riley Clark     jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements     agbanknewyork@ag.tn.gov

Ronald L. Cohen     cohenr@sewkis.com

Michael H. Cohn     mcohn@cohnroth.com, scaba@cohnroth.com;tburns@cohnroth.com

Kenneth P. Coleman     kurt.vellek@allenovery.com, tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins     pcollins@farrellfritz.com

Christopher Combest     ccombest@quarles.com, fbf@quarles.com

Kenneth Corey-Edstrom     kcoreyedstrom@larkinhoffman.com

Patrick M. Costello     pcostello@bbslaw.com

Steven Cousins     scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo     dcrapo@gibbonslaw.com

David A. Crichlow     dcrichlow@pillsburywinthrop.com

Maureen A. Cronin     macronin@debevoise.com, hsokolow@debevoise.com;dakazlow@debevoise.com;mao-ecf@debevoise.com

Leo T. Crowley     leo.crowley@pillsburylaw.com

Walter H. Curchack     wcurchack@loeb.com, vrubinstein@loeb.com

Vincent D'Agostino     vdagostino@lowenstein.com

Michael R. Dal Lago     bankruptcy@morrisoncohen.com

George A. Davis    wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net

John Dellaportas    dellajo@duanemorris.com

Bradford E. Dempsey    brad.dempsey@hro.com

Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Paul H. Deutch    paul.deutch@troutmansanders.com, harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com

Francesco Di Pietro    francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing    ddiesing@whdlaw.com, lramirez@whdlaw.com

Gianni Dimos    gianni.dimos@pillsburylaw.com

Christopher R. Donoho    chris.donoho@lovells.com, omeca.nedd@lovells.com;daniel.anstey@lovells.com

Joshua Dorchak    joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval    mdorval@stradley.com

Amish R. Doshi    adoshi@daypitney.com

Thomas Alan Draghi    tdraghi@westermanllp.com

Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy    tduffy@duffyandatkins.com, jatkins@duffyandatkins.com;dnolan@duffyandatkins.com;smartin@duffyandatkins.com

Matthew Dyer    BkMail@prommis.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com

{00074457.1 \ 0694-001}

Michael James Edelman     mjedelman@vedderprice.com, ecf_nydocket@vedderprice.com

Daniel Eggermann     deggermann@kramerlevin.com

Devon Eggert     deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Weston T. Eguchi     weguchi@orrick.com

Susan K. Ehlers     sehlers@armstrongteasdale.com

Jeremy D. Eiden     jeremy.eiden@state.mn.us

Martin Eisenberg     Martin.Eisenberg@thompsonhine.com

Charles R. Ekberg     ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen     eleliasen@stoel.com, basargent@stoel.com

David S. Elkind     david.elkind@ropesgray.com, paul.lang@ropesgray.com

Mark C. Ellenberg     mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

David Elrod     delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Bertin C. Emmons     bemmons@sovereignbank.com

Michael R. Enright     menright@rc.com

Andrew J. Entwistle     aentwistle@entwistle-law.com, tmaloney@entwistle-law.com;mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;scasey@entwistle-law.com;jporter@entwistle-law.com

Edward J. Estrada     eestrada@reedsmith.com, eschaffer@reedsmith.com

Michael S. Etkin     metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar     mfarquhar@winstead.com, whsu@winstead.com

Michael S. Feldberg     michael.feldberg@newyork.allenovery.com, laura.martin@newyork.allenovery.com;kurt.vellek@allenovery.com;lanier.saperstein@allenovery.com

Matthew Allen Feldman     maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi     charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman     sfineman@lchb.com

Harden Alexander Fisch     afisch@stutman.com

Eric Fisher    fishere@butzel.com

Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com

Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics    martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox    sfox@mcguirewoods.com

Mark Freedlander    mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com

David M. Friedman    courtnotices@kasowitz.com

Ellen A. Friedman    mmyles@friedumspring.com

Kenneth Friedman    kfriedman@manatt.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Joseph Froehlich    jfroehlich@lockelord.com

Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com

Jan B. Geller    jbgesq@bway.net

Anthony I. Giacobbe    agiacobbe@zeklaw.com

Steven D. Ginsburg    sdg@adorno.com, smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther    sdnyecf@dor.mo.gov

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jay M. Goffman    JGoffman@skadden.com

Andrew C. Gold    agold@herrick.com

Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net

Seth Goldman    seth.goldman@mto.com

Irena M. Goldstein    igoldstein@dl.com

Antonia Golianopoulos    agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

{00074457.1 \ 0694-001}

Peter S. Goodman   PGoodman@Andrews-Kurth.com, tdavidson@andrewskurth.com

Todd M. Goren   tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield   maofiling@cgsh.com, lgranfield@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com

Ira S. Greene   isgreene@hhlaw.com, nduncan@hhlaw.com

Emanuel C. Grillo   egrillo@goodwinprocter.com

Steven T. Gubner   ecf@ebg-law.com

Paul C. Gunther   pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder   daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;tania.ingman@allenovery.com

Alan D. Halperin   ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Juandisha Harris   harrisjm@michigan.gov, holcombm@michigan.gov

Diane Harvey   diane.harvey@weil.com, mark.ribaudo@weil.com;ashish.gandhi@weil.com;ryan.philp@weil.com

Howard R. Hawkins   howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Patrick L. Hayden   phayden@mcguirewoods.com

Dion W. Hayes   phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

Christopher R. Heinrich   cheinrich@hslegalfirm.com

James M. Heiser   heiser@chapman.com

Sally M. Henry   Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman   ira.herman@tklaw.com, orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman   Nherman@morganlewis.com

Robert M. Hirsh   hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Casey B. Howard   choward@lockelord.com

Hamish Hume   hhume@bsfllp.com, NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com

Jay W. Hurst     jay.hurst@oag.state.tx.us

Frederick D. Hyman     fhyman@mayerbrownrowe.com, cwilliams-pugh@mayerbrownrowe.com

Adam H. Isenberg     aisenberg@saul.com

Robbin L. Itkin     ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

Steve Jakubowski     sjakubowski@colemanlawfirm.com

John J. Jolley     jay.jolley@kutakrock.com, thomas.roubidoux@kutakrock.com

Roger G. Jones     rjones@bccb.com

John E. Jureller     jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden     gkaden@goulstonstorrs.com

Richard S. Kanowitz     rkanowitz@cooley.com

Dimitri G. Karcazes     dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Diane J. Kasselman     dkasselman@kasselman-law.com

Elyssa Suzanne Kates     ekates@bakerlaw.com

Robin Elizabeth Keller     robin.keller@lovells.com, omeca.nedd@lovells.com

Craig I. Kelley     craig@kelleylawoffice.com, sarah@kelleylawoffice.com

J. Michael Kelly     kellyjm@cooley.com

Kenneth J. Kelly     kkelly@ebglaw.com, nyma@ebglaw.com

Thomas L. Kent     tomkent@paulhastings.com

Christopher K. Kiplok     kiplok@hugheshubbard.com

Paul Kizel     pkizel@lowenstein.com, jkramer@lowenstein.com;nStefanelli@lowenstein.com

Barry R. Kleiner     dkleiner@velaw.com

Howard Koh     hkoh@meisterseelig.com

Robert Kolodney     rkolodney@kanekessler.com

Lawrence J. Kotler     ljkotler@duanemorris.com

Deborah Kovsky-Apap     kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

{00074557.1 \ 0694-001}

Bryan Krakauer    bkrakauer@sidley.com, emcdonnell@sidley.com

Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman    jkurtzma@klehr.com

Paul J. Labov    plabov@eapdlaw.com

Darryl S. Laddin    bkrfilings@agg.com

Michael C. Lambert    mclambert@lawpost-nyc.com

Mark Landman    mlandman@lcbf.com

David P. Langlois    david.langlois@sablaw.com

Robert Laplaca    rlaplaca@levettrockwood.com

Francis J. Lawall    lawallf@pepperlaw.com

James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

David M. LeMay    dlemay@chadbourne.com

Mark G. Ledwin    mark.ledwin@wilsonelser.com

Stephen D. Lerner    slerner@ssd.com

Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal    shari.leventhal@ny.frb.org

Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com;apopova@cravath.com;ldiozzini@cravath.com

Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin    JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;NMarcantonio@cahill.com

Ian N. Levy    ian.levy@kobrekim.com

Richard Levy    rlevy@pryorcashman.com

Leo V. Leyva    lleyva@coleschotz.com

Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov    liebovd@sullcrom.com

{00074557.1 \ 0694-001}

10

Demetra Liggins     demetra.liggins@tklaw.com

Joanne K. Lipson     jlipson@crockerkuno.com, ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu     judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello     elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Stephen T. Loden     sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com

Sarah K. Loomis     loomis@hugheshubbard.com

Eric Lopez Schnabel     schnabel.eric@dorsey.com

Daniel A. Lowenthal     dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Mark L. Lubelsky     mark@mllassociates.com

Donald K. Ludman     dludman@brownconnery.com

Alan Lungen     alungen@kasowitz.com, alungen@kasowitz.com

Kerri Anne Lyman     klyman@irell.com

John H. Maddock     jmaddock@mcguirewoods.com, jmaddock@mcguirewoods.com;jsheerin@mcguirewoods.com

John S. Mairo     jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com

Christopher J. Major     cmajor@rc.com, tgorrell@rc.com

Robert K. Malone     robert.malone@dbr.com

Beverly Weiss Manne     bmanne@tuckerlaw.com

Julie A. Manning     bankruptcy@goodwin.com

Jacqueline Marcus     jacqueline.marcus@weil.com

Alan E. Marder     lgomez@msek.com

Jeffrey S. Margolin     margolin@hugheshubbard.com

Lorenzo Marinuzzi     lmarinuzzi@mofo.com

D. Ross Martin     ross.martin@ropesgray.com, Therese.Scheuer@ropesgray.com;Patricia.Chen@ropesgray.com

Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com

Laurence May     lmay@coleschotz.com

Douglas Kirk Mayer     dkmayer@wlrk.com, dkmayer@wlrk.com

Kurt A. Mayr     kurt.mayr@bgllp.com

Jil Mazer-Marino     jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy     lehman.chapter11@dpw.com

Daniel J. McGarry     dmcgarry@whdlaw.com, dkarns@whdlaw.com

Douglas J. McGill     douglas.mcgill@dbr.com

Frank McGinn     ffm@bostonbusinesslaw.com

Lorraine S. McGowen     lmcgowen@orrick.com

Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com

Austin L. McMullen     amcmullen@ba-boult.com

John P. McNicholas     john.mcnicholas@dlapiper.com, william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dlapiper.com;mark.c.smith@dlapiper.com;christopher.thomson@dlapiper.com;robert.ware@dlapiper.com;kristin.rosella@dlapiper.com;jeremy.johnson@dlapiper.com;william.currie@dlapiper.co

John P. Melko     jmelko@gardere.com

Michelle A. Mendez     mmendez@hunton.com

Michael T. Mervis     Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth     msteen@daypitney.com

Robert N. Michaelson     rmichaelson@klgates.com

Brett H. Miller     bmiller@mofo.com

Harvey R. Miller     harvey.miller@weil.com, garrett.fail@weil.com

Ralph I. Miller     ralph.miller@weil.com

Kenneth M. Misken     kmisken@mcguirewoods.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery    cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Martin A. Mooney    mmooney@deilylawfirm.com, tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

Joshua D. Morse    morsej@hbdlawyers.com

Judy Hamilton Morse    judy.morse@crowedunlevy.com

Steven T. Mulligan    smulligan@bsblawyers.com

David Neier    dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier    mneier@ibolaw.com

Laura E. Neish    lneish@zuckerman.com

Roger David Netzer    maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman    snewman@katskykorins.com

Robert E. Nies    rnies@wolffsamson.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton    rnorton@hunton.com

Robert M. Novick    rnovick@kasowitz.com, courtnotices@kasowitz.com

Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry    jputnam@bermanesq.com

Edmond P. O'Brien    eobrien@sbchlaw.com

Carl W. Oberdier    coberdier@schiffhardin.com, lbonilla@schiffhardin.com;egeekie@schiffhardin.com;jcho@schiffhardin.com

