**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (JMP)
                                                        :
                    Debtors.                            :    (Jointly Administered)
                                                        :
                                                        :
---------------------------------------------------------------------x

**ORDER**

Upon the notice of presentment, dated February 4, 2009, of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman") for the endorsement of the attached order (the "Order") in the case captioned *Pension Benefit Guaranty Corporation v. Employee Benefit Plans Committee of Lehman Brothers Holdings, Inc., as administrator of the Lehman Brothers Holdings, Inc. Retirement Plan*, Civil Action No. 08 Civ. 10792 (HB); and due and proper notice of the Order having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the entry of the attached Order is appropriate; it is

ORDERED that the attached Order shall be and hereby is So Ordered.

Dated: February 9, 2009
       New York, New York

                                        */s/ James M. Peck*_____
                                        UNITED STATES BANKRUPTCY JUDGE