**Hearing Date: February 25, 2008 at 10:00 a.m. (Prevailing Eastern Time)**

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Kathleen M. Sullivan (KS5492)
Faith E. Gay (FG9357)
Susheel Kirpalani (SK8926)

*Special Counsel for the Official Committee Of Unsecured Creditors of Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | No. 08-13555 (JMP) |
| | : | Jointly Administered |
| Debtors. | : | |

**NOTICE OF ADJOURNMENT OF THE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL. FOR LEAVE TO CONDUCT DISCOVERY OF JPMORGAN CHASE BANK, N.A. PURSUANT TO 11 U.S.C. §§ 105(a) AND 1103(c) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that on October 2, 2008, the Official Committee of Unsecured Creditors (the "Creditors' Committee"), filed the Motion of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al. For Leave To Conduct Discovery Of JPMorgan Chase Bank, N.A. Pursuant To 11 U.S.C. §§ 105(a) and 1103(c) And Federal Rule Of Bankruptcy Procedure 2004 (Docket No. 566) (the "Motion"); and

**PLEASE TAKE FURTHER NOTICE** on the same date, the Creditors' Committee filed the Notice Of Motion (the "Notice") indicating, inter alia, that a hearing

to consider the Motion (the "Hearing") would be held before the Honorable James M. Peck, United States Bankruptcy Judge, Courtroom 601, United States Bankruptcy Court of the Southern District of New York, One Bowling Green, New York, New York 10004, on October 16, 2008 at 10:00 a.m. (New York Time); and

**PLEASE TAKE FURTHER NOTICE** on October 14, 2008, the Creditors' Committee filed the Amended Notice of Motion of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al. For Leave To Conduct Discovery Of JPMorgan Chase Bank, N.A. Pursuant To 11 U.S.C. §§ 105(a) and 1103(c) And Federal Rule Of Bankruptcy Procedure 2004 (Docket No. 974), adjourning the hearing date to November 5, 2008; and

**PLEASE TAKE FURTHER NOTICE** that on November 5, 2008, the Court entered the Stipulation And Consent Order (I) Governing Interim Production of Documents and (II) Adjourning Remainder of Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc., et al. For Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. Pursuant to 11 U.S.C. §§ 105(A) and 1103(C) And Federal Rule Of Bankruptcy Procedure Rule 2004 (Docket No. 1402) (the "Stipulation"); and

**PLEASE TAKE FURTHER NOTICE** that as set forth in the Notice of Amended Agenda of Matters Scheduled for Hearing on November 20, 2008 at 2:00 P.M., dated November 20, 2008 (Docket No. 1375), the hearing on the Motion has been adjourned until February 11, 2009; and

**PLEASE TAKE FURTHER NOTICE** that the Hearing was adjourned further **to February 25, 2009 at 10:00 a.m. (New York Time),** or as soon thereafter as counsel may be heard; and

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Motion; and

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time by the Creditors' Committee without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing (or by noting additional adjournments in agenda letters filed with the Court in connection with regularly scheduled omnibus hearings in these cases).

Dated: February 9, 2009
New York, New York

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

/s/ Susheel Kirpalani
Kathleen M. Sullivan (KS5492)
Faith E. Gay (FG9357)
Susheel Kirpalani (SK8926)
51 Madison Avenue
New York, New York 10010
Telephone No.: (212) 849-7000
Facsimile No.: (212) 849-7100

*Special Counsel for Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.*