# **<u>EXHIBIT A</u>**

**From:** Carfano, August
**Sent:** Monday, November 10, 2008 5:44 PM
**To:** 'goodman@hugheshubbard.com'
**Subject:** FW: Urgent request for the return of misdirected payments to Lehman Brothers Inc.

Just wanted to ensure you received today because of your systems issue.

───────────────────────────────────────────

**From:** Carfano, August
**Sent:** Monday, November 10, 2008 10:49 AM
**To:** 'goodman@hugheshubbard.com'
**Subject:** Urgent request for the return of misdirected payments to Lehman Brothers Inc.

<<Evidence of change of custodian for Neuberger Berman from Lehman to Ridge.pdf>> <<Evidence of incorrect wires -- SWIFT for the payments..pdf>> <<First e-mail notification to Neuberger of misdirected payments.pdf>>

Mr. Goodman, pursuant to our conversation, below are the facts surrounding the misdirected funds paid to Lehman Brothers Inc.in error.

On the 22nd of September Neuberger Berman, our trading counterparty notified SEB it changed their custodian from Lehman Brothers Inc. to Ridge Clearing & Outsourcing Services, which clears through JP Morgan Chase Bank N.A. The new settlement information was not updated correctly in the SEB system with the consequence that multiple payments were sent in error (pursuant to the incorrect instructions) to JP Morgan Chase for further credit to Lehman Brothers Inc.. The account that the misdirected funds are in is

JPMORGAN CHASE BANK, N.A - CHASUS33
    ABA 021000021
    A/C: 8900379677
    Beneficiary Institution -
LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS
    A/C: 011-00043-14
    FFC NEUBERGER

Please find below specification of payments <u>in error</u> to Lehman Brothers Inc:

| Internal Reference | Trade date | Pay date | Side | Quantity | Net Amount USD | Security | Short Code |
|---|---|---|---|---|---|---|---|
| T09328001A | 9/30/2008 | 10/7/2008 | B | 3,000 | 60,173.57 | SEADRILL Ltd | NEUBEROTC |
| T09328002A | 9/30/2008 | 10/7/2008 | B | 95,600 | 1,870,542.96 | SEADRILL Ltd | NEUBEROTC |
| T09328003A | 9/30/2008 | 10/7/2008 | B | 12,700 | 246,555.36 | SEADRILL Ltd | NEUBEROTC |
| T09425424A | 10/2/2008 | 10/7/2008 | B | 3,200 | 56,890.68 | SEADRILL Ltd | NEUBEROTC |
| T09425425A | 10/2/2008 | 10/7/2008 | B | 10,000 | 190,427.22 | SEADRILL Ltd | NEUBEROTC |
| T09545205A | 10/6/2008 | 10/14/2008 | B | 34,650 | 471,165.71 | SEADRILL Ltd | NEUBEROTC |
| T09545210A | 10/6/2008 | 10/14/2008 | B | 13,000 | 198,845.70 | SEADRILL Ltd | NEUBEROTC |
| T09600042A | 10/7/2008 | 10/10/2008 | B | 600 | 8,557.62 | SEADRILL Ltd | NEUBEROTC |
| T09600268A | 10/7/2008 | 10/14/2008 | B | 25,500 | 363,698.93 | SEADRILL Ltd | NEUBEROTC |

| | | | | | | |
|---|---|---|---|---|---|---|
| T09690080A | 10/8/2008 | 10/14/2008 | B | 10,200 | 130,190.40 | SEADRILL Ltd   NEUBEROTC |
| T09690089A | 10/8/2008 | 10/14/2008 | B | 5,000 | 60,430.33 | SEADRILL Ltd   NEUBEROTC |
| T09690090A | 10/8/2008 | 10/14/2008 | B | 8,500 | 101,146.13 | SEADRILL Ltd   NEUBEROTC |
| T09690091A | 10/8/2008 | 10/14/2008 | B | 7,400 | 88,053.67 | SEADRILL Ltd   NEUBEROTC |
| T09749153A | 10/9/2008 | 10/14/2008 | B | 14,.000 | 187,977.34 | SEADRILL Ltd   NEUBEROTC |
| T09749166A | 10/9/2008 | 10/14/2008 | B | 3,950 | 53,036.50 | SEADRILL Ltd   NEUBEROTC |
| T09821602A | 10/10/2008 | 10/14/2008 | B | 114,000 | 1,345,367.18 | TUI AG  NEUBEROTC |
| Total amount | | | | | 5,433,059.30 | |

On Friday October 31, 2008, the amount of $ 5,433,059.30 was paid to Ridge Clearing & Outsourcing Services by SEB in full settlement of the above trades.

