# **<u>EXHIBIT B</u>**

**From:** Carfano, August
**Sent:** Friday, November 14, 2008 1:31 PM
**To:** bermudez@hugheshubbard.com
**Cc:** goodman@hugheshubbard.com
**Subject:** SEB Enskilda-misdirected funds to Lehman

Hello Jose-

Thank you for your prompt response to my e-mail. Pursuant to your request, attached are the following:

- E-mail from JPMorgan confirming misdirected funds in Lehman account
- SWIFTS of all wires

I understand the process now is to send the accumulated information to the accountants to confirm the misdirected funds. Step two would be for us to sign a "Stipulation" so you may obtain a court order to release the funds.

Please call me if you require any additional information.

Regards, <<e-mail from JPM confirming misdirected funds.pdf>> <<SWIFTS of all the wires.pdf>>

August A. Carfano
Chief Compliance Officer and US Counsel
SEB Enskilda Inc.
Skandinaviska Enskilda Banken - New York Branch
Merchant Banking
Telephone: +1-212-907-4697
Telefax: +1-212- 370-1642
E-mail: august.carfano@sebny.com
www.seb.se/mb

# Carfano, August

| | |
|---|---|
| **From:** | Witt, Patrick (Exchange) [Patrick.Witt@jpmorgan.com] |
| **Sent:** | Monday, November 03, 2008 9:22 AM |
| **To:** | PBSST (Generic); Elmesten, Patric |
| **Cc:** | Palilla, Richard (Exchange) |
| **Subject:** | RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage - Forwarded by JPM's client SEBanken in Sweden |

Patric -
As per our conversations this morning, my cashier department informed me that the payments referenced below sent to JP Morgan Chase account 066027969 happens to be a Lehman Brothers Inc acct on our side.
Lehman Brothers Inc accounts are being handled by the trustee and Lehman does not have authorization to provide debit authorization on any LBI accounts, Bank of NY Mellon will need to contact the trustee directly providing all details of the transactions and the reason funds were sent to the account.
My cashier department informed me that the trustee is Jared Goodman and his email address is:  goodman@hugheshubbard.com.
Here is a link to his contact information from the company website.
http://www.hugheshubbard.com/attorneys/list.aspx?FirstName=jared&LastName=goodman

Please contact me if I can be of further assistance.


Patrick Witt  |Prime Brokerage | J.P. Morgan | 383 Madison Avenue, New York, NY 10179 | T: 212 272 5113  |  F: 917 849 2125  |  Patrick.Witt@jpmorgan.com|
http://www.jpmorgan.com/primebrokerage


-----Original Message-----
From: PBSST (Generic)
Sent: Friday, October 31, 2008 8:00 PM
To: 'Patric.Elmesten@seb.se'
Cc: Palilla, Richard (Exchange)
Subject: RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage - Forwarded by JPM's client SEBanken in Sweden

Patric-

It appears we may have located the funds.
However there are some issues we would like to discuss in further detail with you.
I will call you Monday.

Thanks


Patrick Witt  |Prime Brokerage | J.P. Morgan | 383 Madison Avenue, New York, NY 10179 | T: 212 272 5113  |  F: 917 849 2125  |  Patrick.Witt@jpmorgan.com|
http://www.jpmorgan.com/primebrokerage


-----Original Message-----
From: Witt, Patrick (Exchange)
Sent: Wednesday, October 29, 2008 7:14 PM
To: 'Patric.Elmesten@seb.se'
Cc: Palilla, Richard (Exchange)
Subject: RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage - Forwarded by JPM's client SEBanken in Sweden

Patric-

Thanks you for the detail you provided.

1

I have checked with a number of departments here at JP Morgan Chase and have found that the account numbers and FBO references are not valid accounts here and we have no record of receiving the funds here.
We have an investigation pending with Chase bank into the reference numbers you provided with a senior manager in our cashier department and expect to have an update and hopefully a final resolution for you tomorrow.
Thank you for your patience.
Please feel free to call or email me with any questions.

