# EXHIBIT D

**C L I F F O R D**

**C H A N C E**

CLIFFORD CHANCE US LLP

THE WILLIAM P ROGERS BUILDING
2001 K STREET NW
WASHINGTON DC 20006 1001

TEL +1 202 912 5000
FAX +1 202 912 6000
www.cliffordchance.com


STEVEN F. GATTI
Partner

DIRECT TEL +1 202 912 5095
DIRECT FAX +1 212 912 6000

Via FedEx

**CONFIDENTIAL**

January 27, 2009

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

Re:    **Customer Claim Form (Lehman Brothers Inc.) - SEB Enskilda Inc.**

To Whom It May Concern:

We submit the enclosed Customer Claim Form and supporting documentation on behalf of our client, SEB Enskilda Inc. ("SEB"), in connection with its ongoing efforts to secure the return of approximately $5.4 million funds currently understood to be held by Lehman Brothers Inc. ("LBI").

As reflected in the supporting documentation, we have previously communicated on numerous occasions, via letter and via telephone, with the Securities Investor Protection Corporation Trustee for LBI and counsel to the Trustee (*i.e.*, Hughes Hubbard) regarding the return of SEB's funds that were mistakenly transferred to LBI post-bankruptcy. These funds are not part of the LBI bankruptcy estate. It remains our position that these funds should have been returned to SEB prior to the commencement of this claims process. In any event, we submit the attached Customer Claim Form and supporting documentation in an abundance of caution and to further preserve SEB's right to the return of its funds.

WA418695.1

**C L I F F O R D**
**C H A N C E**

Lehman Brothers Inc. Claims Processing
January 27, 2009


Please do not hesitate to contact me at (202) 912-5095 if you have any questions or require
additional documentation in support of SEB's claim.

Kind regards,

*Steven Gatti*

Steven F. Gatti

Enclosures

    cc:    August A. Carfano, Esq.
           Chief Compliance Officer and US Counsel
           SEB Enskilda Inc.
           Skandinaviska Enskilda Banken - New York Branch
           Merchant Banking
           245 Park Avenue, 42nd Floor
           New York, NY 10167
           E-mail: august.carfano@sebny.com

           Michelle Williams
           Clifford Chance US LLP
           2001 K Street NW
           Washington, DC 20006
           E-mail: michelle.williams@cliffordchance.com



**CUSTOMER CLAIM FORM**
**LEHMAN BROTHERS INC.**

Account Name: LBI, FCC Neuberger

Account Number: 011-00043-14

Address: SEB Enskilda Inc.,

245 Park Ave, 42nd Floor, New York, NY 10167

Contact Person: August A. Carfano, Esq.

Daytime Phone: 212-907-4697

Email: august.carfano@sebny.com

Taxpayer I.D. Number

(Social Security No.): 13-3497509

# <u>PLEASE NOTE</u>

- **A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.**

- **TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.**

- **THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. <u>NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.</u>**

- **ALL CLAIMS ARE DATED AS OF THE DATE <u>RECEIVED</u> BY THE TRUSTEE.**

- **YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

- **IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.**

- **LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.**

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:

If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a.  LBI owes me a credit or cash in the amount of:          $ 5,433,059.30

   b.  I owe LBI a debit or cash in the amount of:             $ 0

   c.  If you wish to repay the debit balance listed in point b. above please insert the amount you wish to repay and attach a check payable to "James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc." If you wish to make a payment, **it must be enclosed with this claim form.**

                                                              $ N/A

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   <u>**Please Do Not Claim Any Securities You Have In Your Possession**</u>

   |   |   | YES | NO |
   |---|---|-----|-----|
   |   |   | (Check Box for Y or N) | |
   | a. | LBI owes me securities: | Y ☐ | N ☑ |
   | b. | I owe LBI securities: | Y ☐ | N ☑ |

   c.  If yes to either, please list below (or in additional pages as necessary):

   | Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds | |
   |---|---|---|---|---|
   | | | | **LBI Owes Me (Long)** | **I Owe LBI (Short)** |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |

   If additional space is needed, attach additional pages providing the information in the exact format above.

### 3. COMMODITY FUTURES CLAIMS

|  | YES | NO |
|---|---|---|
|  | (Check Box for Y or N) | |
| Do you have a claim based on a commodity futures account? | Y ☐ | N ☑ |

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: _____

Basis for Claim: _____

_____

_____

_____

_____

### WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

### PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

**NOTE: IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  | YES | NO |
|---|---|---|
|  | (Check Box for Y or N) | |
| 4. Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)? | Y ☐ | N ☑ |
| 5. Has there been any change in your account since September 19, 2008? | Y ☑ | N ☐ |

6. Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?   Y ☐   N ☑

7. Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).   Y ☐   N ☑

8. Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?   Y ☐   N ☑

9. Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.   Y ☐   N ☑

10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.   Y ☐   N ☑

11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.   Y ☐   N ☑

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: Steven F. Gatti, Esq.

Address: Clifford Chance US LLP, 2001 K Street NW, Washington, DC 20006

Phone number: 202-912-5095

Email address: steven.gatti@cliffordchance.com

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  1-26-09                        Signature _____ CCP

Date  1-27-09                        Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

4

# ATTACHMENT TO CLAIM FORM

## CUSTOMER CLAIM FORM
## LEHMAN BROTHERS INC.

## ATTACHMENT TO CLAIM FORM

Customer:           **SEB Enskilda Inc.**
Account Number:     **011-00043-14 (LBI, FCC Neuberger)**

The following document has been prepared by Clifford Chance US LLP ("Clifford Chance") on behalf of its client SEB Enskilda Inc. ("SEB") in connection with the submission of its Customer Claim Form ("Form"). The purpose of this Attachment is to provide supplemental and explanatory information in connection with responses provided by SEB in the attached Form.

1. Account Name/Account Number

   The Form requests both the account name and number for the LBI customer. Here, we have instead provided the account name and number for SEB's trading counterparty, Neuberger Berman ("NB") at Lehman Brothers Inc. ("LBI"), where the funds were mistakenly transferred by JP Morgan Chase (as clearing agent) for the benefit of "FCC Neuberger," and where we believe the funds are currently located.

