K&L GATES LLP
Robert N. Michaelson, Esq.
Kristin S. Elliott, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Tobacco Settlement Authority,
an independent public instrumentality of the
State of Washington

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    Case No. 08-13555 (JMP)
                                                                       :
                                                                       :    (Jointly Administered)
                              Debtors.                                 :
                                                                       :
                                                                       :
-----------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on the Motion of the Tobacco Settlement Authority for an Order (a) Compelling Lehman Brothers Special Financing Inc. to Assume or Reject an Executory Contract Pursuant to 11 U.S.C. § 365(d)(2) or, Alternatively, (b) Modifying the Automatic Stay to Allow the Tobacco Settlement Authority to Terminate the Agreement [Docket No. 2546], which was scheduled to be heard on February 11, 2009 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **February 25, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York,

NY-663406 v1

- 2 -

New York 10004, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated:   New York, New York
        February 10, 2009

K&L GATES LLP

By: _____
    Kristin S. Elliott
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for the Tobacco Settlement Authority, an independent public instrumentality of the State of Washington