WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                        :
**In re**                                               :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                        :
                            **Debtors.**                :    **(Jointly Administered)**
                                                        :
                                                        :
------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on LBHI's Motion, Pursuant to

Sections 105(a) and 363 of the Bankruptcy Code to Fund a Capital Contribution to Woodlands

Commercial Bank [Docket No. 2742], has been adjourned to **February 17, 2009 at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing") before the Honorable James M. Peck, United States

Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004, and such

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections and responses, if any, to

the Motion must be filed so as to be received no later than **February 13, 2009 at 5:00 p.m.**

**(Prevailing Eastern Time).**

NY2:\1965821\01\164%501!.DOC\58399.0003

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order to

Show Cause, dated February 6, 2009, Scheduling a Hearing on the Motion [Docket No. 2747],

the Hearing may be an evidentiary hearing.

Dated: February 10, 2009
      New York, New York

                        /s/ Alfredo R. Perez
                        Alfredo R. Perez

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession