WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**  :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  **08-13555 (JMP)**
:
Debtors.  :  **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION**
**PURSUANT TO SECTIONS 105 AND 364 OF THE BANKRUPTCY**
**CODE AUTHORIZING THE DEBTORS TO GRANT FIRST PRIORITY**
**LIENS IN CASH COLLATERAL POSTED IN CONNECTION WITH**
**THE HEDGING TRANSACTIONS THE DEBTORS ENTER INTO**
**THROUGH CERTAIN FUTURES AND PRIME BROKERAGE ACCOUNTS**

**PLEASE TAKE NOTICE** that the hearing on the motion, dated as of January 28, 2009 (the "Motion") [Docket No. 2682], pursuant to sections 105 and 364 of title 11 of the United States Code, for authorization to grant first priority liens in collateral posted in connection with certain hedging transactions, originally scheduled for February 11, 2009 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **February 25, 2009 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004, and such

Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections and responses, if any, to the Motion must be filed so as to be received no later than **February 20, 2009 at 4:00 p.m. (Prevailing Eastern Time).**

Dated: February 10, 2009
       New York, New York

/s/ Lori R. Fife
Lori R. Fife
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession