WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Alfredo R. Perez

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
                                                      :
**In re**                                             :    **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,          :    **08-13555 (JMP)**
                                                      :
                              **Debtors.**            :    **(Jointly Administered)**
                                                      :
-------------------------------------------------------------------------------x
                                                      :
**In re**                                             :
                                                      :    **Case No.**
**LEHMAN BROTHERS INC.**,                             :
                                                      :    **08-01420 (JMP) (SIPA)**
                              **Debtor.**             :
                                                      :
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
<u>SCHEDULED FOR HEARING ON FEBRUARY 11, 2009 AT 10:00 A.M.</u>**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **<u>Room 601</u>**, One Bowling Green, New York, NY 10004-1408

## I.    <u>UNCONTESTED MATTERS</u>:

1.    Case Conference

   A.    Presentation of Proposed International Case Protocol

   B.    Examiner's Proposed Work Plan

   <u>Status</u>:  These matters are going forward.

2.    Application to Employ Jenner & Block LLP **[Docket No. 2627]**

   <u>Response Deadline</u>:    February 6, 2009 at 4:00 p.m.

   <u>Responses Received</u>:  None.

   <u>Related Documents</u>:    None.

   <u>Status</u>:  This matter is going forward.

3.    Examiner's Motion for an Order Directing the Production of Documents **[Docket No. 2694]**

   <u>Response Deadline</u>:    February 6, 2009 at 4:00 p.m.

   <u>Responses Received</u>:  None.

   <u>Related Documents</u>:    None.

   <u>Status</u>:  This matter is going forward.

4.      Motion of Green Tree Servicing LLC to Assume Flow Subservicing Agreement
**[Docket No. 1207]**

Response Deadline:    January 23, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been resolved .  The parties will present a stipulation to the
Court for approval.

5.      Motion of The Midwest Independent System Operator's for Relief from the
Automatic Stay **[Docket No. 1424]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been resolved .  The parties will present a stipulation to the
Court for approval.

6.      Debtors' Motion Approving the Assumption or Rejection of Open Trade
Confirmations **[Docket No. 1541]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

A.      Joinder of Goldman Sachs Credit Partners L.P. and GS European Performance
Fund Limited **[Docket No. 1869]**

B.      Limited of KKR Debt Investors **[Docket No. 1903]**

C.      Limited Objection of Citibank NA and Citibank International **[Docket No.
1915]**

Status:  This matter is going forward on a consensual basis with respect to Goldman
Sachs, GS European Performance, KKR Debt Investors, Citibank, NA and Citibank
International.  All other unresolved objections are adjourned to February 25, 2009 or
are to be scheduled for a contested hearing.

7.      Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Status:  The Debtors are negotiating a consensual resolution and this matter will only be going forward on a consensual basis.  All other unresolved objections are adjourned to February 25, 2009.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**II.    UNCONTESTED MATTERS:**

8.      Notice of Trustee's Motion for Entry of Order Pursuant to Section 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6006, and 9019 Authorizing the Assumption and Assignment of Debtor's Rights and Obligations Under a Lease of Nonresidential Real Property Located at 3000 Sand Hill Road, Menlo Park, California.  **[Docket No. 621]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This motion is going forward.

9.      Notice of Presentment by Barclays Capital Inc. of Stipulation and Agreed Order Resolving Objection to Assumption and Assignment of Certain Agreements with CA, Inc. **[Docket No. 654]**

Response Deadline:    February 10, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This motion is going forward.

III.    **CONTESTED MATTERS:**

10.    Trustee's Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property. **[Docket No. 481]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:

A.    Objection of HWA 555 Owners, LLC **[Docket No. 658]**

Related Documents:

B.    Notice of Revised Proposed Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time for the Trustee to Assume or Reject Unexpired Leases of Nonresidential Real Property **[Docket No. 534]**

C.    Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time for the Trustee to Assume or Reject Unexpired Leases of Nonresidential Real Property **[Docket No. 560]**

D.    Notice of Presentment of Stipulation and Order Regarding the Trustee's Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property **[Docket No. 598]**

E.    Stipulation and Order Regarding the Trustee's Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property.  **[Docket No. 614]**

F.    Response of Barclays Capital Inc. to HWA 555 Owners, LCC's Objection to Trustee's Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property, dated February 10, 2009 **[Docket No. 671]**

G.    Trustee's Response to Objection of HWA 555 Owners, LLC to Trustee's Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property **[Docket No. 672]**

Status:  This motion is going forward as to the California Lease.

