ALLEN & OVERY LLP
Ken Coleman
Lisa J.P. Kraidin
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Counsel for Bank of China*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                         ) ss.:
CITY OF NEW YORK:    )

Lisa Kraidin, being duly sworn, deposes and says:

I am over the age of eighteen years, am not a party to the action and reside in the County of New York, State of New York. On February 6, 2009, I caused a true and correct copy of the *Limited Objection of Bank of China to Debtors' Motion Pursuant To Sections 105 And 364 Of The Bankruptcy Code Authorizing The Debtors To Grant First Priority Liens In Connection With Hedging Transactions Through Futures And Prime Brokerage Accounts* in the above-

captioned cases to be served by hand or by electronic mail on the attached service list.

/s/ Lisa Kraidin
Lisa J.P. Kraidin

Sworn to before me this
10th day of February, 2009

/s/ Toby Mann
Notary Public


## Service List

By Hand:

Office of the US Trustee
Andrew D. Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.

By Electronic Mail:

Counsel to the Debtors:

Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
lori.fife@weil.com
robert.lemons@weil.com

Counsel to the Official Committee of Unsecured Creditors

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley &McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
DDunne@milbank.com
EFleck@milbank.com


Counsel to the SIPA Trustee for Lehman Brothers Inc.

Jared Goodman, Esq.
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
goodman@hugheshubbard.com