**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

Gettinger Assocs LP, et al
v
Abraham Kamber, et al

---

INDIVIDUAL ASSIGNMENT PART 59

~~STIPULATION~~ STATUS CONF ORDER

INDEX NO. 111166/2006

MOTION CALENDAR NO.

DATE 11/13/2008

IT IS HEREBY ~~STIPULATED AND AGREED~~ ORDERED by and between the below-named attorney(s) as follows:

that EBTs are to be held at the respective parties' offices beginning January 6, 2009 and continuing day-to-day until complete, EBTs not to be adjourned without court approval.

Post EBT discovery demands to be served within 10 days after EBTs, responses due within 20 days thereafter.

→ SC: January 27, 2009 @ 2:30 PM ←
→ NOI ext: March 31, 2009 ←

Dispositive motions to be filed within 60 days after NOI filing.

_Jeremy Shore, Akerman Senterfitt_
**Attorney for Plaintiff** (appearance only)

Date: NOV 13 2008

_Neal Schwarzfeld_
**Attorney for Defendant** (appearance only)

So Ordered.

_____
**Attorney for Defendant**

ENTER: _DEBRA A. JAMES_
           J.S.C.   J.S.C.

SC-8G (rev 2/86)