## **EXHIBIT A - Notices**

Notice of Bankruptcy and Claims Date
Published in Swiss Official Gazette of Commerce

---

**Konkurse** Faillites Fallimenti

**No 8 Mittwoch, 14.01.2009 127. Jahrgang**

---

**Konkurspublikation/Schuldenruf**
Publication de faillite/appel aux créanciers
Pubblicazione di fallimento/diffida ai creditori

---

SchKG 231, 232; VZG vom 23. April 1920, Art.29 und 123
LP 231, 232; ORFI, du 23 avril 1920, art. 29 et 123
LEF 231, 232; RFF del 23 aprile 1920, art. 29 et 123

*1.Schuldnerin:* **Lehman Brothers Finance AG,**
Talstrasse 82, **8001 Zürich**
*2. Konkurseröffnung:* **22. Dezember 2008, 08:00 Uhr**
*3. Verfahren:* Bankenkonkursverfahren.
Für bankspezifische Verfahrensfragen vgl. Publikation unter Konkursverfahren.
*4. Eingabefrist:* **27. Februar 2009**
Forderungseingaben haben bei der Lehman Brothers Finance AG, Talstrasse 82, 8001 Zürich, zuhanden der Konkursliquidatorin zu erfolgen.
*5. Konkursliquidatorin:* **PricewaterhouseCoopers AG,**
Birchstrasse 160, 8050 Zürich
*6. Konkursort:* Zürich
7. Bemerkungen:
Es werden alle Gläubiger aufgefordert, ihre Forderungen anzumelden. Eine Berücksichtigung aufgrund der Bücher kann nicht gewährleistet werden. Für Rückfragen wenden Sie sich bitte direkt an die Konkursliquidatorin (Tel. +41 58 792 44 00) oder an die Eidgenössische Finanzmarktaufsicht FINMA (Tel. +41 31 327 91 00).
Eidgenössische Finanzmarktaufsicht FINMA
3000 Bern

(04820964)

# finma

Eidgenössische Finanzmarktaufsicht FINMA
Autorité fédérale de surveillance des marchés financiers FINMA
Autorità federale di vigilanza sui mercati finanziari FINMA
Swiss Financial Market Supervisory Authority FINMA

Homepage | News | FAQ | Jobs and career | Search | Contact

Deutsch | **English** | Français | Italiano

| ABOUT FINMA | REGULATION | SANCTIONS | INSTITUTIONS | MEDIA | ARCHIVE |

Enter search term....
Search
Extended Search

Insolvencies
Liquidations
Subordination process
Unauthorised institutions
Jurisdiction
International sanctions

Sanctions > Insolvencies

## Details

print

**Publication of Bankruptcy / Notice to Creditors**
07.01.2009

| | | |
|---|---|---|
| 1. Schuldnerin: | Lehman Brothers Finance AG, Talstrasse 82, 8001 Zürich | **Débitrice** |
| | | Lehman Brothers Finance AG, Talstrasse 82, 8001 Zürich |
| 2. Konkurseröffnung: | 22. Dezember 2008, 08:00 Uhr | |
| 3. Verfahren: | Bankenkonkursverfahren. Für bankspezifische Verfahrensfragen vgl. Publikation unter Konkursverfahren. | **Liquidateur de la faillite** |
| | | PricewaterhouseCoopers AG, Birchstrasse 160, 8050 Zürich |
| 4. Eingabefrist: | 27. Februar 2009 Forderungseingaben haben bei der Lehman Brothers Finance AG, Talstrasse 82, 8001 Zürich, zuhanden der Konkursliquidatorin zu erfolgen. | **Responsible** |
| 5. Konkursliquidatorin: | PricewaterhouseCoopers AG, Birchstrasse 160, 8050 Zürich | |
| 6. Konkursort: | Zürich | |
| 7. Bemerkungen: | Es werden alle Gläubiger aufgefordert, ihre Forderungen anzumelden. Eine Berücksichtigung aufgrund der Bücher kann nicht gewährleistet werden. Für Rückfragen werden Sie sich bitte direkt an die Konkursliquidatorin (Tel. +41 58 792 44 00) oder an die Eidgenössische Finanzmarktaufsicht FINMA (Tel.+41 31 327 91 00). | |

