## **EXHIBIT B - Certificate**

Schwanengasse 12
P.O.Box
CH-3001 Berne
Phone +41 31 322 69 11
Fax +41 31 322 69 26
info@ebk.admin.ch
www.sfbc.admin.ch



Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

Date     23.12.2008
Author   Mathias Hebeisen
Reference  2008-11-20/108/1306

**Lehmann Brothers Finance AG, Zurich**

### Confirmation of Authority

On <u>December 19, 2008</u> the Swiss Federal Banking Commission (the "SFBC") – the supervisory authority responsible for broad areas of the financial sector (inter alia, the supervision of banks, securities dealers and investment funds) – opened bankruptcy proceedings against Lehman Brothers Finance AG, Talstrasse 82, 8001 Zürich. The date for the adjudication of bankruptcy is December 22, 2008. The SFBC appointed PricewaterhouseCoopers AG, Zurich, as bankruptcy liquidator of Lehman Brothers Finance AG.

**Secretariat of the
Swiss Federal Banking Commission**

| | | | |
|---|---|---|---|
| By: | Daniel Roth | By: | Mathias Hebeisen |
| Function: | Head Enforcement unauthorized institutions and Bank Insolvency | Function: | Legal Services |
| Signature: | | Signature: | |