**EXHIBIT C – Register Excerpt**

# HANDELSREGISTER DES KANTONS ZÜRICH

| Firmennummer | Rechtsnatur | Eintragung | Löschung | Übertrag von: auf: | 1 |
|---|---|---|---|---|---|
| CH-020.3.008.093-7 | Aktiengesellschaft | 13.01.1997 | | | |

Alle Eintragungen

| Ei | Lö | Firma | Ref | Sitz |
|---|---|---|---|---|
| 0 | 1 | ~~Lehman Brothers Finance SA~~ | 0 | bisher: Genf |
| 1 | 21 | ~~Lehman Brothers Finance AG~~ | 1 | Zürich |
| 1 | 21 | ~~(Lehman Brothers Finance SA)~~ | | |
| 21 | | **Lehman Brothers Finance AG in Liquidation** | | |
| 21 | | (Lehman Brothers Finance SA en liquidation) | | |

| Ei | Lö | Aktienkapital (CHF) | Liberierung (CHF) | Aktien-Stückelung | Ei | Lö | Adresse der Firma |
|---|---|---|---|---|---|---|---|
| 0 | | 6'000'000.00 | 6'000'000.00 | 6'000 Namenaktien zu CHF 1'000.00-- | 1 | 11 | ~~Genferstrasse 24~~ |
| | | | | | | | ~~8002 Zürich~~ |
| | | | | | 11 | | Talstrasse 82 |
| | | | | | | | 8001 Zürich |

| Ei | Lö | Zweck | Ei | Lö | Postadresse |
|---|---|---|---|---|---|
| 0 | 12 | ~~Vornahme von Finanzgeschäften aller Art für eigene Rechnung oder für Rechnung Dritter mit Ausnahme jener Geschäfte, die ausschliesslich den Gesellschaften vorbehalten sind, die als Banken im Sinne der Verordnung über die Banken und Sparkassen gelten. Der Zweck umfasst insbesondere: Kapitalanlage und Gewährung von Krediten an eine bestimmte Anzahl von Personen oder Unternehmen, mit denen die Gesellschaft eine wirtschaftliche Einheit bildet; Übernahme und Plazierung von derivaten Finanzinstrumenten in- oder ausländischer Emittenten im voraus oder gegen Kommission, wie z.B. Warrants oder Optionen; Unterbeteiligung an der Übernahme und Plazierung von Wertpapieren oder unverbrieften Wertrechten in- oder ausländischer Emittenten im voraus oder gegen Kommission; Anlageberatung und Besorgung von Vermögensverwaltungen; Handel mit Wertpapieren und unverbrieften Wertrechten, Edelmetallen und Devisen sowie ausländischen Banknoten; Vertretung von in- und ausländischen Gesellschaften in allen Angelegenheiten, die direkt oder indirekt mit dem Gesellschaftszweck zusammenhängen; kann sich an beliebigen Gesellschaften beteiligen; betreibt keine öffentliche Werbung zum Zwecke der Vermögensbeschaffung und refinanziert sich nicht in beträchtlichem Umfange bei verschiedenen Banken, die keine wesentlichen Beteiligungen an der Gesellschaft halten; der direkte oder indirekte Erwerb von Immobilien in der Schweiz oder die Beteiligung daran ist in jedem Falle ausgeschlossen.~~ | | | |
| 12 | | Vornahme von Finanzgeschäften, insbesondere Strukturierung, Begebung und Abschluss von Transaktionen in Derivaten; kann sich an anderen Unternehmungen beteiligen sowie Grundstücke erwerben, halten und veräussern. | | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 0 | | Die vor der Eintragung im Handelsregister des Kantons Zürich gestrichenen Tatsachen sowie allfällige frühere Tagebuch- und SHAB-Zitate können im Registerauszug des bisherigen Sitzes, welcher bei den abgelegten Handelsregisterakten liegt, eingesehen werden. | 0 | 08.12.1969 |
| | | | 1 | 27.11.1996 |
| | | | 12 | 11.12.2000 |
| 1 | 12 | ~~Die schriftlichen Mitteilungen können mittels elektronischer Übertragung (Telex, Fax, etc.) erfolgen.~~ | | |
| 1 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | | |
| 12 | | Die Mitteilungen an die Aktionäre erfolgen durch Brief oder Telefax an die im Aktienbuch verzeichneten Adressen. | | |
| 21 | | Gemäss Verfügung der Eidg. Bankenkommission vom 29.10.2008 wurde die Lehman Brothers Finance AG, in Zürich, in Liquidation gesetzt. Die Gesellschaft wird nur zum Zweck der Liquidation unter der Firma Lehman Brothers Finance AG in Liquidation weitergeführt. Die bis anhin eingetragenen Vertretungsbefugnisse werden gelöscht. Die PricewaterhouseCoopers AG, in Zürich, wird als Liquidatorin eingetragen und vertritt die Lehman Brothers Finance AG in Liquidation mit ihren Zeichnungsberechtigten. | | |
| 24 | | Gemäss Verfügung des Sekretariats der Eidg. Bankenkommission vom 19. Dezember 2008 wurde über die bereits aufgelöste Gesellschaft mit Wirkung ab dem 22. Dezember 2008, 08.00 Uhr, der Konkurs eröffnet. Die Gesellschaft wird nur zum Zweck der Konkursliquidation weitergeführt. Die PricewaterhouseCoopers AG, Zürich, bleibt als Konkursliquidatorin eingetragen und vertritt die Lehman Brothers Finance AG in Liquidation mit ihren Zeichnungsberechtigten. | | |

