**EXHIBIT D – Translation of Register Excerpt**

Unofficial (partial) translation of the notarised excerpt from the commercial register of the Canton of Zurich of *Lehman Brothers Finance AG in Liquidation* into English

| Company Registration Number | Legal Form | Date of Incorporation / Registration | Cancellation | Transfer |
|---|---|---|---|---|
| CH-020.3.008.093-7 | Corporation | 13.01.1997 | | |

| Company Name | Domicile |
|---|---|
| ----------------------------------------------------------------- ----------------------------------------------------------------- Lehman Brothers Finance AG in Liquidation (Lehman Brothers Finance SA en liquidation) *(changed as per 4 November 2008)* | --------- Zurich |

| Share Capital (CHF) | Paid-in Amount (CHF) | Number of Shares | Address |
|---|---|---|---|
| 6,000,000.00 | 6,000,000.00 | 6,000 registered shares with a nominal amount of CHF 1'000.00 each | -------------------------- ---------------------- Talstrasse 82 8001 Zurich |

| Purpose | |
|---|---|
| ------------------------------------------------- ------------------------------------------------- ------------------------------------------------- Financial transactions, in particular, structuring, issuing and entering into derivative transactions; can have participations in other companies as well as acquire, hold and sell real estate. | |

| Notices | Date of Articles of Association |
|---|---|
| […] ------------------------------------------------- ------------------------------------------------- […] […] Pursuant to the authoritative order of the Swiss Federal Banking Commission dated 29 October 2008 Lehman Brothers Finance AG, in Zurich, has been entered into liquidation. The Company shall only continue to operate for the purpose of its liquidation under the name "Lehman Brothers Finance AG in Liquidation". The registered authorised | […] |

| | |
|---|---|
| signatories have been deleted as of this date. PricewaterhouseCoopers AG, in Zurich, has been entered as liquidator of the Company and is authorised to represent Lehman Brothers Finance AG in Liquidation by its own authorised signatories as of this date *(entered as per 4 November 2008).*<br><br>Pursuant to the authoritative order of the secretariat of the Swiss Federal Banking Commission dated 19 December 2008 bankruptcy was commenced with effect as from 22 December 2008, 08.00am, with respect to the already dissolved Company. The Company shall only continue to operate for the purpose of the bankruptcy. PricewaterhouseCoopers AG, in Zurich, remains registered as bankruptcy liquidator and represents Lehman Brothers Finance AG in Liquidation by its own authorised signatories. *(entered as per 28 January 2009)* | |

| **Special Facts** | **Means of Publication** |
|---|---|
| | SHAB |

| **Branches** | **Branches** |
|---|---|
| | |

| **All Entries** | |
|---|---|
| [...] | |

| **Personal Details** | **Function** | **Authorised Signatory** |
|---|---|---|
| ------------------------------<br>------------------------------ | ---------------------------<br>--------------------------- | ------------------------------<br>------------------------------ |
| ~~Ernst & Young AG, in Zurich~~ *(deleted as per 8 January 2009)* | ~~Auditors~~ *(deleted as per 8 January 2009)* | |
| ------------------------------ | --------------------------- | ------------------------------ |
| Axel, Kilian, German citizen, in Richmond (GB) | Member of the Board | without authorised signatory *(changed as per 4 November 2008)* |
| Fiechter, Eric W., from Troinex (Swiss citizen), in Chêne-Bourg | Member of the Board | without authorised signatory *(changed as per 4 November 2008)* |
| ~~Fuller, Leonard Murray, British citizen, in Maur~~ | ~~Member of the Board~~ *(deleted as per 19 January* | ~~without authorised signatory~~ *(changed as per 4 November* |

| | | |
|---|---|---|
| *(deleted as per 19 January 2009)* | *2009)* | *2008)* *(deleted as per 19 January 2009)* |
| PricewaterhouseCoopers AG (company registration number: CH-020.3.020.876-5), in Zurich *(entered as per 4 November 2008)* | Liquidator *(entered as per 4 November 2008)* | |

Zurich, 4 February 2009, 8.46am

Notarised excerpt from the commercial register of the Canton of Zurich