# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 15 |
| LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, a/k/a LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION, | Case No. 09-B-_____ |
| Debtor in a Foreign Proceeding. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER (I) SCHEDULING HEARING REGARDING CHAPTER 15
PETITION AND MOTION TO DISMISS CHAPTER 11 CASE, AND
<u>(II) APPROVING NOTICE OF THE HEARING</u>**

Upon consideration of *Ex Parte* Application For Order (I) Scheduling Hearing Regarding Chapter 15 Petition and Motion to Dismiss Chapter 11 Case, and (II) Approving Notice of the Hearing (the "Application")[1] filed by PricewaterhouseCoopers AG, Zurich ("PwC"), in its capacity as Bankruptcy Liquidator and putative foreign representative of Lehman Brothers Finance AG, in Liquidation, also known as Lehman Brothers Finance SA, in Liquidation, a Swiss corporation ("LBF"), and no notice of the Application being required, and good cause existing to grant the relief requested in the Application,

---

[1] Capitalized terms used herein without definition have the meanings ascribed to them in the Application.

2

**IT IS THEREFORE ORDERED THAT:**

1. The Application is granted.

2. A hearing regarding the Chapter 15 Petition and the Motion to Dismiss (the "Hearing") shall be held before this Court, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on March 11 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard.

3. The Notice in the form attached as Exhibit B to the Application shall be and hereby is approved.

4. Copies of the Notice, Chapter 15 Petition, proposed order granting the Chapter 15 Petition, Motion to Dismiss and proposed order granting the Motion to Dismiss shall be served by U.S. mail on all U.S. creditors of LBF known to PwC and all parties required to be served under Rule 2002(q) of the Bankruptcy Rules no later than three (3) days after entry of this Order.

6. Any objection or other response to the Chapter 15 Petition or the Motion to Dismiss shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166  Attn: Michael A. Rosenthal, Esq., attorney for PwC; (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., attorney for the Debtors; (iv) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andy Velez-

3

Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; and (v) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases, so as to be so filed and received by no later than March 6, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

7. Service pursuant to this Order shall be good and sufficient service and adequate notice of (i) the Chapter 15 Petition and the relief sought therein, including the commencement of the chapter 15 case regarding LBF, (ii) the Motion to Dismiss and the relief sought therein, and (iv) the Hearing.

Dated: _____, 2009

By:_____
UNITED STATES BANKRUPTCY JUDGE
Honorable James M. Peck

4