GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (*pro hac vice* pending)
Rachel F. Castelino (RC-8356)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for PricewaterhouseCoopers AG, Zurich,
as Bankruptcy Liquidator of
Lehman Brothers Finance AG, in Liquidation,
a/k/a Lehman Brothers Finance SA, in Liquidation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
:
In re:                              : Chapter 15
:
LEHMAN BROTHERS FINANCE AG, IN      : Case No. 09-B-_____
LIQUIDATION, a/k/a LEHMAN BROTHERS  :
FINANCE SA, IN LIQUIDATION,         :
:
Debtor in a Foreign Proceeding.     :
:
---------------------------------------x
:
In re:                              : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08-13555 (JMP)
:
Debtors.                            : (Jointly Administered)
:
---------------------------------------x

**MOTION FOR ADMISSION OF MICHAEL A. ROSENTHAL, ESQ. *PRO HAC VICE***

      I, Michael A. Rosenthal, Esq., a member in good standing of the State Bar of Texas and

the State Bar of Illinois, and a member in good standing of the bar for the U.S. District Court for

the Northern District of Texas, request admission, *pro hac vice*, before this Court, to represent

PricewaterhouseCoopers AG, as the duly appointed Bankruptcy Liquidator and putative Foreign

Representative of Lehman Brothers Finance AG (also known as Lehman Brothers Finance, SA, in Bankruptcy Liquidation (Switzerland), as counsel in the above-referenced cases.

My address, telephone number, facsimile number, and email address are as follows:

> Michael A. Rosenthal
> GIBSON, DUNN & CRUTCHER LLP
> 200 Park Avenue
> New York, New York  10166
> Telephone:   (212) 351-4000
> Facsimile:   (212) 351-4035
> Email:  mrosenthal@gibsondunn.com

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  February 10, 2009
        New York, New York

                                                /s/  Michael A. Rosenthal
                                                Michael A. Rosenthal