**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, a/k/a LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION,

Debtor in a Foreign Proceeding.

Chapter 15

Case No. 09-B-_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

Chapter 11 Case No.

Case No. 08-13555 (JMP)

(Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS ORDERED**, that Michael A. Rosenthal, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:_____
      New York, New York

                                               _____
                                               UNITED STATES BANKRUPTCY JUDGE