Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
: 
In re: : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  SS.:
COUNTY OF NEW YORK   )

RENA K. CERON, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

On the 2nd of February, 2009, I caused a copy of the following document:

SUPPLEMENTAL BRIEF OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS PURSUANT TO STIPULATION,
AGREEMENT AND ORDER (A) RESOLVING IN PART THE
MOTION OF DNB NOR BANK ASA FOR ENTRY OF (I) AN ORDER
PURSUANT TO 11 U.S.C. SECTION 362(d) AND FED. R. BANKR. P.
4001 GRANTING RELIEF FROM THE AUTOMATIC STAY TO
EFFECT SETOFF OR, IN THE ALTERNATIVE, (II) AN ORDER

PURSUANT TO 11 U.S.C. SECTIONS 361 AND 506(a) REQUIRING
THE DEBTORS TO PROVIDE ADEQUATE PROTECTION AND
(B) FIXING A SCHEDULE FOR SUPPLEMENTAL BRIEFING,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail, and to be served upon the parties listed on Exhibit C attached hereto by Fed Ex for next business day delivery.

      /s/ Rena K. Ceron
      RENA K. CERON

SWORN TO AND SUBSCRIBED before
me this 10th day of February, 2009

/s/ Bryn Fuller
Bryn Fuller
Notary Public, State of New York
No. 01FU6153697
Qualified in New York County
Commission Expires Oct. 16, 2010

**Exhibit A**

richard.krasnow@weil.com; john.lucas@weil.com; cshore@whitecase.com; pnichols@whitecase.com; Lori.fife@weil.com; Shai.waisman@weil.com; Jacqueline.marcus@weil.com; aalfonso@kayescholer.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; akihiko_yagyuu@chuomitsui.jp; albaugh.colin@pbgc.gov; alex.torres@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anne.kennelly@hp.com; aoberry@bermanesq.com; apo@stevenslee.com; araboy@cov.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; avi.gesser@dpw.com; awasserman@lockelord.com; azylberberg@whitecase.com; bambacha@sec.gov; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; brad.dempsey@hro.com; brendalblanks@eaton.com; brian.pfeiffer@friedfrank.com; brian_corey@gtservicing.com; bromano@willkie.com; broy@rltlawfirm.com; bruce.ortwine@sumitomotrust.co.jp; bspector@jsslaw.com; bt@luckydognc.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; carter.hunter@arentfox.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cdesiderio@nixonpeabody.com; chammerman@paulweiss.com; charles@filardi-law.com; chipford@parkerpoe.com; chris.donoho@lovells.com; cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp; cohena@sec.gov; cohenr@sewkis.com; cp@stevenslee.com; crogers@orrick.com; cs@stevenslee.com; cschreiber@winston.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@pulicans.com; daniel.guyder@allenovery.com; danna.drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dckaufman@hhlaw.com; dclark@stinson.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deborah.saltzman@dlapiper.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dfriedman@kasowitz.com; dhayes@mcguirewoods.com; dheffer@foley.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; donald.badaczewski@dechert.com; douglas.bacon@lw.com; douglas.mcgill@dbr.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dswan@mcguirewoods.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; eagle.sara@pbgc.gov; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@pbgc.gov; efile@willaw.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ehorn@lowenstein.com; ekbergc@lanepowell.com; ellen.halstead@cwt.com; elobello@blankrome.com; eobrien@sbchlaw.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezavalkoff-babej@vedderprice.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; frank.white@agg.com; fred.berg@rvblaw.com; fsosnick@shearman.com; gabriel.delvirginia@verizon.net; gary.ticoll@cwt.com; gauchb@sec.gov; george.davis@cwt.com; GGraber@HodgsonRuss.com; giaimo.christopher@arentfox.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com;

GLee@mofo.com; glee@mofo.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gnovod@kramerlevin.com; gravert@mwe.com; gschiller@zeislaw.com; gspilsbury@jsslaw.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com; heiser@chapman.com; hirsh.robert@arentfox.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com; jamestecce@quinnemanuel.com; jason.jurgens@cwt.com; jatkins@duffyandatkins.com; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jfalgowski@reedsmith.com; jg5786@att.com; jgarrity@shearman.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhs7@att.net; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jketten@willkie.com; jkurtzman@klehr.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com; joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jtimko@allenmatkins.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com; jwishnew@mofo.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com; karol.denniston@dlapiper.com; KDWBankruptcyDepartment@kelleydrye.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; Klippman@munsch.com; klyman@irell.com; kmayer@mccarter.com; kmisken@mcguirewoods.com; kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; kristin.going@dbr.com; krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com; lalshibib@reedsmith.com; Landon@StreusandLandon.com; lattard@kayescholer.com; lawrence.bass@hro.com; lberkoff@moritthock.com; lbtancredi@venable.com; lehman@fklaw.com; lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com; lromansic@steptoe.com; lschweitzer@cgsh.com; lubell@hugheshubbard.com; lwhidden@salans.com; mabrams@willkie.com; macronin@debevoise.com; MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com; margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov; masaki_konishi@noandt.com; matthew.dyer@prommis.com; matthew.klepper@dlapiper.com; Mbass@HodgsonRuss.com; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com; metkin@lowenstein.com; mgreger@allenmatkins.com; mhopkins@cov.com; michael.kim@kobrekim.com; mimi.m.wong@irscounsel.treas.gov.; mitchell.ayer@tklaw.com; mitchell.epner@friedfrank.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com; mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com; mmendez@hunton.com; mmickey@mayerbrown.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu; MSchleich@fraserstryker.com; mschonholtz@kayescholer.com; mshiner@tuckerlaw.com; mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com;

