Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
: 
In re: : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) SS.:
COUNTY OF NEW YORK   )

  RENA K. CERON, being duly sworn, deposes and says:

  I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

  On the 10th of February, 2009, I caused a copy of the following document:

  STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS IN RESPONSE TO DEBTORS' MOTION PURSUANT
TO SECTIONS 105 AND 364 OF THE BANKRUPTCY CODE
AUTHORIZING THE DEBTORS TO GRANT FIRST PRIORITY
LIENS IN CASH COLLATERAL POSTED IN CONNECTION WITH
THE HEDGING TRANSACTIONS THE DEBTORS ENTER INTO

THROUGH CERTAIN FUTURES AND PRIME BROKERAGE ACCOUNTS,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by Fed Ex for next business day delivery.

    /s/ Rena K. Ceron
RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 10th day of February, 2009

    /s/ Bryn Fuller
Bryn Fuller
Notary Public, State of New York
No. 01FU6153697
Qualified in New York County
Commission Expires Oct. 16, 2010

2

## Exhibit A

Richard.krasnow@weil.com; Lori.fife@weil.com; Shai.waisman@weil.com; Jacqueline.marcus@weil.com; robert.lemons@weil.com; aalfonso@kayescholer.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; akihiko_yagyuu@chuomitsui.jp; albaugh.colin@pbgc.gov; alex.torres@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anne.kennelly@hp.com; aoberry@bermanesq.com; apo@stevenslee.com; araboy@cov.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; avi.gesser@dpw.com; awasserman@lockelord.com; azylberberg@whitecase.com; bambacha@sec.gov; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; brad.dempsey@hro.com; brendalblanks@eaton.com; brian.pfeiffer@friedfrank.com; brian_corey@gtservicing.com; bromano@willkie.com; broy@rltlawfirm.com; bruce.ortwine@sumitomotrust.co.jp; bspector@jsslaw.com; bt@luckydognc.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; carter.hunter@arentfox.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cdesiderio@nixonpeabody.com; chammerman@paulweiss.com; charles@filardi-law.com; chipford@parkerpoe.com; chris.donoho@lovells.com; cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp; cohena@sec.gov; cohenr@sewkis.com; cp@stevenslee.com; crogers@orrick.com; cs@stevenslee.com; cschreiber@winston.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@pulicans.com; daniel.guyder@allenovery.com; danna.drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dckaufman@hhlaw.com; dclark@stinson.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deborah.saltzman@dlapiper.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dfriedman@kasowitz.com; dhayes@mcguirewoods.com; dheffer@foley.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; donald.badaczewski@dechert.com; douglas.bacon@lw.com; douglas.mcgill@dbr.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dswan@mcguirewoods.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com;

dwildes@stroock.com; eagle.sara@pbgc.gov; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@pbgc.gov; efile@willaw.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ehorn@lowenstein.com; ekbergc@lanepowell.com; ellen.halstead@cwt.com; elobello@blankrome.com; eobrien@sbchlaw.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezavalkoff-babej@vedderprice.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; frank.white@agg.com; fred.berg@rvblaw.com; fsosnick@shearman.com; gabriel.delvirginia@verizon.net; gary.ticoll@cwt.com; gauchb@sec.gov; george.davis@cwt.com; GGraber@HodgsonRuss.com; giaimo.christopher@arentfox.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; GLee@mofo.com; glee@mofo.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gnovod@kramerlevin.com; gravert@mwe.com; gschiller@zeislaw.com; gspilsbury@jsslaw.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com; heiser@chapman.com; hirsh.robert@arentfox.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com; jamestecce@quinnemanuel.com; jason.jurgens@cwt.com; jatkins@duffyandatkins.com; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jfalgowski@reedsmith.com; jg5786@att.com; jgarrity@shearman.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhs7@att.net; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jketten@willkie.com; jkurtzman@klehr.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com; joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jtimko@allenmatkins.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com; jwishnew@mofo.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com; karol.denniston@dlapiper.com; KDWBankruptcyDepartment@kelleydrye.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; Klippman@munsch.com; klyman@irell.com; kmayer@mccarter.com; kmisken@mcguirewoods.com; kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; kristin.going@dbr.com; krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com; lalshibib@reedsmith.com; Landon@StreusandLandon.com; lattard@kayescholer.com;

