UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                      Case No. 08-13555 (JMP)

                            Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF VERONICA M. LEI

UPON the motion of Veronica M. Lei dated January 30, 2009 for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Veronica M. Lei is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
          February 11, 2009

                                                                    *s/ James M. Peck*
                                                                    UNITED STATES BANKRUPTCY JUDGE