**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
: 
In re:                                                      : Chapter 15
                                                            :
LEHMAN BROTHERS FINANCE AG, IN         : Case No. 09-10583
LIQUIDATION, a/k/a LEHMAN BROTHERS  :
FINANCE SA, IN LIQUIDATION,                        :
                                                            :
Debtor in a Foreign Proceeding.                   :
                                                            :
------------------------------------ x
                                                            :
In re:                                                      : Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  : Case No. 08-13555 (JMP)
                                                            :
Debtors.                                                 : (Jointly Administered)
                                                            :
------------------------------------ x

## CERTIFICATE OF SERVICE

Jennifer M. Contreras certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for PricewaterhouseCoopers AG, Zurich, as Bankruptcy Liquidator of Lehman Brothers Finance AG, in Liquidation, a/k/a Lehman Brothers Finance SA, in Liquidation.

2. On February 11th, 2009, I caused copies of the following documents to be served on the parties listed in the attached service list via means indicated therein:

    a) Voluntary Petition;

    b) Verified Petition Under Chapter 15 of the Bankruptcy Code for Recognition of Foreign Representative and Foreign Main Proceeding and for Other Relief Under Section 1521 of the Bankruptcy Code;

    c) Statement of Foreign Representative as Required by 11 U.S.C. 1515;

    d) List Filed Pursuant to Bankruptcy Rule 1007(a)(4);

   e) Motion Pursuant to Section 305 of the Bankruptcy Code for an Order Dismissing Chapter 11 Case Upon Recognition of Foreign Main Proceeding Under Chapter 15;

   f) Joint Declaration of Pascal Portmann and Christiana Suhr Brunner, as Representatives of PricewaterhouseCoopers AG, Zurich, as Bankruptcy Liquidator of Lehman Brothers Finance, AG, in Liquidation, a/k/a Lehman Brothers Finance SA, in Liquidation, in Support of Chapter 15 Petition and Motion to Dismiss;

   g) *Ex Parte* Application for Order (I) Scheduling Hearing Regarding Chapter 15 Petition and Motion to Dismiss Chapter 11 Case, and (II) Approving Notice of the Hearing;

   h) Motion for Admission of Michael A. Rosenthal, Esq., Pro Hac Vice.

3. I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2009     /s/ Jennifer M. Contreras_____
                  Jennifer M. Contreras

## SERVICE LIST

*VIA HAND DELIVERY*

   Honorable Judge James Peck
   US Bankruptcy Court
   Southern District of New York
   One Bowling Green
   New York, New York  10001

*VIA FIRST CLASS MAIL*

| | |
|---|---|
| 820 Management Trust<br>210 Main Street<br>Suite 3200<br>Fort Worth, Texas  76102 | ABN Amro Bank, N. V. and ABN Amro Equities Australia Ltd.<br>Attn:  Frederick Engler<br>540 W. Madison Street, Suite 2202<br>Chicago, Illinois  60661 |
| American Investors Life Insurance Company<br>Attn: Rohini Ramaswamy<br>699 Walnut Street, Suite 1799<br>Des Moines, Iowa  50309 | American Express Bank, Ltd., New York<br>Attn: General Counsel's Office<br>200 Vessey Street<br>New York, NY  10285 |
| AmerUs Life Insurance Company<br>c/o AmerUS Capital Management Group, Inc.<br>Attn: Anurag Joshi<br>699 Walnut Street, Suite 300<br>Des Moines, Iowa,  50309 | Bank of America N.A.<br>(Fleet National Bank f/k/a South Boston Savings Bank)<br>1185 Avenue of the Americas<br>New York, NY  10036 |
| Bank of America, N.A.<br>c/o Shearman & Sterling LLP<br>Attn: William J.F. Roll<br>599 Lexington Avenue<br>New York, NY  10022 | Bank of America, N.A.<br>c/o Shearman & Sterling LLP<br>Attn: Daniel H.R. Laguardia<br>599 Lexington Avenue<br>New York, NY  10022 |

