**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **LEHMAN BROTHERS HOLDINGS INC.**, *et al*. <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555(JMP) <br><br> (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Sheila A. Sadighi, a member in good standing of the bar of the State of New Jersey, request admission, *pro hac vice,* before the Honorable James M. Peck, to represent BlueMountain Credit Alternatives Master Fund L.P., a creditor and party in interest in the above-captioned case.

Mailing Address:   Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068.
E-mail address:   ssadighi@lowenstein.com
Telephone Number:   (973) 597-2500.

I agree to pay $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:  New York, New York
         February 6, 2009

/s/ *Sheila A. Sadighi*
Sheila A. Sadighi
65 Livingston Avenue
Roseland, NJ  07068
Tel: (973) 597-2500
Fax: (973) 597-2400

-and-

1251 Avenue of the Americas
18th Floor
New York, New York  10020
(212)  262-6700