**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al*. | Case No. 08-13555(JMP) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING MOTION FOR ADMISSION**
**PRO HAC VICE OF SHEILA A. SADIGHI**

Upon the motion of Sheila A. Sadighi dated February 6, 2009, for admission *pro hac vice* in the captioned chapter 11 proceedings.

**ORDERED** that Sheila Sadighi, Esq. is admitted to practice *pro hac vice* in the above referenced chapter 11 proceedings to represent BlueMountain Credit Alternatives Master Fund, L.P. in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
          February _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE