UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:   08-13555 (JMP)
                                                            :
                                            Debtors.        :   (Jointly Administered)
                                                            :
——————————————————————x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF WILLIAM P. HELLER, ON BEHALF OF AKERMAN SENTERFITT

STATE OF **FLORIDA**          )
                              ) ss:
COUNTY OF **BROWARD**         )

**William P. Heller**, being duly sworn, upon his oath, deposes and says:

1. I am a Shareholder with Akerman Senterfitt (the **Firm**), resident in the office located at 350 East Las Olas Boulevard, Las Olas Centre II, Suite 1600, Fort Lauderdale, Florida 33301.

2. Lehman Brothers Holdings Inc. (**LBHI**) and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the **Debtors** and, collectively with their non-debtor affiliates, **Lehman**), have requested that the Firm provide litigation services involving loss recovery, and defense of claims related to the purchase, sale, transfer, servicing and securitization of mortgage loans to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or

be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. The Firm represented LBHI and BNC Mortgage LLC pre-petition, and continues representing LBHI and BNC Mortgage LLC post-petition, in various litigation matters, particularly those relating to recovering losses due to contract breaches or fraud by others against LBHI and BNC Mortgage LLC in the process of originating or selling residential mortgage loans. Also, the Firm represented LBHI pre-petition, and continues representing LBHI post-petition, in connection with construction liens and related contract enforcement regarding a Miami condominium project called Gables Marquis. The Firm was retained for this condominium matter by Atlanta-based TriMont Real Estate Advisors, which we understand manages a portfolio of LBHI assets.

5. The Firm represented Aurora Loan Services LLC (**Aurora**), an affiliate of LBHI, pre-petition and continues representing Aurora post-petition, in various litigation matters relating to Aurora's loan servicing and, on occasion, the origination of loans by others, including Lehman Brothers Bank or related companies.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

7. Two Firm shareholders (partners) are creditors (have made or may make claims within these chapter 11 cases) based on private investments, such as retirement funds. The Firm is not involved with these shareholders' claims. Other than these matters, neither I, nor any

principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

8. The Debtors owe the Firm $208,040.21 for pre-petition services.

9. The Firm has $709,373.63 in its trust account from the Gables Marquis condominium matter discussed in paragraph 4, above.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this affidavit, if necessary.

_____
William P. Heller

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 9th day of February, 2009, by William Heller, who [X] is personally known to me or [__] has produced _____ as identification.



Notary Public: Jaime Dolan
Commission No.: DD472776
My Commission Expires: 9/15/09

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                              :      Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :      08-13555 (JMP)
                                                   :
            Debtors.                               :      (Jointly Administered)
                                                   :
                                                   :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS, INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges, LLP
> 767 Fifth Avenue
> New York, New York, 10153
> Attn:   Jennifer Sapp
>            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.   Name and address of firm:

     **Akerman Senterfitt**
     **350 East Las Olas Boulevard**
     **Las Olas Centre II, Suite 1600**
     **Fort Lauderdale, Florida   33301**

2.   Date of retention:

     **June 10, 2004**

3.   Type of services provided (accounting, legal, etc.):

     **Legal**

4.  Brief description of services to be provided:

**Litigation involving loss recovery, and defense of claims related to the purchase, sale, transfer, servicing and securitization of mortgage loans.**

5.  Arrangements for compensation (hourly, contingent, etc.): **Hourly**

(a)  Average hourly rate (if applicable)

| Timekeeper | Position/Location | Standard Rate | Lehman Rate |
|---|---|---|---|
| William Heller | Chair/Shareholder, Fort Lauderdale | 450 | 405 |
| Marc Gottlieb | Shareholder, Fort Lauderdale | 425 | 383 |
| Richard Landman | Shareholder, Fort Lauderdale | 390 | 351 |
| Edwin Stacker | Shareholder, Fort Lauderdale | 495 | |
| Stacy Bercun | Shareholder, Fort Lauderdale | 425 | |
| Patrick Walsh | Associate, Fort Lauderdale | 375 | 338 |
| Kimberly A. Leary | Associate, Fort Lauderdale | 365 | 329 |
| George Andrews | Associate, Fort Lauderdale | 250 | 225 |
| Lara Capplis | Paralegal, Fort Lauderdale | 170 | |
| Jaime Dolan | Paralegal, Fort Lauderdale | 160 | |
| Justin Hekkanen | Associate, Jacksonville | 300 | 270 |
| Robert Graham | Associate, Jacksonville | 280 | 252 |
| Adina Pollan | Associate, Jacksonville | 270 | 243 |
| Celia Falzone | Associate, Jacksonville | 270 | 243 |
| Elizabeth Colby | Paralegal, Jacksonville | 165 | |
| Jeffrey Trinz | Of Counsel, Miami | 350 | 315 |
| Michelle Pardoll | Associate, Miami | 290 | 261 |
| Eric Matthew | Associate, Miami | 270 | 243 |
| Beatriz Herrera | Paralegal, Miami | 220 | |
| Lynne White | Shareholder, Orlando | 405 | 365 |
| William Gray | Shareholder, Orlando | 375 | 338 |
| Amanda Proffitt | Associate, Orlando | 250 | 225 |
| Jocelyn Smith | Associate, Orlando | 250 | 225 |
| Laura Jones | Paralegal, Orlando | 155 | |
| Katherine Giddings | Shareholder, Tallahassee | 465 | 419 |
| Edmund Whitson | Shareholder, Tampa | 385 | 347 |
| Hallie Evans | Of Counsel, Tampa | 360 | 324 |
| Leslie Utiger | Associate, Tampa | 250 | 225 |
| Kimberley Pass | Paralegal, Tampa | 160 | |
| Lawrence Rochefort | Shareholder, West Palm Beach | 435 | 392 |
| Tracy Segal | Of Counsel, West Palm Beach | 360 | 324 |
| Melissa Zinkil | Associate, West Palm Beach | 330 | 297 |
| Joshua White | Associate, West Palm Beach | 310 | 279 |
| Noelle Page | Associate, West Palm Beach | 250 | 225 |
| Lisa Silva | Paralegal, West Palm Beach | 190 | |

(b)  Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

**Monthly average compensation from January 2005 until August 2008 was $50,000.**

2

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:      $208,040.21

   Date claim arose:     February 7, 2008 – September 14, 2008

   Source of claim:      Legal fees and expenses.

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Based on our inquiry to date, two Firm shareholders (partners) are creditors by virtue of having made or intending to make claims within these chapter 11 cases. One shareholder is named Joseph Shaheen and the other is Steven Hartz.

   We are attempting to obtain the information requested in this questionnaire and will supplement if needed. Information presently known follows:

   Mr. Shaheen and his wife have approximately $30,000 in a retirement fund. They received notice regarding this claim from the bankruptcy court concerning appointment of counsel. Mr. Shaheen reports no action has been taken.

   Mr. Hartz's IRA holds $20,000 principal amount of 7.85% LBHI senior notes, CUSIP 524908CF5. He filed a proof of claim and I was advised that Wilmington Trust, the trustee of the bonds, will file a global proof on behalf of the note holders. The trustee has retained Michael B. Hopkins, Esq. and Covington & Burling as counsel. Wilmington is a member of the official committee of the unsecured creditors.

   The Firm is not involved with these shareholders' claims.

8. Stock of Debtors currently held by the firm:

   **None known.**

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   **None known, other than number 7, above.**

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    **None.**

11. Name of individual completing this form:

    **William P. Heller**

3