**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                        :
In re                                                   :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :    **08-13555 (JMP)**
                                                        :
                              **Debtors.**              :    **(Jointly Administered)**
                                                        :
                                                        :
-------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 365 OF
### THE BANKRUPTCY CODE APPROVING THE
### ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS

Upon the motion, dated November 14, 2008 (the "Motion"), of Lehman

Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper

Inc. ("LCPI"), as debtors and debtors in possession (together, the "Debtors"), pursuant to

section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6006

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 6006-

1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules") for entry of an order approving the Debtors' assumption of the Assumed Trades,[1]

rejection of the Rejected Trades, and modification and assumption of the Amended

Trades, all as more fully described in the Motion; and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157

and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York Any and All Proceedings Under Title 11, dated July 10, 1984

(Ward, Acting C.J.); and consideration of the Motion and the relief requested therein

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to
them in the Motion.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Motion having been provided in accordance with the procedures set forth in the order

entered September 22, 2008 governing case management and administrative procedures

[Docket No. 285] to (i) the United States Trustee for the Southern District of New York;

(ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities

and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) all parties who have requested

notice in these chapter 11 cases; and (vii) all Counterparties; and it appearing that no

other or further notice need be provided; and an Order Pursuant to Section 365 of the

Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations

having been entered by the Court on December 16, 2008, an Order Pursuant to Section

365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade

Confirmations and Correcting Prior Order having been entered by the Court on December

23, 2008, and an Order Pursuant to Section 365 of the Bankruptcy Code Approving the

Assumption or Rejection of Open Trade Confirmations having been entered by the Court

on January 16, 2009 (the "January 16 Open Trades Order"), each, *inter alia*, granting the

relief requested therein as to certain Counterparties and adjourning the hearing with

respect to certain objecting Counterparties; and the Court having been advised that two

trades that were the subject of the Debtors' settlement with Putnam Investments

("Putnam") were inadvertently excluded from the Exhibits to the January 16 Open Trades

Order and are now included on one of the Exhibits annexed hereto to reflect the Debtors'

settlement with Putnam; and a hearing (the "Hearing") having been held to consider the

relief requested in the Motion with respect to certain Counterparties; and the Court

having found and determined that the relief sought in the Motion is in the best interests of

the Debtors, their estates and creditors, and all parties in interest and that the legal and

factual bases set forth in the Motion establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that subject to the terms set forth in those certain letter

agreements between LCPI and/or LBHI and each of the Settling Counterparties (as

defined hereinafter) and herein, the Motion is granted with respect to the following

Counterparties, all of which have agreed to settle their objections with the Debtors:

> Citibank, N.A.
> Citibank International plc
> Goldman Sachs Credit Partners, L.P.
> Goldman Sachs International Bank
> GS European Performance Fund Limited
> KKR Debt Investors (2006) (Ireland) L.P.
> Whippoorwill Associates, Inc.

(collectively, the <u>Settling Counterparties</u>"); and it is further

ORDERED that the terms of each of the letter agreements between LCPI

and/or LBHI and each of the Settling Counterparties relating to the Open Trade

Confirmations are hereby approved and binding on each of the parties thereto; and it is

further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the

Debtors' assumption of the Assumed Trades set forth on <u>Exhibit A</u> annexed hereto is

hereby approved; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the Debtors' rejection of the Rejected Trades set forth on <u>Exhibit B</u> annexed hereto is hereby approved, with such rejection effective as of the date hereof; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the Debtors are authorized to enter into agreements to modify the Amended Trades set forth on <u>Exhibit C</u> annexed hereto and that assumption of the Amended Trades as modified is hereby approved; and it is further

ORDERED that the hearing with respect to the Motion is hereby adjourned to February 25, 2009, at 10:00 a.m. with respect to the objections of AIB International Finance, Deutsche Bank, R3 Capital Management LLC, Lloyds TSB Bank, AXA Mezzanine II SA, SICAR, and MD Mezzanine SA, SICAR; and it is further

ORDERED that the Debtors are not required to pay any cure costs to any Counterparty to an Assumed Trade or an Amended Trade; and it is further

ORDERED that the Debtors have demonstrated adequate assurance of future performance of the Assumed Trades and the Amended Trades; and it is further

ORDERED that no Counterparty shall be entitled to assert or take any action to exercise a right to set off any prepetition claim that it might have against either Debtor, including, without limitation, claims for damages arising from the rejection of a Rejected Trade, against any obligation payable to the applicable Debtor under any Assumed Trade or Amended Trade, *provided, however,* that nothing contained in this Order shall compromise the right that any Counterparty may have to file a claim for damages arising from the rejection of a Rejected Trade if such right is preserved in such Counterparty's letter agreement; and it is further

ORDERED that settlement of all Assumed Trades or Amended Trades shall include all appropriate, usual and customary settlement adjustments; and it is further

