## CERTIFICATE OF SERVICE

Benjamin Singer certifies:

1. I am not a party to this action, I am over 18 years of age and I am employed by the law firm of Linklaters LLP, with a place of business located at 1345 Avenue of the Americas, New York, New York 10105.

2. On February 11, 2009, I caused to be served true and correct copies of Documents Concerning U.K. Administration of Lehman Brothers International (Europe) upon the parties listed on the attached service list by Federal Express mail.

*Benjamin Singer*

**Service List**

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
615-3 Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004


Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq. Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attention: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.


Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attention: Lindsee P. Granfield, Esq., Lisa Schweitzer, Esq., and Joel Moss, Esq.


Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attention: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.


Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor,
New York, New York 10004
Attention: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and Tracy Hope Davis