LATHAM & WATKINS LLP
Mitchell A. Seider (MS-4321)
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Facsimile: (212) 751-4864
Email: mitchell.seider@lw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

**VERIFIED STATEMENT OF LATHAM & WATKINS LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Latham & Watkins LLP (the "Firm"), as attorneys for the entities listed in Exhibit A (the "Entities"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc. and its related debtors (the "Debtors"), makes the following representations pursuant to Federal Rule of Bankruptcy Procedure 2019:

1. The Firm is counsel to the Entities in the above captioned cases. The Firm has numerous offices both in the United States and abroad, including at 885 Third Avenue, Suite 1000, New York, New York 10022-4834.

2. The mailing address for each of the Entities is listed on Exhibit A.

3. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors. The Entities may also hold claims against and/or interests in the Debtors in addition to

those disclosed herein that do not fall within the scope of the Firm's representation of such Entities.

4. The specific nature and amounts of the claims held by the Entities will be determined and set forth in proofs of claim filed against the Debtors' estates.

5. The following are the facts and circumstances in connection with the Firm's employment in these cases. Each of the Entities separately requested that the Firm represent them in connection with the Debtors' chapter 11 cases.

6. The Firm has received a conflicts waiver from the Debtors, permitting the Firm to be adverse to the Debtors in any matter, other than matters in which the Firm would take the position that the Debtors committed fraud.

7. The Firm also represents or advises, or may have represented or advised other parties in interest with respect to these cases that have not been included in this Statement because such parties that the Firm represents do not currently intend to appear in these cases, such representations have concluded or such parties have indicated that they have engaged or will engage other counsel to appear for them in the cases.

8. Upon information and belief, the Firm has a pre-petition claim against the Debtors in the approximate amount of $4,360,000.

9. The Firm reserves the right to supplement or amend this statement in the future.

Dated: February 12, 2009        Respectfully submitted,
      New York, NY

**LATHAM & WATKINS LLP**
By: /s/ Mitchell A. Seider
Mitchell A. Seider (MS-4321)
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Email: mitchell.seider@lw.com

and

Gregory O. Lunt
355 South Grand Avenue
Los Angeles, California 90071-5160
Telephone: (213) 485-1234
Email: gregory.lunt@lw.com

# **EXHIBIT A**

Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103

Asurion Corporation
648 Grassmere Park, Suite 300
Nashville, TN 37211

NetApp, Inc.
495 East Java Drive
Sunnyvale, CA  94089

GE Corporate Financial Services, Inc.
201 Merritt 7
Norwalk, CT 06851