LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Facsimile: (212) 751-4864

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Adam J. Goldberg, an attorney licensed to practice in the State of New York, hereby certify that a true and correct copy of the Verified Statement of Latham & Watkins LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 was filed with the Clerk of the Court using the ECF system which will send notification of such filing to those attorneys registered to receive notices.  Additionally, I caused a copy of the documents to be served on the parties listed on the attached service list, via overnight delivery, this 12th day of February 2009.

Dated: February 12, 2009                    Respectfully submitted,
       New York, NY

                                            **LATHAM & WATKINS LLP**
                                            By: /s/ Adam J. Goldberg
                                            Adam J. Goldberg (AG-2007)
                                            885 Third Avenue, Suite 1000
                                            New York, New York 10022
                                            Telephone: (212) 906-1200
                                            Facsimile: (212) 751-4864
                                            Email:  adam.goldberg@lw.com

## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attention: Richard P. Krasnow, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attention: Andy Velez-Rivera, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attention: Dennis F. Dunne, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, New York 10006
Attn: Lindsee P. Granfield, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn. Robinson B. Lacy, Esq.