## Exhibit B

**Pfeiffer Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x

|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------------x

**DECLARATION OF ALLEN M. PFEIFFER IN SUPPORT OF**
**EXAMINER'S APPLICATION TO RETAIN DUFF & PHELPS LLC**

I, Allen M. Pfeiffer, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a Managing Director of Duff & Phelps, LLC ("<u>D&P</u>" or the "<u>Firm</u>"), a financial advisory services firm with numerous offices throughout the world.  I am a resident of the Firm's Morristown, New Jersey office, and I am duly authorized to make this Declaration on behalf of D&P.

2.      I submit this Declaration in support of the Application of the Examiner for Order Authorizing the Retention and Employment of Duff & Phelps, LLC *Nunc Pro Tunc* as of February 6, 2009 (the "<u>Application</u>") in the above-captioned Chapter 11 cases (the "<u>Chapter 11 Cases</u>"), made pursuant to 11 U.S.C. §§ 105(a) and 327 and the Court's Order Directing Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code, entered January 16, 2009 (the "<u>Examiner Order</u>").  Except as otherwise indicated, the facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

**Background**

3.        On September 15, 16, and 23, 2008, October 3 and 5, 2008, and January 7 and 9,

2009, one or more of the Debtors[1] filed voluntary petitions for reorganization under Chapter 11

of the Bankruptcy Code.  The Debtors have continued to operate their businesses and manage

their affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

4.        On January 16, 2009, the Court entered the Examiner Order directing the

appointment of an Examiner pursuant to 11 U.S.C. §§ 1104(c)(1) and (c)(2) to investigate, *inter*

*alia*, various transfers and transactions by the Debtors and their affiliates, claims that certain

Debtors may have against LBHI, and the events that immediately preceded the commencement

of the LBHI chapter 11 case (collectively, the "Investigation").  Examiner Order at ¶ 2.  The

Examiner Order also directs the Examiner to "perform the duties specified in sections 1106(a)(3)

and (4) of the Bankruptcy Code, except to the extent the Court orders otherwise."  Id. at ¶ 3.

5.        On January 19, 2009, the United States Trustee appointed Anton R. Valukas as

Examiner in the Chapter 11 Cases, subject to Court approval, and filed her Notice of such

appointment.  [Docket # 2570].  On January 20, 2009, the United States Trustee filed her

application for an Order of this Court approving the appointment of Anton R. Valukas as

Examiner in the Chapter 11 Cases.  [Docket # 2571].  On January 20, 2009, this Court entered an

order approving the appointment by the United States Trustee of Anton R. Valukas as Examiner

---

[1] In addition to LBHI, the following entities are debtors in the Chapter 11 Cases:  LB 745 LLC; PAMI
Statler Arms LLC; Lehman Brothers Commodity Services Inc.; Lehman Brothers Finance SA; Lehman
Brothers Special Financing Inc.; Lehman Brothers OTC Derivatives Inc.; Lehman Brothers Derivative
Products Inc.; Lehman Commercial Paper Inc.; Lehman Brothers Commercial Corporation; Lehman
Brothers Financial Products Inc.; Fundo de Investimento Multimercado Credito Privado Navigator
Investimento No Exterior; Lehman Scottish Finance L.P.; CES Aviation LLC; CES Aviation V LLC;
CES Aviation IX LLC; East Dover Limited; Luxembourg Residential Properties Loan Finance S.a.r.l.;
and BNC Mortgage LLC.

in the Chapter 11 Cases [Docket # 2583], and on February 11, 2009, this Court entered an order

approving the Examiner's retention of Jenner & Block as his counsel.  [Dkt. # 2803].

### Retention of Duff & Phelps

6.      D&P is a leading provider of independent financial advisory, forensic accounting,

and investment banking services, assisting clients principally in the areas of complex financial

restructurings, valuation, transactions, disputes, accounting, and electronic discovery.  More

specifically, D&P is one of the leading independent providers of valuation services for financial

reporting, tax compliance, and transaction opinions and has dedicated professionals with relevant

industry (e.g., financial services and financial engineering) and functional (e.g., retrospective

solvency, forensic accounting, due diligence, and restructuring) expertise.  In addition, D&P

acquired Chanin Capital Partners ("Chanin") in 2006, a distinguished leader in advising

companies, creditors, and stakeholders in financially distressed situations.  Chanin has served as

a financial advisor for clients in some of the largest chapter 11 cases ever filed, including

Adelphia, Calpine, Comdisco, Delphi, Dura, Global Crossing, NII Holdings, Owens Corning,

and PG&E.

7.      D&P has been involved in many of the most complex accounting and bankruptcy

investigations and disputes conducted within recent years and, leveraging off D&P's separate

and distinct areas of expertise, can provide deep and insightful analysis of the broad scope of

issues required by the Investigation.  The professionals at D&P who will lead the services

provided to the Examiner have decades of experience in conducting the analyses required for the

Examiner to fulfill his duties set forth in the Examiner Order.  More specifically, the

professionals at D&P who will lead the services provided to the Examiner include:  D&P's

Global Leader of the Financial Services Industry, who has worked with and supported many

global entities in designing, structuring, valuing and accounting for almost all aspects of a

financial services business; D&P's Global Leader of Dispute Consulting - Complex Valuation and Bankruptcy Litigation, who has consulted on many retrospective solvency analyses related to billions of dollars of alleged fraudulent transfers and preferences; a leader of D&P's financial engineering practice who is responsible for the firm's service capabilities regarding structured credit and has substantial experience in helping ABS, CDO, MBS, CMS and proprietary traders in their trading, structuring, hedging, and risk management activities; a Managing Director who was the Chief Risk Officer at large financial institutions; a Managing Director who has been appointed the forensic accountant for various bankruptcy litigations and has been named one of the "Top 100 Most Influential People in the Accounting Profession" by Accounting Today; and the Co-Chair of D&P's Global Electronic Discovery & Investigations practice group, who is a nationally recognized expert in conducting investigations.  D&P's proposed team of financial advisors will also include Chanin professionals with experience from the aforementioned cases, as well as other cases.

8.      In addition, within the firm's 25 offices around the world, D&P has more than 1,200 employees with financial and technical expertise that the Examiner can call upon as needed.

### Services to be Provided

9.      In connection with these Chapter 11 Cases and subject to orders of this Court, the Examiner has asked D&P to provide the following services to the Examiner, among others:

   a.      investigate, collect, and analyze documents, data, and information, including but not limited to accounting records and other financial information, related to the scope of the Investigation set forth in the Examiner Order;

   b.      perform any financial and accounting analyses as needed and directed by the Examiner;

    c.       take all necessary actions to assist and advise the Examiner in the discharge of his duties and responsibilities under the Examiner Order and the Bankruptcy Code; and

    d.       assist in preparing the Examiner's report.

    10.     D&P intends to work closely with the other professionals retained by the Examiner, the Debtors' representatives and professionals, the Official Committee of Unsecured Creditors (the "Creditors' Committee") and its representatives and professionals, the SIPA Trustee and his representatives and professionals, the Joint Administrators and their representatives and professionals, and the United States Trustee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates and to ensure a streamlined process in connection with the Investigation.

### Duff & Phelps's Disinterestedness and Disclosure of Connections

    11.     In preparing this Declaration and in order to ascertain D&P's "connections," as that term is used in Bankruptcy Rule 2014, with the Debtors, the Debtors' creditors, and other parties-in-interest in the Chapter 11 Cases, I caused a set of procedures developed by D&P to be used to ensure full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and any Local Rules of the Court regarding the retention of professionals under the Bankruptcy Code (the "Disclosure Procedures"). Pursuant to the Disclosure Procedures, I performed, or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain D&P's connection to such parties:

    a.       Using various sources, including publicly available information and the listings of entities identified and described in materials filed in support of the applications of the Debtors and the Creditors' Committee to retain counsel, D&P compiled a list of persons and entities relevant to this

Application (the "<u>Identified Parties</u>").[2]  The list of Identified Parties is attached hereto as <u>Exhibit 1</u> and includes:

i.      the Debtors, their significant nondebtor affiliates, and former affiliates;

ii.     the Debtors' and affiliates' current and former (up to three years) directors and officers;

iii.    significant (i.e., greater than five percent) equity holders of the Debtors as of the commencement dates of the Chapter 11 Cases;

iv.     the underwriters of the Debtors' securities for all securities issued or outstanding on the commencement dates of the Chapter 11 Cases or during the three years prior to the commencement dates;

v.      accountants employed or retained by the Debtors during the two-year period prior to the commencement dates of the Chapter 11 Cases;

vi.     professionals employed by the Debtors;

vii.    Barclays Capital, Inc.;

viii.   members of the Ad Hoc or Unofficial Creditors' Committees;

ix.     current and former members of the Creditors' Committee;

x.      professionals retained by significant creditor groups;

xi.     the Debtors' secured creditors;

xii.    the Debtors' bank lenders;

xiii.   the Debtors' 50 largest bond holders;

xiv.    the Debtors' 100 largest unsecured creditors other than bondholders;

xv.     the Debtors' 100 largest holders of trade debt;

xvi.    significant lessors and lessees of the Debtors;

---

[2] D&P has not obtained the consolidated list of creditors and equity security holders of the Debtors.  Upon receipt of such list and as appropriate in connection with D&P's representation of the Examiner, D&P will conduct a further search to determine whether D&P has any additional connections with the persons and entities identified thereon, and will, to the extent applicable, file and serve supplemental disclosures as to any such additional connections.

xvii.   the Debtors' utilities;

xviii.   parties to litigation involving the Debtors;

xix.   major competitors of the Debtors;

xx.   the affiliations of the Debtors' outside directors;

xxi.   certain government and state regulatory agencies; and

xxii.   other potential parties-in-interest.[3]

b.   D&P then entered the names of the Identified Parties into a computer database containing the names of all clients and conflict information concerning such clients of D&P.  Through the information generated from this computer inquiry, and through follow-up inquiries with D&P professionals, it was determined that D&P had not performed services for any party adverse to the Debtors or the Debtors' estates with respect to matters for which D&P is to be retained, except as identified in Pfeiffer Declaration.

c.   In addition, D&P sent a general inquiry by electronic mail to all its professionals to: (i) verify that such individuals were not performing services and have not performed services for the Debtors; (ii) determine whether any such individuals hold any securities of or claims against the Debtors; (iii) determine whether any such individuals had any other relationships with any of the Debtors since September 2006; and (iv) determine whether any such individuals are related to any Bankruptcy Judge for the Southern District of New York, the United States Trustee (Region 2), or any person employed by the United States Trustee (Region 2).

12.   Based upon the results of the Disclosure Procedures, I respectfully represent that

D&P and its professionals do not have any connections with any of the Identified Parties, the

United States Trustee (Region 2), or the United States Bankruptcy Judge assigned to these

Chapter 11 Cases; and do not have any interest materially adverse to the interests of the estates

of any of the Debtors, or of any class of creditors or equity security holders of any of the

---

[3] The identification and classification herein of various entities or individuals as falling within certain categories (e.g., "secured creditors") is not intended and should not be deemed to be an admission of the legal rights or status of any particular individual or entity.

Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, any of the Debtors, or for any other reason, except as set forth herein.

13.     To the best of my knowledge, D&P is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that D&P and its professionals (i) are not a creditor, equity security holder, or insiders of any of the Debtors, except that:

a.     an employee of D&P, when employed in September 2006 by a large accounting firm, worked with a team that performed an audit on one or more of the Debtors' payment systems;

b.     an employee of D&P is the trustee and beneficiary of her late father's trust which holds $39,000 (face value) in notes of one or more of the Debtors;

c.     a Managing Director of D&P owns a $6,000 certificate of deposit with Lehman Brothers Bank;

d.     an employee of D&P jointly owns shares in one or more of the Debtors with his spouse;

e.     an employee of D&P owns shares of one of the Debtors in her individual retirement account;

f.     a Managing Director of D&P is a participant in one or more of the Debtors' retirement plans; and

g.     D&P's Chief Executive Officer is a participant in one or more of the Debtors' retirement plans and holds a *de minimis* limited partnership interest in LB Capital Partners II, L.P.;

(ii) are not and were not, within two years before the date of filing of these chapter 11 cases, a director, officer, or employee of the Debtors; (iii) are not and were not, within three years before the date of the filing of the petitions of any of the Debtors, an investment banker for any outstanding security of any of the Debtors; and (iv) are not and were not within two years before the date of the filing of the petitions of any of the Debtors, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.  As a result of the responses to inquiries

made and procedures undertaken to determine disinterestedness, D&P notes that certain of its

employees have family members who (i) are employees of, or have been employees of, or (ii)

are, or have been, owners of equity or debt securities of the Debtors or their affiliates.

14.     D&P and its professionals do not currently provide services for any of the Debtors

or any of the non-debtor affiliates of the Debtors, or any persons employed by or associated with

any of the Debtors or any of the non-debtor affiliates of the Debtors, except that:

    a.    D&P provided property tax consulting services to Capital Crossing Bank, a division of Lehman Brothers Bank, FSB (the "Bank"). In 2008, D&P received $9,000 in connection with said engagement, which was unrelated to anything fairly contemplated to be within the subject matter and scope of the Investigation; and

    b.    D&P was retained by the Special Committee of the Board of Directors of the Bank as an independent financial advisor to the Special Committee to provide a fairness opinion to the Special Committee as to the fairness, from a financial point of view, to the Bank of the consideration to be received in a transaction, if one is agreed to, where all or substantially all of the assets of the Bank are sold to a Purchaser. In this case, the Special Committee consists of a single board member of the Bank who is not an officer or employee of the Bank and has no affiliation with Holdings. In the event that a transaction is actually agreed to and the Special Committee asks D&P to provide a fairness opinion for such transaction, no professional at D&P who is providing services to the Examiner will work on the fairness opinion or provide services to the Special Committee.

15.     With respect to any prior connections between D&P and the Debtors or their

related parties:

    a.    During the period 2006-2008, D&P was engaged by Lehman Brothers Holdings, Inc. ("Holdings") to perform certain analyses as to the appropriate discounts for lack of marketability that employees of Holdings could consider when reporting compensation relating to grants of Holdings' restricted stock and, in one case in 2007, limited partnership units in an investment partnership affiliated with Holdings. The Firm's fees, in the aggregate, from these engagements total less than $200,000, or less than 0.1% of annual revenues. The Firm has a total of $27,500 in uncollected fees from these engagements and does not intend to file a claim in the bankruptcy proceeding with respect to these uncollected fees.

b.      Late in the afternoon on Saturday, September 13, 2008 (two days prior to Holdings' filing its Chapter 11 petition), an employee in the office of the General Counsel of Holdings contacted D&P about providing certain services in connection with a proposed transaction that never occurred. The transaction as described at the time was that certain assets would be sold by Holdings and a portfolio of real estate assets would remain behind for the shareholders of Holdings. The service requested was not to provide advice with respect to the nature, structure or desirability of the transaction but rather to provide a solvency opinion for a transaction in connection with its consummation. That evening, a small team of D&P professionals convened a call, made arrangements to prepare to work on the matter the morning of Sunday, September 14, and began to gather publicly available background information. On the morning of Sunday, September 14, approximately ten professionals at D&P were given access to a data room maintained by Holdings. The data consisted of spreadsheets listing real property of Holdings and the nature of Holdings' interest in such property (i.e., debt or equity). In the early afternoon on Sunday, Holdings contacted D&P to indicate that no transaction would be going forward, and D&P immediately ceased all preparatory activity. Holdings never retained D&P or paid D&P any fees in connection with this inquiry from Holdings. Nor did D&P ever render any advice or recommendations or opinion (whether formal or informal or preliminary or final) of any kind to Holdings. D&P was never advised as to the counterparty with whom Holdings would be dealing, nor was D&P given any details about the structure of the proposed transaction. D&P retained none of the data from the data room and did not perform any analytical work. Nonetheless, in these Chapter 11 Cases, D&P will screen from all matters related to the Investigation those professionals who accessed materials contained in the data room.

c.      Mr. Harvey Krueger, a member of the Board of Directors of D&P, who retired from his employment with Holdings effective February 1, 2006, was an independent contractor to Holdings and held the honorary title of "Vice Chairman Emeritus" from February 1, 2006 until shortly following the bankruptcy filing. Mr. Krueger's compensation from this independent contractor relationship did not represent a material portion of his income during this period. During this period, Mr. Krueger's had no day-to-day management responsibilities for any of the Debtors. Other than unexercised compensatory stock options issued to Mr. Krueger, none of which currently have any value, Mr. Krueger does not currently hold any debt or equity securities of the Debtors. Other than a potential claim arising from his participation in a Holdings sponsored deferred compensation plan (which claim, in the context of the total claims in the bankruptcy proceeding, is *de minimis*), Mr. Krueger has advised D&P that he is not aware of any claims he may have against any of the Debtors. These engagements were unrelated to anything fairly contemplated to be

within the subject matter and scope of the Investigation.  Nonetheless,
D&P will screen Mr. Krueger from all matters regarding the Investigation.

