# EXHIBIT

# E

## Morante, Karla

**From:** Barclays Capital Employment Offer
**Sent:** Monday, September 22, 2008 1:08 AM
**Subject:** Your Employment Offer

We are pleased to confirm our interest in having you join Barclays. The transaction gained court approval early Saturday morning and will close on Monday. As a result we are offering you employment with Barclays to begin on Monday, September 22, 2008.

As a Barclays employee, you will continue to receive your current base salary or applicable commission based remuneration. In the next week or so, you will receive additional details concerning your employment if you work in an office outside the United States or if any special arrangements apply to your situation. Initially your medical and other health insurance arrangements will also be the same as they were with Lehman. Over time, the benefits for Barclays and former Lehman employees will be coordinated. You will receive information about other benefit programs in the near future.

Your acceptance of employment with Barclays will be indicated by your attendance at work on and after September 22, 2008. In addition, in order to accept or decline the offer, it is necessary that you send an email to either acceptbarclaysoffer@lehman.com or declinebarclaysoffer@lehman.com. You will be an "at will" employee of Barclays. This means that either you or Barclays can end our employment relationship at any time, with or without any reason. As an employee of Barclays, you will be required to comply with all applicable Barclays rules, regulations and policies including, but not limited to, confidentiality and other provisions.

Confidentiality of information is a cornerstone of our business. Therefore, we must remind you that as an employee of Barclays you may not, directly or indirectly, disclose to anyone outside Barclays, except with Barclays' prior written consent, any confidential or proprietary information concerning Barclays including, without limitation, any information provided during the course of providing services to Barclays or, as part of the transition effort, to Lehman. This restriction relates to confidential information and proprietary information, processes and trade secrets. You also may not make use of any such information for your own purposes or for the benefit of anyone or any other entity other than Barclays. These restrictions will not preclude you from discussing any matter concerning Barclays with any governmental, regulatory or self-regulatory agency if you are compelled to do so by subpoena or other regulatory authority. By accepting employment with Barclays, you agree to abide by the confidentiality rules in this paragraph and to disclose to Barclays as soon as reasonably practical, all requests for information you are asked to provide by any such agency.

We at Barclays look forward to you joining the team.

Michael Evans

Managing Director,
Global Head of Human Resources for Barclays Capital