Louis A. Scarcella
FARRELL FRITZ, P.C.
1320 RexCorp Plaza
Uniondale, New York 11556-1320
Tel:   (516) 227-0700
Fax:   (516) 336-2270
*Attorneys for Hegemon Fund I, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Hegemon Fund I, LLC ("Hegemon") by and through its attorneys, Farrell Fritz, P.C., hereby enters its appearance and requests, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that any and all notices given or required to be given in these cases and all papers served or required to be served in these cases, be delivered to and be served upon:

> Louis A. Scarcella
> Farrell Fritz, P.C.
> 1320 RexCorp Plaza
> Uniondale, New York 11556-1320
> Tel:   (516) 227-0700
> Fax:   (516) 227-0777
> lscarcella@farrellfritz.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Hegemon's (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any case, controversy, or proceeding; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Hegemon is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in these cases.

Dated: Uniondale, New York  
       February 13, 2009

FARRELL FRITZ, P.C.

By:   /s/ Louis A. Scarcella  
     Louis A. Scarcella  
     1320 RexCorp Plaza  
     Uniondale, New York 11556-1320  
     Tel: (516) 227-0700  
     Fax: (516) 227-0777  
     *Attorneys for Hegemon Fund I, LLC*