UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                           Debtors.                :    (Jointly Administered)
                                                   :
                                                   :
-------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF SHAUN DENTON, ON BEHALF OF MAPLES AND CALDER

LONDON          )
ENGLAND         )

Shaun Denton, being duly sworn, upon his oath, deposes and says:

1. I am a director of Maples and Calder, located at Princes Court, 7 Princes Street, London EC2R 8AQ, England (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide advice as to matters of Cayman Islands law to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases with respect to those matters that come within the scope of the Firm's representation to the Debtors. The Firm currently represents a number of Cayman incorporated or established entities (including funds and structured finance vehicles) that have a contractual relationship with Lehman (e.g. through a swap agreement, prime brokerage agreement or is the issuer of debt or equity held by Lehman or is the borrower under any other form of financing instrument with Lehman). However, none of the above mentioned representations are adverse to the estate with respect to the matter for which the Firm is to be employed.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm £3,230 (three thousand two hundred and thirty pounds sterling) for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

8. Maples and Calder in Cayman ("Maples and Calder Cayman"), which is a different legal entity from the Firm, filed with this Court on November 14, 2008 [docket no. 2538] an Affidavit and Disclosure Statement (the "Affidavit") in support of Debtors' retention

SZD/ 999333/7789340v3

of Maples and Calder Cayman as ordinary course professional (OCP) and submitted that Affidavit and a completed Retention Questionnaire, in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] (the "Order"). The Firm is seeking to be approved as an OCP individually because Maples and Calder Cayman and the Firm are distinct legal entities and will be billing the Debtors separately for the work done for the Debtors.

By: Shaun Denton

Subscribed and sworn to before me
this  11th day of February 2009

Notary Public
Notary Public London, England
(RUTH M. CAMPBELL)
My Commission Expires with Life

**CHEESWRIGHTS**
NOTARIES PUBLIC

Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                        Debtors.              :    (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

   1.   Name and address of firm:

        Maples and Calder

        Princes Court

        7 Princes Street

        London EC2R 8AQ

        England

   2.   Date of retention:   8 November 2008

SZD/ 999333/7789340v3

3. Type of services provided (accounting, legal, etc.):

    Legal services as to matters of Cayman Islands law only.

4. Brief description of services to be provided:

    Advice in connection with certain Cayman subsidiaries of Lehman Brothers Holdings Inc., including Lehman Brothers Equity Finance (Cayman) Limited, CMAP Fund No. 1, LBHK Funding (Cayman) No. 1 Limited, Lehman (Cayman Islands) No. 2 Ltd., Lehman (Cayman Islands) Ltd. and Stockholm Investments Limited.

5. Arrangements for compensation (hourly, contingent, etc.)

    Hourly.

    (a) Average hourly rate (if applicable):

        £285 to £500 per hour (junior associate to partner).

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

        £1,000-£10,000

6. Prepetition claims against the Debtors held by the firm:

    Amount of claim:  £3,230 (three thousand, two hundred and thirty pounds sterling)

    Date claim arose: Various dates

    Source of Claim:  Engagement on various legal matters

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: N/A

    Status: N/A

    Amount of Claim: Nil

SZD/ 999333/7789340v3

        Date claim arose: N/A

        Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

        Kind of shares: None

        No. of shares: None

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

        Name: None

        Status: N/A

        Kind of shares: N/A

        No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

        None.

11. Name of individual completing this form:

        Shaun Denton.

SZD/ 999333/7789340v3