**Presentment Date and Time: February 18, 2009 at 12:00 p.m (Prevailing Eastern Time)**
**Objection Deadline: February 17, 2009 at 12:00 p.m (Prevailing Eastern Time)**
**Hearing Date and Time (If an Objection is Filed): February 25, 2008 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
            Debtors.                            :    (Jointly Administered)
                                                :
                                                :
----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
STRUCTURED ASSET SECURITIES                     :    09 - 10558 (JMP)
CORPORATION,                                    :
                                                :
            Debtor.                             :
                                                :
----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LB ROSE RANCH LLC,                              :    09 - 10560 (JMP)
                                                :
                                                :
            Debtor.                             :
                                                :
----------------------------------------------------------------x
```

**NOTICE OF PRESENTMENT OF MOTION FOR A DETERMINATION THAT**
**CERTAIN ORDERS AND OTHER PLEADINGS ENTERED OR FILED IN THE**
**CHAPTER 11 CASES OF AFFILIATED DEBTORS BE MADE APPLICABLE TO**
**STRUCTURED ASSET SECURITIES CORPORATION AND LB ROSE RANCH LLC**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Motion (the "Motion") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") for a Determination that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to Structured Asset Securities Corporation and LB Rose Ranch LLC, all as more fully described in the Motion, to the Honorable James M. Peck, United States Bankruptcy Judge, for approval and signature on **February 18, 2009 at 12:00 p.m. noon (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **February 17, 2009 at 12:00 p.m. (Prevailing Eastern Time)**, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, a hearing (the "Hearing") will be held to consider the Application and the Order on **February 25, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the

Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: February 13, 2009

New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y Waisman

Attorney for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**              :        **08-13555 (JMP)**
                                                             :
                Debtors.                                     :        **(Jointly Administered)**
                                                             :
                                                             :
-------------------------------------------------------------x
                                                             :
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**STRUCTURED ASSET SECURITIES**                               :        **09 - 10558 (JMP)**
**CORPORATION,**                                              :
                                                             :
                Debtor.                                      :
                                                             :
-------------------------------------------------------------x
                                                             :
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**LB ROSE RANCH LLC,**                                        :        **09 - 10560 (JMP)**
                                                             :
                                                             :
                Debtor.                                      :
                                                             :
-------------------------------------------------------------x

**DEBTORS' MOTION FOR A DETERMINATION THAT CERTAIN ORDERS
AND OTHER PLEADINGS ENTERED OR FILED IN THE CHAPTER 11 CASES
OF AFFILIATED DEBTORS BE MADE APPLICABLE TO STRUCTURED
<u>ASSET SECURITIES CORPORATION AND LB ROSE RANCH LLC</u>**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "<u>Debtors</u>" and, collectively with their non-debtor affiliates, "<u>Lehman</u>"), file this Motion and respectfully represent:

**<u>Background</u>**

1.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "<u>Commencement Date</u>"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").  Other than the cases of Structured Asset Securities Corporation ("<u>SASCO</u>") and LB Rose Ranch LLC ("<u>Rose Ranch</u>"), which were commenced on February 9, 2009, the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>") appointed the statutory committee of

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors'

Committee").

3.      On September 19, 2008, a proceeding was commenced under the

Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc.

("LBI").  A trustee appointed under SIPA (the "SIPC Trustee") is administering LBI's

estate.

4.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas

as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order,

dated January 20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's

appointment of the Examiner.

## Jurisdiction

5.      This Court has subject matter jurisdiction to consider and

determine this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to

28 U.S.C. § 157(b).

## Lehman's Business

6.      Prior to the events leading up to these chapter 11 cases, Lehman

was the fourth largest investment bank in the United States.  For more than 150 years,

Lehman has been a leader in the global financial markets by serving the financial needs

of corporations, governmental units, institutional clients and individuals worldwide.

7.      Additional information regarding the Debtors' businesses, capital

structures, and the circumstances leading to these chapter 11 filings is contained in the

Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the

Southern District of New York in Support of First-Day Motions and Applications, filed

on September 15, 2008 [Docket No. 2].

### Relief Requested

8.      By this Motion, the Debtors request a determination that, pursuant

to section 105(a) of the Bankruptcy Code, certain orders and other pleadings entered or

filed in the Lehman Brothers Holdings, *et al*. chapter 11 cases (Case No. 08-13555

(JMP)), up to and including February 13, 2009, be made applicable to the recently filed

chapter 11 cases of SASCO and Rose Ranch on the terms set forth below.

### Application of Certain Orders and Other Pleadings Entered or Filed in the LBHI *et al.* Cases

9.      The Debtors seek application of the relief granted in certain orders

entered by the Court in an effort to eliminate the filing of duplicative applications and

motions and, therefore, reduce the burdens on this Court and on parties in interest.  This

Motion seeks to have applied to SASCO and Rose Ranch the affidavits of Ian T. Lowitt

and David Coles filed pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the

Southern District of New York and certain orders which are set forth on Exhibit A

annexed hereto, previously entered in the jointly administered cases under Case No. 08-

13555 (JMP) (the "Preexisting Orders").  In other words, SASCO and Rose Ranch seek

application of the Preexisting Orders as if they were Debtors defined within each such

order, with the limited exception that such previously entered orders be effective as to

SASCO and Rose Ranch as of their Commencement Date, set forth above.  The relief set

forth in each of such orders is necessary for SASCO and Rose Ranch to experience a

smooth transition into chapter 11 with a minimum of delay, cost, and expense for the benefit of all parties in interest.

### The Court has the Authority
### To Grant the Relief Requested Herein

10.     Section 105(a) of the Bankruptcy Code provides, in relevant part: "The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Under section 105(a) of the Bankruptcy Code, the Court has expansive equitable powers to fashion any order or decree that is in the interest of preserving or protecting the value of a debtor's assets. *See, e.g., In re Chinichian*, 784 F.2d 1440, 1443 (9th Cir. 1986) ("Section 105 sets out the power of the bankruptcy court to fashion orders as necessary pursuant to the purposes of the Bankruptcy Code."); *Bird v. Crown Convenience (In re NWFX, Inc.)*, 864 F.2d 588, 590 (8th Cir. 1988) ("The overriding consideration in bankruptcy . . . is that equitable principles govern"); *In re Cooper Properties Liquidating Trust, Inc.*, 61 B.R. 531, 537 (Bankr. W.D. Tenn. 1986) ("[T]he Bankruptcy Court is one of equity and as such it has a duty to protect whatever equities a debtor may have in property for the benefit of its creditors as long as that protection is implemented in a manner consistent with the bankruptcy laws.").

11.     The entry of an order directing that the Preexisting Orders and the First Day Affidavit be made applicable to SASCO and Rose Ranch will obviate the need for duplicative notices, motions, applications, affidavits, and orders to be filed in this case. The Debtors simply seek to save time and expense for their estates and to reduce the burden on the Court and parties in interest by proceeding in this manner. SASCO and

Rose Ranch require the protections and authorizations that are set forth in the Preexisting

Orders to enter chapter 11 in an orderly manner and to maintain their ability to reorganize

successfully.  The Preexisting Orders deal with many of the first day matters with which

most debtors (especially large debtors) must deal, such as joint administration of the

cases, extensions of time to file schedules, and other procedural matters.

      12.    If SASCO and Rose Ranch had commenced their chapter 11 cases

at the same time as the Debtors, they would have been movants and affiants with respect

to all the Preexisting Orders.  By proceeding in the manner set forth in this Motion, the

Debtors seek to recognize that fact and streamline the motion practice for requesting such

relief, while at the same time providing the same requisite facts and justification for such

relief as if SASCO and Rose Ranch were filing said motions and the First Day Affidavit.

      13.    The Debtors believe that the relief requested herein is appropriate

to carry out the provisions of the Bankruptcy Code.  Similar procedures have been

authorized in other complex chapter 11 cases.  *In re Delphi Corporation, et al.*, Case No.

05-44481 (RDD); *In re Enron Corp., et al.*, Case No. 01-16034 (AJG) (Bankr. S.D.N.Y.);

*In re Genesis Health Ventures, Inc., et al.*, Case No. 00-2692 (JHW) (Bankr. D. Del.

