WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON FEBRUARY 17, 2009 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.     UNCONTESTED MATTERS:**

1.   LBHI's Motion to Fund a Capital Contribution to Woodlands Commercial Bank **[Docket No. 2742]**

   Response Deadline:   February 13, 2009 at 5:00 p.m.

   Responses Received:  None.

   Related Documents:

   A.   Declaration of Alfredo R. Perez **[Docket No. 2743]**

   B.   Order to Show Cause **[Docket No. 2747]**

   C.   Supplement to LBHI's Motion **[Docket No. 2824]**

   Status:  This matter is going forward.

NY2:\1966438\02\165B@02!.DOC\58399.0003

2. LBHI's Motion to Increase the Capital Level of Lehman Brothers Bank, FSB through (i) the Settlement of Pending Disputes and (ii) a Direct Capital Contribution of up to $15 Million **[Docket No. 2800]**

Response Deadline:  February 13, 2009 at 5:00 p.m.

Responses Received:

A. Declaration of Alfredo R. Perez **[Docket No. 2801]**

B. Order to Show Cause **[Docket No. 2802]**

Related Documents:  None.

Status:  This matter is going forward.

Dated:  February 15, 2009
New York, New York

/s/ Alfredo R. Perez
Alfredo R. Perez

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession