WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,              :    **08-13555 (JMP)**
                                                          :
                   Debtors.                               :    **(Jointly Administered)**
                                                          :
-----------------------------------------------------------------------------x

### NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 17, 2009 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.  LBHI's Motion to Fund a Capital Contribution to Woodlands Commercial Bank **[Docket No. 2742]**

    Response Deadline:   February 13, 2009 at 5:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.   Declaration of Alfredo R. Perez **[Docket No. 2743]**

    B.   Order to Show Cause **[Docket No. 2747]**

    C.   Supplement to LBHI's Motion **[Docket No. 2824]**

  D. Statement of Creditors' Committee in Support of Motion **[Docket No. 2842]**

 Status: This matter is going forward.

2. LBHI's Motion to Increase the Capital Level of Lehman Brothers Bank, FSB through (i) the Settlement of Pending Disputes and (ii) a Direct Capital Contribution of up to $15 Million **[Docket No. 2800]**

 Response Deadline: February 13, 2009 at 5:00 p.m.

 Responses Received:

  A. Declaration of Alfredo R. Perez **[Docket No. 2801]**

  B. Order to Show Cause **[Docket No. 2802]**

  C. Statement of Creditors' Committee in Support of Motion **[Docket No. 2842]**

 Related Documents: None.

 Status: This matter is going forward.

Dated: February 16, 2009
   New York, New York

             /s/ Alfredo R. Perez
             Alfredo R. Perez

             WEIL, GOTSHAL & MANGES LLP
             767 Fifth Avenue
             New York, New York 10153
             Telephone: (212) 310-8000
             Facsimile: (212) 310-8007

             Attorneys for Debtors
             and Debtors in Possession