Hearing: April 7, 2009, 10:00 a.m. ET
Objection Deadline: March 31, 2009

CRAVATH, SWAINE & MOORE LLP
Richard Levin
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
(212) 474-3700 (facsimile)
rlevin@cravath.com
rtrust@cravath.com

Attorneys for BLT-39 LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
: 
In re                                                       :
:   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :
:   Case No. 08-13555 (JMP)
:
Debtors.                                                    :   (Jointly Administered)
:
-----------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION OF BLT 39 LLC FOR PARTIAL RECONSIDERATION OF ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS**

PLEASE TAKE NOTICE THAT the hearing on the "Motion of BLT 39 LLC For Partial Reconsideration Of Order Pursuant To Section 365 Of The Bankruptcy Code Approving The Assumption Or Rejection Of Open Trade Confirmations" (Docket No. 2396) is hereby adjourned to April 7, 2009, at 10:00 a.m. ET.

Dated: New York, New York
       February 17, 2009

**CRAVATH, SWAINE & MOORE LLP**

/s/ Richard Levin
Richard Levin
Robert H. Trust

[[NYCORP:3127048v1:3131B:02/17/09--03:22 p]]

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
rlevin@cravath.com
rtrust@cravath.com

Attorneys for BLT-39 LLC