UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                          :

In re                                                   :      Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)

                              Debtors.               :      (Jointly Administered)

----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF Carmita Alonso,

### ON BEHALF OF Fragomen, Del Rey, Bernsen & Loewy, LLP

STATE OF **New York**        )
                                       ) ss:
COUNTY OF **New York**    )

       Ms. Carmita Alonso, being duly sworn, upon her oath, deposes and says:

       1.       I am a Partner of Fragomen, Del Rey, Bernsen & Loewy, LLP, located at 7 Hanover Square, New York, NY 10004 (the "Firm").

       2.       Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide business immigration services to the Debtors, and the Firm has consented to provide such services.

       3.       The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

NY2:\1926908\02\15@T802!.DOC\58399.0003

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

      4.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

      5.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

      6.    The Debtors owe the Firm $0 for prepetition services.

      7.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
Carmita Alonso

Subscribed and sworn to before me
this 12th day of February, 2009

_____
Notary Public

RACHEL J. BEARDSLEY
Notary Public, State of New York
No. 02BE6172392
Qualified in New York County
Commission Expires August 6, 2011

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :
                        Debtors.                                 :   (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:   Jennifer Sapp
             Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Fragomen, Del Rey, Bernsen & Loewy, LLP

    7 Hanover Square

    New York, NY 10004

2. Date of retention: September 15, 2008

3. Type of services provided (accounting, legal, etc.):

<u>Legal (business immigration)</u>

4. Brief description of services to be provided:

   <u>Advise and assist on immigration issues, petitions and applications</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Transactional based on agreed fee schedule</u>

   (a) Average hourly rate (if applicable):

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

6. Prepetition claims against the Debtors held by the firm:

   <u>None of which we are currently aware</u>

   Amount of claim:

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: <u>Please see attachment</u>

   Status:

   Amount of Claim: $

   Date claim arose:

   Source of claim:

_____

_____

_____

8.    Stock of the Debtors currently held by the firm:

     None of which we are currently aware

     Kind of shares: _____

     No. of shares: _____

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

     Name:  Please see attachment

     Status: _____

     _____

     Kind of shares: _____

     No. of shares: _____

10.   Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

     N/A

_____

_____

_____

11.   Name of individual completing this form:

     Lauren B. Shy, Assistant General Counsel

**ATTACHMENT TO RETENTION QUESTIONNAIRE FOR:**

Fragomen, Del Rey, Bernsen & Loewy, LLP

**Question 7.**

We distributed a firmwide email on January 30, 2009, and received one response to date:

Name: Timothy Barker

Status:  Unknown (he is checking with broker)

Amount of Claim: $26,000

Date claim arose:  September 2008

Source of claim: Medium term notes

**Question 9.**

We distributed a firmwide email on January 30, 2009, and received one response to date:

Name: Stephen Nagy

Status: Unknown

Kind of shares:  LEH shares converted to LEHMQ following bankruptcy filing

No. of shares: 10