UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                          :
                                 Debtors.                :    (Jointly Administered)
                                                          :
                                                          :
-----------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF ADRIAN-CATALIN BULBOACA

## ON BEHALF OF BULBOACA & ASOCIATII SCA

ADRIAN-CATALIN BULBOACA declares and says:

  1. I am Managing Partner of BULBOACA & ASOCIATII SCA located at Millennium Business Center, 9TH Floor, at 2-4 Armand Calinescu street, district 2, Bucharest, Romania (the "Firm").

  2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, consisting of advice in relation to the Debtors' interests in various real estate projects in Romania, and the Firm has consented to provide such services.

  3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary



practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ zero for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: Bucharest, Romania  
17th February 2009

ADRIAN-CATALIN BULBOACA



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :
                                        Debtors.            :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

To:     Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York 10153
        Attn:  Jennifer Sapp
               Christopher Stauble

    1.  Name and address of firm:

        Bulboaca & Asociatii SCA

        Millennium Business Center, 9th floor, 2-4 Armand Calinescu Street,

        District 2, Bucharest, Romania

    2.  Date of retention: 23 December 2009

    3.  Type of services provided :

        Legal

    4.  Brief description of services to be provided:

        Advice in relation to the ventures held by the Debtors through which are

        developed real estate projects in Romania.

    5.  Arrangements for compensation (hourly, contingent, etc.)

        Hourly



10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    Not applicable

11. Name of individual completing this form:

    Adrian-Catalin Bulboaca, Managing Partner