WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
                                                :
-------------------------------------------------------------------x
```

**NOTICE OF FILING OF AGENCY TERMINATIONS**

On October 5, 2008, Lehman Commercial Paper Inc. ("LCPI"), as debtor and debtor in possession (the "Debtor" and, together with Lehman Brothers Holdings Inc. and its other affiliated debtors, the "Debtors") filed the Debtor's Motion Pursuant to Sections 105(a), 363(b), 363(c) and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 for Authority to (A) Continue to Utilize its Agency Bank Account, (B) Terminate Agency Relationships, and (C) Elevate Loan Participations [Docket No. 3 in Case No. 08-13900] (the "Motion").

On October 6, 2008, the Court entered the Order Pursuant to Sections 105(a), 363(b), 363(c), and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 Authorizing the Debtor to (A) Continue to Utilize its Agency Bank Account, (B)

Terminate Agency Relationships, and (C) Elevate Loan Participations [Docket No. 11 in Case No. 08-13900 ] (the "Order").

Pursuant to the Order, LCPI is required to file with the Court a notice of the transfer, assignment or resignation from any administrative agent position, which notice shall include the name of the specific entity to which the position is being transferred or assigned (the "Notice of Agency Terminations").

Accordingly, attached hereto as Exhibit A is LCPI's first Notice of Agency Terminations, which specifies, as of February 13, 2009, those administrative agent positions that the Debtor has terminated by transfer, assignment or resignation since the date of the Order and the specific entities to which such positions were transferred or assigned.

LCPI expects to file additional Notices of Agency Termination approximately every 60 days.

Dated: February 17, 2009
      New York, New York

                                              /s/ Jacqueline Marcus
                                              Jacqueline Marcus

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for Debtors
                                              and Debtors in Possession

# EXHIBIT A

## DEBTOR'S FIRST NOTICE
## OF AGENCY TERMINATIONS

| Borrower | Date | New Agent |
|---|---|---|
| Staples, Inc. | 10/17/08 | Barclays |
| Intrawest US Holdings Inc. | 10/23/08 | JPMorgan |
| Brookdale Senior Living | 10/24/08 | Bank of America |
| TC Group Investment Holdings, L.P. | 12/15/08 | Citibank |
| Bucyrus International Inc. | 12/19/08 | JPMorgan |
| Tronox Worldwide LLC | 1/9/09 | CSFB |
| Fairpoint Communications Inc. | 1/21/09 | Bank of America |
| Jarden Corporation | 1/29/09 | Deutsche Bank |
| NSG Holdings LLC | 1/29/09 | BNP Paribas |
| TPF II | 1/30/09 | Calyon New York Branch |
| MC Communications | 2/2/09 | Wilmington Trust FSB |