Alan E. Gamza, Esq. (AG-2014)
Andrew P. Lederman, Esq. (AL-4108)
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Attorneys for Deutsche Bank AG, New York Branch

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
In re:                                                                           )   Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,            )   Case No. 08-13555 (JMP)
*et al.*,                                                                       )
                                                                                    )   (Jointly Administered)
                                                                                    )
                                                            Debtors.    )
---------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF DEUTSCHE BANK AG, NEW YORK BRANCH TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Deutsche Bank AG, New York Branch ("DB"), by its undersigned counsel, hereby withdraws its Limited Objection to Debtors' Motion for an Order Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases at Docket No. 573 (the "Objection") in that, subsequent to the filing of the Objection, DB, the Debtors and the purchaser of the Debtors' assets were able to resolve the dispute that was the subject of the Objection.

Dated: New York, New York
            February 18, 2009

Moses & Singer, LLP
Attorneys for Deutsche Bank AG,
New York Branch

By:  ___/s/ Alan E. Gamza___
Alan E. Gamza, Esq. (AG-2014)
Andrew P. Lederman, Esq. (AL-4108)
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800

745231v1  070636.0593