# UNITED STATES BANKRUPCTY COURT

# FORT THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtor. | ) Honorable James M. Peck |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Libby Wong, a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Northern District of California, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent NBGI, Inc., a California corporation, a party in interest, in the above referenced case proceeding.

Mailing address: Pfeifer & Reynolds, LLP, 765 The City Drive, Suite 380, Orange, CA 92868 ;

E-mail address: lwong@pfeiferlaw.com; telephone number (714) 703-9300.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: 2/9/09

_____
Libby Wong, Esq.



Michael R. Pfeifer, SBN 072245
James P. Finerty, SBN 115611
Libby Wong, SBN 173824
PFEIFER & REYNOLDS, LLP
765 The City Drive South, Suite 380
Orange, CA 92868
Telephone:    (714) 703-9300
Facsimile:    (714) 703-9303
Emails:    mpfeifer@pfeiferlaw.com
   jfinerty@pfeiferlaw.com
   lwong@pfeiferlaw.com