Duncan E. Barber, #16768
Julie M. Williamson, # 12413
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO  80237
Phone:  720-488-0220
Fax:  720-488-7711

ATTORNEYS FOR IRONBRIDGE ASPEN COLLECTION, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*        :    Case No. 08-13555 (JMP)
                                                :
         Debtor.                                :    Jointly Administered
                                                :
---------------------------------------------------------------x

### ENTRY OF APPEARANCE, REQUEST FOR NOTICES
### AND RESERVATION OF RIGHTS

     PURSUANT TO Fed. R. Bankr. P. 9010, Ironbridge Aspen Collection, LLC ("Creditor"), by its undersigned counsel, Bieging Shapiro & Burrus LLP, hereby enters its appearance in this case and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

     Duncan E. Barber, Colo. Bar # 16768
     Julie M. Williamson, Colo. Bar # 12413
     Steven T. Mulligan, Colo. Bar # 19901
     Bieging Shapiro & Burrus LLP
     4582 South Ulster Street Parkway, Suite 1650
     Denver, Colorado  80237
     Telephone:  720/488-2002
     Fax:  720/488-7711
     E-mail: dbarber@bsblawyers.com
     E-mail: jwilliamson@bsblawyers.com
     E-mail: smulligan@bsblawyers.com

     PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or

00089979

conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect or seek to affect, in any way, any rights or interest of Creditors.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Creditor's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Creditor's rights to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Creditor's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these parties expressly reserve.

DATED this 18th day off February, 2009.

BIEGING SHAPIRO & BURRUS LLP

By: /s/ Duncan E. Barber
Duncan E. Barber, #16768
Julie M. Williamson, #12413
Steven T. Mulligan, #199101
4582 South Ulster St. Parkway, Suite 1650
Denver, CO 80237
Telephone: (720) 488-0220
Fax: (720) 488-7711
E-mail dbarber@bsblawyers.com
E-mail: jwilliamson@bsblawyers.com
E-mail: smulligan@bsblawyers.com

*Attorneys for Ironbridge Aspen Collection, LLC*

00089979

# CERTIFICATE OF MAILING

      The undersigned hereby certifies that on February 18, 2009, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS** was placed in the United States mail, first-class, postage prepaid and addressed to the following:

Andrew D. Velez-Rivera
Office of the U. S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Ian T. Lowitt, CFO
Lehman Brothers Holdings, Inc.
245 Seventh Avenue
New York, NY 10019

Lehman Brothers Holdings, Inc.
c/o Prentice Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y Waisman, Esq.
Weil Gotshal & Manages LLP
767 Fifth Avenue
New York, NY 10153

Susheel Kirpalani
James Treece
Quinn Emmanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Lindsee P. Grandfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Jeffrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

                                                /s/ Mary Anne Lenzi

00089979