UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered<br><br>**CERTIFICATE OF SERVICE** |

      KEITH S. KAPLAN hereby certifies the following under the penalties of perjury:

      I am over the age of 18 years, not a party to this action and reside at 670 Ramapo Rd., Teaneck, NJ 07666.

      In accordance with ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1015(c) AND 9007 IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES, signed on September 22, 2008 (the "Order") and the NOTICE OF FILING OF UPDATED MASTER SERVICE LIST, dated February 11, 2009 (the "Service List);

      On the 17th day of February, 2009, I served the

**MOTION OF BLT 39 LLC FOR PARTIAL RECONSIDERATION OF ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS and**

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION OF BLT 39 LLC FOR PARTIAL RECONSIDERATION OF ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS**

upon

    Honorable James M. Peck
    One Bowling Green
    Courtroom 601
    New York, New York 10004

    Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.
    Weil Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153

    Andy Velez-Rivera
    Paul Schwartzberg
    Brian Masumoto
    Linda Riffkin
    Tracy Hope Davis
    Office of the United States Trustee
    for the Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, New York 10004

    Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.
    Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza
    New York, New York 10005

    Lindsee P. Granfield, Esq.
    Lisa Schweiger, Esq.
    Cleary Gotlieb LLP
    One Liberty Plaza
    New York, NY 10006

    Robinson B. Lacy, Esq.
    Hydee R. Feldstein, Esq.
    Sullivan & Cromwell LLP
    125 Broad Street
    New York, NY 10004

by delivering true copies of the above-listed documents to a courier for FEDERAL EXPRESS, an overnight delivery service, for delivery the next day, to wit: Wednesday, February 18, 2009 as per the Order;

    On the 19th day of February, 2009 I served the above-listed documents upon counsel registered with the Court's CM/ECF system by delivering a copy of the Court's

Notice of Electronic Filing for the above-listed documents via electronic mail;

and upon counsel listed in the Service List, by depositing true copies of the above-listed documents in properly addressed, postage prepaid, FIRST CLASS MAIL wrappers in a depository under the exclusive care and custody of the United States Postal Service located within the State, City and County of New York.

    Dated, this 19th day of February, 2009, at New York, New York.

    ___/s Keith S. Kaplan___
    Keith S. Kaplan
    Law Clerk