UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                   Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                Case No. 08-13555 (JMP)

                                       Debtor.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF LIBBY WONG

UPON the motion of Libby Wong dated February 17, 2009 for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Libby Wong is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
            February 19, 2009

                                                            *s/ James M. Peck*
                                                    UNITED STATES BANKRUPTCY JUDGE