```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
In re                                :
                                     :    08 Civ. 11273 (JSR)
LEHMAN BROTHERS HOLDINGS, INC., et   :
al.                                  :         ORDER
                                     :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, see transcript, 2/19/09, this Court does not presently have jurisdiction over this bankruptcy appeal. The appeal is accordingly dismissed without prejudice.

    SO ORDERED.

Dated: New York, NY
       February 19, 2009

                                      JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-09