CARTER LEDYARD & MILBURN LLP
Aaron R. Cahn
2 Wall Street
New York, New York 10005
Tel: (212) 238-8629
Fax: (212) 732-3232
E-mail: cahn@clm.com

Attorneys for GFI Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re LEHMAN BROTHERS HOLDINGS, INC., et. al.

                Debtor.

Case No. 08-13555 (JMP)
(Jointly Administered)

-----------------------------------------------------------x

In re

LEHMAN BROTHERS INC.,

                Debtor.

Case No. 0801420 (JMP)
SIPA

-----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OBJECTION OF GFI GROUP, INC. TO THE CURE AMOUNTS SET FORTH IN NOTICE OF ASSUMPTION AND ASSIGNMENT OF CONTRACTS**

GFI Group, Inc., together with its subsidiaries and affiliates ("GFI") by its counsel, Carter Ledyard & Milburn LLP, hereby withdraws its objections, filed October 16, 2008 (SIPA Doc. No. 144), November 20, 2008 (SIPA Doc. No. 321, LBHI Doc. No. 1612) and December 1, 2008 (SIPA Doc. No. 363) to the cure amounts set forth in the

1167017.1
6385253.1

respective Notices of Assumption and Assignment of Contract(s) (the "Assumption Notices") heretofore filed by the above debtors.

Dated: New York, New York
      February 20, 2009

                              CARTER LEDYARD & MILBURN LLP

                              By:   /s/ Aaron R. Cahn
                                  Aaron R. Cahn

Attorneys for GFI Group, Inc.

2 Wall Street
New York, New York 10005
Tel:  (212) 238-8629
Fax: (212) 732-3232
E-mail: cahn@clm.com

1167017.1
6385253.1