PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Counsel for RCN New York Communications LLC
d/b/a RCN Metro Optical Networks

IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST**

   Francis J. Lawall, Esq. of Pepper Hamilton, LLP, hereby requests that he be removed from the electronic service list in the above-captioned bankruptcy cases.

   Email address to be removed: lawallf@pepperlaw.com

               /s/ Francis J. Lawall
               Francis J. Lawall (FL 0972)
               PEPPER HAMILTON LLP
               3000 Two Logan Square
               18th and Arch Streets
               Philadelphia, PA 19103-2799
               Telephone: (215) 981-4000

Dated: February 20, 2009      Counsel for RCN New York Communications LLC
                  d/b/a RCN Metro Optical Networks

#10590896 v1