PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Counsel for RCN New York Communications LLC
d/b/a RCN Metro Optical Networks

**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2009, copies of the Request To Be Removed From Electronic Service List were served upon the parties on the attached service list via first class mail, postage prepaid.

/s/ Francis J. Lawall
Francis J. Lawall (FL 0972)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000

Dated: February 20, 2009

Counsel for RCN New York Communications LLC
d/b/a RCN Metro Optical Networks

#10590896 v1

Lehman Brothers Holdings Inc., *et al.*
c/o Harvey R. Miller, Esquire
Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Jacqueline Marcus, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

Andrew D. Velez-Rivera
Office of the U. S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Official Committee of Unsecured Creditors
c/o Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

James W. Giddens
Trustee for SIPA Liquidation of Lehman Brothers, Inc
c/o Jeffrey S. Margolin, Esquire
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

#10590896 v1