UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                             Chapter 11

LEHMAN BROTEHRS HOLDINGS INC.,        Case No. 08-13555

                              Debtor.
--------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

S I R S:

      PLEASE TAKE NOTICE, that Humberto G. Merchand Lopez, a creditor herein ("Creditor"), hereby appears in the above-captioned case, by his attorney, Joseph L. Fox, Esq. As directed by Federal Rule of Bankruptcy Procedure 9010(b) the attorney's name, address, telephone number are as follows: Joseph L. Fox, Esq., 60 East 42nd Street, Suite 2231, New York, New York 10165 telephone number (212) 945-8300. The undersigned has been retained as attorneys for the Creditor and hereby requests that copies of all papers, including, but not limited to, all notices, (including those required by Bankruptcy Rule 2002), pleadings, motions, applications, lists, schedules, statements and all other matters arising herein or in any related adversary proceeding, be served on the undersigned at the address set forth below.

Dated: New York, New York
       February 20, 2009

                                              Joseph L. Fox, Esq.
                                              Attorneys for Humberto G. Merchand Lopez,
                                                      Creditor
                                               By: s/ Joseph L. Fox
                                                   Joseph L. Fox (JF2313)
                                                   60 East 42nd Street, Suite 2231
                                                   New York, New York 10165
                                                   (212) 949-8300

      To:    Weil Gotschal & Manges, LLP
                767 Fifth Avenue
                New York, New York 10153

                Milbank Tweed Hadley & McCloy LLP
                Counsel for Committee of Unsecured Creditors
                1 Chase Manhattan Plaza
                New York, NY 10005