WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    **08-13555 (JMP)**
:
Debtors.                                     :    **(Jointly Administered)**
:
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**ACCREDITED HOME LENDERS, INC. MOTION**
**FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION**
**362 OF THE BANKRUPTCY CODE WITH RESPECT TO REAL**
**PROPERTY LOCATED AT 52 RIDGE ROAD, LYMAN, SOUTH CAROLINA, 29365**

**PLEASE TAKE NOTICE** that the hearing on Accredited Home Lenders, Inc. motion, dated as of January 15, 2009 (the "Motion") [Docket No. 2558], for relief from the automatic stay under section 362 of title 11 of the United States Code with respect to real property located at 52 Ridge Road, Lyman, South Carolina, 29365, previously scheduled for February 25, 2009 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **March 11, 2009 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

NY2:\1969650\01\167S$01!.DOC\58399.0003

2

**PLEASE TAKE FURTHER NOTICE** that objections and responses, if any, to the Motion must be filed so as to be received no later than **March 4, 2009 at 4:00 p.m. (Prevailing Eastern Time).**

Dated: February 21, 2009
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession