**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
In re:                              : In Proceedings For A
                                      Reorganization Under
                                      Chapter 11
                                    : Case No: 08-13555-jmp

LEHMAN BROTHERS
HOLDINGS INC., ET AL.,              :
                  Debtor(s)
                                    :
------------------------------------X


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO
AN ORDER OF THE BANKRUPTCY COURT, DATED FEBRUARY 3, 2009
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.