SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Michael H. Torkin (MT-5511)

*Attorneys for DekaBank Deutsche Girozentrale*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
In re:                                              :    **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**          :    **Case No. 08 – 13555 (JMP)**
:
    Debtors.                                        :    **(Jointly Administered)**
:
:
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEKABANK
DEUTSCHE GIROZENTRALE'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY**

DekaBank Deutsche Girozentrale ("DekaBank") hereby withdraws, without prejudice to any other rights of DekaBank in these cases, its Motion of DekaBank Deutsche Girozentrale for Relief from the Automatic Stay, dated November 10, 2008 (Docket No. 1437) made pursuant to section 362(d) of title 11 of the United States Code.

Dated: New York, New York

February 23, 2009

                              SHEARMAN & STERLING LLP

                    By:   /s/ Michael H. Torkin
                           Michael H. Torkin
                           SHEARMAN & STERLING LLP
                           599 Lexington Avenue
                           New York, New York 10022
                           Telephone: (212) 848-4000

                           *Attorneys for DekaBank Deutsche Girozentrale*