WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
**In re**                                                       :   **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :   **08-13555 (JMP)**
                                                                :
                                  **Debtors.**                  :   **(Jointly Administered)**
                                                                :
                                                                :
----------------------------------------------------------------x


**NOTICE OF ADJOURNMENT OF DEBTORS' SECOND MOTION FOR AN ORDER**
**PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING**
**THE ASSUMPTION OF OPEN TRADE CONFIRMATIONS**

      **PLEASE TAKE NOTICE** that the hearing on relief requested in the Debtors'

Second Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the

Assumption of Open Trade Confirmations [Docket No. 2242] (the "Motion"), which was

scheduled for February 25, 2009, at 10:00 a.m., **has been adjourned to March 25, 2009 at**

**10:00 a.m.**, or as soon thereafter as counsel may be heard.  The hearing on the Motion will be

held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the

Motion may be further adjourned from time to time without further notice other than an

announcement at the hearing.

Dated:  February 23, 2009
        New York, New York

                                        /s/ Jacqueline Marcus
                                        Jacqueline Marcus

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession