Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO  80237
Phone:  720-488-0220
Fax:  720-488-7711

ATTORNEYS FOR IRONBRIDGE MOUNTAIN COTTAGES, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS OF JULIE M. WILLIAMSON**

**PLEASE TAKE NOTICE** that Julie M. Williams, of the firm Bieging Shapiro & Burrus LLP, hereby withdraws her appearance and demand for service of papers on behalf of Ironbridge Mountain Cottages, LLC in the above captioned cases.  Ms. Williamson requests the removal of her name from all service lists and further requests discontinuance of electronic notification with regard to these cases via the Court's ECF system to her email address, jwilliamson@bsblawyers.com.

**PLEASE TAKE FURTHER NOTICE** that Duncan E. Barber and Steven T. Mulligan of Bieging Shapiro & Burrus LLP, will continue to represent Ironbridge Mountain Cottages, LLC in the above-captioned proceedings and should remain on all service lists maintained therefore.

90229

DATED this 23rd day off February, 2009.

                        BIEGING SHAPIRO & BURRUS LLP

                        By:   /s/ Steven T. Mulligan
                            Duncan E. Barber, #16768
                            Steven T. Mulligan, #199101
                            4582 South Ulster St. Parkway, Suite 1650
                            Denver, CO  80237
                            Telephone:  (720) 488-0220
                            Fax:  (720) 488-7711
                            E-mail dbarber@bsblawyers.com
                            E-mail: smulligan@bsblawyers.com

                            *Attorneys for Ironbridge Mountain
                            Cottages, LLC*

90229

**CERTIFICATE OF MAILING**

  The undersigned hereby certifies that on February 23, 2009, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF JULIE M. WILLIAMSON** was placed in the United States mail, first-class, postage prepaid and addressed to the following:

Andrew D. Velez-Rivera
Office of the U. S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Ian T. Lowitt, CFO
Lehman Brothers Holdings, Inc.
245 Seventh Avenue
New York, NY 10019

Lehman Brothers Holdings, Inc.
c/o Prentice Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y Waisman, Esq.
Weil Gotshal & Manages LLP
767 Fifth Avenue
New York, NY 10153

Susheel Kirpalani
James Treece
Quinn Emmanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Lindsee P. Grandfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Jeffrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

               /s/ Mary Anne Lenzi

90229