Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO  80237
Phone:  720-488-0220
Fax:  720-488-7711

ATTORNEYS FOR IRONBRIDGE HOMES, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtor. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS OF JULIE M. WILLIAMSON**

**PLEASE TAKE NOTICE** that Julie M. Williams, of the firm Bieging Shapiro & Burrus LLP, hereby withdraws her appearance and demand for service of papers on behalf of Ironbridge Homes, LLC in the above captioned cases.  Ms. Williamson requests the removal of her name from all service lists and further requests discontinuance of electronic notification with regard to these cases via the Court's ECF system to her email address, jwilliamson@bsblawyers.com.

**PLEASE TAKE FURTHER NOTICE** that Duncan E. Barber and Steven T. Mulligan of Bieging Shapiro & Burrus LLP, will continue to represent Ironbridge Homes, LLC in the above-captioned proceedings and should remain on all service lists maintained therefore.

90228

DATED this 23rd day off February, 2009.

            BIEGING SHAPIRO & BURRUS LLP

         By: /s/ Steven T. Mulligan
           Duncan E. Barber, #16768
           Steven T. Mulligan, #199101
           4582 South Ulster St. Parkway, Suite 1650
           Denver, CO  80237
           Telephone:  (720) 488-0220
           Fax:  (720) 488-7711
           E-mail dbarber@bsblawyers.com
           E-mail: smulligan@bsblawyers.com

           *Attorneys for Ironbridge Homes, LLC*

90228

# CERTIFICATE OF MAILING

      The undersigned hereby certifies that on February 23, 2009, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF JULIE M. WILLIAMSON** was placed in the United States mail, first-class, postage prepaid and addressed to the following:

Andrew D. Velez-Rivera  
Office of the U. S. Trustee  
33 Whitehall Street, 21st Floor  
New York, NY 10004  

Ian T. Lowitt, CFO  
Lehman Brothers Holdings, Inc.  
245 Seventh Avenue  
New York, NY 10019  

Lehman Brothers Holdings, Inc.  
c/o Prentice Hall Corporation System, Inc.  
80 State Street  
Albany, NY 12207  

Richard P. Krasnow, Esq.  
Lori R. Fife, Esq.  
Shai Y Waisman, Esq.  
Weil Gotshal & Manages LLP  
767 Fifth Avenue  
New York, NY 10153  

Susheel Kirpalani  
James Treece  
Quinn Emmanuel Urquhart Oliver & Hedges  
51 Madison Avenue, 22nd Floor  
New York, NY 10010  

Lindsee P. Grandfield, Esq.  
Lisa Schweiger, Esq.  
Cleary Gotlieb Steen & Hamilton LLP  
One Liberty Plaza  
New York, NY 10006-  

Robinson B. Lacy, Esq.  
Hydee R. Feldstein, Esq.  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, NY 10004  

Jeffrey S. Margolin  
Hughes Hubbard & Reed LLP  
One Battery Park Plaza  
New York, NY 10004  

Epiq Bankruptcy Solutions, LLC  
Claims Agent  
(f/k/a Bankruptcy Services LLC)  
757 Third Avenue, 3rd Floor  
New York, NY 10017  

                                              /s/ Mary Anne Lenzi

90228