UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jerome L. Epstein, a member in good standing of the bar in the District of Columbia, the bar in the State of Maryland, and the bar of the U.S. District Court for the District of Columbia, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Anton R. Valukas, the duly appointed examiner, in the above-captioned Chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors.

Mailing address:   Jenner & Block LLP, 1099 New York Avenue NW, Suite 900, Washington D.C. 20001.

E-mail address:  jepstein@jenner.com; telephone number:  (202) 639-6000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: February 23, 2009
    Washington D.C.      By: */s/  Jerome L. Epstein*
                Jerome L. Epstein

                JENNER & BLOCK LLP
                1099 New York Avenue NW
                Suite 900
                Washington, D.C. 20001
                (202) 639-6000

                *Attorneys for Anton R. Valukas, Esq., Examiner*