**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------x

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEROME L. EPSTEIN

UPON the motion of Jerome L. Epstein, dated February 23, 2009, for admission *pro hac vice* in the above-referenced bankruptcy cases, it is hereby

**ORDERED**, that Jerome L. Epstein is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy cases proceeding in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____ ___, 2009
      New York, New York

                                                 UNITED STATES BANKRUPTCY JUDGE