**Presentment Date and Time: February 26, 2009 at 12:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline: February 26, 2009 at 11:30 a.m. (Prevailing Eastern Time)**

JENNER & BLOCK LLP
Patrick J. Trostle
919 Third Avenue
37th Floor
New York, New York 10022
(212) 891-1600

Jerome L. Epstein (*Pro Hac Vice* Application pending)
1099 New York Avenue NW
Suite 900
Washington, D.C. 20001
(202) 639-6000

Attorneys for Anton R. Valukas, Esq., Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                                 :    Case No. 08-13555 (JMP)
                                                                       :
                    Debtors.                                           :    (Jointly Administered)
-----------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER**
**BETWEEN THE EXAMINER AND JPMORGAN CHASE BANK, N.A.**

PLEASE TAKE NOTICE that the undersigned will present the attached Stipulation and

Order Between the Examiner and JPMorgan Chase Bank, N.A. to the Honorable James M. Peck,

United States Bankruptcy Judge, for signature on February 26, 2009, at 12:00 p.m.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed Stipulation and Order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m. on February 26, 2009. Unless objections are received by that time, the proposed Stipulation and Order may be signed.

Dated: February 23, 2009
New York, New York

                          Respectfully submitted,

                          By: */s/ Patrick J. Trostle*
                              Patrick J. Trostle
                              Jerome L. Epstein

                          JENNER & BLOCK LLP
                          Patrick J. Trostle
                          919 Third Avenue
                          37th Floor
                          New York, New York 10022
                          (212) 891-1600

                          Jerome L. Epstein (*Pro Hac Vice* Application pending)
                          1099 New York Avenue NW
                          Suite 900
                          Washington, D.C. 20001
                          (202) 639-6000

                          Attorneys for Anton R. Valukas, Esq., Examiner