Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
|  |  |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., et al., | No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
-------------------------------------------------------------------- x

## MOTION PURSUANT TO LOCAL BANKRUPTCY
## RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE*

Dennis C. O'Donnell, Esq. ("Movant"), a member in good standing of the Bar of

the State of New York, an attorney admitted to practice before the United States Bankruptcy

Court for the Southern District of New York and Of Counsel with Milbank, Tweed, Hadley &

M<sup>c</sup>Cloy LLP ("Milbank"), hereby submits this motion (the "Motion") for an order permitting

Paul S. Aronzon, Esq. ("Admittee") to practice *pro hac vice* before the United States Bankruptcy

Court for the Southern District of New York to appear and represent the Official Committee of

Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Lehman Brothers

Holdings Inc. and its affiliated debtors in possession, under Rule 2090-1(b) of the Local

Bankruptcy Rules for the Southern District of New York (the "Local Rules").  In support of the

Motion, Movant respectfully represents as follows:

1.      Admittee is a partner at Milbank.  Admittee is admitted to practice and in

good standing in the Bars of the States of California and New York, the District of Arizona, the

Central, Eastern, Northern and Southern Districts of California and the District of Columbia.

2.      Pursuant to the annexed certification, Admittee submits to the disciplinary

jurisdiction of this Court for any alleged misconduct, which occurs in the course of these chapter

11 cases.  In addition, Admittee has access to, or has acquired, a copy of the Local Rules and is

generally familiar with such rules.

3.      Admittee agrees to pay a fee of $25.00 on entry of an order granting

admission to practice *pro hac vice*.

4.      Admittee's office and e-mail addresses, and telephone and fax numbers

are as follows:

Paul S. Aronzon, Esq.
MILBANK, TWEED, HADLEY & M$^{c}$CLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000
Facsimile:  (213) 629-5063
paronzon@milbank.com

*[Remainder of page intentionally left blank.]*

**WHEREFORE**, Movant respectfully requests that this Court enter an order

permitting Admittee to appear *pro hac vice* in association with Movant as counsel for the

Committee in these jointly administered chapter 11 cases.

Dated: New York, New York
        February 23, 2009

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Dennis C. O'Donnell
Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

3

## CERTIFICATION

The undersigned certifies that he is eligible for admission *pro hac vice* to

this Court, is admitted to practice and in good standing in the Bars of the States of

California and New York, the District of Arizona, the Central, Eastern, Northern and

Southern Districts of California and the District of Columbia, submits to the disciplinary

jurisdiction of the Court for any alleged misconduct, which occurs in the course of these

chapter 11 cases and has access to, or has acquired, a copy of the Local Bankruptcy Rules

for the Southern District of New York, and is generally familiar with such rules.


Dated: New York, New York
         February 23, 2009


**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**


By: /s/ Paul S. Aronzon
        Paul S. Aronzon, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                    :
In re:                                              :        Chapter 11 Case
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :        No. 08-13555 (JMP)
                                                    :
              Debtors.                              :        (Jointly Administered)
                                                    :
------------------------------------------------------------------ x

### ORDER GRANTING MOTION PURSUANT TO LOCAL
### BANKRUPTCY RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE*

Upon the motion, dated February 23, 2009 (the "Motion")[1] of Dennis C.

O'Donnell, Esq., for an order permitting Paul S. Aronzon, Esq. ("Admittee") to practice *pro hac*

*vice* before the United States Bankruptcy Court for the Southern District of New York to appear

and represent the Official Committee of Unsecured Creditors (the "Committee") appointed in the

chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors in possession, under

Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York, as more

fully set forth in the Motion; and it appearing that Admittee is admitted to practice and in good

standing in the Bars of the States of California and New York, the District of Arizona, the

Central, Eastern, Northern and Southern Districts of California and the District of Columbia, and

submits to the disciplinary jurisdiction of the Court for any alleged misconduct that occurs in the

course of these chapter 11 cases; and the Court having determined that the legal and factual bases

set forth in the Motion establish just cause for the relief granted herein; and upon the proceedings

had before the Court and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is granted; and it is further

---

[1]    Capitalized terms used but not defined herein shall have the meaning given them in the Motion.

       **ORDERED** that Paul S. Aronzon, Esq., is admitted to practice

*pro hac vice* in the above-captioned jointly administered chapter 11 cases in the United States

Bankruptcy Court for the Southern District of New York, subject to payment of the $25.00 filing

fee.


Dated: New York, New York

        _____, 2009




          _____

          UNITED STATES BANKRUPTCY JUDGE