# UNITED STATES BANKRUPTCY COURT
## NEW YORK SOUTHERN DISTRICT, NEW YORK DIVISION

| | |
|---|---|
| IN RE: LEHMAN BROTHERS HOLDINGS INC<br>Tc Ref No.: 0564290 , 0221966 & 672494<br>Bk No.: 0800430 | Case Number: 08-13555-JMP<br>Chapter: 11<br>**REQUEST FOR PAYMENT OF EXPENSES OF ADMINISTRATION**<br>Estimate 2009-2010 Tax Year |

1. The undersigned makes this claim in the above-entitled bankruptcy as a priority tax claim for expenses of administration under 11 U.S.C., 503(b)(1)(B)(I), and 503(b)(1)(C) in the sum of **$ 14,217.08** . As of, _____ per month will accrue and continue to attach to the claim until paid in full.  Government Code Section 43001.

    Itemization of penalties and fees are attached.

2. This claim is for taxes due under the Revenue and Taxation code of the State of California Sections 2191.3, 2191.4 & 2193.

3. The amount of all payments, if any, on this claim has been credited and deducted for the purpose of making this proof of claim.

---

☒    Interest attaches pursuant to California Revenue and Taxation Code Sections 2704, 2705, 2706, 4103, 4103(b) or 2922.

☒    The amount of the claim may be subject to amendment after mandatory audit by the County Assessor pursuant to California Revenue & Taxation Code, Section 469.

---

Executed under penalty of perjury at Orange County, California, February 18, 2009,

Orange County Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438
714/834-3411 FAX: 714/834-6229

Chriss W. Street

*R-D-Butani* (signature)

By: <u>Ratna D Butani</u>  ,
    Deputy



FEB 2 4 2009

## Post-Petition Priority Tax Liability

| DEBTOR: | Lehman Brothers Holdings Inc. | | PETITION DATE: | 9/15/2008 |
|---|---|---|---|---|
| CASE NO.: | 08-13555 JMP | | | |
| CHAPTER: | 11 | | BANKRUPTCY NO.: | 0800430 |

| YEAR | PROPERTY TYPE ASSESSMENT NO. | NET VALUE | TOTAL BASE TAX | Basic 10% PENALTY | ADDL. PENALTY | INTEREST | FEES | AMOUNT PAID | CLAIM TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2009 Est. | BUSINESS ASSESSMENTS 08 476790 | 108,000 | $1,470.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,470.04 |
| 2009 Est | BUSINESS ASSESSMENTS 08 476789 | 866,608 | $12,172.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,172.24 |
| 2009 Est | COS PENALTY 08 543678 | | $574.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $574.80 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTALS:** | | $974,608 | $14,217.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,217.08 |

Note: This Claim is subject to amendment or modification in the event of an audit assessment, if the debtor has failed to file a Business Property Statement, or if the debtor has acquisitions or dispositions of assets subject to assessment.
I certify the above to be a true and correct copy of the original entry of the unsecured property tax roll.
ORANGE COUNTY TAX COLLECTOR

By  *R. D. Butani*   2/17/2009
Ratna D Butani
Deputy Tax Collector



PROOF OF SERVICE BY MAIL

(CCP SEC. 1013A, 2015.5)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orange County Treasurer-Tax Collector, 12 Civic Center Plaza, Room G40 Santa Ana, CA 92702.

DOCUMENT(S) SERVED:    Proof of Claim

On February 17, 2009 I served the documents named above on the parties in this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with this office's practice for collecting and processing correspondence for mailing, said practice for collecting and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this February 17, 2009

at Santa Ana, California by

Roselyn Prasad
Deputy Tax Collector

NAME AND ADDRESS OF PERSON(S) SERVED:

*Attorney for the Debtor*
**Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*Claims Agent*
**Epiq Bankruptcy Solutions, LLC Claims Agent**
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

-1-