WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| **Debtor.** | : | |
| | : | |

------------------------------------------------------------------------------x

## NOTICE OF **AMENDED** AGENDA OF MATTERS
## **SCHEDULED FOR HEARING ON FEBRUARY 25, 2009 AT 10:00 A.M.**

Location of Hearing:     United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.     UNCONTESTED MATTERS:

1.     Application of the Examiner for Order Authorizing the Retention and Employment of Duff & Phelps, LLC as His Financial Advisors *Nunc Pro Tunc* as of February 6, 2009 **[Docket No. 2825]**

Response Deadline:     February 20, 2009 at 4:00 p.m.

Responses Received:  None.

Related Filings:

A.     Order to Show Cause **[Docket No. 2828]**

Status:  This matter is going forward.

## II.     ADJOURNED MATTERS:

## A.     **Lehman Brothers Holdings Inc.:**

2.     TPG-Austin Portfolio Holdings LLC's Motion to Compel Immediate Assumption or Rejection of Credit Agreement **[Docket No. 1514]**

Response Deadline:     November 28, 2008 at 4:00 p.m.

Responses Received:

A.     Debtors' Objection **[Docket No. 2162]**

Related Documents:

B.     Reply of TPG-Austin Portfolio Holdings LLC **[Docket No. 2215]**

Status:  This matter has been adjourned to March 11, 2009.

3.     Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

Response Deadline:     November 28, 2008 at 4:00 p.m.

Responses Received:  None.

Status:  This matter has been adjourned to March 11, 2009.

4.    Motion of Mapco Express, Inc. and Delek US Holdings, Inc. for Relief from the Automatic Stay **[Docket No. 1663]**

Response Deadline:    March 6, 2009 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to March 11, 2009.

5.    Motion for Leave to Conduct Discovery of Piper Jaffray & Co. **[Docket No. 2311]**

Response Deadline:    March 20, 2009 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to March 25, 2009.

6.    Motion of GE Corporate Financial Services, Inc. for Relief from the Automatic Stay **[Docket No. 2385]**

Response Deadline:    March 20, 2009.

Responses Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to March 25, 2009.

7.    Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim **[Docket No. 1205]**

Response Deadline:    March 6, 2009 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to March 11, 2009.

8.    Motion of BLT 39 LLC for Partial Reconsideration of Order Approving the
       Assumption of Rejection of Open Trade Confirmations **[Docket No. 2396]**

       Response Deadline:    March 20, 2009.

       Responses Received:  None.

       Related Documents:   None.

       Status:  This matter has been adjourned to March 25, 2009.

9.    Motion of the Tobacco Settlement Authority for an Order Compelling Lehman
       Brothers Special Financing Inc. to Assume or Reject an Executory Contract
       **[Docket No. 2546]**

       Response Deadline:    March 6, 2009 at 5:00 p.m.

       Responses Received:  None.

       Related Documents:   None.

       Status:  This matter has been adjourned to March 11, 2009.

10.   Debtors' Second Motion Approving the Assumption of Open Trade Confirmations
       **[Docket No. 2242]**

       Response Deadline:    March 6, 2009.

       Responses Received:

              A.    Objection of GE Corporate Financial Services, Inc., as Loan Servicer
                     for Fusion Funding Limited **[Docket No. 2383]**

       Status:  This matter has been adjourned to March 25, 2009.

11.   Motion of Accredited Home Lenders, Inc. for Relief from the Automatic Stay
       **[Docket No. 2558]**

       Responses Received:  March 4, 2009.

       Related Documents:   None.

       Status:  This matter has been adjourned to March 11, 2009.

12.     Debtors' Motion to Grant First Priority Liens in Cash Collateral Posted in Connection with the Hedging Transactions **[Docket No. 2682]**

        <u>Response Deadline</u>:    February 20, 2009 at 4:00 p.m.

        <u>Responses Received</u>:

        A.     Limited Objection of Bank of China **[Docket No. 2744]**

        B.     Objection of Elliot Associates, et al. **[Docket No. 2745]** (as corrected **[Docket No. 2759]**)

        C.     Objection of The Walt Disney Company **[Docket No. 2746**

        D.     Limited Objection of Newport Global **[Docket No. 2756]**

        <u>Related Documents</u>:

        E.     Statement of Official Committee of Unsecured Creditors in Response **[Docket No. 2779]**

        F.     Debtors' Omnibus Reply **[Docket No. TBD]**

        <u>Status</u>:  This matter has been adjourned to March 11, 2009.

13.     Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

        <u>Response Deadline</u>:    October 13, 2008 at 4:00 p.m.

        <u>Responses Received</u>:

        A.     Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

        B.     Statement of the Informal Noteholder Group **[Docket No. 887]**

        <u>Related Documents</u>:

        C.     Stipulation and Consent Order **[Docket No. 1402]**

        <u>Status</u>:  This matter has been adjourned to March 11, 2009.

14.    Motion of Parsec Trading Corp. for Relief from Automatic Stay **[Docket No. 2152]**

Response Deadline:    February 20, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter will be adjourned sine die.

