**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
: 
In re                                                      :        **Chapter 11 Case No.**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                           :
        **Debtors.**                                       :        **(Jointly Administered)**
                                                           :
                                                           :
---------------------------------------------------------------x
                                                           :
In re                                                      :        **Chapter 11 Case No.**
                                                           :
**STRUCTURED ASSET SECURITIES**           :        **09 - 10558 (JMP)**
**CORPORATION,**                                    :
                                                           :
        **Debtor.**                                        :
                                                           :
---------------------------------------------------------------x
                                                           :
In re                                                      :        **Chapter 11 Case No.**
                                                           :
**LB ROSE RANCH LLC,**                            :        **09 - 10560 (JMP)**
                                                           :
                                                           :
        **Debtor.**                                        :
                                                           :
---------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY**
**CODE DIRECTING THAT CERTAIN ORDERS AND OTHER**
**PLEADINGS ENTERED OR FILED IN THE CHAPTER 11 CASES OF**
**AFFILIATED DEBTORS BE MADE APPLICABLE TO STRUCTURED**
<u>**ASSET SECURITIES CORPORATION AND LB ROSE RANCH LLC**</u>

        Upon the motion, dated February 13, 2009 (the "<u>Motion</u>"), jointly filed by the

above referenced debtors, as debtors in possession, seeking an order that certain orders

and other pleadings entered or filed in these chapter 11 cases (Case No. 08-13555) be

made applicable to Structured Asset Securities Corporation (Case No. 09-10558 (JMP)),

and LB Rose Ranch LLC (Case No. 09-10560 (JMP)) (collectively the "<u>Additional</u>

Debtors"), all as more fully set forth in the Motion; and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157

and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York Any and All Proceedings Under Title 11, dated July 10, 1984

(Ward, Acting C.J.); and consideration of the Motion and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Motion having been provided in accordance with the procedures set forth in the order

entered September 22, 2008 governing case management and administrative procedures

[Docket No. 285] to (i) the United States Trustee for the Southern District of New York;

(ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities

and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; and (vi) all parties who have requested

notice in these chapter 11 cases, and it appearing that no other or further notice need be

provided; the Court finds and determines, after due deliberation, that the relief sought in

the Motion is in the best interests of the Debtors, their estates, and all parties in interest

therein and that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the orders set forth on Exhibit A annexed hereto from the jointly

administered chapter 11 cases (Case No. 08-13555 (JMP)) are hereby made applicable to

the Additional Debtors nunc pro tunc to the date of commencement of their chapter 11

cases, as if the Additional Debtors were debtors referred to in said orders; and it is further

ORDERED that the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the

Local Bankruptcy Rules for the Southern District of New York in Support of First-Day

Motions and Applications [Docket No. 2] and the Declaration of David Coles Pursuant to

Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York

[Docket No. 1325] are hereby made applicable to the Additional Debtors as if the

Additional Debtors were debtors referred to in said affidavits; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation of this Order.


Dated: February 18, 2009
       New York, New York


                           */s/ James M. Peck*_____
                           UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**
**Preexisting Orders**

(1)    Order Signed on 9/16/2008 Confirming Status of Clearing Advances [Docket No. 47]

(2)    Order Enforcing the Protections of Section 362 of the Bankruptcy Code [Docket No. 48]

(3)    Order Extending the Time to Comply with the Requirements of Local Bankruptcy Rule 1007-2(a) and 1007-2(b) [Docket No. 49]

(4)    Order (i) Authorizing the Employment of Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtor and (ii) Appointing Epiq Bankruptcy Solutions, LLC as Agent of the Bankruptcy Court [Docket No. 50]

(5)    Order (i) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs; and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders Through and Including November 14, 2008 [Docket No. 52]

(6)    Order Waiving the Requirement to File a List of Creditors; and (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case [Docket No. 53]

(7)    Order Directing Joint Administration for Case Number 08-13555 (Lehman Brothers Holdings Inc.) and Case Number 08-13600 (LB 745 LLC) [Docket No. 86]

