UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,               Case No. 08-13555 (JMP)

                              Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF PAUL S. ARONZON, ESQ.

UPON the motion of Dennis O'Donnell, Esq., dated February 23, 2009 for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Paul S. Aronzon, Esq. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       February 25, 2009

                                           *s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE