**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. et al., | § § § | Case No. 08-13555 (JMP) |
| Debtors, | § § | (Jointly Administered) |

_____

|  |  |  |
|---|---|---|
| In re: | § § § | |
| LEHMAN BROTHERS INC., | § § § | Case No. 08-01420 (JMP) SIPA |
| Debtor. | § § § | |

**SECOND OMNIBUS NOTICE OF RESOLUTION OF OBJECTIONS RELATING TO THE ASSUMPTION AND ASSIGNMENT OF PURCHASED CONTRACTS**

   **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC ("745") filed petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on September 15, 2008, and September 17, 2008, respectively (Case Nos. 08-13555 and 08-13600, such cases, the "Chapter 11 Cases").

   **PLEASE TAKE FURTHER NOTICE** that on September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI" and together with LBHI and 745, the "Debtors") and James W. Giddens was appointed as Trustee under the SIPA to administer LBI's estate (Case No. 08-01420, such proceeding, the "SIPA Proceeding").

   **PLEASE TAKE FURTHER NOTICE** that on September 16, 2008, the Debtors entered into an Asset Purchase Agreement (as amended, modified or clarified, the "Purchase Agreement") with Barclays Capital Inc. (the "Purchaser").

   **PLEASE TAKE FURTHER NOTICE** that on September 20, 2008, the Court entered an order (the "Chapter 11 Sale Order") approving the Purchase Agreement and the various transactions contemplated therein in the Chapter 11 Cases, and that on

September 20, 2008, the Bankruptcy Court also entered an order approving, and incorporating by reference the Chapter 11 Sale Order in the SIPA Proceeding.

  **PLEASE TAKE FURTHER NOTICE** that section 2.5 of the Purchase Agreement provides for the assignment to Purchaser of contracts and leases related to the assets purchased by the Purchaser (such contracts, "Purchased Contracts").

  **PLEASE TAKE FURTHER NOTICE** that on September 18, 2008, October 1, 2008, October 6, 2008, October 16, 2008, October 21, 2008, November 10, 2008, November 14, 2008, November 17, 2008, November 20, 2008, and November 21, 2008, the Purchaser provided notice of the (i) assumption and assignment of certain Purchased Contracts, and (ii) cure costs, if any, to be paid (the "Cure Amounts") pursuant to 11 U.S.C. § 365(b)(1)(A) in connection with the assumption and assignment of such Purchased Contracts.

  **PLEASE TAKE FURTHER NOTICE** that certain counterparties to Purchased Contracts have submitted formal and/or informal objections to the Cure Amounts.

  **PLEASE TAKE FURTHER NOTICE** that on January 6, 2009, the Purchaser filed its First Omnibus Notice of Resolution of Objections Relating to the Assumption and Assignment of Purchased Contracts (D.I. 2443).

  **PLEASE TAKE FURTHER NOTICE** that according to the Purchaser's records, the objections of those counterparties set forth on Exhibit A hereto have since been fully resolved.

Dated: February 25, 2009
  New York, New York

          **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

          By: /s/ Lisa M. Schweitzer
           Lindsee P. Granfield
           Lisa M. Schweitzer
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          *Counsel to Barclays Capital Inc.*

