Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
Abigail Snow (AS-2960)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200

*Counsel for Moody's Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| Debtor, | ) Jointly Administered |
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Adversary Proceeding No. 08-01420 (JMP) |
| LEHMAN BROTHERS INC. | ) |
| Debtor. | ) |

**<u>NOTICE OF WITHDRAWAL OF OBJECTIONS AND MOTION</u>**

PLEASE TAKE NOTICE that the Statement and Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets [Docket No. 217]; the Amended Objection to Cure Amounts for Closing Date Contracts [Docket No. 520]; and the motion of Moody's Corporation for an Order (I) Compelling Payment of Undisputed Portion of Cure Amount; (II) Compelling Payment for Services Provided Post-Petition; and (III) Scheduling a Hearing for this Court to

763137_1

Determine the Amount of Remaining Disputed Cure Amount [Docket No. 1436 in Case No. 08-13555 and No. 255 in Adv. Proc. No. 08-01420], originally scheduled for hearing on December 3, 2008, are hereby withdrawn.

Dated: New York, New York
February 25, 2009

    SATTERLEE STEPHENS BURKE & BURKE LLP
    *Counsel for Moody's Corporation*

    By:  /s/ Christopher R. Belmonte
          Christopher R. Belmonte (CB-2163)
          Pamela A. Bosswick (PB-5307)
          Abigail Snow (AS-2960)
    230 Park Avenue
    New York, New York 10169
    (212) 818-9200

2

763137_1