UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | |
|---|---|
| In re | :    Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | :    08-13555 (JMP) |
| | : |
| Debtors. | :    (Jointly Administered) |

--------------------------------------------------------------x

### ORDER, PURSUANT TO SECTION 345(b) OF THE BANKRUPTCY CODE, AUTHORIZING DEBTORS TO (I) MAINTAIN, CLOSE, AND OPEN NEW BANK ACCOUNTS LOCATED AT UNAUTHORIZED DEPOSITORIES AND ACCOUNTS LOCATED AT UNITED STATES TRUSTEE AUTHORIZED DEPOSITORIES, (II) IMPLEMENT INVESTMENT GUIDELINES, AND (III) TO THE EXTENT NECESSARY A WAIVER OF SECTION 345(b) OF THE BANKRUPTCY CODE

Upon the motion (the "Motion"), dated February 25, 2009, by Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-

debtor affiliates, "Lehman"), pursuant to section 345 of title 11 of the United States Code (the

"Bankruptcy Code"), seeking authority to (i) maintain, close, and open new bank accounts

located at the unauthorized depositories (the "Unauthorized Depository Accounts") and set forth

on Exhibit A annexed hereto and the accounts located at the United States Trustee authorized

depositories (the "Authorized Depository Accounts") set forth on Exhibit B annexed, (ii)

implement investment guidelines (the "Investment Guidelines") annexed hereto as Exhibit C,

and (iii) to the extent necessary, a waiver of section 345(b) of the Bankruptcy Code, all as more

fully described in the Motion; and the Court having jurisdiction to consider the Motion and the

relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order

M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All

Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

and due and proper notice of the Motion having been provided in accordance with the procedures

set forth in the order entered February 13, 2009 governing case management and administrative

procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New

York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities

and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for

the Southern District of New York; and (vi) all parties who have requested notice in these

chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing

having been held to consider the relief requested in the Motion; and the Court having found and

determined that the relief sought in the Motion is in the best interests of the Debtors, their estates

and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and the U.S. Trustee having consented to entry

of an order authorizing the Debtors to maintain, open, and close the Unauthorized Depository

Accounts and Authorized Depository Accounts and implement the Investment Guidelines; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized to maintain, close, and open new

Unauthorized Depository Accounts as the Debtors determine is necessary in their sole discretion;

and it is further

ORDERED that the Debtors are authorized to maintain, close, and open new

Authorized Depository Accounts as the Debtors determine in their sole discretion; and it is

further

ORDERED that the Debtors are authorized to implement the Investment Guidelines and invest and deposit their cash and cash equivalents in accordance therewith in addition to the investments permitted by section 345 of the Bankruptcy Code; and it is further

ORDERED that the Investment Guidelines may be amended from time to time upon motion by the Debtors; and it is further

ORDERED that the Debtors' Unauthorized Depository Accounts, Authorized Depository Accounts, and Investment Guidelines shall be deemed to be in compliance with section 345 of the Bankruptcy Code, and the Debtors are relieved from the obligations under section 345(b) to obtain a bond from any entity with which money is deposited or invested in accordance with the Investment Guidelines; and it is further

ORDERED that upon the commencement of a chapter 11 case of an affiliate of the Debtors, the Debtors shall, as soon as practicable, supplement the bank accounts set forth on schedules annexed hereto as Exhibit A and Exhibit B.

