UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                        Debtors.                               :   (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF JOHN H. KNIGHT ON BEHALF OF RICHARDS, LAYTON & FINGER, P.A.

STATE OF DELAWARE        )
                         ) ss:
COUNTY OF NEW CASTLE     )

John H. Knight, being duly sworn, upon his oath, deposes and says:

1. I am a Director of Richards, Layton & Finger, P.A., located at One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (the "Firm").

2. On December 19, 2008, Cynthia D. Kaiser, a Vice President and Director of the Firm executed an Affidavit and Disclosure Statement (the "Affidavit") in support of the above-captioned debtors' and debtors' in possession (the "Debtors") retention of the Firm as ordinary course professionals and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on December 22, 2008 [Docket No. 2355].

3. This Affidavit (the "Supplemental Affidavit") supplements the previous Affidavit by supplementing the response to question 4 of the Questionnaire submitted with the Affidavit which asks for a brief description of the services to be provided. The response is hereby supplemented to include advice and services related to matters in the United States Bankruptcy Court for the District of Delaware in which the Debtors may have an interest.

By: /s/ John H. Knight
John H. Knight

Subscribed and sworn to before me
this 23rd day of Feb., 2009.

/s/ Joan M. Webb
Notary Public

JOAN M. WEBB
Notary Public - State of Delaware
My Comm. Expires April 30, 2010