## EXHIBIT A

**(Ordinary Course Professional Affidavit)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :    08-13555 (JMP)
                                                          :
                   Debtors.                               :    (Jointly Administered)
                                                          :
                                                          :
-----------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF DANIEL K. CALISHER

## ON BEHALF OF FOSTER GRAHAM MILSTEIN MILLER & CALISHER, LLP

STATE OF COLORADO           )
                            ) ss:
CITY & COUNTY OF DENVER     )

      Daniel K. Calisher, being duly sworn, upon his oath, deposes and says:

      1.      I am a partner of Foster Graham Milstein Miller & Calisher, LLP, located at 621 17th Street, 19th Floor, Denver, Colorado 80293 (the "Firm").

      2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors (primarily litigation seeking sums due to LBHI relating to mortgage loans), and the Firm has consented to provide such services.

      3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0.00 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

FOSTER GRAHAM MILSTEIN
MILLER & CALISHER, LLP

/s/ Daniel K. Calisher
Daniel K. Calisher

Subscribed and sworn to before me
this 23rd day of February, 2009.

/s/ Tiffany A. Yingling
Notary Public/My Commission Expires: 12/05/09

[Notary Seal: TIFFANY A. YINGLING, NOTARY PUBLIC, STATE OF COLORADO]

# EXHIBIT B

**(Retention Questionnaire)**

NY2:\1926908\02\15@T802!.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
                          Debtors.                                :    (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

    1.    Name and address of firm:

        Foster Graham Milstein Miller & Calisher, LLP

        621 17th Street, 19th Floor

        Denver, Colorado  80293

2. Date of retention: September 15, 2008.

   *The Firm was retained by LBHI's wholly owned subsidiary, Aurora Loan Services LLC ("Aurora") in January, 2004.

3. Type of services provided (accounting, legal, etc.):

   Legal services – litigation and real estate counsel.

4. Brief description of services to be provided:

   Primarily repurchase and/or indemnity litigation seeking recovery of sums due to LBHI regarding mortgage loans and/or associated losses in which LBHI has an interest.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly fee

   (a) Average hourly rate (if applicable):

   $235/hour

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $75,000.00/month with Aurora for all matters (portion for Debtors and portion for certain securitized trusts)

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $0.00

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm: **NONE**

   Name:

   Status:

        Amount of Claim:  $_____

        Date claim arose:  _____

        Source of claim:  _____

        _____

        _____

        _____

8.    Stock of the Debtors currently held by the firm:  **NONE**

        Kind of shares:  _____

        No. of shares:  _____

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:  **NONE**

        Name:  _____

        Status:  _____

        _____

        Kind of shares:  _____

        No. of shares:  _____

10.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

        <u>The Firm continues to represent Aurora in a number of legacy cases for Aurora in its capacity as master servicer or loan administrator on behalf of certain securitized trusts.</u>

11.   Name of individual completing this form:

        <u>Daniel K. Calisher, Esq.</u>