**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                                        :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
Debtors.                              :    (Jointly Administered)
:
:
-----------------------------------------------------------------x

### *EX PARTE* ORDER AUTHORIZING LCPI TO FILE
### THE CONFIDENTIAL iSTAR DOCUMENTS UNDER SEAL

Upon the motion (the "Motion")¹ filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing LCPI to file under seal a copy of the *Debtors' Application for an Order to Enjoin iStar Financial Inc. From Amending and Restructuring its Unsecured Credit Facilities and Creating a New Senior Secured Credit Facility Pursuant to 11 U.S.C. §§ 362, 541 and 549, and Rule 65 of the Federal Rules of Civil Procedure, as Made Applicable Hereto Pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure* (the "Application for an Injunction"), the exhibits to the Application for an Injunction (the "Exhibits") and the *Complaint for Declaratory and Injunctive Relief* (the "Adversary Complaint" and collectively with the Application for an Injunction and the Exhibits, the "Confidential iStar Documents") and limiting the parties who have access to the Confidential iStar Documents and the Affidavit of Turner P. Smith in support of the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this

---

¹ All capitalized terms not defined herein shall have the same meanings ascribed to them in the Motion.

proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted.

2. The Debtors are authorized to file a copy of the Confidential iStar Documents under seal by delivering such documents to Chambers and to the Clerk of the Court's attention with a letter referencing this Order. The Confidential iStar Documents shall remain under seal and confidential and shall not be made available to anyone without the consent of the Debtors and iStar Financial, Inc. or further order of this Court.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. All time periods in this Order shall be calculated in accordance with Bankruptcy Rule 9006(d).

6. The requirement set forth in Local Rule 9013-1(b) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or is otherwise waived.

7. To the extent that this Order is inconsistent with any prior order or pleading with respect to the Motion in these cases, the terms of this Order shall govern.

-3-

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: February 26, 2009

                                                   */s/ James M. Peck*
                                                   UNITED STATES BANKRUPTCY JUDGE