**WACHTELL, LIPTON, ROSEN & KATZ**

51 West 52nd Street
New York, New York  10019
Telephone (212) 403-1000
Facsimile (212) 403-2000
Harold S. Novikoff (HN 3898)
Amy R. Wolf (AW 6646)

Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
In re:                                          :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC.,                  :    08-13555 (JMP)
                                                :
            Debtors.                            :    (Jointly Administered)
------------------------------------------------------------------ x
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK  )

      Alison Levy, being duly sworn, deposes and says:

      1.     I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case.  I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for JPMorgan Chase & Co. in the above-captioned case.

      2.     On February 27, 2009, I caused a copy of the following document, Joinder of JPMorgan Chase Bank, N.A. in Examiner's Response to Debtors' Limited Objection to Proposed Order and Stipulation Between the Examiner and JPMorgan Chase Bank, N.A., to be filed and served by email via the Court's ECF system and served upon the parties listed on the service list attached hereto in the manner indicated therein.

                                   _____
                                      Alison Levy

Sworn to before me this

27th day of February, 2009

_____

Jennifer W. Higgins
Notary Public, State of New York
No. 01HI6163915
Qualified in New York County

## SERVICE LIST

### BY HAND DELIVERY

Honorable James M. Peck
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, NY  10004

Porzio, Bromberg & Newman, P.C.
Attn:   John Mairo, Esq.
          Terri Jane Freedman, Esq.
156 West 56th Street
New York, NY 10019

Weil Gotshal & Manges LLP
Attn:   Diane Harvey
767 Fifth Avenue
New York, New York 10153

### BY FIRST-CLASS MAIL

Office of the United States Trustee,
Southern District of New York
Attn:   Andy Velez-Rivera, Esq.,
          Paul Schwartzberg, Esq.,
          Brian Masumoto, Esq.,
          Linda Riffkin, Esq.,
          Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis F. Dunne, Esq.,
          Dennis O'Donnell, Esq.,
          Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Cleary Gottlieb LLP
Attn:   Lindsee P. Granfield, Esq.,
Lisa Schweiger, Esq.
One Liberty Plaza
New York, New York 10006

Sullivan & Cromwell LLP
Attn:   Robinson B. Lacy, Esq.,
          Hydee R. Feldstein, Esq.
125 Broad Street
New York, New York 10004

Latham & Watkins LLP
Attn:   Keith A. Simon, Esq.,
          David Heller, Esq.,
          Douglas Bacon, Esq.
885 Third Avenue
New York, NY 10022