08-13555-mg    Doc 2961-5    Filed 02/27/09    Entered 02/27/09 13:30:28    Exhibit B-
Assignment of Mortgage    Pg 1 of 3

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. |  2008082500752001001E73C9 |

## RECORDING AND ENDORSEMENT COVER PAGE  PAGE 1 OF 2

**Document ID:** 2008082500752001    **Document Date:** 08-13-2008    **Preparation Date:** 08-25-2008
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| CLOSING USA<br>250 MILE CROSSING BOULEVARD<br>SUITE 4<br>ROCHESTER, NY 14624<br>585-454-1730<br>recordingdept@closingusa.com | CLOSING USA<br>250 MILE CROSSING BOULEVARD<br>SUITE 4<br>ROCHESTER, NY 14624<br>585-454-1730<br>recordingdept@closingusa.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 4058 | 70 | Entire Lot | 586 HENDRIX STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2008000204667

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| US BANK NATIONAL ASSOCIATION<br>SPECIAL ASSETS-NC 4742, 701 CORPORATE CENTER DR<br>RALEIGH, NC 27607 | US BANK NATIONAL ASSOCIATION<br>SPECIAL ASSETS-NC 4742, 701 CORPORATE CENTER DR<br>RALEIGH, NC 27607 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    08-28-2008 10:51
City Register File No.(CRFN): 2008000344207

*City Register Official Signature*

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2008082500752001001E73C9

### RECORDING AND ENDORSEMENT COVER PAGE                 PAGE 1 OF 2

Document ID: 2008082500752001        Document Date: 08-13-2008        Preparation Date: 08-25-2008
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 1

| PRESENTER: | RETURN TO: |
|---|---|
| CLOSING USA<br>250 MILE CROSSING BOULEVARD<br>SUITE 4<br>ROCHESTER, NY 14624<br>585-454-1730<br>recordingdept@closingusa.com | CLOSING USA<br>250 MILE CROSSING BOULEVARD<br>SUITE 4<br>ROCHESTER, NY 14624<br>585-454-1730<br>recordingdept@closingusa.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 4058 | 70 | Entire Lot | 586 HENDRIX STREET |

Property Type: DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

CRFN: 2008000204667

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| US BANK NATIONAL ASSOCIATION<br>SPECIAL ASSETS-NC 4742, 701 CORPORATE CENTER DR<br>RALEIGH, NC 27607 | US BANK NATIONAL ASSOCIATION<br>SPECIAL ASSETS-NC 4742, 701 CORPORATE CENTER DR<br>RALEIGH, NC 27607 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

S&D # 08-072929                                                                 Block 4058 Lot 70

## ASSIGNMENT OF MORTGAGE

KNOW THAT

**U.S. Bank National Association as Trustee**, a corporation, organized and existing under the laws of the United States of America, having an office at Special Assets - NC 4742, 701 Corporate Center Drive, Raleigh, North Carolina 27607, Assignor,

in consideration of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable consideration, paid by

**U.S. Bank National Association as Trustee under Securitization Servicing Agreement Dated as of December 1, 2005, Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage Pass Through Certificates, Series 2005-11**, having an office at Special Assets - NC 4742, 701 Corporate Center Drive, Raleigh, North Carolina 27607, Assignee,

hereby assigns unto the assignee, a certain Mortgage dated October 25, 2005 made by Christopher Henry to Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage, Inc. in the principal sum of $360,000.00 and recorded in the Kings County Office of the City Register on November 25, 2005 in CRFN 2005000653854. The mortgage was assigned to U.S. Bank National Association as Trustee by Assignment recorded April 15, 2008 in CRFN 2008000204667.

The mortgaged premises is known as 586 Hendrix Street, Brooklyn, NY 11207

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment,
the __13__ day of __August__ in the year 2008

                                        U.S. Bank National Association as Trustee, by
                                        Barclays Capital Real Estate Inc., d/b/a HomEq
                                        Servicing, its attorney in fact

                                        BY: _____
                                        Noriko Colston
                                        Assistant Secretary

STATE OF __California__          )
                                 )ss
COUNTY OF __Sacramento__         )

On the __13__ day of __August__ in the year 2008 before me, the undersigned, a Notary Public in and for said State, personally appeared __Noriko Colston__, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

Sworn to before me this

_____ day of August, 2008

_____                                                 SEAL
Notary Public

K. KESSLER
COMM. # 1710468
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO CO.
EXP. DEC 12, 2010

RECORD & RETURN TO:
Shapiro & DiCaro, LLP        Closing USA, LLC  DS0800358116
250 Mile Crossing Boulevard  Attn: Default
Suite One                    250 Mile Crossing Blvd., Ste. 4
Rochester, NY 14624          Rochester, NY 14624

0324606086