# Closing USA, LLC

## TITLE NO. DS080033201

## MORTGAGE FORECLOSURE CERTIFICATE

CERTIFIES TO: **Shapiro & Dicaro**  
Attorney No: 0324606086  
Premises: **586 Hendrix St, Brooklyn, NY 11207**

Client Ref. No: **08-071401**  
Fidelity No: C838574  
County: **KINGS**

District:    Section:    Block: 4058    Lot: 70

That a search has been made against the premises described in Schedule "A" from the date of the mortgage to be foreclosed to the date hereof, and title to said premises is vested of record in

**Christopher Henry**

By Deed from: 753 Miller Realty Corp.

**Deed Dated:** August 19, 2004    **Recorded:** September 23, 2004

**CRFN:** 2004000597848

This certificate includes appended schedules, as follows:

Schedule A    Description of Mortgaged Premises  
Schedule B    Mortgages and Assignments of Record  
Schedule C    Necessary Parties Defendant  
Schedule D    Exceptions, Objections and Other Information  
Schedule E    Tax Search

Certified as **February 18, 2008**

# Closing USA, LLC

## SCHEDULE A

### DESCRIPTION OF MORTGAGES PREMISES

Title No.: **DS080033201**

ALL that cartain plot, piece or parcel of land situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, more particularly bounded and described as follows;

BEGINNING at the corner formed by the intersection of the westerly side of Hendrix Street and the northerly side of Dumont Avenue;

RUNNING THENCE westerly and along the northerly side of Dumont Avenue 100.09 feet;

THENCE northerly and parallel to the westerly side of Hendrix Street 25.92 feet;

THENCE easterly and at right angles to the westerly side of Hendrix Street and part of the distance through a party wall 100.09 feet to the westerly side of Hendrix Street;

THENCE southerly and along the westerly side of Hendrix Street 25.92 feet to the corner and the point or place of BEGINNING.

# Closing USA, LLC

## SCHEDULE B

## MORTGAGES AND ASSIGNMENTS OF RECORD

**Title Number:** DS080033201

### PAGE 1 OF 4

### MORTGAGE

**Mortgagor:**  Theresa Smith
Ronnie Strong
Verna Smith

**Mortgagee:**  The Secretary of Housing and Urban Development

**Amount:** $7,557.72

**Dated:** September 15, 2000   **Recorded:** November 28, 2000

**Reel:** 5015    **Page:** 2434

BEING INVESTIGATED

*See Exception 12 on Schedule D.

### PRIOR MORTGAGE



**Title Number:** DS080033201

## PAGE 2 OF 4

## MORTGAGE

**Mortgagor:**   Christopher Henry

**Mortgagee:**   "MERS" is Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment & Loan

**Amount:** $233,750.00

**Dated:** August 19, 2004     **Recorded:** September 23, 2004

**CRFN:** 2004000597849

BEING INVESTIGATED

## PRIOR MORTGAGE



**Title Number:** DS080033201

### PAGE 3 OF 4

### MORTGAGE

**Mortgagor:**   Christopher Henry

**Mortgagee:**   "MERS" is Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage, Inc., a Delaware Corporation

**Amount:** $360,000.00

**Dated:** October 25, 2005     **Recorded:** November 25, 2005

**CRFN:** 2005000653854

### MORTGAGE TO BE FORECLOSED

**PRIOR MORTGAGES:** Two

**SUBORDINATE MORTGAGES:** One

**Title Number:** DS080033201

## PAGE 4 OF 4

## MORTGAGE

**Mortgagor:** Christopher Henry

**Mortgagee:** "MERS" is Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage, Inc., a Delaware Corporation

**Amount:** $90,000.00

**Dated:** October 25, 2005    **Recorded:** November 25, 2005

**CRFN:** 2005000653855

### SUBORDINATE MORTGAGE