EAPPRAISEIT

LOAN # 324606086
File No. 4059189

# APPRAISAL OF



### LOCATED AT:

586 HENDRIX STREET
BROOKLYN, NY 11207

### FOR:

BARCLAYS CAPITAL REAL ESTATE INC.
4837 WATT AVENUE
NORTH HIGHLANDS, CA 95660

### BORROWER:

CHRISTOPHER HENRY

### AS OF:

October 2, 2008

### BY:

JAMES TALAVERA

5 CHERRY HILL DRIVE, SUITE 200, DANVERS, MA 01923

EAPPRAISEIT

**Exterior-Only Inspection Residential Appraisal Report**   LOAN # 324606086   File No. 4059189

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

### SUBJECT
| Field | Value |
|---|---|
| Property Address | 586 HENDRIX STREET   City BROOKLYN   State NY   Zip Code 11207 |
| Borrower | CHRISTOPHER HENRY   Owner of Public Record CHRISTOPHER HENRY   County KINGS |
| Legal Description | SECTION: 13  BLOCK: 4058  LOT: 70 |
| Assessor's Parcel # | 04058-0070   Tax Year 2008   R.E. Taxes $ 883.28 |
| Neighborhood Name | EAST NEW YORK   Map Reference MAP 21 H-14   Census Tract 1160.00 |
| Occupant | [X] Owner  [ ] Tenant  [ ] Vacant   Special Assessments $ N/A   [ ] PUD   HOA $ N/A   [ ] per year  [ ] per month |
| Property Rights Appraised | [X] Fee Simple  [ ] Leasehold  [ ] Other (describe) |
| Assignment Type | [ ] Purchase Transaction  [ ] Refinance Transaction  [X] Other (describe) ASSET VALUATION |
| Lender/Client | BARCLAYS CAPITAL REAL ESTATE INC.   Address 4837 WATT AVENUE, NORTH HIGHLANDS, CA 95660 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  [ ] Yes  [X] No

Report data source(s) used, offering price(s), and date(s). MULTIPLE LISTING SERVICE

### CONTRACT
I [ ] did  [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A THERE IS NO CONTRACT FOR SALE.

Contract Price $ N/A   Date of Contract N/A   Is the property seller the owner of public record?  [ ] Yes  [ ] No   Data Source(s) N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  [ ] Yes  [ ] No
If Yes, report the total dollar amount and describe the items to be paid.  $ N/A

### NEIGHBORHOOD
Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location [X] Urban [ ] Suburban [ ] Rural | Property Values [ ] Increasing [X] Stable [ ] Declining | PRICE  AGE | One-Unit 25 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | $(000)  (yrs) | 2-4 Unit 60 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 250 Low  NEW | Multi-Family 7 % |
| | | 560 High  115 | Commercial 8 % |
| | | 340 Pred.  90 | Other VACANT % |

Neighborhood Boundaries  NORTH: JAMAICA AVENUE  SOUTH: NEW LOTS AVENUE  EAST: EUCLID AVENUE  WEST: SNEDIKER AVENUE

Neighborhood Description  THE SUBJECT IS LOCATED IN A PREDOMINANTLY RESIDENTIAL AREA, CLOSE TO MOST AMENITIES. DWELLINGS VARY IN SIZE, SHAPE, DESIGN AND AGE. THE AREA IS COMPOSED OF LARGELY 1-4 FAMILY HOMES WITH EMPLOYMENT OPPORTUNITIES AND STABILITY BEING AVERAGE FOR THE REGION. NO UNFAVORABLE CONDITIONS WERE NOTED.

Market Conditions (including support for the above conclusions)  GENERAL MARKET CONDITIONS HAVE STABILIZED AFTER A PERIOD OF APPRECIATION. AMPLE MORTGAGE FUNDS ARE AVAILABLE FROM LENDERS THROUGHOUT THE AREA. TYPICAL FINANCING INCLUDES VARIOUS "ARM" AND "CONVENTIONAL" TYPE MORTGAGES WITH TERMS EXTENDING TO 30 YEARS. LOAN DISCOUNTS, INTEREST BUYDOWNS AND CONCESSIONS ARE NOT PERVASIVE IN THE CURRENT MARKET.

