**SUBJECT PROPERTY PHOTO ADDENDUM**
Appraisal 2   Pg 1 of 3

| | |
|---|---|
| Borrower: CHRISTOPHER HENRY | File No.: 4059189 |
| Property Address: 586 HENDRIX STREET | Case No.: LOAN # 324606086 |
| City: BROOKLYN   State: NY | Zip: 11207 |
| Lender: BARCLAYS CAPITAL REAL ESTATE INC. | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: October 2, 2008
Appraised Value: $ 335,000



**STREET SCENE**

**COMPARABLE PROPERTY PHOTO ADDENDUM**

| | |
|---|---|
| Borrower: CHRISTOPHER HENRY | File No.: 4059189 |
| Property Address: 586 HENDRIX STREET | Case No.: LOAN # 324606086 |
| City: BROOKLYN          State: NY | Zip: 11207 |
| Lender: BARCLAYS CAPITAL REAL ESTATE INC. | |



**COMPARABLE SALE #1**

554 SHEPHERD AVENUE
BROOKLYN
Sale Date: 08/08/2008-SD
Sale Price: $ 339,200



**COMPARABLE SALE #2**

446 BELMONT AVENUE
BROOKLYN
Sale Date: 06/05/2008-SD
Sale Price: $ 371,000



**COMPARABLE SALE #3**

578 HENDRIX STREET
BROOKLYN
Sale Date: 11/08/2007-SD
Sale Price: $ 300,000

### LOCATION MAP

| | |
|---|---|
| Borrower: CHRISTOPHER HENRY | File No.: 4059189 |
| Property Address: 586 HENDRIX STREET | Case No.: LOAN # 324606086 |
| City: BROOKLYN | State: NY    Zip: 11207 |
| Lender: BARCLAYS CAPITAL REAL ESTATE INC. | |



Comparable Sale 2
446 BELMONT AVENUE
Brooklyn, NY 11207-4221
(0.34 miles NW)

Comparable Sale 1
554 SHEPHERD AVENUE
Brooklyn, NY 11208-3658
(0.48 miles ENE)

Comparable Sale 3
578 HENDRIX STREET
Brooklyn, NY 11207-4818
(0.02 miles N)

Subject
586 HENDRIX STREET
Brooklyn, NY 11207-4818

0.49 mile