SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Michael H. Torkin (MT-5511)

Attorneys for DekaBank Deutsche Girozentrale

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
**In re:** : Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : Case No. 08 – 13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

| STATE OF NEW YORK | ) |
|---|---|
|  | )  ss.: |
| COUNTY OF NEW YORK | ) |

      Marian D. Luketic, being duly sworn, deposes and says, under the penalty of perjury:

      1.  I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

NYDOCS03/879869.1

2. On February 25, 2009, I caused to be served via first class mail, to the party on the service list annexed hereto as "Exhibit A," a true and correct copy of the, "**Notice of Withdrawal Without Prejudice of Dekabank Deutsche Girozentrale's Motion for Relief from the Automatic Stay.**"

Marian D. Luketić
Marian D. Luketić

SWORN TO AND SUBSCRIBED before me on this 27th day of February, 2009.

Jennifer C. Lin
Jennifer C. Lin
Notary Public, State of New York
No. 01LI6174236
Qualified in Queens County
Commission expires: September 17, 2011

NYDOCS03/879869.1

# Exhibit A

Stradley Ronon Stevens & Young LLP
Attn: Paul Patterson, Michael Cordone, Mark Dorval
(COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE FUND DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL, FRANKLIN LINCOLN NAT'L CORP AND LINCOLN VARIABLE INS.)
2600 Commerce Square
Philadelphia, PA  19103-7098