WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------------x
                                      :
In re                                 :     Chapter 11 Case No.
                                      :
LEHMAN BROTHERS HOLDINGS INC., et al.,:     08-13555 (JMP)
                                      :
                Debtors.              :     (Jointly Administered)
                                      :
                                      :
---------------------------------------------------------------------x
```

**FIRST SUPPLEMENTAL AFFIDAVIT OF HARVEY R. MILLER**
**ON BEHALF OF WEIL, GOTSHAL & MANGES LLP PURSUANT**
**TO SECTIONS 327, 328(a), 329 AND 504 OF THE BANKRUPTCY**
**CODE AND RULES 2014(a) AND 2016(b) OF THE BANKRUPTCY RULES**

STATE OF NEW YORK          )
                           )          ss:
COUNTY OF NEW YORK         )

Harvey R. Miller, being duly sworn, deposes and says:

1.      I am a member of the firm of Weil, Gotshal & Manges LLP

("WGM" or the "Firm").  I submit this affidavit to supplement my affidavit on behalf of

WGM, sworn to on October 8, 2008 (the "Original Affidavit") in support of the

engagement of WGM by Lehman Brothers Holdings Inc. ("LBHI") and certain of its

subsidiaries (collectively "Lehman") in connection with the pending cases filed under

chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on September

15, 2008 (the "Commencement Date") and thereafter.

      2.      Unless otherwise stated herein, I have personal knowledge of the

facts set forth in this affidavit.  To the extent any information disclosed herein requires

amendment or modification upon WGM's completion of further review or as additional

party in interest information becomes available to it, a further supplemental affidavit

reflecting such amended or modified information will be submitted to the Court.

### WGM's Connections with Parties in Interest in Matters Unrelated to these Chapter 11 Cases

      3.      As previously disclosed, WGM has represented, currently

represents, and may represent in the future, various entities or their affiliates in matters

unrelated to the pending chapter 11 cases.  Since filing the Original Affidavit, WGM has

become aware of additional parties in interest in these chapter 11 cases with whom WGM

has, or may have, connections, as described below.  Most of these additional entities are

Parties in Interest that WGM has included in its disclosure procedures out of an

abundance of caution.  Certain of the entities included in this supplemental affidavit were

previously disclosed under other categories in the Original Affidavit.

      4.      The categories of connections are:  (i) Potential Parties In Interest,

or affiliates thereof, for which WGM has performed services within the last two (2) years

("Current Clients"); (ii) Potential Parties In Interest, or affiliates thereof, for which WGM

has performed services in the past two (2) years and with respect to which WGM's

engagement has been formally closed ("Former Clients"); (iii) Potential Parties in

Interest, or affiliates thereof, for which a WGM engagement has been active within the

past two years but no services have been performed within the last six (6) months

("Potential Clients"); and (iv) Potential Parties in Interest, or affiliates thereof, which

have a substantive relationship to a matter for which WGM performed services for a

Current or Former Client, or affiliate thereof ("Related Entities") within the last two

years.  All client connections were diligently reviewed by an attorney working under my

supervision.  Based on such review, as to each connection WGM does not hold or

represent an interest that is adverse to Lehman's estates.  WGM is a "disinterested

person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified

by section 1107(b) of the Bankruptcy Code, for the reasons discussed below.

## Current Clients

5.      WGM has performed services within the prior two (2) years for the

Current Clients described below, or their affiliates, in matters unrelated to Lehman:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Trizec Westwood Center LLC | Landlord | Affiliate of Current Client |
| Teachers Insurance and Annuity Association of America | Landlord | Current Client |
| Deutsche Immobilien Fonds Akiengesellschaft | Landlord | Affiliate of Current Client |
| Deutsche Bank Securities, Inc. | Landlord | Current Client |
| PricewaterhouseCoopers LLP | Landlord | Current Client |
| Brookfield Properties One WFC Co. LLC | Landlord | Current Client |
| One William Street Capital Management, L.P. | Landlord | Current Client |
| Franklin Credit Management | Landlord | Affiliate of Current Client |
| Meridian Company of New York | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Compagnie Financiere Tradition SpA | Potential Party in Interest | Affiliate of Current Client |
| The Walt Disney Company | Potential Party in Interest | Current Client |
| Nomura Holdings Inc. | Potential Party in Interest | Current Client |
| Telecom Italia Capital S.A. | Potential Party in Interest | Affiliate of Current Client |
| Oracle Credit Corp. | Potential Party in Interest | Affiliate of Current Client |
| Travelers National Accounts | Potential Party in Interest | Affiliate of Current Client |
| Sprint Nextel | Potential Party in Interest | Current Client |
| PJM Interconnection, L.L.C. | Potential Party in Interest | Current Client |
| Hypo Investment Bank AG | Potential Party in Interest | Affiliate of Current Client |
| Pacific Gas & Electric Company | Potential Party in Interest | Affiliate of Current Client |
| Wachovia Bank N.A. | Potential Party in Interest | Current Client |
| Bank of America | Potential Party in Interest | Current Client |
| Dresdner Bank | Potential Party in Interest | Current Client |
| Bank Pekao | Potential Party in Interest | Affiliate of Current Client |
| Health Care Services Corp. D/B/A Blue Cross and Blue Shield of Illinois | Potential Party in Interest | Affiliate of Current Client |
| D.E. Shaw Composite Portfolios | Potential Party in Interest | Affiliate of Current Client |
| D.E. Shaw Oculus Portfolios | Potential Party in Interest | Affiliate of Current Client |
| Casse De Depot et Placement du Quebec | Potential Party in Interest | Current Client |
| GMAC LLC | Potential Party in Interest | Current Client |
| Investcorp | Potential Party in Interest | Current Client |
| Och-Ziff | Potential Party in Interest | Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
| --- | --- | --- |
| Aozora Bank, Ltd. | Potential Party in Interest | Current Client |
| WestLB AG, New York Branch | Potential Party in Interest | Current Client |
| Hellman & Friedman | Potential Party in Interest | Current Client |
| Goldman Sachs Credit Partners | Potential Party in Interest | Current Client |
| GS European Performance Fund Limited | Potential Party in Interest | Current Client |
| Wachovia Bank | Potential Party in Interest | Current Client |
| Calyon Securities | Potential Party in Interest | Current Client |
| Natixis Entities | Potential Party in Interest | Current Client |
| Dubai International Capital LLC | Potential Party in Interest | Current Client |
| HSBC Realty Credit | Potential Party in Interest | Current Client |
| Netapp, Inc. | Potential Party in Interest | Current Client |
| Asurion Corporation | Potential Party in Interest | Current Client |
| BRE Bank S.A. | Potential Party in Interest | Current Client |
| Metropolitan Transit Authority | Potential Party in Interest | Current Client |
| Oppenheimer Funds Inc. | Potential Party in Interest | Current Client |
| Bank of Nova Scotia | Potential Party in Interest | Current Client |
| BNY Corporate Trustee Services Ltd. | Potential Party in Interest | Current Client |
| Shell Energy North America (US) L.P. | Potential Party in Interest | Current Client |
| Shell Trading (US) Company | Potential Party in Interest | Current Client |
| Mitsubishi UFJ SEC Co. | Potential Party in Interest | Current Client |
| Goldman Sachs & Co. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| GE Corporate Financial Services, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Templeton Global | Potential Party in Interest | Affiliate of Current Client |
| Franklin Lincoln National Corporation | Potential Party in Interest | Affiliate of Current Client |
| Lincoln Variable insurance | Potential Party in Interest | Affiliate of Current Client |
| AT&T Inc. | Potential Party in Interest | Affiliate of Current Client |
| PricewaterhouseCoopers LLC | Potential Party in Interest | Current Client |
| Genworth Financial, Inc. | Potential Party in Interest | Current Client |
| CSX Transportation, Inc | Potential Party in Interest | Affiliate of Current Client |
| Citigroup, Inc. | Potential Party in Interest | Current Client |
| Vanguard Car Rental USA | Potential Party in Interest | Current Client |
| Archstone | Potential Party in Interest | Current Client |
| CIFG N.A. | Potential Party in Interest | Affiliate of Current Client |
| TPG – Austin Portfolio Holdings LLC | Potential Party in Interest | Affiliate of Current Client |
| Northrop Grumman | Potential Party in Interest | Current Client |
| First Trust Advisors L.P. | Potential Party in Interest | Affiliate of Current Client |
| Elliot Associates L.P. | Potential Party in Interest | Current Client |
| AIG Financial Products Corp. | Potential Party in Interest | Affiliate of Current Client |
| Bank of America Mellon | Potential Party in Interest | Affiliate of Current Client |
| Cisco Systems Capital Corporation | Potential Party in Interest | Affiliate of Current Client |
| Clearwater Capital Partners | Potential Party in Interest | Current Client |
| EMC Corporation | Potential Party in Interest | Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| GM Canada Foreign Trust | Potential Party in Interest | Affiliate of Current Client |
| GMAM Investment Funds Trust | Potential Party in Interest | Affiliate of Current Client |
| NYSE Euronext Inc. | Potential Party in Interest | Affiliate of Current Client |
| SunGard Institutional Brokerage, Inc. | Potential Party in Interest | Current Client |
| TD Security | Potential Party in Interest | Affiliate of Current Client |
| Time Warner | Potential Party in Interest | Current Client |
| Clifford Chance | Largest Holders of Trade Debt | Current Client |
| ANZ Banking Group Limited | Largest Holders of Trade Debt | Affiliate of Current Client |
| BT Americas, Inc. | Largest Holders of Trade Debt | Affiliate of Current Client |
| Banctec Ltd. | Largest Holders of Trade Debt | Affiliate of Current Client |
| Ernst & Young Private Limited | Largest Holders of Trade Debt | Affiliate of Current Client |
| HSBC Bank | Largest Holders of Trade Debt | Affiliate of Current Client |
| Microsoft Licensing, GP | Largest Holders of Trade Debt | Affiliate of Current Client |
| NYSE Market, Inc. | Largest Holders of Trade Debt | Affiliate of Current Client |
| Reuters America and Reuters Ltd. | Largest Holders of Trade Debt | Affiliate of Current Client |
| Standard Chartered Bank | Largest Holders of Trade Debt | Affiliate of Current Client |
| SunGard Securities Finance Ltd. | Largest Holders of Trade Debt | Affiliate of Current Client |
| Dechert LLP | Professionals Retained by the Company | Current Client |
| Paul, Hastings, Janofsky & Walker LLP | Professionals Retained by the Company | Current Client |
| Schulte, Roth & Zabel | Professionals Retained by the Company | Current Client |
| Alvarez & Marsal North America, LLC | Professionals Retained by the Company | Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Lazard Freres & Co. | Professionals Retained by the Company | Current Client |
| Houlihan Lokey Howard & Zukin Capital, Inc | Professionals Retained by Significant Creditor Group | Affiliate of Current Client |
| Securities Investor Protection Corporation | Litigation Claimant | Current Client |
| Deutsche Bank AG | Litigation Claimant | Current Client |
| Bank of America, N.A. | Litigation Claimant | Current Client |
| Bank of America Securities LLC | Litigation Claimant | Current Client |
| BP Energy Company & BP Corporation North America Inc. | Litigation Claimant | Affiliate of Current Client |
| Syncora Holdings Ltd. | Contract Counterparty | Current Client |
| CIFG N.A. | Contract Counterparty | Current Client |
| Chiomenti Studio Legale | Derivative Counterparty | Affiliate of Current Client |
| Ogier Trustees Jersey Limited | Derivative Counterparty | Current Client |
| Natixis Environment & Infrastructures | Derivative Counterparty | Affiliate of Current Client |
| West Corporation | Derivative Counterparty | Current Client |
| AIG CDS, Inc. | Derivative Counterparty | Affiliate of Current Client |
| Deutsche Bank Trust Company Americas | Derivative Counterparty | Current Client |
| Aircraft Finance Trust | Derivative Counterparty | Current Client |
| Chevron U.S.A. Inc. | Derivative Counterparty | Affiliate of Current Client |
| Deutsche Bank National Trust Company | Derivative Counterparty | Affiliate of Current Client |
| Deloitte & Touche USA LLP | Derivative Counterparty | Affiliate of Current Client |
| Cyrus Capital Partners, L.P. | Informal LBHI Bond Holders Group | Current Client |
| York Capital Management | Informal LBHI Bond Holders Group | Affiliate of Current Client |

6.      WGM has not, does not, and will not represent any of the Current

Clients or their respective affiliates or subsidiaries in connection with the pending chapter

11 cases or in any other matters adverse to Lehman.

**Potential Clients**

7.      WGM has determined that the following Parties In Interest or their

affiliates are Potential Clients:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Duke Energy Ohio, Inc. | Potential Party in Interest | Potential Client |
| Meridian Company of New York | Potential Party in Interest | Potential Client |
| Kraft Foods Inc. | Potential Party in Interest | Potential Client |
| Lloyds Bank | Potential Party in Interest | Potential Client |
| TransCanada Pipelines Limited | Potential Party in Interest | Potential Client |
| Momo-O Matsuo & Namba | Professionals Retained by the Company | Potential Client |
| State Street Bank & Trust Company | Litigation Claimant | Potential Client |
| Aegon USA Investment Management | Committee Member | Affiliate is a Potential Client |
| Metavante Corporation | Derivative Counterparty | Potential Client |

8.      To the extent any additional Potential Clients become Potential

Parties In Interest during the pendency of these chapter 11 cases, WGM will make the

appropriate supplemental disclosures to the Court.

**Former Clients**

9.      WGM has determined that, at this time, the following Parties In

Interest or their affiliates are Former Clients:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Sun Trust Bank Inc. | Potential Party in Interest | Former Client |
| Cascade Investment LLC | Potential Party in Interest | Former Client |
| Allen & Overy LLP | Potential Party in Interest | Former Client |
| Piper Jaffray and Co. | Potential Party in Interest | Former Client |

10.    To the extent any additional Former Clients become Potential Parties In Interest during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

## **Related Entities**

11.    WGM had determined that the following Parties In Interest or their affiliates are Related Entities:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| National Union Fire Insurance Company of Pittsburg, PA | Landlord | May be Related to Current Client |
| R3 Capital Management, L.P. | Landlord | May be Related to Current Client |
| Wasserstein Perella Group Holdings, LLC | Landlord | May be Related to Current Client |
| Level 3 Communications, LLC | Landlord | May be Related to Current Client |
| First Commercial Bank, Ltd. | Potential Party in Interest | May be Related to Current Client |
| First Trust Portfolio L.P. | Potential Party in Interest | May be Related to Current Client |
| Compagnie Financiere Tradition SpA | Potential Party in Interest | May be Related to Current Client |
| Commerzbank AG | Potential Party in Interest | May be Related to Current Client |
| U.S. Bank National Association | Potential Party in Interest | May be Related to Current Client |
| Evergreen Municipal Trust | Potential Party in Interest | May be Related to Current Client |

| | | |
|---|---|---|
| Westport Capital Management | Potential Party in Interest | May be Related to Current Client |
| Blackrock Financial Management | Potential Party in Interest | May be Related to Current Client |
| Chicago Mercantile Exchange | Potential Party in Interest | May be Related to Current Client |
| NASDAQ OMX | Potential Party in Interest | May be Related to Current Client |
| Thomas Cook AG | Potential Party in Interest | May be Related to Current Client |
| Total Gas & Power Limited | Potential Party in Interest | May be Related to Current Client |
| AIM Advisors | Potential Party in Interest | May be Related to Current Client |
| AON Consulting | Potential Party in Interest | May be Related to Current Client |
| U.S. Securities and Exchange Commission | Potential Party in Interest | May be Related to Current Client |
| Regions Bank | Potential Party in Interest | May be Related to Current Client |
| RWE AG | Potential Party in Interest | May be Related to Current Client |
| Tata Consultance Services Ltd. | Potential Party in Interest | May be Related to Current Client |
| American Express Company | Potential Party in Interest | May be Related to Current Client |
| ARG Funding Corp. | Potential Party in Interest | May be Related to Current Client |
| Deere and Company | Potential Party in Interest | May be Related to Current Client |
| R3 | Potential Party in Interest | May be Related to Current Client |
| Australia National Bank | Potential Party in Interest | May be Related to Current Client |
| The British Land Company | Largest Holders of Trade Debt | May be Related to Current Client |
| First Commercial Bank Co., Ltd., New York Agency | Largest Holders of Trade Debt | May be Related to Current Client |
| DnB Nor Bank ASA | Largest Holders of Trade Debt | May be Related to Current Client |
| Bank One Plaza | Largest Holders of Trade Debt | May be Related to Current Client |
| Alliance Bernstein L.P. | Informal Bond Holders Group | May be Related to Former Client |

| Skadden, Arps, Slate, Meagher & Flom LLP | Professionals Retained by the Company | May be Related to Current Client |
|---|---|---|
| Lexington Insurance Company | Derivative Counterparty | May be Related to Current Client |

12.     To the extent any additional Related Entities become Potential Parties In Interest during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

13.     In addition, as a global corporate law firm, the majority of WGM's clients have issed debt securities.  In some cases Lehman may hold – directly or through a participation – a portion of such debt.  In such situations, a third party is typically agent or trustee for the debt issued by the WGM client.  WGM will continue to represent these companies in matters unrelated to the Debtors' chapter 11 cases, but will not represent such entities in any litigation directly against Lehman.

### WGM Personnel Inquiry

14.     WGM has conducted a general inquiry of its personnel to determine whether any WGM personnel or any member of his or her household (i) owns any debt or equity securities of Lehman; (ii) holds a claim against Lehman; or (iii) is or was an officer, director, or employee of Lehman.  The results of the inquiry are:

(i)     Nine WGM employees or their family members owned equity in Lehman. Each of these employees has received a written request from WGM to divest their interest.  Each WGM employee has complied with this request.

(ii)    One WGM employee in the Firm's Budapest office holds bonds with an approximate face value of 70,000 EUR issued by Lehman

Brothers Treasury Co. B.V., a nondebtor entity that was put into
bankruptcy proceedings by the Amsterdam District Court and with respect
to which an independent trustee (curator under local law) has been
appointed.  There is currently no active market for the bonds.  Pursuant to
a discussion with the Office of the United States Trustee, the employee
may continue to hold these bonds.

(iii)   Two current WGM attorneys were employed by Lehman within the
past two years.  Each attorney has performed services in connection with
the representation of Lehman.

(iv)    After retiring from WGM, one former partner served as an independent
director for Finance America Inc., which was 80% owned by Lehman
at the time of his directorship.  He also served as an independent director
for the Hudson Castle Group, a financial services company in which
Lehman held a significant interest.  He resigned from both boards several
years ago and does not have an interest in Lehman.

(v)    A WGM employee is married to a current employee of Lehman.

15.    Andrea A. Bernstein, a WGM partner, is married to Chief Judge
Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of
New York.

16.    It should be noted that WGM has a long-standing policy
prohibiting all lawyers and support staff from using any confidential information that
may come to their attention in the course of their work.  All personnel are barred from
trading in securities as to which they were exposed to confidential information.

17.    WGM will continue to apply the Firm Disclosure Procedures as additional information concerning entities having a connection with the Lehman is developed and will file appropriate supplemental disclosure concerning same.

### WGM's Represention of Barclays Capital Inc.

18.    WGM historically represented LBHI and a number of its subsidiaries, including Lehman Brothers Inc. ("LBI") and Lehman Commercial Paper Inc. ("LCPI"), in a range of transactions.  The representations at issue involve transactions in which certain Lehman divisions provided investment banking services to third parties.  These former divisions of Lehman are now owned by Barclays Capital Inc. ("BarCap") as a result of the acquisition by BarCap of assets of Lehman that was approved on September 19, 2008[1] (the "Acquisition").  As a result of WGM's historic engagement and particular knowledge and expertise as to a number of such matters, BarCap has requested that WGM be retained to perform services in connection with such matters going forward.  These representations are broadly characterized as: (1) bank agency representations, (2) ad hoc steering group representations, (3) underwriters' counsel representations, and (4) M&A counsel representations, as described below.

- **Bank Agency Representations**  Bank agency representations involved WGM providing advice to LCPI in its role as administrative agent of a credit facility for third party borrowers.  The borrower under the various credit agreements is responsible for WGM's fees and expenses in connection with work done under the credit agreements.  Currently, LCPI is continuing to serve as agent in these matters; however, LCPI may find suitable replacement agents for some or all of these roles, one of whom may be BarCap.  If WGM is restricted from continuing to represent BarCap as a newly appointed administrative agent, the borrower and BarCap could be prejudiced by having to obtain and rely on new counsel who will not be familiar with the credit agreement terms, the history of the negotiations

---

[1] Docket No. 258.

involving the credit agreement and the borrower's business circumstances, and would also have to recreate due diligence that WGM undertook at the outset of the engagement and has maintained over time, in each case imposing potentially significant delays and costs to the detriment of the transaction and the interests of the parties.

- **WGM's Representation of Ad Hoc Steering Groups**  As described above, LCPI is administrative agent and lender for a number of credit facilities for third party borrowers.  These credit facilities are typically syndicated to a group of lenders.  The borrower under the various credit agreements is responsible for the fees and expenses of counsel in connection with work done under the credit agreements.  When the borrower becomes financially distressed, an ad hoc steering group of the lenders that may include LCPI typically either retains current counsel to the administrative agent or hires new counsel.  WGM has been retained as counsel in a number of these matters.

- **Underwriters' Counsel Representations**  Underwriters' counsel representations are similar to bank agency representations, except that these representations relate to one or more underwriters in connection with a public or private offering of securities by an issuer.  In situations in which the issuer has designated WGM as underwriters' counsel, WGM has agreed with the issuer that it will serve as counsel to <u>whichever</u> financial institution the issuer selects to lead future securities offerings.  WGM has undertaken a significant amount of due diligence so that it is able to deliver customary legal opinions and negative assurance letters on very short notice, which allows the issuer to quickly tap into the capital markets, regardless of which underwriter(s) that issuer selects.

  WGM also represents underwriters in many offerings in which WGM was retained in such capacity by other of its clients.  Issuers will often include a number of non-managing underwriters that participate in a syndicate (which could include BarCap), but who are not responsible for decisions as to which counsel the syndicate utilizes as underwriters' counsel.  In each of these cases, WGM's inability to continue to serve as underwriters' counsel would impose potentially significant delays and costs.

  Examples of the foregoing underwriters counsel representations are listed in the chart below:

| Barclays Entity | Counter-Party |
|---|---|
| BarCap | Hanger Orthopedic Group, Inc. |
| BarCap | Israel Electric Corp. |

- **Mergers & Acquisition Representations**  LBI has been retained in the past to render advice and, under certain circumstances, fairness opinions in connection

with various public and private mergers and acquisitions.  In these matters, WGM will typically review and advise LBI with respect to matters of applicable Delaware or other state corporate law, public disclosure of any fairness opinions rendered and related matters relating to this undertaking.  With regard to one pending matter, having to engage new counsel to address questions that may arise with respect to the letter that was issued in connection with this matter and that has been signed and is awaiting stockholder approval, would require BarCap to engage counsel wholly unfamiliar with the companies, the process to date, and the underlying analysis with respect to which the letter issued.

Examples of the foregoing mergers and acquisition representations are listed in the chart below:

| Barclays Entity | Counter-Party |
| --- | --- |
| BarCap | Confidential Matter |
| BarCap | Sprint / Clearwire |

19.     Situations have arisen, and will continue to arise, in which individual investment bankers employed by BarCap, who may or may not be former employees of Lehman, have requested that WGM be employed for particular transactions because of its expertise and knowledge of the issuer or its industry.  The ability to represent BarCap in such investment banking transactions <u>unrelated</u> to the Acquisition or these cases is critical to WGM being able to preserve and expand its expertise and knowledge in this area, and provide employment opportunities to attorneys and support staff.  WGM has developed a deep understanding of a full range of investment banking transactions through years of representing financial institutions.  This experience contributes significantly to its ability to effectively and efficiently represent all of its clients.

20.     WGM's engagement in these matters is wholly unrelated to its representation of Lehman in the chapter 11 cases.  WGM will not represent BarCap or its

affiliates or subsidiaries in Lehman's chapter 11 cases or in other matters adverse to

Lehman.

### WGM's Representation of Barclays Bank plc

21.    WGM's London office has historically represented Barclays Bank

plc, BarCap's parent company, in securitization transactions.  Those representations were

and are wholly unrelated to the Acquisition.

- **Existing Barclays Bank plc Engagements**   As with the matters discussed above, in matters in which Barclays Bank plc is the issuer of the applicable securities, Barclays Bank plc could be significantly prejudiced by an inability to engage and rely on WGM, one of its historic corporate counsels, in connection with these repeating transactions.  Moreover, the same is true with regard to matters in which WGM represented Barclays Bank plc with respect to facilities that require WGM to be available on an on-going basis with regard to future issuances by third parties under facilities that Barclays Bank plc and WGM negotiated, prepared and administer.

  Examples of the foregoing Barclays Bank plc engagements are listed in the chart below:

| Issuing Bank | Counter-Party |
|---|---|
| Barclays Bank plc | Gracechurch Mortgage Funding |
| Barclays Bank plc | Gracechurch Card Funding |
| Barclays Bank plc | Barclays UK covered bond programme |
| Barclays Bank plc | Newcastle Building Society |
| Barclays Bank plc | Alliance & Leicester |
| Barclays Bank plc | Bradford & Bingley |
| Barclays Bank plc | RMS 23 |
| Barclays Bank plc | Various securitization issuers |

22.    WGM's engagements in the above matters are wholly unrelated to its

representation of Lehman in its chapter 11 cases.  WGM will not represent Barclays Bank plc or

its affiliates or subsidiaries in Lehman's chapter 11 cases or in other matters adverse to Lehman.

## WGM's Representation of Lehman Real Estate Private Equity Funds

23.     LBHI, through its direct and / or indirect subsidiaries, holds general and limited partnership interests in numerous private equity funds.  The funds include Lehman Brothers Real Estate Partners, L.P., Lehman Brothers Real Estate Partners II, L.P., Lehman Brothers Real Estate Partners III, L.P., and Lehman Brothers Real Estate Mezzanine Partners, L.P., Lehman Brothers Real Estate Mezzanine Partners II, L.P. (collectively the "Funds").  Three of the Funds, Lehman Brothers Real Estate Partners, L.P., Lehman Brothers Real Estate Partners II, L.P., Lehman Brothers Real Estate Partners III (collectively, the "LEBREP Funds") are primarily engaged in making commercial real estate equity investments while the other two, Lehman Brothers Real Estate Mezzanine Partners, L.P. and  Lehman Brothers Real Estate Mezzanine Partners II, L.P. (together, the "LEBREM Funds"), are primarily engaged in making mezzanine loans to entities that own commercial real estate.

24.     The Funds are generally represented by independent attorneys.

25.     Prior to the Commencement Date, WGM represented the Funds pursuant to special engagements as to numerous real estate related matters (the "Prepetition Representations").  As a result of the Prepetition Representations, WGM has accumulated particular knowledge and expertise as to the Funds' businesses and the markets in which they operate.   The Funds have requested that WGM continue to be retained to perform services in connection with such special engagements (collectively the "Postpetition Representations," and together with the Prepetition Representations, the "Representations").  A representative group of the Postpetition Representations are summarized below:

- **Novare Loan**  WGM represents the Funds in regard to issues related to a $50 million corporate loan and a $30 million mezzanine loan to the Novare Group and its affiliates and subsidiaries.

- **Sweetwater Investment**  WGM represents the Funds in regard to issues related to an equity investment in real property located near Austin, Texas.

- **Engel Group Investment**  WGM represents the Funds in regard to issues related to an investment in real property located in Montreal, Canada.

- **Toy Building**  WGM represents the Funds in regard to issues related to an equity investment in real property located at 200 Fifth Avenue, New York, NY.

- **220 East 63rd St**  WGM represents the Funds in regard to issues related to an equity investment in real property located at 220 East 63rd St., New York, NY.

26.     In addition, WGM represents the Debtors in a potential private sale of its interests as both a limited and general partner of the Funds (the "Fund Sale").  Specifically, WGM has overseen two rounds of diligence and bidding involving more than 25 potential buyers (including the current LEBREP management team), managed data rooms, negotiated confidentiality agreements with bidders, reviewed and advised on marketing materials used during the sale process, conducted diligence on the Funds and their investments, developed and counseled on proposed structures for potential transactions, assisted Lehman in analyzing the consequences to the Funds of the LBHI bankruptcy, analyzed threatened litigation and provided counsel on same, and drafted and negotiated transactional documents.

27.     WGM will not represent the Funds in matters adverse to Lehman.  If WGM is restricted from continuing the Postpetition Representations, including the Fund Sale, the Debtors and / or the Funds, could be prejudiced by having to obtain and rely on new attorneys who will not be familiar with the relevant transactions, the history of the negotiations involving the transactions and the business circumstances that necessitated the transactions, in each case imposing potentially significant delays and costs to the detriment of the transactions and the interests of the Debtors and the Funds.

28.     With respect to the Prepetition Representations, WGM's fees may have been paid by the counterparties to the relevant transactions.  To the extent that such counterparties do not pay WGM's fees, WGM has the right to look to the Funds for payment.  WGM will, in the first instance, attempt to collect outstanding amounts from such counterparties.  However, to the extent that WGM is unable to collect such fees from such counterparties, WGM reserves the right to look to the Funds for payment.

29.     WGM's engagements in the above matters are wholly unrelated to its representation of Lehman in its chapter 11 cases.

### WGM's Fees

30.     As disclosed in the Original Affidavit, WGM received an advance of $5 million (the "Retainer") from Lehman prior to the Commencement Date on account of professional services to be performed and out of pocket expenses in relation to Lehman's potential restructuring, financial distress, and the commencement of its chapter 11 cases.  WGM has conducted a preliminary reconciliation of additional recorded time and expense charges.   As of the date hereof, in connection with the Retainer, there remains a credit balance in favor of Lehman in the approximate amount of $4,422,608.80 that may be applied for additional professional services performed and to be performed and expenses incurred and to be incurred in connection with the prosecution of the pending chapter 11 cases.  WGM is engaged in further reconciliation of additional recorded time and expense charges in relation to services performed and expenses incurred prior to the Commencement Date.  To the extent that such reconciliation results in further charges, WGM will file an appropriate supplemental disclosure.

31.    In addition, as stated in the Original Affidavit, in the regular course of its business WGM adjusted its billing rates for associates and paraprofessionals in November, 2008.  The current customary hourly rates in our U.S. offices, subject to change from time to time, are $650 to $950 for members and counsel, $355 to $640 for associates and $155 to $310 for paraprofessionals.  Hourly rates in our overseas offices, subject to change from time to time, are $675 to $1,170 for members, and $305 to $900 for associates.

32.    Prior to the Commencement Date, as is common in certain engagements, WGM was engaged on Lehman's behalf to provide services for Lehman but to be paid by third parties.  As of the Commencement Date, certain of those third parties still owed amounts on account of the services performed.  WGM will continue to collect outstanding amounts from such third parties solely to the extent that such third parties do not have claims against Lehman's estates for payment of WGM's fees.  These third parties are:

- The Refinery LLC

- Novare Group Holdings, LLC

33.    WGM does not hold or represent an interest that is adverse to Lehman's estates, and WGM is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

34.    The foregoing constitutes the first supplemental statement of

WGM pursuant to section 327 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

Dated: March 4, 2009
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller, A Member of the Firm

Sworn to and subscribed before me, a notary public for the State of New York, County of New York, this 4th day of March, 2009.

/s/ Kathleen Anne Lee

Notary Public

Notary Public, State of New York
No. 01LE6119251
Qualified in New York County
Commission Expires: November 29, 2012