UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                Case No. 08-13555 (JMP)

                              Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ADRIAN C. AZER

UPON the motion of Dennis C. O'Donnell, Esq. dated March 4, 2009 for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Adrian C. Azer is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         March 4, 2009

                                                            *s/ James M. Peck*
                                                            UNITED STATES BANKRUPTCY JUDGE