HEARING DATE: March 25, 2009 at 10:00 a.m. (prevailing Eastern Time)
OBJECTION DEADLINE: March 18, 2009 at 4:00 p.m. (prevailing Eastern Time)

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
(212) 237-1000
James J. Thomas (jthomas@windelsmarx.com)
Robert A. Rossi (rrossi@windelsmarx.com)

Ordinary Course Professionals for
Lehman Brothers Holdings, Inc., *et al.*,
Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
In re:                              :   Chapter 11 Case No.
                                    :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al,:
                                    :
                                    :   JOINTLY ADMINISTERED
              Debtors.              :
                                    :
------------------------------------x

**NOTICE OF HEARING TO CONSIDER APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP, FOR
AWARD OF COMPENSATION AND REIMBURSEMENT
OF DISBURSEMENTS FOR THE PERIOD
JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

TO:   All Creditors
      All who have filed a notice of appearance
        and demand for service of papers
      The Office of the United States Trustee
      Lehman Brothers Holdings, Inc., et al.,
        Debtors-in-Possession

**PLEASE TAKE NOTICE**, that a hearing, pursuant to 11 U.S.C. §§330, 331 and Rule 2002 of the Federal Rules of Bankruptcy Procedure, to consider the Application (the "Application") of Windels Marx Lane & Mittendorf, LLP ("Windels Marx" or the "Applicant"), attorneys authorized to provide legal services as Ordinary Course

{10494855:1}

Professionals to Lehman Brothers Holdings, Inc., et al., (the "Debtors"), for an award of compensation for services rendered and reimbursement of expenses incurred, shall be held on March 25, 2009, at 10:00 a.m., before Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, The Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004.

## APPLICATION

| NAME & ADDRESS OF APPLICANT | COMPENSATION SOUGHT | REIMBURSEMENT OF EXPENSES |
|---|---|---|
| Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019 | $232,936.00 | $13,050.00 |

**PLEASE TAKE FURTHER NOTICE**, that upon written request to the Applicant, a copy of the Application may be inspected by any party-in-interest at the office of the Applicant, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019.

**PLEASE TAKE FURTHER NOTICE**, that objections to the Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for Electronic Case Filing can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all the other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Word or any other Windows-based word

processing format (in either case, with a hard-copy delivered directly to Chambers), and shall be served upon:

>Clerk
>United States Bankruptcy Court
>The Alexander Hamilton Custom House
>One Bowling Green
>New York, New York 10004
>
>Weil Gotshal & Manges, LLP
>767 Fifth Avenue
>New York, NY 10153
>Attn: Diane Harvey, Esq.
>       - and -
>
>Office of the United States Trustee
>33 Whitehall Street
>21st Floor
>New York, New York 10004
>Attn: Andrew D. Velez-Rivera, Esq.

with a copy sent directly to the Chambers of Honorable James M. Peck, United States Bankruptcy Judge, at the above address and be served upon:

>Windels Marx Lane & Mittendorf, LLP
>156 West 56th Street
>New York, New York 10019
>Attn: James J. Thomas, Esq.

so as to be received no later **March 18, 2009 at 4:00 p.m.** (prevailing Eastern Time).  If you do not object to the relief sought, you need not respond nor appear at the Hearing.

**PLEASE TAKE FURTHER NOTICE,** that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated: New York, New York
       March 4, 2009

                                        WINDELS MARX LANE & MITTENDORF, LLP

                                        By: _____
                                            James J. Thomas
                                            Robert A. Rossi

                                        156 West 56th Street
                                        New York, New York 10019
                                        (212) 237-1000

                                        Ordinary Course Professionals for
                                        Lehman Brothers Holdings, Inc., et al.,
                                        Debtors-in-Possession