# Exhibit B

# Lehman Brothers Holdings Inc.
## The State of the Estate
### January 14, 2009

**LEADERSHIP · PROBLEM SOLVING · VALUE CREATION**





© Copyright 2008. Alvarez & Marsal Holdings, LLC. All Rights Reserved.

# III. Asset Team Reports *(continued)*

### D. <u>Derivatives Book</u> *(continued)*

#### 2) Derivatives Book Summary


Counterparty Focus

**Phase I - Receivables - $23.8 billion (as of 9/12/08)**

| Counterparties (ISDA) | Trades (000's) | | | Total ($ in billion) | Risks to Realization |
|---:|---:|---|---|---:|---|
| 2,122 | 14 | A. | Open | 9.4 | < > All marks exclude counterparty credit reserve and funding adjustments <br> < > Market risk <br> < > Liquidity and credit environment negatively impacting value |
| 1,808 | 450 | B. | Terminated | 14.3 | < > Alleged setoffs <br> < > Reflects 9/12/08 values versus termination date values |
| - | - | C. | Final Settled | - | |
| 3,930 | 464 | | | $ 23.8 | |

<u>Note</u>
(1) Receivables and payables reflect marks net of collateral as of 9/12/08 and are adjusted for known pledged assets.
(2) Termination status based on known terminations as of 1/2/09.
(3) All amounts reflect contracts, trades, and amounts which are subject to A&M responsibility.



# III. Asset Team Reports *(continued)*

**D.    Derivatives Book *(continued)***

    **2)   Derivatives Book Summary *(continued)***

        **Phase II - Payables - $ 13.0 Billion (as of 9/12/08)**

| *Counterparties (ISDA)* | *Trades (000's)* | | | Total ($ in billion) | | |
|---:|---:|---|---|---:|---|---|
| 545 | 4 | A. | Open | 2.0 | < > | Reconcile through claims process and move to final settlement |
| 1,645 | 438 | B. | Terminated | 11.0 | | |
| - | - | C. | Final Settled | - | | |
| 2,190 | 442 | | | $ 13.0 | | |

Note
(1) Receivables and payables reflect marks net of collateral as of 9/12/08 and are adjusted for known pledged assets.
(2) Termination status based on known terminations as of 1/2/09.
(3) All amounts reflect contracts, trades, and amounts which are subject to A&M responsibility.

