# Exhibit C

# FORM 10-K

## Thomson StreetEvents℠

## SEC Filing

**CITIGROUP INC - C**

**Filing Date:**   February 27, 2009

**Filing Period:**   December 31, 2008

### DESCRIPTION
Annual report which provides a comprehensive overview of the company for the past year

## DERIVATIVES

Presented below are the notional and the mark-to-market receivables and payables for Citigroup's derivative exposures as of December 31, 2008 and 2007:

**Notionals** [1]

| In millions of dollars | Trading derivatives [2] | | Non-trading derivatives [5] | |
|---|---|---|---|---|
| As of December 31 | 2008 | 2007 | 2008 | 2007 |
| **Interest rate contracts** | | | | |
| Swaps | $ 15,096,293 | $ 16,433,117 | $ 763,630 | $ 521,783 |
| Futures and forwards | 2,619,952 | 1,811,599 | 118,440 | 176,146 |
| Written options | 2,963,280 | 3,479,071 | 25,255 | 16,741 |
| Purchased options | 3,067,443 | 3,639,075 | 38,344 | 167,080 |
| **Total interest rate contract notionals** | $ 23,746,968 | $ 25,362,862 | $ 945,669 | $ 881,750 |
| **Foreign exchange contracts** | | | | |
| Swaps | $ 882,327 | $ 1,062,267 | $ 62,491 | $ 75,622 |
| Futures and forwards | 2,165,377 | 2,795,180 | 40,694 | 46,732 |
| Written options | 483,036 | 653,535 | 3,286 | 292 |
| Purchased options | 539,164 | 644,744 | 676 | 686 |
| **Total foreign exchange contract notionals** | $ 4,069,904 | $ 5,155,726 | $ 107,147 | $ 123,332 |
| **Equity contracts** | | | | |
| Swaps | $ 98,315 | $ 140,256 | $ — | $ — |
| Futures and forwards | 17,390 | 29,233 | — | — |
| Written options | 507,327 | 625,157 | — | — |
| Purchased options | 471,532 | 567,030 | — | — |
| **Total equity contract notionals** | $ 1,094,564 | $ 1,361,676 | $ — | $ — |
| **Commodity and other contracts** | | | | |
| Swaps | $ 44,020 | $ 29,415 | $ — | $ — |
| Futures and forwards | 60,625 | 66,860 | — | — |
| Written options | 31,395 | 27,087 | — | — |
| Purchased options | 32,892 | 30,168 | — | — |
| **Total commodity and other contract notionals** | $ 168,932 | $ 153,530 | $ — | $ — |
| **Credit derivatives** [4] | | | | |
| Citigroup as the Guarantor: | | | | |
| Credit default swaps | $ 1,441,117 | $ 1,755,440 | $ — | $ — |
| Total return swaps | 1,905 | 12,121 | — | — |
| Credit default options | 258 | 276 | — | — |
| Citigroup as the Beneficiary: | | | | |
| Credit default swaps | 1,560,087 | 1,890,611 | — | — |
| Total return swaps | 29,990 | 15,895 | — | — |
| Credit default options | 135 | 450 | — | — |
| **Total credit derivatives** | $ 3,033,492 | $ 3,674,793 | | |
| **Total derivative notionals** | $ 32,113,860 | $ 35,708,587 | $ 1,052,816 | $ 1,005,082 |

See the following page for footnotes.

**Mark-to-Market (MTM) Receivables/Payables**

| In millions of dollars | Derivatives receivables—MTM | | Derivatives payables—MTM | |
|---|---|---|---|---|
| As of December 31 | 2008 | 2007 [6] | 2008 | 2007 [6] |
| **Trading derivatives** [2] | | | | |
| Interest rate contracts | $ 667,597 | $ 237,711 | $ 654,178 | $ 237,903 |
| Foreign exchange contracts | 153,197 | 77,937 | 160,628 | 71,980 |
| Equity contracts | 35,717 | 27,381 | 57,292 | 66,916 |
| Commodity and other contracts | 23,924 | 8,540 | 22,473 | 8,887 |
| Credit derivatives: [4] | | | | |
|    Citigroup as the Guarantor | 5,890 | 4,967 | 198,233 | 73,103 |
|    Citigroup as the Beneficiary | 222,461 | 78,426 | 5,476 | 11,191 |
| Cash collateral paid/received [3] | 63,866 | 32,247 | 65,010 | 19,437 |
| **Total** | $ 1,172,652 | $ 467,209 | $ 1,163,290 | $ 489,417 |
| Less: Netting agreements and market value adjustments | (1,057,363) | (390,328) | (1,046,505) | (385,876) |
| **Net receivables/payables** | $ 115,289 | $ 76,881 | $ 116,785 | $ 103,541 |
| **Non-trading derivatives** [5] | | | | |
| Interest rate contracts | $ 14,755 | $ 8,529 | $ 7,742 | $ 7,176 |
| Foreign exchange contracts | 2,408 | 1,634 | 3,746 | 972 |
| **Total** | $ 17,163 | $ 10,163 | $ 11,488 | $ 8,148 |

(1) Includes the notional amounts for long and short derivative positions.

(2) Trading derivatives include proprietary positions, as well as certain hedging derivatives instruments that qualify for hedge accounting in accordance with SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities* (SFAS 133).

(3) In addition to the cash collateral paid or received, as of December 31, 2008 the Company has provided $7.9 billion and received $6.8 billion of marketable securities as collateral under derivative contracts.

(4) Credit derivatives are arrangements designed to allow one party (the "beneficiary") to transfer the credit risk of a "reference asset" to another party (the "guarantor"). These arrangements allow a guarantor to assume the credit risk associated with the reference asset without directly purchasing it. The Company has entered into credit derivatives positions for purposes such as risk management, yield enhancement, reduction of credit concentrations and diversification of overall risk.

(5) Non-trading derivatives include only those end-user derivative instruments where the changes in market value are recorded in *Other assets* or *Other liabilities*.

(6) Reclassified to conform to the current period's presentation.

**Derivative Obligor Information**

The following table presents the global derivatives portfolio by internal obligor credit rating at December 31, 2008 and 2007, as a percentage of credit exposure:

| | December 31, 2008 | December 31, 2007 |
|---|---|---|
| AAA/AA/A | 68% | 80% |
| BBB | 20 | 11 |
| BB/B | 7 | 7 |
| CCC or below | 5 | 1 |
| Unrated | — | 1 |
| **Total** | **100%** | **100%** |

The following table presents the global derivatives portfolio by industry of the obligor as a percentage of credit exposure:

| | 2008 | 2007 |
|---|---|---|
| Financial institutions | 73% | 75% |
| Governments | 7 | 6 |
| Corporations | 20 | 19 |
| **Total** | **100%** | **100%** |

**Fair Valuation Adjustments for Derivatives**

The fair value adjustments applied by the Company to its derivative carrying values consist of the following items:

- Liquidity adjustments are applied to items in Level 2 or Level 3 of the fair-value hierarchy (see Note 26 on page 191 for more details) to ensure that the fair value reflects the price at which the entire position could be liquidated. The liquidity reserve is based on the bid/offer spread for an instrument, adjusted to take into account the size of the position.

- Credit valuation adjustments (CVA) are applied to over-the-counter derivative instruments, in which the base valuation generally discounts expected cash flows using LIBOR interest rate curves. Because not all counterparties have the same credit risk as that implied by the relevant LIBOR curve, a CVA is necessary to incorporate the market view of both counterparty credit risk and the Company's own credit risk in the valuation.