1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case Nos. 08-13555(JMP); 08-01420(JMP)(SIPA)

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:

LEHMAN BROTHERS HOLDINGS, INC., et al.

        Debtors.

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:

LEHMAN BROTHERS INC.

        Debtor.

- - - - - - - - - - - - - - - - - - - -x

        United States Bankruptcy Court

        One Bowling Green

        New York, New York

        February 25, 2009

        10:01 AM

B E F O R E:

HON. JAMES M. PECK

U.S. BANKRUPTCY JUDGE

```
                                                                    2
 1
 2    Hearing re Application of the Examiner for Order Authorizing
 3    the Retention and Employment of Duff & Phelps, LLC as His
 4    Financial Advisors Nunc Pro Tunc as of February 6, 2009
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Transcribed by:  Lisa Bar-Leib
```

```
                                                              3
 1
 2    A P P E A R A N C E S :
 3    WEIL, GOTSHAL & MANGES LLP
 4         Attorneys for Debtors
 5         767 Fifth Avenue
 6         New York, NY 10153
 7
 8    BY:  GARRETT AVERY FAIL, ESQ.
 9
10    HUGHES HUBBARD & REED LLP
11         Attorneys for James W. Giddens, SIPC Trustee
12         One Battery Park Plaza
13         New York, NY 10004
14
15    BY:  JEFFREY S. MARGOLIN, ESQ.
16
17    MILBANK, TWEED, HADLEY & MCCLOY LLP
18         Attorneys for the Official Committee of Unsecured
19          Creditors
20         One Chase Manhattan Plaza
21         New York, NY 10005
22
23    BY:  DENNIS C. O'DONNELL, ESQ.
24
25
```

4

```
 1
 2    JENNER & BLOCK LLP
 3         Attorneys for Lehman Examiner, Anton Valukas
 4         919 Third Avenue
 5         37th Floor
 6         New York, NY 10022
 7
 8    BY:  PATRICK J. TROSTLE, ESQ.
 9
10    U.S. DEPARTMENT OF JUSTICE
11         Office of the United States Trustee
12         33 Whitehall Street
13         21st Floor
14         New York, NY 10004
15
16    BY:  ANDREW D. VELEZ-RIVERA, ESQ.
17
18    ALSTON & BIRD LLP
19         Attorneys for Prudential Insurance Company
20         One Atlantic Center
21         1201 West Peachtree Street
22         Atlanta, GA 30309
23
24    BY:  WILLIAM S. SUGDEN, ESQ.
25         (TELEPHONICALLY)
```

```
                                                              5
 1
 2   CHAPMAN & CUTLER LLP
 3        Attorneys for U.S. Bank, National Association
 4        111 West Monroe Street
 5        Chicago, IL 60603
 6
 7   BY:  FRANKLIN H. TOP, III
 8        (TELEPHONICALLY)
 9
10   ROPES & GRAY LLP
11        Attorneys for R3 Capital Management LLC
12        One International Place
13        Boston, MA 02110
14
15   BY:  PATRICIA I. CHEN, ESQ.
16        (TELEPHONICALLY)
17
18
19
20
21
22
23
24
25
```

6

1  P R O C E E D I N G S
2  THE COURT:  Please be seated.
3  MR. FAIL:  Good morning, Your Honor.  Garrett Fail,
4  Weil, Gotshal & Manges for Lehman Brothers Holdings Inc. --
5  THE COURT:  Good morning.
6  MR. FAIL:  -- and their affiliates.  There were a
7  number of items originally calendared for today.  As Your Honor
8  may have seen --
9  THE COURT:  They've all disappeared.
10  MR. FAIL:  They all have disappeared by way of notice
11  of adjournment for ones that still needed further attention and
12  by way of Certificates of No Objection.  And I've seen already
13  orders entered for many, if not all, of those instances.  The
14  one remaining item is an application of the examiner for an
15  order retaining the employment -- for an order authorizing the
16  retention and employment of Duff & Phelps.  And Mr. Trostle
17  from Jenner & Block is here to present that application.
18  THE COURT:  Fine.
19  MR. FAIL:  Thank you.
20  MR. TROSTLE:  Good morning, Your Honor.  Patrick
21  Trostle from Jenner & Block for the examiner, Anton Valukas.
22  We're here this morning on our application to retain Duff &
23  Phelps as the examiner's financial advisor.  We have received
24  no objections and I'm here to answer any questions that Your
25  Honor may have.

7

1     THE COURT: I looked at the application. I have no
2  comments but I'll simply ask if the Office of the United States
3  Trustee has any comments or observations.
4     MR. VELEZ-RIVERA: Good morning, Judge. The United
5  States trustee has reviewed the documents. We're fine with it.
6     THE COURT: Fine. Your application is granted.
7     MR. TROSTLE: All right. Thank you, Your Honor. I
8  have an order and a disk if I may approach.
9     THE COURT: You may. Thank you. Has Duff & Phelps
10 already gotten into the fray here?
11    MR. TROSTLE: Yes, they have, Your Honor. We have
12 been working with them for a number of weeks now. And as I
13 think Your Honor knows from Mr. Valukas' comments before, we're
14 trying to do quite a bit of work but also in a very efficient
15 manner and trying to move along as quickly as we can.
16    THE COURT: Fine. I'm happy to approve this and wish
17 you and your professionals good luck in getting this done as
18 quickly and as efficiently as possible.
19    MR. FAIL: Great. Thank you, Your Honor.
20    THE COURT: Mr. Fail, is that it for this morning?
21    MR. FAIL: It is. The fastest Lehman Brothers
22 hearing to date, I think.
23    THE COURT: It probably will be the fastest ever. Is
24 there anything more to discuss before the next omnibus hearing?
25    MR. FAIL: Not that I'm aware of for today.

8

1    THE COURT: Then we're adjourned. Thank you very
2 much.
3    MR. FAIL: Thank you very much, Your Honor.
4    (Whereupon these proceedings were concluded at 10:03 a.m.)

9

I N D E X

R U L I N G S

| DESCRIPTION | PAGE | LINE |
| --- | --- | --- |
| Lehman examiner's application to retain Duff & Phelps as the examiner's financial advisor approved | 7 | 6 |

```
                                                                    10

 1
 2                    C E R T I F I C A T I O N
 3
 4    I, Lisa Bar-Leib, certify that the foregoing transcript is a
 5    true and accurate record of the proceedings.
 6
 7    _____
 8    LISA BAR-LEIB
 9
10    Veritext LLC
11    200 Old Country Road
12    Suite 580
13    Mineola, NY 11501
14
15    Date:  March 2, 2009
16
17
18
19
20
21
22
23
24
25
```