**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
(212) 237-1000
Charles E. Simpson (csimpson@windelsmarx.com)

Ordinary Course Professionals for
Lehman Brothers Holdings, Inc., *et al.*,
Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                        :
In re:                                  :   Chapter 11 Case No.
                                        :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al,   :
                                        :
              Debtors.                  :   JOINTLY ADMINISTERED
                                        :
---------------------------------------x

**NOTICE OF WITHDRAWAL OF APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP,
FOR AN AWARD OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

**PLEASE TAKE NOTICE** that the application, dated March 4, 2009, of Windels Marx Lane & Mittendorf, LLP, for an Award of Compensation and Reimbursement of Disbursements for the Period January 1, 2009 through January 31, 2009, and the Notice of Hearing filed on March 4, 2009 with respect thereto, is hereby withdrawn.

Dated:  New York, New York
        March 5, 2009

                            WINDELS MARX LANE MITTENDORF, LLP

                            By: /s/ Charles E. Simpson
                                Charles E. Simpson (csimpson@windelsmarx.com)

                            156 West 56th Street
                            New York, New York 10019
                            (212) 237-1000

                            Ordinary Course Professionals for Lehman Brothers
                            Holdings, Inc., *et al.*, Debtors-in-Possession

{10496515:1}