**Presentment Date and Time:  March 13, 2009 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline:  March 12, 2009 at 4:00 p.m. (prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                              :
**In re**                                     :   Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :   08-13555 (JMP)
                                              :
                           Debtors.           :   (Jointly Administered)
                                              :
                                              :
-------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF ORDER**
**PURSUANT TO BANKRUPTCY RULE 9018 AND**
**SECTION 107(b) OF THE BANKRUPTCY CODE**
**AUTHORIZING THE DEBTORS TO FILE SETTLEMENT**
**AGREEMENT AND TRADE CONFIRMATION UNDER SEAL**

PLEASE TAKE NOTICE that upon the Debtors' Motion for an Order Pursuant to Bankruptcy Rule 9018 and 107(b) of the Bankruptcy Code Authorizing the Debtors to File Settlement Agreement and Trade Confirmation Under Seal, dated March 5, 2009 (the "Sealing Motion"), the undersigned will present the attached proposed order (the "Proposed Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **Friday, March 13, 2009 at 12:00 noon (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the relief requested in the Sealing Motion must comply with the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the nature and amount of claims or interests held or asserted by the objecting party against the Debtors' estates or property, the basis for the objection and the specific grounds therefore, and must be filed with the Bankruptcy Court electronically in accordance with General Order M-242 no later than **March 12, 2009 at 11:30 a.m. (prevailing Eastern Time)** (General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182, and any objection must further be served upon: Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, the attorneys for the Debtors, Attn: Jacqueline Marcus, so as to be received no later than **March 12, 2009, at 11:30 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, if no objections to the Proposed Order are timely filed, served and received in accordance with this Notice, the Court may enter the Order granting the Motion without further notice or hearing. If an objection is timely filed, served and received in accordance with this Notice, a hearing shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, on **March 25, 2009 at 10:00 a.m. (prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 or as soon thereafter as counsel may be heard.

Dated: New York, New York
       March 5, 2009

/s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

## EXHIBIT A

**(Proposed Order)**

NY1:\1607682\01\YGH%01!.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
                                                     :
          Debtors.                                   : (Jointly Administered)
                                                     :
                                                     :
---------------------------------------------------------------x

### ORDER GRANTING MOTION FOR AN ORDER, PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018, AUTHORIZING DEBTORS TO FILE SETTLEMENT AGREEMENT AND TRADE CONFIRMATION UNDER SEAL

Upon the motion, dated March 5, 2009 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper Inc. ("LCPI"), as debtors and debtors in possession (collectively, "LCPI" or the "Debtors" and, collectively with other debtors and non-debtor affiliates, "Lehman"), pursuant to section 107(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") requesting permission to file under seal a letter agreement, dated December 18, 2008 (the "Settlement Agreement"), and a LSTA Par/Near Par Trade Confirmation, dated August 26, 2008 (the "Trade Confirmation"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the Amended Order

Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures entered on February 13, 2009 [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the attorneys for DK; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the Settlement Agreement (Exhibit B to the Enforcement Motion) and Trade Confirmation (Exhibit C to the Enforcement Motion) shall be filed under seal; and it is further

ORDERED that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated:  March    , 2009
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE