UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

In re:                                           :        Chapter 11

Lehman Brothers Holdings, Inc. (LEAD)            :        Bankruptcy No. 08-13555 JMP

                                                 :
                    Debtor                       :

ENTRY OF APPEARANCE WITH REQUEST
FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the Entry of Appearance of the Attorney General of Pennsylvania as represented by the undersigned Deputy as counsel of record for the Commonwealth of Pennsylvania, Department of Revenue, Bureau of Accounts Settlement, in the above-captioned matter.

PLEASE TAKE NOTICE that the Attorney General is counsel for the Commonwealth of Pennsylvania, Department of Revenue, a party in interest in the above Chapter 11 case, and pursuant to Bankruptcy Rules 2003, 9007 and 9010, the Commonwealth respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth as the address and to the Deputy and telephone number set forth below.

2

THIS REQUEST FOR NOTICE includes all Orders, Notices and copies of Applications, Motions, Petitions, Pleadings, Requests, Complaints or Demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

        Respectfully submitted,

        THOMAS W. CORBETT, JR.
        ATTORNEY GENERAL

DATED: March 6, 2009      BY:  /s/ Christopher R. Momjian
        Christopher R. Momjian
        Senior Deputy Attorney General
        PA I.D. No. 057482
        Office of Attorney General
        21 S. 12th Street, 3rd Floor
        Philadelphia PA 19107-3603
        Tel: (215) 560-2424
        Fax: (215) 560-2202
        E-mail: crmomjian@attorneygeneral.gov

COMMONWEALTH OF PENNSYLVANIA   :
: SS
COUNTY OF PHILADELPHIA

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Commonwealth of Pennsylvania, Department of Revenue Entry of Appearance With Request for Service of Papers and Receipt of Notices was served on the following by first class mail, postage prepaid, on March 6, 2009:

Lehman Brothers Holdings, Inc.
745 Seventh Avenue
New York, NY  10019

All others have been served electronically.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

DATED: March 6, 2009         BY:   /s/ Christopher R. Momjian
Christopher R. Momjian
Senior Deputy Attorney General
PA I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia PA 19107-3603
Tel: (215) 560-2424
Fax: (215) 560-2202
E-mail: crmomjian@attorneygeneral.gov