UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                    :
In re                                                               :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                    :
            Debtors.                                         :    (Jointly Administered)
                                                                    :
-----------------------------------------------------------------x

### STIPULATION, AGREEMENT AND ORDER
### RESOLVING MOTION OF DCFS TRUST FOR RELIEF FROM
### THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1)

This stipulation, agreement, and order (the "Stipulation, Agreement and Order") is entered into by and between Lehman Brothers Holdings Inc. ("LBHI"), as debtor and debtor in possession, and DCFS Trust ("DCFS" and together with LBHI, the "Parties").

### Recitals

A.    On December 28, 2006, Millennium Automotive Group (the "Lessor") and LBHI entered into a Retail Lease Agreement (the "Lease") pursuant to which LBHI leased a 2007 Mercedes S550 V.I.N. WDDNG86X07A111016 (the "Vehicle") from the Lessor for a term of twenty-seven (27) months.

B.    DCFS asserts that the Lessor assigned the Lease to DCFS and that DCFS is the record owner of the Vehicle.

C.    Commencing on September 15, 2008 (the "Commencement Date") and periodically thereafter, LBHI and certain of its subsidiaries (the "Debtors") commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. The Debtors

NY2:\1958070\03\15Y%%03!.DOC\58399.0003

are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

D. On January 5, 2009, DCFS filed a motion (the "Motion") in the above-captioned chapter 11 cases requesting relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code to recover possession and dispose of the Vehicle, or, in the alternative, for adequate protection.

E. On January 22, 2009, at the direction of DCFS, LBHI surrendered the Vehicle to the Lessor. DCFS, through the Lessor acting as its agent, is in possession of the Vehicle.

F. The Parties agree it is in their best interests to enter into this Stipulation, Agreement and Order upon the terms and conditions herein.

NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT:

1. This Stipulation, Agreement and Order shall not become effective unless and until it is entered by this Court (the "Effective Date").

2. Upon the Effective Date, the Motion shall be deemed resolved on the terms set forth herein.

3. The Lease hereby is rejected by LBHI as of the Commencement Date pursuant to section 365(a) of the Bankruptcy Code.

4. Upon the Effective Date, the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code is modified solely to the extent necessary to permit DCFS to dispose of the Vehicle.

5. This Stipulation, Agreement and Order contains the entire agreement between the Parties and supersedes all prior agreements and undertakings between the Parties relating to the subject matter hereof.

6. This Stipulation, Agreement and Order can only be altered, amended or otherwise modified by a signed writing executed by the Parties.

7. Each person who executes this Stipulation, Agreement and Order by or on behalf of each respective Party represents and warrants that he or she is duly authorized and empowered to execute and deliver this Stipulation, Agreement and Order on behalf of such Party.

8. This Stipulation, Agreement and Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed pursuant to Bankruptcy Rule 6006.

9. The Bankruptcy Court shall retain jurisdiction (and the Parties consent to such retention of jurisdiction) to resolve any disputes or controversies arising from or related to this Stipulation, Agreement and Order.

Dated: March 5, 2009
　　　　New York, NY

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>/s/ Shai Y. Waisman | DEILY, MOONEY & GLASTETTER, LLP<br>/s/ Martin A. Mooney |
| Shai Y. Waisman<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 | Martin A. Mooney<br>8 Thurlow Terrace<br>Albany, New York<br>(518) 436-0344 |
| Attorneys for the Debtor in Possession | Counsel for DCFS Trust |

SO ORDERED, this
6th day of March, 2009

*/s/ James M. Peck*
HONORABLE JAMES PECK
UNITED STATES BANKRUPTCY JUDGE