Alan D. Halperin, Esq.  **New Hearing Date: March 25, 2009**
Donna H. Lieberman, Esq.  **Time: 10:00 a.m.**
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

*Counsel to 1407 Broadway Real Estate LLC
And PGRS 1407 BWAY LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

----------------------------------------------------------x

### NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE**, that the hearing to consider the motion of 1407 Broadway Real Estate LLC and PGRS 1407 BWAY LLC for entry of an order (i) compelling Lehman Brothers Holdings Inc. to comply with its lending obligations, or alternatively, (ii) granting the movants relief from the automatic stay (the "Motion") has been adjourned from March 11, 2009 at 10:00 a.m. to March 25, 2009 at 10:00 a.m. and will be heard before the Honorable James M. Peck, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York on the **25th day of March, 2009 at 10:00 a.m. ,** and only a status conference will take place in connection with the Motion on March 11, 2009.

**PLEASE TAKE FURTHER NOTICE**, that responses to the relief requested in the Motion shall be filed and served in accordance with the Federal Rules of Bankruptcy Procedure and

{00075734.1 \0694-001}

the Local Rules of Bankruptcy Procedure for the Southern District of New York so as to be received on or before **March 20, 2009 at 4:00 p.m.**

Dated:  New York, New York
       March 6, 2009    HALPERIN BATTAGLIA RAICHT, LLP

.

                         By:    */s/ Donna H. Lieberman*
                                 Alan D. Halperin, Esq.
                                 Donna H. Lieberman, Esq.
                                 555 Madison Avenue – 9th Floor
                                 New York, NY 10022

                                 *Counsel to 1407 Broadway Real Estate LLC*
                                 *And PGRS 1407 BWAY LLC*