SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Douglas P. Bartner (DB-2301)
Brian H. Polovoy (BP-4723)
Solomon J. Noh (SN-0992)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                            :

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08 – 13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )  ss.: |
| COUNTY OF NEW YORK | ) |

Alfredo C. Flores, being duly sworn, deposes and says, under the penalty of perjury:

      1.  I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022.  I am not a party to the above-captioned proceeding.

2.  On March 5, 2009, I caused to be served via the method indicated, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the **"Supplemental Verified Statement of Shearman & Sterling LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019."**

/s/ Alfredo C. Flores
Alfredo C. Flores

SWORN TO AND SUBSCRIBED before me on this 6th day of March, 2009.

/s/ Maria A. Molinelli
Maria A. Molinelli
Notary Public, State of New York
No. 01MO4961497
Qualified in New York County,

My commission expires:  February 5, 2010

## **Exhibit A**

**By First Class Mail**

Weil Gotshal & Manges LLP
Attn:  Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, and Jacqueline Marcus
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis Dunne, Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn:  Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, and Tracy Hope
Davis
33 Whitehall Street, 21st Floor
New York, New York 10004