James M. Wilton
James A. Wright III (JW 3007)
Aleksandar Zivanovic
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000: Telephone
(617) 951-7050: Facsimile

*Attorneys for Millennium International, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 15 |
| LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, a/k/a LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION, | ) Case No. 09-10583 (JMP) |
| Debtor in a Foreign Proceeding. | ) |
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Aleksandar Zivanovic, Esq., a member in good standing of the bar of the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Millennium International, Ltd., an investment fund incorporated under the laws of the Cayman Islands in the above-referenced cases.

11650616_2.DOC

Ropes & Gray LLP has an office in this district at 1211 Avenue of the Americas, New York, New York 10036.  My address is:

> Aleksandar Zivanovic, Esq.
> ROPES & GRAY LLP
> One International Place
> Boston, MA 02110-2624
> Telephone:  (617) 951-7000
> Facsimile:  (617) 951-7050
> E-mail: aleks.zivanovic@ropesgray.com

The filing fees of $50.00 have been submitted with this motion for *pro hac vice* admission.

Dated: March 6, 2009
         Boston, Massachusetts

                ROPES & GRAY LLP

                By: */s/ Aleksandar Zivanovic*
                Aleksandar Zivanovic

                One International Place
                Boston, Massachusetts 02110-2624
                Telephone:  (617) 951-7000
                Facsimile:  (617) 951-7050

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 15 |
| LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, a/k/a LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION, | ) Case No. 09-10583 (JMP) |
| Debtor in a Foreign Proceeding. | ) |
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

**ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE***

Aleksandar Zivanovic, Esq., a member in good standing of the bar in the Commonwealth of Massachusetts, and of the bar of the U.S. District Court for the District of Massachusetts, having requested admission, *pro hac vice*, to represent Millennium International, Ltd., an investment fund incorporated under the laws of the Cayman Islands in the above-referenced cases.

**ORDERED**,

that Aleksandar Zivanovic, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fees have been paid.

Dated:    March _____, 2009
         New York, New York

_____
United States Bankruptcy Judge

11650616_2.DOC