UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                 Case No. 08-13555 (JMP)

                              Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ALEKSANDAR ZIVANOVIC, ESQ.

UPON the motion of Aleksandar Zivanovic, Esq. dated March 6, 2009 for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Alekasandar Zivanovic, Esq. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         March 6, 2009

                                                        *s/ James M. Peck*
                                                  UNITED STATES BANKRUPTCY JUDGE