UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JAMES M. WILTON, ESQ.

UPON the motion of James M. Wilton, Esq. dated March 6, 2009 for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that James M. Wilton, Esq. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       March 6, 2009

                                                    *s/ James M. Peck*
                                                  UNITED STATES BANKRUPTCY JUDGE