| | |
|---|---|
| In re | ) Chapter 15 ) |
| LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, a/k/a LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION | ) Case No. 09-10583 (JMP) ) ) ) |
| Debtor in a Foreign Proceeding. | ) ) ) |
| | ) Chapter 11 ) |
| In re | ) Case No. 08-13555 (JMP) ) ) (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK   )

SARAH B. ROBERTS, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in New York, New York. I am not a party to this action.

2. On Friday, March 6, 2009, I caused true and correct copies of the "Objection to Motion to Dismiss Chapter 11 Case Upon Recognition of Foreign Main Proceeding" to be served by First Class Mail upon the persons listed on the annexed Exhibit A at the addresses set forth in such exhibit.

*Sarah B. Roberts*
Sarah B. Roberts

Sworn to before me this 6th day of March, 2009

*[signature]*
Notary Public

ELAINE PANTINO
Notary Public, State of New York
No. 4987206
Qualified in Nassau County
Commission Expires Oct. 7, 20 09

3791202_1.DOC

Exhibit A

Weil Gotshal & Manges LLP,
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Lori R. Fife,
Shai Y. Waisman, and Jacqueline Marcus

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Dennis O'Donnell,
and Evan Fleck

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto,
Linda Riffkin, and Tracy Hope Davis

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal
Rachel F. Castelino
200 Park Avenue
New York, NY 10166

3791202_1.DOC