STROOCK & STROOCK & LAVAN LLP
Harold A. Olsen
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Deutsche Zentral-Genossenschaftsbank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                               :    **Chapter 11**
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*  :    **Case No. 08-13555 (JMP)**
                                                    :
                            Debtors.                :    **(Jointly Administered)**
                                                    :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

Mark R. Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On February 26, 2009, affiant caused to be served true and correct copies of the *Notice of Appearance and Request for Service of Documents* (Docket No. 2947) via first-class mail upon the parties listed on Service List "A."

/s/ Mark R. Wojcik
Mark R. Wojcik

Sworn to before me this
9th day of March, 2009

/s/ Ethel Earley
NOTARY PUBLIC

Ethel Earley
Notary Public, State of New York
No. 03-4650662
Qualified in Westchester County
Commission Expires March 30, 2011

## Service List "A"

*Via First Class Mail*
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

*Via First Class Mail*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Via First Class Mail*
Susheel Kirpalani, Esq.
James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Via First Class Mail*
Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

*Via First Class Mail*
Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

*Via First Class Mail*
Harvey Miller, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153