WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Lori R. Fife
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
                                            :
**In re**                                   :    **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,:    **08-13555 (JMP)**
                                            :
                    **Debtors.**            :    **(Jointly Administered)**
                                            :
--------------------------------------------------------------------x
                                            :
**In re**                                   :
                                            :    **Case No.**
**LEHMAN BROTHERS INC.,**                   :
                                            :    **08-01420 (JMP) (SIPA)**
                    **Debtor.**             :
                                            :
--------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
# SCHEDULED FOR HEARING ON MARCH 11, 2009 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.  UNCONTESTED MATTERS:

1. Case Conference

    A.  Update Regarding Proposed International Case Protocol

2. Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

    Response Deadline:   November 28, 2008 at 4:00 p.m.

    Responses Received:

    A.  Objection of AIB International Finance **[Docket No. 1905]**

    B.  Objection of Deutsche Bank AG **[Docket No. 1858]**

    C.  Objection of Lloyds TSB Bank **[Docket No. 1913]**

    Status:  This matter is going forward on a consensual basis with respect to AIB, Deutsche Bank and Lloyds TSB Bank.  All other unresolved objections are adjourned to March 25, 2009 or are to be scheduled for a contested hearing.

3. Motion of Accredited Home Lenders, Inc. for Relief from the Automatic Stay **[Docket No. 2558]**

    Responses Received:  March 4, 2009.

    Related Documents:  None.

    Status:  This matter has been resolved.  The parties will present to the Court a proposed stipulation and order for approval.

4. Motion of Parsec Trading Corp. for Relief from the Automatic Stay **[Docket No. 2152]**

    Response Deadline:   February 20, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

        Status:  This matter has been resolved.  The parties will present to the Court a proposed stipulation and order for approval.

5.    Motion of Cleveland S Barrett Jr. for Relief from the Automatic Stay **[Docket No. 2829]**

        Response Deadline:   March 6, 2009.

        Responses Received:  None.

        Related Documents:  None.

        Status:  The parties are negotiating a proposed stipulation and order to resolve the motion.  If the parties are not able to agree on a proposed stipulation and order, the Debtors will request an adjournment to the next omnibus hearing.

6.    Motion for Authority to Maintain, Close, and Open New Bank Accounts Located at Unauthorized Depositories and Bank Accounts Located at United States Trustee Authorized Depositories **[Docket No. 2943]**

        Response Deadline:   March 6, 2009 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:  None.

        Status:  This matter is going forward.

7.    Motion of 1407 Broadway Real Estate LLC and PRGS 1407 BWAY LLC for Relief from the Automatic Stay **[Docket No. 2752]**

        Response Deadline:   March 20, 2009.

        Responses Received:  None.

        Related Documents:  None.

        Status:  This matter is going forward as a Chambers conference only and the Motion has been adjourned to March 25, 2009.

**II.    CONTESTED MATTERS:**

8.  Motion of PricewaterhouseCoopers AG, Zurich to Dismiss Lehman Brothers Finance, SA Chapter 11 Case **[Docket No. 2789]**

    Response Deadline:    March 6, 2009 at 4:00 p.m.

    Responses Received:

        A.    Objection of Millennium International, Ltd. **[Docket No. 3009]**

        B.    Debtors' Response **[Docket No. 3020]**

    Related Documents:

        B.    Joint Declaration of Pascal Portmann and Christiana Suhr Brunner **[Docket No. 2790]**

        C.    Application for Ex Parte Relief **[Docket No. 2791]**

    Status:  This matter is going forward.

9.  Motion for an Order Dismissing Chapter 11 Case Upon Recognition of Foreign Main Proceeding Under Chapter 15 **[Case No. 09-10583, Docket No. 5]**

    Response Deadline:    March 6, 2009 at 4:00 p.m.

    Responses Received:

        A.    Objection Millennium International, Ltd. **[Docket No. 14]**

        B.    Debtors' Response to Chapter 15 Petition and Motion for an Order Dismissing Chapter 11 Case Upon Recognition **[Docket No. 20]**

    Related Documents:  None.

        A.    Joint Declaration of Pascal Portmann and Christiana Suhr Brunner **[Case No. 09-10583, Docket No. 6]**

    Status:  This matter is going forward.

10. Debtors' Motion to Grant First Priority Liens in Cash Collateral Posted in Connection with the Hedging Transactions **[Docket No. 2682]**

   Response Deadline:   February 20, 2009 at 4:00 p.m.

   Responses Received:

   A.   Limited Objection of Bank of China **[Docket No. 2744]**

   B.   Objection of Elliot Associates, et al. **[Docket No. 2745]** (as corrected **[Docket No. 2759]**)

   C.   Objection of The Walt Disney Company **[Docket No. 2746]**

   D.   Limited Objection of Newport Global **[Docket No. 2756]**

   E.   Supplement to Objection of Elliott Associates, et al. **[Docket No. 2991]**

   Related Documents:

   F.   Statement of Official Committee of Unsecured Creditors in Response **[Docket No. 2779]**

   G.   Debtors' Omnibus Reply **[Docket No. 3031]**

   Status:  This matter is going forward.

### III.   ADJOURNED MATTERS:

**A.   Lehman Brothers Holdings Inc.:**

11. Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

   Response Deadline:   March 20, 2009.

   Responses Received:

      A.   Objection of GE Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited **[Docket No. 2383]**

   Status:  This matter has been adjourned to March 25, 2009.

12. TPG-Austin Portfolio Holdings LLC's Motion to Compel Immediate Assumption or Rejection of Credit Agreement **[Docket No. 1514]**

   Response Deadline:   November 28, 2008 at 4:00 p.m.

     Responses Received:

     A.    Debtors' Objection **[Docket No. 2162]**

     Related Documents:

     B.    Reply of TPG-Austin Portfolio Holdings LLC **[Docket No. 2215]**

     Status:  This matter has been adjourned to March 25, 2009.

13.    Motion of the Tobacco Settlement Authority for an Order Compelling Lehman Brothers Special Financing Inc. to Assume or Reject an Executory Contract **[Docket No. 2546]**

     Response Deadline:    March 20, 2009 at 5:00 p.m.

     Responses Received:  None.

     Related Documents:  None.

     Status:  This matter has been adjourned to March 25, 2009.

14.    Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim **[Docket No. 1205]**

     Response Deadline:    March 20, 2009 at 4:00 p.m.

     Responses Received:  None.

     Related Documents:

     A.    Corrected Exhibit E **[Docket No. 1421]**

     Status:  This matter has been adjourned to March 25, 2009.

15.    Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

     Response Deadline:    March 6, 2009 at 4:00 p.m.

     Responses Received:

     A.    Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

     B.    Statement of the Informal Noteholder Group **[Docket No. 887]**

     Related Documents:

    C.    Stipulation and Consent Order **[Docket No. 1402]**

Status:  This matter is adjourned to March 25, 2009.

16.    Motion of Mapco Express, Inc. and Delek US Holdings, Inc. for Relief from the Automatic Stay **[Docket No. 1663]**

Response Deadline:  March 20, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to March 25, 2009.

17.    Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

Response Deadline:  March 20, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Declaration of George Kielman **[Docket No. 1181]**

Status:  This matter has been adjourned to March 25, 2009.

18.    Plaintiff's Motion to Deposit Funds into Court Registry of Massachusetts Water Resources Authority / Massachusetts Water Resources Authority v. Lehman Brothers Derivative Products Inc. **[Case No. 08-01756, Docket No. 2]**

Response Deadline:  March 9, 2009 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is adjourned without date.

**B.**    **Adversary Proceedings:**

19.    Kelly v. Lehman Brothers OTC Derivatives Inc., et al. **[Case No. 08-01621]**

Pre-Trial Conference

Answer Deadline:  March 13, 2009.

Status:  This matter is adjourned to March 25, 2009.

20. Royal Bank of America v. Lehman Brothers Special Financing, Inc. **[Case No. 08-01640]**

    Pre-Trial Conference

    Responses Received:

    A.   Answer and Affirmative Defenses of Defendant **[Docket No. 10]**

    Status:  This matter is adjourned to March 25, 2009.

21. Royal Bank of America's Motion Permitting Expedited Discovery **[Case No. 08-01640, Docket No. 5]**

    Response Deadline:   November 13, 2008.

    Responses Received:  None.

    Related Documents:   None.

    Status:  This matter is adjourned to March 25, 2009.

C.  **Lehman Brothers Inc.:**

22. Second Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery **[Docket No. 479]**

    Response Deadline:   March 6, 2009 at 4:00 p.m.

    Responses Received:

    A.   Objection of Barclays Capital Inc. to Motion of the DCP Parties for Leave to Conduct Rule 2004 Discovery **[Docket No. 518]**

    Related Filings:

    B.   Declaration of Michael A. Morris in Support of Second Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery **[Docket No. 480]**

    C.   Notice of Adjournment **[Docket No. 524]**

    D.   Notice of Adjournment **[Docket No. 592]**

    E.   Notice of Adjournment **[Docket No. 656]**

    F.   Notice of Adjournment **[Docket No. 720]**

    G.   Notice of Adjournment **[Docket No. 790]**

    Status:  This matter has been adjourned to March 25, 2009.

Dated:  March 10, 2009
       New York, New York

/s/ Jacqueline Marcus
Richard P. Krasnow
Lori R. Fife
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession


Dated:  March 10, 2009
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.