Garfield Windross
15 Woodcliff Ct.
Oakland, Ca 94605
510-633-1436
3/6/2009

Cc: Peggy G. Henson
Lehman Brothers Bank FSB
25520 Commercentre Dr Ste 150
Lake Forest, CA 92630
Phone 1-800-370-6357
Fax: 949-614-4652

cc: Office of Thrift Supervision
Consumer Affairs Division
1700 G Street, N.W.
Washington, DC 20552
202-906-7342 (Fax)
1-800-842-6929 (Phone)

Attn: Brian Shoichi Masumoto, Esq.
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Phone: (212) 510-0500
Fax: (212) 668-2255



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

LEHMAN BROTHERS HOLDING INC, et al..,

---

Chapter 11

Case No. 08-13555

(Jointly Administered)

**OBJECTION TO LETTER REQUESTING PERIODIC PROPERTY
INSPECTION (EXHIBIT 1) FROM LEHMAN BROTHERS BANK, FSB DATED
March 5, 2009.**

I, Garfield K. Windross hereby object to the periodic property inspection letter request from Lehman Brothers Bank, FSB a wholly owned subsidiary of Lehman Brothers Holding Inc. on the grounds that:

a) Lehman Brothers Bank, FSB has not satisfactory responded to my previous objection and request to provide information as stipulated in dockets 2732, 2382, and 1772.

b) Lehman Brothers Bank, FSB right to perform such as inspection is in dispute as expressed in previous objections and response to objection.

Dated: March 6, 2009

Sincerely,

Garfield K. Windross

**Exhibit 1**

# LEHMAN BROTHERS

March 5, 2009                                          Via Fax: 510-633-1436
                                                                510-635-8807

Garfield Windross
15 Woodcliff Court
Oakland, CA. 94605

      RE:  Loan # 0091898387 / Garfield Windross
      Property Address:   8453 – 8455 South Van Ness Avenue
                              Inglewood, CA. 90305

Mr. Windross,

I have been trying to contact you regarding Lehman Brothers periodic property inspection. Lehman is currently in the process of completing the inspections and I wanted to advise you that an agent of Lehman Brothers Bank will be calling you to arrange a convenient time to enter your property. The representative will be calling from URS and will only need access to the property for a short time.

Please contact me at 800-370-6357, no later than tomorrow, March 6, 2009 to arrange a time to view the property. We appreciate your cooperation while we complete this process

Sincerely,

*Peggy G. Henson*

Peggy G. Henson
Special Assets Officer
Lehman Brothers Bank | Small Business Finance
Telephone:  949-860-0276
Fax: 866-517-7050
peggy.henson@lehman.com



LEHMAN BROTHERS BANK, FSB
25610 COMMERCENTRE DRIVE
Lake Forest, CA 92630
TEL (949)-860-0276 FAX (866) 517-7050


EQUAL HOUSING LENDER