DEWEY & LEBOEUF LLP  
1301 Avenue of the Americas  
New York, New York 10019  
Telephone: 212.259.8000  
Facsimile: 212.259.6333  
Martin J. Bienenstock, Esq.  
Irena Goldstein, Esq.  

Hearing Date: March 11, 2009 at 10:00 a.m.

Attorneys for Elliott Associates, L.P.,  
Elliott International L.P., The Liverpool Limited Partnership  
Springfield Associates LLC and Kensington  
International Limited  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
-------------------------------------------------------- x  
: 
In re                                                            :   Chapter 11 Case No.  
                                                                 : 
**LEHMAN BROTHERS HOLDINGS INC.,**    :   08-13555 (JMP)  
*et al.*                                                         : 
         Debtors.                                       :   (Jointly Administered)  
                                                                 : 
-------------------------------------------------------- x  

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF OBJECTION OF ELLIOTT ASSOCIATES, L.P., ELLIOTT INTERNATIONAL, L.P., THE LIVERPOOL LIMITED PARTNERSHIP, SPRINGFIELD ASSOCIATES LLC AND KENSINGTON INTERNATIONAL LIMITED TO DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 364 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO GRANT FIRST PRIORITY LIENS IN CASH COLLATERAL POSTED IN CONNECTION WITH THE HEDGING TRANSACTIONS THE DEBTORS ENTER INTO THROUGH CERTAIN FUTURES AND PRIME BROKERAGE ACCOUNTS**

TO THE HONORABLE JAMES M. PECK  
UNITED STATES BANKRUPTCY JUDGE:

       1.    Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, Springfield Associates LLC and Kensington International Limited (collectively, "Elliott") hereby withdraw, without prejudice as set forth below, their objection to the motion (the "Hedging Motion") of Lehman Brothers Holding Inc. ("LBHI") and its affiliated debtors

(collectively with LBHI, the "Debtors") requesting entry of an order, pursuant to sections 105 and 364 of title 11 of the United States Code (the "Bankruptcy Code") authorizing the Debtors to grant first priority liens in cash collateral posted in connection with the hedging transactions the Debtors enter into through certain futures and prime brokerage accounts.

2. Elliott filed an objection to the Hedging Motion [Dkt No. 2745], and a supplement to such objection [Dkt No. 2991] (collectively, the "Objection") because the Debtors sought to enter into hedging transactions outside of the watchful eyes of the Court and the official committee of unsecured creditors (the "Committee") and without committing to provide any public disclosure concerning their hedging activities and the risks to be assumed on behalf of the Debtors' stakeholders.

3. The Debtors and the Committee have since agreed to a "Hedging Protocol" pursuant to which, among other things (a) the Committee will have oversight responsibilities and (b) the Debtors will have minimal reporting requirements. *See* the Debtors' Reply to Responses to Debtors' Motion, Pursuant to Sections 105 and 364 of the Bankruptcy Code, for Authorization to Grant First Priority Liens in Cash Collateral Posted in Connection with Hedging Transactions the Debtors Enter Into Through Certain Futures and Prime Brokerage Accounts (the "Reply"). [Dkt no. 3031][1]

4. At this time, because of the significant progress demonstrated by the Hedging Protocol, Elliott hereby withdraws its Objection without prejudice to its rights if the Debtors fail to fulfill their obligations under the Hedging Protocol or the information made public by the Debtors under such Hedging Protocol is insufficient for a creditor to understand,

---

[1] The Debtors characterize certain statements made by Elliott in its Objection as unsubstantiated. Elliott will not counter each of the Debtors' arguments because it is withdrawing the Objection without prejudice, but notes for the record that it stands by its statements in the Objection.

2

among other things, the value of the derivatives being hedged and the risks being foisted upon the Debtors' stakeholders in connection with hedging transactions.

| | |
|---|---|
| Dated: New York, NY<br>March 10, 2009 | DEWEY & LEBOEUF LLP<br><br>/s/Irena Goldstein<br>Martin J. Bienenstock, Esq.<br>Irena Goldstein, Esq.<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone:  212.259.8000<br>Facsimile:  212.259.6333<br><br>Attorneys for Elliott Associates, L.P.,<br>Elliott International, L.P.,<br>The Liverpool Limited Partnership,<br>Springfield Associates LLC and Kensington International Limited |