UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| LEHMAN BROTHERS HOLDINGS, INC., : *et al.*, : | Case No. 08-13555 (JMP) |
| : | |
| Debtor. : | (Jointly Administered) |
| : | |

## AFFIDAVIT AND DISCLOSURE STATEMENT OF DEAN C. WALDT, ESQUIRE ON BEHALF OF BALLARD SPAHR ANDREWS & INGERSOLL, LLP

STATE OF NEW JERSEY  )
                     ) ss:
COUNTY OF CAMDEN     )

I, DEAN C. WALDT, being duly sworn, upon his oath, deposes and says:

1. I am a Partner with Ballard Spahr Andrews & Ingersoll, LLP, located at Plaza 1000 - Suite 500, Main Street, Voorhees, New Jersey, 08043 (the "Firm").

2. Lehman Brothers Holdings, Inc., ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide corporate, real estate and litigation legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. Although in connection with the foregoing, the Firm represents certain parties in asserting claims against the Debtors in these chapter 11 cases, and/or as holders of interests that are or may be adverse to the Debtors. None

DMEAST #10132872 v3

of these representations involve active litigation matters at this time and the Firm does not and will not represent any persons or entities in connection with the matters as to which the Firm is retained to represent Lehman.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $9,492.76 for pre-petition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

Subscribed and sworn to before me
this 4th day of March, 2009

_____
(Notary Public)

CATHERINE M. DIGIROLAMO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 8, 2010

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., | : | Case No. 08-13555 (JMP) |
| *et al.*, | : | |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |

**<u>RETENTION QUESTIONNAIRE</u>**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS, INC., OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT</u>
<u>RETURN IT FOR FILING BY THE DEBTORS TO:</u>

>   Weil, Gotshal & Manges, LLP
>   767 Fifth Avenue
>   New York, NY   10153
>   Attn:   Jennifer Sapp
>             Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    <u>Ballard Spahr Andrews & Ingersoll, LLP</u>

    <u>Plaza 1000 - Suite 500, Main Street</u>

    <u>Voorhees, New Jersey   08043</u>

2. Date of Retention:   <u>February 1, 2007</u>

3. Type of services provided (accounting, legal, etc.)

    <u>Legal representation related to corporate, real estate and litigation matters.</u>

4. Brief description of services to be provided:

    <u>A) Pursuit of Collection Lawsuit</u>

       B) Sale of Property

       C) Other Litigation and Real Estate Matters

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

       $309.44

   (b) Estimated average monthly compensation based on pre-petition retention if firm was employed pre-petition):
       $16,414.31

6. Pre-petition claims against Debtors held by the firm:

   Amount of Claim:   $9,492.76

   Date claim arose:   On or about 9/1/08

   Source of Claim:   Services Rendered

7. Pre-petition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None identified

   Status: Firm wide e-mail produced no affirmative responses to date

   Amount of Claim:   $

   Date claim arose:

   Source of claim:

8. Stock to the Debtors currently held by the firm:

   Kind of shares:   None

   No. of shares:

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

DMEAST #10132973 v3       2

        Name: <u>firm wide e-mail produced no affirmative responses to date</u>

        Status: _____

        Kind of shares: _____

        No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

<u>The firm does not presently represent any party in an active litigation matter against the Debtors.  The firm does presently represent clients that may assert claims against, or otherwise hold interests adverse to the Debtors that are not related to matters as to which the firm will be retained to represent the Debtors. If such claims are actually asserted, this disclosure will be amended.</u>

11. Name of individual completing this form:

<u>Dean C. Waldt, Esq., Partner</u>