DEWEY & LEBOEUF LLP  
1301 Avenue of the Americas  
New York, New York 10019  
Telephone: 212.259.8000  
Facsimile: 212.259.6333  
Martin J. Bienenstock, Esq.  
Irena Goldstein, Esq.  

Hearing Date: March 11, 2009 at 10:00 a.m.

Attorneys for The Walt Disney Company

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x  
: 
**In re** : **Chapter 11 Case No.**  
: 
**LEHMAN BROTHERS HOLDINGS INC.,** : **08-13555 (JMP)**  
*et al.* : 
Debtors. : **(Jointly Administered)**  
: 
------------------------------------------------------- x

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF OBJECTION OF THE WALT DISNEY COMPANY TO DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 364 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO GRANT FIRST PRIORITY LIENS IN CASH COLLATERAL POSTED IN CONNECTION WITH THE HEDGING TRANSACTIONS THE DEBTORS ENTER INTO THROUGH CERTAIN FUTURES AND PRIME BROKERAGE ACCOUNTS**

TO THE HONORABLE JAMES M. PECK  
UNITED STATES BANKRUPTCY JUDGE:

        1.    The Walt Disney Company ("TWDC") hereby withdraws, without prejudice as set forth below, its objection to the motion (the "Hedging Motion") of Lehman Brothers Holding Inc. ("LBHI") and its affiliated debtors (collectively with LBHI, the "Debtors") requesting entry of an order, pursuant to sections 105 and 364 of title 11 of the United States Code (the "Bankruptcy Code") authorizing the Debtors to grant first priority liens in cash collateral posted in connection with the hedging transactions the Debtors enter into through certain futures and prime brokerage accounts.

2. TWDC filed an objection to the Hedging Motion [Dkt No. 2746] (the "Objection") because the Debtors sought to enter into hedging transactions without allowing the Court or the official committee of unsecured creditors (the "Committee") to exercise oversight over the Debtors' activities, without committing to provide any public disclosure concerning their hedging activities and the risks to be assumed on behalf of the Debtors' stakeholders, and without ensuring that the rights of LBHI's subsidiary Debtors are protected.

3. The Debtors and the Committee have since agreed to a "Hedging Protocol" pursuant to which, among other things (a) the Debtors will not use one Debtor's assets to hedge the risk of another Debtor, (b) the Committee will have oversight responsibilities and (c) the Debtors will have minimal reporting requirements. *See* the Debtors' Reply to Responses to Debtors' Motion, Pursuant to Sections 105 and 364 of the Bankruptcy Code, for Authorization to Grant First Priority Liens in Cash Collateral Posted in Connection with Hedging Transactions the Debtors Enter Into Through Certain Futures and Prime Brokerage Accounts. [Dkt no. 3031]

4. At this time, because the Debtors have agreed to the Hedging Protocol, TWDC hereby withdraws its Objection without prejudice to its rights if the Debtors fail to fulfill their obligations under the Hedging Protocol, the information made public by the Debtors under such Hedging Protocol is insufficient or if the rights of LBHI's subsidiary Debtors are not adequately served by the Hedging Protocol.

|  |  |
|---|---|
| Dated: New York, NY<br>March 10, 2009 | DEWEY & LEBOEUF LLP<br><br>/s/Irena Goldstein<br>Martin J. Bienenstock, Esq.<br>Irena Goldstein, Esq.<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: 212.259.8000<br>Facsimile: 212.259.6333<br><br>Attorneys for The Walt Disney Company |

NY3 3023448.1 230054 000003 3/10/2009 04:35pm