Schwanengasse 12
Postfach
CH-3001 Bern
Telefon +41 31 322 69 11
Telefax +41 31 322 69 26
info@ebk.admin.ch
www.ebk.admin.ch

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

# SUPERPROVISORISCHE VERFÜGUNG

des Sekretariats
der Eidg. Bankenkommission

vom 30. September 2008

in Sachen

**Lehman Brothers Finance AG,**
Talstrasse 82, 8001 Zürich,

vertreten durch Niederer Kraft & Frey AG, Rechtsanwälte in Zürich

betreffend

**vorsorgliche Massnahmen
(Einsetzung eines Untersuchungsbeauftragten)**

**The Findings Section of this Order have been redacted as per the requirements
of Swiss Law, to keep confidential findings with respect to parties other than LBF.**

**verfügt:**

1. Die PricewaterhouseCoopers AG, Zürich, wird als Untersuchungsbeauftragte der **Lehman Brothers Finance AG**, mit Sitz an der Talstrasse 82, 8001 Zürich, ernannt.

2. Die Untersuchungsbeauftragte wird beauftragt, zuhanden des Sekretariats der Eidg. Bankenkommission einen Bericht zu verfassen. Dieser Bericht soll namentlich folgende Punkte behandeln:

   - umfassende Bestandesaufnahme der ausgeübten Geschäftsaktivitäten;

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

- Feststellung der Geschäftsbeziehungen der Lehman Brothers Finance AG zur Lehman Brothers International (Europe) Zweigniederlassung Zürich sowie zu anderen Personen und Gesellschaften innerhalb und ausserhalb der Lehman Brothers Gruppe;

- Feststellung von Auftrags- und Anstellungsverhältnissen;

- Feststellung von Bank- und Effektenhändlerbeziehungen sowie von Wertschriften-Depots;

- Feststellung der finanziellen Lage der Lehman Brothers Finance AG.

3. Die Untersuchungsbeauftragte wird ermächtigt, allein für die Lehman Brothers Finance AG zu handeln. Die Ermächtigung erstreckt sich auf sämtliche Aktivitäten der Lehman Brothers Finance AG und umfasst insbesondere auch die Verfügung über die im In- und Ausland liegenden Vermögenswerte der Lehman Brothers Finance AG oder über die Vermögenswerte im In- und Ausland, an denen diese wirtschaftlich berechtigt ist.

4. Den Organen der Lehman Brothers Finance AG wird unter Androhung von Busse gemäss Artikel 50 BankG und Artikel 292 StGB

    - untersagt, ohne Zustimmung der Untersuchungsbeauftragten weitere Rechtshandlungen für die Lehman Brothers Finance AG, vorzunehmen;

    - die Pflicht auferlegt, der Untersuchungsbeauftragten sämtliche Informationen und Unterlagen zu den Geschäftsaktivitäten zur Verfügung zu stellen und Zugang zu den Räumlichkeiten zu verschaffen.

5. Sämtliche Kontoverbindungen und Depots, die auf die Lehman Brothers Finance AG lauten, werden für Ausgänge gesperrt.

    Die Untersuchungsbeauftragte wird ermächtigt, über Vermögenswerte auf gesperrten Konten und Depots zu verfügen.

6. Die Untersuchungsbeauftragte wird ermächtigt, von der Lehman Brothers Finance AG einen Kostenvorschuss einzuverlangen.

7. Die Kosten der Untersuchungsbeauftragten werden der Lehman Brothers Finance AG auferlegt.

8. Die Ziffern 1 bis 7 des Dispositivs werden sofort vollstreckt.

9. Die Lehman Brothers Finance AG wird eingeladen, bis am 10. Oktober 2008 zu den superprovisorisch verfügten vorsorglichen Massnahmen Stellung zu nehmen und erhält die Gelegenheit, innerhalb gleicher Frist eine beim Bundesverwaltungsgericht anfechtbare kostenpflichtige Verfügung zu verlangen.

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

Sekretariat der
**EIDG. BANKENKOMMISSION**


Daniel Zuberbühler          Daniel Roth
Direktor                    Rechtsdienst




**The Addresses of the parties copied on this order have been redacted as per the requirements of Swiss law, to maintain their confidentiality.**

# "SUPER"- PROVISIONAL

## ORDER

**Of the Secretary of the Swiss Federal Banking Commission**

**30 September 2008**

With regard to

**Lehman Brothers Finance AG,**
Talstrasse 82, 8001 Zurich,

represented by  Niederer Kraft & Frey AG, Lawyers in Zurich

As to

**Provisional measures
(Appointment of an investigation delegate)**

**The Findings Section of this Order has been redacted as per the requirements of Swiss Law, to keep confidential findings with respect to parties other than LBF.**

**orders:**

1) PricewaterhouseCoopers AG, Zurich, is being appointed administrator of Lehman Brothers Finance AG, headquartered at Talstrasse 82, 8001 Zurich

2) The administrator is being appointed, on behalf of the office of the Swiss Federal Banking Commission, to write a report. This report is to cover the following points:

    - an extensive appraisal/inventory of the exercised business activities

    - identification of the business relationships of Lehman Brothers Finance AG with Lehman Brothers International (Europe) Zurich Branch as well as to other Persons and businesses within and outside of the Lehman Brothers Group.

    - identification of employment contract and contractual relations between principal and agent

    - identification of banking and stockbroker/securities dealer relationships as well as deposits of securities

    - identify/ establish the financial situation of Lehman Brothers Finance AG

3) The administrator will be sole authorized to act on behalf of Lehman Brothers Finance AG. This authorization extends to all activities of Lehman Brothers Finance AG and encompasses in particular also the disposal to the assets of Lehman Brothers Finance AG held in and outside the country or to the assets held in or outside the country to which it is financially entitled.

4) Pursuant to article 50 of Banking law and Article 292 of the Swiss Penal Law, the "organs" of Lehman Brothers Finance AG, on pain of monetary fine, are being

    - prohibited from making any legal decision for Lehman Brothers Finance AG without the approval / sanction of the administrator

    - under the obligation to make all information and documents relevant to the business activity available to the administrator and to enable access to the premises.

5) All Account relationships and deposits in the name of Lehman Brothers Finance AG will be blocked for outgoing payments.

    The Administrator will be empowered to dispose over assets on blocked accounts and deposits.

6) The Administrator will be empowered to request an advance payment from Lehman Brothers Finance AG

(7)

7) The cost of the Administrator will be inflicted on Lehman Brothers Finance AG

8) Numbers 1 to 7 of the "dispositive" will be enforced immediately

9) Lehman Brothers Finance AG is being invited until October 10th 08, to comment on the "super-temporary" preventive decreed measures and receives the opportunity, within the same deadline to request a challengeable decision (with costs) at the "Federal Court"

Secretary of the Swiss Federal Banking Commission