**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
William M. Goldman (WG-2013)
John P. McNicholas (JPM-0694)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                                   :

**In re**                                                              :        **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**

                              **Debtors.**          :        **(Jointly Administered)**

---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

     PLEASE TAKE NOTICE that Swedbank AB, New York Branch, hereby appears and demands, pursuant to Rules 2002(g) and (i) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned counsel, at the address set forth below:

                DLA Piper LLP (US)
                1251 Avenue Of The Americas
                New York, New York 10020-1104
                T: (212) 335-4500
                F: (212) 335-4501
                Attn:   William M. Goldman, Esq.
                            John P. McNicholas, Esq.

     PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of title 11, United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and provisions specified above, but also includes, without

limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery telephone, telex or otherwise which affect or seek to affect in any way the Debtors or property or proceeds in which the Debtors may claim an interest.

Dated: New York, New York
March 11, 2009

        Respectfully submitted,

        DLA PIPER US LLP

        /s/ John P. McNicholas, Esq.
        John P. McNicholas, Esq.
        DLA PIPER US LLP
        1251 Avenue Of The Americas
        New York, New York 10020-1104
        Telephone:  (212) 335-4500
        Facsimile:  (212) 335-4501