K&L GATES LLP
Robert N. Michaelson, Esq
Kristin S. Elliott, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for the Tobacco Settlement Authority

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
                                                                      :
In re                                                                 :    Chapter 11
                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              :    Case No. 08-13555 (JMP)
                                                                      :
                                                                      :    (Jointly Administered)
                                    Debtors.                          :
                                                                      :
----------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    Nathanael F. Meyers, being duly sworn, deposes and says:

    1.    I am an employee of the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

    2.    On March 9, 2009 I caused a true and correct copy of the **Notice of Adjournment Hearing on Motion of the Tobacco Settlement Authority for an Order (A) Compelling Lehman Brothers Special Financing Inc. to Assume or Reject an Executory Contract Pursuant to 11 U.S.C. Sec. 365(d)(2) or, Alternatively (B) Modifying the Automatic Stay to Allow the Tobacco Settlement Authority to**

NY-668677 v1

- 2 -

**Terminate the Agreement** to be served by first class mail postage pre-paid upon the persons and at the addresses as set forth on the attached Service List.

_____
Nathanael F. Meyers

Sworn to before me this
11th day of March, 2009

_____
Notary Public, State of New York

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10

## SERVICE LIST

Andrew D Velez-Rivera
Office Of The U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Richard P. Krasnow
Lori R. Fife
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis Dunne
Wilbur Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005