# **EXHIBIT A**

**(Unauthorized Depository Accounts)**

NY2:\1973532\06\16@SC06!.DOC\58399.0003

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | ABN-AMRO | J 68519 | LEHMAN BROTHERS SA, Expenses | Lehman Brothers Finance S.A. | France | EUR |
| Legacy | Europe | ABN-AMRO | 9785 | ABN AMRO Interest Growth Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | ABN-AMRO | 264100254726 | LEHMAN BROTHER HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Romania | RON |
| Legacy | Europe | ABN-AMRO | ABN002721 | ABN AMRO global Liquidity Funds | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Americas | AMR Investment Services, Inc. | 133216325 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | AMR Investment Services, Inc. | GE0000015-00 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Australia and New Zealand Banking Group Limited | 711184/00001 CURRENT A/C NO.1 | Lehman Brothers Derivative Products | Lehman Brothers Derivative Products Inc. | Australia | AUD |
| Legacy | Americas | Australia and New Zealand Banking Group Limited | 55204200001 | FX Cash Account | Lehman Brothers Financial Products Inc. | Australia | AUD |
| Legacy | Europe | Australia and New Zealand Banking Group Limited | 463034NZD00001 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | New Zealand | NZD |
| Legacy | Europe | Banca Intesa | IT19B0306912707073 456886853 | LBHI UK Nextra fund - MONEY FUND WASH ACCOUNT | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | Banco BNP Paribas | 1007871001 | Lehman Brothers Special Financing Inc. - Passenger Account | Lehman Brothers Special Financing Inc. | Brazil | BRL |
| Legacy | Americas | Banco BNP Paribas | 1007871002 | Lehman Brothers Special Financing Inc. - Own | Lehman Brothers Special Financing Inc. | Brazil | BRL |
| Legacy | Americas | Banco BNP Paribas | 1019952 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Brazil | BRL |
| Legacy | Americas | Banco Bradesco SA | 0526.0040064-9 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Brazil | BRL |
| Legacy | Europe | Banco Nacional de Mexico S.A. | 0009720006 | Lehman Brothers Holdings Inc MXN FX Account | Lehman Brothers Holdings Inc. (UK Branch) | Mexico | MXN |
| Legacy | Americas | Bank of America | 601413713014 | FX Cash Account | Lehman Brothers Derivative Products Inc. | Switzerland | CHF |
| Legacy | Americas | Bank of America | 601413118016 | FX Cash Account | Lehman Brothers Financial Products Inc. | Switzerland | CHF |
| Legacy | Americas | Bank of America | 17063-014 | Lehman Brothers Derivative Products | Lehman Brothers Derivative Products Inc. | UK | EUR |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Bank of America | 601917062016 | Lehman Brothers Financial Products | Lehman Brothers Financial Products Inc. | UK | EUR |
| Legacy | Europe | Bank of America | 6014-30058013 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | CHF |
| Legacy | Europe | Bank of America | 6064-20805010 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | JP | JPY |
| Legacy | Americas | Bank of America NT & SA | 606420466010 | FX Cash Account | Lehman Brothers Derivative Products Inc. | JP | JPY |
| Legacy | Americas | Bank of America NT & SA | 606417889019 | FX Cash Account | Lehman Brothers Financial Products Inc. | JP | JPY |
| Legacy | Europe | Bank of America NT & SA | 28937011 | LBCS SGD NOSTRO ACCOUNT | Lehman Brothers Commodity Services Inc | UK | SGD |
| Legacy | Americas | Bank of New York | 125735 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Bank of New York | 382232 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | Bank of New York | 213833 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Bank of New York | 213832 | Lehman Brothers Commerical Paper Inc. | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | Bank of New York Dividend Trust | 56003517 | Lehman Brothers Holdings Inc. Common Stock Div Distribution Account | Lehman Brothers Holdings Plc | USA | USD |
| Legacy | Americas | Bank of Tokyo-Mitsubishi | 220001944 | LCPI | Lehman Commercial Paper Inc. | USA | USD |
| New | Americas | Barclays Bank | 050703188 | LBHI | LBHI New | USA | USD |
| New | Americas | Barclays Bank | 050703196 | LBI | LBHI New | USA | USD |
| New | Americas | Barclays Bank | 050703200 | LB 745 LLC | LBHI New | USA | USD |
| New | Americas | Barclays Bank | 050703153 | LBHI DIP | LBHI New | USA | USD |
| Legacy | Americas | Barclays Global Investors Funds | 3599 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Black Rock | 24911 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Black Rock | 23644 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Black Rock | 16 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Black Rock | 23762 | Moonbeam | Lehman Brothers Derivative Products Inc. | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Black Rock | 23761 | Sunlight | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Europe | BlackRock | 4236366 | Blackrock Liquidity Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | BNP Asset Management London | 101720 | BNP Insticash EUR - LBHI | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | Ceskoslovenska Obchodni Banka AS | 255030893 | Lehman Brothers Holding Inc (UK Branch) | Lehman Brothers Holdings Inc. (UK Branch) | Slovak Republic (Slovakia) | SKK |
| Legacy | Americas | Citibank | 2015477006 | LBCS-CAD | Lehman Brothers Commodity Services Inc | Canada | CAD |
| Legacy | Americas | Citibank | 501330019 | LBCS ZAR account | Lehman Brothers Commodity Services Inc | South Africa | ZAR |
| Legacy | Americas | Citibank del Peru S.A. | 73252016 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Peru | PEN |
| Legacy | Americas | Citibank del Peru S.A. | 96575400 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Peru | PEN |
| Legacy | Europe | Citibank Handlowy | 97103015080000000505744004 PLN | LBCE PLN NOSTRO ACCOUNT | Lehman Brothers Commodity Services Inc | Poland | PLN |
| Legacy | Europe | Citibank Handlowy | PL021030150800000003 00759009 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Poland | PLN |
| Legacy | Americas | Citibank Korea Inc. | 5-001466-005 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Korea, Republic of (South) | KRW |
| Legacy | Americas | Citibank Korea Inc. | 5-001466-013 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Korea, Republic of (South) | USD |
| Legacy | Europe | Citibank Pty Limited | 231025006 | LBCS - AUD | Lehman Brothers Commodity Services Inc | Australia | AUD |
| Legacy | Europe | Citibank Pty Limited | 0-206441-054 | Lehman Brothers Holdings Inc UK Branch | Lehman Brothers Holdings Inc. (UK Branch) | Australia | AUD |
| Legacy | Europe | Citibank Rt. | 202292003 | LBCS HUF NOSTRO ACCOUNT | Lehman Brothers Commodity Services Inc | Hungary | HUF |
| Legacy | Europe | Citibank Rt. | 201834007 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Hungary | HUF |
| Legacy | Europe | Citibank, A.S. | 91803003 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Turkey | TRY |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | Citibank, A.S. | 201492017 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Czech Republic | CZK |
| Legacy | Americas | Citigroup Asset Management | 454329 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Citigroup Asset Management | 454329 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | Credit Lyonnais Asset Management | 0000999109U cle 10 | CLAM Eonia Investment | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | Credit Suisse First Boston | 39297721 | LEHMAN BROTHERS FINANCE SA, Expenses | Lehman Brothers Finance S.A. | Switzerland | CHF |
| Legacy | Europe | Deutsche Bank | L-002270 | Deutsche Global Liquidity Series | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | Deutsche Bank Asset Management | 168724629 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | Deutsche DWS Investment SA | C6124599 | Deutsche Asset Management | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | DnB NOR Bank ASA | 79660201292 | Lehman Brothers Derivative Products | Lehman Brothers Derivative Products Inc. | Norway | NOK |
| Legacy | Europe | DnB NOR Bank ASA | 5083.06.23342 | LBCS NOK Account | Lehman Brothers Commodity Services Inc | Norway | NOK |
| Legacy | Europe | DnB NOR Bank ASA | 7966.02.01268 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Norway | NOK |
| Legacy | Americas | Dreyfus Service Corporation | 5100031514 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | DWS Group | C5846459 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Luxembourg | EUR |
| Legacy | Europe | Euroclear | 24909 | LBHI UK Tri-Party | Lehman Brothers Holdings Inc. | Belgium | EUR |
| Legacy | Europe | Euroclear | 24909 | LBHI UK Tri-Party | Lehman Brothers Holdings Inc. | Belgium | EUR |
| Legacy | Europe | Euroclear | 24909 | LBHI UK TRI PARTY | Lehman Brothers Holdings Inc. (UK Branch) | Belgium | EUR |
| Legacy | Europe | Euroclear | 24909 | LBHI UK TRI PARTY | Lehman Brothers Holdings Inc. (UK Branch) | Belgium | EUR |
| Legacy | Europe | Euroclear | 24909 | LBHI UK Tri-Party | Lehman Brothers Holdings Inc. (UK Branch) | Belgium | EUR |
| Legacy | Americas | Evergreen Investments Management Company, LLC | 1009323568 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551148 | Waterferry | LBHI | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Federated Investors, Inc. | 4551599 | LBSF/Federated Limited Term Municipal Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551603 | LBSF/Federated Municipal Ultrashort Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551607 | LBSF/ Federated Michigan Intermediate Municipal Trust | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551611 | LBSF/Federated California Municipal Trust | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551615 | LBSF/Federated New York Municipal Income Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551619 | LBSF/Federated North Carolina Municipal Income | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551623 | LBSF/Federated Ohio Municipal Income | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551627 | LBSF/Federated Pennsylvania Municipal Income Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551631 | LBSF/Federated Intermediate Municipal Trust | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551635 | LBSF/Federated Short Term Municipal Trust | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551639 | LBSF/Federated Municipal Opportunities | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551643 | LBSF/Federated Municipal Securities Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551647 | LBSF/Federated Premier Municipal Income Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Federated Investors, Inc. | 4551651 | LBSF/Federated Premier Intermediate Municipal Income Fund | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Fidelity Investments | 503380743 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Fidelity Investments | 504062811 | Moonbeam | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | Fidelity Investments | 504062738 | Sunlight | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Europe | First National Bank | 9015175 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | South Africa | ZAR |
| Legacy | Europe | Generali Asset Management SGR S.p.A. | 386126 | Generali Euro Short Term Yield Plus fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | Hansabanka | LV37HABA0551021211699 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Latvia | LVL |
| Legacy | Europe | HSBC Bank Kazakhstan | 001-006873-170 | LBHIUK Cash USD | Lehman Brothers Holdings Inc. (UK Branch) | Kazakhstan | USD |
| Legacy | Europe | HSBC Bank Kazakhstan | 001-006873-175 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Kazakhstan | KZT |
| Legacy | Europe | HSBC Bank Middle East Ltd | 002-297299-200 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Oman | OMR |
| Legacy | Europe | HSBC Bank Middle East Ltd | 021-110309-437 | LBHIUK Funding Account | Lehman Brothers Holdings Inc. (UK Branch) | United Arab Emirates | AED |
| Legacy | Europe | HSBC BANK PLC | 400515 58971134 | Lehman Brothers Commodity Services Inc Europe | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Europe | HSBC BANK PLC | 0000860 | HSBC Liquidity Plus Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Europe | HSBC BANK PLC | 0000860 | HSBC Liquidity Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Europe | HSBC BANK PLC | 993316 | LBHI AIG Escrow | Lehman Brothers Holdings Inc. (UK Branch) | UK | N/A |
| Legacy | Europe | HSBC BANK PLC | 59972077 | LBHI AIG Escrow | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Europe | HSBC BANK PLC | 59972085 | LBHI AIG Escrow | Lehman Brothers Holdings Inc. (UK Branch) | UK | GBP |
| Legacy | Europe | HSBC BANK PLC | 59972093 | LBHI AIG Escrow | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | HSBC BANK PLC | 400515 57401113 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | GBP |
| Legacy | Europe | ING Sofia | BG56 INGB 9145 1002 4460 14 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Bulgaria | BGN |
| Legacy | Europe | Israel Discount Bank | 518-61-950092 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Israel | ILS |
| Legacy | Europe | J.P. Morgan AG | 611-16-00729 | Lehman Brothers Holdings Inc UK Branch | Lehman Brothers Holdings Inc. (UK Branch) | Germany | EUR |
| Legacy | Americas | J.P. Morgan Fleming Asset Management | 5015137 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | JP Morgan | 37492603 | Local Government Pension Institution Pledge (LBHIUK) | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | JP Morgan Administration Services Ireland (Ltd) | LEHA100231 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Ireland | EUR |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | JP Morgan Asset Management (Europe) S.a.r.l | ILF0001952 | JP Morgan Liquidity Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | JPM Fleming AM | ILS0000816 | JPMF Euro Enhanced Yield Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | Jyske Bank | 50061126384 | FX Cash Account | Lehman Brothers Financial Products Inc. | Denmark | DKK |
| Legacy | Europe | Landsbanki Islands | 0100-27-090375 | LEHMAN BROTHERS HOLDINGS INC (UK BRANCH) | Lehman Brothers Holdings Inc. (UK Branch) | Iceland | ISK |
| Legacy | Americas | Lehman Brothers Asset Management | 10-878-817 | HSBC as trustee for Lehman Brothers Holdings Inc. (Trust Account - UK Underwriters) | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Asset Management | 143122911-6 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Asset Management | 1000370 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Asset Management | 143034770-1 | Lehman Brothers Derivative Products Inc. | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | Lehman Brothers Asset Management | 143034760-4 | Lehman Brothers Financial Products Inc. | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | Lehman Brothers Asset Management | 150006810 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | Lehman Brothers Bank | 5.08E+11 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Bank | 5.08E+11 | LBHI as Agent for Boise Land & Timber II, LLC Collateral Account | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Bank | 17004425 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Lehman Brothers Bank | 508000157059 | [General William Lyon, Interest Reserve Account] | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Europe | Lehman Brothers Liquidity Fund Plc | 1000260 | Lehman Liquidity Fund: LBCF4 | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | Lehman Brothers Liquidity Fund Plc | 1000364 | Lehman Brothers Capital Funding V | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Americas | Macquarie Bank Limited | 2361061 | Lehman Commercial Paper Inc. | Lehman Commercial Paper Inc. | Australia | AUD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Mellon Bank NA | 224098 | Lehman Brothers Holdings Inc. - Equipment | LBHI | USA | USD |
| Legacy | Americas | Mellon Bank NA | 224127 | Lehman Brothers Holdings Inc. - Leasehold Improvements | LBHI | USA | USD |
| Legacy | Americas | Mellon Tr Co of NE | 012-9533 | Lehman Brothers Holdings Inc. – Piscataway Leasehold Improvements | LBHI | USA | USD |
| Legacy | Americas | Mellon Tr Co of NE | 012-9605 | Lehman Brothers Holdings Inc. – Piscataway Equipment | LBHI | USA | USD |
| Legacy | Americas | Merrill Lynch Investment Management | 3386194 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Merrill Lynch Investment Management | 3386195 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Merrill Lynch Investment Management | 3386196 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Merrill Lynch Investment Management | 121 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Merrimac Funds Group | 3829 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Merrimac Funds Group | 4802 | Lehman Brothers Derivative Products Inc. | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | Merrimac Funds Group | 4815 | Lehman Brothers Financial Products Inc. | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | Morgan Stanley Investment Management Inc. | 756001081 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | Morley Liquidity Funds Plc | 00000733 | Morley Sterling Liquidity Fund | Lehman Brothers Holdings Inc. (UK Branch) | UK | GBP |
| Legacy | Europe | National Bank of Kuwait | 0800194390101 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Kuwait | KWD |
| Legacy | Europe | National Commercial Bank | 88310027000106 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Saudi Arabia | SAR |
| Legacy | Americas | Nations Funds | 4000161655 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Nations Funds | 4000136616 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Northern Trust Corporation | 8490010482 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Northern Trust Corporation | 8450016588 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Northern Trust Corporation | 8460010916 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Northern Trust Corporation | 8470017836 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Northern Trust Corporation | 8480012183 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Northern Trust Corporation | 8860010314 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Europe | Northern Trust Global Investments | 14117 | Nothern Trust Liquidity Pool | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | One Group Mutual Funds | 707002302 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Phoenix Investment Partners | 39073309 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | Pioneer Investments | LMB0000004 | Plurifond | Lehman Brothers Holdings Inc. | Luxembourg | EUR |
| Legacy | Europe | Pioneer Investments | 24462 | Pioneer Institutional Fund 19 | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Europe | Pioneer Investments | 1099266 | Activest | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| Legacy | Americas | Prudential Mutual Fund Services | 2808243303 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | Royal Bank of Canada | 000022732758 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Canada | CAD |
| Legacy | Americas | Russell Investments | 10468511 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Scudder Investments Service Company | 240002335 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Scudder Investments Service Company | 240002673 | Waterferry | LBHI | USA | USD |
| Legacy | Europe | SEB | 5295-0017001930 | LBCS JGEN CASH CONTROL | Lehman Brothers Commodity Services Inc | UK | DKK |
| Legacy | Europe | SEB | 5295-0017002023 | LBCS DKK Account | Lehman Brothers Commodity Services Inc | Denmark | DKK |
| Legacy | Europe | SEB | 05295003245 | Lehman Brothers Finance SA | Lehman Brothers Finance S.A. | Denmark | DKK |
| Legacy | Europe | SEB | 5295-0017001280 | Lehman brothers Finance SA | Lehman Brothers Finance S.A. | Denmark | DKK |
| Legacy | Europe | SEB | 5295-0017001256 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | Denmark | DKK |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | SEB | 5295-0017001973 | LBSF JGEN CASH ACCOUNT | Lehman Brothers Special Financing Inc. | UK | DKK |
| Legacy | Americas | Skandinaviska Enskilda Banken | 52018552589 | FX Cash Account | Lehman Brothers Derivative Products Inc. | Sweden | SEK |
| Legacy | Americas | Skandinaviska Enskilda Banken | 52018529978 | FX Cash Account | Lehman Brothers Financial Products Inc. | Sweden | SEK |
| Legacy | Americas | Standard Chartered Bank | 100255868 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Thailand | THB |
| Legacy | Americas | Standard Chartered Bank | 100255876 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Thailand | THB |
| Legacy | Europe | Standard Life Investments | 10030 | Money Market Funds | Lehman Brothers Holdings Inc. (UK Branch) | Ireland | EUR |
| Legacy | Americas | SunTrust Bank | 7916865 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Svenska | 40341739 | LBCS Swdish Krona | Lehman Brothers Commodity Services Inc | USA | SEK |
| Legacy | Americas | Swedbank | 15099 | LBCS - SEK | Lehman Brothers Commodity Services Inc | Sweden | SEK |
| Legacy | Europe | Swedbank | 17608 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Sweden | SEK |
| Legacy | Americas | The Depository Trust Company | 7535 | Lehman Brothers Inc. / OWS Mortgage Opportunity Master Fund, L.P. | Lehman Brothers Holdings Scottish LP | USA | USD |
| Legacy | Americas | The Reserve Funds | 79933848 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | The Reserve Funds | 79933849 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | The Reserve Funds | 80831931 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | The Reserve Funds | 81713431 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | The Reserve Funds | 82981648 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | The Reserve Funds | 82981649 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Toronto Dominion Bank Financial Group | 0360-01-2237912 | Lehman Brothers Derivative Products Inc. | Lehman Brothers Derivative Products Inc. | Canada | CAD |
| Legacy | Americas | Toronto Dominion Bank Financial Group | 0360-01-2225593 | Lehman Brothers Financial Products | Lehman Brothers Financial Products Inc. | Canada | CAD |
| Legacy | Americas | UBS Global Asset Management | 300285 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | US Bancorp Asset Management, Inc. | 9400051318 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Utendahl Capital Management, L.P. | 1956-30088 | Waterferry | LBHI | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | Vilnius Bankas | LT22 7044 0600 0636 9498 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Lithuania | LTL |
| Legacy | Americas | Wells Fargo Funds | 2430000614 | Waterferry | LBHI | USA | USD |
| Legacy | Americas | Westpac Banking Corporation | 18945220001 | Lehman Brothers Derivative Producsts | Lehman Brothers Derivative Products Inc. | New Zealand | NZD |
| Legacy | Americas | Westpac Banking Corporation | RET017673NZD220001 | FX Cash Account-LBFP | Lehman Brothers Financial Products Inc. | New Zealand | NZD |
| Legacy | Europe | Zagrebacka Banka | 5180002060191 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Croatia | HRK |
| Legacy | Europe | ZAO Citibank | 40807810500501370001 | LBHI (UK Branch) | Lehman Brothers Holdings Inc. (UK Branch) | Russia | RUB |