# EXHIBIT B

**(Authorized Depository Accounts)**

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| New | Americas | Bank Of America | TBD | LBHI | LBHI New | USA | USD |
| New | Americas | Bank Of America | 3755552392 | LBHI | LBHI New | USA | USD |
| New | Americas | Bank Of America | TBD | LBHI | LBHI New Segregated | USA | USD |
| Legacy | Europe | Bank of America | 6550261540 | Lehman Brothers Commodity Services Inc (Europe) | Lehman Brothers Commodity Services Inc | UK | USD |
| Legacy | Americas | Bank of America, New York | 6550914465 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Europe | Bank of America, New York | 7009761536 | LBHIUK USD Automatch account | Lehman Brothers Holdings Inc. (UK Branch) | USA | USD |
| Legacy | Europe | Bank of America, New York | 6550-1-61536 | LB HOLDINGS INC, UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | USA | USD |
| Legacy | Americas | Citibank | 3049-7636 | CES Aviation LLC | CES Aviation LLC(SPV) | USA | USD |
| Legacy | Americas | Citibank | 3056-8123 | CES Aviation V LLC | CES Aviation V LLC(SPV) | USA | USD |
| Legacy | Americas | Citibank | 40615202 | LBHI Main Operating Account | LBHI | USA | USD |
| Legacy | Americas | Citibank | 3062-2222 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Citibank | 3062-4711 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | Citibank | 4074-3925 | LBHI Administrative Services Only | LBHI | USA | USD |
| Legacy | Americas | Citibank | 3054-5554 | LBHI Bank Loans | LBHI | USA | USD |
| Legacy | Americas | Citibank | 3057-3934 | LBH Equity Deriv for the benefit of LBF NA | LBHI | USA | USD |
| Legacy | Americas | Citibank | 3077-4322 | Lehman Brothers Commodity Services Juice Sweep Account | Lehman Brothers Commodity Services Inc | USA | USD |
| Legacy | Americas | Citibank | 3058-2857 | LBSF Bank Loans | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Citibank | 3062-6522 | LBSF ENERGY-USD | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Citibank | 30649126 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | Citibank | 3043-4133 | LCPI Bank Loans (New Loan Iq System) | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | Citibank | 3043-4141 | LCPI As Agent (Bank Loans) | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | Citibank | 4061-5659 | LCPI Cash Concentration | Lehman Commercial Paper Inc. | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Citibank | 30649134 | Lehman Commercial Paper Inc. | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | Citibank | 3054-5087 | Lehman Brothers Commercial Corp - USD FX Nostro Account | Lehman Brothers Commercial Corporation | USA | USD |
| Legacy | Americas | Citibank | 4061-5501 | LCC Cash Concentration | Lehman Brothers Commercial Corporation | USA | USD |
| Legacy | Americas | Citibank | 3071-6122 | Lehman Brothers Special Lending LLC | Lehman Brothers Special Lending LLC | USA | USD |
| Legacy | Europe | Citibank | 30775763 | LBHI (UK Branch) | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| New | Europe | Citibank N.A. | 12136384 | LBHI (UK Branch) - DIP | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |
| New | Europe | Citibank N.A. | 12136422 | LBHI (UK Branch) - DIP | Lehman Brothers Holdings Inc. (UK Branch) | UK | GBP |
| New | Europe | Citibank N.A. | 12136414 | LBHI (UK Branch) - DIP | Lehman Brothers Holdings Inc. (UK Branch) | UK | JPY |
| New | Europe | Citibank N.A. | 12136406 | LBHI (UK Branch) - DIP | Lehman Brothers Holdings Inc. (UK Branch) | UK | CAD |
| New | Europe | Citibank N.A. | 12136325 | Lehman Bros Spec Fin Inc - DIP | Lehman Brothers Special Financing Inc. | UK | EUR |
| New | Europe | Citibank N.A. | 12136368 | Lehman Bros Spec Fin Inc - DIP | Lehman Brothers Special Financing Inc. | UK | GBP |
| New | Europe | Citibank N.A. | 12136341 | Lehman Bros Spec Fin Inc - DIP | Lehman Brothers Special Financing Inc. | UK | JPY |
| New | Europe | Citibank N.A. | 12136333 | Lehman Bros Spec Fin Inc - DIP | Lehman Brothers Special Financing Inc. | UK | CAD |
| New | Europe | Citibank N.A. | 12154544 | Lehman Bros Comm Paper Inc - DIP | Lehman Commercial Paper Inc. | UK | CAD |
| New | Europe | Citibank N.A. | 12136694 | Lehman Bros Comm Paper Inc - DIP | Lehman Commercial Paper Inc. | UK | EUR |
| New | Europe | Citibank N.A. | 12154560 | Lehman Bros Comm Paper Inc - DIP | Lehman Commercial Paper Inc. | UK | GBP |
| New | Europe | Citibank N.A. | 12154552 | Lehman Bros Comm Paper Inc - DIP | Lehman Commercial Paper Inc. | UK | JPY |
| New | Americas | Citibank, N.A. | 30784782 | Lehman Brothers Commercial Corp -DIP | LBCC | USA | USD |
| New | Americas | Citibank, N.A. | 30784803 | Lehman Brothers Commodity Services Inc -DIP | LBCS | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| New | Americas | Citibank, N.A. | 30784766 | Lehman Brothers Derivative Products Inc -DIP | LBDP | USA | USD |
| New | Americas | Citibank, N.A. | 30784758 | Lehman Brothers Financial Products Inc - DIP | LBFP | USA | USD |
| New | Americas | Citibank, N.A. | 30784686 | Lehman Brothers Holdings Inc – DIP – Cash Concentration | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30784694 | Lehman Brothers Holdings Inc – DIP – Disbursements | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30784811 | Lehman Brothers Holdings Inc. (UK Branch) – DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30785347 | LBHI - Residential Real Estate - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30785355 | LBHI - Commercial Real Estate - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30785363 | LBHI - Private Equity - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30787801 | LBHI Cash Collateral - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 38793798 | LBHI - Accounts Payable Checks - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 38793827 | LBHI - Accounts Payable ACH - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 38793835 | LBHI - Payroll Checks - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 38793878 | LBHI - Payroll ACH - DIP | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30790197 | Lehman Brothers Holdings Inc | LBHI New | USA | USD |
| New | Americas | Citibank, N.A. | 30784774 | Lehman Brothers OTC Derivatives Inc -DIP | LBOTC | USA | USD |
| New | Americas | Citibank, N.A. | 30784731 | Lehman Brothers Special Financing Inc. - DIP | LBSF | USA | USD |
| New | Americas | Citibank, N.A. | 30785398 | LBSF - Mortgage Derivatives - DIP | LBSF | USA | USD |
| New | Americas | Citibank, N.A. | 30784707 | Lehman Commercial Paper Inc – DIP – Agency Loans | LCPI | USA | USD |
| New | Americas | Citibank, N.A. | 30784715 | Lehman Commercial Paper Inc – DIP – General Loans | LCPI | USA | USD |
| New | Americas | Citibank, N.A. | 30784723 | Lehman Commercial Paper Inc – DIP – Operating AC | LCPI | USA | USD |
| New | Americas | Citibank, N.A. | 30785371 | LCPI - Mortgage Loans - DIP | LCPI | USA | USD |
| Legacy | Americas | Citibank, N.A. | 116197 | Lehman Brothers Special Financing Inc. (Non Exempt) | Lehman Brothers Special Financing Inc. | Brazil | BRL |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | Citibank, N.A. | 2116190 | Lehman Brothers Special Financing (Exempt) | Lehman Brothers Special Financing Inc. | Brazil | BRL |
| Legacy | Americas | Citibank, N.A. | 159925404 | LBCS - JPY | Lehman Brothers Commodity Services Inc | JP | JPY |
| Legacy | Americas | Citibank, N.A. | 11228102 | LBCS - EUR | Lehman Brothers Commodity Services Inc | UK | EUR |
| Legacy | Americas | Citibank, N.A. | 11228110 | LBCS - STERLING | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Americas | Citibank, N.A. | 8013713 | FX Cash Account | Lehman Brothers Financial Products Inc. | UK | GBP |
| Legacy | Americas | Citibank, N.A. | 11375105 | Lehman Scottish Finance L.P. [USD Account] | Lehman Scottish Finance L.P.(SPV) | UK | USD |
| Legacy | Americas | Citibank, N.A. | 30664297 | CES Aviation IX LLC | CES Aviation IX(SPV) | USA | USD |
| Legacy | Americas | Citibank, N.A. | 11291769 | LBCS Swiss Francs | Lehman Brothers Commodity Services Inc | USA | CHF |
| Legacy | Americas | Citibank, N.A. | 11037420 | LBDP GBP Settlement account | Lehman Brothers Derivative Products Inc. | USA | GBP |
| Legacy | Europe | Citibank, N.A. | 10547840 | LEHMAN BROTHERS FINANCE SA | Lehman Brothers Finance S.A. | UK | CHF |
| Legacy | Europe | Citibank, N.A. | 7111343001 | LEHMAN BROTHERS FINANCE SA, Collateral (JV) | Lehman Brothers Finance S.A. | Switzerland | N/A |
| Legacy | Europe | Citibank, N.A. | 11953788 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | UK | CHF |
| Legacy | Europe | Citibank, N.A. | 028 780 000000 0400557519 71 | LBHIUK | Lehman Brothers Holdings Inc. (UK Branch) | Morocco | MAD |
| Legacy | Americas | HSBC Bank USA | 487667463 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase | 475-025970 | Lehman Brothers Group Insurance Plan - MetLife Dental Program | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-645808 | East Dover - Disbursement Account | East Dover Limited(SPV) | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-645816 | East Dover - Main Operating Account | East Dover Limited(SPV) | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-624436 | LB 745 LLC Promissory Note | LB 745 LLC | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-650682 | Lehman Brothers Holdings Inc. | LBHI | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | J.P. Morgan Chase & Co. | LCE | Lehman Brothers Holdings Inc. | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 753-881-366 | Lehman Brothers Holdings Inc., by Tishman Speyer, as Agent | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-141-605 | Holdings Check Swap | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | LXH | Lehman Brothers Holding Inc. - Segregated | LBHI | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-647517 | Lehman Brothers Commodity Services Inc. | Lehman Brothers Commodity Services Inc | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-902622 | LBDP Cash Operating Account | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-902630 | LBDP Termination Account | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-902649 | LBDP Proprietary Account | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-902673 | LBDP Customer Collateral Pledge | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | LD5 | LBDP Collateral Pledge | Lehman Brothers Derivative Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-289009 | LBFP Cash Operating Account | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-289181 | LBFP Proprietary Account | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-289203 | LBFP Customer Collateral Pledge | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | LW0 | LBFP LBSF Collateral Pledge | Lehman Brothers Financial Products Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-624-770 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | LBK | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-626277 | Lehman Brothers OTC Derivatives inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-626412 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers OTC Derivatives Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-143-543 | Incoming FF-LBSF | Lehman Brothers Special Financing Inc. | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-292-301 | Lehman Brother Securities | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-210-860 | LCPI | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | G72455 | Lehman Commercial Paper Inc AC | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | G72456 | Lehman Commercial Paper Inc | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | G72858 | Lehman Commercial Paper | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | LCD | Lehman Commerical Paper Inc. - DTC | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase & Co. | 066-619505 | LB Comm. Corp. Non-Seg | Lehman Brothers Commercial Corporation | USA | USD |
| Legacy | Europe | J.P. Morgan Chase & Co. | 066-625998 | LCH Intraday Call Account | Lehman Brothers Special Financing Inc. | USA | USD |
| Legacy | Americas | J.P. Morgan Chase Bank, N.A. | XAU869 | LBSF Gold Account | Lehman Brothers Special Financing Inc. | UK | USD |
| Legacy | Americas | J.P. Morgan Chase Bank, N.A. | XAG414 | LBSF Silver account | Lehman Brothers Special Financing Inc. | UK | USD |
| Legacy | Americas | J.P. Morgan Chase Bank, N.A. | 415 | LBCC Silver account | Lehman Brothers Commercial Corporation | UK | XAG |
| Legacy | Americas | J.P. Morgan Chase Bank, N.A. | 871 | LBCC Gold Account | Lehman Brothers Commercial Corporation | UK | XAU |
| Legacy | Americas | J.P. Morgan Chase Bank, N.A. | 2900113594 | JP Morgan Chase Bank N.A., Lehman Brothers Holdings Inc., Cash Collateral Account. | LBHI | USA | USD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 00077 | Precious Metals XPT | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 00100 | Precious Metals XPD | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 00499 | Precious Metals XAG | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 00995 | Precious Metals XAU | Lehman Brothers Commodity Services Inc | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 33197701 | Lehman Brothers Commodity Services Inc (Europe) | Lehman Brothers Commodity Services Inc | UK | EUR |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500601 | LEHMAN BROTHER HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | AUD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500602 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | MXN |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500603 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | CAD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500604 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | CHF |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500605 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | CZK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500606 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | DKK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500607 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500608 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | HUF |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500609 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | ILS |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500610 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | JPY |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500611 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | NOK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500612 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | NZD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500613 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | PLN |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500614 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | SEK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500615 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | SKK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500616 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | TRY |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500617 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | ZAR |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500618 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | USD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 32500619 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH | Lehman Brothers Holdings Inc. (UK Branch) | UK | EUR |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 37492601 | LBHI UK Pledge 1 | Lehman Brothers Holdings Inc. (UK Branch) | Germany | EUR |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048101 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | AUD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048102 | LBSF SWapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | CAD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048103 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | CHF |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048104 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | DKK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048105 | LBSF Swapclear PPS house Account | Lehman Brothers Special Financing Inc. | UK | EUR |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048106 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | GBP |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048107 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | HKD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048108 | LBSFI Swapclear PPS | Lehman Brothers Special Financing Inc. | UK | JPY |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048109 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | NOK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048110 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | NZD |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048111 | LBSF SwapclearPPS Account | Lehman Brothers Special Financing Inc. | UK | SEK |
| Legacy | Europe | J.P. Morgan Chase Bank, N.A. | 25048112 | LBSF Swapclear PPS Account | Lehman Brothers Special Financing Inc. | UK | USD |
| New | Americas | U.S. Bank | 152308786648 | LBCC | LBCC | USA | USD |
| New | Americas | U.S. Bank | 152308786655 | LBCS | LBCS | USA | USD |
| New | Americas | U.S. Bank | 152308786622 | LBDP | LBDP | USA | USD |
| New | Americas | U.S. Bank | 152308786630 | LBFP | LBFP | USA | USD |
| New | Americas | U.S. Bank | 152308786572 | LBHI Cash Concentration | LBHI New | USA | USD |
| New | Americas | U.S. Bank | 152308786580 | LBHI Disbursement Account | LBHI New | USA | USD |
| New | Americas | U.S. Bank | 152308786614 | LOTC | LBOTC | USA | USD |
| New | Americas | U.S. Bank | 152308786598 | LBSF | LBSF | USA | USD |
| New | Americas | U.S. Bank | 152308786606 | LCPI | LCPI | USA | USD |
| Legacy | Americas | U.S. Bank - Loan Servicing | 104757490602 | Lehman Commercial Paper Inc / United Capital | Lehman Commercial Paper Inc. | USA | USD |

| Legacy / New | Region | Bank | Account Number | Account Title | Entity | Country | Currency |
|---|---|---|---|---|---|---|---|
| Legacy | Americas | U.S. Bank - Loan Servicing | 104757490610 | Lehman Commercial Paper Inc / Terminal | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | U.S. Bank - Loan Servicing | 104757490628 | Lehman Commercial Paper Inc / T&W Leases | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | U.S. Bank - Loan Servicing | 104757490636 | Lehman Commercial Paper Inc/T&W IV | Lehman Commercial Paper Inc. | USA | USD |
| Legacy | Americas | Union Bank of California | 289-0044738 | BNC Mortgage Inc. | BNC Mortgage Inc | USA | USD |