# EXHIBIT C

## INVESTMENT GUIDELINES

The Debtors generally may invest their cash and cash equivalents in only the following investments:

(i) securities issued or directly and fully guaranteed or insured by the United States Government or any agency or instrumentality thereof;

(ii) treasury-based money market funds that invest only in securities issued or directly and fully guaranteed or insured by the United States Government or any agency or instrumentality thereof; and

(iii) low-risk investments such as securities issued by foreign governments, interest bearing accounts, bank-issued certificates of deposit, or funds similar to the treasury-based money market funds.