**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                          :
**In re**                                                 :   **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :   **08-13555 (JMP)**
                                                          :
                                       **Debtors.**       :   **(Jointly Administered)**
                                                          :
                                                          :
-----------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 365 OF
### THE BANKRUPTCY CODE APPROVING THE
### ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS

Upon the motion, dated November 14, 2008 (the "Motion"), of Lehman

Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper

Inc. ("LCPI"), as debtors and debtors in possession (together, the "Debtors"), pursuant to

section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6006

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 6006-

1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules") for entry of an order approving the Debtors' assumption of the Assumed Trades,[1]

rejection of the Rejected Trades, and modification and assumption of the Amended

Trades, all as more fully described in the Motion; and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157

and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York Any and All Proceedings Under Title 11, dated July 10, 1984

(Ward, Acting C.J.); and consideration of the Motion and the relief requested therein

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to
them in the Motion.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Motion having been provided in accordance with the procedures set forth in the Order

Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and

9007 Implementing Certain Notice and Case Management Procedures entered on

September 22, 2008 [Docket No. 285] to (i) the U.S. Trustee; (ii) the attorneys for the

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vii) all parties who have requested notice in these chapter 11 cases; and (vii) all

Counterparties, and it appearing that no other or further notice need be provided; and

Orders having been entered by the Court on December 16, 2008 [Docket No. 2258],

December 23, 2008 [Docket No. 2364], January 16, 2009 [Docket No. 2564], and

February 11, 2009 [Docket No. 2817] (the "February 11 Order"), each, *inter alia*,

granting the relief requested therein as to certain Counterparties and adjourning the

hearing with respect to certain objecting Counterparties; and a hearing (the "Hearing")

having been held on March 11, 2009 to consider the relief requested in the Motion with

respect to certain Counterparties; and the Court having found and determined that the

relief sought in the Motion is in the best interests of the Debtors, their estates and

creditors, and all parties in interest and that the legal and factual bases set forth in the

Motion establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that subject to the terms set forth in those certain letter

agreements between LCPI and/or LBHI and each of the Settling Counterparties (as

2

defined hereinafter) and herein, the Motion is granted with respect to the following

Counterparties, all of which have agreed to settle their objections with the Debtors:

>AIB International Finance/Tara Hill B.V.
>Deutsche Bank AG/Deutsche Bank Trust Company Americas
>Lloyds TSB Bank
>Avenue Investments, L.P. ("Avenue")[2]

(collectively, the Settling Counterparties"); and it is further

ORDERED that the terms of each of the letter agreements between LCPI

and/or LBHI and each of the Settling Counterparties relating to the Open Trade

Confirmations are hereby approved and binding on each of the parties thereto; and it is

further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the

Debtors' assumption of the Assumed Trades set forth on Exhibit A annexed hereto is

hereby approved; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the

Debtors' rejection of the Rejected Trades set forth on Exhibit B annexed hereto is hereby

approved, with such rejection effective as of the date hereof; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the

Debtors are authorized to enter into agreements to modify the Amended Trades set forth

on Exhibit C annexed hereto and that assumption of the Amended Trades as modified is

hereby approved; and it is further

---

[2] The February 11 Order provided that the Debtors and Avenue would agree on a
discovery schedule and submit to the Court a proposed pretrial order with respect to
litigation of Avenue's objection to the Motion. Subsequent to the entry of the February
11 Order, the Debtors and Avenue have consensually resolved their dispute.

3

ORDERED that the hearing with respect to the Motion is hereby

adjourned to March 25, 2009, at 10:00 a.m. with respect to the objection of R3 Capital

Management LLC; and it is further

ORDERED that the Debtors are not required to pay any cure costs to any

Counterparty to an Assumed Trade or an Amended Trade; and it is further

ORDERED that the Debtors have demonstrated adequate assurance of

future performance of the Assumed Trades and the Amended Trades; and it is further

ORDERED that no Counterparty shall be entitled to assert or take any

action to exercise a right to set off any prepetition claim that it might have against either

Debtor, including, without limitation, claims for damages arising from the rejection of a

Rejected Trade, against any obligation payable to the applicable Debtor under any

Assumed Trade or Amended Trade; and it is further

ORDERED that settlement of all Assumed Trades or Amended Trades

shall include all appropriate, usual and customary settlement adjustments; and it is further

ORDERED that the Debtors are authorized to execute and deliver all

instruments and documents, and take such other actions as may be necessary or

appropriate to implement and effectuate the assumption, rejection or modification of

Open Trade Confirmations as provided in this Order; and it is further

ORDERED that the Debtors and each of AXA Mezzanine II SA, SICAR

and MD Mezzanine SA, SICAR shall agree on a discovery schedule and shall seek to

schedule a preliminary hearing in a court of appropriate jurisdiction with respect to

litigation of such objection; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed

good and sufficient notice of such Motion and that the requirements of Bankruptcy Rule

6006(a) and Local Rule 6006-1 are satisfied; and it is further

ORDERED that this Court retains jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.

Dated: March 11, 2009
     New York, New York

                              /s/ James M. Peck_____
                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# ASSUMED TRADES

**LCPI & LCPI UK**
**Assumed**

| Entity | Deal Name | Customer | Tranche | B/S | TradeDate | Curr Code | Status |
|---|---|---|---|---|---|---|---|
| LCPIUK | KABEL DEUTSCHELAND | DEUTSCHE BANK AG | A | S | 7/15/2008 | EUR | Assumed |
| LCPIUK | KABEL DEUTSCHELAND | DEUTSCHE BANK AG | A | S | 7/15/2008 | EUR | Assumed |
| LCPIUK | MEP II S.A.R.L. & CORTEFIEL, S.A.(03/07) | DEUTSCHE BANK AG | B1,B2, and B3 | B | 8/29/2008 | EUR | Assumed |
| LCPIUK | MOLNLYCKE | DEUTSCHE BANK AG | B1 | S | 5/29/2008 | EUR | Assumed |
| LCPIUK | MOLNLYCKE | DEUTSCHE BANK AG | C1 | S | 5/29/2008 | EUR | Assumed |
| LCPI | TECHNICAL OLYMPIC USA (TOUSA) | DEUTSCHE BANK AG | | S | 10/16/2007 | USD | Assumed |
| LCPI | TECHNICAL OLYMPIC USA (TOUSA) | DEUTSCHE BANK AG | | S | 10/18/2007 | USD | Assumed |
| LCPI | US AIRWAYS GROUP 03-07 | DEUTSCHE BANK AG | | S | 8/5/2008 | USD | Assumed |
| LCPI | VISTEON | DEUTSCHE BANK AG | | S | 9/4/2008 | USD | Assumed |

| Entity | Deal Name | Customer | Tranche | B/S | TradeDate | Curr Code | Status |
|---|---|---|---|---|---|---|---|
| LCPIUK | WORLD DIRECTORIES | DEUTSCHE BANK AG | B2 DUTCH | S | 8/13/2008 | EUR | Assumed |
| LCPIUK | YELL GROUP PLC | DEUTSCHE BANK AG | B2 | S | 4/22/2008 | EUR | Assumed |
| LCPI | PENN NAT'L GAMING,INC.10/03/05 | DEUTSCHE BANK TRUST COMPANY AMERICA | | S | 7/10/2008 | USD | Assumed |
| LBHI | QUEBECOR WORLD INC. | DEUTSCHE BANK TRUST COMPANY AMERICA | | B | 1/25/2008 | USD | Assumed |
| LCPIUK | BCM IRELAND HOLDINGS LIMITED | TARA HILL B.V. | A | S | 9/5/2008 | EUR | Assumed |
| LCPIUK | BCM IRELAND HOLDINGS LIMITED | TARA HILL B.V. | B | S | 9/5/2008 | EUR | Assumed |
| LCPIUK | BCM IRELAND HOLDINGS LIMITED | TARA HILL B.V. | C | S | 9/5/2008 | EUR | Assumed |

**EXHIBIT B**

**REJECTED TRADES**

**LCPI & LCPI UK**
**Rejected**

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | Curr Code | Status |
|---|---|---|---|---|---|---|---|
| LCPI | GOODYEAR TIRE & RUBBER 2ND LIEN(4-20-07) | DEUTSCHE BANK AG | | B | 9/8/2008 | USD | Rejected |
| LCPI | GOODYEAR TIRE & RUBBER 2ND LIEN(4-20-07) | DEUTSCHE BANK AG | | B | 9/9/2008 | USD | Rejected |
| LCPIUK | MOLNLYCKE | DEUTSCHE BANK AG | B1 | B | 6/25/2008 | EUR | Rejected |
| LCPIUK | MOLNLYCKE | DEUTSCHE BANK AG | C1 | B | 6/25/2008 | EUR | Rejected |
| LCPI | NORTHWEST AIRLINES $1.050BN | DEUTSCHE BANK AG | | S | 7/21/2008 | USD | Rejected |
| LCPI | TRIBUNE COMPANY 8 BIL (tranche B term loan) | DEUTSCHE BANK AG | | B | 5/15/2008 | USD | Rejected |
| LCPI | VISTEON | DEUTSCHE BANK AG | | B | 9/12/2008 | USD | Rejected |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | DEUTSCHE BANK AG | | B | 9/3/2008 | USD | Rejected |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | DEUTSCHE BANK AG | | B | 6/25/2008 | USD | Rejected |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | DEUTSCHE BANK AG | | B | 8/8/2008 | USD | Rejected |
| LCPIUK | YELLOW BRICK ROAD | DEUTSCHE BANK AG | B1 | B | 7/17/2008 | EUR | Rejected |

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | Curr Code | Status |
|--------|-----------|---------------|---------|-----|-----------|-----------|--------|
| LCPIUK | YELLOW BRICK ROAD | DEUTSCHE BANK AG | C1 | B | 7/17/2008 | EUR | Rejected |
| LCPI | STATION CASINOS INC | DEUTSCHE BANK TRUST COMPANY AMERICA | | B | 7/3/2008 | USD | Rejected |
| LCPIUK | MOLNLYCKE | LLOYDS TSB BANK PLC | D | B | 6/17/2008 | EUR | Rejected |

**EXHIBIT C**

**AMENDED TRADES**

**LCPI & LCPI UK**
**Assumed with Modification**

| Entity | Deal Name | Customer Name | Tranche | B/S | Trade Date | Curr Code | Status |
|--------|-----------|---------------|---------|-----|------------|-----------|--------|
| LBHI | QUEBECOR WORLD INC. | Avenue Investments, L.P | | S | 4/22/2008 | USD | Assumed with Modification |
| LBHI | GENERAL MOTORS CORPORATION | DEUTSCHE BANK AG | | B | 1/14/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | DEUTSCHE BANK AG | | B | 6/2/2008 | USD | Assumed with Modification |
| LCPIUK | MOLNLYCKE | DEUTSCHE BANK AG | D | S | 6/17/2008 | EUR | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | DEUTSCHE BANK AG | B12 | B | 8/7/2008 | GBP | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | DEUTSCHE BANK TRUST COMPANY AMERICA | | B | 7/10/2008 | USD | Assumed with Modification |
| LCPIUK | FERRETTI | LLOYDS TSB BANK PLC | B | S | 4/29/2008 | EUR | Assumed with Modification |
| LCPIUK | FERRETTI | LLOYDS TSB BANK PLC | C | S | 4/29/2008 | EUR | Assumed with Modification |