**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
William M. Goldman (WG-2013)
John P. McNicholas (JPM-0694)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                                Debtors.       :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, William Coleman, hereby certify that on the 11th day of March, 2009, I caused to be served true copies of the Notice of Appearance and Request for Service of Papers of Swedbank AB, New York Branch (a) by first class mail, postage prepaid, on the parties on the annexed service list and (b) by automatic ECF notice to those parties receiving ECF notifications in the above-captioned case.

                                                    _____
                                                            William Coleman

# MAIL SERVICE LIST FOR SWEDBANK LEHMAN BROTHERS NOTICE OF APPEARANCE

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn.: Andrew D. Velez-Rivera, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn.: Dennis F. Dunne, Esq.
       Luc A. Despins, Esq.
       Wilbur F. Foster, Jr., Esq.

Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
Attn.: Jeffrey S. Margolin, Esq.
       Sarah K. Loomis, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn.: Harvey R. Miller, Esq.
       Diane Harvey, Esq.
       Jacqueline Marcus, Esq.
       Shai Weisman, Esq.

Milbank, Tweed, Hadley & McCloy lLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Attn.: Paul Aronzon, Esq.
       Gregory A. Bray, Esq.

EAST\42381031.1