**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

----------------------------------------------------------------------x

## GLOBAL NOTES PERTAINING TO DEBTORS' SCHEDULES AND STATEMENTS

On September 15, 2008 (the "Petition Date"), and on the dates listed below, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors listed below (collectively, the "Debtors," and together with their non-Debtor affiliates, "Lehman") commenced cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

| Debtor | Case Number | Date Filed |
|---|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) | 9/15/08 |
| BNC Mortgage LLC | 09-10137 (JMP) | 1/9/09 |
| CES Aviation IX LLC | 08-13907 (JMP) | 10/5/08 |
| CES Aviation LLC | 08-13905 (JMP) | 10/5/08 |
| CES Aviation V LLC | 08-13906 (JMP) | 10/5/08 |
| East Dover Limited | 08-13908 (JMP) | 10/5/08 |
| Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior | 08-13903 (JMP) | 10/5/08[1] |
| LB 745 LLC | 08-13600 (JMP) | 9/16/08 |
| LB Rose Ranch LLC | 09-10560 (JMP) | 2/9/09 |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) | 10/5/08 |
| Lehman Brothers Commodity Services Inc. | 08-13885 (JMP) | 10/3/08 |
| Lehman Brothers Derivative Products Inc. | 08-13899 (JMP) | 10/5/08 |
| Lehman Brothers Finance SA | 08-13887 (JMP) | 10/3/08[2] |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) | 10/5/08 |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) | 10/3/08 |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) | 10/3/08 |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) | 10/5/08 |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) | 10/5/08 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) | 1/7/09 |
| PAMI Statler Arms LLC | 08-13664 (JMP) | 9/23/08 |
| Structured Asset Securities Corporation | 09-10558 (JMP) | 2/9/09 |

---

[1]     Dismissed on 2/24/09.

[2]     A chapter 15 petition for recognition of a foreign main proceeding and a concurrent motion to dismiss the chapter 11 case of Lehman Brothers Finance SA are currently pending in the Bankruptcy Court.

The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only in the above-captioned cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

The Debtors' respective Schedules of Assets and Liabilities, Schedules of Current Income and Expenditure, and Schedules of Executory Contracts and Unexpired Leases (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with the Schedules, the "Schedules and Statements") have been prepared by the Debtors' management, with the assistance of their advisors, in accordance with section 521 of the Bankruptcy Code and Bankruptcy Rule 1007.[3]

These Global Notes Pertaining to the Debtors' Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, each of the Schedules and Statements. **These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements. These Global Notes are in addition to any specific notes contained in each Debtor's Schedules or Statements.** Disclosure of information in one Schedule, Statement, exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

**The Schedules and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of any of the Debtors.**

1. **Reservation of Rights. The Debtors' chapter 11 cases are the largest in history. The sheer volume of information to disclose is formidable. The circumstances surrounding the commencement of the Debtors' cases were extraordinary and have materially impacted the Debtors' ability to access and marshal information about their businesses. The Debtors' precipitous filing caused an immediate shutdown of Lehman's formerly integrated information and globally interdependent financial reporting systems. Although prepetition information has gradually become more available, it remains difficult to access. The process of gathering and consolidating the Debtors' information will continue after the filing of these Schedules and Statements, which should therefore be regarded as a work in progress, to be followed by supplements and amendments as necessary.**

   **The Schedules and Statements are unaudited and subject to further review and potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. In order to close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions of all information contained in the Schedules and Statements. The Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions or inaccuracies may exist. The Debtors reserve all rights to amend or supplement their Schedules and Statements.**

   **Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."**

---

[3]     Schedules and Statements of the Debtors may be filed on various dates within the time permitted by the Bankruptcy Code, Bankruptcy Rules, and/or orders of the Bankruptcy Court.  No Schedules and Statements will be filed for Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior because, as noted above, its chapter 11 case was dismissed by order of the Bankruptcy Court, dated February 24, 2009.

2. **"As of" Information Date**.  Unless otherwise indicated, all amounts listed in the Schedules and Statements are as of the close of business on September 14, 2008.

Pursuant to certain orders of the Bankruptcy Court (collectively, the "Court Orders"), the Debtors were authorized to, and did, conduct sales of certain of their assets, assume and/or assign certain of their unexpired executory contracts or leases, and pay certain outstanding prepetition claims from and following the Petition Date.  In addition, pursuant to certain Court Orders, certain outstanding prepetition claims against the Debtors may have been paid by non-Debtor third parties following the Petition Date.  Nonetheless, the Schedules and Statements reflect the Debtors' assets and liabilities as they existed on the eve of the Petition Date.  Claims for general trade payables listed on Schedule F, however, may be net of payments made through February 12, 2009.  Certain of the Court Orders preserve the rights of parties in interest to dispute any amounts required to be paid to satisfy prepetition claims.  Nothing herein shall be deemed to alter the rights of any party in interest to contest a payment made pursuant to a Court Order that preserves such right to contest.

3. **SIPA and Other Insolvency Proceedings.**  On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI").  A trustee appointed under SIPA is administering LBI's estate.  LBI's SIPA case is being administered in the Bankruptcy Court under docket number 08-01420 (JMP).  In addition, as of the date of the filing of the Schedules and Statements, various insolvency proceedings have been commenced by or against certain of LBHI's foreign affiliates.

4. **Basis of Presentation.**  For purposes of filing reports with the Securities and Exchange Commission, LBHI has historically prepared consolidated financial statements, which include each of the Debtors and certain additional non-Debtor affiliates.  Unlike the consolidated financial statements, the Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each Debtor on a non-consolidated basis.  Accordingly, the totals listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for public reporting purposes or otherwise.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Schedules and Statements neither purport to represent nor reconcile financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.  Reflection in Schedules and Statements of assets greater than liabilities is not an admission that a Debtor was solvent at the Petition Date or at any time prior to the Petition Date.  Likewise, reflection in Schedules and Statements of liabilities greater than assets is not an admission that the Debtors were insolvent at their respective petition dates or any time prior to the Petition Date.

5. **Current Market Value — Net Book Value**.  In many instances, current market valuations are neither maintained by nor readily available to the Debtors.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily available.  However, the Debtors' inventory positions are accounted for with mark-to-market accounting incorporating valuations as of the Petition Date, while the remaining assets, unless otherwise indicated, reflect the net book values of the Debtors' assets, as recorded in the Debtors' books and records, as of the Petition Date and may not reflect the net realizable value of the assets.  Amounts ultimately realized will vary, at some times materially, from net book value.

6. **Excluded Accruals/GAAP entries.**  The Schedules and Statements do not include certain deferred charges, deferred liabilities, or general reserves, or assets with a net realizable value of zero.  Such amounts may, however, be reflected in the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities, including accrued taxes and accrued wage and/or employee benefit related obligations, which do not represent specific claims as of the Petition Date, and assets relating to, among other things, goodwill, customer relationship intangibles and loan commitment fees.

7. **Foreign Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

8. **Confidentiality.** Addresses of current and former employees of the Debtors are generally not included in the Schedules and Statements. Notwithstanding, the Debtors will mail any required notice or other documents to the address in their books and records for such individuals.

9. **Consolidated Entity Accounts Payable and Disbursement Systems.** An individual Debtor's Schedules and Statements may include payments made by the Debtor for another Debtor or non-Debtor affiliate. Payments made by another Debtor or non-Debtor affiliate on behalf of the filing Debtor, however, are not necessarily included on the filing Debtor's Schedules and Statements. A description of the Debtors' prepetition centralized cash management system is set forth in the Debtors' motion for authorization to, among other things, continue using its cash management system, as modified, dated October 3, 2008 [Docket No. 669], and the supplement thereto, dated October 10, 2008 [Docket No. 826].

10. **Derivatives and other contractual agreements**. The Debtors have attempted to list on Schedule G all of the derivative contracts that they were party to as of the Petition Date. A large number of the contracts listed on Schedule G, however, may have been terminated prior or subsequent to the Petition Date. Assets and liabilities that may result, or may have resulted, from the termination of derivatives contracts are not included on the Debtors' Schedules B, D, or F, as may be applicable. Potential additional assets and/or liabilities associated with the Debtors' derivative contracts will not be disclosed until the Debtors have completed their analysis of their books and records and the numerous derivative transactions..

11. **Intercompany Claims.** Claims among the Debtors and their non-Debtor affiliates, as reflected in the balance sheet accounts of the applicable Debtors (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims"), are reported on Schedules B and F, as applicable. The Intercompany Claims are comprised primarily of the following components: trading activity with affiliates (buying and selling securities, derivatives, commodities among affiliates), allocation of operating expenses including interest charges and financings (notes payable/receivable, repos/reverse repos, stock or bond borrows/loans) and the transfer of cash balances, generally to LBHI and receipt of funds, generally from LBHI, to cover cash shortfalls, as a result of Lehman's cash management practices.

12. **Insiders.** Lehman employed hundreds of individuals with the title of Managing Director and Senior Vice President and thousands of individuals with the title of Vice President and Assistant Vice President. However, for its response to Statement questions 3c and 21, (i) LBHI has listed members of its Board of Directors and all employees that are, or were, Executive Officers (Chairman and Chief Executive Officer, Chief Financial Officer, Chief Administrative Officers, President and Chief Operating Officer, and Chief Legal Officer) and Global Heads and (ii) the remaining Debtors have listed Presidents, and certain Directors, Managing Directors, Senior Vice Presidents, and Vice Presents, as appropriate for their particular personnel structure. Persons have been included in the Schedules and Statements for informational purposes only and such individuals should not, simply by virtue of being listed herein, all be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, or with respect to any theories of liability or for any other purpose. In the ordinary course of Lehman's businesses, directors and officers of one Debtor may have been employed and paid by another Debtor or a non-Debtor affiliate.

Information about payments and prior relationships with Alvarez & Marsal North America, LLC is disclosed in the affidavits and supplements thereto that accompany the Debtors' Application to Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date [Docket Nos. 760, 1366, and 1559].

13. **Setoffs.** Prior to the Petition Date, and in the ordinary course of their businesses, the Debtors incurred a large number of setoffs in connection with, among other things, intercompany, derivative and customer/supplier transactions. Unless otherwise stated, setoffs are not listed in the Schedules and Statements and the Debtors have not intentionally offset amounts listed on Schedules B, D or F. Nonetheless, some amounts listed may have been affected by setoffs taken of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights which may be asserted.

Notwithstanding foregoing, the Debtors have disclosed certain setoffs taken by financial institutions that are known to the Debtors and that the Debtors reserve the right to challenge as being outside the ordinary course of business.

14. **Mechanics' Liens.**  The inventories, property and equipment listed in these Schedules and Statements and Schedules are presented without consideration of any mechanics' liens.

15. **Undetermined Amounts.** The description of an amount as "unknown," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

16. **Pledged Assets.**  A significant amount of the assets listed on the Debtors' Schedule B have been pledged as collateral by the Debtors and are outside of the Debtors' control.  These assets include, among other things, cash, securities, real estate loans and corporate loans and other inventory.

17. **Guarantees.**  Contractual guarantees issued by a Debtor have been listed on that Debtor's Schedule G.  Claims of contract counterparties arising under these guarantees have been listed on the Debtor's Schedule F as contingent liabilities.  In addition, LBHI guaranteed the payment of all liabilities, obligations and commitments of certain of its subsidiaries.  LBHI has listed each of the guaranteed subsidiaries, but not the creditors of those guaranteed subsidiaries, as a contingent, unliquidated and disputed creditor on LBHI's Schedule F.  LBHI frequently served as credit support provider to its affiliates in connection with their derivative contracts.  As noted in Global Note 10 about contingent liabilities associated with the derivative contracts, these contingent liabilities will not be disclosed until the Debtors have completed their analysis of the numerous derivative transactions.  The Debtors may identify additional guarantees as they continue their review of their books and records, executory contracts, unexpired leases, secured financing, debt instruments and other such agreements, and will amend their Schedules accordingly.

18. **Schedules.**

   a.  **Schedule A**.  Real property is listed on Schedule A at net book value.  Certain interests of the Debtors in real property, including mortgages and real property held for sale, are not listed on Schedule A, but have been listed as inventory in response to Schedule B.  Leases of real property have not been listed on Schedule A, but have been listed on Schedule G.

   b.  **Schedule B9.**  Certain Debtors who do not list any interest in insurance policies in response to Schedule B9 may hold an interest in policies of an affiliate.

   c.  **Schedule B21.**  Amounts listed in response to Schedule B21 exclude claims that have been or, at a later date may be, asserted by the Debtors against their various liability policies.  Additionally, the Debtors have asserted and will continue to assert various claims against affiliates involved in foreign insolvency proceedings.  Said claims are subject to amendment and further reconciliation and may not be reflective of the amounts listed on the Debtors' books and records as of September 14, 2008.  To the extent such claims include undetermined or unliquidated amounts, such amounts have not been included in the Debtors' Schedules.

   d.  **Schedule B23.**  Licenses to conduct business are not included in Schedule B.

   e.  **Schedule D — Creditors Holding Secured Claims.**  The Debtors have not undertaken a valuation of their assets in which creditors may have a secured interest.  The Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D. The Debtors have not included on Schedule D parties whose claims may be secured through rights of setoff, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in a secured facility, only the collateral agent has been listed for purposes of Schedule D.

f.        **Schedule E — Creditors Holding Unsecured Priority Claims.** Schedule E does not include obligations for employee-related medical, dental, prescription drug, death and other benefits under group benefit plans that have been, or may be, satisfied by a voluntary employee beneficiary association ("VEBA") established on September 12, 2008 under section 501(c)(9) of the Internal Revenue Code of 1986. Schedule E does not include certain other employee obligations, which may be owed, or may have been satisfied, by LBI. Schedules E and F do not include obligations related to restricted stock units.

g.        **Schedule F — Creditors Holding Unsecured Nonpriority Claims.** Certain creditors owe amounts to the Debtors and, as such, may have valid setoff and recoupment rights with respect to the balances listed on Schedule F.

The Debtors' responses to Statement question 4 disclose pending litigation involving the Debtors. Claims related to pending litigations are listed on Schedule F as contingent, unliquidated and disputed liabilities. In certain litigations, however, plaintiffs have not clearly identified which Lehman entity or entities are the intended defendants (naming "Lehman" or "Lehman Brothers"). In such cases, the litigation is disclosed by LBHI's in response to Statement question 4 and claims are listed on LBHI's Schedule F as a contingent, unliquidated and disputed liabilities.

h.        **Schedule G — Executory Contracts and Unexpired Leases.** Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease, and inclusion of a contract, lease or other agreement on Schedule G does not constitute an admission that such contract, lease or other agreement is an executory contract, was in effect on the Petition Date, or is valid or enforceable. The contracts, leases and other agreements listed on Schedule G may have been modified, amended, supplemented or superseded from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed on Schedule G.

In the ordinary course of business, the Debtors may lease certain fixtures and equipment from certain third party lessors for use in the daily operation of their business. The Debtors' obligations pursuant to capital leases appear on Schedule D and their obligations pursuant to operating leases have been listed on Schedule F. The underlying lease agreements are listed on Schedule G. Nothing in the Schedules and Statements is or shall be construed to be an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to such issues.

Certain of the Agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors, or a Debtor and a non-Debtor affiliate or third party. Certain of the Agreements may not have been memorialized and may be subject to dispute. Agreements that are oral in nature have also been included in Schedule G. Agreements, including certain license agreements that are not valued by the Debtors for balance sheet purposes appear on Schedule G but do not appear on Schedule B.

i.        **<u>Schedule H — Co-Debtors</u>**. Investigation into possible co-obligor relationships between the Debtors and/or non-debtor entities is ongoing. There may be instances where litigation is brought against multiple legal entities. Such litigation is listed on Schedule F of the appropriate Debtor

and Schedule H.  The Debtors are in the process of reviewing their leases and contracts, which agreements may contain provisions leading to a co-debtor relationship.

19.  **Statements.**

    a.    **Statement question 1 – Income.**   The amounts reported in response to Statement question 1 reflect the Debtors' fiscal year of 12/1 to 11/30 and reflect amounts taken from the Debtors' internal consolidated balance sheet worksheets.  Amounts reported for the current period represent gross revenue for the period 12/1/2007 through and including 8/31/2008.

    b.    **Statement question 2 – Other Income.**  From time to time, the Debtors may have de minimis income from sources other than the operation of business that will not appear in response to Statement question 2.

    c.    **Statement question 3 – Payments to Creditors.**  Amounts still owing to any creditor listed on Statement 3b or 3c are reflected in Schedule E and F, as applicable.

        i.    **Statement Question 3b**.  The payments listed reflect payments made by the applicable Debtor entity and those payments made by LBI on the Debtors' behalf.  Payments made by LBI are indicated with an asterisk on Schedule 3b.

        ii.    **Statement Question 3c.**  The payments listed on the Debtors' response to Statement question 3c reflect payments made by the applicable Debtor entity and those payments made by LBI on the Debtors' behalf.  Payments made by LBI are indicated with an asterisk on Schedule 3c.  Amounts listed include payroll payments, W-2 income events, checks and wires.  For explanation of the treatment of payments that may have been made by an affiliate on behalf of another affiliate, please refer to Global Note 6.

    d.    **Statement question 4b – Property attached, garnished or seized.**   The Debtors have listed amounts held by certain financial institutions pending the legal and/or equitable resolution of various asserted claims.  The Debtors contest and dispute these parties' right to hold, attach garnish or seize such funds.

    e.    **Statement question 7 – Gifts.**  See Global Note 9 above regarding the Debtors' consolidated entity accounts payable and disbursement systems.

    f.    **Statement question 8 – Losses.**  The Debtors' responses to Statement question 8 do not include financial losses or defense costs paid pursuant to the director and officer liability policies.

    g.    **Statement question 10 – Other Transfers.**  In response to Statement question 10, the Debtors list certain transfers of collateral that were made prior to and remained outstanding as of the petition date of the respective Debtor.  The Debtors reserve the right to argue that such transfers were outside the ordinary course of business and reserve all rights with respect to a final determination as to the nature of the transfers, notwithstanding their inclusion in this Statement question 10. Investigation continues with respect to such transfers.

    h.    **Statement question 12 – Safe Deposit Boxes.**  The Debtors have listed certain physical vaults in response to the applicable Debtor's response to statement question 12.  Investigation and inquiry continues in efforts to ascertain information about and/or obtain control over assets of the Debtors that may be in vaults of non-debtor affiliates and third parties, including financial institutions, holding such assets at the direction of such non-debtor affiliates or third parties.

    i.    **Statement question 18 – Nature, location and name of business.** The Debtors' responses to Statement question 18 includes only ownership interests in businesses that are either (i) direct subsidiaries of the applicable Debtor or (ii) entities that file reports with the Securities and Exchange Commission (an "SEC-filer").

j.      **Statement question 19 – Books, Records and Financial Statements.**  The firms and individuals listed in response to Statement questions 19(a)-(c) are not intended to be an exhaustive list of all parties but rather represent a listing of those firms and/or individuals that supervised or were primarily responsible for the respective tasks.

k.      **Statement question 20 – Inventory.**  The Debtors maintain physical inventory at the vaults listed in response to Statement question 12 and in the vaults of certain non-debtor affiliates and third parties and maintain their non-physical inventory in accounts at certain non-Debtor affiliates including LBI (the "Non-physical Accounts").  An electronic inventory calculation with respect to the Non-physical Accounts was prepared periodically by LBI and/or Lehman Brothers International (Europe) and provided to the Debtors at regular intervals prior to the Petition Date.

l.      **Statement questions 21 and 22.**  The Debtors' response reflects information as of each respective Debtor's petition date.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

____Southern_____ District Of New York_____

In re   Lehman Brothers Financial Products Inc._____ ,
                Debtor

Case No. 08-13902 (JMP)_____

Chapter 11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $ 0.00 | | |
| B - Personal Property | | 8 | $ 565,496,085.21 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 1 | | $ Undetermined | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 7 | | $ Undetermined | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 2 | | $ Undetermined | |
| G - Executory Contracts and Unexpired Leases | | 11 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ N/A |
| TOTAL | | 32 | $ 565,496,085.21 | $ Undetermined | |

B6A (Official Form 6A) (12/07)

In re   **Lehman Brothers Financial Products Inc.**          ,                    Case No.   **08-13902 (JMP)**
                              **Debtor**                                                                          **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ▶ | $ 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Lehman Brothers Financial Products Inc.**                    ,            Case No.  **08-13902 (JMP)**
                                **Debtor**                                                                      **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or coopratives. | | See attached rider | | $312,756,596.81 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Although no specific insurance policy is in place for this Company, the Company is a beneficiary on the policies of Lehman Brothers Holdings Inc. ("LBHI").  These policies are listed on rider B9 of the LBHI Schedule B. | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  **Lehman Brothers Financial Products Inc.**                ,                    Case No. **08-13902 (JMP)**
            **Debtor**                                                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Debtors' response to Schedule B30 for a listing of the Debtors' investment interest in non-affiliate entities | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | See Debtors' response to Schedule 30 - Inventory | | |
| 16. Accounts receivable. | | See attached rider | | $3,335.82 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  Lehman Brothers Financial Products Inc.              ,          Case No. 08-13902 (JMP)
                        Debtor                                                                    (If known)

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See attached rider | | $5,816,252.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | See attached rider | | $246,919,900.58 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**B6B (Official Form 6B) (12/07) – Cont.**

In re  **Lehman Brothers Financial Products Inc.**                ,                        Case No. **08-13902 (JMP)**
                     **Debtor**                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

                                        ___3___ continuation sheets attached      Total ▶   | $ 565,496,085.21

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

**In re: Lehman Brothers Financial Products Inc.**

**Case No. 08-13902 (JMP)**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.2 -  Bank Accounts**

| BANK | ADDRESS | ACCOUNT NUMBER |
|------|---------|----------------|
| Australia and New Zealand Banking Group Limited | 55 Collins Street Melbourne Victoria Australia 3001 | 55204200001 |
| Bank of America | 335 Madison Avenue NY, NY 10017 | 601917062016 |
| Bank of America | 335 Madison Avenue NY, NY 10017 | 601413118016 |
| Bank of America NT & SA | 335 Madison Avenue NY, NY 10017 | 606417889019 |
| Citibank, N.A. | 388 Greenwich Street-22nd Floor NY, NY 10013 | 8013713 |
| J.P. Morgan Chase & Co. | 277 Park Avenue NY NY 10017 | 066-289009 |
| J.P. Morgan Chase & Co. | 277 Park Avenue NY NY 10017 | 066-289181 |
| J.P. Morgan Chase & Co. | 277 Park Avenue NY NY 10017 | 066-289203 |
| J.P. Morgan Chase & Co. | 277 Park Avenue NY NY 10017 | LW0 |
| Jyske Bank | 70 Hudson Street 10 Floor Jersey City, NJ 07302 | 50061126384 |
| Skandinaviska Enskilda Banken | Stockholm SE-106 40, Sweden | 52018529978 |
| Toronto Dominion Bank Financial Group | 77 King St. W., 19th Floor, Toronto M5K 1A2, Canada | 0360-01-2225593 |

**Note:  Sum total of bank balances per the general ledger is $312,756,596.81 and is subject to book-bank reconciliation**
**differences**

**In re: Lehman Brothers Financial Products Inc.**                                    **Case No. 08-13902 (JMP)**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.16 - Accounts Receivable**

| DESCRIPTION | VALUE |
|---|---|
| LB Asia Holdings Ltd PCO - Inter Company ReceivableL | $27.60 |
| Lehman Bros. Derivative Products Inc. - Inter Company Receivable | $3,308.22 |
| **Total** | **$3,335.82** |

**In re: Lehman Brothers Financial Products Inc.**                                    **Case No. 08-13902 (JMP)**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.21 - Other contingent and unliquidated claims of every nature**

| DESCRIPTION | VALUE |
|---|---|
| STATE INCOME TAXES | $1,552,610.00 |
| FEDERAL & FOREIGN INCOME TAXES | $4,263,642.00 |
| **Total** | **$5,816,252.00** |

In re: Lehman Brothers Financial Products Inc.                    Case No. 08-13902 (JMP)

### SCHEDULE B -PERSONAL PROPERTY
#### Rider B.30 - Inventory

| DERIVATIVE COUNTERPARTIES | NET BOOK VALUE |
|---|---|
| Colorado Housing and Finance Authority | Undetermined |
| Conseco Finance Manufactured Housing Series 2001-4 | Undetermined |
| Conseco Finance Manufactured Housing Series 2002-1 | Undetermined |
| Delaware River Port Authority | Undetermined |
| Federal Home Loan Bank of DesMoines | Undetermined |
| Federal Home Loan Bank of Topeka* | Undetermined |
| Harbourview CDO III, Limited | Undetermined |
| Hartford Life and Annuity Insurance Company | Undetermined |
| Home Equity Loans Series 2001-D | Undetermined |
| Hotchkiss School | Undetermined |
| Idaho Housing and Finance Association | Undetermined |
| Jackson National LifeInsurance Company | Undetermined |
| Kingdom of Sweden | Undetermined |
| Landesbank Rheinland-Pfalz Girozentrale | Undetermined |
| Liberty Square CDO I, Limited | Undetermined |
| Liberty Square CDO II, Limited | Undetermined |
| Long Island Power Authority | Undetermined |
| Madison Ave Structured Finance CDO I, Limited | Undetermined |
| Madison Avenue CDO I Ltd | Undetermined |
| Massachusetts Water Resources Authority | Undetermined |
| National City Bank | Undetermined |
| Nebraska Investment Finance Authority | Undetermined |
| New-Alliance Global CDO Limited* | Undetermined |
| Ohio Housing Finance Agency | Undetermined |
| Perseus CDO I, Limited | Undetermined |
| Province of British Columbia | Undetermined |
| Racers 2001-38-PT | Undetermined |
| SunAmerica Life Insurance Company | Undetermined |
| TIAA Structured Finance CDO I, Limited | Undetermined |
| Transamerica Corporation | Undetermined |
| Transamerica Occidental Life Insurance Company | Undetermined |
| Utah Housing Corporation | Undetermined |

**Note:  Sum total of counterparty balances per the general ledger is
$246,919,900.58 and is subject to book-bank reconciliation differences**

**B6C (Official Form 6C) (12/07)**

In re  **Lehman Brothers Financial Products Inc.**        ,                    Case No.  **08-13902 (JMP)**
                          **Debtor**                                                                    **(If known)**

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐   Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                $136,875.
☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable | | | |

B6D (Official Form 6D) (12/07)

In re   Lehman Brothers Financial Products Inc.    ,          Case No. 08-13902 (JMP)
              Debtor                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_0_ continuation sheets attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| $ Undetermined | $Undetermined |
|---|---|
| $ Undetermined | $Undetermined |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (12/07)**

In re  <u>Lehman Brothers Financial Products Inc.</u>        ,                          Case No. <u>08-13902 (JMP)</u>
        <span style="padding-left:3em">**Debtor**</span>                                                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re  <u>Lehman Brothers Financial Products Inc.</u>       ,                    Case No. <u>08-13902 (JMP)</u>
                        <u>Debtor</u>                                                                        **(if known)**

[ ]    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ]    **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

[x]    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

[ ]    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**

<u>  5  </u>  **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re   Lehman Brothers Financial Products Inc.          ,          Case No.   08-13902 (JMP)
_____          _____
               **Debtor**                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Alaska Department of Revenue Tax Division <br> 333 W. Willoughby Ave 11 Fl Side B <br> PO Box 110420 <br> Juneau, AK 99811-0420 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No. <br><br> Arizona Department of Revenue <br> 1600 W. Monroe <br> Phoenix, AZ 85007-2650 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No. <br><br> California Franchise Tax Board <br> BE Bankruptcy MS: A-345 <br> PO Box 2952 <br> Sacramento, CA 95812-2952 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No. <br><br> City of Portland, Oregon <br> Revenue Bureau <br> 111 SW Columbia, Suite 600 <br> Portland, OR 97201-5350 | | | Tax Authority | X | X | X | Undetermined | | |

Sheet no.   1   of   5   continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals ▶ (Totals of this page) | $ Undetermined | $ Undetermined | $ Undetermined |
|---|---|---|---|---|
|  | Total ▶ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Totals ▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re   Lehman Brothers Financial Products Inc.        ,                    Case No.   08-13902 (JMP)
                      Debtor                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> City of Portland, Oregon <br> Revenue Bureau <br> 111 SW Columbia, Suite 600 <br> Portland, OR 97201-5350 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No. <br><br> Colorado Department of Revenue <br> 1375 Sherman Street <br> Denver, CO 80261 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No. <br><br> Hawaii Department of Taxation <br> Princess Ruth Keelikolani Building <br> 830 Punchbowl Street <br> Honolulu, HI 96813-5094 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No. <br><br> Illinois Department of Revenue <br> Willard Ice Building <br> 101 West Jefferson Street <br> Springfield, IL 62702 | | | Tax Authority | X | X | X | Undetermined | | |

Sheet no.   2   of   5   continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals ▶ <br> (Totals of this page) | $ Undetermined | $ Undetermined | $ Undetermined |
|---|---|---|---|---|
|  | Total ▶ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Totals ▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re   Lehman Brothers Financial Products Inc.          ,          Case No.   08-13902 (JMP)
                          **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Service<br>Missing Address | | | Tax Authority | X | X | X | Undetermined | | |
| Account No.<br><br>Kansas Department of Revenue<br>PO Box 12005<br>Topeka, KS 66612 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No.<br><br>Maine Revenue Services<br>24 State House Station<br>Augusta, ME 04333-0024 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No.<br><br>Minnesota Department of Revenue<br>Collection Division<br>PO Box 64564<br>St. Paul, MN 55164-0564 | | | Tax Authority | X | X | X | Undetermined | | |

Sheet no.  3  of  5  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ Undetermined    $ Undetermined    $ Undetermined

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$    $

B6E (Official Form 6E) (12/07) – Cont.

In re   Lehman Brothers Financial Products Inc.          ,          Case No.   08-13902 (JMP)
                    **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Nebraska Department of Revenue<br>301 Centennial Mall South<br>PO Box 94818<br>Lincoln, NE 68509-4818 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No.<br><br>New Hampshire Dept of Revenue Administration<br>109 Pleasant Street<br>PO Box 457<br>Concord, NH 03302-0457 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No.<br><br>New York City Department of Finance<br>Correspondence Unit<br>66 John Street - 3rd Floor<br>New York, NY 10038-3735 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No.<br><br>New York State Dept. of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | | | Tax Authority | X | X | X | Undetermined | | |

Sheet no.  4  of  5  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ Undetermined | $ Undetermined | $ Undetermined |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re  Lehman Brothers Financial Products Inc.          ,          Case No.  08-13902 (JMP)
                    Debtor                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Oregon Department of Revenue<br>955 Center St., NE<br>Salem, OR 97301 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No.<br><br>Texas Comptroller of Public Accounts<br>Lyndon B. Johnson State Office Building<br>111 E. 17th Street<br>Austin, TX 78774 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No.<br><br>Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134 | | | Tax Authority | X | X | X | Undetermined | | |
| Account No.<br><br>Vermont Department of Taxes<br>133 State Street<br>Montpelier, VT 05633-1401 | | | Tax Authority | X | X | X | Undetermined | | |

Sheet no.  5  of  5  continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | | Subtotals ▶ (Totals of this page) | $ Undetermined | $ Undetermined | $ Undetermined |
|---|---|---|---|---|---|---|
|  | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ Undetermined | | |
|  | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ Undetermined | $ Undetermined |

B6F (Official Form 6F) (12/07)

In re  Lehman Brothers Financial Products Inc.      ,                    Case No. 08-13902 (JMP)
           Debtor                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  See attached rider: Schedule F Payables | | | | | | | Undetermined |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_0_ continuation sheets attached

Subtotal ▶  $ Undetermined

Total ▶  $ Undetermined
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Lehman Brothers Financial Products Inc.                                                                                                                           08-13902 (JMP)

Schedule F
Creditors Holding Unsecured Nonpriority Claims
Payables

| Creditor name | Address 1 | Address 2 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E&Y | | | | | | UNITED STATES | Rating Agency Fees and Accruals | N | N | N | $330,607.20 |
| Fitch | | | | | | UNITED STATES | Rating Agency Fees and Accruals | N | N | N | $44,988.20 |
| LB International (Europe) | | | | | | | I/C Receivable/Payable | N | N | N | $37,410.02 |
| LB Special Financing Inc. | | | | | | | I/C Receivable/Payable | N | N | N | $3,617,244.03 |
| LB Special Financing Inc. | 1271 Avenue of the Americas | 45th Floor | New York | NY | 10020 | UNITED STATES | I/C Derivative Payable | N | N | N | $209,122,889.58 |
| Lehman Brothers Finance (Japan) Inc. | | | | | | | I/C Receivable/Payable | N | N | N | $5,112.88 |
| Lehman Brothers Holdings Inc. | 1271 Avenue of the Americas | 45th Floor | New York | NY | 10020 | UNITED STATES | I/C Receivable/Payable | N | N | N | $368,463.06 |
| Lehman Brothers Inc. | | | | | | | I/C Securities Related Rec/Pay | N | N | N | $721,530.24 |
| Lehman Brothers Inc. | | | | | | | I/C Receivable/Payable | N | N | N | $21,228.24 |
| Lehman Brothers Limited | | | | | | | I/C Receivable/Payable | N | N | N | $618.24 |
| Moody's | | | | | | UNITED STATES | Rating Agency Fees and Accruals | N | N | N | $20,406.00 |
| WESTLB | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | UNITED STATES | General trade payable | N | N | N | $200,000.00 |

LBFP Schedules 29

B6G (Official Form 6G) (12/07)

In re   **Lehman Brothers Financial Products Inc.**          ,          Case No.   **08-13902 (JMP)**
            **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached rider G: Derivative Contracts | |
| | |
| | |
| | |
| | |
| | |
| | |

Lehman Brothers Financial Products Inc.

Case No. 08-13902 (JMP)

Executory Contracts and Unexpired Leases
G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| 11 West 42 Limited Partnership | | | | | | | | Derivative Contract ISDA AAA Agreement Number 072001EWFS |
| 1775 ArCap LLC | | | | | | | | Derivative Contract ISDA AAA Agreement Number 012000ARCA |
| 230 Park Realty Funding LLC | | | | | | | | Derivative Contract ISDA AAA Agreement Number 083101PARK |
| 237 Park Funding LLC | | | | | | | | Derivative Contract ISDA AAA Agreement Number 111999PFUL |
| 237 Park Investors LLC | | | | | | | | Derivative Contract ISDA AAA Agreement Number 111999PARK |
| 237 Park Realty Funding LLC | | | | | | | | Derivative Contract ISDA AAA Agreement Number 111999PRFL |
| Abbey National Treasury International LTD | PO Box 545 | St Helier | | Jersey | | JE4 8XG | UNITED KINGDOM | ISDA AAA Agreement Number 032195ANTI dated 07/01/1997 |
| Advanta Supplemental Interest Trust 1995-2 | Five Horsham Business | Center | 300 Welsh Road | Horsham | PA | 19044-2209 | UNITED STATES | ISDA AAA Agreement Number 060995ASIT dated 06/15/1995 |
| Aegon N.V. | P.O. Box 202 | 2501 CE The Hague | | | | | NETHERLANDS | ISDA AAA Agreement Number 062696AELE dated 03/26/1996 |
| Aegon Union Aseguradoria S.A. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 050595AEGO |
| AgAmerica FCB (DO NOT USE) | 3636 American River Drive | | | Sacramento | CA | 96864-5966 | UNITED STATES | ISDA AAA Agreement Number 060195AGAM |
| AIG Financial Products (U.K.)Limited | | | | | | | | Derivative Contract ISDA AAA Agreement Number 71416AIUK |
| Airbus Industrie Financial Services | | | | | | | | ISDA AAA Agreement Number 091594ABFS dated 9/15/1994 |
| Aircraft Lease Portfolio Securitisation 92-1 Limit | | | | | | | | Derivative Contract ISDA AAA Agreement Number 070996ALPO |
| Alpha Finance Corporation Limited | c/o Cititrust (Bahamas) Limited | PO Box N - 1756 | | Nassau | | | BAHAMAS | ISDA AAA Agreement Number 16985ALFC dated 03/24/1995 |
| Altria Group, Inc | 120 Park Avenue | | | New York | NY | 10017 | UNITED STATES | ISDA AAA Agreement Number 30855PHMO |
| American General Corporation | 2929 Allen Parkway | A41-03 | | Houston | TX | 77019 | UNITED STATES | ISDA AAA Agreement Number 071994AGC dated 07/18/1994 |
| American General Finance Corporation | 2929 Allen Parkway | A41-03 | | Houston | TX | 77019 | UNITED STATES | ISDA AAA Agreement Number 012695AGFC dated 02/01/1995 |
| American General Life and Accident Insurance Company | 2929 Allen Parkway | A37-04 | | Houston | TX | 77019 | UNITED STATES | ISDA AAA Agreement Number 080795AGLA dated 08/02/1995 |
| American General Life Insurance Company | 2929 Allen Parkway | A37-04 | | Houston | TX | 77019 | UNITED STATES | ISDA AAA Agreement Number 080795AGLI dated 08/02/1995 |
| AMMC CDO I Limited | PO Box 1093 GT | Queensgate House | South Church Street, Grand Cayman, Cayman Islands | | | | CAYMAN ISLANDS | ISDA AAA Agreement Number 112399AMMC dated 11/30/1999 |
| Amortizing Residential Collateral Trust 2001-BC6 | | | | | | | | ISDA AAA Agreement Number 102401ARCT dated 8/27/2002 |
| ARG Funding Corp. II | | | | | | | | Derivative Contract ISDA AAA Agreement Number 082702ARGF |
| Ascot Capital Ltd. | 245 Park Avenue | | | New York | NY | 10167 | UNITED STATES | ISDA AAA Agreement Number 050396ACL dated 05/01/1996 |
| ASFINAG | | | | | | | | Derivative Contract ISDA AAA Agreement Number 072294ASFI |
| Aslan Capital Master Fund, LP | | | | | | | | 1992 ISDA MA - Multi-Currency Cross Border Agreement Number 051605ASLA |

Lehman Brothers Financial Products Inc.

Case No. 08-13902 (JMP)

Executory Contracts and Unexpired Leases

G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| ASLK-CGER Bank (DO NOT USE) | | | | | | | | ISDA AAA Agreement Number 61363ASBR dated 7/24/1997 |
| Asset Securitization Corporation | 2 World Financial Center | Building B | 21st Floor | New York | NY | 10281-1198 | UNITED STATES | ISDA AAA Agreement Number 121696ASC dated 12/17/1996 |
| Asset Securitization Corporation (Floor) | 2 World Financial Center | Building B | 21st Floor | New York | NY | 10281-1198 | UNITED STATES | ISDA AAA Agreement Number 121696ASCI dated 12/17/1996 |
| Assurances du Credit Mutuel Vie (Mutuelle) | 34, rue du Wacken | Strasbourg | Cedex 67010 | | | | FRANCE | FBF Agreement Number 101199ACMM dated 06/22/1999 |
| Assurances du Credit Mutuel Vie S.A. | 34, rue du Wacken | Strasbourg | Cedex 67010 | | | | FRANCE | FBF Agreement Number 011598ADC dated 09/28/1998 |
| AT&T Corp. | 295 North Maple Avenue | | | Basking Ridge | NJ | 07920 | UNITED STATES | ISDA AAA Agreement Number 050897ATC dated 03/31/1997 |
| Atlas CDO I, Limited | c/o BNP Paribas Private Bank & Trust Company Limit | 4th Floor, Piccadilly Center | P.O. Box 30688 SMB | Grand Cayman | | | CAYMAN ISLANDS | ISDA AAA Agreement Number 030501ATLA dated 03/20/2001 |
| Atlas Strategic Income Fund | | | | | | | | Derivative Contract ISDA AAA Agreement Number 043098OAS |
| AUSTRALIAN INDUSTRY DEVELOPMENT CORPORATION | | | | | | | | Derivative Contract ISDA AAA Agreement Number 010695AIDC |
| Austrian Federal Financing Agency | | | | | | | | Derivative Contract ISDA AAA Agreement Number 072294AFFA |
| AXA Equitable Life Insurance Company-Acct 8 | 787 Seventh Avenue | | | New York | NY | 10019 | UNITED STATES | ISDA AAA Agreement Number 062795ELBO dated 06/28/1995 |
| Balanced High-Yield Fund II Ltd | | | | | | | | Derivative Contract ISDA AAA Agreement Number 052799BHY |
| Balboa CDO I Ltd | | | | | | | | ISDA AAA Agreement Number 060501BALB dated 6/21/2001 |
| Bankers Trust Company, not in its individual capacity but as Trustee for People's Bank | 4 Albany Street | | | New York | NY | 10006 | UNITED STATES | ISDA AAA Agreement Number 032797BTPB dated 03/27/1997 |
| Barry's Funding Corp. | Barry's Funding Corp. | 11 West Lemon Avenue | | Monrovia | CA | 91016 | UNITED STATES | ISDA AAA Agreement Number 112195BARF dated 12/21/1995 |
| Belenus Securities Plc | 1 Pemberton Row | | | London | | EC4A 3BG | UNITED KINGDOM | ISDA AAA Agreement Number 121796BES |
| BellSouth Capital Fundiing Corporation | 1155 Peachtree Street, N.E. | | | Atlanta | GA | 30309-3616 | UNITED STATES | ISDA AAA Agreement Number 0604978CFC dated 04/30/1997 |
| Beta Finance Corporation | c/o Cititrust (Bahamas) Limited | PO Box N - 1756 | | Nassau | | | BAHAMAS | ISDA AAA Agreement Number 74297BETA dated 01/06/2003 |
| BG PLC | Heron House | 322 High Holborn | | London | | WC1V 7PH | UNITED KINGDOM | ISDA AAA Agreement Number 101797BGPL dated 10/17/1997 |
| BlackRock 1998 Term Trust Inc. | 345 Park Avenue | 30th Floor | | New York | NY | 10154 | UNITED STATES | ISDA AAA Agreement Number 062496BLAC dated 03/17/1997 |
| BlackRock 2001 Term Trust Inc. | 345 Park Avenue | 30th Floor | | New York | NY | 10154 | UNITED STATES | ISDA AAA Agreement Number 080896BRTT |
| BlackRock Broad Investment Grade 2009 Term Trust | | | | | | | | Derivative Contract ISDA AAA Agreement Number 022597BBIG |
| BlackRock Investment Quality Term Trust, Inc. | 345 Park Avenue | 30th Floor | | New York | NY | 10154 | UNITED STATES | ISDA AAA Agreement Number 022597BQT |
| Bluebonnet Savings Bank FSB | Campbell Centre II | 8150 N. Central Expressway | Suite 1900 | Dallas | TX | 75206 | UNITED STATES | ISDA AAA Agreement Number 032395BBSB dated 05/18/1995 |
| Board of Adminstration of the State of Florida | | | | | | | | Derivative Contract ISDA AAA Agreement Number 040794BASF |
| Buckhead Strategic Fund, L.P. II | 1150 Lake Hean Drive, N.E. | Suite 400 | | Atlanta | GA | 30342-1522 | UNITED STATES | Master CAP Agreement Agreement Number 081296BSF dated 08/12/1996 |

Lehman Brothers Financial Products Inc.

Case No. 08-13902 (JMP)

Executory Contracts and Unexpired Leases

G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| BWA/Columbia/HCA Master Retirement Trust | | | | | | | | ISDA AAA Agreement Number 702010024 dated 7/29/1996 |
| Caisse Centrale de Reescompte | 44, rue Washington | | | Paris | | 75008 | FRANCE | ISDA AAA Agreement Number 75676CCDR dated 12/10/1997 |
| Caisse Nationale de Credit Agricole | | | | | | | | Derivative Contract ISDA AAA Agreement Number 38407CRAG |
| Campbell Soup Company | | | | | | | | Derivative Contract ISDA AAA Agreement Number 020195CAMP |
| Canada Mortgage and Housing Corporation | 700 Montreal Road | | | Ottawa | ON | K1A OP7 | CANADA | ISDA AAA Agreement Number 052495CMHC dated 11/20/1995 |
| Carousel Center Company L.P. | 4 Clinton Exchange | | | Syracuse | NY | 13202 | UNITED STATES | ISDA AAA Agreement Number 091995CCCL dated 09/21/1995 |
| Centauri Corporation | c/o Citibank International plc, Citibank Credit St | | | | | | UNITED STATES | ISDA AAA Agreement Number 090996CCOR dated 09/09/1996 |
| Centre Reinsurance Company (Bermuda) Ltd. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 012694CERC |
| Chrysler Financial Corporation | 27777 Franklin Road | | | Southfield | MI | 48034-8286 | UNITED STATES | ISDA AAA Agreement Number 50065CRYF dated 05/05/1995 |
| Chugach Electric Association, Inc | 5601 Minnesota Drive | | | Anchorage | AK | 99519-6300 | UNITED STATES | ISDA AAA Agreement Number 031999CEA dated 03/17/1999 |
| CIT Group Holdings, Inc. | 650 CIT Drive | | | Livingston | NJ | 07039 | UNITED STATES | ISDA AAA Agreement Number 10580CITG |
| Clorox Company | | | | | | | | Derivative Contract ISDA AAA Agreement Number 080394CLOR |
| Coast Investment Grade 2000-1 Ltd (DO NOT USE) | | | | | | | | Derivative Contract ISDA AAA Agreement Number 092800CIGL |
| CoBank, ACB | P.O. Box 5110 | 5500 South Quebec St. | | Englewood | CO | 80111 | UNITED STATES | ISDA AAA Agreement Number 40630COOP |
| Coca Cola Enterprises Inc. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 60307COKE |
| Colorado Housing and Finance Authority | Attention: Director of Finance | 1981 Blake Street | | Denver | CO | 80202 | UNITED STATES | Derivative Contract Agreement Number 031500CHFA |
| Connecticut Mutual Life Insurance Company merged w | | | | | | | | Derivative Contract ISDA AAA Agreement Number 033095CMLI |
| Conoco U.K. Ltd. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 102793CON |
| Conseco Finance Manufactured Housing Series 2001-4 | c/o US Bank Trust NA | Attn Corporate Trust, Mr Tim Jacobson | 180 East Fifth Street 2nd Floor | St Paul | MN | 55101 | UNITED STATES | Derivative Contract Agreement Number 121301CFSC |
| Conseco Finance Manufactured Housing Series 2001-4 | | | | | | | | ISDA AAA Agreement Number 121301CFSC dated 12/13/2001 |
| Conseco Finance Manufactured Housing Series 2002-1 | c/o U.S. Bank Trust National Association | Attn Corporate Trust, Jim Jacobson | 180 East Fifth Street 2nd Floor | St Paul | MN | 55101 | UNITED STATES | Derivative Contract Agreement Number 040502CONS |
| Conseco Finance Manufactured Housing Series 2002-1 | | | | | | | | ISDA AAA Agreement Number 040502CONS dated 4/11/2002 |
| Council of Europe ResettlementFund | | | | | | | | Derivative Contract ISDA AAA Agreement Number 68690COEU |
| Credit Maritime Vie S.A. | | | | | | | | Derivative Contract Historical Agreement Number 012298CRMA |
| Credit Suisse, New York | One Liberty Plaza | | | New York | NY | 10006 | UNITED STATES | ISDA AAA Agreement Number 31693CSNY dated 08/12/1994 |
| Creditanstalt AG (DO NOT USE) | | | | | | | | ISDA AAA Agreement Number 031893CBGV dated 9/15/1995 |

LBFP Schedules 33

Lehman Brothers Financial Products Inc.

Case No. 08-13902 (JMP)

Executory Contracts and Unexpired Leases
G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Crouse Health Hospital, Inc. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 121796GHH |
| Daimler-Benz Aktiengesellschaft | | | | | | | | Derivative Contract ISDA AAA Agreement Number 050394DBAK |
| Delaware River Port Authority | One Port Center, 8th Floor | 2 Riverside Drive | PO BOX 1949 | Camden | NJ | 08101-1949 | UNITED STATES | Derivative Contract Agreement Number 070898DRPA |
| Delaware River Port Authority | | | | | | | | ISDA AAA Agreement Number 070898DRPA dated 12/21/2000 |
| Dollar Bank, a Federal SavingsBank | | | | | | | | Derivative Contract ISDA AAA Agreement Number 38774DOSA |
| Dorada Corporation | Citibank International plc, Citibank Credit Struct | P.O. Box 242 | 336 Strand | London | | WC1 1HB | UNITED KINGDOM | ISDA AAA Agreement Number 060700DORA dated 08/19/1998 |
| Dynex Capital, Inc. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 26590RMCI |
| E.I. Dupont De Nemours and Company | | | | | | | | Derivative Contract ISDA AAA Agreement Number 614565EIDM |
| E.ON AG | | | | | | | | Derivative Contract ISDA AAA Agreement Number 033095VEBA |
| Eaton Corporation | Eaton Corporation | Eaton Center | 1111 Superior Avenue | Cleveland | OH | 44114-2584 | UNITED STATES | ISDA AAA Agreement Number 78027EACO |
| Ellington Mortgage Holdings, LLC | | | | | | | | Derivative Contract ISDA AAA Agreement Number 041795EMH |
| Export Development Corp. of Canada | | | | | | | | Derivative Contract ISDA AAA Agreement Number 011394EDCC |
| Export Finance and Insurance Corporation | | | | | | | | Derivative Contract ISDA AAA Agreement Number 062494EFIC |
| Export-Import Bank of Korea (The) | 16-1 Yoido-dong | Youngdungpo-gu | | Seoul | | 150-010 | KOREA, REPUBLIC OF | ISDA AAA Agreement Number 78543EXIK |
| Farm Credit Corporation | Farm Credit Corp | 1800 Hamilton St. | | | | S4P 4L3 | CANADA | ISDA AAA Agreement Number 122194FCBC dated 10/27/1995 |
| Federal Home Loan Bank of DesMoines | 907 Walnut Street | Attn:Cathy Day/ Julie Spiker | | Des Moines | IA | 50309 | UNITED STATES | Derivative Contract Agreement Number 69887FHDM |
| Federal Home Loan Bank of Topeka | Attn: Investments | 120 SE 6th Street | | Topeka | KS | 66603 | UNITED STATES | Derivative Contract Agreement Number 66939FHTP |
| Figaro Limited | c/o Queensgate Bank & Trust Company Ltd. | P.O. Box 30464 SMB | Ugland House, South Church Street | Grand Cayman | | | CAYMAN ISLANDS | ISDA AAA Agreement Number 120795FIGA dated 12/12/1995 |
| Finance 500 | | | | | | | | Derivative Contract ISDA AAA Agreement Number 032003F500 |
| Firenze Ltd. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 020398FIRF |
| First Federal Savings & Loan Assoc. of Rochester | One First Federal Plaza | | | Rochester | NY | 14614 | UNITED STATES | ISDA AAA Agreement Number 11095FFRO dated 04/03/1995 |
| First Nationwide Mortgage Corporation | 135 Main Street | 7th Floor | | San Francisco | CA | 94105-1817 | UNITED STATES | ISDA AAA Agreement Number 011398FNMC |
| Froedtert Memorial Lutheran Hospital | | | | | | | | Derivative Contract Other Agreement Number 041597FMLH |
| General Electric Capital Australia Limited | c/o General Electric Capital Corporation | Corporate Treasury | 777 Long Ridge Road | Stamford | CT | 06927-9400 | UNITED STATES | ISDA AAA Agreement Number 040495GECA dated 04/01/1995 |
| General Electric Capital Canada Inc. | c/o General Electric Capital Corporation | Corporate Treasury | 777 Long Ridge Road | Stamford | CT | 06927-9400 | UNITED STATES | ISDA AAA Agreement Number 032895GECC dated 04/01/1995 |
| Glaxo Wellcome Plc | Glaxo Wellcome House | Barclay Avenue | Greenford, Middlesex | | | UB6 0NN | UNITED KINGDOM | ISDA AAA Agreement Number 121796GWP dated 12/16/1996 |

LBFP Schedules 34

Lehman Brothers Financial Products Inc.

Case No. 08-13902 (JMP)

Executory Contracts and Unexpired Leases

G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Gouvernement du Quebec | | | | | | | | Derivative Contract ISDA AAA Agreement Number 060794GOQU |
| Grand Metropolitan plc | | | | | | | | Derivative Contract ISDA AAA Agreement Number 033095GMET |
| Greater New York Savings Bank(The) | | | | | | | | Derivative Contract ISDA AAA Agreement Number 35846GNYS |
| Harbourview CDO III, Limited | 6801 S. Tucson Way | | | Centennial | CO | 80112 | UNITED STATES | Derivative Contract Agreement Number 040301HARB |
| Harbourview CDO III, Limited | c/o Deutsche Bank (Cayman) Limited | | | Grand Cayman | | | CAYMAN ISLANDS | ISDA AAA Agreement Number 040301HARB dated 04/24/2001 |
| Hartford International Life Reassurance Corporatio | 55 Farmington Avenue | | | Hartfor | CT | 06105 | UNITED STATES | ISDA AAA Agreement Number 062599HILP dated 06/24/1999 |
| Hartford Life and Annuity Insurance Company | 55 Farmington Avenue 9th Fl | | | Harford | CT | 06105 | UNITED STATES | Derivative Contract Agreement Number 041596ITTH |
| HOECHST AG | | | | | | | | ISDA AAA Agreement Number 090294HOEC dated 9/02/1994 |
| Home Equity Loans Series 2001-D | c/o US Bank Trust National Association | Corporate Trust Department | 180 East 5th Street 2nd Fl | St Paul | MN | 55101 | UNITED STATES | ISDA AAA Agreement Number 102201HELS dated 10/24/2001 |
| Horizon II International Ltd Series 124 | | | | | | | | ISDA AAA Agreement Number 040502HZLS dated 3/30/2002 |
| Hotchkiss School | PO BOX 800 | | | Lakecill | CT | 06039-0800 | UNITED STATES | Derivative Contract Agreement Number 121401HOTC |
| Hotchkiss School | P.O. Box 800 | | | Lakeville | CT | 06039-0800 | UNITED STATES | 1992 ISDA MA - Local Currency Single Jurisdiction Agreement Number 121401HOTC dated 12/14/2001 |
| Household Bank, a Federal Savings Bank | 2700 Sanders Road | | | Prospect Heights | IL | 60070 | UNITED STATES | ISDA AAA Agreement Number 62833HHBK dated 11/13/1996 |
| Household Finance Corporation | 2700 Sanders Road | | | Prospect Heights | IL | 60070 | UNITED STATES | ISDA AAA Agreement Number 39826HFC dated 02/05/1996 |
| Household Life Insurance Company of Arizona | 2700 Sanders Road | | | Prospect Heights | IL | 60070 | UNITED STATES | ISDA AAA Agreement Number 050795HICA dated 03/21/1997 |
| HSP-QRS Corp. | HSP-QRS | 11440 West Bernardo Court | Suite 170 | San Diego | CA | 92127 | UNITED STATES | 1992 ISDA Master Agreement/Bond Options Agreement Number 121296HSP dated 12/12/1996 |
| Idaho Housing and Finance Association | 565 West Myrtle Avenue | | | Boise | ID | 83702 | UNITED STATES | Derivative Contract Agreement Number 092200IHFA |
| IKON Receivables LLC Series 1999-2 | | | | | | | | ISDA AAA Agreement Number 011701IKON dated 9/30/1999 |
| IKON Receivables LLC Series 2000-2 | IKON Receivables, LLC | 1738 Bass Road | P.O. Box 9115, Macon | Macon | GA | 31208 | UNITED STATES | ISDA AAA Agreement Number 093099ICON dated 10/07/1999 |
| Indosuez Capital Funding IIA, Limited | | | | | | | | ISDA AAA Agreement Number 062498ICTA dated 6/25/1998 |
| Integrated Payment Systems Inc. | 6200 South Quebec Street | | | Englewood | CO | 80111 | UNITED STATES | ISDA AAA Agreement Number 070794IPSC dated 08/08/1996 |
| Intermountain Power Agency | | | | | | | | Derivative Contract Historical Agreement Number 081594IMPA |
| International Endesa B.V. | Herengracht 548 | P.O. Box 990 | 1000 AZ | Amsterdam | | | NETHERLANDS | ISDA AAA Agreement Number 072795INEB dated 07/27/1995 |
| International Lease Finance Corporation | 1999 Avenue of the Stars | | | Los Angeles | CA | 90067 | UNITED STATES | ISDA AAA Agreement Number 052595iLFC dated 05/25/1995 |
| Ireland Acting Through The National Treasury Management Agency | National Treasury Management Agency | Treasury Building | Grand Canal Street | Dublin | | 2 | IRELAND | ISDA AAA Agreement Number 072496NTMA dated 04/30/1996 |
| J. Sainsbury plc | | | | | | | | Derivative Contract ISDA AAA Agreement Number 031795SAIN |

LBFP Schedules 35

Lehman Brothers Financial Products Inc.

Case No. 08-13902 (JMP)

Executory Contracts and Unexpired Leases

G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Jackson National LifeInsurance Company | 225 West Wacker Drive | Suite 1200 | | Chicago | IL | 60606 | UNITED STATES | Derivative Contract Agreement Number 39127JNLI |
| K2 Corporation | c/o Kleinwort Benson (Jersey) Trustees Limited | P.O. Box 76 | Wests Centre, St. Helier | Jersey | | JE4 8PQ | UNITED KINGDOM | ISDA AAA Agreement Number 123098KTC dated 06/02/1998 |
| Kellogg Company | One Kellogg Square | attn:Charles E. French | VP-Finance and Treasurer | Battle Creek | MI | 49016-3599 | UNITED STATES | ISDA AAA Agreement Number 22945KELL dated 08/04/1994 |
| Key Bank USA, N. A. (DO NOT USE) | | | | | | | | ISDA AAA Agreement Number 081396KBUS dated 3/15/1999 |
| Keyport Life Insurance Company (DO NOT USE) | 125 High Street | | | Boston | MA | 02110-2712 | UNITED STATES | ISDA AAA Agreement Number 020995KLIC dated 06/05/1995 |
| Kingdom of Norway | | | | | | | | ISDA AAA Agreement Number 060394KONY dated 6/03/1994 |
| Kingdom of Sweden | Riksgaldskontoret Jakobsgatan 20 | Box 16306 | | Stockholm | | S-103 25 | SWEDEN | Derivative Contract Agreement Number 060899KDOS |
| Koch International Financial Services Partnership | | | | | | | | Derivative Contract ISDA AAA Agreement Number 020894KCHI |
| Landesbank Berlin AG, Luxembourg | c/o Bankgesellschaft Berlin | Bundesalle 171 | | Berlin | | 10889 | GERMANY | ISDA AAA Agreement Number 041195LLUX dated 09/08/1995 |
| Landesbank Rheinland-Pfalz Girozentrale | Grosse Bleiche 54-56 55 | | | Mainz | | 116 | GERMANY | Derivative Contract Agreement Number 91493LBRP |
| LB Floating Rate Commercial Mtg Trust  2001 LLF C4 | | | | | | | | Derivative Contract Historical Agreement Number 081501FRCM |
| Lehman Asset Backed Caps Inc. | 3 World Financial Center | | | New York | NY | 10285 | UNITED STATES | ISDA AAA Agreement Number 061594LABC dated 06/15/1994 |
| Liber Abaci Ltd. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 020398LAF |
| Liberty Square CDO I, Limited | Libery Square CDO I, limited c/o QSPV Limited Quee | PO BOX 309 GT | | Grand Cayman | | | CAYMAN ISLANDS | Derivative Contract Agreement Number 021301LISQ |
| Liberty Square CDO II, Limited | Liberty Square CDO Church Street | PO BOX 309 GT | | Grand Cayman | | | CAYMAN ISLANDS | Derivative Contract Agreement Number 040201LISQ |
| LIDO CDO Limited | | | | | | | | ISDA AAA Agreement Number 120301LIDO dated 12/04/2001 |
| Life Insurance Company of Georgia | 5780 Powers ferry road | | | Atlanta | GA | 30327-4390 | UNITED STATES | ISDA AAA Agreement Number 052694SLOG dated 03/26/1996 |
| Long Island Power Authority | 333 Earle Ovington Blvd. | Suite 403 | | Uniondale | NY | 11553 | UNITED STATES | Derivative Contract Agreement Number 110998LIPA |
| M & I Bank Fox Valley (DO NOT USE) | | | | | | | | ISDA AAA Agreement Number 081296MBFV dated 4/15/1996 |
| M & I Madison Bank (DO NOT USE) | | | | | | | | ISDA AAA Agreement Number 081296MIMB dated 4/15/1996 |
| Macerich Queens Funding Corp. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 100896MQFC |
| Macerich Queens Limited Partnership | The Macerich Company | 233 Wilshire boulevard | | Santa Monica | CA | 90401 | UNITED STATES | ISDA AAA Agreement Number 012594QCLP dated 09/30/1996 |
| Madison Ave Structured Finance CDO I, Limited | DO PO BOX 1093 GT | South Church Street | | Grand Cayman | | | CAYMAN ISLANDS | Derivative Contract Agreement Number 110901MASF |
| Madison Ave Structured Finance CDO I, Limited | | | | | | | | ISDA AAA Agreement Number 110901MASF dated 12/05/2001 |
| Madison Avenue CDO I Ltd | Madison Avenue CDO I, Limited c/o QSPV Limited | PO BOX 1093 | GT South Church Street | Grand Cayman | | | CAYMAN ISLANDS | Derivative Contract Agreement Number 061500MADI |
| Madison Avenue CDO I Ltd | c/o QSPV Limited | P.O. Box 1093 GT | South Church Street, Grand Cayman, Cayman Islands | | | | CAYMAN ISLANDS | ISDA AAA Agreement Number 061500MADI dated 08/02/2000 |

LBFP Schedules 36

Lehman Brothers Financial Products Inc.

Case No. 08-13902 (JMP)

Executory Contracts and Unexpired Leases

G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Massachusetts Water Resources Authority | Charlestown Navy Yard | 100 First Ave | | Boston | MA | 02129 | UNITED STATES | Derivative Contract Agreement Number 041493MWRA |
| Matrix | | | | | | | | Derivative Contract ISDA AAA Agreement Number 020398MATR |
| MBIA Investment Management Corp. | MBIA Investment Management Corp. | 113 King Street | | Armonk | NY | 10504 | UNITED STATES | Derivative Contract Agreement Number 022196MBIA |
| MBIA Investment Management Corp. | 113 King Street | | | Armonk | NY | 10504 | UNITED STATES | ISDA AAA Agreement Number 022196MBIA dated 01/19/1996 |
| MBNA Master Credit Card Trust II Series 1995-C | as trustee | 101 Barclay Street | | New York | NY | 10286 | UNITED STATES | ISDA AAA Agreement Number 062395MBCC dated 06/22/1995 |
| MBNA Master Credit Card Trust II Series 1995-D | as Trustee | 101 Barclay Street | | New York | NY | 10286 | UNITED STATES | ISDA AAA Agreement Number 062395MBND dated 06/22/1995 |
| Mediocredito Centrale SpA | | | | | | | | Derivative Contract Historical Agreement Number 082099MEDC |
| MetLife  Funding Inc. | MetLife Funding, Inc. | 100 Madison Avenue | Area 9H | New York | NY | 10010 | UNITED STATES | ISDA AAA Agreement Number 122397METL dated 12/22/1997 |
| Metropolitan Insurance & Annuity Co. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 021398MIA |
| Midland Savings Bank | | | | | | | | Derivative Contract ISDA AAA Agreement Number 122994MSB |
| Mitsubishi Corporation FinancePLC | 5th Floor, Bow Bells House | Broad Street | | London | | EC4M 9BQ | UNITED KINGDOM | ISDA AAA Agreement Number 70534MCFP dated 07/10/1995 |
| Mobil Corporation | | | | | | | | Derivative Contract ISDA AAA Agreement Number 062095MOBC |
| MONSANTO COMPANY | | | | | | | | Derivative Contract ISDA AAA Agreement Number 093094MONS |
| Morgan Stanley Derivatives Products Inc. | 1585 Broadway | 3rd floor | | New York | NY | 10036 | UNITED STATES | ISDA AAA Agreement Number 010695MSDP dated 04/22/1996 |
| National City Bank | 1900 E. 9th Street | Attn Paul Deprator | | | | | UNITED STATES | Derivative Contract Agreement Number 011499NCCM |
| Natixis Financial Products Inc | CDC Financial Products Inc. | 9 West 57th Street, 36th Floor | | New York | NY | 10019 | UNITED STATES | ISDA AAA Agreement Number 021699CDCN dated 04/20/1999 |
| Nebraska Investment Finance Authority | 1230 O ST | Suite 200 | | LINCOLN | NE | 68508 | UNITED STATES | Derivative Contract Agreement Number 110200NIFA |
| Nevada, State of | State of Nevada | State Treasurer | Capitol Complex | Carson City | NV | 89701 | UNITED STATES | ISDA AAA Agreement Number 051299SNV dated 05/12/1999 |
| New South Wales Treasury Corp. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 93093SWTC |
| New-Alliance Global CDO Limited* | Nora Parchment New Alliance Global CDO Limited c/o | 6020 Travis | 50th Floor Houston | Houston | TX | 77002 | UNITED STATES | ISDA AAA Agreement Number 042301NAGC dated 4/23/2001 |
| Nomura Asset Capital Corporation | | | | | | | | Derivative Contract ISDA AAA Agreement Number 110496NACC |
| Norddeutsche Landesbank Luxembourg SA (DO NOT USE) | | | | | | | | Derivative Contract Historical Agreement Number 122295NLLS |
| Norwest Corporation (DO NOT USE) | attn: Money Desk | 6th Street and Marquette Avenu | | Minneapolis | MN | 55479-0163 | UNITED STATES | 1992 ISDA MA - Local Currency Single Jurisdiction Agreement Number 031794NORC dated 04/10/1996 |
| Norwest Stable Return Fund | Norwest Bank Minnesota, N.A. | Sixth and Marquette | | Minneapolis | MN | 55479-0035 | UNITED STATES | ISDA AAA Agreement Number 111093NSRF dated 11/29/1995 |
| Ohio Housing Finance Agency | 57 East Main Street | | | Colombos | OH | 43215-5135 | UNITED STATES | Derivative Contract Agreement Number 021502OHIO |
| Oppenheimer High Yield Fund | 6803 South Tucson Way | | | Englewood | CO | 80112 | UNITED STATES | ISDA AAA Agreement Number 040397EOHY |

Lehman Brothers Financial Products Inc.

Case No. 08-13902 (JMP)

Executory Contracts and Unexpired Leases

G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Orlando, Florida, City of | | | | | | | | Derivative Contract Historical Agreement Number 020695ORLA |
| Paccar Financial Corp. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 39903PACC |
| Palmer City Center II | | | | | | | | Derivative Contract Historical Agreement Number 060101PACC |
| Payden & Rygel Global Fixed Income Fund | Payden & Rygel | 333 South Grand | | Los Angeles | CA | 90071 | UNITED STATES | ISDA AAA Agreement Number 100997PRGF dated 09/26/1997 |
| Peoples Federal Savings and Loan | | | | | | | | Derivative Contract Historical Agreement Number 100196PFSL |
| Perseus CDO I, Limited | 600 Travis Street | 9th Floor | | Houston | TX | 77002-8039 | UNITED STATES | Derivative Contract Agreement Number 041999PCDO |
| Provident Bank (DO NOT USE) | | | | | | | | ISDA AAA Agreement Number 67811PROV dated 11/18/1999 |
| Province de Quebec | Ministere des Finances | Direction de la gestion de la dette publique | 8, rue Cook | Quebec | QC | GIR 5P4 | CANADA | ISDA AAA Agreement Number 060794QUEB dated 03/07/1995 |
| Province of Alberta | | | | | | | | Derivative Contract ISDA AAA Agreement Number 080594POFA |
| Province of British Columbia | Attn: Manager, Ops, Debt Mgmt | 620 Superior Street | | Victoria | BC | V8V 1X4 | CANADA | Derivative Contract Agreement Number 051994PBC |
| RACERS 1995 R-10-1 | | | | | | | | ISDA AAA Agreement Number 101795RCOR dated 1/01/2002 |
| RACERS 1996 R-6-2 | Bank of New York | 101 Barclay Street | | New York | NY | 10286 | UNITED STATES | ISDA AAA Agreement Number 032696RRS dated 06/11/1996 |
| RACERS 1997 R-2-3 | The Bank of NY | 101 Barclay Street | | New York | NY | 10286 | UNITED STATES | ISDA AAA Agreement Number 022897RRRR dated 03/05/1997 |
| RACERS 1997 R-8-3 (Sun) | The Bank of NY | 101 Barclay Street | | New York | NY | 10286 | UNITED STATES | ISDA AAA Agreement Number 073197RSUN dated 08/15/1997 |
| RACERS 1998 R-4-4 | The Bank of New York | 101 Barclay Street | | New York | NY | 10286 | UNITED STATES | ISDA AAA Agreement Number 042398RRFF dated 04/28/1998 |
| RACERS 1998-R-4-3 | The Bank of NY | 101 Barclay Street | | New York | NY | 10286 | UNITED STATES | ISDA AAA Agreement Number 040798RRFT dated 03/31/1998 |
| Racers 2001-38-PT | Attn:  Corporate Trust Administration, HSBC Bank U | 452 Fifth Avenue | | New York | NY | 10018-2706 | UNITED STATES | ISDA AAA Agreement Number 120701RACE dated 12/01/2001 |
| RACERS Series 1999-27-A-Washington Mutual Trust | Bank of NY | 101 Barclay Street | | New York | NY | 10286 | UNITED STATES | ISDA AAA Agreement Number 081199RWMT dated 08/19/1999 |
| Racers Series 2002-9-PT | | | | | | | | ISDA AAA Agreement Number 031402RACE dated 3/18/2002 |
| Really Useful Theatres Finance Limited | Really Useful Theaters Limited | Manor House | 21 Soho Square | London | | W1V 5FD | UNITED KINGDOM | ISDA AAA Agreement Number 102700RUTF dated 11/07/2000 |
| Redwood Trust Incorporated | 591 Redwood Highway | Suite 3100 | | Mill Valley | CA | 94123 | UNITED STATES | ISDA AAA Agreement Number 070996RWTI dated 03/30/1999 |
| Reno Industrial Investments LLC | | | | | | | | Derivative Contract Historical Agreement Number 100200RENO |
| Robeco-Divirente | | | | | | | | Derivative Contract Historical Agreement Number 71393RADI |
| SAFECO Life Insurance Company | SAFECO Life Insurance Company | 601 Union Street | Suite 2500 | Seattle | WA | 98185 | UNITED STATES | ISDA AAA Agreement Number 071994SAFE dated 03/06/1997 |
| San Miguel CDO Ltd | | | | | | | | ISDA AAA Agreement Number 032802SMCD dated 4/17/2002 |
| Santa Rosa CDO, Limited | c/o QSPV Limited | Queensgate House | P.O. Box 1093 GT, South Church Street, George Town | Grand Cayman | | | CAYMAN ISLANDS | ISDA AAA Agreement Number 100702SANT dated 10/15/2002 |

LBFP Schedules 38

Lehman Brothers Financial Products Inc.

Case No. 08-13902 (JMP)

Executory Contracts and Unexpired Leases

G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Security First Life Insurance Co. | | | | | | | | Derivative Contract ISDA AAA Agreement Number 020598SFL |
| Shell Oil Company | | | | | | | | Derivative Contract ISDA AAA Agreement Number 110193SHOC |
| Silverton International Fund Limited | Silverton | 129 Front Street | Hamilton | | | | BERMUDA | ISDA AAA Agreement Number 010594GATP |
| Smithkline Beecham Corporation | C T Corporation System | 1633 Broadway | | New York | NY | | UNITED STATES | ISDA AAA Agreement Number 12593SMBE |
| Societa Cartolarizzazione Immobili Pubblici S.r.l. | | | | | | | | ISDA AAA Agreement Number 121801SCIP dated 12/21/2001 |
| Societe D'Epargne Viagere | | | | | | | | Derivative Contract ISDA AAA Agreement Number 031298SDEV |
| St. George Investments I, LTD | 17 State Street | 26th Floor | | New York | NY | 10004 | UNITED STATES | ISDA AAA Agreement Number 091297STGE |
| Stadshypotek AB (Publ) | S- 103 70 Stockholm | Norrmalmstorg 12 | | | | | UNITED STATES | ISDA AAA Agreement Number 042696STS dated 03/21/1996 |
| Starwood Asset Receivables Trust | | | | | | | | Derivative Contract ISDA AAA Agreement Number 051100SART |
| State Bank of New South Wales,London | | | | | | | | ISDA AAA Agreement Number 71513NSWL dated 5/21/1996 |
| State of Wisconsin InvestmentBoard acting for and | | | | | | | | Derivative Contract Historical Agreement Number 112493SWIB |
| Statens Bostadsfinansieringsaktiebolag | | | | | | | | Derivative Contract ISDA AAA Agreement Number 77241SBAB |
| Sterling Bank & Trust FSB | | | | | | | | Derivative Contract ISDA AAA Agreement Number 010995STBT |
| Stockholm, City of | City Hall | Ragnar Ostbergs Plan 1 | SE-105 35 | Stockholm | | | SWEDEN | ISDA AAA Agreement Number 081197COST dated 08/07/1997 |
| Structured Asset Funding Company | P.O. Box 309 | South Church Street | George Town, Grand Cayman, Cayman Islands | | | | CAYMAN ISLANDS | ISDA AAA Agreement Number 032197AFC dated 01/01/2002 |
| Student Loan Marketing Association | 1050 Thomas Jefferson St | N.W. | | Washington | DC | | UNITED STATES | ISDA AAA Agreement Number 27150SLMA dated 04/27/1995 |
| SunAmerica Life Insurance Company | Attn: Scott Richland, Treasurer | 2999 N. 44TH STREET | Suite 250 | PHOENIX | AZ | 85018 | UNITED STATES | Derivative Contract Agreement Number 20493SLIC |
| SunAmerica National Life Insurance Company | | | | | | | | Derivative Contract ISDA AAA Agreement Number 022698SANL |
| TIAA High Yield CDO I, Limited | | | | | | | | ISDA AAA Agreement Number 101201TIAA dated 10/30/2001 |
| TIAA Structured Finance CDO I, Limited | The Directors | 730 Third Avenue | | New York | NY | 10017 | UNITED STATES | Derivative Contract Agreement Number 120500TIAA |
| TIAA Structured Finance CDO I, Limited | c/o The Chase Manhattan Bank, Process Agent | 55 Water Street | North Building, Room 234, Windows 20 and 21 | New York | NY | 10041 | UNITED STATES | ISDA AAA Agreement Number 120500TIAA dated 12/14/2000 |
| Tokai Derivative Products Limited | Mercury House, Triton Court | 14 Finsbury Square | | London | | EC2A 1DR | UNITED KINGDOM | ISDA AAA Agreement Number 081595TDPL dated 02/15/1996 |
| Transamerica Corporation | The Transamerica Pyramid | 60 Montgomery Street | | San Francisco | CA | 94111 | UNITED STATES | Derivative Contract Agreement Number 10296TAMC |
| Transamerica Finance Corporation | 600 Montgomery Street | | | San Francisco | CA | 94111 | UNITED STATES | ISDA AAA Agreement Number 071197TFC |
| Transamerica Occidental Life Insurance Company | 4333 EDGEWOOD ROAD NE | | | CEDAR RAPIDS | IA | 52499 | UNITED STATES | Derivative Contract Agreement Number 062095TRAC |
| Trinity Funding Company | | | | | | | | Derivative Contract ISDA AAA Agreement Number 031095TFG |

LBFP Schedules 39

Lehman Brothers Financial Products Inc.

Case No. 08-13902 (JMP)

Executory Contracts and Unexpired Leases
G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Trinity Plus Funding LLC | 033001TRIN | | | | | | UNITED STATES | ISDA AAA Agreement Number 033001TRIN |
| Tuscany CDO, Limited | | | | | | | | ISDA AAA Agreement Number 121001TUSC dated 12/19/2001 |
| United Technologies Corporation | | | | | | | | Derivative Contract Historical Agreement Number 15870UTCO |
| US West Master Emerging Market Debt Trust James R. | 1221 Avenue of the Americas | | | New York | NY | 10020 | UNITED STATES | ISDA AAA Agreement Number 081197UWBA dated 07/23/1997 |
| USL Capital Corporation | 733 Front Street | | | San Francisco | CA | 94111 | UNITED STATES | ISDA AAA Agreement Number 18295USLI dated 06/06/1995 |
| Utah Housing Corporation | 2479 South Lake Park Blvd | | | West Valley City | UT | 84120 | UNITED STATES | Derivative Contract Agreement Number 050400UHFA |
| Variable Annuity Life Insurane Company | 2929 Allen Parkway, A3703 | | | Houston | TX | 77019 | UNITED STATES | ISDA AAA Agreement Number 011095VALI dated 08/02/1995 |
| Vattenfall Treasury AB | Jamtlandsgatan 99 | S-162 87 Vallingby | | | | | SWEDEN | ISDA AAA Agreement Number 120194VATT dated 05/15/1995 |
| Venantius AB | Jacobsongatan 6 | P.O. Box 16184 | S-103 24 | Stockholm | | | UNITED STATES | ISDA AAA Agreement Number 063098VEAB dated 08/05/1998 |
| WESTERN AUSTRALIA TREASURY CORPORATION | | | | | | | | Derivative Contract ISDA AAA Agreement Number 112394WATC |
| WGZ-BANK Luxembourg S.A. | Shoosmiths & Harrison | Solicitors, Russell House, | Solent Business Park, Fareham, | Hampshire | | PO15 7AG | UNITED KINGDOM | ISDA AAA Agreement Number 031596WDL |
| Whistlejacket Capital Ltd | | | | | | | | Derivative Contract ISDA AAA Agreement Number 052402WHIS |
| Willow Creek Ltd. Partnership IV | c/o Price Brothers Realty | 9401 Sante Fe Drive, Suite 200 | | Overland Park | KS | 66212 | UNITED STATES | Master CAP Agreement Agreement Number 090695WCLP dated 09/01/1995 |
| Windermere CMBS plc | Windermere CMBS plc | 78, Cannon Street | | London | | EC4P 5LN | UNITED KINGDOM | ISDA AAA Agreement Number 112701CMBS dated 12/18/2001 |
| Xerox Capital Europe, Plc | Parkway, Marlow, Bucks | SL7 1YL | England | | | | UNITED KINGDOM | ISDA AAA Agreement Number 051498XCEP dated 05/13/1998 |
| Xerox Corporation | 800 Long Ridge Road | Post Office Box 1600 | | Stamford | CT | | UNITED STATES | ISDA AAA Agreement Number 35332XERX dated 08/01/1995 |
| Xerox Credit Corporation | 800 Long Ridge Road | P.O.  Box 1600 | | Stamford | CT | 06904-1600 | UNITED STATES | ISDA AAA Agreement Number 50336XECC dated 08/01/1995 |
| Yasuda Trust Europe Ltd | 1 liverpool Street | | | London | | EC2M7NH | UNITED KINGDOM | ISDA AAA Agreement Number 021594YTE |
| Zeus Property L.L.C. | c/o Emmes Asset Management | 420 Lexington Avenue | Suite 2702 | New York | NY | 10170 | UNITED STATES | Master CAP Agreement Agreement Number 100796ZPRO dated 10/04/1996 |

LBFP Schedules 40

**B6H (Official Form 6H) (12/07)**

In re   Lehman Brothers Financial Products Inc.          ,          Case No.   08-13902 (JMP)
                          **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Please refer to the Debtors' Global Notes and Statement of Limitations, Methods and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs attached hereto. | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re Lehman Brothers Financial Products Inc. ,
_____
Debtor

Case No. 08-13902 (JMP)
_____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____
                                              Debtor

Date _____

Signature: _____
                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
Address

X _____
  Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.
-----------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Authorized Signatory_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the corporation_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date 03/11/2009_____

Signature: _____

William Fox, Authorized Signatory
_____
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

-----------------------------------------------------------------------------------------------------------------------------
Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.