Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                   :
In re:                                                             :   Chapter 11 Case
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :   No. 08-13555 (JMP)
                                                                   :
                    Debtors.                                       :   (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x

**MOTION PURSUANT TO LOCAL BANKRUPTCY
RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE***

Dennis C. O'Donnell, Esq. ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York and Of Counsel with Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("Milbank"), hereby submits this motion (the "Motion") for an order permitting David S. Cohen, Esq. ("Admittee") to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to appear and represent the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors in possession, under Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"). In support of the Motion, Movant respectfully represents as follows:

1. Admittee is a partner at Milbank. Admittee is admitted to practice and in good standing in the Bars of the State of Georgia and the District of Columbia, and is also admitted to practice before the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the District of Columbia, the United States Court of Federal Claims and the Supreme Court of the United States.

2. Pursuant to the annexed certification, Admittee submits to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the course of these chapter 11 cases. In addition, Admittee has access to, or has acquired, a copy of the Local Rules and is generally familiar with such rules.

3. Admittee agrees to pay a fee of $25.00 on entry of an order granting admission to practice *pro hac vice*.

4. Admittee's office and e-mail addresses, and telephone and fax numbers are as follows:

> David S. Cohen, Esq.
> MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
> 1850 K Street, N.W. – 11th Floor
> Washington, DC 20006
> Telephone: (202) 835-7517
> Facsimile: (202) 835-7586
> dcohen2@milbank.com

*[Remainder of page intentionally left blank.]*

**WHEREFORE**, Movant respectfully requests that this Court enter an order permitting Admittee to appear *pro hac vice* in association with Movant as counsel for the Committee in these jointly administered chapter 11 cases.

Dated: New York, New York
March 12, 2009

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

By: /s/ Dennis C. O'Donnell
Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

# CERTIFICATION

5.  The undersigned certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the Bars of the State of Georgia and the District of Columbia, and is admitted to practice before the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the District of Columbia, the United States Court of Federal Claims and the Supreme Court of the United States, and submits to the disciplinary jurisdiction of the Court for any alleged misconduct, which occurs in the course of these chapter 11 cases and has access to, or has acquired, a copy of the Local Bankruptcy Rules for the Southern District of New York, and is generally familiar with such rules.

Dated: New York, New York
       March 12, 2009

                              **MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

                              By: /s/ David S. Cohen
                                  David S. Cohen, Esq.

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                   :
In re:                                             :    Chapter 11 Case
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    No. 08-13555 (JMP)
                                                   :
                  Debtors.                         :    (Jointly Administered)
                                                   :
------------------------------------------------------------------ x
```

**ORDER GRANTING MOTION PURSUANT TO LOCAL
BANKRUPTCY RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE***

Upon the motion, dated March 10, 2009 (the "Motion")[1] of Dennis C. O'Donnell, Esq., for an order permitting David S. Cohen, Esq. ("Admittee") to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to appear and represent the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors in possession, under Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York, as more fully set forth in the Motion; and it appearing that Admittee is admitted to practice and in good standing in the Bars of the State of Georgia and the District of Columbia, and is admitted to practice before the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the District of Columbia, the United States Court of Federal Claims and the Supreme Court of the United States, and submits to the disciplinary jurisdiction of the Court for any alleged misconduct that occurs in the course of these chapter 11 cases; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the

---

[1]  Capitalized terms used but not defined herein shall have the meaning given them in the Motion.

relief granted herein; and upon the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Davis S. Cohen, Esq., is admitted to practice *pro hac vice* in the above-captioned jointly administered chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the $25.00 filing fee.

Dated: New York, New York
_____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

2