**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |
| | : | Ref. Docket No. 3029 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                         ) ss.:
COUNTY OF NEW YORK  )

DAVID MALO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I served the "NOTICE OF PRESENTMENT OF SECOND AMENDED ORDER PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS," dated March 9, 2009 [docket #3029], by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A" on March 9, 2009,

   b) delivered by facsimile to those parties listed on the attached Exhibit "B", on March 9, 2009, and

   c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C" on March 10, 2009.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ David Malo
David Malo

Sworn to before me this
12th day of March, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\NOP 2nd Int Comp Ord_Aff_3-9-09.doc

# EXHIBIT A

Email Addresses – Master Service List – March 9, 2009

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bambacha@sec.gov

bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com

cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com

| | |
|---|---|
| gkaden@goulstonstorrs.com | jeremy.eiden@state.mn.us |
| GLee@mofo.com | jessica.fink@cwt.com |
| glee@mofo.com | jfalgowski@reedsmith.com |
| glenn.siegel@dechert.com | jfox@joefoxlaw.com |
| gmoss@riemerlaw.com | jfinerty@pfeiferlaw.com |
| gnovod@kramerlevin.com | jg5786@att.com |
| gravert@mwe.com | jgarrity@shearman.com |
| gschiller@zeislaw.com | jguy@orrick.com |
| gspilsbury@jsslaw.com | jherzog@gklaw.com |
| harrisjm@michigan.gov | jhiggins@fdlaw.com |
| harveystrickon@paulhastings.com | jhs7@att.net |
| heiser@chapman.com | jhuggett@margolisedelstein.com |
| hirsh.robert@arentfox.com | jhuh@ffwplaw.com |
| hollace.cohen@troutmansanders.com | jjureller@klestadt.com |
| holsen@stroock.com | jkehoe@sbtklaw.com |
| howard.hawkins@cwt.com | jketten@willkie.com |
| hseife@chadbourne.com | jkurtzman@klehr.com |
| hsnovikoff@wlrk.com | jlamar@maynardcooper.com |
| hweg@pwkllp.com | jlawlor@wmd-law.com |
| ian.levy@kobrekim.com | jlee@foley.com |
| igoldstein@dl.com | jlevitin@cahill.com |
| ilevee@lowenstein.com | jlipson@crockerkuno.com |
| info2@normandyhill.com | jliu@dl.com |
| ira.herman@tklaw.com | jlovi@steptoe.com |
| isgreene@hhlaw.com | jmaddock@mcguirewoods.com |
| israel.dahan@cwt.com | jmazermarino@msek.com |
| jacobsonn@sec.gov | jmcginley@wilmingtontrust.com |
| jafeltman@wlrk.com | jmelko@gardere.com |
| james.mcclammy@dpw.com | jmerva@fult.com |
| jamestecce@quinnemanuel.com | john.mcnicholas@dlapiper.com |
| jason.jurgens@cwt.com | john.monaghan@hklaw.com |
| jatkins@duffyandatkins.com | john.rapisardi@cwt.com |
| jay.hurst@oag.state.tx.us | jorbach@hahnhessen.com |
| jay@kleinsolomon.com | Joseph.Cordaro@usdoj.gov |
| Jbecker@wilmingtontrust.com | joseph.scordato@dkib.com |
| jbeemer@entwistle-law.com | joshua.dorchak@bingham.com |
| jbird@polsinelli.com | jowen769@yahoo.com |
| jbromley@cgsh.com | JPintarelli@mofo.com |
| jcarberry@cl-law.com | jpintarelli@mofo.com |
| Jdrucker@coleschotz.com | jporter@entwistle-law.com |
| jdyas@halperinlaw.net | jprol@lowenstein.com |
| jeff.wittig@coair.com | jrabinowitz@rltlawfirm.com |
| jeffrey.sabin@bingham.com | jrsmith@hunton.com |
| jeldredge@velaw.com | jschwartz@hahnhessen.com |
| jennifer.demarco@cliffordchance.com | jsheerin@mcguirewoods.com |
| jennifer.gore@shell.com | jshickich@riddellwilliams.com |

| | |
|---|---|
| jsmairo@pbnlaw.com | lehman@fklaw.com |
| jtimko@allenmatkins.com | lgranfield@cgsh.com |
| jtougas@mayerbrown.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | linda.boyle@twtelecom.com |
| jwallack@goulstonstorrs.com | lisa.kraidin@allenovery.com |
| jwang@sipc.org | LJKotler@duanemorris.com |
| jweiss@gibsondunn.com | lmarinuzzi@mofo.com |
| jwest@velaw.com | Lmay@coleschotz.com |
| jwh@njlawfirm.com | lmcgowen@orrick.com |
| jwhitman@entwistle-law.com | lml@ppgms.com |
| jwishnew@mofo.com | lnashelsky@mofo.com |
| k4.nomura@aozorabank.co.jp | lromansic@steptoe.com |
| karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| karol.denniston@dlapiper.com | lschweitzer@cgsh.com |
| KDWBankruptcyDepartment@kelleydrye.com | lubell@hugheshubbard.com |
| keckhardt@hunton.com | lwhidden@salans.com |
| keith.simon@lw.com | lwong@pfeiferlaw.com |
| Ken.Coleman@allenovery.com | mabrams@willkie.com |
| ken.higman@hp.com | macronin@debevoise.com |
| kgwynne@reedsmith.com | MAOFILING@CGSH.COM |
| kiplok@hugheshubbard.com | Marc.Chait@standardchartered.com |
| kkelly@ebglaw.com | margolin@hugheshubbard.com |
| Klippman@munsch.com | mark.deveno@bingham.com |
| klyman@irell.com | mark.ellenberg@cwt.com |
| kmayer@mccarter.com | mark.houle@pillsburylaw.com |
| kmisken@mcguirewoods.com | mark.sherrill@sutherland.com |
| kobak@hugheshubbard.com | martin.davis@ots.treas.gov |
| korr@orrick.com | Marvin.Clements@ag.tn.gov |
| KOstad@mofo.com | masaki_konishi@noandt.com |
| kovskyd@pepperlaw.com | matthew.dyer@prommis.com |
| kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| kressk@pepperlaw.com | Mbass@HodgsonRuss.com |
| KReynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| kristin.going@dbr.com | mberman@nixonpeabody.com |
| krosen@lowenstein.com | mbienenstock@dl.com |
| krubin@ozcap.com | mbossi@thompsoncoburn.com |
| kstahl@whitecase.com | mcademartori@sheppardmullin.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| lacyr@sullcrom.com | mcto@debevoise.com |
| lalshibib@reedsmith.com | mdorval@stradley.com |
| Landon@StreusandLandon.com | metkin@lowenstein.com |
| lattard@kayescholer.com | mgordon@briggs.com |
| lawrence.bass@hro.com | mgreger@allenmatkins.com |
| lberkoff@moritthock.com | mhopkins@cov.com |
| lbtancredi@venable.com | michael.kim@kobrekim.com |
| | mimi.m.wong@irscounsel.treas.gov. |

mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
omeca.nedd@lovells.com
owllady@hughes.net
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter.zisser@hklaw.com

peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com

| | |
|---|---|
| sabramowitz@velaw.com | szuch@wiggin.com |
| sagolden@hhlaw.com | tannweiler@greerherz.com |
| Sally.Henry@skadden.com | tarbit@cftc.gov |
| sandra.mayerson@hklaw.com | tbrock@ssbb.com |
| Sara.Tapinekis@cliffordchance.com | tduffy@duffyandatkins.com |
| sbernstein@hunton.com | TGoren@mofo.com |
| schapman@willkie.com | thomas.califano@dlapiper.com |
| Schepis@pursuitpartners.com | Thomas_Noguerola@calpers.ca.gov |
| schristianson@buchalter.com | thomaskent@paulhastings.com |
| scottshelley@quinnemanuel.com | timothy.brink@dlapiper.com |
| scousins@armstrongteasdale.com | timothy.palmer@bipc.com |
| sdnyecf@dor.mo.gov | tjfreedman@pbnlaw.com |
| sean@blbglaw.com | tkarcher@dl.com |
| sehlers@armstrongteasdale.com | tkiriakos@mayerbrown.com |
| sfelderstein@ffwplaw.com | tmacwright@whitecase.com |
| sfineman@lchb.com | tmayer@kramerlevin.com |
| sfox@mcguirewoods.com | tnixon@gklaw.com |
| sgordon@cahill.com | toby.r.rosenberg@irscounsel.treas.gov |
| SGross@HodgsonRuss.com | tslome@msek.com |
| sgubner@ebg-law.com | ttracy@crockerkuno.com |
| sharbeck@sipc.org | twatanabe@mofo.com |
| shari.leventhal@ny.frb.org | twheeler@lowenstein.com |
| sheehan@txschoollaw.com | ukreppel@whitecase.com |
| shumaker@pursuitpartners.com | vdagostino@lowenstein.com |
| shumaker@pursuitpartners.com | Villa@StreusandLandon.com |
| sidorsky@butzel.com | vmilione@nixonpeabody.com |
| slerner@ssd.com | vrubinstein@loeb.com |
| SLoden@DiamondMcCarthy.com | wanda.goodloe@cbre.com |
| smillman@stroock.com | WBallaine@lcbf.com |
| smulligan@bsblawyers.com | wbenzija@halperinlaw.net |
| snewman@katskykorins.com | wcurchack@loeb.com |
| sory@fdlaw.com | weguchi@orrick.com |
| spiotto@chapman.com | weissjw@gtlaw.com |
| splatzer@platzerlaw.com | wendy.rosenthal@cliffordchance.com |
| SRee@lcbf.com | wfoster@milbank.com |
| sselbst@herrick.com | wheuer@dl.com |
| sshimshak@paulweiss.com | wiltenburg@hugheshubbard.com |
| stan@smehaffey.com | wisotska@pepperlaw.com |
| steele@lowenstein.com | wsilverm@oshr.com |
| stephanie.wickouski@dbr.com | wswearingen@llf-law.com |
| steve.ginther@dor.mo.gov | wtaylor@mccarter.com |
| steven.perlstein@kobrekim.com | wzoberman@bermanesq.com |
| steven.wilamowsky@bingham.com | yamashiro@sumitomotrust.co.jp |
| Streusand@StreusandLandon.com | |
| susan.schultz@newedgegroup.com | |
| susheelkirpalani@quinnemanuel.com | |

# EXHIBIT B

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004