WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON MARCH 13, 2009 AT 2:00 P.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1. LBHI's Motion, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 6004, for Authorization to Enter into Master Repurchase Agreement with Lehman Brothers Bank **[Docket No. 3074]**

    Response Deadline:   March 13, 2009 at 12:00 p.m.

    Related Documents:

    A.    Order to Show Cause **[Docket No. 3077]**

    B.    Declaration of Alfredo R. Perez in Support **[Docket No. 3075]**

    Status:  This matter is going forward.

Dated: March 12, 2009
New York, New York

/s/ Alfredo R. Perez
Alfredo R. Perez

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession