Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sub>c</sub>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                     Debtors.                                :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       )  SS.:
COUNTY OF NEW YORK     )

       OSCAR CASTRILLON, being duly sworn, deposes and says:

       I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

       On the 12th of March, 2009, I caused a copy of the following document:

       MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(b)
       FOR ADMISSION PRO HAC VICE OF DAVID S. COHEN, ESQ.,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be

served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

        /s/ OSCAR CASTRILLON
        OSCAR CASTRILLON

SWORN TO AND SUBSCRIBED before me this 12th day of March, 2009

   /s/ Charmaine Thomas
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 18, 2010

2

**Exhibit A**

Richard.krasnow@weil.com; Lori.fife@weil.com; Shai.waisman@weil.com;
Jacqueline.marcus@weil.com; robert.lemons@weil.com; aalfonso@kayescholer.com;
abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com;
adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com;
aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov;
aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com;
ahammer@freebornpeters.com; aisenberg@saul.com;
akantesaria@oppenheimerfunds.com; akihiko_yagyuu@chuomitsui.jp;
albaugh.colin@pbgc.gov; alex.torres@infospace.com; amarder@msek.com;
AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com;
Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com;
angelich.george@arentfox.com; ann.reynaud@shell.com; anne.kennelly@hp.com;
aoberry@bermanesq.com; apo@stevenslee.com; araboy@cov.com;
arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com;
arosenblatt@chadbourne.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com;
ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com;
austin.bankruptcy@publicans.com; avenes@whitecase.com; avi.gesser@dpw.com;
awasserman@lockelord.com; azylberberg@whitecase.com; bambacha@sec.gov;
bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com;
bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com;
bbisignani@postschell.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com;
bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com;
boneill@kramerlevin.com; bpershkow@profunds.com; brad.dempsey@hro.com;
brendalblanks@eaton.com; brian.pfeiffer@friedfrank.com;
brian_corey@gtservicing.com; bromano@willkie.com; broy@rltlawfirm.com;
bruce.ortwine@sumitomotrust.co.jp; bspector@jsslaw.com; btrust@mayerbrown.com;
btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com;
canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelmonte@ssbb.com;
cbrotstein@bm.net; cdesiderio@nixonpeabody.com; chammerman@paulweiss.com;
charles@filardi-law.com; chipford@parkerpoe.com; chris.donoho@lovells.com;
cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp; cohenr@sewkis.com;
cp@stevenslee.com; crogers@orrick.com; cs@stevenslee.com;
cschreiber@winston.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com;
cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com;
dallas.bankruptcy@pulicans.com; daniel.guyder@allenovery.com;
danna.drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com;
david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com;
dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com;
dbesikof@loeb.com; dckaufman@hhlaw.com; dclark@stinson.com; dcoffino@cov.com;
dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com;
deborah.saltzman@dlapiper.com; deggert@freebornpeters.com;
demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com;
dflanigan@polsinelli.com; dfriedman@kasowitz.com; dhayes@mcguirewoods.com;
dheffer@foley.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com;

dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com;
dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com;
dmurray@jenner.com; dneier@winston.com; donald.badaczewski@dechert.com;
douglas.bacon@lw.com; douglas.mcgill@dbr.com; DPiazza@HodgsonRuss.com;
dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com;
drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com;
dswan@mcguirewoods.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com;
dwildes@stroock.com; eagle.sara@pbgc.gov; easmith@venable.com;
echang@steinlubin.com; ecohen@russell.com; efile@pbgc.gov; efile@willaw.com;
efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com;
ehollander@whitecase.com; ehorn@lowenstein.com; ekbergc@lanepowell.com;
ellen.halstead@cwt.com; elobello@blankrome.com; eobrien@sbchlaw.com;
eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com;
ezavalkoff-babej@vedderprice.com; ezujkowski@emmetmarvin.com;
ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com;
ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com;
frank.white@agg.com; fred.berg@rvblaw.com; fsosnick@shearman.com;
gabriel.delvirginia@verizon.net; gauchb@sec.gov; george.davis@cwt.com;
GGraber@HodgsonRuss.com; giaimo.christopher@arentfox.com;
giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; GLee@mofo.com;
glee@mofo.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com;
gnovod@kramerlevin.com; gravert@mwe.com; gschiller@zeislaw.com;
gspilsbury@jsslaw.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com;
heiser@chapman.com; hirsh.robert@arentfox.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com;
hseife@chadbourne.com; hsnovikoff@wlrk.com; hweg@pwkllp.com;
ian.levy@kobrekim.com; igoldstein@dl.com; ilevee@lowenstein.com;
info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com;
israel.dahan@cwt.com; jacobsonn@sec.gov; jafeltman@wlrk.com;
james.mcclammy@dpw.com; jamestecce@quinnemanuel.com; jason.jurgens@cwt.com;
jatkins@duffyandatkins.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com;
Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com;
jbromley@cgsh.com; jcarberry@cl-law.com; Jdrucker@coleschotz.com;
jdyas@halperinlaw.net; jeff.wittig@coair.com; jeffrey.sabin@bingham.com;
jeldredge@velaw.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;
jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com;
jfox@joefoxlaw.com; jfinerty@pfeiferlaw.com; jg5786@att.com;
jgarrity@shearman.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com;
jhs7@att.net; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com;
jjureller@klestadt.com; jkehoe@sbtklaw.com; jketten@willkie.com;
jkurtzman@klehr.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com;
jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com;
jlovi@steptoe.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com;
jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com;
john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com;
jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com;

joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com;
jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com;
jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com;
jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com;
jtimko@allenmatkins.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com;
jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com;
jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com;
jwishnew@mofo.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com;
karol.denniston@dlapiper.com; KDWBankruptcyDepartment@kelleydrye.com;
keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com;
ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com;
kkelly@ebglaw.com; Klippman@munsch.com; klyman@irell.com;
kmayer@mccarter.com; kmisken@mcguirewoods.com; kobak@hugheshubbard.com;
korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kpiper@steptoe.com;
kressk@pepperlaw.com; KReynolds@mklawnyc.com; kristin.going@dbr.com;
krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com;
kurt.mayr@bgllp.com; lacyr@sullcrom.com; lalshibib@reedsmith.com;
Landon@StreusandLandon.com; lattard@kayescholer.com; lawrence.bass@hro.com;
lberkoff@moritthock.com; lbtancredi@venable.com; lehman@fklaw.com;
lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com;
lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com;
Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com;
lnashelsky@mofo.com; lromansic@steptoe.com; lscarcella@farrellfritz.com;
lschweitzer@cgsh.com; lubell@hugheshubbard.com; lwhidden@salans.com;
lwong@pfeiferlaw.com; mabrams@willkie.com; macronin@debevoise.com;
MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com;
margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com;
mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com;
martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov; masaki_konishi@noandt.com;
matthew.dyer@prommis.com; matthew.klepper@dlapiper.com;
Mbass@HodgsonRuss.com; mbenner@tishmanspeyer.com;
mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com;
mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com;
mdorval@stradley.com; metkin@lowenstein.com; mgordon@briggs.com;
mgreger@allenmatkins.com; mhopkins@cov.com; michael.kim@kobrekim.com;
mimi.m.wong@irscounsel.treas.gov.; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com; mkjaer@winston.com;
mlahaie@akingump.com; MLandman@lcbf.com; mmendez@hunton.com;
mmickey@mayerbrown.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp;
mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com;
mpfeifer@pfeiferlaw.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com;
mruetzel@whitecase.com; mschimel@sju.edu; MSchleich@fraserstryker.com;
mschonholtz@kayescholer.com; mshiner@tuckerlaw.com; mspeiser@stroock.com;
mstamer@akingump.com; mvenditto@reedsmith.com; Nasreen.Bulos@dubaiic.com;
ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com;

3

newyork@sec.gov; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; oipress@travelers.com; omeca.nedd@lovells.com; owllady@hughes.net; patrick.potter@pillsburylaw.com; paul.deutch@troutmansanders.com; paul.turner@sutherland.com; pbentley@kramerlevin.com; pbosswick@ssbb.com; pdublin@akingump.com; peter.gilhuly@lw.com; peter.simmons@friedfrank.com; peter.zisser@hklaw.com; peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com; pnichols@whitecase.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; pprewitt@lockelord.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com; pwright@dl.com; r.stahl@stahlzelloe.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbyman@jenner.com; rcarlin@breslowwalker.com; rdaversa@orrick.com; rfleischer@pryorcashman.com; rfrankel@orrick.com; rgmason@wlrk.com; rgraham@whitecase.com; rhett.campbell@tklaw.com; richard.lear@hklaw.com; richard.levy@lw.com; ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com; rmunsch@munsch.com; rnetzer@willkie.com; rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; Robin.Keller@Lovells.com; ronald.silverman@bingham.com; rreid@sheppardmullin.com; RTrust@cravath.com; rwasserman@cftc.gov; rwynne@kirkland.com; rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com; sagolden@hhlaw.com; Sally.Henry@skadden.com; sandra.mayerson@hklaw.com; Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; schapman@willkie.com; Schepis@pursuitpartners.com; schristianson@buchalter.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sean@blbglaw.com; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; SGross@HodgsonRuss.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; sheehan@txschoollaw.com; shumaker@pursuitpartners.com; shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com; SLoden@DiamondMcCarthy.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; stan@smehaffey.com; steele@lowenstein.com; stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@duffyandatkins.com; TGoren@mofo.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com;

ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; weguchi@orrick.com; weissjw@gtlaw.com; wendy.rosenthal@cliffordchance.com; wheuer@dl.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; crmomjian@attorneygeneral.gov; william.m.goldman@dlapiper.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com

# Exhibit B

OFFICE OF THE NEW YORK ATTORNEY GENERAL
FAX NO.:  (212) 416-6042

INTERNAL REVENUE SERVICE
FAX NO.:  (212) 436-1931

ANDY VELEZ-RIVERA, ESQ.
PAUL SCHWARTZBERG, ESQ.
BRIAN MASUMOTO, ESQ.
LINDA RIFFKIN, ESQ.
TRACY HOPE DAVIS, ESQ.
OFFICE OF THE UNITED STATES TRUSTEE
FAX NO.:  (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
         Lori R. Fife, Esq.
         Shai Y. Waisman, Esq.
         Jacqueline Marcus, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield, Esq.
         Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
         Hydee R. Feldstein, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.
         Paul Schwartzberg, Esq.
         Brian Masumoto, Esq.
         Linda Rifkin, Esq.
         Tracy Hope Davis, Esq.