UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------------x    **Ref. Docket No. 2339**

| | | |
|---|---|---|
| | : | |
| In re | : | |
| **LEHMAN BROTHERS, INC.,** | : | **Case No.** |
| | : | |
| Debtor. | : | **08-01420 (JMP) (SIPA)** |
| | : | |

-----------------------------------------------------------------------x    **Ref. Docket No. 463**

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

       BRIDGET GALLERIE, being duly sworn, deposes and says:

      1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

      2.    On December 21, 2008, I caused to be served the "Amended Notice Of Agenda Of Matters Scheduled For Hearing On December 22, 2008 at 10:00 a.m.," dated December 21, 2008, [Docket No. 2339], by causing true and correct copies to be:

      a)  delivered by email to those parties listed on the attached Exhibit "A," and

      b)  delivered by facsimile to those parties listed on the attached Exhibit "B."

3.       All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/Bridget Gallerie
Bridget Gallerie

Sworn to before me this
21st day of December, 2008
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

**Email Addresses**

| | |
|---|---|
| aalfonso@kayescholer.com | jtimko@allenmatkins.com |
| abraunstein@riemerlaw.com | jtougas@mayerbrown.com |
| acaton@kramerlevin.com | judy.morse@crowedunlevy.com |
| acker@chapman.com | jwallack@goulstonstorrs.com |
| adarwin@nixonpeabody.com | jwang@sipc.org |
| adg@adorno.com | jweiss@gibsondunn.com |
| Adiamond@DiamondMcCarthy.com | jwest@velaw.com |
| aentwistle@entwistle-law.com | jwhitman@entwistle-law.com |
| aglenn@kasowitz.com | jwishnew@mofo.com |
| agold@herrick.com | k4.nomura@aozorabank.co.jp |
| agolianopoulos@mayerbrown.com | karen.wagner@dpw.com |
| ahammer@freebornpeters.com | karol.denniston@dlapiper.com |
| aisenberg@saul.com | KDWBankruptcyDepartment@kelleydrye.com |
| akantesaria@oppenheimerfunds.com | keith.simon@lw.com |
| akihiko_yagyuu@chuomitsui.jp | Ken.Coleman@allenovery.com |
| albaugh.colin@pbgc.gov | ken.higman@hp.com |
| alex.torres@infospace.com | kgwynne@reedsmith.com |
| amarder@msek.com | kiplok@hugheshubbard.com |
| AMcMullen@BoultCummings.com | kkelly@ebglaw.com |
| amenard@tishmanspeyer.com | Klippman@munsch.com |
| Andrew.Brozman@cliffordchance.com | kmayer@mccarter.com |
| andrew.lourie@kobrekim.com | kmisken@mcguirewoods.com |
| angelich.george@arentfox.com | kobak@hugheshubbard.com |
| ann.reynaud@shell.com | korr@orrick.com |
| anne.kennelly@hp.com | KOstad@mofo.com |
| aoberry@bermanesq.com | kovskyd@pepperlaw.com |
| apo@stevenslee.com | kpiper@steptoe.com |
| araboy@cov.com | kressk@pepperlaw.com |
| arheaume@riemerlaw.com | KReynolds@mklawnyc.com |
| arlbank@pbfcm.com | kristin.going@dbr.com |
| arosenblatt@chadbourne.com | krosen@lowenstein.com |
| arwolf@wlrk.com | krubin@ozcap.com |
| aseuffert@lawpost-nyc.com | kstahl@whitecase.com |
| ashmead@sewkis.com | kurt.mayr@bgllp.com |
| asnow@ssbb.com | lacyr@sullcrom.com |
| atrehan@mayerbrown.com | lalshibib@reedsmith.com |
| austin.bankruptcy@publicans.com | Landon@StreusandLandon.com |
| avenes@whitecase.com | lattard@kayescholer.com |
| avi.gesser@dpw.com | lawrence.bass@hro.com |
| awasserman@lockelord.com | lberkoff@moritthock.com |
| azylberberg@whitecase.com | lehman@fklaw.com |
| bambacha@sec.gov | lgranfield@cgsh.com |
| bankruptcy@goodwin.com | lhandelsman@stroock.com |
| bankruptcy@morrisoncohen.com | linda.boyle@twtelecom.com |
| bankruptcymatters@us.nomura.com | lisa.kraidin@allenovery.com |
| bbisignani@postschell.com | lmarinuzzi@mofo.com |
| bguiney@pbwt.com | Lmay@coleschotz.com |
| bhinerfeld@sbtklaw.com | lmcgowen@orrick.com |
| bill.freeman@pillsburylaw.com | lml@ppgms.com |
| bmanne@tuckerlaw.com | lnashelsky@mofo.com |
| BMiller@mofo.com | lromansic@steptoe.com |

**Email Addresses**

| | |
|---|---|
| boneill@kramerlevin.com | lschweitzer@cgsh.com |
| bpershkow@profunds.com | lubell@hugheshubbard.com |
| brad.dempsey@hro.com | lwhidden@salans.com |
| brendalblanks@eaton.com | mabrams@willkie.com |
| brian.pfeiffer@friedfrank.com | macronin@debevoise.com |
| brian_corey@gtservicing.com | MAOFILING@CGSH.COM |
| bromano@willkie.com | Marc.Chait@standardchartered.com |
| broy@rltlawfirm.com | margolin@hugheshubbard.com |
| bruce.ortwine@sumitomotrust.co.jp | mark.deveno@bingham.com |
| bt@luckydognc.com | mark.ellenberg@cwt.com |
| btrust@mayerbrown.com | mark.houle@pillsburylaw.com |
| btupi@tuckerlaw.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | martin.davis@ots.treas.gov |
| canelas@pursuitpartners.com | masaki_konishi@noandt.com |
| carol.weinerlevy@bingham.com | matthew.dyer@prommis.com |
| carter.hunter@arentfox.com | matthew.klepper@dlapiper.com |
| cbelmonte@ssbb.com | Mbass@HodgsonRuss.com |
| cdesiderio@nixonpeabody.com | mbenner@tishmanspeyer.com |
| chammerman@paulweiss.com | mberman@nixonpeabody.com |
| charles@filardi-law.com | mbienenstock@dl.com |
| chris.donoho@lovells.com | mcademartori@sheppardmullin.com |
| christopher.schueller@bipc.com | mcordone@stradley.com |
| cmontgomery@salans.com | mcto@debevoise.com |
| CMTB_LC11@chuomitsui.jp | mdorval@stradley.com |
| cohena@sec.gov | metkin@lowenstein.com |
| cohenr@sewkis.com | mgreger@allenmatkins.com |
| cp@stevenslee.com | mhopkins@cov.com |
| crogers@orrick.com | michael.kim@kobrekim.com |
| cs@stevenslee.com | mitchell.ayer@tklaw.com |
| cschreiber@winston.com | mitchell.epner@friedfrank.com |
| cshulman@sheppardmullin.com | mjacobs@pryorcashman.com |
| ctatelbaum@adorno.com | mjedelman@vedderprice.com |
| cward@polsinelli.com | mkjaer@winston.com |
| cweber@ebg-law.com | mlahaie@akingump.com |
| cweiss@ingramllp.com | MLandman@lcbf.com |
| dallas.bankruptcy@pulicans.com | mmendez@hunton.com |
| daniel.guyder@allenovery.com | mmickey@mayerbrown.com |
| danna.drori@usdoj.gov | mmorreale@us.mufg.jp |
| david.bennett@tklaw.com | mmurphy@co.sanmateo.ca.us |
| david.crichlow@pillsburylaw.com | monica.lawless@brookfieldproperties.com |
| david.heller@lw.com | mpage@kelleydrye.com |
| davids@blbglaw.com | mpucillo@bermanesq.com |
| davidwheeler@mvalaw.com | mrosenthal@gibsondunn.com |
| dbalog@intersil.com | mruetzel@whitecase.com |
| dbarber@bsblawyers.com | mschimel@sju.edu |
| dbaumstein@whitecase.com | MSchleich@fraserstryker.com |
| dbesikof@loeb.com | mschonholtz@kayescholer.com |
| dckaufman@hhlaw.com | mshiner@tuckerlaw.com |
| dclark@stinson.com | mspeiser@stroock.com |
| dcoffino@cov.com | mstamer@akingump.com |
| dcrapo@gibbonslaw.com | mvenditto@reedsmith.com |

**Email Addresses**

ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dneier@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com

Nasreen.Bulos@dubaiic.com
nbannon@tishmanspeyer.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
omeca.nedd@lovells.com
owllady@hughes.net
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
prachmuth@reedsmith.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com

**Email Addresses**

eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
grosenberg@co.arapahoe.co.us
gschiller@zeislaw.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com

robert.malone@dbr.com
Robert.yalen@usdoj.gov
shumaker@pursuitpartners.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
Russj4478@aol.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
Sara.Tapinekis@cliffordchance.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheakkorzun@comcast.net
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com
snewman@katskykorins.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov

**Email Addresses**

jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeffrey.sabin@bingham.com
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jg5786@att.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jketten@willkie.com
jkurtzman@klehr.com
jlamar@maynardcooper.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jschwartz@hahnhessen.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com

steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
wheuer@dl.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Email**

AEckstein@BlankRome.com
AFisch@Stutman.com
agamza@mosessinger.com
andrew.troop@cwt.com
apincus@reedsmith.com
arovira@sidley.com
barnold@whdlaw.com
bblaustein@kelleydrye.com
carmen.lonstein@bakernet.com
cboccuzzi@cgsh.com
ccallari@venable.com
ccaruso@mosessinger.com
cdrewes@kelleydrye.com
cpanzer@sillscummis.com
craig.freeman@alston.com
dalowenthal@pbwt.com
david.elkind@ropesgray.com
David.Sullivan@cliffordchance.com
dbarrack@fulbright.com
DCBryan@wlrk.com
ddiesing@whdlaw.com
demetra.liggins@tklaw.com
dhlee@sidley.com
diconzam@gtlaw.com
dlgordon@dl.com
dmcgarry@whdlaw.com
dnolan@duffyandatkins.com
dpost@kramerlevin.com
dsaval@brownrudnick.com
DuBrul@BlankRome.com
dworkman@bakerlaw.com
easmith@venable.com
eglas@mccarter.com
ejokinen@proskauer.com
ekates@bakerlaw.com
erickay@quinnemanuel.com
esnyder@sillerwilk.com
etillinghast@sheppardmullin.com
eugene.chikowski@flastergreenberg.com
eweisfelner@brownrudnick.com
ewietecha@coleschotz.com
ewilson@kelleydrye.com
gacross@venable.com
gponto@gibbonslaw.com
greg.kupniewski@flastergreenberg.com
gsantamour@wolfblock.com
harvey.miller@weil.com
hball@bradleyarant.com
hsteel@kelleydrye.com
hyland@sewkis.com
igoldstein@dl.com

morgan.bradylyons@ropesgray.com
mprimoff@kayescholer.com
msternstein@sheppardmullin.com
mtaylor@bradleyarant.com
nbinder@rkollp.com
nila.williams@ropesgray.com
nrosenbaum@mofo.com
nshanahan@coleschotz.com
payson.coleman@pillsburylaw.com
pdarby@bradleyarant.com
peter.barrett@kutakrock.com
peter.friedman@cwt.com
pkizel@lowenstein.com
plabov@eapdlaw.com
rbernard@bakerlaw.com
RCavaliere@BlankRome.com
rchristmas@nixonpeabody.com
rhett.campbell@tklaw.com
richard.krasnow@weil.com
rick.antonoff@pillsburylaw.com
robert.dombroff@bingham.com
robert.lemons@weil.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
seth.goldman@mto.com
shai.waisman@weil.com
shuba.satyaprasad@ropesgray.com
sk@kieselaw.com
skimmelman@sillscummis.com
SMertz@faegre.com
smunson@herrick.com
spohl@brownrudnick.com
sreisman@curtis.com
SYun@Stutman.com
szuch@wiggin.com
tdriscoll@moritthock.com
tduffy@duffyandatkins.com
tgerber@fulbright.com
thomas.roubidoux@kutakrock.com
top@chapman.com
TStolman@Stutman.com
Tuteur@BlankRome.com
tzink@chadbourne.com
van.durrer@skadden.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wbaldiga@brownrudnick.com
Wendy.Rosenthal@cliffordchance.com
william.hao@alston.com
william.m.goldman@dlapiper.com
zsegal-reichlin@cgsh.com

**Email**

ira.a.reid@bakernet.com
ira.herman@tklaw.com
jacqueline.marcus@weil.com
jandersen@dickinsonlaw.com
jane.rogers@ropesgray.com
jared.clark@bingham.com
jatkins@duffyandatkins.com
jay.goffman@skadden.com
jay.jolley@kutakrock.com
jeff.friedman@kattenlaw.com
jeff.rich@klgates.com
jessica.fink@cwt.com
johnh.thompson@cwt.com
jrosenthal@cgsh.com
jsafer@lockelord.com
jschwartz@sbclaw.com
jvincequerra@wolfblock.com
jwagner@kramerlevin.com
keith.wofford@ropesgray.com
kit.weitnauer@alston.com
kmathews@sheppardmullin.com
kmayer@mccarter.com
kristin.elliott@klgates.com
ksambur@rkollp.com
lattanasio@sidley.com
lattard@kayescholer.com
laura.martin@allenovery.com
lberkoff@moritthock.com
leslie.chervokas@cwt.com
lharrison@curtis.com
lhenin@eapdlaw.com
lori.fife@weil.com
mark.broude@lw.com
mark.lessard@pillsburylaw.com
mark.mcdermott@skadden.com
mark.shinderman@mto.com
mark.somerstein@ropesgray.com
Martin.Eisenberg@thompsonhine.com
marty.bunin@alston.com
matthew.morris@lovells.com
mbienenstock@dl.com
MBusenkell@wcsr.com
MDoty@faegre.com
merritt.pardini@kattenlaw.com
metkin@lowenstein.com
mfriedman@rkollp.com
mheavner@mhc-law.com
michael.feldberg@allenovery.com
mitchell.ayer@tklaw.com
MKrauss@faegre.com
MMorgulas@Stutman.com

**EXHIBIT "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |