**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,        :        **Case No. 08-13555 (JMP)**
                                                    :
           Debtors.                                 :        **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------x        **Ref. Docket Nos. 2406, 2408**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

      PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On December 29, I caused to be served the following:

    a)   "NOTICE OF DEBTORS' MOTION PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE FOR AN EXTENSION OF THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY," dated December 29, 2008, to which was attached the "DEBTORS' MOTION PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE FOR AN EXTENSION OF THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY," dated December 29, 2008 [docket #2406], (the "Unexpired Leases Motion"), and

    b)   "NOTICE OF DEBTORS' MOTION PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE REQUESTING EXTENSION OF EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THEREOF," dated December 29, 2008, to which was attached the "DEBTORS' MOTION PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE REQUESTING EXTENSION OF EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THEREOF," dated December 29, 2008 [docket #2408], (the "Chapter 11 Plan and Solicitation Motion"; together with the Unexpired Leases Motion, "All Documents" ),

by causing true and correct copies of:

a) All Documents to be delivered by email to those parties listed on the attached Exhibit "A",

b) All Documents to be delivered by facsimile to those parties listed on the attached Exhibit "B",

c) the Unexpired Leases Motion securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C", and

d) All Documents enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "D".

3.       All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
30th day of December, 2008
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

2

**EXHIBIT A**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bambacha@sec.gov
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com

bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bt@luckydognc.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
carter.hunter@arentfox.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com

dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dneier@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com

eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
grosenberg@co.arapahoe.co.us
gschiller@zeislaw.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay@kleinsolomon.com

Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jg5786@att.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jketten@willkie.com
jkurtzman@klehr.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jschwartz@hahnhessen.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com

jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawrence.bass@hro.com
lberkoff@moritthock.com
lehman@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com

| | |
|---|---|
| lschweitzer@cgsh.com | mvenditto@reedsmith.com |
| lubell@hugheshubbard.com | Nasreen.Bulos@dubaiic.com |
| lwhidden@salans.com | nbannon@tishmanspeyer.com |
| mabrams@willkie.com | neal.mann@oag.state.ny.us |
| macronin@debevoise.com | ned.schodek@shearman.com |
| MAOFILING@CGSH.COM | newyork@sec.gov |
| Marc.Chait@standardchartered.com | Nherman@morganlewis.com |
| margolin@hugheshubbard.com | nissay_10259-0154@mhmjapan.com |
| mark.deveno@bingham.com | oipress@travelers.com |
| mark.ellenberg@cwt.com | omeca.nedd@lovells.com |
| mark.houle@pillsburylaw.com | owllady@hughes.net |
| mark.sherrill@sutherland.com | paronzon@milbank.com |
| martin.davis@ots.treas.gov | patrick.potter@pillsburylaw.com |
| Marvin.Clements@ag.tn.gov | paul.deutch@troutmansanders.com |
| masaki_konishi@noandt.com | paul.turner@sutherland.com |
| matthew.dyer@prommis.com | pbentley@kramerlevin.com |
| matthew.klepper@dlapiper.com | pbosswick@ssbb.com |
| Mbass@HodgsonRuss.com | pdublin@akingump.com |
| mbenner@tishmanspeyer.com | peter.gilhuly@lw.com |
| mberman@nixonpeabody.com | peter.simmons@friedfrank.com |
| mbienenstock@dl.com | peter.zisser@hklaw.com |
| mcademartori@sheppardmullin.com | peter@bankrupt.com |
| mcordone@stradley.com | pfeldman@oshr.com |
| mcto@debevoise.com | phayden@mcguirewoods.com |
| mdorval@stradley.com | pnichols@whitecase.com |
| metkin@lowenstein.com | ppascuzzi@ffwplaw.com |
| mgreger@allenmatkins.com | ppatterson@stradley.com |
| mhopkins@cov.com | pprewitt@lockelord.com |
| michael.kim@kobrekim.com | prachmuth@reedsmith.com |
| mimi.m.wong@irscounsel.treas.gov. | pwirt@ftportfolios.com |
| mitchell.ayer@tklaw.com | pwright@dl.com |
| mitchell.epner@friedfrank.com | r.stahl@stahlzelloe.com |
| mjacobs@pryorcashman.com | ramona.neal@hp.com |
| mjedelman@vedderprice.com | ranjit.mather@bnymellon.com |
| mkjaer@winston.com | rcarlin@breslowwalker.com |
| mlahaie@akingump.com | rdaversa@orrick.com |
| MLandman@lcbf.com | rfleischer@pryorcashman.com |
| mmendez@hunton.com | rfrankel@orrick.com |
| mmickey@mayerbrown.com | rgmason@wlrk.com |
| mmorreale@us.mufg.jp | rgraham@whitecase.com |
| mmurphy@co.sanmateo.ca.us | rhett.campbell@tklaw.com |
| monica.lawless@brookfieldproperties.com | richard.lear@hklaw.com |
| mpage@kelleydrye.com | richard.levy@lw.com |
| mpucillo@bermanesq.com | ritkin@steptoe.com |
| mrosenthal@gibsondunn.com | RJones@BoultCummings.com |
| mruetzel@whitecase.com | RLevin@cravath.com |
| mschimel@sju.edu | rmatzat@hahnhessen.com |
| MSchleich@fraserstryker.com | rmunsch@munsch.com |
| mschonholtz@kayescholer.com | rnetzer@willkie.com |
| mshiner@tuckerlaw.com | rnies@wolffsamson.com |
| mspeiser@stroock.com | robert.bailey@bnymellon.com |
| mstamer@akingump.com | robert.dombroff@bingham.com |

| | |
|---|---|
| robert.henoch@kobrekim.com | steven.perlstein@kobrekim.com |
| robert.malone@dbr.com | steven.wilamowsky@bingham.com |
| Robert.yalen@usdoj.gov | Streusand@StreusandLandon.com |
| Robin.Keller@Lovells.com | susan.schultz@newedgegroup.com |
| ronald.silverman@bingham.com | susheelkirpalani@quinnemanuel.com |
| rreid@sheppardmullin.com | szuch@wiggin.com |
| RTrust@cravath.com | tannweiler@greerherz.com |
| Russj4478@aol.com | tarbit@cftc.gov |
| rwasserman@cftc.gov | tbrock@ssbb.com |
| rwynne@kirkland.com | tduffy@duffyandatkins.com |
| rwyron@orrick.com | TGoren@mofo.com |
| s.minehan@aozorabank.co.jp | thomas.califano@dlapiper.com |
| sabin.willett@bingham.com | Thomas_Noguerola@calpers.ca.gov |
| sabramowitz@velaw.com | thomaskent@paulhastings.com |
| sagolden@hhlaw.com | timothy.brink@dlapiper.com |
| Sally.Henry@skadden.com | timothy.palmer@bipc.com |
| sandra.mayerson@hklaw.com | tjfreedman@pbnlaw.com |
| Sara.Tapinekis@cliffordchance.com | tkarcher@dl.com |
| schapman@willkie.com | tkiriakos@mayerbrown.com |
| Schepis@pursuitpartners.com | tmacwright@whitecase.com |
| schristianson@buchalter.com | tmayer@kramerlevin.com |
| scottshelley@quinnemanuel.com | tnixon@gklaw.com |
| scousins@armstrongteasdale.com | toby.r.rosenberg@irscounsel.treas.gov |
| sdnyecf@dor.mo.gov | tslome@msek.com |
| sean@blbglaw.com | ttracy@crockerkuno.com |
| sehlers@armstrongteasdale.com | twatanabe@mofo.com |
| sfelderstein@ffwplaw.com | twheeler@lowenstein.com |
| sfineman@lchb.com | ukreppel@whitecase.com |
| sfox@mcguirewoods.com | vdagostino@lowenstein.com |
| sgordon@cahill.com | Villa@StreusandLandon.com |
| SGross@HodgsonRuss.com | vmilione@nixonpeabody.com |
| sgubner@ebg-law.com | vrubinstein@loeb.com |
| sharbeck@sipc.org | wanda.goodloe@cbre.com |
| shari.leventhal@ny.frb.org | WBallaine@lcbf.com |
| sheakkorzun@comcast.net | wbenzija@halperinlaw.net |
| sheehan@txschoollaw.com | wcurchack@loeb.com |
| shumaker@pursuitpartners.com | weguchi@orrick.com |
| shumaker@pursuitpartners.com | weissjw@gtlaw.com |
| sidorsky@butzel.com | wendy.rosenthal@cliffordchance.com |
| slerner@ssd.com | wfoster@milbank.com |
| SLoden@DiamondMcCarthy.com | wheuer@dl.com |
| smillman@stroock.com | wiltenburg@hugheshubbard.com |
| snewman@katskykorins.com | wisotska@pepperlaw.com |
| spiotto@chapman.com | wsilverm@oshr.com |
| splatzer@platzerlaw.com | wswearingen@llf-law.com |
| SRee@lcbf.com | wtaylor@mccarter.com |
| sselbst@herrick.com | wzoberman@bermanesq.com |
| sshimshak@paulweiss.com | yamashiro@sumitomotrust.co.jp |
| stan@smehaffey.com | |
| steele@lowenstein.com | |
| stephanie.wickouski@dbr.com | |
| steve.ginther@dor.mo.gov | |

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**EXHIBIT C**

Historic TW Inc.
Attn: Senior Vice President-
Administrative Services
1271 Avenue of the Americas
New York, NY 10020

Rockefeller Center North, Inc.
Attn: Senior Vice President of Operations
1221 Avenue of the Americas
New York, NY
10020

600 Partners Co., L.P.
600 Madison Avenue
New York, NY 10022

85 Tenth Avenue Associates, L.L.C.
c/o The Related Companies, L.P.
60 Columbus Circle
New York, NY 10023

DBSI Housing, Inc.
Attn: Vice President of Leasing
12426 W. Explorer Drive
Suite 190
Boise, ID 83713

101 Hudson Leasing Associates
Attn: Mack-Cali Realty Corporation
343 Thornall Street, 8th Floor
Edison, NJ 08837

AIG Technologies, Inc.
Attn: Graham Alexander,
Senior Vice President
2 Peachtree Hill Road
Livingston, NJ 07039

Texas Tower Limited
600 Travis Street, Suite 2380
Houston, TX 77002

The Irvine Company LLC
550 Newport Center Drive
Newport Beach, CA 92660

Hanover Moving & Storage Co.
Attn: Leonard Masucci
50 Dey Street
Jersey City, NJ 07036

**EXHIBIT D**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004