**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS, INC. et al.,        :    Case No. 08-13555 (JMP)
                                              :
             Debtors.                         :    (Jointly Administered)
                                              :
-----------------------------------------------------------------x    Ref. Docket No. 2334
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On December 19, 2008, I served the "NOTICE OF DEBTORS' MOTION, PURSUANT TO SECTIONS 105(a), 363, AND 365 OF THE BANKRUPTCY CODE, FOR AUTHORIZATION TO (i) ASSUME A SUBSCRIPTION AGREEMENT AND CERTAIN OTHER AGREEMENTS WITH WILTON RE HOLDINGS LIMITED, (ii) AMEND SAID SUBSCRIPTING AGREEMENT, AND (iii) FUND THE CAPITAL COMMITMENT PURSUANT TO SAID SUBSCRIPTION AGREEMENT," dated December 19, 2008, to which was attached the "DEBTORS' MOTION, PURSUANT TO SECTIONS 105(a), 363, AND 365 OF THE BANKRUPTCY CODE, FOR AUTHORIZATION TO (i) ASSUME A SUBSCRIPTION AGREEMENT AND CERTAIN OTHER AGREEMENTS WITH WILTON RE HOLDINGS LIMITED, (ii) AMEND SAID SUBSCRIPTION AGREEMENT, AND (iii) FUND THE CAPITAL COMMITMENT PURSUANT TO SAID SUBSCRIPTION AGREEMENT," dated December 19, 2008 [Docket No. 2334] by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A" and to those parties listed on the attached Exhibit "B",

    b) delivered by facsimile to those parties listed on the attached Exhibit "C", and

    c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "D".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

        /s/ Paul Belobritsky
Sworn to before me this         Paul Belobritsky
23rd day of December, 2008
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

# Exhibit "A"

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bambacha@sec.gov
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com

boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bt@luckydognc.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
carter.hunter@arentfox.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com

| | |
|---|---|
| ddavis@paulweiss.com | esmith@dl.com |
| ddrebsky@nixonpeabody.com | ezavalkoff-babej@vedderprice.com |
| ddunne@milbank.com | ezujkowski@emmetmarvin.com |
| deborah.saltzman@dlapiper.com | fbp@ppgms.com |
| deggert@freebornpeters.com | feldsteinh@sullcrom.com |
| demetra.liggins@tklaw.com | ffm@bostonbusinesslaw.com |
| deryck.palmer@cwt.com | fhyman@mayerbrown.com |
| dfelder@orrick.com | fishere@butzel.com |
| dflanigan@polsinelli.com | frank.white@agg.com |
| dfriedman@kasowitz.com | fred.berg@rvblaw.com |
| dhayes@mcguirewoods.com | fsosnick@shearman.com |
| dheffer@foley.com | gabriel.delvirginia@verizon.net |
| dirk.roberts@ots.treas.gov | gary.ticoll@cwt.com |
| dkleiner@velaw.com | gauchb@sec.gov |
| dkozusko@willkie.com | gbray@milbank.com |
| dladdin@agg.com | george.davis@cwt.com |
| dlemay@chadbourne.com | GGraber@HodgsonRuss.com |
| dlipke@vedderprice.com | giaimo.christopher@arentfox.com |
| dludman@brownconnery.com | giddens@hugheshubbard.com |
| dmcguire@winston.com | gkaden@goulstonstorrs.com |
| dneier@winston.com | GLee@mofo.com |
| dodonnell@milbank.com | glee@mofo.com |
| donald.badaczewski@dechert.com | glenn.siegel@dechert.com |
| douglas.bacon@lw.com | gmoss@riemerlaw.com |
| douglas.mcgill@dbr.com | gnovod@kramerlevin.com |
| DPiazza@HodgsonRuss.com | grosenberg@co.arapahoe.co.us |
| dravin@wolffsamson.com | gschiller@zeislaw.com |
| drose@pryorcashman.com | hanh.huynh@cwt.com |
| drosenzweig@fulbright.com | harrisjm@michigan.gov |
| drosner@goulstonstorrs.com | harveystrickon@paulhastings.com |
| drosner@kasowitz.com | heiser@chapman.com |
| dshemano@pwkllp.com | hirsh.robert@arentfox.com |
| dswan@mcguirewoods.com | hollace.cohen@troutmansanders.com |
| dtatge@ebglaw.com | howard.hawkins@cwt.com |
| dwdykhouse@pbwt.com | hseife@chadbourne.com |
| dwildes@stroock.com | hsnovikoff@wlrk.com |
| eagle.sara@pbgc.gov | hweg@pwkllp.com |
| echang@steinlubin.com | ian.levy@kobrekim.com |
| ecohen@russell.com | igoldstein@dl.com |
| efile@pbgc.gov | ilevee@lowenstein.com |
| efile@willaw.com | info2@normandyhill.com |
| efleck@milbank.com | ira.herman@tklaw.com |
| efriedman@friedumspring.com | isgreene@hhlaw.com |
| eglas@mccarter.com | israel.dahan@cwt.com |
| ehollander@whitecase.com | jacobsonn@sec.gov |
| ehorn@lowenstein.com | jafeltman@wlrk.com |
| ekbergc@lanepowell.com | james.mcclammy@dpw.com |
| ellen.halstead@cwt.com | jamestecce@quinnemanuel.com |
| elobello@blankrome.com | jason.jurgens@cwt.com |
| eobrien@sbchlaw.com | jatkins@duffyandatkins.com |
| eschaffer@reedsmith.com | jay@kleinsolomon.com |
| eschwartz@contrariancapital.com | Jbecker@wilmingtontrust.com |

| | |
|---|---|
| jbeemer@entwistle-law.com | jwallack@goulstonstorrs.com |
| jbird@polsinelli.com | jwang@sipc.org |
| jbromley@cgsh.com | jweiss@gibsondunn.com |
| jcarberry@cl-law.com | jwest@velaw.com |
| Jdrucker@coleschotz.com | jwhitman@entwistle-law.com |
| jdyas@halperinlaw.net | jwishnew@mofo.com |
| jeffrey.sabin@bingham.com | k4.nomura@aozorabank.co.jp |
| jeff.wittig@coair.com | karen.wagner@dpw.com |
| jeldredge@velaw.com | karol.denniston@dlapiper.com |
| jennifer.demarco@cliffordchance.com | KDWBankruptcyDepartment@kelleydrye.com |
| jennifer.gore@shell.com | keith.simon@lw.com |
| jeremy.eiden@state.mn.us | Ken.Coleman@allenovery.com |
| jfalgowski@reedsmith.com | ken.higman@hp.com |
| jg5786@att.com | kgwynne@reedsmith.com |
| jgarrity@shearman.com | kiplok@hugheshubbard.com |
| jguy@orrick.com | kkelly@ebglaw.com |
| jherzog@gklaw.com | Klippman@munsch.com |
| jhs7@att.net | kmayer@mccarter.com |
| jhuggett@margolisedelstein.com | kmisken@mcguirewoods.com |
| jhuh@ffwplaw.com | kobak@hugheshubbard.com |
| jjureller@klestadt.com | korr@orrick.com |
| jkehoe@sbtklaw.com | KOstad@mofo.com |
| jketten@willkie.com | kovskyd@pepperlaw.com |
| jkurtzman@klehr.com | kpiper@steptoe.com |
| jlamar@maynardcooper.com | kressk@pepperlaw.com |
| jlee@foley.com | KReynolds@mklawnyc.com |
| jlevitin@cahill.com | kristin.going@dbr.com |
| jlipson@crockerkuno.com | krosen@lowenstein.com |
| jliu@dl.com | krubin@ozcap.com |
| jlovi@steptoe.com | kstahl@whitecase.com |
| jmazermarino@msek.com | kurt.mayr@bgllp.com |
| jmcginley@wilmingtontrust.com | lacyr@sullcrom.com |
| jmelko@gardere.com | lalshibib@reedsmith.com |
| jmerva@fult.com | Landon@StreusandLandon.com |
| john.mcnicholas@dlapiper.com | lattard@kayescholer.com |
| john.monaghan@hklaw.com | lawrence.bass@hro.com |
| john.rapisardi@cwt.com | lberkoff@moritthock.com |
| jorbach@hahnhessen.com | lehman@fklaw.com |
| joseph.scordato@dkib.com | lgranfield@cgsh.com |
| joshua.dorchak@bingham.com | lhandelsman@stroock.com |
| jowen769@yahoo.com | linda.boyle@twtelecom.com |
| JPintarelli@mofo.com | lisa.kraidin@allenovery.com |
| jpintarelli@mofo.com | lmarinuzzi@mofo.com |
| jporter@entwistle-law.com | Lmay@coleschotz.com |
| jprol@lowenstein.com | lmcgowen@orrick.com |
| jrabinowitz@rltlawfirm.com | lml@ppgms.com |
| jschwartz@hahnhessen.com | lnashelsky@mofo.com |
| jshickich@riddellwilliams.com | lromansic@steptoe.com |
| jsmairo@pbnlaw.com | lschweitzer@cgsh.com |
| jtimko@allenmatkins.com | lubell@hugheshubbard.com |
| jtougas@mayerbrown.com | lwhidden@salans.com |
| judy.morse@crowedunlevy.com | mabrams@willkie.com |

macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
metkin@lowenstein.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mitchell.ayer@tklaw.com
mitchell.epner@friedfrank.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
Nasreen.Bulos@dubaiic.com
nbannon@tishmanspeyer.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov

Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
omeca.nedd@lovells.com
owllady@hughes.net
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
prachmuth@reedsmith.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
shumaker@pursuitpartners.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com

RTrust@cravath.com
Russj4478@aol.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
Sara.Tapinekis@cliffordchance.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheakkorzun@comcast.net
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com
snewman@katskykorins.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com

tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
wheuer@dl.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004