**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re                                         :         Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,  :         Case No. 08-13555 (JMP)
                                              :
       Debtors.                               :         (Jointly Administered)
                                              :
-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

  ANGHARAD BOWDLER, being duly sworn, deposes and says:

  1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

  2. On January 23, 2009, I served the "AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND DEADLINES," dated January 12, 2009, a copy of which is attached as Exhibit "A", by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the attached Exhibit "B".

  3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                     /s/ Angharad Bowdler
Sworn to before me this           Angharad Bowdler
26th day of January, 2009

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK ||
|---|---|
| **In re**<br>**Lehman Brothers Holdings Inc., et al.,**<br>                              **Debtors.** | **Chapter 11 Case No:**<br>**08-13555 (JMP)**<br>**(Jointly Administered)** |

### AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND DEADLINES

Chapter 11 bankruptcy cases concerning the debtor corporations listed below were filed on the dates listed below. You may be a creditor of one of the debtors. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. All documents filed with the Court, including lists of the debtors' properties and debts, are available for inspection at the office of the clerk of the Bankruptcy Court and the Court's website, www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff members of the Bankruptcy Clerk's Office and the Office of the United States Trustee cannot give legal advice.

**LIST OF DEBTORS (INCLUDING CASE NUMBER, DATE OF FILING AND TAX IDENTIFICATION NUMBER)**

| | | | |
|---|---|---|---|
| **Lehman Brothers Holdings Inc.** (08-13555 (JMP), 9/15/2008, 13-3216325) | **LB 745 LLC** (08-13600 (JMP), 9/16/2008, 22-3835682) | **PAMI Statler Arms LLC** (08-13664 (JMP), 9/23/2008, 20-4458408) | **Lehman Brothers Commodity Services Inc.** (08-13885 (JMP), 10/3/2008, 20-3364079) |
| **Lehman Brothers Finance SA** (08-13887 (JMP), 10/3/2008, 22-3515005) | **Lehman Brothers Special Financing Inc** (08-13888 (JMP), 10/3/2008, 11-2751029) | **Lehman Brothers OTC Derivatives Inc.** (08-13893 (JMP), 10/3/2008, 13-4184631) | **Lehman Brothers Derivative Products Inc.** (08-13899 (JMP), 10/5/2008, 13-4000849) |
| **Lehman Commercial Paper Inc.** (08-13900 (JMP), 10/5/2008, 13-2501865) | **Lehman Brothers Commercial Corporation** (08-13901 (JMP), 10/5/2008, 13-2927667) | **Lehman Brothers Financial Products** (08-13902 (JMP), 10/5/2008, 13-3749773) | **Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterioir** (08-13903 (JMP), 10/5/2008, None) |
| **Lehman Scottish Finance L.P.** (08-13904 (JMP), 10/5/2008, 98-0531265) | **CES Aviation LLC** (08-13905 (JMP), 10/5/2008, 22-3820734) | **CES Aviation V LLC** (08-13906 (JMP), 10/5/2008, 20-0503490) | **CES Aviation IX LLC** (08-13907 (JMP), 10/5/2008, 20-5321844) |
| **East Dover Limited** (08-13908 (JMP), 10/5/2008, None) | **Luxembourg Residential Properties Loan Finance S.a.r.l.** (09-10108 (JMP), 1/7/2009, None) | **BNC Mortgage LLC** (09-10137 (JMP), 1/9/2009, 13-4134566) | |

**OTHER NAMES USED BY THE DEBTORS IN THE PAST 8 YEARS**: N/A

| **Attorneys for Debtors**<br>Harvey R. Miller<br>Richard P. Krasnow<br>Lori R. Fife<br>Shai Y. Waisman<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: 212-310-8000<br>Facsimile: 212-310-8007 | **DATE, TIME, AND LOCATION OF MEETING OF CREDITORS PURSUANT TO BANKRUPTCY CODE SECTION 341(a):**<br><br>**January 29, 2009 at 10:00 a.m.** (prevailing Eastern Time)<br>Hilton New York<br>Mercury Ballroom<br>1335 Avenue of the Americas<br>New York, NY 10019 |
|---|---|

**DEADLINE TO FILE A PROOF OF CLAIM**

None at this time. When the Court sets a claims deadline, you will be notified and provided a proof of claim form by mail.

**DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**

Not applicable.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**

**IN MOST INSTANCES, THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTORS AND THE DEBTORS' PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTORS CAN REQUEST THE COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS.**

| Address of the Clerk of the Bankruptcy Court<br>Clerk of the United States Bankruptcy Court, S.D.N.Y.<br>One Bowling Green, New York, New York  10004 | For the Court:     Vito Genna<br>                     Acting Clerk of the Bankruptcy Court |
|---|---|
| Hours Open: 9:00 a.m. – 4:30 p.m. | Date: January 12, 2009 |

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this Court by each of the debtors named above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and disclosure statement telling you about the plan, and you might have an opportunity to vote on the plan. You will be sent a notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the debtors' property and may continue to operate their business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtors by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtors; repossessing the debtors' property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtors can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Notice | You will not receive notice of all documents filed in these chapter 11 cases. On September 22, 2008, the Court entered its Order Implementing Certain Notice and Case Management Procedures (the "Notice Procedures Order"). The Notice Procedures Order describes the notice procedures that apply in these chapter 11 cases. All parties who desire to participate in these chapter 11 cases must follow the procedures set forth in the Notice Procedures Order. Parties can obtain a copy of the Notice Procedures Order and all other documents filed electronically with the Court in these cases, including lists of the Debtors' property and debts, by: (i) visiting the Clerk of the Court at One Bowling Green, New York, New York 10004-1408, during normal business hours (9:00 a.m. to 4:30 p.m.) (copying fees will apply), (ii) accessing the Court's website at www.nysb.uscourts.gov (note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website); and (iii) accessing the website maintained by the Debtors in connection with these chapter 11 cases at http://www.lehman-docket.com. |
| Claims | Schedules of liabilities will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not identified as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are scheduled as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file a proof of claim. A creditor who relies on the schedule of liabilities has the responsibility for determining that the claim is listed accurately. A form of proof of claim and notice of the deadline for filing such proof of claim will be sent to you later. A deadline for the last day for filing proofs of claim has not yet been established. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the objection by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. |
| Bankruptcy Clerk's Office | Any paper that you file in these bankruptcy cases should be filed at the bankruptcy clerk's office at the address listed above. You may inspect all papers filed, including the list of the debtors' property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases. |

2

**Exhibit "B"**

# LEHMAN BROTHERS HOLDINGS, INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 4 SEASONS INVESTOR'S, LLC, ET AL | C/O ARLENE SOKOLOWSKI-CRAFT, ESQ.,7425 ROYALTON ROAD, NORTH ROYALTON, OH 44133 |
| BARBARA SIMON | LAW OFFICE OF CHIMA A. ANYANWU,CHIMA A. ANYANWU, ESQ.,3540 WILSHIRE BLVD., SUITE 1200, LOS ANGELES, CA 90010 |
| BARBARA SIMON | 11629 S. WILTON PLACE, HAWTHORNE, CA 90250 |
| BONNIE L. GARCIA | 8881 CHAPMAN POINT, LAS VEGAS, NV 89129 |
| C/O ANTHONY BALSAMO, ESQ. | 40 EXCHANGE PLACE,SUITE 1300, NEW YORK, NY 10005-2744 |
| CHRISTINE MORSE | EMC MORTGAGE,2780 LAKE VISTA, LEWISVILLE, TX 75067-4180 |
| ELEANORE PHILLIPS | C/O LAW FIRM OF IRA K MILLER,26 COURT STREET,SUITE 400, BROOKLYN, NY |
| ERICA BOYD | SECONDARY MARKETS,HSBC,577 LAMONT ROAD, ELMHURST, IL 60126 |
| ERNESTO MENDOZA AND LIZA MENDOZA | 867 AVENIDA ABEJA, SAN MARCOS, CA 92069 |
| HOWARD W. TOMLINSON | CONE & KILBOURN,JONE E CONE JR.,83 S. BEDFORD RD, MOUNT KISCO, NY 10549 |
| JEROME JONES, DARLENE L. JONES AND MARIE | ANN GREENBERG, CHAPTER 13 STANDING,TRUSTEE, C/O ROBERT L. SWEENEY, ESQ.,141 MAIN STREET, 2ND FLOOR, HACKENSACK, NJ 7601 |
| JOHN RUTIGLIANO | 3923 BERGER AVENUE, BETHPAGE, NY 11714-5001 |
| KEITH L. SAMPSON AND INGRID E. SAMPSON | C/O DAVID M. HARRISON, ESQ.,48 WILLOUGHBY STREET, BROOKLYN, NY 11201 |
| LOURDES CASTANOS | 1364 N. ARMEL DRIVE, COVINA, CA 91722-1410 |
| MELECIO TARAMPI LAZARO, JR. | DUBIN LAW OFFICES,GARY VICTOR DUBIN,55 MERCHANT STREET, SUITE 3100, HONOLULU, HI 96813 |
| NIKOLE BELL, WACHOVIA SECURITIES | CORPORATE & INVESTMENT BANKING,200 S. TYRON STREET, 4TH FLOOR,MAIL CODE 0605 NC, CHARLOTTE, NC 28202-0605 |
| PATMAN | SCHWARTZ & LIVOTI, LLP,FRANK J. LIVOTI, ESQ.,1050 FANKLIN AVENUE, SUITE 304, GARDEN CITY, NY 11530 |
| RIGATONI REALTY | EINHORN HARRIS ASCHER BARBARITO &,FROST, PC, TIMITHY J. FORD, ESQ.,165 EAST MAIN STREET, DENVILLE, NJ 7834 |
| ROGER LEVEILLE | PRESTON, WILKINS, MARTIN & RODRIGUEZ,PLLC, GREGORY R. PRESTON,65 BROADWAY, SUITE 508, NEW YORK, NY 10006 |
| SANDRA AGUILAR AGLANAO,DUBIN LAW OFFICES | GARY VICTOR DUBIN AND LONG H. VU,55 MERCHANT STREET,SUITE 3100, HARBOR COURT, HONOLULU, HI 96813 |
| SANDRA WYNN | C/O LEGAL SERVICES FOR NEW YORK CITY,LSNY BRONOX,329 EAST 149TH STREET, BRONOX, NY 10451 |
| SANFORD A. MOHR AND TINA A. MOHR | HILO LAW CENTER,ANDREW S. IWASHITA, ESQ.,77 MOHOULI STREET, SUITE 1000, HILO, HI 96720 |
| SANFORD A. MOHR AND TINA A. MOHR | LAW OFFICE OF GEORGE J. ZWEIBEL,GEORGE J. ZWEIBEL, ESQ.,45-3590A MAMNE STREET, HONOKAA, HI 96727 |
| STEPHANIE MASSEY | LITTON,4828 LOOP CENTRAL DR, HOUSTON, TX 77081 |
| SUVADA MAHMUTOVIC | 1200-1202 CLINTON ROAD, SACRAMENTO, CA 95825 |
| SUZAN HUDSON | THE SCHWATZ LAW FIRM, INC.,NIKOLL NIKCI, ESQ.,626 SOUTH THIRD STREET, LAS VEGAS, NV 89101 |
| US BANK NATIONAL ASSOCIATION | FEIN SUCH & CRANE, LLP,747 CHESTNUT RIDGE ROAD,SUITE 200, CHESTNUT RIDGE, NY 10977 |

**Total Creditor Count 27**