**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,                    :   Case No. 08-13555 (JMP)
                                                                :
       Debtors.                                                 :   (Jointly Administered)
                                                                :
----------------------------------------------------------------x   Ref. Docket No. 1933

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

       PAUL BELOBRITSKY, being duly sworn, deposes and says:

       1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

       2.    On December 12, 2008, I caused to be served the "Lehman Brothers Holdings Inc. *Et Al.*'s Statement of Issue Presented on Appeal and Counterdesignation of Additional Items to be Included in the Record on Appeal in Connection with the Appeal of William Kuntz, Iii," dated December 12, 2008 [Docket No. 2198], by causing true and correct copies to be delivered by first class mail to those parties listed on the attached Exhibit "A".

       3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Paul Belobritsky
Sworn to before me this                        Paul Belobritsky
16th day of December, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT A**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY 10004 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER,<br>JR., DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.<br>(COUNSEL TO THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS)<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>ATTN: PAUL ARONZO & GREGORY BRAY<br>(COUNSEL TO THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS)<br>601 SOUTH FIGUEROA STREET, 30TH FLOOR<br>LOS ANGELES, CA 90017 | OFFICE OF THE US TRUSTEE<br>ATTN: ANDREW D VELEZ-RIVERA, PAUL<br>SCHWARTZBERG, BRIAN MASUMOTO, LINDA RIFKIN,<br>TRACY HOPE DAVIS<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 |
| WILLIAM KUNTZ, III<br>INDIA ST. PO BOX 1801<br>NANTUCKET ISLAND, MA 02554-1801 | |