**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

--------------------------------------------------------------------x

## GLOBAL NOTES PERTAINING TO DEBTORS' SCHEDULES AND STATEMENTS

On September 15, 2008 (the "Petition Date"), and on the dates listed below, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors listed below (collectively, the "Debtors," and together with their non-Debtor affiliates, "Lehman") commenced cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

| Debtor | Case Number | Date Filed |
|---|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) | 9/15/08 |
| BNC Mortgage LLC | 09-10137 (JMP) | 1/9/09 |
| CES Aviation IX LLC | 08-13907 (JMP) | 10/5/08 |
| CES Aviation LLC | 08-13905 (JMP) | 10/5/08 |
| CES Aviation V LLC | 08-13906 (JMP) | 10/5/08 |
| East Dover Limited | 08-13908 (JMP) | 10/5/08 |
| Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior | 08-13903 (JMP) | 10/5/08[1] |
| LB 745 LLC | 08-13600 (JMP) | 9/16/08 |
| LB Rose Ranch LLC | 09-10560 (JMP) | 2/9/09 |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) | 10/5/08 |
| Lehman Brothers Commodity Services Inc. | 08-13885 (JMP) | 10/3/08 |
| Lehman Brothers Derivative Products Inc. | 08-13899 (JMP) | 10/5/08 |
| Lehman Brothers Finance SA | 08-13887 (JMP) | 10/3/08[2] |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) | 10/5/08 |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) | 10/3/08 |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) | 10/3/08 |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) | 10/5/08 |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) | 10/5/08 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) | 1/7/09 |
| PAMI Statler Arms LLC | 08-13664 (JMP) | 9/23/08 |
| Structured Asset Securities Corporation | 09-10558 (JMP) | 2/9/09 |

---

[1]    Dismissed on 2/24/09.

[2]    A chapter 15 petition for recognition of a foreign main proceeding and a concurrent motion to dismiss the chapter 11 case of Lehman Brothers Finance SA are currently pending in the Bankruptcy Court.

The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only in the above-captioned cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

The Debtors' respective Schedules of Assets and Liabilities, Schedules of Current Income and Expenditure, and Schedules of Executory Contracts and Unexpired Leases (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with the Schedules, the "Schedules and Statements") have been prepared by the Debtors' management, with the assistance of their advisors, in accordance with section 521 of the Bankruptcy Code and Bankruptcy Rule 1007.[3]

These Global Notes Pertaining to the Debtors' Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, each of the Schedules and Statements. **These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements. These Global Notes are in addition to any specific notes contained in each Debtor's Schedules or Statements.** Disclosure of information in one Schedule, Statement, exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

**The Schedules and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of any of the Debtors.**

1. **Reservation of Rights. The Debtors' chapter 11 cases are the largest in history. The sheer volume of information to disclose is formidable. The circumstances surrounding the commencement of the Debtors' cases were extraordinary and have materially impacted the Debtors' ability to access and marshal information about their businesses. The Debtors' precipitous filing caused an immediate shutdown of Lehman's formerly integrated information and globally interdependent financial reporting systems. Although prepetition information has gradually become more available, it remains difficult to access. The process of gathering and consolidating the Debtors' information will continue after the filing of these Schedules and Statements, which should therefore be regarded as a work in progress, to be followed by supplements and amendments as necessary.**

   **The Schedules and Statements are unaudited and subject to further review and potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. In order to close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions of all information contained in the Schedules and Statements. The Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions or inaccuracies may exist. The Debtors reserve all rights to amend or supplement their Schedules and Statements.**

   **Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."**

---

[3]    Schedules and Statements of the Debtors may be filed on various dates within the time permitted by the Bankruptcy Code, Bankruptcy Rules, and/or orders of the Bankruptcy Court. No Schedules and Statements will be filed for Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior because, as noted above, its chapter 11 case was dismissed by order of the Bankruptcy Court, dated February 24, 2009.

2.  **"As of" Information Date**.  Unless otherwise indicated, all amounts listed in the Schedules and Statements are as of the close of business on September 14, 2008.

Pursuant to certain orders of the Bankruptcy Court (collectively, the "Court Orders"), the Debtors were authorized to, and did, conduct sales of certain of their assets, assume and/or assign certain of their unexpired executory contracts or leases, and pay certain outstanding prepetition claims from and following the Petition Date.  In addition, pursuant to certain Court Orders, certain outstanding prepetition claims against the Debtors may have been paid by non-Debtor third parties following the Petition Date.  Nonetheless, the Schedules and Statements reflect the Debtors' assets and liabilities as they existed on the eve of the Petition Date.  Claims for general trade payables listed on Schedule F, however, may be net of payments made through February 12, 2009.  Certain of the Court Orders preserve the rights of parties in interest to dispute any amounts required to be paid to satisfy prepetition claims.  Nothing herein shall be deemed to alter the rights of any party in interest to contest a payment made pursuant to a Court Order that preserves such right to contest.

3.  **SIPA and Other Insolvency Proceedings.**  On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI").  A trustee appointed under SIPA is administering LBI's estate.  LBI's SIPA case is being administered in the Bankruptcy Court under docket number 08-01420 (JMP).  In addition, as of the date of the filing of the Schedules and Statements, various insolvency proceedings have been commenced by or against certain of LBHI's foreign affiliates.

4.  **Basis of Presentation.**  For purposes of filing reports with the Securities and Exchange Commission, LBHI has historically prepared consolidated financial statements, which include each of the Debtors and certain additional non-Debtor affiliates.  Unlike the consolidated financial statements, the Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each Debtor on a non-consolidated basis.  Accordingly, the totals listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for public reporting purposes or otherwise.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Schedules and Statements neither purport to represent nor reconcile financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.  Reflection in Schedules and Statements of assets greater than liabilities is not an admission that a Debtor was solvent at the Petition Date or at any time prior to the Petition Date.  Likewise, reflection in Schedules and Statements of liabilities greater than assets is not an admission that the Debtors were insolvent at their respective petition dates or any time prior to the Petition Date.

5.  **Current Market Value — Net Book Value**.  In many instances, current market valuations are neither maintained by nor readily available to the Debtors.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily available.  However, the Debtors' inventory positions are accounted for with mark-to-market accounting incorporating valuations as of the Petition Date, while the remaining assets, unless otherwise indicated, reflect the net book values of the Debtors' assets, as recorded in the Debtors' books and records, as of the Petition Date and may not reflect the net realizable value of the assets.  Amounts ultimately realized will vary, at some times materially, from net book value.

6.  **Excluded Accruals/GAAP entries.**  The Schedules and Statements do not include certain deferred charges, deferred liabilities, or general reserves, or assets with a net realizable value of zero.  Such amounts may, however, be reflected in the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities, including accrued taxes and accrued wage and/or employee benefit related obligations, which do not represent specific claims as of the Petition Date, and assets relating to, among other things, goodwill, customer relationship intangibles and loan commitment fees.

7.  **Foreign Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

8. **Confidentiality.**  Addresses of current and former employees of the Debtors are generally not included in the Schedules and Statements.  Notwithstanding, the Debtors will mail any required notice or other documents to the address in their books and records for such individuals.

9. **Consolidated Entity Accounts Payable and Disbursement Systems.**  An individual Debtor's Schedules and Statements may include payments made by the Debtor for another Debtor or non-Debtor affiliate.  Payments made by another Debtor or non-Debtor affiliate on behalf of the filing Debtor, however, are not necessarily included on the filing Debtor's Schedules and Statements.  A description of the Debtors' prepetition centralized cash management system is set forth in the Debtors' motion for authorization to, among other things, continue using its cash management system, as modified, dated October 3, 2008 [Docket No. 669], and the supplement thereto, dated October 10, 2008 [Docket No. 826].

10. **Derivatives and other contractual agreements**.  The Debtors have attempted to list on Schedule G all of the derivative contracts that they were party to as of the Petition Date.  A large number of the contracts listed on Schedule G, however, may have been terminated prior or subsequent to the Petition Date.  Assets and liabilities that may result, or may have resulted, from the termination of derivatives contracts are not included on the Debtors' Schedules B, D, or F, as may be applicable.  Potential additional assets and/or liabilities associated with the Debtors' derivative contracts will not be disclosed until the Debtors have completed their analysis of their books and records and the numerous derivative transactions..

11. **Intercompany Claims.**  Claims among the Debtors and their non-Debtor affiliates, as reflected in the balance sheet accounts of the applicable Debtors (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims"), are reported on Schedules B and F, as applicable.  The Intercompany Claims are comprised primarily of the following components: trading activity with affiliates (buying and selling securities, derivatives, commodities among affiliates), allocation of operating expenses including interest charges and financings (notes payable/receivable, repos/reverse repos, stock or bond borrows/loans) and the transfer of cash balances, generally to LBHI and receipt of funds, generally from LBHI, to cover cash shortfalls, as a result of  Lehman's cash management practices.

12. **Insiders.**  Lehman employed hundreds of individuals with the title of Managing Director and Senior Vice President and thousands of individuals with the title of Vice President and Assistant Vice President.  However, for its response to Statement questions 3c and 21, (i) LBHI has listed members of its Board of Directors and all employees that are, or were, Executive Officers (Chairman and Chief Executive Officer, Chief Financial Officer, Chief Administrative Officers, President and Chief Operating Officer, and Chief Legal Officer) and Global Heads and (ii) the remaining Debtors have listed Presidents, and certain Directors, Managing Directors, Senior Vice Presidents, and Vice Presents, as appropriate for their particular personnel structure.  Persons have been included in the Schedules and Statements for informational purposes only and such individuals should not, simply by virtue of being listed herein, all be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, or with respect to any theories of liability or for any other purpose.  In the ordinary course of Lehman's businesses, directors and officers of one Debtor may have been employed and paid by another Debtor or a non-Debtor affiliate.

Information about payments and prior relationships with Alvarez & Marsal North America, LLC is disclosed in the affidavits and supplements thereto that accompany the Debtors' Application to Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date [Docket Nos. 760, 1366, and 1559].

13. **Setoffs.**  Prior to the Petition Date, and in the ordinary course of their businesses, the Debtors incurred a large number of setoffs in connection with, among other things, intercompany, derivative and customer/supplier transactions.  Unless otherwise stated, setoffs are not listed in the Schedules and Statements and the Debtors have not intentionally offset amounts listed on Schedules B, D or F.  Nonetheless, some amounts listed may have been affected by setoffs taken of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights which may be asserted.

Notwithstanding foregoing, the Debtors have disclosed certain setoffs taken by financial institutions that are known to the Debtors and that the Debtors reserve the right to challenge as being outside the ordinary course of business.

14. **Mechanics' Liens.**  The inventories, property and equipment listed in these Schedules and Statements and Schedules are presented without consideration of any mechanics' liens.

15. **Undetermined Amounts.** The description of an amount as "unknown," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

16. **Pledged Assets.**  A significant amount of the assets listed on the Debtors' Schedule B have been pledged as collateral by the Debtors and are outside of the Debtors' control.  These assets include, among other things, cash, securities, real estate loans and corporate loans and other inventory.

17. **Guarantees.**  Contractual guarantees issued by a Debtor have been listed on that Debtor's Schedule G.  Claims of contract counterparties arising under these guarantees have been listed on the Debtor's Schedule F as contingent liabilities.  In addition, LBHI guaranteed the payment of all liabilities, obligations and commitments of certain of its subsidiaries.  LBHI has listed each of the guaranteed subsidiaries, but not the creditors of those guaranteed subsidiaries, as a contingent, unliquidated and disputed creditor on LBHI's Schedule F.  LBHI frequently served as credit support provider to its affiliates in connection with their derivative contracts.  As noted in Global Note 10 about contingent liabilities associated with the derivative contracts, these contingent liabilities will not be disclosed until the Debtors have completed their analysis of the numerous derivative transactions.  The Debtors may identify additional guarantees as they continue their review of their books and records, executory contracts, unexpired leases, secured financing, debt instruments and other such agreements, and will amend their Schedules accordingly.

18. **Schedules.**

   a.  **Schedule A**.  Real property is listed on Schedule A at net book value.  Certain interests of the Debtors in real property, including mortgages and real property held for sale, are not listed on Schedule A, but have been listed as inventory in response to Schedule B.  Leases of real property have not been listed on Schedule A, but have been listed on Schedule G.

   b.  **Schedule B9.**  Certain Debtors who do not list any interest in insurance policies in response to Schedule B9 may hold an interest in policies of an affiliate.

   c.  **Schedule B21.**  Amounts listed in response to Schedule B21 exclude claims that have been or, at a later date may be, asserted by the Debtors against their various liability policies.  Additionally, the Debtors have asserted and will continue to assert various claims against affiliates involved in foreign insolvency proceedings.  Said claims are subject to amendment and further reconciliation and may not be reflective of the amounts listed on the Debtors' books and records as of September 14, 2008.  To the extent such claims include undetermined or unliquidated amounts, such amounts have not been included in the Debtors' Schedules.

   d.  **Schedule B23.**  Licenses to conduct business are not included in Schedule B.

   e.  **Schedule D — Creditors Holding Secured Claims.**  The Debtors have not undertaken a valuation of their assets in which creditors may have a secured interest.  The Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D. The Debtors have not included on Schedule D parties whose claims may be secured through rights of setoff, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in a secured facility, only the collateral agent has been listed for purposes of Schedule D.

f.      **Schedule E — Creditors Holding Unsecured Priority Claims.**  Schedule E does not include obligations for employee-related medical, dental, prescription drug, death and other benefits under group benefit plans that have been, or may be, satisfied by a voluntary employee beneficiary association ("VEBA") established on September 12, 2008 under section 501(c)(9) of the Internal Revenue Code of 1986. Schedule E does not include certain other employee obligations, which may be owed, or may have been satisfied, by LBI. Schedules E and F do not include obligations related to restricted stock units.

g.      **Schedule F — Creditors Holding Unsecured Nonpriority Claims.**  Certain creditors owe amounts to the Debtors and, as such, may have valid setoff and recoupment rights with respect to the balances listed on Schedule F.

The Debtors' responses to Statement question 4 disclose pending litigation involving the Debtors. Claims related to pending litigations are listed on Schedule F as contingent, unliquidated and disputed liabilities. In certain litigations, however, plaintiffs have not clearly identified which Lehman entity or entities are the intended defendants (naming "Lehman" or "Lehman Brothers"). In such cases, the litigation is disclosed by LBHI's in response to Statement question 4 and claims are listed on LBHI's Schedule F as a contingent, unliquidated and disputed liabilities.

h.      **Schedule G — Executory Contracts and Unexpired Leases.**  Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease, and inclusion of a contract, lease or other agreement on Schedule G does not constitute an admission that such contract, lease or other agreement is an executory contract, was in effect on the Petition Date, or is valid or enforceable. The contracts, leases and other agreements listed on Schedule G may have been modified, amended, supplemented or superseded from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed on Schedule G.

In the ordinary course of business, the Debtors may lease certain fixtures and equipment from certain third party lessors for use in the daily operation of their business. The Debtors' obligations pursuant to capital leases appear on Schedule D and their obligations pursuant to operating leases have been listed on Schedule F. The underlying lease agreements are listed on Schedule G. Nothing in the Schedules and Statements is or shall be construed to be an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to such issues.

Certain of the Agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors, or a Debtor and a non-Debtor affiliate or third party. Certain of the Agreements may not have been memorialized and may be subject to dispute. Agreements that are oral in nature have also been included in Schedule G. Agreements, including certain license agreements that are not valued by the Debtors for balance sheet purposes appear on Schedule G but do not appear on Schedule B.

i.      **<u>Schedule H — Co-Debtors</u>**.  Investigation into possible co-obligor relationships between the Debtors and/or non-debtor entities is ongoing. There may be instances where litigation is brought against multiple legal entities. Such litigation is listed on Schedule F of the appropriate Debtor

and Schedule H.  The Debtors are in the process of reviewing their leases and contracts, which agreements may contain provisions leading to a co-debtor relationship.

19.  **Statements.**

   a.    **Statement question 1 – Income.**   The amounts reported in response to Statement question 1 reflect the Debtors' fiscal year of 12/1 to 11/30 and reflect amounts taken from the Debtors' internal consolidated balance sheet worksheets.  Amounts reported for the current period represent gross revenue for the period 12/1/2007 through and including 8/31/2008.

   b.    **Statement question 2 – Other Income.**  From time to time, the Debtors may have de minimis income from sources other than the operation of business that will not appear in response to Statement question 2.

   c.    **Statement question 3 – Payments to Creditors.**  Amounts still owing to any creditor listed on Statement 3b or 3c are reflected in Schedule E and F, as applicable.

       i.    **Statement Question 3b**.  The payments listed reflect payments made by the applicable Debtor entity and those payments made by LBI on the Debtors' behalf.  Payments made by LBI are indicated with an asterisk on Schedule 3b.

       ii.    **Statement Question 3c**.  The payments listed on the Debtors' response to Statement question 3c reflect payments made by the applicable Debtor entity and those payments made by LBI on the Debtors' behalf.  Payments made by LBI are indicated with an asterisk on Schedule 3c.  Amounts listed include payroll payments, W-2 income events, checks and wires.  For explanation of the treatment of payments that may have been made by an affiliate on behalf of another affiliate, please refer to Global Note 6.

   d.    **Statement question 4b – Property attached, garnished or seized.**  The Debtors have listed amounts held by certain financial institutions pending the legal and/or equitable resolution of various asserted claims.  The Debtors contest and dispute these parties' right to hold, attach garnish or seize such funds.

   e.    **Statement question 7 – Gifts.**  See Global Note 9 above regarding the Debtors' consolidated entity accounts payable and disbursement systems.

   f.    **Statement question 8 – Losses.**  The Debtors' responses to Statement question 8 do not include financial losses or defense costs paid pursuant to the director and officer liability policies.

   g.    **Statement question 10 – Other Transfers.**  In response to Statement question 10, the Debtors list certain transfers of collateral that were made prior to and remained outstanding as of the petition date of the respective Debtor.  The Debtors reserve the right to argue that such transfers were outside the ordinary course of business and reserve all rights with respect to a final determination as to the nature of the transfers, notwithstanding their inclusion in this Statement question 10.  Investigation continues with respect to such transfers.

   h.    **Statement question 12 – Safe Deposit Boxes.**  The Debtors have listed certain physical vaults in response to the applicable Debtor's response to statement question 12.  Investigation and inquiry continues in efforts to ascertain information about and/or obtain control over assets of the Debtors that may be in vaults of non-debtor affiliates and third parties, including financial institutions, holding such assets at the direction of such non-debtor affiliates or third parties.

   i.    **Statement question 18 – Nature, location and name of business.**  The Debtors' responses to Statement question 18 includes only ownership interests in businesses that are either (i) direct subsidiaries of the applicable Debtor or (ii) entities that file reports with the Securities and Exchange Commission (an "SEC-filer").

    **j.**       **Statement question 19 – Books, Records and Financial Statements.**  The firms and individuals listed in response to Statement questions 19(a)-(c) are not intended to be an exhaustive list of all parties but rather represent a listing of those firms and/or individuals that supervised or were primarily responsible for the respective tasks.

    **k.**       **Statement question 20 – Inventory.**  The Debtors maintain physical inventory at the vaults listed in response to Statement question 12 and in the vaults of certain non-debtor affiliates and third parties and maintain their non-physical inventory in accounts at certain non-Debtor affiliates including LBI (the "Non-physical Accounts").  An electronic inventory calculation with respect to the Non-physical Accounts was prepared periodically by LBI and/or Lehman Brothers International (Europe) and provided to the Debtors at regular intervals prior to the Petition Date.

    **l.**       **Statement questions 21 and 22**.  The Debtors' response reflects information as of each respective Debtor's petition date.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

__Southern_____    District Of New York_____

In re   LB Rose Ranch LLC_____,          Case No. 09-10560 (JMP)_____
                Debtor

                                              Chapter 11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 5 | $   47,148,551.86 | | |
| B - Personal Property | | 15 | $   3,471,895.44 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 3 | | $   Undetermined | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 3 | | $   Undetermined | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 3 | | $   Undetermined | |
| G - Executory Contracts and Unexpired Leases | | 10 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $   N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $   N/A |
| TOTAL | | 41 | $   50,620,447.30 | $   Undetermined | |

UNLESS OTHERWISE INDICATED, ALL INFORMATION PROVIDED HEREIN IS AS OF FEBRUARY 8, 2009

B6A (Official Form 6A) (12/07)

In re **LB Rose Ranch LLC** _____,        Case No. **09-10560 (JMP)** _____
         **Debtor**                                                      **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| See attached rider | Fee Simple | | $47,148,551.86 | Undetermined |
| | | Total ▶ | $ 47,148,551.86 | |

(Report also on Summary of Schedules.)

In re: LB Rose Ranch LLC                                                                                  Case No. 09-10560 (JMP)

Schedule A
Real Property

| Description and Location of Property | Address | City | County | State | Zip Code | Country |
|---|---|---|---|---|---|---|
| Land: Golf Course - Holes 1-18 and Driving Range | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Building: Clubhouse | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Building: Maintenance Building | 1007 Westbank Rd | Glenwood Springs | Garfield | CO | 81601 | USA |
| Building: Cart Barn | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Building: Grille | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 66: Subordinated River Lot w/ IBH - 30,000 sq. ft | 1270 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 67: Subordinated River Lot w/ IBH - 30,000 sq. ft | 1246 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 68: Phase II River Lot For Sale - 30,000 sq. ft | 1198 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 70: Phase II River Lot For Sale - 30,000 sq. ft | 1126 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 80: Phase II River Lot For Sale - 30,000 sq. ft | 1102 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 86: Phase II River Lot For Sale - 30,000 sq. ft | 296 River Bank Ln. | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 89: Phase II River Lot For Sale - 30,000 sq. ft | 224 River Bank Ln. | Glenwood Springs | Garfield | CO | 81601 | USA |
| Phase II Sopris Lot For Sale - 15,000 sq. ft | 1243 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 72: Phase II Sopris Lot For Sale - 15,000 sq. ft | 1219 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 74: Phase II Sopris Lot For Sale - 15,000 sq. ft | 1171 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 77: Phase II Sopris Lot For Sale - 15,000 sq. ft | 1099 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 78: Phase II Sopris Lot For Sale - 15,000 sq. ft | 1075 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 172: Phase II Sopris Mountain Cottage Lot For Sale - 5,000 sq. ft | 21 Bentgrass Drive | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 247: Phase II Sopris Mountain Cottage Lot For Sale - 5,000 sq. ft | 958 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 248: Phase II Sopris Mountain Cottage Lot For Sale - 5,000 sq. ft | 982 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 251: Phase II Aspen Collection For Sale - 3,000 sq. ft | 28 Eagle Claw Cir. | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 252: Phase II Aspen Collection For Sale - 3,000 sq. ft | 52 Eagle Claw Cir. | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 253: Phase II Aspen Collection For Sale - 3,000 sq. ft | 76 Eagle Claw Cir. | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 255: Phase II Aspen Collection For Sale - 3,000 sq. ft | 182 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 256: Phase II Aspen Collection For Sale - 3,000 sq. ft | 206 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 257: Phase II Aspen Collection For Sale - 3,000 sq. ft | 203 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 258: Phase II Aspen Collection For Sale - 3,000 sq. ft | 179 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 259: Phase II Aspen Collection For Sale - 3,000 sq. ft | 155 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 261: Phase II Aspen Collection For Sale - 3,000 sq. ft | 107 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 262: Phase II Aspen Collection For Sale - 3,000 sq. ft | 83 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 263: Phase II Aspen Collection For Sale - 3,000 sq. ft | 59 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 264: Phase II Aspen Collection For Sale - 3,000 sq. ft | 35 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 265: Phase II Aspen Collection For Sale - 3,000 sq. ft | 11 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 266: Phase II Aspen Collection For Sale - 3,000 sq. ft | 14 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 267: Phase II Aspen Collection For Sale - 3,000 sq. ft | 38 River Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 269: Phase II Aspen Collection For Sale - 3,000 sq. ft | 25 Eagle Claw Cir. | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 270: Phase II Aspen Collection For Sale - 3,000 sq. ft | 1 Eagle Claw Cir. | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 272: Phase II Aspen Collection For Sale - 3,000 sq. ft | 135 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 273: Phase II Aspen Collection For Sale - 3,000 sq. ft | 159 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 275: Phase II Aspen Collection For Sale - 3,000 sq. ft | 207 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 276: Phase II Aspen Collection For Sale - 3,000 sq. ft | 231 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |

LB Rose Schedules 11

In re: LB Rose Ranch LLC                                          Case No. 09-10560 (JMP)

Real Property

| Description and Location of Property | Address | City | County | State | Zip Code | Country |
|---|---|---|---|---|---|---|
| Lot 277: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 255 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 278: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 279 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 279: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 303 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 280: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 327 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 281: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 351 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 282: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 375 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 283: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 378 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 284: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 354 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 285: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 330 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 287: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 282 Blue Heron Vista | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 289: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 1291 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 291: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 1339 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 292: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 1363 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 293: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 1387 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 294: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 1411 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 295: Phase II Aspen Collection For Sale  - 3,000 sq. ft | 1435 River Bend Way | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 297: Deed Restricted Home  - 4,000 sq. ft | 324 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 298: Deed Restricted Home  - 4,000 sq. ft | 636 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 299: Deed Restricted Home  - 4,000 sq. ft | 612 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 300: Deed Restricted Home  - 4,000 sq. ft | 588 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 301: Deed Restricted Home  - 4,000 sq. ft | 372 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 302: Deed Restricted Home  - 4,000 sq. ft | 348 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 303: Deed Restricted Home  - 4,000 sq. ft | 321 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 304: Deed Restricted Home  - 4,000 sq. ft | 345 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 305: Deed Restricted Home  - 4,000 sq. ft | 369 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 306: Deed Restricted Home  - 4,000 sq. ft | 393 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 307: Deed Restricted Home  - 4,000 sq. ft | 417 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 308: Deed Restricted Home  - 4,000 sq. ft | 441 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 309: Deed Restricted Home  - 4,000 sq. ft | 465 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 310: Deed Restricted Home  - 4,000 sq. ft | 489 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 311: Deed Restricted Home  - 4,000 sq. ft | 513 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 312: Deed Restricted Home  - 4,000 sq. ft | 537 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 313: Deed Restricted Home  - 4,000 sq. ft | 561 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 314: Deed Restricted Home  - 4,000 sq. ft | 585 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 315: Deed Restricted Home  - 4,000 sq. ft | 609 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 316: Deed Restricted Home  - 4,000 sq. ft | 316 Fox Run Court | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 61: Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 60 :  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 59:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 58:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 57:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |

LB Rose Schedules 12

In re: LB Rose Ranch LLC                                                                                           Case No. 09-10560 (JMP)

Real Property

| Description and Location of Property | Address | City | County | State | Zip Code | Country |
|---|---|---|---|---|---|---|
| Lot 56:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 55:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 54:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 53:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 52:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 51:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 50:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 49:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 48:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 47:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 46:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 45:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 44:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 43:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 42:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 41:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 40:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 39:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 38:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 37:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 36:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 35:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 34:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 33:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 32:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 31:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 30:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 29:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 28:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 27:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 25:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 24:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 23:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 22:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 21:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 20:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 19:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 18:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 15:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 14:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 13:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |

LB Rose Schedules 13

In re: LB Rose Ranch LLC

Schedule 6
Real Property

Case No. 09-10560 (JMP)

| Description and Location of Property | Address | City | County | State | Zip Code | Country |
|---|---|---|---|---|---|---|
| Lot 11:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 10:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 8:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 7:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 6:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 5:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 4:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 3:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 2:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lot 1:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lots 9, 12, & 16:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |
| Lots 17 & 26:  Phase III Lot (undeveloped & not platted) | | Glenwood Springs | Garfield | CO | 81601 | USA |

**Note: As recorded on the books and records of the Debtor, the net book value of the golf course and improvements is $21,950,772.55 and the net book value of the residential land and improvements is $25,197,779.31, respectively.**

LB Rose Schedules 14

B6B (Official Form 6B) (12/07)

In re  **LB Rose Ranch LLC**                                    ,                    Case No.  **09-10560 (JMP)**
                    **Debtor**                                                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | $800 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or coopratives. | | See attached rider | | $578,393.54 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | See attached rider | | $4,526.53 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | In addition to the insurance policies referenced in this schedule, the Company is also a beneficiary on the policies of Lehman Brothers Holdings Inc. ("LBHI").  These policies are listed on rider B9 of the LBHI Schedule B. | | Undertermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  LB Rose Ranch LLC                                    ,                    Case No. 09-10560 (JMP)
                          **Debtor**                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached rider | | $2,155,146.37 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

**B6B (Official Form 6B) (12/07) – Cont.**

In re  **LB Rose Ranch LLC**                                    ,                    Case No. **09-10560 (JMP)**
                    **Debtor**                                                                      **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached rider | | $342,676.72 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached Rider | | $378,803.36 |
| 30. Inventory. | | See attached Rider | | $11,548.92 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  **LB Rose Ranch LLC**                                    ,                    Case No. **09-10560 (JMP)**
                **Debtor**                                                                                      **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _____3_____ continuation sheets attached    Total ▶ | | $ 3,471,895.44 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In re: LB Rose Ranch LLC**                                                                                      **Case No. 09-10560 (JMP)**

### SCHEDULE B -PERSONAL PROPERTY
#### Rider B.2 -  Bank Accounts

| BANK | ADDRESS | ACCOUNT TYPE | ACCOUNT NUMBER |
|------|---------|--------------|----------------|
| Wells Fargo | PO Box 5247, Denver, CO 80217 | Development Acct | 234-7164713 |
| Wells Fargo | PO Box 5247, Denver, CO 80217 | Operating Acct | 234-7164739 |
| Wells Fargo | PO Box 5247, Denver, CO 80217 | Credit Card Acct | 234-7164721 |

**Note:  Sum total of bank balances per the general ledger is $578,393.54  and is subject to book-bank reconciliation differences**

In re: LB Rose Ranch LLC                                                    Case No. 09-10560 (JMP)

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.5 Artwork**

| DESCRIPTION | Location | NET BOOK VALUE |
|---|---|---|
| Print - Among The Pines | Clubhouse | $65.88 |
| Print - Birch Bear I | Clubhouse | $85.35 |
| Print - Birch Bear II | Clubhouse | $85.35 |
| Print - Bear Study | Clubhouse | $107.77 |
| Print - Deer Study | Clubhouse | $107.77 |
| Print - Elk Study | Clubhouse | $107.77 |
| Print - Moose Study | Clubhouse | $107.77 |
| Print - Home of the Beaver | Clubhouse | $146.52 |
| Print - Refuge I | Clubhouse | $172.42 |
| Print -Treasure 11 Mile | Clubhouse | $254.34 |
| Print - Natures Gift I Set of 4 | Clubhouse | $300.89 |
| Print - Evening Light | Clubhouse | $323.31 |
| Print - Creekside Playing | Clubhouse | $326.76 |
| Print - Alpine Summer | Clubhouse | $336.20 |
| Print - Monarch of Glen | Clubhouse | $336.24 |
| Print - High Country Summer | Clubhouse | $343.09 |
| Print - Brush Pile Brookies | Clubhouse | $379.35 |
| Print - August Reveria | Clubhouse | $426.77 |
| Print - The Crossing - LIMITED | Clubhouse | $512.98 |
| | **Total** | **$4,526.53** |

**In re: LB Rose Ranch LLC**                                                                                          **Case No. 09-10560 (JMP)**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.9 - Interests in Insurance Policies**

| INSURANCE COMPANY | TYPE OF POLICY | POLICY NUMBER | Surrender Value | Effective Date | Expiration Date |
|---|---|---|---|---|---|
| Lexington | Property | 8757370 | Undetermined | 8/1/2008 | 8/1/2009 |
| National Union Fire | General Lilability | GL 4571645 | Undetermined | 8/1/2008 | 8/1/2009 |
| National Union Fire | Umbrella | 6081831 | Undetermined | 8/1/2008 | 8/1/2009 |
| | | | **Total** **Undetermined** | | |

LB Rose Schedules 21

**In re: LB Rose Ranch LLC**                                                    **Case No. 09-10560 (JMP)**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.16 - Accounts Receivable**

| DESCRIPTION | VALUE |
| --- | --- |
| Membership | $63,001.94 |
| Membership Installments | $17,777.78 |
| Unbilled membership installments | $101,945.56 |
| Roaring Fork Water & San | $642,104.61 |
| Affordable Escrow | $337,500.00 |
| Ironbridge Property Owners Association | $2,616.48 |
| Rose Ranch Management | $300,200.00 |
| IBH Note Receivable - Lot Sales | $690,000.00 |
| **Total** | **$2,155,146.37** |

**In re: LB Rose Ranch LLC**

**Case No. 09-10560 (JMP)**

### SCHEDULE B -PERSONAL PROPERTY
#### Rider B.28 - Office equipment, furnishings and supplies

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 1/2 Round Demi Table-Mens Room | $525.90 |
| 84in Drape Rod | $118.00 |
| 84in Drape Rod | $118.00 |
| 84in Drape Rod | $118.00 |
| 84in Drape Rod | $118.00 |
| Accessory Box | $50.43 |
| Antique Indonesian Cabinet-Ladies Room | $792.24 |
| Bench - Wood Slat | $1,196.00 |
| Bench - Wood Slat | $1,196.00 |
| Beverage Cooler | $1,496.15 |
| Bookshelf | $78.57 |
| Breakroom Tables (2) | $257.14 |
| Bronze Manw/dog | $238.75 |
| Buffet Cabinet | $928.39 |
| Bulletin Board | $93.40 |
| Bulletin Board | $25.00 |
| Cabinet w/glass-Ladies Room | $555.91 |
| Canon Copier | $359.40 |
| Chair | $60.71 |
| Chairs | $60.71 |
| Chairs (2) | $164.29 |
| Chairs (2) | $128.57 |
| Chairs (3) | $200.00 |
| Chaise Lounge Cover | $1,976.00 |
| Chaise Lounge Cover | $1,976.00 |
| Chit Printer | $150.00 |
| Chrome Hooks | $59.00 |
| Chrome Hooks | $59.00 |
| Cocktail Table | $537.50 |
| Cocktail Table | $537.50 |
| Cocktail Table - Buckingham | $1,615.74 |
| Cocktail Table - Buckingham | $1,615.74 |
| Cocktail Table Cover - CUSTOM | $108.00 |
| Cocktail Table Cover - CUSTOM | $108.00 |
| Coffee Table | $1,201.79 |
| Computer | $433.33 |
| Computer | $833.33 |
| Computer | $466.67 |
| Conference Room Chairs (8) | $685.71 |
| Conference Room Chairs (8) | $400.00 |
| Conference Room Table | $1,214.29 |
| Conference Room Table | $500.00 |
| Controller computer | $1,850.92 |
| Controller Desk | $345.04 |
| Controller Shredder | $134.54 |
| Copier Storage cart | $156.43 |
| Credenza | $242.86 |
| Cushion 4 Single Chaise | $5,600.00 |
| Cushion 4 Single Chaise | $5,600.00 |
| Cushion/ Santorini SwRocker | $660.00 |
| Cushion/ Santorini SwRocker | $660.00 |
| Dell/Novell Server | $2,542.67 |
| Desk | $171.43 |
| Desk | $258.06 |
| Desk chairs (5), (purchased USED) | $77.14 |
| Desks | $242.86 |
| Desks (2) | $157.14 |
| Dining Chair - Cushion 296 | $8,222.24 |
| Dining Chair - Cushion 296 | $8,222.24 |
| Dining Table - Outdoor | $1,118.83 |
| Dining Table - Outdoor | $1,118.83 |
| Double Tree Rod Holders | $196.00 |

**In re: LB Rose Ranch LLC**                                                    **Case No. 09-10560 (JMP)**

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.28 - Office equipment, furnishings and supplies

| DESCRIPTION | NET BOOK VALUE |
| --- | --- |
| Double Tree Rod Holders | $196.00 |
| Drape Panel - Ironbridge Custom | $3,752.00 |
| Drape Panel - Ironbridge Custom | $3,752.00 |
| Drape Panel - Ironbridge Custom | $3,752.00 |
| Dry Erase Boards (2) | $480.00 |
| Dry Erase Boards (2) | $300.00 |
| End Table - | $925.00 |
| End Table - | $925.00 |
| End Table - Buckingham | $3,780.85 |
| End Table - Buckingham | $3,780.85 |
| Extra Small Desk | $600.00 |
| F Lamp/ Regal w/ Shade | $1,883.00 |
| F Lamp/ Regal w/ Shade | $1,883.00 |
| File Cabinets | $176.16 |
| Filing Cabinet | $171.43 |
| Floor Lamp / Sunset Woods | $747.25 |
| Floor Lamp / Sunset Woods | $747.25 |
| Folding Chairs (8) | $175.56 |
| Gas Grill | $791.13 |
| General Accessories | $1,556.18 |
| General Accessories | $1,556.18 |
| GHIN Computer & Printer(Dell) | $556.01 |
| Golf Artwork (10) | $1,343.25 |
| Hamper | $165.00 |
| Head Pro Bookshelves (2), (purchased USED) | $128.57 |
| Head Pro computer | $995.04 |
| Head Pro Desk (purchased USED) | $128.57 |
| Head Pro printer-Bar code | $366.31 |
| Head Pro Window Blinds | $358.06 |
| HP Printer Network Laser | $516.67 |
| Ice Maker | $1,092.63 |
| Ice-o-matic, ice machine | $2,309.97 |
| Irrigation Chair | $60.71 |
| Irrigation Computer | $100.00 |
| Irrigation Desk | $157.14 |
| Irrigation Phone | $220.00 |
| Irrigation Shelves | $508.49 |
| John Deere Leaf Blower | $127.30 |
| Lamps (3) | $458.29 |
| Lathem Time Clock | $157.87 |
| LCD - 47" 5D HDTV w/Wall Mount | $2,190.00 |
| LCD - 47" 5D HDTV w/Wall Mount | $2,190.00 |
| Leather Chairs | $3,758.93 |
| Leather chairs (2) | $3,581.99 |
| Levi's Shelves | $508.49 |
| Lg Table w/Chairs Cover | $302.76 |
| Lg Table w/Chairs Cover | $302.76 |
| Lockers (24) | $1,457.14 |
| Lounge Chair - Cush026 | $1,201.00 |
| Lounge Chair - Cush026 | $1,201.00 |
| Lounge Chair - Cush027 | $625.31 |
| Lounge Chair - Cush027 | $625.31 |
| Lounge Chair - Cush275 | $2,254.32 |
| Lounge Chair - Cush275 | $2,254.32 |
| Lounge Chair - Cush296 | $3,603.00 |
| Lounge Chair - Cush296 | $3,603.00 |
| Lounge Chair - Cush298 | $5,404.50 |
| Lounge Chair - Cush298 | $5,404.50 |
| LoungeChairCover | $393.12 |
| LoungeChairCover | $393.12 |
| Love Seat - Cushion 273 | $1,947.53 |
| Love Seat - Cushion 273 | $1,947.53 |

LB Rose Schedules 24

**In re: LB Rose Ranch LLC**                                                    Case No. 09-10560 (JMP)

### SCHEDULE B -PERSONAL PROPERTY
#### Rider B.28 - Office equipment, furnishings and supplies

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| Loveseat Cover | $79.04 |
| Loveseat Cover | $79.04 |
| Materials Table | $185.00 |
| Materials Table | $50.00 |
| Maxus Air Machine | $180.00 |
| Member Services computer | $1,850.92 |
| Member Services Desk | $439.50 |
| Member Services Storage Cabinet | $175.80 |
| Member Services Storage Cabinet | $294.96 |
| Member Services Window Blinds | $358.06 |
| Metal File cabinets (5) | $351.56 |
| Metal Shelves (1) | $21.43 |
| Microwave | $110.00 |
| office chairs (4), (purchased USED) | $128.57 |
| Old Books | $23.43 |
| Ottoman - Cushion 018 | $2,384.28 |
| Ottoman - Cushion 018 | $2,384.28 |
| Ottoman - Cushion 026 | $929.02 |
| Ottoman - Cushion 026 | $929.02 |
| Ottoman - Cushion 231 | $891.98 |
| Ottoman - Cushion 231 | $891.98 |
| Ottoman - Cushion 273 | $891.98 |
| Ottoman - Cushion 273 | $891.98 |
| Ottoman - Cushion 296 | $1,858.04 |
| Ottoman - Cushion 296 | $1,858.04 |
| Ottoman Cover - CUSTOM | $369.00 |
| Ottoman Cover - CUSTOM | $369.00 |
| Pasadena Sconce - Broasted | $1,652.00 |
| Pasadena Sconce - Broasted | $206.50 |
| Pasadena Sconce - Broasted | $206.50 |
| Pasadena Sconce - Broasted | $1,652.00 |
| Pasadena Sconce - Broasted | $206.50 |
| Pasadena Sconce - Broasted | $206.50 |
| Patio Table & Chairs(2) | $638.85 |
| Patio Tables 6) & Chairs(23) | $6,995.12 |
| Phone | $350.00 |
| Phone | $350.00 |
| Phone | $350.00 |
| Phone | $220.00 |
| Phone | $220.00 |
| Photo Copier Cabinet | $400.00 |
| Photo Copier(used) | $1,400.00 |
| Pillows | $67.71 |
| Pillows - Ironbridge Custom | $426.00 |
| Pillows - Ironbridge Custom | $426.00 |
| Pillows - Ironbridge Custom | $426.00 |
| Plan Tables | $305.74 |
| Proshop Front Desk Computer(Dell) | $433.33 |
| Refridgerator | $560.00 |
| Round Dining Table/Santorini | $937.50 |
| Round Dining Table/Santorini | $937.50 |
| Round Occasional Table (1) | $81.17 |
| Rugs (2) | $5,580.36 |
| Satff Mini Refrigerator | $131.86 |
| Server Cabinet w/ glass doors | $760.26 |
| Shag Bags (5) | $103.23 |
| Short metal storage unit | $191.86 |
| Shower Curtain | $250.00 |

LB Rose Schedules 25

**In re: LB Rose Ranch LLC**                                                                 **Case No. 09-10560 (JMP)**

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.28 - Office equipment, furnishings and supplies

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| Shower Curtain | $250.00 |
| Side Table | $210.00 |
| Sideboard - Tua | $838.20 |
| Sideboard - Tua | $838.20 |
| Silk Trees (2) | $167.31 |
| Single Chaise/ Santorini | $28,375.00 |
| Single Chaise/ Santorini | $28,375.00 |
| Small Refridgerator | $135.00 |
| Sofa | $2,522.86 |
| Sofa - Cushion 296 | $3,689.82 |
| Sofa - Cushion 296 | $3,689.82 |
| Sofa Table | $1,412.50 |
| Storage cube | $204.14 |
| Swivel Rocker Chair/ Santorini | $3,054.00 |
| Swivel Rocker Chair/ Santorini | $3,054.00 |
| T Lamp/ Bozeman w/Shade | $230.30 |
| T Lamp/ Bozeman w/Shade | $230.30 |
| T Lamp/ Horizon w/ shade | $460.60 |
| T Lamp/ Horizon w/ shade | $460.60 |
| T Lamp/ Pinecone w/Shade | $460.60 |
| T Lamp/ Pinecone w/Shade | $460.60 |
| T Lamp/Copper Urn | $416.50 |
| T Lamp/Copper Urn | $416.50 |
| Tabbed Curtain Ring - RUST | $390.00 |
| Tabbed Curtain Ring - RUST | $390.00 |
| Tabbed Curtain Ring - RUST | $390.00 |
| Table Cover - CUSTOM | $168.00 |
| Table Cover - CUSTOM | $168.00 |
| Tall Floral | $69.62 |
| Telephones (4) | $1,320.00 |
| Television | $841.04 |
| Terrace Table -Oval Buckingham | $2,430.56 |
| Terrace Table -Oval Buckingham | $2,430.56 |
| Timeclock | $140.00 |
| Torchere | $471.25 |
| Touch of Art - River of Light | $145.70 |
| Touch of Art - River of Light | $145.70 |
| Towel Holders | $69.62 |
| Track Lighting | $1,006.32 |
| Tray / Oak Leaf & Acorns | $47.00 |
| Tray / Oak Leaf & Acorns | $47.00 |
| Triwave Seeder | $11,833.50 |
| Two-Way Radio | $450.00 |
| Two-Way Radio | $264.29 |
| Two-Way Radio | $479.91 |
| Two-Way Radio's (6) | $1,722.83 |
| Umbrella - Santorini | $781.50 |
| Umbrella - Santorini | $781.50 |
| Umbrella Base - Santorini | $385.50 |
| Umbrella Base - Santorini | $385.50 |
| Unallocated reserve | -$11,340.00 |
| VCR/DVD | $69.40 |
| Walnut Leather Stool | $440.14 |
| Washer & Dryer | $613.13 |
| Window Treatments | $2,670.81 |
| WITTEK Ball washer | $840.00 |
| Wooden Blinds | $264.05 |
| Wooden Retail Display Fixtures/GHIN Cabinet | $47,021.43 |
| Wooden Trash Cans (3) | $977.86 |
| **TOTAL** | **$342,676.72** |

In re: LB Rose Ranch LLC                                                                  Case No. 09-10560 (JMP)

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.29 - Machinery, fixtures, equipment and supplies used in business

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| Toro Greensmower 1000 | $773.47 |
| Toro Greensmower 1000 | $773.47 |
| Toro Greensmower 1000 | $773.47 |
| Toro Greensmower 1000 | $773.47 |
| Toro Greensmower 1600 | $915.08 |
| Toro Greensmower 1600 | $915.08 |
| Toro Greensmower 1600 | $915.08 |
| Multi-Pro 5500 Sprayer | $4,238.04 |
| Toro Workman 3300 (2WD) | $2,572.62 |
| Toro Workman 4300 (4WD) Irrigation | $3,454.60 |
| Toro Workman 4300 (4WD) w/Hydr. | $3,023.68 |
| Toro 21" Commercial Mower | $74.09 |
| Toro 21" Commercial Mower | $74.09 |
| Fly Mo | $65.98 |
| Fly Mo | $65.98 |
| Fly Mo | $65.98 |
| Backpack Blower | $61.01 |
| Backpack Blower | $61.01 |
| John Deere Tractor | $2,109.30 |
| Club Car Utility 4 Wheel Brks. | $557.77 |
| Club Car Utility 4 Wheel Brks. | $557.77 |
| Club Car Utility Turf 2 | $518.65 |
| Club Car Utility Turf 2 | $518.65 |
| Dump Trailer | $428.83 |
| Workstation 9300 | $864.24 |
| Agrimetal PTO Blower 300 | $314.64 |
| Toro Greensmower 1000 w/ Groomers | $773.48 |
| Toro Greensmower 1000 w/Groomers | $773.48 |
| Toro Greensmower 1000 w/Groomers | $773.48 |
| Toro Greensmower 1600 | $915.08 |
| Toro Greensmower 1600 | $915.08 |
| Toro Greensmower 1600 | $915.08 |
| Toro 3500D Rotary Deck | $2,050.48 |
| Toro 5400 (4WD) | $2,691.36 |
| Toro Sandpro 5020 (3WD) | $1,946.27 |
| Toro Sandpro Edger Attachment | $335.73 |
| Toro Workman 3300 (4WD) | $3,068.25 |
| Toro Workman 4300 (4WD) | $2,672.99 |
| Toro Aerothatch 83 | $411.79 |
| Toro Seeder 93 | $595.35 |
| Toro Sprayer T300 | $1,214.52 |
| Mataway Seeder | $470.18 |
| Sod Cutter | $530.45 |
| Dual Grinder | $723.78 |
| Anglemaster | $1,712.09 |
| Lift Table | $232.34 |
| Club Car Utility Turf 2 | $530.00 |
| Club Car Utility Turf 2 | $530.00 |
| Fly Mo | $58.48 |
| Fly Mo | $58.48 |
| Fly Mo | $58.48 |
| Redmax String Trimmer | $41.56 |
| Backpack Blower | $61.01 |
| Redmax Hand Blower | $52.50 |
| Redmax Hand Blower | $52.50 |
| Redmax Hand Blower | $52.50 |
| Redmax Hand Blower | $52.50 |
| Club Car Utility Turf 2 | $557.50 |

LB Rose Schedules 27

In re: LB Rose Ranch LLC                                                    Case No. 09-10560 (JMP)

### SCHEDULE B -PERSONAL PROPERTY
**Rider B.29 - Machinery, fixtures, equipment and supplies used in business**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| John Deere String Trimmer | $75.00 |
| John Deere String Trimmer | $75.00 |
| John Deere String Trimmer | $75.00 |
| John Deere String Trimmer | $75.00 |
| Lely Spreader | $1,800.00 |
| Sickle Bar Attachment | $744.75 |
| Brush Hog | $1,600.00 |
| Ryan Aerator | $1,600.00 |
| Greens Groomer Brush | $392.50 |
| Toro Versa Vac | $10,200.00 |
| Toro 21" Commercial Mower | $92.38 |
| Toro 21" Commercial Mower | $92.38 |
| Toro Greens Aerator | $6,650.00 |
| Toro Greens Aerator | $6,650.00 |
| Steiner(used) | $1,500.00 |
| Steiner Rotary Mower Deck Attach. | $250.00 |
| Steiner Brush Attach. | $250.00 |
| Steiner Blade Attach. | $125.00 |
| Toro Pro Core 660 | $5,150.00 |
| Toro Double Trailer | $465.00 |
| Toro Double Trailer | $465.00 |
| John Deere 727A Z Trak | $7,000.00 |
| Club Car Utility Turf 1 | $530.00 |
| AeroKing | $1,987.50 |
| Welder | $7,500.00 |
| Parts Washer | $4,000.00 |
| Backhoe Attachment | $3,948.20 |
| Skidsteer | $17,396.96 |
| Water maze | $14,000.00 |
| Jacobsen SLF 1880 4Wd, with 33hp Turbo | $22,342.03 |
| Jacobsen SLF 1880 4Wd, with 33hp Turbo | $22,342.03 |
| Jacobsen SLF 1880 4Wd, with 33hp Turbo | $22,342.03 |
| Jacobsen SLF 1880 4Wd, with 33hp Turbo | $20,022.43 |
| Jacobsen AR-5 Rotary 4wd, with 60hp Turbo | $26,235.70 |
| Jacobsen AR-5 Rotary 4wd, with 60hp Turbo | $23,751.96 |
| Jacobsen TriKing VI | $23,527.12 |
| Jacobsen TriKing VI | $23,527.12 |
| Portable Welder | $2,700.00 |
| Plasma Cutter | $2,350.00 |
| Buffalo Blower | $3,985.99 |
| Buffalo Blower | $3,985.99 |
| Turfco 1530 Wide Spin Topdresser | $5,588.45 |
| Toro 5200 Pro Sweep | $7,387.75 |
| Toro 5200 Pro Sweep | $7,387.75 |
| Toro Model 22168 Push Mower | $860.28 |
| Toro Model 22168 Push Mower | $860.28 |
| Tru Roll Roller/Spiker | $7,495.12 |
| Craftsman Tool Box and Tools | $3,000.00 |
| Eagle Fuel Cabinet | $505.70 |
| Fuel Cans Justrite (6) | $301.45 |
| Fuel Cans Justrite (3) | $150.89 |
| Fuel Cans Justrite (1) | $76.90 |
| Jack Stands (20) | $189.92 |
| Shop Press | $1,034.17 |
| Jet Drill Press | $869.94 |
| **TOTAL** | **$378,803.36** |

**In re: LB Rose Ranch LLC**                                   **Case No. 09-10560 (JMP)**

## SCHEDULE B -PERSONAL PROPERTY
### Rider B.30 - Inventory

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| Mens Apparel | $2,762.58 |
| Women's Clothing | $1,032.24 |
| Golf Clubs | $2,221.58 |
| Golf Balls | $193.72 |
| Footwear | $436.25 |
| Headwear | $1,764.64 |
| Golf Bags | $208.24 |
| Golf Gloves | $861.41 |
| Miscellaneous | $2,068.26 |
| **TOTAL** | **$11,548.92** |

**B6C (Official Form 6C) (12/07)**

In re  **LB Rose Ranch LLC**                                    ,                          Case No.  **09-10560 (JMP)**
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐   Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $136,875.
☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable | | | |

B6D (Official Form 6D) (12/07)

In re __LB Rose Ranch LLC_____,    Case No. __09-10560 (JMP)_____
               **Debtor**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ironbridge Aspen Collection, LLC<br>410 Ironbridge Drive<br>Glenwood Springs, CO 81601 | | | Garfield County Colorado Mechanic's Lien Statement Number 757660 dated 10/22/2008<br><br>VALUE $ 366,355.00 | X | | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>Ironbridge Aspen Collection, LLC<br>410 Ironbridge Drive<br>Glenwood Springs, CO 81601 | | | Garfield County Colorado Mechanic's Lien Statement Number 759581 dated 12/3/2008<br><br>VALUE $ 272,470.00 | X | | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>Swedish Painting Co<br>PO Box 9103<br>Aspen, CO 81612 | | | Garfield County Colorado Mechanic's Lien Statement Number 757841 dated 10/28/2008<br><br>VALUE $ 62,902.20 | X | | X | Undetermined | Undetermined |

_2_ continuation sheets attached

Subtotal ▶           $ Undetermined      $Undetermined
(Total of this page)

Total ▶           $              $
(Use only on last page)

                                  (Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re  **LB Rose Ranch LLC**                                    ,                    Case No.  **09-10560 (JMP)**
                    Debtor                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Vail Architechture Group, Inc.<br>PO Box 1734<br>Vail, CO 81658 | | | Garfield County Colorado Mechanic's Lien Statement Number 649676 dated 4/7/2004<br><br>VALUE $ 19,075.74 | X | | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>West Canyon Investment LLC D/B/A Harbert Lumber Company 7150 Highway 82 Glenwood Springs, CO 81601 | | | Garfield County Colorado Mechanic's Lien Statement Number 760668 dated 12/29/2008<br><br>VALUE $ 9,961.21 | X | | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>West Canyon Investment LLC D/B/A Harbert Lumber Company 7150 Highway 82 Glenwood Springs, CO 81601 | | | Garfield County Colorado Mechanic's Lien Statement Number 760669 dated 12/29/2008<br><br>VALUE $ 9,352.00 | X | | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>West Canyon Investment LLC D/B/A Harbert Lumber Company 7150 Highway 82 Glenwood Springs, CO 81601 | | | Garfield County Colorado Mechanic's Lien Statement Number 760670 dated 12/29/2008<br><br>VALUE $ 6,747.33 | X | | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>West Canyon Investment LLC D/B/A Harbert Lumber Company 7150 Highway 82 Glenwood Springs, CO 81601 | | | Garfield County Colorado Mechanic's Lien Statement Number 760671 dated 12/29/2008<br><br>VALUE $ 1,205.32 | X | | X | Undetermined | Undetermined |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ Undetermined

$Undetermined

Total(s) ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re  **LB Rose Ranch LLC**                                  ,                    Case No.   **09-10560 (JMP)**
          Debtor                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>West Canyon Investment LLC D/B/A Harbert Lumber Company 7150 Highway 82 Glenwood Springs, CO 81601 | | | Garfield County Colorado Mechanic's Lien Statement Number 760672 dated 12/29/2008<br><br>VALUE $ $602.70 | X | | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>West Canyon Investment LLC D/B/A Harbert Lumber Company 7150 Highway 82 Glenwood Springs, CO 81601 | | | Garfield County Colorado Mechanic's Lien Statement Number 760673 dated 12/29/2008<br><br>VALUE $ $602.62 | X | | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ Undetermined | $Undetermined |
|---|---|

Total(s) ▶
(Use only on last page)

| $ Undetermined | $Undetermined |
|---|---|

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

LB Rose Schedules 33

B6E (Official Form 6E) (12/07)

In re   **LB Rose Ranch LLC**_____,                    Case No. **09-10560 (JMP)**_____
                        Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **LB Rose Ranch LLC**                                      ,                Case No. **09-10560 (JMP)**
_____                                   _____
                    **Debtor**                                                    **(if known)**

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**

   **1**  **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re **LB Rose Ranch LLC** ,                          Case No.    **09-10560 (JMP)**
_____                          _____
        Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

        Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> This entity is a single member LLC held by PAMI LLC which is held by Property Asset Management Inc, and as such, has no direct tax obligations. | | | | | | | | | |
| Account No. <br><br><br> | | | | | | | | | |
| Account No. <br><br><br> | | | | | | | | | |
| Account No. <br><br><br> | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ Undetermined | $ Undetermined      $ Undetermined |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ Undetermined | |
| Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ Undetermined      $ Undetermined |

B6F (Official Form 6F) (12/07)

In re **LB Rose Ranch LLC** ,                                    Case No. **09-10560 (JMP)**
_____                              _____
        **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> See attached rider: Schedule F Litigation | | | | X | X | X | Undetermined |
| ACCOUNT NO. <br> See attached rider: Schedule F Payables | | | | | | | Undetermined |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | Subtotal ▶ | | $ Undetermined |

_0_ continuation sheets attached

Total ▶    $ Undetermined
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

LB Rose Ranch LLC

09-10560 (JMP)

Schedule F
Creditors Holding Unsecured Nonpriority Claims
Litigation

| Creditor name | Address 1 | Address 2 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Roger Trout | | | | | | UNITED STATES | General Litigation | Y | Y | Y | Undetermined |

LB Rose Schedules 38

LB Rose Ranch LLC

09-10560 (JMP)

Schedule F
Creditors Holding Unsecured Nonpriority Claims
Payables

| Creditor name | Address 1 | Address 2 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acushnet Company | P.O. Box 965 | | Fairhaven | MA | 02719-0965 | UNITED STATES | General Trade Payable | N | N | N | $285.54 |
| Airgas Intermountain | 3710 Hwy 82 | #6 | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $362.61 |
| All Phase Electric | 5392 County Road 154 | | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $89.90 |
| All Valley Pest Control, Inc | 2409 Bobolink Lane | | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $52.00 |
| Alsco | P.O. Box 370 | | Grand Junction | CO | 81502 | UNITED STATES | General Trade Payable | N | N | N | $443.84 |
| Balcomb & Green, P.C. | 818 Colorado Avenue | Drawer 790 | Glenwood Springs | CO | 81602 | UNITED STATES | General Trade Payable | N | N | N | $12,826.50 |
| Blue Tent Marketing | P.O. Box 1063 | | Basalt | CO | 81621 | UNITED STATES | General Trade Payable | N | N | N | $78.00 |
| C.P.I. | 292 W. Emerson Ave. | | Rahway | NJ | 7065 | UNITED STATES | General Trade Payable | N | N | N | $3,250.00 |
| Colorado Golf Association | 5990 Greenwood Plaza Blvd | #130 | Greenwood Village | CO | 80111 | UNITED STATES | General Trade Payable | N | N | N | $200.00 |
| Comcast Cable | 8000 E Iliff Avenue | | Denver | CO | 80231-5317 | UNITED STATES | General Trade Payable | N | N | N | $18.17 |
| DEX | Attn: Customer Care | P.O Box 3900 | Peoria | IL | 61612 | UNITED STATES | General Trade Payable | N | N | N | $84.80 |
| Eric Foerster | 3800 Old Lodge Road | B-6 | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $97.11 |
| Farm Plan | P.O. Box 759 | 2914 Grand Avenue | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $101.60 |
| Fed Ex | P.O. Box 94515 | | Palatine | IL | 60094-4515 | UNITED STATES | General Trade Payable | N | N | N | $90.02 |
| Foree Tire Dist. | 5959 E. 39th | | Denver | CO | 80207 | UNITED STATES | General Trade Payable | N | N | N | $102.90 |
| Garfield County Treasurer | P.O. Box 1069 | | Glenwood Springs | CO | 81602-1069 | UNITED STATES | General Trade Payable | N | N | N | $6,419.44 |
| GE capital | P.O. Box 31001-0271 | | Pasadena | CA | 91110-0271 | UNITED STATES | General Trade Payable | N | N | N | $373.00 |
| High Country Engineering, Inc. | 1517 Blake Ave. | Suite 101 | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $6,557.03 |
| Ironbridge Aspen Collection LLC | 410 Ironbridge Drive | | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $143,688.18 |
| Ironbridge Property Owners Association | 1512 Grand Avenue | Suite 109 | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $1,357.14 |
| Kimball Midwest | Dept. L-2780 | | Columbus | OH | 43260-2780 | UNITED STATES | General Trade Payable | N | N | N | $18.41 |
| LL Johnson Dist. Co. | Pattlen Enterprises, Inc. | 4700 Holly Street | Denver | CO | 80216 | UNITED STATES | General Trade Payable | N | N | N | $315.19 |
| Lowes Commercial Services | P.O. Box 530954 | | Atlanta | GA | 30353-0954 | UNITED STATES | General Trade Payable | N | N | N | $555.61 |
| Marianne McGarry | 66 Meadow Lane | | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $141.14 |
| McPhilomy Commercial Products Company | 5098 Paris St. | | Denver | CO | 80239 | UNITED STATES | General Trade Payable | N | N | N | $1,094.31 |
| Mesa Bearing & Power Transmission | 576 1/2 25 Road | | Grand Junction | CO | 81505 | UNITED STATES | General Trade Payable | N | N | N | $177.50 |
| Mountain Power Sports | 7258 Highway 82 | | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $344.26 |
| Napa Auto Parts | Glenwood Springs Auto Parts | 3024 Glen Ave | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $944.54 |
| Oakley Sales Corp. | One Icon | | Foothill Ranch | CA | 92610 | UNITED STATES | General Trade Payable | N | N | N | $64.47 |
| Office Depot | Acct - 31A | P.O. Box 5027 | Boca Raton | FL | 33431-0827 | UNITED STATES | General Trade Payable | N | N | N | $197.43 |
| Patrick Brey | | | New Castle | CO | | UNITED STATES | General Trade Payable | N | N | N | $906.99 |
| Qwest | P.O. Box 29040 | | Phoenix | AZ | 85038-9040 | UNITED STATES | General Trade Payable | N | N | N | $89.15 |
| Roaring Fork Water & Sanitation District | P.O. Box 326 | | Glenwood Springs | CO | 81602 | UNITED STATES | General Trade Payable | N | N | N | $4,076.76 |
| Rocky Mountain Disposal | 3927 County Rd. 154 | | Glenwood Springs | CO | 81601 | UNITED STATES | General Trade Payable | N | N | N | $65.14 |
| Shuster & Company | 10200 E. Girard Ave. | Suite B-321 | Denver | CO | 80231-5553 | UNITED STATES | General Trade Payable | N | N | N | $19,597.58 |
| Siegel Oil Company | P.O. Box 40791 | | Denver | CO | 80204-0791 | UNITED STATES | General Trade Payable | N | N | N | $895.82 |
| Simplot Partners | 4195 Oneida Street | Unit H | Denver | CO | 80216 | UNITED STATES | General Trade Payable | N | N | N | $19,027.34 |
| Snowmass Club | Golf Course Maintenance Dept. | P.O. Box G-2 | Snowmass Village | CO | 81615 | UNITED STATES | General Trade Payable | N | N | N | $100.00 |
| The Toro Company - NSN | 39398 Treasury Center | | Chicago | IL | 60694-9300 | UNITED STATES | General Trade Payable | N | N | N | $239.00 |
| Unilink | P.O. Box 1150 | | Post Falls | Idaho | 83877-1150 | UNITED STATES | General Trade Payable | N | N | N | $14.01 |
| Waste Management - Carbondale | 0062 County Road 113 | Bldg L | Carbondale | CO | 81623 | UNITED STATES | General Trade Payable | N | N | N | $26.64 |
| Xcel Energy | P.O. Box 840 | | Denver | CO | 80201 | UNITED STATES | General Trade Payable | N | N | N | $1,325.73 |

LB Rose Schedules 39

B6G (Official Form 6G) (12/07)

In re  **LB Rose Ranch LLC**                                    ,          Case No.  **09-10560 (JMP)**
          **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide
the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the
leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John
Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached rider G: Deed Restricted Contracts | |
| See attached rider G: Government Agreements | |
| See attached rider G: Insurance Agreements | |
| See attached rider G: Operating and Management Agreements | |
| See attached rider G: Real Estate Agreements | |
| See attached rider G: Utility Contracts | |
| See attached rider G: Vendor Contracts | |

B6G (Official Form 6G) (12/07) – Cont.

In re   **LB Rose Ranch LLC**                                    ,          Case No.   **09-10560 (JMP)**
                    **Debtor**                                                                **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached rider G: Water Rights Agreements | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

LB Rose Ranch LLC

09-10560 (JMP)

Executory Contracts and Unexpired Leases
G: Deed Restricted Contracts

| Contract Counterparty Last Name | Contract Counterparty First name | Address 1 | Address 2 | City | State | Zip | Country | Contract description |
|---|---|---|---|---|---|---|---|---|
| Boyer | Angela Dawn | 1202 Cooper | | Glenwood Springs | CO | 81601 | USA | Residence Purchase & Sales Agreement for Lot 300 |
| Bravo | Dolores | 3210 County Road 114 | Apt. 47 | Glenwood Springs | CO | 81601 | USA | Residence Purchase & Sales Agreement for Lot 313 |
| Buchanan | Brenda Beth | 1240 Hendrick Drive | #N1 | Carbondale | CO | 81623 | USA | Residence Purchase & Sales Agreement for Lot 310 |
| Cable | Jerri Lee | 1041 Parkwest Drive | | Glenwood Springs | CO | 81601 | USA | Residence Purchase & Sales Agreement for Lot 314 |
| Nadon | Donald | 1013 Cooper Avenue | | Glenwood Springs | CO | 81601 | USA | Residence Purchase & Sales Agreement for Lot 311 |
| Nicholson | Tyler | 581 North 8th | | Carbondale | CO | 81623 | USA | Residence Purchase & Sales Agreement for Lot 315 |
| Shanahan | Kelly | 332 Alexandria | | Basalt | CO | 81621 | USA | Residence Purchase & Sales Agreement for Lot 298 |
| Warner | Kevin & Stephanie | 148 Panorama | | Marble | CO | 81623 | USA | Residence Purchase & Sales Agreement for Lot 299 |

LB Rose Schedules 42

LB Rose Ranch LLC

09-10560 (JMP)

Executory Contracts and Unexpired Leases
G: Government Agreements

| Contract Counterparty | Address 1 | Address 2 | Address3 | City | State | Zip | Country | Contract description |
|---|---|---|---|---|---|---|---|---|
| Board of Garfield County Commissioners | c/o Building & Planning Director | 108 8th Street | Suite 401 | Glenwood Springs | CO | 81601 | USA | Deed Restriction & Agreement |
| Board of Garfield County Commissioners | c/o Building & Planning Director | 108 8th Street | Suite 401 | Glenwood Springs | CO | 81601 | USA | Deposit & Substituion Agreement |
| Board of Garfield County Commissioners | c/o Building & Planning Director | 108 8th Street | Suite 401 | Glenwood Springs | CO | 81601 | USA | Escrow Agreement |
| Board of Garfield County Commissioners | c/o Building & Planning Director | 108 8th Street | Suite 401 | Glenwood Springs | CO | 81601 | USA | Subdivision Improvement Agreement - Phase 1 Subdivision Agreement |
| Board of Garfield County Commissioners | c/o Building & Planning Director | 108 8th Street | Suite 401 | Glenwood Springs | CO | 81601 | USA | Subdivision Improvement Agreement - Phase 2 Subdivision Agreement |
| Garfield County | Building & Planning Department | 108 8th Street | Suite 401 | Glenwood Springs | CO | 81601 | USA | Zone District / Comprehensive Plan Map Amendment |

LB Rose Schedules 43

LB Rose Ranch LLC

09-10560 (JMP)

Executory Contracts and Unexpired Leases
G: Insurance Agreements

| Contract Counterparty | Address 1 | Address 2 | City | State | Zip | Country | Contract description |
|---|---|---|---|---|---|---|---|
| Lexington Insurance Company | 100 Summer St. | | Boston | MA | 02110 | USA | Insurance - Property  Contract No. 8757370 |
| National Union Fire Insurance of Pittsburgh PA | 70 Pine St. | | New York | NY | 10270-0002 | USA | Insurance - General Liability  Contract No. GL 4571645 |
| National Union Fire Insurance of Pittsburgh PA | 70 Pine St. | | New York | NY | 10270-0002 | USA | Insurance - Umbrella  Contract No. 6081831 |

LB Rose Schedules 44

LB Rose Ranch LLC

09-10560 (JMP)

Executory Contracts and Unexpired Leases
G: Operating and Management Agreements

| Contract Counterparty Last Name | Contract Counterparty First name (if applicable) | Address 1 | Address 2 | City | State | Zip | Country | Contract description |
|---|---|---|---|---|---|---|---|---|
| Hansen Construction | | 310 AABC | | Aspen | CO | 81611 | USA | Construction Contract - Construction of Homes |
| Ironbridge Property Owners Association | | 1512 Grand Avenue | Suite 109 | Glenwood Springs | CO | 81601 | USA | Operating Agreement - Golf Club HOA Agreement |
| Ironbridge Property Owners Association | | 1512 Grand Avenue | Suite 109 | Glenwood Springs | CO | 81601 | USA | Operating Agreement - Operating/Cost Sharing Agreement |
| Schmidt | Tom | 1007 Westbank Road | | Glenwood Springs | CO | 81601 | USA | Management Agreement - Rose Ranch Management |
| Westbank Homeowners Association | | P.O. Box 2703 | | Glenwood Springs | CO | 81601 | USA | Operating Agreement - Water Rights Agreement- Non Pot - Piped System Agreement |
| Westbank Homeowners Association | | P.O. Box 2703 | | Glenwood Springs | CO | 81601 | USA | Operating Agreement - Water Rights Agreement- Non Pot - 1st Amendment to Ditch Agreement |
| Westbank Homeowners Association | | P.O. Box 2703 | | Glenwood Springs | CO | 81601 | USA | Operating Agreement - Water Rights Agreement- Non Pot - Ditch Agreement |

LB Rose Schedules 45

LB Rose Ranch LLC

09-10560 (JMP)

Executory Contracts and Unexpired Leases
G: Real Estate Agreements

| Contract Counterparty Last Name | Contract Counterparty First name (if applicable) | Address 1 | Address 2 | City | State | Zip | Country | Contract description |
|---|---|---|---|---|---|---|---|---|
| Beattie | Steve | 710 Cooper Ave | Suite 200 | Glenwood Springs | CO | 81601 | USA | Agreement - Beattie Property Triangle |
| Ironbridge Homes LLC | | 410 Ironbridge Drive | | Glenwood Springs | CO | 81601 | USA | Contruction Contract - Construction of Affordable Homes |
| Roaring Fork Real Estate | | 410 Ironbridge Drive | | Glenwood Springs | CO | 81601 | USA | Real Estate Commisssions |
| Warren | Jeffery and Leslie | PO# 1800 | | Glenwood Springs | CO | 81612 | USA | Lot Purchase - Swap lot #63 for lot #68 |

LB Rose Schedules 46

LB Rose Ranch LLC

09-10560 (JMP)

Executory Contracts and Unexpired Leases
G: Utility Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract description |
|---|---|---|---|---|---|---|---|---|
| Excel Energy | 2538 Blichmann Avenue | | | Grand Junction | CO | 81505 | USA | Utility Agreement-Excel |
| Holy Cross Energy | 3799 Hwy 82 | | | Glenwood Springs | CO | 81601 | USA | Utility Agreement |
| Qwest Corporation | Developer Contact Group | 700 W. Mineral Avenue | Room ND E3.32 | Littleton | CO | 80120 | USA | Utility Agreement-Qwest -Control Number CO23058 |
| Roaring Fork and Water & Sanitation District | 9929 Highway 82 | | | Carbondale | CO | 81623 | USA | Special Warranty Deed and Grant of Easement |
| Source Gas/Kinder Morgan | 0190 Fiou Lane | | | Basalt | CO | 81621 | USA | Utility Agreement-Source Gas/Kinder Morgan - Agreement Number COO68650016 |

LB Rose Schedules 47

LB Rose Ranch LLC

09-10560 (JMP)

Executory Contracts and Unexpired Leases
G: Vendor Contracts

| Contract Counterparty | Address 1 | Address 2 | City | State | Zip | Country | Contract description |
|---|---|---|---|---|---|---|---|
| Coca-Cola | 1220 Devereux Road | | Glenwood Springs | CO | 81601 | USA | Service Contract - Vending Machine Contract.  Execution Date - 9/18/2002 |
| Coca-Cola | 1220 Devereux Road | | Glenwood Springs | CO | 81601 | USA | Service Contract - Vending Machine Contract.  Execution Date - 9/26/2002 |
| Dex | 760 Horizon Drive | Suite 102 | Grand Junction | CO | 81506 | USA | Advertising Contract - Telephone advertising/listing. Contract No. 121380076 |
| GE Capital | PO Box 31001-0271 | | Pasadena | CA | 91110-0271 | USA | Ge Capital Copier Maintenance Agree |
| Leavenworth & Karp, P.C. Attorneys at Law | 201 14th Street, Suite 200 | P.O. Drawer 2030 | Glenwood Springs | CO | 81602 | USA | Engagement Agreement - LOC Agreement |
| Nebraska National Bank | 3110 Second Avenue | | Kearney | NE | 68847 | USA | Golf Cart Lease |
| Toro | PO Box 3339 | | Abilene | TX | 79604 | USA | Service Agreement - Irrigation Computer Lease |
| Unilink | 1961 Hirst Drive | | Moberly | MO | 65270 | USA | GE Capital Copier lease |

Page 1 of 1

LB Rose Schedules 48

LB Rose Ranch LLC

09-10560 (JMP)

Executory Contracts and Unexpired Leases
G: Water Rights Agreements

| Contract Counterparty Last Name | Contract Counterparty First name (if applicable) | Address 1 | Address 2 | City | State | Zip | Country | Contract description |
|---|---|---|---|---|---|---|---|---|
| Collins | Bodie | | | Glenwood Springs | CO | 81601 | USA | Water Rights - Water Rights Agreement-Non Pot |
| District court, Water Division NO.5 Colorado | | | | | | | | Water Rights - Water Rights Agreement-Non Pot - Case No. 90CW146 |
| District court, Water Division NO.5 Colorado | | | | | | | | Water Rights - Water Rights Agreement-Non Pot - Case No. 97CW236 |
| District court, Water Division NO.5 Colorado | | | | | | | | Water Rights - Water Rights Agreement-Non Pot - Case No. 99CW25 |
| District court, Water Division NO.5 Colorado | | | | | | | | Water Rights - Water Rights Agreement-Non Pot - Case No. 00CW019 |
| District court, Water Division NO.5 Colorado | | | | | | | | Water Rights - Water Rights Agreement-Non Pot - Case No. 05CW53 |
| District court, Water Division NO.5 Colorado | | | | | | | | Water Rights - Water Rights Agreement-Non Pot - Case No. 05CW102 |
| Gould | Mark & Mary | 0041 Oak Lane | | Glenwood Springs | CO | 81601 | USA | Water Rights - Water Rights Agreement-Non Pot - Case No. 03CW118 |
| Roaring Fork Water & Sanitation District | | 9929 Highway 82 | | Carbondale | CO | 81623 | USA | Pre-Inclusion Agreement - Water Agreement-Potable |
| Roaring Fork Water & Sanitation District | | 9929 Highway 82 | | Carbondale | CO | 81623 | USA | Pre-Inclusion Agreement - Water Agreement-Potable |
| West Divide Water Conservancy District | | P.O. Box 1478 | | Rifle | CO | 81650 | USA | Water Rights - Water Rights Agreement-Non Pot - Case No. 90CW200 |

LB Rose Schedules 49

**B6H (Official Form 6H) (12/07)**

In re   **LB Rose Ranch LLC**              ,                     Case No.   **09-10560 (JMP)**
             **Debtor**                                                                            **(if known)**

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Please refer to the Global Notes Pertaining to Debtors' Schedules and Statements attached hereto. | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  LB Rose Ranch LLC
_____ ,
Debtor

Case No. 09-10560 (JMP)
_____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                              Debtor

Date _____          Signature: _____
                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                      (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____

_____

Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.
-----------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Authorized Signatory          [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Limited Liability Company          [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date  03/16/2009
                                        Signature: _____

                                        William Fox, Authorized Signatory
                                        [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

-----------------------------------------------------------------------------------------
Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.