UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                            Case No. 08-13555 (JMP)

                    Debtor.
------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JAMES M. WILTON, ESQ.

UPON the motion of Dennis C. O'Donnell, Esq. dated March 12, 2009 for admission

*pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David S. Cohen, Esq. is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.


Dated: New York, New York
       March 17, 2009

                                      *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE