TERRY GODDARD
Attorney General
Firm Bar No. 14000

ROBERT R. HALL
Arizona State Bar No. 012163
Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7774
Fax: (602) 542-1726
Email: robert.hall@azag.gov
Attorney for the State of Arizona

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:                                              Case No.: 08-13555(JMP)
                                                    Chapter 11

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*

                                                    (Jointly Administered)

Debtors.

-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, ROBERT R. HALL, a member in good standing of the bar in the State of Arizona and the bar of the U.S. District Court for the District of Arizona, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the State of Arizona, a creditor in the above-referenced case. Mailing address: Arizona Attorney General's Office, 1275 West Washington, Phoenix, Arizona 85007; Email address: robert.hall@azag.gov; Telephone number: 602-542-7774; Fax number: 602-542-1726.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Date: March 10, 2009
Phoenix, Arizona

                                    /s/ Robert R. Hall
                                    ROBERT R. HALL