TERRY GODDARD
Attorney General
Firm Bar No. 14000

APRIL J. THEIS
Arizona State Bar No. 020720
Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8387
Fax: (602) 542-1726
Email: april.theis@azag.gov
Attorney for the State of Arizona

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 08-13555(JMP) |
| | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, APRIL J. THEIS, a member in good standing of the bar in the State of Arizona and the bar of the U.S. District Court for the District of Arizona, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the State of Arizona, a creditor in the above-referenced case.  Mailing address:  Arizona Attorney General, 1275 West Washington, Phoenix, Arizona 85007; Email address:  april.theis@azag.gov; Telephone number:  602-542-8387; Fax number: 602-542-1726.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Date:  March 10, 2009
Phoenix, Arizona

/s/ April J. Theis
APRIL J. THEIS

