Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO  80237
Phone:  720-488-0220
Fax:  720-488-7711

ATTORNEYS FOR IRONBRIDGE ASPEN COLLECTION, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                         :
In re                                                    :        Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :        Case No. 08-13555 (JMP)
                                                         :
                Debtor.                                  :        Jointly Administered
                                                         :
-------------------------------------------------------------x

**NOTICE PURSUANT TO 11 U.S.C. § 546(b)**
**BY IRONBRIDGE ASPEN COLLECTION, LLC**

        Pursuant to 11 U.S.C. § 546(b), to the extent not already perfected, Ironbridge Aspen Collection, LLC, a Colorado limited liability company ("Aspen Collection"), hereby gives notice to Debtors, the United States Trustee and all other parties in interest in this case of Aspen Collection's notice to enforce its mechanic's liens for labor and materials performed and furnished and used in the improvement of the properties identified below.  As of March 2, 2009, the amount owed was $446,147.00 together with all applicable interest and attorneys' fees as may be permitted by contract, statue or other applicable law, and further demands segregation and accounting or payment of the funds received from such collateral to the extent Debtor is not already performing this function:

        Lots 297 through 316 (inclusive)
        Ironbridge P.U.D.
        Phase II, Filing 1
        County of Garfield, State of Colorado

        also known by the following street addresses:

        Lot 297 – 0324 Fox Run Court, Glenwood Springs, CO, 81601
        Lot 298 – 0636 Fox Run Court, Glenwood Springs, CO, 81601
        Lot 299 – 0612 Fox Run Court, Glenwood Springs, CO, 81601
        Lot 300 – 0588 Fox Run Court, Glenwood Springs, CO, 81601
        Lot 301 – 0372 Fox Run Court, Glenwood Springs, CO, 81601
        Lot 302 – 0348 Fox Run Court, Glenwood Springs, CO, 81601

00089991

Lot 303 – 0321 Fox Run Court, Glenwood Springs, CO, 81601
Lot 304 – 0345 Fox Run Court, Glenwood Springs, CO, 81601
Lot 305 – 0369 Fox Run Court, Glenwood Springs, CO, 81601
Lot 306 – 0393 Fox Run Court, Glenwood Springs, CO, 81601
Lot 307 – 0417 Fox Run Court, Glenwood Springs, CO, 81601
Lot 308 – 0441 Fox Run Court, Glenwood Springs, CO, 81601
Lot 309 – 0465 Fox Run Court, Glenwood Springs, CO, 81601
Lot 310 – 0489 Fox Run Court, Glenwood Springs, CO, 81601
Lot 311 – 0513 Fox Run Court, Glenwood Springs, CO, 81601
Lot 312 – 0537 Fox Run Court, Glenwood Springs, CO, 81601
Lot 313 – 0561 Fox Run Court, Glenwood Springs, CO, 81601
Lot 314 – 0585 Fox Run Court, Glenwood Springs, CO, 81601
Lot 315 – 0609 Fox Run Court, Glenwood Springs, CO, 81601
Lot 316 – 0633 Fox Run Court, Glenwood Springs, CO, 81601

DATED this 17th day of March, 2009.

BIEGING SHAPIRO & BURRUS LLP


By:＿＿/s/ Duncan E. Barber＿＿＿＿＿＿
　　Duncan E. Barber, #16768
　　Steven T. Mulligan, #199101
　　4582 South Ulster St. Parkway, Suite 1650
　　Denver, CO  80237
　　Telephone:  (720) 488-0220
　　Fax:  (720) 488-7711
　　E-mail dbarber@bsblawyers.com
　　E-mail: smulligan@bsblawyers.com

　　Attorneys for Ironbridge Aspen Collection, LLC

00089991                                          2

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on March 17, 2009, a true and correct copy of the foregoing **NOTICE PURSUANT TO 11 U.S.C. § 546(b) BY IRONBRIDGE ASPEN COLLECTION, LLC,** was placed in the United States mail, first-class, postage prepaid and addressed to the following:

| | |
|---|---|
| Andrew D. Velez-Rivera<br>Office of the U. S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Ian T. Lowitt, CFO<br>Lehman Brothers Holdings, Inc.<br>245 Seventh Avenue<br>New York, NY 10019 | Jeffrey S. Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Lehman Brothers Holdings, Inc.<br>c/o Prentice Hall Corporation System, Inc.<br>80 State Street<br>Albany, NY 12207 | Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y Waisman, Esq.<br>Weil Gotshal & Manages LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Lindsee P. Grandfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Susheel Kirpalani<br>James Treece<br>Quinn Emmanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | |

/s/ Mary Anne Lenzi

00089991                                           3