Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220
Fax: 720-488-7711

ATTORNEYS FOR IRONBRIDGE MOUNTAIN COTTAGES, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :    Case No. 08-13555 (JMP)
                                                              :
        Debtor.                                               :    Jointly Administered
                                                              :
---------------------------------------------------------------x

**NOTICE PURSUANT TO 11 U.S.C. § 546(b)**
**BY IRONBRIDGE MOUNTAIN COTTAGES, LLC**

   Pursuant to 11 U.S.C. § 546(b), to the extent not already perfected, Ironbridge Mountain Cottages, LLC, a Colorado limited liability company ("Mountain Cottages"), hereby gives notice to Debtors, the United States Trustee and all other parties in interest in this case of Mountain Cottages's notice to enforce its mechanic's liens for labor and materials performed and furnished and used in the improvement of the properties identified below. As of March 2, 2009, the amount owed was $63,670.00 together with all applicable interest and attorneys' fees as may be permitted by contract, statue or other applicable law, and further demands segregation and accounting or payment of the funds received from such collateral to the extent Debtor is not already performing this function:

   Lots 199, 200, 222 and 223
   Ironbridge P.U.D.
   Phase II, Filing 1, 2 & 3
   County of Garfield, State of Colorado

   also known by the following street addresses:

   Lot 199 – 0364 Red Bluff Vista, Glenwood Springs, CO 81601
   Lot 200 – 0340 Red Bluff Vista, Glenwood Springs, CO 81601
   Lot 222 – 0769 River Bend Way, Glenwood Springs, CO 81601
   Lot 223 – 0787 River Bend Way, Glenwood Springs, CO 81601

00091214

DATED this 17th day of March, 2009.

                                      BIEGING SHAPIRO & BURRUS LLP

                              By: /s/ Duncan E. Barber
                                  Duncan E. Barber, #16768
                                  Steven T. Mulligan, #199101
                                  4582 South Ulster St. Parkway, Suite 1650
                                  Denver, CO 80237
                                  Telephone: (720) 488-0220
                                  Fax: (720) 488-7711
                                  E-mail dbarber@bsblawyers.com
                                  E-mail: smulligan@bsblawyers.com

                                  Attorneys for Ironbridge Mountain Cottages, LLC

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on March 17, 2009, a true and correct copy of the foregoing **NOTICE PURSUANT TO 11 U.S.C. § 546(b) BY IRONBRIDGE MOUNTAIN COTTAGES, LLC,** was placed in the United States mail, first-class, postage prepaid and addressed to the following:

| | |
|---|---|
| Andrew D. Velez-Rivera<br>Office of the U. S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Ian T. Lowitt, CFO<br>Lehman Brothers Holdings, Inc.<br>245 Seventh Avenue<br>New York, NY 10019 | Jeffrey S. Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Lehman Brothers Holdings, Inc.<br>c/o Prentice Hall Corporation System, Inc.<br>80 State Street<br>Albany, NY 12207 | Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y Waisman, Esq.<br>Weil Gotshal & Manages LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Lindsee P. Grandfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Susheel Kirpalani<br>James Treece<br>Quinn Emmanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | |

/s/ Mary Anne Lenzi

00091214                         3