UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
In re:                                          :        Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS, INC., et al.,         :        08-13555 (JMP)
        Debtors                                 :
                                                :        Jointly Administered
_____:

## AFFIDAVIT OF SERVICE

      Mark Frankel, being duly sworn, says: I am over the age of eighteen years, I reside in Nassau County, and am not a party herein, and on the 17th day of March, 2009, I served a true copy of **CITIZENS ELECTRIC COMPANY OF LEWISBURG, PA AND WELLSBORO ELECTRIC COMPANY, d/b/a CEWECo'S OBJECTION TO LEHMAN BROTHERS COMMODITY SERVICES, INC.'S NOTICE OF ASSIGNMENT** upon the parties listed below by email, and on the 18th day of March, 2009, I caused same to be served on the parties listed below by hand.

                                                               s/Mark Frankel

Sworn to before me this 18th
day of March, 2009

/s/Scott Krinsky
Notary Public

To:

Lori Fife
Robert Lemons
Weil Gotshal
767 Fifth Ave
NewYork, NY 10153

Steven Reisman
Lynn Harrison
Curtis Mallet
101 Park Ave.
New York NY 10178

Wilbur Foster
Evan Fleck
Milbank Tweed
I Chase Manhattan Plaza
New York NY 10005