UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                      Case No. 08-13555 (JMP)

                                Debtor.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID S. COHEN

UPON the motion of Dennis C. O'Donnell dated March 12, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David S. Cohen is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:   New York, New York
             March 18, 2009

                                                    *s/ James M. Peck*
                                                    UNITED STATES BANKRUPTCY JUDGE