**Adjourned Hearing Date: April 7, 2009 at 10:00 a.m.**

Mark S. Landman, Esq. (ML 7654)
William G. Ballaine, Esq. (WB 4344)
Sophia Ree (SR 3820)
**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

- and -

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

**NINTH NOTICE OF ADJOURNMENT OF HEARING ON MOTION
OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR
<u>LEAVE TO CONDUCT RULE 2004 DISCOVERY</u>**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of

Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery (Docket

478178.1 DocsNY

#1180), which was scheduled to be heard on March 25, 2009 at 10:00 a.m. (Eastern Time), **has been further adjourned to April 7, 2009 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard ("the Adjourned Hearing"). The Adjourned Hearing shall be held before the Honorable James M. Peck at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

Dated: March 18, 2009
New York, New York

LANDMAN CORSI BALLAINE & FORD P.C.

By: /s/ Sophia Ree
Mark S. Landman
William G. Ballaine
Sophia Ree
120 Broadway, 27th Floor
New York, N.Y. 10271
Telephone (212) 238-4800
Facsimile (212) 238-4848

-and-

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone (703) 903-2640
Facsimile (703)-903-4160

*Counsel to the Federal Home Loan Mortgage Corporation in Conservatorship*

478178.1 DocsNY