**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re                                                               : | Chapter 11 Case No. |
|                                                                          : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    : | 08-13555 (JMP) |
|                                                                          : | |
| Debtors.                                    : | (Jointly Administered) |

-------------------------------------------------------------------x

**ORDER GRANTING MOTION FOR AN ORDER,
PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 9018, AUTHORIZING DEBTORS TO FILE
SETTLEMENT AGREEMENT AND TRADE CONFIRMATION UNDER SEAL**

Upon the motion, dated March 5, 2009 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper Inc. ("LCPI"), as debtors and debtors in possession (collectively, "LCPI" or the "Debtors" and, collectively with other debtors and non-debtor affiliates, "Lehman"), pursuant to section 107(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") requesting permission to file under seal a letter agreement, dated December 18, 2008 (the "Settlement Agreement"), and a LSTA Par/Near Par Trade Confirmation, dated August 26, 2008 (the "Trade Confirmation"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with

the procedures set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures entered on February 13, 2009 [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the attorneys for DK; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

        ORDERED that the Motion is granted; and it is further

        ORDERED that, pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the Settlement Agreement (Exhibit B to the Enforcement Motion) and Trade Confirmation (Exhibit C to the Enforcement Motion) shall be filed under seal; and it is further

        ORDERED that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated:  New York, New York  
        March 18, 2009                  *s/ James M. Peck*  
                                        UNITED STATES BANKRUPTCY JUDGE