UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                   :
          Debtors.                                        :    (Jointly Administered)
                                                                   :
                                                                   :
-----------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF Jonathan C. Thau,

ON BEHALF OF Luboja & Thau, LLP

STATE OF New York        )
                                        ) ss:
COUNTY OF New York   )

Jonathan C. Thau, being duly sworn, upon his oath, deposes and says:

1.  I am a managing partner of Luboja & Thau, LLP, located at 10 E. 40th Street, New York, NY (the "Firm").

2.  Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services with respect to litigation and employment matters to the Debtors, and the Firm has consented to provide such services.

3.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 12th day of March, 2009

_____
Notary Public

LAUREN M. ABBAMONTE
Notary Public, State Of New York
No. 02AB6088414
Qualified In Rockland County
Commission Expires 3/3/11

---

[1] If necessary.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :    08-13555 (JMP)
                                                       :
                           Debtors.                    :    (Jointly Administered)
                                                       :
                                                       :
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:   Jennifer Sapp
>        Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Luboja & Thau, LLP
    10 East 40th Street, 30th Floor
    New York, NY 10016

2. Date of retention:    October 2003

3. Type of services provided (accounting, legal, etc.):

    Legal, Litigation and Employment Counsel

4.  Brief description of services to be provided:

    Legal services with respect to litigation and employment matters.

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly

    (a) Average hourly rate (if applicable):

    $155-$475

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    $3,000

6.  Prepetition claims against the Debtors held by the firm:

    Amount of claim:    $0

    Date claim arose:   not applicable

    Source of Claim:    not applicable

7.  Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: not applicable

    Status: not applicable

    Amount of Claim: $0

    Date claim arose: not applicable

    Source of claim: not applicable

8.  Stock of the Debtors currently held by the firm:

    Kind of shares: One Lehman Brothers "structured note" in the amount of $142,000 held in the Firm's Employee Profit Sharing Plan.

    No. of shares: _____

9.  Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

      Name:  Jonathan C. Thau

      Status: Currently owned

      Kind of shares:  Common

      No. of shares:   Several hundred

10.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

      None

11.   Name of individual completing this form:

      Jonathan C. Thau