UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                            :     Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :     08-13555 (JMP)
                                                 :
                        Debtors.                 :     (Jointly Administered)
                                                 :
                                                 :
------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF JOHN W. MADDEN, III, ON BEHALF OF THE MADDEN LAW FIRM

STATE OF COLORADO      )
                       ) ss:
COUNTY OF DENVER       )

John W. Madden, III, being duly sworn, upon his oath, deposes and says:

1. I am a sole proprietor of The Madden Law Firm, located at 370 17th Street, Suite 3500, Denver, Colorado 80202 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $32,179.16 for prepetition services for L.B. Rose Ranch, LLC, prior to February 9, 2009

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
John W. Madden, III

Subscribed and sworn to before me
this 12th day of March, 2009

_____
Notary Public

My commission exp: 8-8-12

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                            :
In re                                       :     Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                            :
                    Debtors.                :     (Jointly Administered)
                                            :
                                            :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    The Madden Law Firm

    370 17th Street, Suite 3500

    Denver, CO 80202

2. Date of retention:    August, 2001

3. Type of services provided (accounting, legal, etc.):

    Legal services regarding real estate and litigation matters in Colorado.

4. Brief description of services to be provided:

<u>Legal services regarding real estate and litigation matters in Colorado.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

<u>Hourly</u>

    (a) Average hourly rate (if applicable):

    <u>$350.00</u>

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

6. Prepetition claims against the Debtors held by the firm: for L.B. Rose Ranch, LLC, prior to February 9, 2009.

    Amount of claim:    $32,179.16

    Date claim arose:    $11,111.39, on or about January 1, 2009.

                               $21,067.77, on or about February 1, 2009.

    Source of Claim:    Litigation services & costs – Trout v. LB Rose Ranch, Denver, Dist. Court, Colo.

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: _____

   No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    _____

    _____

    _____

    _____

11. Name of individual completing this form:

    John W. Madden, III