**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                      :
In re                                                 :          **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*,          :          **08-13555 (JMP)**
                                                      :
                              **Debtors.**             :          **(Jointly Administered)**
                                                      :
-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF MICHAEL A. POPE, ON BEHALF OF MCDERMOTT WILL & EMERY LLP

STATE OF ILLINOIS          )
                           )          ss:
COUNTY OF COOK             )

Michael A. Pope, being duly sworn, upon his oath, deposes and says:

1.      I am a Partner of McDermott Will & Emery LLP, located at 227 West Monroe Street, Chicago, Illinois, 60606 (The "Firm").

2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11

cases.  In addition, the Firm does not have any relationship with any such person, their attorneys,

or accountants that would be adverse to the Debtors or their estates.

4.      Neither I, nor any principal of, or professional employed by the Firm has agreed

to share or will share any portion of the compensation to be received from the Debtors with any

other person other than the principals and regular employees of the Firm.

5.      Neither I, nor any principal of, or professional employed by the Firm, insofar as I

have been able to ascertain, holds or represents any interest adverse to the Debtors or their

estates.

6.      The Debtors, in so far as I have been able to ascertain, owe the Firm

$1,231,926.98 for prepetition services.

7.      The Firm is conducting further inquiries regarding its retention by any creditors of

the Debtors, and upon conclusion of that inquiry, or at any time during the period of its

employment, if the Firm should discover any facts bearing on the matters described herein, the

Firm will supplement the information contained in this Affidavit.[1]

By:_____
                    Michael A. Pope

Subscribed and Sworn to before me
this 12th day of March, 2009.

_____
        Notary Public

OFFICIAL SEAL
CHI99 5083308-2.08 KAREN BOOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/21/11

_____
[1]  If necessary.

- 2 -

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                :

In re                          :       Chapter 11 Case No.
                                :

**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*,   :       08-13555 (JMP)
                                :

                 **Debtors.**        :       **(Jointly Administered)**
                                :
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS
HOLDINGS, INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")
DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

        Weil, Gotshal & Manges, LLP
        767 Fifth Avenue
        New York, NY 10153
        Attn: Jennifer Sapp
               Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

    1.     Name and address of firm:

          McDermott Will & Emery LLP

          227 West Monroe Street

          Chicago, Illinois, 60606

    2.     Date of retention:      October 27, 2008

    3.     Type of services provided (accounting, legal, etc.):

          Legal

4.    Brief description of services to be provided:

Represent Lehman Brothers Holdings, Inc. in litigation matters venued in state
and federal court, including, but not limited to,  a matter pending in the Circuit
Court of Cook County, Illinois, Case No. 08 CH 33956.

Represent Lehman Brothers Holdings, Inc. in energy-related matters venued in
state and federal court, and before federal, state, local and governmental entities
including, but not limited to the Federal Energy Regulatory Commission.

Advice and counsel to Lehman Brothers Holdings, Inc. regarding state and local
tax consequences of restructuring and other transactions.

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly

(a)    Average hourly rate (if applicable)

$450

(b)    Estimated average monthly compensation based on prepetition retention
(if firm was employed prepetition):

N/A

6.    Prepetition claims against the Debtors held by the firm:

Amount of claim:    At least three claims exist:  1)  $36,702.70;
2)  $1,112,702.58; and 3)  $82,521.70

Date claim arose:    Claims are for legal services provided from 4/20/07 –
9/5/08

Source of Claim:    For provision of legal services

7. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm:

Name: _____ None _____

Status: _____ N/A _____

Amount of Claim: $ ___ N/A _____

Date claim arose: ___ N/A _____

Source of claim: ___ N/A _____

8. Stock of the Debtors currently held by the firm:

Kind of shares: ___ None _____

No. of shares: ___ None _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

*On February 20, 2009, an email was sent to all McDermott Will & Emery LLP attorneys and paralegals asking if they held stock of Lehman Brothers Holdings, Inc. individually, and if so, to please list the kind of shares and number of shares. To date, no attorney or paralegal has responded that he or she currently holds stock.*

10. Disclose the nature and provide a brief description of any interest adverse to the Debtor's or to their estates with respect to the matters on which the above-named firm is to be employed.

_____ None _____

11. Name of individual completing this form:

_____ Michael A. Pope _____

CHI99 5086286-2.083771.0011