Presentment Date and Time: April 8, 2009 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time:  April 3, 2009 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                                   :
                    **Debtors.**                   :        **(Jointly Administered)**
-------------------------------------------------------------------x

## NOTICE OF STIPULATION AND ORDER BETWEEN THE DEBTORS
## AND BARCLAYS CAPITAL INC. CONCERNING CERTAIN GIFT MERCHANDISE

PLEASE TAKE NOTICE that the undersigned will present the attached Stipulation and Order (the "Stipulation and Order") between Lehman Brothers Holdings Inc. and LB 745 LLC (collectively, the "Debtors") and Barclays Capital Inc. to the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 on **April 8, 2009 at 10:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Stipulation and Order shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon:  (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn:  Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn:  Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn:  Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; and (v) any person or entity

with a particularized interest in the Stipulation and Order, so as to be so filed and received by no later than **April 3, 2009, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Stipulation and Order is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.  If an objection is timely filed, served and received in accordance with this Notice, a hearing (the "Hearing") shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, on **April 22, 2009 at 10:00 a.m. (Prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: March 19, 2009
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————)
                                                      )
                                                      )
In re:                                                )    Chapter 11
                                                      )
Lehman Brothers Holdings Inc., et al.                 )    Case No. 08-13555 (JMP)
                                                      )    (Jointly Administered)
                              Debtors.                )
                                                      )
———————————————————————————)

### STIPULATION AND ORDER BETWEEN THE DEBTORS AND BARCLAYS CAPITAL INC. CONCERNING CERTAIN GIFT MERCHANDISE

WHEREAS, commencing on September 15, 2008 (the "Petition Date") and periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC (collectively, the "Debtors") commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court");

WHEREAS, on September 16, 2008, the Debtors and Lehman Brothers Inc. entered into an Asset Purchase Agreement (together with the clarifications and amendments thereto, the "Purchase Agreement") with Barclays Capital Inc. ("Barclays");

WHEREAS, on September 20, 2008, the Court entered an order (the "Sale Order") approving the Purchase Agreement and the various transactions contemplated therein in the Chapter 11 Cases, including, the transfer of title to the Purchased Assets[1] to Barclays;

WHEREAS, prior to the Petition Date, the Debtors purchased and maintained certain corporate gift merchandise, much of which was branded with Debtors' trademarks that were acquired by Barclays under the Purchase Agreement, and which was stored (i) in a warehouse located at 409 Joyce Kilmer Avenue, New Brunswick, NJ 08901 (the "Warehouse"), (ii) in a gift closet located on the 40th Floor at 1271 6th Avenue (the "Closet"), (iii) with Scarborough & Tweed, 40 Clinton Street, Pleasantville, NY 10570 ("Pleasantville"), (iv) with American Quality Embroidery, 5 John Walsh Blvd., Peekskill, NY 10566 ("Peekskill") and (v) in office locations in Boston, San Francisco and Chicago (collectively, the "Other Offices") (collectively, and as more fully described in Exhibit A, the "Gift Merchandise");

WHEREAS, following the Closing Date, Barclays has borne certain of the costs of storage of the Gift Merchandise;

---

[1] Capitalized terms not otherwise defined herein have the definitions provided for such terms in the Sale Order.

WHEREAS, the Gift Merchandise located in Pleasantville has since been returned to the Closet;

WHEREAS, the Debtors have asserted that the Gift Merchandise constitutes property of their estates, and Barclays has maintained that the Gift Merchandise was a Purchased Asset; and

WHEREAS, the Debtors and Barclays wish to resolve any dispute concerning ownership of the Gift Merchandise as set forth herein;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, AND ORDERED BY THE BANKRUPTCY COURT, THAT:

1.    Upon entry of this stipulation and order by the Bankruptcy Court, and in exchange for the obligations of the Debtors set forth herein, Barclays will release and relinquish to the Debtors any right, title or interest it may have in the Gift Merchandise, including without limitation any claim that the Gift Merchandise represents Purchased Assets. Subject to paragraphs three, four and five below, Barclays hereby consents to the Debtors' use, distribution, or sale of the Gift Merchandise. For the avoidance of doubt, the Gift Merchandise is limited to the specific items in inventory as set forth on Exhibit A and does not extend to any items produced or acquired after the Petition Date.

2.    Within five (5) business days of the entry of this stipulation and order by the Bankruptcy Court, Barclays will make available to the Debtors the Gift Merchandise at its current locations in the Closet, the Warehouse, Peekskill and the Other Offices (as applicable). For forty-five (45) days from the entry of this stipulation and order by the Bankruptcy Court, the Debtors may continue to utilize the Closet for storage of the Gift Merchandise, subject to compliance with paragraphs three and four herein. The Debtors shall remove the Gift Merchandise from Peekskill and the Other Offices within thirty (30) business days of the entry of this stipulation and order by the Bankruptcy Court. The Debtors may continue to utilize the Warehouse for storage of the Gift Merchandise, subject to compliance with paragraphs three and four herein.

3.    Within five (5) business days of the entry of this stipulation and order by the Bankruptcy Court, the Debtors, pursuant to 11 U.S.C. § 363, will reimburse Barclays for the $33,880 in costs associated with storage of the Gift Merchandise at the Warehouse, which amount is comprised of (a) $26,880 in storage arrears, and (b) $3,500 in storage costs for each of the months of September and October 2008. Any additional costs that may arise associated with storage or disposition of the Gift Merchandise (including, without limitation, transportation of the Gift Merchandise from its current location(s)) shall be the sole responsibility of the Debtors.

4.    Notwithstanding anything to the contrary, the Debtors shall not (nor enter into an arrangement that would permit a third party to) directly market to or target current

Barclays employees (including without limitation via direct mail, e-mail, or telephone call), nor any office locations at which current Barclays employees are located in their efforts to market, sell or otherwise dispose of the Gift Merchandise.  For an avoidance of doubt, the Debtors may sell the Gift Merchandise from office floors at 1271 6th Avenue, New York, New York at which no current Barclays employees are located (but may not use common areas at 1271 6th Avenue (including without limitation lobbies or reception areas) for sales or marketing) and the Debtors may respond to and sell as a result of unsolicited inquires by any person or party.

5.      For the avoidance of doubt, Barclays is not relinquishing any trademark rights, and its consent hereunder shall not affect Barclays' ownership or rights to the trademarks used on the Gift Merchandise, nor shall it have any bearing on the scope or interpretation of Section 8.9 of the Purchase Agreement with respect to other activities.

6.      This stipulation and order may be signed in counterparts which, when taken as a whole, shall constitute one and the same document.  Facsimile signatures shall be deemed originals herein.

Dated:  New York, New York
        March 18, 2009

CLEARY GOTTLIEB STEEN &               WEIL, GOTSHAL & MANGES LLP
HAMILTON LLP


/s/ Lisa M. Schweitzer                /s/ Shai Y. Waisman
Lindsee P. Granfield                  Shai Y. Waisman
Lisa M. Schweitzer                    767 Fifth Avenue
One Liberty Plaza                     New York, NY 10153
New York, NY 10006                    (212) 310-8000
(212) 225-2000

*Attorneys for Barclays Capital Inc.*   *Attorneys for LBHI and its affiliated debtors*




SO ORDERED
this ___ day of _____, 2009


_____
United States Bankruptcy Judge

**EXHIBIT A**

**CLOSET GIFT MERCHANDISE**

| SKU | Item | Quantity |
|---|---|---|
| Closet | Silver Wine Coaster | 1 |
| Closet | Writing Box c1880 | 1 |
| Closet | Sterling Silver Box c1902- London, England, beechwood inside | 1 |
| Closet | Hallmarked Cigar Wallet c1889 | 2 |
| Closet | Sterling Silver Box c 1901 | 1 |
| Closet | Sterling Silver Box c1898 | 1 |
| Closet | Sterling & Crystal Inkwell | 1 |
| Closet | Sterling Captstan Inkwell - Sheffield -c1900 | 1 |
| Closet | American Design Golf Shirt - Green  - M | 6 |
| Closet | American Design Golf Shirt - Green - L | 13 |
| Closet | American Design Golf Shirt - Green - XL | 4 |
| Closet | Light Steel Hooded Sweatshirt - L | 7 |
| Closet | Light Steel Hooded Sweatshirt - XL | 5 |
| Closet | Charles River - Fleece - Black M | 13 |
| Closet | Charles River - Fleece - Black L | 43 |
| Closet | Charles River - Fleece - Black XL | 68 |
| Closet | Charles River - Fleece - Black XXL | 36 |
| Closet | Lady Clare Tray | 1 |
| Closet | Charles River - Fleece - Black S | 12 |
| Closet | Long Sleeved T-Shirt - Gray - XL | 8 |
| Closet | Clima Fit Windbreaker NIKE - M | 9 |
| Closet | Clima Fit Windbreaker  NIKE- L | 11 |
| Closet | Custom Conference Portfolios | 40 |
| Closet | Barrington Black Leather Folding Jotter | 9 |
| Closet | Conference Pen - Lehman | 200 |
| Closet | Links of London Sterling Silver Pen w/ Leather  Case Gift Set | 85 |
| Closet | Links of London travel clock | 82 |
| Closet | Links of London Cufflinks | 12 |
| Closet | Wine - LB Screw Pull Wine Opener | 24 |
| Closet | Book - Modern Contemporary Art | 8 |
| Closet | Golf Balls - LB  - Titleist NXT Tour (dz) | 5 |
| Closet | Golf Balls - LB - Titleist PRO VI (dz) | 24 |
| Closet | Golf ball - Taylormade | 30 |
| Closet | LB - Golf Shoe Bag Kit - USA | 20 |
| Closet | FRAME - Black Leather Graphic Image Frame 5x7 - No Logo | 8 |
| Closet | Golf Ball - Pinnacle Golf Ball - Thank you Set | 25 |
| Closet | Lanyard - LB Green | 50 |
| Closet | Lanyard - LB White | 50 |
| Closet | Stress Ball - DNA | 250 |
| Closet | Book - PLANE IMAGE: A Brice Marden Retrospect | 48 |
| Closet | Duffle - Main Street Duffle / Green Accents | 25 |
| Closet | Messenger Bag - Black | 25 |
| Closet | Tote - Canvas Tote Bag - Natural - Green Bottom | 60 |
| Closet | Teddy Bear - Girl | 30 |
| Closet | Tiffany Porcelain Box | 200 |
| Closet | Duffle - Gemline Black Duffle | 26 |
| Closet | Duffle - Neotech Black Duffle | 30 |
| Closet | Tote - Natural Tote Bag - Green Bottom - Leather Handle | 45 |
| Closet | Barrington Captain's Bag - Custom Lining | 37 |

| | | |
|---|---|---|
| Closet | Barrington Venice Tote | 42 |
| Closet | Bowling Tote | 25 |
| Closet | Tote - Sprint Tote | 30 |
| Closet | Vineyard Vines Totes | 150 |
| Closet | Womens F&G Stretch Snap Shirt - Ivory - S | 9 |
| Closet | Womens F&G Stretch Snap Shirt - Ivory - M | 14 |
| Closet | Womens F&G Stretch Snap Shirt - Ivory -L | 18 |
| Closet | Womens F&G Stretch Snap Shirt - Blue - S | 12 |
| Closet | Womens F&G Stretch Snap Shirt - Blue - M | 13 |
| Closet | Womens F&G Stretch Snap Shirt - Blue - L | 12 |
| Closet | Duffle - High Sierra Duffle Bag - Black | 16 |
| Closet | Dalvey "Voyager" Travel Clock | 36 |
| Closet | Swiss Army Pen | 130 |
| Closet | Cross Pen - Chrome | 30 |
| Closet | Full Trapazoid Paperweights | 1 |
| Closet | Gold Desktop clocks | 4 |
| Closet | Howard Miller Brass Clock | 1 |
| Closet | Howard Miller Clock in wooden box | 1 |
| Closet | Silver Tray | 1 |
| Closet | Tiffany 3 sided pyramid | 4 |
| Closet | Tiffany Crystal Globe Paperweight | 1 |
| Closet | Tiffany crystal paperweight | 1 |
| Closet | Tiffany Glass Flat Round Paperweight | 2 |
| Closet | Tiffany Pewter Frame 3" x 4.5" | 5 |
| Closet | Tiffany Pewter Frame 8 x 10 | 3 |
| Closet | Tiffany Shooting Star | 1 |
| Closet | Tiffany Standing Star | 2 |
| Closet | Crystal Pyramid | 1 |
| Closet | Bulova Brass Clock | 1 |
| Closet | Vineyard Vines Red Tennis Scarf | 38 |
| Closet | Coaster - Sterling Silver Wine | 40 |

**WAREHOUSE GIFT MERCHANDISE**

| SKU | Item | Quantity |
|---|---|---|
| LB_ MUM0881_1207 | Umbrella - Green Compact Golf | 353 |
| LB_AGS0812_0507 | Cutter & Buck Golf Shirt Black - S | 25 |
| LB_AGS0813_0507 | Cutter & Buck Golf Shirt Black - M | 63 |
| LB_AGS0814_0507 | Cutter & Buck Golf Shirt Black - L | 96 |
| LB_AGS0815_0507 | Cutter & Buck Golf Shirt Black - XL | 72 |
| LB_AGS0816_0507 | Cutter & Buck Golf Shirt Black - XXL | 12 |
| LB_AHA0638_1106 | Baseball Hat - Khaki w/Dark Green under Brim | 395 |
| LB_AHS0624_1006 | Deep Forest Hooded Sweatshirt - L | 68 |
| LB_AHS0625_1006 | Deep Forest Hooded Sweatshirt - XL | 55 |
| LB_AHS0751_0407 | Light Steel Hooded Sweatshirt - L | 16 |
| LB_AHS0752_0407 | Light Steel Hooded Sweatshirt - XL | 16 |
| LB_AHS0753_0407 | Light Steel Hooded Sweatshirt - XXL | 9 |
| LB_AJA0438_0506 | Charles River - Fleece - Black/Grey M | 6 |
| LB_AJA0439_0506 | Charles River - Fleece - Black/Grey L | 26 |
| LB_AJA0440_0506 | Charles River - Fleece - Black/Grey XL | 120 |
| LB_AJA0441_0506 | Charles River - Fleece - Black/Grey XXL | 10 |
| LB_HTR0601_1006 | Lady Clare Tray | 400 |
| LB_DTU0859_1007 | Waterford Marquis Traviso Crystal  Clock | 75 |
| LB_LCC0841_0807 | Waterford Marquis Treviso Clock | 60 |
| LB_LCC0842_0807 | Gordon Sinclair Tumbler | 410 |
| LB_BDU0072_0905 | Duffle - Canvas Duffle Bag - Green - Lehman Ribbon - Round Ends | 1630 |
| LB_BDU0431_0506 | Duffle - Ballistic Duffle Bag - Black | 628 |
| LB_BDU0710_1106 | Duffle - Neotech Black Duffle | 414 |
| LB_AJA0595_1006 | Lands End Therma Chek Fleece Blue - M | 3 |
| LB_AJA0596_1006 | Lands End Therma Chek Fleece Blue - L | 96 |
| LB_AJA0597_1006 | Lands End Therma Chek Fleece Blue - XL | 58 |
| LB_AJA0598_1006 | Lands End Therma Chek Fleece Blue - XXL | 55 |
| LB_APO0514_0706 | Nike Dri Fit Golf Shirt - Black - XL | 16 |
| LB_APO0515_0706 | Nike Dri Fit Golf Shirt - Black - XXL | 16 |
| LB_APO0545_0806 | Fairway & Greene Solid Lisle Shirt - Green - M | 46 |
| LB_APO0546_0806 | Fairway & Greene Solid Lisle Shirt -  Green - L | 160 |
| LB_APO0547_0806 | Fairway & Greene Solid Lisle Shirt - Green - XL | 154 |
| LB_APO0548_0806 | Fairway & Greene Solid Lisle Shirt - Green - XXL | 22 |
| LB_APO0609_1006 | Nike Dri Fit Golf Shirt White - M | 38 |
| LB_APO0610_1006 | Nike Dri Fit Golf Shirt White - L | 44 |
| LB_APO0611_1006 | Nike Dri Fit Golf Shirt White - XL | 55 |
| LB_APO0612_1006 | Nike Dri Fit Golf Shirt White - XXL | 16 |
| LB_APO0790_0507 | Nike Dri Fit Golf Shirt - Navy - S | 23 |
| LB_APO0791_0507 | Nike Dri Fit Golf Shirt - Navy - M | 3 |
| LB_APO0792_0507 | Nike Dri Fit Golf Shirt - Navy - L | 3 |
| LB_APO0793_0507 | Nike Dri Fit Golf Shirt - Navy - XL | 12 |
| LB_APO0849_0907 | Fairway & Greene Solid Lisle Shirt - Green - Small | 9 |
| LB_ATI0605_1006 | Vineyard Vines LEH Light Blue Tie | 103 |
| LB_ATI0620_1006 | Vineyard Vines LEH Light Green Tie | 102 |
| LB_ATI0621_1006 | Vineyard Vines LEH Navy Tie | 38 |
| LB_ATI0755_0507 | Vineyard Vines LEH Anchor/Wave Pattern - Navy | 3 |
| LB_ATI0846_0907 | Vineyard Vines LEH Red Tie | 49 |
| LB_ATS0081_0505 | Short Sleeved T-Shirt - White w/ Green Logo - M | 50 |
| LB_ATS0130_0505 | Short Sleeved T-Shirt - White w/ Green Logo - S | 8 |

| | | |
|---|---|---|
| LB_ATS0132_0806 | Short Sleeved T-Shirt - Green S | 270 |
| LB_ATS0133_0806 | Short Sleeved T-Shirt - Green M | 158 |
| LB_ATS0467_0606 | Short Sleeved T-Shirt - Gray - M | 58 |
| LB_ATS0468_0606 | Short Sleeved T-Shirt - Gray - L | 282 |
| LB_ATS0479_0606 | Long Sleeved T-Shirt - Gray - L | 42 |
| LB_ATS0480_0606 | Long Sleeved T-Shirt - Gray - XL | 77 |
| LB_ATS0628_1106 | Long Sleeved T-Shirt - White - M | 226 |
| LB_ATS0629_1106 | Long Sleeved T-Shirt - Gray - S | 54 |
| LB_ATS0630_1106 | Long Sleeved T-Shirt  - Gray - M | 53 |
| LB_AVE0560_0307 | F&G Black Merino V-Neck Vest - M | 11 |
| LB_AVE0561_0307 | F&G Black Merino V-Neck Vest - L | 40 |
| LB_AVE0562_0307 | F&G Black Merino V-Neck Vest - XL | 50 |
| LB_AVE0563_0307 | F&G Black Merino V-Neck Vest - XXL | 5 |
| LB_AWB0951_0308 | Nike V-Neck Clima Fit Windshirt-Large | 18 |
| LB_AWS0331_0206 | Nike V-Neck Clima-FIT Windshirt - M | 45 |
| LB_AWS0367_0306 | Cutter & Buck Convertible Windshirt - L | 51 |
| LB_AWS0368_0306 | Cutter & Buck Convertible Windshirt - XL | 85 |
| LB_AWS0369_0306 | Cutter & Buck Convertible Windshirt - XXL | 30 |
| LB_BCL0783_0407 | Swiss Army Laptop Carrier | 430 |
| LB_BSH0117_0505 | Shopping Bag Matte - Large | 6322 |
| LB_BSH0580_0906 | Shopping Bag Shiny - Large | 1960 |
| LB_BTO0014_0505 | Tote - Green Tote Bag - Blue Bottom - Leather Handle | 361 |
| LB_BTO0031_0505 | Tote - Executive Sports Tote - Green w/ Ribbon Tie | 5 |
| LB_BTO0200_0505 | Tote - Ribbon Tote | 732 |
| LB_BTO0329_0206 | Tote - Ski Boot Tote Bag - Black | 21 |
| LB_BTO0516_0706 | Tote - Suede Shopper Tote | 1462 |
| LB_BTO0533_0806 | Tote - Hampton Tote | 61 |
| LB_BTO0530_0806 | Tote - Scarsdale Tote with Plaid Lining | 476 |
| LB_DCM0121_0505 | Lehman Coffee Mug Bistro - White | 682 |
| LB_DCM0642_1106 | Lehman Coffee Mug Bistro - Dark Green | 98 |
| LB_DCP0054_0505 | Cross Pen - Chrome | 265 |
| LB_DME0747_0307 | Hunter Green Leather Envelope | 210 |
| LB_DPE0114_0505 | Conference Pen - Lehman | 7700 |
| LB_DPE0493_0706 | Barrington Platinum Rivendale Rollerball Pen - Sevilla Case | 270 |
| LB_DPF0298_1005 | Barrington Large Portfolio - Black | 436 |
| LB_DPF0299_1005 | Barrington Junior Portfolio - Black | 17 |
| LB_DPF0348_0206 | Barrington Business Card Portfolio | 38 |
| LB_DPF0553_0507 | Barrington Jr Snap Portfolio | 143 |
| LB_DPF0838_0707 | Graphic Image Writing Journal | 400 |
| LB_DPF0869_1107 | Barrington Large Portfolio II Black | 8 |
| LB_DTH0448_0506 | Leather Snap Thermos | 67 |
| LB_HAP0589_1006 | Lands End Full Apron | 66 |
| LB_HAP0827_0607 | Lands End Half Apron | 140 |
| LB_HBL0590_1006 | Lands End Stadium Blanket | 97 |
| LB_HCO0600_1006 | Lady Clare Coasters | 12 |
| LB_HWC0309_1105 | Wine - Leather Double Wine Carrier | 7 |
| LB_HWH0449_0506 | Wine - Neoprene Double Wine Carrier | 11 |
| LB_LIB0446_0506 | Book - Little Black Book of Wine | 795 |
| LB_MCB0930_0308 | Montblanc Crystal Paper Clip Bowl | 18 |
| LB_MML0413_0506 | Mini Maglite | 200 |
| LB_MPC0452_0606 | Barrington Leather Passport Case | 59 |
| LB_MTB0395_0406 | Links of London Travel Box | 24 |

| | | |
|---|---|---|
| LB_MTW0508_0706 | Links of London Travel Wallet | 42 |
| LB_MUM0050_0505 | Umbrella - Long Vented | 265 |
| LB_SBI0566_0806 | Binoculars - High Sierra | 74 |
| LB_SBI0939_0308 | Binoculars - Troika James Bond | 4 |
| LB_SGB1020_0708 | LB - Golf Shoe Bag Kit - USA | 200 |
| LB_SGB1024_0808 | Golf Ball - Pinnacle Golf Ball - Thank you Set | 364 |
| LB_SGT0772_0307 | LB - Green Golf Tees | 358 |
| LB_SGT1025_0808 | LB Green Golf Tees | 1320 |
| LB_SMK0706_0107 | Ski Kit | 40 |
| LB_STB0013_0505 | Tennis Ball Can | 100 |
| LB_YBB0155_0505 | Teddy Bear - Boy | 200 |
| LB_YBR1003_0408 | Baby Barbell Rattle | 162 |
| LB_YHB0742_0307 | Baby Light  Blue Baseball Hat | 158 |
| LB_YHP0743_0307 | Baby Pink Baseball Hat | 62 |
| LB_MTA0979_0308 | Tiffany Blue Leather Luggage Tag-LB Logo | 43 |
| LB_DPE0608_1006 | Conference Pen - LB/NB | 1010 |
| LB_BSH0451_0506 | Shopping Bag White - Plastic | 1150 |
| LB_BSH0526_0706 | Shopping Bag Matte - X Small | 59 |
| LB_BSH0583_0906 | Shopping Bag Shiny - Square Mini | 1940 |
| LB_BSH0586_0906 | Shopping Bag Matte - Square Mini | 6497 |
| LB_BSH0786_0407 | Shopping Bag Silver - Zip Lock | 4495 |
| LB_DAT0404_0406 | Links of London Atlas - Silver Cover | 6 |
| LB_DAT0506_0706 | Links of London Densworth Leather Atlas | 23 |
| LB_DAT0898_0208 | Graphic Image Black Leather World Atlas | 99 |
| LB_DSB0053_0505 | Stress Ball - Green | 2055 |
| LB_DSP0518_0706 | Links of London Silver Puzzle | 33 |
| LB_DST0498_0706 | Silver Tangle | 457 |
| LB_HCN0531_0806 | Napkins - Lehman Cocktail | 131 |
| LB_HCO0357_0306 | Coaster - Round Cork | 15 |
| LB_HCO0763_0107 | Coaster - Diamond Shape Cork | 1668 |
| LB_HDN0532_0806 | Napkins - Lehman Dinner | 500 |
| LB_MLA0070_0505 | Lanyard - LB Green | 489 |
| LB_MLA0648_1206 | Lanyard - LB White | 1020 |
| LB_MRI0157_0505 | Ribbon - Green w/ Silver Logo | 128 |
| LB_MRI0276_0805 | Ribbon - White with  Green Logo | 16 |
| LB_MRI0375_0406 | Ribbon - Silver w/ Green Logo 1/4" - Satin | 34 |
| LB_MRI0376_0406 | Ribbon - Silver w/ Green Logo 1/2" - Satin | 24 |
| LB_MRI0377_0406 | Ribbon - Green w/ Silver Logo 1/4" - Satin | 28 |
| LB_MRI0378_0406 | Ribbon - Green w/ Silver Logo 1/2" Satin | 19 |
| LB_MSC0798_0507 | LB Ultra Sunscreen Lotion | 49 |
| LB_MTH1001_0308 | Ticket Holder | 2500 |
| LB_MPC0745_0307 | LOL Mobile Phone Charger | 95 |
| LB_PGB0795_0507 | Custom Green Box - Small 8 x 8 x 3 | 1084 |
| LB_PGB0796_0507 | Custom Green Box - Medium 8 x 8 x 6 | 1047 |
| LB_PGB0797_0507 | Custom Green Box - Large 12 x 12 x 6 | 938 |
| LB_AGS1014_0608 | Ashworth Golf Shirt White - S | 18 |
| LB_AGS1015_0608 | Ashworth Golf Shirt White - M | 41 |
| LB_AGS1016_0608 | Ashworth Golf Shirt White - L | 76 |
| LB_AGS1017_0608 | Ashworth Golf Shirt White - XL | 98 |
| LB_AGS1018_0608 | Ashworth Golf Shirt White - XXL | 67 |
| LB_AGS1019_0608 | Ashworth Golf Shirt White - XXXL | 78 |
| LB_APO0265_0805 | Poncho - Green | 409 |

| | | |
|---|---|---|
| LB_ARA0266_0805 | Poncho - Rain Mac | 254 |
| LB_AGS0804_0507 | Nike Dri Fit Golf Shirt - Orange - XL | 75 |
| LB_AGS0804_0607 | Nike Dri Fit Golf Shirt - Light Orange - XL | 12 |
| LB_AGS0805_0507 | Nike Dri Fit Golf Shirt - Orange - XXL | 13 |
| LB_APO0657_1006 | American Design Enduro Cool Golf Shirt - L | 15 |
| LB_APO0658_1006 | American Design Enduro Cool Golf Shirt - XL | 13 |
| LB_APO0760_0307 | Poncho - Charles River Pacific Navy Poncho | 893 |
| LB_APO0848_0907 | Fairway & Greene Solid Lisle Shirt - White - XXXL | 3 |
| LB_ATS0477_0606 | Short Sleeved T-Shirt - White w/ Gray Logo - XXXL | 53 |
| LB_ATS0476_0606 | Short Sleeved T-Shirt - White w/ Gray Logo - XXL | 78 |
| LB_ATS0470_0606 | Short Sleeved T-Shirt - Gray - XXL | 73 |
| LB_ATS0471_0606 | Short Sleeved T-Shirt - Gray - XXXL | 52 |
| LB_ATS0267_0505 | Short Sleeved T-Shirt - White w/ Green Logo - XXL | 28 |
| LB_BSH0118_0505 | Shopping Bag Matte - Small | 1928 |
| LB_BSH0268_0505 | Shopping Bag Matte - Medium | 2868 |
| LB_BSH0582_0906 | Shopping Bag Shiny - Medium | 200 |
| LB_BTA0086_0505 | Canvas Weekender- Black | 155 |
| LB_BTA0087_0505 | Canvas Weekender- Green | 20 |
| LB_DMM0704_0107 | Mini Optical Wireless Mouse | 426 |
| LB_DSB0843_0907 | Stress Ball - DNA | 3468 |
| LB_DSP0748_0307 | Green Putty GOO | 44 |
| LB_FTK_CEM07.099 | Tool Kit | 89 |
| LB_HBB0411_0506 | Wine - Built NY Neoprene Single Wine Carrier | 4 |
| LB_LIB0444 | Book - China Inc | 90 |
| LB_LIB0445_0506 | Book - One Billion Customers | 80 |
| LB_SPE0372_0306 | Scoring Pencils - Presharpened | 175 |
| LB_SVP0500_0706 | Green Suede Valuables Pouch | 43 |
| LB_STA0316_1105 | Golf Bag Tag w/ Tees | 59 |
| LB_SSP0998_0308 | Ski Pass Pouch | 26 |
| LB_SGA0297_1005 | Stix & Stonz Magnet Game | 1173 |
| LB_SGB0938_0308 | Troika Golf Birdie Set | 7 |
| LB_LIB0489_0606 | Book - Theory of Financial Risk and Derivative Pricing | 13 |
| LB_MFL0940_0308 | Troika Aluminum LED Flash Light | 31 |
| LB_DPE0608_1006 | Conference Pen - LB/NB | 1010 |
| LB_AWB0111_0505 | Clima Fit Windbreaker - NIKE- XL | 59 |
| LB_AWB0308_1005 | Clima Fit Windbreaker - NIKE - XXL | 30 |
| LB_BBC0056_0506 | Briefcase - Green Nylon | 147 |
| LB_BBC0057_0505 | Briefcase - Black Nylon | 186 |
| LB_BBP0169_1105 | Backpack - Cinch Green | 135 |
| LB_BBP0319_1105 | Computer Backpack - Black | 5 |
| LB_BBP0642_1006 | Black Cinch Sak | 166 |
| LB_BBP0845_0907 | Backpack - Black Nylon | 152 |
| LB_BBP0851_0907 | Backpack with Picnic Games | 45 |
| LB_BDU0055_0505 | Duffle - Canvas Duffle Bag - Blue/Green | 170 |
| LB_BDU0171_1105 | Duffle - Green Nylon Duffle Bag - S | 457 |
| LB_BDU0172_1105 | Duffle - Green Nylon Duffle Bag - L | 367 |
| LB_BDU0581_0906 | Duffle - Main Street Duffle / Green Accents | 129 |
| LB_BMB0182_1105 | Messenger Bag - Black | 200 |
| LB_BTO0149_0505 | Tote - Urban Passage Tote | 476 |
| LB_BTO0181_1205 | Tote - Canvas Tote Bag - Natural - Green Bottom | 600 |
| LB_BTO0306_1005 | Tote - Natural Tote Bag - Green Handle - Pocket | 669 |
| LB_BTO0490_0606 | Tote - Park Avenue Tote | 219 |

| | | |
|---|---|---|
| LB_BTO0613_1006 | Tote - Medium Canvas Tote with Logo Straps/Ribbon Bottom | 453 |
| LB_BTO0858_1007 | Tote - Conference Tote | 2042 |
| LB_DBJ0497_0706 | Barrington Junior Book Jacket | 65 |
| LB_DBX0173_1105 | Links of London Silver Plated Box | 300 |
| LB_DBX0345_0206 | Notepad Box - Canvas - Green | 45 |
| LB_DCH0494_0706 | Barrington Card Holder | 92 |
| LB_DFR0104_0505 | Frame - Brown Leather Frame - 5 x 7 | 30 |
| LB_DLJ0022_0505 | Corporate Pocket Jotter | 90 |
| LB_DMP0283_0905 | Mouse Pad - Black Leather | 482 |
| LB_DPF0038_0505 | Portfolio - Green Nylon | 165 |
| LB_DPW0985_0308 | Paperweight - Troika World Timer Paperweight with magnifying glass | 28 |
| LB_DTC0987_0308 | Troika On Time Desk Clock | 72 |
| LB_FBB_EEM07.141 | Backpack - Black | 47 |
| LB_MLT1000_0308 | Barrington Brown Leather Luggage Tags | 26 |
| LB_MMT0647_1206 | Swiss Army Wallet Tool | 53 |
| LB_MTA0943_0308 | Luggage Tag - Black Leather | 12 |
| LB_MWA0302_1005 | Black Flip Wallet | 44 |
| LB_SFB0239_1105 | Lehman Nerf Football | 139 |
| LB_SMK0800_0507 | LB Green Can Kozie | 205 |
| LB_TOS0981_0308 | Paperweight - Simon Pearce Stratton Glass Paperweight -LB Logo | 9 |
| LB_AGS0873_1107 | Cutter & Buck Golf Shirt White - XLarge | 139 |
| LB_AGS0874_1107 | Cutter & Buck Golf Shirt White - XXLarge | 14 |
| LB_DBC0522_0706 | Barrington Correspondent | 20 |
| LB_AGS0766_0107 | American Design Golf Shirt - Green  - M | 6 |
| LB_AGS0767_0107 | American Design Golf Shirt - Green - L | 13 |
| LB_AGS0768_0107 | American Design Golf Shirt - Green - XL | 4 |
| LB_AGS0804_0507 | Nike Dri Fit Golf Shirt - Orange - XL | 75 |
| LB_AGS0804_0607 | Nike Dri Fit Golf Shirt - Light Orange - XL | 12 |
| LB_AGS0805_0507 | Nike Dri Fit Golf Shirt - Orange - XXL | 13 |
| LB_SBI0273_0805 | Binoculars - Bushnell | 62 |
| LB_YBB0156_0505 | Teddy Bear - Girl | 100 |
| LB_APO0549_0806 | Fairway & Greene Solid Lisle Shirt - White - M | 66 |
| LB_APO0550_0806 | Fairway & Greene Solid Lisle Shirt - White - L | 156 |
| LB_APO0551_0806 | Fairway & Greene Solid Lisle Shirt - White - XL | 144 |
| LB_APO0552_0806 | Fairway & Greene Solid Lisle Shirt - White - XXL | 54 |
| LB_APO0554_0607 | Fairway & Greene Solid Lisle Shirt - White - S | 23 |
| LB_AHA0634_1106 | Baseball Hat - White w/Light Blue Under Brim | 1507 |
| LB_APO0549_0806 | Fairway & Greene Solid Lisle Shirt - White - M | 66 |
| LB_APO0550_0806 | Fairway & Greene Solid Lisle Shirt - White - L | 156 |
| LB_APO0551_0806 | Fairway & Greene Solid Lisle Shirt - White - XL | 144 |
| LB_APO0552_0806 | Fairway & Greene Solid Lisle Shirt - White - XXL | 54 |
| LB_APO0554_0607 | Fairway & Greene Solid Lisle Shirt - White - S | 23 |
| LB_AFL0176_1105 | NEJ Fleece - M | 170 |
| LB_AFL0179_1205 | NEJ Fleece - XXL | 11 |
| LB_AFL0288_1005 | NEJ Fleece - XL | 88 |
| LB_AFL0289_1005 | NEJ Fleece - L | 195 |
| LB_SGT0122_0505 | Golf Towel - NEJ White | 6 |
| LB_SGT0122_0706 | Golf Towel - NEJ White | 6 |
| LB_SGT0519_0706 | Golf Towel - NEJ Green | 20 |
| LB_AGS0568_0906 | Cutter & Buck Golf Shirt - Hunter Green M | 140 |
| LB_AGS0569_0906 | Cutter & Buck Golf Shirt - Hunter Green L | 220 |
| LB_AGS0570_0906 | Cutter & Buck Golf Shirt - Hunter Green XL | 243 |

| | | |
|---|---|---|
| LB_AGS0571_0906 | Cutter & Buck Golf Shirt - Hunter Green XXL | 77 |
| LB_AGS0847_0907 | Cutter & Buck Golf Shirt  - Hunter Green S | 39 |
| LB_AGS0870_1107 | Cutter & Buck Golf Shirt White - Small | 29 |
| LB_AGS0871_1107 | Cutter & Buck Golf Shirt White - Medium | 90 |
| LB_AGS0872_1107 | Cutter & Buck Golf Shirt White - Large | 161 |
| LB_ATS0082_0505 | Short Sleeved T-Shirt - White w/ Green Logo - XL | 317 |
| LB_ATS0083_0505 | Short Sleeved T-Shirt - Green - XL | 145 |
| LB_ATS0083_0806 | Short Sleeved T-Shirt - Green XL | 165 |
| LB_ATS0131_0505 | Short Sleeved T-Shirt - White w/ Green Logo - L | 174 |
| LB_ATS0134_0806 | Short Sleeved T-Shirt - Green L | 799 |
| LB_ATS0469_0606 | Short Sleeved T-Shirt - Gray - XL | 176 |
| LB_ATS0474_0606 | Short Sleeved T-Shirt - White w/ Gray Logo - L | 159 |
| LB_ATS0475_0606 | Short Sleeved T-Shirt - White w/ Gray Logo - XL | 105 |
| LB_ATS0482_0606 | Long Sleeved T-Shirt - White - L | 155 |
| LB_ATS0483_0606 | Long Sleeved T-Shirt - White - XL | 200 |
| LB_ATS0484_0606 | Long Sleeved T-Shirt - White - XXL | 83 |
| LB_ATS0878_1107 | Short Sleeved T-Shirt - Green - XXL | 87 |
| LB_AWS0833_0607 | Adidas V-Neck Windshirt Black - S | 25 |
| LB_AWS0834_0607 | Adidas V-Neck Windshirt Black - M | 69 |
| LB_AWS0835_0607 | Adidas V-Neck Windshirt Black - L | 120 |
| LB_AWS0836_0607 | Adidas V-Neck Windshirt Black - XL | 82 |
| LB_AWS0837_0607 | Adidas V-Neck Windshirt Black - XXL | 23 |
| LB_AWV0112_0505 | Nike V-Neck Golf Windvest - L | 16 |
| LB_AWV0113_0505 | Nike V-Neck Golf Windvest - XL | 20 |
| LB_AWV0578_0906 | Adidas Black Golf Windvest - L | 46 |
| LB_AWV0579_0906 | Adidas Black Golf Windvest - XL | 145 |
| LB_AWV0780_0407 | Adidas Black Golf Windvest - S | 6 |
| LB_AWV0781_0407 | Adidas Black Golf Windvest - M | 2 |
| LB_AWV0782_0407 | Adidas Black Golf Windvest - XXL | 13 |
| LB_DPW0301_1005 | Paperweight - Chancellor Paperweight | 105 |
| LB_DPW0430_0506 | Paperweight - Raika Leather Paperweight | 111 |
| LB_MPC0396_0406 | Links of London Passport Case | 26 |
| LB_MTO0877_1107 | Barrington Leather Travel Organizer | 30 |
| LB_BTO0015_0505 | Tote - Natural Tote Bag - Green Bottom - Leather Handle | 100 |
| LB_BTO0433_0506 | Tote - Sprint Tote | 280 |
| LB_BTO0491_0606 | Tote - Harbour Tote | 264 |
| LB_DSP0510_0706 | Links of London Security Pass Carrier | 269 |
| LB_DFR0242_1205 | Links of London Black Leather Frame 5 x 7 | 46 |
| LB_DFR0408_0406 | Barrington Leather Snap Frame - Tan 4 x 6 | 70 |
| LB_DFR0639_1106 | Barrington Leather Snap Frame - Black 4 x 6 | 90 |
| LB_BTO0202_0505 | Tote - Executive Sports Tote - Natural w/ Ribbon Tie | 210 |
| LB_BDU0432_0506 | Dufle - Ballistic Duffle Bag - Black w/ Gray Trim | 148 |
| LB_BDU0759_0307 | Duffle - Barrel Duffle with Logo Ribbon Straps (Green/Blue) | 304 |
| LB_BDU0990_0308 | Duffle - Navy Blue Barrel Duffle w/Logo Ribbon Straps | 445 |
| LB_ASA0617_1006 | Vineyard Vines LEH Light Blue Sash | 10 |
| LB_ASA0618_1006 | Vineyard Vines LEH Navy Sash | 48 |
| LB_ASA0839_0707 | Vineyard Vines LEH Pink Sash | 47 |
| LB_ASA0934_0308 | Vineyard Vines LEH Red Sash | 15 |
| LB_MUM0052_1105 | Umbrella - Mini Green with Black Handle | 378 |
| LB_DBX0406_0406 | Links of London Silver Box - No Logo | 17 |
| LB_DFR0860_1007 | FRAME - Black Leather Graphic Image Frame 5x7 - No Logo | 26 |
| NB_DPA0260_0805 | Lehman/Neuberger - Ruled Pad - 22 Sheets | 54 |

| | | |
|---|---|---|
| NB_DPA0788_0407 | Lehman/Neuberger - Ruled Pad - 35 Sheets | 178 |
| LB_PGB0795_0507 | Custom Green Box - Small 8 x 8 x 3 | 1084 |
| LB_PGB0796_0507 | Custom Green Box - Medium 8 x 8 x 6 | 1047 |
| LB_PGB0797_0507 | Custom Green Box - Large 12 x 12 x 6 | 938 |
| LB_MSH0137_0505 | Green 11 x 17 Corrugated Sheet | 1598 |
| LB_MSH0158_0505 | Green 8 1/2 x 11 Corrugated Sheet | 4418 |
| LB_MTH1001_0308 | Ticket Holder | 2500 |
| LB_MNT0353_0306 | LB Non Adhesive Name Tags 4" x 3" (250/pk) | 174 |
| LB_FBH0875_1107 | New England Patriots Baseball Hat-Navy | 23 |
| LB_FBH0876_1107 | New England Patriots Baseball Hat-Red | 24 |
| LB_DRB0290_1005 | Rubber Band Ball | 78 |
| LB_SHW0825_0607 | Hand Warmers | 89 |
| LB_STW0784_0407 | Toe Warmers | 35 |

**PEEKSKILL GIFT MERCHANDISE**

| <u>SKU</u> | <u>Item</u> | <u>Quantity</u> |
|------|------|------|
| DLS | Duffel: Black Ballistic (non-branded) | 49 |
| DLS | Small Green Nylon Bags (non-branded) | 250 |
| DLS | Large Green Nylon Bags (non-branded) | 250 |
| DLS | Swiss Army Messenger Bags (Branded) | 364 |
| DLS | Golf Shoe Bags for Asia (Branded) | 200 |
| AQE | Duffel: Black Ballistic | 42 |
| AQE | Natural_Green Tote with Leather handles | 47 |
| AQE | Tote: Gree/Blue Tote with Leather Handles | 50 |
| AQE | Tote: Logo Ribbon | 25 |
| AQE | Duffel: Black Ballistic with Gray Trim | 50 |
| AQE | Lands End Fleeces | 16 |

## CHICAGO GIFT MERCHANDISE

| Item | | Quantity |
|---|---|---|
| GOLF BALLS/DOZEN | | |
| | Titlest NXT Tours | 4 |
| | Titlest Pro V1 | 3 |
| | Nike One | 0.5 |
| | Callaway (Red) | 17 |
| | MAXFLI Black Max | 64 |
| Lehman Golf Glove- White and Green | | 23 |
| Green Canvas duffel w/ LB logo strap | | 4 |
| Natural tote (w/ leather handles& green bottom) | | 9 |
| Canvas tote with Zipper (Kate Spade) | | 11 |
| Canvas tote- no zipper | | 5 |
| Canvas tote with tie (Kate Spade) | | 1 |
| Cinch Bags- Red (Kid's Day) | | 5 |
| Duffle - Green Nylon Duffle Bag | | 1 |
| Briefcase (Nylon) | | |
| | Black | 19 |
| | Green | 21 |
| Small Lehman Gift Bags- Green | | 203 |
| Medium Lehman Gift Bags - Green | | 126 |
| Lands End Lehman Canvas Tote | | 27 |
| Large Lehman Gift Bags- Green | | 314 |
| Lehman Brothers Cheap Canvas Bags | | 2 |
| Lehman Brothers Jelly Tote Bags | | 7 |
| Lehman Brothers 1 Arm Back Pack | | 1 |
| LB Vineyard Vines Tote- | | |
| | | 17 |
| Ashworth Polo Shirt- Stone | | |
| | L | 1 |
| Ashworth Polo Shirt- White | | |
| | L | 1 |
| Adidas Climaproof Wind Vest- Black zip-up | | |
| | M | 2 |
| | L | 15 |
| | XL | 10 |
| Adidas Long Sleeved Wind Shirt- Black - XL | | 3 |
| Sweatshirt- Grey - Size Large | | 1 |
| Sweatshirt- Green - Size Large | | 1 |
| Sweatshirt- White - Size Large | | 4 |
| Charles River Long Sleeved Shirt- Green - Size Large | | 1 |
| Chase Edwards Navy Blue Fleece | | |
| | XL | 4 |
| | XXL | 1 |
| Chase Edwards Green Fleece | | |
| | XL | 3 |
| Cutter & Buck Windbreaker | | 1 |
| Lehman Brothers Ties | | |
| | | 17 |
| Lehman Brothers Sashes | | |
| | | 14 |

| | | |
|---|---|---|
| Nike Vest Wind Shirt - Blue | | |
| | M | 6 |
| | XL | 5 |
| Nike Long Sleeved Wind Shirt w/ Zipper- Blue- Medium | | 3 |
| Nike Dri-Fit T-Shirt (orange) | | |
| | XL | 2 |
| Nike Dri-Fit Golf Shirt (white) | | |
| | L | 4 |
| | XL | 9 |
| Fairway & Green Golf Shirts (Green & white striped) | | |
| | L | 5 |
| | XL | 6 |
| Running T-Shirt (JPMorgan Chase 2006) | | |
| | S | 2 |
| | M | 2 |
| | L | 2 |
| | XL | 8 |
| Fairway & Greene Golf Shirts (White) - X Large | | 1 |
| Lehman "Make Your Mark" T-shirt (white) *Past Event* | | |
| | S | 1 |
| | M | 19 |
| | L | 19 |
| | XL | 3 |
| | XXL | 2 |
| MSA Fleece (Blue w/zipper) *Past Event* | | 5 |
| Youth Baseball T-shirt  (Red & White) - Size Small | | 6 |
| New Sandwich Hats (LB green w/ logo on rim) | | 44 |
| New Sandwich Hats (LB beige w/ green logo on rim) | | 44 |
| New Sandiwch Hats (Dark Green w/Lime under Brim) | | 15 |
| New Sandwich Hats (Khaki w/ Dark Green under Brim) | | 20 |
| New Sandwich Hats (White w/ Light Blue under Brim) | | 17 |
| Lehman Beach Towels | | 1 |
| Lehman Fleece Blankets- Green | | 2 |
| Jonathan Adler Tray | | 1 |
| Lehman Brothers Waterbottle (blue) | | 1 |
| LINKS of London Jotter Holder | | 2 |
| LINKS of London Silver Plated Box | | 2 |
| Lehman Brothers Leather card holder | | 1 |
| Barrington Oxford Snap Valet | | 1 |
| Barrington Jewelry Box/Pen | | 1 |
| Barrington Travel Organizers | | 11 |
| Barrington Corp. Pocket Jotter | | 7 |
| Barrington Corporate Desk Jotter Black | | 1 |
| Binoculars | | 1 |
| Oilrig Clock | | 17 |
| Nissan Steel Thermos | | 3 |
| Tiffany Silver Spoon | | 1 |
| Tiffany Yo-Yo | | 4 |
| Tiffany Golf Record Books | | 2 |
| Tiffany Luxury Boxes | | 2 |
| Tiffany Baby Cup | | 1 |
| Tiffany Paperweight | | 3 |

| | |
|---|---:|
| Medium Golf Umbrella (wooden handle) | 3 |
| Mini Golf Unmbrella (plastic handle) | 7 |
| Ribbon Logo Umbrella (Blue & Green) | 34 |
| Ribbon (Green w/ white lettering) | 8 |
| Stress Balls | 34 |
| Basketball Stress Balls | 150 |
| Silver Lehman Key Chain (w/light) | 2 |
| Lehman Coffee Mug | 24 |
| Paper Weights | 14 |
| Portable seat/walking sticks | 3 |
| Tutankhamun Books | 3 |
| Lehman Brothers Green & White Conference Pens | 467 |
| Barrington Platinum Rivendale Rollerball Pen | 1 |
| Lehman Brothers Black Confernece Pens | 38 |

**BOSTON GIFT MERCHANDISE**

| Item | Quantity |
|---|---|
| Red Sox Hats - RED  (all not branded) | 22 |
| Red Sox Hats - BLUE (12 branded) | 37 |
| Red Sox Hats - RED/BLUE (all 13 branded) | 13 |
| Childrens Holiday Tumblers  (not branded) | 53 |
| LB Bowling Shirts | 15 |
| Blue Rain Ponchos | 39 |
| LB Vineyard Vines Shashes | 20 |
| LB Vineyard Vines Ties | 1 |
| LB LINKS Puzzle | 1 |
| Neuberger Pins | 13 |
| LB Pins | 33 |
| Magic Childrens Key Chain | 4 |
| "Breaking Through" Book | 8 |
| LB Green Nylon Pouches with Chapstick | 25 |
| LB Green T-Shirts (Small) | 5 |
| LB Green T-Shirts (Medium) | 8 |
| LB Green T-Shirtsm (Large) | 12 |
| LB Green T-Shirts (XL) | 4 |
| LB Green Tissue Paper   packages | 4 |
| LB Silver Tissue Paper | 7 |
| LB Green Paper Gift Bags (Small) | 3 |
| LB Green Paper Gift Bags (Large) | 8 |
| LB Green Ribbon spools | 6.5 |
| LB Tarten Ribbon | 2 |
| LB Silver Ribbon | 1 |
| LB Wrapping Paper  Roll | 13 |
| LB Lined Pads | 94 |
| LB Spiral Bound Hard Cover Pad | 1 |
| Santa Claus Suite | 1 |

**SAN FRANCISCO GIFT MERCHANDISE**

| <u>Category</u> | <u>Item</u> | <u>Quantity</u> |
|---|---|---|
| Desk Accessories | Barrington Junior Portfolio - Brown | 5 |
| Luxury Items | Links of London Silver Plated Box | 1 |
| Miscellaneous | Jonathan Adler Dolls Pill Box | 2 |
| Sports | Callaway HX Red Golf Balls | 12 |
| Sports | NEJ Green Golf Towel | 2 |
| Sports | NEJ White Golf Towel | 3 |
| Apparel | Nike V-Neck Clima-FIT Windshirt - Navy SM | 2 |
| Wine | Boxed Wine Accessories | 3 |
| Bags | Computer Bags | 11 |
| Apparel | Long Sleeved Wicking Shirt - Grey SM | 3 |
| Apparel | Poncho - Blue | 200 |
| Apparel | Short Sleeved T-Shirt - Green XL | 4 |
| Bags | Messenger Bag - Black | 12 |
| Bags | Natural Tote Bag - Green Handle - Pocket | 22 |
| Sports | Waterbottle - White | 2 |
| Wine | Neoprene Double Wine Carrier | 14 |
| Barrington | Leather Snap Tray | 1 |
| Ceramics | Ceramic Green Stripe Small Round Box with Cover | 2 |
| Tote Bags | Blue Jelly Tote Bags - Lehman Logo | 100 |
| Tote Bags | Canvas Tote with logo ribbon | 30 |
| Tote Bags | Canvas Kate Spade Bag with Zipper Top and 2 Side Pockets | 20 |
| Plastic Flashlight | Small plastic flashlights | 10 |
| Flashlight Radio | Small plastic flashlights with crank radio | 25 |
| Pens | Confrence Pens | 125 |