UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                  Case No. 08-13555 (JMP)

                                    Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF APRIL J. THEIS

UPON the motion of April J. Theis dated March 13, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that April J. Theis is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
        March 19, 2009

                                    s/ *James M. Peck*
                                    UNITED STATES BANKRUPTCY JUDGE