UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                        :
In re                                                   :      Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,            :      Case No. 08-13555 (JMP)
                                                        :
        Debtors.                                        :      (Jointly Administered)
                                                        :
---------------------------------------------------------------------x  Ref. Docket Nos. 3152 – 3160

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

       ELLI PETRIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 18, 2009, I served the following:

    a) "Affidavit / Supplemental Affidavit and Disclosure Statement of Rob Charles on behalf of Lewis and Roca LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed March 18, 2009, [Docket No. 3152],

    b) "Statement /Notice of Fourteenth Supplemental List of Ordinary Course Professionals," dated March 18, 2009, [Docket No. 3153],

    c) "Affidavit and Disclosure Statement of Jonathan C. Thau, on behalf of Luboja & Thau, LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed March 18, 2009, [Docket No. 3154],

    d) "Affidavit and Disclosure Statement of Jeffrey J. Greenbaum, on behalf of Sills Cummis & Gross P.C. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed March 18, 2009, [Docket No. 3155],

    e) "Affidavit and Disclosure Statement of Ian Boccaccio, on behalf of Worldwide Trade Partners LLC Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed March 18, 2009, [Docket No. 3156],

    f) "Affidavit and Disclosure Statement of John W. Madden, III, on behalf of The Madden Law Firm Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed March 18, 2009, [Docket No. 3157],

    g) "Affidavit and Disclosure Statement of Theodore A. Krebsbach, on behalf of Krebsbach & Snyder, P.C. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed March 18, 2009, [Docket No. 3158],

    h) "Affidavit and Disclosure Statement of Michael A. Pope, on behalf of McDermott Will & Emery LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed March 18, 2009, [Docket No. 3159], and

    i) "Affidavit and Disclosure Statement of Valentine S. Grimes, on behalf of Valentine S. Grimes & Co. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed March 18, 2009, [Docket No. 3160],

by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

    b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   /s/ Elli Petris  
Sworn to before me this                            Elli Petris  
19th day of March, 2009

/s/ Regina Amporfro  
Notary Public, State of New York  
No. 01AM6064508  
Qualified in Bronx County  
Commission Expires September 24, 2009

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

**Exhibit B – Additional Parties**

1. Lewis and Roca LLP.: rcharles@lrlaw.com (Docket # 3152 only)
2. Luboja & Thau, LLP: jthau@lubojathau.com  (Docket # 3154 only)
3. Sills Cummis & Gross P.C: jgreenbaum@sillscummis.com (Docket #3155 only)
4. Worldwide Trade Partners LLC: michael.lunardoni@wtptax.com (Docket # 3156 only)
5. The Madden Law Firm: Madden@themaddenfirm.com (Docket # 3157 only)
6. Krebsbach & Snyder, P.C: tkrebsbach@krebsbach.com (Docket # 3158 only)
7. McDermott Will & Emery LLP: MAltschul@mwe.com (Docket # 3159 only)
8. Valentine S. Grimes & Co: vsg@grimesattorneys.com (Docket # 3160 only)