**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
:
In re                                              :        Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :        **08-13555 (JMP)**
                                                   :
                        Debtors.                   :        **(Jointly Administered)**
                                                   :
                                                   :
--------------------------------------------------------------------x

### SUPPLEMENTAL DECLARATION OF RAJIV MADAN ON BEHALF OF MCKEE NELSON LLP PURSUANT TO SECTIONS 327, 328(a), 329 AND 504 OF THE BANKRUPTCY CODE AND RULES 2014(a) AND 2016(b) OF THE BANKRUPTCY RULES

Rajiv Madan, being duly sworn, deposes and says:

1.      I am an attorney and member of the firm McKee Nelson LLP ("McKee" or the "Firm").  I submit this Supplemental Declaration in support of the engagement of McKee by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (together, the "Debtors") as special counsel pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy Code").  This declaration supplements my previous declaration on behalf of McKee dated October 8, 2008, and the subsequent declaration of my partner, Jeffrey Johnson, dated March 10, 2009, in connection with such engagement (collectively, the "Previous Declarations").

2.      Except as otherwise stated herein, I have personal knowledge of the matters set forth herein, and, if called as a witness, would testify competently thereto.[1]  To the extent any information disclosed herein requires amendment or modification upon McKee's completion of further review, or as additional party in interest information becomes available to it, a further

---

[1]    Certain of the disclosures herein relate to matters within the knowledge of other attorneys at McKee and are based on information provided by them.

supplemental affidavit reflecting such amended or modified information will be submitted to the Court.

### McKee's Connections to Parties In Interest
### In Matters Unrelated to the Debtors' Chapter 11 Cases

3.        As previously disclosed, McKee has represented, currently represents, and may represent in the future, various entities or their affiliates in matters unrelated to the pending chapter 11 cases.  Since filing the Previous Declarations, counsel for the Debtors has provided McKee with a list of additional parties in interest in the Debtors' chapter 11 cases (collectively, the "Parties in Interest").  A copy of this list is attached hereto as Schedule 1.  Attorneys working under my supervision reviewed McKee's "connections" with the Parties in Interest.[2]  Based upon this review, while Parties in Interest may be current or former clients of McKee or may otherwise be involved in litigation or transactional matters in which McKee represents a client, I do not believe that McKee holds any interest adverse to the estates with respect to any of the matters for which McKee is retained.

4.        To the extent that McKee's research of its relationships with the Parties in Interest indicates that McKee has represented in the past, or currently represents, any of these entities or entities that may be related to or affiliates of such entities, the identities of these entities and such entities' relationship to the Debtors and connection to McKee are set forth in Schedule 2, attached hereto.  McKee does not represent any of the Parties in Interest in connection with the Debtors' chapter 11 cases.

---

[2]    To the best of my knowledge, neither the term "connection" as used in Bankruptcy Rule 2014 nor the proper scope of a professional's search for "connections" has been completely defined, and I am therefore required to exercise some degree of professional judgment in applying that term to the facts of which I am aware, as well as in defining the scope of how to search for such facts. Out of an abundance of caution, I may be disclosing items that are not, in my judgment, disqualifying or problematic under either the Bankruptcy Code or applicable standards of professional ethics.

2

5.      I understand that the Debtors will retain various professionals during the pendency of these cases to aid in the prosecution of the Debtors' chapter 11 cases, including the professionals included on the list of Parties in Interest provided to the Firm.  In the past, attorneys at McKee have worked with certain of these professionals on various matters, representing either the same parties, parties with similar interests or parties with adverse interests.  In addition, certain of these firms may be current or former clients of McKee.

6.      We believe it likely that many of the professionals who may appear in these cases are trustees, witnesses, advisors or counsel, as the case may be, in transactions or cases in which McKee also represents a client.  McKee may retain various such professionals or affiliates thereof to provide, *inter alia*, litigation support and financial advisory services to McKee or McKee's clients in a variety of past, present or future engagements.  Current employees at McKee may be former employees of, or related to employees of, one or more of the other professionals in this case.  In addition, attorneys at McKee belong to professional organizations to which other professionals who may appear in these cases may also belong.

7.      To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor McKee, nor any partner or associate thereof, has any connection with the Debtors, their creditors, the U.S. Trustee or any Parties in Interest or their respective attorneys or accountants, except as set forth herein.

8.      I do not understand Bankruptcy Rule 2014(a) or other applicable law to require disclosure of each present or future engagement McKee receives from a Party in Interest as long as it is unrelated to the Debtors' chapter 11 cases.  McKee intends to accept engagements from other Parties in Interest (whether existing or new clients), but will not undertake a representation

3

directly related to these cases.  These engagements may include matters similar to the matters for which McKee is retained in the Debtors' chapter 11 cases.

### McKee's Connections to the Debtors

9.    McKee has represented and may continue to represent other clients in transactions or litigation in which the Debtors may have an interest.  For example, McKee has represented the issuer in transactions where one of the Debtors was an underwriter or otherwise participated in such transaction.  Based on our research, I do not believe that there is any adversity between McKee's current clients and the Debtors, nor do I believe that any of the aforementioned matters are directly related to the Debtors' chapter 11 cases.[3]

10.    McKee also represents Neuberger Berman, an affiliate of the Debtors, in transactions which are not related to the Debtors' chapter 11 cases.[4]

11.    McKee has represented and may continue to represent from time to time clients that are co-defendants with one or more of the Debtors, but I do not believe that there is any adversity between such co-defendants and the Debtors.

12.    McKee may also represent, in matters unrelated to the Debtors, competitors of the Debtors.

13.    Despite the efforts described above to identify and disclose connections with the Debtors and the Parties in Interest in these cases, because the Debtors are a large enterprise with many creditors and other relationships, McKee is unable to state with certainty that all of its

---

[3]    I am aware that there are certain additional matters in which the Firm represented a client and in which certain of the Debtors may have been involved;  these matters were generated by attorneys who are no longer with the Firm and, thus, we cannot confirm whether the foregoing is accurate with respect to such matters.  However, each of these matters have been closed and, to the best of my knowledge, were not directly related to the Debtors' chapter 11 cases.

[4]    It is our understanding that a controlling interest in Neuberger Berman is being acquired by company management.

4

client connections with the Debtors and the Parties in Interest have been disclosed.  In this regard, if McKee discovers additional information that requires disclosure, the Firm will file supplemental disclosures with the Court.

### Securities Ownership

14.     Certain individual attorneys at McKee may own, or have beneficial interests in trusts owning, shares in LBHI and securities of related entities and may own shares in other Parties in Interest.  We have not conducted any investigation of such individual's banking, insurance, brokerage or investment activities in preparing this Declaration.  It should be noted, however, that McKee has a long-standing policy prohibiting all lawyers and support staff from using any confidential information that may come to their attention in the course of their work. All personnel are barred from trading in securities as to which they were exposed to confidential information.

15.     I also note that it is my understanding that a large number of the Debtors' debt and equity securities are held by various mutual funds, trusts and portfolios and accounts that are managed by various advisors.  McKee does not know the ultimate beneficial owners of the funds, although it is believed they are widely held.  Similarly, many of the Debtors' securities are registered in the name of Depositary Trust Company or its nominee, and securities entitlements to such securities are held through securities accounts maintained by brokers, investments advisors and other securities intermediaries.  The ultimate owners of the securities entitlements are unknown to McKee, except for those reported on the list of Parties in Interest provided by Debtors' counsel.  It is possible that some of such holders may be clients of McKee.

[Remainder of page intentionally left blank]

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on March 17, 2008.

Rajiv Madan, Esq.
Partner
McKee Nelson LLP

## **SCHEDULE 1**

# Retention Checklist

## 50 Largest Bond Holders

1.    Advanced Series Trust
2.    AETNA Life Insurance Company
3.    AIG Annuity Insurance Company
4.    ALFA Mutual Fire Insurance Company
5.    Allianz Life Insurance Company of North America
6.    Alpha Mutual Fund Management
7.    American Family Life Assurance Company
8.    American Life Insurance Company
9.    AXA Equitable Life Insurance Company
10.   Barclays Global Fund Advisors
11.   BBVA Gestion SA SGIIC (Spain)
12.   Blackrock Advisors
13.   Capital Research and Management
14.   Continental Casualty Company
15.   Federated Investors
16.   Fidelity Management and Research
17.   Franklin Advisors Inc.
18.   Franklin Templeton Investments
19.   Guardian Life Insurance Company
20.   Hartford Life Insurance Company
21.   ING Investment LLC
22.   Jackson National Life Insurance
23.   John Hancock Investment Management Services
24.   John Hancock Life Insurance Company
25.   Liberty National Life Insurance Company
26.   Loomis Sayles & Company L.P.
27.   Medical Liability Mutual Insurance Company
28.   Metlife Insurance Company of Connecticut
29.   Metropolitan Life Insurance Company
30.   Metropolitan West Capital Management
31.   NATIXIS  Asset Management Advisors
32.   Northwest Mutual Life Insurance Company
33.   Phillips Hager & North Investment Management
34.   PIMCO Advisors LP
35.   PIMCO Funds Global Investors
36.   Principal Life Insurance Company
37.   Prudential Financial Inc.
38.   Prudential Insurance Company of America
39.   Riversource Life Insurance Company
40.   Sun Life Assure Co. of Canada
41.   T. Rowe Price Associates
42.   Teachers Insurance and Annuity Association
43.   Thrivent Financial for Lutherans
44.   Transamerica Life Insurance Company
45.   UBS Investment KAG

46.    United States – Indices
47.    Van Kampen Asset Management
48.    Vanguard Group Incorporated
49.    Western Asset Management Company
50.    Zurich American Insurance Company

## Largest Unsecured Creditors other than Bondholders

1.    1221 Avenue of the Americas *
2.    125 Broad Street *
3.    1301 Properties Owner LP
4.    55 Broadway *
5.    767 Fifth  Ave *
6.    Allen & Overy
7.    Anjarlekar & Associates
8.    ANZ Banking Group Limited
9.    Aozora Bank
10.    Ashurst Morris Crisp
11.    Australia and New Zealand Banking Group Limited
12.    Banctec Ltd.
13.    Bank of America Plaza STE 3500 *
14.    Bank of China, New York Branch
15.    Bank of Taiwan, New York Agency
16.    Bats Trading, Inc.
17.    Bloomberg Finance LP
18.    Bloomberg L.P.
19.    BNP Paribas
20.    Broadridge Securities Processing
21.    Caldwalader, Wickersham, and Taft
22.    Canary Warf Management Limited
23.    CB Richard Ellis Client Account RE Gloa
24.    CDW Direct LLC
25.    Chuo Mitsui Trust & Banking
26.    Citibank N.A. Hong Kong Branch
27.    Citibank, NA
28.    Clifford Chance
29.    Commonwealth Bank of Australia, Tokyo Branch
30.    Compucenter (UK) Ltd.
31.    CW Lending II Limited
32.    Davis, Polk and Wardwell
33.    Dell Marketing L.P.
34.    Deutsche Borsche AG
35.    Dimension Data
36.    DnB NOR Bank ASA
37.    Drowst Trading, LLC
38.    Ernst & Young
39.    Ernst and Young Private Limited
40.    Fidessa Plc.
41.    First Commercial Bank Co., Ltd, New York Agency
42.    FT Interactive Data

43.    Haworth Singapore PTE Ltd.
44.    Henegan Construction Co., Inc.
45.    Hewlett-Packard AP (HONG KONG) LIMITED
46.    HSBC Bank
47.    Hua Nan Commercial Bank, Ltd
48.    IBM Corporation
49.    ICAP Securities Limited
50.    Information Builders Inc.
51.    JQ Network PTD Limited
52.    KBC Bank
53.    Kim & Chang
54.    Kingston Communications PLC
55.    Linklaters, S.L.
56.    Lloyds Bank, PLC
57.    London & European Title Insurance Services Ltd.
58.    London Borough of Tower Hamlets Rates
59.    Mace Limited
60.    McKee Nelson LLP
61.    Microsoft Licensing, GP
62.    Millennium Developers PVT LTD
63.    Mizuho Corporate Bank Ltd.
64.    Morse Group Limited
65.    Morse Service Holdings Limited
66.    National Bank of Australia
67.    National Commerce bank
68.    Network Appliance, Inc.
69.    Nippon Life Insurance Co.
70.    NYSE Market, Inc.
71.    Origin HR Consulting Limited
72.    Paul Weiss
73.    Pricoa Relocation UK Limited
74.    Reuters America Inc.
75.    Reuters Limited
76.    Shinkin Central Bank
77.    Shinsei Bank Ltd.
78.    Sidley Austin Brown & Wood
79.    Standard & Poor's
80.    Standard Chartered Bank
81.    Sumitomo Mitsui Banking Corp
82.    Sungard Securities Finance Inc.
83.    Svenska Handelsbanken
84.    Swapswire Limited
85.    Taipei Fubon Bank, New York Agency
86.    Tata Consultancy Services
87.    The Bank of New York
88.    The Bank of Nova Scotia
89.    The British Land Company PLC
90.    Thompson Financial
91.    TIBCO Software, Inc.

92. UFJ Bank Limited
93. Vertex Mortgage Services
94. Virtx
95. WIPRO Infotech Enterprise Solutions
96. YXIME
97. ZKB (Zurcher Kantonalbank)

## Significant Leases

- 101 Hudson Leasing Associates
- 1111 Brickell Office, LLC
- 125 High Street LP
- 1301 Properties Owner L.L.C
- 20 CCC Business Trust
- 300 Main L.L.C.
- 50 Broadway Realty Corp.
- 5450 West Sahara LLC
- 600 Partners Co., L.P.
- 605 Third Avenue Fee LLC
- 70 Hudson Street, LLC
- 8 Sound Shore Associates, LLC
- 85 Tenth Avenue Associates, LLC
- AIG Technologies, Inc.
- American Center
- Archipelago Holdings, Inc.
- Argonne Capital Group
- B&R 919, LLC
- Beneficiaries of North Star Trust Company Title Holding Land
- BNC Mortgage
- Board of Trade of the City of Chicago, Inc.
- BP 399 Park Avenue LLC
- Brandywine Office Investments LLC
- Brookfield Properties One WFC Co. LLC
- CA-10880 Wilshire Limited Partnership
- CB Office 10, Ltd.
- CharterMac Mortgage Capital Corporation
- Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
- Clifford Chance US LLP
- CMD ST Financial Centre, LLC
- Columbia Center Property LLC
- Constellation Place, LLC
- Consultatio Inversora S.A.
- Corporate Park Associates
- Corridors I & II/Loudoun II SPE Feeco, L.L.C.
- Courtside West, LLC
- CPR (USA) Inc.
- Creekside Business Mall LLC

- Crescent TC Investors LP
- Crown Point, L.L.C.
- CT Tower Investments Inc
- Custer Court, L.P.
- DBSI Housing, Inc.
- Denver United LLC
- Deutsche Bank AG, New York Branch
- Deutsche Bank Securities, Inc.
- Deutsche Immobilien Fonds Aktiengesellschaft
- Dewey Ballantine LLP/Dewey LeBouf LLP
- Eastrich No. 167 Corporation
- Financial Solutions Partners, LLC
- For 1031 Heritage II LLC
- Four Point Star Operating Company, L.P.
- Franklin Credit Management
- Frazee, LLC
- Frenkel of New Jersey, Inc.
- Galleria Properties, LLC
- GRE Glendale LLC
- Guggenheim Concourse, L.P.
- Hanover Moving & Storage Co., Inc.
- Historic TW Inc.
- Historic TW Inc.
- HQ Global Workplaces
- Hunter Financial Group, LLC
- Huron Consulting Group LLC
- HWA 555 Owners, LLC
- JBC Funds 200 West Monroe LLC
- JDJ Properties, Inc.
- Legacy III Centennial, LLC
- Lehman Brothers Commercial Bank
- Lehman Brothers Holdings, Inc.
- Lempira S.R.L., R.U.C.
- Level 3 Communications, LLC
- Liberty Property Limited Partnership
- Mack-Cali CW Realty Associates L.L.C.
- Mackenzie Financial Corporation
- MCPR Unit V LP, S.E.
- Middlefield Park Associates
- Millennium De Investimentos Imobiliarios LTDA
- MJH Wacker LLC
- Monarch Centre Associates, LLC
- Mountain Towers Properties, LLC
- National Union Fire Insurance Company of Pittsburgh, PA
- NBS Brookside 700/800, L.L.C.
- New Tower Trust Company Multi-Employer Property Trust

- Nine Penn Center Associates, LP
- Normandy Real Estate Partners
- One William Street Capital Management, L.P.
- Palm Beach Park Centre 4, LLC
- PCC Properties (Calgary) Ltd.
- Piedmont Operating Partnership, L.P.
- Pricewaterhouse Coopers, LLP
- R3 Capital Management, L.P.
- Regus do Brasil, Ltd
- Rock Forty Ninth LLC
- Rockefeller Center North, Inc.
- Rosemead Properties, Inc.
- Sandtrap II, Ltd.
- Sharon Land Company, LLC
- SLG 220 News Owner LLC
- SP4 190 S. LaSalle, L.P.
- Stillwater Development, LLC
- Sunray Investments
- Teachers Insurance and Annuity Assoc. of America
- Telwares, Inc.
- Tempe Fountainhead Corporate, LLC
- Texas Tower Limited
- The Irvine Company LLC
- The Realty Associates Fund VIII, L.P.
- Triple Net Properties, LLC
- Trizec Westwood Center LLC
- Wacker Drive Limited Partnership
- Wasserstein Perella Group Holdings, LLC
- Willkie Farr & Gallagher LLP
- WLA UPU 1 and 2, LLC
- WPGH, LLC

## Secured Creditors

1. Danske Bank
2. Fenway Funding LLC
3. JPMorgan Chase
4. MetLife
5. SMBC
6. State Street
7. Swedbank

## Government and State Regulatory Agencies.

- Commodity Futures Trading Commission (LBI, NB LLC)
- Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
- Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)

- Financial Industry Regulatory Authority (non-governmental)
- National Futures Association (non-governmental)
- New York Stock Exchange (non-governmental)
- Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
- Office of Thrift Supervision (LB Bank)
- Securities and Exchange Commission
- State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
- State Blue Sky Laws in all 50 states and Puerto Rico
- Utah Commissioner of Financial Institutions (LB Commercial Bank)

## Members of Ad Hoc or Unofficial Creditors' Committees – Those formed prior to the Commencement Date, to the extent known at the Commencement Date.

1.    <u>The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds</u>
- Allstate Insurance Co.
- Capital Research Management Co.
- Capital Research Management Co.
- Franklin Advisors LP
- Franklin Federal Intermediate-Term-Tax-Free Income Fund
- Franklin Federal Tax-Free Income Fund
- Franklin Georgia Tax-Free Income Fund
- Franklin High-Yield Tax-Free Income Fund
- Independence Holding Co.
- Oppenheimer Funds, Inc.
- The Vanguard Group

2.    <u>Informal LBHI Bondholder Group</u>
- Alliance Bernstein
- Capital Guardian Trust Company
- Cyrus Capital Partners, L.P.
- King Street Capital Management, L.L.C.
- Pacific Management Investment Company
- Wexford Capital LLC
- York Capital Management

## Significant Stockholders – If Debtor is a corporation, any significant stockholders (greater than 5%).

- AXA and related parties                          7.25%
- Clearbridge Advisors, LLC and related parties   6.33%
- FMR LLC and related parties                      5.87%

**Directors and Officers (LBHI)** – Current and former (up to three years) members of the corporation's board of directors and its officers.

Board of Directors
- Henry Kaufman
- Jerry A. Grundhofer
- John D. Macomber
- John F. Akers
- Marsha Johnson Evans
- Michael L. Ainslie
- Richard S. Fuld, Jr.
- Roger S. Berlind
- Roland A. Hernandez
- Sir Christopher Gent
- Thomas H. Cruikshank

Officers
- Aaron Guth
- Aida Sarmast
- Alex Kirk
- Andrew Fischtal
- Andrew Yeung
- Ann Cairns
- Bryan Marsal
- Christian Meissner
- Christine Searl
- Christopher O'Mera
- Daniel Ehrmann
- Darryl Steinberg
- David Coles
- David Goldfarb
- Denise Troise
- E. Todd Whittemore
- Eric Felder
- Erin Callen
- Francine Kittredge
- George H. Walker
- Gerald A Donini
- Gerald Pietroforte
- Gwen J. Zeisler
- Herbert H. McDade III
- Hugh E. McGee III
- Hyung S. Lee
- Ian T Lowitt
- Jack MCCarthy
- James Brogan
- James Fogarty

- Jasjit S. Bhattal
- Jeffrey A. Welikson
- Jeffrey Fitts
- Jeffry Ciongoli
- Joanne Chormanski
- John M. Skoba
- John Suckow
- Jonathan Beyman
- Jonathan Harris
- Jospeh M. Gregory
- Karen B. Corrigan
- Lana Franks
- Leo C. Trautman, Jr.
- Linda Klang
- Madeline L. Shapiro
- Martha Solinger
- Martin Winter
- Michael Geband
- Neill Poole
- Pamela Tibbetts
- Riccardo Banchetti
- Richard S. Fuld, Jr.
- Robert J. Leist
- Ronn A. Pisapia
- Salvatore Barbuzza
- Scott J. Freidheim
- Shawnda D. Merriman
- Stephen M. Lessing
- Terry L. Gentry
- Thomas A. Russo
- Thomas Hommel
- Wendy M. Uvino
- William Fox
- William Gordon
- William Olshan
- Yvonne Stich

**Underwriting Investment Bankers for Debtor's Securities** - all securities issued or outstanding on the Commencement Date or during the three years prior to the Commencement Date.

- ABN AMRO Rothschild
- Hoare Govett, Ltd.
- Lehman Brothers
- Merrill Lynch
- UBS Investment Bank

**Related Entities**

1.    737 Portfolio Services LLC
2.    737 Portfolio Trust
3.    Area Assignor Corp. (dissolved)
4.    Area Depository Corporation (dissolved)
5.    Area GP Corporation
6.    Aristos LLC
7.    ASB L.L.C.
8.    Ballybunion Investments No. 2 Ltd.
9.    Ballybunion Investments No. 3 Ltd
10.   Ballybunion Investments No. Ltd.
11.   Banque Lehman Brothers S.A.
12.   Bixen Limited
13.   BK I Realty Inc. (dissolved)
14.   BK II Properties Inc.
15.   BK III Properties Inc.
16.   Blue Jay Realty Corporation
17.   BNC Holdings Inc.
18.   Bromley LLC
19.   Brookson Corp.
20.   Brookwood Energy & Properties Inc.
21.   Canope Credit Corp.
22.   Capital Analytics II, LP
23.   Central Funding (Concord) Corporation (dissolved)
24.   Clarks Summit I, LLC
25.   Clarks Summit II, LLC
26.   CP1 Real Estate Services Inc.
27.   CP4 Real Estate Services Inc. (dissolved)
28.   Dimont Corporation
29.   DL Mortgage Corp.
30.   DRA Management, Inc. (dissolved)
31.   Eagle Energy Management, LLC
32.   Eagle Energy Partners I, L.P.
33.   East Dover Limited
34.   Edibrook Corp.
35.   EHP/GP Inc. (dissolved)
36.   Eldon Street Holdings Limited
37.   ELQ Holdings B.V.
38.   ELQ Hypothekan N.V.
39.   Equipment Management Inc.
40.   Equity Strategies Loans LLC
41.   Equity Strategy Loans LLC
42.   e-Valuate, LP
43.   Executive Monetary Management, Inc.
44.   Falcon Holdings I LLC
45.   First Ward Properties Inc.
46.   Flight Sim I LLC
47.   Flight Sim II LLC
48.   Flight Sim III LLC

49.     Flight Sim IV LLC
50.     Flight Sim V Inc.
51.     FRAH Special Services Inc.
52.     Fundo De Investimento Multimercado Credito Privado Navigator Investmento
53.     Furno & Del Castano CapitalPartners LLP
54.     GA Dekalb Inc.
55.     GKI Korea Development Limited
56.     Global Principal Strategies Loans Inc.
57.     GmbH
58.     GRA Finance Corporation Ltd.
59.     GRA Finance Corporation Ltd.
60.     Growth Partners Inc. (dissolved)
61.     Hills Funding One, Ltd.
62.     Hydrocarbon Capital II LLC
63.     IL Lombard Inc. (dissolved)
64.     Ivanhoe Lan Pty Limited
65.     Jet Aircraft Leasing Inc. (dissolved)
66.     Jet Partners, LLC
67.     JFM Aviation Once LLC
68.     KM-I Real Estate Company VII (sold)
69.     Laminar Holdings LLC
70.     LB 3 GmbH
71.     LB Alberta Holdings Inc.
72.     LB Beta Finance Cayman Limited
73.     LB GPS Lightfoot L.L.C.
74.     LB Holdings Intermediate 1 Ltd
75.     LB Holdings Intermediate 2 Ltd
76.     LB I Group Inc
77.     LB India Holdings Cayman I Limited
78.     LB India Holdings Cayman II Limited
79.     LB India Holdings Mauritius I Limited
80.     LB India Holdings Mauritius II Limited
81.     LB India Holdings Mauritius III Limited
82.     LB Investment Corp. Inc.
83.     LB Investment Holding Company Limited (dissolved)
84.     LB Investments (UK) Limited
85.     LB Leasing Inc.
86.     LB Lomond Investments Limited
87.     LB Maritim Investor
88.     LB Memphis Brownestone LLC
89.     LB Military Housing LLC
90.     LB Note Corp.
91.     LB Ohana, LLC
92.     LB Skypower Inc.
93.     LB Trade Corp.
94.     LB UK Financing Limited
95.     LB UK RE Holdings Ltd.
96.     LBCCA Holdings I LLC
97.     LBCCA Holdings II LLC

98.     LB-NL Holdings (Cayman) Limited
99.     LB-NL Holdings I Inc.
100.    LB-NL Holdings L.P.
101.    LB-NL U.S. Investor Inc.
102.    LBO Investments Limited
103.    LBQ Funding (UK)
104.    LBQ Hong Kong Funding Ltd
105.    LBQ Hong Kong Services Limited
106.    LCP LTU LLC
107.    LCPI Properties Inc.
108.    LCPI Properties Inv.
109.    Leesburg ACG LLC
110.    Lehman ABS Corporation
111.    Lehman Aircraft Securitization Holdings LLC
112.    Lehman Asset Backed Caps Inc.
113.    Lehman Brother Venture Capital 2003 Partnership
114.    Lehman Brothers (Israel) Inc.
115.    Lehman Brothers (PTG) Limited
116.    Lehman Brothers (Spain) S.A.
117.    Lehman Brothers 1999 Venture Managers' Partnership L.P.
118.    Lehman Brothers 1999 Vernture GP Partnership L.P.
119.    Lehman Brothers AIM Holding II LLC
120.    Lehman Brothers Alternative Investment Management LLC
121.    Lehman Brothers Argentina S.A.
122.    Lehman Brothers Asset Management (Europe) Ltd
123.    Lehman Brothers Asset Management Asia, Inc. (dissolved)
124.    Lehman Brothers Asset Management France
125.    Lehman Brothers Asset Securitization LLC
126.    Lehman Brothers Capital GmbH, Co
127.    Lehman Brothers Capital Partners I, L.P.
128.    Lehman Brothers Capital Partners II, L.P.
129.    Lehman Brothers Capital Partners IV, L.P.
130.    Lehman Brothers CDO 2003 L.P.
131.    Lehman Brothers CDO Associates (Cayman), Ltd.
132.    Lehman Brothers CDO Associates 2003 L.P.
133.    Lehman Brothers CDO Associates 2004 L.P.
134.    Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
135.    Lehman Brothers Commercial Corporation Asia Limited
136.    Lehman Brothers Commercial Mortgage K.K.
137.    Lehman Brothers Commodity Service Inc.
138.    Lehman Brothers Communications Partnership
139.    Lehman Brothers de Chile, S.A. (dissolved)
140.    Lehman Brothers de Venezuela C.A. (inactive)
141.    Lehman Brothers Derivative Finance LLC
142.    Lehman Brothers Derivative Products Inc.
143.    Lehman Brothers Diversified Private Equity Fund 2004, L.P.
144.    Lehman Brothers do Brasil Ltda
145.    Lehman Brothers Energy Canada, ULC
146.    Lehman Brothers Europe Inc.

147.    Lehman Brothers Europe Limited
148.    Lehman Brothers European Mezzanine 2002 Associates L.P.
149.    Lehman Brothers European Mezzanine 2002 L.P.
150.    Lehman Brothers European Venture Capital Associates L.P.
151.    Lehman Brothers European Venture Capital L.P.
152.    Lehman Brothers Finance (Japan) Inc.
153.    Lehman Brothers Financial Products Inc.
154.    Lehman Brothers Fund of Funds Associates L.P.
155.    Lehman Brothers Fund of Funds L.P.
156.    Lehman Brothers Global Asset Management K.K. (liquidated)
157.    Lehman Brothers Healthcare Venture Capital Associates L.P.
158.    Lehman Brothers Healthcare Venture Capital L.P.
159.    Lehman Brothers Holdings Inc.
160.    Lehman Brothers Holdings International Inc.
161.    Lehman Brothers Holdings Japan Inc.
162.    Lehman Brothers Holdings Plc
163.    Lehman Brothers Holdings Scottish LP
164.    Lehman Brothers Inc.
165.    Lehman Brothers Insurance Agency L.L.C
166.    Lehman Brothers International (Europe)
167.    Lehman Brothers International Services, Inc.
168.    Lehman Brothers Investment Holding Company Inc.
169.    Lehman Brothers Investment Management Asia Limited
170.    Lehman Brothers Investments PTE Ltd.
171.    Lehman Brothers Japan Inc
172.    Lehman Brothers LBO Inc.
173.    Lehman Brothers Limited
174.    Lehman Brothers Luxembourg Investments Sari
175.    Lehman Brothers MBG Associates III L.L.C.
176.    Lehman Brothers MBG Associates L.P.
177.    Lehman Brothers MBG Capital Partners 1998 (C) LP
178.    Lehman Brothers MBG Finders 1999 (A) L.P.
179.    Lehman Brothers MBG Finders 1999 (B) L.P.
180.    Lehman Brothers MBG Finders 2000 (B) L.P.
181.    Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
182.    Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
183.    Lehman Brothers MBG Partners 1998 (A) L.P.
184.    Lehman Brothers MBG Partners 1998 (B) L.P.
185.    Lehman Brothers MBG Partners 1998 (C) L.P.
186.    Lehman Brothers MBG Partners 1999 (A) L.P.
187.    Lehman Brothers MBG Partners 1999 (B) L.P.
188.    Lehman Brothers MBG Partners 1999 (C) L.P.
189.    Lehman Brothers MBG Partners L.P.
190.    Lehman Brothers MBG Venture Capital Partners 1997
191.    Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
192.    Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
193.    Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
194.    Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
195.    Lehman Brothers MLP Associates, L.P.

196. Lehman Brothers MLP Partners, L.P.
197. Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
198. Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
199. Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
200. Lehman Brothers Offshore Investment Partnership L.P.
201. Lehman Brothers Offshore Investment Partnership-Japan L.P.
202. Lehman Brothers Offshore long/short fund, ltd
203. Lehman Brothers Offshore Long/Short Master Fund Ltd.
204. Lehman Brothers Offshore Partners Ltd.
205. Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
206. Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
207. Lehman Brothers Offshore Real Estate Associates, Ltd
208. Lehman Brothers OTC Derivatives Inc.
209. Lehman Brothers Overseas Inc.
210. Lehman Brothers Pacific Holdings Pte. Ltd.
211. Lehman Brothers Participation Fund Associates, L.P.
212. Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
213. Lehman Brothers Private Equity Advisers L.L.C
214. Lehman Brothers Private Fund Advisers LP
215. Lehman Brothers Private Fund Management LP
216. Lehman Brothers Private Funds Investment Company GP, LLC
217. Lehman Brothers Private Funds Investment Company LP, LLC
218. Lehman Brothers Secondary Fund of Funds Associates L.P.
219. Lehman Brothers Secondary Fund of Funds L.P.
220. Lehman Brothers Securities Taiwan Limited
221. Lehman Brothers Services India Private Limited
222. Lehman Brothers Singapore PTE Ltd.
223. Lehman Brothers South Asia Limited (Inactive)
224. Lehman Brothers South East Asia Investments PTE Limited
225. Lehman Brothers Spain Holdings Limited
226. Lehman Brothers Special Financing Inc.
227. Lehman Brothers Sudamerica S.A.
228. Lehman Brothers U.K. Holdings (Delaware) Inc.
229. Lehman Brothers Uruguay S.A.
230. Lehman Brothers VC Partners L.P.
231. Lehman Brothers Venture Associates Inc.
232. Lehman Brothers Venture Bankers' Partnership L.P.
233. Lehman Brothers Venture Capital Partners I, L.P.
234. Lehman Brothers Venture GP Partnership L.P.
235. Lehman Brothers Venture Partners L.P.
236. Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
237. Lehman CMO Inc.
238. Lehman Commercial Paper Inc.
239. Lehman Crossroads Corporate Investors II, LP
240. Lehman Insurance Company
241. Lehman Loan Funding I LLC
242. Lehman Mortgage Company of Canada (surrendered)
243. Lehman Mortgage Holdings Canada I Inc. (inactive)
244. Lehman Mortgage Holdings Canada II Inc. (inactive)

245.    Lehman Municipal ABS Corp.Lehman OPC LLC
246.    Lehman Pass-Through Securities Inc.
247.    Lehman Queens Center Inc. (inactive)
248.    Lehman Queens Limited Inc. (inactive)
249.    Lehman Re Ltd.
250.    Lehman Realty & Development Corp.
251.    Lehman Receivables Corp. (dissolved)
252.    Lehman Risk Advisors Inc.
253.    Lehman Risk Management, Inc. (dissolved)
254.    Lehman Structured Assets Inc.
255.    Lehman Structured Securities Corp.
256.    Lehman Syndicated Loan Inc.
257.    Lehman VIP Holdings Inc.
258.    Lehman VIP Investment LDC
259.    Liberty Corner Inc. (sold)
260.    Liberty GP II Inc. (sold)
261.    Libro Companhia Securitizadora de Creditos
262.    LIBRO Holdings I Inc.
263.    Long Point Funding Pty Ltd.
264.    Louise Y.K.
265.    LPTG Inc.
266.    LPTG Intermediate LLC
267.    LPTG LLC
268.    LW-LP Inc.
269.    LW-LP Properties Inc.
270.    M&L Debt Investments Holdings Pty Limited
271.    M&L Debt Investments Pty Limited
272.    Mast Depositor Corp
273.    MBAM Investor Limited
274.    MBR/GP Corp.
275.    Merit, LLC
276.    Metro Realty Corporation (dissolved)
277.    MMP Funding Corp.
278.    Morganberry Corporation
279.    Nai Ham Hotel 1 Company Limited
280.    Neuberger & Berman Agency, Inc.
281.    Neuberger Berman Asset Management, LLC
282.    Neuberger Berman Inc.
283.    Neuberger Berman Investment Services, LLC
284.    Neuberger Berman Pty Ltd.
285.    Neuberger Berman, LLC
286.    Newark Properties One Inc.
287.    Nexity Investment Partnership L.P.
288.    NL Funding, L.P.
289.    NL GP Inc.
290.    Northstar Equipment Leasing Income Inc. (dissolved)
291.    NPC Inc. (dissolved)
292.    O.M.B. Limited Partner Ltd.
293.    OCI Holdings Limited

294.    OSD Corp.
295.    PAC Aircraft Management Inc.
296.    Pentaring, Inc.
297.    Phuket Hotel 1 Holdings Company Limited.
298.    Pike International Y.K.Pindar Pty Ltd.
299.    Preferred Group Limited
300.    Preferred Holdings Limited
301.    Preferred Mortgages Limited
302.    Principal Transactions Inc.
303.    QP80 Real Estate Services Inc.
304.    Quality Pork Partners, Inc.
305.    Real Estate Investors Inc. (dissolved)
306.    Real Estate Private Equity Inc.
307.    Real Estate Services I Inc. (dissolved)
308.    Real Estate Services VII Inc. (dissolved)
309.    Reliance Energy E&P, LLC
310.    REPE LBREP III LLC
311.    Revival Holdings Limited
312.    RIBCO LLC
313.    RIBCO SPC, Inc.
314.    Rock Hill Real Estate, Inc.
315.    Sage Partners, LLC
316.    SAIL Investor Pte Ltd.
317.    Sambar Properties Inc.
318.    SASCO ARC Corporation
319.    Scranzay, Inc.
320.    Security Assurance Advisers, LP
321.    Select Asset Inc.
322.    Senior Income Fund Inc. (dissolved)
323.    Serafino Investments Pty Limited
324.    Shearson Lehman Brothers Capital Partners II, L.P.
325.    Shearson Lehman Hutton Capital Partners II
326.    Skratook LLC
327.    Small Business Assets I LLC
328.    Southern Pacific Funding 5 Ltd
329.    Stamford Investment Realty Inc.
330.    STRATUS I Inc.
331.    Structure Asset Securities Corporation II
332.    Structured Asset Securities Corporation
333.    Structured Options Inc.
334.    STUIE CORP.
335.    Sunrise Finance Co., Ltd.
336.    TAL Europe, LLC
337.    Tallus
338.    Thayer Group Limited
339.    Thayer Properties (Jersey) Ltd.
340.    Thayer Properties Limited
341.    Townsend Analytics Japan Ltd.
342.    Townsend Analytics, Ltd.

343.    TX Tower Inc. (sold)
344.    West Dover, LLC
345.    Wharf Reinsurance Inc.
346.    Woori-LB First Asset Securitization Specialty Co., Ltd.
347.    Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
348.    Y.K Tower Funding
349.    Y.K. Park Funding

## Potential Parties in Interest

1.    1301 Properties Owner, LP
2.    250 East Borrower LLC
3.    4Kids Entertainment, Inc.
4.    50 Broadway Realty Corp. LLC
5.    605 Third Avenue Fee LLC
6.    8 Sound Shore Associates LLC
7.    AB Bankas
8.    Aberdeen Asset Management Inc.
9.    Abm Industries, Inc.
10.    AboveNet Communications Inc.
11.    Accenture LLP
12.    Access Data
13.    Account Temps
14.    ADV Portfolio Tech
15.    AEW Capital Management, LP
16.    AG First Farm Credit Bank
17.    Agribank
18.    AIG Financial Products Corp.
19.    AIG Global Investment Corporation
20.    AIM Advisors
21.    AIM Funds
22.    Airlie CDO I
23.    AIRLIE LCDO (AVIV LCDO 2006-3)
24.    AIRLIE LCDO (Pebble Creek 2007-1)
25.    Alameda County (CA) Employees' Retirement Association
26.    Aliant Bank
27.    Allianz Global Investors AG
28.    Altova, Inc.
29.    Amber Capital Investment Management
30.    Ameren et al.
31.    American Express
32.    American National Insurance Company
33.    America's Servicing Company
34.    Anita Bryant
35.    Anthony Victor Lomas
36.    Aon Consulting
37.    Aozora Bank, Ltd.
38.    Arab Bank
39.    Arapahoe County Attorney's Office
40.    Arapahoe County Treasurer

41.    Asbury Atlantic
42.    Asbury-Solomons
43.    Asset Backed Management Corp.
44.    Assicurazioni
45.    Asurion Corporation
46.    AT&T Incorporated
47.    AT&T Services Inc.
48.    Australia National Bank
49.    Automobile Club Insurance Association
50.    A-V Services, Inc.
51.    Avaya Inc.
52.    Avista Corp.
53.    AVIV LCDO 2006-1
54.    AVIV LCDO 2006-2
55.    Banca Sai
56.    Banesco Holding C.A.
57.    Banif-Banco
58.    Bank of America Mellon
59.    Bank of America N.A.
60.    Bank of China
61.    Bank Of Montreal
62.    Bank of New York Mellon
63.    Bank of Nova Scotia
64.    Bank of Taiwan
65.    Bank Pekao
66.    Bankruptcy Creditors' Service, Inc.
67.    Banque Privee Saint Dominique
68.    Barclays Capital, Inc.
69.    Bats Holdings, Inc.
70.    Bay Harbour Management LC
71.    Bay Harbour Master
72.    Be] Air Investment Advisors LLC
73.    Best Karpet
74.    BHCO Master
75.    BIM
76.    Binding Company, Inc.
77.    Blackrock Financial Management
78.    BNY Corporate Trustee Services Ltd.
79.    Bondwave LLC
80.    BP Canada
81.    BP Energy
82.    BP North America
83.    BRE Bank S.A.
84.    Broadridge Processing Solutions, Inc.
85.    Brookfield Properties One WFC Co. LLC
86.    Bryant University
87.    Burleson, ISD
88.    Business Objects Americas
89.    Caisse De Depot et Placement du Quebec

90.     Caixa Geral De Depositos, S.A.
91.     California Ind. Systems Operator Corp.
92.     California Public Employees Retirement System
93.     Calyon
94.     Calyon Securities
95.     Canadian Imperial Bank
96.     Cap Gemini Financial Services USA, Inc
97.     Carlos Manala
98.     Carlton Communications Ltd.
99.     Carlton Willard
100.    Carmignac Gestion
101.    Carrollton-Farmers Branch Independent School District
102.    Cascade Investment LLC
103.    Cattolica Assicurazioni S.p.A.
104.    CB Richard Ellis, Inc.
105.    CD Representative
106.    CD Representative, L.C.
107.    CFIP Fund
108.    Chevron Natural Gas
109.    Chicago Board Options Exchange, Incorporated
110.    Chicago Mercantile Exchange
111.    Chuo Mitsui Trust And Banking Co.
112.    CIBC Wolrd Markets Inc.
113.    Cisco Systems Capital Corporation/Cisco Systems Inc./Cisco
114.    Citibank, NA
115.    Citigroup, Inc.
116.    City of Edinburgh Council as Administrating Authority of the Lothian Pension Fund
117.    City Of Farmers Branch
118.    Clearwater Capital Partners
119.    CNX Gas Co.
120.    Coast Electric Power Association
121.    Cognizant Technology Solutions
122.    Collins Building Services, Inc.
123.    Commerzbank A.G.
124.    Commerzbank A.G. (New York and Grand Cayman Branches)
125.    Community Trust Bancorp Inc.
126.    Compagnie Financiere Tradition SA
127.    Computer Financial Consultants Inc.
128.    Constellation PL
129.    Continental Airlines, Inc.
130.    Contrarian Capital Management, LLC
131.    CorrectNet, Inc.
132.    Costello Maione Schuch Inc.
133.    Counsel To Australia And New Zealand Banking
134.    County of Monterey (CA)
135.    County of San Mateo (CA)
136.    Credit Suisse
137.    Crossmark Investment Advisers, LP
138.    Crossroads Investment Advisors

139.    Cura Fixed Fund
140.    Currenex
141.    Customer Asset Protection
142.    D.E. Shaw Composite Portfolios, LLC
143.    D.E. Shaw Oculus Portfolios, LLC
144.    Dallas County
145.    Dan Yoram Schwarzmann
146.    DCFS Trust
147.    DCI Umbrella Fund PLC
148.    Deere & Company
149.    Delaware Management Holdings, Inc.
150.    Dell Marketing L.P.
151.    Demann
152.    Deustche Bank Securities Inc.
153.    Dexia Belgique
154.    Dexia Deutschland
155.    Dexia Local
156.    Dexia Luxemburg
157.    DG3 Holdings LLC
158.    Direct Energy Business LLC
159.    Direct Energy LLC
160.    Diversified Credit Investments LLC as agent for the Government of Singapore
        Investment Corporation PTE, LTD.
161.    Division Water
162.    DNB Nor Bank Asa
163.    Dresdner Bank A.G.
164.    Dresdner Kleinwort Group Goldings LLC
165.    Dubai International Capital LLC
166.    Duke Corporate Education
167.    Duke Energy Ohio, Inc.
168.    Dun & Bradstreet
169.    Dynergy Power Marketing, Inc.
170.    East 46th Borrower LLC
171.    Eaton Corporation
172.    EHMD, LLC
173.    Electrabel
174.    Electricite de France
175.    Elliot International L.P.
176.    Elliott Associates, L.P.
177.    EMC Corporation
178.    EnergyCo Marketing and Trading
179.    EnergyCo, LLC
180.    Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire
        Pension Board
181.    Essex Equity Holdings USA, LLC
182.    Etihad Airways
183.    European Bank For Reconstruction
184.    Evergreen, Et. Al
185.    Executive Fliteways, Inc.

186. Exegy Incorporated
187. EXUM RIDGE CBO 2006-1
188. EXUM RIDGE CBO 2006-2
189. EXUM RIDGE CBO 2006-4
190. EXUM RIDGE CBO 2006-5
191. EXUM RIDGE CBO 2007-1
192. EXUM RIDGE CBO 2007-2
193. EZE Castle
194. Factiva, Inc.
195. Fannie Mae
196. Federal Express Corporation
197. Federal Home Loan Bank of Atlanta
198. Federal Home Loan Bank Of Pittsburgh
199. Federal Home Loan Mortgage Corp
200. Federal Reserve Bank of New York
201. Fir Tree Capital Opportunity Master Fund, L.P.
202. Fir Tree Value Master Fund, L.P.
203. First Choice Power, LP
204. First Commercial Bank Co., Ltd. New York Agency
205. First Trust Advisors L.P.
206. First Trust Portfolios L.P.
207. Fondiaria
208. Fondo Latinoamericano De Reservas
209. Franklin American Mortgage Company
210. Franklin Lincoln National Corporation
211. Fred Hutchinson Cancer Research Center
212. Frictionless Commerce, Inc.
213. Friedman, Billings, Ramsey & Group, Inc.
214. Fubon Insurance Co.
215. Fubon Securities Co.
216. Fulton Bank
217. Fusion Funding Limited
218. Fusion Funding Luxembourg, S.A.R.L.
219. FX Alliance LLC
220. FXCM Holdings LLC
221. FXCM Holdings, LLC
222. Galleon Buccaneer's Offshore LTD
223. Gartner UK Limited
224. Gartner, Inc.
225. GE Capital Information Technology
226. GE Capital Information Technology Solutions, Inc. DB/A Ikon Financial Services
227. GE Corporate Financial Services, Inc.
228. General Electric Capital Corp
229. Gensler Architecture, Design And Planning, P.C.
230. Georgetown University
231. German Association of Savings Banks
232. Gesconsult S.A. SG LLC
233. GL Trade
234. GLG Partners LP

235. Global Thematic
236. GM Canada Foreign Trust
237. GMAC LLC
238. GMAC Residential Capital
239. GMAC-IM
240. GMAM Investment Funds Trust
241. Godiva Chocolatier, Inc.
242. Goldman Sachs & Co.
243. Goldman Sachs Credit Partners
244. Government of Guam Retirement Fund
245. Green Tree Servicing Inc.
246. Green Tree Servicing LLC
247. Greenbriar Minerals, LLC
248. Greg Georgas & Mark Grock
249. GS European Performance Fund Limited
250. GSEF Al Nawras (Cayman) Limited
251. Halbis Distressed Opportunity Master Fund Ltd.
252. Hale Avenue Borrower LLC
253. Hank's Living Trust
254. Hanover Moving & Storage Co. Inc
255. Harbert
256. Harbinger Capital Partners
257. Harbinger Capital Partners Special Situations Fund LP
258. Harris County
259. Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
260. Hellman & Friedman
261. Henegan Construction Co., Inc.
262. Hilliard Farber & Co. Inc.
263. Hope Greenfield
264. HSBC Realty Credit
265. Hughes Hubbard
266. Hypo Investment Bank Ag
267. IBM
268. ICAP North America Inc.
269. IGI Resources
270. Illuminating
271. Independence Holding Co.
272. INF SRVS
273. Informal Group Of Taiwan Financial Institutions
274. Infospace Inc.
275. ING bank, FSB
276. ING Real Estate Finance
277. Institutional Benchmarks
278. Instituto de Credito Oficial
279. Intechra LLC
280. Interactive Data Corp.
281. Intercall Inc.
282. Interface Cable Assemblies and Services Corp.
283. Internal Revenue Service

284. Intersil Corporation
285. IntraLinks Inc.
286. Investcorp, Et. Al.
287. Iris Software, Inc.
288. Iron Mountain Information Management
289. J P Morgan Chase Bank, N.A.
290. J. Aron & Company
291. James W. Giddens
292. Jarden Corporation
293. JFK International Air Terminal LLC
294. Johnson County Arlington ISD
295. Joseph Cordaro, Assistant U.S. Attorney, SDNY
296. Kapalua Bay, LLC
297. Keane Inc.
298. Korea Investment & Securities Co., LTD
299. Kraft Foods Inc.
300. LAHDE Capital Management
301. Landamerica Financial Group, Inc.
302. LB Co-Investment Partners Cayman AIV I LP
303. LB Merchant Banking Partners III Cayman AIV LP
304. LB Offshore GP Holdings (PE) Ltd.
305. LB Offshore Investment Partners II LP
306. LB Secondary OPP Offshore Fund II LP
307. LB Secondary OPP Offshore Fund LP
308. LB VC Partners LP (VC Fund II)
309. LBAYK
310. LBREP /L-Suncal Master I LLC
311. LBREP Lakeside SC Master I, LLC
312. Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
313. Lehman Brothers Bankhaus Aktiengesellschaft
314. Lehman Brothers First Trust Income Opportunity Fund Inc.
315. Lehman Brothers High Yield Bond Fund 316. Lehman Brothers Income Funds for
Lehman Brothers High Income Bond Funds
316. Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund
317. Lehman Brothers Merchant Banking Partners IV LP
318. Lehman Brothers Private Equity Funds
319. Lewtan Technologies, Inc.
320. Lincoln Variable Insurance
321. Linden Advisors LP
322. Liquidpoint
323. Lloyds Bank
324. Lloyds TSB Bank plc
325. Los Angeles City Employees' Retirement System
326. Lyon Capital Ventures
327. M&B Maher
328. M. Arthur Gensler Jr and Assoc, Inc.
329. M. Brian Maher and Basil Maher
330. Mack-Cali Realty LP
331. Main Street Natural Gas, Inc.

332.  Malaysian Airline System
333.  Mansfield ISD
334.  Marble Care
335.  Margolis Edelstein
336.  Marshall & Ilsley Trust Company, N.A.
337.  Marshall Funds, Inc.
338.  Mclennan County
339.  Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV 01-0971 DOC
340.  Meridian Company of New York
341.  Metropolitan Transit Authority
342.  Michael John Andrew Jervis
343.  Microsoft Corporation
344.  Microsoft Licensing
345.  Midewest Realty Advisors LLC
346.  Milano
347.  Millennium Automotive Group
348.  Minardi Capital Corp
349.  Minnesota State Board of Investment
350.  Mirant Corporation
351.  Missouri Department Of Revenue, Bankruptcy Unit
352.  Misys IQ LLC
353.  Mitsubishi UFJ, Ltd.
354.  Mizuho Corporate Bank
355.  Mizuho Corporate Bank LTD
356.  Monument Realty LLC
357.  Moody's Investors Service
358.  Morgan Stanley & Co. Incorporated
359.  Motors Insurance Corp 361. MP Bank HF
360.  MSS Distressed & Opportunities 2
361.  MSTD, Inc.
362.  Nasdaq OMX
363.  National Australia Bank Limited
364.  National Bank of Canada
365.  National Cinemedia, Inc.
366.  Nationwide Fund Advisors
367.  Natixis Entities
368.  Natl Australia Bank Limited
369.  Netapp, Inc.
370.  Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund
371.  Neuberger Berman Income Opportunity Fund Inc.
372.  New South Federal Savings Bank
373.  Newedge USA, LLC
374.  Newport Global Advisors LP
375.  Nomura Holding America Inc.
376.  Nomura Holdings Inc.
377.  Normandy Hill Capital, LP NorthEast
378.  Northern Ireland Governmental Officers Superannuation Committee

379. Northgate Minerals Corporation
380. Northrup Grumman
381. Norton Gold Fields Limited
382. Novara
383. NPD Group Inc.
384. NY State Department Of Taxation and Finance
385. NYSE Euronext Inc.
386. Occidental Energy Marketing, Inc.
387. Och-Ziff
388. Office of the U.S. Trustee
389. Office Of The United States Attorney
390. Office of Thrift Supervision
391. Office of Thrift Supervision, Northeast Region
392. Oklahoma Municipal Power Authority
393. Open Solutions Inc.
394. Operating Engineers Local 3 Trust Fund
395. Oppenheimer Funds Inc.
396. Oracle Credit Corporation
397. Osterreichische
398. Oversea-Chinese Banking Corp. Ltd.
399. Overstock.com
400. Pacific Coast Cap. Partners, LLC
401. Pacific Gas & Electric Company
402. Panton Fund
403. Parsec Corp.
404. Parsec Trading Corp.
405. Payreel, Inc.
406. Pebble Creek LCDO 2006-1
407. Pebble Creek LCDO 2007, LLC
408. Pebble Creek LCDO 2007-3
409. Penn Convention Center Authority
410. Pension Benefit Guaranty Corporation
411. Pentwater Capital Management, LP
412. Peter J. and Mary Jane Dapuzzo
413. Pietro Ferrero
414. Piper Jaffray and Co.
415. PJM Interconnection, L.L.C.\
416. Plumbers and Pipefitters National Pension Fund
417. PNMR Services Co.
418. Popolare
419. Powerex Corp.
420. Profunds Advisors LLC 424.
421. Providence Equity Partners
422. PT Bank Negara Indonesia
423. Public Service of North Carolina
424. Pursuit Capital Partners Master
425. Pursuit Capital Partners Master (Cayman) Ltd.
426. Pursuit Opportunity Fund I Master LTD.
427. Pursuit Partners

428.  Pyrrhuloxia, LP
429.  QVT Financial LP
430.  R3
431.  Region Marche
432.  Regions Bank
433.  Reliance Globalcom Services, Inc.
434.  Reliant Energy Power Supply, LLC
435.  Reliant Energy Services, Inc.
436.  Rentokil
437.  Republic Waste
438.  Residential Funding Company LLC
439.  River Capital Advisors Inc.
440.  Rizal Commercial Banking Corporation
441.  RMC
442.  Robert Teller
443.  Rockefeller Center Management Corporation
444.  Rockefeller Center North Inc.
445.  Rockefeller Group Development Corporation
446.  Rock-Forty Ninth LLC, Rockefeller Center et al.
447.  Rock-Forty Ninth LLC, Rockefeller Center et, al.
448.  Royal Bank of America
449.  Royal Bank of Scotland
450.  Russell Investment Group, Inc.
451.  Rutger Schimmelpenninck
452.  RWE
453.  SABMi11er Plc
454.  Saint Joseph's University
455.  Salem Five Cents Savings Bank
456.  SBA Comm
457.  SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
458.  Shareholders of Novastar Financial Inc.
459.  Shell Energy North America (US) L.P.
460.  Shell Trading (US) Company
461.  Shinsei Bank Limited
462.  Singapore Airlines
463.  Sistema Universitario Ana G. Mendez
464.  Sky Power Corporation
465.  SLG 220 News Owner LLC
466.  SMBC Capital Markets
467.  Societe Generale
468.  Somerset Properties SPE, LLC
469.  South Mississippi Power Association
470.  SP4190 S. Lasalle, L.P.
471.  Sprint Nextel Corp
472.  Stamford Associates L.P.
473.  Stan Mehaffey
474.  Standard Chartered Bank
475.  State Board of Administration of Florida
476.  State of Michigan, Department of Treasury

477.    State Street Bank
478.    Statler Arms Garage LLC
479.    Steingass
480.    Stephen N. Hurley
481.    Steven Anthony Pearson
482.    Structure Consulting Group, LLC
483.    Structure Tone Inc.
484.    SuccessFactors Inc.
485.    Sumitomo Mitsui Banking Corp.
486.    Sumitomo Mitsui Brussels Branch
487.    Sumitomo Trust & Banking Co., LTD
488.    Summit Systems, Inc.
489.    Sun Microsystems, Inc.
490.    Sun Trust Banks, Inc.
491.    SunGard
492.    SunGard Asset Management Systems LLC
493.    SunGard Availability Services LP
494.    SunGard Business Integration Ltd.
495.    SunGard Expert Solutions LLC
496.    SunGard Institutional Brokerage Inc.
497.    SunGard Investment Systems LLC
498.    Svenska Handelsbanken AB
499.    Swedbank
500.    Systema
501.    Taipei Fubon Commercial Bank Co.
502.    Tangoe, Inc.
503.    Tarrant County
504.    Tata American International
505.    Tata Consultancy Services LTD
506.    TD Security
507.    Telecom Italia Capital S.A.
508.    Templeton Global
509.    Tennessee Department of Revenue
510.    The Bank Of Tokyo-Mitsubishi UFJ, Ltd
511.    The Central Puget Sound Regional Transit Authority
512.    The Chuo Mitsui Trust And Banking Co., Ltd
513.    The City of Long Beach
514.    The Hotchkiss School
515.    The Informal Noteholder Group
516.    The Joint Administrators of the Lehman European Group Administration Companies
517.    The Juilliard School
518.    The Kiyo Bank
519.    The Kyoei Fire and Marine Insurance Company Ltd.
520.    The Liverpool Limited Partnership
521.    The Provisional French Administrator to Banque Lehman Brothers SA
522.    The TAARP Group, LLP
523.    The Vanguard Group, Inc.
524.    The Walt Disney Company / Disney
525.    Thomas Cook AG

526.    Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
527.    Thomson Reuters Plc & Thomson Reuters Corp.
528.    ThruPoint, Inc.
529.    Tiger Asia Fund, L.P.
530.    Tiger Asia Overseas Fund, Ltd.
531.    Time Warner
532.    Tishman Speyer Properties, L.P.
533.    Toronto-Dominion Bank
534.    Total Gas & Power Limited
535.    TPG-Austin Portfolio Holdings LLC
536.    Tradeweb Markets LLC
537.    Trading Technologies International
538.    Training the Street, Inc.
539.    TransCanada Pipelines Limited
540.    Travelers National Accounts
541.    Trophy Hunter Investments
542.    Troutman Sanders LLP
543.    True Friend 4th Securitization Specialty Co.
544.    Turnberry Fund
545.    Tuxedo Reserve Owner LLC
546.    Tuxedo TPA Owner LLC
547.    TW Telecom Inc.
548.    UBS Financial Services
549.    UBS Financial Services of Puerto Rico
550.    UBS International Inc.
551.    UBS Securities LLC
552.    Union Bank Of California, N.A.
553.    United Parcel Services, Inc. / UPS
554.    US AG Bank
555.    US Bank National Association
556.    US Securities and Exchange Commission
557.    VBS Investment Bank
558.    Verizon Communications Inc.
559.    Vignette Europe Limited
560.    VITA
561.    Vollers Excavating & Construstion,Inc
562.    Wachovia Bank
563.    Wachovia Securities Ltd.
564.    Wall St Concepts
565.    Washington Mutual Bank
566.    Washington Mutual, Inc.
567.    WCCV
568.    Wells Fargo & Co.
569.    Wells Fargo Bank, NA
570.    WestLB AG, New York Branch
571.    Westport Capital Management
572.    White Marlin CDO 2007-1
573.    Wilmington Trust Company
574.    Wilmington Trust FSB

575.    WSG Development Co.
576.    Yildiz Holdings, Inc.

## Affiliations of Outside Directors

Michael L. Ainslie
- director - The St. Joe Company
- director - Lehman Brothers Bank, FSB
- Member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.
- trustee - Vanderbilt University

John F. Akers
- director - W.R. Grace & Co

Roger S. Berlind
- governor - The Broadway League

Thomas H. Cruikshank

Marsha Johnson Evans
- advisory board - LPGA
- advisory board - Pew Partnership for Civic Change
- director - America's Development Foundation.
- director - Huntsman Corporation
- director - Naval Academy Foundation
- director - Office Depot, Inc.
- director - Weight Watchers International, Inc.
- Sir Christopher Gent
- advisory board - Reform
- director - Ferrari SpA
- senior advisor - Bain & Company, Inc.

Roland A. Hernandez
- advisory board - David Rockefeller Center for Latin American Studies at Harvard University
- advisory board - Harvard Law School
- director - Sony Corporation
- director - The Ryland Group, Inc.
- director - Vail Resorts, Inc.
- director of MGM Mirage
- President's Council on International Activities – Yale University

Henry Kaufman
- member - Board of Trustees of New York University
- member - Board of Trustees of the Animal Medical Center
- member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University

- member (and the chairman emeritus) - Board of Trustees of the Institute of International Education
- member of the Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
- member of the Board of Governors of Tel-Aviv University  treasurer (and former trustee) of The Economic Club of New York.
- member of the International Advisory Committee of the Federal Reserve Bank of New York
- president - Henry Kaufman & Company

John D. Macomber
- chairman - Council for Excellence in Government
- director - Collexis Holdings, Inc.
- director - Stewart & Stevenson LLC
- trustee - Carnegie Institution of Washington
- trustee - Folger Library
- vice chairman - Atlantic Council

## Professionals Retained by the Company

- Akerman Senterfitt
- Allen & Overy LLP
- Allen Matkins Leck Gamble Mallory and Natsis
- Alvarez & Marsal North America. LLC
- Andrews & Kurth LLP
- Appleby Global
- Baker & McKenzie LLP
- Ballard Spahr Anders & Ingersoll, LLP
- Bar & Karrer AG
- Bedell Cristin
- Benesch, Fiedlander, Coplan & Arnoff LLP
- Berkman Wechsler Bloom & Co., Law Offices
- Blake Cassels & Graydon LLP
- Bloom Murr & Accomazzo, P.C.
- Bortstein Legal LLC
- Bracewell & Giulliani LLP
- Brand Law Group, PC
- Brownstein Hyatt Farber Schreck, LLP
- Bulboaca & Associatii
- Burns, White & Hickton
- Cadwalader, Wickersham & Taft LLP
- Cains
- Carrington, Coleman, Sloman & Blumenthal, L.L.P.
- Cassels Brock & Blackwell LLP
- Cederquist
- Chiomenti Studio Legale
- Click & Null, P.C.

- Conway and Mrowiec
- Cox Castle Nicholson
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- Davies Ward Phillips & Vineberg
- Davis & Gilbert LLP
- De Brauw Blackstone Westbroek
- Dechert LLP
- DLA Piper
- Dorsey & Whitney LLP
- Duff and Phelps
- Einstein Malanchuk LLP
- Ernst & Young
- Evergreen Law Group
- Foster, Graham, Milstein & Calisher, LLP
- Fragomen, Del Rey, Bernsen & Loewy, LLP
- Freshfields Bruckhaus Deringer
- Fried Frank
- FTI Consulting Inc.
- Fulbright & Jaworski L.L.P.
- Gianni, Origoni Grippo & Partners
- Gibson, Dunn & Crutcher LLP
- Hahn Loeser & Parks LLP
- HBN Law
- Heller Ehrman LLP
- Herbert Smith CIS LLP
- Herbert Smith Ltd.
- Herrick & Feinstein MMOR Consulting
- Hogan & Hartson
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Houser & Allison, APC
- Hunton & Williams LLP
- Jeffer, Mangels, Butler & Marmaro
- Jenner and Block LLP
- Jones Day
- Kahrl Roberts & Wutcher LLP
- Kellerhals Hess
- Kepley Brouscious & Biggs
- Klavins & Slaidins
- Kleyr Grasso Associes
- Kramer Levin Naftalis & Frankel LLP
- Krieg Devault LLP
- L.B. Smithplein 3
- Latham & Watkins LLP
- Lazard Freres & Co.
- Lewis and Roca LLP
- Locke Lord Bissell & Liddell LLP

- LS Horizon Ltd.
- Luboja & Thau, LLP
- Maples and Calder (Cayman Office)
- McKee Nelson
- McKenna Long & Aldridge LLP
- Meitar, Liquornik, Geva & Leshem Brandwein
- Menter, Rudin & Trivelpiece, P.C.
- Mercer Marsh & McLennan Companies
- Milbank, Tweed, Hadley & McCloy LLP
- Miller Canfield Paddock Stone
- Mitsui Company
- MM Arizona Holdings LLC
- MMOR Consulting
- Momo-o, Matsuo & Namba
- Morrison & Foerster LLP
- NautaDutilh N.V.
- NBP Clems
- Norton Rose LLP
- Ogier
- Oh-Ebashi LPC & Partners
- Paul, Hastings, Janofsky & Walker LLP
- Paul, Weiss, Rifkind, Wharton & Garrison LLP
- Pekin & Pekin
- Pite Duncan
- PricewaterhouseCoopers
- Prickett Jones & Elliott, P.A.
- Quinn Emanuel Urquhart Oliver & Hedges, LLP
- Raja & Tann
- Reilly Pozner & Connelly  LLP
- Richards, Layton & Finger, P.A.
- Schulte, Roth, & Zabel LLP
- Sidley Austin LLP
- Sills Cummis Epstein & Gross P.C.
- Simpson Thacher & Bartlett LLP
- Skadden, Arps, Slate, Measgher & Flom LLP
- Smith Dollar
- Snell & Wilmer
- Sonnenschein Nath & Rosenthal
- Squire, Sanders & Dempsey L.L.P.,
- Stamford Law Corporation
- Stroock, Stroock & Lavan
- Thacher Proffitt & Wood LLP
- Tompkins, McGuire, Wachenfeld & Barry LLP
- Tozzini Freire Advogados
- Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
- White & Case

- Willkie Farr & Gallagher LLP
- Windels Marx Lane & Mittendorf, LLP
- Woodbury & Santiago, P.A. Deloitte & Touch USA LLP

## Litigation Claimants
- Alaska Electrical Pension Fund
- Alex E. Rinehart
- Aliant Bank
- Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
- Avenius, et, al. v. Banc of America Securities LLC, et., al.
- Bader & Yakaitis P S P & Trust
- Bank of America, N.A.
- BHL Capital Partners L.P.
- BP Energy Company & BP Corporation North America Inc.
- Breakaway Solutions Inc.
- Carolina First Bank
- City of Cleveland, Ohio
- David Trent
- Declan Kelly
- Deutsche Bank AG
- Electronic Trading Group, LLC
- Elizabeth Foster
- Evergreen Solar, Inc.
- First Alliance Mortgage Company Class Action
- Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
- Fogel Capital Management, Inc.
- Forza Capital Management, L.L.C.
- Friedman, Billings, Ramsey Group, Inc.
- Hugh D. Barton
- In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
- In re Lehman Brothers Holdings, Inc. Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
- In re Mirant Corporation Securities Litigation (class action)
- In re Public Offering Antitrust Litigation (consolidated class action)
- IPO Class Actions
- J. Bader
- Keith Carpenter
- Keith Cheng
- Locals 302 & 612 of the International Union of Operating Engineers-Employers
- Mark Montag
- Mary Helbeyn
- Massachusetts Water Resources Authority
- Miron Berenshteyn

- Oliver Cheng
- Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
- Overstock.Com Inc., et, al. v. Morgan Stanely & Co. Inc., et, al.
- Research Analyst Independence Litigations
- Rye Select Broad Market Portfolio Limited
- Rye Select Broad Market XL Portfolio Limited
- Securities Investor Protection Corporation
- Sentinel Management Group, Inc.
- Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
- Southern Community Financial Corporation, Southern Community Bank and Trust
- State Street Bank and Trust Company
- The Adelphia Recovery Trust
- The Options Clearing Corporation
- Wright et al v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## Largest Holders of Trade Debt

1.    1221 Avenue of the Americas
2.    125 Broad Street
3.    1301 Properties Owner LP
4.    2027 Collections Center Drive
5.    4 Connections LLC
6.    425 Lexington Ave.
7.    515 South Flower Street
8.    55 Broadway
9.    767 Fifth Avenue
10.   77 West Wacker
11.   A V Services Inc.
12.   AC Nielsen Company
13.   Acronis, Inc.
14.   AFD Contract Furniture Inc.
15.   Agilysys Nj, Inc.
16.   Allen & Overy
17.   Alpha Office Supplies Inc.
18.   Anjarlekar & Associates
19.   ANZ Banking Group Limited
20.   Aperture Technologies
21.   Ashurst Morris Crisp
22.   Australia and New Zealand Banking Group Limited
23.   Automated Securities Clearance Ltd.
24.   Ayco Services Agency Inc.
25.   Banctec Ltd.
26.   Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency
27.   Bank One Plaza
28.   Bats Trading, Inc.

29. Bloomberg Finance LP
30. Bloomberg L.P.
31. Broadridge Securities Processing
32. BT Americas, Inc.
33. Cadwalader, Wickersham and Taft
34. Canary Wharf Management Limited
35. CB Richard Ellis Client Account RE Gloa
36. CDW Direct LLC
37. Centrale Attivita Finanziarie SPA
38. CHD Meridian Healthcare
39. Clayton Fixed Income Services, Inc.
40. Clifford Chance
41. Compliance Data Center Inc.
42. Compucenter (UK) Ltd.
43. Computer Associates International Inc.
44. Computer Financial Consultants, Inc.
45. Cushman & Wakefield Inc.
46. Cyveillance
47. Davis Polk and Wardwell
48. DBRS Inc.
49. Dell Marketing L.P.
50. Deutsche Borsche AG
51. DGWB, Inc.
52. Dimension Data
53. Diversified Global Graphics Group DG3
54. DnB NOR Bank ASA
55. Drowst Trading LLC
56. Elyo Services Limited
57. Emil Werr
58. Enterprise Solution Providers Inc.
59. Ernst & Young LLP
60. Ernst & Young Private Limited
61. EXLservice Holdings Inc.
62. Fidessa Plc.
63. First Commercial Bank Co., Ltd, New York Agency
64. FTInteractive Data
65. Gartner Group Inc.
66. Gotham Technology Group
67. Greenline Financial Technologies Inc.
68. Hanover Moving &Storage Co Inc.
69. Hatfield Philips International Limited
70. Haworth Singapore PTE Ltd.
71. Headstrong Services, LLC
72. Henegan Construction Co., Inc.
73. Hewlett Packard AP (Hong Kong) Limited
74. Hewlett Packard Company
75. HSBC Bank
76. IBM Corporation
77. ICAP Securities Limited 1078.

78.    Information Builders Inc.
79.    Intuition Publishing
80.    Ikon Office Solutions Inc.
81.    ILOG Inc.
82.    Inconit Corporation
83.    Information Builders Inc
84.    Infusion Development Corp.
85.    Integreon Managed Solutions
86.    Interactive Data Corp.
87.    Intuition Publishing Inc.
88.    IPC Information Systems Inc.
89.    Iron Mountain Digital Archives
90.    Iron Mountain Records Management
91.    JQ Network PTD Limited 1082
92.    Kepner Tregoe Inc.
93.    Key Systems
94.    Kim & Chang
95.    Kingston Communications PLC
96.    KPMG, LLP
97.    Lancaster Office Cleaning Co.
98.    Lexis Nexis
99.    Linklaters, S.L.
100.   Liquid Engines, Inc.
101.   Logical Information Machines
102.   London & European Title Insurance Services Ltd.
103.   London Borough of Tower Hamlets Rates
104.   London Eastern Railway Limited
105.   Mace Limited
106.   McKee Nelson LLP
107.   Mellon Analytical Solutions
108.   Meridian IT, Inc.
109.   Meridian It, Inc.
110.   Michael Stapleton Associates
111.   Microsoft Corporation
112.   Microsoft Licensing, GP
113.   Millennium Developers PVT Ltd.
114.   Morse Group Limited
115.   Morse Service Holdings Limited
116.   National Bank of Australia
117.   National Commerce Bank
118.   Net One Systems
119.   Network Appliance Inc.
120.   Nishimura & Partners
121.   Northrop Grunman
122.   NYSE Market, Inc.
123.   Origin HR Consulting Limited
124.   Paul Weiss
125.   Polaris Software Lab (India), Ltd.
126.   Pricoa Relocation UK Limited

127.  Quest Software Inc.
128.  Rainmaker Group LLC
129.  Restaurant Associates
130.  Reuters America
131.  Reuters Ltd.
132.  Rittal Corporation
133.  Rockefeller Center North, Inc.
134.  Rolfe & Nolan Systems Inc.
135.  RR Donnelley Receivables Inc.
136.  SAS Institute Inc
137.  Sharon Land Company, LLC
138.  SOS Security Inc.
139.  Standard & Poors
140.  Standard and Poors Corp.
141.  Standard Chartered Bank
142.  Standard Register
143.  Storage Technology Corp
144.  Structure Group
145.  Sungard Securities Finance Ltd.
146.  Swapswire Limited
147.  Swets Information Services Inc.
148.  Tac Americas, Inc.
149.  Taipei Fubon Bank, New York Agency
150.  Tata Consultancy Services
151.  The Bank Of  New York
152.  The British Land Company PLC
153.  Thomson Financial
154.  Tibco Software, Inc.
155.  Transaction Network Services
156.  Trilogy Leasing Co. LLC
157.  Trimont Real Estate Advisors Inc.
158.  Triple Point Technology, Inc.
159.  Verrazano Consulting Solutions, LLC
160.  Vertex Mortgage Services
161.  Video Corporation Of America
162.  Virtix
163.  Wipro Technologies
164.  Wombat Financial Software, Inc.
165.  ZKB (Zurcher Kantonalbank)

## Professionals Retained by Significant Creditor Groups

- Akin Gump Strauss Hauer & Feld LLP
- FTI Consulting, Inc.
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Milbank, Tweed, Hadley & McCloy LLP
- Munsch Hardt Kopf & Harr, P.C.
- Quinn Emanuel Urquhart Oliver and Hedges LLP
- The Wilson Law Firm, PC

## Utilities

- AT&T
- Cleveland Division of Water
- Cleveland Public Power
- ComEd
- Con Edison
- Dominion
- Illuminating
- Interstate Gas
- NEORSD
- NSTAR Electirc
- NYC Water Board
- Sempra Energy Solutions
- The Hess Corporation
- Time Warner

## Committee Members

- Aegon USA Investment Management
- Metlife
- Mizuho Corporate Bank, Ltd.
- RR Donnelley & Sons
- Shinsei Bank, Limited
- The Bank of NY Mellon
- The Royal Bank of Scotland, PLC
- The Vanguard Group
- Wilmington Trust Company

## Selected Derivative Counterparties

1. A.M. McGregor Home
2. Advanced Graphic Printing, Inc.
3. AIG CDS, Inc.
4. Aircraft Finance Trust
5. Banca Italease S.p.A.
6. Bayview Financial, L.P.
7. Bayview Opportunity Master Fund, L.P.
8. Bremer Financial Corporation
9. BRM Group, Ltd.
10. Canadian National Resources Limited
11. Capital Automotive L.P.
12. Cheung Kong Bond Finance Limited
13. Chevron U.S.A. Inc.
14. City of Milwaukee, Wisconsin
15. Deer Park Road Corporation
16. Delaware River Port Authority
17. Deutsche Bank National Trust Company
18. Deutsche Bank Trust Company Americas

19. Dexia Bank Internationale a Luxembourg SA
20. Dexia Banque Belgique SA
21. Dexia Credit Local, Dexia Kommunalbank Deutschland AG
22. Direct Energy Business, LLC
23. E-Capital Profits Limited
24. Embarcadero Aircraft Securitization Trust
25. Emigrant Bank
26. Energy America LLC
27. Enterprise Products Operating, LLC
28. EPCO Holdings, Inc.
29. Federal Home Loan Bank of Dallas
30. FirstBank of Puerto Rico
31. Florida Power & Light Company
32. FPL Energy Power Marketing, Inc.
33. Gaston Christian School, Inc.
34. HarbourView CDO III, Limited
35. HFF I, LLC
36. Iconix Brand Group, Inc.
37. Italease Finance S.p.A.
38. JA Solar Holdings Co., LTD.
39. Lexington Insurance Company
40. Lincore Limited
41. Linn Energy, LLC
42. MEG Energy Corp.
43. Metavante Corporation
44. Natixis Environment & Infrastructures
45. New Jersey Housing and Mortgage Finance Agency
46. Northcrest, Inc.
47. Occidental Power Services, Inc.
48. Official Committee of Unsecured Creditors
49. OHP Opportunity Limited Partnership
50. Pacific Life Insurance Company
51. Portfolio Green German CMBS GMBH
52. Reynolds American Defined Benefit Master Trust
53. Simpson Meadows
54. Southern California Edison Company
55. Standard Credit Group LLC
56. TFS (Germany)
57. TFS (TX)
58. TFS Derivatives Corporation
59. TFS Derivatives Total
60. TFS Derivatives Total
61. TFS Oil
62. TFS Oil Floor
63. TFS PWR NG
64. TFS Sing
65. TFS UK
66. TFS UK Cleared
67. TFS-ICAP

68.    Tobacco Settlement Financing Corporation
69.    Tradition (North America) Inc.
70.    Tradition Asiel Securities Inc.
71.    Tradition Services S.A. DE C.V. Mex
72.    Tullett Prebon Holdings Corporation
73.    University of Pittsburgh
74.    Verde CDO Ltd.
75.    Verde CDO, LLC
76.    Wellmont Health System
77.    West Corporation

## **SCHEDULE 2**

# SCHEDULE 2

## LEHMAN BROTHERS HOLDINGS, INC., *ET AL.*

### SCHEDULE OF INTERESTED PARTIES[1] THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED MCKEE NELSON LLP IN MATTERS UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES[2]

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT OR FORMER CLIENTS** | | |
| ABN AMRO Rothschild | Underwriting Investment Banker for Debtor's Securities | ABN AMRO<br>RBS Greenwich<br>Royal Bank of Scotland |
| Accenture LLP | Potential Party in Interest | Accenture |
| AIG Annuity Insurance Company | Potential Party in Interest | AIG Financial Products Corporation<br>American International Group, Inc. |
| AIG CDS, Inc. | Potential Party in Interest | AIG Financial Products Corporation<br>American International Group, Inc. |
| AIG Financial Products Corp. | Potential Party in Interest | AIG Financial Products Corporation<br>American International Group, Inc. |
| AIG Global Investment Corporation | Potential Party in Interest | AIG Financial Products Corporation<br>American International Group, Inc. |
| AIG Technologies, Inc. | Significant Lease;<br>Potential Party in Interest | AIG Financial Products Corporation<br>American International Group, Inc. |
| Ashurst Morris Crisp | Largest Unsecured Creditors Other than Bondholders; Largest Holders of Trade Debt | Ashurst<br>Ashurst LLP |

---

[1]    The Interested Parties are listed on Schedule 1, which was provided to McKee by counsel for the Debtors.

[2]    The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to McKee through its conflict reporting system.  McKee has not performed independent research to confirm any affiliate relationships that may be implied by this disclosure or to identify all stockholder interests or other affiliate relationships with respect to interested parties.  Moreover, McKee has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| AT&T | Potential Party in Interest; Utility | AT&T<br>AT&T Inc.<br>AT&T Incorporated<br>AT&T Services Inc.<br>AT&T Wireless Services, Inc. |
| AT&T Incorporated | Potential Party in Interest | AT&T<br>AT&T Inc.<br>AT&T Incorporated<br>AT&T Services Inc.<br>AT&T Wireless Services, Inc. |
| AT&T Services Inc. | Potential Party in Interest | AT&T<br>AT&T Inc.<br>AT&T Incorporated<br>AT&T Services Inc.<br>AT&T Wireless Services, Inc. |
| Australia and New Zealand Banking Group Limited | Potential Party in Interest; Largest Unsecured Creditors other than Bondholders | Australia and New Zealand Banking Group, LTD |
| Australia And New Zealand Banking Group, LTD | Largest Holders of Trade Debt; Largest Unsecured Creditors other than Bondholders | Australia And New Zealand Banking Group, LTD |
| AXA and related Party | Significant stockholder | AXA Investment Managers Paris S.A. |
| Bank of America Mellon | Potential Party in Interest | Banc of America<br>Banc of America Securities LLC<br>Bank of America<br>Bank of America, N.A.<br>Bank of America Securities LLC<br>Bank of America Tower |
| Bank Of America, N.A. | Potential Party in Interest; Litigation Claimant; Largest Holders of Trade Debt; | Banc of America<br>Banc of America Securities LLC<br>Bank of America<br>Bank of America, N.A.<br>Bank of America Securities LLC<br>Bank of America Tower |
| Bank of America Plaza STE 3500 | Largest Unsecured Creditors other than Bondholders | Banc of America<br>Banc of America Securities LLC<br>Bank of America<br>Bank of America, N.A.<br>Bank of America Securities LLC<br>Bank of America Tower |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Bank of New York | Largest Unsecured Creditors other than Bondholders | Bank of New York<br>The Bank of New York<br>Bank of New York Mellon<br>Bank of New York Mellon Trust Company<br>Bank of New York Trust Company |
| Bank of New York Mellon | Potential Party in Interest | Bank of New York<br>The Bank of New York<br>Bank of New York Mellon<br>Bank of New York Mellon Trust Company<br>Bank of New York Trust Company |
| Bank One Plaza | Largest Holders of Trade Debt | Bank One, N.A. |
| Barclays Capital, Inc. | Potential Party in Interest | Barclays<br>Barclays Capital<br>Barclays Capital Inc. |
| Barclays Global Fund Advisors | 50 Largest Bondholders; Potential Party in Interest | Barclays<br>Barclays Capital<br>Barclays Capital Inc. |
| Bayview Financial, L.P. | Selected Derivative Counterparty | Bayview Financial Advisory Services LLC<br>Bayview Financial, L.P. |
| Bayview Opportunity Master Fund, L.P. | Selected Derivative Counterparty | Bayview Financial Advisory Services LLC<br>Bayview Financial, L.P. |
| Blackrock Advisors | 50 Largest Bondholders; Potential Party in Interest | Blackrock Inc. |
| Blackrock Financial Management | Potential Party in Interest | Blackrock Inc. |
| BNP Paribas | Largest Unsecured Creditors other than Bondholders | BNP Paribas Securities |
| BP America Inc. | Potential Party in Interest | BP America Inc. |
| BP Canada | Potential Party in Interest | BP America Inc. |
| BP Energy | Potential Party in Interest | BP America Inc. |
| BP Energy Company & BP Corporation North America Inc. | Litigation Claimant | BP America Inc. |
| BP North America | Potential Party in Interest | BP America Inc. |
| Calyon | Potential Party in Interest | Calyon Corporate and Investment Bank |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
| --- | --- | --- |
| Calyon Corporate and Investment Bank | Potential Party in Interest | Calyon Corporate and Investment Bank |
| Calyon Securities | Potential Party in Interest | Calyon Corporate and Investment Bank |
| Canadian Imperial Bank | Potential Party in Interest | Canadian Imperial Bank of Commerce |
| Chevron Natural Gas | Potential Party in Interest | Chevron Phillips Chemical Company LLC |
| Chevron U.S.A. Inc. | Selected Derivative Counterparty | Chevron Phillips Chemical Company LLC |
| Cisco | Potential Party in Interest | Cisco Systems Inc. |
| Cisco Systems Capital Corporation | Potential Party in Interest | Cisco Systems Inc. |
| Cisco Systems Inc. | Potential Party in Interest | Cisco Systems Inc. |
| Citibank N.A. Hong Kong Branch | Largest Unsecured Creditors other than Bondholders | Citibank<br>Citibank, N.A.<br>Citibank N.A. London Branch<br>Citigroup<br>Citigroup, Inc.<br>Citigroup Energy Inc.<br>Citigroup Global Markets Inc. |
| Citibank, N.A. | Potential Party in Interest | Citibank<br>Citibank, N.A.<br>Citibank N.A. London Branch<br>Citigroup<br>Citigroup, Inc.<br>Citigroup Energy Inc.<br>Citigroup Global Markets Inc. |
| Citigroup, Inc. | Potential Party in Interest | Citibank<br>Citibank, N.A.<br>Citibank N.A. London Branch<br>Citigroup<br>Citigroup, Inc.<br>Citigroup Energy Inc.<br>Citigroup Global Markets Inc. |
| Constellation PL | Potential Party in Interest | Constellation Financial Management Company<br>SG Constellation LLC |
| Constellation Place, LLC | Potential Party in Interest; Significant Lease | Constellation Financial Management Company<br>SG Constellation LLC |
| Counsel to Australia and New Zealand Banking | Potential Party in Interest | Australia and New Zealand Banking Group, LTD |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Credit Suisse | Potential Party in Interest | Credit Suisse<br>Credit Suisse (USA), Inc<br>Credit Suisse First Boston Mortgage Securities Corp.<br>Credit Suisse, New York Branch<br>Credit Suisse Securities (USA) LLC<br>DLJ Mortgage Capital, Inc.<br>Select Portfolio Servicing, Inc.<br>SPS Holding Corp |
| Cushman & Wakefield Inc. | Largest Holders of Trade Debt | Cushman & Wakefield |
| Cyrus Capital Partners, L.P. | Member of Ad Hoc or Unofficial Creditors' Committees: Informal LBHI Bondholder Group | Cyrus Capital Partners |
| Deutsche Bank AG | Litigation Claimant | Deutsche Bank<br>Deutsche Bank AG<br>Deutsche Bank AG – London Branch<br>Deutsche Bank Securities Inc.<br>Deutsche Bank Trust Company Americas |
| Deutsche Bank AG, New York Branch | Significant Landlord | Deutsche Bank<br>Deutsche Bank AG<br>Deutsche Bank AG – London Branch<br>Deutsche Bank Securities Inc.<br>Deutsche Bank Trust Company Americas |
| Deutsche Bank National Trust Company | Selected Derivative Counterparty | Deutsche Bank<br>Deutsche Bank AG<br>Deutsche Bank AG – London Branch<br>Deutsche Bank Securities Inc.<br>Deutsche Bank Trust Company Americas |
| Deutsche Bank Securities, Inc. | Significant Landlord | Deutsche Bank<br>Deutsche Bank AG<br>Deutsche Bank AG – London Branch<br>Deutsche Bank Securities Inc.<br>Deutsche Bank Trust Company Americas |
| Deutsche Bank Trust Company Americas | Selected Derivative Counterparty | Deutsche Bank<br>Deutsche Bank AG<br>Deutsche Bank AG – London Branch<br>Deutsche Bank Securities Inc.<br>Deutsche Bank Trust Company Americas |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Deutsche Borsche AG | Largest Holders of Trade Debt; Largest Unsecured Creditors Other than Bondholders | Deutsche Bank<br>Deutsche Bank AG<br>Deutsche Bank AG – London Branch<br>Deutsche Bank Securities Inc.<br>Deutsche Bank Trust Company Americas |
| Deutsche Immobilien Fonds Aktiengesellschaft | Significant Landlord | Deutsche Bank<br>Deutsche Bank AG<br>Deutsche Bank AG – London Branch<br>Deutsche Bank Securities Inc.<br>Deutsche Bank Trust Company Americas |
| Dewey Ballantine LLP/Dewey LeBouf LLP | Significant Lease | Dewey Ballantine LLP |
| Dexia Bank Internationale a Luxembourg SA | Selected Derivative Counterparty | Dexia Credit Local de France |
| Dexia Banque Belgique SA | Selected Derivative Counterparty | Dexia Credit Local de France |
| Dexia Credit Local, Dexia Kommunalbank Deutschland AG | Selected Derivative Counterparty | Dexia Credit Local de France |
| Dresdner Bank A.G. | Potential Party in Interest | Dresdner Bank AG London<br>Dresdner Kleinwort Wasserstein Securities LLC |
| Dresdner Kleinwort Group Holdings LLC | Potential Party in Interest | Dresdner Bank AG London<br>Dresdner Kleinwort Wasserstein Securities LLC |
| Dominion | Utility | Dominion Resources, Inc. |
| Dun & Bradstreet | Potential Party in Interest | Dun & Bradstreet |
| Emigrant Bank | Selected Derivative Counterparty | Emigrant Savings Bank |
| Ernst & Young LLP | Largest Unsecured Creditors Other than Bondholders; Largest Holders of Trade Debt; Professionals Retained by the Company | Ernst & Young (CIS) Ltd.<br>Ernst & Young (London)<br>Ernst & Young Corporate Finance<br>Ernst & Young LLC<br>Ernst & Young LLP |
| Ernst & Young Private Limited | Largest Unsecured Creditors Other than Bondholders; Largest Holders of Trade Debt | Ernst & Young (CIS) Ltd.<br>Ernst & Young (London)<br>Ernst & Young Corporate Finance<br>Ernst & Young LLC<br>Ernst & Young LLP |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Fannie Mae | Potential Party in Interest | Fannie Mae<br>Employees of Fannie Mae |
| Federal Express Corporation | Potential Party in Interest | Federal Express Corporation |
| Fir Tree Capital Opportunity Master Fund, L.P. | Potential Party in Interest | Fir Tree Partners |
| Fir Tree Value Master Fund, L.P. | Potential Party in Interest | Fir Tree Partners |
| Franklin Advisors Inc. | 50 Largest Bondholders | Franklin Credit Management Corporation<br>Franklin Capital Corp. |
| Franklin Credit Management | Significant Lease | Franklin Credit Management Corporation<br>Franklin Capital Corporation |
| Friedman, Billings, Ramsey & Group, Inc. | Potential Party in Interest; Litigation Claimant | Friedman, Billings, Ramsey & Group, Inc. |
| GE Capital Information Technology | Potential Party in Interest | GE Capital<br>GE American Communications<br>GE Asset Management<br>GE Capital Corporate<br>GE Comm Equip Finance<br>GE Commercial Finance Capital Markets Group<br>GE Energy Financial Services<br>General Electric Capital Corporation<br>General Electric Company |
| GE Capital Information Technology Solutions, Inc. DB/A Ikon Financial Services | Potential Party in Interest | GE Capital<br>GE American Communications<br>GE Asset Management<br>GE Capital Corporate<br>GE Comm Equip Finance<br>GE Commercial Finance Capital Markets Group<br>GE Energy Financial Services<br>General Electric Capital Corporation<br>General Electric Company |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| GE Corporate Financial Services, Inc. | Potential Party in Interest | GE Capital<br>GE American Communications<br>GE Asset Management<br>GE Capital Corporate<br>GE Comm Equip Finance<br>GE Commercial Finance Capital Markets Group<br>GE Energy Financial Services<br>General Electric Capital Corporation<br>General Electric Company |
| General Electric Capital Corp | Potential Party in Interest | GE Capital<br>GE American Communications<br>GE Asset Management<br>GE Capital Corporate<br>GE Comm Equip Finance<br>GE Commercial Finance Capital Markets Group<br>GE Energy Financial Services<br>General Electric Capital Corporation<br>General Electric Company |
| Georgetown University | Potential Party in Interest | Georgetown University |
| Gibson, Dunn & Crutcher LLP | Professionals Retained by the Company | Gibson, Dunn & Crutcher LLP |
| GMAC LLC | Potential Party in Interest | GMAC<br>GMAC Commercial Mortgage Corp.<br>GMAC ResCap |
| GMAC Residential Capital | Potential Party in Interest | GMAC<br>GMAC Commercial Mortgage Corp.<br>GMAC ResCap |
| GMAC-IM | Potential Party in Interest | GMAC<br>GMAC Commercial Mortgage Corp.<br>GMAC ResCap |
| Goldman Sachs & Co. | Potential Party in Interest | Goldman Sachs<br>Goldman, Sachs & Co.<br>Goldman Sachs Group, Inc.<br>Goldman Sachs International |
| Goldman Sachs Credit Partners | Potential Party in Interest | Goldman Sachs<br>Goldman, Sachs & Co.<br>Goldman Sachs Group, Inc.<br>Goldman Sachs International |
| Green Tree Servicing Inc. | Potential Party in Interest | Green Tree |
| Green Tree Servicing LLC | Potential Party in Interest | Green Tree |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Hewlett Packard AP (Hong Kong) Limited | Largest Holders of Trade Debt; Largest Unsecured Creditors Other than Bondholders | Hewlett-Packard International Bank Plc |
| HSBC Bank | Largest Unsecured Creditors Other than Bondholders; Largest Holders of Trade Debt | HSBC – North America<br>HSBC Bank<br>HSBC Bank USA<br>HSBC Securities<br>HSBC Securities USA, Inc. |
| HSBC Realty Credit | Potential Party in Interest | HSBC – North America<br>HSBC Bank<br>HSBC Bank USA<br>HSBC Securities<br>HSBC Securities USA, Inc. |
| ING bank, FSB | Potential Party in Interest | ING Clarion |
| ING Investment LLC | 50 Largest Bond Holders | ING Clarion |
| ING Real Estate Finance | Potential Party in Interest | ING Clarion |
| The Irvine Company LLC | Significant Lease | The Irvine Company |
| J P Morgan Chase Bank, N.A. | Potential Party in Interest | JP Morgan<br>J P Morgan Chase Bank<br>JP Morgan Securities Inc.<br>JP Morgan Corsair II Capital Partners, L.P.<br>JP Morgan Ventures Energy Corporation |
| JP Morgan Chase | Secured Creditor | JP Morgan<br>J P Morgan Chase Bank<br>JP Morgan Securities Inc.<br>JP Morgan Corsair II Capital Partners, L.P.<br>JP Morgan Ventures Energy Corporation |
| KPMG, LLP | Largest Holders of Trade Debt | KPMG, LLP<br>KPMG Austria<br>KPMG Germany |
| Linden Advisors LP | Potential Party in Interest | Linden Advisors LP |
| Merrill Lynch | Underwriting Investment Banker for Debtor's Securities | Merrill Lynch<br>Merrill Lynch & Co., Inc.<br>Merrill Lynch International |
| Mizuho Corporate Bank Ltd. | Largest Unsecured Creditor other than Bondholders; Potential Party in Interest; Committee Member | Mizuho Corporate Bank, Ltd.<br>Mizuho Investment Management (UK) Ltd. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Morgan Stanley & Co. Incorporated | Potential Party in Interest | Morgan Stanley<br>Morgan Stanley & Co. Incorporated |
| NATIXIS Asset Management Advisors | 50 Largest Bondholders | Natixis Capital Markets<br>Natixis Financial Products Inc. |
| Natixis Environment & Infrastructures | Selected Derivative Counterparty | Natixis Capital Markets<br>Natixis Financial Products Inc. |
| Neuberger & Berman Agency, Inc. | Related Entity | Neuberger Berman, LLC |
| Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund | Potential Party in Interest | Neuberger Berman, LLC |
| Neuberger Berman Asset Management, LLC | Related Entity | Neuberger Berman, LLC |
| Neuberger Berman Inc. | Related Entity | Neuberger Berman, LLC |
| Neuberger Berman Income Opportunity Fund Inc. | Potential Party in Interest | Neuberger Berman, LLC |
| Neuberger Berman Investment Services, LLC | Related Entity | Neuberger Berman, LLC |
| Neuberger Berman Pty Ltd. | Related Entity | Neuberger Berman, LLC |
| Neuberger Berman, LLC | Related Entity | Neuberger Berman, LLC |
| New South Federal Savings Bank | Potential Party in Interest | New South Federal Savings Bank |
| Nomura Holding America Inc. | Potential Party in Interest | Nomura Corporate Research and Asset Management Inc.<br>Nomura International Plc |
| Nomura Holdings Inc. | Potential Party in Interest | Nomura Corporate Research and Asset Management Inc.<br>Nomura International Plc |
| Occidental Energy Marketing | Potential Party in Interest | Occidental Petroleum Corporation |
| Occidental Power Services | Selected Derivative Counterparty | Occidental Petroleum Corporation |
| One William Street Capital Management, L.P. | Significant Lease | One William Street Capital Partners, L.P. |
| Piper Jaffray and Co. | Potential Party in Interest | U.S. Bancorp Piper Jaffray Inc. |
| PricewaterhouseCoopers LLP | Professionals Retained by the Company; Significant Lease | PricewaterhouseCoopers LLP |
| Prudential Financial Inc. | 50 Largest Bondholders | Prudential Investment Management, Inc. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Prudential Insurance Company of America | 50 Largest Bondholders | Prudential Investment Management, Inc. |
| Regions Bank | Potential Party in Interest | Regions Bank |
| Reuters Ltd. | Largest Holders of Trade Debt | Reuters Limited |
| Royal Bank of America | Potential Party in Interest | Banc of America<br>Bank of America<br>Bank of America, N.A.<br>Bank of America Securities LLC<br>Bank of America Tower |
| Royal Bank of Scotland, PLC | Potential Party in Interest; Committee Member | ABN AMRO<br>RBS Greenwich<br>Royal Bank of Scotland |
| Societe Generale | Potential Party in Interest | Societe Generale |
| Sola Ltd. Royal Bank of America | Litigation Claimant | Banc of America<br>Bank of America<br>Bank of America, N.A.<br>Bank of America Securities LLC<br>Bank of America Tower |
| Standard & Poor's | Largest Holders of Trade Debt; Largest Unsecured Creditors Other than Bondholders | Standard & Poor's |
| State Street | Secured Creditor | State Street Bank & Trust Co.<br>State Street Capital Markets<br>State Street Corporation<br>State Street Research & Management Company |
| State Street Bank | Potential Party in Interest | State Street Bank & Trust Co.<br>State Street Capital Markets<br>State Street Corporation<br>State Street Research & Management Company |
| State Street Bank and Trust Company | Litigation Claimant | State Street Bank & Trust Co.<br>State Street Capital Markets<br>State Street Corporation<br>State Street Research & Management Company |
| Sumitomo Mitsui Banking Corporation | Largest Unsecured Creditors other than Bondholders; Potential Party in Interest | Sumitomo Mitsui Banking Corporation<br>Sumitomo Bank Capital Market, Inc. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Sun Trust Banks, Inc. | Potential Party in Interest | Sun Trust Banks, Inc. |
| Svenska Handelsbanken AB | Potential Party in Interest | Svenska Handelsbanken AB |
| Toronto-Dominion Bank | Potential Party in Interest | Dominion Bond Ratings Service Limited Toronto Dominion Bank |
| Travelers National Accounts | Potential Party in Interest | Travelers |
| UBS Financial Services | Potential Party in Interest | Employees of UBS Warburg Energy LLC UBS AG UBS Financial Services UBS Financial Services, Inc. UBS Investment Bank |
| UBS Financial Services of Puerto Rico | Potential Party in Interest | Employees of UBS Warburg Energy LLC UBS AG UBS Financial Services UBS Financial Services, Inc. UBS Investment Bank |
| UBS International Inc. | Potential Party in Interest | Employees of UBS Warburg Energy LLC UBS AG UBS Financial Services UBS Financial Services, Inc. UBS Investment Bank |
| UBS Investment Bank | Underwriting Investment Bankers for Debtor's Securities | Employees of UBS Warburg Energy LLC UBS AG UBS Financial Services UBS Financial Services, Inc. UBS Investment Bank |
| UBS Investment KAG | 50 Largest Bondholders | Employees of UBS Warburg Energy LLC UBS AG UBS Financial Services UBS Financial Services, Inc. UBS Investment Bank |
| UBS Securities LLC | Potential Party in Interest | Employees of UBS Warburg Energy LLC UBS AG UBS Financial Services UBS Financial Services, Inc. UBS Investment Bank |
| Union Bank | Potential Party in Interest | Union Bank |
| US Bank National Association | Potential Party in Interest | U.S. Bank, National Association |
| Verizon Communications | Potential Party in Interest | Verizon Communications Verizon Communications Inc. |

12

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Wachovia Bank | Potential Party in Interest | Wachovia Bank, National Association<br>Wachovia Securities<br>Wachovia Securities Ltd.<br>Wachovia Bank, N.A.<br>Wachovia Capital Markets, LLC |
| Wachovia Securities Ltd. | Potential Party in Interest | Wachovia Bank, National Association<br>Wachovia Securities<br>Wachovia Securities Ltd.<br>Wachovia Bank, N.A.<br>Wachovia Capital Markets, LLC |
| Walt Disney Company | Potential Party in Interest | The Walt Disney Company |
| Washington Mutual Bank | Potential Party in Interest | Washington Mutual Bank<br>Washington Mutual, Inc.<br>Washington Mutual Mortgage Securities Corp. Inc.<br>Washington Mutual Capital Corporation |
| Washington Mutual, Inc. | Potential Party in Interest | Washington Mutual Bank<br>Washington Mutual, Inc.<br>Washington Mutual Mortgage Securities Corp. Inc.<br>WaMu Capital Corporation |
| Wells Fargo & Co. | Potential Party in Interest | Wells Fargo & Company<br>Wells Fargo Bank, N.A.<br>Wells Fargo Asset Securities Corp.<br>Wells Fargo Financial |
| Wells Fargo Bank, N.A. | Potential Party in Interest | Wells Fargo & Company<br>Wells Fargo Bank, N.A.<br>Wells Fargo Asset Securities Corp.<br>Wells Fargo Financial |
| Willkie Farr & Gallagher | Significant Lease; Professionals Retained by the Company | Willkie Farr & Gallagher |
| Wilmington Trust Company | Potential Party in Interest; Committee Member | Wilmington Trust Company<br>Wilmington Trust Company – CDO S |
| Wilmington Trust FSB | Potential Party in Interest | Wilmington Trust Company<br>Wilmington Trust Company – CDO S |