WINSTON & STRAWN LLP
David Neier (DN-5391)
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (facsimile)
dneier@winston.com

Attorneys for Piper Jaffray & Co.

Hearing: March 25, 2009, 10:00 a.m. ET

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWEL WITHOUT PREJUDICE OF MOTION OF PIPER JAFFRAY & CO. FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO FED. R. BANKR. P. 2004 OF DEBTOR LEHMAN COMMERCIAL PAPER INC.

PLEASE TAKE NOTICE THAT, Piper Jaffray & Co. ("Piper"), by and through its undersigned counsel, hereby withdraws without prejudice its motion pursuant to section 105(a) of title 11 of the United States Code, § 101 et seq. (as amended, the "Bankruptcy Code") and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an

order authorizing and directing discovery in the form of document requests which was filed with the court on December 18, 2008 and bears docket number 2311.

Dated: New York, New York
      March 20, 2009

                                    **WINSTON & STRAWN LLP**

                                    By:  /s/David Neier
                                        David Neier (DN-5391)
                                    200 Park Avenue
                                    New York, New York 10166
                                    Telephone No.:  (212) 294-6700
                                    Facsimile No.:   (212) 294-4700
                                    denier@winston.com

                                    Attorneys for Piper Jaffray & Co.