# EXHIBIT B

**From:**   Markowitz, Jessica A [jessica.markowitz@lehman.com]
**Sent:**   Wednesday, December 24, 2008 10:08 AM
**To:**   Jennifer Donovan; Vanessa Falcon
**Cc:**   Genevieve.Murray@fnis.com
**Subject:** RE: Tronox TL with Lehman, TD 8-21, 8-22 & 8-28-08 (Clearpar 571224, 571223 & 572333)

Great. Thanks. I have just been told that the Tronox revolver is going on hold after today until quarter end, so we will have to close that after the new year.


Jessica Markowitz
**Lehman Brothers**
1271 6th Avenue
New York, NY 10020
Ph:  (646) 333-9935
Email: jessica.markowitz@lehman.com


**From:** Jennifer Donovan [mailto:jdonovan@dkpartners.com]
**Sent:** Wednesday, December 24, 2008 10:06 AM
**To:** Markowitz, Jessica A; Vanessa Falcon
**Cc:** Genevieve.Murray@fnis.com
**Subject:** RE: Tronox TL with Lehman, TD 8-21, 8-22 & 8-28-08 (Clearpar 571224, 571223 & 572333)

Please see attached DK's signature on the netting agmt.  We are sending the wire now. Thanks!


**From:** Markowitz, Jessica A [mailto:jessica.markowitz@lehman.com]
**Sent:** Tuesday, December 23, 2008 2:41 PM
**To:** Jennifer Donovan; Vanessa Falcon
**Cc:** Genevieve.Murray@fnis.com
**Subject:** RE: Tronox TL with Lehman, TD 8-21, 8-22 & 8-28-08 (Clearpar 571224, 571223 & 572333)

Attached is pricing for the revolver.  If you agree, Genevieve can you please add $64,438.32 in delayed comp to ticket 571992?  Thanks.


Jessica Markowitz
**Lehman Brothers**
1271 6th Avenue
New York, NY 10020
Ph:  (646) 333-9935
Email: jessica.markowitz@lehman.com


3/19/2009

**From:** Jennifer Donovan [mailto:jdonovan@dkpartners.com]
**Sent:** Tuesday, December 23, 2008 12:27 PM
**To:** Markowitz, Jessica A; Vanessa Falcon
**Cc:** Genevieve.Murray@fnis.com
**Subject:** RE: Tronox TL with Lehman, TD 8-21, 8-22 & 8-28-08 (Clearpar 571224, 571223 & 572333)

I think so. If we get pricing ASAP. Are you guys still the Agent?

**From:** Markowitz, Jessica A [mailto:jessica.markowitz@lehman.com]
**Sent:** Tuesday, December 23, 2008 12:24 PM
**To:** Vanessa Falcon
**Cc:** Jennifer Donovan; Genevieve.Murray@fnis.com
**Subject:** RE: Tronox TL with Lehman, TD 8-21, 8-22 & 8-28-08 (Clearpar 571224, 571223 & 572333)

Now that there has been an agreement to DK Acquisition's objection, can we settle these open tronox trades tomorrow?

Jessica Markowitz
**Lehman Brothers**
1271 6th Avenue
New York, NY 10020
Ph: (646) 333-9935
Email: jessica.markowitz@lehman.com

**From:** Markowitz, Jessica A
**Sent:** Monday, December 15, 2008 10:38 AM
**To:** 'Vanessa Falcon'
**Cc:** Jennifer Donovan; Genevieve.Murray@fnis.com
**Subject:** RE: Tronox TL with Lehman, TD 8-21, 8-22 & 8-28-08 (Clearpar 571224, 571223 & 572333)

Can you please send a copy of the executed waiver so we can attach it to the ticket? Thanks.

Jessica Markowitz
**Lehman Brothers**
1271 6th Avenue
New York, NY 10019
Ph: (646) 333-9935
Email: jessica.markowitz@lehman.com

**From:** Vanessa Falcon [mailto:vfalcon@dkpartners.com]
**Sent:** Monday, December 15, 2008 10:25 AM

3/19/2009

**To:** Markowitz, Jessica A
**Cc:** Jennifer Donovan; Vanessa Falcon; Genevieve.Murray@fnis.com
**Subject:** Tronox TL with Lehman, TD 8-21, 8-22 & 8-28-08 (Clearpar 571224, 571223 & 572333)
**Importance:** High

Hi Jessica,

I understand that we have come into an agreement with Lehman to adjust the purchase price for our 8/21 trade (571224) to 90.5%. Can we please have the ticket updated to reflect this? Once completed, we are ready to settle the above three trades this week.

Thanks!

Best,
Vanessa

**Vanessa Y. Falcon**
Davidson Kempner Capital Management LLC
65 East 55th Street, New York, NY 10022
Tel: 646.282.5932
vfalcon@dkpartners.com

NOTICE

This message contains confidential information and is intended only for the named individual(s) above. If you are not a named individual, you are prohibited from copying, disclosing, distributing, or using this information. The sender does not waive any of its rights, privileges or other protections with respect to this information. Please notify the sender immediately if you received this message in error, delete the e-mail as well as any attachments, and destroy all hard copies.

Information contained in this message should not be construed as a recommendation, offer or solicitation to buy or sell any security or related financial product. This message is for informational purposes only and is not an official confirmation of any transaction. Nothing in this e-mail constitutes investment advice.

All e-mail to and from Davidson Kempner Capital Management LLC is subject to review by supervisory personnel. Such communications are retained and may be produced to regulatory authorities or others with legal rights to the information.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE

3/19/2009

This message contains confidential information and is intended only for the named individual(s) above. If you are not a named individual, you are prohibited from copying, disclosing, distributing, or using this information. The sender does not waive any of its rights, privileges or other protections with respect to this information. Please notify the sender immediately if you received this message in error, delete the e-mail as well as any attachments, and destroy all hard copies.

Information contained in this message should not be construed as a recommendation, offer or solicitation to buy or sell any security or related financial product. This message is for informational purposes only and is not an official confirmation of any transaction. Nothing in this e-mail constitutes investment advice.

All e-mail to and from Davidson Kempner Capital Management LLC is subject to review by supervisory personnel. Such communications are retained and may be produced to regulatory authorities or others with legal rights to the information.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
NOTICE

This message contains confidential information and is intended only for the named individual(s) above. If you are not a named individual, you are prohibited from copying, disclosing, distributing, or using this information. The sender does not waive any of its rights, privileges or other protections with respect to this information. Please notify the sender immediately if you received this message in error, delete the e-mail as well as any attachments, and destroy all hard copies.

Information contained in this message should not be construed as a recommendation, offer or solicitation to buy or sell any security or related financial product. This message is for informational purposes only and is not an official confirmation of any transaction. Nothing in this e-mail constitutes investment advice.

All e-mail to and from Davidson Kempner Capital Management LLC is subject to review by supervisory personnel. Such communications are retained and may be produced to regulatory authorities or others with legal rights to the information.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is

complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.