Neil S. Binder, Esq.
Michael Friedman, Esq.
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Nbinder@rkollp.com
Mfriedman@rkollp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :   Chapter 11 Case No. 08-13555 (JMP)
                                                             :
                                                             :   (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :
                                                             :   **CERTIFICATE OF SERVICE**
                    Debtors.                                 :
                                                             :
                                                             :
------------------------------------------------------------x

I, Jill Mansfield, hereby certify that on March 20, 2009, I caused to be served a copy, of the foregoing *Objection To Debtors' Motion For Enforcement Of The December 23, 2008 Order Approving The Assumption Of Open Trade Confirmations Pursuant To The Settlement Agreement* via (a) electronically to all counsel of record receiving notice through the Court's CM/ECF system and (b) hand delivery to the following:

| | |
|---|---|
| Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq. |

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq.,
Lori R. Fife, Esq., Shai Y. Waisman, Esq.,
and Jacqueline Marcus, Esq

_____
Jill Mansfield