FRIEDMAN KAPLAN SEILER
  &amp; ADELMAN LLP
1633 Broadway
46th Floor
New York, NY  10019-6708
(212) 833-1100 (telephone)
(212) 833-1250 (facsimile)

APPEARING SPECIALLY FOR
MALAYSIAN AIRLINE SYSTEM BERHAD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. et al., | ) | |
| | ) | |
| Debtor. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| | ) | |
| | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF REQUEST FOR NOTICES,
DEMAND FOR SERVICE OF PAPERS AND SPECIAL APPEARANCE**

     **PLEASE TAKE NOTICE** that Friedman Kaplan Seiler & Adelman LLP hereby withdraws its special appearance in this case on behalf of MASB.

     **PLEASE TAKE FURTHER NOTICE** that Friedman Kaplan Seiler & Adelman LLP, specially appearing for Malaysian Airline System Berhad ("MASB"), hereby withdraws its request for copies of all notices in the above-captioned case.

     **PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that its name be withdrawn from the mailing list maintained by the Clerk in the above-captioned jointly administered cases, and that no further notices given, or required to be given, and or papers served, or required to be served, in the above-captioned cases be given to, and served upon, the undersigned attorney.

720421.1

1

Dated: March 20, 2009
New York, New York

           FRIEDMAN KAPLAN SEILER &
              ADELMAN LLP

 s/ Anne E. Beaumont
Anne E. Beaumont
1633 Broadway
46th Floor
New York, NY 10019-6708
(212) 833-1100 (phone)
(212) 833-1250 (facsimile)
lehman@fklaw.com (e-mail)

*Appearing Specially for*
*Malaysian Airline System Berhad*