**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. et al., | ) | |
| | ) | |
| Debtor. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| | ) | |
| | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Anne E. Beaumont, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Withdrawal of Request for Notices, Demand for Service of Papers and Special Appearance to be made upon the parties set forth on the attached service list by first class mail, postage prepaid.

I declare under penalty of perjury that the foregoing is true and correct

Dated:  March 20, 2009
        New York, New York

                                          FRIEDMAN KAPLAN SEILER &
                                              ADELMAN LLP

                                          s/ Anne E. Beaumont
                                          Anne E. Beaumont
                                          1633 Broadway
                                          46th Floor
                                          New York, NY 10019-6708
                                          (212) 833-1100 (phone)
                                          (212)  833-1250 (facsimile)
                                          lehman@fklaw.com (e-mail)

                                          *Appearing Specially for*
                                          *Malaysian Airline System Berhad*

722019.1                                1

# SERVICE LIST

Counsel for the Debtors:
Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Shai Weisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Counsel for the Official Committee of Unsecured Creditors:
James Tecce, Esq.
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

United States Trustee:
Andrew D. Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed LLP
1 Battery Park Plaza
New York, NY 10004