Ronald S. Beacher, Esq. (RB8837)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036-7311
Tel:  (212) 297-5800
Fax:  (212) 916-2940

**Attorneys for Silver Point Capital, LP**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | Case No. :  08-13555 (JMP) |
| Debtors. | **(Jointly Administered)** |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Silver Point Capital, LP hereby requests that notice of any and all proceedings in the above-captioned matter be given to its attorneys, Day Pitney LLP.

Such notice shall be addressed as follows:

Ronald S. Beacher, Esq.
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036-7311
Tel:  (212) 297-5800
Fax:  (212) 916-2940
E-Mail: rbeacher@daypitney.com

Dated: March 20, 2009          **DAY PITNEY LLP**
New York, New York

By:   /s/ Ronald S. Beacher
Ronald S. Beacher, Esq. (RB8837)
7 Times Square
New York, New York 10036-7311
Tel:  (212) 297-5800
Fax:  (212) 916-2940
E-Mail: rbeacher@daypitney.com

Attorneys for Silver Point Capital, LP