**ZUCKERMAN SPAEDER LLP**
Laura E. Neish (LN-0040)
1540 Broadway, Suite 1604
New York, NY 10036
(212) 704-9600
      -and-
Thomas G. Macauley
Virginia Whitehill Guldi
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware 19899
(302) 427-0400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC. et al., | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**LIMITED RESPONSE OF THE STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENT TO THE DEBTORS' MOTION, PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE, FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW ADVANCEMENT UNDER DIRECTORS AND OFFICERS AND FIDUCIARY LIABILITY INSURANCE POLICIES**

      The State of New Jersey, Department of Treasury, Division of Investment ("NJ DOI"), by its undersigned counsel, hereby responds to the Debtors' Motion Pursuant to Section 362 of the Bankruptcy Code, for an Order Modifying the Automatic Stay to Allow Advancement Under Directors and Officers and Fiduciary Liability Insurance Policies (the "Motion"). NJ DOI does not presently object to the relief sought in the Motion or to the proposed order, in its present form. NJ DOI is concerned that changes may be made to the form of order to address other objections which may be interposed. Accordingly, NJ DOI reserves its right to object to the

2155861.1

Motion or any proposed modifications to the form of order submitted in connection with the

Motion and seek such other or further relief as is just and proper under the circumstances.

Dated: New York, New York
       March 20, 2009

                      ZUCKERMAN SPAEDER LLP

                      s/ Laura E. Neish
                      Laura E. Neish (LN-0040)
                      1540 Broadway, Suite 1604
                      New York, NY 10036
                      (212) 704-9600
                            - and -
                      Thomas G. Macauley (ID No. 3411)
                      Virginia Whitehill Guldi (ID No. 2792)
                      919 Market Street, Suite 990
                      P.O. Box 1028
                      Wilmington, DE 19899
                      (302) 427-0400

                      *Attorneys for State of New Jersey, Department of Treasury, Division of Investment*

Of Counsel:

Merrill G. Davidoff, Esquire
Lawrence J. Lederer, Esquire
Robin Switzenbaum, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4625
Facsimile: (215) 875-4604

 - and -

Peter S. Pearlman, Esquire
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423

2

2155861.1