CERTIFICATE OF SERVICE

      I, Laura E. Neish, hereby certify that on this 20th day of March, 2009, I caused a copy of the foregoing to be served by hand upon the following:

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Richard P. Krasnow, Esquire
Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera, Esquire
Paul Schwartzberg, Esquire
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan Fleck, Esquire
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

                                              s/ Laura E. Neish
                                              Laura E. Neish (LN-0040)