UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
                                                   :
                                                   :
----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF MELISSA K. STUBENBERG ON BEHALF OF RICHARDS, LAYTON & FINGER, P.A.

STATE OF DELAWARE        )
                         ) ss:
COUNTY OF NEW CASTLE     )

Melissa K. Stubenberg, being duly sworn, upon her oath, deposes and says:

1. I am a Director of Richards, Layton & Finger, P.A., located at One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (the "Firm").

2. On December 19, 2008, Cynthia D. Kaiser, a Vice President and Director of the Firm executed an Affidavit and Disclosure Statement (the "Affidavit") in support of the above-captioned debtors' and debtors' in possession (the "Debtors") retention of the Firm as ordinary course professionals and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on December 22, 2008 [Docket No. 2355].

RLF1-3375940-3

3. This affidavit supplements the Affidavit and the Supplemental Affidavit and Disclosure Statement of John H. Knight on Behalf of Richards, Layton & Finger, P.A., filed with the Court on February 26, 2009 [Docket No 2945], by supplementing the response to question 4 of the Questionnaire submitted with the Affidavit which asks for a brief description of the services to be provided. The response is hereby supplemented to include advice and services related to issues or matters involving Delaware state law and/or courts in the State of Delaware in which the Debtors may have an interest.

By: _____
Melissa K. Stubenberg

Subscribed and sworn to before me
this 19th day of March, 2009.

_____
Notary Public

NORMA J. SALOMON
Notary Public - State of Delaware
My Comm. Expires June 8, 2010