Michael J. Kelly (MK-0915)  
Nikhil Singhvi (NS-7607)  
WILLKIE FARR & GALLAGHER LLP  
787 Seventh Avenue  
New York, New York 10019  
(212) 728-8000  

Hearing Date: April 7, 2009 at 10:00 a.m.  
Objection Deadline: April 1, 2009 at 4:00 p.m.  

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————

| | |
|---|---|
| **In re** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

——————————————————————

**NOTICE OF HEARING ON MOTION OF WWK HAWAII-WAIKAPUNA, LLC, WWK HAWAII-MOAULA, LLC, WWK HAWAII-HONU'APO, LLC, WWK HAWAII-LITTLE HONU'APO, LLC, WWK HAWAII-HOUSE PARCEL, LLC, WWK HAWAII-HOUSE PARCEL 2, LLC, AND WWK HAWAII-NAALEHU PARCEL 1, LLC FOR ORDER (I) SETTING PROMPT DATE FOR ASSUMPTION OR REJECTION OF PROJECT LOAN; (II) UPON REJECTION, GRANTING RELIEF FROM THE AUTOMATIC STAY; AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that a hearing (the "**Hearing**") will be held before the Honorable James M. Peck, United States Bankruptcy Judge, on April 7, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "**Bankruptcy Court**"), to consider the Motion of WWK Hawaii-Waikapuna, LLC, WWK Hawaii-Moaula, LLC, WWK Hawaii-Honu'Apo, LLC, WWK Hawaii-Little Honu'Apo, LLC, WWK Hawaii-House Parcel, LLC, WWK Hawaii-House Parcel 2, LLC, and WWK Hawaii-Naalehu Parcel 1, LLC (the "**Hawaii Borrowers**") for Order (i) Setting Prompt Date for Assumption or Rejection of Project Loan; (ii) Upon Rejection, Granting Relief from the Automatic Stay; and (iii) Granting Related Relief (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be made in writing, state with particularity the grounds therefor, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard-copy delivered directly to Judge Peck's Chambers), and must be served upon: (i) counsel for the Hawaii Borrowers, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019, Attn:  Michael J. Kelly, Esq. and Nikhil Singhvi, Esq.; (ii) counsel for the Debtors, Weil, Gotshal & Manges, LLP, 767 5th Avenue, New York, New York 10153, Attn: Shai Waisman, Esq.; and (iii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andrew Velez-Rivera, Esq., so as to be received no later than 4:00 p.m. (EST) on April 1, 2009 (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no responses or objections are received by the Objection Deadline, the relief may be granted as requested in the Motion without further notice or a hearing.

PLEASE TAKE FURTHER NOTICE that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

Dated: New York, New York
       March 20, 2009

WILLKIE FARR & GALLAGHER LLP

By: /s/ Michael J. Kelly
    Michael J. Kelly (MK-0915)
    Nikhil Singhvi (NS-7607)

787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

*Attorneys for the Hawaii Borrowers*