GERALD M. SHAPIRO
Licensed in Illinois & Florida
DAVID S. KREISMAN
Licensed in Illinois

JOHN A. DICARO
Managing Partner
——————
FRANK M. CASSARA
AMANDA R. INSALACO
GARY M. KANELLIS
ANNE MILLER-HULBERT
ELLIS M. OSTER
LARRY T. POWELL

KAREN R. MCCLOSKEY
Of Counsel

Law Offices of

# Shapiro & DiCaro, LLP

250 Mile Crossing Boulevard
Suite One
Rochester, New York 14624
(585) 247-9000
FAX(585) 247-7380

**COMMACK OFFICE**

777 Larkfield Road
Suite 110
Commack, New York 11725
(631) 462-2525
FAX(631) 462-9080
——————
SHARI SELTZER BARAK
Managing Attorney

JOHN DELLO-IACONO

March 23, 2009

United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

RE:    BNC Mortgage LLC
       Chapter 11
       Case Number:  08-13555
       S&D File Number:  08-072929

Dear Sirs:

This letter confirms that the Motion for Relief from Stay filed in the above bankruptcy case by US Bank, National Association, as Trustee scheduled for March 25, 2009 at 10:00 a.m. has been adjourned to April 7, 2009 at 10:00 a.m.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

/S/Anne E. Miller-Hulbert

cc:    Parties in Interest on the Annexed List

       TO    BNC Mortgage LLC
             Debtor- in- Possession
             1901 Main Street
             Irvine, CA 92624

             Weil, Gotshal & Manges, LLP
             Attn: Harvey R. Miller, Esq.
             Richard P. Krasnow, Esq., Lori R.
             Fife, Esq., Shai Y. Waisman, Esq.

And Jacqueline Marcus, Esq.
Attorney for Debtors
767 Fifth Avenue
New York, NY  10153

Hughes Hubbard & Reed
Attn: Jeffrey S. Margolin, Esq. and
Sarah K. Loomis, Esq.
Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of
Lehman Brothers, Inc.
1 Battery Park Plaza
New York, NY  10004

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Paul
Schwartzberg, Brian Masumoto,
Linda Riffrin and Tracy Hope Davis
33 Whitehall Street 21st Floor
New York, NY  10004

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims
Agent f/k/a Bankruptcy Services, LLC
757 Third Avenue 3rd Floor
New York, NY  10017

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
and Evan Fleck, Esq.
Official Committee for Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY   10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY   10010