WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                               :
                              Debtors.                  :    (Jointly Administered)
                                                               :
                                                               :
------------------------------------------------------------------x

**NOTICE OF FILING OF UPDATED MASTER SERVICE LIST**

Pursuant to an order of this Court dated September 22, 2008, granting the

Debtors' motion for an order implementing certain notice and case management

procedures [Docket No. 285], as amended [Docket No. 2837], attached hereto is the

Master Service List as of March 20, 2009.

Dated: March 23, 2009
       New York, New York

                                                   /s/ Shai Y. Waisman
                                                   Harvey R. Miller
                                                   Shai Y. Waisman

                                                   WEIL, GOTSHAL & MANGES LLP
                                                   767 Fifth Avenue
                                                   New York, New York 10153
                                                   Telephone: (212) 310-8000
                                                   Facsimile: (212) 310-8007

                                                   Attorneys for Debtors
                                                   and Debtors in Possession

NY2:\1929055\08\15CGV08!.DOC\58399.0003