BKREF, CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:09-cv-02610-JGK
## Internal Use Only

| | |
|---|---|
| Bam v. Barclay's Capital Inc. | Date Filed: 03/20/2009 |
| Assigned to: Judge John G. Koeltl | Date Terminated: 03/20/2009 |
| Case in other court: Supreme Court-County of New York, 650104/2009 | Jury Demand: None |
| | Nature of Suit: 190 Contract: Other |
| Cause: 28:1442 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Olivia Bam**

V.

**Defendant**

**Barclay's Capital Inc.**     represented by     **Darrell Scott Cafasso**
Sullivan & Cromwell, LLP
125 Broad Street
New York , NY 10004
(212) 558-1674
Fax: (212) 558-3588
Email: cafassod@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Otto Rogers , Jr**
Sullivan and Cromwell, LLP
125 Broad Street
New York , NY 10004
(212) 558-3467
Fax: (212) 558-1600
Email: rogerst@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Lon Farris**
Sullivan & Cromwell, LLP
125 Broad Street
New York , NY 10004
(212) 558-3639
Fax: (212) 558-3588
Email: farrisw@sullcrom.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2009 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 650104/2009. (Filing Fee $ 350.00, Receipt Number 682214).Document filed by Barclay's Capital Inc..(mbe) (Entered: 03/23/2009) |
| 03/20/2009 | | Magistrate Judge James C. Francis is so designated. (mbe) (Entered: 03/23/2009) |
| 03/20/2009 | | Case Designated ECF. (mbe) (Entered: 03/23/2009) |
| 03/20/2009 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Barclays PLC, Barclays Bank PLC, and Barclays Group US Inc. as Corporate Parents. Document filed by Barclay's Capital Inc..(mbe) (mbe). (Entered: 03/23/2009) |
| 03/20/2009 | 3 | DUPLICATE ORIGINAL ORDER REFERRING CASE to Bankruptcy Court as related to Bankuptcy Court Case No. 08-B-13555 (JMP). Pursuant to Section 157(a) of the Bankruptcy Amendments and Federal Judgeship Act of 1984, any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See M-10-468 Order Dated July 11, 1984) (Signed by Judge Robert J. Ward on 7/10/1984) (kkc) (Entered: 03/23/2009) |
| 03/20/2009 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court - Southern District of New York. Sent original file along with documents numbered 1-2, certified copy of docket entries and transfer order. Opened Adversary Proceeding on 3/23/2009. (kkc) (Entered: 03/23/2009) |