Theodore O. Rogers, Jr. (TR-5279)
William L. Farris (WF-4765)
Darrell S. Cafasso (DC-7123)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588



*Attorneys for Barclays Capital Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
OLIVIA BAM,

             Plaintiff,

    v.

BARCLAYS CAPITAL INC.,

             Defendant.
---------------------------------x

**09 CIV 2610**

Index No.:

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, Barclays Capital Inc., by and through its undersigned counsel, identifies Barclays PLC, Barclays Bank PLC and Barclays Group US Inc. as corporations that directly or indirectly own 10% or more of any class of Barclays Capital Inc.'s equity interests.

Dated: March 20, 2009
      New York, New York

                                      Theodore O. Rogers, Jr. (TR-5279)
                                      William L. Farris (WF-4765)
                                      Darrell S. Cafasso (DC-7123)
                                      SULLIVAN & CROMWELL LLP
                                      125 Broad Street
                                      New York, NY 10004-2498
                                      Telephone: (212) 558-4000
                                      Facsimile: (212) 558-3588

                                      *Attorneys for Barclays Capital Inc.*