WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :   08-13555 (JMP)
                                               :
                   Debtors.                    :   (Jointly Administered)
-------------------------------------------------------------------x
```

**NOTICE OF HIGHER OFFER FOR DEBTOR'S SIKORSKY S-76C+ HELICOPTER**

PLEASE TAKE NOTICE that on March 5, 2009, CES Aviation V, LLC (the "Debtor"),[1] as debtor and debtor in possession, filed a motion pursuant to sections 105 and 363 of title 11 of the United States Code, Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure, and Rules 6004-1, 9006-1, and 9014-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for (i) approval of the sale of the Debtor's Aircraft (as defined below) pursuant to (a) an Aircraft Sale and Purchase Agreement with a party who submits an offer for the Aircraft that is accepted by the Debtor and approved by the Bankruptcy Court or (b) a substantially similar sale and purchase agreement with a party who submits a higher or better offer for the Aircraft (a "Higher Offer"), and (ii) approval of the Debtor's payment of certain outstanding invoices reflecting expenses incurred in the ordinary course of operating the Aircraft, all as more fully described in the Motion.

PLEASE TAKE FURTHER NOTICE that, subject to Court approval, the Debtor proposed a transaction with MAC Aircraft Sales, LLC (the "Purchaser") and the parties executed an Aircraft Sale and Purchase Agreement (the "Sale Agreement") pursuant to which the Debtor will sell, and the Purchaser will purchase (the "Proposed Sale"), the Debtor's aircraft, a Sikorsky S-76C+ helicopter, bearing manufacturer's serial number 760486 and U.S. registration mark N151LB (the "Aircraft").

PLEASE TAKE FURTHER NOTICE that on March 13, 2009, the Debtor filed a Notice of Executed Sale and Purchase Agreement for Sikorsky S-76C+ Helicopter (the "Notice").

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

The Notice, among other things, identified the purchase price (the "Purchase Price") for the Aircraft to be the aggregate amount of $2,795,000.

PLEASE TAKE FURTHER NOTICE that the Purchaser made a Higher Offer for the Aircraft in the amount of $3,100,000.

PLEASE TAKE FURTHER NOTICE that the Debtor and the Purchaser have entered into Amendment No. 1 to Aircraft Sale and Purchase Agreement, dated as of March 22, 2009, pursuant to which "Purchase Price" was amended to mean the aggregate amount of $3,100,000 (the "Amendment").

PLEASE TAKE FURTHER NOTICE that the Debtor intends to present the Proposed Sale of the Aircraft to the Purchaser in accordance with the Sale Agreement and the Amendment to the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 on March 25, 2009 at 10:00 a.m. (Prevailing Eastern Time) (the "Sale Hearing").

PLEASE TAKE FURTHER NOTICE that the Debtor reserves the right, in its sole discretion, to adjourn or not proceed with the Proposed Sale. Should the Debtor determine to adjourn or not proceed with the Proposed Sale, the Debtor will file a notice of such decision prior to the Sale Hearing.

Dated: March 23, 2009
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession