James Heiser, Esq. (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000

Attorneys for General Helicopters International, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., | ) | Case No. 08-13555 (JMP) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**
**OF GENERAL HELICOPTERS INTERNATIONAL, LLC**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned

cases as counsel for General Helicopters International, LLC and pursuant to 11 U.S.C. §§342 and

1109(b), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby

requests that copies of all notices, applications, motions, petitions, pleadings, orders, filings and

all other mailings and documents in this case from and after this date be given to and served

upon the following:

James Heiser (heiser@chapman.com)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603
(312) 845-3000
(312) 701-2361 (fax)

2596285.01.01.B.doc

- 2 -

Neither this Notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over General Helicopters International, LLC or to waive: (i) any right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which General Helicopters International, LLC may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

Dated: March 24, 2009

Respectfully submitted,

General Helicopters International, LLC


By_____/s/ James Heiser_____
        One of its Attorneys


James Heiser, Esq. (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603
Telephone: (312) 845-3000
Fax: (312) 701-2361