**CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of March 2009, a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Papers on Behalf of General Helicopters International, LLC, was served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>   Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jackqueline Marcus, Esq.<br>Harvey R. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the United States Trustee for the<br>   Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Luc A. Despins<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY  10006 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004 |
| Bradford M. Berry<br>Office of General Counsel Commodity<br>Futures Trading Commission<br>1155 21st Street, NW<br>Washington, DC  20581 | Chicago Mercantile Exchange<br>20 South Wacker Drive<br>Chicago, IL  20581 |
| Christopher Combest<br>Quarles & Brady<br>500 W. Madison Street<br>Suite 3700<br>Chicago, IL  60661 | Dion W. Hayes<br>McGuire Woods LLP<br>901 East Cary Street<br>Richmond, VA  23219-4030 |

2596285.01.01.B.doc

| | |
|---|---|
| James Kobak<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004 | Ronald J. Silverman<br>Bingham McCutchen, LLP<br>399 Park Avenue<br>New York, NY  10022-4689 |
| Kenneth J.  Caputo<br>805 Fifteenth Street, NW<br>Washington DC  20005-2207 | Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY  10017 |
| George A. Davis<br>Cadwalader,Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 | Eric H. Horn<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ  0068 |
| Alan E. Marder<br>Meyer, Suozzi,  English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>PO Box 9194<br>Garden City, NY  11530 | James Shenwick<br>Shenwick & Associates<br>655 Third Avenue<br>20th Floor<br>New York, NY  10017 |
| Scott Talmadge<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY  10022 | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY  10019 |
| Paul Arozon<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 | Security and Exchange Commission<br>Attention:  Bankruptcy Department<br>7 World Trade Center, 13th Floor<br>New York, NY  10007 |
| Internal Revenue Service<br>Attention:  Bankruptcy Department<br>120 Church Street, 3rd Floor<br>New York, NY  10008 | United States Attorney<br>One St. Andrew's Plaza<br>New York, NY  10007 |

                                                            /s/ James Heiser
                                                            _____
                                                                    James Heiser