Verizon Wireless Bankruptcy Admin
PO Box 3397
Bloomington, IL 61702
Phone: 800-555-8879
Fax: 309-820-7044

March 18, 2009

To: United States Bankruptcy Court
    Southern District Of Ny

Re: Lehman Brothers Holdings Inc
    CS#08-13555

We are requesting the withdrawal of claim #1307 for $517,533.16 filed on 12/10/2008
for the above customer. We are sorry for any inconvenience this may cause.

If there are any questions, please feel free to contact me at the above number.

Sincerely,

Diane Lewis
Bankruptcy Administration Office

CC Epic Bankruptcy Solutions LLD

