WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Diane Harvey
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | **08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |
| In re | |
| | Case No. |
| **LEHMAN BROTHERS INC.**, | |
| | **08-01420 (JMP) (SIPA)** |
| Debtor. | |

# NOTICE OF AGENDA OF MATTERS
# SCHEDULED FOR HEARING ON MARCH 25, 2009 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

I.    **UNCONTESTED MATTERS:**

1.    Debtors' Motion for an Order Modifying the Automatic Stay to Allow Advancement Under Directors and Officers and Fiduciary Liability Insurance Policies **[Docket No. 2949]**

   Response Deadline:    March 20, 2009 at 4:00 p.m.

   Responses Received:

      A.    Limited Response of the State of New Jersey **[Docket No. 3178]**

      B.    Lead Plaintiffs' Limited Objection **[Docket No. 3179]**

   Related Documents:

      C.    Corrected Exhibit A **[Docket No. 2951]**

   Status:  This matter is going forward.

2.    TPG-Austin Portfolio Holdings LLC's Motion to Compel Immediate Assumption or Rejection of Credit Agreement **[Docket No. 1514]**

   Response Deadline:    March 20, 2009 at 4:00 p.m.

   Responses Received:

      A.    Debtors' Objection **[Docket No. 2162]**

   Related Documents:

      B.    Reply of TPG-Austin Portfolio Holdings LLC **[Docket No. 2215]**

   Status:  The parties will present a stipulation to the Court for approval.

3.  Debtors' Motion to Transfer Agents Funds in Connection with Resignations from Agency Positions **[Docket No. 3044]**

    Response Deadline:  March 20, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.  Debtors' Supplement **[Docket No. 3183]**

    Status:  This matter is going forward.

4.  Debtors' Motion Authorizing Lehman Commercial Paper Inc. to Settle Dispute with the Metropolitan Life Insurance Company **[Docket No. 2978]**

    Response Deadline:  March 12, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter is going forward.

5.  Motion of the Tobacco Settlement Authority for an Order Compelling Lehman Brothers Special Financing Inc. to Assume or Reject an Executory Contract **[Docket No. 2546]**

    Response Deadline:  March 20, 2009 at 5:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter is going forward.

**II.  CONTESTED MATTERS:**

6.  Motion of Howard W. Tomlinson for Relief from the Automatic Stay **[Docket No. 2972]**

    Response Deadline:  March 20, 2009.

    Responses Received:

    A.  Debtors' Objection **[Docket No. 3187]**

    Related Documents:  None.

Status: This matter is going forward.

7. Debtor's Motion for Approval of the Sale of Debtor's Aircraft Pursuant to an Aircraft Sale and Purchase Agreement and Payment of Related Fees **[Docket No. 3003]**

Response Deadline: March 24, 2009 at 10:00 a.m.

Responses Received:

   A. Objection of General Helicopters International, LLC **[Docket No. 3203]**

Related Documents:

   B. Notice of Executed Sale and Purchase Agreement **[Docket No. 3103]**

   C. Notice of Higher Offer for Debtors Sikorsky S-76C+ Helicopter **[Docket No. 3200]**

Status: This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**III.   UNCONTESTED MATTERS:**

8. Trustee's Application for an Order Pursuant to Section 365(d)(1) of the Bankruptcy Code Further Extending the Time Within Which the Trustee may Assume or Reject Executory Contracts and Certain Unexpired Leases **[Docket No. 828]**

Response Deadline: March 20, 2009 at 4:00 p.m.

Responses Received: None.

Related Documents:

   A. Notice of Trustee's Application for an Order Pursuant to Section 365(d)(1) of the Bankruptcy Code Further Extending the Time within which the Trustee may Assume or Reject Executory Contracts and Certain Unexpired Leases **[Docket No. 829]**

Status: This matter is going forward.

IV. **CONTESTED MATTERS:**

9. Notice of Hearing Regarding Motion of Carret P.T., L.P. #2 and Evansville Insurance Ltd. for Leave to Conduct Rule 2004 of Lehman Brothers Inc., Barclays Capital Inc. and SIPA Trustee **[Docket No. 655]**

   Response Deadline:  March 20, 2009 at 4:00 p.m.

   Responses Received:

   A. Barclays Capital Objection to Carret P.T., L.P. #2 and Evansville Insurance Ltd. Motion for Rule 2004 Examination **[Docket No. 865]**

   B. Trustee's Objection to Motion of Carret P.T., L.P. #2 and Evansville Insurance Ltd. for Leave to Conduct Discovery Pursuant To Rule 2004 of Lehman Brothers Inc., Barclays Capital Inc. and SIPA Trustee **[Docket No. 867]**

   Related Filings:

   C. Notice of Adjournment **[Docket No. 713]**

   Status:  This matter is going forward.

V. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc.:**

10. Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

    Response Deadline:  March 20, 2009 at 4:00 p.m.

    Responses Received:

    A. Objection of R3 Capital Mgmt **[Docket No. 1909]**

    Related Documents:  None.

    Status:  This matter is has been adjourned to April 7, 2007.

11. Motion of US Bank, National Association for Relief from the Automatic Stay **[Docket No. 2961]**

    Response Deadline:    March 23, 2009 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:    None.

    Status:  This matter is adjourned to April 7, 2009.

12. Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

    Response Deadline:    March 20, 2009 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:

    A.    Declaration of George Kielman **[Docket No. 1181]**

    Status:  This matter is adjourned to April 7, 2009.

13. Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim **[Docket No. 1205]**

    Response Deadline:    April 3, 2009 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:

    A.    Corrected Exhibit E **[Docket No. 1421]**

    Status:  This matter is has been adjourned to April 7, 2007.

14. Motion of Mapco Express, Inc. and Delek US Holdings, Inc. for Relief from the Automatic Stay **[Docket No. 1663]**

    Response Deadline:    April 3, 2009 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:    None.

    Status:  This matter is has been adjourned to April 7, 2007.

15. Motion of 1407 Broadway Real Estate LLC and PRGS 1407 BWAY LLC for Relief from the Automatic Stay **[Docket No. 2752]**

    Response Deadline: April 2, 2009 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is has been adjourned to April 7, 2007.

16. Debtors' Motion for Enforcement of the December 23, 2008 Order Approving the Assumption of Open Trade Confirmations Pursuant to Settlement Agreement **[Docket No. 3000]**

    Response Deadline: March 16, 2009 at 4:00 p.m.

    Responses Received:

        A. Objection of DK Acquisition Partners, L.P. **[Docket No. 3174]**

    Related Documents: None.

    Status: This matter is has been adjourned to April 22, 2007.

17. Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

    Response Deadline: April 17, 2009 at 4:00 p.m.

    Responses Received:

        A. Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

        B. Statement of the Informal Noteholder Group **[Docket No. 887]**

    Related Documents:

        C. Stipulation and Consent Order **[Docket No. 1402]**

    Status: This matter is has been adjourned to April 22, 2007.

18. Motion of GE Corporate Financial Services, Inc. for Relief from the Automatic Stay **[Docket No. 2385]**

    Response Deadline:    April 16, 2009.

    Responses Received:    None.

    Related Documents:    None.

    Status:  This matter is has been adjourned to April 22, 2007.

19. Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

    Response Deadline:    April 17, 2009 at 4:00 p.m.

    Responses Received:

    A.    Objection of GE Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited **[Docket No. 2383]**

    Related Documents:    None.

    Status:  This matter is has been adjourned to April 22, 2007.

20. Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC Compelling Actions by Debtors as Agent and Lender Under Loan Facility and Granting Related Relief **[Docket No. 1435]**

    Response Deadline:    April 8, 2009.

    Responses Received:    None.

    Related Documents:    None.

    Status:  This matter is has been adjourned to April 22, 2007.

21. Debtors Motion to Assume and Assign Derivative Contracts **[Docket No. 1498]**

    Response Deadline:    March 20, 2009.

    Responses Received:    None.

    Related Documents:    None.

    Status:  This matter is has been adjourned to June 3, 2007.

**B.    Adversary Proceedings:**

22.  LBSF Inc. v. Ballyrock Abs CDO 2007-1 Limited and Wells Fargo Bank, N.A., Trustee **[Case No. 09 -01032]**

   Pre-Trial Conference

   Related Documents:   None.

   Status:  This matter is adjourned to April 7, 2009.

23.  Royal Bank of America v. Lehman Brothers Special Financing, Inc. **[Case No. 08-01640]**

   Pre-Trial Conference

   Responses Received:

       A.   Answer and Affirmative Defenses of Defendant **[Docket No. 10]**

   Status:  This matter has been adjourned to April 7, 2009.

24.  Royal Bank of America's Motion Permitting Expedited Discovery **[Case No. 08-01640, Docket No. 5]**

   Response Deadline:   November 13, 2008.

   Responses Received:  None.

   Related Documents:   None.

   Status:  This matter has been adjourned to April 7, 2009.

25.  Kelly v. Lehman Brothers OTC Derivatives Inc., et al. **[Case No. 08-01621]**

   Pre-Trial Conference

   Answer Deadline:   March 27, 2009.

   Status:  This matter has been adjourned to April 7, 2009.

26.  Aliant Bank v. Lehman Brothers Special Financing, Inc. et al**. [Case No. 08-01751]**

   Pre-Trial Conference

   Related Documents:   None.

   Status:  This matter has been adjourned to June 3, 2009.

**C.      Lehman Brothers Inc.:**

27.   Notice of Motion of Markit Group Limited for Relief From Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

   Response Deadline:   April 17, 2009 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:

   A.   Notice of Adjournments **[Docket No. 409]**

   B.   Notice of Adjournment **[Docket No. 488]**

   C.   Notice of Adjournment **[Docket No. 574]**

   D.   Notice of Adjournment **[Docket No. 708]**

   E.   Notice of Adjournment **[Docket No. 846]**

   Status:  This matter has been adjourned to April 22, 2009 at 10:00 a.m.

28.   Motion of Teva Pharmaceutical Works Company for an Order (A) Authorizing Future Dividend Payments be made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 766]**

   Response Deadline:  April 2, 2009 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A.   Notice of Hearing of Motion of Teva Pharmaceutical Works Company for an Order (A) Authorizing Future Dividend Payments be made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 785]**

   B.   Notice of Adjournment **[Docket No. 848]**

   Status:  This matter has been adjourned to April 7, 2009 at 10:00 a.m.

29.   Motion of Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 767]**

Response Deadline: April 2, 2009 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Notice of Hearing Motion of Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 783]**

B. Notice of Adjournment **[Docket No. 848]**

Status: This matter has been adjourned to April 7, 2009 at 10:00 a.m.

30. Second Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery. **[Docket No. 479]**

Response Deadline: April 3, 2009 at 4:00 p.m.

Responses Received:

A. Objection of Barclays Capital Inc. to Motion of the DCP Parties for Leave to Conduct Rule 2004 Discovery **[Docket No. 518]**

Related Documents:

B. Declaration of Michael A. Morris in Support of Second Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery **[Docket No. 480]**

C. Notice of Adjournment **[Docket No. 524]**

D. Notice of Adjournment **[Docket No. 592]**

E. Notice of Adjournment **[Docket No. 656]**

F. Notice of Adjournment **[Docket No. 720]**

G. Notice of Adjournment **[Docket No. 790]**

H. Notice of Adjournment **[Docket No. 860]**

Status: This matter has been adjourned to April 7, 2009 at 10:00 a.m.

**VI.    WITHDRAWN MATTERS:**

    31.    Piper Jaffray & Co.'s Motion for Leave to Conduct Discovery of Debtor, Lehman Commercial Paper Inc. **[Docket No. 2311]**

        Response Deadline:    March 20, 2009 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:

            A.    Statement of Barclays Capital Inc. **[Docket No. 2465]**

            B.    Notice of Withdrawal **[Docket No. 3172]**

        Status:  This matter has been withdrawn.

Dated: March 24, 2009
      New York, New York

           /s/ Richard P. Krasnow
           Richard P. Krasnow
           Diane Harvey
           Jacqueline Marcus

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession


Dated: March 24, 2009
      New York, New York

           /s/ Jeffrey S. Margolin
           James B. Kobak, Jr.
           David W. Wiltenburg
           Jeffrey S. Margolin

           HUGHES HUBBARD & REED LLP
           One Battery Park Plaza
           New York, New York 10004
           Telephone: (212) 837-6000
           Facsimile: (212) 422-4726

           Attorneys for James W. Giddens, Trustee for
           the SIPA Liquidation of Lehman Brothers Inc.