WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
:
Debtors.                                 : (Jointly Administered)
:
:
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' MOTION FOR AN ORDER PURSUANT**
**TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE**
**ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations [Docket No. 1541] (the "Motion"), which was scheduled for March 25, 2009 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 22, 2009 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned

from time to time without further notice other than an announcement at the hearing.

Dated:  March 24, 2009
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession