UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                      :
                                                            :  Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS, INC.,                             :
*et al.*                                                    :  Case No. 08-13555 (JMP)
                                                            :
                            Debtors.                        :  (Jointly Administered)
                                                            :
-----------------------------------------------------------x

## ORDER AUTHORIZING REJECTION OF RESERVE FUND AGREEMENT PURSUANT TO 11 U.S.C. § 365(a)

Upon the motion dated January 15, 2009 of the Washington State Tobacco Settlement Authority ("TSA"), seeking entry of an order compelling Lehman Brother Special Financing Inc. ("LBSF"), a chapter 11 debtor in the above-referenced jointly administered cases, to assume or reject an executory contract pursuant to 11 U.S.C. § 365(d)(2) (the "Motion"); and it appearing that notice of the Motion was good and sufficient under the circumstances; and LBSF having determined to reject the executory contract identified below; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that LBSF hereby is authorized to reject the Reserve Fund Agreement dated as of November 5, 2002, by and among TSA, LBSF and U.S. Bank, N.A. (the "RFA"), and the RFA be and hereby is deemed rejected pursuant to 11 U.S.C. § 365(a); and it is further

ORDERED that any claim arising from the rejection of the RFA shall be filed by the later of (a) thirty (30) days from the date of this Order or (b) the bar date fixed by this Court for filing Proofs of Claim in the above-referenced cases.

Dated:  New York, New York
        March 25, 2009

                                        *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE