Hearing: May 13, 2009, 10:00 a.m. ET
Objection Deadline: May 7, 2009

CRAVATH, SWAINE & MOORE LLP
Richard Levin
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
(212) 474-3700 (facsimile)
rlevin@cravath.com
rtrust@cravath.com

Attorneys for BLT-39 LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :   Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et                           :
al.,                                                        :   Case No. 08-13555 (JMP)
                                                            :
                                                            :
Debtors.                                                    :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION OF BLT 39 LLC FOR PARTIAL RECONSIDERATION OF ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS**

　　　　　PLEASE TAKE NOTICE THAT the hearing on the "Motion of BLT 39 LLC For Partial Reconsideration Of Order Pursuant To Section 365 Of The Bankruptcy Code Approving The Assumption Or Rejection Of Open Trade Confirmations" (Docket No. 2396) is hereby adjourned to May 13, 2009, at 10:00 a.m. ET.

Dated: New York, New York
　　　　March 25, 2009

　　　　　　　　　　　　　　　　　　　　　　**CRAVATH, SWAINE & MOORE LLP**

　　　　　　　　　　　　　　　　　　　　　　/s/ Richard Levin
　　　　　　　　　　　　　　　　　　　　　　Richard Levin
　　　　　　　　　　　　　　　　　　　　　　Robert H. Trust

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
rlevin@cravath.com
rtrust@cravath.com

Attorneys for BLT-39 LLC