SHEARMAN & STERLING LLP

599 Lexington Avenue

New York, New York  10022

Telephone:  (212) 848-4000

Facsimile:  (212) 848-7179

Fredric Sosnick

William J.F. Roll, III

Attorneys for Bank of America, N.A. and its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                 :

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,** | **Case No. 08 – 13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF BANC OF AMERICA SECURITIES INC.'S**
**LIMITED OBJECTION TO CURE AMOUNTS AND OTHER INFORMATION**
**INCLUDED ON THE DEBTORS' LIST OF CLOSING DATE CONTRACTS IN**
**ACCORDANCE WITH THE ORDER UNDER 11 U.S.C. §§ 105(a), 363, AND 365**
**AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006**
**AUTHORIZING AND APPROVING (A) THE SALE OF PURCHASED ASSETS**
**FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B)**
**ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND**
**<u>UNEXPIRED LEASES</u>**

       **PLEASE TAKE NOTICE THAT** Banc of America Securities Inc. hereby

withdraws its *Limited Objection to Cure Amounts and Other Information Included on the*

*Debtors' List of Closing Date Contracts in Accordance with the Order Under 11 U.S.C. §§*

*105(a), 363 and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006*

*Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other*

*Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases*

[Docket No. 829].

Dated:  New York, New York
       March 26, 2009

SHEARMAN & STERLING LLP

By:   <u>/s/ Fredric Sosnick</u>
      Fredric Sosnick
      William J.F. Roll, III
      599 Lexington Avenue
      New York, New York  10022
      Telephone:  (212) 848-4000
      Facsimile:  (212) 848-7179

      Attorneys for Bank of America, N.A. and its
      Affiliates