**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,                      :   08-13555 (JMP)
                                                                  :
        Debtors.                                                  :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 3216

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 24, 2009, I served the "NOTICE OF PRESENTMENT OF MOTION TO EXPAND THE SCOPE OF RETENTION OF SIMPSON THACHER & BARTLETT LLP NUNC PRO TUNC AS SPECIAL COUNSEL PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE," dated March 24, 2009, to which was attached the "MOTION TO EXPAND THE SCOPE OF RETENTION OF SIMPSON THACHER & BARTLETT LLP NUNC PRO TUNC AS SPECIAL COUNSEL PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE," dated March 24, 2009 [docket #3216], by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
25th day of March, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bambacha@sec.gov
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com

dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com

eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com

| | |
|---|---|
| isgreene@hhlaw.com | john.monaghan@hklaw.com |
| israel.dahan@cwt.com | john.rapisardi@cwt.com |
| jacobsonn@sec.gov | jorbach@hahnhessen.com |
| jafeltman@wlrk.com | Joseph.Cordaro@usdoj.gov |
| james.mcclammy@dpw.com | joseph.scordato@dkib.com |
| jamestecce@quinnemanuel.com | joshua.dorchak@bingham.com |
| jason.jurgens@cwt.com | jowen769@yahoo.com |
| jatkins@duffyandatkins.com | JPintarelli@mofo.com |
| jay.hurst@oag.state.tx.us | jpintarelli@mofo.com |
| jay@kleinsolomon.com | jporter@entwistle-law.com |
| Jbecker@wilmingtontrust.com | jprol@lowenstein.com |
| jbeemer@entwistle-law.com | jrabinowitz@rltlawfirm.com |
| jbird@polsinelli.com | jrsmith@hunton.com |
| jbromley@cgsh.com | jschwartz@hahnhessen.com |
| jcarberry@cl-law.com | jsheerin@mcguirewoods.com |
| Jdrucker@coleschotz.com | jshickich@riddellwilliams.com |
| jdyas@halperinlaw.net | jsmairo@pbnlaw.com |
| jeff.wittig@coair.com | jtimko@allenmatkins.com |
| jeffrey.sabin@bingham.com | jtougas@mayerbrown.com |
| jeldredge@velaw.com | judy.morse@crowedunlevy.com |
| jennifer.demarco@cliffordchance.com | jwallack@goulstonstorrs.com |
| jennifer.gore@shell.com | jwang@sipc.org |
| jeremy.eiden@state.mn.us | jweiss@gibsondunn.com |
| jessica.fink@cwt.com | jwest@velaw.com |
| jfalgowski@reedsmith.com | jwh@njlawfirm.com |
| jfinerty@pfeiferlaw.com | jwhitman@entwistle-law.com |
| jfox@joefoxlaw.com | jwishnew@mofo.com |
| jg5786@att.com | k4.nomura@aozorabank.co.jp |
| jgarrity@shearman.com | karen.wagner@dpw.com |
| jguy@orrick.com | karol.denniston@dlapiper.com |
| jherzog@gklaw.com | KDWBankruptcyDepartment@kelleydrye.com |
| jhiggins@fdlaw.com | keckhardt@hunton.com |
| jhs7@att.net | keith.simon@lw.com |
| jhuggett@margolisedelstein.com | Ken.Coleman@allenovery.com |
| jhuh@ffwplaw.com | ken.higman@hp.com |
| jjureller@klestadt.com | kgwynne@reedsmith.com |
| jkehoe@sbtklaw.com | kiplok@hugheshubbard.com |
| jketten@willkie.com | kkelly@ebglaw.com |
| jkurtzman@klehr.com | Klippman@munsch.com |
| jlamar@maynardcooper.com | klyman@irell.com |
| jlawlor@wmd-law.com | kmayer@mccarter.com |
| jlee@foley.com | kmisken@mcguirewoods.com |
| jlevitin@cahill.com | kobak@hugheshubbard.com |
| jlipson@crockerkuno.com | korr@orrick.com |
| jliu@dl.com | KOstad@mofo.com |
| jlovi@steptoe.com | kovskyd@pepperlaw.com |
| jmaddock@mcguirewoods.com | kpiper@steptoe.com |
| jmazermarino@msek.com | kressk@pepperlaw.com |
| jmcginley@wilmingtontrust.com | KReynolds@mklawnyc.com |
| jmelko@gardere.com | kristin.going@dbr.com |
| jmerva@fult.com | krosen@lowenstein.com |
| john.mcnicholas@dlapiper.com | krubin@ozcap.com |

| | |
|---|---|
| kstahl@whitecase.com | michael.kim@kobrekim.com |
| kurt.mayr@bgllp.com | mimi.m.wong@irscounsel.treas.gov. |
| lacyr@sullcrom.com | mitchell.ayer@tklaw.com |
| lalshibib@reedsmith.com | mjacobs@pryorcashman.com |
| Landon@StreusandLandon.com | mjedelman@vedderprice.com |
| lattard@kayescholer.com | mkjaer@winston.com |
| lawrence.bass@hro.com | mlahaie@akingump.com |
| lberkoff@moritthock.com | MLandman@lcbf.com |
| lbtancredi@venable.com | mmendez@hunton.com |
| lgranfield@cgsh.com | mmickey@mayerbrown.com |
| lhandelsman@stroock.com | mmooney@deilylawfirm.com |
| linda.boyle@twtelecom.com | mmorreale@us.mufg.jp |
| lisa.kraidin@allenovery.com | mmurphy@co.sanmateo.ca.us |
| LJKotler@duanemorris.com | mneier@ibolaw.com |
| lmarinuzzi@mofo.com | monica.lawless@brookfieldproperties.com |
| Lmay@coleschotz.com | mpage@kelleydrye.com |
| lmcgowen@orrick.com | mpfeifer@pfeiferlaw.com |
| lml@ppgms.com | mpucillo@bermanesq.com |
| lnashelsky@mofo.com | mrosenthal@gibsondunn.com |
| lromansic@steptoe.com | mruetzel@whitecase.com |
| lscarcella@farrellfritz.com | mschimel@sju.edu |
| lschweitzer@cgsh.com | MSchleich@fraserstryker.com |
| lubell@hugheshubbard.com | mschonholtz@kayescholer.com |
| lwhidden@salans.com | mshiner@tuckerlaw.com |
| lwong@pfeiferlaw.com | mspeiser@stroock.com |
| mabrams@willkie.com | mstamer@akingump.com |
| macronin@debevoise.com | mvenditto@reedsmith.com |
| MAOFILING@CGSH.COM | Nasreen.Bulos@dubaiic.com |
| Marc.Chait@standardchartered.com | ncoco@mwe.com |
| margolin@hugheshubbard.com | neal.mann@oag.state.ny.us |
| mark.deveno@bingham.com | ned.schodek@shearman.com |
| mark.ellenberg@cwt.com | newyork@sec.gov |
| mark.houle@pillsburylaw.com | Nherman@morganlewis.com |
| mark.sherrill@sutherland.com | nissay_10259-0154@mhmjapan.com |
| martin.davis@ots.treas.gov | oipress@travelers.com |
| Marvin.Clements@ag.tn.gov | omeca.nedd@lovells.com |
| masaki_konishi@noandt.com | owllady@hughes.net |
| matthew.dyer@prommis.com | paronzon@milbank.com |
| matthew.klepper@dlapiper.com | patrick.potter@pillsburylaw.com |
| Mbass@HodgsonRuss.com | paul.deutch@troutmansanders.com |
| mbenner@tishmanspeyer.com | paul.turner@sutherland.com |
| mberman@nixonpeabody.com | pbentley@kramerlevin.com |
| mbienenstock@dl.com | pbosswick@ssbb.com |
| mbossi@thompsoncoburn.com | pdublin@akingump.com |
| mcademartori@sheppardmullin.com | peter.gilhuly@lw.com |
| mcordone@stradley.com | peter.simmons@friedfrank.com |
| mcto@debevoise.com | peter.zisser@hklaw.com |
| mdorval@stradley.com | peter@bankrupt.com |
| metkin@lowenstein.com | pfeldman@oshr.com |
| mgordon@briggs.com | phayden@mcguirewoods.com |
| mgreger@allenmatkins.com | pnichols@whitecase.com |
| mhopkins@cov.com | ppascuzzi@ffwplaw.com |

ppatterson@stradley.com
pprewitt@lockelord.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com

08-13555-mg    Doc 3230    Filed 03/26/09    Entered 03/26/09 17:49:45    Main Document
Pg 9 of 13

tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

Page 6 of 6

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004