UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                    :
In re                               :     Chapter 11 Case No.
                                    :     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :
                                    :     (Jointly Administered)
            Debtors.                :
                                    :
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF MICHAEL WOODBURY ON BEHALF OF WOODBURY & SANTIAGO, P.A.

STATE OF FLORIDA         )
                         ) ss:
COUNTY OF MIAMI-DADE     )

Michael Woodbury, being duly sworn, upon his oath, deposes and says:

1. I am the President of Woodbury & Santiago, P.A. located at 9130 S. Dadeland Blvd., Ph 1A, Miami, Florida 33157 (the "Firm").

2. In November 2008, Michael Woodbury, on behalf of the Firm, executed an Affidavit and Disclosure Statement (the "Affidavit") in support of the above captioned debtors' and debtors' in possession (the "Debtors") retention of the Firm as ordinary course professionals and submitted that Affidavit and a completed Retention questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit with the Court.

3. This affidavit supplements the Affidavit and Supplemental Affidavit and Disclosure Statement of Michael Woodbury on behalf of Woodbury & Santiago, P.A. by supplementing the response to question 5 of the Questionnaire submitted with the Affidavit,

1

which asks for a description of the Firm's compensation structure. The response is hereby supplemented to reflect average hourly rates of partners of $400/hour and $300/hour for associates as of March 1, 2009, and to reflect that in certain cases involving potentially forfeited buyer deposits on real property following buyer defaults, <u>upon request of the Debtor</u> the firm's compensation will be a 50% contingency on recovery in lieu of the hourly fee structure.

By: *[signature]*

Subscribed and sworn to before me this 23rd day of March, 2009

*[signature]*
Notary Public

A. BOOTH
MY COMMISSION # DD 772124
EXPIRES: March 25, 2012
Bonded Thru Notary Public Underwriters