UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered<br><br>**CERTIFICATE OF SERVICE** |

      KEITH S. KAPLAN hereby certifies the following under the penalties of perjury:

      I am over the age of 18 years, not a party to this action and reside at 670 Ramapo Rd., Teaneck, NJ 07666.

      In accordance with ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1015(c) AND 9007 IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES, signed on September 22, 2008 (the "Order") and the NOTICE OF FILING OF UPDATED MASTER SERVICE LIST, dated March 20, 2009 (the "Service List);

      On the 26th day of March, 2009, I served the

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION OF BLT 39 LLC FOR PARTIAL RECONSIDERATION OF ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS**

upon

      Honorable James M. Peck
      One Bowling Green
      Courtroom 601
      New York, New York 10004

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotlieb LLP
One Liberty Plaza
New York, NY 10006

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

by delivering a true copy of the above-listed document to a courier for FEDERAL EXPRESS, an overnight delivery service, for delivery the next day, to wit: Friday, March 27, 2009 as per the Order;

and upon counsel listed in the Service List, by depositing a true copy of the above-listed document in properly addressed, postage prepaid, FIRST CLASS MAIL wrappers in a depository under the exclusive care and custody of the United States Postal Service located within the State, City and County of New York.

On the 27th day of March, 2009 I served the above-listed document upon counsel registered with the Court's

CM/ECF system by delivering a copy of the Court's Notice of Electronic Filing for the above-listed document via electronic mail.

   Dated, this 27th day of March, 2009, at New York, New York.


         ___/s Keith S. Kaplan___
          Keith S. Kaplan
          Law Clerk