SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Fredric Sosnick
William J.F. Roll, III

Attorneys for Bank of America, N.A. and its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
                                                                   :
                                                                   :
In re:                                                             :        **Chapter 11**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**   :        **Case No. 08 – 13555 (JMP)**
                                                                   :
                              **Debtors.**                         :        **(Jointly Administered)**
                                                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------------x

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK                    )
                                     )        ss.:
COUNTY OF NEW YORK                   )


        Jennifer C. Lin, being duly sworn, deposes and says, under the penalty of perjury:

        1.   I am over the age of eighteen years and employed by Shearman & Sterling

LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-

captioned proceedings.

2.   On March 26, 2009, I caused to be served via first class mail, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the, "**Notice of Withdrawal of Banc of America Securities Inc.'s Limited Objection to Cure Amounts and Other Information Included on the Debtors' List of Closing Date Contracts in Accordance with the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 And 6006 Authorizing And Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases.**"

/s/ Jennifer C. Lin
Jennifer C. Lin

SWORN TO AND SUBSCRIBED before me on this 27th day of March, 2009.

/s/ Danielle Anne B. Cardona
Danielle Anne B. Cardona
Notary Public, State of New York
No. 01CA6198474
Qualified in New York County
Commission Expires December 22, 2012

## Exhibit A

Weil Gotshal & Manges LLP
Attn:  Richard P. Krasnow, Esq., Lori R.
Fife, Esq., Shai Y. Waisman, Esq. and
Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

The Office of the United States Trustee for
the Southern District of New York
Attn:  Andy Velez-Rivera, Paul
Schwartzberg, Brian Masumoto, Linda
Rifkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne Esq., Dennis
O'Donnell, Esq. and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Elisabeth Frost and Luke Barefoot
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006