SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Sally McDonald Henry

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------- x

**VERIFIED STATEMENT OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

      Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") hereby submits this verified statement (the "Verified Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) in connection with the above-captioned chapter 11 cases (the "Cases") of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "Debtors") and respectfully states as follows:

      1.     Skadden, Arps represents in the Cases the creditors listed on Exhibit A hereto and certain other entities that may be creditors of one or more of the Debtors (together, the "Represented Parties").

      2.     Those Represented Parties that are not listed on Exhibit A have either not yet been finally determined to be creditors of the Debtors or have not yet determined to appear in the Cases. Such parties include entities that may or may not have claims against one or more of the Debtors based upon securities transactions once netting is completed and other entities that have sought from Skadden, Arps advice on existing financial transactions with one or more of the Debtors or general advice regarding the Cases. Skadden, Arps will supplement this Verified Statement as necessary as the status of additional Represented Parties becomes clear.

      3.     Each of the Represented Parties may hold, whether directly or indirectly, claims against and/or interests in certain of the Debtors arising out agreements with certain of the Debtors, law or equity pursuant to the their relationship with the Debtors. The specific nature and

amount of these claims and/or interests have not yet been finally determined and may be set forth in proofs of claim or interest to be filed in the Cases.

      4.      Each of the Represented Parties separately requested that Skadden, Arps represent them in connection with the Cases.  Skadden, Arps is representing each of these clients individually.

      5.      Skadden, Arps has provided, and may continue to provide, certain legal services to certain of the Debtors. With respect to these services, Skadden, Arps has prepetition and may have post-petition claims against the Debtors. Skadden, Arps has not purchased, sold or otherwise transferred any claims against the Debtors.

      6.      The undersigned hereby certifies that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Skadden, Arps reserves the right to revise and supplement this statement.

Dated: New York, New York
       March  31, 2009

      Skadden, Arps, Slate, Meagher & Flom LLP

      By:    */s/ Sally McDonald Henry*
            Sally McDonald Henry
      Four Times Square
      New York, New York 10036
      Telephone:  212-735-3000
      Facsimile:  212-735-2000

**EXHIBIT A**

**(1)**   Chicago Mercantile Exchange Inc. and CME Group Inc.
20 S. Wacker Dr.
Chicago, IL 60606

**(2)**   Board of Trade of the City of Chicago, Inc.
141 West Jackson Blvd.
Chicago, IL  60604

**(3)**   New York Mercantile Exchange, Inc. and Commodity Exchange, Inc.
World Financial Center
One North End Ave
New York, NY  10282

**(4)**   The NASDAQ OMX Group, Inc., The NASDAQ Stock Market LLC, Nasdaq Options Services LLC, NASDAQ OMX PHLX, Inc., NASDAQ OMX Holding AB, OMX AB, PBOT, Inc., Nasdaq Technology Services, LLC, Shareholder. Com (B.V.), The NASDAQ Options Market LLC, Nasdaq Execution  Services, LLC, and Shareholder.com, Inc.
One Liberty Plaza
165 Broadway
New York, NY 10006

**(5)**   BlackRock Financial Management, Inc. and its subsidiaries and affiliates
40 East 52nd Street
New York, NY 10022

**(6)**   Region Marche
Via Gentile da Fabriano, 9
60125 - Ancona (AN)

**(7)**   Janus Capital Management LLC
151 Detroit Street
Denver, CO 80206

**(8)**   JA Solar Holdings Co., Ltd.
No.36, Jiang Chang San Road
ZhaBei
 Shanghai, China
200436

**(9)**   Merrill Lynch Commodities (Europe) Limited and Merrill Lynch International
2 King Edward Street
London EC1A 1HQ

**(10)**   Merrill Lynch Commodities, Inc.
20 East Greenway Plaza, Suite 700
Houston, TX 77046

**(11)**   Merrill Lynch Capital Services, Inc.
           4 World Financial Centre, 12th Floor
           New York, New York 10080

**(12)**   Merrill Lynch International Bank Limited
           Treasury Building, Lower Grand Canal Street
           Dublin 2, Ireland

**(13)**   Archstone-Smith Operating Trust (n/k/a Archstone)
           9200 East Panorama Circle, Suite 400
           Englewood, CO 80112

**(14)**   FCOF Securities Ltd., FCI Holdings I Ltd, FCDB UB 8020 Residential LLC, Drawbridge Long
           Dated Value Fund (B) LP, LDVF1 FIP S.a r.l., and LDVF1 Main FIP S.a r.l.
           1345 Avenue of the Americas, 46th Floor
           New York, NY 10105

**(15)**   Canary Wharf Group plc and subsidiaries
           One Canada Square
           Canary Wharf, London
           E14 5AB
           United Kingdom

**(16)**   Wilton Re Holdings Limited
           14 Par-la-Ville Road
           Parlaville Place - 1st Floor
           Hamilton, HM08
           Bermuda

**(17)**   Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
           c/o Silver Point Capital, L.P.
           Two Greenwich Plaza
           1st Floor
           Greenwich, CT 06830