MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Andrew D. Gottfried
Tel: 212-309-6000
Fax: 212-309-6001

*Attorneys for Hotspot FXr LLC and Hotspot FXi, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                           :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    Case No. 08-13555 (JMP)
                                                                 :
                          Debtors.                               :    (Jointly Administered)
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF HOTSPOT TO
DEBTORS' PROPOSED CURE AMOUNT IN CONNECTION
WITH ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND RESERVATION OF RIGHTS TO
PURSUE CLAIMS AGAINST THE DEBTORS**

Hotspot FXr LLC and Hotspot FXi, LLC (collectively, "Hotspot"), by its undersigned counsel, hereby withdraws its *Objection of Hotspot to Debtors' Proposed Cure Amount in Connection with Assumption and Assignment of Executory Contracts* (the "Objection") that was filed on October 10, 2008 [Docket No. 800], and reserves its rights to pursue all claims it has against the Debtors, on the following grounds:

1.    On or about September 20, 2008, the Bankruptcy Court for the Southern District of New York entered the *Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedures 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Leases* [Docket No. 258] (the "Sale Order"). Pursuant to the Sale Order, the Debtors attempted to assume and assign certain contracts, described further below, to Barclays Capital Inc. ("Barclays").

2.    Hotspot was included in the schedule of contracts designated for assumption and assignment to Barclays. The proposed cure amount for Hotspot, however, was erroneously listed

as "$0." By its Objection, Hotspot sought to correct the cure amount in connection with (i) the ISDA Master Agreement, dated as of May 8, 2007 (the "ISDA Agreement"), with Lehman Brothers Commercial Corporation ("LBCC"), pursuant to which an amount of $409,979 held at LBCC (account number 27090011) remains due and owing to Hotspot; and (ii) the Participating Financial Institution Agreement, dated July 21, 2005 (the "PFI Agreement" and collectively with the ISDA Agreement, the "Hotspot Contracts"), with LBCC, pursuant to which an amount of $87,753.17 was due and owing to Hotspot.

3. Following Hotspot's Objection, Barclays informed Hotspot that the Hotspot Contracts could not be assumed and assigned to Barclays because LBCC was not a debtor at the time the Sale Order was entered by the Bankruptcy Court. Nonetheless, Hotspot and Barclays have reached a consensual resolution with respect to one of the Hotspot Contracts. Specifically, Barclays agreed to cure the outstanding arrearages of the Debtors with respect to the PFI Agreement in the amount of $87,753.17 in exchange for Hotspot continuing to provide services to Barclays under the PFI Agreement.

4. Notwithstanding the above, the amount of $409,979 held in the LBCC account remains due and owing to Hotspot by the Debtors. As such, Hotspot expressly reserves its right to pursue its claims against the Debtors with respect to this and any additional amounts.

Dated: New York, New York
       March 31, 2009

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: s/ Andrew D. Gottfried
    Andrew D. Gottfried
    101 Park Avenue
    New York, New York 10178
    Tel: 212-309-6000
    Fax: 212-309-6001

*Attorneys for Hotspot FXr LLC and Hotspot FXi, LLC*