UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                          :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                                                :
            Debtors.                                        :    (Jointly Administered)

------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

On March 31, 2009, I certify that I caused a true and correct copy of the foregoing *Notice of Withdrawal of Objection of Hotspot to Debtors' Proposed Cure Amount in Connection with Assumption and Assignment of Executory Contracts and Reservation of Rights to Pursue Claims Against the Debtors* to be served by Federal Express mail service, to the parties identified below:

Attorneys for the Debtors
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife, Esq.
Attn: Shai Y. Waisman, Esq.

Attorneys for the SIPC Trustee
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffrey S. Margolin, Esq.

Attorneys for the Purchaser
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq.
Attn: Lisa M. Schweitzer, Esq.

                                                            s/ Kim Raulsome
                                                            Kim Raulsome