B 250A
(8/96)

# United States Bankruptcy Court

___Southern___ District Of___New York___

In re Lehman Brothers Holdings Inc_____,
　　　　　　　Debtor

Case No. 08-13555 (JPP)

LH 1440 L.L.C._____,
　　　　　　　Plaintiff

Chapter _____

v.

Lehman Commercial Paper Inc._____,
　　　　　　　Defendant
Lehman Brothers Holdings, Inc.
State Street Bank and Trust Company

Adv. Proc. No. _____

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

---

Address of Clerk

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York, NY 10004

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

Name and Address of Plaintiff's Attorney

Mark L Lubelsky, Mark L Lubelsky And Associates
123 West 18th Sgreet, 8th Floor
New York, NY 10011

---

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____
*Clerk of the Bankruptcy Court*

_____    By: _____
　　Date　　　　　　　　　Deputy Clerk