| | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| **T-Rex Manassas Joint Venture 303694/935** | | | | |
| | Goldsmith, Paul | 195 | 4.00 | 780.00 |
| | **Total Services** | | **4.00** | **$780.50** |
| **WSG Development/Las Vegas Property 303694/965** | Attorney | Rate | Hours | Value |
| | Shea, Edward E.. | 525 | 4.00 | 2100.00 |
| | Cote, Anna | 235 | 0.30 | 70.50 |
| | **Total Services** | | **4.30** | **$2,170.50** |
| **IBM Building 303694/1170** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 0.90 | 445.50 |
| | Goldsmith, Paul | 195 | 2.50 | 487.50 |
| | **Total Services** | | **3.40** | **$933.00** |
| **WSG Hollywood 303694/2016** | Attorney | Rate | Hours | Value |
| | Glanz, David L. | 495 | 0.40 | 198.00 |
| | **Total Services** | | **0.40** | **$198.00** |
| **Carillon Modifications - 303694/2044** | Attorney | Rate | Hours | Value |
| | Stein, Clifford | 450 | 5.70 | 2565.00 |
| | Cote, Anna | 235 | 0.30 | 70.50 |
| | **Total Services** | | **4.10** | **$2,635.50** |
| **Amendment to Midtown Memphis Loan 303694/2073** | Attorney | Rate | Hours | Value |
| | Glanz, David L. | 495 | 7.40 | 3663.00 |
| | **Total Services** | | **7.40** | **$3,663.00** |
| **350 West Broadway Construction Loan 303694/2088** | Attorney | Rate | Hours | Value |
| | Goldsmith, Paul | 195 | 5.50 | 1072.50 |
| | Glanz, David L. | 495 | 3.40 | 1683.00 |
| | **Total Services** | | **8.90** | **$2,755.50** |
| **RFR-Riande Hotel Mezz Loans - 303694/2099** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 0.50 | 247.50 |
| | **Total Services** | | **0.50** | **$247.50** |
| **Kojaian Transaction 303694/2139** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 36.60 | 18117.00 |
| | Thomas, James J. | 700 | 1.0 | 700.00 |
| | Zoffinger, Richard | 350 | 0.90 | 315.00 |
| | Cote, Anna | 235 | 0.60 | 141.00 |
| | Goldsmith, Paul | 195 | 3.00 | 585.00 |
| | Solomon, Joel L. | 225 | 0.60 | 135.00 |

| | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| **Kojaian Transaction 303694/2139** | | | | |
| | Total Services | | 42.70 | $19,993.00 |
| **LCOR Analysis - 303694/2141** | Attorney | Rate | Hours | Value |
| | Thomas, James J. | 700 | 2.00 | 1400.00 |
| | Dean, Christopher E. | 360 | 0.60 | 216.00 |
| | Cook Jr., Wayne S. | 410 | 27.70 | 11357.00 |
| | Goldsmith, Paul | 195 | 0.50 | 97.50 |
| | Rossi, Robert A. | 525 | 26.40 | 13860.00 |
| | Zoffinger, Richard | 350 | 7.00 | 2450.00 |
| | Total Services | | 64.20 | $29,380.50 |
| **816 Congress – Partial Sale of LB Equity 303694/2167** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 0.30 | 157.50 |
| | Total Services | | 0.30 | $157.50 |
| **The Mark Redemption - 303694/2172** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 24.70 | 12967.50 |
| | Zoffinger, Richard | 350 | 16.90 | 5915.00 |
| | Foote, Carrie E. | 350 | 17.00 | 5950.00 |
| | Cote, Anna | 235 | 1.00 | 235.00 |
| | Cook Jr., Wayne S. | 410 | 7.30 | 2993.00 |
| | Goldsmith, Paul | 195 | 4.50 | 877.50 |
| | Total Services | | 71.40 | $28,938.00 |
| **New Dawn Land Loan Workout - 303694/2174** | Attorney | Rate | Hours | Value |
| | Thomas, James J. | 700 | 0.50 | 350.00 |
| | Zoffinger, Richard | 350 | 11.60 | 4060.00 |
| | Cook Jr., Wayne S. | 410 | 3.00 | 1230.00 |
| | Total Services | | 15.10 | $5,640.00 |
| **Bankruptcy - 303694/2179** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 4.00 | 2100.00 |
| | Etheridge, Derek | 315 | 15.70 | 4945.50 |
| | Cook Jr., Wayne S. | 410 | 6.00 | 2460.00 |
| | Total Services | | 25.70 | $9,505.50 |
| **Monument Issues - 303694/2181** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 9.20 | 4830.00 |

{10498729:1}

| | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| **Monument Issues - 303694/2181** | | | | |
| | Zoffinger, Richard | 350 | 6.60 | 2310.00 |
| | Longo, Kim M. | 350 | 24.00 | 8400.00 |
| | Bindler, Deborah H. | 425 | 0.60 | 255.00 |
| | Goldsmith, Paul | 195 | 6.0 | 1170.00 |
| | Cook Jr., Wayne S. | 410 | 42.50 | 17425.00 |
| | **Total Services** | | **88.90** | **$34,390.00** |
| **Moonlight Basin Enforcement - 303694/2184** | Attorney | Rate | Hours | Value |
| | Bindler, Deborah H. | 425 | 0.50 | 212.50 |
| | **Total Services** | | **0.50** | **$212.50** |
| **Hudson Yards Enforcement - 303694/2185** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 4.30 | 2128.50 |
| | Slama, Mark A. | 440 | 0.4 | 176.00 |
| | **Total Services** | | **4.70** | **$2,304.50** |
| **West Side Studio Restructure - 303694/2189** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 6.40 | 3360.00 |
| | **Total Services** | | **6.40** | **$3,360.00** |
| **Storage Deluxe - 303694/2190** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 10.80 | 5346.00 |
| | Rossi, Robert A. | 525 | 0.70 | 367.50 |
| | **Total Services** | | **11.50** | **$5,713.50** |
| **25/45 Broad Street - 303694/2192** | Attorney | Rate | Hours | Value |
| | Alkin, Donna F. | 320 | 6.80 | 2176.00 |
| | Stevinson, Douglas A | 340 | 0.40 | 136.00 |
| | Banahan, Thomas A. | 495 | 7.70 | 3811.50 |
| | Hudson, Michael | 175 | 9.00 | 1575.00 |
| | Slama, Mark A. | 440 | 31.70 | 13948.00 |
| | Thomas, James J. | 700 | 2.20 | 1540.00 |
| | Dubiago, Lana | 170 | 4.90 | 833.00 |
| | Mizrahi, Samuel | 365 | 18.20 | 6643.00 |
| | Bindler, Deborah H. | 425 | 1.70 | 722.50 |
| | Solomon, Joel L. | 225 | 0.20 | 45.00 |
| | **Total Services** | | **82.80** | **$31,430.00** |

{10498729:1}

| | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| **RFR Continental Bayside Hotel - 303694/2193** | | | | |
| | Banahan, Thomas A. | 495 | 6.70 | 3316.50 |
| | **Total Services** | | **6.70** | **$3,316.50** |
| **Paradise Hotel - 303694/2194** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 0.70 | 367.50 |
| | Cook Jr., Wayne S. | 410 | 29.30 | 12013.00 |
| | **Total Services** | | **30.00** | **$12,380.50** |
| **215 Brazilian Avenue Enforcement - 303694/2196** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 2.00 | 990.00 |
| | **Total Services** | | **2.00** | **$990.00** |
| **King Kalakaua Agt. - 303694/2198** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 0.30 | 157.50 |
| | Cook Jr., Wayne S. | 410 | 5.40 | 2214.00 |
| | **Total Services** | | **5.70** | **$2,371.50** |
| **Emerald Dunes Workout - 303694/2199** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 1.00 | 525.00 |
| | Thomas, James J. | 700 | 1.50 | 1050.00 |
| | Holden, John | 365 | 4.80 | 1752.00 |
| | Landzberg, Alan | 490 | 0.50 | 245.00 |
| | Cook Jr., Wayne S. | 410 | 8.30 | 3403.00 |
| | Glanz, David L. | 495 | 16.10 | 7969.50 |
| | Goldsmith, Paul | 195 | 4.50 | 877.50 |
| | **Total Services** | | **36.70** | **$15,822.00** |
| **Culver City Issues - 303694/2200** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 1.70 | 892.50 |
| | **Total Services** | | **1.70** | **$892.50** |

{10498729:1}