ANDREWS KURTH LLP
Basil A. Umari
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200 (telephone)
(713) 220-4285 (facsimile)

Counsel for Fernanda Canales Gonzalez and Rocio González De Canales

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                                       :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS, INC.,                              :   Case No. 08-13555 (JMP)
                                                             :
                                                             :
                    Debtor.                                  :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Ana Fernanda Canales Gonzalez and Rocio González De Canales hereby enter their appearance pursuant to Bankruptcy Rules 2002, 2018, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), and requests that copies of all notices and pleadings, including all exhibits, given or filed in this case be given and served upon the person listed below at the following address and telephone/fax number:

> Basil A. Umari, Esq.
> Andrews Kurth LLP
> 600 Travis, Suite 4200
> Houston, Texas 77002
> Telephone: (713) 220-4200
> Facsimile: (713) 220-4285

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules

HOU:2897049.1

specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

Dated:  New York, New York
        April 2, 2009

                             ANDREWS KURTH LLP

                             By:  /s/  Basil A. Umari
                                Basil A. Umari
                                600 Travis, Suite 4200
                                Houston, Texas  77002
                                Telephone:  (713) 220-4200
                                Facsimile:  (713) 220-4285

                                Counsel for Fernanda Canales Gonzalez

HOU:2897049.1