# Exhibit "D"

| DISTRICT COURT, DOUGLAS COUNTY, COLORADO<br><br>Court Address:   4000 Justice Way<br>                 Castle Rock, CO  80109-7546 | EFILED Document<br>CO Douglas County District Court 18th JD<br>Filing Date: Mar 20 2009 3:46PM MDT<br>Filing ID: 24318942<br>Review Clerk: N/A |
|---|---|
| Plaintiffs: MIDCOUNTRY BANK | |
| Defendants: AURORA LOAN SERVICES, LLC a Colorado limited liability company | Case Number: 09CV369<br><br>Ctrm.: Div. 1 |
| ORDER | |

     THIS COURT, having reviewed the file, the pleadings and having taken testimony on Plaintiff's Request for Injunctive Relief and Replevin but not completing the hearing, the Court hereby issues the following Order:

     On March 11, 2009 the Court issued a temporary restraining order in this matter and hearing was scheduled for March 18, 2009. At the conclusion of the hearing the Court granted a request by the Defendant to modify the restraining order.  The order issued on March 11, 2009 is hereby modified to permit the Defendant to continue servicing the mortgage loans that are in question in this case.  The Court notes that the restraining order of March 11, 2009 became effective on the posting of a bond by the Plaintiff. The Court, in the order of March 11, 2009 ordered that the Plaintiff post a $100,000 bond.  To the date of this order the Plaintiff has not posted the bond.  The order of March 11, 2009, as modified by this order, does not become effective until that bond is posted.

     Notwithstanding the fact that the restraining order is not in effect due to the failure to post the bond, the Court did order, at the conclusion of the hearing on March

18, 2009, that the Defendant make available copies of the servicing files to the Plaintiff within 15 days.  This order remains in effect.

Dated and signed this 20th day of March, 2009.

> BY THE COURT:
>
> <u>ORIGINAL SIGNATURE ON FILE</u>
> PAUL A. KING
> District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true, accurate and complete copy of said Order was electronically filed via LexisNexis this 20th day of March, 2009.

ORIGINAL SIGNATURE ON FILE
Char Hansen
Division Clerk, Div. 1

o