SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Sally McDonald Henry

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------- x

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK  )

   I, **Jean Guerrier**, having been duly sworn to law, depose, and say:

   The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036.

On April 1, 2009, I also caused a true and correct copy of the *Verified Statement Of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant To Federal Rule Of Bankruptcy Procedure 2019*, to be served via First Class mail to the persons on the attached Service List.

By:     */s/Jean Guerrier*
Jean Luc Guerrier

Sworn to before me this
1st day of April, 2009.

   */s/Votress Desire*
Votress C. Desire- Notary Public
**Notary Public, State of New York**
**No. 01DE4935232**
**Qualified in Nassau County**
**Commission Expires June 27, 2010**

## Service List

**Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
Attn:  Richard P. Krasnow
         Lori R. Fife
         Shai Y. Waisman
         Jacqueline Marcus

**Milbank, Tweed, Hadley & McCoy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne
         Dennis O'Donnell
         Evan Fleck

**Office of the United States Trustee**
**For the Southern District of New York**
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Andy Velez-Rivera
         Paul Schwartzberg
         Brian Matsumoto
         Linda Riffkin
         Tracy Hope Davis