DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, Morristown, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM7791)
AMISH R. DOSHI, ESQ. (AD5996)
- AND -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

- AND -

FAIRFIELD AND WOODS, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203
(303) 830-2400
SCOTT T. RODGERS, ESQ. (19943)

ATTORNEYS FOR MIDCOUNTRY BANK

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (jointly administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard M. Meth, a member in good standing of the bars of the State of New Jersey, the United States District Courts for the District of New Jersey and the Eastern District of Michigan, and the Court of Appeals for the Second, Third and Tenth Circuits, hereby request admission, *pro hac vice*, before the Honorable James M. Peck, U.S.B.J., to represent MidCountry Bank and to otherwise appear in connection with the above-referenced Chapter 11 cases and any related proceedings.

My Address is:      DAY PITNEY LLP
                    (MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
                    (DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
E-mail Address:     rmeth@daypitney.com
Telephone number:   (973) 966-6300

I agree to pay the required filing fee of $25 upon approval by this Court admitting me to

practice *pro hac vice*.

Dated: April 3, 2009
       Florham Park, NJ

                              /s/ Richard M. Meth
                              RICHARD M. METH (RM7791)