DAY PITNEY LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ  07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM7791)
AMISH R. DOSHI, ESQ. (AD5996)
- AND -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

- AND -

FAIRFIELD AND WOODS, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203
(303) 830-2400
SCOTT T. RODGERS, ESQ. (19943)

ATTORNEYS FOR MIDCOUNTRY BANK

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (jointly administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Scott T. Rodgers, a member in good standing of the bar of the State of Colorado, hereby request admission, *pro hac vice*, before the Honorable James M. Peck, U.S.B.J., to represent MidCountry Bank and to otherwise appear in connection with the above-referenced Chapter 11 cases and any related proceedings.

My Address is:         FAIRFIELD AND WOODS, P.C.
                       1700 Lincoln Street, Suite 2400
                       Denver, CO  80203
E-mail Address:        srodgers@fwlaw.com
Telephone number:      (303) 830-2400

I agree to pay the required filing fee of $25 upon approval by this Court admitting me to

practice *pro hac vice*.


Dated: April 1, 2009
       Florham Park, NJ


                                        /s/ Scott T. Rodgers
                                        SCOTT T. RODGERS