HEARING DATE: APRIL 22, 2009 AT 10:00 A.M.
OBJECTION DEADLINE: APRIL 17, 2009 AT 4:00 P.M.

DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM7791)
HERBERT K. RYDER, ESQ. (HR5137)
- AND -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

- AND -

FAIRFIELD AND WOODS, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203
(303) 830-2400
SCOTT T. RODGERS, ESQ. (19943)

ATTORNEYS FOR MIDCOUNTRY BANK

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
|  | (jointly administered) |
| Debtors. |  |

**CERTIFICATION OF SERVICE REGARDING MOTION OF
MIDCOUNTRY BANK FOR ENTRY OF AN ORDER (i) GRANTING
RELIEF FROM THE AUTOMATIC STAY, (ii) WAIVING THE 10-DAY STAY
UNDER FED. R. BANKR. P. 4001(a)(3), AND (iii) GRANTING RELATED RELIEF**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Day Pitney LLP. My business address is 200 Campus Drive, Florham Park, New Jersey. Day Pitney is local counsel to MidCountry Bank in connection with the above-referenced matter.

2. On April 2, 2009, I electronically filed the following documents with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served:

    a. Notice Of Hearing On Motion Of MidCountry Bank For Entry Of An Order (i) Granting Relief From The Automatic Stay, (ii) Waiving The 10-Day Stay Under Fed. R. Bankr. P. 4001(a)(3), And (iii) Granting Related Relief;

    b. Motion Of MidCountry Bank For Entry Of An Order (i) Granting Relief From The Automatic Stay, (ii) Waiving The 10-Day Stay Under Fed. R. Bankr. P. 4001(a)(3), And (iii) Granting Related Relief; and

    c. Proposed form of Order.

3. In addition, on April 2, 2009 I caused copies of the aforementioned documents to be served upon all parties on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

                                                           /s/ Marcia L. Steen
                                                           MARCIA L. STEEN

Dated: April 3, 2009

**Service List**

**Served Via Overnight Mail On 4/2/2009:**

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153
*ATTORNEYS FOR THE DEBTORS*

**Served Via First Class Mail, Postage Pre-Paid, On 4/2/2009**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
ATTN: JAMES W. GIDDENS
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FL
LOS ANGELES, CA 90017

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908

CLEARY GOTTLIEB LLP
JAMES BROMLEY/ LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006