David M. Grimes, Esq.
John L. Scott, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Consulente legale di Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund*

**TRIBUNALE FALLIMENTARE DEGLI STATI UNITI D'AMERICA**
*SOUTHERN DISTRICT* **DI NEW YORK**

------------------------------------------------------x

| | |
|---|---|
| Oggetto | *Chapter* 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Caso n. 08-13555 (JMP) (In amministrazione congiunta) |
| I Debitori. | Riferimento ai Documenti n. 1541 & 2258 |

------------------------------------------------------x

**GIURAMENTO RESO DA CAMILLA GIACCHERO A SOSTEGNO DELL'ISTANZA DI YARPA INVESTMENTI S.G.R. S.p.A. – RP3 FUND PER ESSERE ESCLUSA DALLA LISTA DEI CONTRATTI RITENUTI COME ANCORA ESISTENTI DA PARTE DEI DEBITORI**

CAMILLA GIACCHERO dopo aver reso giuramento, ha dichiarato ed affermato quanto segue:

1.  Sono attualmente impiegata presso Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund ("Yarpa") e rilascio il presente Giuramento a sostegno dell'Istanza di Yarpa per essere esclusa dalla lista dei contratti ritenuti come ancora esistenti da parte dei Debitori ("Istanza di Yarpa").

2.  Sono di lingua madre italiana. Dato che non conosco esaustivamente la lingua inglese, presento questa istanza nella mia lingua d'origine, l'italiano.

3. Sono una della cinque impiegate (*receptionists*) incaricate di rivedere i messaggi di posta elettronica (*emails*) ricevuti all'indirizzo generale di posta elettronica di Yarpa (info@yarpa.it). Ciascuna delle cinque impiegate è addetta per i diversi settori delle attività di Yarpa. Per questo motivo, controlliamo solo i messaggi di posta elettronica che sembrano essere inerenti alla nostra linea di attività e, nel caso in cui sembrino essere rilevanti, i messaggi di posta elettronica vengono inoltrati al funzionario o impiegato preposto in Yarpa. Nel caso in cui i messaggi di posta elettronica siano irrilevanti per l'attività di Yarpa, vengono considerati come posta indesiderata (*spam*) e sono cancellati.

4. Sono impiegata con mansioni di contabile e di back office dei fondi comuni di investimento mobiliare gestiti da Yarpa Investimenti S.G.R. S.p.A. Per questo motivo, mi occupo, inter alia,, di rivedere i messaggi di posta elettronica che riguardano Yarpa, e nel caso in cui siano rilevanti, di inoltrare tali messaggi di posta elettronica al Sig. Roberto Santià.

5. La maggior parte del tempo in cui rivediamo i messaggi di posta elettronica è dedicata a dividere la corrispondenza legata all'attività della società dalla pubblicità indesiderata. Ogni mese, all'indirizzo generale di posta elettronica di Yarpa, vengono ricevuti oltre mille messaggi di posta elettronica. A causa della differenza di fuso orario tra l'Italia e gli Stati Uniti, numerosi messaggi di posta elettronica sono ricevuti molto tardi durante la notte, dopo il normale orario lavorativo in Italia, e non vengono quindi controllati fino al seguente giorno lavorativo.

6. Intorno al 15 dicembre 2008, ho visto sei messaggi di posta elettronica inviati dal Debitore, come sopra menzionato, (tramite *Epic Systems Bankruptcy Solutions*) all'indirizzo generale di posta elettronica di Yarpa. Dopo aver stabilito che tali messaggi di posta elettronica potevano non essere posta indesiderata, li ho inoltrati al Sig. Roberto Santià. Sebbene non

avessi interamente compreso il contenuto di quei messaggi di posta elettronica poiché erano in inglese, ho ritenuto fossero potenzialmente rilevanti perché l'indirizzo generale di posta elettronica di Yarpa ha ricevuto sei messaggi di posta elettronica dal medesimo soggetto (inviati tramite *Epic Systems Bankruptcy Solutions*) nello stesso giorno in uno spazio di tempo breve e, con allegati suddivisi in sei parti distinte. Semplicemente in considerazione di ciò, ho ritenuto fosse opportuno inoltrare i messaggi di posta elettronica al Sig. Roberto Santià.

7.  Nel gennaio 2009, i miei superiori in Yarpa hanno indagato sui messaggi di posta elettronica presumibilmente inviati all'indirizzo generale di Yarpa il 6 novembre 2008 e il 14 novembre 2008 (gli "Avvisi"). In tali occasioni ho visto i contenuti dei messaggi di posta elettronica ricevuti all'indirizzo info@yarpa.it. Al meglio della mia conoscenza e per quanto posso ricordare, ho ritenuto che gli avvisi fossero posta indesiderata in quanto: sembravano essere parte di messaggi di massa; non risultavano inviati da abituali interlocutori di Yarpa; non erano indirizzati ad alcun specifico funzionario o impiegato di Yarpa; facevano rinvio ad un file allegato che non ho aperto temendo potesse contenere un virus. Inoltre, dato che i messaggi di posta elettronica erano in inglese, non sono stata in grado di rendermi conto, che, in realtà, non erano messaggi di posta indesiderata.

*[signature]*
_____
**Camilla Giacchero**

Io sottoscritta Dott.ssa Paola Casali, Notaio in Milano, iscritta presso il Collegio Notarile di Milano,

attesto

che la dichiarante Signora:

- CAMILLA GIACCHERO, nata a Ovada (Provincia di Alessandria) il giorno 1 ottobre 1975, residente in Genova, Via Angelo Carrai n. 68/3, della cui identità personale io Notaio sono certo, consapevole della responsabilità penale cui può andare incontro in caso di dichiarazioni mendaci, ha reso e sottoscritto in mia presenza la suestesa dichiarazione.

Milano, 3 (tre) aprile 2009 (duemilanove).








# TRANSPERFECT

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
ORLANDO
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Marina Yoffe, hereby certify that the following document is to the best of my knowledge and belief, a true and accurate translation, of the document "AFFIDAVIT OF CAMILLA GIACCHERO IN SUPPORT OF MOTION OF YARPA INVESTMENTI S.G.R. S.p.A. – RP3 FUND FOR RELIEF CONCERNING DEBTORS' ASSUMPTION OF CERTAIN OPEN TRADE CONFIRMATIONS" from Italian to English.

Marina Yoffe
Signature

Sworn to before me this
April 3, 2009

Signature, Notary Public

Stephanie Dill
Notary Public, State of New York
No. 01DI6180934
Qualified in NEW YORK County
Commission Expires Jan 22, 2012

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

David M. Grimes, Esq.
John L. Scott, Esq.
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Counsel to Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                            :
RE:                                                         :   Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   Case No. 08-13555 (JMP)
                                                            :   (Jointly Administered)
                                      Debtors.   :
                                                            :   Refers to Dkt. Nos. 1541 & 2258
-----------------------------------------------------------x

**AFFIDAVIT OF CAMILLA GIACCHERO IN SUPPORT OF
MOTION OF YARPA INVESTMENTI S.G.R. S.p.A. – RP3
FUND FOR RELIEF CONCERNING DEBTORS'
<u>ASSUMPTION OF CERTAIN OPEN TRADE CONFIRMATIONS</u>**

CAMILLA GIACCHERO being duly sworn, deposes and says:

1.   I currently am an employee with Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund ("Yarpa") and submit this Affidavit in Support of the Motion of Yarpa for Relief Concerning Debtors' Assumption of Certain Open Trade Confirmations ("Yarpa's Motion").

2.   I am a native Italian speaker. Because I am not fluent in English, I submit this affidavit in my native language of Italian.

[signature]   [seal] PAOLA CASALI DI BERRIO, NOTARY IN MILAN
              [signature]

3. I am one of the five receptionists charged with reviewing the emails received at Yarpa's generic email address (info@yarpa.it). Each of the five receptionists is in charge for different aspects of Yarpa's business. Thus, we only review emails that appear to pertain to our line of business and if they are deemed to be relevant, the emails are forwarded to the appropriate manager or employee at Yarpa. If the emails are irrelevant to Yarpa's business, they are deemed to be spam and deleted.

4. I am in charge for the accounting and back office of the investment mutual funds managed by Yarpa Investimenti S.G.R. S.p.A. Therefore, I am responsible for, inter alia, reviewing emails that pertain to Yarpa, and if relevant, I am required to forward these emails to Mr. Roberto Santià.

5. The majority of our time reviewing the emails involves distinguishing between business correspondence and spam advertisements. Each month, Yarpa's generic email address receives well over a thousand emails. Due to the time difference between Italy and the United States, numerous emails are received very late at night, after normal business hours in Italy, and are not reviewed until the following business day.

6. On or about December 15, 2008, I reviewed six emails sent by the Debtor (through *Epic Systems Bankruptcy Solutions*) in the above-referenced case to Yarpa's generic email address. After determining that these emails could be other than spam, I forwarded them to Mr. Roberto Santià. Although I did not fully understand the contents of these emails because

they were in English, I deemed them potentially relevant because Yarpa's generic email address received six emails from the same sender (through *Epic Systems Bankruptcy Solutions*) over a short period of time, with attachments split into six different parts. Simply on the grounds above, I determined that it was appropriate to forward the emails to Mr. Roberto Santià.

7.  In January 2009, my superiors at Yarpa inquired about emails allegedly sent to Yarpa's generic email address on November 6, 2008 and November 14, 2008 (the "Notices"). On those dates, I recall reviewing the contents of all e-mails received at the email address info@yarpa.it. To the best of my knowledge and to the extent that I can remember, I determined that the Notices were spam for the following reasons: they appeared to be part of a mass mailing; they seemed to not be sent by Yarpa's usual competitors; they were not addressed to any specific Yarpa manager or employee; they had files attached that I did not open because I was concerned they could carry a virus. Also, because the emails were in English, I was not able to discern and realize that they were, in fact, not spam.

                                                [signature]
                                                Camilla Giacchero

I, the undersigned Dr. Paola Casali, a Notary in Milan, registered in the College of Notaries in Milan,

certify

that the declaring party, Ms.
- **CAMILLA GIACCHERO**, born in Ovada (Province of Alessandria) on October 1, 1975, residing in via Angelo Carrai, 68/3, in Genoa, whose identity I, the Notary, am personally certain of, is aware of the criminal penalties that she may face in the event of a false declaration and has made and signed the above statement in my presence.
Milan, April 3 (third), 2009 (two thousand nine).

[signature]

| TAX STAMP | | N |
|---|---|---|
| Ministry of the Economy and Finance | € 14.62 | |
| | Fourteen/62 | |
| Tax Agency | | |
| 00032044 | 0000167E    WDFMVD01 | |
| 00655906 | 03/25/2008    5:04:24 pm | |
| 0001-00009 | 672ADB38B68C9748 | |
| ID | 01081761700899 | |
| 0 | 1 08 176170    089    9 | |

[seal] PAOLA CASALI DI BERRIO, NOTARY IN MILAN

_____

Notary Public

- 4 -