WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re                                          :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                           :    **(Jointly Administered)**
:
:
-------------------------------------------------------------------x

**NOTICE OF FILING OF UPDATED MASTER SERVICE LIST**

Pursuant to an order of this Court dated September 22, 2008, granting the Debtors' motion for an order implementing certain notice and case management procedures [Docket No. 285], as amended [Docket No. 2837], attached hereto is the Master Service List as of April 3, 2009.

Dated:  April 3, 2009
        New York, New York

                                        /s/ Shai Y. Waisman
                                        Harvey R. Miller
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

NY2:\1983985\01\16$%P01!.DOC\58399.0003