John L. Scott, Esq.
David M. Grimes, Esq.
Rizwan A. Qureshi, Esq.
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Tel:  212-521-5400
Fax:  212-521-5450

*Counsel to Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    Case No. 08-13555 (JMP)
                                                :    (Jointly Administered)
                                   Debtors.     :
                                                :
----------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund, and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b) requests that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

> John L. Scott, Esq.
> David M. Grimes, Esq.
> Rizwan A. Qureshi, Esq.
> **REED SMITH LLP**
> 599 Lexington Avenue
> New York, NY 10022
> Tel:  212-521-5400
> Fax:  212-521-5450
> jlscott@reedsmith.com
> dgrimes@reedsmith.com
> rqureshi@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph or otherwise, which affects the Debtors in these cases or their property.

PLEASE TAKE FURTHER NOTICE, that the submission and filing of this Notice is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which rights are reserved without prejudice.

Dated: April 6, 2009           **REED SMITH LLP**
       New York, NY

                          By: /s/ John L. Scott_____
                                John L. Scott, Esq.
                                David M. Grimes, Esq.
                                Rizwan A. Qureshi, Esq.
                                599 Lexington Avenue
                                New York, New York 10022
                                Tel: 212-521-5400
                                Fax: 212-521-5450
                                jlscott@reedsmith.com
                                dgrimes@reedsmith.com