Anthony D. Boccanfuso
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022-4690
(212) 715-1000 (Telephone)
(212) 715-1399 (Facsimile)

-and-

Charles A. Malloy
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004
(202) 942-5000 (Telephone)
(202) 942-5999 (Facsimile)

*Attorneys for Dankse Bank A/S and Sampo Bank Plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** <br><br> **LEHMAN BROTHERS HOLDINGS INC., et al.,** <br><br> **Debtors.** | CHAPTER 11 <br> CASE NO. 08-13555(JMP) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that DANSKE BANK A/S and SAMPO BANK PLC hereby appear in these cases by their counsel, Arnold & Porter LLP; such counsel hereby enters their appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant to, *inter alia*, Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case by given to and served upon:

Anthony D. Boccanfuso
Arnold & Porter LLP
399 Park Avenue
New York, New York  10022
Tel.:  (212) 715-1000
Fax:  (212) 715-1399
anthony_boccanfuso@aporter.com

Charles A. Malloy
Arnold & Porter LLP
Washington, D.C.  20004
Tel:  (202) 942-5000
Fax:  (202) 942-5999
charles_malloy@aporter.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan of reorganization, disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the above-referenced case and any adversary proceedings or contested matters therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights of DANKSE BANK A/S or SAMPO BANK PLC to (1) have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceedings related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) contend that jurisdiction or venue in this Court is improper or inappropriate.

2

Dated    New York, New York
           April 6, 2009

Respectfully submitted,

**ARNOLD & PORTER LLP**

By: /s/ Anthony D. Boccanfuso
    Anthony D. Boccanfuso
    399 Park Avenue
    New York, New York 10022
    (212) 715-1000

-and-

Charles A. Malloy
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000

*Attorneys for Danske Bank A/S and Sampo Bank Plc*