WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

| | | |
|---|---|---|
| **In re** | : | |
| **LEHMAN BROTHERS INC.,** | : | **Case No.** |
| Debtor. | : | **08-01420 (JMP) (SIPA)** |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 7, 2009 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.    Case Conference

    A.    Report on the Status of the Proposed International Case Protocol

2.    Motion to Expand the Scope of Retention of Simpson Thacher & Bartlett LLP [**Docket No. 3216**]

    Response Deadline:    April 2, 2009 at 11:30 a.m.

    Responses Received:

        A.    Statement of Non-Objection by United States Trustee [**Docket No. 3261**]

    Related Documents:    None.

    Status:  This matter is going forward.  A revised order will be submitted to the Court.

3.    Motion of US Bank, National Association for Relief from the Automatic Stay [**Docket No. 2961**]

    Response Deadline:    April 6, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been resolved.  The parties will present to the Court a proposed stipulation and order for approval.

4.    Motion of Charise Carroll for Relief from the Automatic Stay [**Docket No. 3143**]

    Response Deadline:    April 6, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been resolved.  The parties will present to the Court a proposed stipulation and order for approval.

**A.     Adversary Proceedings:**

5. LBSF Inc. v. Ballyrock Abs CDO 2007-1 Limited and Wells Fargo Bank, N.A., Trustee **[Case No. 09-01032]**

   Pre-Trial Conference

   Responses Received:

   A.  Answer to Complaint of Wells Fargo Bank, N.A. **[Docket No. 3]**

   B.  Answer to Counterclaim Lehman Brothers Special Financing Inc. **[Docket No. 11]**

   C.  Answer to Counterclaim of Ballyrock ABS CDO 2007-1 Limited **[Docket No. 12]**

   Status:  This matter is going forward.

6. Maximilian Coreth v. Barclays Capital Inc. **[Case No. 09-01045]**

   Pre-Trial Conference

   Answer Deadline:    March 19, 2009.

   Status:  This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**II.    UNCONTESTED MATTERS:**

7. First Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 13, 2008 Through January 31, 2009 **[Docket No. 703]**

   Response Deadline:    April 2, 2009 at 4:00 p.m.

   Responses Received:

   A.  Recommendation of the Securities Investor Protection Corporation in Support of First Application of Counsel for Interim Compensation and Reimbursement of Expenses **[Docket No. 930]**

   B.  Response of the Official Committee of Unsecured Creditors to First Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation **[Docket No. 932]**

Related Documents:

    C.    Notice of First Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 13, 2008 Through January 31, 2009 **[Docket No. 704]**

    D.    Notice of Revised Proposed Order **[Docket No. 938]**

Status:  This matter is going forward.

8.    Notice of Hearing Regarding Joint Motion of the Trustee and the Securities Investor Protection Corporation for an Order Authorizing Employment of Counsel Utilized in the Ordinary Course **[Docket No. 873]**

Response Deadline:  April 2, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Revised Proposed Order Authorizing Employment of Counsel Utilized in the Ordinary Course **[Docket No. 931]**

Status:  This matter is going forward.

### III.    ADJOURNED MATTERS:

### A.    Lehman Brothers Holdings Inc.:

9.    Debtors' Motion Authorizing Lehman Commercial Paper Inc. to Settle Dispute with the Metropolitan Life Insurance Company **[Docket No. 2978]**

Response Deadline:  March 12, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to April 22, 2009.

10. Motion of Mapco Express, Inc. and Delek US Holdings, Inc. for Relief from the Automatic Stay **[Docket No. 1663]**

   Response Deadline:   April 8, 2009 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to May 13, 2009.

11. Motion of 1407 Broadway Real Estate LLC and PRGS 1407 BWAY LLC for Relief from the Automatic Stay **[Docket No. 2752]**

   Response Deadline:   April 17, 2009 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to April 22, 2009.

12. Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim **[Docket No. 1205]**

   Response Deadline:   April 17, 2009 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:

   A.   Corrected Exhibit E **[Docket No. 1421]**

   Status:  This matter has been adjourned to April 22, 2009.

13. Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

   Response Deadline:   March 20, 2009 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:

   A.   Declaration of George Kielman **[Docket No. 1181]**

   Status:  This matter has been adjourned to May 13, 2009.

14. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay **[Docket No. 3182]**

    Response Deadline:    April 17, 2009.

    Responses Received:   None.

    Related Documents:

        A.    Declaration of Alan Worden **[Docket No. 3184]**

    Status:  This matter has been adjourned to April 22, 2009.

**B.    Adversary Proceedings:**

15. Kelly v. Lehman Brothers OTC Derivatives Inc., et al. **[Case No. 08-01621]**

    Pre-Trial Conference

    Answer Deadline:    April 10, 2009.

    Status:  This matter has been adjourned to April 22, 2009.

16. Berenshteyn v. LBHI **[Case No. 08-01654]**

    Pre-Trial Conference

    Answer Deadline:    April 2, 2009.

    Status:  This matter has been adjourned to May 13, 2009

17. Hank's Living Trust v. Lehman Brothers OTC Derivatives and LBHI **[Case No. 09-01054]**

    Pre-Trial Conference

    Answer Deadline:    June 25, 2009.

    Status:  This matter has been adjourned to June 15, 2009.

18. Nomura Global Financing Products Inc. v. LBSF and LBI **[Case No. 09-01061]**

    Pre-Trial Conference

    Answer Deadline:    April 3, 2009.

    Status:  This matter has been adjourned to April 22, 2009.

19. Turnberry et al v. LBHI **[Case No. 09-01062]**

    Pre-Trial Conference

    Answer Deadline:    March 30, 2009.

    Status:  This matter has been adjourned to April 22, 2009.

20. Lehman Commercial Paper Inc. v. iStar Financial **[Case No. 09-01060]**

    Pre-Trial Conference

    Answer Deadline:    March 30, 2009.

    Status:  This matter has been adjourned to April 22, 2009.

21. Royal Bank of America v. Lehman Brothers Special Financing, Inc.
    **[Case No. 08-01640]**

    Pre-Trial Conference

    Responses Received:

        A.    Answer and Affirmative Defenses of Defendant **[Docket No. 10]**

    Status:  This matter has been adjourned to April 22, 2009.

22. Royal Bank of America's Motion Permitting Expedited Discovery
    **[Case No. 08-01640, Docket No. 5]**

    Response Deadline:   November 13, 2008.

    Responses Received:  None.

    Related Documents:   None.

    Status:  This matter has been adjourned to April 22, 2009.

**C.    Lehman Brothers Inc.:**

23. Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Lehman Brothers Inc., Barclays Capital Inc. and/or the SIPA Trustee **[Docket No. 826]**

    Response Deadline:   April 17, 2009 at 4:00 p.m.

    Responses Received:  None.

Related Documents:

    A.    Notice of Hearing Regarding Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Lehman Brothers Inc., Barclays Capital Inc. and/or the SIPA Trustee **[Docket No. 827]**

    B.    Notice of Adjournment **[Docket No. 908]**

Status: This matter has been adjourned to April 22, 2009.

24. Motion of Teva Pharmaceutical Works Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 766]**

Response Deadline: May 8, 2009 at 4:00 p.m.

Responses Received: None.

Related Documents:

    A.    Notice of Hearing of Motion of Teva Pharmaceutical Works Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 785]**

    B.    Notice of Adjournment **[Docket No. 848]**

    C.    Notice of Adjournment **[Docket No. 918]**

Status: This matter has been adjourned to May 13, 2008.

25. Motion of Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 767]**

Response Deadline:  May 8, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Hearing Motion of Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account,

                or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 783]**

      B.      Notice of Adjournment **[Docket No. 848]**

      C.      Notice of Adjournment **[Docket No. 918]**

Status:  This matter has been adjourned to May 13, 2009.

26.    Second Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery **[Docket No. 479]**

Response Deadline: April 3, 2009 at 4:00 p.m.

Responses Received:

      A.      Objection of Barclays Capital Inc. to Motion of the DCP Parties for Leave to Conduct Rule 2004 Discovery **[Docket No. 518]**

Related Documents:

      B.      Declaration of Michael A. Morris in Support of Second Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery **[Docket No. 480]**

      C.      Notice of Adjournment **[Docket No. 524]**

      D.      Notice of Adjournment **[Docket No. 592]**

      E.      Notice of Adjournment **[Docket No. 656]**

      F.      Notice of Adjournment **[Docket No. 720]**

      G.      Notice of Adjournment **[Docket No. 790]**

      H.      Notice of Adjournment **[Docket No. 860]**

      I.      Notice of Adjournment **[Docket No. 934]**

Status:  This matter has been adjourned *sine die*.

Dated: April 6, 2009
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: April 6, 2009
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.