WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AUTHORIZING LEHMAN COMMERCIAL PAPER INC. TO SETTLE DISPUTE WITH THE METROPOLITAN LIFE INSURANCE COMPANY**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Debtors' Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 Authorizing Lehman Commercial Paper Inc. to Settle Dispute with the Metropolitan Life Insurance Company [Docket No. 2978] (the "Motion"), which was scheduled for April 7, 2009, at 10:00 a.m., **has been adjourned to April 22, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.  The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

NY2:\1984731\01\16JFF01!.DOC\58399.0003

such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: April 6, 2009
      New York, New York

                                      /s/ Jacqueline Marcus
                                      Jacqueline Marcus

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession