IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Lehman Brothers Holdings, Inc., et al., | ) |
| | ) Case No. 08-13555 (JMP) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**SECOND SUPPLEMENTAL AFFIDAVIT OF MICHAEL EISENBAND
IN SUPPORT OF APPLICATION FOR AN ORDER FOR
RETENTION OF FTI CONSULTING, INC. AS
FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss. |
| COUNTY OF NEW YORK | ) |

I, Michael Eisenband, being duly sworn, hereby depose and say:

1.   I am a senior managing director at FTI Consulting, Inc. ("FTI"), which maintains offices at various locations around the country, including Three Times Square, 10th Floor, New York, NY 10036, USA. I submit this affidavit (the "Eisenband Second Supplemental Affidavit") to supplement my prior affidavits that were submitted in connection with FTI's retention in these Chapter 11 cases. Unless otherwise stated in this Eisenband Second Supplemental Affidavit, I have personal knowledge of the facts set forth herein.

3.   On October 21, 2008, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case filed an Application for Employment of FTI Consulting, Inc. as its Financial Advisors. In support of the application, FTI filed an affidavit executed by the undersigned on behalf of FTI in accordance with the applicable sections of the Bankruptcy Code (the "Original Affidavit"). On November 21, 2008, a Final Order was signed

Page 1

authorizing the Retention and Employment of FTI, effective as of September 17, 2008. On January 23, 2009, FTI filed a supplemental affidavit executed by the undersigned on behalf of FTI in accordance with the applicable sections of the Bankruptcy Code ("Eisenband Supplemental Affidavit").

4. In connection with the preparation of the Original Affidavit, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. Subsequent to the filing of the Original Affidavit, it has come to my attention that FTI has been engaged to provide services unrelated to the Debtors' Chapter 11 cases for various entities with some level of known involvement with the Debtors and/or their affiliates. The following details such engagements:

   a. Lehman Brothers holds approximately $9.7 million of Lyondell's Tranche A term loan and $7.9 million of Lyondell's Tranche B term loan. FTI has been retained by (i) Mayer Brown LLP, as counsel to Merrill Lynch Capital Corporation, in its capacity as Bridge Pre-Petition Agent under the Bridge Pre-Petition Facility; (ii) Davis Polk & Wardwell, as counsel to Citibank, N.A., in its capacity as ABL DIP Agent under the ABL DIP Facility; and (iii) Simpson Thacher & Bartlett LLP, as counsel to UBS AG, Stamford Branch, in its capacity as Term DIP Agent under the Term DIP Facility.

   b. Lehman Brothers holds approximately $24 million of a Company's $650 million revolver which is in Lehman's loan portfolio, and $9.1 million of the Company's $1.9 billion term loan. FTI has been retained by the unsecured lenders of this Company's credit facility.

   c. Lehman Brothers holds approximately $19.9 million of Tribune's $2.0 billion term loan, and $40 million of Tribune's $750 million revolver loan. FTI

represents JPM as agent for the Tribune Secured Lender group, the Term Loan A, Term Loan X, and Revolver.

d. Subject to approval by the Bankruptcy Court, FTI has been retained by the Unsecured Creditors Committee of Journal Register. Lehman Brothers holds approximately $3.1 million of Journal Register's revolver facility and approximately $14.7 million of Journal Register's term loan.

5. Insofar as I have been able to ascertain and subject to the disclosures herein and in my prior affidavit, FTI does not represent any interests adverse to the Official Committee of Unsecured Creditors and, to the best of my knowledge, remains a "disinterested person" as that term is defined in Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code.

_____
Michael Eisenband

SUBSCRIBED AND SWORN TO BEFORE ME this 6th day of April 2009.

_____
Notary Public

My Commission Expires:

May 24, 2012

LINDA J. PEARSON
NOTARY PUBLIC, STATE OF NEW YORK
No. 01PE6110512
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES MAY 24, 2012