# EXHIBIT A

1.  Market Agent Agreement, dated as of June 25, 2008, by and between LBI and Apollo I Trust

2.  Market Agent Agreement, dated as of July 3, 2008, by and between LBI and Apollo FD 2008-1, L.P.

3.  Market Agent Agreement, dated as of June 19, 2008, by and between LBI and A-PQ Cayman Partners, L.P.

4.  Market Agent Agreement, dated as of June 27, 2008, by and between LBI and H 2008-3 Cayman Partners, L.P.

5.  Market Agent Agreement, dated as of June 27, 2008, by and between LBI and PQ/HDS Cayman Partners-A, L.P.

6.  Market Agent Agreement, dated as of July 21, 2008, by and between LBI and CCP HD HF I L.P.

7.  Market Agent Agreement, dated as of July 21, 2008, by and between LBI and CCP HD HF II L.P.

8.  Market Agent Agreement, dated as of July 21, 2008, by and between LBI and CCP HD PE L.P.

9.  Market Agent Agreement, dated as of February 29, 2008, by and between LBI and Pontus II Trust

10. Market Agent Agreement, dated as of February 29, 2008, by and between LBI and SL Cloud I Trust

11. Market Agent Agreement, dated as of April 30, 2008, by and between LBI and Riopelle Broadway LP

12. Market Agent Agreement, dated as of July 3, 2008, by and between LBI and Apollo FD 2008-2.