**EXHIBIT B**

|    | **Issuer** | **Documents** |
|----|------------|---------------|
| 1  | Apollo I Trust | 1) Trust Agreement (Owner Trustee)<br>2) Standard Terms for Trust Agreements(Owner Trustee)<br>2) Series Indenture (Indenture Trustee)<br>4) Standard Terms for Indentures |
| 2  | Apollo FD 2008-1, LP | 1) Series Indenture (Indenture Trustee)<br>2) Standard Terms for Indentures |
| 3  | A-PQ Cayman Partners, LP | 1) Series Indenture (Indenture Trustee)<br>2) Standard Terms for Indenture |
| 4  | H 2008-3 Cayman Partners, LP | 1) Series Indenture (Indenture Trustee)<br>2) Standard Terms for Indenture |
| 5  | PQ/HDS Cayman Partners - A, LP | 1) Series Indenture (Indenture Trustee)<br>2) Standard Terms for Indenture |
| 6  | CCP HD HF I, LP | 1) Series Indenture (Indenture Trustee)<br>2) Standard Terms for Indenture |
| 7  | CCP HD HF II, LP | 1) Series Indenture (Indenture Trustee)<br>2) Standard Terms for Indenture |
| 8  | CCP HD PE, LP | 1) Series Indenture (Indenture Trustee)<br>2) Standard Terms for Indenture |
| 9  | SL Cloud I Trust | 1) Trust Agreement (Owner Trustee)<br>2) Standard Terms for Trust Agreements (Owner Trustee)<br>3) Series Indenture (Indenture Trustee)<br>4) Standard Terms for Indentures |
| 10 | Riopelle Broadway LP | 1) Series Indenture (Indenture Trustee)<br>2) Standard Terms for Indentures |
| 11 | Apollo FD 2008-2, LP | 1) Series Indenture (Indenture Trustee)<br>2) Paying Agent Agreement |