UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                       :
                           Debtors.                    :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER TO SHOW CAUSE TO SHORTEN TIME AND PROCEED BY NOTICE OF PRESENTMENT TO CONSIDER DEBTORS' MOTION, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO (I) ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY AND (II) ASSUME AND ASSIGN UNEXPIRED LEASES OF REAL PROPERTY

Upon the motion, dated April 6, 2009 (Docket No. 3280, the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"), for authorization (i) to assume that certain Agreement of Sublease dated as of November 30, 2001 (as amended by (a) First Amendment of Sublease, dated as of May 8, 2002 and (b) Second Amendment of Sublease, dated as of August 12, 2005, and (c) Third Amendment of Lease), by and between LBHI and 85 Tenth Avenue Associates, LLC (as successor-in-interest to Level 3 Communications, LLC), and (ii) to assume and assign to Neuberger Berman Holdings LLC (y) that certain Agreement of Lease, dated July 7, 2003, by and between 600 Partners Co., L.P. and LBHI (as successor-in-interest of Neuberger Berman Inc.) (as amended and/ or supplemented) and (z) that certain Sublease, dated as of June 24, 2005, by and between Financial Solutions Partners, LLC and LBHI (as amended and/or supplemented), all as more fully described in the Motion; and upon the Declaration of Shai Y. Waisman Pursuant to Local Rule 9077-1(a), dated April 6, 2009 (Docket No. 3281, the "Declaration"),

attesting to the necessity for relief by Order to Show Cause; and it appearing that no notice of this Order to Show Cause need be given, except as provided herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that objections and responses, if any, to the Motion must be in writing, shall conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), and shall be (A) filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, and (B) shall be served in accordance with General Order M-242, upon (i) the Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.), attorneys for the Debtors; (iii) the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin Esq., and Tracy Hope Davis, Esq.); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Creditors' Committee; and (v) any person or entity entitled to receive notice of the Motion in these cases, so as to be so filed and received by no later than **April 9, 2009 at 12:00 noon (Prevailing Eastern Time)** (the "Objection Deadline"); and it is further

ORDERED that if no objections or responses to the Motion are received by the Objection Deadline, the relief requested in the Motion shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing (the "Hearing") to consider the Motion.

ORDERED that, if any objections or responses to the Motion are received by the Objection Deadline, the Hearing shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **April 10, 2009 at 11:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard; and it is further

ORDERED that notice shall be given by sending a copy of this Order to Show Cause, the Motion, and the proposed order on the Motion, via e-mail, fax, or overnight mail, on or before **April 7, 2009, at 5:00 p.m. (Prevailing Eastern Time)**, on all parties entitled to receive notice of this Order to Show Cause, the Motion, and the proposed order on the Motion; and it is further

ORDERED that pursuant to Local Rule 9014-2(a), the Hearing may be an evidentiary hearing.

Dated:   New York, New York
         April 7, 2009

                                           *s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE