Robert F. Elgidely, Esq. (RE-0512)
John H. Genovese, Esq.
Paul J. Battista, Esq.
David C. Cimo, Esq.
GENOVESE, JOBLOVE & BATTISTA, P.A.
Bank of America Tower at International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida  33131
(305) 349-2300 (tel.)
(305) 349-2310 (fax)

Co-Counsel for Class Action Plaintiffs

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,           :    Case No. 08-13555-JMP
                                                 :
                          Debtors.               :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears for Plaintiffs, KA KIN WONG, SIU LUI CHING, CHUN IP, JIN LIU, YIN YING LEUNG, LAI MEI CHAN, and SING HEUNG, On Behalf of Themselves and All Others Similarly Situated in Adversary Proceeding Number 09-01120-JMP (hereinafter collectively the "Plaintiffs"), and under, *inter alia*, Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned.

PLEASE TAKE NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written

or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct.

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the Plaintiffs' right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) the Plaintiff's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Plaintiff's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal including Adversary Proceeding Number 09-01120-JMP, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Plaintiffs are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, setoffs, recoupments and remedies the Plaintiffs expressly reserve.

Dated: Miami, Florida
April 6, 2009

Respectfully submitted,

GENOVESE, JOBLOVE & BATTISTA, P.A.

By: /s/ Robert F. Elgidely
Robert F. Elgidely, Esq. (RE-0512)