UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :
                    Debtors.                                     :   Jointly Administered
                                                                 :
---------------------------------------------------------------- x

# PROOF OF SERVICE

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
[signature] Lisa Kunz
Nantucket, MA 02554

One piece of ordinary mail addressed to:
Cleary Gottlieb LLP, One Liberty Plaza, New York, New York 10006

PS Form 3817, January 2001

U.S. POSTAGE PAID NANTUCKET, MA 02554 MAR 07 '09 AMOUNT $1.10 000157120-01

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
[signature] Lisa Kunz
Nantucket, MA 02554

One piece of ordinary mail addressed to:
Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004

PS Form 3817, January 2001

U.S. POSTAGE PAID NANTUCKET, MA 02554 MAR 07 '09 AMOUNT $1.10 000157120-01

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
[signature] Lisa Kunz
Nantucket, MA 02554

One piece of ordinary mail addressed to:
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787

PS Form 3817, January 2001

U.S. POSTAGE PAID NANTUCKET, MA 02554 MAR 07 '09 AMOUNT $1.10 000157120-01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                   :   Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :   08-13555 (JMP)
                                                        :
         Debtors.                                       :   Jointly Administered
                                                        :
------------------------------------------------------------x

# PROOF OF SERVICE





UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                         :   Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :   08-13555 (JMP)
                                                              :
       Debtors.                                               :   Jointly Administered
                                                              :
------------------------------------------------------------- x

# PROOF OF SERVICE

**Certificate of Mailing 1:**
Received From: Wm Kunz, Nantucket, MA 02554
One piece of ordinary mail addressed to:
United States Trustee
33 Whitehall Street,
21st Floor, New York, New York 10004
PS Form 3817, January 2001
Postmarked Nantucket, MA, Mar 7, 2009, $1.10

**Certificate of Mailing 2:**
Received From: Wm Kunz, Nantucket, MA 02554
One piece of ordinary mail addressed to:
Milbank, Tweed, Hadley, & McCloy LLP
1 Chase Manhattan Plaza, New York, New York 10005
PS Form 3817, January 2001
Postmarked Nantucket, MA, Mar 7, 2009, $1.10

**Certificate of Mailing 3:**
Received From: Wm Kunz, Nantucket, MA 02554-180
One piece of ordinary mail addressed to:
Dewey & LeBoeuf
1301 Ave of Americas
NY, NY 10019
PS Form 3817, January 2001
Postmarked Nantucket, MA, Mar 7, 2009, $1.10