*Lead 08-13555*

Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220
Fax: 720-488-7711

ATTORNEYS FOR IRONBRIDGE MOUNTAIN COTTAGES, LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LB ROSE RANCH, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 09-10560 (JMP) |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS OF JULIE M. WILLIAMSON**

**PLEASE TAKE NOTICE** that Julie M. Williams, of the firm Bieging Shapiro & Burrus LLP, hereby withdraws her appearance and demand for service of papers on behalf of Ironbridge Mountain Cottages, LLC in the above captioned cases. Ms. Williamson requests the removal of her name from all service lists and further requests discontinuance of electronic notification with regard to these cases via the Court's ECF system to her email address, jwilliamson@bsblawyers.com.

**PLEASE TAKE FURTHER NOTICE** that Duncan E. Barber and Steven T. Mulligan of Bieging Shapiro & Burrus LLP, will continue to represent Ironbridge Mountain Cottages, LLC in the above-captioned proceedings and should remain on all service lists maintained therefore.

DATED this 23rd day off February, 2009.

                BIEGING SHAPIRO & BURRUS LLP

                By:   /s/ Steven T. Mulligan
                    Duncan E. Barber, #16768
                    Steven T. Mulligan, #199101
                    4582 South Ulster St. Parkway, Suite 1650
                    Denver, CO 80237
                    Telephone: (720) 488-0220
                    Fax: (720) 488-7711
                    E-mail dbarber@bsblawyers.com
                    E-mail: smulligan@bsblawyers.com

                    *Attorneys for Ironbridge Mountain*
                    *Cottages, LLC*

90241

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on February 23, 2009, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF JULIE M. WILLIAMSON** was placed in the United States mail, first-class, postage prepaid and addressed to the following:

Andrew D. Velez-Rivera
Office of the U. S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Ian T. Lowitt, CFO
Lehman Brothers Holdings, Inc.
245 Seventh Avenue
New York, NY 10019

Lehman Brothers Holdings, Inc.
c/o Prentice Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y Waisman, Esq.
Weil Gotshal & Manages LLP
767 Fifth Avenue
New York, NY 10153

Susheel Kirpalani
James Treece
Quinn Emmanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Lindsee P. Grandfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Jeffrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

/s/ Mary Anne Lenzi

90241