UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                             :     Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,          :     Case No. 08-13555 (JMP)
                                                  :
Debtors.                                          :     (Jointly Administered)
                                                  :
------------------------------------------------------------x     Ref. Docket No. 3284

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 7, 2009, I caused to be served the "NOTICE OF PRESENTMENT OF STIPULATION, AGREEMENT AND ORDER BETWEEN THE DEBTORS AND 1031 HERITAGE PARK II LLC EXTENDING THE TIME TO ASSUME OR REJECT LEASE OF NONRESIDENTIAL REAL PROPERTY AT HERITAGE PARK II", dated April 7, 2009 [Docket No. 3284], by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibits "A" and "D",

   b) delivered by facsimile to those parties listed on the attached Exhibits "B" and "D", and

   c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Herb Baer

Sworn to before me this
7th day of April, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-22-2011

T:\Clients\LBH\Affidavits\Heritage Park Stip_aff 4-7-09.doc

**Exhibit "A"**

Email Addresses – Master Service List – April 7, 2009

| | | |
|---|---|---|
| aalfonso@kayescholer.com | bmanne@tuckerlaw.com | ddrebsky@nixonpeabody.com |
| abraunstein@riemerlaw.com | BMiller@mofo.com | ddunne@milbank.com |
| acaton@kramerlevin.com | boneill@kramerlevin.com | deborah.saltzman@dlapiper.com |
| acker@chapman.com | bpershkow@profunds.com | deggert@freebornpeters.com |
| adarwin@nixonpeabody.com | brad.dempsey@hro.com | demetra.liggins@tklaw.com |
| adg@adorno.com | brendalblanks@eaton.com | deryck.palmer@cwt.com |
| Adiamond@DiamondMcCarthy.com | brian.pfeiffer@friedfrank.com | dfelder@orrick.com |
| aentwistle@entwistle-law.com | brian_corey@gtservicing.com | dflanigan@polsinelli.com |
| afriedman@irell.com | bromano@willkie.com | dfriedman@kasowitz.com |
| agbanknewyork@ag.tn.gov | broy@rltlawfirm.com | dgrimes@reedsmith.com |
| aglenn@kasowitz.com | bruce.ortwine@sumitomotrust.co.jp | dhayes@mcguirewoods.com |
| agold@herrick.com | bspector@jsslaw.com | dheffer@foley.com |
| agolianopoulos@mayerbrown.com | btrust@mayerbrown.com | dirk.roberts@ots.treas.gov |
| ahammer@freebornpeters.com | btupi@tuckerlaw.com | dkleiner@velaw.com |
| aisenberg@saul.com | bturk@tishmanspeyer.com | dkozusko@willkie.com |
| akantesaria@oppenheimerfunds.com | bwolfe@sheppardmullin.com | dladdin@agg.com |
| akihiko_yagyuu@chuomitsui.jp | canelas@pursuitpartners.com | dlemay@chadbourne.com |
| albaugh.colin@pbgc.gov | carol.weinerlevy@bingham.com | dlipke@vedderprice.com |
| alex.torres@infospace.com | cbelmonte@ssbb.com | dludman@brownconnery.com |
| amarder@msek.com | cbrotstein@bm.net | dmcguire@winston.com |
| AMcMullen@BoultCummings.com | cdesiderio@nixonpeabody.com | dmurray@jenner.com |
| amenard@tishmanspeyer.com | chammerman@paulweiss.com | dneier@winston.com |
| Andrew.Brozman@cliffordchance.com | charles@filardi-law.com | dodonnell@milbank.com |
| andrew.lourie@kobrekim.com | charles_malloy@aporter.com | donald.badaczewski@dechert.com |
| angelich.george@arentfox.com | chipford@parkerpoe.com | douglas.bacon@lw.com |
| ann.reynaud@shell.com | chris.donoho@lovells.com | douglas.mcgill@dbr.com |
| anne.kennelly@hp.com | cmontgomery@salans.com | DPiazza@HodgsonRuss.com |
| anthony_boccanfuso@aporter.com | CMTB_LC11@chuomitsui.jp | dravin@wolffsamson.com |
| aoberry@bermanesq.com | cohenr@sewkis.com | drose@pryorcashman.com |
| apo@stevenslee.com | cp@stevenslee.com | drosenzweig@fulbright.com |
| araboy@cov.com | crmomjian@attorneygeneral.gov | drosner@goulstonstorrs.com |
| arahl@reedsmith.com | crogers@orrick.com | drosner@kasowitz.com |
| arheaume@riemerlaw.com | cs@stevenslee.com | dshemano@pwkllp.com |
| arlbank@pbfcm.com | cschreiber@winston.com | dswan@mcguirewoods.com |
| arosenblatt@chadbourne.com | cshulman@sheppardmullin.com | dtatge@ebglaw.com |
| arwolf@wlrk.com | ctatelbaum@adorno.com | dwdykhouse@pbwt.com |
| aseuffert@lawpost-nyc.com | cward@polsinelli.com | dwildes@stroock.com |
| ashmead@sewkis.com | cweber@ebg-law.com | eagle.sara@pbgc.gov |
| asnow@ssbb.com | cweiss@ingramllp.com | easmith@venable.com |
| atrehan@mayerbrown.com | dallas.bankruptcy@pulicans.com | echang@steinlubin.com |
| austin.bankruptcy@publicans.com | daniel.guyder@allenovery.com | ecohen@russell.com |
| avenes@whitecase.com | danna.drori@usdoj.gov | efile@pbgc.gov |
| avi.gesser@dpw.com | david.bennett@tklaw.com | efile@willaw.com |
| awasserman@lockelord.com | david.crichlow@pillsburylaw.com | efleck@milbank.com |
| azylberberg@whitecase.com | david.heller@lw.com | efriedman@friedumspring.com |
| bambacha@sec.gov | davids@blbglaw.com | egeekie@schiffhardin.com |
| bankr@zuckerman.com | davidwheeler@mvalaw.com | eglas@mccarter.com |
| bankruptcy@goodwin.com | dbalog@intersil.com | ehollander@whitecase.com |
| bankruptcy@morrisoncohen.com | dbarber@bsblawyers.com | ehorn@lowenstein.com |
| bankruptcymatters@us.nomura.com | dbaumstein@whitecase.com | ekbergc@lanepowell.com |
| barbra.parlin@hklaw.com | dbesikof@loeb.com | ellen.halstead@cwt.com |
| basilumari@andrewskurth.com | dckaufman@hhlaw.com | elobello@blankrome.com |
| bbisignani@postschell.com | dclark@stinson.com | eobrien@sbchlaw.com |
| bguiney@pbwt.com | dcoffino@cov.com | eschaffer@reedsmith.com |
| bhinerfeld@sbtklaw.com | dcrapo@gibbonslaw.com | eschwartz@contrariancapital.com |
| bill.freeman@pillsburylaw.com | ddavis@paulweiss.com | esmith@dl.com |

Email Addresses – Master Service List – April 7, 2009

ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com

jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jfox@joefoxlaw.com
jg5786@att.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jketten@willkie.com
jkurtzman@klehr.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com

jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawrence.bass@hro.com
lberkoff@moritthock.com
lbtancredi@venable.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com

Email Addresses – Master Service List – April 7, 2009

lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
metkin@lowenstein.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com

mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
omeca.nedd@lovells.com
owllady@hughes.net
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rgureshi@reedsmith.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com

rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov

Email Addresses – Master Service List – April 7, 2009

steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**Exhibit "D"**

Exhibit D - Additional Party (Email and Fax)

TAYLOR ENGLISH DUMA LLP
Attn: Thomas W. Dickson
tdickson@taylorenglish.com
Facsimile: (770) 434-7376