David M. Grimes, Esq.
John L. Scott, Esq.
Rizwan A. Qureshi, Esq.
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Counsel to Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                              :
In re                                                                     :    Chapter 11
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                                                              :    (Jointly Administered)
                                                    Debtors.    :
                                                                              :    Refers to Dkt. Nos. 2258 and 3267
-----------------------------------------------------------------x

**PROPOSED ORDER GRANTING MOTION OF YARPA INVESTMENTI**
**S.G.R. S.p.A. – RP3 FUND FOR LIMITED RELIEF FROM ORDER**
**PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING**
**THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS**

THIS MATTER having been opened to the Court upon the motion of Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund ("Yarpa") for the entry of an Order: (i) granting it limited relief under Federal Rule of Civil Procedure 60(b) (D.I. 3267) (the "Motion"); (ii) vacating this Court's Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations, dated December 16, 2008 (D.I. 2258) (the "Order"), solely with respect to a certain purported LMA Trade Confirmation dated March 12, 2008, entered into between Yarpa, as buyer, and Lehman Commercial Paper Inc. ("Debtor"), as seller (the "Yarpa Trade"); and (iii) granting such other and further relief as this Court may deem just and proper;

and adequate notice of the Motion having been provided; and the Court having considered the papers filed in support of the Motion and in opposition, if any; and for good cause shown; it is hereby

ORDERED that Yarpa's Motion is granted; and it is

FURTHER ORDERED that this Court's Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations, dated December 16, 2008, is hereby vacating solely with respect to the Yarpa Trade (as defined above); and it is

FURTHER ORDERED that a hearing on any objection by Yarpa to entry of the Order with respect to the Yarpa Trade is hereby set for June 3, 2009 at 10:00 a.m. before this Court at the United States Bankruptcy Court for the Southern District of New York, Room 601, One Bowling Green, New York, NY 10004; and it is

FURTHER ORDERED that all interested parties shall file any pleadings related to the Debtors' motion to assume the Yarpa Trade at least three (3) business days before the hearing date.

Dated: New York, New York
_____, 2009

> _____
> HONORABLE JAMES M. PECK
> UNITED STATES BANKRUPTCY JUDGE