**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,    :    Case No. 08-13555 (JMP)
                                                                :
        Debtors.                                           :    (Jointly Administered)
                                                                :
-------------------------------------------------------------------x    Ref. Docket No. 3280, 3281, 3283

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 7, 2009, I caused to be served the:

    a) "DEBTORS' MOTION PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO (I) ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY AND (II) ASSUME AND ASSIGN UNEXPIRED LEASES OF REAL PROPERTY", dated April 6, 2009 [Docket No. 3280],

    b) "DECLARATION OF SHAI Y. WAISMAN IN SUPPORT OF ORDER TO SHOW CAUSE TO SHORTEN TIME AND PROCEED BY NOTICE OF PRESENTMENT TO CONSIDER DEBTORS' MOTION, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO (I) ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY AND (II) ASSUME AND ASSIGN UNEXPIRED LEASES OF REAL PROPERTY", dated April 6, 2009 [Docket No. 3281], and

    c) "ORDER TO SHOW CAUSE TO SHORTEN TIME AND PROCEED BY NOTICE OF PRESENTMENT TO CONSIDER DEBTORS' MOTION, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO (I) ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY AND (II) ASSUME AND ASSIGN UNEXPIRED LEASES OF REAL PROPERTY", dated April 7, 2009 [Docket No. 3283]

by causing true and correct copies to be:

    a) delivered by facsimile to the party listed on the attached Exhibits "A", and

      b) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the party listed on the attached Exhibit "B".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                         /s/ Paul Belobritsky

Sworn to before me this                                 Paul Belobritsky
8th day of April, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

| Name | Fax |
|---|---|
| 600 Partners, Co., L.P., C/O Susanne J Lieu | 212-293-9401 |

**EXHIBIT "B"**

600 Partners, Co., L.P.
600 Madison Avenue
New York, NY 10022