HEARING DATE: MAY 13, 2009 AT 10:00 A.M.
OBJECTION DEADLINE: APRIL 30, 2009 AT 4:00 P.M.

John L. Scott, Esq.
David M. Grimes, Esq.
Rizwan A. Qureshi, Esq.
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Tel:  212-521-5400
Fax:  212-521-5450

*Counsel to Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                 :
In re                                                            :        Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :        Case No. 08-13555 (JMP)
                                                                 :        (Jointly Administered)
                                            Debtors.    :
                                                                 :        Refers to Dkt. Nos. 2258, 3267, 3300
----------------------------------------------------------------x

**CORRECTED NOTICE OF HEARING ON MOTION OF YARPA INVESTMENTI**
**S.G.R. S.p.A. – RP3 FUND FOR LIMITED RELIEF FROM ORDER**
**PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING**
**THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS**

**PLEASE TAKE NOTICE** that on May 13, 2009, at 10:00 a.m., or as soon thereafter as

counsel may be heard (the "Hearing"), the undersigned counsel for Yarpa Investmenti S.G.R.

S.p.A. – RP3 Fund ("Yarpa") shall move before the Honorable James M. Peck, United States

Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York,

Room 601, One Bowling Green, New York, NY 10004, for the entry of an Order: (i) granting

Yarpa's motion for relief pursuant to Federal Rule of Civil Procedure 60(b) (D.I. 3267) (the

"Motion"); (ii) vacating this Court's Order Pursuant to Section 365 of the Bankruptcy Code

Approving the Assumption or Rejection of Open Trade Confirmations, dated December 16, 2008

(D.I. 2258) (the "Order"), solely with respect to a certain purported LMA Trade Confirmation

dated March 12, 2008, entered into between Yarpa, as buyer, and Lehman Commercial Paper

Inc. ("Debtor"), as seller (the "Yarpa Trade"); and (iii) granting such other and further relief as

this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, Yarpa shall rely

upon the pleadings submitted in connection herewith, oral argument at the Hearing, and upon

such other and further evidence as may be presented to or at the time of the Hearing on the

Motion, if any.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in

writing, setting forth the facts and authorities upon which an objection is based, filed with the

Clerk of the Court, United States Bankruptcy Court, The Alexander Hamilton Custom House,

One Bowling Green, New York, New York, 10004-1408, (a) through the Bankruptcy Court's

electronic filing system (in accordance with General Order M-242, as amended by General Order

M-269); (b) if a party is unable to file electronically, such party shall submit the objection in

PDF format on a diskette in an envelope with the case name, case number, type and title of

document, document number of the document to which the objection refers, and the file name on

the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format,

such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text

(ASCII) format.  An objection filed by a party with no legal representation shall comply with

section (b) or (c) as set forth in this paragraph.  A hard copy of the objection, whether filed

pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be delivered directly to the

Chambers of the Honorable James M. Peck, and served so as to be received by: (i) Chambers, (ii)

Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P.

Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.),

attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-

Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iv)

Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York

10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys

for the official committee of unsecured creditors appointed in these cases; and (v) local counsel

for Yarpa, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022, (Attn: John L. Scott,

Esq., David M. Grimes, Esq. and Rizwan A. Qureshi, Esq.), by April 30, 2009, at 4:00 p.m.

(EDT).  Only those parties who have timely filed and served an objection to the Motion will be

heard at the Hearing on the Motion.

   **PLEASE TAKE FURTHER NOTICE** that in the event no objections to the relief

sought in the Motion are received, the Court may, in its discretion, grant the Motion without the

need for a hearing.


Dated: New York, New York
　　　April 8, 2009

**REED SMITH LLP**

　　　　　　　By:　　/s/ John L. Scott
　　　　　　　　　　John L. Scott, Esq. (JS-5262)
　　　　　　　　　　David M. Grimes, Esq. (DG-9837)
　　　　　　　　　　Rizwan A. Qureshi, Esq. (RQ-1795)
　　　　　　　　　　599 Lexington Avenue, 29th Floor
　　　　　　　　　　New York, New York 10022
　　　　　　　　　　(212) 521-5400

　　　　　　　　*Counsel to Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund*