John L. Scott, Esq.
David M. Grimes, Esq.
Rizwan A. Qureshi, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Counsel to Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :    Case No. 08-13555 (JMP)
                                                          :    (Jointly Administered)
                                      Debtors.            :
                                                          :
----------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

Evan F. Jaffe, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside in New York County, New York.

On the 9th of April, 2009, I served a true and correct copy of the Corrected Notice of Hearing on Motion of Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund for Limited Relief from Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations and Proposed Order Granting Motion of Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund for Limited Relief from Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations upon the attached

service list by placing a copy thereof in a securely sealed and duly postpaid envelopes and depositing said envelopes in a mail depositary under the exclusive care and custody of the United States Postal Service.

_____
Evan F. Jaffe

Sworn to before me this
9th day of April, 2009

_____
NOTARY PUBLIC

ANNE C. SUFFERN
Notary Public, State of New York
No. 5007433
Qualified in Rockland County
Commission Expires January 25, 2011

- 2 -

## SERVICE LIST

**Diane Harvey**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**Jerrold Lyle Bregman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

**Lynn P. Harrison, III**
Curtis, Mallet-Prevost, Colt & Mosle,LLP
101 Park Avenue
New York, NY 10178-0061

**Shai Waisman**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**Jeffrey S. Margolin**
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

**Sarah K. Loomis Cave**
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005