John L. Scott, Esq.
David M. Grimes, Esq.
Rizwan A. Qureshi, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Counsel to Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    Case No. 08-13555 (JMP)
                                          :    (Jointly Administered)
                           Debtors.       :
                                          :
---------------------------------------------------------------x

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

### AFFIDAVIT OF SERVICE

Evan F. Jaffe, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside in New York County, New York.

On the 9th of April, 2009, I served a true and correct copy of the Notice of Appearance upon the attached service list by placing a copy thereof in a securely sealed and duly postpaid envelopes and depositing said envelopes in a mail depositary under the exclusive care and

US_ACTIVE-101461025.1-ACSUFFER 4/9/09 2:48 PM

- 2 -

custody of the United States Postal Service.

_____
Evan F. Jaffe

Sworn to before me this
9th day of April, 2009

_____
NOTARY PUBLIC

ANNE C. SUFFERN
Notary Public, State of New York
No. 5007433
Qualified in Rockland County
Commission Expires January 25, 2011

## SERVICE LIST

**Diane Harvey**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**Jerrold Lyle Bregman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

**Lynn P. Harrison, III**
Curtis, Mallet-Prevost, Colt & Mosle,LLP
101 Park Avenue
New York, NY 10178-0061

**Shai Waisman**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**Jeffrey S. Margolin**
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

**Sarah K. Loomis Cave**
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005