UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :
In re                                                               :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                    :
                            Debtors.                                :    (Jointly Administered)
                                                                    :
                                                                    :
-------------------------------------------------------------------x

### ORDER DENYING MOTION OF
### HOWARD W. TOMLINSON FOR AN ORDER LIFTING THE AUTOMATIC STAY

Upon the motion, dated February 27, 2009 (the "Motion"), of Howard W. Tomlinson, for an order, pursuant to section 362(a) of title 11 of the United States Code (the "Bankruptcy Code"), lifting or modifying the automatic stay, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and upon the objection, dated March 20, 2009 (the "Objection"), of BNC Mortgage LLC ("BNC") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"); and a hearing having been held on March 25, 2009 to consider the relief requested in the Motion (the "Hearing"); and upon all of the proceedings had before the Court; and on the record of the Hearing, the Court having (i) found that the application of the *Sonnax* factors to the Motion

weigh in favor of not granting stay relief and (ii) adopted the reasoning in BNC's Objection; and

after due deliberation and sufficient cause appearing therefor, it is hereby

    ORDERED that the Motion is denied.


Dated:  New York, New York
       April 9, 2009

                                                *s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE