## **Exhibit B**

Certification of Rajiv Madan, Esq.

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.* :    08-13555 (JMP)
                                                            :
       Debtors.                                             :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

**CERTIFICATION OF RAJIV MADAN, ESQ. IN SUPPORT OF THE
FIRST INTERIM FEE APPLICATION OF McKEE NELSON LLP AS SPECIAL
COUNSEL FOR THE DEBTORS FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED FROM SEPTEMBER 15, 2008 THROUGH JANUARY 31, 2009**

I, RAJIV MADAN, hereby certify that:

1.   I am a partner with the applicant firm, McKee Nelson LLP ("McKee" or the "Firm").

2.   I submit this Certification in connection with the filing of McKee's First Interim Fee Application for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 15, 2008 through January 31, 2009 (the "Interim Fee Period"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") (the "Application").

3.   Except as may be otherwise set forth herein, described in the Application, or specifically mandated by this Court in these chapter 11 cases, I hereby certify that I have read the Application, and, to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the order dated November 5, 2008, approving the retention of McKee as special tax counsel for the Debtors [Docket No. 1387], the order dated March 24, 2009, approving the retention of McKee

for certain limited non-tax matters [Docket No. 3206], the Administrative Order Re: Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, approved by the Board of Judges on April 19, 1995, the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996, and the Second Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated March 13, 2009 [Docket No. 3102].

        4.     I further certify that the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by McKee and generally accepted by McKee's clients.

        5.     I further certify that in providing a reimbursable service, McKee does not make a profit on that service, whether the service is performed by McKee in-house or through a third party; provided, however, that McKee's standard charges for in-house expenses may yield profits or losses depending on annual volumes copied and the methods of cost allocation employed.

        6.     I further certify that the Debtors, attorneys for the statutory committee of unsecured creditors and the United States Trustee for the Southern District of New York have all been provided with monthly statements of McKee's fees and expenses incurred from September 15, 2008 through January 31, 2009.

        7.     I further certify that the Debtors, attorneys for the statutory committee of unsecured creditors and the United States Trustee for the Southern District of New York have all been provided with a copy of this Application.

Dated: April 9, 2009
      Washington, D.C.

                                              /s/ Rajiv Madan
Rajiv Madan, Esq.
Partner
McKEE NELSON LLP