## **Exhibit C**

McKee Nelson LLP
Summary of Hours and Fees Incurred by Professional
September 15, 2008 through January 31, 2009

| Professional | Admission Date | Position | Current Hours Billed | Current Hourly Rate | Fees Billed |
|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal I | 63.4 | $230.00 | $13,791.50 |
| Abroms, Michelle A. | 2007 | Associate | 1.0 | $560.00 | $480.00 |
| Bahar, Ardrelle | 2001 | Staff Attorney | 123.3 | $355.00 | $43,771.50 |
| Banvard, Honor | 2008 | Law Clerk | 65.9 | $420.00 | $26,638.50 |
| Bowers, Christopher P. | 1999 | Partner | 315.3 | $895.00 | $262,083.50 |
| Brockway, David H. | 1972 | Partner | 3.0 | $995.00 | $2,969.00 |
| Buch, Ronald L. | 1993 | Partner | 3.3 | $780.00 | $2,452.50 |
| Campbell, Chad W. | N/A | Lit Sup Spec | 84.2 | $280.00 | $22,740.00 |
| Cejudo, William P. | 1989 | Partner | 0.4 | $815.00 | $306.00 |
| Currin, Alan | N/A | CntrLitSupport | 177.7 | $325.00 | $55,324.50 |
| Desmond, Michael | 1994 | Partner | 137.8 | $950.00 | $124,057.00 |
| Dillon, Sheri A. | 1999 | Partner | 322.4 | $815.00 | $249,846.00 |
| Eckas, Scott E. | 1990 | Partner | 0.2 | $800.00 | $149.00 |
| Glass, Jason E. | Bar admission pending | Law Clerk | 36.3 | $420.00 | $13,612.50 |
| Goldman, Gerald | 1968 | Of Counsel | 4.2 | $995.00 | $4,066.50 |
| Gouwar, James A. | 1988 | Partner | 0.2 | $970.00 | $183.00 |
| Harris, Susan | N/A | CntrctParalegal | 17.5 | $150.00 | $2,625.00 |
| Hensel, Jeannie H. | N/A | Paralegal V | 60.2 | $325.00 | $18,955.00 |
| Hintmann, Brooke E. | 2002 | Associate | 233.5 | $665.00 | $143,381.50 |
| Howard, Jasper A. | 1989 | Partner | 4.2 | $970.00 | $3,942.00 |
| Jaramillo, Victor | Bar admission pending | Law Clerk | 83.6 | $420.00 | $33,154.50 |
| Katcher, Robert A. | 1978 | Partner | 3.0 | $970.00 | $2,745.00 |
| Kim, Minsoon Sharon | 2003 | Associate | 2.5 | $620.00 | $1,387.50 |
| King, Micah | 2005 | Associate | 252.0 | $560.00 | $127,264.00 |
| Kitchin, Miles | Bar admission pending | Law Clerk | 102.4 | $440.00 | $39,879.00 |
| Krause, Arielle S. | 2007 | Associate | 27.2 | $440.00 | $10,744.00 |
| Laughlin, Anne M. | 2008 | Associate | 270.3 | $440.00 | $113,109.00 |
| Leonard, Bob | 2007 | Associate | 118.5 | $440.00 | $47,838.00 |
| Levy, Michael N. | 1991 | Partner | 4.8 | $865.00 | $3,816.00 |

| Professional | Admission Date | Position | Current Hours Billed | Current Hourly Rate | Fees Billed |
|---|---|---|---|---|---|
| Leyva, Natan J. | 2000 | Partner | 116.7 | $760.00 | $85,569.00 |
| Madan, Rajiv | 1993 | Partner | 594.7 | $895.00 | $491,480.50 |
| Magee, John B. | 1972 | Partner | 2.0 | $995.00 | $1,950.00 |
| Margulies, Oren P. | 2006 | Associate | 70.4 | $510.00 | $32,731.00 |
| Martin, Elizabeth L. | 2004 | Associate | 6.9 | $620.00 | $3,881.50 |
| Mears, Veronica | 2008 | Associate | 58.2 | $440.00 | $23,920.50 |
| Murphy, Christopher | 2007 | Associate | 42.7 | $510.00 | $18,300.00 |
| Nelson, William F. | 1972 | Partner | 1.3 | $995.00 | $1,293.50 |
| Nieves, Roberto | N/A | Paralegal I | 8.5 | $230.00 | $1,872.50 |
| Otero, Kevin | 2005 | Associate | 131.8 | $590.00 | $67,545.00 |
| Owens, Angela M. | N/A | Paralegal II | 306.2 | $255.00 | $74,698.50 |
| Pai, Sarah | 2007 | Associate | 87.3 | $440.00 | $34,483.50 |
| Peppelman, David J. | 2008 | Associate | 13.1 | $440.00 | $5,174.50 |
| Plegge, Lisa Doussard | N/A | Paralegal V | 2.5 | $325.00 | $762.50 |
| Rankin, Kiara L. | 2007 | Associate | 66.1 | $440.00 | $29,084.00 |
| Sakason, Alexandra B. | N/A | Paralegal I | 71.2 | $230.00 | $15,987.50 |
| Stults, Kevin R. | 2005 | Associate | 673.2 | $560.00 | $336,456.00 |
| Tidwell, Royce | 2007 | Associate | 9.4 | $440.00 | $3,713.00 |
| Trevicano, Luisa | N/A | Paralegal II | 9.1 | $255.00 | $2,259.00 |
| von Klemperer, Michael J. | N/A | Paralegal I | 0.7 | $230.00 | $161.00 |
| Walsh, Suzanne M. | 2005 (NY) | Associate | 6.5 | $590.00 | $3,835.00 |
| Wilson, Justin T. | 2007 (CO) | Associate | 288.7 | $440.00 | $121,092.50 |
| **Total Hours and Fees** | | | 5085.5 | | $2,727,562.00 |
| Expenses | | | | | $105,916.85 |
| **Total Fees and Expenses** | | | | | $2,833,478.85 |