# Exhibit D

McKee Nelson LLP
Summary of Hours and Fees Incurred by Category
September 15, 2008 through January 31, 2009

| Category Name | Exhibit | Fees | Hours |
|---|---|---:|---:|
| Matter 001 | D1 | $35,309.50 | 61.4 |
| Matter 001 | D2 | $22,294.00 | 38.1 |
| Matter 001 | D3 | $8,786.00 | 20.8 |
| Matter 001 | D4 | $19,455.00 | 36.6 |
| Matter 382 | D1 | $12,881.00 | 19.6 |
| Matter 382 | D2 | $23,268.00 | 34.7 |
| Matter 382 | D3 | $39,041.00 | 67.7 |
| Matter 382 | D4 | $66,029.00 | 129.1 |
| Matter 395 | D1 | $117.00 | 0.2 |
| Matter 395 | D2 | $9,742.50 | 15.4 |
| Matter 395 | D3 | $7,273.50 | 12.8 |
| Matter 397 | D1 | $3,381.00 | 4.9 |
| Matter 397 | D2 | $20,511.00 | 46.6 |
| Matter 397 | D3 | $491.50 | 1.7 |
| Matter 397 | D4 | $407.50 | 0.5 |
| Matter 402 | D1 | $116,755.00 | 174.5 |
| Matter 402 | D2 | $61,575.00 | 94.4 |
| Matter 402 | D3 | $29,752.00 | 51.6 |
| Matter 402 | D4 | $74,357.00 | 121.0 |
| Matter 474 | D1 | $1,816.50 | 3.1 |
| Matter 474 | D2 | $45,267.50 | 107.0 |
| Matter 474 | D3 | $59,064.50 | 114.6 |
| Matter 474 | D4 | $190,230.50 | 366.9 |
| Matter 485 | D2 | $1,680.00 | 5.5 |
| Matter 489 | D1 | $2,473.50 | 4.5 |
| Matter 489 | D2 | $14,930.00 | 24.1 |
| Matter 489 | D3 | $30,492.00 | 54.7 |
| Matter 489 | D4 | $103,000.50 | 195.8 |
| Matter 502 | D1 | $5,378.00 | 14.7 |
| Matter 502 | D2 | $336.00 | 1.1 |
| Matter 502 | D3 | $421.00 | 1.7 |
| Matter 502 | D4 | $616.00 | 1.1 |

| Category Name | Exhibit | Fees | Hours |
|---|---|---|---|
| Matter 561 | D1 | $40,585.50 | 81.3 |
| Matter 561 | D2 | $39,565.50 | 75.8 |
| Matter 561 | D3 | $104,964.50 | 235.6 |
| Matter 561 | D4 | $74,808.00 | 139.9 |
| Matter 617 | D1 | $4,580.50 | 9.3 |
| Matter 617 | D2 | $7,134.00 | 12.9 |
| Matter 617 | D3 | $7,496.50 | 20.2 |
| Matter 664 | D1 | $473.50 | 0.9 |
| Matter 664 | D2 | $1,585.00 | 3.9 |
| Matter 664 | D3 | $342.50 | 1.4 |
| Matter 665 | D1 | $13,479.50 | 28.8 |
| Matter 665 | D2 | $17,751.00 | 37.5 |
| Matter 665 | D3 | $198.50 | 0.8 |
| Matter 665 | D4 | $188.50 | 0.3 |
| Matter 667 | D1 | $9,238.00 | 21.7 |
| Matter 667 | D2 | $288.00 | 1.1 |
| Matter 667 | D3 | $150.50 | 0.6 |
| Matter 701 | D1 | $23,781.00 | 40.5 |
| Matter 701 | D2 | $24,696.00 | 39.9 |
| Matter 701 | D3 | $56,176.00 | 104.5 |
| Matter 701 | D4 | $4,849.00 | 7.7 |
| Matter 750 | D1 | $18,529.00 | 32.2 |
| Matter 750 | D2 | $10,846.00 | 17.6 |
| Matter 750 | D3 | $22,595.00 | 43.3 |
| Matter 750 | D4 | $30,219.00 | 44.9 |
| Matter 798 | D1 | $82,334.00 | 125.7 |
| Matter 798 | D2 | $27,963.50 | 53.5 |
| Matter 798 | D3 | $21,109.50 | 37.1 |
| Matter 798 | D4 | $25,074.00 | 37.2 |
| Matter 799 | D2 | $3,986.50 | 11.2 |
| Matter 799 | D3 | $6,062.00 | 13.5 |
| Matter 799 | D4 | $746.00 | 1.5 |
| Matter 800 | D1 | $7,298.00 | 14.5 |
| Matter 800 | D2 | $39,295.00 | 91.3 |
| Matter 800 | D3 | $168.00 | 0.7 |
| Matter 801 | D2 | $7,783.50 | 19.1 |
| Matter 801 | D3 | $150.50 | 0.6 |

| Category Name | Exhibit | Fees | Hours |
|---|---|---|---|
| Matter 810 | D1 | $3,484.50 | 9.4 |
| Matter 810 | D2 | $3,379.50 | 8.4 |
| Matter 810 | D3 | $168.00 | 0.7 |
| Matter 811 | D2 | $17,179.50 | 46.5 |
| Matter 811 | D3 | $198.50 | 0.8 |
| Matter 849 | D1 | $6,120.50 | 8.4 |
| Matter 849 | D2 | $1,788.50 | 3.6 |
| Matter 849 | D3 | $2,373.50 | 5.4 |
| Matter 849 | D4 | $16,086.50 | 29.6 |
| Matter 900 | D1 | $236,311.00 | 344.2 |
| Matter 900 | D2 | $52,793.00 | 67.1 |
| Matter 900 | D3 | $884.00 | 1.2 |
| Matter 900 | D4 | $48,871.00 | 80.3 |
| Matter 904 | D1 | $18,193.50 | 29.8 |
| Matter 904 | D2 | $11,306.00 | 20.4 |
| Matter 904 | D3 | $3,936.00 | 8.2 |
| Matter 904 | D4 | $0.00 | 0.0 |
| Matter 905 | D1 | $4,040.00 | 7.3 |
| Matter 905 | D2 | $14,425.00 | 39.8 |
| Matter 905 | D3 | $842.50 | 2.9 |
| Matter 905 | D4 | $15,966.50 | 37.8 |
| Matter 906 | D1 | $2,010.00 | 4.0 |
| Matter 906 | D2 | $34,959.50 | 82.3 |
| Matter 906 | D3 | $6,241.00 | 19.7 |
| Matter 906 | D4 | $148,099.50 | 342.3 |
| Matter 907 | D1 | $6,716.50 | 10.9 |
| Matter 907 | D2 | $44,733.50 | 122.7 |
| Matter 907 | D3 | $3,848.50 | 11.6 |
| Matter 907 | D4 | $6,850.50 | 16.2 |
| Matter 908 | D1 | $2,019.00 | 3.6 |
| Matter 908 | D2 | $4,881.50 | 14.3 |
| Matter 908 | D3 | $1,101.50 | 4.3 |
| Matter 909 | D1 | $7,551.50 | 16.6 |
| Matter 909 | D2 | $17,716.50 | 23.0 |
| Matter 909 | D3 | $36,388.00 | 57.5 |
| Matter 909 | D4 | $537.00 | 0.6 |
| Matter 910 | D1 | $5,576.00 | 9.8 |
| Matter 910 | D2 | $14,743.50 | 27.1 |

D-3

| Category Name | Exhibit | Fees | Hours |
|---|---|---:|---:|
| Matter 910 | D3 | $1,042.00 | 2.0 |
| Matter 910 | D4 | $342.00 | 0.4 |
| Matter 911 | D2 | $52,215.00 | 84.8 |
| Matter 911 | D3 | $18,086.00 | 38.5 |
| Matter 911 | D4 | $5,322.50 | 7.5 |
| Fee Application Preparation | D1 | $29,101.00 | 66.5 |
| Fee Application Preparation | D3 | $15,631.50 | 31.5 |
| Fee Application Preparation | D4 | $16,015.00 | 30.2 |
| Retention Application | D1 | $37,732.00 | 62.8 |
| Retention Application | D2 | $6,130.50 | 8.1 |
| **Total:** | | **$2,727,562.00** | **5,085.5** |