# Exhibit E

McKee Nelson LLP
Summary of Expenses
September 15, 2008 through January 31, 2009

| Expense Category | Amount |
|---|---:|
| Air Transportation | $11,319.45 |
| Consulting | $46,171.39 |
| Ground Transportation | $4,605.57 |
| Lodging | $5,691.19 |
| Messenger/Courier | $1,157.07 |
| Online Legal Research | $25,046.73 |
| Other Legal Research | $79.90 |
| Overtime Meals | $186.48 |
| Overtime Transportation | $34.16 |
| Parking | $90.00 |
| Photocopies | $7,669.02 |
| Rail Transportation | $3,049.35 |
| Travel Meals | $816.54 |
| **Total:** | **$105,916.85** |