# Exhibit E1

McKee Nelson LLP
Detail of Expenses
September 15, 2008 through January 31, 2009

## Air Transportation

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Bowers, Christopher | 9/16/2008 | Travel - Round trip airfare for C. Bowers from Washington DC to New York to meet with Lehman | $493.70 |
| Madan, Rajiv | 9/16/2008 | Travel - Round trip airfare for R. Madan from Washington DC to New York to meet with Lehman | $493.70 |
| Madan, Rajiv | 9/23/2008 | Travel - One-way airfare for R. Madan from New York to Washington DC for Lehman meeting | $269.35 |
| Dillon, Sheri | 9/29/2008 | Travel - Round trip airfare for S. Dillon from Washington DC to New York to meet with Lehman | $493.70 |
| Madan, Rajiv | 9/29/2008 | Travel - One-way airfare for R. Madan from New York to Washington DC to meet with Lehman clients | $269.35 |
| Madan, Rajiv | 10/17/2008 | Travel - Round trip airfare for R. Madan from Washington DC to New York for meeting with Weil and clients | $493.70 |
| Madan, Rajiv | 10/31/2008 | Travel - One-way airfare for R. Madan from New York to Washington DC for G. King deposition | $269.35 |
| Bowers, Christopher | 11/17/2008 | Travel - Roundtrip airfare for C. Bowers from Washington D.C. to New York for client meeting | $493.70 |
| Madan, Rajiv | 11/17/2008 | Travel - Roundtrip airfare for R. Madan from Washington D.C. to New York for client meeting | $493.70 |
| Bowers, Christopher | 11/25/2008 | Travel - Roundtrip airfare for C. Bowers from Washington D.C. to New York for client meeting | $612.00 |
| King, Micah | 12/11/2008 | One-way airfare from New York to Washington, DC for M. King after meeting with Hughes Hubbard and IRS | $269.35 |
| Madan, Rajiv | 12/11/2008 | One-way airfare from New York to Washington, DC for R. Madan after meeting with Hughes Hubbard and IRS | $269.35 |
| Stults, Kevin | 12/11/2008 | One-way airfare from New York to Washington, DC for K. Stults after meeting with Hughes Hubbard and IRS | $269.35 |

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| N/A | 12/18/2008 | Round trip airfare for J. Triolo (Lehman) from NY to Washington, DC to meet with C. Bowers | $493.70 |
| Dillon, Sheri | 12/22/2008 | Roundtrip airfare for S. Dillon from Washington DC to New York | $493.70 |
| Stults, Kevin | 12/22/2008 | One-way air fare from Washington DC to New York for K. Stults | $269.35 |
| N/A | 1/8/2009 | Round trip airfare for J. Triolo (Lehman) from NY to Washington, DC to meet with C. Bowers | $493.90 |
| King, Micah | 1/23/2009 | Round trip airfare for M. King from Washington DC to New York for client meetings | $493.90 |
| Madan, Rajiv | 1/23/2009 | Round trip airfare for R. Madan from Washington DC to New York to meet with clients | $493.90 |
| Stults, Kevin | 1/23/2009 | Round trip airfare for K. Stults from Washington DC to New York for client meetings | $493.90 |
| Bowers, Christopher | 1/26/2009 | Round trip airfare for C. Bowers from Washington DC to New York for client meetings | $724.20 |
| Dillon, Sheri | 1/26/2009 | Roundtrip airfare for S. Dillon from Washington DC to NJ to attend client meetings | $724.20 |
| Madan, Rajiv | 1/26/2009 | Round trip airfare from Washington, DC to NY for R. Madan to meet with clients | $724.20 |
| Stults, Kevin | 1/26/2009 | Round trip airfare for K. Stults from Washington DC to New York for client meetings | $724.20 |
| **Air Transportation Subtotal:** | | | **$11,319.45** |

**Consulting**

| Cost Date | Cost Description | Amount |
|---|---|---|
| 9/15/08 - 10/31/08 | ██████████[1] Consulting Services - FTI CONSULTING, INC. professional services & expenses | $12,160.70 |
| 9/15/08 - 10/31/08 | ██████████ Consulting Services - FTI CONSULTING, INC. professional services & expenses | $1,365.69 |
| 11/13/2008 | ██████████ Consulting Services - FTI CONSULTING, INC. professional services and expenses | $5,155.03 |
| 11/30/2008 | Consulting - ██████████ Fee for November 2008 | $1,847.50 |
| 12/12/2008 | Consulting - FTI CONSULTING, INC. ██████████ ██████████ through Nov. 30, 2008 | $635.71 |

---

[1] All redactions are made to preserve confidentiality.

| Cost Date | Cost Description | Amount |
|---|---|---|
| 12/31/2008 | Consulting - FTI CONSULTING, INC. ███████ ██████████ through Dec. 31, 2008 | $463.50 |
| 12/31/2008 | Consulting - FTI CONSULTING, INC. ███████ ████████ through Dec. 31, 2008 | $7,730.70 |
| 1/15/2009 | Consulting – Litigation technology consulting fees for December 2008 | $2,725.01 |
| 1/31/2009 | Litigation technology consulting fees through January 2009 | $544.32 |
| 1/31/2009 | Litigation technology consulting fees through January 2009 | $6,677.88 |
| **Consulting Subtotal:** | | **$46,171.39** |

## Ground Transportation

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Bowers, Christopher | 9/16/2008 | Travel - NORTON SEDAN SERVICE - Car service for R. Madan & C. Bowers from DC Office to DCA | $54.00 |
| Bowers, Christopher | 9/17/2008 | Travel - NORTON SEDAN SERVICE - Car service for R. Madan and C. Bowers from DCA to DC Office | $124.80 |
| Dillon, Sheri | 9/29/2008 | Travel - NORTON SEDAN SERVICE - Car service for S. Dillon and R. Madan from DCA to both residences | $75.60 |
| Dillon, Sheri | 9/29/2008 | Travel - Taxi for S. Dillon from residence to DCA | $36.65 |
| Madan, Rajiv | 9/29/2008 | Travel - EUROPE LIMOUSINE SERVICE, INC. - Car service for R. Madan from LAG to Lehman | $90.58 |
| Madan, Rajiv | 9/29/2008 | Travel - Taxi for R. Madan from residence to DCA | $30.00 |
| Madan, Rajiv | 10/17/2008 | Travel - NORTON SEDAN SERVICE - Car service for R. Madan from DC Office to DCA | $54.00 |
| Madan, Rajiv | 10/17/2008 | Travel – Taxi for R. Madan from McKee Nelson NY office to LaGuardia Airport | $50.00 |
| Madan, Rajiv | 10/28/2008 | Ground Transportation - NORTON SEDAN SERVICE Car service for R. Madan on 10/28/08 from residence to Union Station | $60.00 |
| Madan, Rajiv | 10/28/2008 | Travel - EUROPE LIMOUSINE SERVICE, INC. - Car Service for R. Madan from Penn Station to NY Office | $75.48 |
| Bowers, Christopher | 10/30/2008 | Travel - CAREY INTERNATIONAL INC. - Car service for C. Bowers from NY Office to NY Penn Station | $176.87 |

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Hintmann, Brooke | 10/30/2008 | Travel - Taxi for B. Hintmann from NY Office to Penn Station after G. King deposition | $20.00 |
| Madan, Rajiv | 10/31/2008 | Ground Transportation - NORTON SEDAN SERVICE Car service for R. Madan on 10/31/08 from DCA to residence | $132.00 |
| Madan, Rajiv | 10/31/2008 | Travel - Taxicab for R. Madan from MN New York office to LaGuardia | $25.00 |
| Hintmann, Brooke | 11/17/2008 | Travel - Taxi for R. Madan from Creditors Committee meeting at Milbank to Lehman's offices with S. Hoffman (Alvarez) and J. Ciongoli (Lehman) | $18.00 |
| Madan, Rajiv | 11/17/2008 | Ground Transportation - NORTON SEDAN SERVICE Car service for R. Madan & C. Bowers from DCA to residences (Inv#SMN8121) | $75.60 |
| Madan, Rajiv | 11/17/2008 | Ground Transportation - NORTON SEDAN SERVICE Car service for R. Madan from residence to DCA (Inv#SMN8121) | $60.00 |
| Madan, Rajiv | 11/17/2008 | Travel - Taxi for R. Madan while on travel for client meeting | $51.79 |
| Madan, Rajiv | 11/17/2008 | Travel - Taxi for R. Madan while on travel for client meeting | $42.91 |
| Bowers, Christopher | 11/25/2008 | EUROPE LIMOUSINE SERVICE, INC. travel for C. Bowers from Penn Station to Battery Park Plaza | $51.00 |
| Madan, Rajiv | 11/25/2008 | EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan from Battery Park Plaza to Penn Station | $98.74 |
| Madan, Rajiv | 11/25/2008 | Ground Transportation - NORTON SEDAN SERVICE Car service for R. Madan from Union Stn. to residence with 1 stop (Inv#SMN8121) | $90.00 |
| Madan, Rajiv | 11/25/2008 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan from LGA to Broadway | $90.58 |
| Madan, Rajiv | 11/25/2008 | Ground Transportation - NORTON SEDAN SERVICE Car service for R. Madan from residence to DCA (Inv#SMN8121) | $60.00 |
| King, Micah | 12/11/2008 | RED TOP EXECUTIVE SEDAN travel for M. King from National Airport to residence | $37.26 |
| King, Micah | 12/11/2008 | RED TOP EXECUTIVE SEDAN travel for M. King from residence to Union Station | $35.71 |

| Name | Cost Date | Cost Description | Amount |
|------|-----------|------------------|--------|
| King, Micah | 12/11/2008 | Taxi from McKee offices to Union Station for M. King | $12.00 |
| Madan, Rajiv | 12/11/2008 | NORTON SEDAN SERVICE Car service for R. Madan from DCA to residence | $122.40 |
| Madan, Rajiv | 12/11/2008 | NORTON SEDAN SERVICE Car service for R. Madan from residence to Union Stn. | $66.00 |
| Stults, Kevin | 12/11/2008 | CAREY INTERNATIONAL, INC. Car service for K. Stults from DCA to residence | $229.50 |
| Stults, Kevin | 12/11/2008 | Taxi from residence to BWI Airport for K. Stults | $101.64 |
| N/A | 12/18/2008 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for J. Triolo (Lehman) on 12/18/08 from LGA to residence | $170.14 |
| N/A | 12/18/2008 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for J. Triolo (Lehman) on 12/18/08 from residence to LGA | $164.02 |
| N/A | 12/18/2008 | Ground Transportation - NORTON SEDAN SERVICE Car service for John Triolo (Lehman) on 12/18/08 from 1919 M Street to DCA (Inv.#SMN9011) | $85.20 |
| Dillon, Sheri | 12/22/2008 | Ground Transportation - NORTON SEDAN SERVICE Car service for S. Dillon on 12/22/08 from residence to DCA w/ 1 stop (Inv.#SMN9011) | $60.00 |
| Madan, Rajiv | 12/22/2008 | Ground Transportation - NORTON SEDAN SERVICE Car service for R. Madan on 12/22/08 from 1919 M Street to Union Stn. (Inv.#SMN9011) | $60.00 |
| Stults, Kevin | 12/22/2008 | CAREY INTERNATIONAL, INC. Car service for K. Stults from residence to DCA | $208.95 |
| Stults, Kevin | 12/22/2008 | Taxi from hotel to dinner for K. Stults, S. Dillon and J. Triolo (Lehman) | $20.00 |
| Stults, Kevin | 12/22/2008 | Taxi from Lehman offices to hotel for K. Stults and S. Dillon | $23.00 |
| Stults, Kevin | 12/22/2008 | Taxi to Penn Station for K. Stults | $10.00 |
| Dillon, Sheri | 12/23/2008 | Ground Transportation - NORTON SEDAN SERVICE Car service for S. Dillon on 12/23/08 from DCA to 1919 M Street (Inv.#SMN9011) | $54.00 |
| Stults, Kevin | 12/23/2008 | Taxi from BWI Airport to residence for K. Stults | $96.72 |

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| N/A | 1/8/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. transportation for J. Triolo (Lehman) from LGA to residence | $170.14 |
| N/A | 1/8/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. transportation for J. Triolo (Lehman) from residence to LGA | $164.02 |
| N/A | 1/8/2009 | Ground Transportation - NORTON SEDAN SERVICE Car service for J. Triolo (Lehman) 1919 M Street to DCA (Inv.#SMN9012) | $54.00 |
| King, Micah | 1/23/2009 | Ground Transportation - RED TOP EXECUTIVE SEDAN Car service for M. King on 1/23/09 from 1919 M Street to residence (Inv.#1053086) | $30.29 |
| King, Micah | 1/23/2009 | Ground Transportation - RED TOP EXECUTIVE SEDAN Car service for M. King on 1/23/09 from residence to DCA (Inv.#1053086) | $35.71 |
| Madan, Rajiv | 1/23/2009 | Ground Transportation - NORTON SEDAN SERVICE Car service for R. Madan from DCA to 1919 M Street (Inv.#SMN9021) | $54.00 |
| Madan, Rajiv | 1/23/2009 | Ground Transportation - NORTON SEDAN SERVICE Car service for R. Madan from residence to DCA (Inv.#SMN9021) | $60.00 |
| Madan, Rajiv | 1/23/2009 | Taxicab for R. Madan from MN offices to LaGuardia Airport | $45.00 |
| Stults, Kevin | 1/23/2009 | Ground Transportation - NORTON SEDAN SERVICE Car service for K. Stults from residence to DCA (Inv.#SMN9021) | $171.60 |
| Stults, Kevin | 1/23/2009 | Ground Transportation - RED TOP EXECUTIVE SEDAN Car service for K. Stults on 1/23/09 from 1919 M Street to residence (Inv.#1053086) | $126.27 |
| Dillon, Sheri | 1/26/2009 | Ground Transportation - NORTON SEDAN SERVICE Car service for S. Dillon & R. Madan on 1/26/09 from residence to DCA w/ 1 stop (Inv.#SMN9021) | $75.60 |
| Dillon, Sheri | 1/26/2009 | Ground Transportation - NORTON SEDAN SERVICE Car service for S. Dillon, R. Madan & C. Bowers from DCA to residence w/ 2 stops (Inv.#SMN9021) | $91.20 |

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Stults, Kevin | 1/26/2009 | Ground Transportation - NORTON SEDAN SERVICE Car service for K. Stults from DCA to residence (Inv.#SMN9021) | $156.00 |
| Stults, Kevin | 1/26/2009 | Ground Transportation - NORTON SEDAN SERVICE Car service for K. Stults from residence to DCA (Inv.#SMN9021) | $171.60 |
| **Ground Transportation Subtotal:** | | | **$4,605.57** |

## Lodging

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Bowers, Christopher | 9/16/2008 | Travel - Lodging for C. Bowers in Battery Park, New York | $1,077.61 |
| Madan, Rajiv | 9/16/2008 | Travel - Lodging for R. Madan in Battery Park, New York | $1,077.61 |
| Hintmann, Brooke | 10/28/2008 | Travel - Lodging for B. Hintmann in Battery Park, New York for G. King deposition | $1,286.74 |
| Madan, Rajiv | 10/28/2008 | Travel - Lodging for R. Madan in Battery Park, New York for G. King deposition | $1,930.11 |
| Dillon, Sheri | 12/22/2008 | Hotel accommodations in New York for S. Dillon | $319.12 |
| **Lodging Subtotal:** | | | **$5,691.19** |

## Messenger/Courier

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Owens, Angela | 9/16/2008 | FEDERAL EXPRESS to Lauren Hedvat (Lehman) | $11.39 |
| Owens, Angela | 9/16/2008 | FEDERAL EXPRESS to Scott Lechner (Lehman) | $11.39 |
| Owens, Angela | 9/22/2008 | FEDERAL EXPRESS to Lauren Hedvat (Lehman) | $11.39 |
| Owens, Angela | 10/3/2008 | FEDERAL EXPRESS to Jackie Marx (Lehman) | $26.95 |
| Owens, Angela | 10/6/2008 | FEDERAL EXPRESS to Stephen A. Hoffman (Alvarez) | $23.13 |
| Owens, Angela | 10/7/2008 | FEDERAL EXPRESS to Anthony Zangre (Lehman) | $23.13 |
| Owens, Angela | 10/8/2008 | FEDERAL EXPRESS to James Grogan (Weil) | $12.57 |
| Owens, Angela | 10/31/2008 | FEDERAL EXPRESS to J. Ciongoli (Lehman) | $12.57 |
| Owens, Angela | 10/31/2008 | FEDERAL EXPRESS to J. Marx (Lehman) | $31.58 |

| Name | Cost Date | Cost Description | Amount |
|------|-----------|------------------|--------|
| Owens, Angela | 11/4/2008 | FEDERAL EXPRESS to T. Zangre (Lehman) | $29.49 |
| Owens, Angela | 11/10/2008 | FEDERAL EXPRESS - Fedex to A. Braiterman, Hughes Hubbard, 1 Battery Park Plaza, New York City, NY | $23.40 |
| Owens, Angela | 11/10/2008 | FEDERAL EXPRESS - Fedex to R. Rodriguez, IRS, 110 W 44th Street, New York City, NY | $12.72 |
| Owens, Angela | 11/14/2008 | FEDERAL EXPRESS to T. Zangre (Lehman) | $23.40 |
| Owens, Angela | 11/18/2008 | FEDERAL EXPRESS to T. Zangre (Lehman) | $23.40 |
| Owens, Angela | 11/20/2008 | FEDERAL EXPRESS to A. Zangre (Lehman) | $23.40 |
| Owens, Angela | 11/21/2008 | FEDERAL EXPRESS to A. Zangre (Lehman) | $23.40 |
| Owens, Angela | 11/24/2008 | FEDERAL EXPRESS to A. Zangre (Lehman) | $30.72 |
| Owens, Angela | 11/25/2008 | FEDERAL EXPRESS to A. Zangre (Lehman) | $23.40 |
| Owens, Angela | 11/25/2008 | FEDERAL EXPRESS to J. Triolo (Lehman) | $15.68 |
| Owens, Angela | 12/1/2008 | FEDERAL EXPRESS - Fedex to J. Ciongoli, Lehman, 70 Hudson St, Floor 10, Jersey City, NJ | $20.94 |
| Owens, Angela | 12/4/2008 | FEDERAL EXPRESS - Fedex to J. Ciongoli, Lehman, 70 Hudson St, Floor 10, Jersey City, NJ | $20.94 |
| Owens, Angela | 12/8/2008 | FEDERAL EXPRESS - Fedex to J. Ciongoli, Lehman, 70 Hudson St, Floor 10, Jersey City, NJ | $19.01 |
| Owens, Angela | 12/10/2008 | FEDERAL EXPRESS - Fedex to A. Zangre, Lehman, 70 Hudson St, Floor 10, Jersey City, NJ | $20.94 |
| Owens, Angela | 12/10/2008 | FEDERAL EXPRESS - Fedex to J. Ciongoli, Lehman, 70 Hudson St, Floor 10, Jersey City, NJ | $18.08 |
| Owens, Angela | 12/19/2008 | FEDERAL EXPRESS Fedex to R. Barral, IRS, 33 Maiden Lane, New York City, NY | $11.39 |
| Owens, Angela | 12/19/2008 | FEDERAL EXPRESS Fedex to W. Harris, IRS, 290 Broadway, New York City, NY | $11.39 |
| Owens, Angela | 1/12/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to Anthony Zangre at Lehman Brothers Inc. on 1/12/09 (Inv.#9-058-54165) | $16.74 |
| Owens, Angela | 1/12/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to John Triolo at Lehman Brothers on 1/12/09 (Inv.#9-058-54165) | $16.74 |

| Name | Cost Date | Cost Description | Amount |
|------|-----------|------------------|--------|
| Owens, Angela | 1/13/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to Tim Taggart at IRS on 1/13/09 (Inv.#9-058-54165) | $18.22 |
| Owens, Angela | 1/15/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to Antony Zangre at Lehman Brothers on 1/15/09 (Inv.#9-058-54165) | $21.12 |
| Owens, Angela | 1/15/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to Joseph W. Fogelson at IRS on 1/15/09 (Inv.#9-058-54165) | $21.12 |
| Owens, Angela | 1/15/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to Rafael Rodriguez at IRS on 1/15/09 (Inv.#9-058-54165) | $21.12 |
| Owens, Angela | 1/15/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to Robert W. Meyer at IRS on 1/15/09 (Inv.#9-058-54165) | $22.77 |
| Owens, Angela | 1/15/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to Sarah Cave at Hughes Hubbard & Reed LLP on 1/15/09 (Inv.#9-058-54165) | $21.12 |
| Owens, Angela | 1/16/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent by La Toya Owens at Barclays Capital on 1/16/09 (Inv.#9-058-54165) | $9.78 |
| Owens, Angela | 1/16/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to Dan Rosen at IRS on 1/16/09 (Inv.#9-067-13063) | $7.22 |
| Owens, Angela | 1/22/2009 | Messenger/Courier - FEDERAL EXPRESS 2nd Fedex sent to Jeffry Ciongoli at Lehman Brothers on 1/22/09 (Inv.#9-067-13063) | $27.74 |
| Owens, Angela | 1/22/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to Jeffry Ciongoli at Lehman Brothers on 1/22/09 (Inv.#9-067-13063) | $27.74 |
| Owens, Angela | 1/23/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent to ███████ on 1/23/09 (Inv.#8-940-36659) | $79.77 |
| Owens, Angela | 1/28/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent on 1/28/09 from A. Owens Andy Velez-Rivera, Esq. at Office of US Trustee (Inv.#9-075-25520) | $18.22 |
| Owens, Angela | 1/28/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent on 1/28/09 from A. Owens to David Coles at Lehman Brothers (Inv.#9-075-25520) | $18.22 |
| Owens, Angela | 1/28/2009 | Messenger/Courier - FEDERAL EXPRESS Fedex sent on 1/28/09 from A. Owens to Dennis F. Dunne, Esq. at Milbank (Inv.#9-075-25520) | $18.22 |

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Owens, Angela | 1/28/2009 | Messenger/Courier -  FEDERAL EXPRESS Fedex sent on 1/28/09 from A. Owens to Dennis O'Donnell, Esq. at Milbank (Inv.#9-075-25520) | $18.22 |
| Owens, Angela | 1/28/2009 | Messenger/Courier -  FEDERAL EXPRESS Fedex sent on 1/28/09 from A. Owens to Evan Fleck, Esq. at Milbank (Inv.#9-075-25520) | $18.22 |
| Owens, Angela | 1/28/2009 | Messenger/Courier -  FEDERAL EXPRESS Fedex sent on 1/28/09 from A. Owens to Jeffry Ciongoli at Lehman Brothers (Inv.#9-075-25520) | $21.12 |
| Owens, Angela | 1/28/2009 | Messenger/Courier -  FEDERAL EXPRESS Fedex sent on 1/28/09 from A. Owens to John Suckow at Lehman Brothers (Inv.#9-075-25520) | $18.22 |
| Owens, Angela | 1/28/2009 | Messenger/Courier -  FEDERAL EXPRESS Fedex sent on 1/28/09 from A. Owens to Shai Y. Waisman, Esq. at Weil Gotshal (Inv.#9-075-25520) | $18.22 |
| Owens, Angela | 1/28/2009 | Messenger/Courier -  FEDERAL EXPRESS Fedex sent on 1/28/09 from A. Owens to Stephen A. Hoffman at Alvarez & Marsal (Inv.#9-075-25520) | $21.12 |
| Owens, Angela | 1/28/2009 | Messenger/Courier -  FEDERAL EXPRESS Fedex sent on 1/28/09 from A. Owens to Tracy Hope Davis, Esq. at Office of US Trustee (Inv.#9-075-25520) | $18.22 |
| Owens, Angela | 1/28/2009 | Messenger/Courier -  FEDERAL EXPRESS Fedex sent on 1/28/09 from ███████ to R. Madan (Inv.#8-943-11388) | $53.51 |
| Owens, Angela | 1/29/2009 | Messenger/Courier -  FEDERAL EXPRESS Fedex sent on 1/29/09 from A. Owens to ████████ (Inv.#8-943-11388) | $88.56 |
| **Messenger/Courier Subtotal:** | | | **$1,157.07** |

## Online Legal Research

| Cost Date | Cost Description | Amount |
|---|---|---|
| 9/15/2008 | Online Legal Research - THOMSON WEST - Westlaw transactional searches and documents | $690.12 |
| 9/16/2008 | Additional Online Legal Research - THOMSON WEST - Westlaw transactional searches and documents | $10.58 |
| 9/16/2008 | Online Legal Research - THOMSON WEST - Westlaw transactional searches and documents | $28.77 |
| 9/24/2008 | Online Legal Research - THOMSON WEST - charges for Sept. 2008 | $43.42 |

| Cost Date | Cost Description | Amount |
|---|---|---|
| 9/28/2008 | Online Legal Research - THOMSON WEST - Westlaw transactional searches and documents | $20.57 |
| 9/29/2008 | Additional Online Legal Research - THOMSON WEST - Westlaw transactional searches and documents | $406.51 |
| 9/29/2008 | Online Legal Research - THOMSON WEST - Westlaw transactional searches and documents | $45.94 |
| 9/30/2008 | Online Legal Research - LEXIS-NEXIS - charges for Sept. 2008 | $109.47 |
| 9/30/2008 | Online Legal Research - LEXIS-NEXIS - charges for Sept. 2008 | $253.26 |
| 9/30/2008 | Online Legal Research - LEXIS-NEXIS - charges for Sept. 2008 | $480.20 |
| 9/30/2008 | Online Legal Research - LEXIS-NEXIS- charges for Sept. 2008 | $1,138.87 |
| 9/30/2008 | Online Legal Research - THOMSON WEST - charges for Sept. 2008 | $635.02 |
| 9/30/2008 | Online Legal Research - THOMSON WEST - charges for Sept. 2008 | $28.25 |
| 9/30/2008 | Online Legal Research - THOMSON WEST - charges for Sept. 2008 | $458.44 |
| 9/30/2008 | Online Legal Research - THOMSON WEST - charges for Sept. 2008 | $3.62 |
| 9/30/2008 | Online Legal Research - THOMSON WEST - charges for Sept. 2008 | $91.01 |
| 9/15/08 - 10/31/08 | Online Docket and Document Retrieval - PACER SERVICE CENTER | $1,852.00 |
| 10/31/2008 | Online Legal Research - LEXIS-NEXIS - charges for Oct. 2008 | $92.85 |
| 10/31/2008 | Online Legal Research - LEXIS-NEXIS - charges for Oct. 2008 | $12.06 |
| 10/31/2008 | Online Legal Research - LEXIS-NEXIS - charges for Oct. 2008 | $71.35 |
| 10/31/2008 | Online Legal Research - LEXIS-NEXIS - charges for Oct. 2008 | $897.93 |
| 10/31/2008 | Online Legal Research - LEXIS-NEXIS - charges for Oct. 2008 | $15.93 |
| 10/31/2008 | Online Legal Research - LEXIS-NEXIS - Courtlink charges for Oct. 2008 | $154.82 |
| 10/31/2008 | Online Legal Research - THOMSON WEST - charges for Oct. 2008 | $92.61 |
| 10/31/2008 | Online Legal Research - THOMSON WEST - charges for Oct. 2008 | $42.03 |
| 10/31/2008 | Online Legal Research - THOMSON WEST - charges for Oct. 2008 | $710.81 |
| 10/31/2008 | Online Legal Research - THOMSON WEST - charges for Oct. 2008 | $1,644.86 |

| Cost Date | Cost Description | Amount |
|---|---|---|
| 10/31/2008 | Online Legal Research - THOMSON WEST - charges for Oct. 2008 | $144.82 |
| 11/30/2008 | Online Legal Research - LEXIS-NEXIS - charges for Nov. 2008 | $109.36 |
| 11/30/2008 | Online Legal Research - LEXIS-NEXIS - charges for Nov. 2008 | $357.82 |
| 11/30/2008 | Online Legal Research - LEXIS-NEXIS - charges for Nov. 2008 | $0.65 |
| 11/30/2008 | Online Legal Research - LEXIS-NEXIS - charges for Nov. 2008 | $455.16 |
| 11/30/2008 | Online Legal Research - LEXIS-NEXIS - charges for Nov. 2008 | $52.48 |
| 11/30/2008 | Online Legal Research - LEXIS-NEXIS - charges for Nov. 2008 | $2.21 |
| 11/30/2008 | Online Legal Research - LEXIS-NEXIS - Courtlink charges for Nov. 2008 | $128.01 |
| 11/30/2008 | Online Legal Research - Thomson GSI - charges for Nov. 2008 | $772.40 |
| 11/30/2008 | Online Legal Research - THOMSON WEST - charges for Nov. 2008 | $355.29 |
| 11/30/2008 | Online Legal Research - THOMSON WEST - charges for Nov. 2008 | $50.27 |
| 11/30/2008 | Online Legal Research - THOMSON WEST - charges for Nov. 2008 | $601.05 |
| 11/30/2008 | Online Legal Research - THOMSON WEST - charges for Nov. 2008 | $35.99 |
| 11/30/2008 | Online Legal Research - THOMSON WEST - charges for Nov. 2008 | $7.51 |
| 11/30/2008 | Online Legal Research - THOMSON WEST - charges for Nov. 2008 | $21.70 |
| 11/30/2008 | Online Legal Research - THOMSON WEST - charges for Nov. 2008 | $267.09 |
| 11/30/2008 | Online Legal Research - THOMSON WEST - charges for Nov. 2008 | $51.10 |
| 11/30/2008 | Online Legal Research - THOMSON WEST - charges for Nov. 2008 | $7.98 |
| 12/19/2008 | Online Legal Research -  Thomson GSI Charges for period 12/01-31/08 | $50.02 |
| 12/31/2008 | Online Legal Research -  THOMSON WEST West Information charges for period 12/01-31/08 | $2,273.15 |
| 12/31/2008 | Online Legal Research -  THOMSON WEST West Information charges for period 12/01-31/08 | $146.22 |
| 12/31/2008 | Online Legal Research -  THOMSON WEST West Information charges for period 12/01-31/08 | $1,625.10 |

| Cost Date | Cost Description | Amount |
|---|---|---|
| 12/31/2008 | Online Legal Research - THOMSON WEST West Information charges for period 12/01-31/08 | $1,974.44 |
| 12/31/2008 | Online Legal Research - THOMSON WEST West Information charges for period 12/01-31/08 | $438.86 |
| 12/31/2008 | Online Legal Research - THOMSON WEST West Information charges for period 12/01-31/08 | $119.11 |
| 12/31/2008 | Online Legal Research - LEXIS-NEXIS - Client ID# 9582 CourtLink product usage for period 12/1-31/08 | $148.11 |
| 12/31/2008 | Online Legal Research - LEXIS-NEXIS Online & Related charges for billing period 12/01-31/08 | $67.19 |
| 12/31/2008 | Online Legal Research - LEXIS-NEXIS Online & Related charges for billing period 12/01-31/08 | $184.17 |
| 12/31/2008 | Online Legal Research - LEXIS-NEXIS Online & Related charges for billing period 12/01-31/08 | $347.96 |
| 12/31/2008 | Online Legal Research - LEXIS-NEXIS Online & Related charges for billing period 12/01-31/08 | $926.64 |
| 1/31/2009 | Online Legal Research - THOMSON WEST - Westlaw charges for period 1/01-31/09 | $417.91 |
| 1/31/2009 | Online Legal Research - THOMSON WEST - Westlaw charges for period 1/1-31/09 | $10.20 |
| 1/31/2009 | Online Legal Research - THOMSON WEST - Westlaw charges for period 1/1-31/09 | $535.30 |
| 1/31/2009 | Online Legal Research - THOMSON WEST - Westlaw charges for period 1/1-31/09 | $4.40 |
| 1/31/2009 | Online Legal Research - THOMSON WEST - Westlaw charges for period 1/1-31/09 | $346.29 |
| 1/31/2009 | Online Legal Research - THOMSON WEST - Westlaw charges for period 1/1-31/09 | $30.36 |
| 1/31/2009 | Online Legal Research - THOMSON WEST - Westlaw charges for period 1/1-31/09 | $1,094.74 |
| 1/31/2009 | Online Legal Research - LEXIS-NEXIS - Courtlink charges for period 1/1-31/09 | $134.73 |
| 1/31/2009 | Online Legal Research - LEXIS-NEXIS - Lexis charges for period 1/1-31/09 | $10.14 |
| 1/31/2009 | Online Legal Research - LEXIS-NEXIS - Lexis charges for period 1/1-31/09 | $228.01 |
| 1/31/2009 | Online Legal Research - LEXIS-NEXIS - Lexis charges for period 1/1-31/09 | $84.91 |

| Cost Date | Cost Description | Amount |
|---|---|---|
| 1/31/2009 | Online Legal Research - LEXIS-NEXIS - Lexis charges for period 1/1-31/09 | $396.58 |
| **Online Legal Research Subtotal:** | | **$25,046.73** |

## Other Legal Research

| Cost Date | Cost Description | Amount |
|---|---|---|
| 12/16/2008 | Other Legal Research - GEORGE WASHINGTON UNIVERSITY - Standard Photocopy 12/16/08 | $25.00 |
| 12/31/2008 | Other Legal Research - The British Library - Acct.# 31911/51-3508 OS Fax STD, OS Copyright Fee | $54.90 |
| **Other Legal Research Subtotal:** | | **$79.90** |

## Overtime Meals

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Laughlin, Anne | 10/8/2008 | Overtime Meal for A. Laughlin | $27.22 |
| Madan, Rajiv | 10/16/2008 | Overtime Meal for R. Madan and K. Stults | $41.64 |
| Madan, Rajiv | 10/23/2008 | Overtime Meal for R. Madan and K. Stults | $55.66 |
| Laughlin, Anne | 1/22/2009 | Overtime Meals - Meal for A. Laughlin | $20.00 |
| Rankin, Kiara | 1/25/2009 | Overtime meals - Meal for K. Rankin | $7.68 |
| Laughlin, Anne | 1/28/2009 | Overtime meals - Meal for A. Laughlin | $14.28 |
| Laughlin, Anne | 1/31/2009 | Overtime meals - Meal for A. Laughlin | $20.00 |
| **Overtime Meals Subtotal:** | | | **$186.48** |

## Overtime Transportation

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Otero, Kevin | 9/24/2008 | Overtime Transportation - RED TOP EXECUTIVE SEDAN - Car service for K. Otero | $34.16 |
| **Overtime Transportation Subtotal:** | | | **$34.16** |

## Parking

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Bowers, Christopher | 10/29/2008 | Travel - Parking at The Marc Station for C. Bowers while in NY | $27.00 |
| Hintmann, Brooke | 10/30/2008 | Travel - Parking at Union Station for B. Hintmann while in NY for G. King deposition | $54.00 |
| Bowers, Christopher | 11/26/2008 | Travel - Parking at Marc Station for C. Bowers | $9.00 |
| **Parking Subtotal:** | | | **$90.00** |

**Photocopies**

| Cost Date | Cost Description | Amount |
|---|---|---|
| 9/15/08 - 10/31/08 | Photocopies - 507 copies at $.20 | $101.40 |
| 9/15/08 - 10/31/08 | Photocopies - 362 copies at $.20 | $72.40 |
| 9/15/08 - 10/31/08 | Scanned Documents - 4 scanned pages at $.15 | $0.60 |
| 9/15/08 - 10/31/08 | Photocopies  - 4590 copies at $.20 | $918.00 |
| 9/15/08 - 10/31/08 | Photocopies  - 600 copies at $.20 | $120.00 |
| 9/15/08 - 10/31/08 | Photocopies - 1492 copies at $.20 | $298.40 |
| 9/15/08 - 10/31/08 | Photocopies - 2846 copies at $.20 | $569.20 |
| 9/15/08 - 10/31/08 | Photocopies - 4000 copies at $.20 | $800.00 |
| 9/15/08 - 10/31/08 | Photocopies - 81 copies at $.20 | $16.20 |
| 9/15/08 - 10/31/08 | Scanned Documents - 126 scanned pages at $.15 | $18.90 |
| 9/15/08 - 10/31/08 | Scanned Documents - 17 scanned pages at $.15 | $2.55 |
| 9/15/08 - 10/31/08 | Photocopies  - 1650 copies at $.20 | $330.00 |
| 10/15/2008 | CD Preparation - 4 CDs at $25 | $100.00 |
| 10/31/2008 | Photocopies 09/15-10/31/08 - 1500 copies at $.20 | $300.00 |
| 11/1/2008 | Scanned Documents - 314 pages | $47.10 |
| 11/21/2008 | Scanned documents - 596 pages | $89.40 |
| 11/23/2008 | Scanned Documents - 1510 scanned | $226.50 |
| 11/24/2008 | CD Preparation - 3 CDs | $75.00 |
| 11/24/2008 | CD Preparation - 3 CDs | $75.00 |
| 11/25/2008 | Copies - 44 copies | $8.80 |
| 11/25/2008 | CD Preparation - 3 CDs | $75.00 |
| 11/25/2008 | CD Preparation - 3 CDs | $75.00 |
| 11/25/2008 | CD Preparation - 3 CDs | $75.00 |
| 12/2/2008 | 236 Photocopies for the period 12/1 - 12/31/08 | $47.20 |
| 12/31/2008 | 1,284 Photocopies for the period 12/1 - 12/31/08 | $256.80 |
| 12/31/2008 | 1,484 Photocopies for the period 12/1 - 12/31/08 | $296.80 |
| 12/31/2008 | 198 Photocopies for the period 12/1 - 12/31/08 | $39.60 |
| 12/31/2008 | 2,230 Photocopies for the period 12/1 - 12/31/08 | $446.00 |
| 12/31/2008 | 200 Photocopies for the period 12/1 - 12/31/08 | $40.00 |
| 12/31/2008 | 234 Photocopies for the period 12/1 - 12/31/08 | $46.80 |
| 12/31/2008 | 256 Photocopies for the period 12/1 - 12/31/08 | $51.20 |
| 12/31/2008 | 28 Photocopies for the period 12/1 - 12/31/08 | $5.60 |
| 12/31/2008 | 358 Color Photocopies for the period 12/1 - 12/31/08 | $107.40 |
| 12/31/2008 | 48 Color Photocopies for the period 12/1 - 12/31/08 | $14.40 |
| 12/31/2008 | 487 Photocopies for the period 12/1 - 12/31/08 | $97.40 |
| 12/31/2008 | 6 Photocopies for the period 12/1 - 12/31/08 | $1.20 |

| Cost Date | Cost Description | Amount |
|---|---|---|
| 12/31/2008 | 7 Color Photocopies for the period 12/1 - 12/31/08 | $2.10 |
| 12/31/2008 | 84 Color Photocopies for the period 12/1 - 12/31/08 | $25.20 |
| 12/31/2008 | Binders - 3 2 inch binders | $8.67 |
| 1/31/2009 | 1,052 Photocopies for the period 1/1 - 1/31/09 | $210.40 |
| 1/31/2009 | 1,816 Photocopies for the period 1/01 - 31/09 | $363.20 |
| 1/31/2009 | 123 Photocopies for the period 1/1 - 1/31/09 | $24.60 |
| 1/31/2009 | 30 Photocopies for the period 1/1 - 1/31/09 | $6.00 |
| 1/31/2009 | 4 Photocopies for the period 1/1 - 1/31/09 | $0.80 |
| 1/31/2009 | 44 Photocopies for the period 1/1 - 1/31/09 | $8.80 |
| 1/31/2009 | 5,798 Photocopies for the period 1/1 - 1/31/09 | $1,159.60 |
| 1/31/2009 | 66 Photocopies for the period 1/1 - 1/31/09 | $13.20 |
| 1/31/2009 | 8 Photocopies for the period 1/1 - 1/31/09 | $1.60 |
| **Photocopies Subtotal:** | | **$7,669.02** |

**Rail Transportation**

| Name | Cost Date | Cost Description | Amount |
|---|---|---|---|
| Hintmann, Brooke | 10/28/2008 | Travel - One-way train fare for B. Hintmann from Washington DC to New York for G. King deposition | $299.00 |
| Bowers, Christopher | 10/28/2008 | Travel - Roundtrip train fare for C. Bowers from Washington DC to New York for G. King deposition | $670.00 |
| Madan, Rajiv | 10/28/2008 | Travel - One-way train fare for R. Madan from Washington DC to New York for G. King deposition | $329.00 |
| Hintmann, Brooke | 10/30/2008 | Travel – One-way train fare for B. Hintmann from NY to Washington DC after G. King deposition | $221.00 |
| Madan, Rajiv | 11/25/2008 | Travel - One-way train fare for R. Madan from New York to Washington DC after meeting with clients | $321.00 |
| Madan, Rajiv | 11/25/2008 | Travel - One-way train fare for R. Madan from Washington DC to New York to meet with clients | $269.35 |
| King, Micah | 12/11/2008 | One-way rail fare from Washington DC to New York for M. King | $285.00 |
| Madan, Rajiv | 12/11/2008 | One-way rail fare from Washington DC to New York for R. Madan | $285.00 |
| Stults, Kevin | 12/11/2008 | One-way rail fare from BWI to New York for K. Stults | $274.00 |

| Name | Cost Date | Cost Description | Amount |
|------|-----------|-----------------|--------|
| Stults, Kevin | 12/22/2008 | One way train fare from New York to BWI for K. Stults | $96.00 |
| **Rail Transportation Subtotal:** | | | **$3,049.35** |

**Travel Meals**

| Name | Cost Date | Cost Description | Amount |
|------|-----------|-----------------|--------|
| Bowers, Christopher | 9/16/2008 | Travel - Dinner at Heartland Brewery for C. Bowers, R. Madan and J. DeRosa (Lehman), J. Ciongoli (Lehman), J. Triolo (Lehman), A. Gomez and F. Raccionello (Lehman) | $310.84 |
| Bowers, Christopher | 10/28/2008 | Travel – Meal for C. Bowers while in New York for deposition of G. King | $12.00 |
| Hintmann, Brooke | 10/28/2008 | Travel - Meal for B. Hintmann during travel from Washington DC to NY for G. King deposition | $7.50 |
| Bowers, Christopher | 10/29/2008 | Travel - Meal for C. Bowers and B. Hintmann while in New York for G. King deposition | $219.32 |
| Madan, Rajiv | 10/29/2008 | Travel – Meal for R. Madan while in New York for deposition of G. King | $78.54 |
| Madan, Rajiv | 10/29/2008 | Travel – Meal for R. Madan while in New York for deposition of G. King | $55.00 |
| Hintmann, Brooke | 10/30/2008 | Travel - Dinner for B. Hintmann during travel from NY to Washington DC after G. King deposition | $9.00 |
| Madan, Rajiv | 10/31/2008 | Travel – Meal for R. Madan while in New York for deposition of G. King | $13.44 |
| Stults, Kevin | 12/11/2008 | Meals for K. Stults while in New York | $3.00 |
| Stults, Kevin | 12/22/2008 | Meals for K. Stults while in New York | $6.54 |
| Stults, Kevin | 1/23/2009 | Meals for K. Stults while on travel for client meetings | $15.85 |
| Dillon, Sheri | 1/26/2009 | Meals - Lunch in NJ for S. Dillon, K. Stults, C. Bowers, B. Brier (Lehman) | $78.68 |
| Stults, Kevin | 1/26/2009 | Meals for K. Stults while on travel for client meetings | $6.83 |
| **Travel Meals Subtotal:** | | | **$816.54** |

**Total Expenses:**                                    **$105,916.85**