## **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

Schedule B
Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
Services to the Examiner for January 19, 2009 - January 31, 2009

ATTORNEYS

| Position | Name | Admitted to Practice | Rate[6] | Time | Amount |
|---|---|---|---|---|---|
| Partner | Anton R. Valukas | 1968 | 925 | 80.7 | $74,647.50 |
| Partner | Ronald L. Marmer | 1977 | 900 | 31.2 | $28,080.00 |
| Partner | Thomas C. Newkirk | 1966 | 850 | 7.8 | $6,630.00 |
| Partner | Daniel R. Murray | 1970 | 800 | 87.0 | $69,600.00 |
| Partner | Robert L. Byman | 1970 | 800 | 141.5 | $113,200.00 |
| Partner | Stephen Ascher | 1991 | 750 | 10.4 | $7,800.00 |
| Partner | Catherine Steege | 1982 | 725 | 6.0 | $4,350.00 |
| Partner | Marc B. Hankin | 1992 | 725 | 45.2 | $32,770.00 |
| Partner | Patrick J. Trostle | 1992 | 725 | 82.2 | $59,595.00 |
| Partner | Alex Lipman | 1991 | 700 | 4.8 | $3,360.00 |
| Partner | Jerome L. Epstein | 1986 | 700 | 17.0 | $11,900.00 |
| Partner | Vincent E. Lazar | 1990 | 700 | 49.3 | 34,510.00 |
| Partner | Tobias L. Knapp | 1997 | 675 | 12.4 | $8,370.00 |
| Partner | James T. Malysiak | 1973 | 625 | 4.3 | $2,687.50 |
| Partner | David C. Layden | 1993 | 575 | 22.5 | $12,937.50 |
| Partner | Matt D. Basil | 1997 | 575 | 33.1 | $19,032.50 |
| **Partner Total** | | | | **635.4** | **$489,470.00** |
| Of Counsel | Heather D. McArn | 1992 | 550 | 94.3 | $51,865.00 |
| Of Counsel | Brent E. Kidwell | 1993 | 525 | 2.0 | $1,050.00 |
| **Of Counsel Total** | | | | **96.3** | **$52,915.00** |
| Associate | Melissa M. Hinds | 2003 | 495 | 3.7 | $1,831.50 |
| Associate | Andrew J. Olejnik | 2004 | 475 | 89.9 | $42,702.50 |
| Associate | Andrew S. Nicoll | 2004 | 475 | 8.5 | $4,037.50 |
| Associate | Anjan Choudhury | 2004 | 475 | 15.8 | $7,505.00 |
| Associate | Matthew Devine | 2004 | 475 | 65.5 | $31,112.50 |
| Associate | Melissa T. Fogerty | 2005 | 435 | 0.8 | $348.00 |
| Associate | Cori F. Brown | 2005 | 400 | 2.8 | $1,120.00 |
| Associate | Marc E. Harrison | 2006 | 400 | 4.5 | $1,800.00 |
| Associate | Tarsha Phillibert | 2006 | 400 | 7.9 | $3,160.00 |
| Associate | Angela M. Allen | 2008 | 325 | 27.8 | $9,035.00 |
| Associate | Christopher Meservy | 2008 | 325 | 25.0 | $8,125.00 |
| Associate | Jacob P. Zipfel | 2008 | 325 | 5.8 | $1,885.00 |

_____
[6] These rates do not reflect the 10% reduction in standard hourly rates. The 10% reduction is applied to the Total Attorney Time amount.

Schedule B
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate[6] | Time | Amount |
|---|---|---|---|---|---|
| **Associate Total** | | | | **258.0** | **$112,662.00** |
| **Total Attorney Time** | | | | **989.7** | **$655,047.00** |
| **Less 10% Reduction** | | | | | **($65,504.70)** |
| **Total Attorney Time at Reduced Rate** | | | | | **$589,542.30** |
| **Blended Hourly Rate for Attorneys** | | | | | **$595.68** |

PARAPROFESSIONALS

| Position | Name | Rate[7] | Time | Amount |
|---|---|---|---|---|
| Paralegal | Michael H. Matlock | 270 | 41.0 | $11,070.00 |
| Paralegal | Shawn K. McGee | 270 | 28.0 | $7,560.00 |
| Paralegal | Christopher R. Ward | 255 | 22.1 | $5,635.50 |
| Paralegal | Daniel K. Morgan | 230 | 5.1 | $1,173.00 |
| Project Assistant | Marc A. Patterson | 170 | 2.9 | $493.00 |
| Project Assistant | Panagiota Ramos | 170 | 14.3 | $2,431.00 |
| Project Assistant | Emily A. Flores | 160 | 9.8 | $1,568.00 |
| **Total Paraprofessional Time** | | | **123.2** | **$29,930.50** |
| **Less 10% Reduction** | | | | **($2,993.05)** |
| **Total Paraprofessional Time at Reduced Rate** | | | | **$26,937.45** |

| | |
|---|---|
| Total Amount for Services Rendered (Attorneys and Paraprofessionals) | **$684,977.50** |
| Less 10% Reduction | **($68,497.75)** |
| Total Amount for Services Rendered, including 10% Reduction (Attorneys and Paraprofessionals) | **$616,479.75** |
| Less 50% Non-Working Travel Time | **($2,829.38)** |
| Total Amount of Fees Requested for Services Rendered (January 19, 2009 - January 31, 2009) | **$613,650.37** |

---

[7] These rates do not reflect the 10% reduction in standard hourly rates. The 10% reduction is applied to the Total Paraprofessional Time amount.

2