## **EXHIBIT C**

Summary of Project Matters

Exhibit C
Summary of Project Matters

Schedules of Fees by Project Matter

MATTER NUMBER 10012  CASE ADMINISTRATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Daniel R. Murray | 800 | 7.50 | $6,000.00 |
| Partner | Marc B. Hankin | 725 | 1.20 | $870.00 |
| Partner | Patrick J. Trostle | 725 | 5.50 | $3,987.50 |
| Partner | Vincent E. Lazar | 700 | 0.80 | $560.00 |
| Partner | Matt D. Basil | 575 | 2.00 | $1,150.00 |
| Of Counsel | Heather D. McArn | 550 | 7.20 | $3,960.00 |
| Associate | Andrew J. Olejnik | 475 | 24.90 | $11,827.50 |
| Associate | Angela M. Allen | 325 | 1.20 | $390.00 |
| Paralegal | Michael H. Matlock | 270 | 13.20 | $3,564.00 |
| Paralegal | Shawn K. McGee | 270 | 20.00 | $5,400.00 |
| Paralegal | Christopher R. Ward | 255 | 16.30 | $4,156.50 |
| Paralegal | Daniel K. Morgan | 230 | 5.10 | $1,173.00 |
| Project Assistant | Emily A. Flores | 160 | 7.90 | $1,264.00 |
| Project Assistant | Panagiota Ramos | 130 | 5.70 | $969.00 |
| TOTAL | | | 118.50 | $45,271.50 |
| Less 10% Reduction | | | | ($4,527.15) |
| Total Fees at Reduced Rate | | | | $40,744.35 |

MATTER NUMBER 10020  EXAMINER

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Anton R. Valukas | 925 | 80.70 | $74,647.50 |
| TOTAL | | | 80.70 | $74,647.50 |
| Less 10% Reduction | | | | ($7,464.75) |
| Total Fees at Reduced Rate | | | | $68,182.75 |

MATTER NUMBER 10039  COURT HEARINGS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 1.00 | $800.00 |
| Partner | Patrick J. Trostle | 725 | 1.40 | $1,015.00 |
| TOTAL | | | 2.40 | $1,815.00 |
| Less 10% Reduction | | | | ($181.50) |
| Total Fees at Reduced Rate | | | | $1,633.50 |

Exhibit C
Summary of Project Matters

## MATTER NUMBER 10055   GOVERNANCE AND FIDUCIARY DUTIES

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Ronald L. Marmer | 900 | 12.00 | $10,800.00 |
| Partner | Robert L. Byman | 800 | 4.00 | $3,200.00 |
| Partner | Daniel R. Murray | 800 | 6.10 | $4,880.00 |
| Partner | Stephen Ascher | 750 | 8.10 | $6,075.00 |
| Partner | Patrick J. Trostle | 725 | 5.30 | $3,842.50 |
| Partner | Tobias L. Knapp | 675 | 2.80 | $1,890.00 |
| Of Counsel | Heather D. McArn | 550 | 0.30 | $165.00 |
| Associate | Cori F. Brown | 400 | 2.80 | $1,120.00 |
| Associate | Marc E. Harrison | 400 | 4.50 | $1,800.00 |
| TOTAL | | | 45.90 | $33,772.50 |
| Less 10% Reduction | | | | ($3,377.25) |
| Total Fees at Reduced Rate | | | | $30,395.25 |

## MATTER NUMBER 10063   INTERCOMPANY TRANSACTIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 3.00 | $2,400.00 |
| Partner | Daniel R. Murray | 800 | 1.50 | $1,200.00 |
| Partner | Stephen Ascher | 750 | 0.20 | 150.00 |
| Partner | Marc Hankin | 725 | 4.60 | $3,335.00 |
| Partner | Alex Lipman | 700 | 1.70 | $1,190.00 |
| Partner | James T. Malysiak | 625 | 2.50 | $1,562.50 |
| Partner | Tobias L. Knapp | 675 | 2.00 | $1,350.00 |
| Partner | Matt D. Basil | 575 | 0.50 | $287.50 |
| Partner | David C. Layden | 575 | 0.30 | $172.50 |
| Of Counsel | Heather D. McArn | 550 | 1.10 | $605.00 |
| Associate | Melissa H. Hinds | 495 | 3.50 | $1,732.50 |
| Associate | Andrew J. Olejnik | 475 | 0.20 | $95.00 |
| Associate | Andrew S. Nicoll | 475 | 1.50 | $712.50 |
| TOTAL | | | 22.60 | $14,792.50 |
| Less 10% Reduction | | | | ($1,479.25) |
| Total Fees at Reduced Rate | | | | $13,313.25 |

2

<u>Exhibit C</u>
Summary of Project Matters

MATTER NUMBER 10071   BARCLAYS TRANSACTIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 1.70 | $1,360.00 |
| Partner | Daniel R. Murray | 800 | 2.10 | $1,680.00 |
| Partner | Vincent E. Lazar | 700 | 4.10 | $2,870.00 |
| Partner | Tobias L. Knapp | 675 | 6.30 | $4,252.50 |
| Partner | David C. Layden | 575 | 20.70 | $11,902.50 |
| Partner | Matt D. Basil | 575 | 0.30 | $172.50 |
| Associate | Melissa C. Fogerty | 435 | 0.80 | $348.00 |
| Associate | Jacob P. Zipfel | 325 | 5.80 | $1,885.00 |
| **TOTAL** | | | 41.80 | $24,470.50 |
| **Less 10% Reduction** | | | | ($2,447.05) |
| **Total Fees at Reduced Rate** | | | | $22,023.45 |

MATTER NUMBER 10080   BANK AND OTHER THIRD PARTY TRANSACTIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Daniel R. Murray | 800 | 1.10 | $880.00 |
| Partner | Catherine Steege | 725 | 5.00 | $3,625.00 |
| Partner | Patrick J. Trostle | 725 | 9.80 | $7,105.00 |
| Partner | Jerome Epstein | 700 | 15.40 | $10,780.00 |
| Partner | Vincent E. Lazar | 700 | 2.10 | $1,470.00 |
| Of Counsel | Heather D. McArn | 550 | 0.30 | $165.00 |
| Associate | Anjan Choudhury | 475 | 15.80 | $7,505.00 |
| **TOTAL** | | | 49.50 | $31,530.00 |
| **Less 10% Reduction** | | | | ($3,153.00) |
| **Total Fees at Reduced Rate** | | | | $28,377.00 |

MATTER NUMBER 10101   GENERAL BANKRUPTCY MATTERS & OTHER
RESEARCH

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Ronald L. Marmer | 900 | 0.10 | $90.00 |
| Partner | Robert L. Byman | 800 | 10.90 | $8,720.00 |
| Partner | Daniel R. Murray | 800 | 11.70 | $9,360.00 |
| Partner | Patrick J. Trostle | 725 | 9.70 | $7,032.50 |
| Partner | Matt D. Basil | 575 | 16.70 | $9,602.50 |
| Of Counsel | Heather D. McArn | 550 | 11.30 | $6,215.00 |
| Associate | Melissa M. Hinds | 495 | 0.20 | $99.00 |
| Associate | Matthew R. Devine | 475 | 63.00 | $29,925.00 |

3

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | Andrew J. Olejnik | 475 | 39.40 | $18,715.00 |
| Associate | Andrew S. Nicoll | 475 | 4.50 | $2,137.50 |
| Associate | Tarsha A. Phillibert | 400 | 7.90 | $3,160.00 |
| Associate | Angela M. Allen | 325 | 26.60 | $8,645.00 |
| Associate | Christopher V. Meservy | 325 | 25.00 | $8,125.00 |
| Paralegal | Michael H. Matlock | 270 | 11.80 | $3,186.00 |
| Paralegal | Shawn K. McGee | 270 | 3.30 | 891.00 |
| Paralegal | Christopher R. Ward | 255 | 5.80 | $1,479.00 |
| Project Assistant | Marc Patterson | 170 | 2.90 | $493.00 |
| Project Assistant | Panagiota Ramos | 170 | 2.40 | $408.00 |
| Project Assistant | Emily A. Flores | 160 | 1.90 | $304.00 |
| **TOTAL** | | | 255.10 | $118,587.50 |
| **Less 10% Reduction** | | | | ($11,858.75) |
| **Total Fees at Reduced Rate** | | | | $106,728.75 |

MATTER NUMBER 10128  COMMUNICATIONS & MEETINGS WITH PARTIES
IN INTEREST

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Ronald L. Marmer | 900 | 12.20 | $10,980.00 |
| Partner | Thomas C. Newkirk | 850 | 4.30 | $3,655.00 |
| Partner | Robert L. Byman | 800 | 45.60 | $36,480.00 |
| Partner | Daniel R. Murray | 800 | 16.30 | $13,040.00 |
| Partner | Stephen Ascher | 750 | 1.90 | $1,425.00 |
| Partner | Marc B. Hankin | 725 | 35.10 | $25,447.50 |
| Partner | Patrick J. Trostle | 725 | 13.60 | $9,860.00 |
| Partner | Catherine Steege | 725 | 1.00 | $725.00 |
| Partner | Jerome Epstein | 700 | 1.00 | $700.00 |
| Partner | Alex Lipman | 700 | 2.80 | $1,960.00 |
| Partner | Vincent E. Lazar | 700 | 1.30 | $910.00 |
| Partner | Tobias L. Knapp | 675 | 1.30 | $877.50 |
| Partner | James T. Malysiak | 625 | 1.80 | $1,125.00 |
| Partner | Matt D. Basil | 575 | 1.50 | 862.50 |
| Partner | David C. Layden | 575 | 1.20 | $690.00 |
| Of Counsel | Heather D. McArn | 550 | 48.20 | $26,510.00 |
| Associate | Andrew J. Olejnik | 475 | 0.70 | $332.50 |
| Paralegal | Shawn K. McGee | 270 | 3.80 | $1,026.00 |
| Project Assistant | Panagiota Ramos | 170 | 6.20 | $1,054.00 |
| **TOTAL** | | | 199.80 | $137,660.00 |
| **Less 10% Reduction** | | | | ($13,766.00) |
| **Total Fees at Reduced Rate** | | | | $123,894.00 |

4

Exhibit C
Summary of Project Matters

MATTER NUMBER 10136   NON-WORKING TRAVEL TIME

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Anton R. Valukas | 925 | 5.50 | $5,087.50 |
| Partner | Robert L. Byman | 800 | 1.50 | $1,200.00 |
| TOTAL | | | 7.00 | $6,287.50 |
| Less 10% Reduction | | | | ($628.75) |
| Total Fees at Reduced Rate | | | | $5,658.75 |

MATTER NUMBER 10144   DOCUMENT MANAGEMENT AND REVIEW

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 3.70 | $2,960.00 |
| Partner | Daniel R. Murray | 800 | 1.90 | $1,520.00 |
| Partner | Marc B. Hankin | 725 | 0.10 | $72.50 |
| Partner | Patrick J. Trostle | 725 | 6.10 | $4,422.50 |
| Partner | Alex Lipman | 700 | 0.30 | $210.00 |
| Partner | Matt D. Basil | 575 | 2.70 | $1,552.50 |
| Of Counsel | Heather D. McArn | 550 | 3.30 | $1,815.00 |
| Of Counsel | Brent E. Kidwell | 525 | 2.00 | $1,050.00 |
| Associate | Andrew J. Olejnik | 475 | 0.20 | $95.00 |
| Associate | Andrew S. Nicoll | 475 | 2.50 | $1,187.50 |
| TOTAL | | | 22.80 | $14,885.00 |
| Less 10% Reduction | | | | ($1,488.50) |
| Total Fees at Reduced Rate | | | | $13,396.50 |

MATTER NUMBER 10152   BILLING AND FEE APPLICATIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Daniel R. Murray | 800 | 5.10 | $4,080.00 |
| Partner | Marc B. Hankin | 725 | 0.40 | $290.00 |
| Partner | Vincent E. Lazar | 700 | 0.20 | $140.00 |
| Of Counsel | Heather D. McArn | 550 | 4.10 | $2,255.00 |
| Associate | Matthew R. Devine | 475 | 0.30 | $142.50 |
| Associate | Andrew J. Olejnik | 475 | 4.50 | $2,137.50 |
| TOTAL | | | 14.60 | $9,045.00 |
| Less 10% Reduction | | | | ($904.50) |
| Total Fees at Reduced Rate | | | | $8,140.50 |

Exhibit C
Summary of Project Matters

MATTER NUMBER 10160   CONSULTATION WITH FINANCIAL ADVISORS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Ronald L. Marmer | 900 | 0.50 | $450.00 |
| Partner | Thomas C. Newkirk | 850 | 0.80 | $680.00 |
| Partner | Robert L. Byman | 800 | 15.90 | $12,720.00 |
| Partner | Daniel R. Murray | 800 | 12.70 | $10,160.00 |
| Partner | Stephen Ascher | 750 | 0.20 | $150.00 |
| Partner | Marc B. Hankin | 725 | 1.10 | $797.50 |
| Partner | Patrick J. Trostle | 725 | 24.80 | $17,980.00 |
| Partner | Vincent E. Lazar | 700 | 37.50 | $26,250.00 |
| Of Counsel | Heather D. McArn | 550 | 1.50 | $825.00 |
| Paralegal | Michael H. Matlock | 270 | 6.30 | $1,701.00 |
| **TOTAL** | | | 101.30 | $71,713.50 |
| **Less 10% Reduction** | | | | ($7,171.35) |
| **Total Fees at Reduced Rate** | | | | $64,542.15 |

MATTER NUMBER 10187   WITNESS INTERVIEWS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Ronald L. Marmer | 900 | 0.30 | $270.00 |
| Partner | Robert L. Byman | 800 | 0.70 | $560.00 |
| Partner | Daniel R. Murray | 800 | 1.10 | $880.00 |
| Partner | David C. Layden | 575 | 0.10 | $57.50 |
| **TOTAL** | | | 2.20 | $1,767.50 |
| **Less 10% Reduction** | | | | ($176.75) |
| **Total Fees at Reduced Rate** | | | | $1,590.75 |

MATTER NUMBER 10195   INVESTIGATION PLANNING AND COORDINATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Ronald L. Marmer | 900 | 6.10 | $5,490.00 |
| Partner | Thomas C. Newkirk | 850 | 2.70 | $2,295.00 |
| Partner | Robert L. Byman | 800 | 53.50 | $42,800.00 |
| Partner | Daniel R. Murray | 800 | 19.90 | $15,920.00 |
| Partner | Marc B. Hankin | 725 | 2.70 | $1,957.50 |
| Partner | Patrick J. Trostle | 725 | 6.00 | $4,350.00 |
| Partner | Jerome Epstein | 700 | 0.60 | $420.00 |
| Partner | Vincent E. Lazar | 700 | 3.30 | $2,310.00 |
| Partner | Matt D. Basil | 575 | 9.40 | $5,405.00 |

6

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | David C. Layden | 575 | 0.20 | $115.00 |
| Of Counsel | Heather D. McArn | 550 | 17.00 | $9,350.00 |
| Associate | Matthew R. Devine | 475 | 1.50 | $712.50 |
| Associate | Andrew J. Olejnik | 475 | 20.70 | $9,832.50 |
| Paralegal | Michael H. Matlock | 270 | 9.70 | $2,619.00 |
| Paralegal | Shawn K. McGee | 270 | 0.90 | $243.00 |
| **TOTAL** | | | 154.20 | $103,819.50 |
| **Less 10% Reduction** | | | | ($10,381.95) |
| **Total Fees at Reduced Rate** | | | | $93,437.55 |