# **EXHIBIT D**

Schedule of Expense Categories

Exhibit D
Schedule of Expense Categories

## SUMMARY OF EXPENSES

Categories of Expenses for which the Examiner and Jenner & Block Seek Reimbursement

| Description | Amount |
|---|---|
| Photocopy | $1,765.83 |
| Network Printing | $636.84 |
| Teleconference Services | $24.56 |
| UPS Overnight Delivery | $73.88 |
| In-City Transportation | $46.80 |
| Airfare | $3,333.16 |
| Hotel | $1,985.31 |
| Out of Town Travel - Miscellaneous Expenses | $271.00 |
| Business Meal Expenses | $559.18 |
| Lexis Research | $1,016.59 |
| Westlaw Research | $3,801.84 |
| **TOTAL EXPENSES** | **$13,514.99** |