## **EXHIBIT E**

Detailed List of Expenses

Exhibit E
Detailed List of Expenses

# EXPENSES

Detailed List of Expenses for which the Examiner and Jenner & Block Seek Reimbursement

| Date | Description | Amount |
|---|---|---:|
| 1/23/09 | Soundpath; Conferencing Services; R. Byman | $14.31 |
| 1/23/09 | Photocopy | $1,341.72 |
| 1/25/09 | In-City Transportation; H. McArn; 01/25/2009; roundtrip travel to office re Lehman | $12.20 |
| 1/25/09 | Out of Town Travel - miscellaneous travel expenses incurred in connection with 01/25/09-01/28/09 trip to New York, NY to attend meetings with various interested parties (R. Byman) | $20.00 |
| 1/25/09 | Out of Town Travel - taxi/car service expenses incurred in connection with 01/25/09-01/28/09 trip to New York, NY to attend meetings with various interested parties (R. Byman) | $151.00 |
| 1/25/09 | Out of Town Travel - lodging expense incurred in connection with 01/25/09-01/28/09 trip to New York, NY to attend meetings with various interested parties (R. Byman) | $985.86 |
| 1/25/09 | Out of Town Travel - air fare expense incurred in connection with 01/25/09-01/28/09 trip to New York, NY to attend meetings with various interested parties (R. Byman) | $1,666.58 |
| 1/25/09 | Out of Town Travel - taxi/car service expenses incurred in connection with 01/25/09-01/28/09 trip to New York, NY to attend meetings with client (A. Valukas) | $100.00 |
| 1/25/09 | Out of Town Travel - lodging expense incurred in connection with 01/25/09-01/28/09 trip to New York, NY to attend meetings with client (A. Valukas) | $999.45 |
| 1/25/09 | Out of Town Travel - air fare expense incurred in connection with 01/25/09-01/28/09 trip to New York, NY to attend meetings with client (A. Valukas) | $1,666.58 |
| 1/25/09 | Business Meals - meal expenses incurred in connection with 01/25/09-01/28/09 trip to New York, NY to attend meetings with various interested parties (R. Byman) | $400.00 |
| 1/25/09 | Business Meals - meal expenses incurred in connection with 01/25/09-01/28/09 trip to New York, NY to attend meeting with client (A. Valukas) | $159.18 |
| 1/26/09 | In-City Transportation; H. McArn; 01/26/2009; roundtrip travel to meetings re Lehman | $34.60 |
| 1/26/09 | UPS | $10.28 |
| 1/27/09 | Soundpath; Conferencing Services; R. Byman | $6.42 |
| 1/27/09 | Photocopy and Related Expenses | $13.50 |
| 1/29/09 | Photocopy and Related Expenses | $16.32 |
| 1/30/09 | Soundpath; Conferencing Services; R. Byman | $3.83 |
| 1/30/09 | Photocopy and Related Expenses | $10.08 |
| 1/31/09 | Lexis Research Charges through 01/31/09 | $1,016.59 |
| 1/31/09 | Westlaw Research Charges through 01/31/09 | $3,801.84 |

<u>Exhibit E</u><br>Detailed List of Expenses

| Date | Description | Amount |
|---|---|---|
| 1/31/09 | Network Printing | $636.84 |
| 1/31/09 | Photocopy | $384.21 |
| 1/31/09 | UPS | $63.60 |
| | **TOTAL DISBURSEMENTS** | **$13,514.99** |