USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pyrrhuloxia, LP,

    Appellant,

v.

Lehman Brothers Holdings, Inc., et al.,

    Appellees.

Case No. 09-cv-00510

Docket No. [ ]

STIPULATION
DISMISSING APPEAL

TO THE HONORABLE JUDGE CHIN:

    PLEASE TAKE NOTICE THAT IT IS HEREBY STIPULATED AND AGREED by and between Pyrrhuloxia, LP ("Appellant"), represented by Patrick J. Potter, Esq. and Gianni Dimos, Esq., of Pillsbury Winthrop Shaw Pittman LLP, Lehman Brothers Holdings, Inc. ("Lehman") represented by Jacqueline Marcus, Esq., of Weil Gotshal & Manges LLP, and the Official Committee of Unsecured Creditors, represented by Wilbur F. Foster, Jr., Esq., of Milbank, Tweed, Hadley & McCloy LLP (together with Lehman, the "Appellees") that the above-entitled case is to be dismissed, with prejudice and without costs or attorneys' fees pursuant to Fed. R. Bankr. P. 8001(c), because the parties have agreed to settle of this case and the United States Bankruptcy Court for the Southern District of New York has approved the terms of the settlement by order dated March 31, 2009.

401155315v3

Dated: April 9, 2009

| WEIL GOTSHAL & MANGES LLP | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|---|---|
| By: *Jacqueline Marcus* | By: *Gianni Dimos* |
| Jacqueline Marcus<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007 | Gianni Dimos<br>1540 Broadway<br>New York, NY 10036<br>Tel: (212) 858-1000<br>Fax: (212) 858-1500 |

MILBANK, TWEED, HADLEY & McCLOY LLP

By: *[signature]*

Wilbur F. Foster, Jr.
1 Chase Manhattan Plaza
New York, NY 10005
Tel: (212) 530-5000
Fax: (212) 530-5219

SO ORDERED.

*[signature]*

USDJ
4/10/09

04/10/2009 10:23   212-858-1445   PILLSBURY WINTHROP   PAGE 04