# **EXHIBIT A**

## CLOSET GIFT MERCHANDISE

| SKU | Item | Quantity |
|---|---|---|
| Closet | Silver Wine Coaster | 1 |
| Closet | Writing Box c1880 | 1 |
| Closet | Sterling Silver Box c1902- London, England, beechwood inside | 1 |
| Closet | Hallmarked Cigar Wallet c1889 | 2 |
| Closet | Sterling Silver Box c 1901 | 1 |
| Closet | Sterling Silver Box c1898 | 1 |
| Closet | Sterling & Crystal Inkwell | 1 |
| Closet | Sterling Captstan Inkwell - Sheffield -c1900 | 1 |
| Closet | American Design Golf Shirt - Green  - M | 6 |
| Closet | American Design Golf Shirt - Green - L | 13 |
| Closet | American Design Golf Shirt - Green - XL | 4 |
| Closet | Light Steel Hooded Sweatshirt - L | 7 |
| Closet | Light Steel Hooded Sweatshirt - XL | 5 |
| Closet | Charles River - Fleece - Black M | 13 |
| Closet | Charles River - Fleece - Black L | 43 |
| Closet | Charles River - Fleece - Black XL | 68 |
| Closet | Charles River - Fleece - Black XXL | 36 |
| Closet | Lady Clare Tray | 1 |
| Closet | Charles River - Fleece - Black S | 12 |
| Closet | Long Sleeved T-Shirt - Gray - XL | 8 |
| Closet | Clima Fit Windbreaker NIKE - M | 9 |
| Closet | Clima Fit Windbreaker  NIKE- L | 11 |
| Closet | Custom Conference Portfolios | 40 |
| Closet | Barrington Black Leather Folding Jotter | 9 |
| Closet | Conference Pen - Lehman | 200 |
| Closet | Links of London Sterling Silver Pen w/ Leather  Case Gift Set | 85 |
| Closet | Links of London travel clock | 82 |
| Closet | Links of London Cufflinks | 12 |
| Closet | Wine - LB Screw Pull Wine Opener | 24 |
| Closet | Book - Modern Contemporary Art | 8 |
| Closet | Golf Balls - LB  - Titleist NXT Tour (dz) | 5 |
| Closet | Golf Balls - LB - Titleist PRO VI (dz) | 24 |
| Closet | Golf ball - Taylormade | 30 |
| Closet | LB - Golf Shoe Bag Kit - USA | 20 |
| Closet | FRAME - Black Leather Graphic Image Frame 5x7 - No Logo | 8 |
| Closet | Golf Ball - Pinnacle Golf Ball - Thank you Set | 25 |
| Closet | Lanyard - LB Green | 50 |
| Closet | Lanyard - LB White | 50 |
| Closet | Stress Ball - DNA | 250 |
| Closet | Book - PLANE IMAGE: A Brice Marden Retrospect | 48 |
| Closet | Duffle - Main Street Duffle / Green Accents | 25 |
| Closet | Messenger Bag - Black | 25 |
| Closet | Tote - Canvas Tote Bag - Natural - Green Bottom | 60 |
| Closet | Teddy Bear - Girl | 30 |
| Closet | Tiffany Porcelain Box | 200 |
| Closet | Duffle - Gemline Black Duffle | 26 |
| Closet | Duffle - Neotech Black Duffle | 30 |
| Closet | Tote - Natural Tote Bag - Green Bottom - Leather Handle | 45 |
| Closet | Barrington Captain's Bag - Custom Lining | 37 |

| | | |
|---|---|---|
| Closet | Barrington Venice Tote | 42 |
| Closet | Bowling Tote | 25 |
| Closet | Tote - Sprint Tote | 30 |
| Closet | Vineyard Vines Totes | 150 |
| Closet | Womens F&G Stretch Snap Shirt - Ivory - S | 9 |
| Closet | Womens F&G Stretch Snap Shirt - Ivory - M | 14 |
| Closet | Womens F&G Stretch Snap Shirt - Ivory -L | 18 |
| Closet | Womens F&G Stretch Snap Shirt - Blue - S | 12 |
| Closet | Womens F&G Stretch Snap Shirt - Blue - M | 13 |
| Closet | Womens F&G Stretch Snap Shirt - Blue - L | 12 |
| Closet | Duffle - High Sierra Duffle Bag - Black | 16 |
| Closet | Dalvey "Voyager" Travel Clock | 36 |
| Closet | Swiss Army Pen | 130 |
| Closet | Cross Pen - Chrome | 30 |
| Closet | Full Trapazoid Paperweights | 1 |
| Closet | Gold Desktop clocks | 4 |
| Closet | Howard Miller Brass Clock | 1 |
| Closet | Howard Miller Clock in wooden box | 1 |
| Closet | Silver Tray | 1 |
| Closet | Tiffany 3 sided pyramid | 4 |
| Closet | Tiffany Crystal Globe Paperweight | 1 |
| Closet | Tiffany crystal paperweight | 1 |
| Closet | Tiffany Glass Flat Round Paperweight | 2 |
| Closet | Tiffany Pewter Frame 3" x 4.5" | 5 |
| Closet | Tiffany Pewter Frame 8 x 10 | 3 |
| Closet | Tiffany Shooting Star | 1 |
| Closet | Tiffany Standing Star | 2 |
| Closet | Crystal Pyramid | 1 |
| Closet | Bulova Brass Clock | 1 |
| Closet | Vineyard Vines Red Tennis Scarf | 38 |
| Closet | Coaster - Sterling Silver Wine | 40 |

**WAREHOUSE GIFT MERCHANDISE**

| SKU | Item | Quantity |
|---|---|---|
| LB_ MUM0881_1207 | Umbrella - Green Compact Golf | 353 |
| LB_AGS0812_0507 | Cutter & Buck Golf Shirt Black - S | 25 |
| LB_AGS0813_0507 | Cutter & Buck Golf Shirt Black - M | 63 |
| LB_AGS0814_0507 | Cutter & Buck Golf Shirt Black - L | 96 |
| LB_AGS0815_0507 | Cutter & Buck Golf Shirt Black - XL | 72 |
| LB_AGS0816_0507 | Cutter & Buck Golf Shirt Black - XXL | 12 |
| LB_AHA0638_1106 | Baseball Hat - Khaki w/Dark Green under Brim | 395 |
| LB_AHS0624_1006 | Deep Forest Hooded Sweatshirt - L | 68 |
| LB_AHS0625_1006 | Deep Forest Hooded Sweatshirt - XL | 55 |
| LB_AHS0751_0407 | Light Steel Hooded Sweatshirt - L | 16 |
| LB_AHS0752_0407 | Light Steel Hooded Sweatshirt - XL | 16 |
| LB_AHS0753_0407 | Light Steel Hooded Sweatshirt - XXL | 9 |
| LB_AJA0438_0506 | Charles River - Fleece - Black/Grey M | 6 |
| LB_AJA0439_0506 | Charles River - Fleece - Black/Grey L | 26 |
| LB_AJA0440_0506 | Charles River - Fleece - Black/Grey XL | 120 |
| LB_AJA0441_0506 | Charles River - Fleece - Black/Grey XXL | 10 |
| LB_HTR0601_1006 | Lady Clare Tray | 400 |
| LB_DTU0859_1007 | Waterford Marquis Traviso Crystal Clock | 75 |
| LB_LCC0841_0807 | Waterford Marquis Treviso Clock | 60 |
| LB_LCC0842_0807 | Gordon Sinclair Tumbler | 410 |
| LB_BDU0072_0905 | Duffle - Canvas Duffle Bag - Green - Lehman Ribbon - Round Ends | 1630 |
| LB_BDU0431_0506 | Duffle - Ballistic Duffle Bag - Black | 628 |
| LB_BDU0710_1106 | Duffle - Neotech Black Duffle | 414 |
| LB_AJA0595_1006 | Lands End Therma Chek Fleece Blue - M | 3 |
| LB_AJA0596_1006 | Lands End Therma Chek Fleece Blue - L | 96 |
| LB_AJA0597_1006 | Lands End Therma Chek Fleece Blue - XL | 58 |
| LB_AJA0598_1006 | Lands End Therma Chek Fleece Blue - XXL | 55 |
| LB_APO0514_0706 | Nike Dri Fit Golf Shirt - Black - XL | 16 |
| LB_APO0515_0706 | Nike Dri Fit Golf Shirt - Black - XXL | 16 |
| LB_APO0545_0806 | Fairway & Greene Solid Lisle Shirt - Green - M | 46 |
| LB_APO0546_0806 | Fairway & Greene Solid Lisle Shirt - Green - L | 160 |
| LB_APO0547_0806 | Fairway & Greene Solid Lisle Shirt - Green - XL | 154 |
| LB_APO0548_0806 | Fairway & Greene Solid Lisle Shirt - Green - XXL | 22 |
| LB_APO0609_1006 | Nike Dri Fit Golf Shirt White - M | 38 |
| LB_APO0610_1006 | Nike Dri Fit Golf Shirt White - L | 44 |
| LB_APO0611_1006 | Nike Dri Fit Golf Shirt White - XL | 55 |
| LB_APO0612_1006 | Nike Dri Fit Golf Shirt White - XXL | 16 |
| LB_APO0790_0507 | Nike Dri Fit Golf Shirt - Navy - S | 23 |
| LB_APO0791_0507 | Nike Dri Fit Golf Shirt - Navy - M | 3 |
| LB_APO0792_0507 | Nike Dri Fit Golf Shirt - Navy - L | 3 |
| LB_APO0793_0507 | Nike Dri Fit Golf Shirt - Navy - XL | 12 |
| LB_APO0849_0907 | Fairway & Greene Solid Lisle Shirt - Green - Small | 9 |
| LB_ATI0605_1006 | Vineyard Vines LEH Light Blue Tie | 103 |
| LB_ATI0620_1006 | Vineyard Vines LEH Light Green Tie | 102 |
| LB_ATI0621_1006 | Vineyard Vines LEH Navy Tie | 38 |
| LB_ATI0755_0507 | Vineyard Vines LEH Anchor/Wave Pattern - Navy | 3 |
| LB_ATI0846_0907 | Vineyard Vines LEH Red Tie | 49 |
| LB_ATS0081_0505 | Short Sleeved T-Shirt - White w/ Green Logo - M | 50 |
| LB_ATS0130_0505 | Short Sleeved T-Shirt - White w/ Green Logo - S | 8 |

| | | |
|---|---|---:|
| LB_ATS0132_0806 | Short Sleeved T-Shirt - Green S | 270 |
| LB_ATS0133_0806 | Short Sleeved T-Shirt - Green M | 158 |
| LB_ATS0467_0606 | Short Sleeved T-Shirt - Gray - M | 58 |
| LB_ATS0468_0606 | Short Sleeved T-Shirt - Gray - L | 282 |
| LB_ATS0479_0606 | Long Sleeved T-Shirt - Gray - L | 42 |
| LB_ATS0480_0606 | Long Sleeved T-Shirt - Gray - XL | 77 |
| LB_ATS0628_1106 | Long Sleeved T-Shirt - White - M | 226 |
| LB_ATS0629_1106 | Long Sleeved T-Shirt - Gray - S | 54 |
| LB_ATS0630_1106 | Long Sleeved T-Shirt  - Gray - M | 53 |
| LB_AVE0560_0307 | F&G Black Merino V-Neck Vest - M | 11 |
| LB_AVE0561_0307 | F&G Black Merino V-Neck Vest - L | 40 |
| LB_AVE0562_0307 | F&G Black Merino V-Neck Vest - XL | 50 |
| LB_AVE0563_0307 | F&G Black Merino V-Neck Vest - XXL | 5 |
| LB_AWB0951_0308 | Nike V-Neck Clima Fit Windshirt-Large | 18 |
| LB_AWS0331_0206 | Nike V-Neck Clima-FIT Windshirt - M | 45 |
| LB_AWS0367_0306 | Cutter & Buck Convertible Windshirt - L | 51 |
| LB_AWS0368_0306 | Cutter & Buck Convertible Windshirt - XL | 85 |
| LB_AWS0369_0306 | Cutter & Buck Convertible Windshirt - XXL | 30 |
| LB_BCL0783_0407 | Swiss Army Laptop Carrier | 430 |
| LB_BSH0117_0505 | Shopping Bag Matte - Large | 6322 |
| LB_BSH0580_0906 | Shopping Bag Shiny - Large | 1960 |
| LB_BTO0014_0505 | Tote - Green Tote Bag - Blue Bottom - Leather Handle | 361 |
| LB_BTO0031_0505 | Tote - Executive Sports Tote - Green w/ Ribbon Tie | 5 |
| LB_BTO0200_0505 | Tote - Ribbon Tote | 732 |
| LB_BTO0329_0206 | Tote - Ski Boot Tote Bag - Black | 21 |
| LB_BTO0516_0706 | Tote - Suede Shopper Tote | 1462 |
| LB_BTO0533_0806 | Tote - Hampton Tote | 61 |
| LB_BTO0530_0806 | Tote - Scarsdale Tote with Plaid Lining | 476 |
| LB_DCM0121_0505 | Lehman Coffee Mug Bistro - White | 682 |
| LB_DCM0642_1106 | Lehman Coffee Mug Bistro - Dark Green | 98 |
| LB_DCP0054_0505 | Cross Pen - Chrome | 265 |
| LB_DME0747_0307 | Hunter Green Leather Envelope | 210 |
| LB_DPE0114_0505 | Conference Pen - Lehman | 7700 |
| LB_DPE0493_0706 | Barrington Platinum Rivendale Rollerball Pen - Sevilla Case | 270 |
| LB_DPF0298_1005 | Barrington Large Portfolio - Black | 436 |
| LB_DPF0299_1005 | Barrington Junior Portfolio - Black | 17 |
| LB_DPF0348_0206 | Barrington Business Card Portfolio | 38 |
| LB_DPF0553_0507 | Barrington Jr Snap Portfolio | 143 |
| LB_DPF0838_0707 | Graphic Image Writing Journal | 400 |
| LB_DPF0869_1107 | Barrington Large Portfolio II Black | 8 |
| LB_DTH0448_0506 | Leather Snap Thermos | 67 |
| LB_HAP0589_1006 | Lands End Full Apron | 66 |
| LB_HAP0827_0607 | Lands End Half Apron | 140 |
| LB_HBL0590_1006 | Lands End Stadium Blanket | 97 |
| LB_HCO0600_1006 | Lady Clare Coasters | 12 |
| LB_HWC0309_1105 | Wine - Leather Double Wine Carrier | 7 |
| LB_HWH0449_0506 | Wine - Neoprene Double Wine Carrier | 11 |
| LB_LIB0446_0506 | Book - Little Black Book of Wine | 795 |
| LB_MCB0930_0308 | Montblanc Crystal Paper Clip Bowl | 18 |
| LB_MML0413_0506 | Mini Maglite | 200 |
| LB_MPC0452_0606 | Barrington Leather Passport Case | 59 |
| LB_MTB0395_0406 | Links of London Travel Box | 24 |

| | | |
|---|---|---|
| LB_MTW0508_0706 | Links of London Travel Wallet | 42 |
| LB_MUM0050_0505 | Umbrella - Long Vented | 265 |
| LB_SBI0566_0806 | Binoculars - High Sierra | 74 |
| LB_SBI0939_0308 | Binoculars - Troika James Bond | 4 |
| LB_SGB1020_0708 | LB - Golf Shoe Bag Kit - USA | 200 |
| LB_SGB1024_0808 | Golf Ball - Pinnacle Golf Ball - Thank you Set | 364 |
| LB_SGT0772_0307 | LB - Green Golf Tees | 358 |
| LB_SGT1025_0808 | LB Green Golf Tees | 1320 |
| LB_SMK0706_0107 | Ski Kit | 40 |
| LB_STB0013_0505 | Tennis Ball Can | 100 |
| LB_YBB0155_0505 | Teddy Bear - Boy | 200 |
| LB_YBR1003_0408 | Baby Barbell Rattle | 162 |
| LB_YHB0742_0307 | Baby Light Blue Baseball Hat | 158 |
| LB_YHP0743_0307 | Baby Pink Baseball Hat | 62 |
| LB_MTA0979_0308 | Tiffany Blue Leather Luggage Tag-LB Logo | 43 |
| LB_DPE0608_1006 | Conference Pen - LB/NB | 1010 |
| LB_BSH0451_0506 | Shopping Bag White - Plastic | 1150 |
| LB_BSH0526_0706 | Shopping Bag Matte - X Small | 59 |
| LB_BSH0583_0906 | Shopping Bag Shiny - Square Mini | 1940 |
| LB_BSH0586_0906 | Shopping Bag Matte - Square Mini | 6497 |
| LB_BSH0786_0407 | Shopping Bag Silver - Zip Lock | 4495 |
| LB_DAT0404_0406 | Links of London Atlas - Silver Cover | 6 |
| LB_DAT0506_0706 | Links of London Densworth Leather Atlas | 23 |
| LB_DAT0898_0208 | Graphic Image Black Leather World Atlas | 99 |
| LB_DSB0053_0505 | Stress Ball - Green | 2055 |
| LB_DSP0518_0706 | Links of London Silver Puzzle | 33 |
| LB_DST0498_0706 | Silver Tangle | 457 |
| LB_HCN0531_0806 | Napkins - Lehman Cocktail | 131 |
| LB_HCO0357_0306 | Coaster - Round Cork | 15 |
| LB_HCO0763_0107 | Coaster - Diamond Shape Cork | 1668 |
| LB_HDN0532_0806 | Napkins - Lehman Dinner | 500 |
| LB_MLA0070_0505 | Lanyard - LB Green | 489 |
| LB_MLA0648_1206 | Lanyard - LB White | 1020 |
| LB_MRI0157_0505 | Ribbon - Green w/ Silver Logo | 128 |
| LB_MRI0276_0805 | Ribbon - White with Green Logo | 16 |
| LB_MRI0375_0406 | Ribbon - Silver w/ Green Logo 1/4" - Satin | 34 |
| LB_MRI0376_0406 | Ribbon - Silver w/ Green Logo 1/2" - Satin | 24 |
| LB_MRI0377_0406 | Ribbon - Green w/ Silver Logo 1/4" - Satin | 28 |
| LB_MRI0378_0406 | Ribbon - Green w/ Silver Logo 1/2" Satin | 19 |
| LB_MSC0798_0507 | LB Ultra Sunscreen Lotion | 49 |
| LB_MTH1001_0308 | Ticket Holder | 2500 |
| LB_MPC0745_0307 | LOL Mobile Phone Charger | 95 |
| LB_PGB0795_0507 | Custom Green Box - Small 8 x 8 x 3 | 1084 |
| LB_PGB0796_0507 | Custom Green Box - Medium 8 x 8 x 6 | 1047 |
| LB_PGB0797_0507 | Custom Green Box - Large 12 x 12 x 6 | 938 |
| LB_AGS1014_0608 | Ashworth Golf Shirt White - S | 18 |
| LB_AGS1015_0608 | Ashworth Golf Shirt White - M | 41 |
| LB_AGS1016_0608 | Ashworth Golf Shirt White - L | 76 |
| LB_AGS1017_0608 | Ashworth Golf Shirt White - XL | 98 |
| LB_AGS1018_0608 | Ashworth Golf Shirt White - XXL | 67 |
| LB_AGS1019_0608 | Ashworth Golf Shirt White - XXXL | 78 |
| LB_APO0265_0805 | Poncho - Green | 409 |

| | | |
|---|---|---|
| LB_ARA0266_0805 | Poncho - Rain Mac | 254 |
| LB_AGS0804_0507 | Nike Dri Fit Golf Shirt - Orange - XL | 75 |
| LB_AGS0804_0607 | Nike Dri Fit Golf Shirt - Light Orange - XL | 12 |
| LB_AGS0805_0507 | Nike Dri Fit Golf Shirt - Orange - XXL | 13 |
| LB_APO0657_1006 | American Design Enduro Cool Golf Shirt - L | 15 |
| LB_APO0658_1006 | American Design Enduro Cool Golf Shirt - XL | 13 |
| LB_APO0760_0307 | Poncho - Charles River Pacific Navy Poncho | 893 |
| LB_APO0848_0907 | Fairway & Greene Solid Lisle Shirt - White - XXXL | 3 |
| LB_ATS0477_0606 | Short Sleeved T-Shirt - White w/ Gray Logo - XXXL | 53 |
| LB_ATS0476_0606 | Short Sleeved T-Shirt - White w/ Gray Logo - XXL | 78 |
| LB_ATS0470_0606 | Short Sleeved T-Shirt - Gray - XXL | 73 |
| LB_ATS0471_0606 | Short Sleeved T-Shirt - Gray - XXXL | 52 |
| LB_ATS0267_0505 | Short Sleeved T-Shirt - White w/ Green Logo - XXL | 28 |
| LB_BSH0118_0505 | Shopping Bag Matte - Small | 1928 |
| LB_BSH0268_0505 | Shopping Bag Matte - Medium | 2868 |
| LB_BSH0582_0906 | Shopping Bag Shiny - Medium | 200 |
| LB_BTA0086_0505 | Canvas Weekender- Black | 155 |
| LB_BTA0087_0505 | Canvas Weekender- Green | 20 |
| LB_DMM0704_0107 | Mini Optical Wireless Mouse | 426 |
| LB_DSB0843_0907 | Stress Ball - DNA | 3468 |
| LB_DSP0748_0307 | Green Putty GOO | 44 |
| LB_FTK_CEM07.099 | Tool Kit | 89 |
| LB_HBB0411_0506 | Wine - Built NY Neoprene Single Wine Carrier | 4 |
| LB_LIB0444 | Book - China Inc | 90 |
| LB_LIB0445_0506 | Book - One Billion Customers | 80 |
| LB_SPE0372_0306 | Scoring Pencils - Presharpened | 175 |
| LB_SVP0500_0706 | Green Suede Valuables Pouch | 43 |
| LB_STA0316_1105 | Golf Bag Tag w/ Tees | 59 |
| LB_SSP0998_0308 | Ski Pass Pouch | 26 |
| LB_SGA0297_1005 | Stix & Stonz Magnet Game | 1173 |
| LB_SGB0938_0308 | Troika Golf Birdie Set | 7 |
| LB_LIB0489_0606 | Book - Theory of Financial Risk and Derivative Pricing | 13 |
| LB_MFL0940_0308 | Troika Aluminum LED Flash Light | 31 |
| LB_DPE0608_1006 | Conference Pen - LB/NB | 1010 |
| LB_AWB0111_0505 | Clima Fit Windbreaker -  NIKE- XL | 59 |
| LB_AWB0308_1005 | Clima Fit Windbreaker - NIKE - XXL | 30 |
| LB_BBC0056_0506 | Briefcase - Green Nylon | 147 |
| LB_BBC0057_0505 | Briefcase - Black Nylon | 186 |
| LB_BBP0169_1105 | Backpack - Cinch Green | 135 |
| LB_BBP0319_1105 | Computer Backpack - Black | 5 |
| LB_BBP0642_1006 | Black Cinch Sak | 166 |
| LB_BBP0845_0907 | Backpack - Black Nylon | 152 |
| LB_BBP0851_0907 | Backpack with Picnic Games | 45 |
| LB_BDU0055_0505 | Duffle - Canvas Duffle Bag - Blue/Green | 170 |
| LB_BDU0171_1105 | Duffle - Green Nylon Duffle Bag - S | 457 |
| LB_BDU0172_1105 | Duffle - Green Nylon Duffle Bag - L | 367 |
| LB_BDU0581_0906 | Duffle - Main Street Duffle / Green Accents | 129 |
| LB_BMB0182_1105 | Messenger Bag - Black | 200 |
| LB_BTO0149_0505 | Tote - Urban Passage Tote | 476 |
| LB_BTO0181_1205 | Tote - Canvas Tote Bag - Natural - Green Bottom | 600 |
| LB_BTO0306_1005 | Tote - Natural Tote Bag - Green Handle - Pocket | 669 |
| LB_BTO0490_0606 | Tote - Park Avenue Tote | 219 |

| | | |
|---|---|---|
| LB_BTO0613_1006 | Tote - Medium Canvas Tote with Logo Straps/Ribbon Bottom | 453 |
| LB_BTO0858_1007 | Tote - Conference Tote | 2042 |
| LB_DBJ0497_0706 | Barrington Junior Book Jacket | 65 |
| LB_DBX0173_1105 | Links of London Silver Plated Box | 300 |
| LB_DBX0345_0206 | Notepad Box - Canvas - Green | 45 |
| LB_DCH0494_0706 | Barrington Card Holder | 92 |
| LB_DFR0104_0505 | Frame - Brown Leather Frame - 5 x 7 | 30 |
| LB_DLJ0022_0505 | Corporate Pocket Jotter | 90 |
| LB_DMP0283_0905 | Mouse Pad - Black Leather | 482 |
| LB_DPF0038_0505 | Portfolio - Green Nylon | 165 |
| LB_DPW0985_0308 | Paperweight - Troika World Timer Paperweight with magnifying glass | 28 |
| LB_DTC0987_0308 | Troika On Time Desk Clock | 72 |
| LB_FBB_EEM07.141 | Backpack - Black | 47 |
| LB_MLT1000_0308 | Barrington Brown Leather Luggage Tags | 26 |
| LB_MMT0647_1206 | Swiss Army Wallet Tool | 53 |
| LB_MTA0943_0308 | Luggage Tag - Black Leather | 12 |
| LB_MWA0302_1005 | Black Flip Wallet | 44 |
| LB_SFB0239_1105 | Lehman Nerf Football | 139 |
| LB_SMK0800_0507 | LB Green Can Kozie | 205 |
| LB_TOS0981_0308 | Paperweight - Simon Pearce Stratton Glass Paperweight -LB Logo | 9 |
| LB_AGS0873_1107 | Cutter & Buck Golf Shirt White - XLarge | 139 |
| LB_AGS0874_1107 | Cutter & Buck Golf Shirt White - XXLarge | 14 |
| LB_DBC0522_0706 | Barrington Correspondent | 20 |
| LB_AGS0766_0107 | American Design Golf Shirt - Green  - M | 6 |
| LB_AGS0767_0107 | American Design Golf Shirt - Green - L | 13 |
| LB_AGS0768_0107 | American Design Golf Shirt - Green - XL | 4 |
| LB_AGS0804_0507 | Nike Dri Fit Golf Shirt - Orange - XL | 75 |
| LB_AGS0804_0607 | Nike Dri Fit Golf Shirt - Light Orange - XL | 12 |
| LB_AGS0805_0507 | Nike Dri Fit Golf Shirt - Orange - XXL | 13 |
| LB_SBI0273_0805 | Binoculars - Bushnell | 62 |
| LB_YBB0156_0505 | Teddy Bear - Girl | 100 |
| LB_APO0549_0806 | Fairway & Greene Solid Lisle Shirt - White - M | 66 |
| LB_APO0550_0806 | Fairway & Greene Solid Lisle Shirt - White - L | 156 |
| LB_APO0551_0806 | Fairway & Greene Solid Lisle Shirt - White - XL | 144 |
| LB_APO0552_0806 | Fairway & Greene Solid Lisle Shirt - White - XXL | 54 |
| LB_APO0554_0607 | Fairway & Greene Solid Lisle Shirt - White - S | 23 |
| LB_AHA0634_1106 | Baseball Hat - White w/Light Blue Under Brim | 1507 |
| LB_APO0549_0806 | Fairway & Greene Solid Lisle Shirt - White - M | 66 |
| LB_APO0550_0806 | Fairway & Greene Solid Lisle Shirt - White - L | 156 |
| LB_APO0551_0806 | Fairway & Greene Solid Lisle Shirt - White - XL | 144 |
| LB_APO0552_0806 | Fairway & Greene Solid Lisle Shirt - White - XXL | 54 |
| LB_APO0554_0607 | Fairway & Greene Solid Lisle Shirt - White - S | 23 |
| LB_AFL0176_1105 | NEJ Fleece - M | 170 |
| LB_AFL0179_1205 | NEJ Fleece - XXL | 11 |
| LB_AFL0288_1005 | NEJ Fleece - XL | 88 |
| LB_AFL0289_1005 | NEJ Fleece - L | 195 |
| LB_SGT0122_0505 | Golf Towel - NEJ White | 6 |
| LB_SGT0122_0706 | Golf Towel - NEJ White | 6 |
| LB_SGT0519_0706 | Golf Towel - NEJ Green | 20 |
| LB_AGS0568_0906 | Cutter & Buck Golf Shirt - Hunter Green M | 140 |
| LB_AGS0569_0906 | Cutter & Buck Golf Shirt - Hunter Green L | 220 |
| LB_AGS0570_0906 | Cutter & Buck Golf Shirt - Hunter Green XL | 243 |

| Code | Description | Qty |
|---|---|---|
| LB_AGS0571_0906 | Cutter & Buck Golf Shirt - Hunter Green XXL | 77 |
| LB_AGS0847_0907 | Cutter & Buck Golf Shirt  - Hunter Green S | 39 |
| LB_AGS0870_1107 | Cutter & Buck Golf Shirt White - Small | 29 |
| LB_AGS0871_1107 | Cutter & Buck Golf Shirt White - Medium | 90 |
| LB_AGS0872_1107 | Cutter & Buck Golf Shirt White - Large | 161 |
| LB_ATS0082_0505 | Short Sleeved T-Shirt - White w/ Green Logo - XL | 317 |
| LB_ATS0083_0505 | Short Sleeved T-Shirt - Green - XL | 145 |
| LB_ATS0083_0806 | Short Sleeved T-Shirt - Green XL | 165 |
| LB_ATS0131_0505 | Short Sleeved T-Shirt - White w/ Green Logo - L | 174 |
| LB_ATS0134_0806 | Short Sleeved T-Shirt - Green L | 799 |
| LB_ATS0469_0606 | Short Sleeved T-Shirt - Gray - XL | 176 |
| LB_ATS0474_0606 | Short Sleeved T-Shirt - White w/ Gray Logo - L | 159 |
| LB_ATS0475_0606 | Short Sleeved T-Shirt - White w/ Gray Logo - XL | 105 |
| LB_ATS0482_0606 | Long Sleeved T-Shirt - White - L | 155 |
| LB_ATS0483_0606 | Long Sleeved T-Shirt - White - XL | 200 |
| LB_ATS0484_0606 | Long Sleeved T-Shirt - White - XXL | 83 |
| LB_ATS0878_1107 | Short Sleeved T-Shirt - Green - XXL | 87 |
| LB_AWS0833_0607 | Adidas V-Neck Windshirt Black - S | 25 |
| LB_AWS0834_0607 | Adidas V-Neck Windshirt Black - M | 69 |
| LB_AWS0835_0607 | Adidas V-Neck Windshirt Black - L | 120 |
| LB_AWS0836_0607 | Adidas V-Neck Windshirt Black - XL | 82 |
| LB_AWS0837_0607 | Adidas V-Neck Windshirt Black - XXL | 23 |
| LB_AWV0112_0505 | Nike V-Neck Golf Windvest - L | 16 |
| LB_AWV0113_0505 | Nike V-Neck Golf Windvest - XL | 20 |
| LB_AWV0578_0906 | Adidas Black Golf Windvest - L | 46 |
| LB_AWV0579_0906 | Adidas Black Golf Windvest - XL | 145 |
| LB_AWV0780_0407 | Adidas Black Golf Windvest - S | 6 |
| LB_AWV0781_0407 | Adidas Black Golf Windvest - M | 2 |
| LB_AWV0782_0407 | Adidas Black Golf Windvest - XXL | 13 |
| LB_DPW0301_1005 | Paperweight - Chancellor Paperweight | 105 |
| LB_DPW0430_0506 | Paperweight - Raika Leather Paperweight | 111 |
| LB_MPC0396_0406 | Links of London Passport Case | 26 |
| LB_MTO0877_1107 | Barrington Leather Travel Organizer | 30 |
| LB_BTO0015_0505 | Tote - Natural Tote Bag - Green Bottom - Leather Handle | 100 |
| LB_BTO0433_0506 | Tote - Sprint Tote | 280 |
| LB_BTO0491_0606 | Tote - Harbour Tote | 264 |
| LB_DSP0510_0706 | Links of London Security Pass Carrier | 269 |
| LB_DFR0242_1205 | Links of London Black Leather Frame 5 x 7 | 46 |
| LB_DFR0408_0406 | Barrington Leather Snap Frame - Tan 4 x 6 | 70 |
| LB_DFR0639_1106 | Barrington Leather Snap Frame - Black 4 x 6 | 90 |
| LB_BTO0202_0505 | Tote - Executive Sports Tote - Natural w/ Ribbon Tie | 210 |
| LB_BDU0432_0506 | Dufle - Ballistic Duffle Bag - Black w/ Gray Trim | 148 |
| LB_BDU0759_0307 | Duffle - Barrel Duffle with Logo Ribbon Straps (Green/Blue) | 304 |
| LB_BDU0990_0308 | Duffle - Navy Blue Barrel Duffle w/Logo Ribbon Straps | 445 |
| LB_ASA0617_1006 | Vineyard Vines LEH Light Blue Sash | 10 |
| LB_ASA0618_1006 | Vineyard Vines LEH Navy Sash | 48 |
| LB_ASA0839_0707 | Vineyard Vines LEH Pink Sash | 47 |
| LB_ASA0934_0308 | Vineyard Vines LEH Red Sash | 15 |
| LB_MUM0052_1105 | Umbrella - Mini Green with Black Handle | 378 |
| LB_DBX0406_0406 | Links of London Silver Box - No Logo | 17 |
| LB_DFR0860_1007 | FRAME - Black Leather Graphic Image Frame 5x7 - No Logo | 26 |
| NB_DPA0260_0805 | Lehman/Neuberger - Ruled Pad - 22 Sheets | 54 |

| | | |
|---|---|---|
| NB_DPA0788_0407 | Lehman/Neuberger - Ruled Pad - 35 Sheets | 178 |
| LB_PGB0795_0507 | Custom Green Box - Small 8 x 8 x 3 | 1084 |
| LB_PGB0796_0507 | Custom Green Box - Medium 8 x 8 x 6 | 1047 |
| LB_PGB0797_0507 | Custom Green Box - Large 12 x 12 x 6 | 938 |
| LB_MSH0137_0505 | Green 11 x 17 Corrugated Sheet | 1598 |
| LB_MSH0158_0505 | Green 8 1/2 x 11 Corrugated Sheet | 4418 |
| LB_MTH1001_0308 | Ticket Holder | 2500 |
| LB_MNT0353_0306 | LB Non Adhesive Name Tags 4" x 3" (250/pk) | 174 |
| LB_FBH0875_1107 | New England Patriots Baseball Hat-Navy | 23 |
| LB_FBH0876_1107 | New England Patriots Baseball Hat-Red | 24 |
| LB_DRB0290_1005 | Rubber Band Ball | 78 |
| LB_SHW0825_0607 | Hand Warmers | 89 |
| LB_STW0784_0407 | Toe Warmers | 35 |

## PEEKSKILL GIFT MERCHANDISE

| SKU | Item | Quantity |
|---|---|---:|
| DLS | Duffel: Black Ballistic (non-branded) | 49 |
| DLS | Small Green Nylon Bags (non-branded) | 250 |
| DLS | Large Green Nylon Bags (non-branded) | 250 |
| DLS | Swiss Army Messenger Bags (Branded) | 364 |
| DLS | Golf Shoe Bags for Asia (Branded) | 200 |
| AQE | Duffel: Black Ballistic | 42 |
| AQE | Natural_Green Tote with Leather handles | 47 |
| AQE | Tote: Gree/Blue Tote with Leather Handles | 50 |
| AQE | Tote: Logo Ribbon | 25 |
| AQE | Duffel: Black Ballistic with Gray Trim | 50 |
| AQE | Lands End Fleeces | 16 |

**CHICAGO GIFT MERCHANDISE**

| Item | | Quantity |
|---|---|---|
| GOLF BALLS/DOZEN | | |
| | Titlest NXT Tours | 4 |
| | Titlest Pro V1 | 3 |
| | Nike One | 0.5 |
| | Callaway (Red) | 17 |
| | MAXFLI Black Max | 64 |
| Lehman Golf Glove- White and Green | | 23 |
| Green Canvas duffel w/ LB logo strap | | 4 |
| Natural tote (w/ leather handles& green bottom) | | 9 |
| Canvas tote with Zipper (Kate Spade) | | 11 |
| Canvas tote- no zipper | | 5 |
| Canvas tote with tie (Kate Spade) | | 1 |
| Cinch Bags- Red (Kid's Day) | | 5 |
| Duffle - Green Nylon Duffle Bag | | 1 |
| Briefcase (Nylon) | | |
| | Black | 19 |
| | Green | 21 |
| Small Lehman Gift Bags- Green | | 203 |
| Medium Lehman Gift Bags - Green | | 126 |
| Lands End Lehman Canvas Tote | | 27 |
| Large Lehman Gift Bags- Green | | 314 |
| Lehman Brothers Cheap Canvas Bags | | 2 |
| Lehman Brothers Jelly Tote Bags | | 7 |
| Lehman Brothers 1 Arm Back Pack | | 1 |
| LB Vineyard Vines Tote- | | |
| | | 17 |
| Ashworth Polo Shirt- Stone | | |
| | L | 1 |
| Ashworth Polo Shirt- White | | |
| | L | 1 |
| Adidas Climaproof Wind Vest- Black zip-up | | |
| | M | 2 |
| | L | 15 |
| | XL | 10 |
| Adidas Long Sleeved Wind Shirt- Black - XL | | 3 |
| Sweatshirt- Grey - Size Large | | 1 |
| Sweatshirt- Green - Size Large | | 1 |
| Sweatshirt- White - Size Large | | 4 |
| Charles River Long Sleeved Shirt- Green - Size Large | | 1 |
| Chase Edwards Navy Blue Fleece | | |
| | XL | 4 |
| | XXL | 1 |
| Chase Edwards Green Fleece | | |
| | XL | 3 |
| Cutter & Buck Windbreaker | | 1 |
| Lehman Brothers Ties | | |
| | | 17 |
| Lehman Brothers Sashes | | |
| | | 14 |

| Item | Size | Qty |
|---|---|---|
| Nike Vest Wind Shirt - Blue | | |
| | M | 6 |
| | XL | 5 |
| Nike Long Sleeved Wind Shirt w/ Zipper- Blue- Medium | | 3 |
| Nike Dri-Fit T-Shirt (orange) | | |
| | XL | 2 |
| Nike Dri-Fit Golf Shirt (white) | | |
| | L | 4 |
| | XL | 9 |
| Fairway & Green Golf Shirts (Green & white striped) | | |
| | L | 5 |
| | XL | 6 |
| Running T-Shirt (JPMorgan Chase 2006) | | |
| | S | 2 |
| | M | 2 |
| | L | 2 |
| | XL | 8 |
| Fairway & Greene Golf Shirts (White) - X Large | | 1 |
| Lehman "Make Your Mark" T-shirt (white) *Past Event* | | |
| | S | 1 |
| | M | 19 |
| | L | 19 |
| | XL | 3 |
| | XXL | 2 |
| MSA Fleece (Blue w/zipper) *Past Event* | | 5 |
| Youth Baseball T-shirt  (Red & White) - Size Small | | 6 |
| New Sandwich Hats (LB green w/ logo on rim) | | 44 |
| New Sandwich Hats (LB beige w/ green logo on rim) | | 44 |
| New Sandiwch Hats (Dark Green w/Lime under Brim) | | 15 |
| New Sandwich Hats (Khaki w/ Dark Green under Brim) | | 20 |
| New Sandwich Hats (White w/ Light Blue under Brim) | | 17 |
| Lehman Beach Towels | | 1 |
| Lehman Fleece Blankets- Green | | 2 |
| Jonathan Adler Tray | | 1 |
| Lehman Brothers Waterbottle (blue) | | 1 |
| LINKS of London Jotter Holder | | 2 |
| LINKS of London Silver Plated Box | | 2 |
| Lehman Brothers Leather card holder | | 1 |
| Barrington Oxford Snap Valet | | 1 |
| Barrington Jewelry Box/Pen | | 1 |
| Barrington Travel Organizers | | 11 |
| Barrington Corp. Pocket Jotter | | 7 |
| Barrington Corporate Desk Jotter Black | | 1 |
| Binoculars | | 1 |
| Oilrig Clock | | 17 |
| Nissan Steel Thermos | | 3 |
| Tiffany Silver Spoon | | 1 |
| Tiffany Yo-Yo | | 4 |
| Tiffany Golf Record Books | | 2 |
| Tiffany Luxury Boxes | | 2 |
| Tiffany Baby Cup | | 1 |
| Tiffany Paperweight | | 3 |

| Item | Quantity |
|---|---|
| Medium Golf Umbrella (wooden handle) | 3 |
| Mini Golf Unmbrella (plastic handle) | 7 |
| Ribbon Logo Umbrella (Blue & Green) | 34 |
| Ribbon (Green w/ white lettering) | 8 |
| Stress Balls | 34 |
| Basketball Stress Balls | 150 |
| Silver Lehman Key Chain (w/light) | 2 |
| Lehman Coffee Mug | 24 |
| Paper Weights | 14 |
| Portable seat/walking sticks | 3 |
| Tutankhamun Books | 3 |
| Lehman Brothers Green & White Conference Pens | 467 |
| Barrington Platinum Rivendale Rollerball Pen | 1 |
| Lehman Brothers Black Confernece Pens | 38 |

**BOSTON GIFT MERCHANDISE**

| Item | Quantity |
|---|---|
| Red Sox Hats - RED  (all not branded) | 22 |
| Red Sox Hats - BLUE (12 branded) | 37 |
| Red Sox Hats - RED/BLUE (all 13 branded) | 13 |
| Childrens Holiday Tumblers  (not branded) | 53 |
| LB Bowling Shirts | 15 |
| Blue Rain Ponchos | 39 |
| LB Vineyard Vines Shashes | 20 |
| LB Vineyard Vines Ties | 1 |
| LB LINKS Puzzle | 1 |
| Neuberger Pins | 13 |
| LB Pins | 33 |
| Magic Childrens Key Chain | 4 |
| "Breaking Through" Book | 8 |
| LB Green Nylon Pouches with Chapstick | 25 |
| LB Green T-Shirts (Small) | 5 |
| LB Green T-Shirts (Medium) | 8 |
| LB Green T-Shirtsm (Large) | 12 |
| LB Green T-Shirts (XL) | 4 |
| LB Green Tissue Paper   packages | 4 |
| LB Silver Tissue Paper | 7 |
| LB Green Paper Gift Bags (Small) | 3 |
| LB Green Paper Gift Bags (Large) | 8 |
| LB Green Ribbon spools | 6.5 |
| LB Tarten Ribbon | 2 |
| LB Silver Ribbon | 1 |
| LB Wrapping Paper  Roll | 13 |
| LB Lined Pads | 94 |
| LB Spiral Bound Hard Cover Pad | 1 |
| Santa Claus Suite | 1 |

**SAN FRANCISCO GIFT MERCHANDISE**

| Category | Item | Quantity |
|---|---|---|
| Desk Accessories | Barrington Junior Portfolio - Brown | 5 |
| Luxury Items | Links of London Silver Plated Box | 1 |
| Miscellaneous | Jonathan Adler Dolls Pill Box | 2 |
| Sports | Callaway HX Red Golf Balls | 12 |
| Sports | NEJ Green Golf Towel | 2 |
| Sports | NEJ White Golf Towel | 3 |
| Apparel | Nike V-Neck Clima-FIT Windshirt - Navy SM | 2 |
| Wine | Boxed Wine Accessories | 3 |
| Bags | Computer Bags | 11 |
| Apparel | Long Sleeved Wicking Shirt - Grey SM | 3 |
| Apparel | Poncho - Blue | 200 |
| Apparel | Short Sleeved T-Shirt - Green XL | 4 |
| Bags | Messenger Bag - Black | 12 |
| Bags | Natural Tote Bag - Green Handle - Pocket | 22 |
| Sports | Waterbottle - White | 2 |
| Wine | Neoprene Double Wine Carrier | 14 |
| Barrington | Leather Snap Tray | 1 |
| Ceramics | Ceramic Green Stripe Small Round Box with Cover | 2 |
| Tote Bags | Blue Jelly Tote Bags - Lehman Logo | 100 |
| Tote Bags | Canvas Tote with logo ribbon | 30 |
| Tote Bags | Canvas Kate Spade Bag with Zipper Top and 2 Side Pockets | 20 |
| Plastic Flashlight | Small plastic flashlights | 10 |
| Flashlight Radio | Small plastic flashlights with crank radio | 25 |
| Pens | Confrence Pens | 125 |