Kalman Ochs    ochska@ffhsj.com

Harold Olsen    holsen@stroock.com

Matthew Olsen    molsen@morganlewis.com

Karen Ostad    kostad@mofo.com

{00074457.1 \ 0694-001}

13

Jody Michelle Oster     ECF.Oster@huntington.com

Alec P. Ostrow     apo@stevenslee.com

R. Stephen Painter     spainter@cftc.gov

Charles Palella     cpalella@kurzman.com

Deryck A. Palmer     deryck.palmer@cwt.com,
allison.dipasqua@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com

Charles N. Panzer     cpanzer@sillscummis.com

Alfredo R. Perez     alfredo.perez@weil.com,
Michele.meises@weil.com;rachel.albanese@weil.com;ilusion.rodriguez@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etienne@weil.com;sherri.toub@weil.com;nicole.aliseo@weil.com;aliza.reicher@weil.com

Steven W. Perlstein     steven.perlstein@kobrekim.com

Brian D. Pfeiffer     brian.pfeiffer@friedfrank.com

Deborah J. Piazza     dpiazza@hodgsonruss.com

Andrea Pincus     apincus@reedsmith.com

Leslie A. Plaskon     leslieplaskon@paulhastings.com

Sydney G. Platzer     splatzer@platzerlaw.com

Frederick B. Polak     lml@ppgms.com

Dana Post     dpost@kramerlevin.com

John N. Poulos     poulos@hugheshubbard.com

Constantine Pourakis     cp@stevenslee.com

Patricia Williams Prewitt     pprewitt@lockelord.com

William C. Price     wprice@mcguirewoods.com

Jeffrey D. Prol     jprol@lowenstein.com

Jonathan I. Rabinowitz     jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy     araboy@cov.com

John J. Rapisardi     john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;b

{00074457.1 \ 0694-001}
14

etty.comerro@cwt.com;sohyoung.choo@cwt.com

Paul L. Ratelle     pratelle@fwhtlaw.com

Gary Ravert     gravert@mwe.com

Sophia Ree     sree@lcbf.com

Ira A. Reid     ira.a.reid@bakernet.com

Russell Lowell Reid     rreid@sheppardmullin.com, ERotenberg-Schwartz@sheppardmullin.com;bwolfe@sheppardmullin.com

Steven J. Reisman     sreisman@curtis.com, webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com

Howard D. Ressler     hressler@diamondmccarthy.com

Kenneth A. Reynolds     kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume     arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich     jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards     mrichards@blankrome.com

Dirk S. Roberts     dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler     mroeschenthaler@mcguirewoods.com

Courtney Rogers     crogers@orrick.com

Elizabeth L. Rose     erose@herrick.com, erose@herrick.com

George Rosenberg     grosenberg@co.arapahoe.co.us

Jeffrey M. Rosenberg     jeff@kleinsolomon.com

Kermit A. Rosenberg     krosenberg@tighepatton.com

Edward M. Rosensteel     info@rosebeck.com

Jeffrey A. Rosenthal     maofiling@cgsh.com, aweaver@cgsh.com;stkaiser@cgsh.com

David A. Rosenzweig     DRosenzweig@Fulbright.com

David S. Rosner     dfliman@kasowitz.com;courtnotices@kasowitz.com

Douglas B. Rosner     drosner@goulstonstorrs.com

{00074457.1 \ 0694-001}

Rene S. Roupinian  rroupinian@outtengolden.com

Barry J Roy  broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky  srutsky@proskauer.com

Jay G. Safer  jsafer@lockelord.com

Chester B. Salomon  cs@stevenslee.com

Diane W. Sanders  austin.bankruptcy@publicans.com

Lori K. Sapir  lsapir@ssghlaw.com

Shuba Satyaprasad  ssatyaprasad@akingump.com

Kim Sherrie Sawyer  gharnett@tlsgltd.com

Gregory B. Schiller  gschiller@zeislaw.com

Michael L. Schleich  mschleich@fslf.com

Carey D. Schreiber  cschreiber@winston.com

Christopher P. Schueller  christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman  dschulman@salans.com

Jeffrey L. Schwartz  jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com; jorbach@hahnhessen.com

Lisa M. Schweitzer  lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com

Brendan M. Scott  bscott@klestadt.com

Howard Seife  arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst  sselbst@herrick.com, courtnotices@herrick.com

Nolan E. Shanahan  nshanahan@coleschotz.com

Andrea Sheehan  sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Thomas I. Sheridan  tsheridan@hanlyconroy.com

{00074457.1 \ 0694-001}

16

Mark Sherrill     mark.sherrill@sablaw.com

Joseph E. Shickich     jshickich@riddellwilliams.com

Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com

Mark Shinderman     mark.shinderman@mto.com, paula.ayers@mto.com

J. Christopher Shore     cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;earundel@whitecase.com

Carren B. Shulman     cshulman@sheppardmullin.com, mdunn@sheppardmullin.com

Glenn E. Siegel     Glenn.Siegel@dechert.com

Paul H. Silverman     PSilverman@mclaughlinstern.com

Peter L. Simmons     peter.simmons@friedfrank.com

Keith A. Simon     keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome     lgomez@msek.com

Edward Smith     easmith@venable.com

Elizabeth Page Smith     esmith@llgm.com, strum@dl.com

Abigail Snow     asnow@ssbb.com

Eric J. Snyder     esnyder@sillerwilk.com

Mark A. Speiser     mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse     msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart     steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein     msternstein@sheppardmullin.com

Brent C. Strickland     bstrickland@wtplaw.com

Harvey A. Strickon     harveystrickon@paulhastings.com, frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

David A. Sullivan     david.sullivan@cliffordchance.com

Walter E. Swearingen     wswearingen@llf-law.com, wswearngen@aol.com

James Tecce     jamestecce@quinnemanuel.com

Samuel Jason Teele   jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To   mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer   ktomer@goodwinprocter.com, lmorton@goodwinprocter.com

Amit K. Trehan   atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwilliams-pugh@mayerbrown.com;cwalsh@mayerbrown.com

Patrick J. Trostle   ptrostle@jenner.com

Sarah Trum   strum@dl.com, lsaal@dl.com

Brian Trust   btrust@mayerbrown.com

Raymond J. Urbanik   rurbanik@munsch.com

Michael J. Venditto   mvenditto@reedsmith.com

Raymond W. Verdi   hellerverdi@aol.com

Jon C. Vigano   jvigano@schiffhardin.com, dgordon@schiffhardin.com

James J. Vincequerra   jvincequerra@wolfblock.com

Jonathan M. Wagner   jwagner@kramerlevin.com

Shai Waisman   shai.waisman@weil.com, amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@weil.com;sherri.toub@weil.com;camisha.simmons@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;matthew.curro@weil.com;michele.meises@weil.com

Josephine Wang   jwang@sipc.org

Allen C. Wasserman   awasserman@lockelord.com

Corey R. Weber   ecf@ebg-law.com

William P. Weintraub   wweintraub@fklaw.com, zhassoun@fklaw.com

Rochelle R. Weisburg   rochellew@shiboleth.com

John W. Weiss   weissjw@gtlaw.com

Elizabeth Weller   dallas.bankruptcy@publicans.com

David B. Wheeler   davidwheeler@mvalaw.com

Timothy Raymond Wheeler   twheeler@lowenstein.com

{00074457.1 \ 0694-001}

Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski    stephanie.wickouski@dbr.com, jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.com

Erin E. Wietecha    ewietecha@coleschotz.com

Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson    efile@willaw.com

Steven R. Wirth    swirth@wmd-law.com

Amy R. Wolf    arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne    rwynne@kirkland.com;sperry@kirkland.com;scho@kirkland.com

Erin Zavalkoff    ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com

N. Theodore Zink    tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser    jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Ellen Zweig    ezweig@optonline.net

Abraham L. Zylberberg    azylberberg@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com