This means that SEB has paid the amount twice; first to Lehman Brothers Inc (in error) and also on to Ridge (correct) for settlement of the trades.. Therefore we request the payments incorrectly made to Lehman Brothers Inc. be returned to SEB.

We attach the supporting documentation:

- Evidence of change of custodian for Neuberger Berman from Lehman to Ridge
- Evidence of incorrect wires-SWIFT
- First Supporting e-mail to Neuberger of error in payments. Further payments were misdirected (See chart above)

We understand that you need to seek a court order for the return of these misdirected payments and it may take approximately two weeks for the return of the funds. Please have the misdirected payments wired to:

Bank of New York - IRVTUS3N
Cash Account: 8900379677
ABA: 021000018

I also believe that I mentioned that Neuberger initially had discussions with Deloitte regarding the misdirected funds. Please call me upon receipt of this e-mail to discuss steps going forward. Thank you.

Regards,

August A. Carfano
Chief Compliance Officer
SEB Enskilda Inc.
Skandinaviska Enskilda Banken - New York Branch
Merchant Banking
Telephone: +1-212-907-4697
Telefax: +1-212- 370-1642
E-mail: august.carfano@sebny.com
www.seb.se/mb

| **Ridge Clearing & Outsourcing Solutions, Inc.** **Securities and Cash Settlement Instructions** - Effective 07/22/2008 |
|---|---|---|---|---|---|
| **Country (currency)** | **Settle Cycle** | **Bank SWIFT Code** | **ADP Clearing Securities account** | **ADP Clearing Cash account** | **Bank SWIFT Code** |
| **Australia AUD** | T + 3 | ANZBAU3MNOM | ANZ - Melbourne A/C JPMorgan Chase, London A/C 2706-0108-11-02 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | ANZ - Melbourne A/C JPMorgan Chase, London A/C 218032/00001 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321501 | ANZBAU3M |
| **Austria EUR** | T + 3 | BKAUATWW | Bank Austria Creditanstalt - Vienna A/C JPMorgan Chase, London A/C 0101-06185/69 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| **Belgium EUR** | T + 3 or Fortnightly | CITIITMX | Citibank - Brusssels A/C JPMorgan Chase, London A/C 6004609 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| **Canada CAD** | T + 3 | ROYCCAT2SET | Royal Bank of Canada - Toronto A/C JPMorgan Chase, London A/C T12212381 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Royal Bank of Canada - Toronto A/C JPMorgan Chase, London A/C 09591-219-413-2 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321502 | ROYCCAT2 |
| **Denmark DKK** | T + 3 | DABADKKK | Den Danske Bank - Copenhagen A/C JPMorgan Chase, London A/C 3009402764 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Nordea Bank A/S - Copenhagen A/C JPMorgan Chase, London A/C 5000404539 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321507 | NDEADKKK |
| **Euroclear** | | | Euroclear - Brussels A/C JPMorgan Chase, London A/C 11319 Ref Ridge Clearing & Outsourcing Solutions, Inc. | N/A | |
| **Finland EUR** | T + 3 | NDEAFIHH | Nordea Bank - Helsinki A/C JPMorgan Chase, London A/C 0220094371873 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| **France EUR** | T + 3 | CITTGB2L (sicovam 186) | Citibank - London A/C JPMorgan Chase, London A/C 1655233586 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| **Germany EUR** | T + 3 or T + 2 | PARBDEFF | BNP Paribas - Frankfurt A/C JPMorgan Chase, London A/C 9044740102 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| **Hong Kong HKD** | T + 2 | HSBCHKHHSEC | HSBC - Hong Kong A/C JPMorgan Chase, London A/C 502-472921-085 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | JPMorgan Chase Bank - Hong Kong A/C JPMorgan Chase, London A/C 6743197680 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321508 | CHASHKHH |
| **Indonesia IDR** | T + 4 | HSBCIDJA | HSBC - Jakarta A/C JPMorgan Chase, London A/C 001-839927-085 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | *Contact ADP Clearing for details* | |
| **Ireland EUR** | T + 3 | BISSIE2D | Bank of Ireland, Dublin A/C JPMorgan Chase, London A/C 4258410 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| **Italy EUR** | T + 3 | CITIITMXXX | Citibank - Milan A/C JPMorgan Chase, London A/C 1220399 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| **Japan JPY** | T + 3 | MHCBJPJT | Mizhuo Corporate Bank Ltd A/C JPMorgan Chase, London A/C 1006460 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | JPMorgan Chase Bank - Tokyo A/C JP Morgan Chase, London A/C 0195006713 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321509 | CHASJPJT |
| **Luxembourg** | T+3 | BGLLLULL | Banque Generale Du Luxembourg SA A/C JPMorgan Chase Bank A./C Ridge Clearing & Outsourcing Solutions, Inc. A/C 066333C/70/0 | *Contact ADP Clearing for details* | |
| **Mexico MXP** | T + 2 | CITIUS33MER | Citibank, Mexico A/C JPMorgan Chase, London A/C 222190 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Banco Santander. - Mexico City A/C JPMorgan Chase, London A/C 2230 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321510 | BMSXMXMM |

| Ridge Clearing & Outsourcing Solutions, Inc. Securities and Cash Settlement Instructions - Effective 07/22/2008 |||||| 
|---|---|---|---|---|---|
| Country (currency) | Settle Cycle | Bank SWIFT Code | ADP Clearing Securities account | ADP Clearing Cash account | Bank SWIFT Code |
| **Netherlands EUR** | T + 3 | CITTGB2L | Citibank - Amsterdam A/C JPMorgan Chase, London A/C 0000711988 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| **New Zealand NZD** | T + 3 | NATANZ22 | National Australia Bank - Auckland A/C JPMorgan Chase, London A/C 640795 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Westpac Banking Corporation - Wellington A/C JPMorgan Chase, London A/C RET019711NZD220001 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321512 | WPACNZ2W |
| **Norway NOK** | T + 3 | DNBANOKK | Den Norske Bank, Oslo A/C JPMorgan Chase, London A/C 50050099485 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Nordea Bank Norge ASA - Oslo A/C JPMorgan Chase, London A/C 6001.02.3204.2 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321511 | NDEANOKK |
| **Philippines PHP** | T + 4 | HSBCPHMMSEC | Hong Kong & Shanghai Bank - Manila A/C JPMorgan Chase, London A/C 000-595124-570 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | *Contact ADP Clearing for details* | |
| **Portugal EUR** | T + 3 | CITIPTPX | Citibank International PLC - Lisbon A/C JPMorgan Chase, London A/C 7024116370 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| **Singapore SGD** | T + 3 | DBSNSGS1 | Deutsche Bank, Singapore A/C JPMorgan Chase, London A/C 27005404031 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Overseas-Chinese Banking Corp - Singapore WPACNZ2W A/C JPMorgan Chase, London A/C 501-474191-001 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321514 | OCBCSGSG |
| **South Africa ZAR** | Tuesday following trade date | SBZAZAJJ | Standard Corporate & Merchant Bank - Johannesburg A/C JPMorgan Chase, London A/C 400051699 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Standard Corporate & Merchant Bank - Johannesburg A/C JPMorgan Chase, London A/C 7550069 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321515 | SBZAZAJJ |
| **Spain EUR** | T + 3 | SABNESMMSSS | Banco Santander Central Hispano - Madrid A/C JPMorgan Chase, London A/C 57770000823336 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| **Sweden SEK** | T + 3 | ESSESESS | Skandinaviska Enskilda Bank - Stockholm A/C JPMorgan Chase, London A/C 01-100 104011 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Svenska Handelsbanken - Stockholm A/C JPMorgan Chase, London A/C 40386589 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321513 | HANDSESS |
| **Switzerland CHF** | T + 3 | UBSWCHZH80A | UBS - Zurich A/C JPMorgan Chase, London A/C 02300000044137U3 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | UBS - Zurich A/C JPMorgan Chase, London A/C 02300000044129050000B Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321506 | UBSWCHZH80A |
| **Thailand THB** | T + 3 | SCBLTHBX | Standard Chartered Bank - Bangkok A/C JPMorgan Chase, London A/C TH000006559-5 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | *Contact ADP Clearing for details* | |
| **United Kingdom GBP** | T + 3 | CHASGB2LGST | JPMorgan Chase - London A/C JPMorgan Chase, London CREST A/C 82XHJ Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | JPMorgan Chase - London A/C JPMorgan Chase, London A/C 32321504 (CHAPS Sort Code 60-92-42) | CHASGB2L |
| **United Kingdom GBP (Gilts only)** | T + 3 | CHASGB2LGST | JPMorgan Chase - London A/C JPMorgan Chase, London CGO A/C 5301 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | JPMorgan Chase - London A/C JPMorgan Chase, London A/C 32321504 (CHAPS Sort Code 60-92-42) | CHASGB2L |
| **United States USD** | T + 3 | | DTC # 158 | Bank of New York ABA # 021000018 SWIFT: IRVTUS3N A/C Ridge Clearing & Outsourcing Solutions, Inc. A/C # 8661169975 FFC JPMC settlement A/C # 006-4005 | |

**Cash Wire instructions**
**EURO:**

| Ridge Clearing & Outsourcing Solutions, Inc. Securities and Cash Settlement Instructions - Effective 07/22/2008 ||||||
|---|---|---|---|---|---|
| Country (currency) | Settle Cycle | Bank SWIFT Code | ADP Clearing Securities account | ADP Clearing Cash account | Bank SWIFT Code |

J.P. Morgan AG Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 SWIFT: CHASDEFX

20: Transaction Reference Number
   4T09328002B
21: Related Reference
   4T09328002B
32A: Value Date, Currency Code,  Amt
   Date          : den 7 oktober 2008
   Currency      : USD (US DOLLAR)
   Amount        : 1870543,
53B: Sender's Correspondent -Location
   /8900379677
   ESSEGB2LENS
57A: Account With Institution - BIC
   /ABA 021000021
   CHASUS33
   JPMORGAN CHASE BANK, N.A.
   NEW YORK,NY
   UNITED STATES US
58D: Beneficiary Institution -Nm&Addr
   /066027969
   LEHMAN BROTHERS, SLHIUS3X
   FFC: INTL SETLMNTS  AC:
   011-00043-14
   FFC NEUBERGER 95600 SEADRILL

|              |                                       |
|--------------|---------------------------------------|
| **From:**    | Karringer, Bjorn                      |
| **To:**      | McReynolds, Lindsey;                  |
| **CC:**      |                                       |
| **Subject:** | FW: Payments sent in error            |
| **Date:**    | Monday, November 10, 2008 9:58:56 AM  |
| **Attachments:** |                                   |

_____

**From:** Karringer, Bjorn
**Sent:** Tuesday, October 21, 2008 2:38 PM
**To:** 'Yang, Kristen'
**Cc:** McReynolds, Lindsey
**Subject:** Payments sent in error

Hi Kristen,

The below wires have been sent to you in error.  After the buy-in situation we settled with Ridge,  however,  some wires were still sent to the old instructions at Lehman.

### These are the USD amounts:
56,890.68       Enskilda's internal ref: 4T09425424A
60,173.57       Enskilda's internal ref: 4T09328001A
190,427.22      Enskilda's internal ref: 4T09425425A
246,555.36      Enskilda's internal ref: 4T09328003A
1,870,542.96    Enskilda's internal ref: 4T09328002A

### They were sent to:
LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS
AC: 011-00043-14

### Can you please ask your cash team to kick these back to:
Bank of New York - IRVTUS3N
ABA: 021000018

A/C: 8900379677
Broker bic: ESSEGB2LENS

Thank you,

**Bjorn Karringer**
Business Support
SEB Enskilda Inc.
Direct Phone: (212) 692-4780
Fax: (212) 983-6761
245 Park Avenue
42nd Floor
New York, NY 10167
Group Email: ESEQBSnewyork@enskilda.com
*Member FINRA/SIPC*

CONFIDENTIALITY NOTICE

This message is confidential and may contain legally privileged information. If you are not the intended recipient, you are hereby notified that you have received this message in error and that reading it, copying it, or in any way disclosing its content to any other person, is strictly unauthorized. If you have received this message in error, please inform the sender by reply e-mail and then immediately delete this e-mail (including any attachments).

E-mail may be susceptible to data corruption, interception, unauthorized amendment, tampering and virus, and we do not accept liability for any such corruption, interception, amendment, tampering or virus or the consequences thereof.

Thank you for your co-operation.