Thanks


Patrick Witt |Prime Brokerage | J.P. Morgan | 383 Madison Avenue, New York, NY 10179 | T: 212 272 5113 | F: 917 849 2125 | Patrick.Witt@jpmorgan.com|
http://www.jpmorgan.com/primebrokerage



-----Original Message-----
From: Patric.Elmesten@seb.se [mailto:Patric.Elmesten@seb.se]
Sent: Wednesday, October 29, 2008 10:17 AM
To: Witt, Patrick (Exchange)
Cc: Mallia, Josephine (Exchange); Quickfall, David (Exchange); Palilla, Richard (Exchange); Karin.Lindblad@seb.se; Einar.Thodal-Ness@seb.se; Guthe, Jens
Subject: RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage - Forwarded by JPM's client SEBanken in Sweden
Importance: High

Hi Patrick

Please see requested FED wire reference for the 16 transactions to the right (i.e. IMAD 20081010B1Q8154C006148 etcetera)

value 10/10 usd 8557.62 ref F2S08101065541700 IMAD 20081010B1Q8154C006148 value 14/10 usd 53036,46 ref F2S0810142223400 IMAD 20081014B1Q8153C010494 value 07/10 usd 56890,68 ref F2S0810077374900 IMAD 20081007B1Q8151C004091 value 07/10 usd 60173,57 ref F2S0810077349200 IMAD 20081007B1Q8153C003669 value 14/10 usd 60430,33 ref F2S0810142222500 IMAD 20081014B1Q8153C010493 value 14/10 usd 88053,68 ref F2S0810142222900 IMAD 20081014B1Q8152C011169 value 14/10 usd 471165,74 ref F2S0810142222000 IMAD 20081014B1Q8153C010492 value 14/10 usd 101142,74 ref F2S0810142222600 IMAD 20081014B1Q8151C011248 value 14/10 usd 130190,41 ref F2S0810142222400 IMAD 20081014B1Q8154C010235 value 14/10 usd 190427,22 ref F2S0810077375000 IMAD 20081007B1Q8151C004095 value 14/10 usd 198845,70 ref F2S0810142222100 IMAD 20081014B1Q8151C011247 value 14/10 usd 187977,35 ref F2S0810142223300 IMAD 20081014B1Q8154C010236 value 07/10 usd 246555,37 ref F2S0810077374800 IMAD 20081007B1Q8154C003828 value 14/10 usd 363698,95 ref F2S0810142222200 IMAD 20081014B1Q8152C011168 value 07/10 usd 18704543,00 refF2S0810077349400 IMAD 20081007B1Q8151C006520 value 14/10 usd 1345367,18 ref F2s0810142223200 IMAD 20081014B1Q8152C011170

The internal account at JPM 066-027-696 (fpr further credit 011-00043-14 Neuberger)

Rgds

Patric

-----Original Message-----
From: Witt, Patrick (Exchange) [mailto:Patrick.Witt@jpmorgan.com]
Sent: 29 October 2008 14:56
To: Elmesten, Patric; Guthe, Jens
Cc: Mallia, Josephine (Exchange); Quickfall, David (Exchange); Palilla, Richard (Exchange); Lindblad, Karin; Thodal-Ness, Einar
Subject: RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage - Forwarded by JPM's client SEBanken in Sweden

Patric;
As per our phone conversation, I checked with my balance and control department and according to them we are not holding the funds you reference below in suspense.

2

Could you please ask BONY to provide the ABA fed wire reference numbers and also any internal JPM account number they may have used when they wired the fed funds to JPM Chase? Please feel free to call or email me with any contacts you might have at either BONY who you think may be able to further assist.

Thanks


Patrick Witt |Prime Brokerage | J.P. Morgan | 383 Madison Avenue, New York, NY 10179 | T: 212 272 5113 | F: 917 849 2125 | Patrick.Witt@jpmorgan.com|
http://www.jpmorgan.com/primebrokerage


-----Original Message-----
From: Patric.Elmesten@seb.se [mailto:Patric.Elmesten@seb.se]
Sent: Wednesday, October 29, 2008 8:15 AM
To: Guthe, Jens
Cc: Mallia, Josephine (Exchange); Quickfall, David (Exchange); Witt, Patrick (Exchange); Palilla, Richard (Exchange); Karin.Lindblad@seb.se; Einar.Thodal-Ness@seb.se
Subject: RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage - Forwarded by JPM's client SEBanken in Sweden
Importance: High

Hi Jens

Many thanks for your assistance with this

Richard, you can reach me at patric.elmesten@seb.se or through my cell at +46 70 304 83 96 should you have any questions or if you should need any additional information

Regards,

Patric Elmesten
Client Associate, North American Financial Institutions Client Relationship Management SEB Merchant Banking

Direct phone   +46-8-763 83 96
Mobile   +46-70-304 83 96
Fax   +46-8-763 91 00
Telephone   +46-8-763 80 00
Postal address   SE-106 40 Stockholm
Visiting address   Kungsträdgårdsgatan 8
E-mail   patric.elmesten@seb.se
www.seb.se/mb


-----Original Message-----
From: Jens Guthe [mailto:JENS.GUTHE@jpmorgan.com]
Sent: 29 October 2008 12:50
To: Richard Palilla; Elmesten, Patric
Cc: Josephine Mallia; David Quickfall; Patrick Witt
Subject: ** RE: Urgent request - Re Missing payments re Equity prime brokerage - Forwarded by JPM's client SEBanken in Sweden

Dear Richard,

Re Umran's email earlier and our telecon a minute ago.

Richard, Below you will find the WHO, the WHY and the WHAT to this case. Please review it and revert with comments/questions & hopefully a course of  action steps to be taken or requested.  Richard, Please revert to Patrick @ SEB under CC to me.

Richard, if this by any chance is not in your shop, pls revert with  next suspect and name needed to get to resolution.

Patrick,  I have bccd Einar, Karin and Lars so they now know this has found the right home

3

in JPM Equity PB in USA and is being dealt with. . I just spoke with Richard to brief him in USA on his way to work this morning!. If it is not in his shop, we will go to next logical step where it cd be, but Richard will tell us this.

Patrick, I am here in the background, but am letting the relevant people deal with it until good reolution is achieved. Will step in if Richard or you need me.

Regards,


Jens Guthe, Executive Director
EMEA Corp.Banking-Nordic & Baltic
JP Morgan Plc
10 Aldermanbury, London EC2V 7RF
1 E-mail: jens.guthe@jpmorgan.com
T: +4766780072 Fax:+47 9476 2801 Mob:+4792447000 +44 7765 37 1992

-----Original Message-----
From: Patric.Elmesten@seb.se [mailto:Patric.Elmesten@seb.se]
Sent: 29 October 2008 09:58
To: Jens Guthe
Cc: Einar.Thodal-Ness@seb.se; Gustaf.Nyblaeus@seb.se; Karin.Lindblad@seb.se
Subject: RE: Urgent request
Importance: High


Hi Jens

Same background to the below as agreed upon

The client Neuberger Berman had Lehman Brothers as Prime Broker, who had their account at JPMorgan Chase.

After the bankruptcy Neuberger Berman changed Prime Broker to Ridge, who holds their account within Bank of New York Mellon (from whom you should have received a request to return the all together MUSD 5.432 as per below).

By mistake from SEB side the cash where sent to the old settlement instructions, i.e. CHASUS33 / account SLHIUS3X, and now we ask you to advise if the funds are still in your books or not. If they are please return them as per earlier Swift request.

Please advise should you need additional information

Many thanks and Br

Patric
-----Original Message-----
From: Patric.Elmesten@seb.se [mailto:Patric.Elmesten@seb.se]
Sent: 28 October 2008 19:14
To: Jens Guthe
Cc: Einar.Thodal-Ness@seb.se; Gustaf.Nyblaeus@seb.se; Karin.Lindblad@seb.se
Subject: Urgent request
Importance: High

Hi Jens,

I need your assistance with some payments that has been wrongly sent to JPMorgan Chase, stated below.

The payments has been done to CHASUS33 account SLHIUS3X.

```
Traderef         ISIN        Instrument      SettCurr         Amount    Paid
date        Counterparty     Enskilda Ref    Payment ref
159426   BMG7945E1057     SEADRILL LTD    USD        8 557,62          7-oct-08
SEB Enskilda    4T09600042A     F2S0810106541700
160266   BMG7945E1058     SEADRILL LTD    USD       53 036,50
```

4

```
14-oct-08       SEB Enskilda    4T09749166A     F2S0810142223400
158163  BMG7945E1059    SEADRILL LTD    USD     56 890,68       7-oct-08
SEB Enskilda    4T09425424A     F2S0810077374900
158913  BMG7945E1060    SEADRILL LTD    USD     60 173,57       7-oct-08
SEB Enskilda    4T09328001A     F2S0810077349200
159910  BMG7945E1061    SEADRILL LTD    USD     60 430,33
14-oct-08       SEB Enskilda    4T09690089A     F2S0810142222500
159912  BMG7945E1062    SEADRILL LTD    USD     88 053,67
14-oct-08       SEB Enskilda    4T09690091A     F2S0810142222900
159911  BMG7945E1063    SEADRILL LTD    USD     101 146,13
14-oct-08       SEB Enskilda    4T09690090A     F2S0810142222600
159909  BMG7945E1064    SEADRILL LTD    USD     130 190,40
14-oct-08       SEB Enskilda    4T09690080A     F2S0810142222400
160268  BMG7945E1065    SEADRILL LTD    USD     187 977,34
14-oct-08       SEB Enskilda    4T09749153A     F2S0810142223300
158164  BMG7945E1066    SEADRILL LTD    USD     190 427,22      7-oct-08
SEB Enskilda    4T09425425A     F2S0810077375000
159024  BMG7945E1067    SEADRILL LTD    USD     198 845,70
14-oct-08       SEB Enskilda    4T09545210A     F2S0810142222100
158915  BMG7945E1068    SEADRILL LTD    USD     246 555,36      7-oct-08
SEB Enskilda    4T09328003A     F2S0810077374800
159433  BMG7945E1069    SEADRILL LTD    USD     363 698,93
14-oct-08       SEB Enskilda    4T09600268A     F2S0810142222200
159025  BMG7945E1070    SEADRILL LTD    USD     471 165,71
14-oct-08       SEB Enskilda    4T09545205A     F2S0810142222200
158919  BMG7945E1071    SEADRILL LTD    USD     1 870 542,96    7-oct-08
SEB Enskilda    4T09328002A     F2S0810077349400
        DE000TUAG000    TUIAG   USD     1 344 367,18    14-oct-08
SEB Enskilda    4T09821602A     F2S0810142223200
                                5 432 059,30
```

JP Morgan Chase has most likely already received a request from BoNY to return these funds.

I really appreciate your assistance with this.

Many thanks and best regards

Patric Elmesten

Generally, this communication is for informational purposes only and it is not intended as
an offer or solicitation for the purchase or sale of any financial instrument or as an
official confirmation of any transaction. In the event you are receiving the offering
materials attached below related to your interest in hedge funds or private equity, this
communication may be intended as an offer or solicitation for the purchase or sale of such
fund(s). All market prices, data and other information are not warranted as to
completeness or accuracy and are subject to change without notice.
Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase
& Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally
privileged, and/or exempt from disclosure under applicable law. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution, or
use of the information contained herein (including any reliance
thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are
believed to be free of any virus or other defect that might affect any computer system
into which it is received and opened, it is the responsibility of the recipient to ensure
that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its
subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from
its use. If you received this transmission in error, please immediately contact the sender
and destroy the material in its entirety, whether in electronic or hard copy format. Thank
you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK
legal entities.

Generally, this communication is for informational purposes only and it is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. In the event you are receiving the offering materials attached below related to your interest in hedge funds or private equity, this communication may be intended as an offer or solicitation for the purchase or sale of such fund(s). All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice.
Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance
thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

# Carfano, August

| | |
|---|---|
| From: | Karringer, Bjorn |
| Sent: | Friday, November 14, 2008 12:36 PM |
| To: | Carfano, August; Cisneros, Gil |
| Subject: | FW: lehman swift |

Hi Gus,

Below are the swifts for all the wires.

-Bjorn

---

| | |
|---|---|
| From: | Molinder, Jon |
| Sent: | Friday, November 14, 2008 12:31 PM |
| To: | Karringer, Bjorn |
| Cc: | Jansdotter Larsson, Linda |
| Subject: | lehman swift |

**Hej, här är samtliga swift,**

mvh Jon.


:20:4T09749166B
:21:4T09749166B
:32A:081014USD53036,46
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 NEUBERGER
FOP 3950 SEADRILL


:20:4T09749153B
:21:4T09749153B
:32A:081014USD187977,35
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 NEUBERGER
FOP 14000 SEADRILL


:20:4T09600042B
:21:4T09600042B
:32A:081010USD8557,62
:53B:/8900379677
ESSEGB2LENS

1

:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS AC:
011-00043-14 NEUBERGER
FOP 600 SEA DRILL

:20:4T09425425B
:21:4T09425425B
:32A:081007USD190427,22
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS AC:
011-00043-14 TO NEUBERGER
FOP 10000 SEADRILL


:20:4T09425424B
:21:4T09425424B
:32A:081007USD56890,68
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS AC:
011-00043-14 TO NEUBERGER
FOP 3200 SEADRILL



:20:4T09328003B
:21:4T09328003B
:32A:081007USD246555,37
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS AC:
011-00043-14
FFC NEUBERGER AND BERMAN FOP 12700



:20:4T09328002B
:21:4T09328002B
:32A:081007USD1870543,
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066027969
LEHMAN BROTHERS, SLHIUS3X

2

FFC: INTL SETLMNTS  AC:
011-00043-14
FFC NEUBERGER 95600 SEADRILL


:20:4T09545205B
:21:4T09545205B
:32A:081014USD471165,74
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC neuberger
FOP 34650 Seadrill




:20:4T09545210B
:21:4T09545210B
:32A:081014USD198845,7
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC NEUBERGER FFC: INTL SETLMNTS
AC: 011-00043-14
FOP 13000 SEADRILL




:20:4T09600268B
:21:4T09600268B
:32A:081014USD363698,95
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC NEUBERGER
FOP 25500 SEADRILL




:20:4T09690080B
:21:4T09690080B
:32A:081014USD130190,41
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 FFC NEUBERGER

3

FOP 10200 SEADRILL

:20:4T09690089B
:21:4T09690089B
:32A:081014USD60430,33
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC NEUBERGER
FOP 5000 SEADRILL


:20:4T09690090B
:21:4T09690090B
:32A:081014USD101142,74
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 NEUBERGER
FOP 8500 SEADRILL


:20:4T09690091B
:21:4T09690091B
:32A:081014USD88053,68
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 NEUBERGER
FOP 7400 SEADRILL

:20:4T09821602B
:21:4T09821602B
:32A:081014USD1345367,18
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 NEUBERGER
FOP 114000 TUI AG

4

```
:20:4T09328001B
:21:4T09328001B
:32A:081007USD60173,57
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066027969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14
FOP 3000 SEA DRILL
```

**Jon Molinder**

SEB Enskilda Operations Reconciliation
Phone:           +46 (0) 8 5222 9876
Group:           +46 (0) 8 5222 9585
Switchboard:     +46 (0) 771 621 00
Fax:             +46 (0) 8 5222 9726
Mailing Address: SE-106 40 Stockholm
Office Adress:   Kungsträdgårdsgatan 8
E-mail:          jon.molinder@seb.se
Group mail:      enskopeqnor@seb.se
www.seb.se/mb

5