2. Claim #1, "Claim For Money Balances or Cash as of September 19, 2008"

   As explained further in the supporting documents included, SEB's claim is to $5,433,059.30 that was mistakenly transferred to LBI after September 19, 2008, through a total of 16 separate payments. The following diagram depicts the arrangement and what we believe led to the mistaken transfer to LBI.



As depicted above, NB and SEB are trading counterparties. On September 22, 2008, NB notified SEB that it had switched its custodian from LBI to Ridge Clearing & Outsourcing. Both LBI and Ridge Clearing & Outsourcing used JP Morgan Chase to clear funds. Unfortunately, the instructions on file with SEB were not revised in time to reflect this change in custodians and, as a result, funds were subsequently sent via JP Morgan Chase to

LBI. When it became apparent that the funds had been sent mistakenly to LBI, SEB subsequently paid this same amount to Ridge Clearing & Outsourcing in full settlement of the trades, which means that SEB has paid the amount twice. SEB did so because it believed that Ridge Clearing & Outsourcing should be made whole, as SEB expected it would be too, given the clarity of its claim to these payments.

3.  Question #5, "Has there been any change in your account since September 19, 2008"

As noted in the above diagram and further explained in the supporting documents, SEB's claim relates to events that occurred post-LBI bankruptcy and which have resulted in SEB's inability to access or have immediately returned, funds totaling $5,433,059.30. These funds, which should have been sent to a replacement custodian (Ridge Clearing & Outsourcing), were instead sent to LBI. From the date of the transfer of these funds, which occurred through a series of separate payments, to the date of the submission of this Form, SEB has not had access to its funds.

We trust that the above provides sufficient details in support of SEB's claim for the return of its approximately $5 million; however, if additional information is required please contact the undersigned immediately.

Date:  1/27/09

Steven F. Gatti, Esq.
Partner
Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006

Date:  1-26-09

August A. Caffano, Esq.
Chief Compliance Officer and US Counsel,
SEB Enskilda Inc.
Skandinaviska Enskilda Banken - NY Branch
Merchant Banking
245 Park Avenue, 42nd Floor
New York, NY 10167

# DOCUMENT NO. 1

## Williams, Michelle (Litigation _Dispute Resolution-WAS)

| | |
|---|---|
| **From:** | Williams, Michelle (Litigation & Dispute Resolution-WAS) |
| **Sent:** | Friday, January 09, 2009 5:39 PM |
| **To:** | 'goodman@hugheshubbard.com'; 'kcaputo@sipc.org' |
| **Cc:** | Gatti, Steven F. (Regulatory/White Collar-WAS); 'august.carfano@sebny.com' |
| **Subject:** | F'W: Urgent Request for Return of Misdirected Funds |

| | |
|---|---|
| **Attachments:** | letter.pdf; Lehman_B.pdf |

CONFIDENTIAL

Dear Mr. Goodman and Mr. Caputo,

We write on behalf of our client SEB Enskilda Inc. ("SEB"), on whose behalf we submitted the below letter requesting the immediate return of misdirected funds.  Today we have left voicemail messages for both of you.  Further to our messages, we wish to stress the urgency underlying SEB's request to have its funds returned and ask that you please contact us to discuss what can be done to facilitate that process.

Please do not hesitate to contact Steven Gatti (202-912-5095) or myself to discuss further.

We look forward to hearing from you.

Kind regards,

Michelle

**Michelle Williams**
**Associate**
**C L I F F O R D   C H A N C E**
2001 K Street NW
Washington, DC
20006 USA
Direct Dial:      1-202-912-5011
Fax:              1-202-912-6000
Email:            michelle.williams@cliffordchance.com

*Not admitted in DC.

| | |
|---|---|
| **From:** | Williams, Michelle (Litigation & Dispute Resolution-WAS) |
| **Sent:** | Thursday, December 18, 2008 6:20 PM |
| **To:** | 'goodman@hugheshubbard.com' |
| **Cc:** | 'giddens@hugheshubbard.com'; 'jwang@sipc.org'; 'kcaputo@sipc.org'; 'mcsloy@hugheshubbard.com'; 'levinec@hugheshubbard.com'; 'august.carfano@sebny.com'; Gatti, Steven F. (Regulatory/White Collar-WAS) |
| **Subject:** | Urgent Request for Return of Misdirected Funds |

CONFIDENTIAL

SENT ON BEHALF OF STEVEN F. GATTI

Dear Mr. Goodman,

Attached please find a letter and supporting documents on behalf of our client in connection with their request for the return of misdirected funds.

 

letter.pdf (97 KB)  Lehman_B.pdf (346
KB)

Please do not hesitate to contact us.

Kind regards,

Michelle Williams

**Michelle Williams**
**Associate**
**C L I F F O R D   C H A N C E**
2001 K Street NW
Washington, DC
20006 USA
Direct Dial:      1-202-912-5011
Fax:              1-202-912-6000
Email:            michelle.williams@cliffordchance.com

*Admitted in New York and Nova Scotia (Canada)

**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

THE WILLIAM P ROGERS BUILDING
2001 K STREET NW
WASHINGTON DC 20006 1001

TEL +1 202 912 5000
FAX +1 202 912 6000
www.cliffordchance.com

**STEVEN F. GATTI**
Partner

DIRECT TEL +1 202 912 5095
DIRECT FAX +1 212 912 6000

Via FedEx and E-mail (PDF)

**CONFIDENTIAL**

December 18, 2008

Jared Goodman, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Re:     **Urgent Request for Return of Misdirected Funds**

Dear Mr. Goodman:

We write on behalf of our client, SEB Enskilda Inc., ("SEB") in connection with its ongoing efforts to secure the return of approximately $5.4 million in misdirected funds currently held by Lehman Brothers Inc. ("LBI").

As you are aware, SEB provided detailed information on November 10, 2008, most recently in an e-mail to you dated November 14, 2008, in an attempt to secure the return of its funds (copies of these emails and attachments are enclosed herein). As outlined in the e-mails and other conversations, LBI is currently in possession of $5,433,059.30, which includes multiple payments that were mistakenly transferred to LBI instead of to Ridge Clearing & Outsourcing Services ("RCO"), Neuberger Berman's (the seller) replacement custodian as of September 22, 2008. Further, as previously explained, SEB subsequently paid this same amount to RCO in full settlement of the trades, which means that SEB has paid the amount twice. SEB did so because it believed that RCO should be made whole, as SEB expected it would be too, given the clarity of its claim to these payments.

We know that SEB is not unique in seeking the return of funds erroneously held by LBI. As you confirmed to Mr. Carfano on December 15, 2008, we understand that SEB's funds have been identified. We emphasize, however, that it has been almost three months since SEB has had access to its funds, and as year end approaches, SEB faces decisions in connection with finalizing its required reports to investors, and in completing year end audit and book keeping requirements.

WA418395.1

**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

Jared Goodman, Esq.
Hughes Hubbard & Reed LLP
December 18, 2008

Page 2

Moreover, we know that other former LBI clients have succeeded in securing the return of misdirected funds. Specifically, the bankruptcy court's docket now lists at least five other former LBI clients who have succeeded in having misdirected funds returned through the execution of stipulations signed by the court, and we know of others whose property has recently been returned. We have reviewed the materials filed with the court in those cases and are hard pressed to find any material differences, either factually or in the quality of the information submitted, between those requests that have been granted and SEB's unambiguous claim for its own property. Although you have confirmed that you need no further information for SEB to complete your review, please let us know if there is anything SEB can do to expedite this matter.

We fully understand and recognize that you, the SIPC, the Trustee and his other representatives, are working diligently to resolve all claims pending against LBI, including those involving misdirected funds. However, as it relates to SEB, time is now of the essence, and we strongly request your immediate attention to this matter.

We are available, as always, at your convenience to discuss, and thank you for your prompt attention to this matter.

Kind regards,

*Steven Gatti*

Steven F. Gatti

Enclosures

cc:    James W. Giddens
       Securities Investor Protection Corporation Trustee
       Hughes Hubbard & Reed LLP
       One Battery Park Plaza
       New York, New York 10004-1482

       Josephine Wang, Esq.
       General Counsel
       Securities Investor Protection Corporation
       805 15th Street, N.W. Suite 800
       Washington, D.C. 20005-2215
       E-mail jwang@sipc.org

WA418395.1

**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

Jared Goodman, Esq.                                                                          Page 3
Hughes Hubbard & Reed LLP
December 18, 2008

Ken Caputo, Esq.
Associate General Counsel
Securities Investor Protection Corporation
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215
E-mail: kcaputo@sipc.org

Steven McSloy, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
E-mail: mcsloy@hugheshubbard.com

Carolyn B. Levine, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Email: levinec@hugheshubbard.com

August ("Gus") A. Carfano, Esq.
Chief Compliance Officer and US Counsel
SEB Enskilda Inc.
Skandinaviska Enskilda Banken - New York Branch
Merchant Banking
245 Park Avenue, 42nd Floor
New York, NY 10167
E-mail: august.carfano@sebny.com

WA418395.1

# DOCUMENT NO. 2

**From:** Carfano, August
**Sent:** Monday, November 10, 2008 10:49 AM
**To:** 'goodman@hugheshubbard.com'
**Subject:** Urgent request for the return of misdirected payments to Lehman Brothers Inc.

<<Evidence of change of custodian for Neuberger Berman from Lehman to Ridge.pdf>> <<Evidence of incorrect wires -- SWIFT for the payments..pdf>> <<First e-mail notification to Neuberger of misdirected payments.pdf>>

Mr. Goodman, pursuant to our conversation, below are the facts surrounding the misdirected funds paid to Lehman Brothers Inc.in error.

On the 2nd of September Neuberger Berman, our trading counterparty notified SEB it changed their custodian from Lehman Brothers Inc. to Ridge Clearing & Outsourcing Services, which clears through JP Morgan Chase Bank N.A. The new settlement information was not updated correctly in the SEB system with the consequence that multiple payments were sent in error (pursuant to the incorrect instructions) to JP Morgan Chase for further credit to Lehman Brothers Inc.. The account that the misdirected funds are in is

JPMORGAN CHASE BANK, N.A - CHASUS33
    ABA 021000021
    A/C: 8900379677
    Beneficiary Institution -
    LEHMAN BROTHERS, SLHIUS3X
    FFC: INT_ SETLMNTS
      A/C: 011-00043-14
    FFC NEUBERGER

Please find below specification of payments in error to Lehman Brothers Inc:

| Internal Reference | Trade date | Pay date | Side | Quantity | Net Amount USD | Security | Short Code |
|---|---|---|---|---|---|---|---|
| T09328001A | 9/30/2008 | 10/7/2008 | B | 3,000 | 60,173.57 | SEADRILL Ltd | NEUBEROTC |
| T09328002A | 9/30/2008 | 10/7/2008 | B | 95,600 | 1,870,542.96 | SEADRILL Ltd | NEUBEROTC |
| T09328003A | 9/30/2008 | 10/7/2008 | B | 12,700 | 246,555.36 | SEADRILL Ltd | NEUBEROTC |
| T09425424A | 10/2/2008 | 10/7/2008 | B | 3,200 | 56,890.68 | SEADRILL Ltd | NEUBEROTC |
| T09425425A | 10/2/2008 | 10/7/2008 | B | 10,000 | 190,427.22 | SEADRILL Ltd | NEUBEROTC |
| T09545205A | 10/6/2008 | 10/16/2008 | B | 34,650 | 471,165.71 | SEADRILL Ltd | NEUBEROTC |
| T09545210A | 10/6/2008 | 10/16/2008 | B | 13,000 | 198,845.70 | SEADRILL Ltd | NEUBEROTC |
| T09600042A | 10/7/2008 | 10/10/2008 | B | 600 | 8,557.62 | SEADRILL Ltd | NEUBEROTC |
| T09600268A | 10/7/2008 | 10/16/2008 | B | 25,500 | 363,698.93 | SEADRILL Ltd | NEUBEROTC |
| T09690080A | 10/8/2008 | 10/16/2008 | B | 10,200 | 130,190.40 | SEADRILL Ltd | NEUBEROTC |
| T09690089A | 10/8/2008 | 10/16/2008 | B | 5,000 | 60,430.33 | SEADRILL Ltd | NEUBEROTC |
| T09690090A | 10/8/2008 | 10/16/2008 | B | 8,500 | 101,146.13 | SEADRILL Ltd | NEUBEROTC |
| T09690091A | 10/8/2008 | 10/14/2008 | B | 7,400 | 88,053.67 | SEADRILL Ltd | NEUBEROTC |
| T09749153A | 10/9/2008 | 10/16/2008 | B | 14,000 | 187,977.34 | SEADRILL Ltd | NEUBEROTC |
| T09749166A | 10/9/2008 | 10/16/2008 | B | 3,950 | 53,036.50 | SEADRILL Ltd | NEUBEROTC |

| T09821602A | 10/10/2008 | 10/14/2008 | B | 114,000 1,345,367.18 | TUI AG  NEUBEROTC |
| Total amount | | 5,433,059.30 | | | |

On Friday October 31, 2008, the amount of $ 5,433,059.30 was paid to Ridge Clearing & Outsourcing Services by SEB in  full settlement of the above trades.

This means that SEB has paid the amount twice; first to Lehman Brothers Inc (in error) and also on to Ridge (correct) for settlement of the trades.. Therefore we request the payments incorrectly  made to Lehman Brothers Inc. be returned to SEB.

We attach the supporting documentation:

- Evidence of change of custodian for Neuberger Berman from Lehman to Ridge
- Evidence of incorrect wires-SWIFT
- First Supporting e-mail to Neuberger of error in payments. Further payments were misdirected (See chart above)

We understand that you need to seek a court order for the return of these misdirected payments and it may take approximately two weeks for the return of the funds. Please have the misdirected payments wired to:

Bank of New York - IRVTUS3N
Cash Account: 8900379677
ABA: 021000018

I also believe that I mentioned that Neuberger initially had discussions with Deloitte regarding the misdirected funds. Please call me upon receipt of this e-mail to discuss steps going forward. Thank you.

Regards,

August A. Carfano
Chief Compliance Officer
SEB Enskilda Inc.
Skandinaviska Enskilda Banken - New York Branch
Merchant Banking
Telephone: +1-212-907-4697
Telefax: +1-212- 370-1642
E-mail: august.carfano@sebny.com
www.seb.se/mb

## Ridge Clearing & Outsourcing Solutions, Inc.
### Securities and Cash Settlement Instructions - Effective 07/22/2008

| | | | | | |
|---|---|---|---|---|---|
| Australia AUD | T + 3 | ANZBAU3MNOM | ANZ - Melbourne A/C JPMorgan Chase, London A/C 2706-0108-11-02 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | ANZ - Melbourne A/C JPMorgan Chase, London A/C 218032/00003 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321501 | ANZBAU3M |
| Austria EUR | T + 3 | BKAUATWW | Bank Austria Creditanstalt - Vienna A/C JPMorgan Chase, London A/C 0101-06185/69 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| Belgium EUR | T + 3 or Fortnightly | CITITTMX | Citibank - Brussels A/C JPMorgan Chase, London A/C 6004609 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | J. P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| Canada CAD | T + 3 | ROYCCAT2SET | Royal Bank of Canada - Toronto A/C JPMorgan Chase, London A/C T12212381 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | Royal Bank of Canada - Toronto A/C JPMorgan Chase, London A/C T12212381 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321502 | ROYCCAT2 |
| Denmark DKK | T + 3 | DABADKKK | Den Danske Bank - Copenhagen A/C JPMorgan Chase, London A/C 3009402764 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | Nordea Bank A/S - Copenhagen A/C JPMorgan Chase, London A/C 5000404539 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321507 | NDEADKKK |
| Euroclear | | | Euroclear - Brussels A/C JPMorgan Chase, London A/C 11319 Ref Ridge Clearing & Outsourcing Solutions, Inc. | N/A | |
| Finland EUR | T + 3 | NDEAFIHH | Nordea Bank - Helsinki A/C JPMorgan Chase, London A/C 022009A371873 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| France EUR | T + 3 | CITIGB2L (sicovam 186) | Citibank - London A/C JPMorgan Chase, London A/C 1655233586 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| Germany EUR | T + 3 or T + 2 | PARBDEFF | BNP Paribas - Frankfurt A/C JPMorgan Chase, London A/C 9044740102 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| Hong Kong HKD | T + 2 | HSBCHKHHSEC | HSBC - Hong Kong A/C JPMorgan Chase, London A/C 502-472921-085 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | JPMorgan Chase Bank - Hong Kong A/C JPMorgan Chase, London A/C 6743197680 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321508 | CHASHKHH |
| Indonesia IDR | T + 4 | HSBCIDJA | HSBC - Jakarta A/C JPMorgan Chase, London A/C 001-839927-085 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | Contact ADP Clearing for details | |
| Ireland EUR | T + 3 | BISSIE2D | Bank of Ireland, Dublin A/C JPMorgan Chase, London A/C 4258410 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| Italy EUR | T + 3 | CITIITMXXX | Citibank - Milan A/C JPMorgan Chase, London A/C 1220399 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| Japan JPY | T + 3 | MHCBJPJT | Mizuho Corporate Bank Ltd A/C JPMorgan Chase, London A/C 1006460 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | JPMorgan Chase Bank - Tokyo A/C JP Morgan Chase, London A/C 0195006713 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321509 | CHASJPJT |
| Luxembourg | T+3 | BGLLLULL | Banque Generale Du Luxembourg S.A A/C JPMorgan Chase Bank A/C Ridge Clearing & Outsourcing Solutions, Inc. A/C 066333C/70/0 | Contact ADP Clearing for details | |
| Mexico MXP | T + 2 | CITIUS33MER | Citibank, Mexico A/C JPMorgan Chase, London A/C 222190 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L. | Banco Santander. - Mexico City A/C JPMorgan Chase, London A/C 2230 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321510 | BMSXMXMM |

| Ridge Clearing & Outsourcing Solutions, Inc. | | | | | |
|---|---|---|---|---|---|
| Securities and Cash Settlement Instructions - Effective 07/22/2008 | | | | | |
| Netherlands EUR | T + 3 | CITIGB2L | Citibank - Amsterdam A/C JPMorgan Chase, London A/C 0000711988 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| New Zealand NZD | T + 3 | NATANZ22 | National Australia Bank - Auckland A/C JPMorgan Chase, London A/C 640795 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Westpac Banking Corporation - Wellington A/C JPMorgan Chase, London A/C RFT019711NZD220001 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | WPACNZ2W |
| Norway NOK | T + 3 | DNBANOKK | Den Norske Bank, Oslo A/C JPMorgan Chase, London A/C 50050099485 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Nordea Bank Norge ASA - Oslo A/C JPMorgan Chase, London A/C 6001.02.3204.2 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321511 | NDEANOKK |
| Philippines PHP | T + 4 | HSBCPHMMSEC | Hong Kong & Shanghai Bank - Manila A/C JPMorgan Chase, London A/C 000-595124-570 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Contact ADP Clearing for details | |
| Portugal EUR | T + 3 | CITIPTPX | Citibank International PLC - Lisbon A/C JPMorgan Chase, London A/C 7024116370 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG - Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| Singapore SGD | T + 3 | DBSSSGS1 | Deutsche Bank, Singapore A/C JPMorgan Chase, London A/C 27005404031 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Overseas-Chinese Banking Corp - Singapore WPACNZ2W A/C JPMorgan Chase, London A/C 501-474191-001 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321514 | OCBCSGSG |
| South Africa ZAR | Tuesday following trade date | SBZAZAJJ | Standard Corporate & Merchant Bank - Johannesburg A/C JPMorgan Chase, London A/C 400051699 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Standard Corporate & Merchant Bank - Johannesburg A/C JPMorgan Chase, London A/C 7550069 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321515 | SBZAZAJJ |
| Spain EUR | T + 3 | SABNESMMSSS | Banco Santander Central Hispano - Madrid A/C JPMorgan Chase, London A/C 5777000082533 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | J.P. Morgan AG Frankfurt A/C JPMorgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 | CHASDEFX |
| Sweden SEK | T + 3 | ESSESESS | Skandinaviska Enskilda Bank - Stockholm A/C JPMorgan Chase, London A/C 01-100 104011 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Svenska Handelsbanken - Stockholm A/C JPMorgan Chase, London A/C 40386589 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321513 | HANDSESS |
| Switzerland CHF | T + 3 | UBSWCHZH80A | UBS - Zurich A/C JPMorgan Chase, London A/C 0230000004437U3 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | UBS A/C JPMorgan Chase, London A/C 0230000004412905000B Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321506 | UBSWCHZH80A |
| Thailand THB | T + 3 | SCBLTHBX | Standard Chartered Bank - Bangkok A/C JPMorgan Chase, London A/C TH0000006559-5 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | Contact ADP Clearing for details | |
| United Kingdom GBP | T + 3 | CHASGB2LGST | JPMorgan Chase - London A/C JPMorgan Chase, London CREST A/C 82O.HJ Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | JPMorgan Chase - London A/C JPMorgan Chase, London A/C 32321504 (CHAPS Sort Code 60-92-42) | CHASGB2L |
| United Kingdom GBP (Gilts only) | T + 3 | CHASGB2LGST | JPMorgan Chase - London A/C JPMorgan Chase, London CGO A/C 5301 Ref Ridge Clearing & Outsourcing Solutions, Inc. Chase SWIFT Sub Code: CHASGB2L | JPMorgan Chase - London A/C JPMorgan Chase, London A/C 32321504 (CHAPS Sort Code 60-92-42) | CHASGB2L |
| United States USD | T + 3 | | DTC # 158 | Bank of New York ABA # 021000018 SWIFT: IRVTUS3N A/C Ridge Clearing & Outsourcing Solutions, Inc. A/C # 8661169975 FFC JPMC settlement A/C # 006-4005 | |

Cash Wire instructions
EURO:

| Ridge Clearing & Outsourcing Solutions, Inc. | |
| --- | --- |
| Securities and Cash Settlement Instructions - Effective 07/22/2008 | |
| | |

J.P. Morgan AG Frankfurt A/C JP Morgan Chase, London A/C 6231400604 Ref Ridge Clearing & Outsourcing Solutions, Inc. A/C 32321503 SWIFT: CHASDEFX

20: Transaction Reference Number
   4T09328002B
21: Related Reference
   4T09328002B
32A: Value Date, Currency Code,  Amt
   Date       : den 7 oktober 2008
   Currency   : USD (US DOLLAR)
   Amount    : 1870543,
53B: Sender's Correspondent -Location
   /8900379677
   ESSEGB2LENS
57A: Account With Institution - BIC
   /ABA 021000021
   CHASUS33
   JPMORGAN CHASE BANK, N.A.
   NEW YORK,NY
   UNITED STATES US
58D: Beneficiary Institution -Nm&Addr
   /066027969
   LEHMAN BROTHERS, SLHIUS3X
   FFC: INTL SETLMNTS  AC:
   011-00043-14
   FFC NEUBERGER 95600 SEADRILL

# DOCUMENT NO. 3

**From:** Carfano, August
**Sent:** Friday, November 14, 2008 1:31 PM
**To:** bermudez@hugheshubbard.com
**Cc:** goodman@hugheshubbard.com
**Subject:** SEB Enskilda-misdirected funds to Lehman

Hello Jose-

Thank you for your prompt response to my e-mail. Pursuant to your request, attached are the following:

- E-mail from JPMorgan confirming misdirected funds in Lehman account
- SWIFTS of all wires

I understand the process now is to send the accumulated information to the accountants to confirm the misdirected funds. Step two would be for us to sign a "Stipulation" so you may obtain a court order to release the funds.

Please call me if you require any additional information.

Regards, <<e-mail from JPM confirming misdirected funds.pdf>> <<SWIFTS of all the wires.pdf>>

August A. Carfano
Chief Compliance Officer and US Counsel
SEB Enskilda Inc.
Skandinaviska Enskilda Banken - New York Branch
Merchant Banking
Telephone: +1-212-907-4697
Telefax: +1-212- 370-1542
E-mail: august.carfano@sebny.com
www.seb.se/mb

**Carfano, August**

| | |
|---|---|
| From: | Witt, Patrick (Exchange) [Patrick.Witt@jpmorgan.com] |
| Sent: | Monday, November 03, 2008 9:22 AM |
| To: | PBSST (Generic); Elmesten, Patric |
| Cc: | Palilla, Richard (Exchange) |
| Subject: | RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage  - Forwarded by JPM's client SEBanken in Sweden |

Patric -
As per our conversations this morning, my cashier department informed me that the payments
referenced below sent to JP Morgan Chase account 066027969 happens to be a Lehman Brothers
Inc acct on our side.
Lehman Brothers Inc accounts are being handled by the trustee and Lehman does not have
authorization to provide debit authorization on any LBI accounts, Bank of NY Mellon will
need to contact the trustee directly providing all details of the transactions and the
reason funds were sent to the account.
My cashier department informed me that the trustee is Jared Goodman and his email address
is:  goodman@hugheshubbard.com.
Here is a link to his contact information from the company website.
http://www.hugheshubbard.com/attorneys/list.aspx?FirstName=jared&LastName=goodman

Please contact me if I can be of further assistance.


Patrick Witt |Prime Brokerage | J.P. Morgan | 383 Madison Avenue, New York, NY 10179 | T:
212 272 5113 | F: 917 849 2125 | Patrick.Witt@jpmorgan.com|
http://www.jpmorgan.com/primebrokerage


-----Original Message-----
From: PBSST (Generic)
Sent: Friday, October 31, 2008 8:00 PM
To: 'Patric.Elmesten@seb.se'
Cc: Palilla, Richard (Exchange)
Subject: RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage -
Forwarded by JPM's client SEBanken in Sweden


Patric-

It appears we may have located the funds.
However there are some issues we would like to discuss in further detail with you.
I will call you Monday.

Thanks


Patrick Witt |Prime Brokerage | J.P. Morgan | 383 Madison Avenue, New York, NY 10179 | T:
212 272 5113 | F: 917 849 2125 | Patrick.Witt@jpmorgan.com|
http://www.jpmorgan.com/primebrokerage


-----Original Message-----
From: Witt, Patrick (Exchange)
Sent: Wednesday, October 29, 2008 7:14 PM
To: 'Patric.Elmesten@seb.se'
Cc: Palilla, Richard (Exchange)
Subject: RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage -
Forwarded by JPM's client SEBanken in Sweden


Patric-

Thanks you for the detail you provided.

1

I have checked with a number of departments here at JP Morgan Chase and have found that the account numbers and FBO references are not valid accounts here and we have no record of receiving the funds here.
We have an investigation pending with Chase bank into the reference numbers you provided with a senior manager in our cashier department and expect to have an update and hopefully a final resolution for you tomorrow.
Thank you for your patience.
Please feel free to call or email me with any questions.


Thanks


Patrick Witt |Prime Brokerage | J.P. Morgan | 383 Madison Avenue, New York, NY 10179 | T: 212 272 5113 | F: 917 849 2125 | Patrick.Witt@jpmorgan.com|
http://www.jpmorgan.com/primebrokerage


-----Original Message-----
From: Patric.Elmesten@seb.se [mailto:Patric.Elmesten@seb.se]
Sent: Wednesday, October 29, 2008 10:17 AM
To: Witt, Patrick (Exchange)
Cc: Mallia, Josephine (Exchange); Quickfall, David (Exchange); Palilla, Richard (Exchange); Karin.Lindblad@seb.se; Einar.Thodal-Ness@seb.se; Guthe, Jens
Subject: RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage - Forwarded by JPM's client SEBanken in Sweden
Importance: High


Hi Patrick

Please see requested FED wire reference for the 16 transactions to the right (i.e. IMAD 20081010B1Q8154C006148 etcetera)

value 10/10 usd 8557.62 ref F2S08101065541700 IMAD 20081010B1Q8154C006148 value 14/10 usd 53036,46 ref F2S0810142223400 IMAD 20081014B1Q8153C010494 value 07/10 usd 56890,68 ref F2S0810077374900 IMAD 20081007B1Q8151C004091 value 07/10 usd 60173,57 ref F2S0810077349200 IMAD 20081007B1Q8153C003669 value 14/10 usd 60430,33 ref F2S0810142222500 IMAD 20081014B1Q8153C010493 value 14/10 usd 88053,68 ref F2S0810142222900 IMAD 20081014B1Q8152C011169 value 14/10 usd 471165,74 ref F2S0810142222000 IMAD 20081014B1Q8153C010492 value 14/10 usd 101142,74 ref F2S0810142222600 IMAD 20081014B1Q8151C011248 value 14/10 usd 130190,41 ref F2S0810142222400 IMAD 20081014B1Q8154C010235 value 14/10 usd 190427,22 ref F2S0810077375000 IMAD 20081007B1Q8151C004095 value 14/10 usd 198845,70 ref F2S0810142222100 IMAD 20081014B1Q8151C011247 value 14/10 usd 187977,35 ref F2S0810142222300 IMAD 20081007B1Q8154C010236 value 07/10 usd 246555,37 ref F2S0810077374800 IMAD 20081007B1Q8154C003828 value 14/10 usd 363698,95 ref F2S0810142222200 IMAD 20081014B1Q8152C011168 value 07/10 usd 18704543,00 refF2S0810077349400 IMAD 20081007B1Q8151C006520 value 14/10 usd 1345367,18 ref F2s0810142223200 IMAD 20081014B1Q8152C011170

The internal account at JPM 066-027-696 (fpr further credit 011-00043-14 Neuberger)


Rgds


Patric

-----Original Message-----
From: Witt, Patrick (Exchange) [mailto:Patrick.Witt@jpmorgan.com]
Sent: 29 October 2008 14:56
To: Elmesten, Patric; Guthe, Jens
Cc: Mallia, Josephine (Exchange); Quickfall, David (Exchange); Palilla, Richard (Exchange); Lindblad, Karin; Thodal-Ness, Einar
Subject: RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage - Forwarded by JPM's client SEBanken in Sweden


Patric;
As per our phone conversation, I checked with my balance and control department and according to them we are not holding the funds you reference below in suspense.

Could you please ask BONY to provide the ABA fed wire reference numbers and also any
internal JPM account number they may have used when they wired the fed funds to JPM Chase?
Please feel free to call or email me with any contacts you might have at either BONY who
you think may be able to further assist.

Thanks


Patrick Witt |Prime Brokerage | J.P. Morgan | 383 Madison Avenue, New York, NY 10179 | T:
212 272 5113 | F: 917 849 2125 | Patrick.Witt@jpmorgan.com|
http://www.jpmorgan.com/primebrokerage


-----Original Message-----
From: Patric.Elmesten@seb.se [mailto:Patric.Elmesten@seb.se]
Sent: Wednesday, October 29, 2008 8:15 AM
To: Guthe, Jens
Cc: Mallia, Josephine (Exchange); Quickfall, David (Exchange); Witt, Patrick (Exchange);
Palilla, Richard (Exchange); Karin.Lindblad@seb.se; Einar.Thodal-Ness@seb.se
Subject: RE: ** RE: Urgent request - Re Missing payments re Equity prime brokerage -
Forwarded by JPM's client SEBanken in Sweden
Importance: High

Hi Jens

Many thanks for your assistance with this

Richard, you can reach me at patric.elmesten@seb.se or through my cell at +46 70 304 83 96
should you have any questions or if you should need any additional information

Regards,

Patric Elmesten
Client Associate, North American Financial Institutions Client Relationship Management SEB
Merchant Banking

Direct phone  +46-8-763 83 96
Mobile  +46-70-304 83 96
Fax  +46-8-763 91 00
Telephone  +46-8-763 80 00
Postal address  SE-106 40 Stockholm
Visiting address  Kungsträdgårdsgatan 8
E-mail  patric.elmesten@seb.se
www.seb.se/mb


-----Original Message-----
From: Jens Guthe [mailto:JENS.GUTHE@jpmorgan.com]
Sent: 29 October 2008 12:50
To: Richard Palilla; Elmesten, Patric
Cc: Josephine Mallia; David Quickfall; Patrick Witt
Subject: ** RE: Urgent request - Re Missing payments re Equity prime brokerage - Forwarded
by JPM's client SEBanken in Sweden

Dear Richard,

Re Umran's email earlier and our telecon a minute ago.

Richard, Below you will find the WHO, the WHY and the WHAT to this case. Please review it
and revert with comments/questions & hopefully a course of  action steps to be taken or
requested.  Richard, Please revert to Patrick @ SEB under CC to me.

Richard, if this by any chance is not in your shop, pls revert with  next suspect and name
needed to get to resolution.

Patrick,  I have bccd Einar, Karin and Lars so they now know this has found the right home

in JPM Equity PB in USA and is being dealt with. .  I just spoke with Richard  to brief
him in USA  on his way to work this morning!.  If it is not in his shop, we will go to
next logical step where it cd be, but Richard will tell us this.


Patrick,  I am here in the background, but am letting the  relevant people deal with it
until good reolution is achieved. Will step in if Richard or you need me.


Regards,


Jens Guthe, Executive Director
EMEA Corp.Banking-Nordic & Baltic
JP Morgan Plc
10 Aldermanbury, London EC2V 7RF
1 E-mail: jens.guthe@jpmorgan.com
T: +4766780072 Fax:+47 9476 2801 Mob:+4792447000 +44 7765 37 1992

-----Original Message-----
From: Patric.Elmesten@seb.se [mailto:Patric.Elmesten@seb.se]
Sent: 29 October 2008 09:58
To: Jens Guthe
Cc: Einar.Thodal-Ness@seb.se; Gustaf.Nyblaeus@seb.se; Karin.Lindblad@seb.se
Subject: RE: Urgent request
Importance: High


Hi Jens

Same background to the below as agreed upon

The client Neuberger Berman had Lehman Brothers as Prime Broker, who had their account at
JPMorgan Chase.

After the bankruptcy Neuberger Berman changed Prime Broker to Ridge, who holds their
account within Bank of New York Mellon (from whom you should have received a request to
return the all together MUSD 5.432 as per below).

By mistake from SEB side the cash where sent to the old settlement instructions, i.e.
CHASUS33 / account SLHIUS3X, and now we ask you to advise if the funds are still in your
books or not. If they are please return them as per earlier Swift request.

Please advise should you need additional information

Many thanks and Br

Patric
-----Original Message-----
From: Patric.Elmesten@seb.se [mailto:Patric.Elmesten@seb.se]
Sent: 28 October 2008 19:14
To: Jens Guthe
Cc: Einar.Thodal-Ness@seb.se; Gustaf.Nyblaeus@seb.se; Karin.Lindblad@seb.se
Subject: Urgent request
Importance: High


Hi Jens,

I need your assistance with some payments that has been wrongly sent to JPMorgan Chase,
stated below.

The payments has been done to CHASUS33 account SLHIUS3X.

| Traderef | ISIN | Instrument | SettCurr | | Amount | Paid |
|----------|------|------------|----------|------|--------|------|
| date | | Counterparty | Enskilda Ref | Payment ref | | |
| 159426 | BMG7945E1057 | SEADRILL LTD | USD | 8 557,62 | | 7-oct-08 |
| SEB Enskilda | 4T09600042A | F2S0810106541700 | | | | |
| 160266 | BMG7945E1058 | SEADRILL LTD | USD | 53 036,50 | | |

4

```
14-oct-08        SEB Enskilda    4T09749166A      F2S0810142223400
158163   BMG7945E1059     SEADRILL LTD    USD      56 890,68        7-oct-08
SEB Enskilda     4T09425424A     F2S0810077374900
158913   BMG7945E1060     SEADRILL LTD    USD      60 173,57        7-oct-08
SEB Enskilda     4T09328001A     F2S0810077349200
159910   BMG7945E1061     SEADRILL LTD    USD      60 430,33
14-oct-08        SEB Enskilda    4T09690089A      F2S0810142222500
159912   BMG7945E1062     SEADRILL LTD    USD      88 053,67
14-oct-08        SEB Enskilda    4T09690091A      F2S0810142222900
159911   BMG7945E1063     SEADRILL LTD    USD      101 146,13
14-oct-08        SEB Enskilda    4T09690090A      F2S0810142222600
159909   BMG7945E1064     SEADRILL LTD    USD      130 190,40
14-oct-08        SEB Enskilda    4T09690080A      F2S0810142222400
160268   BMG7945E1065     SEADRILL LTD    USD      187 977,34
14-oct-08        SEB Enskilda    4T09749153A      F2S0810142223300
158164   BMG7945E1066     SEADRILL LTD    USD      190 427,22       7-oct-08
SEB Enskilda     4T09425425A     F2S0810077375000
159024   BMG7945E1067     SEADRILL LTD    USD      198 845,70
14-oct-08        SEB Enskilda    4T09545210A      F2S0810142222100
158915   BMG7945E1068     SEADRILL LTD    USD      246 555,36       7-oct-08
SEB Enskilda     4T09328003A     F2S0810077374800
159433   BMG7945E1069     SEADRILL LTD    USD      363 698,93
14-oct-08        SEB Enskilda    4T09600268A      F2S0810142222200
159025   BMG7945E1070     SEADRILL LTD    USD      471 165,71
14-oct-08        SEB Enskilda    4T09545205A      F2S0810142222200
158919   BMG7945E1071     SEADRILL LTD    USD      1 870 542,96     7-oct-08
SEB Enskilda     4T09328002A     F2S0810077349400
         DE000TUAG000     TUIAG    USD      1 344 367,18     14-oct-08
SEB Enskilda     4T09821602A     F2S0810142223200
                                 5 432 059,30 JP Morgan Chase has most likely already
received a request from BoNY to return these funds.
```

I really appreciate your assistance with this.

Many thanks and best regards

Patric Elmesten

Generally, this communication is for informational purposes only and it is not intended as
an offer or solicitation for the purchase or sale of any financial instrument or as an
official confirmation of any transaction. In the event you are receiving the offering
materials attached below related to your interest in hedge funds or private equity, this
communication may be intended as an offer or solicitation for the purchase or sale of such
fund(s). All market prices, data and other information are not warranted as to
completeness or accuracy and are subject to change without notice.
Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase
& Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally
privileged, and/or exempt from disclosure under applicable law. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution, or
use of the information contained herein (including any reliance
thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are
believed to be free of any virus or other defect that might affect any computer system
into which it is received and opened, it is the responsibility of the recipient to ensure
that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its
subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from
its use. If you received this transmission in error, please immediately contact the sender
and destroy the material in its entirety, whether in electronic or hard copy format. Thank
you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK
legal entities.

Generally, this communication is for informational purposes only and it is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. In the event you are receiving the offering materials attached below related to your interest in hedge funds or private equity, this communication may be intended as an offer or solicitation for the purchase or sale of such fund(s).  All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice.
Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.


This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance
thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

## Carfano, August

| | |
|---|---|
| From: | Karringer, Bjorn |
| Sent: | Friday, November 14, 2008 12:36 PM |
| To: | Carfano, August; Cisneros, Gil |
| Subject: | FW: lehman swift |

Hi Gus,

Below are the swifts for all the wires.

-Bjorn

| | |
|---|---|
| From: | Molinder, Jon |
| Sent: | Friday, November 14, 2008 12:31 PM |
| To: | Karringer, Bjorn |
| Cc: | Jansdotter Larsson, Linda |
| Subject: | lehman swift |

**Hej, här är samtliga swift,**

**mvh Jon.**

**:20:4T09749166B**
**:21:4T09749166B**
**:32A:081014USD53036,46**
**:53B:/8900379677**
**ESSEGB2LENS**
**:57A:/ABA 021000021**
**CHASUS33**
**:58D:/066-027-969**
**ACCOUNT LEHMAN BROTHERS, SLHIUS3X**
**FFC: INTL SETLMNTS  AC:**
**011-00043-14 NEUBERGER**
**FOP 3950 SEADRILL**

**:20:4T09749153B**
**:21:4T09749153B**
**:32A:081014USD187977,35**
**:53B:/8900379677**
**ESSEGB2LENS**
**:57A:/ABA 021000021**
**CHASUS33**
**:58D:/066-027-969**
**ACCOUNT LEHMAN BROTHERS, SLHIUS3X**
**FFC: INTL SETLMNTS  AC:**
**011-00043-14 NEUBERGER**
**FOP 14000 SEADRILL**

**:20:4T09600042B**
**:21:4T09600042B**
**:32A:081010USD8557,62**
**:53B:/8900379677**
**ESSEGB2LENS**

1

:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 NEUBERGER
FOP 600 SEA DRILL


:20:4T09425425B
:21:4T09425425B
:32A:081007USD190427,22
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 TO NEUBERGER
FOP 10000 SEADRILL


:20:4T09425424B
:21:4T09425424B
:32A:081007USD56890,68
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 TO NEUBERGER
FOP 3200 SEADRILL


:20:4T09328003B
:21:4T09328003B
:32A:081007USD246555,37
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14
FFC NEUBERGER AND BERMAN FOP 12700


:20:4T09328002B
:21:4T09328002B
:32A:081007USD1870543,
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066027969
LEHMAN BROTHERS, SLHIUS3X

2

FFC: INTL SETLMNTS  AC:
011-00043-14
FFC NEUBERGER 95600 SEADRILL


:20:4T09545205B
:21:4T09545205B
:32A:081014USD471165,74
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC neuberger
FOP 34650 Seadrill




:20:4T09545210B
:21:4T09545210B
:32A:081014USD198845,7
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC NEUBERGER FFC: INTL SETLMNTS
AC: 011-00043-14
FOP 13000 SEADRILL




:20:4T09600268B
:21:4T09600268B
:32A:081014USD363698,95
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC NEUBERGER
FOP 25500 SEADRILL




:20:4T09690080B
:21:4T09690080B
:32A:081014USD130190,41
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 FFC NEUBERGER

3

FOP 10200 SEADRILL


:20:4T09690089B
:21:4T09690089B
:32A:081014USD60430,33
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC NEUBERGER
FOP 5000 SEADRILL


:20:4T09690090B
:21:4T09690090B
:32A:081014USD101142,74
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 NEUBERGER
FOP 8500 SEADRILL


:20:4T09690091B
:21:4T09690091B
:32A:081014USD88053,68
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 NEUBERGER
FOP 7400 SEADRILL

:20:4T09821602B
:21:4T09821602B
:32A:081014USD1345367,18
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066-027-969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14 NEUBERGER
FOP 114000 TUI AG

:20:4T09328001B
:21:4T09328001B
:32A:081007USD60173,57
:53B:/8900379677
ESSEGB2LENS
:57A:/ABA 021000021
CHASUS33
:58D:/066027969
ACCOUNT LEHMAN BROTHERS, SLHIUS3X
FFC: INTL SETLMNTS  AC:
011-00043-14
FOP 3000 SEA DRILL


**Jon Molinder**

SEB Enskilda Operations Reconciliation
Phone:           +46 (0) 8 5222 9376
Group:           +46 (0) 8 5222 9585
Switchboard:     +46 (0) 771 621 00
Fax:             +46 (0) 8 5222 9726
Mailing Address: SE-106 40 Stockholm
Office Adress:   Kungsträdgårdsgatan 8
E-mail:          jon.molinder@seb.se
Group mail:      enskopeqnor@seb.se
www.seb.se/mb