11.    Motion Under Fed. R. Bankr. P. 9019(a) for Approval of Settlement and Compromise **[Docket No. 586]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:

A.    Debtors' Limited Objection to the Motion of Lehman Brothers Inc. for Approval of Settlement and Compromise **[Docket No. 660]**

B.    Response of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. to SIPA Trustee's Motion Under Fed. R. Bankr. P. 9019(a) for Approval of Settlement and Compromise Among Depository Trust and Clearing Corporation and Certain of its Subsidiaries and Barclays Capital Inc. **[Docket No. 663]**

Related Documents:

A.    Notice of Trustee's Motion Under Fed. R. Bankr. P. 9019(a) for Entry of an Order Approving Settlement and Compromise **[Docket No. 587]**

B.    Ex Parte Order Authorizing James W. Giddens, as Trustee in the Securities Investor Protection Act Liquidation of Lehman Brothers Inc. and Barclays Capital Inc. to File Under Seal Exhibit C to the Settlement Agreement **[Docket No. 594]**

C.    Ex Parte Joint Motion of James W. Giddens, as Trustee and Barclays Capital Inc. for Entry of an Order Authorizing the Movants to File Under Seal Exhibit C to the Settlement Agreement **[Docket No. 596]**

D.    Document (UNDER SEAL): Exhibit C To Settlement Agreement Among Barclays Capital Inc., The Depository Trust & Clearing Corporation, and the SIPA Trustee **[Docket No. 599]**

E.    Notice of Revised Exhibit to Proposed Settlement Agreement **[Docket No. 651]**

F.    Notice of Debtors' Withdrawal of Limited Objection to the Motion of Lehman Brothers Inc. for Approval of Settlement and Compromise **[Docket No. 679]**

Status:  This motion is going forward.

IV.    <u>**ADJOURNED MATTERS**</u>:

A.    **Lehman Brothers Holdings Inc.:**

12.    LBHI's Motion for Authorization to Fund a Capital Contribution to Woodlands Commercial Bank **[Docket No. 2742]**

   <u>Response Deadline</u>:    February 10, 2009 at 12:00 p.m.

   <u>Responses Received</u>:  None.

   <u>Related Documents</u>:

   A.    Declaration of Alfredo R. Perez **[Docket No. 2743]**

   B.    Order to Show Cause **[Docket No. 2747]**

   <u>Status</u>:  This matter has been adjourned to February 17, 2009.

13.    Debtors' Motion to Grant First Priority Liens in Cash Collateral Posted in Connection with the Hedging Transactions **[Docket No. 2682]**

   <u>Response Deadline</u>:    February 20, 2009 at 4:00 p.m.

   <u>Responses Received</u>:

   A.    Bank of China **[Docket No. 2744]**

   B.    Elliot Associates, et al. **[Docket No. 2745]** (as corrected **[Docket No. 2759]**)

   C.    The Walt Disney Company **[Docket No. 2746**

   D.    Newport Global **[Docket No. 2756]**

   <u>Related Documents</u>:

   E.    Debtors' Omnibus Reply **[Docket No. TBD]**

   <u>Status</u>:  This matter has been adjourned to February 25, 2009.

14.     Motion of DekaBank Deutsche Girozentrale for Relief from the Automatic Stay
**[Docket No. 1437]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 25, 2009.

15.     TPG-Austin Portfolio Holdings LLC's Motion to Compel Immediate Assumption or
Rejection of Credit Agreement **[Docket No. 1514]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

A.      Debtors' Objection **[Docket No. 2162]**

Related Documents:

B.      Reply of TPG-Austin Portfolio Holdings LLC **[Docket No. 2215]**

Status:  This matter has been adjourned to February 25, 2009.

16.     Motion for Leave to Conduct Discovery of Piper Jaffray & Co. **[Docket No. 2311]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 25, 2009.

17.     Motion of Accredited Home Lenders, Inc. for Relief from the Automatic Stay
**[Docket No. 2558]**

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 25, 2009.

18.     Motion of Parsec Trading Corp. for Relief from Automatic Stay **[Docket No. 2152]**

Response Deadline:    February 20, 2009 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to February 25, 2009.

19.     Motion of GE Corporate Financial Services, Inc. for Relief from the Automatic Stay **[Docket No. 2385]**

Response Deadline:    February 20, 2009.

Responses Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to February 25, 2009.

20.     Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

Response Deadline:    February 20, 2009.

Responses Received:

A.      Objection of GE Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited **[Docket No. 2383]**

Status:  This matter has been adjourned to February 25, 2009.

21.     Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim **[Docket No. 1205]**

Response Deadline:    February 20, 2009 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to February 25, 2009.

22.    Motion of Mapco Express, Inc. and Delek US Holdings, Inc. for Relief from the Automatic Stay **[Docket No. 1663]**

Response Deadline:    February 20, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 25, 2009.

23.    Motion of the Tobacco Settlement Authority for an Order Compelling Lehman Brothers Special Financing Inc. to Assume or Reject an Executory Contract **[Docket No. 2546]**

Response Deadline:    February 20, 2009 at 5:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to February 25, 2009.

24.    Motion of Markit Group Limited for Relief from Automatic Stay **[Case No. 08-01420, Docket No. 356]**

Response Deadline:    February 13, 2008 at 4:00 p.m.

Responses Received:  None.

Related Filings:

A.    Notice of Adjournment **[Docket No. 409]**

Status:  This matter has been adjourned to February 25, 2009.

25.     Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings
        Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No.
        566]**

        Response Deadline:     October 13, 2008 at 4:00 p.m.

        Responses Received:

        A.      Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

        B.      Statement of the Informal Noteholder Group **[Docket No. 887]**

        Related Documents:

        C.      Stipulation and Consent Order **[Docket No. 1402]**

        Status:  This matter has been adjourned to February 25, 2009.

26.     Barclays Capital Inc.'s Motion for Relief Concerning an American Express Contract
        Erroneously Posted with the "Closing Date Contracts" **[Docket No. 959]**

        Response Deadline:     October 27, 2008 at 4:00 p.m.

        Responses Received:

        A.      Debtors' Response **[Docket No. 1212]**

        B.      Objection of American Express Travel Related Services Company, Inc.
                **[Docket No. 1216]**

        C.      Objection of Official Committee of Unsecured Creditors **[Docket No. 1672]**

        D.      Reply of Barclays Capital Inc. **[Docket No. 1747]**

        Related Documents:

        E.      Declaration of Lindsee P. Granfield in Support of Motion of Barclays Capital
                Inc. for Relief Concerning an American Express Contract Erroneously Posted
                with the "Closing Date Contracts" **[Docket No. 960]**

        F.      Declaration of Patrick Coster in Support of the Motion of Barclays Capital
                Inc. for Relief Concerning an American Express Contract Erroneously Posted
                with the "Closing Date Contracts" **[Docket No. 961]**

        G.      Corrected Affidavit of Daniel J. Massoni in Support of Objection of American
                Express Travel Related Services Company, Inc. **[Docket No. 1256]**

H.    Declaration of Michael S. Feldberg in Support **[Docket No. 1750]**

I.    Declaration of Jason White in Support **[Docket No. 1751]**

J.    Declaration of Leslie Bernauer in Support **[Docket No. 1753]**

Status:  This matter has been adjourned to February 26, 2009.

27.    Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

Response Deadline:    March 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.    Declaration of George Kielman **[Docket No. 1181]**

Status:  This matter has been adjourned to March 11, 2009.

28.    Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC Compelling Actions by Debtors as Agent and Lender Under Loan Facility and Granting Related Relief **[Docket No. 1435]**

Response Deadline:    February 25, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to March 11, 2009.

29.    Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's Order Authorizing Debtor to Obtain Postpetition Financing **[Docket No. 434]**

Response Deadline:    January 7, 2009 at 5:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to March 11, 2009.

30.    Debtors' Motion to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts **[Docket No. 1498]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Related Documents:

A.    Notice of Amended Order **[Docket No. 2239]**

B.    Supplemental Order **[Docket No. 2557]**

Status:  The Motion is being adjourned as to the unresolved objections to March 25, 2009.

31.    Rule 2004 Applications / Joinders

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:

A.    Joinder of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks Joinder to Harbinger 2004 Application **[Docket No. 969]**

Status:  This matter has been adjourned to a date to be set by the Court.

**B.    Adversary Proceedings:**

32.    Plaintiff's Motion to Deposit Funds into Court Registry of Massachusetts Water Resources Authority / Massachusetts Water Resources Authority v. Lehman Brothers Derivative Products Inc. **[Case No. 08-01756, Docket No. 2]**

Response Deadline:    February 23, 2009 at 4:00 p.m.

Responses Received:  None.

Status:  This matter has been adjourned to February 25, 2009.

33.    Sola Ltd. V. Lehman Brothers Special Financing Inc. **[Case No. 08-01638]**

Pre-Trial Conference

Answer Deadline:    February 5, 2009.

Status:  This matter has been adjourned to February 25, 2009.

34.     Kelly v. Lehman Brothers OTC Derivatives Inc., et al. **[Case No. 08-01621]**

Pre-Trial Conference

<u>Answer Deadline</u>:      January 30, 2009.

<u>Status</u>:  This matter has been adjourned to February 25, 2009.

35.     Berenshteyn v. LBHI **[Case No. 08-01654]**

Pre-Trial Conference

<u>Answer Deadline</u>:      February 5, 2009.

<u>Status</u>:  This matter has been adjourned to March 25, 2009.

36.     Bank of America v. Lehman Brothers Special Financing Inc. et al. **[Case No. 08-01753]**

Pre-Trial Conference

<u>Answer Deadline</u>:      February 9, 2009.

<u>Status</u>:  This matter has been adjourned without date.

**C.     Lehman Brothers Inc.:**

37.     Notice of Hearing Regarding Newport Global Opportunities Fund LP, Newport Global Credit Fund (MASTER) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. Motion for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and SIPA Trustee.  **[Docket No. 123]**

<u>Response Deadline</u>:   February 6, 2009 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Related Filings</u>:

A.      Notice of Adjournment **[Docket No. 215]**

B.      Notice of Adjournment **[Docket No. 312]**

C.      Notice of Adjournment **[Docket No. 364]**

D.      Notice of Adjournment **[Docket No. 429]**

E.      Notice of Adjournment **[Docket No. 529]**

F.      Notice of Adjournment **[Docket No. 601]**

Status:  This matter has been adjourned to February 25, 2009.

38.    Second Motion of DCP Parties for Leave to Conduct Rule of 2004 Discovery. **[Docket No. 479]**

Response Deadline:    February 20, 2009 at 4:00 p.m.

Responses Received:

A.      Objection of Barclays Capital Inc. to Motion of the DCP Parties for Leave to Conduct Rule 2004 Discovery.  **[Docket No. 518]**

Related Filings:

B.      Declaration of Michael A. Morris in Support of Second Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery.  **[Docket No. 480]**

C.      Notice of Adjournment **[Docket No. 524]**

D.      Notice of Adjournment **[Docket No. 592]**

E.      Notice of Adjournment **[Docket No. 656]**

Status:  This motion has been adjourned to February 25, 2009.

## V.    **WITHDRAWN MATTERS**:

## A.    **Lehman Brothers Holdings Inc.:**

39.    Motion of 25 Broad, LLC for Leave to Conduct Rule 2004 Discovery of Debtor **[Docket No. 2610]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:

A.      Debtors' Objection **[Docket No. 2748]**

B.      Creditors' Committee's Joinder to Debtors' Objection **[Docket No. 2750]**

Related Documents:

C.      Notice of Withdrawal **[Docket No. 2763]**

Status:  This matter has been withdrawn.

Dated:  February 10, 2009
        New York, New York

                        /s/ Harvey R. Miller
                        Harvey R. Miller
                        Alfredo R. Perez

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

Dated:  February 10, 2009
        New York, New York

                        /s/ Jeffrey S. Margolin
                        James B. Kobak, Jr.
                        David W. Wiltenburg
                        Christopher K. Kiplok
                        Jeffrey S. Margolin

                        HUGHES HUBBARD & REED LLP
                        One Battery Park Plaza
                        New York, New York 10004
                        Telephone: (212) 837-6000
                        Facsimile: (212) 422-4726

                        Attorneys for James W. Giddens, Trustee for
                        the SIPA Liquidation of Lehman Brothers Inc.