Eidg. Finanzmarktaufsicht FINMA

© FINMA 2008-2009

Disclaimer

Translation of the FINMA Notice of Bankruptcy and Claims Date, published on PwC's website

| **Publication of Bankruptcy / Notice to Creditors** | |
|---|---|
| *07.01.2009* | |
| 1. Debtor: | **Lehman Brothers Finance AG**, Talstrasse 82, 8001 Zurich |
| 2. Opening of bankruptcy: | **22 December 2008, 8am** |
| 3. Proceedings: | Bankruptcy proceedings for banking institutions<br>For questions in regard to banking proceedings see publication "Konkursverfahren". |
| 4. Delay for claims: | **27 February 2009**<br>Claims have to be filed with Lehman Brothers Finance AG, Talstrasse 82, 8001 Zurich, attn: the liquidators. |
| 5. Liquidators: | PricewaterhouseCoopers AG, Birchstrasse 160, 8050 Zürich |
| 6. Place of bankruptcy: | Zürich |
| 7. Comments: | All creditors are asked to file their claims. No guarantee can be given on a consideration based on books. In case of questions please contact the liquidators (Tel. +41 58 792 44 00) or the Swiss Financial Market Supervisory Authority FINMA (Tel. +41 31 327 91 00). |
| | Swiss Financial Market Supervisory Authority FINMA |

Form of Notice to Creditors

# LEHMAN BROTHERS

*by courier*

26 January 2009

To:  Counterparties to Master Agreements with
Lehman Brothers Finance AG

Creditors of Lehman Brothers Finance AG

Dear Sirs

We have been appointed Bankruptcy Liquidator of Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance S.A.) ("LBF") on 22 December 2008 by the Swiss Financial Market Supervisory Authority ("FINMA") (formerly, the Swiss Federal Banking Commission). A copy of the confirmation of authority by FINMA is enclosed for your reference at Appendix A.

In accordance with the applicable Swiss laws, we are required to inform all known counterparties and/or creditors of LBF that **bankruptcy proceeding have been initiated on behalf of LBF as per 22 December 2008** (see the announcement in the Swiss Official Gazette of Commerce). An unofficial translation of this publication is enclosed for your reference at Appendix B.

Unless you have already done so, we are requesting you to **submit your claim against LBF, in writing, along with your valuation of such claim** by **February 27, 2009**, to the following address:

Lehman Brothers Finance AG in liquidation
Talstrasse 82
8001 Zürich
Switzerland

Most of the counterparties and/or creditors of LBF have already received a similar letter announcing the SFBC ordered liquidation of LBF. Please note that **if you have already filed your claims against LBF in connection with the liquidation proceeding, you are not required to do so again.** However, please assure that you provided us with all relevant information as set out below

For further details regarding the bankruptcy and other relevant information in connection to LBF, please refer to the PricewaterhouseCoopers webpage at http://www.pwc.ch/lbf.

For liquidation purposes and to enable us to prepare the balance sheet for LBF, we are also asking you to notify us, in writing, as to any **outstanding liabilities towards LBF** until **February 27, 2009.**

Specifically with respect to **Master Agreements**, we would like to draw your attention to the following: LBF has received numerous termination notices in relation to such agreements and, in some cases, has also received calculation statements pursuant to such termination notices. **Unless you have already done so, please submit your notice of claims and liabilities as well as your calculation statement regardless of the status of the Master Agreement giving rise to a claim or liability on your part.** Such notice should be accompanied by a copy of the Master Agreement (including any Schedules, Annexes and Amendments thereto) between you and LBF, a detailed statement setting out your calculations under such agreement, and supporting documentation, including any long or short form confirmations to which the termination calculation amounts relate.

LEHMAN BROTHERS FINANCE S.A. (IN LIQUIDATION, PRICEWATERHOUSECOOPERS AS APPOINTED BANKRUPTCY LIQUIDATORS)
TALSTRASSE 82 – P.O.BOX 2828 – CH-8021 ZURICH – SWITZERLAND
TELEPHONE (41) 44 287 88 42

Form of Notice to Creditors

# LEHMAN BROTHERS

LBF and its Bankruptcy Liquidator will be scrutinising all terminations, valuations and calculations statements received or to be received for the purposes of any Master Agreement closely and we put you, as a counterparty, on notice that we expect you to retain all relevant records (including electronic records), tapes and other materials relevant to the claims, liabilities and valuations submitted until all valuations applicable to the relevant Master Agreement have been accepted by LBF and its Bankruptcy Liquidators are finally determined.

No admission is made at this stage as to the validity of any notices that have been served or will be served by you to LBF or as to the valuation or calculation of any amount specified in such notices.

Prior to making any **payments to LBF**, please contact Constance Panesis-Gyhr or Bojana Kojic at the details below for internal information purposes:
E-mail: enquiries.lehmanbrothersfinance@ch.pwc.com
Phone : +41 44 287 88 42

**Payments should exclusively be made to the bank account details as set out in the enclosed Statement of Settlement Instructions at Appendix C.**

Please do not make any payments to any bank account details set out in any Master Agreement or to bank account details differing from the accounts as specified herein.

Payments in currencies other than those listed in the attached Statement of Settlement Instructions can be made to either the USD or the EUR bank account details as per the Statement of Settlement Instructions and will be converted into the corresponding currency.

LBF and its Bankruptcy Liquidator are, unfortunately, not in a position to examine on an ongoing basis whether all amounts paid are correct. Therefore, LBF and its Bankruptcy Liquidators reserve the right to contest the calculation of those amounts paid at any time and until such time as the bankruptcy proceedings are terminated.

Because of the significance of the exercise, it is likely that this process will require some time. We will advise you further as soon as practicable upon its completion.

Sincerely yours,
For and on behalf of
Lehman Brothers Finance AG
(Bankruptcy Liquidator Appointed)

_____
Mr. Pascal Portmann and Mrs. Christiana Suhr Brunner
Partners of PricewaterhouseCoopers
as appointed bankruptcy liquidator of Lehman Brothers Finance AG

*The Bankruptcy Liquidator acts as agent of Lehman Brothers Finance AG without personal liability.*

**enclosures**
- Confirmation of authority of the FINMA (formerly, the Swiss Federal Banking Commission) of December 19, 2008
- Publication in the Swiss Official Gazette of Commerce (unofficial translation)
- Statement of Settlement Instructions

Schwanengasse 12
P.O.Box
CH-3001 Berne
Phone +41 31 322 69 11
Fax +41 31 322 69 26
info@sbk.admin.ch
www.sfbc.admin.ch



Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

Appendix A

Date      23.12.2008
Author    Mathias Hebeisen
Reference 2008-11-20/108/1306

**Lehmann Brothers Finance AG, Zurich**

### Confirmation of Authority

On <u>December 19, 2008</u> the Swiss Federal Banking Commission (the "SFBC") – the supervisory authority responsible for broad areas of the financial sector (inter alia, the supervision of banks, securities dealers and investment funds) – opened bankruptcy proceedings against Lehman Brothers Finance AG, Talstrasse 82, 8001 Zürich. The date for the adjudication of bankruptcy is December 22, 2008. The SFBC appointed PricewaterhouseCoopers AG, Zurich, as bankruptcy liquidator of Lehman Brothers Finance AG.

**Secretariat of the
Swiss Federal Banking Commission**

By:        Daniel Roth                                By:        Mathias Hebeisen

Function:  Head Enforcement                           Function:  Legal Services
           unauthorized institutions
           and Bank Insolvency

Signature: _[signature]_                              Signature: _[signature]_

Appendix B

**Publication of Bankruptcy / Notice to Creditors**

*07.01.2009*

| | |
|---|---|
| 1. Debtor: | **Lehman Brothers Finance AG, Talstrasse 82, 8001 Zurich** |
| 2. Opening of bankruptcy: | **22 December 2008, 8am** |
| 3. Proceedings: | Bankruptcy proceedings for banking institutions<br>For questions in regard to banking proceedings see publication "Konkursverfahren". |
| 4. Delay for claims: | **27 February 2009**<br>Claims have to be filed with Lehman Brothers Finance AG, Talstrasse 82, 8001 Zurich, attn: the liquidators. |
| 5. Liquidators: | PricewaterhouseCoopers AG, Birchstrasse 160, 8050 Zürich |
| 6. Place of bankruptcy: | Zürich |
| 7. Comments: | All creditors are asked to file their claims. No guarantee can be given on a consideration based on books. In case of questions please contact the liquidators (Tel. +41 58 792 44 00) or the Swiss Financial Market Supervisory Authority FINMA (Tel. +41 31 327 91 00). |
| | Swiss Financial Market Supervisory Authority FINMA |

Appendix C

# LEHMAN BROTHERS

To: Whom it may concern
From: Lehman Brothers Finance, S.A. (AG) (In Liquidation)
Re: Statement of Settlement Instructions

We have been appointed Liquidator of Lehman Brothers Finance AG on 29 October 2008 by the Swiss Federal Banking Commission.

Please use the below account details for any payments made to Lehman Brothers Finance S.A (AG):

**EUR**
| | |
|---|---|
| Bank Name: | Swiss Post, Postfinance |
| | Oberstrasse 153 |
| | 9020 St. Gallen |
| | Switzerland |
| Account Name: | Lehman Brothers Finance, AG |
| Account No.: | 91-432308-7 |
| IBAN: | CH07 0900 0000 9143 2308 7 |
| BIC: | POFICHBEXXX |
| Correspondent Bank: | Deutsche Bank, Frankfurt, Germany |
| SWIFT/BIC: | DEUTDEFF |

**USD**
| | |
|---|---|
| Bank Name: | Swiss Post, Postfinance |
| | Oberstrasse 153 |
| | 9020 St. Gallen |
| | Switzerland |
| Account Name: | Lehman Brothers Finance, AG |
| Account No.: | 91-452290-3 |
| IBAN: | CH18 0900 0000 9145 2290 3 |
| BIC: | POFICHBEXXX |
| Correspondent Bank: | Deutsche Bank Trust Americas in New York |
| SWIFT/BIC: | BKTRUS33 |
| ABA Routing number: | 021001033 |

**CHF**
| | |
|---|---|
| Bank Name: | Swiss Post, Postfinance |
| | Oberstrasse 153 |
| | 9020 St. Gallen |
| | Switzerland |
| Account Name: | Lehman Brothers Finance, AG |
| Account No.: | 85-49193-0 |
| IBAN: | CH51 0900 0000 8504 9193 0 |
| BIC: | POFICHBEXXX |

For and on behalf of

Lehman Brothers Finance AG (Liquidators Appointed)

Mr. Pascal Portmann and Mrs. Christiana Suhr Brunner
Partners of PricewaterhouseCoopers
as appointed liquidator of Lehman Brothers Finance AG

Form of Notice to Creditors

# LEHMAN BROTHERS

*by courier*

26 January 2009

**Lehman Brothers Finance S.A., in liquidation**
**Your claim submission**

Dear Sir/Madam

We acknowledge receipt of your claim in respect of the contractual relationship entered into between Lehman Brother Finance SA, in liquidation (also known as Lehman Brothers Finance AG, in liquidation) ("**LBF**") and the counterparty named in such claim.

In accordance with the applicable Swiss laws, we are required to inform all known counterparties and/or creditors of LBF that bankruptcy proceedings have been initiated by the Swiss Financial Market Supervisory Authority ("FINMA") (formerly, the Swiss Federal Banking Commission) on behalf of LBF as per 22 December 2008 (see the announcement in the Swiss Official Gazette of Commerce). An unofficial translation of this announcement is enclosed for your reference. Creditors of LBF are requested to **submit their claims against LBF by 27 February 2009**.

However, please note that **if you have already filed your claims against LBF in connection with the former liquidation proceeding, you are not required to do so again.** In case you would like to amend or alter your claim you are requested to meet the bar date of 27 February 2009.

**No admission is made at this stage as to the validity of any claims or any previous claims that have been served or as to the calculation of any amount specified in your claim.**

Sincerely yours,
For and on behalf of
Lehman Brothers Finance S.A., in liquidation
(Bankruptcy Liquidator Appointed)

---

Mr. Pascal Portmann and Mrs. Christiana Suhr Brunner
Partners of PricewaterhouseCoopers
as appointed bankruptcy liquidator of Lehman Brothers Finance AG, in liquidation

**enclosure**
- Unofficial Translation of the Announcement of the Swiss Official Gazette of Commerce

## Publication of Bankruptcy / Notice to Creditors

07.01.2009

| | |
|---|---|
| 1. Debtor: | Lehman Brothers Finance AG, Talstrasse 82, 8001 Zurich. |
| 2. Opening of bankruptcy: | 22 December 2008, 8am |
| 3. Proceedings: | Bankruptcy proceedings for banking institutions. For questions in regard to banking proceedings see publication "Konkursverfahren". |
| 4. Delay for claims: | 27 February 2009. Claims have to be filed with Lehman Brothers Finance AG, Talstrasse 82, 8001 Zurich, attn: the liquidators. |
| 5. Liquidators: | PricewaterhouseCoopers AG, Birchstrasse 160, 8050 Zürich |
| 6. Place of bankruptcy: | Zürich |
| 7. Comments: | All creditors are asked to file their claims. No guarantee can be given on a consideration based on books. In case of questions please contact the liquidators (Tel. +41 58 792 44 00) or the Swiss Financial Market Supervisory Authority FINMA (Tel. +41 31 327 91 00). |

Swiss Financial Market Supervisory Authority FINMA