Zürich, 04.02.2009 08:46    Fortsetzung auf der folgenden Seite



# HANDELSREGISTER DES KANTONS ZÜRICH

| CH-020.3.008.093-7 | Lehman Brothers Finance AG in Liquidation | Zürich |
|---|---|---|

Alle Eintragungen

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| | | | 0 | SHAB |

| Ei | Lö | Zweigniederlassung (en) | Ei | Lö | Zweigniederlassung (en) |
|---|---|---|---|---|---|
| | | | | | |

| Zei | Ref | TR-Nr | TR-Datum | SHAB | SHAB-Dat. | Seite / Id | Zei | Ref | TR-Nr | TR-Datum | SHAB | SHAB-Dat. | Seite / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GE | 0 | (Sitzverlegung) | | (Sitzverlegung) | | | ZH | 13 | 27163 | 15.10.2001 | 203 | 19.10.2001 | 8200 |
| ZH | 1 | 728 | 13.01.1997 | 10 | 17.01.1997 | 319 | ZH | 14 | 16347 | 02.07.2002 | 129 | 08.07.2002 | 21 / 547290 |
| ZH | 2 B | 2177 | 29.01.1997 | B 22 | 04.02.1997 | 757 | ZH | 15 | 9321 | 01.04.2004 | 68 | 07.04.2004 | 21 / 2204454 |
| ZH | 3 | 4259 | 24.02.1997 | 40 | 28.02.1997 | 1362 | ZH | 16 | 35131 | 09.12.2004 | 244 | 15.12.2004 | 24 / 2590676 |
| ZH | 4 | 7164 | 02.04.1997 | 65 | 08.04.1997 | 2314 | ZH | 17 | 25234 | 09.09.2005 | 179 | 15.09.2005 | 18 / 3019108 |
| ZH | 5 | 14454 | 03.07.1997 | 129 | 09.07.1997 | 4804 | ZH | 18 | 13576 | 16.05.2006 | 98 | 22.05.2006 | 21 / 3385446 |
| ZH | 6 | 22039 | 25.09.1997 | 188 | 01.10.1997 | 7184 | ZH | 19 | 25117 | 13.09.2006 | 181 | 19.09.2006 | 20 / 3556268 |
| ZH | 7 | 8603 | 21.04.1999 | 80 | 27.04.1999 | 2722 | ZH | 20 | 12463 | 06.05.2008 | 90 | 13.05.2008 | 25 / 4471262 |
| ZH | 8 | 10710 | 19.05.1999 | 99 | 26.05.1999 | 3470 | ZH | 21 | 31271 | 04.11.2008 | 218 | 10.11.2008 | 26 / 4725708 |
| ZH | 9 | 12536 | 08.06.1999 | 112 | 14.06.1999 | 3966 | ZH | 22 | 845 | 08.01.2009 | 8 | 14.01.2009 | 33 / 4824862 |
| ZH | 10 | 28666 | 23.12.1999 | 254 | 29.12.1999 | 8831 | ZH | 23 | 2368 | 19.01.2009 | 15 | 23.01.2009 | 29 / 4842270 |
| ZH | 11 | 16304 | 06.07.2000 | 134 | 12.07.2000 | 4749 | ZH | 24 KK | 3871 | 28.01.2009 | KK 22 | 03.02.2009 | 30 / 4859332 |
| ZH | 12 | 1427 | 22.01.2001 | 18 | 26.01.2001 | 630 | | | | | | | |

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 0 | | 17 | Gamester, Peter, britischer Staatsangehöriger, in Exex (GB) | Präsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 0 | | 21m | Fiechter, Eric W., von Troinex, in Chêne-Bourg | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 0 | | 2m | Opprecht, Daniel, von Genf, in Genf | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 0 | | 5 | Goodacre, Steven, britischer Staatsangehöriger, in Lancy | | Kollektivunterschrift zu zweien |
| 0 | | 7 | Staricco, Jim, Bürger der USA, in Genf | | Kollektivunterschrift zu zweien |
| 0 | | 5 | Corsat, Marcelle, von Pully, in Genf | | Kollektivprokura zu zweien |
| 0 | | 5 | Greub, Laurent, von Versoix, in Versoix | | Kollektivprokura zu zweien |
| 0 | | 1 | ATAG Ernst & Young SA, in Genf | Revisionsstelle | |
| 1 | | 8m | ATAG Ernst & Young AG, in Zürich | Revisionsstelle | |
| | 2 | 4 | Opprecht, Daniel, von Genf, in Genf | Mitglied des Verwaltungsrates | ohne Zeichnungsberechtigung |
| 3 | | 7 | Chickowski, Cheryl Lee, kanadische Staatsangehörige, in Zürich | | Kollektivprokura zu zweien |
| 4 | | 16 | Schmid, Heinz Walter, von Oberehrendingen, in Wollerau | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 4 | | 17m | Fuller, Leonard Murray, britischer Staatsangehöriger, in Maur | | Kollektivunterschrift zu zweien |
| 5 | | 7 | McCoo, Iain, britischer Staatsangehöriger, in Maur | | Kollektivunterschrift zu zweien |
| 6 | | 9 | Henderson, Rodney John, südafrikanischer Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien |
| 7 | | 15 | Moore, Sean, australischer Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien |
| 7 | | 10 | Baker, Jeremy, britischer Staatsangehöriger, in Meilen | | Kollektivprokura zu zweien |
| 7 | | 10 | Buschauer, Ricarda, von Molinis, in Zürich | | Kollektivprokura zu zweien |
| | 8 | 17 | ATAG Ernst & Young Wirtschaftsprüfung AG, in Zürich | Revisionsstelle | |
| 9 | | 19 | Bressan, Urs, von Bischofszell, in Zug | | Kollektivunterschrift zu zweien |
| 10 | | 13 | Blount, Jane, britische Staatsangehörige, in Zürich | | Kollektivprokura zu zweien |
| 10 | | 18 | Clutton, Robin, britischer Staatsangehöriger, in Rüschlikon | | Kollektivprokura zu zweien |
| 10 | | 12 | Gramann, Carmen, von Beringen, in Zürich | | Kollektivprokura zu zweien |
| 10 | | 14 | Hill, Sarah, britische Staatsangehörige, in Zürich | | Kollektivprokura zu zweien |
| 15 | | 21 | Casanova, Nadia Michèle, von Vrin, in Zürich | | Kollektivprokura zu zweien |
| 16 | | 17 | Petrachi, Riccardo, von Regensdorf, in Küsnacht ZH | Mitglied des Verwaltungsrates | Kollektivprokura zu zweien |

Zürich, 04.02.2009 08:46

Fortsetzung auf der folgenden Seite

# HANDELSREGISTER DES KANTONS ZÜRICH

| -020.3.008.093-7 | Lehman Brothers Finance AG in Liquidation | Zürich | 3 |

Alle Eintragungen

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|----|----|----|-----------------|----------|---------------|
| 17 |    | 18 | Bizer, David, amerikanischer Staatsangehöriger, in London (UK) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
|    | 17 | 21m | Fuller, Leonard Murray, britischer Staatsangehöriger, in Maur | Präsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 17 |    | 22 | Ernst & Young AG, in Zürich | Revisionsstelle | |
| 18 |    | 20 | Thorkelsson, Sigurbjörn, isländischer Staatsangehöriger, in London (UK) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 18 |    | 21 | Kirkland, Paul John, britischer Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien |
| 19 |    | 21 | Bormann, Markus, deutscher Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien |
| 20 |    | 21m | Axel, Kilian, deutscher Staatsangehöriger, in Richmond (GB) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
|    | 21 |    | Axel, Kilian, deutscher Staatsangehöriger, in Richmond (GB) | Mitglied des Verwaltungsrates | ohne Zeichnungsberechtigung |
|    | 21 |    | Fiechter, Eric W., von Troinex, in Chêne-Bourg | Mitglied des Verwaltungsrates | ohne Zeichnungsberechtigung |
|    | 21 | 23 | Fuller, Leonard Murray, britischer Staatsangehöriger, in Maur | Präsident des Verwaltungsrates | ohne Zeichnungsberechtigung |
| 21 |    |    | PricewaterhouseCoopers AG (CH-020.3.020.876-5), in Zürich | Liquidatorin | |

Zürich, 04.02.2009 08:46



Beglaubigter Auszug

Der Registerführer i.V.

Dieser Auszug aus dem kantonalen Handelsregister hat ohne die nebenstehende Originalbeglaubigung keine Gültigkeit. Er enthält alle gegenwärtig für diese Firma aktuellen Eintragungen sowie allfällig gestrichene Eintragungen. Auf besonderes Verlangen kann auch ein Auszug erstellt werden, der lediglich alle gegenwärtig aktuellen Eintragungen enthält.