Nasreen.Bulos@dubaiic.com; nbannon@tishmanspeyer.com; ncoco@mwe.com;
neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov;
Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; oipress@travelers.com;
omeca.nedd@lovells.com; owllady@hughes.net; patrick.potter@pillsburylaw.com;
paul.deutch@troutmansanders.com; paul.turner@sutherland.com; pbentley@kramerlevin.com;
pbosswick@ssbb.com; pdublin@akingump.com; peter.gilhuly@lw.com; peter.simmons@friedfrank.com;
peter.zisser@hklaw.com; peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com;
pnichols@whitecase.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; pprewitt@lockelord.com;
prachmuth@reedsmith.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com;
pwright@dl.com; r.stahl@stahlzelloe.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com;
rbyman@jenner.com; rcarlin@breslowwalker.com; rdaversa@orrick.com; rfleischer@pryorcashman.com;
rfrankel@orrick.com; rgmason@wlrk.com; rgraham@whitecase.com; rhett.campbell@tklaw.com;
richard.lear@hklaw.com; richard.levy@lw.com; ritkin@steptoe.com; RJones@BoultCummings.com;
RLevin@cravath.com; rmatzat@hahnhessen.com; rmunsch@munsch.com; rnetzer@willkie.com;
rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com;
robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com;
Robert.yalen@usdoj.gov; Robin.Keller@Lovells.com; ronald.silverman@bingham.com;
rreid@sheppardmullin.com; RTrust@cravath.com; rwasserman@cftc.gov; rwynne@kirkland.com;
rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com;
sabramowitz@velaw.com; sagolden@hhlaw.com; Sally.Henry@skadden.com;
sandra.mayerson@hklaw.com; Sara.Tapinekis@cliffordchance.com; schapman@willkie.com;
Schepis@pursuitpartners.com; schristianson@buchalter.com; scottshelley@quinnemanuel.com;
scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sean@blbglaw.com;
sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com;
sfox@mcguirewoods.com; sgordon@cahill.com; SGross@HodgsonRuss.com; sgubner@ebg-law.com;
sharbeck@sipc.org; shari.leventhal@ny.frb.org; sheehan@txschoollaw.com;
shumaker@pursuitpartners.com; shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com;
SLoden@DiamondMcCarthy.com; smillman@stroock.com; snewman@katskykorins.com;
sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com;
sselbst@herrick.com; sshimshak@paulweiss.com; stan@smehaffey.com; steele@lowenstein.com;
stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com;
steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com;
susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; szuch@wiggin.com;
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@duffyandatkins.com;
TGoren@mofo.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov;
thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com;
tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tmacwright@whitecase.com;
tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov;
tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com;
ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com;
vmilione@nixonpeabody.com; vrubinstein@loeb.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com;
wbenzija@halperinlaw.net; wcurchack@loeb.com; weguchi@orrick.com; weissjw@gtlaw.com;
wendy.rosenthal@cliffordchance.com; wheuer@dl.com; wiltenburg@hugheshubbard.com;
wisotska@pepperlaw.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com;
wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; lynne.gugenheim@cna.com;
Karla.Lammers@cna.com; guzzi@whitecase.com; tlauria@whitecase.com

3

## **Exhibit B**

OFFICE OF THE NEW YORK ATTORNEY GENERAL
Fax No.:  (212) 416-6042

INTERNAL REVENUE SERVICE
Fax No.:  (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
          Lori R. Fife, Esq.
          Shai Y. Waisman, Esq.
          Jacqueline Marcus, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield, Esq.
           Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
         Hydee R. Feldstein, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.
         Paul Schwartzberg, Esq.
         Brian Masumoto, Esq.
         Linda Rifkin, Esq.
         Tracy Hope Davis, Esq.

## **Exhibit D**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        John W. Lucas, Esq.

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Attn: J. Christopher Shore, Esq.
      Philip John Nichols, Esq.