lawrence.bass@hro.com; lberkoff@moritthock.com; lbtancredi@venable.com;
lehman@fklaw.com; lgranfield@cgsh.com; lhandelsman@stroock.com;
linda.boyle@twtelecom.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com;
lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com;
lnashelsky@mofo.com; lromansic@steptoe.com; lschweitzer@cgsh.com;
lubell@hugheshubbard.com; lwhidden@salans.com; mabrams@willkie.com;
macronin@debevoise.com; MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com;
margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com;
mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov; masaki_konishi@noandt.com; matthew.dyer@prommis.com;
matthew.klepper@dlapiper.com; Mbass@HodgsonRuss.com; mbenner@tishmanspeyer.com;
mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com;
mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com;
mdorval@stradley.com; metkin@lowenstein.com; mgreger@allenmatkins.com;
mhopkins@cov.com; michael.kim@kobrekim.com; mimi.m.wong@irscounsel.treas.gov.;
mitchell.ayer@tklaw.com; mitchell.epner@friedfrank.com; mjacobs@pryorcashman.com;
mjedelman@vedderprice.com; mkjaer@winston.com; mlahaie@akingump.com;
MLandman@lcbf.com; mmendez@hunton.com; mmickey@mayerbrown.com;
mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us;
mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com;
mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com;
mschimel@sju.edu; MSchleich@fraserstryker.com; mschonholtz@kayescholer.com;
mshiner@tuckerlaw.com; mspeiser@stroock.com; mstamer@akingump.com;
mvenditto@reedsmith.com; Nasreen.Bulos@dubaiic.com; nbannon@tishmanspeyer.com;
ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov;
Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; oipress@travelers.com;
omeca.nedd@lovells.com; owllady@hughes.net; patrick.potter@pillsburylaw.com;
paul.deutch@troutmansanders.com; paul.turner@sutherland.com; pbentley@kramerlevin.com;
pbosswick@ssbb.com; pdublin@akingump.com; peter.gilhuly@lw.com;
peter.simmons@friedfrank.com; peter.zisser@hklaw.com; peter@bankrupt.com;
pfeldman@oshr.com; phayden@mcguirewoods.com; pnichols@whitecase.com;
ppascuzzi@ffwplaw.com; ppatterson@stradley.com; pprewitt@lockelord.com;
prachmuth@reedsmith.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com;
pwright@dl.com; r.stahl@stahlzelloe.com; ramona.neal@hp.com;
ranjit.mather@bnymellon.com; rbyman@jenner.com; rcarlin@breslowwalker.com;
rdaversa@orrick.com; rfleischer@pryorcashman.com; rfrankel@orrick.com;
rgmason@wlrk.com; rgraham@whitecase.com; rhett.campbell@tklaw.com;
richard.lear@hklaw.com; richard.levy@lw.com; ritkin@steptoe.com;
RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com;
rmunsch@munsch.com; rnetzer@willkie.com; rnies@wolffsamson.com; rnorton@hunton.com;
robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com;
robert.malone@dbr.com; Robert.yalen@usdoj.gov; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rreid@sheppardmullin.com; RTrust@cravath.com;
rwasserman@cftc.gov; rwynne@kirkland.com; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandra.mayerson@hklaw.com;
Sara.Tapinekis@cliffordchance.com; schapman@willkie.com; Schepis@pursuitpartners.com;
schristianson@buchalter.com; scottshelley@quinnemanuel.com;
scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sean@blbglaw.com;
sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com;
sfox@mcguirewoods.com; sgordon@cahill.com; SGross@HodgsonRuss.com; sgubner@ebg-

3

law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; sheehan@txschoollaw.com; shumaker@pursuitpartners.com; shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com; SLoden@DiamondMcCarthy.com; smillman@stroock.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; stan@smehaffey.com; steele@lowenstein.com; stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@duffyandatkins.com; TGoren@mofo.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; weguchi@orrick.com; weissjw@gtlaw.com; wendy.rosenthal@cliffordchance.com; wheuer@dl.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; lynne.gugenheim@cna.com; Karla.Lammers@cna.com

4

**Exhibit B**

OFFICE OF THE NEW YORK ATTORNEY GENERAL
Fax No.:  (212) 416-6042

INTERNAL REVENUE SERVICE
Fax No.:  (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attention: Lori R. Fife
         Robert J. Lemons

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attention: Andy Velez-Rivera
         Paul Schwartzberg
         Brian Masumoto
         Linda Riffkin
         Tracy Hope Davis

Cleary Gottlieb LLP
One Liberty Plaza
New York, New York 10006
Attention: Lindsee P. Granfield
         Lisa Schweiger

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attention: Robinson B. Lacy
         Hydee R. Feldstein