| | |
|---|---|
| Bankers Life and Casualty Company<br>Attn:  Jeffrey M. Stautz<br>40/86 Advisors Inc.<br>535 North College Drive<br>Carmel, Indiana  46032 | The Bank of New York Mellon Corporation<br>Attn:  Stephen M. Lawler<br>101 Barclay Street<br>New York, NY  10286 |
| Bass, Edward P.<br>201 Main Street, Suite 3200<br>Forth Worth, TX  76102<br>Attn: Herb Hughes | BH FINANCE LLC<br>Attn: Controller<br>1440 Kiewit Plaza<br>Omaha, NE  68131 |
| Bingham McCutchen LLP<br>Attn:  Joshua Dorchak<br>399 Park Avenue<br>New York , NY  10022 | Robert E. Bennett<br>99 Mill Lane<br>Norwell, MA 02061 |
| BNP Paribas New York<br>The Equitable Tower<br>31st Floor<br>787 Seventh Avenue<br>New York, NY  10019 | BRK/A Investors, L.L.C.<br>201 Main Street, Suite 3100<br>Ft. Worth, Texas  76102 |
| Citibank N.A., New York<br>Attn: Scott Flood<br>388 Greewien Street<br>17th Floor<br>New York, NY  10013 | CenturyTel Inc.<br>100 CentururyTel Drive<br>Monroe, LA 71203 |
| Conseco Annuity Assurance Company<br>Conseco Life Insurance Company<br>Attn:  Eric R. Johnson<br>535 North College Drive<br>Carmel, Indiana  46032 | Declan Kelly<br>c/o Carter Ledyard & Milburn LLP<br>Attn:  Aaron Cahn<br>2 Wall Street<br>New York, NY  10005 |

4

| | |
|---|---|
| Deutsche Bank AG, New York<br>31 West 52nd Street<br>New York, NY  10019 | GenRe Partners<br>201 Main Street, Suite 3100<br>Ft. Worth, Texas  76102 |
| Guidance Enhanced Green Terrain Fund, LLC<br>Attn: Barry Brick<br>500 Delaware Avenue, Suite 720<br>Wilmington, Delaware 19802 | Hanmi Financial Corporation (Hanmi Bank)<br>Attn:  Investment Dept.<br>3660 Wilshire Blvd., Penthouse A<br>Los Angeles, CA  90010 |
| HBK Master Fund LP<br>c/o HBK Services LLC<br>Attn:  J. Baker Gentry, Jr.<br>2nd Floor<br>3099 W Olympia Road<br>Los Angeles CA  900006 | Hess Energy Trading Company ,LLC<br>Attn:  Jonathan C. Stein<br>1185 Avenue of the Americas<br>New York, NY  10036 |
| Holdstein Revocable Trust<br>Russell Holdstein<br>2 Buckeye Way<br>Kentfield, CA  94904 | HSBC Bank USA<br>Attn: Jason Saturno<br>1 HSBC Center<br>Buffalo, NY  14203 |
| KBC Investments Ltd.<br>c/o Sidley Austin LLP<br>Attn:  Bryan Krakauer<br>One South Dearborn Street<br>Chicago, IL  60603 | RiverSource Life Insurance Company<br>(f/k/a IDS Life Insurance Company )<br>c/o American Express Financial Advisor Inc.<br>Attn:  Tara Tilbury<br>IDS Tower 10<br>Minneapolis, MN  55440-0010 |
| Lincoln National Life Insurance Company - (f/k/a Jefferson Pilot Life Insurance Co.)<br>c/o Delware Investment Advisors<br>Attn:  Mr. Philip Obazee<br>2005 Market Street<br>Philadelphia, PA  19103-7094 | Jerry and Judy Dubrof<br>17 Pine Briar Circle<br>Houston, TX  77056-1113 |

| | |
|---|---|
| JP Morgan Chase Bank NA (formerly: Morgan Guaranty Trust Company of New York) 1111 Polaris Parkway Columbus, Ohio  43271 | Radar Business Systems Rainer Twiford (Advisor) c/o Matthew King 240 Great Circle Road, Suite 300 Nashville, TN  37228 |
| Lehman Brothers, Inc. c/o Hughes Hubbard & Reed LLP Attn:  Sarah Cave One Battery Park Plaza New York, NY  10004 | Lehman Special Financing, Inc. and Lehman Brothers OTC Derivatives, Inc. c/o Weil Gotshal & Manges LLP Attn: David Fertig, Esq. 767 Fifth Avenue New York, NY  10153 |
| Weil Gotshal & Manges LLP Attn: Richard P. Krasnow, Esq. 767 Fifth Avenue New York, NY  10153 | Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., and Lehman Brothers Fiance S.A. c/o Curtis, Mallet-Prevost, Colt & Mosle LLP Attn:  Steven J. Reisman 101 Park Avenue New York, NY  10178 |
| Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., and Lehman Brothers Fiance S.A. c/o Curtis, Mallet-Prevost, Colt & Mosle LLP Attn:  L.P. Harrison, III 101 Park Avenue New York, NY  10178 | Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., and Lehman Brothers Fiance S.A. c/o Curtis, Mallet-Prevost, Colt & Mosle LLP Attn:  Turner P. Smith 101 Park Avenue New York, NY  10178 |
| Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., and Lehman Brothers Fiance S.A. c/o Curtis, Mallet-Prevost, Colt & Mosle LLP Attn:  Jerrold L. Bregman | Libertyview Funds LLC LibertyView Capital Management, Inc. 101 Hudson Street, Suite 3700 Jersey City, New Jersey 07302 |

101 Park Avenue
New York, NY  10178

Lincoln National Life Insurance Co.
(f/k/a Jefferson-Pilot Life Insurance
Corporation)
Attn: Philip Obazee
Securities Department 3630
100 North Greene Street
Greensboro, NC  27401

Lucky Productions LLC
Lance Eldred
74-900 Highway 111, Suite 127
Indian Wells, CA  92210

Meliorbanca SpA
(now Mellon Bank N.A.)
One Mellon Bank Center
500 Grant Street, Room 400
Pittsburgh, PA  15258

Midland National Life Insurance
Jason C. Berrie
One Midland Plaza
Sioux Falls, South Dakota  57193

Millennium Partners, L.P.
Attn:  Terry Feeney
666 5th Avenue, 8th Floor
New York, NY USA 10103

North American Company for Life & Health
Insurance
Jason C. Berrie
One Midland Plaza
Sioux Falls, South Dakota  57193

NRC Partners
Attn:  Ray Pinson
201 Main Street
Ft. Worth, Texas 76102

Oppenheimer Funds, Inc.
Attn:  Lisa I. Bloomberg
Two World Financial Center
225 Liberty Street
New York, NY 1028-1008

Penn Mutual Life Insurance Company
Attn:  Peter M. Sherman
600 Dresher Road
Horsham, PA  19044

Profund Adviors LLCA/C
7501 Wisconsin Avenue, Suite 1000
Bethesda, MD  20814-6527

7

| | |
|---|---|
| ProShares Trust<br>7501 Wisconsin Avenue, Suite 1000<br>Bethesda, MD 20814-6527 | Prudential Global Funding, LLC<br>(formerly Prudential Global Funding, Inc.)<br>Attn: Gary F. Neubeck<br>2 Gateway Center<br>Newark, NJ 07102 |
| Rydex ETF Trust<br>Attn: Carl G. Verboncoeur<br>9601 Blackwell Road, Suite 500<br>Rockville, Maryland, 20850 | Rye Select Broad Market XL Portfolio<br>c/o Ropes & Gray LLP<br>Attn: Peter L. Welsh<br>1211 Avenue of the Americas<br>New York, NY 10036 |
| Rye Select Broad Market XL Portfolio<br>c/o Ropes & Gray LLP<br>Attn: Mark Somerstein<br>1211 Avenue of the Americas<br>New York, NY 10036 | The Royal Bank of Scotland plc<br>Attn: Mark Rose<br>c/o Greenwich Capital Markets, Inc.<br>600 Steamboat Road<br>Greenwich, CT 06830 |
| San Diego County Employees Retirement Association<br>Attn: David J. Deutsch<br>2275 Rio Bonito Way, Suite 200<br>San Diego, CA 92108-1685 | Smithkline Beecham Corporation<br>(now Glaxosmithkline)<br>Attn: Carol Ashe<br>200 North 16th Street<br>Philadelphia, PA 19102 |
| Standard Life Insurance Company of Indiana<br>10689 N. Pennsylvania<br>Indianapolis, IN 46280 | Stark Asia Master Fund Ltd (Stark)<br>Attn: Amy Sauer Bretz<br>3600 South Lake Drive<br>St. Francis, Wisconsin 53235 |
| Sunrise Partners Limited Partnership<br>Attn: Michael J. Berner<br>Two American Lane<br>Greenwich, CT 06836-2571 | Swiss Re Global Markets<br>Attn: Thomas V. Coffey<br>55 East 52nd Street<br>New York, NY 10055 |

| | |
|---|---|
| Wachovia Bank N.A.<br>(formerly: First Union National Bank)<br>Attn:  John Harvey<br>301 College Street<br>Charlotte, North Carolina  28288 | Washington National Insurance Company<br>Attn:  Eric R. Johnson<br>535 North College Drive<br>Carmel, Indiana,  46032 |
| Wells Fargo & Company<br>Attn:  Kelly Johnson<br>550 California Street<br>San Francisco, CA  94104 | United States Trustee, Region 2<br>33 Whitehall Street, 21st Floor<br>New York, New York  10004 |

100603263_1.DOC