ORDERED that the Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate to implement and effectuate the assumption, rejection or modification of Open Trade Confirmations as provided in this Order; and it is further

ORDERED that the Debtors and Avenue Investments, L.P. shall agree on a discovery schedule and submit to the Court a proposed pretrial order with respect to litigation of such objections; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and that the requirements of Bankruptcy Rule 6006(a) and Local Rule 6006-1 are satisfied; and it is further

ORDERED that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: February 11, 2009
New York, New York

/s/ James M. Peck_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**ASSUMED TRADES**

**LCPI & LCPI UK**
**Assumed**

| Entity | Deal Name | Customer | Tranche | B/S | Trade Date | Curr Code | Status |
|--------|-----------|----------|---------|-----|------------|-----------|--------|
| LCPIUK | NYCOMED HOLDING A/S | CITIBANK INTERNATIONAL PLC | B1 | S | 7/31/2008 | EUR | Assumed |
| LCPIUK | NYCOMED HOLDING A/S | CITIBANK INTERNATIONAL PLC | C1 | S | 7/31/2008 | EUR | Assumed |
| LCPIUK | NYCOMED HOLDING A/S | CITIBANK INTERNATIONAL PLC | A | S | 6/17/2008 | EUR | Assumed |
| LBHI | QUEBECOR WORLD INC. | CITIBANK, N.A. | | S | 7/9/2008 | USD | Assumed |
| LBHI | GENERAL MOTORS CORPORATION (6/16/03) | CITIBANK, N.A. | | S | 12/14/2007 | USD | Assumed |
| LCPIUK | NYCOMED HOLDING A/S | GOLDMAN SACHS CREDIT PARTNERS L.P. | B1 | S | 6/4/2008 | EUR | Assumed |
| LCPIUK | NYCOMED HOLDING A/S | GOLDMAN SACHS CREDIT PARTNERS L.P. | C1 | S | 6/4/2008 | EUR | Assumed |
| LCPIUK | BCM IRELAND HOLDINGS LIMITED | GOLDMAN SACHS CREDIT PARTNERS L.P. | B | S | 9/5/2008 | EUR | Assumed |
| LCPIUK | BCM IRELAND HOLDINGS LIMITED | GOLDMAN SACHS CREDIT PARTNERS L.P. | C | S | 9/5/2008 | EUR | Assumed |

| LCPIUK | KABEL DEUTSCHELAND (12MAY06) | GOLDMAN SACHS CREDIT PARTNERS L.P. | A | S | 6/20/2008 | EUR | Assumed |
| LCPI | NORTHWEST AIRLINES $1.050BN 08-21-06 | GOLDMAN SACHS CREDIT PARTNERS L.P. | | S | 9/11/2008 | USD | Assumed |
| LCPI | AMERICAN AIRLINES 1ST LIEN(AMR)3/27/06 | GOLDMAN SACHS CREDIT PARTNERS L.P. | | S | 9/9/2008 | USD | Assumed |
| LCPI | CLAIRE'S STORES (5/29/07)/Term Loan | GOLDMAN SACHS CREDIT PARTNERS L.P. | | S | 9/12/2008 | USD | Assumed |
| LCPI | ALLTEL CORP (11/16/07) (B-1 facility) | GOLDMAN SACHS CREDIT PARTNERS L.P. | | B | 9/4/2008 | USD | Assumed |
| LCPIUK | ALMATIS HOLDINGS 4 B.V | GOLDMAN SACHS EUROPEAN PERFORMANCE FUND LTD. | B1 | B | 3/6/2008 | EUR | Assumed |
| LCPIUK | ALMATIS HOLDINGS 4 B.V | GOLDMAN SACHS EUROPEAN PERFORMANCE FUND LTD. | B3 | B | 3/6/2008 | EUR | Assumed |
| LCPIUK | ALMATIS HOLDINGS 4 B.V | GOLDMAN SACHS EUROPEAN PERFORMANCE FUND LTD. | C1 | B | 3/6/2008 | EUR | Assumed |
| LCPIUK | ALMATIS HOLDINGS 4 B.V | GOLDMAN SACHS EUROPEAN PERFORMANCE FUND LTD. | C3 | B | 3/6/2008 | EUR | Assumed |
| LCPIUK | ALPHA III (NOV06) | GOLDMAN SACHS INTERNATIONAL BANK | B1 | S | 6/3/2008 | USD | Assumed |
| LCPIUK | ALPHA III (NOV06) | GOLDMAN SACHS INTERNATIONAL BANK | B2 | S | 6/3/2008 | USD | Assumed |

| LCPIUK | FINANCIERE DAUNOU (LAFARGE) | GOLDMAN SACHS INTERNATIONAL BANK | B1 | S | 5/21/2008 | EUR | Assumed |
|---|---|---|---|---|---|---|---|
| LCPIUK | FINANCIERE DAUNOU (LAFARGE) | GOLDMAN SACHS INTERNATIONAL BANK | B2 | S | 5/21/2008 | EUR | Assumed |
| LCPIUK | FINANCIERE DAUNOU (LAFARGE) | GOLDMAN SACHS INTERNATIONAL BANK | C1 | S | 5/21/2008 | EUR | Assumed |
| LCPIUK | FINANCIERE DAUNOU (LAFARGE) | GOLDMAN SACHS INTERNATIONAL BANK | C2 | S | 5/21/2008 | EUR | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | PRESIDENT & FELLOWS OF HARVARD COLLEGE (REF: HARVARD SPECIAL SITUATIONS ACCOUNT) | | S | 6/11/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | PRESIDENT & FELLOWS OF HARVARD COLLEGE (REF: HARVARD SPECIAL SITUATIONS ACCOUNT) | | B | 9/3/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | WELLPOINT, INC. | | S | 6/11/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | WELLPOINT, INC. | | B | 9/3/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | WHIPPOORWILL ASSOC, INC PROFIT SHARING PLAN | | S | 6/11/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | WHIPPOORWILL ASSOC, INC PROFIT SHARING PLAN | | B | 9/3/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | WHIPPOORWILL DISTRESSED OPPORTUNITY FUND LP | | S | 6/11/2008 | USD | Assumed |

| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | WHIPPOORWILL DISTRESSED OPPORTUNITY FUND LP | | B | 9/3/2008 | USD | Assumed |
|------|------|------|---|---|---|---|---|
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | WHIPPOORWILL OFFSHORE DISTRESSED OPPORTUNITY FUND, LTD. | | S | 6/11/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | WHIPPOORWILL OFFSHORE DISTRESSED OPPORTUNITY FUND, LTD. | | B | 9/3/2008 | USD | Assumed |

**EXHIBIT B**

**REJECTED TRADES**

**LCPI & LCPI UK**
**Rejected**

| Entity | Deal Name | Customer Name | Tranche | B/S | Trade Date | Curr Code | Status |
|--------|-----------|---------------|---------|-----|------------|-----------|--------|
| LCPIUK | ISS HOLDING A/S | CITIBANK INTERNATIONAL PLC | B10 | B | 9/5/2008 | EUR | Rejected |
| LCPIUK | ISS HOLDING A/S | CITIBANK INTERNATIONAL PLC | B9 | B | 9/5/2008 | EUR | Rejected |
| LCPIUK | NYCOMED HOLDING A/S | CITIBANK INTERNATIONAL PLC | B2 USD | B | 8/7/2008 | USD | Rejected |
| LCPIUK | NYCOMED HOLDING A/S | CITIBANK INTERNATIONAL PLC | C2 USD | B | 8/7/2008 | USD | Rejected |
| LBHI | QUEBECOR WORLD INC. | CITIBANK, N.A. | | B | 5/30/2008 | USD | Rejected |
| LCPI | WR GRACE & CO.-CONN. | CITIGROUP FINANCIAL PRODUCTS, INC. | | B | 7/17/2008 | USD | Rejected |
| LCPI | WR GRACE & CO.-CONN. | CITIGROUP FINANCIAL PRODUCTS, INC. | | B | 7/21/2008 | USD | Rejected |
| LCPI | WR GRACE & CO.-CONN. | CITIGROUP FINANCIAL PRODUCTS, INC. | | B | 7/29/2008 | USD | Rejected |
| LCPI | WR GRACE & CO.-CONN. | CITIGROUP FINANCIAL PRODUCTS, INC. | | B | 8/15/2008 | USD | Rejected |
| LCPI | CALPINE CORP EXIT TERM LOAN 01/31/08 | FD CBNA LOAN FUNDING LLC | | B | 9/3/2008 | USD | Rejected |

| LCPI | SEMCRUDE | GOLDMAN SACHS CREDIT PARTNERS L.P. | | B | 8/6/2008 | USD | Rejected |
|---|---|---|---|---|---|---|---|
| LCPI | VISTEON 6.13.06 | GOLDMAN SACHS CREDIT PARTNERS L.P. | | B | 9/12/2008 | USD | Rejected |
| LCPI | VML (VENETIAN MACAU LIMITED) 5/25/06 (6 yr Term B DD Project) | GOLDMAN SACHS CREDIT PARTNERS L.P. | | B | 8/13/2008 | USD | Rejected |
| LCPI | VML (VENETIAN MACAU LIMITED) 5/25/06 (7 YR Term B Funded Project) | GOLDMAN SACHS CREDIT PARTNERS L.P. | | B | 8/13/2008 | USD | Rejected |
| LCPI | WCI COMM. (REV. 6/13/06) | GOLDMAN SACHS CREDIT PARTNERS L.P. | | B | 4/22/2008 | USD | Rejected |
| LCPIUK | WDAC INTERMEDIATE (2007) NDLT (PIK) | GOLDMAN SACHS CREDIT PARTNERS L.P. | PIK | B | 7/2/2008 | EUR | Rejected |
| LCPI | NATIONAL CINEMEDIA (2/07) | GOLDMAN SACHS CREDIT PARTNERS L.P. | | B | 7/10/2008 | USD | Rejected |

**EXHIBIT C**

**AMENDED TRADES**

**LCPI & LCPI UK**
**Assumed with Modification**

| Entity | Deal Name | Customer Name | Tranche | B/S | Trade Date | Curr Code | Status |
|--------|-----------|---------------|---------|-----|------------|-----------|--------|
| LCPIUK | NYCOMED HOLDING A/S | CITIBANK INTERNATIONAL PLC | A | S | 6/2/2008 | USD | Assumed with Modification |
| LCPIUK | NYCOMED HOLDING A/S | CITIBANK INTERNATIONAL PLC | A | S | 6/4/2008 | USD | Assumed with Modification |
| LCPIUK | KABEL DEUTSCHELAND (12MAY06) | CITIBANK INTERNATIONAL PLC | A | B | 8/19/2008 | EUR | Assumed with Modification |
| LCPIUK | KABEL DEUTSCHELAND (12MAY06) | CITIBANK INTERNATIONAL PLC | A | B | 7/15/2008 | EUR | Assumed with Modification |
| LBHI | QUEBECOR WORLD INC. | CITIBANK, N.A. | | B | 5/30/2008 | USD | Assumed with Modification |
| LCPIUK | KABEL DEUTSCHLAND HOLDING GMBH PIK | GOLDMAN SACHS CREDIT PARTNERS L.P. | PIK | B | 7/23/2008 | EUR | Assumed with Modification |
| LCPIUK | TYROL ACQUISITION 2 SAS | GOLDMAN SACHS CREDIT PARTNERS L.P. | B | B | 6/23/2008 | EUR | Assumed with Modification |
| LCPIUK | TYROL ACQUISITION 2 SAS | GOLDMAN SACHS CREDIT PARTNERS L.P. | C | B | 6/23/2008 | EUR | Assumed with Modification |
| LCPI | VML (VENETIAN MACAU LIMITED) 5/25/06 (6 yr Term B DD Project) | GOLDMAN SACHS CREDIT PARTNERS L.P. | | B | 7/31/2008 | USD | Assumed with Modification |

| LCPI | VML (VENETIAN MACAU LIMITED) 5/25/06 (7 YR Term B Funded Project) | GOLDMAN SACHS CREDIT PARTNERS L.P. | | B | 7/31/2008 | USD | Assumed with Modification |
|---|---|---|---|---|---|---|---|
| LCPIUK | LAVENA MEZZ (2MAR07) PROSIEBEN HOLDCO | KKR TRS HOLDINGS LTD | Mezzanine | S | 6/11/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | KKR TRS HOLDINGS LTD | D | S | 6/11/2008 | EUR | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | PRESIDENT & FELLOWS OF HARVARD COLLEGE (REF:  HARVARD SPECIAL SITUATIONS ACCOUNT) | | S | 6/30/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | PRESIDENT & FELLOWS OF HARVARD COLLEGE (REF:  HARVARD SPECIAL SITUATIONS ACCOUNT) | | S | 7/15/2008 | USD | Assumed with Modification |
| LCPI | MEG ENERGY CORP. (4/06) | PUTNAM INVESTMENTS | | B | 8/28/2008 | USD | Assumed with Modification |
| LCPI | MEG ENERGY CORP. (4/06) | PUTNAM INVESTMENTS | | B | 8/28/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WELLPOINT, INC. | | S | 6/30/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WELLPOINT, INC. | | S | 7/15/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WHIPPOORWILL ASSOC, INC PROFIT SHARING PLAN | | S | 6/30/2008 | USD | Assumed with Modification |

| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WHIPPOORWILL ASSOC, INC PROFIT SHARING PLAN | | S | 7/15/2008 | USD | Assumed with Modification |
|---|---|---|---|---|---|---|---|
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WHIPPOORWILL DISTRESSED OPPORTUNITY FUND LP | | S | 6/30/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WHIPPOORWILL DISTRESSED OPPORTUNITY FUND LP | | S | 7/15/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WHIPPOORWILL OFFSHORE DISTRESSED OPPORTUNITY FUND, LTD. | | S | 6/30/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WHIPPOORWILL OFFSHORE DISTRESSED OPPORTUNITY FUND, LTD. | | S | 7/15/2008 | USD | Assumed with Modification |