16.    Additionally, an affiliate of the Debtors owns less than a 1% limited partnership

interest in a private equity fund managed by Vestar Capital Partners ("Vestar"), owner of less

than 20% of Duff & Phelps Corporation.  Affiliates of the Debtors are also co-investors in a

private equity investment of Vestar and hold debt securities in other such Vestar investments.

Sander Levy, a Managing Director of Vestar, is a member of the Board of Directors of Duff &

Phelps Corporation, D&P's parent corporation.  Lehman Brothers, Inc. was a co-manager of the

Duff & Phelps Corporation initial public offering, which closed in October 2007.  Lehman

Brothers, Inc. also provided investment banking services to D&P, including receiving a $1.6

million fee on the Shinsei investment in D&P which closed in September 2007.  These

transactions were unrelated to anything fairly contemplated to be within the subject matter and

scope of the Investigation.

17.    D&P has not provided services in the past, and does not currently provide

services, for creditors of the Debtors and various other parties-in-interest in the Chapter 11 Cases

with respect to matters in which the Debtors and their affiliates were or are adverse but may in

the future provide services which are unrelated to anything fairly contemplated to be within the

subject matter and scope of the Investigation.

18.    D&P has provided services in the past, currently provides services, and may in the

future provide services, for creditors of the Debtors and various other parties-in-interest in these

Chapter 11 Cases with respect to matters which are completely unrelated to the Debtors and their

affiliates.  D&P's connections with these creditors and other parties-in-interest are described in

Exhibit 2 attached hereto.  Additionally, during review of the list of Identified Parties, D&P

became aware of other relationships as set forth in Exhibit 2A.  With the exception of the entities

listed in the following paragraph, which have been identified to me as parties-in-interest in these Chapter 11 Cases, no single creditor or party-in-interest (including their respective subsidiaries and affiliates) referenced in this Declaration and its exhibits accounted for more than 1% of D&P's gross revenues for the year ending December 31, 2008.  In addition to the connections listed in Exhibit 2 and Exhibit 2A, D&P:  (i) may appear, may have appeared, and may in the future appear in cases or proceedings, under the Bankruptcy Code or otherwise, and participates in transactions which are not related to the Debtors but where one or more of the Identified Parties may have been or may be involved; and (ii) with respect to the professionals who are included on the list of Identified Parties, may have been retained by or may in the future be retained or provide services for such firms or clients who have retained such firms.

19.    The following entities, including their respective subsidiaries and affiliates, which are Identified Parties listed in Exhibit 1, each account for more than 1%, but less than 1.5%, of the Firm's gross revenues for the years ending December 31, 2007 or December 31, 2008: Citigroup and Jones Day (described in paragraphs 20 and 21 of this Declaration, respectively). The matters with respect to which D&P provides services for such entities (described in paragraphs 20 and 21 of this Declaration) are unrelated to matters likely to fall within the subject matter and scope of the Investigation, and will not present any conflict of interest or appearance of partiality.

20.    D&P performed a solvency analysis and valuation services for financial reporting and other purposes to Citigroup, which amounted to between 1% and 1.5% of D&P's gross revenues for the year ending December 31, 2008.

21.     D&P provided dispute consulting services in connection with one or more

unrelated litigation matters to Jones Day, which amounted to between 1% and 1.5% of D&P's

gross revenues for the years ending December 31, 2007.

22.     In addition to the above disclosures, D&P retained the law firm of Lowenstein

Sandler PC as its counsel for the limited purpose of reviewing D&P's engagement letter with the

Examiner and its proposed retention application.

23.     In addition to the foregoing, some of D&P's over 1,200 employees may have had

some personal or professional relationships with attorneys, accountants, employees, officers,

creditors, equity security holders, or other parties-in-interest of the Debtors.  I do not have

knowledge of any such relationship that is material.  To the extent that D&P determines that any

additional matters should be disclosed, D&P will disclose those matters to the Court by

supplemental declaration.

24.     To ensure that D&P will remain disinterested throughout the term of this

retention, D&P agrees that it will not provide services for any client other than the Examiner in

any matter in the Chapter 11 Cases.

25.     D&P maintains a strict policy prohibiting any person at the firm from disclosing

confidential information, using it for personal gain, or disclosing it to others for their personal

gain.  Moreover, the firm's employees are prohibited from buying, selling, or otherwise trading

or recommending trading in stock or other securities of a client (or of a company involved in, or

a potential party to, a transaction with a client) on the basis of material, inside (non-public)

information.

## **Professional Compensation**

26.     D&P intends to apply to the Court for allowances of compensation and

reimbursement of expenses for professional services rendered in connection with the Chapter 11

Cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy

Rules, the Local Rules, the "United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330" (the "United States

Trustee Fee Guidelines"), and all orders of this Court governing professional services performed

and expenses incurred.  To that end, D&P has agreed to submit applications for interim and/or

final allowances of compensation pursuant to sections 330 and 331 of the Bankruptcy Code and

the rules and orders of this Court.  All of D&P's fees and expenses will be subject to Bankruptcy

Court approval.

27.    D&P proposes to charge the Examiner for its financial advisory services on an

hourly basis.  D&P's standard hourly rates for work of this nature, which are based upon the

professionals' level of experience, range from $805 to $920 for Managing Directors, $720 to

$865 for Directors, $580 to $695 for Vice Presidents, $435 to $525 for Senior Associates, $305

to $365 for Analysts, $195 for Research Analysts, and $120 for Administrative Personnel.[4]

However, because of the significant public interest associated with the services to be provided to

the Examiner, D&P has agreed to reduce its standard hourly rates by 10% for the services to be

provided to the Examiner in the Chapter 11 Cases.   If additional D&P professionals outside the

United States are required for D&P to perform its services, the hourly rates for such non-U.S.

D&P professionals will be the standard hourly rates in effect for such non-U.S. D&P

professionals, less a 10% discount.

---

[4] The standard hourly rates are subject to periodic adjustment to reflect economic and other conditions
and are consistent with the rates charged elsewhere.  Pursuant to its ordinary practices, D&P generally
revises its rates on March 1 of each year.  With respect to any increase in its rates effective March 1,
2009, D&P represents that its increases will not exceed six percent (6%) over the current effective
standard rates.

28.    D&P's rates are reasonable and comparable to the rates other firms charge for similar services.  Moreover, D&P will use every effort to staff the engagement in a cost-effective manner and will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the services described above by category and nature of the services rendered.

29.    D&P will request, subject to the Court's approval, reimbursement for necessary and reasonable actual out-of-pocket expenses incurred by D&P on the Examiner's behalf, such as photocopying services, printing, delivery charges, filing fees, postage, travel expenses, and other disbursements, as set forth in the Pfeiffer Declaration and the engagement letter between D&P and the Examiner.  All requests for reimbursement of expenses will be consistent with the United States Trustee Fee Guidelines and the requirements established by this Court.

30.    D&P also requests, subject to the Court's approval, indemnification, which is set forth in the engagement letter between D&P and the Examiner as follows:  D&P and its affiliates, and their respective past, present and future directors, officers, shareholders, employees, agents and controlling persons, shall be indemnified and held harmless by the Debtors to the fullest extent of the law, from and against any and all losses, claims, damages or liabilities (or actions in respect thereof), joint or several, arising out of or related to D&P's engagement, any actions taken or omitted to be taken by an indemnified party in connection with D&P's provision of services to the Examiner, or any transaction or proposed transaction contemplated thereby.  In addition, indemnified parties shall be reimbursed for any legal or other expenses reasonably incurred by them in respect thereof at the time such expenses are incurred; provided, however, the Debtors shall have no liability under the foregoing indemnity and reimbursement agreement for any loss, claim, damage or liability which is finally judicially

determined to have resulted primarily from the willful misconduct, gross negligence, bad faith or self-dealing of any indemnified party.  I respectfully submit that this indemnity is consistent with indemnities permitted for other financial advisors in these Chapter 11 Cases.

[Remainder of this page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _11th_ day of February, 2009, at Morristown, New Jersey.

_Allen M Pfeiffer_

Allen M. Pfeiffer

Sworn to and subscribed before me
this 11th day of February 2009.

_Valerie Pokrywa_

NOTARY PUBLIC

My Commission Expires: _November 10, 2013_

**Valerie Pokrywa**
**Notary Public of New Jersey**
**My Commission Expires**
**November 10, 2013**

## **EXHIBIT 1**

**Identified Parties**

Exhibit 1
Identified Parties

## 1. Debtors

1. Lehman Brothers Holdings Inc.
2. LB 745 LLC
3. PAMI Statler Arms LLC
4. Lehman Brothers Commodity Services Inc.
5. Lehman Brothers Finance SA
6. Lehman Brothers Special Financing Inc.
7. Lehman Brothers OTC Derivatives Inc.
8. Lehman Brothers Derivative Products Inc.
9. Lehman Commercial Paper Inc.
10. Lehman Brothers Commercial Corporation
11. Lehman Brothers Financial Products Inc.
12. Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
13. Lehman Scottish Finance L.P.
14. CES Aviation LLC
15. CES Aviation V LLC
16. CES Aviation IX LLC
17. East Dover Limited
18. Luxembourg Residential Properties Loan Finance S.a.r.l.
19. BNC Mortgage LLC

## 2. 50 Largest Bond Holders

20. Advanced Series Trust
21. AETNA Life Insurance Company
22. AIG Annuity Insurance Company
23. ALFA Mutual Fire Insurance Company
24. Allianz Life Insurance Company of North America
25. Alpha Mutual Fund Management
26. American Family Life Assurance Company
27. American Life Insurance Company
28. AXA Equitable Life Insurance Company
29. Barclays Global Fund Advisors
30. BBVA Gestion SA SGIIC (Spain)
31. Blackrock Advisors
32. Capital Research and Management
33. Continental Casualty Company
34. Federated Investors
35. Fidelity Management and Research
36. Franklin Advisors Inc.
37. Franklin Templeton Investments
38. Guardian Life Insurance Company
39. Hartford Life Insurance Company
40. ING Investment LLC

Exhibit 1
Identified Parties

41.   Jackson National Life Insurance
42.   John Hancock Investment Management Services
43.   John Hancock Life Insurance Company
44.   Liberty National Life Insurance Company
45.   Loomis Sayles & Company L.P.
46.   Medical Liability Mutual Insurance Company
47.   Metlife Insurance Company of Connecticut
48.   Metropolitan Life Insurance
49.   Metropolitan West Capital Management
50.   NATIXIS Asset Management Advisors
51.   Northwest Mutual Life Insurance Company
52.   Phillips Hager & North Investment Management
53.   PIMCO Advisors L.P.
54.   PIMCO Funds Global Investors
55.   Principal Life Insurance Company
56.   Prudential Financial Inc.
57.   Prudential Insurance Company of America
58.   Riversource Life Insurance Company
59.   Sun Life Assure Co. of Canada
60.   T. Rowe Price Associates
61.   Teachers Insurance and Annuity Association
62.   Thrivent Financial for Lutherans
63.   Transamerica Life Insurance Company
64.   UBS Investment KAG
65.   United States – Indices
66.   Van Kampen Asset Management
67.   Vanguard Group Incorporated
68.   Western Asset Management Company
69.   Zurich American Insurance Company

## 3.  100 Largest Unsecured Creditors other than Bondholders

70.   55 Broadway
71.   125 Broad Street
72.   767 Fifth Ave
73.   1221 Avenue of the Americas
74.   1301 Properties Owner L.P.
75.   Allen & Overy
76.   Anjarlekar & Associates
77.   ANZ Banking Group Limited
78.   Aozora Bank
79.   Ashurst Morris Crisp
80.   Australia and New Zealand Banking Group Limited
81.   Banctec Ltd.
82.   Bank of America Plaza STE 3500

<u>Exhibit 1</u>
Identified Parties

83.    Bank of China, New York Branch
84.    Bank of Taiwan, New York Agency
85.    Bats Trading, Inc.
86.    Bloomberg Finance L.P.
87.    Bloomberg L.P.
88.    BNP Paribas
89.    Broadridge Securities Processing
90.    Caldwalader, Wickersham, and Taft
91.    Canary Warf Management Limited
92.    CB Richard Ellis Client Account RE Gloa
93.    CDW Direct LLC
94.    Chuo Mitsui Trust & Banking
95.    Citibank, N.A., Hong Kong Branch
96.    Citibank, N.A.
97.    Clifford Chance
98.    Commonwealth Bank of Australia, Tokyo Branch
99.    Compucenter (UK) Ltd.
100.   CW Lending II Limited
101.   Davis, Polk and Wardwell
102.   Dell Marketing L.P.
103.   Deutsche Borsche AG
104.   Dimension Data
105.   DnB NOR Bank ASA
106.   Drowst Trading, LLC
107.   Ernst & Young
108.   Ernst & Young Private Limited
109.   Fidessa Plc.
110.   First Commercial Bank Co., Ltd., New York Agency
111.   FT Interactive Data
112.   Haworth Singapore PTE Ltd.
113.   Henegan Construction Co., Inc.
114.   Hewlett Packard AP (Hong Kong) Limited
115.   HSBC Bank
116.   Hua Nan Commercial Bank, Ltd.
117.   IBM Corporation
118.   ICAP Securities Limited
119.   Information Builders Inc.
120.   JQ Network PTD Limited
121.   KBC Bank
122.   Kim & Chang
123.   Kingston Communications PLC
124.   Linklaters
125.   Linklaters, S.L.
126.   Lloyds Bank, PLC
127.   London & European Title Insurance Services Ltd.
128.   London Borough of Tower Hamlets Rates

Exhibit 1
Identified Parties

129. Mace Limited
130. McKee Nelson LLP
131. Microsoft Licensing, GP
132. Millennium Developers Pvt Ltd
133. Mizuho Corporate Bank Ltd.
134. Morse Group Limited
135. Morse Service Holdings Limited
136. National Bank of Australia
137. National Commerce Bank
138. Network Appliance
139. Nippon Life Insurance Co.
140. NYSE Market, Inc.
141. Origin HR Consulting Limited
142. Paul Weiss
143. Pricoa Relocation UK Limited
144. Reuters America Inc.
145. Reuters Ltd.
146. Shinkin Central Bank
147. Shinsei Bank Ltd.
148. Sidley Austin Brown & Wood
149. Standard & Poors
150. Standard and Poors Corp.
151. Standard Chartered Bank
152. Sumitomo Mitsubishi Banking Corp
153. Sungard Securities Finance Inc.
154. Svenska Handelsbanken
155. Swapswire Limited
156. Taipei Fubon Bank, New York Agency
157. Tata Consultancy Services
158. The Bank of New York
159. The Bank of Nova Scotia
160. The British Land Company PLC
161. Thompson Financial
162. TIBCO Software, Inc.
163. UFJ Bank Limited
164. Vertex Mortgage Services
165. Virtx
166. WIPRO Infotech Enterprise Solutions
167. YXIME
168. ZKB (Zurcher Kantonalbank)

**4. Bank Lenders**

169. J.P. Morgan Chase
170. Metlife

Exhibit 1
Identified Parties

171.   Mizuho Corporate Bank, Ltd.
172.   RR Donnelley & Sons
173.   Shinsei Bank, Limited
174.   The Bank of NY Mellon
175.   The Royal Bank of Scotland, PLC
176.   Wilmington Trust Company


**5.   Significant Lessors and Lessees**

177.   101 Hudson Leasing Associates
178.   1111 Brickell Office, LLC
179.   125 High Street L.P.
180.   1301 Properties Owner LLC
181.   20 CCC Business Trust
182.   300 Main L.L.C.
183.   50 Broadway Realty Corp.
184.   5450 West Sahara LLC
185.   600 Partners Co., L.P.
186.   605 Third Avenue Fee LLC
187.   70 Hudson Street, LLC
188.   8 Sound Shore Associates, LLC
189.   85 Tenth Avenue Associates, LLC
190.   AIG Technologies, Inc.
191.   American Center
192.   Archipelago Holdings, Inc.
193.   Argonne Capital Group
194.   B&R 919, LLC
195.   Beneficiaries of North Star Trust Company Title Holding Land Trust
196.   BNC Mortgage
197.   Board of Trade of the City of Chicago, Inc.
198.   BP 399 Park Avenue LLC
199.   Brandywine Office Investments LLC
200.   Brookfield Properties One WFC Co. LLC
201.   CA-10880 Wilshire Limited Partnership
202.   CB Office 10, Ltd.
203.   Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
204.   Clifford Chance US LLP
205.   CMD ST Financial Centre, LLC
206.   Columbia Center Property LLC
207.   Constellation Place, LLC
208.   Consultatio Inversora S.A.
209.   Corporate Park Associates
210.   Corridors I & II/Loudoun II SPE Feeco, L.L.C.
211.   Courtside West, LLC
212.   CPR (USA) Inc.

Exhibit 1
Identified Parties

213. Creekside Business Mall LLC
214. Crescent TC Investors L.P.
215. Crown Point, L.L.C.
216. CT Tower Investments Inc.
217. Custer Court, L.P.
218. Denver United LLC
219. Deutsche Bank AG, New York Branch
220. Deutsche Bank Securities, Inc.
221. Deutsche Immobilien Fonds Aktiengesellschaft
222. Eastrich No. 167 Corporation
223. For 1031 Heritage II LLC
224. Four Point Star Operating Company, L.P.
225. Galleria Properties, LLC
226. GRE Glendale LLC
227. Guggenheim Concourse, L.P.
228. Hanover Moving & Storage Co., Inc.
229. Historic TW Inc.
230. HQ Global Workplaces
231. Huron Consulting Group, LLC
232. HWA 555 Owners, LLC
233. JBC Funds 200 West Monroe LLC
234. JDJ Properties, Inc.
235. Legacy III Centennial, LLC
236. Lehman Brothers Holdings, Inc.
237. Lempira S.R.L., R.U.C.
238. Liberty Property Limited Partnership
239. Mack-Cali CW Realty Associates L.L.C.
240. Mackenzie Financial Corporation
241. MCPR Unit V LP, S.E.
242. Middlefield Park Associates
243. Millennium De Investimentos Imobiliarios LTDA
244. MJH Wacker LLC
245. Monarch Centre Associates, LLC
246. Mountain Towers Properties, LLC
247. National Union Fire Insurance Company of Pittsburgh, PA
248. NBS Brookside 700/800, L.L.C.
249. New Tower Trust Company Multi-Employer Property Trust
250. Nine Penn Center Associates, LP
251. Normandy Real Estate Partners
252. Palm Beach Centre 4, LLC
253. PCC Properties (Calgary) Ltd.
254. Piedmont Operating Partnership, L.P.
255. PricewaterhouseCoopers, LLP
256. Regus do Brasil, Ltd
257. Rock Forty Ninth LLC
258. Rosemead Properties, Inc.

<u>Exhibit 1</u>
Identified Parties

259.   San Diego - Frazee, LLC
260.   Sandtrap II, Ltd.
261.   Sharon Land Company, LLC
262.   SLG 220 News Owner LLC
263.   SP4 190 S. LaSalle, L.P.
264.   Stillwater Development, LLC
265.   Sunray Investments
266.   Teachers Insurance and Annuity Assoc. of America
267.   Telwares, Inc.
268.   Tempe Fountainhead Corporate, LLC
269.   Texas Tower Limited
270.   The Irvine Company
271.   The Realty Associates Fund VIII, L.P.
272.   Triple Net Properties, LLC
273.   Trizec Westwood Center LLC
274.   WA 555 Owners, LLC
275.   Wacker Drive Limited Partnership
276.   WA-Columbia Center Property LLC
277.   WLA UPU 1 and 2, LLC
278.   WPGH, LLC


**6.  Secured Creditors**

279.   Danske Bank
280.   Fenway Funding LLC
281.   JPMorgan Chase
282.   MetLife
283.   SMBC
284.   State Street
285.   Swedbank


**7.  Government and State Regulatory Agencies – U.S. Regulation**

286.   Commodity Futures Trading Commission (LBI, NB LLC)
287.   Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
288.   Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)
289.   Financial Industry Regulatory Authority (non-governmental)
290.   National Futures Association (non-governmental)
291.   New York Stock Exchange (non-governmental)
292.   Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
293.   Office of Thrift Supervision (LB Bank)
294.   Securities and Exchange Commission

Exhibit 1
Identified Parties

295. State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
296. State Blue Sky Laws in all 50 states and Puerto Rico
297. Utah Commissioner of Financial Institutions (LB Commercial Bank)

## 8. Members of Ad Hoc or Unofficial Creditors' Committees (formed prior to the Commencement Date, to the extent known at the Commencement Date)

*The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc., Gas Project Revenue Bonds*

298. Allstate Insurance Co.
299. Capital Research Management Co.
300. Franklin Advisors L.P.
301. Franklin Federal Intermediate-Term-Tax-Free Income Fund
302. Franklin Federal Tax-Free Income Fund
303. Franklin Georgia Tax-Free Income Fund
304. Franklin High-Yield Tax-Free Income Fund
305. Independence Holding Co.
306. Main Street Natural Gas, Inc., Gas Project Revenue Bonds
307. Oppenheimer Funds, Inc.
308. The Vanguard Group

*Informal LBHI Bondholder Group*

309. Alliance Bernstein
310. Capital Guardian Trust Company
311. Cyrus Capital Partners, L.P.
312. King Street Capital Management, L.L.C.
313. Pacific Management Investment Company
314. Wexford Capital LLC
315. York Capital Management

## 9. Significant Stockholders (greater than 5%)

316. AXA and related parties - 7.25%
317. Clearbridge Advisors, LLC and related parties - 6.33%
318. FMR LLC and related parties - 5.87

Exhibit 1
Identified Parties

## 10. Directors and Officers

*Current and former (up to three years) members of a corporation's board of directors and its officers, as well as the names of the entities with whom such directors or officers were, during their tenure with the Debtor, affiliated as an employee*

<u>Current Board of Directors</u>

     319.    Henry Kaufman
     320.    Jerry A. Grundhofer
     321.    John D. Macomber
     322.    John F. Akers
     323.    Marsha Johnson Evans
     324.    Michael L. Ainslie
     325.    Richard S. Fuld, Jr.
     326.    Roger S. Berlind
     327.    Roland A. Hernandez
     328.    Sir Christopher Gent
     329.    Thomas H. Cruikshank

<u>Current Officers</u>

     330.    Alex Kirk
     331.    Bryan Marsal
     332.    Christian Meissner
     333.    David Coles
     334.    David Goldfarb
     335.    Eric Felder
     336.    George H. Walker
     337.    Gerald A Donini
     338.    Herbert H. McDade III
     339.    Hugh E. McGee III
     340.    Hyung S. Lee
     341.    Ian T Lowitt
     342.    James Fogarty
     343.    Jasjit S. Bhattal
     344.    Michael Geband
     345.    Riccardo Banchetti
     346.    Richard S. Fuld, Jr.
     347.    Scott J. Freidheim
     348.    Stephen M. Lessing
     349.    Thomas A. Russo

<u>Former Officers</u>

     350.    Christopher O'Mera

Exhibit 1
Identified Parties

351.   Erin Callen
352.   Jonathan Beyman
353.   Jospeh M. Gregory

## 11. Underwriting Investment Bankers for Debtor's securities for all securities issued or outstanding on the Commencement Date or during the three years prior to the Commencement Date.

354.   ABN AMRO Rothschild
355.   Hoare Govett, Ltd.
356.   Lehman Brothers
357.   Merrill Lynch
358.   UBS Investment Bank

## 12. Accountants employed or retained during the two years prior to the Commencement Date

359.   Deloitte & Touch USA LLP
360.   Ernst & Young
361.   PWC (PricewaterhouseCoopers)

## 13. Related Entities

362.   737 Portfolio Services LLC
363.   737 Portfolio Trust
364.   Area Assignor Corp. (dissolved)
365.   Area Depository Corporation (dissolved)
366.   Area GP Corporation Aristos LLC
367.   Aristos LLC
368.   ASB LLC
369.   Bixen Limited
370.   BK I Realty Inc. (dissolved)
371.   BK II Properties Inc. BK III Properties Inc.
372.   Blue Jay Realty Corporation
373.   Bromley LLC
374.   Brookson Corp.
375.   Brookwood Energy & Properties Inc.
376.   Canope Credit Corp.
377.   Central Funding (Concord) Corporation (dissolved) Clarks Summit I, LLC
378.   Clarks Summit II, LLC
379.   CP1 Real Estate Services Inc.
380.   CP4 Real Estate Services Inc. (dissolved)
381.   Dimont Corporation

Exhibit 1
Identified Parties

382.    DL Mortgage Corp.
383.    DRA Management, Inc. (dissolved)
384.    Eagle Energy Management, LLC
385.    Eagle Energy Partners I, L.P.
386.    East Dover Limited
387.    Edibrook Corp.
388.    EHP/GP Inc. (dissolved)
389.    Embarcadero Aircraft Securitization Trust
390.    Equipment Management Inc.
391.    Equity Strategies Loans LLC
392.    Equity Strategy Loans LLC
393.    First Ward Properties Inc.
394.    Flight Sim I LLC
395.    Flight Sim II LLC
396.    Flight Sim III LLC
397.    Flight Sim IV LLC
398.    Flight Sim V Inc.
399.    FRAH Special Services Inc.
400.    Fundo De Investimento Multimercado Credito Privado Navigator Investmento
401.    GA Dekalb Inc.
402.    Global Principal Strategies Loans Inc.
403.    GRA Finance Corporation Ltd.
404.    Growth Partners Inc. (dissolved)
405.    Hydrocarbon Capital II LLC
406.    IL Lombard Inc. (dissolved)
407.    Ivanhoe Lan Pty Limited
408.    Jet Aircraft Leasing Inc. (dissolved)
409.    Jet Partners, LLC
410.    JFM Aviation Once LLC
411.    KM-I Real Estate Company VII (sold)
412.    Laminar Holdings LLC
413.    LB Alberta Holdings Inc.
414.    LB GPS Lightfoot LLC
415.    LB Holdings Intermediate 2 LtdLB I Group Inc
416.    LB I Group Inc.
417.    LB India Holdings Mauritius I Limited
418.    LB India Holdings Mauritius II Limited
419.    LB India Holdings Mauritius III Limited
420.    LB Investment Corp., Inc.
421.    LB Investment Holding Company Limited (dissolved)
422.    LB Leasing Inc.
423.    LB Maritim Investor GmbH
424.    LB Memphis Brownestone LLC
425.    LB Military Housing LLC
426.    LB Note Corp.
427.    LB Ohana, LLC

Exhibit 1
Identified Parties

428.    LB Skypower Inc.
429.    LB Trade Corp.
430.    LB3 GmbH
431.    LB-NL Holdings (Cayman) Limited
432.    LB-NL Holdings I Inc.
433.    LB-NL Holdings L.P.
434.    LB-NL U.S. Investor Inc.
435.    LBQ Hong Kong Funding Ltd.
436.    LBQ Hong Kong Services Limited
437.    LCP LTU LLC
438.    LCPI Properties Inc.
439.    LCPI Properties Inv.
440.    Leesburg ACG LLC
441.    Lehman ABS Corporation
442.    Lehman Aircraft Securitization Holdings LLC
443.    Lehman Asset Backed Caps Inc.
444.    Lehman Brother Venture Capital 2003 Partnership
445.    Lehman Brothers (Israel) Inc.
446.    Lehman Brothers (Spain) S.A.
447.    Lehman Brothers 1999 Venture Managers' Partnership L.P.
448.    Lehman Brothers 1999 Vernture GP Partnership L.P.
449.    Lehman Brothers AIM Holding II LLC
450.    Lehman Brothers Alternative Investment Management LLC
451.    Lehman Brothers Argentina S.A.
452.    Lehman Brothers Asset Management Asia, Inc. (dissolved)
453.    Lehman Brothers Asset Securitization LLC
454.    Lehman Brothers Capital Partners I, L.P.
455.    Lehman Brothers Capital Partners II, L.P.
456.    Lehman Brothers Capital Partners IV, L.P.
457.    Lehman Brothers CDO 2003 L.P.
458.    Lehman Brothers CDO Associates (Cayman), Ltd.
459.    Lehman Brothers CDO Associates 2003 L.P.
460.    Lehman Brothers CDO Associates 2004 L.P.
461.    Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
462.    Lehman Brothers Commodity Service Inc.
463.    Lehman Brothers Communications Partnership
464.    Lehman Brothers de Chile, S.A. (dissolved)
465.    Lehman Brothers de Venezuela C.A. (inactive)
466.    Lehman Brothers Derivative Finance LLC
467.    Lehman Brothers Derivative Products Inc.
468.    Lehman Brothers Diversified Private Equity Fund 2004, L.P.
469.    Lehman Brothers Energy Canada, ULC
470.    Lehman Brothers Europe Inc.
471.    Lehman Brothers European Mezzanine 2002 Associates L.P.
472.    Lehman Brothers European Mezzanine 2002 L.P.
473.    Lehman Brothers European Venture Capital Associates L.P.

Exhibit 1
Identified Parties

474. Lehman Brothers European Venture Capital L.P.
475. Lehman Brothers Finance (Japan) Inc.
476. Lehman Brothers Financial Products Inc.
477. Lehman Brothers Fund of Funds Associates L.P.
478. Lehman Brothers Fund of Funds L.P.
479. Lehman Brothers Global Asset Management K.K. (liquidated)
480. Lehman Brothers Healthcare Venture Capital Associates L.P.
481. Lehman Brothers Healthcare Venture Capital L.P.
482. Lehman Brothers Holdings Inc.
483. Lehman Brothers Holdings International Inc.
484. Lehman Brothers Inc.
485. Lehman Brothers International Services, Inc.
486. Lehman Brothers Investment Holding Company Inc.
487. Lehman Brothers Investment Management Asia Limited
488. Lehman Brothers LBO Inc.
489. Lehman Brothers MBG Associates III LLC
490. Lehman Brothers MBG Associates L.P.
491. Lehman Brothers MBG Capital Partners 1998 (C) L.P.
492. Lehman Brothers MBG Finders 1999 (A) L.P.
493. Lehman Brothers MBG Finders 1999 (B) L.P.
494. Lehman Brothers MBG Finders 2000 (B) L.P.
495. Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
496. Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
497. Lehman Brothers MBG Partners 1998 (A) L.P.
498. Lehman Brothers MBG Partners 1998 (B) L.P.
499. Lehman Brothers MBG Partners 1998 (C) L.P.
500. Lehman Brothers MBG Partners 1999 (A) L.P.
501. Lehman Brothers MBG Partners 1999 (B) L.P.
502. Lehman Brothers MBG Partners 1999 (C) L.P.
503. Lehman Brothers MBG Partners L.P.
504. Lehman Brothers MBG Venture Capital Partners 1997
505. Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
506. Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
507. Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
508. Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
509. Lehman Brothers MLP Associates, L.P.
510. Lehman Brothers MLP Partners, L.P.
511. Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
512. Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
513. Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
514. Lehman Brothers Offshore Investment Partnership L.P.
515. Lehman Brothers Offshore Investment Partnership-Japan L.P.
516. Lehman Brothers Offshore Long/Short Fund, Ltd.
517. Lehman Brothers Offshore Long/Short Master Fund Ltd.
518. Lehman Brothers Offshore Partners Ltd.
519. Lehman Brothers Offshore Partnership Account 2000/2001, L.P.

Exhibit 1
Identified Parties

| | |
|---|---|
| 520. | Lehman Brothers Offshore Partnership GP 2000/2001 L.P. |
| 521. | Lehman Brothers Overseas Inc. |
| 522. | Lehman Brothers Participation Fund Associates, L.P. |
| 523. | Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved) |
| 524. | Lehman Brothers Secondary Fund of Funds Associates L.P. |
| 525. | Lehman Brothers Secondary Fund of Funds L.P. |
| 526. | Lehman Brothers Securities Taiwan Limited |
| 527. | Lehman Brothers South Asia Limited (Inactive) |
| 528. | Lehman Brothers Special Financing Inc. |
| 529. | Lehman Brothers Sudamerica S.A. |
| 530. | Lehman Brothers Uruguay S.A. |
| 531. | Lehman Brothers VC Partners L.P. |
| 532. | Lehman Brothers Venture Associates Inc. |
| 533. | Lehman Brothers Venture Bankers' Partnership L.P. |
| 534. | Lehman Brothers Venture Capital Partners I, L.P. |
| 535. | Lehman Brothers Venture GP Partnership L.P. |
| 536. | Lehman Brothers Venture Partners L.P. |
| 537. | Lehman CMO Inc. |
| 538. | Lehman Commercial Paper Inc. |
| 539. | Lehman Commodities Services, Inc. |
| 540. | Lehman Finance, S.A. |
| 541. | Lehman Insurance Company |
| 542. | Lehman Loan Funding I LLC |
| 543. | Lehman Mortgage Company of Canada (surrendered) |
| 544. | Lehman Mortgage Holdings Canada I Inc. (inactive) |
| 545. | Lehman Mortgage Holdings Canada II Inc. (inactive) |
| 546. | Lehman Municipal ABS Corp. |
| 547. | Lehman OPC LLC |
| 548. | Lehman Pass-Through Securities Inc. |
| 549. | Lehman Queens Center Inc. (inactive) |
| 550. | Lehman Queens Limited Inc. (inactive) |
| 551. | Lehman Realty & Development Corp. |
| 552. | Lehman Receivables Corp. (dissolved) |
| 553. | Lehman Risk Management, Inc. (dissolved) |
| 554. | Lehman Structured Financings, Inc. |
| 555. | Lehman Structured Securities Corp. |
| 556. | Lehman Syndicated Loan Inc. |
| 557. | Lehman VIP Holdings Inc. |
| 558. | Lehman VIP Investment LDC |
| 559. | Liberty Corner Inc. (sold) |
| 560. | Liberty GP II Inc. (sold) |
| 561. | Libro Companhia Securitizadora de Creditos |
| 562. | Long Point Funding Pty Ltd. |
| 563. | LPTG Inc. |
| 564. | LPTG Intermediate LLC |
| 565. | LPTG LLC |

Exhibit 1
Identified Parties

566.  lvanhoe Lan Pty Limited
567.  LW-LP Inc.
568.  LW-LP Properties Inc.
569.  M&L Debt Investments Holdings Pty Limited
570.  M&L Debt Investments Pty Limited
571.  Mast Depositor Corp
572.  MBR/GP Corp.
573.  Merit, LLC
574.  Metro Realty Corporation (dissolved)
575.  Morganberry Corporation
576.  Newark Properties One Inc.
577.  Nexity Investment Partnership L.P.
578.  NL Funding, L.P.
579.  NL GP Inc.
580.  Northstar Equipment Leasing Income Inc. (dissolved)
581.  NPC Inc. (dissolved)
582.  O.M.B. Limited Partner Ltd.
583.  OSD Corp.
584.  PAC Aircraft Management Inc.
585.  Pentaring, Inc.
586.  Pindar Pty Ltd.
587.  QP80 Real Estate Services Inc.
588.  Quality Pork Partners, Inc.
589.  Real Estate Investors Inc. (dissolved)
590.  Real Estate Services I Inc. (dissolved)
591.  Real Estate Services VII Inc. (dissolved)
592.  Reliance Energy E&P, LLC
593.  RIBCO LLC
594.  RIBCO SPC, Inc.
595.  Rock Hill Real Estate, Inc.
596.  Sambar Properties Inc.
597.  SASCO ARC Corporation
598.  Scranzay, Inc.
599.  Select Asset Inc.
600.  Senior Income Fund Inc. (dissolved)
601.  Serafino Investments Pty Limited
602.  Shearson Lehman Brothers Capital Partners II, L.P.
603.  Shearson Lehman Hutton Capital Partners II
604.  Skratook LLC
605.  Small Business Assets I LLC
606.  Stamford Investment Realty Inc.
607.  STRATUS I Inc.
608.  Structure Asset Securities Corporation II
609.  Structured Asset Securities Corporation
610.  Structured Options Inc.
611.  STUIE CORP.

Exhibit 1
Identified Parties

612.    TAL Europe, LLC
613.    Tallus
614.    Townsend Analytics Japan Ltd.
615.    Townsend Analytics, Ltd.
616.    TX Tower Inc. (sold)
617.    West Dover, LLC


## 14. Former Lehman Brothers Holdings Inc. Entities

618.    000 Lehman Brothers
619.    314 Commonwealth Ave. Inc.
620.    Aegis Finance LLC
621.    Alnwick Investments (UK) Limited
622.    Alnwick Investments (UK) Ltd. Kingdom
623.    Appalachian Asset Management Corp.
624.    ARS Holdings I LLC
625.    Aurora Loan Services LLC
626.    Ballybunion Investments No. 2 Ltd.
627.    Ballybunion Investments No. 3 Ltd.
628.    Ballybunion Investments No. Ltd.
629.    Ballybunion Partnership
630.    Bamburgh Investments (UK) Ltd.
631.    Banque Lehman Brothers S.A.
632.    Blixen U.S.A.
633.    Blue Way Finance Corporation U.A.
634.    BNC Holdings Inc.
635.    Brasstown Entrada I SCA
636.    Brasstown LLC
637.    Brasstown Mansfield I SCA
638.    Capital Analytics II, L.P.
639.    Capstone Mortgage Services Ltd.
640.    CIMT Limited
641.    Cohort Investments Limited
642.    Commonwealth Ave. Inc.
643.    Dynamo Investments Ltd.
644.    Eldon Street Holdings Limited
645.    ELQ Holdings B.V.
646.    ELQ Hypothekan N.V.
647.    Entrada II Sarl
648.    Erin Asset
649.    e-Valuate, L.P.
650.    Executive Monetary Management, Inc.
651.    Falcon Holdings I LLC
652.    Falcon Holdings II Inc.
653.    Falcon Investor I-X Inc.

Exhibit 1
Identified Parties

654.   Falcon LB Sarl
655.   Furno & Del Castano CapitalPartners LLP
656.   Gainsborough Investments BV
657.   GKI Korea Development Limited
658.   Global Korea Investments Ltd.
659.   Global Thai Property Fund
660.   Hills Funding One, Ltd.
661.   Kayenta L.P
662.   Kenilworth Investments Ltd.
663.   L.B.C. YK
664.   L.B.C. YK Hearn Street Holdings Limited
665.   LB 745 Leaseco I LLC
666.   LB 745 LLC
667.   LB Alpha Finance Cayman Limited
668.   LB Asia Issuance Company Ltd.
669.   LB Asset Management Ltd.
670.   LB Australia and Asia Investments Limited
671.   LB Beta Finance Cayman Limited
672.   LB Capital Investments Ltd.
673.   LB Delta (Cayman) No 1 Ltd.
674.   LB Delta (Cayman) No Ltd.
675.   LB Delta Funding
676.   LB Holdings Intermediate 1 Ltd.
677.   LB Holdings Intermediate 2 LtdLB I Group Inc
678.   LB Holdings Intermediate Ltd.
679.   LB India Holdings Cayman I Limited
680.   LB India Holdings Cayman II Limited
681.   LB Investments (UK) Limited
682.   LB Lease & Finance No. Ltd.
683.   LB Leaseco I
684.   LB LLC
685.   LB Lomond Investments Limited
686.   LB Russia Holdings Inc.
687.   LB Russia Holdings LLC
688.   LB SF No. Ltd.
689.   LB SPV SCA
690.   LB UK Financing Limited
691.   LB UK RE Holdings Ltd.
692.   LB Vin Co Inc.
693.   LBA Funding (Cayman) Limited
694.   LBAC Holdings I Inc.
695.   LBASC LLC
696.   LBCCA Holdings I Inc.
697.   LBCCA Holdings I LLC
698.   LBCCA Holdings II Inc.
699.   LBCCA Holdings II LLC

Exhibit 1
Identified Parties

700.   LBHK Funding (Cayman) No. 1 Ltd
701.   LBHK Funding (Cayman) No. 2 Ltd.
702.   LBHK Funding (Cayman) No. 4 Ltd
703.   LBHK Funding (Cayman) No. Ltd.
704.   LBO Funding (Cayman) Limited
705.   LBO Investments Limited
706.   LBQ Funding (UK)
707.   LBS Holdings SARL
708.   LCPI Properties Inc.
709.   Lehman (Cayman Islands) Ltd.
710.   Lehman Aircraft Securitization Holdings Inc.
711.   Lehman ALI Inc.
712.   Lehman Brothers (PTG) Limited
713.   Lehman Brothers AIM Holding III LLC
714.   Lehman Brothers Asia Capital Company
715.   Lehman Brothers Asia Capital Company Kong
716.   Lehman Brothers Asia Holdings Limited
717.   Lehman Brothers Asia Limited
718.   Lehman Brothers Asia Pacific (Singapore) Pte. Ltd.
719.   Lehman Brothers Asset Management (Europe) Ltd.
720.   Lehman Brothers Asset Management France
721.   Lehman Brothers Asset Management Inc.
722.   Lehman Brothers Asset Management, LLC
723.   Lehman Brothers Australia Granica Pty Limited
724.   Lehman Brothers Australia Holdings Pty Limited.
725.   Lehman Brothers Australia Limited
726.   Lehman Brothers Bancorp Inc
727.   Lehman Brothers Bancorp UK Holdings Limited
728.   Lehman Brothers Bank, FSB
729.   Lehman Brothers Bankhaus Aktiengesellschaft
730.   Lehman Brothers Canada Inc.
731.   Lehman Brothers Capital GmbH, Co.
732.   Lehman Brothers Capital Private Limited
733.   Lehman Brothers Co-Investment Associates LLC
734.   Lehman Brothers Commercial Bank
735.   Lehman Brothers Commercial Corporation
736.   Lehman Brothers Commercial Corporation Asia Limited
737.   Lehman Brothers Commercial Mortgage K.K.
738.   Lehman Brothers Commodity Services Inc.
739.   Lehman Brothers do Brasil Ltda
740.   Lehman Brothers Equity Finance (Cayman) Limited
741.   Lehman Brothers Europe Limited
742.   Lehman Brothers Finance S.A.
743.   Lehman Brothers Fixed Income Securities Private Limited
744.   Lehman Brothers Futures Asia Limited
745.   Lehman Brothers Futures Asset Management Corp.

Exhibit 1
Identified Parties

746.    Lehman Brothers Global Investments LLC
747.    Lehman Brothers Holdings Capital Trust IV
748.    Lehman Brothers Holdings Japan Inc.
749.    Lehman Brothers Holdings Plc.
750.    Lehman Brothers Holdings Scottish LP
751.    Lehman Brothers Hy Opportunities Inc.
752.    Lehman Brothers Hy Opportunities Korea Inc.
753.    Lehman Brothers Inc.
754.    Lehman Brothers Insurance Agency L.L.0
755.    Lehman Brothers International (Europe)
756.    Lehman Brothers Investment Korea Inc.
757.    Lehman Brothers Investments PTE Ltd.
758.    Lehman Brothers Japan Inc.
759.    Lehman Brothers Limited
760.    Lehman Brothers Luxembourg Investments Sari
761.    Lehman Brothers Management LLC
762.    Lehman Brothers Offshore Real Estate Associates, Ltd
763.    Lehman Brothers OTC Derivatives Inc.
764.    Lehman Brothers P.A. LLC
765.    Lehman Brothers Pacific Holdings Pte. Ltd.
766.    Lehman Brothers Private Equity Advisers
767.    Lehman Brothers Private Equity Advisers LLC
768.    Lehman Brothers Private Fund Advisers L.P.
769.    Lehman Brothers Private Fund Advisers LPD
770.    Lehman Brothers Private Fund Management L.P.
771.    Lehman Brothers Private Funds Investment Company GP, LLC
772.    Lehman Brothers Private Funds Investment Company LP, LLC
773.    Lehman Brothers Securities Asia Limited
774.    Lehman Brothers Securities N.V.
775.    Lehman Brothers Securities Private Limited
776.    Lehman Brothers Services India Private Limited
777.    Lehman Brothers Singapore PTE Ltd.
778.    Lehman Brothers South East Asia Investments PTE Limited
779.    Lehman Brothers Spain Holdings Limited
780.    Lehman Brothers Special Financing Inc.
781.    Lehman Brothers Treasury Co. B.V.
782.    Lehman Brothers Trust Company of Delaware
783.    Lehman Brothers Trust Company, National Association
784.    Lehman Brothers U.K. Holdings (Delaware) Inc.
785.    Lehman Brothers U.K. Holdings Ltd.
786.    Lehman Brothers UK Investments Limited
787.    Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
788.    Lehman Capital Investments Ltd.
789.    Lehman Commercial Mortgage Conduit Ltd.
790.    Lehman Crossroads Corporate Investors II, L.P.
791.    Lehman Crossroads Corporate Investors, L.P.

Exhibit 1
Identified Parties

792.  Lehman Crossroads Investment Advisers, L.P.
793.  Lehman Crossroads Investment Company, L.P.
794.  Lehman Re Ltd.
795.  Lehman Risk Advisors Inc.
796.  Lehman Risk Services (Bermuda) Ltd.
797.  Lehman Structured Assets Inc.
798.  Lehman Syndicated Loan Funding Inc.
799.  LIBRO Holdings I Inc.
800.  Lincoln Capital Fixed Income Management Company, LLC
801.  Longmeade Limited
802.  Louise Y.K.
803.  LUBS Inc.
804.  Lunar Constellation Limited Partnership
805.  MABLE Commercial Funding Limited
806.  Maewha K-STARS Ltd.
807.  MBAM Investor Limited
808.  MICT Limited
809.  MMP Funding Corp.
810.  Nai Harn Hotel 1 Company Limited
811.  Nale Trust
812.  Neuberger & Berman Agency, Inc.
813.  Neuberger Berman Asset Management, LLC
814.  Neuberger Berman Inc.
815.  Neuberger Berman Investment Services, LLC
816.  Neuberger Berman Management Inc.
817.  Neuberger Berman Pty Ltd.
818.  Neuberger Berman, LLC
819.  New Century Finance Co., Ltd.
820.  OCI Holdings Limited
821.  Opal Finance Holdings Ireland Limited
822.  Pentaring Inc.
823.  Pentaring Inc. Long Point Funding Pty Ltd
824.  Phuket Hotel 1 Holdings Company Limited.
825.  Pike International Y.K.
826.  Pindar Pty Ltd.
827.  Portsmouth Investment Company Pty Ltd.
828.  Preferred Group Limited
829.  Preferred Holdings Limited
830.  Preferred Mortgages Limited
831.  Principal Transactions Inc.
832.  Property Asset Management Inc.
833.  Real Estate Private Equity Inc.
834.  REPE LBREP II LLC
835.  REPE LBREP III LLC
836.  Resetfan Limited
837.  Resetfan Limited Capstone Mortgage Services Ltd.

Exhibit 1
Identified Parties

838.   Revival Holdings Limited
839.   Sage Partners, LLC
840.   SAIL Investor Pte Ltd.
841.   Security Assurance Advisers, L.P.
842.   SkyPower Corporation
843.   SOGKI Development Inc.
844.   Southern Pacific Funding
845.   Southern Pacific Funding 5 Ltd.
846.   Southern Pacific Mortgage Limited
847.   SPML Mortgage Funding Limited
848.   Stockholm Investments Limited
849.   Storm Funding Ltd.
850.   Storm Funding Ltd. Lehman (Cayman Islands) Ltd.
851.   Sunrise Finance Co., Ltd.
852.   Thayer Group Limited
853.   Thayer Properties (Jersey) Ltd.
854.   Thayer Properties Limited
855.   The Main Office Management Company, LP
856.   TMIC Limited
857.   Wharf Reinsurance Inc.
858.   Woori-LB Fifth Asset Securitization Specialty Co., Ltd.
859.   Woori-LB First Asset Securitization Specialty Co., Ltd.
860.   Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
861.   Woori-LB Sixth Asset Securitization Specialty Co., Ltd
862.   Y.K Tower Funding
863.   Y.K. Park Funding

## 15. Potential Parties in Interest

864.   1301 Properties Owner, LP
865.   250 East Borrower LLC
866.   4Kids Entertainment, Inc.
867.   50 Broadway Realty Corp. LLC
868.   AB Bankas
869.   Abm Industries, Inc.
870.   Accenture LLP
871.   Account Temps
872.   ADV Portfolio Tech
873.   AIG Global Investment Corporation
874.   Alameda County (CA) Employees' Retirement Association
875.   Aliant Bank
876.   Allianz Global Investors AG
877.   Altova, Inc.
878.   Amber Capital Investment Management
879.   Ameren et., al.

Exhibit 1
Identified Parties

| | |
|---|---|
| 880. | America's Servicing Company |
| 881. | Anthony Victor Lomas |
| 882. | Arab Bank |
| 883. | Arapahoe County Attorney's Office |
| 884. | Arapahoe County Treasurer |
| 885. | Assicurazioni |
| 886. | AT&T |
| 887. | Automated Securities Clearance LLC |
| 888. | Automobile Club Insurance Association |
| 889. | Avaya Inc. |
| 890. | Avista Corp. |
| 891. | Banca Sai |
| 892. | Banesco Holding C.A. |
| 893. | Bank of America Mellon |
| 894. | Bank of China |
| 895. | Bank of Montreal |
| 896. | Bank of New York Mellon |
| 897. | Bank of Taiwan |
| 898. | Bank Pekao |
| 899. | Bankruptcy Creditors' Service, Inc. |
| 900. | Bats Holdings, Inc. |
| 901. | Bay Harbour Management LC |
| 902. | Bay Harbour Master Ltd. |
| 903. | Bel Air Investment Advisors LLC |
| 904. | Best Karpet |
| 905. | BHCO Master Ltd. |
| 906. | BIM |
| 907. | Binding Company, Inc. |
| 908. | Bondwave LLC |
| 909. | BP Canada |
| 910. | BP Energy |
| 911. | BP North America |
| 912. | Burleson, ISD |
| 913. | Business Objects Americas |
| 914. | Caisse De Depot et Placement du Quebec |
| 915. | Caixa Geral De Depositos, S.A. |
| 916. | California Ind. Systems Operator Corp. |
| 917. | California Public Employees Retirement System |
| 918. | Canadian Imperial Bank |
| 919. | Cap Gemini Financial Services USA, Inc |
| 920. | Carrollton-Farmers Branch Independent School District |
| 921. | Cascade Investment LLC |
| 922. | Cattolica Assicurazioni S.p.A |
| 923. | CB Richard Ellis, Inc. |
| 924. | CD Representative |
| 925. | CFIP Fund |

Exhibit 1
Identified Parties

926.    Chevron Natural Gas
927.    Chicago Board Options Exchange, Incorporated
928.    CIBC World Market.
929.    CIBC World Markets Inc.
930.    Cisco Systems Capital Corporation / Cisco Systems, Inc. / Cisco
931.    Citibank, NA
932.    Citigroup, Inc.
933.    City of Edinburgh Council as Administrating Authority of the Lothian Pension
        Fund
934.    City Of Farmers Branch
935.    CNX Gas Co.
936.    Cognizant Technology Solutions US Corporation
937.    Collins Building Services, Inc.
938.    Commerzbank A.G.
939.    Commerzbank A.G. (New York and Grand Cayman Branches)
940.    Community Trust Bancorp Inc.
941.    Compagnie Financiere Trdaition SA
942.    Constellation PL
943.    Contrarian Capital Management, LLC
944.    CorrectNet, Inc.
945.    Costello Maione Schuch Inc.
946.    Counsel To Australia And New Zealand Banking
947.    County of Monterey (CA)
948.    County of San Mateo (CA)
949.    Credit Suisse
950.    Crossmark Investment Advisers, LP
951.    Crossroads Investment Advisors
952.    Curd Fixed Fund
953.    Currenex
954.    Customer Asset Protection
955.    D.E. Shaw Composite Portfolios, LLC
956.    D.E. Shaw Oculus Portfolios, LLC
957.    Dallas County
958.    Dan Yoram Schwarzmann
959.    DCI Umbrella Fund PLC
960.    DE Shaw
961.    Delaware Management Holdings, Inc.
962.    Demann
963.    DG3 Holdings LLC
964.    Direct Energy Business LLC
965.    Direct Energy LLC
966.    Diversified Credit Investments LLC as agent for the Government of Singapore
        Investment Corporation PTE, LTD.
967.    Division Water
968.    Dresdner Bank A.G.
969.    Dresdner Kleinwort Group Holdings LLC

Exhibit 1
Identified Parties

| | |
|---|---|
| 970. | Duke Corporate Education |
| 971. | Duke Energy Ohio, Inc. |
| 972. | Dun & Bradstreet |
| 973. | East 46th Borrower LLC |
| 974. | Eaton Corporation |
| 975. | EHMD, LLC |
| 976. | Elliott Associates, L.P. |
| 977. | Elliott International L.P. |
| 978. | EMC Corporation |
| 979. | EnergyCo Marketing and Trading |
| 980. | Essex Equity Holdings USA, LLC |
| 981. | European Bank For Reconstruction |
| 982. | Executive Fliteways, Inc. |
| 983. | Exegy Incorporated |
| 984. | EZE Castle |
| 985. | Factiva, Inc. |
| 986. | Fannie Mae |
| 987. | Federal Express Corporation |
| 988. | Federal Home Loan |
| 989. | Federal Home Loan Bank of Atlanta |
| 990. | Federal Home Loan Bank Of Pittsburgh |
| 991. | Federal Home Loan Mortgage Corp |
| 992. | Federal Reserve Bank of New York |
| 993. | Fir Tree Capital Opportunity Master Fund, L.P. |
| 994. | Fir Tree Value Master Fund, L.P. |
| 995. | First Choice Power, LP |
| 996. | First Trust Advisors L.P. |
| 997. | First Trust Portfolios L.P. |
| 998. | Fondiaria |
| 999. | Fondo Latinoamesicano De Reservas |
| 1000. | Fred Hutchinson Cancer Research Center |
| 1001. | Frictionless Commerce, Inc. |
| 1002. | Friedman, Billings, Ramsey & Group, Inc. |
| 1003. | FX Alliance, LLC |
| 1004. | Fxcm Holdings LLC |
| 1005. | Galleon Buccaneer's Offshore Ltd |
| 1006. | Gartner UK Limited |
| 1007. | Gartner, Inc. |
| 1008. | GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services |
| 1009. | General Electric Capital Corp |
| 1010. | Gensler Architecture, Design And Planning LLC |
| 1011. | GL Trade |
| 1012. | Glg Partners LP |
| 1013. | Global Thematic |
| 1014. | GM Canada Foreign Trust |

Exhibit 1
Identified Parties

1015. GMAC LLC
1016. GMAC Residential Capital
1017. GMAC-IM
1018. GMAM Investment Funds Trust
1019. Godiva Chocolatier, Inc.
1020. Government of Guam Retirement Fund
1021. Green Tree Servicing Inc.
1022. Green Tree Servicing LLC
1023. Greenbriar Minerals, LLC
1024. Greg Georgas & Mark Grock/ Greg Georgas et, al.
1025. Hale Avenue Borrower LLC
1026. Hanover Moving & Storage Co. Inc
1027. Harbert
1028. Harbinger Capital Partners
1029. Harbinger Capital Partners Special Situations Fund LP
1030. Harris County
1031. Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
1032. Henegan Construction Co., Inc.
1033. Hilliard Farber & Co., Inc
1034. Hughes Hubbard
1035. Hypo Investment Bank Ag
1036. IBM
1037. IGI Resources
1038. IGS
1039. Illuminating
1040. Independence Holding Co.
1041. INF SRVS
1042. Informal Group Of Taiwan Financial Institutions
1043. ING Bank, FSB
1044. ING Real Estate Finance
1045. Institutional Benchmarks
1046. Intechra LLC
1047. Interactive Data Corp.
1048. Intercall Inc.
1049. Interface Cable Assemblies and Services Corp. a/k/a ICAS
1050. IntraLinks, Inc.
1051. Investcorp, Et. Al.
1052. Iris Software, Inc.
1053. Iron Mountain Information Management
1054. J.P. Morgan Chase Bank, N.A.
1055. James W. Giddens
1056. Jarden Corporation
1057. JFK InternationaI Air Terminal LLC
1058. Johnson County Arlington ISD
1059. Kapalua Bay, LLC
1060. Keane, Inc.

Exhibit 1
Identified Parties

1061. Korea Investment & Securities Co., LTD
1062. Kraft Foods Inc.
1063. Landamerica Financial Group, Inc.
1064. LB Co-Investment Partners Cayman AIV I LP
1065. LB Merchant Banking Partners III Cayman AIV LP
1066. LB Offshore GP Holdings (PE) Ltd
1067. LB Offshore Investment Partners II LP
1068. LB Secondary OPP Offshore Fund II LP
1069. LB Secondary OPP Offshore Fund LP
1070. LB VC Partners LP (VC Fund II)
1071. LBAYK
1072. LBREP Lakeside SC Master I, LLC
1073. LBREP/L-SUNCAL MASTER I LLC.
1074. Lehman Brothers Private Equity Funds
1075. Lewtan Technologies, Inc.
1076. LiquidPoint
1077. Los Angeles City Employees' Retirement System
1078. Lyon Capital Ventures
1079. M&B Maher
1080. M. Arthur Gensler Jr and Assoc, Inc.
1081. M. Brian Maher & Basil Maher
1082. Mack-Cali Realty LP
1083. Main Street Natural Gas, Inc.
1084. Mansfield ISD
1085. Marble Care
1086. Margolis Edelstein
1087. Marshall & Ilsley Trust C
1088. Marshall Funds, Inc.
1089. Mclennan County
1090. Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV
01-1971 DOC
1091. Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare
1092. Michael John Andrew Jervis
1093. Microsoft Corporation
1094. Microsoft Licensing
1095. Midwest Realty Advisors, LLC
1096. Milano
1097. Minardi Capital Corp
1098. Missouri Department Of Revenue, Bankruptcy Unit
1099. Misys IQ LLC
1100. Mitsubishi UGJ SEC CO.
1101. Mizuho Corporate Bank
1102. Mizuho Corporate Bank LTD
1103. Monument Realty LLC
1104. Moody's Investors Service
1105. Morgan Stanley & Co.

Exhibit 1
Identified Parties

1106.   Motors Insurance Corp.
1107.   MSS Distressed & Opportunities 2
1108.   MSTD, Inc.
1109.   National Australia Bank Limited
1110.   National Bank of Canada
1111.   National Cinemedia, Inc.
1112.   NetApp, Inc.
1113.   Newedge USA, LLC
1114.   Newport Global Advisors LP
1115.   Nomura Holding America Inc.
1116.   Nomura Holdings Inc.
1117.   Normandy Hill Capital, L.P.
1118.   NorthEast
1119.   Northern Ireland Governmental Officers Superannuation Committee
1120.   Northgate Minerals Corporation
1121.   Northrup Grumman
1122.   Novara
1123.   NPD Group Inc.
1124.   NY State Department Of Taxation and Finance
1125.   NYSE Euronext, Inc.
1126.   Occidental Energy Marketing, Inc.
1127.   Och-Ziff
1128.   Office of the U.S. Trustee
1129.   Office of the United States Attorney
1130.   Office of Thrift Supervision
1131.   Office of Thrift Supervision, Northeast Region
1132.   Open Solutions Inc.
1133.   Operating Engineers Local 3 Trust Fund
1134.   Oracle Credit Corporation
1135.   Oversea-Chinese Banking Corp. Ltd.
1136.   Pacific Coast Cap. Partners, LLC
1137.   Pacific Gas & Electric Company Bank of America N.A.
1138.   Panton Fund
1139.   Parsec Corp.
1140.   Parsec Trading Corp.
1141.   Payreel, Inc.
1142.   Pension Benefit Guaranty Corporation
1143.   PJM Interconnection, L.L.C.
1144.   Plumbers and Pipefitters National Pension Fund
1145.   Popolare
1146.   Powerex Corp.
1147.   Providence Equity Partners
1148.   PT Bank Negara Indonesia
1149.   Public Service of North Carolina
1150.   Pursuit Capital Partners Master
1151.   Pursuit Capital Partners Master (Cayman) Ltd.

Exhibit 1
Identified Parties

1152.   Pursuit Opportunity Fund I Master Ltd.
1153.   Pursuit Partners
1154.   R3
1155.   Reliance Globalcom Services, Inc.
1156.   Reliant Energy Power Supply, LLC
1157.   Reliant Energy Services, Inc.
1158.   Rentokil
1159.   Republic Waste
1160.   Residential Funding Company LLC
1161.   River Capital Advisors Inc.
1162.   RMC
1163.   Rockefeller Center Management Corporation
1164.   Rockefeller Center North, Inc.
1165.   Rockefeller Group Development Corporation
1166.   Rock-Forty Ninth LLC, Rockefeller Center et, al.
1167.   Royal Bank of America
1168.   Royal Bank of Scotland
1169.   Russell Investment Group, Inc.
1170.   Shareholders of Novastar Financial, Inc.
1171.   SMBC Capital Markets
1172.   Societe Generale
1173.   Somerset Properties SPE, LLC
1174.   SP4 190 S. Lasalle, L.P.
1175.   Sprint Nextel Corp
1176.   State Street Bank
1177.   Statler Arms Garage LLC
1178.   Steingass
1179.   Steven Anthony Pearson
1180.   Structure Consulting Group, LLC
1181.   Structure Tone Inc.
1182.   SuccessFactors, Inc.
1183.   Sumitomo Mitsui Banking Corp.
1184.   Sumitomo Mitsui Brussels Branch
1185.   Sumitomo Trust & Banking Co., LTD
1186.   Summit Systems, Inc.
1187.   Sun Guard, ET AL.
1188.   Sun Microsystems, Inc.
1189.   Sun Trust Banks, Inc.
1190.   SunGard
1191.   Svenska Handelsbanken AB
1192.   Tangoe, Inc.
1193.   Tarrant County
1194.   Tata American International
1195.   TD Security
1196.   Telecom Italia Capital S.A.
1197.   The Central Puget Sound Regional Transit Authority

Exhibit 1
Identified Parties

1198. The Chuo Mitsui Trust And Banking Co., Ltd
1199. The City of Long Beach
1200. The Informal Noteholder Group
1201. The Joint Administrators of the Lehman European Group Administration Companies
1202. The Juilliard School
1203. The Liverpool Limited Partnership
1204. The TAARP Group, LLP
1205. The Vanguard Group, Inc.
1206. The Walt Disney Company / Disney
1207. Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
1208. Thomson Reuters Plc & Thomson Reuters Corp.
1209. ThruPoint, Inc.
1210. Tiger Asia Fund, L.P.
1211. Tiger Asia Overseas Fund, Ltd.
1212. Time Warner
1213. Tishman Speyer Properties, L.P.
1214. Toronto-Dominion Bank
1215. Tradeweb Markets LLC
1216. Trading Technologies International
1217. Training the Street, Inc.
1218. TransCanada Pipelines Limited
1219. Travelers National Accounts
1220. Trophy Hunter Investments Ltd.
1221. True Friend 4th Securitization Specialty Co.
1222. Turnberry Fund
1223. Tuxedo Reserve Owner LLC
1224. Tuxedo TPA Owner LLC
1225. TW Telecom Inc.
1226. UBS Financial Services
1227. UBS Financial Services of Puerto Rico
1228. UBS International Inc.
1229. Union Bank Of California, N.A.
1230. United Bank Of California, N.A.
1231. United Parcel Service, Inc. / UPS
1232. US Bank, National Association
1233. Verizon Communications Inc.
1234. Vignette Europe Limited
1235. VITA
1236. Vollers Excavating & Construstion,Inc
1237. Wall St Concepts
1238. Washington Mutual Bank
1239. Washington Mutual, Inc.
1240. WCCV
1241. Wells Fargo & Co.
1242. Wells Fargo Bank, N.A.

Exhibit 1
Identified Parties

1243.  Wilmington Trust Company
1244.  Wilmington Trust FSB
1245.  WSG Development Co.
1246.  Yildiz Holdings, Inc.
1247.  Deutsche Bank Securities Inc.
1248.  Brookfield Properties One WFC Co. LLC
1249.  Barclays Capital, Inc.
1250.  8 Sound Shore Associates LLC
1251.  Marshall & Ilsley Trust Company, N.A.
1252.  The Bank of Tokyo-Mitsubishi UFJ, Ltd.
1253.  Shinsei Bank Limited
1254.  Dnb Nor Bank Asa
1255.  A-V Services, Inc.
1256.  Computer Financial Consultants Inc.
1257.  AEW Capital Management, LP
1258.  Broadridge Processing Solutions, Inc.
1259.  Bank of America N.A.
1260.  PNMR Services Co.
1261.  EnergyCo, LLC
1262.  Systema
1263.  Swedbank
1264.  UBS Securities LLC
1265.  Lloyds Bank
1266.  Dell Marketing L.P.
1267.  Access Data
1268.  Meridian Company of New York
1269.  First Commercial Bank Co., Ltd. New York Agency


**16. Affiliations of Outside Directors**

1270.  Advisory Committee to the Investment Committee of the International Monetary
       Fund Staff Retirement Plan
1271.  America's Development Foundation.
1272.  Atlantic Council
1273.  Bain & Company, Inc.
1274.  Board of Directors of The Posse Foundation, Inc.
1275.  Board of Governors of Tel Aviv University treasurer (and former trustee) of The
       Economic Club of New York
1276.  Board of Overseers of the Stern School of Business of New York University
1277.  Board of Trustees of New York University
1278.  Board of Trustees of the Animal Medical Center
1279.  Board of Trustees of the Institute of International Education
1280.  Carnegie Institution of Washington
1281.  Collexis Holdings, Inc.
1282.  Council for Excellence in Government

<u>Exhibit 1</u>
Identified Parties

1283.  David Rockefeller Center for Latin American Studies at Harvard University
1284.  Ferrari SpA
1285.  Folger Library
1286.  Harvard Law School
1287.  Henry Kaufman & Company
1288.  Huntsman Corporation
1289.  International Advisory Committee of the Federal Reserve Bank of Nev York
1290.  Lehman Brothers Bank, FSB
1291.  LPGA
1292.  MGM Mirage
1293.  Naval Academy Foundation
1294.  Office Depot, Inc.
1295.  Pew Partnership for Civic Change
1296.  President's Council on International Activities — Yale University
1297.  Reform
1298.  Sony Corporation
1299.  Stewart & Stevenson LLC
1300.  The Broadway League
1301.  The Ryland Group, Inc.
1302.  The St. Joe Company
1303.  Vail Resorts, Inc.
1304.  Vanderbilt University
1305.  W.R. Grace & Co
1306.  Weight Watchers International, Inc.


**17. Professionals Employed by the Company**

1307.  Akerman Senterfitt
1308.  Allen & Overy LLP
1309.  Alvarez & Marsal
1310.  Andrew & Kurth LLP
1311.  Baker & McKenzie LLP
1312.  Ballard Spahr Anders & Ingersoll, LLP
1313.  Benesch, Fiedlander, Coplan & Arnoff LLP
1314.  Blake Cassels & Graydon LLP
1315.  Bloom Murr & Accomazzo, P.C.
1316.  Brand Law Group, PC
1317.  Burns, White & Hickton
1318.  Cadwalader, Wickersgam & Taft LLP
1319.  Carrington, Coleman, Sloman & Blumenthal, L.L.P.
1320.  Cederquist
1321.  Click & Null, P.C.
1322.  Conway and Mrowiec
1323.  Cox Castle Nicholson
1324.  Davies Ward Phillips & Vineberg

Exhibit 1
Identified Parties

1325.  Dechert LLP
1326.  DLA Piper
1327.  Dorsey & Whitney LLP
1328.  Einstein Malanchuk LLP
1329.  Ernst & Young
1330.  Foster, Graham, Milstein & Calisher, LLP
1331.  Freshfields Bruckhaus Deringer
1332.  Gianni, Origoni Grippo & Partners
1333.  Gibson, Dunn & Crutcher LLP
1334.  Hahn Loeser & Parks LLP
1335.  HBN Law
1336.  Heller Ehrman LLP
1337.  Herbert Smith Ltd.
1338.  Herrick & Feinstein MMOR Consulting
1339.  Hogan & Hartson
1340.  Houses & Allison, APC
1341.  Hunton & Williams LLP
1342.  Jeffer, Mangels, Butler & Marrnaro
1343.  Jones Day
1344.  Kepley Brouscious & Biggs
1345.  Kleyr Grasso Associes
1346.  Kramer Levin Naftalis & Frankel LLP
1347.  Krieg Devault LLP
1348.  L.B. Smithplein 3
1349.  Latham & Watkins, LLP
1350.  Lazard
1351.  Lewis and Roca LLP
1352.  LS Horizon Ltd.
1353.  McKee Nelson
1354.  McKenna Long & Aldridge LLP
1355.  Menter, Rudin & Trivelpiece, P.C.
1356.  Mercer Marsh & McLennan Companies
1357.  Miller Canfield Paddock Stone
1358.  Mitsui Company
1359.  MM Arizona Holdings LLC
1360.  Morrison & Foerster LLP
1361.  NBP Clems
1362.  Oh-Ebashi LPC & Partners
1363.  Paul, Hastings, Janofsky & Walker LLP
1364.  Paul, Weiss, Rifkind, Wharton & Garrison LLP
1365.  Pite Duncan
1366.  PricewaterhouseCoopers
1367.  Prickett Jones & Elliott, P.A.
1368.  Reilly Pozner & Connelly LLP
1369.  Schulte, Roth, & Zabel LLP
1370.  Sidley Austin LLP

Exhibit 1
Identified Parties

1371.   Sills Cummis & Gross P.C.
1372.   Sills Cummis Epstein & Gross P.C.
1373.   Simpson Thacher & Bartlett LLP
1374.   Skadden, Arps, Slate, Meagher & Flom LLP
1375.   Snell & Wilmer
1376.   Sonnenschein Nath & Rosenthal
1377.   Squire, Sanders & Dempsey L.L.P.,
1378.   Stroock, Stroock & Lavan
1379.   Thacher Proffitt & Wood LLP
1380.   Tompkins, McGuire, Wachenfeld & Barsy LLP
1381.   Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
1382.   Weil Gotshal& Mages LLP
1383.   White & Case
1384.   Willkie Farr & Gallagher LLP
1385.   Windels Marx Lane & Mittendorf, LLP
1386.   Woodbury & Santiago, P.A.


**18. Litigation Claimants**

1387.   Alaska Electrical Pension Fund
1388.   Alex E. Rinehart
1389.   Annuity Fund
1390.   Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
1391.   Avenius, et, al. v. Banc of America Securities LLC, et., al.
1392.   Bader and Yakaitis P.S.P. and Trust, et, al. v. Michael L. Ainslie, et. al.
1393.   BHL Capital Partners L.P.
1394.   Breakaway Solutions Inc.
1395.   City of Cleveland, Ohio
1396.   David Trent
1397.   Electronic Trading Group, LLC
1398.   Elizabeth Foster
1399.   First Alliance Mortgage Company Class Action
1400.   Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
1401.   Fogel Capital Management, Inc.
1402.   Forza Capital Management, L.L.C.
1403.   Hugh D. Barton
1404.   In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated
        class action)
1405.   In re Lehman Brothers Holdings, Inc., Derivative Litigation (Garber, Staehr,
        Locals 302 & 612 of the International Union of Operating Engineers-Employers
        Construction Industry Retirement Trust, and Saginaw Police & Fire Pension
        Board, plaintiffs)
1406.   In re Mirant Corporation Securities Litigation (class action)
1407.   In re Public Offering Antitrust Litigation (consolidated class action)
1408.   In re Short Sale Antitrust Litigation.

Exhibit 1
Identified Parties

1409.  IPO Class Actions
1410.  J. Bader
1411.  Keith Carpenter
1412.  Keith Cheng
1413.  Locals 302 & 612 of the International Union of Operating Engineers-Employers
1414.  Mark Montag
1415.  Mary Helbeyn
1416.  Oliver Cheng
1417.  Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
1418.  Overstock.com, Inc., et., al. v. Morgan Stanley & Co., Inc., et, al.
1419.  Research Analyst Independence Litigations
1420.  Sentinel Management Group, Inc.
1421.  The Adelphia Recovery Trust
1422.  Wright et al. v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## 19. 100 Largest Holders of Trade Debt (List Filed By Milbank)

1423.  1221 Avenue of the Americas
1424.  125 Broad Street
1425.  1301 Properties Owner L.P.
1426.  1301 Properties Owner L.P.
1427.  2027 Collections Center Drive
1428.  425 Lexington Ave.
1429.  515 South Flower Street
1430.  55 Broadway
1431.  767 Fifth Ave
1432.  77 West Wacker
1433.  Allen & Overy
1434.  Anjarlekar & Associates
1435.  ANZ Banking Group Limited
1436.  Ashurst Morris Crisp
1437.  Australia and New Zealand Banking Group Limited
1438.  Banctec Ltd.
1439.  Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency
1440.  Bank One Plaza
1441.  Bats Trading, Inc.
1442.  Bloomberg Finance L.P.
1443.  Bloomberg L.P.
1444.  Broadridge Securities Processing
1445.  BT Americas, Inc.
1446.  Caldwalader, Wickersham, and Taft
1447.  Canary Warf Management Limited
1448.  CB Richard Ellis Client Account RE Gloa

<u>Exhibit 1</u>
Identified Parties

1449.   CDW Direct LLC
1450.   Centrale Attivita Finanziarie SPA
1451.   Clifford Chance
1452.   Compucenter (UK) Ltd.
1453.   Cushman and Wakefield, Inc.
1454.   Davis Polk and Wardwell
1455.   Dell Marketing L.P.
1456.   Department 0723
1457.   Dept. 7247-6838
1458.   Deutsche Borsche AG
1459.   Dimension Data
1460.   DnB NOR Bank ASA
1461.   Drowst Trading, LLC
1462.   Elyo Services Limited
1463.   Ernst & Young
1464.   Ernst and Young Private Limited
1465.   Fidessa Plc.
1466.   File No. 72497
1467.   First Commercial Bank Co., Ltd, New York Agency
1468.   FT Interactive Data
1469.   Hatfield Philips International Limited
1470.   Haworth Singapore PTE Ltd.
1471.   Henegan Construction Co., Inc.
1472.   Hewlett Packard AP (Hong Kong) Limited
1473.   HSBC Bank
1474.   IBM Corporation
1475.   ICAP Securities Limited 1078. Information Builders Inc. Intuition Publishing
1476.   IPC Information Systems Inc.
1477.   JQ Network PTD Limited 1082. Kim & Chang
1478.   Kingston Communications PLC
1479.   Lancaster Office Cleaning Co.
1480.   Linklaters
1481.   Linklaters, S.L.
1482.   London & European Title Insurance Services Ltd.
1483.   London Borough of Tower Hamlets Rates
1484.   London Eastern Railway Limited
1485.   Mace Limited
1486.   McKee Nelson LLP
1487.   Meridian IT, Inc.
1488.   Microsoft Licensing, GP
1489.   Millennium Developers PVT Ltd.
1490.   Morse Group Limited
1491.   Morse Service Holdings Limited
1492.   National Bank of Australia
1493.   National Commerce bank
1494.   Net One Systems

Exhibit 1
Identified Parties

1495.   Network Appliance
1496.   NYSE Market, Inc.
1497.   Origin HR Consulting Limited
1498.   P.O. Box 60000
1499.   Paul Weiss
1500.   Pricoa Relocation UK Limited
1501.   Reuters America Inc.
1502.   Reuters Ltd.
1503.   Standard & Poors
1504.   Standard and Poors Corp.
1505.   Standard Chartered Bank
1506.   Sungard Securities Finance Inc.
1507.   Sungard Securities Finance Ltd.
1508.   Swapswire Limited
1509.   Taipei Fubon Bank, New York Agency
1510.   Tata Consultancy Services
1511.   The British Land Company PLC
1512.   Thompson Financial
1513.   TIBCO Software, Inc.
1514.   Vertex Mortgage Services
1515.   Virtx
1516.   WIPRO Infotech Enterprise Solutions 1122. YXIME
1517.   ZKB (Zurcher Kantonalbank)


**20. 100 Largest Holders of Trade Debt  (List Filed by Quinn Emanuel)**

1518.   1301 Properties Owner LP
1519.   4 Connections LLC
1520.   A V Services Inc.
1521.   AC Nielsen Company
1522.   Acronis, Inc.
1523.   AFD Contract Furniture Inc.
1524.   Agilysys Nj, Inc.
1525.   Allen. & Overy
1526.   Alpha Office Supplies Inc.
1527.   Aperture Technologies
1528.   Automated Securities Clearance Ltd.
1529.   Ayco Services Agency Inc.
1530.   Bloomberg Finance LP
1531.   Broadridge Securities Processing
1532.   CDW Direct LLC
1533.   CDW Direct LLC
1534.   CHD Meridian Healthcare
1535.   Clayton Fixed Income Services., Inc.
1536.   Compliance Data Center Inc.

Exhibit 1
Identified Parties

1537.   Computer Associates International Inc.
1538.   Computer Associates International Inc.
1539.   Computer Financial Consultants, Inc.
1540.   Cushman & Wakefield Inc.
1541.   Cyveillance
1542.   DBRS Inc.
1543.   DBRS, Inc.
1544.   Dell Marketing LP.
1545.   DGWB, Inc.
1546.   Dimension Data
1547.   Diversified Global Graphics Group DG3
1548.   Emil Werr
1549.   Enterprise Solution Providers Inc.
1550.   Ernst & Young LLP
1551.   EXLservice Holdings Inc.
1552.   FTInteractive Data
1553.   Gartner Group Inc,
1554.   Gotham Technology Group
1555.   Greenline Financial Technologies Inc.
1556.   Hanover Moving & Storage Co Inc.
1557.   Headstrong Services, LLC
1558.   Hewlett Packard Company
1559.   IBM Corporation
1560.   Ikon Office Solutions Inc.
1561.   ILOG Inc.
1562.   Inconit Corporation.
1563.   Information Builders Inc.
1564.   Infusion Development Corp
1565.   Integreon Managed Solutions
1566.   Interactive Data Corp.
1567.   Intuition Publishing Inc.
1568.   Iron Mountain Digital Archives
1569.   Iron Mountain Records Management
1570.   Kepner Tregoe Inc.
1571.   Key Systems
1572.   KPMG, LLP
1573.   Lexis-Nexis
1574.   Liquid Engines, Inc.
1575.   Logical Information Machines
1576.   Mellon Analytical Solutions
1577.   Meridian IT, Inc.
1578.   Michael Stapleton Associates
1579.   Microsoft Corporation
1580.   Network Appliance Inc.
1581.   Nishimura & Partners
1582.   Northrop Grunman

Exhibit 1
Identified Parties

1583.   Polaris Software Lab (India), Ltd.
1584.   Quest Software Inc.
1585.   Rainmaker Group LLC
1586.   Restaurant Associates
1587.   Rittal Corporation
1588.   Rockefeller Center North, Inc.
1589.   Rolfe & Nolan Systems Inc.
1590.   RR Donnelley Receivables Inc.
1591.   SAS Institute Inc
1592.   Sharon Land Company, LLC
1593.   SOS Security Inc.
1594.   Standard Register
1595.   Storage Technology Corp
1596.   Structure Group
1597.   Sungard Securities Finance Inc
1598.   Swets Information Services Inc.
1599.   Tac Americas, Inc.
1600.   The Bank Of New York
1601.   Thomson Financial
1602.   Tibco Software, Inc.
1603.   Transaction Network Services
1604.   Trilogy Leasing Co. LLC
1605.   Trimont Real Estate Advisors Inc.
1606.   Triple Point Technology, Inc.
1607.   Verrazano Consulting Solutions, LLC
1608.   Video Corporation Of America
1609.   Wipro Technologies
1610.   Wombat Financial Software, Inc.

## 21. Professionals Retained by Significant Creditor Groups

1611.   Akin Gump Strauss Hauer & Feld LLP
1612.   FTI Consulting, Inc.
1613.   Houlihan Lokey Howard & Zukin Capital, Inc.
1614.   Milbank, Tweed, Hadley & McCloy LLP
1615.   Munsch Hardt Kopf & Harr, P.C.
1616.   The Wilson Law Firm, P.C.
1617.   Quinn Emanuel Urquhart Oliver and Hedges LLP

## 22. Utilities

1618.   AT&T
1619.   Cleveland Division of Water
1620.   Cleveland Public Power

<u>Exhibit 1</u>
Identified Parties

1621.  ComEd
1622.  Con Edison
1623.  Dominion
1624.  Illuminating
1625.  Interstate Gas
1626.  NEORSD
1627.  NSTAR Electric
1628.  NYC Water Board
1629.  Sempra Energy Solutions
1630.  The Hess Corporation
1631.  Time Warner

## 23. Competitors

1632.  Bank of America Securities LLC
1633.  Barclays Capital Inc.
1634.  BNP Paribas Securities Corp.
1635.  Cantor Fitzgerald & Co.
1636.  Citigroup Global Markets Inc.
1637.  Credit Suisse Securities (USA) LLC
1638.  Daiwa Securities America Inc.
1639.  Deutsche Bank Securities Inc.
1640.  Dresdner Kleinwort Securities LLC Goldman, Sachs & Co.
1641.  Greenwich Capital Markets, Inc.
1642.  HSBC Securities (USA) Inc.
1643.  J.P. Morgan Securities Inc.
1644.  Merrill Lynch Governmental Securities Inc.
1645.  Mizuho Securities USA Inc.
1646.  Morgan Stanley & Co., Incorporated
1647.  UBS Securities LLC

## 24. Strategic Partners

1648.  Barclays Capital, Inc.

## 25. Committee Members

*Present*

1649.  Metlife
1650.  Mizuho Corporate Bank, Ltd.
1651.  Shinsei Bank, Limited
1652.  The Bank of NY Mellon
1653.  Wilmington Trust Company
1654.  The Vanguard Group Inc.
1655.  Aegon USA Investment Management

Exhibit 1
Identified Parties

*Former*

    1656.  RR Donnelley & Sons
    1657.  The Royal Bank of Scotland, plc

## 26. Additional Entities Searched by Quinn Emanuel

    1658.  555 Owners LLC
    1659.  AboveNet Communications Inc.
    1660.  Account Temps
    1661.  Aegon USA Investment Management
    1662.  AIG Financial Products Corp,.
    1663.  Alverez & Marsal
    1664.  Amber Capital investment Management
    1665.  Anthony Victor Lomas
    1666.  AT&T
    1667.  Australia National .Bank
    1668.  Automated Securities Clearance LLC
    1669.  Automobile Club Insurance Association
    1670.  Avaya Inc.
    1671.  Bay Harbour Management LC
    1672.  Bay Harbour Master ltd.
    1673.  Best Karpet
    1674.  BHCO Master Ltd.
    1675.  Capgomini Financial Services USA, INC
    1676.  Chicago Board Options Exchange, Incorporated
    1677.  Cisco Systems Capital Corporation Cisco Systems, Inc. / Cisco
    1678.  Community Trust Bancorp Inc.
    1679.  CorrectNet, Inc.
    1680.  Dan Yoram Schwarzmann
    1681.  DCI Umbrella Fund PLC
    1682.  Demann
    1683.  Diversified Credit Investments LLC as agent for the Government of Singapore Investment
    1684.  Division Water
    1685.  Dun & Bradstreet
    1686.  Elliott Associates, L.P.
    1687.  Elliott International L.P.
    1688.  Embarcadero Aircraft Securitizadon Trust
    1689.  EMC Corporation
    1690.  Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire Pension Board
    1691.  Federal Home Loan
    1692.  Friedman, Billings Ramsey & Group Inc.
    1693.  FX Alliance, LLC

Exhibit 1
Identified Parties

1694.  FTI Consulting
1695.  Garber, Staeihr, Locals 302 & 612 of the International Union of Operating
1696.  GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services
1697.  GM Canada Foreign Trust
1698.  GMAM Investment Funds Trust
1699.  Harbinger Capital Partners Master Fund I, Ltd.
1700.  Hilliard Farber & Co., Inc.
1701.  Houlihan Lokev
1702.  Hughes Hubbard
1703.  ICAP North America Inc.
1704.  IGS
1705.  Illuminating
1706.  Institutional Benchmarks
1707.  Interface Cable Assemblies and Services Corp. aka ICAS
1708.  IntraLinks, Inc.
1709.  Iris Software, Inc.
1710.  James W. Giddens
1711.  Jarden Corporation
1712.  Keane Inc.
1713.  Lazard
1714.  LBAYK
1715.  LBREP Lakeside SC Master I LLC
1716.  LBREP/L-SUNCAL MASTER I LLC
1717.  Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
1718.  Lehman Brothers First Trust Income Opportunity Fund Inc.
1719.  Lehman Brothers High Yield Bond Fund LLC
1720.  Lehman Brothers Income Funds For Lehman .Brothers High Income Bond Funds
1721.  Lehman Brothers income Funds For Lehman Brothers Strategic Income Fund
1722.  Lehman Brothers Merchant Banking Partners IV LP
1723.  Lewtan Technologies, Inc.
1724.  LiquidPoint
1725.  LosAngcles City Employees' Refirernent System
1726.  M. Brian Maher & Basil Maher
1727.  Main Street Natural Gas, Inc.
1728.  Marble Care
1729.  Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare
1730.  Michael John Andrew Jervis
1731.  Midwest Realty Advisors, LLC
1732.  Mirant Corporation
1733.  Misys IQ, LLC
1734.  Motors Insurance Corp,
1735.  MSS Distressed & Opportunites 2
1736.  MSTD, Inc.
1737.  Neuberger Berman Advisers Management Trust For Lehman Brothers High Income Bond Fund

Exhibit 1
Identified Parties

1738.  Neuberger Berman Income Opportunity Fund Inc.
1739.  North-East
1740.  NPD Group Inc.
1741.  NYSE Euronext, Inc.
1742.  Overstock.com, Inc.
1743.  Plumbers and Pipefitters National Pension Fund
1744.  R3
1745.  Reliance Globalcom Services, Inc.
1746.  Rentokil
1747.  Republic Waste
1748.  RMC
1749.  Rooketaer Center Management Corporation
1750.  Rockefeller Group Development Corporation
1751.  Shareholders of Novastar Financial, Inc.
1752.  Sky Power Corporation
1753.  Statler Arms Garage LLC
1754.  Statler Arms Garage LLC
1755.  Steingass
1756.  Steven Anthony Pearson
1757.  Structure Consulting Group, LLC
1758.  Structure Tone Inc.
1759.  SuccessFactors, Inc.
1760.  Summit Systems, Inc.
1761.  Sun Microsystems, Inc.
1762.  SunGard
1763.  SunGard Asset Management Systems LLC
1764.  SunGand Availability Services LP
1765.  SunGard Business Integration Ltd.
1766.  SunGard Expert Solutions LLC
1767.  SunGard Institutional Brokerage Inc.
1768.  SunGard Investment Systems LLC
1769.  TD Security
1770.  The Joint Administrators of the Lehman European Group Administration
       Companies
1771.  The Liverpool Limited Partnership
1772.  The Walt Disney Company / Disney
1773.  ThruPoint, Inc.
1774.  Time Warner
1775.  Tradeweb Markets LLC
1776.  Training the Street, Inc.
1777.  TransCanada Pipelines Limited
1778.  Trophy Hunter Investments Ltd.
1779.  United Parcel Service, Inc. / UPS
1780.  Verizon Communications Inc.
1781.  WCCV
1782.  Weil Gotshal & Manges LLP

## EXHIBITS 2 & 2A

**Duff & Phelps Connections with Identified Parties (Exhibit 2)**

**Duff & Phelps Other Relationships (Exhibit 2A)**

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| ABN AMRO Rothschild | Former client in unrelated matter | Underwriting Investment Bankers for Debtor's securities |
| AboveNet Communications Inc. | Party may have been involved in a former unrelated engagement | Additional Entities Searched by Quinn Emanuel |
| Accenture LLP | Current client in unrelated matter | Potential Parties in Interest |
| Aegis Finance LLC | Party may have been involved in a current unrelated engagement | Former Lehman Brothers Holdings Inc. Entities |
| AETNA Life Insurance Company | Current client in unrelated matter | 50 Largest Bond Holders |
| AIG Global Investment Corporation | Current client in unrelated matter; affiliate provides property and casualty insurance coverage to D&P | Potential Parties in Interest |
| Akin Gump Strauss Hauer & Feld LLP | Current client in unrelated matter | Professionals Retained by Significant Creditor Groups |
| Ameren et., al. | Current client in unrelated matter | Potential Parties in Interest |
| Andrew & Kurth LLP | Current client in unrelated matter | Professionals Employed by the Company |
| Aozora Bank | Current client in unrelated matter | 100 Largest Unsecured Creditors other than Bondholders |
| Aristos LLC | Party may have been involved in a prior unrelated engagement | Related Entities |
| AT&T | Current client in unrelated matter | Potential Parties in Interest; Utilities; Additional Entities Searched by Quinn Emanuel |
| Avaya Inc. | Current client in unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |
| AXA and related parties - 7.25% | Party may have been involved in a former unrelated engagement | Significant Stockholders (greater than 5%) |
| Baker & McKenzie LLP | Current client in unrelated matter | Professionals Employed by the Company |

\*   The relationship with D&P may be with the identified party and/or with one or more of its affiliates.  References to "matter" may include multiple matters.  References to current matters may include prior matters as well.

<u>Exhibit 2</u>
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Bank of America N.A. | Former client in unrelated matter; Lender under D&P's credit facility | Potential Parties in Interest |
| Bank of New York Mellon | Party may have been involved in a former unrelated engagement | Potential Parties in Interest |
| Barclays Capital Inc. | Current client in unrelated matter | Competitors; Potential Parties in Interest; Strategic Partners |
| Bay Harbour Management LC | Current client in unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |
| BBVA Gestion SA SGIIC (Spain) | Party may have been involved in a former unrelated engagement | 50 Largest Bond Holders |
| Beneficiaries of North Star Trust Company Title Holding Land Trust | Party may have been involved in a former unrelated engagement | Significant Lessors and Lessees |
| Blackrock Advisors | Current client in unrelated matter | 50 Largest Bond Holders |
| BNP Paribas | Current client in unrelated matter | 100 Largest Unsecured Creditors other than Bondholders |
| Brandywine Office Investments LLC | Former client in unrelated matter | Significant Lessors and Lessees |
| Broadridge Processing Solutions, Inc. | Current client in unrelated matter | Potential Parties in Interest |
| Brookfield Properties One WFC Co. LLC | Current client in unrelated matter | Significant Lessors and Lessees; Potential Parties in Interest |
| CDW Direct LLC | Former client in unrelated matter | 100 Largest Unsecured Creditors other than Bondholders; 100 Largest Holders of Trade Debt |
| Chevron Natural Gas | Current client in unrelated matter | Potential Parties in Interest |
| Cisco Systems Capital Corporation / Cisco Systems, Inc. / Cisco | Former client in unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |
| Citibank, N.A. | Current client in unrelated matter | 100 Largest Unsecured Creditors other than Bondholders; Potential Parties in Interest |

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Citigroup, Inc. | Current client in unrelated matter | Potential Parties in Interest |
| Cognizant Technology Solutions US Corporation | Current client in unrelated matter | Potential Parties in Interest |
| ComEd | Party may have been involved in a prior unrelated engagement | Utilities |
| Credit Suisse | Current client in unrelated matter | Potential Parties in Interest |
| Currenex | Party may have been involved in a prior unrelated engagement | Potential Parties in Interest |
| Cushman & Wakefield Inc. | Current client in unrelated matter | 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) & Milbank |
| Cyrus Capital Partners, L.P. | Current client in unrelated matter | Ad Hoc or Unofficial Creditors' Committee Members |
| Daiwa Securities America Inc. | Former client or affiliate in unrelated matter | Competitors |
| Davis Polk and Wardwell | Current client in unrelated matter; firm represented underwriters in D&P's IPO | 100 Largest Holders of Trade Debt (Filed By Milbank); 100 Largest Unsecured Creditors other than Bondholders |
| DE Shaw | Current client in unrelated matter | Potential Parties in Interest |
| Dechert LLP | Current client in unrelated matter; D&P is a client of the firm | Professionals Employed by the Company |
| Delaware Management Holdings, Inc. | Current client in unrelated matter | Potential Parties in Interest |
| Deloitte & Touch USA LLP | Former client in unrelated matter | Accountants |
| Deutsche Bank AG, New York Branch | Current client in unrelated matter | Significant Lessors and Lessees |
| Deutsche Bank Securities Inc. | Current client in unrelated matter | Potential Parties in Interest; Competitors; Significant Lessors and Lessees |
| DLA Piper | Current client in unrelated matter | Professionals Employed by the Company |

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Dominion | Party may have been involved in a prior unrelated engagement | Utilities |
| Dorsey & Whitney LLP | Former client in unrelated matter | Professionals Employed by the Company |
| Dresdner Kleinwort Securities LLC Goldman, Sachs & Co. | Party may have been involved in a prior unrelated engagement | Competitors |
| Duke Energy Ohio, Inc. | Former client in unrelated matter | Potential Parties in Interest |
| Dun & Bradstreet | Current client in unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |
| Eaton Corporation | Current client in unrelated matter | Potential Parties in Interest |
| Elliott Associates, LP | Current client in an unrelated matter | Additional Entities Searched by Quinn Emanuel |
| EMC Corporation | Current client in unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |
| Ernst & Young | Former client in unrelated matter; firm provides tax advisory services to D&P | 100 Largest Unsecured Creditors other than Bondholders; Accountants; Professionals Employed by the Company; 100 Largest Holders of Trade Debt (Filed By Milbank) & by Quinn Emanuel |
| Fannie Mae | Former client in unrelated matter | Potential Parties in Interest |
| Ferrari SpA | Current client in unrelated matter | Affiliations of Outside Directors |
| Fidelity Management and Research | Former client in unrelated matter | 50 Largest Bond Holders |
| FMR LLC and related parties - 5.87 | Current client in unrelated matter | Significant Stockholders (greater than 5%) |
| Franklin Advisors Inc. | Former client in unrelated matter | 50 Largest Bond Holders |
| FTI Consulting, Inc. | Former client in unrelated matter | Professionals Retained by Significant Creditor Groups |

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| General Electric Capital Corp | Current client in unrelated matter; administrative agent and lender under D&P's credit facility | Potential Parties in Interest |
| Gibson, Dunn & Crutcher LLP | Former client in unrelated matter | Professionals Employed by the Company |
| GMAC LLC | Current client in unrelated matter | Potential Parties in Interest |
| Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois | Former client in unrelated matter | Potential Parties in Interest |
| Hewlett Packard Company | Current client in unrelated matter | 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| Hogan & Hartson | Current client in unrelated matter | Professionals Employed by the Company |
| HSBC Bank | Former client in unrelated matter | 100 Largest Unsecured Creditors other than Bondholders; 100 Largest Holders of Trade Debt (Filed By Milbank) |
| Hunton & Williams LLP | Former client in unrelated matter | Professionals Employed by the Company |
| Huntsman Corporation | Former client in unrelated matter | Affiliations of Outside Directors |
| Hydrocarbon Capital II LLC | Party may have been involved in a prior unrelated engagement | Related Entities |
| IBM | Current client in unrelated matter | Potential Parties in Interest; 100 Largest Unsecured Creditors other than Bondholders; 100 Largest Holders of Trade Debt (Filed By Milbank); & by Quinn Emanuel |
| IGS | Current client in unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |
| Independence Holding Co. | Party may be involved in a current unrelated engagement; former client in unrelated matter | Ad Hoc or Unofficial Creditors' Committee Members; Potential Parties in Interest |

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| ING Bank, FSB | Former client in unrelated matter | Potential Parties in Interest |
| ING Real Estate Finance | Current client in unrelated matter | Potential Parties in Interest |
| Interactive Data Corp. | Former client in unrelated matter | Potential Parties in Interest; 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| Investcorp, Et. Al. | Former client in unrelated matter | Potential Parties in Interest |
| Iron Mountain Information Management; Iron Mountain Records Management | Former client in unrelated matter; vendor of physical and data storage services | Potential Parties in Interest; 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| J.P. Morgan Chase | Current client in unrelated matter | Bank Lenders |
| Jeffer, Mangels, Butler & Marrnaro | Former client in unrelated matter | Professionals Employed by the Company |
| Jones Day | Current client in unrelated matter | Professionals Employed by the Company |
| Keane Inc. | Current client in unrelated matter | Additional Entities Searched by Quinn Emanuel; Potential Parties in Interest |
| KPMG, LLP | Current client in unrelated matter; independent auditor and provider of tax and accounting services to D&P | 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| Kraft Foods Inc. | Current client in unrelated matter | Potential Parties in Interest |
| Kramer Levin Naftalis & Frankel LLP | Current client in unrelated matter | Professionals Employed by the Company |
| Laminar Holdings LLC | Current client in unrelated matter | Related Entities |
| Latham & Watkins, LLP | Current client in unrelated matter | Professionals Employed by the Company |
| Liberty GP II Inc. (sold) | Current client in unrelated matter | Related Entities |

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Linklaters | Former client in unrelated matter | 100 Largest Unsecured Creditors other than Bondholders; 100 Largest Holders of Trade Debt (Filed By Milbank) |
| Margolis Edelstein | Current client in unrelated matter | Potential Parties in Interest |
| McKee Nelson LLP | Former client in unrelated matter | Professionals Employed by the Company; 100 Largest Unsecured Creditors other than Bondholders; 100 Largest Holders of Trade Debt (Filed By Milbank) |
| Mercer Marsh & McLennan Companies | Former client in unrelated matter | Professionals Employed by the Company |
| Merrill Lynch | Former client in unrelated matter | Underwriting Investment Bankers for Debtor's securities |
| Metlife | Party may have been involved in a prior unrelated engagement; provider of employee health and welfare benefit plans to D&P | Bank Lenders; Secured Creditors |
| MGM Mirage | Current client in unrelated matter | Affiliations of Outside Directors |
| Microsoft Corporation | Current client in unrelated matter; software vendor to D&P | Potential Parties in Interest; 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| Mirant Corporation | Party is involved in a current unrelated engagement | Additional Entities Searched by Quinn Emanuel |
| Misys IQ LLC | Client or affiliate may have been involved in a current unrelated engagement | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |
| Mitsubishi UGJ SEC CO. | Current client in unrelated matter | Potential Parties in Interest |
| Mitsui Company | Current client in unrelated matter | Professionals Employed by the Company |
| Mizuho Corporate Bank | Former client in unrelated matter | Potential Parties in Interest; 100 Largest Unsecured Creditors other than Bondholders; Bank Lenders; Committee Members |

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Moody's Investors Service | Current client in unrelated matter | Potential Parties in Interest |
| Morgan Stanley & Co. | Current client in unrelated matter | Potential Parties in Interest; Competitors |
| Morrison & Foerster LLP | Former client in unrelated matter | Professionals Employed by the Company |
| National Cinemedia, Inc. | Party may have been involved in a prior unrelated engagement | Potential Parties in Interest |
| Network Appliance | Current client in unrelated matter | 100 Largest Unsecured Creditors other than Bondholders; 100 Largest Holders of Trade Debt (Filed By Milbank) & by Quinn Emanuel |
| New York Stock Exchange (non-governmental) | Current client or affiliate in unrelated matter; Duff & Phelps Corporation is listed on the NYSE | Government/State Reg Agencies |
| Nomura Holdings Inc. | Former client in unrelated matter | Potential Parties in Interest |
| Normandy Real Estate Partners | Former client in unrelated matter | Significant Lessors and Lessees |
| NorthEast | Former client in unrelated matter | Potential Parties in Interest |
| Northrop Grunman | Party may have been involved in a prior unrelated engagement | 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel); Potential Parties in Interest |
| Northstar Equipment Leasing Income Inc. (dissolved) | Former client in unrelated matter | Related Entities |
| NPC Inc. (dissolved) | Current client in unrelated matter | Related Entities |
| Occidental Energy Marketing, Inc. | Current client in unrelated matter | Potential Parties in Interest |
| Och-Ziff | Current client in unrelated matter | Potential Parties in Interest |
| Office Depot, Inc. | Party may have been involved in a prior unrelated engagement | Affiliations of Outside Directors |

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Office of the United States Attorney | Former client in unrelated matter | Potential Parties in Interest |
| Open Solutions, Inc. | Current client in an unrelated matter | Potential Parties in Interest |
| Oracle Credit Corporation | Current client in unrelated matter | Potential Parties in Interest |
| Overstock.com, Inc., et., al. v. **Morgan Stanley & Co., Inc.**, et. al. | Current client in unrelated matter | Litigation Claimants |
| Pacific Coast Cap. Partners, LLC | Current client in unrelated matter | Potential Parties in Interest |
| Paul, Hastings, Janofsky & Walker LLP | Former client in unrelated matter; Duff &Phelps is a client of the firm | Professionals Employed by the Company |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Current client in unrelated matter | Professionals Employed by the Company |
| PricewaterhouseCoopers | Former client in unrelated matter; vendor of accounting and tax services to D&P | Professionals Employed by the Company; Significant Lessors and Lessees |
| Providence Equity Partners | Former client in unrelated matter | Potential Parties in Interest |
| Prudential Financial Inc. | Current client in unrelated matter | 50 Largest Bond Holders |
| Quest Software Inc. | Current client in unrelated matter | 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| Quinn Emanuel Urquhart Oliver and Hedges LLP | Current client in unrelated matter | Professionals Retained by Significant Creditor Groups |
| Regus do Brasil, Ltd | Former client in unrelated matter | Significant Lessors and Lessees |
| Reliant Energy Power Supply, LLC;Reliant Energy Services, Inc. | Current client in unrelated matter | Potential Parties in Interest |
| RMC | Former client in unrelated matter | Potential Parties in Interest |
| RR Donnelley & Sons | Former client in unrelated matter | Bank Lenders; Committee Members |
| SAIL Investor Pte Ltd. | Party may be involved in a current unrelated engagement | Former Lehman Brothers Holdings Inc. Entities |

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Sempra Energy Solutions | Former client in unrelated matter | Utilities |
| Sentinel Management Group, Inc. | Former client in unrelated matter | Litigation Claimants |
| Shinsei Bank Limited | Former client in unrelated matter; 9.6% owner of Duff & Phelps Corp. | Potential Parties in Interest; 100 Largest Unsecured Creditors other than Bondholders; Bank Lenders; Committee Members |
| Sidley Austin LLP | Current client in unrelated matter; Duff & Phelps has been a client of the firm | Professionals Employed by the Company |
| Simpson Thacher & Bartlett LLP | Current client in unrelated matter; Duff & Phelps has been a client of the firm | Professionals Employed by the Company |
| Skadden, Arps, Slate, Meagher & Flom LLP | Current client in unrelated matter; primary corporate counsel of Duff & Phelps | Professionals Employed by the Company |
| Societe Generale | Former client in an unrelated matter | Potential Parties in Interest |
| Sonnenschein Nath & Rosenthal | Former client in unrelated matter | Professionals Employed by the Company |
| Sony Corporation | Former client in an unrelated matter | Affiliations of Outside Directors |
| Sprint Nextel Corp | Current client in an unrelated matter | Potential Parties in Interest |
| Stamford Investment Realty Inc. | Party may have been involved in a prior engagement | Related Entities |
| State Street | Current client in an unrelated matter | Secured Creditors |
| State Street Bank | Current client in an unrelated matter | Potential Parties in Interest |
| STRATUS I Inc. | Current client in an unrelated matter | Related Entities |
| Strook, Stroock & Lavan | Former client in an unrelated matter | Professionals Employed by the Company |
| SuccessFactors, Inc. | Former client in an unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Sumitomo Mitsui Banking Corp. | Former client in an unrelated matter | 100 Largest Unsecured Creditors other than Bondholders |
| Sun Guard, ET AL. | Current client in an unrelated matter; software vendor to D&P | Potential Parties in Interest |
| Sun Trust Banks, Inc. | Former client in an unrelated matter | Potential Parties in Interest |
| Sunrise Finance Co., Ltd. | Party may have been involved in a prior engagement | Former Lehman Brothers Holdings Inc. Entities |
| Tac Americas, Inc. | Former client in an unrelated matter | 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| Tata American International | Former client in an unrelated matter | Potential Parties in Interest |
| Teachers Insurance and Annuity Assoc. of America | Current client in an unrelated matter | Significant Lessors and Lessees; 50 Largest Bond Holders |
| Thayer Group Limited | Current client in an unrelated matter | Former Lehman Brothers Holdings Inc. Entities |
| The Adelphia Recovery Trust | Current client in an unrelated matter | Litigation Claimants |
| The Bank of New York | Client may have been involved in a prior engagement | 100 Largest Unsecured Creditors other than Bondholders;  100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Current client in an unrelated matter | Potential Parties in Interest |
| The Central Puget Sound Regional Transit Authority | Former client in an unrelated matter | Potential Parties in Interest |
| The Vanguard Group | Client may have been involved in a prior engagement | Ad Hoc or Unofficial Creditors' Committee Members |
| The Walt Disney Company / Disney | Former client in an unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |
| Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund | Current client in an unrelated matter | Potential Parties in Interest |

<u>Exhibit 2</u>
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Thompson Financial | Former client in an unrelated matter | 100 Largest Unsecured Creditors other than Bondholders;  100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) & by Milbank |
| ThruPoint, Inc. | Former client in an unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |
| TIBCO Software, Inc. | Former client in an unrelated matter | 100 Largest Unsecured Creditors other than Bondholders; 100 Largest Holders of Trade Debt (Filed By Milbank) & by Quinn Emanuel |
| Tiger Asia Fund, L.P. | Party may have been involved in a former engagement | Potential Parties in Interest |
| Time Warner | Current client in an unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel; Utilities |
| Tishman Speyer Properties, L.P. | Current client in an unrelated matter | Potential Parties in Interest |
| Townsend Analytics, Ltd. | Former client in an unrelated matter | Related Entities |
| Tradeweb Markets LLC | Former client in an unrelated matter | Potential Parties in Interest |
| Trading Technologies International | Former client in an unrelated matter | Potential Parties in Interest |
| Transaction Network Services | Current client in an unrelated matter | 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| Trizec Westwood Center LLC | Current client in an unrelated matter | Significant Lessors and Lessees |
| UBS Financial Services | Former client in an unrelated matter | Potential Parties in Interest |

Exhibit 2
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| UBS Investment Bank | Former client in an unrelated matter; joint bookrunner and co-lead underwriter of Duff & Phelps Corporation IPO; provider of investment banking services to Duff & Phelps | Underwriting Investment Bankers for Debtor's securities |
| UBS Securities LLC | Former client in an unrelated matter | Potential Parties in Interest; Competitors |
| UFJ Bank Limited | Client may be involved in a current unrelated engagement; former client in unrelated matter | 100 Largest Unsecured Creditors other than Bondholders |
| Union Bank Of California, N.A. | Former client in an unrelated matter | Potential Parties in Interest |
| US Bank, National Association | Current client in an unrelated matter | Potential Parties in Interest |
| Vail Resorts, Inc. | Current client in an unrelated matter | Affiliations of Outside Directors |
| Vanguard Group Incorporated | Party may have been involved in a prior engagement | 50 Largest Bond Holders |
| Verizon Communications Inc. | Current client in an unrelated matter | Potential Parties in Interest; Additional Entities Searched by Quinn Emanuel |
| Vertex Mortgage Services | Client may have been involved in a former engagement | 100 Largest Unsecured Creditors other than Bondholders; 100 Largest Holders of Trade Debt (Filed By Milbank) |
| VITA | Current client in an unrelated matter | Potential Parties in Interest |
| W.R. Grace & Co | Former client in an unrelated matter | Affiliations of Outside Directors |
| Washington Mutual, Inc. | Former client in an unrelated matter | Potential Parties in Interest |
| Weil Gotshal & Manges LLP | Current client in an unrelated matter | Professionals Employed by the Company |
| Wells Fargo & Co. | Former client in an unrelated matter | Potential Parties in Interest |
| White & Case | Former client in an unrelated matter | Professionals Employed by the Company |

<u>Exhibit 2</u>
Duff & Phelps Connections
with Identified Parties

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Willkie Farr & Gallagher LLP | Former client in an unrelated matter | Professionals Employed by the Company |
| WIPRO Infotech Enterprise Solutions | Former client in an unrelated matter | 100 Largest Unsecured Creditors other than Bondholders |
| Woori-LB First Asset Securitization Specialty Co., Ltd. | Current client in an unrelated matter | Former Lehman Brothers Holdings Inc. Entities |
| York Capital Management | Current client in an unrelated matter | Ad Hoc or Unofficial Creditors' Committee Members |
| Zurich American Insurance Company | Current client in an unrelated matter | 50 Largest Bond Holders |

<u>Exhibit 2A</u>
Duff & Phelps Other Relationships

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Aetna Life Insurance Company | Provider of employee health and welfare benefit plans to D&P | 50 Largest Bondholders |
| AIG Global Investment Corporation | Affiliate provides property and casualty insurance coverage to D&P | Potential Parties in Interest |
| Bank of America N.A. | Lender under D&P's credit facility | Potential Parties in Interest |
| CB Richard Ellis | D&P's real estate broker | 100 Largest Unsecured Creditors other than Bondholders |
| Dechert LLP | D&P is a client of the firm | Professionals Employed by the Company |
| Iron Mountain Information Management; Iron Mountain Records Management | Vendor of physical and data storage services | Potential Parties in Interest; 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| KPMG, LLP | Independent auditor and provider of tax and accounting services to D&P | 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| Broadridge Processing Solutions, Inc. | Provider of proxy services | Potential Parties in Interest |
| Ernst & Young | Firm provides tax advisory services to D&P | 100 Largest Unsecured Creditors other than Bondholders; Accountants; Professionals Employed by the Company; 100 Largest Holders of Trade Debt (Filed By Milbank) & by Quinn Emanuel |
| General Electric Capital Corp | Administrative agent and lender under D&P's credit facility | Potential Parties in Interest |
| Metlife | Provider of employee health and welfare benefit plans to D&P | Bank Lenders; Secured Creditors |
| Microsoft Corporation | Software vendor to D&P | Potential Parties in Interest; 100 Largest Holders of Trade Debt (Filed by Quinn Emanuel) |
| New York Stock Exchange (non-governmental) | Duff & Phelps Corporation is listed on the NYSE | Government/State Reg Agencies |

\*   The relationship with D&P may be with the identified party and/or with one or more of its affiliates.  References to "matter" may include multiple matters.  References to current matters may include prior matters as well.

<u>Exhibit 2A</u>
Duff & Phelps Other Relationships

| Identified Party | Relationship with Duff* | Relationship with Debtors |
|---|---|---|
| Paul, Hastings, Janofsky & Walker LLP | Duff &Phelps is a client of the firm | Professionals Employed by the Company |
| Shinsei Bank Limited | 9.6% owner of Duff & Phelps Corp. | Potential Parties in Interest; 100 Largest Unsecured Creditors other than Bondholders; Bank Lenders; Committee Members |
| Sidley Austin LLP | Duff & Phelps has been a client of the firm | Professionals Employed by the Company |
| Simpson Thacher & Bartlett LLP | Duff & Phelps has been a client of the firm | Professionals Employed by the Company |
| Skadden, Arps, Slate, Meagher & Flom LLP | Primary corporate counsel of Duff & Phelps | Professionals Employed by the Company |
| Sun Guard, ET AL. | Software vendor to D&P | Potential Parties in Interest |
| UBS Investment Bank | Joint bookrunner and co-lead underwriter of Duff & Phelps Corporation IPO; provider of investment banking services to Duff & Phelps | Underwriting Investment Bankers for Debtor's securities |