2000); *In re Sun Healthcare Group, Inc., et al.*, Case No. 99-3657 (MFW).  Indeed, this

Court previously entered similar orders in these chapter 11 cases.  *See* Order Directing

that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made

Applicable to LB 745 LLC, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sept. 17, 2008)

[Docket No. 87]; Order Directing that Certain Orders in the Chapter 11 Case Lehman

Brothers Holdings Inc. *et al.* Be Made Applicable to PAMI Statler Arms LLC, Case No.

08-13664 (JMP) (Bankr. S.D.N.Y. Oct. 3, 2008 [Docket No. 4]; Order Directing that

Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated

Debtors Be Made Applicable to Recently Filed Cases, Case No. 08-13555 (JMP) (Bankr.

S.D.N.Y. Oct. 16, 2008) [Docket No. 1093].

### The Relief Requested is Appropriate

14.     Based upon the foregoing, the Debtors submit that the relief

requested herein is essential, appropriate, and in the best interest of the Debtors' estates

and their creditors, and therefore, should be granted.

### Notice

15.     No trustee has been appointed in these chapter 11 cases.  The

Debtors have served notice of this Motion in accordance with the procedures set forth in

the order entered on September 22, 2008 governing case management and administrative

procedures for these cases [Docket No. 285] on (i) the U.S. Trustee; (ii) the attorneys for

the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; and (vi) all parties who have requested notice in these

chapter 11 cases.  The Debtors submit that no other or further notice need be provided.

16.     No previous request for the relief sought herein has been made by

the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated: February 13, 2009
      New York, New York


/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007


Attorneys for Debtors
and Debtors in Possession

**Exhibit A**
**Preexisting Orders**

(1)     Order Signed on 9/16/2008 Confirming Status of Clearing Advances [Docket No. 47]

(2)     Order Enforcing the Protections of Section 362 of the Bankruptcy Code [Docket No. 48]

(3)     Order Extending the Time to Comply with the Requirements of Local Bankruptcy Rule 1007-2(a) and 1007-2(b) [Docket No. 49]

(4)     Order (i) Authorizing the Employment of Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtor and (ii) Appointing Epiq Bankruptcy Solutions, LLC as Agent of the Bankruptcy Court [Docket No. 50]

(5)     Order (i) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs; and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders Through and Including November 14, 2008 [Docket No. 52]

(6)     Order Waiving the Requirement to File a List of Creditors; and (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case [Docket No. 53]

(7)     Order Directing Joint Administration for Case Number 08-13555 (Lehman Brothers Holdings Inc.) and Case Number 08-13600 (LB 745 LLC) [Docket No. 86]

(8)     Order Signed on 9/17/2008 Directing that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC  [Docket No. 87]

(9)     Order Signed on 9/17/2008 (I) Approving the Break-Fee and Expense Reimbursement, (II) Certain Matters Relating to Competing Bids, If Any, (III) Approving the Form and Manner of Sale Notices and (IV) Setting the Sale Hearing Date in Connection with the Sale of Certain of the Debtors' Assets  [Docket No. 88]

(10)    Order Signed on 9/20/2008 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 258]

(11)     Order Signed on 9/22/2008 Confirming Status of Citibank Clearing
         Advances [Docket No. 284]

(12)     Order Implementing Certain Notice and Case Management Procedures
         [Docket No. 285]

(13)     Order Extending the Stay Under Section 366 of the Bankruptcy Code
         Through October 16 [Docket No. 420]

(14)     So Ordered Stipulation and Agreed Order Signed on 10/1/2008 Between
         the Debtors and the Official Committee of Unsecured Creditors Regarding
         Creditor Access to Information [Docket No. 498]

(15)     Interim Order Signed on 10/3/2008 for an Order (A)(i) Authorizing the
         Debtor to Continue Its Workers' Compensation Programs and its Liability,
         Property, and Other Insurance Programs and (ii) Authorizing the Debtor to
         Pay All Prepetition Obligations in Respect Thereof and (B) Authorizing
         Financial Institutions to Honor and Process Checks and Transfers Related
         to Such Obligations, and (C) Scheduling a Final Hearing for 11/5/2008 at
         10:00 AM in Courtroom 601  [Docket No. 649]

(16)     Order Signed on 10/16/2008 Granting the Debtors' Motion for Entry of an
         Order (i) Approving Equity Interests Purchase Agreement; (ii)
         Authorizing Debtors to Compromise, Settle, and Release Related Claims;
         and (iii) Granting Related Relief  [Docket No. 1086]

(17)     Interim Order Signed on 10/16/2008 Authorizing the Debtors to (a) Retain
         Alvarez & Marsal North America, LLC to Provide the Debtors a Chief
         Restructuring Officer and Additional Personnel, and (B) to Appoint the
         Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date
         [Docket No. 1087]

(18)     Order Signed on 10/16/2008 Directing Joint Administration of Chapter 11
         Cases 08-13555, 08-13888, 08-13885, 08-13887, 08-13893, 08-13899, 08-
         13900, 08-13901, 08-13902, 08-13903, 08-13904, 08-13905, 08-13906,
         08-13907, 08-13908 and 08-13664. All Entries Shall Be Made Under Lead
         Case Number 08-13555  [Docket No. 1090]

(19)     Interim Order Signed on 10/16/2008 Authorizing the Employment and
         Retention of Weil, Gotshal & Manges LLP as Attorney for the Debtors,
         Nunc Pro Tunc to the Commencement Date [Docket No. 1092]

(20)     Order Signed on 10/16/2008 Directing that Certain Orders and Other
         Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors
         Be Made Applicable to Recently Filed Cases  [Docket No. 1093]

(21)    Order Signed on 10/16/2008 (i) Approving the Debtors' Proposed Form of
Adequate Assurance of Payment, (ii) Resolving Objections by Utility
Companies, and (iii) Prohibiting Utilities from Altering, Refusing, or
Discontinuing Service [Docket No. 1096]

(22)    Order Signed on 10/16/2008 Approving Specified Information Blocking
Procedures and Permitting Trading of Claims Against the Debtor Upon
Establishment of a Screening Wall  [Docket No. 1099]

(23)    Order signed on 10/16/2008 Authorizing the Employment and Retention
of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the
Debtors, Nunc Pro Tunc to the Date of Its Engagement  [Docket No.
1100]

(24)    Order Signed on 10/17/2008 Granting Debtors' Motion Authorizing Entry
of an Order Authorizing Lehman Brothers Holdings Inc. to (A) Enter into
a Partnership Interests Purchase Agreement, (B) Compromise and Release
a Portion of an Intercompany Loan, and (C) Assign the Remainder of
Such Intercompany Loan to Purchasers [Docket No. 1126]

(25)    Interim Order Signed on 10/20/2008 (A) Authorizing the Debtors to (i)
Continue Using Existing Centralized Cash Management System, as
Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of
the Cash Management System, and (iii) Maintain Existing Bank Accounts
and Business Forms; (B) Extending the Debtors' Time to Comply with
Section 345(b) of the Bankruptcy Code, and (c) Scheduling a Final
Hearing for 11/5/2008 at 10:00 AM in Courtroom 601  [Docket No. 1138]

(26)    Amended Order Signed on 10/20/2008 Directing that Certain Orders and
Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated
Debtors Be Made Applicable to Recently Filed Cases [Docket No. 1140]

(27)    Order Signed on 10/22/2008 Approving Specified Information Blocking
Procedures and Permitting Trading of Claims Against the Debtor Upon
Establishment of a Screening Wall  [Docket No. 1170]

(28)    Order Signed on 10/22/2008 Approving Specified Information Blocking
Procedures and Permitting Trading of Claims Upon Establishment of a
Screening Wall  [Docket No. 1171]

(29)    Bridge Order Signed on 10/28/2008 Extending the Time to File the
Debtor's Schedules, Statements of Financial Affairs, and Related
Documents [Docket No. 1234]

(30)    Order Signed on 11/5/2008 Granting the Debtors' Motion for Authorization to Reject Contingent Management Agreement with WestLB AG [Docket No. 1385]

(31)    Order Signed on 11/5/2008 Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates and Establishing Notification Procedures Relating Thereto [Docket 1386]

(32)    Order Signed on 11/5/2008 Granting the Application of the Debtors for Authorization to Employ, Nunc Pro Tunc, Mckee Nelson LLP as Special Tax Counsel [Docket No. 1387]

(33)    Order Signed on 11/5/2008 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 1388]

(34)    Order Signed on 11/5/2008 Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of A Screening Wall  [Docket No. 1389]

(35)    Order Signed on 11/5/2008 Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394]

(36)    So Ordered Stipulation, Agreement and Order Signed on 11/5/2008 Between the Debtors and Fir Tree Capital Opportunity Master Fund, L.P. Adjourning the Response and Joinder to the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc.  [Docket No. 1395]

(37)    So Ordered Stipulation, Agreement and Order Signed on 11/5/2008 Between the Debtors and the Harbinger Funds Adjourning the Hearing on the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc.  [Docket No. 1396]

(38)    Final Order Signed on 11/5/2008 Authorizing the Debtors to (A) (i) Continue Workers' Compensation Programs and its Liability, Property, and Other Insurance Programs, (ii) Pay All Prepetition Obligations in Respect Thereof and (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 1398]

(39)    Order Signed on 11/5/2008 Authorizing Lehman Brothers Holdings Inc. to Enter into an Amended Sale and Purchase Agreement  [Docket No. 1399]

(40)     Revised So Ordered Stipulation and Agreed Order Signed on 11/5/2008 Resolving Motion to Compel Lehman Commercial Paper Inc. To Assume Or Reject Executory Contracts [Docket No. 1400]

(41)     So Ordered Stipulation and Consent Order Signed on 11/5/2008 (I) Governing Interim Production of Documents and (II) Adjourning Remainder of Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc., et al. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. [Docket No. 1402]

(42)     Interim Order Signed on 11/5/2008 Authorizing Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17, 2008  [Docket No. 1403]

(41)     Interim Order Signed on 11/5/2008 Authorizing Retention And Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel for the Official Committee of Unsecured Creditors, Effective As Of September 17, 2008.  [Docket No. 1404]

(42)     Interim Order Signed on 11/5/2008 Authorizing Employment And Retention Of FTI Consulting Inc., As Financial Advisor to the Official Committee of Unsecured Creditors, Effective As Of September 17, 2008 [Docket No. 1405]

(43)     Interim Order Signed on 11/5/2008 Authorizing Employment And Retention Of FTI Consulting Inc., As Financial Advisor to the Official Committee of Unsecured Creditors, Effective As Of September 17, 2008 [Docket No. 1405]

(44)     Interim Order Signed on 11/5/2008 Authorizing Employment And Retention Of Houlihan Lokey Howard & Zukin Capital, Inc. As Investment Banker for the Official Committee of Unsecured Creditors, Effective As Of September 17, 2008  [Docket No. 1407]

(45)     Final Order Signed on 11/6/2008 (A) Authorizing the Debtors to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; and (B) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code [Docket No. 1416]

(46)     So Ordered Stipulation, Agreement and Order Signed on 11/6/2008 Between Lehman Brothers Inc., the Debtors and Cargill Investment Group, Ltd. Providing for Relief from the Automatic Stay for the

Exclusive Purpose of Terminating the Second Asset Management
Agreement  [Docket No. 1417]

(47)     So Ordered Stipulation, Agreement and Order Signed on 11/6/2008
         Between the Debtors and D.E. Shaw Adjourning the Joinder to the
         Motions for Leave to Conduct Rule 2004 Discovery of Lehman Brothers
         Holdings Inc. and Others  [Docket No. 1422]

(48)     Order to Show Cause Signed on 11/14/2008 Fixing Hearing Date to
         Consider the Debtors' Motion for Authorization to Enter into a Transition
         Services Agreement with Lehman Europe  [Docket No. 1520]

(49)     Order Signed on 11/18/2008 Granting the Motion Filed by the Debtors for
         Authorization to Assume an Agreement to Sell Approximately 50 Acres of
         Undeveloped Land  [Docket No. 1586]

(50)     Amended Order Signed on 11/19/2008 Establishing Procedures for
         Interim Monthly Compensation and Reimbursement of Expenses of
         Professionals [Docket No. 1604]

(51)     Final Order Signed on 11/21/2008 Authorizing Retention and
         Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as
         Special Counsel to the Official Committee of Unsecured Creditors of
         Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17,
         2008 [Docket No. 1652]

(52)     Final Order Signed on 11/21/2008 Authorizing Retention And
         Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel to
         the Official Committee of Unsecured Creditors of Lehman Brothers
         Holdings Inc., et al., Effective As Of September 17, 2008 [Docket No.
         1654]

(53)     Final Order Signed on 11/21/2008 Authorizing Employment And
         Retention Of FTI Consulting Inc., As Its Financial Advisor to the Official
         Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et
         al., Effective As Of September 17, 2008 [Docket No. 1655]

(54)     So Ordered Stipulation, Agreement and Order Signed on 11/21/2008
         Between the Debtors and Airlie Opportunity Master Fund, Ltd.
         Adjourning the Joinder of the Motion for Leave to Conduct Rule 2004
         Discovery of Lehman Brothers Holdings Inc. and Others  [Docket No.
         1657]

(55)     Order Signed on 11/21/2008 Authorizing the Employment and Retention
         of Simpson, Thacher & Bartlett LLP as Special Counsel to the Debtors,
         Nunc Pro Tunc to the Commencement Date [Docket No. 1658]

(54)     Final Order Signed on 11/21/2008 for Authorizing the Employment and
         Retention of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts
         Counsel for the Debtors, Nunc Pro Tunc to the Date of Its Engagement
         [Docket No. 1659]

(55)     Final Order Signed on 11/21/2008 Authorizing the Employment and
         Retention of Weil, Gotshal & Manges LLP as Attorneys for the Debtors,
         Nunc Pro Tunc to the Commencement Date [Docket No. 1660]

(56)     Order Signed on 11/21/2008 for Authorization to Enter into a Transition
         Services Agreement with Lehman Europe  [Docket No. 1661]

(57)     Order Signed on 11/21/2008 for Authorizing Implementation of the
         Retention and Recruitment Program [Docket No. 1662]

(58)     So Ordered Stipulation, Agreement and Order Signed on 11/21/2008
         Between the Debtors and the Russell Funds Adjourning the Joinder to the
         Motions for Leave to Conduct Rule 2004 Discovery of Lehman Brothers
         Holdings Inc. and Others  [Docket No. 1664]

(59)     So Ordered Stipulation, Agreement and Order Signed on 11/21/2008
         Between the Debtors and Bank of America Adjourning the Joinder to the
         Motion of Harbinger for Leave to Conduct Rule 2004 Discovery of
         Lehman Brothers Holdings Inc. and Others  [Docket No. 1665]

(60)     Order Signed on 11/21/2008 Further Extending the Time to File the
         Debtors' Schedules, Statements of Financial Affairs, and Related
         Documents [Docket No. 1667]

(61)     So Ordered Stipulation, Agreement and Order Signed on 11/21/2008
         Between the Debtors and Green Tree Servicing LLC  [Docket No. 1668]

(62)     Order Signed on 12/3/2008 Authorizing Payment of Prepetition Art-
         Handler Claims  [Docket No. 2050]

(63)     Order Signed on 12/3/2008 Granting the Debtors' Motion for
         Authorization to Advance Certain Legal Costs to Former Employees
         [Docket No. 2052]

(64)     Bridge Order Signed on 12/3/2008 Enlarging the Time Within Which to
         File Notices of Removal of Related Proceedings [ Docket No. 2053]

(65)     Order to Show Cause Signed on 12/8/2008 Fixing Hearing Date to
         Consider the Debtors' Motion for Entry of an Order (i) Authorizing
         Lehman Brothers Holdings Inc. to Enter into a Settlement Agreement with
         Certain French Affiliates Relating to Intercompany Claims, (ii)
         Authorizing Lehman Brothers Holdings Inc. to Vote Its Shares in French

Affiliate to Approve Sale of Substantially All of the Assets of and Voluntary Dissolution of Such Affiliate and (iii) Granting Certain Related Relief  [Docket No. 2092]

(66)    So Ordered Stipulation, Agreement and Order Signed on 12/15/2008 Between Debtors and Guidance Enhanced Green Terrain Fund LLC [Docket No. 2218]

(67)    So Ordered Stipulation and Order Signed on 12/15/2008 Regarding Certain Options  [Docket No. 2227]

(68)    Order Signed on 12/16/2008 to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 2257]

(69)    Order Signed on 12/16/2008 Approving the Assumption or Rejection of Open Trade Confirmations [Docket No. 2258]

(70)    Order Signed on 12/17/2008 Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Investment Banker to the Debtors, Effective as of September 15, 2008 [Docket No. 2275]

(71)    Order Signed on 12/17/2008 Authorizing the Employment and Retention of Bortstein Legal LLC as Special Counsel to the Debtors [Docket No. 2277]

(72)    Final Order Signed on 12/17/2008 Authorizing the Debtors to (a) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date [Docket No. 2278]

(73)    Order Signed on 12/17/2008 Authorizing Employment And Retention Of Houlihan Lokey Howard & Zukin Capital, Inc. As Investment Banker to the Official Committee of Unsecured Creditors As Of September 17, 2008 [Docket No. 2279]

(74)    So Ordered Stipulation and Order Signed on 12/17/2008 Between the Debtors and Sumitomo Mitsui Banking Corporation Granting Adequate Protection  [Docket No. 2286]

(75)    Order Signed on 12/17/2008 Granting Barclays' Motion for Certain Limited Relief from the Sale Order and the Sale Procedures Order [Docket No. 2289]

(76)     Order Signed on 12/17/2008 Authorizing the Debtors and Barclays Capital
          Inc. to File Under Seal Certain Schedules to the Purchase Agreement
          [Docket No. 2290]

(77)     Order Signed on 12/18/2008 Authorizing (i) the Assumption, Assignment,
          and Sale of Debtors Rights and Obligations Under a Certain Loan Facility
          Agreement, (ii) the Release of Certain Claims, and (iii) Related Relief
          [Docket No. 2305]

(78)     Order Signed on 12/18/2008 Enlarging the Time within Which to File
          Notices of Removal of Related Proceedings  [Docket No. 2306]

(79)     Order Signed on 12/18/2008 Authorizing the Debtors to Employ Natixis
          Capital Markets Inc. as Strategic Advisor  [Docket No. 2308]

(80)     Order Signed on 12/18/2008 Authorizing the Employment and Retention
          of McKenna Long & Aldridge LLP as Special Counsel to the Debtors,
          Nunc Pro Tunc to the Commencement Date  [Docket No. 2309]

(81)     Bridge Order, signed 12/19/2008, Extending the Time within Which
          Debtors Must Comply with Section 345(b) of the Bankruptcy Code
          [Docket No. 2328]

(82)     Order signed on 12/22/2008 Authorizing and Approving Debtors Sale of
          Purchased Assets and the Assumption and Assignment of Executory
          Contracts and Unexpired Leases in Connection with Sale of Lehman
          Brothers Investment Management Division  [Docket No. 2350]

(83)     Order signed on 12/23/2008 Pursuant to Sections 327(a) and 328(a) of the
          Bankruptcy Code and Rule 2014 Authorizing the Retention and
          Employment of Bloomer deVere Group Avia, Inc. as Debtors' Broker in
          Connection with the Sales of the Debtors' Aviation Assets Nunc Pro Tunc
          to the Commencement Date  [Docket No. 2358]

(83)     Amended Order signed on 12/23/2008 Pursuant to Sections 363 of the
          Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004
          Authorizing Lehman Brothers Holdings Inc. to Enter into an Amended
          Sale and Purchase Agreement  [Docket No. 2359]

(85)     Order signed on 12/23/2008 Pursuant to Section 365 of the Bankruptcy
          Code Approving the Assumption or Rejection of Open Trade
          Confirmations and Correcting Prior Orders  [Docket No. 2364]

(86)     Order signed on 12/23/2008 Granting LBHI's Motion, Pursuant to
          Sections 105(a) and 365 of the Bankruptcy Code and Bankruptcy Rules

6006 and 9014, for Authorization to Reject Prescription Drug Program Master Agreement with Medco  [Docket No. 2365]

(87)    Order signed on 12/23/2008 Granting LBHI's Motion Pursuant to Sections 105(a) and 365 of the Bankruptcy Code, for Authorization to Assume Administrative Services Agreement with Aetna  [Docket No. 2366]

(88)    Bridge Order signed on 12/31/2008 Extending The Time Within Which Debtors' Must Comply With Section 365(d)(4) of The Bankruptcy Code [Docket No. 2417]

(89)    Bridge Order signed on 12/31/2008 Extending The Time Within Which Debtors' May File Chapter 11 Plans and Solicit Acceptances Pursuant to Section 1121(d) of The Bankruptcy Code  [Docket No. 2418]

(90)    Bridge Order signed on 12/31/2008 Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 Extending The Time To File The Debtors' Schedules, Statement of Financial Affairs, and Related Documents  [Docket No. 2419]

(91)    Order signed on 1/15/2009 Granting Debtors' Application Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code to Retain and Emply Ernst & Young LLP as Auditors and Tax Services Provider Nunc Pro Tunc to the Commencement Date [Docket No. 2547]

(92)    Order signed on 1/15/2009 Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending The Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 2548]

(93)    Order signed on 1/15/2009 Granting Debtors' Motion Pursuant to Section 1121(d) of the Bankruptcy Code Requesting Extension of Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof  [Docket No. 2549]

(94)    Order signed on 1/15/2009 Extending the Time Within Which Debtors' Must Comply With Section 345(b) of the Bankruptcy Code [Docket No. 2551]

(95)    Order signed on 1/15/2009 Pursuant to Bankruptcy Rule 1007(c) Further Extending the Time to File the Debtors' Schedules, Statements of Financial Affairs, and Related Documents [Docket No. 2554]

(96)    Order signed on 1/15/2009 Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts  [Docket No. 2557]

(97)    Order signed on 1/16/2009 Pursuant to Sections 365 of the Bankruptcy
        Code Approving the Assumption or Rejection of Open Trade
        Confirmations [Docket No. 2564]

(98)    Order signed on 1/16/2009 Pursuant to Section 365 of the Bankruptcy
        Code Approving the Assumption or Rejection of The Second Group of
        Open Trade Confirmations  [2565]

(99)    Amended Stipulation and Order signed on 1/16/2009 Granting Adequate
        Protection  [Docket No. 2567]

(100)   Order signed on 1/16/2009 Directing Appointment of an Examiner
        Pursuant to Section 1104(c)(2) of the Bankruptcy Code [Docket No. 2569]

(101)   Stipulation and Agreed Order signed on 1/16/2009 Providing For Lehman
        Brothers Inc.'s Assumption and Assignment of Administrative Agency
        Agreements to Lehman Commercial Paper Inc. [Docket No. 2581]

(102)   Order signed on 1/20/2009 Approving Appointment of Examiner [Docket
        No. 2583]

(103)   Order signed on 1/20/2009 Denying Motion of The Bank Of New York
        Mellon Trust Company, N.A. For Examination of Documents by Lehman
        Brothers Holdings, Inc., Lehman Brothers, Inc., Lehman Brothers
        Commodity Services Inc. and Barclays Capital Inc. [Docket No. 2584]

(104)   Order signed on 1/21/2009 Granting LBHI's Motion, Pursuant to Sections
        105(a), 363(b)(1), and 365 of the Bankruptcy Code, for Authorization to
        (i) Assume a Subscription Agreement and Certain Other Agreements with
        Wilton Re Holdings Limited, (ii) Amend Said Subscription Agreement,
        and (iii) Fund the Capital Commitment Pursuant to Said Subscription
        Agreement  [Docket No. 2589]

(105)   Errata order signed on 1/21/2009 [Docket No. 2590]

(106)   Stipulation and Order Signed on 1/21/2009; with Evidentiary Hearing to
        be held on 2/26/2009 at 10:00 a.m. [Docket No. 2593]

(107)   Stipulation and Order signed on 1/22/2009 with Respect to Return of
        Funds of MKP Opportunity Master Fund, LTD. [Docket No. 2604]

(108)   Stipulation, Agreement and Order signed on 1/22/2009 (A) Resolving in
        Part The Motion of DNB NOR BANK ASA for Entry of (I) An Order
        Pursuant to 11 U.S.C. Sections 362(d) And Fed. Bankr. P. 4001 Granting

Relief From Automatic Stay To Effect Setoff or, In The Alternative, (II) An Order Pursuant to 11 U.S.C. Sections 361 and 506(a) Requiring The Debtors To Provide Adequate Protection and (B) Fixing A Schedule For Supplemental Briefing [Docket No. 2605]

(109)   Stipulation and Agreed Order signed on 1/23/2009 Resolving Motion of Corus Bank, N.A. for (I) Determination That The Automatic Stay Does Not Apply, or Alternatively, (II) Relief From The Automatic Stay [Docket No. 2606]

(110)   Stipulation, Agreement and Order signed on 1/28/2009 Resolving Motion of Jarden Corporation Under Bankruptcy Code Section 365(d) To Compel (I) Lehman Commercial Paper, Inc. To Resign As Administrative Agent and Swing Line Lender Under Credit Agreement and (II) Immediate Assumption or Rejection of Credit Agreement [Docket No. 2666]

(111)   Order signed on 1/28/2009 Approving Consensual Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 2667]

(112)   Order signed on 1/28/2009 Pursuant to Sections 105 and 363 of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 6004 and 9014, and Rules 6004-1, 9006-1 and 9014-1 of the Local Bankruptcy Rules for Approval of the Sale of Debtor's Interest in a Loan Secured by Property Located at 816 Congress Avenue in Austin, Texas [Docket No. 2674]

(113)   Stipulation and Agreed Order signed on 1/28/2009 Between The Certified Class in Austin V. Chisick, Lehman Commercial Paper, Inc., and The Trustee For the Sipa Liquidation of Lehman Brothers Inc. To Permit Limited Modification of the Automatic Stays  [2675]

(114)   Stipulation, Agreement and Order signed on 1/28/2009 Resolving Motion of Kapalua Bay, LLC to (I) Compel Immediate Assumption or Rejection of Construction Loan Agreement; and (II) Upon Rejection, To Grant Relief From The Automatic Stay [Docket 1195], and Motion of Central Pacific Bank, Deutsche Hypothekenbank (Actien-Gesellschaft), and Landesbank Baden-Wurttemberg Pursuant to Section 362 of the Bankruptcy Code For Relief From The Automatic Stay to Enforce Contractual Rights To Remove Lehman Brothers Holdings Inc. As Agent Under Loan Facility  [Docket No. 2676]

(115)   Order signed on 1/28/2009 Granting The Debtors' Motion Pursuant to Sections 105(a), 363(b) and 365(a) of The Bankruptcy Code and Bankruptcy Rules 6004 and 6006 For Authorization to (I) Assume, As Modified, Certain Loan Agreements, and (II) Consummate Related Loans

To Be Made By Lehman Commercial Paper Inc. And Other Lenders to Archstone  [Docket No. 2677]

(116)   Order signed on 1/28/2009 Authorizing The Debtors To Employ Kelly Wright As Art Consultant [Docket No. 2678]

(117)   Order signed on 1/28/2009 Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing The Employment and Retention of Reilly Pozner LLP as Special Counsel to Debtors, Nunc Pro Tunc to the Commencement Date  [Docket No. 2680]

(118)   Order signed on 1/28/2009 Pursuant to Sections 105(a), 363(b) and 365(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004 and 6006 Authorizing Lehman Brothers Holdings Inc. to Assume, as Modified, Certain Loan Documents Entered into with Jung Developments Inc., et. al. and to Consummate Certain Related Transactions  [Docket No. 2681]

(119)   Stipulation, Agreement, and Order signed on 1/28/2009 Between The Debtors and Anita Bryant Providing For Relief From The Automatic Stay For The Limited Purpose Of Permitting Anita Bryant To Continue The Action and Limit Any Recovery To The Insurance Proceeds [Docket No. 2687]

(120)   Order to Show Cause signed on 1/30/2009 and Notice Fixing Hearing Date To Consider Examiner's Motion Directing The Production Of Document and Authorizing The Examinations of The Debtors' Current And Former Officers, Directors and Employees, and Other Persons and Entities  [Docket No. 2696]

(121)   Order signed on 2/3/2009 In re: District Court Order in 08-Civ-10792 [Docket No. 2720]

(122)   Order signed on 2/11/2009 Authorizing The Examiner To Retain and Employ Jenner & Block LLP As His Counsel Nunc Pro Tunc as of January 19, 2009  [Docket No. 2803]

(123)   Order signed on 2/11/2009 Granting Examiners Motion Directing Production of Documents and Authorizing the Examinations of the Debtors Current and Former Officers, Directors and Employees, and Other Persons and Entities  [Docket No. 2804]

(124)   Order signed on 2/11/2009 Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations  [Docket No. 2818]

(125)    Order signed on 2/11/2009 Pursuant to Section 365 of the Bankruptcy
Code Granting The Debtors Second Motion For An Order Approving The
Assumption of Open Trade Confirmations  [Docket 2819]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                            :

In re                         :      **Chapter 11 Case No.**
                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      **08-13555 (JMP)**
                            :

          **Debtors.**          :      **(Jointly Administered)**
                            :
                            :

----------------------------------------------------------------x
                            :

In re                         :      **Chapter 11 Case No.**
                            :

**STRUCTURED ASSET SECURITIES**      :      **09 - 10558 (JMP)**
**CORPORATION,**                :
                            :

          **Debtor.**           :
                            :

----------------------------------------------------------------x
                            :

In re                         :      **Chapter 11 Case No.**
                            :

**LB ROSE RANCH LLC,**          :      **09 - 10560 (JMP)**
                            :
                            :

          **Debtor.**           :
                            :

----------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY
CODE DIRECTING THAT CERTAIN ORDERS AND OTHER
PLEADINGS ENTERED OR FILED IN THE CHAPTER 11 CASES OF
AFFILIATED DEBTORS BE MADE APPLICABLE TO STRUCTURED
ASSET SECURITIES CORPORATION AND LB ROSE RANCH LLC**

Upon the motion, dated February 13, 2009 (the "Motion"), jointly filed by the

above referenced debtors, as debtors in possession, seeking an order that certain orders

and other pleadings entered or filed in these chapter 11 cases (Case No. 08-13555) be

made applicable to Structured Asset Securities Corporation (Case No. 09-10558 (JMP)),

and LB Rose Ranch LLC (Case No. 09-10560 (JMP)) (collectively the "Additional

Debtors"), all as more fully set forth in the Motion; and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157

and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York Any and All Proceedings Under Title 11, dated July 10, 1984

(Ward, Acting C.J.); and consideration of the Motion and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Motion having been provided in accordance with the procedures set forth in the order

entered September 22, 2008 governing case management and administrative procedures

[Docket No. 285] to (i) the United States Trustee for the Southern District of New York;

(ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities

and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; and (vi) all parties who have requested

notice in these chapter 11 cases, and it appearing that no other or further notice need be

provided; the Court finds and determines, after due deliberation, that the relief sought in

the Motion is in the best interests of the Debtors, their estates, and all parties in interest

therein and that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the orders set forth on Exhibit A annexed hereto from the jointly

administered chapter 11 cases (Case No. 08-13555 (JMP)) are hereby made applicable to

the Additional Debtors nunc pro tunc to the date of commencement of their chapter 11

cases, as if the Additional Debtors were debtors referred to in said orders; and it is further

ORDERED that the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the

Local Bankruptcy Rules for the Southern District of New York in Support of First-Day

Motions and Applications [Docket No. 2] and the Declaration of David Coles Pursuant to

Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York

[Docket No. 1325] are hereby made applicable to the Additional Debtors as if the

Additional Debtors were debtors referred to in said affidavits; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation of this Order.

Dated: February __, 2009
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**
**Preexisting Orders**

(1)     Order Signed on 9/16/2008 Confirming Status of Clearing Advances [Docket No. 47]

(2)     Order Enforcing the Protections of Section 362 of the Bankruptcy Code [Docket No. 48]

(3)     Order Extending the Time to Comply with the Requirements of Local Bankruptcy Rule 1007-2(a) and 1007-2(b) [Docket No. 49]

(4)     Order (i) Authorizing the Employment of Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtor and (ii) Appointing Epiq Bankruptcy Solutions, LLC as Agent of the Bankruptcy Court [Docket No. 50]

(5)     Order (i) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs; and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders Through and Including November 14, 2008 [Docket No. 52]

(6)     Order Waiving the Requirement to File a List of Creditors; and (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case [Docket No. 53]

(7)     Order Directing Joint Administration for Case Number 08-13555 (Lehman Brothers Holdings Inc.) and Case Number 08-13600 (LB 745 LLC) [Docket No. 86]

(8)     Order Signed on 9/17/2008 Directing that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC  [Docket No. 87]

(9)     Order Signed on 9/17/2008 (I) Approving the Break-Fee and Expense Reimbursement, (II) Certain Matters Relating to Competing Bids, If Any, (III) Approving the Form and Manner of Sale Notices and (IV) Setting the Sale Hearing Date in Connection with the Sale of Certain of the Debtors' Assets  [Docket No. 88]

(10)    Order Signed on 9/20/2008 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 258]

(11)   Order Signed on 9/22/2008 Confirming Status of Citibank Clearing Advances [Docket No. 284]

(12)   Order Implementing Certain Notice and Case Management Procedures [Docket No. 285]

(13)   Order Extending the Stay Under Section 366 of the Bankruptcy Code Through October 16 [Docket No. 420]

(14)   So Ordered Stipulation and Agreed Order Signed on 10/1/2008 Between the Debtors and the Official Committee of Unsecured Creditors Regarding Creditor Access to Information [Docket No. 498]

(15)   Interim Order Signed on 10/3/2008 for an Order (A)(i) Authorizing the Debtor to Continue Its Workers' Compensation Programs and its Liability, Property, and Other Insurance Programs and (ii) Authorizing the Debtor to Pay All Prepetition Obligations in Respect Thereof and (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Scheduling a Final Hearing for 11/5/2008 at 10:00 AM in Courtroom 601  [Docket No. 649]

(16)   Order Signed on 10/16/2008 Granting the Debtors' Motion for Entry of an Order (i) Approving Equity Interests Purchase Agreement; (ii) Authorizing Debtors to Compromise, Settle, and Release Related Claims; and (iii) Granting Related Relief  [Docket No. 1086]

(17)   Interim Order Signed on 10/16/2008 Authorizing the Debtors to (a) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date [Docket No. 1087]

(18)   Order Signed on 10/16/2008 Directing Joint Administration of Chapter 11 Cases 08-13555, 08-13888, 08-13885, 08-13887, 08-13893, 08-13899, 08-13900, 08-13901, 08-13902, 08-13903, 08-13904, 08-13905, 08-13906, 08-13907, 08-13908 and 08-13664. All Entries Shall Be Made Under Lead Case Number 08-13555  [Docket No. 1090]

(19)   Interim Order Signed on 10/16/2008 Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorney for the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 1092]

(20)   Order Signed on 10/16/2008 Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to Recently Filed Cases  [Docket No. 1093]

(21) Order Signed on 10/16/2008 (i) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (ii) Resolving Objections by Utility Companies, and (iii) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service [Docket No. 1096]

(22) Order Signed on 10/16/2008 Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of a Screening Wall  [Docket No. 1099]

(23) Order signed on 10/16/2008 Authorizing the Employment and Retention of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors, Nunc Pro Tunc to the Date of Its Engagement  [Docket No. 1100]

(24) Order Signed on 10/17/2008 Granting Debtors' Motion Authorizing Entry of an Order Authorizing Lehman Brothers Holdings Inc. to (A) Enter into a Partnership Interests Purchase Agreement, (B) Compromise and Release a Portion of an Intercompany Loan, and (C) Assign the Remainder of Such Intercompany Loan to Purchasers [Docket No. 1126]

(25) Interim Order Signed on 10/20/2008 (A) Authorizing the Debtors to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code, and (c) Scheduling a Final Hearing for 11/5/2008 at 10:00 AM in Courtroom 601  [Docket No. 1138]

(26) Amended Order Signed on 10/20/2008 Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to Recently Filed Cases [Docket No. 1140]

(27) Order Signed on 10/22/2008 Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of a Screening Wall  [Docket No. 1170]

(28) Order Signed on 10/22/2008 Approving Specified Information Blocking Procedures and Permitting Trading of Claims Upon Establishment of a Screening Wall  [Docket No. 1171]

(29) Bridge Order Signed on 10/28/2008 Extending the Time to File the Debtor's Schedules, Statements of Financial Affairs, and Related Documents [Docket No. 1234]

(30)     Order Signed on 11/5/2008 Granting the Debtors' Motion for
         Authorization to Reject Contingent Management Agreement with WestLB
         AG [Docket No. 1385]

(31)     Order Signed on 11/5/2008 Approving Restrictions on Certain Transfers
         of Interests in the Debtors' Estates and Establishing Notification
         Procedures Relating Thereto [Docket 1386]

(32)     Order Signed on 11/5/2008 Granting the Application of the Debtors for
         Authorization to Employ, Nunc Pro Tunc, Mckee Nelson LLP as Special
         Tax Counsel [Docket No. 1387]

(33)     Order Signed on 11/5/2008 Establishing Procedures for Interim Monthly
         Compensation and Reimbursement of Expenses of Professionals [Docket
         No. 1388]

(34)     Order Signed on 11/5/2008 Approving Specified Information Blocking
         Procedures and Permitting Trading of Claims Against the Debtor Upon
         Establishment of A Screening Wall  [Docket No. 1389]

(35)     Order Signed on 11/5/2008 Authorizing the Debtors to Employ
         Professionals Utilized in the Ordinary Course of Business [Docket No.
         1394]

(36)     So Ordered Stipulation, Agreement and Order Signed on 11/5/2008
         Between the Debtors and Fir Tree Capital Opportunity Master Fund, L.P.
         Adjourning the Response and Joinder to the Motion of the Harbinger
         Funds for Leave to Conduct Rule 2004 Discovery of Lehman Brothers
         Holdings Inc.  [Docket No. 1395]

(37)     So Ordered Stipulation, Agreement and Order Signed on 11/5/2008
         Between the Debtors and the Harbinger Funds Adjourning the Hearing on
         the Motion of the Harbinger Funds for Leave to Conduct Rule 2004
         Discovery of Lehman Brothers Holdings Inc.  [Docket No. 1396]

(38)     Final Order Signed on 11/5/2008 Authorizing the Debtors to (A) (i)
         Continue Workers' Compensation Programs and its Liability, Property,
         and Other Insurance Programs, (ii) Pay All Prepetition Obligations in
         Respect Thereof and (B) Authorizing Financial Institutions to Honor and
         Process Checks and Transfers Related to Such Obligations [Docket No.
         1398]

(39)     Order Signed on 11/5/2008 Authorizing Lehman Brothers Holdings Inc. to
         Enter into an Amended Sale and Purchase Agreement  [Docket No. 1399]

(40)    Revised So Ordered Stipulation and Agreed Order Signed on 11/5/2008
Resolving Motion to Compel Lehman Commercial Paper Inc. To Assume
Or Reject Executory Contracts [Docket No. 1400]

(41)    So Ordered Stipulation and Consent Order Signed on 11/5/2008 (I)
Governing Interim Production of Documents and (II) Adjourning
Remainder of Motion of Official Committee of Unsecured Creditors of
Lehman Brothers Holdings, Inc., et al. for Leave to Conduct Discovery of
JPMorgan Chase Bank, N.A.  [Docket No. 1402]

(42)    Interim Order Signed on 11/5/2008 Authorizing Retention and
Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as
Special Counsel to the Official Committee of Unsecured Creditors of
Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17,
2008  [Docket No. 1403]

(41)    Interim Order Signed on 11/5/2008 Authorizing Retention And
Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel for
the Official Committee of Unsecured Creditors, Effective As Of
September 17, 2008.  [Docket No. 1404]

(42)    Interim Order Signed on 11/5/2008 Authorizing Employment And
Retention Of FTI Consulting Inc., As Financial Advisor to the Official
Committee of Unsecured Creditors, Effective As Of September 17, 2008
[Docket No. 1405]

(43)    Interim Order Signed on 11/5/2008 Authorizing Employment And
Retention Of FTI Consulting Inc., As Financial Advisor to the Official
Committee of Unsecured Creditors, Effective As Of September 17, 2008
[Docket No. 1405]

(44)    Interim Order Signed on 11/5/2008 Authorizing Employment And
Retention Of Houlihan Lokey Howard & Zukin Capital, Inc. As
Investment Banker for the Official Committee of Unsecured Creditors,
Effective As Of September 17, 2008  [Docket No. 1407]

(45)    Final Order Signed on 11/6/2008 (A) Authorizing the Debtors to (i)
Continue Using Existing Centralized Cash Management System, as
Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of
the Cash Management System, and (iii) Maintain Existing Bank Accounts
and Business Forms; and (B) Extending the Debtors' Time to Comply
with Section 345(b) of the Bankruptcy Code [Docket No. 1416]

(46)    So Ordered Stipulation, Agreement and Order Signed on 11/6/2008
Between Lehman Brothers Inc., the Debtors and Cargill Investment
Group, Ltd. Providing for Relief from the Automatic Stay for the

Exclusive Purpose of Terminating the Second Asset Management Agreement  [Docket No. 1417]

(47)    So Ordered Stipulation, Agreement and Order Signed on 11/6/2008 Between the Debtors and D.E. Shaw Adjourning the Joinder to the Motions for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others  [Docket No. 1422]

(48)    Order to Show Cause Signed on 11/14/2008 Fixing Hearing Date to Consider the Debtors' Motion for Authorization to Enter into a Transition Services Agreement with Lehman Europe  [Docket No. 1520]

(49)    Order Signed on 11/18/2008 Granting the Motion Filed by the Debtors for Authorization to Assume an Agreement to Sell Approximately 50 Acres of Undeveloped Land  [Docket No. 1586]

(50)    Amended Order Signed on 11/19/2008 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 1604]

(51)    Final Order Signed on 11/21/2008 Authorizing Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17, 2008 [Docket No. 1652]

(52)    Final Order Signed on 11/21/2008 Authorizing Retention And Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008 [Docket No. 1654]

(53)    Final Order Signed on 11/21/2008 Authorizing Employment And Retention Of FTI Consulting Inc., As Its Financial Advisor to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008 [Docket No. 1655]

(54)    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and Airlie Opportunity Master Fund, Ltd. Adjourning the Joinder of the Motion for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others  [Docket No. 1657]

(55)    Order Signed on 11/21/2008 Authorizing the Employment and Retention of Simpson, Thacher & Bartlett LLP as Special Counsel to the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 1658]

(54)    Final Order Signed on 11/21/2008 for Authorizing the Employment and Retention of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors, Nunc Pro Tunc to the Date of Its Engagement [Docket No. 1659]

(55)    Final Order Signed on 11/21/2008 Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorneys for the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 1660]

(56)    Order Signed on 11/21/2008 for Authorization to Enter into a Transition Services Agreement with Lehman Europe  [Docket No. 1661]

(57)    Order Signed on 11/21/2008 for Authorizing Implementation of the Retention and Recruitment Program [Docket No. 1662]

(58)    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and the Russell Funds Adjourning the Joinder to the Motions for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others  [Docket No. 1664]

(59)    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and Bank of America Adjourning the Joinder to the Motion of Harbinger for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others  [Docket No. 1665]

(60)    Order Signed on 11/21/2008 Further Extending the Time to File the Debtors' Schedules, Statements of Financial Affairs, and Related Documents [Docket No. 1667]

(61)    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and Green Tree Servicing LLC  [Docket No. 1668]

(62)    Order Signed on 12/3/2008 Authorizing Payment of Prepetition Art-Handler Claims  [Docket No. 2050]

(63)    Order Signed on 12/3/2008 Granting the Debtors' Motion for Authorization to Advance Certain Legal Costs to Former Employees [Docket No. 2052]

(64)    Bridge Order Signed on 12/3/2008 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings [ Docket No. 2053]

(65)    Order to Show Cause Signed on 12/8/2008 Fixing Hearing Date to Consider the Debtors' Motion for Entry of an Order (i) Authorizing Lehman Brothers Holdings Inc. to Enter into a Settlement Agreement with Certain French Affiliates Relating to Intercompany Claims, (ii) Authorizing Lehman Brothers Holdings Inc. to Vote Its Shares in French

Affiliate to Approve Sale of Substantially All of the Assets of and Voluntary Dissolution of Such Affiliate and (iii) Granting Certain Related Relief  [Docket No. 2092]

(66) So Ordered Stipulation, Agreement and Order Signed on 12/15/2008 Between Debtors and Guidance Enhanced Green Terrain Fund LLC [Docket No. 2218]

(67) So Ordered Stipulation and Order Signed on 12/15/2008 Regarding Certain Options  [Docket No. 2227]

(68) Order Signed on 12/16/2008 to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 2257]

(69) Order Signed on 12/16/2008 Approving the Assumption or Rejection of Open Trade Confirmations [Docket No. 2258]

(70) Order Signed on 12/17/2008 Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Investment Banker to the Debtors, Effective as of September 15, 2008 [Docket No. 2275]

(71) Order Signed on 12/17/2008 Authorizing the Employment and Retention of Bortstein Legal LLC as Special Counsel to the Debtors [Docket No. 2277]

(72) Final Order Signed on 12/17/2008 Authorizing the Debtors to (a) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date [Docket No. 2278]

(73) Order Signed on 12/17/2008 Authorizing Employment And Retention Of Houlihan Lokey Howard & Zukin Capital, Inc. As Investment Banker to the Official Committee of Unsecured Creditors As Of September 17, 2008 [Docket No. 2279]

(74) So Ordered Stipulation and Order Signed on 12/17/2008 Between the Debtors and Sumitomo Mitsui Banking Corporation Granting Adequate Protection  [Docket No. 2286]

(75) Order Signed on 12/17/2008 Granting Barclays' Motion for Certain Limited Relief from the Sale Order and the Sale Procedures Order [Docket No. 2289]

(76)    Order Signed on 12/17/2008 Authorizing the Debtors and Barclays Capital
        Inc. to File Under Seal Certain Schedules to the Purchase Agreement
        [Docket No. 2290]

(77)    Order Signed on 12/18/2008 Authorizing (i) the Assumption, Assignment,
        and Sale of Debtors Rights and Obligations Under a Certain Loan Facility
        Agreement, (ii) the Release of Certain Claims, and (iii) Related Relief
        [Docket No. 2305]

(78)    Order Signed on 12/18/2008 Enlarging the Time within Which to File
        Notices of Removal of Related Proceedings  [Docket No. 2306]

(79)    Order Signed on 12/18/2008 Authorizing the Debtors to Employ Natixis
        Capital Markets Inc. as Strategic Advisor  [Docket No. 2308]

(80)    Order Signed on 12/18/2008 Authorizing the Employment and Retention
        of McKenna Long & Aldridge LLP as Special Counsel to the Debtors,
        Nunc Pro Tunc to the Commencement Date  [Docket No. 2309]

(81)    Bridge Order, signed 12/19/2008, Extending the Time within Which
        Debtors Must Comply with Section 345(b) of the Bankruptcy Code
        [Docket No. 2328]

(82)    Order signed on 12/22/2008 Authorizing and Approving Debtors Sale of
        Purchased Assets and the Assumption and Assignment of Executory
        Contracts and Unexpired Leases in Connection with Sale of Lehman
        Brothers Investment Management Division  [Docket No. 2350]

(83)    Order signed on 12/23/2008 Pursuant to Sections 327(a) and 328(a) of the
        Bankruptcy Code and Rule 2014 Authorizing the Retention and
        Employment of Bloomer deVere Group Avia, Inc. as Debtors' Broker in
        Connection with the Sales of the Debtors' Aviation Assets Nunc Pro Tunc
        to the Commencement Date  [Docket No. 2358]

(83)    Amended Order signed on 12/23/2008 Pursuant to Sections 363 of the
        Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004
        Authorizing Lehman Brothers Holdings Inc. to Enter into an Amended
        Sale and Purchase Agreement  [Docket No. 2359]

(85)    Order signed on 12/23/2008 Pursuant to Section 365 of the Bankruptcy
        Code Approving the Assumption or Rejection of Open Trade
        Confirmations and Correcting Prior Orders  [Docket No. 2364]

(86)    Order signed on 12/23/2008 Granting LBHI's Motion, Pursuant to
        Sections 105(a) and 365 of the Bankruptcy Code and Bankruptcy Rules

6006 and 9014, for Authorization to Reject Prescription Drug Program Master Agreement with Medco  [Docket No. 2365]

(87)    Order signed on 12/23/2008 Granting LBHI's Motion Pursuant to Sections 105(a) and 365 of the Bankruptcy Code, for Authorization to Assume Administrative Services Agreement with Aetna  [Docket No. 2366]

(88)    Bridge Order signed on 12/31/2008 Extending The Time Within Which Debtors' Must Comply With Section 365(d)(4) of The Bankruptcy Code [Docket No. 2417]

(89)    Bridge Order signed on 12/31/2008 Extending The Time Within Which Debtors' May File Chapter 11 Plans and Solicit Acceptances Pursuant to Section 1121(d) of The Bankruptcy Code  [Docket No. 2418]

(90)    Bridge Order signed on 12/31/2008 Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 Extending The Time To File The Debtors' Schedules, Statement of Financial Affairs, and Related Documents  [Docket No. 2419]

(91)    Order signed on 1/15/2009 Granting Debtors' Application Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code to Retain and Emply Ernst & Young LLP as Auditors and Tax Services Provider Nunc Pro Tunc to the Commencement Date [Docket No. 2547]

(92)    Order signed on 1/15/2009 Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending The Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 2548]

(93)    Order signed on 1/15/2009 Granting Debtors' Motion Pursuant to Section 1121(d) of the Bankruptcy Code Requesting Extension of Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof  [Docket No. 2549]

(94)    Order signed on 1/15/2009 Extending the Time Within Which Debtors' Must Comply With Section 345(b) of the Bankruptcy Code [Docket No. 2551]

(95)    Order signed on 1/15/2009 Pursuant to Bankruptcy Rule 1007(c) Further Extending the Time to File the Debtors' Schedules, Statements of Financial Affairs, and Related Documents [Docket No. 2554]

(96)    Order signed on 1/15/2009 Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts  [Docket No. 2557]

(97)    Order signed on 1/16/2009 Pursuant to Sections 365 of the Bankruptcy
        Code Approving the Assumption or Rejection of Open Trade
        Confirmations [Docket No. 2564]

(98)    Order signed on 1/16/2009 Pursuant to Section 365 of the Bankruptcy
        Code Approving the Assumption or Rejection of The Second Group of
        Open Trade Confirmations  [2565]

(99)    Amended Stipulation and Order signed on 1/16/2009 Granting Adequate
        Protection  [Docket No. 2567]

(100)   Order signed on 1/16/2009 Directing Appointment of an Examiner
        Pursuant to Section 1104(c)(2) of the Bankruptcy Code [Docket No. 2569]

(101)   Stipulation and Agreed Order signed on 1/16/2009 Providing For Lehman
        Brothers Inc.'s Assumption and Assignment of Administrative Agency
        Agreements to Lehman Commercial Paper Inc. [Docket No. 2581]

(102)   Order signed on 1/20/2009 Approving Appointment of Examiner [Docket
        No. 2583]

(103)   Order signed on 1/20/2009 Denying Motion of The Bank Of New York
        Mellon Trust Company, N.A. For Examination of Documents by Lehman
        Brothers Holdings, Inc., Lehman Brothers, Inc., Lehman Brothers
        Commodity Services Inc. and Barclays Capital Inc. [Docket No. 2584]

(104)   Order signed on 1/21/2009 Granting LBHI's Motion, Pursuant to Sections
        105(a), 363(b)(1), and 365 of the Bankruptcy Code, for Authorization to
        (i) Assume a Subscription Agreement and Certain Other Agreements with
        Wilton Re Holdings Limited, (ii) Amend Said Subscription Agreement,
        and (iii) Fund the Capital Commitment Pursuant to Said Subscription
        Agreement  [Docket No. 2589]

(105)   Errata order signed on 1/21/2009 [Docket No. 2590]

(106)   Stipulation and Order Signed on 1/21/2009; with Evidentiary Hearing to
        be held on 2/26/2009 at 10:00 a.m. [Docket No. 2593]

(107)   Stipulation and Order signed on 1/22/2009 with Respect to Return of
        Funds of MKP Opportunity Master Fund, LTD. [Docket No. 2604]

(108)   Stipulation, Agreement and Order signed on 1/22/2009 (A) Resolving in
        Part The Motion of DNB NOR BANK ASA for Entry of (I) An Order
        Pursuant to 11 U.S.C. Sections 362(d) And Fed. Bankr. P. 4001 Granting

Relief From Automatic Stay To Effect Setoff or, In The Alternative, (II) An Order Pursuant to 11 U.S.C. Sections 361 and 506(a) Requiring The Debtors To Provide Adequate Protection and (B) Fixing A Schedule For Supplemental Briefing [Docket No. 2605]

(109)   Stipulation and Agreed Order signed on 1/23/2009 Resolving Motion of Corus Bank, N.A. for (I) Determination That The Automatic Stay Does Not Apply, or Alternatively, (II) Relief From The Automatic Stay [Docket No. 2606]

(110)   Stipulation, Agreement and Order signed on 1/28/2009 Resolving Motion of Jarden Corporation Under Bankruptcy Code Section 365(d) To Compel (I) Lehman Commercial Paper, Inc. To Resign As Administrative Agent and Swing Line Lender Under Credit Agreement and (II) Immediate Assumption or Rejection of Credit Agreement [Docket No. 2666]

(111)   Order signed on 1/28/2009 Approving Consensual Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 2667]

(112)   Order signed on 1/28/2009 Pursuant to Sections 105 and 363 of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 6004 and 9014, and Rules 6004-1, 9006-1 and 9014-1 of the Local Bankruptcy Rules for Approval of the Sale of Debtor's Interest in a Loan Secured by Property Located at 816 Congress Avenue in Austin, Texas [Docket No. 2674]

(113)   Stipulation and Agreed Order signed on 1/28/2009 Between The Certified Class in Austin V. Chisick, Lehman Commercial Paper, Inc., and The Trustee For the Sipa Liquidation of Lehman Brothers Inc. To Permit Limited Modification of the Automatic Stays  [2675]

(114)   Stipulation, Agreement and Order signed on 1/28/2009 Resolving Motion of Kapalua Bay, LLC to (I) Compel Immediate Assumption or Rejection of Construction Loan Agreement; and (II) Upon Rejection, To Grant Relief From The Automatic Stay [Docket 1195], and Motion of Central Pacific Bank, Deutsche Hypothekenbank (Actien-Gesellschaft), and Landesbank Baden-Wurttemberg Pursuant to Section 362 of the Bankruptcy Code For Relief From The Automatic Stay to Enforce Contractual Rights To Remove Lehman Brothers Holdings Inc. As Agent Under Loan Facility  [Docket No. 2676]

(115)   Order signed on 1/28/2009 Granting The Debtors' Motion Pursuant to Sections 105(a), 363(b) and 365(a) of The Bankruptcy Code and Bankruptcy Rules 6004 and 6006 For Authorization to (I) Assume, As Modified, Certain Loan Agreements, and (II) Consummate Related Loans

To Be Made By Lehman Commercial Paper Inc. And Other Lenders to Archstone  [Docket No. 2677]

(116)   Order signed on 1/28/2009 Authorizing The Debtors To Employ Kelly Wright As Art Consultant [Docket No. 2678]

(117)   Order signed on 1/28/2009 Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing The Employment and Retention of Reilly Pozner LLP as Special Counsel to Debtors, Nunc Pro Tunc to the Commencement Date  [Docket No. 2680]

(118)   Order signed on 1/28/2009 Pursuant to Sections 105(a), 363(b) and 365(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004 and 6006 Authorizing Lehman Brothers Holdings Inc. to Assume, as Modified, Certain Loan Documents Entered into with Jung Developments Inc., et. al. and to Consummate Certain Related Transactions  [Docket No. 2681]

(119)   Stipulation, Agreement, and Order signed on 1/28/2009 Between The Debtors and Anita Bryant Providing For Relief From The Automatic Stay For The Limited Purpose Of Permitting Anita Bryant To Continue The Action and Limit Any Recovery To The Insurance Proceeds [Docket No. 2687]

(120)   Order to Show Cause signed on 1/30/2009 and Notice Fixing Hearing Date To Consider Examiner's Motion Directing The Production Of Document and Authorizing The Examinations of The Debtors' Current And Former Officers, Directors and Employees, and Other Persons and Entities  [Docket No. 2696]

(121)   Order signed on 2/3/2009 In re: District Court Order in 08-Civ-10792 [Docket No. 2720]

(122)   Order signed on 2/11/2009 Authorizing The Examiner To Retain and Employ Jenner & Block LLP As His Counsel Nunc Pro Tunc as of January 19, 2009  [Docket No. 2803]

(123)   Order signed on 2/11/2009 Granting Examiners Motion Directing Production of Documents and Authorizing the Examinations of the Debtors Current and Former Officers, Directors and Employees, and Other Persons and Entities  [Docket No. 2804]

(124)   Order signed on 2/11/2009 Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations  [Docket No. 2818]

(125)   Order signed on 2/11/2009 Pursuant to Section 365 of the Bankruptcy
Code Granting The Debtors Second Motion For An Order Approving The
Assumption of Open Trade Confirmations  [Docket 2819]