**B.    Adversary Proceedings:**

15.    Royal Bank of America v. Lehman Brothers Special Financing, Inc.
**[Case No. 08-01640]**

Pre-Trial Conference

Answer Deadline:    November 24, 2008.

Status:  This matter has been adjourned to March 11, 2009.

16.    Royal Bank of America's Motion Permitting Expedited Discovery
**[Case No. 08-01640, Docket No. 5]**

Response Deadline:    November 13, 2008.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to March 11, 2009.

17.    Kelly v. Lehman Brothers OTC Derivatives Inc., et al. **[Case No. 08-01621]**

Pre-Trial Conference

Answer Deadline:    February 20, 2009.

Status:  This matter has been adjourned to March 11, 2009.

18.    Berenshteyn v. LBHI **[Case No. 08-01654]**

Pre-Trial Conference

Answer Deadline:    February 5, 2009.

Status:  This matter has been adjourned to March 25, 2009.

19.    Aliant Bank v. Lehman Brothers Special Financing, Inc. **[Case No. 08-01751]**

Pre-Trial Conference

<u>Answer Deadline</u>:      January 5, 2009.

<u>Status</u>:  This matter has been adjourned to March 25, 2009.

20.    Plaintiff's Motion to Deposit Funds into Court Registry of Massachusetts Water
Resources Authority / Massachusetts Water Resources Authority v. Lehman Brothers
Derivative Products Inc. **[Case No. 08-01756, Docket No. 2]**

<u>Response Deadline</u>:    March 9, 2009 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Status</u>:  This matter has been adjourned to March 11, 2009.

**C.    Lehman Brothers Inc.:**

21.    Notice of Motion of Markit Group Limited for Relief from Automatic Stay to
Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

<u>Response Deadline</u>:    March 16, 2008 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Related Filings</u>

A.    Notice of Adjournment **[Docket No. 409]**

B.    Notice of Adjournment **[Docket No. 488]**

C.    Notice of Adjournment **[Docket No. 574]**

D.    Notice of Adjournment **[Docket No. 708]**

<u>Status</u>:  This matter has been adjourned to March 25, 2009.

22.    Notice of Hearing Regarding Motion of Carret P.T., L.P. #2 and Evansville Insurance
Ltd. for Leave to Conduct Rule 2004 of Lehman Brothers Inc., Barclays Capital Inc.
and SIPA Trustee **[Docket No. 655]**

<u>Response Deadline</u>:    March 20, 2009 at 4:00 p.m.

<u>Related Filings</u>:

A.    Notice of Adjournment **[Docket No. 713]**

Responses Received:  None.

Status:  This matter has been adjourned to March 25, 2009.

23.     Second Motion of DCP Parties for Leave to Conduct Rule of 2004 Discovery.
        **[Docket No. 479]**

        Response Deadline:     March 6, 2009 at 4:00 p.m.

        Responses Received:

        A.      Objection of Barclays Capital Inc. to Motion of the DCP Parties for Leave to
                Conduct Rule 2004 Discovery **[Docket No. 518]**

        Related Filings:

        B.      Declaration of Michael A. Morris in Support of Second Motion of DCP
                Parties for Leave to Conduct Rule 2004 Discovery **[Docket No. 480]**

        C.      Notice of Adjournment [Docket No. 524]

        D.      Notice of Adjournment [Docket No. 592]

        E.      Notice of Adjournment [Docket No. 656]

        F.      Notice of Adjournment [Docket No. 720]

        Status:  This matter has been adjourned to March 11, 2009.

24.     Notice of Hearing Regarding Motion of Newport Global Opportunities Fund LP,
        Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence
        TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of
        Lehman Brothers Inc. and SIPA Trustee **[Docket No. 123]**

        Response Deadline:     March 6, 2008 at 4:00 p.m.

        Responses Received:  None.

        Related Filings:

        A.      Notice of Adjournment **[Docket No. 215]**

        B.      Notice of Adjournment **[Docket No. 312]**

        C.      Notice of Adjournment **[Docket No. 364]**

        D.      Notice of Adjournment **[Docket No. 429]**

        E.      Notice of Adjournment **[Docket No. 529]**

F.       Notice of Adjournment **[Docket No. 601]**

G.       Notice of Adjournment **[Docket No. 665]**

Status:  This matter has been adjourned to March 11, 2009.

## III.    <u>WITHDRAWN MATTERS</u>:

**A.    Lehman Brothers Holdings Inc.:**

25.      Motion of DekaBank Deutsche Girozentrale for Relief from the Automatic Stay
**[Docket No. 1437]**

Response Deadline:    February 6, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been withdrawn.

Dated:  February 24, 2009
       New York, New York

                /s/ Shai Y. Waisman
                Harvey R. Miller
                Shai Y. Waisman

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

Dated:  February 24, 2009
       New York, New York

                /s/ Jeffrey S. Margolin
                James B. Kobak, Jr.
                David W. Wiltenburg
                Jeffrey S. Margolin

                HUGHES HUBBARD & REED LLP
                One Battery Park Plaza
                New York, New York 10004
                Telephone: (212) 837-6000
                Facsimile: (212) 422-4726

                Attorneys for James W. Giddens, Trustee for
                the SIPA Liquidation of Lehman Brothers Inc.