(8)    Order Signed on 9/17/2008 Directing that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC  [Docket No. 87]

(9)    Order Signed on 9/17/2008 (I) Approving the Break-Fee and Expense Reimbursement, (II) Certain Matters Relating to Competing Bids, If Any, (III) Approving the Form and Manner of Sale Notices and (IV) Setting the Sale Hearing Date in Connection with the Sale of Certain of the Debtors' Assets  [Docket No. 88]

(10)    Order Signed on 9/20/2008 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 258]

(11)    Order Signed on 9/22/2008 Confirming Status of Citibank Clearing Advances [Docket No. 284]

(12)    Order Implementing Certain Notice and Case Management Procedures [Docket No. 285]

(13)    Order Extending the Stay Under Section 366 of the Bankruptcy Code Through October 16 [Docket No. 420]

(14)    So Ordered Stipulation and Agreed Order Signed on 10/1/2008 Between the Debtors and the Official Committee of Unsecured Creditors Regarding Creditor Access to Information [Docket No. 498]

(15)    Interim Order Signed on 10/3/2008 for an Order (A)(i) Authorizing the Debtor to Continue Its Workers' Compensation Programs and its Liability, Property, and Other Insurance Programs and (ii) Authorizing the Debtor to Pay All Prepetition Obligations in Respect Thereof and (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Scheduling a Final Hearing for 11/5/2008 at 10:00 AM in Courtroom 601  [Docket No. 649]

(16)    Order Signed on 10/16/2008 Granting the Debtors' Motion for Entry of an Order (i) Approving Equity Interests Purchase Agreement; (ii) Authorizing Debtors to Compromise, Settle, and Release Related Claims; and (iii) Granting Related Relief  [Docket No. 1086]

(17)    Interim Order Signed on 10/16/2008 Authorizing the Debtors to (a) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date [Docket No. 1087]

(18)    Order Signed on 10/16/2008 Directing Joint Administration of Chapter 11 Cases 08-13555, 08-13888, 08-13885, 08-13887, 08-13893, 08-13899, 08-13900, 08-13901, 08-13902, 08-13903, 08-13904, 08-13905, 08-13906, 08-13907, 08-13908 and 08-13664. All Entries Shall Be Made Under Lead Case Number 08-13555  [Docket No. 1090]

(19)    Interim Order Signed on 10/16/2008 Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorney for the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 1092]

(20)    Order Signed on 10/16/2008 Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to Recently Filed Cases  [Docket No. 1093]

(21)    Order Signed on 10/16/2008 (i) Approving the Debtors' Proposed Form of
        Adequate Assurance of Payment, (ii) Resolving Objections by Utility
        Companies, and (iii) Prohibiting Utilities from Altering, Refusing, or
        Discontinuing Service [Docket No. 1096]

(22)    Order Signed on 10/16/2008 Approving Specified Information Blocking
        Procedures and Permitting Trading of Claims Against the Debtor Upon
        Establishment of a Screening Wall  [Docket No. 1099]

(23)    Order signed on 10/16/2008 Authorizing the Employment and Retention
        of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the
        Debtors, Nunc Pro Tunc to the Date of Its Engagement  [Docket No.
        1100]

(24)    Order Signed on 10/17/2008 Granting Debtors' Motion Authorizing Entry
        of an Order Authorizing Lehman Brothers Holdings Inc. to (A) Enter into
        a Partnership Interests Purchase Agreement, (B) Compromise and Release
        a Portion of an Intercompany Loan, and (C) Assign the Remainder of
        Such Intercompany Loan to Purchasers [Docket No. 1126]

(25)    Interim Order Signed on 10/20/2008 (A) Authorizing the Debtors to (i)
        Continue Using Existing Centralized Cash Management System, as
        Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of
        the Cash Management System, and (iii) Maintain Existing Bank Accounts
        and Business Forms; (B) Extending the Debtors' Time to Comply with
        Section 345(b) of the Bankruptcy Code, and (c) Scheduling a Final
        Hearing for 11/5/2008 at 10:00 AM in Courtroom 601  [Docket No. 1138]

(26)    Amended Order Signed on 10/20/2008 Directing that Certain Orders and
        Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated
        Debtors Be Made Applicable to Recently Filed Cases [Docket No. 1140]

(27)    Order Signed on 10/22/2008 Approving Specified Information Blocking
        Procedures and Permitting Trading of Claims Against the Debtor Upon
        Establishment of a Screening Wall  [Docket No. 1170]

(28)    Order Signed on 10/22/2008 Approving Specified Information Blocking
        Procedures and Permitting Trading of Claims Upon Establishment of a
        Screening Wall  [Docket No. 1171]

(29)    Bridge Order Signed on 10/28/2008 Extending the Time to File the
        Debtor's Schedules, Statements of Financial Affairs, and Related
        Documents [Docket No. 1234]

(30)   Order Signed on 11/5/2008 Granting the Debtors' Motion for
Authorization to Reject Contingent Management Agreement with WestLB
AG [Docket No. 1385]

(31)   Order Signed on 11/5/2008 Approving Restrictions on Certain Transfers
of Interests in the Debtors' Estates and Establishing Notification
Procedures Relating Thereto [Docket 1386]

(32)   Order Signed on 11/5/2008 Granting the Application of the Debtors for
Authorization to Employ, Nunc Pro Tunc, Mckee Nelson LLP as Special
Tax Counsel [Docket No. 1387]

(33)   Order Signed on 11/5/2008 Establishing Procedures for Interim Monthly
Compensation and Reimbursement of Expenses of Professionals [Docket
No. 1388]

(34)   Order Signed on 11/5/2008 Approving Specified Information Blocking
Procedures and Permitting Trading of Claims Against the Debtor Upon
Establishment of A Screening Wall  [Docket No. 1389]

(35)   Order Signed on 11/5/2008 Authorizing the Debtors to Employ
Professionals Utilized in the Ordinary Course of Business [Docket No.
1394]

(36)   So Ordered Stipulation, Agreement and Order Signed on 11/5/2008
Between the Debtors and Fir Tree Capital Opportunity Master Fund, L.P.
Adjourning the Response and Joinder to the Motion of the Harbinger
Funds for Leave to Conduct Rule 2004 Discovery of Lehman Brothers
Holdings Inc.  [Docket No. 1395]

(37)   So Ordered Stipulation, Agreement and Order Signed on 11/5/2008
Between the Debtors and the Harbinger Funds Adjourning the Hearing on
the Motion of the Harbinger Funds for Leave to Conduct Rule 2004
Discovery of Lehman Brothers Holdings Inc.  [Docket No. 1396]

(38)   Final Order Signed on 11/5/2008 Authorizing the Debtors to (A) (i)
Continue Workers' Compensation Programs and its Liability, Property,
and Other Insurance Programs, (ii) Pay All Prepetition Obligations in
Respect Thereof and (B) Authorizing Financial Institutions to Honor and
Process Checks and Transfers Related to Such Obligations [Docket No.
1398]

(39)   Order Signed on 11/5/2008 Authorizing Lehman Brothers Holdings Inc. to
Enter into an Amended Sale and Purchase Agreement  [Docket No. 1399]

(40)    Revised So Ordered Stipulation and Agreed Order Signed on 11/5/2008
Resolving Motion to Compel Lehman Commercial Paper Inc. To Assume
Or Reject Executory Contracts [Docket No. 1400]

(41)    So Ordered Stipulation and Consent Order Signed on 11/5/2008 (I)
Governing Interim Production of Documents and (II) Adjourning
Remainder of Motion of Official Committee of Unsecured Creditors of
Lehman Brothers Holdings, Inc., et al. for Leave to Conduct Discovery of
JPMorgan Chase Bank, N.A.  [Docket No. 1402]

(42)    Interim Order Signed on 11/5/2008 Authorizing Retention and
Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as
Special Counsel to the Official Committee of Unsecured Creditors of
Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17,
2008  [Docket No. 1403]

(41)    Interim Order Signed on 11/5/2008 Authorizing Retention And
Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel for
the Official Committee of Unsecured Creditors, Effective As Of
September 17, 2008.  [Docket No. 1404]

(42)    Interim Order Signed on 11/5/2008 Authorizing Employment And
Retention Of FTI Consulting Inc., As Financial Advisor to the Official
Committee of Unsecured Creditors, Effective As Of September 17, 2008
[Docket No. 1405]

(43)    Interim Order Signed on 11/5/2008 Authorizing Employment And
Retention Of FTI Consulting Inc., As Financial Advisor to the Official
Committee of Unsecured Creditors, Effective As Of September 17, 2008
[Docket No. 1405]

(44)    Interim Order Signed on 11/5/2008 Authorizing Employment And
Retention Of Houlihan Lokey Howard & Zukin Capital, Inc. As
Investment Banker for the Official Committee of Unsecured Creditors,
Effective As Of September 17, 2008  [Docket No. 1407]

(45)    Final Order Signed on 11/6/2008 (A) Authorizing the Debtors to (i)
Continue Using Existing Centralized Cash Management System, as
Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of
the Cash Management System, and (iii) Maintain Existing Bank Accounts
and Business Forms; and (B) Extending the Debtors' Time to Comply
with Section 345(b) of the Bankruptcy Code [Docket No. 1416]

(46)    So Ordered Stipulation, Agreement and Order Signed on 11/6/2008
Between Lehman Brothers Inc., the Debtors and Cargill Investment
Group, Ltd. Providing for Relief from the Automatic Stay for the

Exclusive Purpose of Terminating the Second Asset Management
Agreement  [Docket No. 1417]

(47)     So Ordered Stipulation, Agreement and Order Signed on 11/6/2008
Between the Debtors and D.E. Shaw Adjourning the Joinder to the
Motions for Leave to Conduct Rule 2004 Discovery of Lehman Brothers
Holdings Inc. and Others  [Docket No. 1422]

(48)     Order to Show Cause Signed on 11/14/2008 Fixing Hearing Date to
Consider the Debtors' Motion for Authorization to Enter into a Transition
Services Agreement with Lehman Europe  [Docket No. 1520]

(49)     Order Signed on 11/18/2008 Granting the Motion Filed by the Debtors for
Authorization to Assume an Agreement to Sell Approximately 50 Acres of
Undeveloped Land  [Docket No. 1586]

(50)     Amended Order Signed on 11/19/2008 Establishing Procedures for
Interim Monthly Compensation and Reimbursement of Expenses of
Professionals [Docket No. 1604]

(51)     Final Order Signed on 11/21/2008 Authorizing Retention and
Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as
Special Counsel to the Official Committee of Unsecured Creditors of
Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17,
2008 [Docket No. 1652]

(52)     Final Order Signed on 11/21/2008 Authorizing Retention And
Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel to
the Official Committee of Unsecured Creditors of Lehman Brothers
Holdings Inc., et al., Effective As Of September 17, 2008 [Docket No.
1654]

(53)     Final Order Signed on 11/21/2008 Authorizing Employment And
Retention Of FTI Consulting Inc., As Its Financial Advisor to the Official
Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et
al., Effective As Of September 17, 2008 [Docket No. 1655]

(54)     So Ordered Stipulation, Agreement and Order Signed on 11/21/2008
Between the Debtors and Airlie Opportunity Master Fund, Ltd.
Adjourning the Joinder of the Motion for Leave to Conduct Rule 2004
Discovery of Lehman Brothers Holdings Inc. and Others  [Docket No.
1657]

(55)     Order Signed on 11/21/2008 Authorizing the Employment and Retention
of Simpson, Thacher & Bartlett LLP as Special Counsel to the Debtors,
Nunc Pro Tunc to the Commencement Date [Docket No. 1658]

(54)    Final Order Signed on 11/21/2008 for Authorizing the Employment and
Retention of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts
Counsel for the Debtors, Nunc Pro Tunc to the Date of Its Engagement
[Docket No. 1659]

(55)    Final Order Signed on 11/21/2008 Authorizing the Employment and
Retention of Weil, Gotshal & Manges LLP as Attorneys for the Debtors,
Nunc Pro Tunc to the Commencement Date [Docket No. 1660]

(56)    Order Signed on 11/21/2008 for Authorization to Enter into a Transition
Services Agreement with Lehman Europe  [Docket No. 1661]

(57)    Order Signed on 11/21/2008 for Authorizing Implementation of the
Retention and Recruitment Program [Docket No. 1662]

(58)    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008
Between the Debtors and the Russell Funds Adjourning the Joinder to the
Motions for Leave to Conduct Rule 2004 Discovery of Lehman Brothers
Holdings Inc. and Others  [Docket No. 1664]

(59)    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008
Between the Debtors and Bank of America Adjourning the Joinder to the
Motion of Harbinger for Leave to Conduct Rule 2004 Discovery of
Lehman Brothers Holdings Inc. and Others  [Docket No. 1665]

(60)    Order Signed on 11/21/2008 Further Extending the Time to File the
Debtors' Schedules, Statements of Financial Affairs, and Related
Documents [Docket No. 1667]

(61)    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008
Between the Debtors and Green Tree Servicing LLC  [Docket No. 1668]

(62)    Order Signed on 12/3/2008 Authorizing Payment of Prepetition Art-
Handler Claims  [Docket No. 2050]

(63)    Order Signed on 12/3/2008 Granting the Debtors' Motion for
Authorization to Advance Certain Legal Costs to Former Employees
[Docket No. 2052]

(64)    Bridge Order Signed on 12/3/2008 Enlarging the Time Within Which to
File Notices of Removal of Related Proceedings [ Docket No. 2053]

(65)    Order to Show Cause Signed on 12/8/2008 Fixing Hearing Date to
Consider the Debtors' Motion for Entry of an Order (i) Authorizing
Lehman Brothers Holdings Inc. to Enter into a Settlement Agreement with
Certain French Affiliates Relating to Intercompany Claims, (ii)
Authorizing Lehman Brothers Holdings Inc. to Vote Its Shares in French

Affiliate to Approve Sale of Substantially All of the Assets of and Voluntary Dissolution of Such Affiliate and (iii) Granting Certain Related Relief  [Docket No. 2092]

(66)    So Ordered Stipulation, Agreement and Order Signed on 12/15/2008 Between Debtors and Guidance Enhanced Green Terrain Fund LLC [Docket No. 2218]

(67)    So Ordered Stipulation and Order Signed on 12/15/2008 Regarding Certain Options  [Docket No. 2227]

(68)    Order Signed on 12/16/2008 to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 2257]

(69)    Order Signed on 12/16/2008 Approving the Assumption or Rejection of Open Trade Confirmations [Docket No. 2258]

(70)    Order Signed on 12/17/2008 Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Investment Banker to the Debtors, Effective as of September 15, 2008 [Docket No. 2275]

(71)    Order Signed on 12/17/2008 Authorizing the Employment and Retention of Bortstein Legal LLC as Special Counsel to the Debtors [Docket No. 2277]

(72)    Final Order Signed on 12/17/2008 Authorizing the Debtors to (a) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date [Docket No. 2278]

(73)    Order Signed on 12/17/2008 Authorizing Employment And Retention Of Houlihan Lokey Howard & Zukin Capital, Inc. As Investment Banker to the Official Committee of Unsecured Creditors As Of September 17, 2008 [Docket No. 2279]

(74)    So Ordered Stipulation and Order Signed on 12/17/2008 Between the Debtors and Sumitomo Mitsui Banking Corporation Granting Adequate Protection  [Docket No. 2286]

(75)    Order Signed on 12/17/2008 Granting Barclays' Motion for Certain Limited Relief from the Sale Order and the Sale Procedures Order [Docket No. 2289]

(76)    Order Signed on 12/17/2008 Authorizing the Debtors and Barclays Capital
Inc. to File Under Seal Certain Schedules to the Purchase Agreement
[Docket No. 2290]

(77)    Order Signed on 12/18/2008 Authorizing (i) the Assumption, Assignment,
and Sale of Debtors Rights and Obligations Under a Certain Loan Facility
Agreement, (ii) the Release of Certain Claims, and (iii) Related Relief
[Docket No. 2305]

(78)    Order Signed on 12/18/2008 Enlarging the Time within Which to File
Notices of Removal of Related Proceedings  [Docket No. 2306]

(79)    Order Signed on 12/18/2008 Authorizing the Debtors to Employ Natixis
Capital Markets Inc. as Strategic Advisor  [Docket No. 2308]

(80)    Order Signed on 12/18/2008 Authorizing the Employment and Retention
of McKenna Long & Aldridge LLP as Special Counsel to the Debtors,
Nunc Pro Tunc to the Commencement Date  [Docket No. 2309]

(81)    Bridge Order, signed 12/19/2008, Extending the Time within Which
Debtors Must Comply with Section 345(b) of the Bankruptcy Code
[Docket No. 2328]

(82)    Order signed on 12/22/2008 Authorizing and Approving Debtors Sale of
Purchased Assets and the Assumption and Assignment of Executory
Contracts and Unexpired Leases in Connection with Sale of Lehman
Brothers Investment Management Division  [Docket No. 2350]

(83)    Order signed on 12/23/2008 Pursuant to Sections 327(a) and 328(a) of the
Bankruptcy Code and Rule 2014 Authorizing the Retention and
Employment of Bloomer deVere Group Avia, Inc. as Debtors' Broker in
Connection with the Sales of the Debtors' Aviation Assets Nunc Pro Tunc
to the Commencement Date  [Docket No. 2358]

(83)    Amended Order signed on 12/23/2008 Pursuant to Sections 363 of the
Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004
Authorizing Lehman Brothers Holdings Inc. to Enter into an Amended
Sale and Purchase Agreement  [Docket No. 2359]

(85)    Order signed on 12/23/2008 Pursuant to Section 365 of the Bankruptcy
Code Approving the Assumption or Rejection of Open Trade
Confirmations and Correcting Prior Orders  [Docket No. 2364]

(86)    Order signed on 12/23/2008 Granting LBHI's Motion, Pursuant to
Sections 105(a) and 365 of the Bankruptcy Code and Bankruptcy Rules

08-13555-mg    Doc 2929    Filed 02/25/09    Entered 02/25/09 12:37:07    Main Document

6006 and 9014, for Authorization to Reject Prescription Drug Program
Master Agreement with Medco  [Docket No. 2365]

(87)    Order signed on 12/23/2008 Granting LBHI's Motion Pursuant to Sections
105(a) and 365 of the Bankruptcy Code, for Authorization to Assume
Administrative Services Agreement with Aetna  [Docket No. 2366]

(88)    Bridge Order signed on 12/31/2008 Extending The Time Within Which
Debtors' Must Comply With Section 365(d)(4) of The Bankruptcy Code
[Docket No. 2417]

(89)    Bridge Order signed on 12/31/2008 Extending The Time Within Which
Debtors' May File Chapter 11 Plans and Solicit Acceptances Pursuant to
Section 1121(d) of The Bankruptcy Code  [Docket No. 2418]

(90)    Bridge Order signed on 12/31/2008 Pursuant to Section 105(a) of the
Bankruptcy Code and Bankruptcy Rule 9006 Extending The Time To File
The Debtors' Schedules, Statement of Financial Affairs, and Related
Documents  [Docket No. 2419]

(91)    Order signed on 1/15/2009 Granting Debtors' Application Pursuant to
Section 327(a) and 328(a) of the Bankruptcy Code to Retain and Emply
Ernst & Young LLP as Auditors and Tax Services Provider Nunc Pro
Tunc to the Commencement Date [Docket No. 2547]

(92)    Order signed on 1/15/2009 Pursuant to Section 365(d)(4) of the
Bankruptcy Code Extending The Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [Docket No. 2548]

(93)    Order signed on 1/15/2009 Granting Debtors' Motion Pursuant to Section
1121(d) of the Bankruptcy Code Requesting Extension of Exclusive
Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances
Thereof  [Docket No. 2549]

(94)    Order signed on 1/15/2009 Extending the Time Within Which Debtors'
Must Comply With Section 345(b) of the Bankruptcy Code [Docket No.
2551]

(95)    Order signed on 1/15/2009 Pursuant to Bankruptcy Rule 1007(c) Further
Extending the Time to File the Debtors' Schedules, Statements of
Financial Affairs, and Related Documents [Docket No. 2554]

(96)    Order signed on 1/15/2009 Pursuant to Sections 105 and 365 of the
Bankruptcy Code to Establish Procedures for the Settlement or
Assumption and Assignment of Prepetition Derivative Contracts  [Docket
No. 2557]

(97)   Order signed on 1/16/2009 Pursuant to Sections 365 of the Bankruptcy
       Code Approving the Assumption or Rejection of Open Trade
       Confirmations [Docket No. 2564]

(98)   Order signed on 1/16/2009 Pursuant to Section 365 of the Bankruptcy
       Code Approving the Assumption or Rejection of The Second Group of
       Open Trade Confirmations  [2565]

(99)   Amended Stipulation and Order signed on 1/16/2009 Granting Adequate
       Protection  [Docket No. 2567]

(100)  Order signed on 1/16/2009 Directing Appointment of an Examiner
       Pursuant to Section 1104(c)(2) of the Bankruptcy Code [Docket No. 2569]

(101)  Stipulation and Agreed Order signed on 1/16/2009 Providing For Lehman
       Brothers Inc.'s Assumption and Assignment of Administrative Agency
       Agreements to Lehman Commercial Paper Inc. [Docket No. 2581]

(102)  Order signed on 1/20/2009 Approving Appointment of Examiner [Docket
       No. 2583]

(103)  Order signed on 1/20/2009 Denying Motion of The Bank Of New York
       Mellon Trust Company, N.A. For Examination of Documents by Lehman
       Brothers Holdings, Inc., Lehman Brothers, Inc., Lehman Brothers
       Commodity Services Inc. and Barclays Capital Inc. [Docket No. 2584]

(104)  Order signed on 1/21/2009 Granting LBHI's Motion, Pursuant to Sections
       105(a), 363(b)(1), and 365 of the Bankruptcy Code, for Authorization to
       (i) Assume a Subscription Agreement and Certain Other Agreements with
       Wilton Re Holdings Limited, (ii) Amend Said Subscription Agreement,
       and (iii) Fund the Capital Commitment Pursuant to Said Subscription
       Agreement  [Docket No. 2589]

(105)  Errata order signed on 1/21/2009 [Docket No. 2590]

(106)  Stipulation and Order Signed on 1/21/2009; with Evidentiary Hearing to
       be held on 2/26/2009 at 10:00 a.m. [Docket No. 2593]

(107)  Stipulation and Order signed on 1/22/2009 with Respect to Return of
       Funds of MKP Opportunity Master Fund, LTD. [Docket No. 2604]

(108)  Stipulation, Agreement and Order signed on 1/22/2009 (A) Resolving in
       Part The Motion of DNB NOR BANK ASA for Entry of (I) An Order
       Pursuant to 11 U.S.C. Sections 362(d) And Fed. Bankr. P. 4001 Granting

Relief From Automatic Stay To Effect Setoff or, In The Alternative, (II) An Order Pursuant to 11 U.S.C. Sections 361 and 506(a) Requiring The Debtors To Provide Adequate Protection and (B) Fixing A Schedule For Supplemental Briefing [Docket No. 2605]

(109)   Stipulation and Agreed Order signed on 1/23/2009 Resolving Motion of Corus Bank, N.A. for (I) Determination That The Automatic Stay Does Not Apply, or Alternatively, (II) Relief From The Automatic Stay [Docket No. 2606]

(110)   Stipulation, Agreement and Order signed on 1/28/2009 Resolving Motion of Jarden Corporation Under Bankruptcy Code Section 365(d) To Compel (I) Lehman Commercial Paper, Inc. To Resign As Administrative Agent and Swing Line Lender Under Credit Agreement and (II) Immediate Assumption or Rejection of Credit Agreement [Docket No. 2666]

(111)   Order signed on 1/28/2009 Approving Consensual Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 2667]

(112)   Order signed on 1/28/2009 Pursuant to Sections 105 and 363 of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 6004 and 9014, and Rules 6004-1, 9006-1 and 9014-1 of the Local Bankruptcy Rules for Approval of the Sale of Debtor's Interest in a Loan Secured by Property Located at 816 Congress Avenue in Austin, Texas [Docket No. 2674]

(113)   Stipulation and Agreed Order signed on 1/28/2009 Between The Certified Class in Austin V. Chisick, Lehman Commercial Paper, Inc., and The Trustee For the Sipa Liquidation of Lehman Brothers Inc. To Permit Limited Modification of the Automatic Stays  [2675]

(114)   Stipulation, Agreement and Order signed on 1/28/2009 Resolving Motion of Kapalua Bay, LLC to (I) Compel Immediate Assumption or Rejection of Construction Loan Agreement; and (II) Upon Rejection, To Grant Relief From The Automatic Stay [Docket 1195], and Motion of Central Pacific Bank, Deutsche Hypothekenbank (Actien-Gesellschaft), and Landesbank Baden-Wurttemberg Pursuant to Section 362 of the Bankruptcy Code For Relief From The Automatic Stay to Enforce Contractual Rights To Remove Lehman Brothers Holdings Inc. As Agent Under Loan Facility  [Docket No. 2676]

(115)   Order signed on 1/28/2009 Granting The Debtors' Motion Pursuant to Sections 105(a), 363(b) and 365(a) of The Bankruptcy Code and Bankruptcy Rules 6004 and 6006 For Authorization to (I) Assume, As Modified, Certain Loan Agreements, and (II) Consummate Related Loans

To Be Made By Lehman Commercial Paper Inc. And Other Lenders to Archstone  [Docket No. 2677]

(116)    Order signed on 1/28/2009 Authorizing The Debtors To Employ Kelly Wright As Art Consultant [Docket No. 2678]

(117)    Order signed on 1/28/2009 Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing The Employment and Retention of Reilly Pozner LLP as Special Counsel to Debtors, Nunc Pro Tunc to the Commencement Date  [Docket No. 2680]

(118)    Order signed on 1/28/2009 Pursuant to Sections 105(a), 363(b) and 365(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004 and 6006 Authorizing Lehman Brothers Holdings Inc. to Assume, as Modified, Certain Loan Documents Entered into with Jung Developments Inc., et. al. and to Consummate Certain Related Transactions  [Docket No. 2681]

(119)    Stipulation, Agreement, and Order signed on 1/28/2009 Between The Debtors and Anita Bryant Providing For Relief From The Automatic Stay For The Limited Purpose Of Permitting Anita Bryant To Continue The Action and Limit Any Recovery To The Insurance Proceeds [Docket No. 2687]

(120)    Order to Show Cause signed on 1/30/2009 and Notice Fixing Hearing Date To Consider Examiner's Motion Directing The Production Of Document and Authorizing The Examinations of The Debtors' Current And Former Officers, Directors and Employees, and Other Persons and Entities  [Docket No. 2696]

(121)    Order signed on 2/3/2009 In re: District Court Order in 08-Civ-10792 [Docket No. 2720]

(122)    Order signed on 2/11/2009 Authorizing The Examiner To Retain and Employ Jenner & Block LLP As His Counsel Nunc Pro Tunc as of January 19, 2009  [Docket No. 2803]

(123)    Order signed on 2/11/2009 Granting Examiners Motion Directing Production of Documents and Authorizing the Examinations of the Debtors Current and Former Officers, Directors and Employees, and Other Persons and Entities  [Docket No. 2804]

(124)    Order signed on 2/11/2009 Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations  [Docket No. 2818]

(125)    Order signed on 2/11/2009 Pursuant to Section 365 of the Bankruptcy
Code Granting The Debtors Second Motion For An Order Approving The
Assumption of Open Trade Confirmations  [Docket 2819]