**EXHIBIT A**

| Objecting Counterparty | Type of Objection |
| --- | --- |
| Abovenet Communications Inc | Formal (D.I. 229) |
| A.C. Nielsen Company | Informal |
| ACL Services Ltd. | Informal |
| ADP, Inc | Formal (D.I. 638) |
| Advantage Human Resourcing | Informal |
| AECSoft USA, Inc. | Informal |
| AKF Engineers | Informal |
| Arizona Biltmore Resort & Spa Waldorf Astoria Management LLC | Informal |
| AT&T | Formal (D.I. 158) |
| AVM/III | Informal |
| Bell South | Formal (D.I. 158) |
| BGC Partners, Inc. | Formal (D.I. 624) |
| CB Richard Ellis | Formal (D.I. 593) |
| Charles B. Strauss | Informal |
| Charles River Development/Charles River Brokerage LLC | Formal (D.I. 872 and 106) |
| Ciena Communications | Formal (D.I. 1005) |
| Cingular Wireless | Formal (D.I. 158) |
| Clayton Fixed Income Services, Inc. | Formal (D.I. 623) |
| CMS Innovative Consultants | Formal (D.I. 650) |
| CURRENEX | Formal (D.I. 890 and 107(SIPA)) |
| DataCert, Inc. | Formal (D.I. 1682) |
| Eurest | Informal |
| Factset Research Systems | Formal (D.I. 610) |
| First Derivatives PLC | Informal |
| Fortify Software Inc. | Formal (D.I. 1676) |
| Frictionless Commerce | Formal (D.I. 611) |
| FX Alliance LLC | Formal (D.I. 170) |
| FX Connect | Formal (D.I. 892 and 108(SIPA)) |
| GL Trade, Inc. | Formal (D.I. 639) |
| Greenwich Associates | Formal (D.I. 545) |
| Hewlett Packard | Formal (D.I. 581) |
| Hilliard Farber | Formal (D.I. 168 and 544) |
| Huron Consulting Group | Formal (D.I. 684) |
| ICAP | Formal (D.I. 206 and 618) |
| ICE | Informal |
| I-Deal LLC | Formal (D.I. 588) |
| Informatica Corporation | Formal (D.I. 621) |
| Intechra LLC | Formal (D.I. 687) |
| Internap Network Service Corp | Formal (D.I. 655) |
| Intralinks Inc. | Formal (D.I. 160 and 550) |
| Intuition Publishing, Inc. | Formal (D.I. 227) |
| IPC Information Systems | Formal (D.I. 567) |
| Iron Mountain Incorporated | Formal (D.I. 122) |
| Joseph McMurray | Informal |
| Kenneth Heinze | Informal |
| MarketAxess | Formal (D.I. 843, 101(SIPA)) |
| McLarty Associates (AKA Kissinger McLarty Associates) | Informal |

| | |
|---|---|
| Michael Stapleton Associates | Informal |
| MicroDesign Services/ SS&C Technologies NJ | Informal |
| Murphy & Durieu | Formal (D.I. 889) |
| NASDAQ Stock Market | Formal (D.I. 636 and 57(SIPA)) |
| NetApp, Inc | Formal (D.I. 257 and 600) |
| NPD Intellect Inc. | Formal (D.I. 211 and 393) |
| NYSE - Wombat | Formal (D.I. 225) |
| NYSE Market Inc | Formal (D.I. 225) |
| NYSE Transaction Inc. | Formal (D.I. 225) |
| PEI Systems, Inc. ("Niscayah, Inc") | Formal (D.I. 560 and 858) |
| PGB ("ICAP") | Formal (D.I. 206 and 618) |
| Pitney Bowes | Informal |
| PORTWARE LLC | Informal |
| Prenax, Inc. | Informal |
| Pyxis Solutions LLC | Informal |
| Responsive Data Solutions | Formal (D.I. 907) |
| Southwestern Bell | Formal (D.I. 158) |
| Spectron Energy Services Limited | Informal |
| Spiral Binding Company, Inc. | Formal (D.I. 863) |
| Sterling Commerce Inc. | Formal (D.I. 158) |
| Strategic Insight | Informal |
| Tangoe Inc. | Formal (D.I. 549) |
| Tata Americas International Corporation | Formal (D.I. 641) |
| Toronto Stock Exchange | Formal (D.I. 645) |
| Tradition | Formal (D.I. 644) |
| TriOptima - Credits | Formal (D.I. 882) |
| TRX Data Services | Informal |
| United Parcel Service | Formal (D.I. 184) |
| TATA Communications Services Inc. f/k/a VSNL America, Inc. | Formal (D.I. 591) |
| WEST POINT DERIVATIVES LTD | Informal |