Dated: March ___, 2009
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

**(Unauthorized Depository Accounts)**

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | ABN-AMRO | J 68519 | LEHMAN BROTHERS SA, Expenses | Lehman Brothers Finance S.A. | France | EUR |
| Legacy | Europe | ABN-AMRO | 9785 | ABN AMRO Interest Growth Fund (UK Branch) | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | ABN-AMRO | 264100254726 | LEHMAN BROTHER HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Romania | RON |
| Legacy | Europe | ABN-AMRO | ABN002721 | ABN AMRO global Liquidity Funds | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Americas | AMR Investment Services, Inc. | 1332163325 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | AMR Investment Services, Inc. | GE00000015-00 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Australia and New Zealand Banking Group Limited | 7111184/00001 CURRENT A/C NO.1 | Lehman Brothers Derivative Products Inc. | Lehman Brothers Derivative Products Inc. | Australia | AUD |
| Legacy | Americas | Australia and New Zealand Banking Group Limited | 5520420001 | FX Cash Account | Lehman Brothers Financial Products Inc. | Australia | AUD |
| Legacy | Europe | Australia and New Zealand Banking Group Limited | 463034NZD00001 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | New Zealand | NZD |
| Legacy | Europe | Banca Intesa | IT19B0306912707073 4568686853 | LBHI UK Nextra fund - MONEY FUND WASH ACCOUNT | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| OLegacy | Americas | Banco BNP Paribas | 1007871001 | Lehman Brothers Special Financing Inc. - Passenger Account | Lehman Brothers Special Financing Inc. | Brazil | BRL |
| Legacy | Americas | Banco BNP Paribas | 1007871002 | Lehman Brothers Special Financing Inc. - Own | Lehman Brothers Special Financing Inc. | Brazil | BRL |
| Legacy | Americas | Banco BNP Paribas | 1019952 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Brazil | BRL |
| Legacy | Americas | Banco Bradesco SA | 0526.0040064-9 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Brazil | BRL |
| Legacy | Europe | Banco Nacional de Mexico S.A. | 0009720006 | Lehman Brothers Holdings Inc MXN FX Account | Lehman Brothers Holdings Inc. (UK Branch) | Mexico | MXN |
| Legacy | Americas | Banco BNP Paribas | 601413713014 | FX Cash Account | Lehman Brothers Derivative Products Inc. | Switzerland | CHF |
| Legacy | Americas | Bank of America | 601413118016 | FX Cash Account | Lehman Brothers Financial Products Inc. | Switzerland | CHF |
| Legacy | Americas | Bank of America | 17063-014 | Lehman Brothers Derivative Products | Lehman Brothers Derivative Products Inc. | UK | EUR |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy New | Americas | Bank of America | 6019170620116 | Lehman Brothers Financial Products Inc. | Lehman Brothers Financial Products Inc. | UK | EUR |
| Legacy | Europe | Bank of America | 6014-30058013 | LB HOLDINGS INC. UK BRANCH (UK Branch) | Lehman Brothers Holdings Inc. (UK Branch) | UK | CHF |
| Legacy | Europe | Bank of America | 6064-20850010 | LB HOLDINGS INC. UK BRANCH (UK Branch) | Lehman Brothers Holdings Inc. (UK Branch) | JP | JPY |
| Legacy | Americas | Bank of America NT & SA | 606420460010 | FX Cash Account | Lehman Brothers Derivative Products Inc. | JP | JPY |
| Legacy | Americas | Bank of America NT & SA | 606417889019 | FX Cash Account | Lehman Brothers Financial Products Inc. | JP | JPY |
| Legacy | Europe | Bank of America NT & SA | 28937011 | LBCS SGD NOSTRO ACCOUNT | Lehman Brothers Commodity Services Inc | UK | SGD |
| Legacy | Americas | Bank of New York | 125735 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Bank of New York | 382232 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | Bank of New York | 213833 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Bank of New York | 213832 | Lehman Brothers Commercial Paper Inc. | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | Bank of New York Dividend Trust | 56003517 | Lehman Brothers Holdings Inc. Common Stock Div Distribution Account | Lehman Brothers Holdings Plc | USA | USD |
| Legacy | Americas | Bank of Tokyo-Mitsubishi | 220001944 | LCPI | Lehman Commercial Paper Inc. | USA | USD |
| New | Americas | Barclays Bank | 050703188 | LBHI | LBHI New | USA | USD |
| New | Americas | Barclays Bank | 050703196 | LBI | LBHI New | USA | USD |
| New | Americas | Barclays Bank | 050703200 | LB 745 LLC | LBHI New | USA | USD |
| New | Americas | Barclays Bank | 050703153 | LBHI DIP | LBHI New | USA | USD |
| Legacy | Americas | Barclays Global Investors Funds | 3599 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Black Rock | 24911 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Black Rock | 236444 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Black Rock | 16 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Black Rock | 23762 | Moonbeam | Lehman Brothers Derivative Products Inc. | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Black Rock | 23761 | Sunlight | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Europe | BlackRock | 4236366 | Blackrock Liquidity Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | BNP Asset Management London | 101720 | BNP Insticash EUR - LBHI | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | Ceskoslovenska Obchodni Banka AS | 255030893 | Lehman Brothers Holding Inc (UK Branch) | Lehman Brothers Holdings Inc. (UK Branch) | Slovak Republic (Slovakia) | SKK |
| Legacy | Americas | Citibank | 2015477006 | LBCS-CAD | Lehman Brothers Commodity Services Inc | Canada | CAD |
| Legacy | Americas | Citibank | 501330019 | LBCS ZAR account | Lehman Brothers Commodity Services Inc | South Africa | ZAR |
| Legacy | Americas | Citibank del Peru S.A. | 73252016 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Peru | PEN |
| Legacy | Americas | Citibank del Peru S.A. | 965754400 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Peru | PEN |
| Legacy | Europe | Citibank Handlowy | 9710301508000000005 05744004 PLN 03007559009 | LBCE PLN NOSTRO ACCOUNT | Lehman Brothers Commodity Services Inc | Poland | PLN |
| Legacy | Europe | Citibank Handlowy | PL02103015080000000 0300759009 | LB HOLDINGS INC., UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Poland | PLN |
| Legacy | Americas | Citibank Korea Inc. | 5-001466-013 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Korea, Republic of (South) | USD |
| Legacy | Americas | Citibank Korea Inc. | 5-001466-005 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Korea, Republic of (South) | KRW |
| Legacy | Europe | Citibank Pty Limited | 231025006 | LBCS - AUD | Lehman Brothers Commodity Services Inc | Australia | AUD |
| Legacy | Europe | Citibank Pty Limited | 0-206441-054 | Lehman Brothers Holdings Inc UK Branch | Lehman Brothers Holdings Inc. (UK Branch) | Australia | AUD |
| Legacy | Europe | Citibank Rt. | 202292003 | LBCS HUF NOSTRO ACCOUNT | Lehman Brothers Commodity Services Inc | Hungary | HUF |
| Legacy | Europe | Citibank Rt. | 201834007 | LB HOLDINGS INC., UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Hungary | HUF |
| Legacy | Europe | Citibank, A.S. | 91803003 | LB HOLDINGS INC., UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Turkey | TRY |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | Citibank, A.S. | 201492017 | LB HOLDINGS INC., UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Czech Republic | CZK |
| Legacy | Americas | Citigroup Asset Management | 454329 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Citigroup Asset Management | 454329 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | Credit Lyonnais Asset Management | 0000999109U cle 10 | CLAM Eonia Investment | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | Credit Suisse First Boston | 39297721 | LEHMAN BROTHERS FINANCE SA, Expenses | Lehman Brothers Finance S.A. | Switzerland | CHF |
| Legacy | Europe | Deutsche Bank | L-002270 | Deutsche Global Liquidity Series | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | Deutsche Bank Asset Management | 168724629 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | Deutsche Bank DWS Investment SA | C6124599 | Deutsche Asset Management | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | DnB NOR Bank ASA | 796660201292 | Lehman Brothers Derivative Products | Lehman Brothers Derivative Products Inc. | Norway | NOK |
| Legacy | Europe | DnB NOR Bank ASA | 5083.06.23342 | LBCS NOK Account | Lehman Brothers Commodity Services Inc | Norway | NOK |
| Legacy | Europe | DnB NOR Bank ASA | 7966.02.01268 | LB HOLDINGS INC., UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Norway | NOK |
| Legacy | Americas | Dreyfus Service Corporation | 5100031514 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | DWS Group | C5846459 | LB HOLDINGS INC., UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Luxembourg | EUR |
| Legacy | Europe | Euroclear | 24909 | LBHI UK Tri-Party | Lehman Brothers Holdings Inc. | Belgium | EUR |
| Legacy | Europe | Euroclear | 24909 | LBHI UK Tri-Party | Lehman Brothers Holdings Inc. | Belgium | EUR |
| Legacy | Europe | Euroclear | 24909 | LBHI UK TRI PARTY | Lehman Brothers Holdings Inc. (UK Branch) | Belgium | EUR |
| Legacy | Europe | Euroclear | 24909 | LBHI UK TRI PARTY | Lehman Brothers Holdings Inc. (UK Branch) | Belgium | EUR |
| Legacy | Europe | Euroclear | 24909 | LBHI UK Tri-Party | Lehman Brothers Holdings Inc. | Belgium | EUR |
| Legacy | Americas | Evergreen Investments Management Company, LLC | 1009323568 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551148 | Waterferry | LBHI | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Federated Investors, Inc. | 4551599 | LBSF/Federated Limited Term Municipal Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551603 | LBSF/Federated Municipal Ultrashort Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551607 | LBSF/ Federated Michigan Intermediate Municipal Trust | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551611 | LBSF/Federated California Municipal Trust | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551615 | LBSF/Federated New York Municipal Income Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551619 | LBSF/Federated North Carolina Municipal Income Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551623 | LBSF/Federated Ohio Municipal Income | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551627 | LBSF/Federated Pennsylvania Municipal Income Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551631 | LBSF/Federated Intermediate Municipal Trust | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551635 | LBSF/Federated Short Term Municipal Trust | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551639 | LBSF/Federated Municipal Opportunities | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551643 | LBSF/Federated Municipal Securities Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551647 | LBSF/Federated Premier Municipal Income Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551651 | LBSF/Federated Premier Intermediate Municipal Income Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Fidelity Investments | 503380743 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Fidelity Investments | 504062811 | Moonbeam | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | Fidelity Investments | 504062738 | Sunlight | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Europe | First National Bank | 9015175 | LB HOLDINGS INC. UK BRANCH (UK Branch) | Lehman Brothers Holdings Inc. (UK Branch) | South Africa | ZAR |
| Legacy | Europe | Generali Asset Management SGR S.p.A. | 386126 | Generali Euro Short Term Yield Plus fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | Hansabanka | LV37HABA0551021121 1699 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Latvia | LVL |
| Legacy | Europe | HSBC Bank Kazakhstan | 001-006873-170 | LBHIUK Cash USD | Lehman Brothers Holdings Inc. (UK Branch) | Kazakhstan | USD |
| Legacy | Europe | HSBC Bank Kazakhstan | 001-006873-175 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Kazakhstan | KZT |
| Legacy | Europe | HSBC Bank Middle East Ltd | 002-2972299-200 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Oman | OMR |
| Legacy | Europe | HSBC Bank Middle East Ltd | 021-110309-437 | LBHIUK Funding Account | Lehman Brothers Holdings Inc. (UK Branch) | United Arab Emirates | AED |
| Legacy | Europe | HSBC BANK PLC | 400515 58971134 | Lehman Brothers Commodity Services Inc Europe | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Europe | HSBC BANK PLC | 0000860 | HSBC Liquidity Plus Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Europe | HSBC BANK PLC | 0000860 | HSBC Liquidity Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Europe | HSBC BANK PLC | 993316 | LBHI AIG Escrow | Lehman Brothers Holdings Inc. (UK Branch) | UK | N/A |
| Legacy | Europe | HSBC BANK PLC | 59972077 | LBHI AIG Escrow | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Europe | HSBC BANK PLC | 59972085 | LBHI AIG Escrow | Lehman Brothers Holdings Inc. (UK Branch) | UK | GBP |
| Legacy | Europe | HSBC BANK PLC | 59972093 | LBHI AIG Escrow | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | HSBC BANK PLC | 400515 57401113 | LB HOLDINGS INC., UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | GBP |
| Legacy | Europe | ING Sofia | BG56 INGB 9145 1002 4460 14 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Bulgaria | BGN |
| Legacy | Europe | Israel Discount Bank | 518-61-950092 | LB HOLDINGS INC., UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Israel | ILS |
| Legacy | Europe | J.P. Morgan AG | 611-16-00729 | Lehman Brothers Holdings Inc UK Branch | Lehman Brothers Holdings Inc. (UK Branch) | Germany | EUR |
| Americas | J.P. Morgan Fleming Asset Management | 5015137 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | JP Morgan | 37492603 | Local Government Pension Institution Pledge (LBHIUK) | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | JP Morgan Administration Services Ireland (Ltd) | LEHA100231 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. | Ireland | EUR |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | JP Morgan Asset Management (Europe) S.a.r.l | ILF0001952 | JP Morgan Liquidity Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | JPM Fleming AM | ILS0000816 | JPMF Euro Enhanced Yield Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | Jyske Bank | 50061126384 | FX Cash Account | Lehman Brothers Financial Products Inc. | Denmark | DKK |
| Legacy | Europe | Landsbanki Islands | 0100-27-090375 | LEHMAN BROTHERS HOLDINGS INC (UK BRANCH) | Lehman Brothers Holdings Inc. (UK Branch) | Iceland | ISK |
| Legacy | Americas | Lehman Brothers Asset Management | 10-878-817 | HSBC as trustee for Lehman Brothers Holdings Inc. (Trust Account - UK Underwriters) | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Asset Management | 1431229911-6 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Asset Management | 1000370 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Asset Management | 143034770-1 | Lehman Brothers Derivative Products Inc. | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | Lehman Brothers Asset Management | 143034760-4 | Lehman Brothers Financial Products Inc. | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | Lehman Brothers Asset Management | 150006810 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | Lehman Brothers Bank | 5.08E+11 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Bank | 5.08E+11 | LBHI as Agent for Boise Land & Timber II, LLC Collateral Account | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Bank | 17004425 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Bank | 508000157059 | [General William Lyon, Interest Reserve Account] | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Europe | Lehman Brothers Liquidity Fund Plc | 1000260 | Lehman Liquidity Fund: LBCF4 | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | Lehman Brothers Liquidity Fund Plc | 1000364 | Lehman Brothers Capital Funding V | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Americas | Macquarie Bank Limited | 2361061 | Lehman Commercial Paper Inc. | Lehman Commercial Paper Inc. | Australia | AUD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Mellon Bank NA | 224098 | Lehman Brothers Holdings Inc. - Equipment | LBHI | USA | USD |
| Legacy | Americas | Mellon Bank NA | 224127 | Lehman Brothers Holdings Inc. - Leasehold Improvements | LBHI | USA | USD |
| Legacy | Americas | Mellon Tr Co of NE | 012-9533 | Lehman Brothers Holdings Inc. - Piscataway Leasehold Improvements | LBHI | USA | USD |
| Legacy | Americas | Mellon Tr Co of NE | 012-9605 | Lehman Brothers Holdings Inc. -- Piscataway Equipment | LBHI | USA | USD |
| Legacy | Americas | Merrill Lynch Investment Management | 3386194 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Merrill Lynch Investment Management | 3386195 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Merrill Lynch Investment Management | 3386196 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Merrill Lynch Investment Management | 121 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Merrimac Funds Group | 3829 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Merrimac Funds Group | 4802 | Lehman Brothers Derivative Products Inc. | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | Merrimac Funds Group | 4815 | Lehman Brothers Financial Products Inc. | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | Morgan Stanley Investment Management Inc. | 756001081 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | Morley Liquidity Funds Plc | 00000733 | Morley Sterling Liquidity Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | GBP |
| Legacy | Europe | National Bank of Kuwait | 0800194390101 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Kuwait | KWD |
| Legacy | Europe | National Commercial Bank | 883100270000106 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Saudi Arabia | SAR |
| Legacy | Americas | Nations Funds | 4000161655 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Nations Funds | 4000136016 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Northern Trust Corporation | 8490010482 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Northern Trust Corporation | 8450016588 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Northern Trust Corporation | 8460010916 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Northern Trust Corporation | 8470017836 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Northern Trust Corporation | 8480012183 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Northern Trust Corporation | 8860010314 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Europe | Northern Trust Global Investments | 14117 | Nothern Trust Liquidity Pool | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | One Group Mutual Funds | 7070002302 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Phoenix Investment Partners | 39073309 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | Pioneer Investments | LMB0000004 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Luxembourg | EUR |
| Legacy | Europe | Pioneer Investments | 24462 | Plurifond | LBHI | UK | EUR |
| Legacy | Europe | Pioneer Investments | 1099266 | Pioneer Institutional Fund 19 | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | Pioneer Investments | 1099266 | Activest | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | Prudential Mutual Fund Services | 2808243303 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | Royal Bank of Canada | 000022732758 | LB HOLDINGS INC., UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Canada | CAD |
| Legacy | Americas | Russell Investments | 10468511 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Scudder Investments Service Company | 240002335 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Scudder Investments Service Company | 240002673 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | SEB | 5295-0017001930 | LBCS JOEN CASH CONTROL | Lehman Brothers Commodity Services Inc. | UK | DKK |
| Legacy | Europe | SEB | 5295-0017002023 | LBCS DKK Account | Lehman Brothers Commodity Services Inc. | Denmark | DKK |
| Legacy | Europe | SEB | 0529500325245 | Lehman Brothers Finance SA | Lehman Brothers Finance S.A. | Denmark | DKK |
| Legacy | Europe | SEB | 5295-0017001280 | Lehman brothers Finance SA | Lehman Brothers Finance S.A. | Denmark | DKK |
| Legacy | Europe | SEB | 5295-0017001256 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Denmark | DKK |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | SEB | 5295-0017001973 | LBSF JGEN CASH ACCOUNT | Lehman Brothers Special Financing Inc. | UK | DKK |
| Legacy | Americas | Skandinaviska Enskilda Banken | 52018522589 | FX Cash Account | Lehman Brothers Derivative Products Inc. | Sweden | SEK |
| Legacy | Americas | Skandinaviska Enskilda Banken | 52018529978 | FX Cash Account | Lehman Brothers Financial Products Inc. | Sweden | SEK |
| Legacy | Americas | Standard Chartered Bank | 100255868 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Thailand | THB |
| Legacy | Americas | Standard Chartered Bank | 100255876 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Thailand | THB |
| Legacy | Europe | Standard Life Investments | 10030 | Money Market Funds | Lehman Brothers Holdings Inc. (UK Branch) | Ireland | EUR |
| Legacy | Americas | SunTrust Bank | 7916865 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Svenska | 40341739 | LBCS Swdish Krona | Lehman Brothers Commodity Services Inc | USA | SEK |
| Legacy | Americas | Swedbank | 15099 | LBCS - SEK | Lehman Brothers Commodity Services Inc | Sweden | SEK |
| Legacy | Europe | Swedbank | 17608 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Sweden | SEK |
| Legacy | Americas | The Depository Trust Company | 7535 | Lehman Brothers Inc. / OWS Mortgage Opportunity Master Fund, L.P. | Lehman Brothers Holdings Scottish LP | USA | USD |
| Legacy | Americas | The Reserve Funds | 79933848 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | The Reserve Funds | 79933849 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | The Reserve Funds | 80831931 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | The Reserve Funds | 81713431 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | The Reserve Funds | 82981648 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | The Reserve Funds | 82981649 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Toronto Dominion Bank | 0360-01-22237912 | Lehman Brothers Derivative Products Inc. | Lehman Brothers Derivative Products Inc. | Canada | CAD |
| Legacy | Americas | Toronto Dominion Bank | 0360-01-2225593 | Lehman Brothers Financial Products Inc. | Lehman Brothers Financial Products Inc. | Canada | CAD |
| Legacy | Americas | UBS Global Asset Management | 300285 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | US Bancorp Asset Management, Inc. | 9400051318 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Utendahl Capital Management, L.P. | 1956-30088 | Waterferry | LBHI | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | Vilnius Bankas | LT22 7044 0600 0636 9498 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Lithuania | LTL |
| Legacy | Americas | Wells Fargo Funds | 243000000614 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Westpac Banking Corporation | 18945220001 | Lehman Brothers Derivative Products | Lehman Brothers Derivative Products Inc. | New Zealand | NZD |
| Legacy | Americas | Westpac Banking Corporation | RET01767 3NZD22000 1 | FX Cash Account-LBFP | Lehman Brothers Financial Products Inc. | New Zealand | NZD |
| Legacy | Europe | Zagrebacka Banka | 5180002060191 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Croatia | HRK |
| Legacy | Europe | ZAO Citibank | 40807810500501370001 | LBHI (UK Branch) | Lehman Brothers Holdings Inc. (UK Branch) | Russia | RUB |

## EXHIBIT B

**(Authorized Depository Accounts)**

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| New | Americas | Bank Of America | TBD | LBHI | LBHI New | USA | USD |
| New | Americas | Bank Of America | 3755552392 | LBHI | LBHI New | USA | USD |
| New | Americas | Bank of America | TBD | LBHI | LBHI New Segregated | USA | USD |
| New | Europe | Bank Of America | 6550261540 | Lehman Brothers Commodity Services Inc (Europe) | Lehman Brothers Commodity Services Inc | UK | USD |
| Legacy | Americas | Bank of America, New York | 6550914465 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Europe | Bank of America, New York | 7009761536 | LBHIUK USD Automatch account (UK Branch) | Lehman Brothers Holdings Inc. | USA | USD |
| Legacy | Europe | Bank of America, New York | 6550-1-61536 | LB HOLDINGS INC. UK BRANCH | Lehman Brothers Holdings Inc. | USA | USD |
| Legacy | Americas | Citibank | 3049-7636 | CES Aviation LLC | CES Aviation LLC(SPV) | USA | USD |
| Legacy | Americas | Citibank | 3056-8123 | CES Aviation V LLC | CES Aviation V LLC(SPV) | USA | USD |
| Legacy | Americas | Citibank | 40615202 | LBHI Main Operating Account | LBHI | USA | USD |
| Legacy | Americas | Citibank | 3062-2222 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Citibank | 3062-4711 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Citibank | 4074-3925 | LBHI Administrative Services Only | LBHI | USA | USD |
| Legacy | Americas | Citibank | 3077-4322 | Lehman Brothers Commodity Services Juice Sweep Account | Lehman Brothers Commodity Services Inc | USA | USD |
| Legacy | Americas | Citibank | 3058-2857 | LBSF Bank Loans | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Citibank | 3054-5554 | LBHI Bank Loans | LBHI | USA | USD |
| Legacy | Americas | Citibank | 3057-3934 | LBH Equity Deriv for the benefit of LBHI LBF NA | | USA | USD |
| Legacy | Americas | Citibank | 3062-6522 | LBSF ENERGY-USD | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Citibank | 30649126 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Citibank | 3043-4133 | LCPI Bank Loans (New Loan Iq System) | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | Citibank | 3043-4141 | LCPI As Agent (Bank Loans) | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | Citibank | 4061-5659 | LCPI Cash Concentration | Lehman Commercial Paper Inc. | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Citibank | 30649134 | Lehman Commercial Paper Inc. | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | Citibank | 3054-5087 | Lehman Brothers Commercial Corp - USD FX Nostro Account | Lehman Brothers Commercial Corporation | USA | USD |
| Legacy | Americas | Citibank | 4061-5501 | LCC Cash Concentration | Lehman Brothers Commercial Corporation | USA | USD |
| Legacy | Americas | Citibank | 3071-6122 | Lehman Brothers Special Lending LLC | Lehman Brothers Special Lending LLC | USA | USD |
| Legacy | Europe | Citibank | 30775763 | LBHI (UK Branch) | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| New | Europe | Citibank N.A. | 12136384 | LBHI (UK Branch) - DIP | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| New | Europe | Citibank N.A. | 12136422 | LBHI (UK Branch) - DIP | Lehman Brothers Holdings Inc. (UK Branch) | UK | GBP |
| New | Europe | Citibank N.A. | 12136414 | LBHI (UK Branch) - DIP | Lehman Brothers Holdings Inc. (UK Branch) | UK | JPY |
| New | Europe | Citibank N.A. | 12138406 | LBH (UK Branch) - DIP | Lehman Brothers Holdings Inc. (UK Branch) | UK | CAD |
| New | Europe | Citibank N.A. | 12136325 | Lehman Bros Spec Fin Inc - DIP | Lehman Brothers Special Financing Inc. | UK | EUR |
| New | Europe | Citibank N.A. | 12136368 | Lehman Bros Spec Fin Inc - DIP | Lehman Brothers Special Financing Inc. | UK | GBP |
| New | Europe | Citibank N.A. | 12136341 | Lehman Bros Spec Fin Inc - DIP | Lehman Brothers Special Financing Inc. | UK | CAD |
| New | Europe | Citibank N.A. | 12136333 | Lehman Bros Spec Fin Inc - DIP | Lehman Brothers Special Financing Inc. | UK | JPY |
| New | Europe | Citibank N.A. | 12145544 | Lehman Bros Comm Paper Inc - DIP | Lehman Commercial Paper Inc. | UK | CAD |
| New | Europe | Citibank N.A. | 12136694 | Lehman Bros Comm Paper Inc - DIP | Lehman Commercial Paper Inc. | UK | CAD |
| New | Europe | Citibank N.A. | 12154560 | Lehman Bros Comm Paper Inc - DIP | Lehman Commercial Paper Inc. | UK | EUR |
| New | Europe | Citibank N.A. | 12154552 | Lehman Commercial Paper Inc - DIP | Lehman Commercial Paper Inc. | UK | GBP |
| New | Americas | Citibank, N.A. | 307784782 | Lehman Brothers Commercial Corp -DIP | LBCC | USA | USD |
| New | Americas | Citibank, N.A. | 307848003 | Lehman Brothers Commodity Services Inc -DIP | LBCS | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| New | Americas | Citibank, N.A. | 30784766 | Lehman Brothers Derivative Products Inc -DIP | LBDP | USA | USD |
| New | Americas | Citibank, N.A. | 30784758 | Lehman Brothers Financial Products Inc - DIP | LBFP | USA | USD |
| New | Americas | Citibank, N.A. | 30784686 | Lehman Brothers Holdings Inc – DIP – Cash Concentration | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30784694 | Lehman Brothers Holdings Inc – DIP – Disbursements | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30784811 | Lehman Brothers Holdings Inc. (UK Branch) – DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30785347 | LBHI - Residential Real Estate - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30785355 | LBHI - Commercial Real Estate - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30785363 | LBHI - Private Equity - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30787801 | LBHI Cash Collateral - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 38793798 | LBHI - Accounts Payable Checks - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 38793827 | LBHI - Accounts Payable ACH - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 38793835 | LBHI - Payroll Checks - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 38793878 | LBHI - Payroll ACH - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30790197 | Lehman Brothers Holdings Inc | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30784774 | Lehman Brothers OTC Derivatives Inc -DIP | LBOTC | USA | USD |
| New | Americas | Citibank, N.A. | 30784731 | Lehman Brothers Special Financing Inc - DIP | LBSF | USA | USD |
| New | Americas | Citibank, N.A. | 30785398 | LBSF - Mortgage Derivatives - DIP | LBSF | USA | USD |
| New | Americas | Citibank, N.A. | 30784707 | Lehman Commercial Paper Inc - DIP – Agency Loans | LCPI | USA | USD |
| New | Americas | Citibank, N.A. | 30784715 | Lehman Commercial Paper Inc – DIP – General Loans | LCPI | USA | USD |
| New | Americas | Citibank, N.A. | 30784723 | Lehman Commercial Paper Inc – DIP – Operating AC | LCPI | USA | USD |
| New | Americas | Citibank, N.A. | 30785371 | LCPI - Mortgage Loans - DIP | LCPI | USA | USD |
| Legacy | Americas | Citibank, N.A. | 116197 | Lehman Brothers Special Financing Inc. (Non Exempt) | Lehman Brothers Special Financing Inc. | Brazil | BRL |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Citibank, N.A. | 2116190 | Lehman Brothers Special Financing (Exempt) | Lehman Brothers Special Financing Inc. | Brazil | BRL |
| Legacy | Americas | Citibank, N.A. | 159925404 | LBCS - JPY | Lehman Brothers Commodity Services Inc. | JP | JPY |
| Legacy | Americas | Citibank, N.A. | 11228102 | LBCS - EUR | Lehman Brothers Commodity Services Inc. | UK | EUR |
| Legacy | Americas | Citibank, N.A. | 11228110 | LBCS - STERLING | Lehman Brothers Commodity Services Inc. | UK | GBP |
| Legacy | Americas | Citibank, N.A. | 8013713 | FX Cash Account | Lehman Brothers Financial Products Inc. | UK | GBP |
| Legacy | Americas | Citibank, N.A. | 11375105 | Lehman Scottish Finance L.P. [USD Account] | Lehman Scottish Finance L.P.(SPV) | UK | USD |
| Legacy | Americas | Citibank, N.A | 30664297 | CES Aviation IX LLC | CES Aviation IX(SPV) | USA | USD |
| Legacy | Americas | Citibank, N.A. | 11291769 | LBCS Swiss Francs | Lehman Brothers Commodity Services Inc. | USA | CHF |
| Legacy | Americas | Citibank, N.A. | 11037420 | LBDP GBP Settlement account | Lehman Brothers Derivative Products Inc. | USA | GBP |
| Legacy | Europe | Citibank, N.A. | 10547840 | LEHMAN BROTHERS FINANCE SA | Lehman Brothers Finance S.A. | UK | CHF |
| Legacy | Europe | Citibank, N.A. | 7111343001 | LEHMAN BROTHERS FINANCE SA. Collateral (JV) | Lehman Brothers Finance S.A. | Switzerland | N/A |
| Legacy | Europe | Citibank, N.A. | 11953788 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | UK | CHF |
| Legacy | Europe | Citibank, N.A. | 028 780 000000 0400557519 71 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Morocco | MAD |
| Legacy | Americas | HSBC Bank USA | 487667463 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase | 475-025970 | Lehman Brothers Group Insurance Plan - MetLife Dental Program | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-645808 | East Dover - Disbursement Account | East Dover Limited(SPV) | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-645816 | East Dover - Main Operating Account | East Dover Limited(SPV) | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-624436 | LB 745 LLC Promissory Note | LB 745 LLC | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-650682 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | J.P. Morgan Chase & Co. | LCE | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 753-881-366 | Lehman Brothers Holdings Inc., by Tishman Speyer, as Agent | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-141-605 | Holdings Check Swap | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | LXH | Lehman Brothers Holding Inc. - Segregated | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-647617 | Lehman Brothers Commodity Services Inc. | Lehman Brothers Commodity Services Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-9026622 | LBDP Cash Operating Account | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-902630 | LBDP Termination Account | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-902649 | LBDP Proprietary Account | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-902673 | LBDP Customer Collateral Pledge | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | LD5 | LBDP Collateral Pledge | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-289009 | LBFP Cash Operating Account | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-289181 | LBFP Proprietary Account | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-289203 | LBFP Customer Collateral Pledge | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | LW0 | LBFP LBSF Collateral Pledge | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-624-770 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | LBK | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-626277 | Lehman Brothers OTC Derivatives inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-626412 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-143-543 | Incoming FF-LBSF | Lehman Brothers Special Financing Inc. | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-292-301 | Lehman Brother Securities | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-210-860 | LCPI | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | G72455 | Lehman Commercial Paper Inc AC | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | G72456 | Lehman Commercial Paper Inc | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | G72858 | Lehman Commercial Paper | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | LCD | Lehman Commercial Paper Inc. - DTC | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-619505 | LB Comm. Corp. Non-Seg | Lehman Brothers Commercial Corporation | USA | USD |
| Legacy | Europe | J.P. Morgan Chase & Co. | 066-625998 | LCH Intraday Call Account | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | XAU669 | LBSF Gold Account | Lehman Brothers Special Financing Inc. | UK | USD |
| Legacy | Americas | J.P. Morgan Chase Bank, N.A. | XAG414 | LBSF Silver account | Lehman Brothers Special Financing Inc. | UK | USD |
| Legacy | Americas | J.P. Morgan Chase Bank, N.A. | 415 | LBCC Silver account | Lehman Brothers Commercial Corporation | UK | XAG |
| Legacy | Americas | J.P. Morgan Chase Bank, N.A. | 871 | LBCC Gold Account | Lehman Brothers Commercial Corporation | UK | XAU |
| Legacy | Americas | J.P. Morgan Chase Bank, N.A. | 2900113594 | JP Morgan Chase Bank N.A., Lehman Brothers Holdings Inc., Cash Collateral Account. | LBHI | USA | USD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 00077 | Precious Metals XPT | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 00100 | Precious Metals XPD | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 00499 | Precious Metals XAG | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 00995 | Precious Metals XAU | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 33197701 | Lehman Brothers Commodity Services Inc (Europe) | Lehman Brothers Commodity Services Inc | UK | EUR |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500601 | LEHMAN BROTHER HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | AUD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500602 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | MXN |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500603 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | CAD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500604 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | CHF |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500605 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | CZK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500606 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | DKK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500607 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500608 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | HUF |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500609 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | ILS |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500610 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | JPY |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500611 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | NOK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500612 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | NZD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500613 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | PLN |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500614 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | SEK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500615 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | SKK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500616 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | TRY |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500617 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | ZAR |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500618 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500619 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 37492601 | LBHI UK Pledge 1 | Lehman Brothers Holdings Inc. (UK Branch) | Germany | EUR |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481001 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | AUD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481002 | LBSF SWapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | CAD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481003 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | CHF |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481004 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | DKK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481005 | LBSF Swapclear PPS house Account | Lehman Brothers Special Financing Inc. | UK | EUR |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481006 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481007 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | HKD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481008 | LBSFI Swapclear PPS | Lehman Brothers Special Financing Inc. | UK | JPY |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481009 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | NOK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481010 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | NZD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481011 | LBSF SwapclearPPS Account | Lehman Brothers Special Financing Inc. | UK | SEK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 250481112 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | USD |
| New | Americas | U.S. Bank | 152308786648 | LBCC | LBCC | USA | USD |
| New | Americas | U.S. Bank | 152308786655 | LBCS | LBCS | USA | USD |
| New | Americas | U.S. Bank | 152308786622 | LBDP | LBDP | USA | USD |
| New | Americas | U.S. Bank | 152308786630 | LBFP | LBFP | USA | USD |
| New | Americas | U.S. Bank | 152308786572 | LBHI Cash Concentration | LBHI New | USA | USD |
| New | Americas | U.S. Bank | 152308786580 | LBHI Disbursement Account | LBHI New | USA | USD |
| New | Americas | U.S. Bank | 152308786614 | LOTC | LBOTC | USA | USD |
| New | Americas | U.S. Bank | 152308786598 | LBSF | LBSF | USA | USD |
| New | Americas | U.S. Bank | 152308786606 | LCPI | LCPI | USA | USD |
| Legacy | Americas | U.S. Bank - Loan Servicing | 104757490602 | Lehman Commercial Paper Inc / United Capital | Lehman Commercial Paper Inc. | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | U.S. Bank - Loan Servicing | 1047574906l0 | Lehman Commercial Paper Inc / Terminal | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | U.S. Bank - Loan Servicing | 1047574906l28 | Lehman Commercial Paper Inc / T&W Leases | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | U.S. Bank - Loan Servicing | 1047574906l36 | Lehman Commercial Paper Inc/T&W IV | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | Union Bank of California | 289-0044738 | BNC Mortgage Inc. | BNC Mortgage Inc | USA | USD |

## EXHIBIT C

## INVESTMENT GUIDELINES

The Debtors generally may invest their cash and cash equivalents in only the following investments:

(i)     securities issued or directly and fully guaranteed or insured by the United States Government or any agency or instrumentality thereof;

(ii)    treasury-based money market funds that invest only in securities issued or directly and fully guaranteed or insured by the United States Government or any agency or instrumentality thereof; and

(iii)   low-risk investments such as securities issued by foreign governments, interest bearing accounts, bank-issued certificates of deposit, or funds similar to the treasury-based money market funds.