### SITE
Dimensions 26 X 100   Area 2,600 SQ FT.   Shape RECTANGULAR   View AVERAGE
Specific Zoning Classification R5   Zoning Description GENERAL RESIDENCE DISTRICT
Zoning Compliance  [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  [ ] No   If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street MACADAM | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley NONE | | |

FEMA Special Flood Hazard Area  [ ] Yes  [X] No   FEMA Flood Zone X   FEMA Map # 3604970075C   FEMA Map Date 05/18/92
Are the utilities and off-site improvements typical for the market area?  [X] Yes  [ ] No   If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  [ ] Yes  [X] No   If Yes, describe.  THERE WERE NO EASEMENTS, ENCROACHMENTS OR OTHER ADVERSE SITE CONDITIONS NOTED.

### IMPROVEMENTS
Source(s) Used for Physical Characteristics of Property  [ ] Appraisal Files  [ ] MLS  [X] Assessment and Tax Records  [ ] Prior Inspection  [ ] Property Owner
[X] Other (describe) EXTERIOR INSPECTION   Data Source(s) for Gross Living Area ASSESSMENT RECORDS, EXTERIOR INSPECTION

| GENERAL DESCRIPTION | GENERAL DESCRIPTION | Heating / Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab  [ ] Crawl Space | [ ] FWA  [ ] HWBB | [ ] Fireplace(s) # | [ ] None |
| # of Stories 2 | [X] Full Basement  [ ] Finished | [ ] Radiant | [ ] WoodStove(s) # | [X] Driveway  # of Cars 1 |
| Type [ ] Det. [ ] Att. [X] S-Det./End Unit | [ ] Partial Basement  [ ] Finished | [X] Other UNKNOWN | [ ] Patio/Deck | Driveway Surface CONCRETE |
| [X] Existing [ ] Proposed [ ] Under Const. | Exterior Walls BRICK | Fuel UNKNOWN | [ ] Porch | [ ] Garage  # of Cars |
| Design (Style) COLONIAL | Roof Surface FLAT TAR | [ ] Central Air Conditioning | [ ] Pool | [ ] Carport  # of Cars |
| Year Built 1990 | Gutters & Downspouts ALUMINUM | [ ] Individual | [ ] Fence | [ ] Attached  [ ] Detached |
| Effective Age (Yrs) 10-15 | Window Type UNKNOWN | [X] Other UNKNOWN | [X] Other UNKNOWN | [ ] Built-in |
| Appliances [ ] Refrigerator [ ] Range/Oven | [ ] Dishwasher  [ ] Disposal | [ ] Microwave  [ ] Washer/Dryer | [X] Other (describe) APPLIANCES UNKNOWN | |

Finished area **above** grade contains:  6 Rooms   3 Bedrooms   1.5 Bath(s)   1,134 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.)  NONE NOTED FROM EXTERIOR INSPECTION.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).  BASED UPON AN EXTERIOR ONLY INSPECTION, NORMAL PHYSICAL WEAR WAS NOTED. NO EXTERNAL INADEQUACIES WERE NOTED.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  [ ] Yes  [X] No   If Yes, describe.
NO READILY APPARENT DEFICIENCIES WERE NOTED THAT WOULD AFFECT THE LIVABILITY, SOUNDNESS OR STRUCTURAL INTEGRITY OF THE PROPERTY.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  [X] Yes  [ ] No   If No, describe.  THE SUBJECT PROPERTY CONFORMS TO THE NEIGHBORHOOD IN TERMS OF FUNCTIONAL UTILITY, STYLE AND USE.

eAPPRAISEIT

# Exterior-Only Inspection Residential Appraisal Report

LOAN # 324606086
File No. 4059189

There are 6 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 349,999 to $ 399,990.
There are 10 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 300,000 to $ 385,000.

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 586 HENDRIX STREET BROOKLYN | 554 SHEPHERD AVENUE BROOKLYN | | 446 BELMONT AVENUE BROOKLYN | | 578 HENDRIX STREET BROOKLYN | |
| Proximity to Subject | | 0.48 miles ENE | | 0.34 miles NW | | 0.02 miles N | |
| Sale Price | $ N/A | $ | 339,200 | $ | 371,000 | $ | 300,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 299.12 sq. ft. | | $ 327.16 sq. ft. | | $ 264.55 sq. ft. | |
| Data Source(s) | INSPECTION | COMPS INC/BROKER-CLOSED | | COMPS INC/BROKER-CLOSED | | COMPS INC/BROKER-CLOSED | |
| Verification Source(s) | PUBLIC RECORDS | PUBLIC RECORDS | | PUBLIC RECORDS | | PUBLIC RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | N/A | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Date of Sale/Time | N/A | 08/08/2008-SD | | 06/05/2008-SD | | 11/08/2007-SD | |
| Location | URBAN/AVERAGE | URBAN/AVERAGE | | URBAN/AVERAGE | | URBAN/AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 2,600 SQ FT. | 3,600 SQ FT. | -3,000 | 1,800 SQ FT. | 2,500 | 1,800 SQ FT. | 2,500 |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design (Style) | COLONIAL/SEMI-DET | COLONIAL/ATTACHD | 15,000 | COLONIAL/ATTACHD | 15,000 | COLONIAL/ATTACHD | 15,000 |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 18 YEARS | 18 YEARS | | 18 YEARS | | 18 YEARS | |
| Condition | AVERAGE | AVERAGE | | GOOD | -35,000 | AVERAGE | |
| Above Grade Room Count | Total 6 / Bdrms 3 / Baths 1.5 | Total 6 / Bdrms 3 / Baths 1.5 | | Total 6 / Bdrms 3 / Baths 1.5 | | Total 6 / Bdrms 2 / Baths 1.5 | |
| Gross Living Area 35.00 | 1,134 sq. ft. | 1,134 sq. ft. | | 1,134 sq. ft. | | 1,134 sq. ft. | |
| Basement & Finished Rooms Below Grade | FULL BASEMENT | FULL BASEMENT | | FULL BASEMENT | | FULL BASEMENT | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | AVG/AVG | AVG/AVG | | AVG/AVG | | AVG/AVG | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | DRIVEWAY | DRIVEWAY | | DRIVEWAY | | DRIVEWAY | |
| Porch/Patio/Deck | N/A | N/A | | N/A | | N/A | |
| Net Adjustment (Total) | | [X]+ [ ]- | $ 12,000 | [ ]+ [X]- | $ 17,500 | [X]+ [ ]- | $ 17,500 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.5% Gross Adj. 5.3% | $ 351,200 | Net Adj. -4.7% Gross Adj. 14.2% | $ 353,500 | Net Adj. 5.8% Gross Adj. 5.8% | $ 317,500 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) COMPS INC, REAL QUEST
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) COMPS INC, REAL QUEST
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NONE NOTED | NONE NOTED | NONE NOTED | NONE NOTED |
| Price of Prior Sale/Transfer | NONE NOTED | NONE NOTED | NONE NOTED | NONE NOTED |
| Data Source(s) | COMPS INC,REAL QUEST | COMPS INC,REAL QUEST | COMPS INC,REAL QUEST | COMPS INC,REAL QUEST |
| Effective Date of Data Source(s) | 10/2008 | 10/2008 | 10/2008 | 10/2008 |

Analysis of prior sale or transfer history of the subject property and comparable sales  THE SUBJECT HAS NOT TRANSFERRED OWNERSHIP WITHIN THE PAST THREE YEARS ACCORDING TO PUBLIC RECORDS. ALL COMPARABLE SALES USED IN THIS REPORT HAVE NOT TRANSFERRED OWNERSHIP WITHIN 12 MONTHS OF THE EFFECTIVE DATE OF THIS APPRAISAL.

Summary of Sales Comparison Approach.  ALL SALES WERE GIVEN CONSIDERATION DUE TO SIMILARITIES IN TIME, SIZE AND LOCATION. THE SUBJECT PROPERTY IS COMPATIBLE IN SIZE, AGE AND APPEAL TO THE SALES UTILIZED IN THIS REPORT AS WELL AS THE OTHER HOMES THROUGHOUT THE AREA.

Indicated Value by Sales Comparison Approach $ 335,000
Indicated Value by: Sales Comparison Approach $ 335,000    Cost Approach (if developed) $ N/A    Income Approach (if developed) $ N/A
PRIME EMPHASIS HAS BEEN PLACED ON THE SALES COMPARISON ANALYSIS AS IT BEST REFLECTS THE ACTIONS OF PRUDENT BUYERS AND SELLERS OF THIS TYPE OF PROPERTY IN THE CURRENT MARKET. THE COST AND INCOME APPROACHES ARE DEEMED INAPPLICABLE DUE TO THE NATURE OF THE APPRAISAL ASSIGNMENT AND SUBSEQUENT LACK OF RELIABLE DATA.
This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 335,000 as of  10/02/2008, which is the date of inspection and the effective date of this appraisal.

**EAPPRAISEIT**

**Exterior-Only Inspection Residential Appraisal Report**    LOAN # 324606086    File No. 4059189

## ADDITIONAL COMMENTS

THIS APPRAISAL WAS PREPARED FROM EXTERIOR INSPECTION ONLY, NO ACCESS WAS GAINED TO THE INTERIOR OF THE HOME OR THE REAR YARD.  HENCE ALL AREAS REGARDING THE INTERIOR OF THE HOME IE HEATING SYSTEM, CENTRAL AIR, PORCHES, PATIOS, DECKS  ETC ARE MARKED UNKNOWN.  NO ADJUSTMENTS ARE MADE FOR UNKNOWN ITEMS.

DUE TO THE LACK OF SUITABLE RECENTLY CLOSED COMPARABLE SALES IN THE AREA, SALE #3 IS UTILIZED DESPITE EXCEEDING SIX MONTH TIME PARAMETER.

DESIGN ADJUSTMENTS ARE APPLIED TO ALL THREE COMPARABLE SALES DUE TO TYPICAL BUYER PREFERENCE FOR SEMI-DETACHED HOMES OVER ATTACHED DWELLINGS.

SALE # 2 IS IN SUPERIOR CONDITION TO THE SUBJECT AND IS ADJUSTED ACCORDINGLY.

THE COMPARABLE SALES EMPLOYED IN THIS REPORT WERE DEEMED TO BE THE BEST AVAILABLE TO THE APPRAISER, MOST SIMILAR TO THE SUBJECT IN TERMS OF LOCATION, SIZE AND OVERALL APPEAL.  AS ADJUSTED THESE SALES REFLECT A REASONABLE RANGE OF SUBJECT VALUE.  APPRAISER RECONCILES TOWARD MID-RANGE OF ADJUSTED VALUES.

THIS APPRAISAL WAS PREPARED FOR ASSET VALUATION PURPOSES.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   N/A

ESTIMATED    [ ] REPRODUCTION OR    [ ] REPLACEMENT COST NEW    OPINION OF SITE VALUE .......... = $
Source of cost data N/A    Dwelling    1,134 Sq. Ft. @ $    .......... = $    0
Quality rating from cost service    Effective date of cost data    Sq. Ft. @ $    .......... = $
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
THE COST APPROACH IS DEEMED INAPPLICABLE FOR THIS APPRAISAL    Garage/Carport    Sq. Ft. @ $    .......... = $
ASSIGNMENT.    Total Estimate of Cost-New    .......... = $    0
Less    Physical    Functional    External
Depreciation    = $ (    0)
Depreciated Cost of Improvements .......... = $    0
"As-is" Value of Site Improvements .......... = $

Estimated Remaining Economic Life (HUD and VA only)    40 Years   INDICATED VALUE BY COST APPROACH .......... = $    0

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $    N/A  X Gross Rent Multiplier    N/A  = $    N/A   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)  N/A

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   [ ] Yes  [ ] No   Unit type(s)   [ ] Detached   [ ] Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal name of project  N/A
Total number of phases    Total number of units    Total number of units sold
Total number of units rented    Total number of units for sale    Data source(s)
Was the project created by the conversion of an existing building(s) into a PUD?  [ ] Yes  [ ] No   If Yes, date of conversion.
Does the project contain any multi-dwelling units?  [ ] Yes  [ ] No  Data source(s)
Are the units, common elements, and recreation facilities complete?  [ ] Yes  [ ] No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  [ ] Yes  [ ] No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

EAPPRAISEIT

LOAN # 324606086

**Exterior-Only Inspection Residential Appraisal Report**   File No. 4059189

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

EAPPRAISEIT

**Exterior-Only Inspection Residential Appraisal Report**

LOAN # 324606086
File No. 4059189

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

EAPPRAISEIT

**Exterior-Only Inspection Residential Appraisal Report**

LOAN # 324606086
File No. 4059189

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name JAMES TALAVERA | Name |
| Company Name EAPPRAISEIT | Company Name |
| Company Address 5 CHERRY HILL DRIVE, SUITE 200, DANVERS, MA 01923 | Company Address |
| Telephone Number | Telephone Number |
| Email Address JTAL62@AOL.COM | Email Address |
| Date of Signature and Report 10/02/2008 | Date of Signature |
| Effective Date of Appraisal 10/02/2008 | State Certification # |
| State Certification # 45000045454 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State NY | |
| Expiration Date of Certification or License 06/12/2009 | |

ADDRESS OF PROPERTY APPRAISED
586 HENDRIX STREET
BROOKLYN, NY 11207

APPRAISED VALUE OF SUBJECT PROPERTY $ 335,000

LENDER/CLIENT
Name
Company Name BARCLAYS CAPITAL REAL ESTATE INC.
Company Address 4837 WATT AVENUE
NORTH HIGHLANDS, CA 95660
Email Address

SUBJECT PROPERTY
☐ Did not inspect exterior subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection