UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
                    Debtors.                     :    (Jointly Administered)
------------------------------------------------------------------x

## STIPULATION, AGREEMENT AND ORDER
## BETWEEN DEBTORS AND TEXAS TOWER LIMITED
## EXTENDING THE TIME TO ASSUME OR REJECT LEASE OF
## NONRESIDENTIAL REAL PROPERTY AT 600 TRAVIS STREET

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

This stipulation, agreement and order ("Stipulation, Agreement and Order") is entered into by and between Lehman Brothers Holdings Inc. ("LBHI" and, together with its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, the "Debtors") and Texas Tower Limited ("Texas Tower").

## RECITALS

A.  On September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B.  Pursuant to that certain lease dated as of October 4, 1989 (as amended by (i) the Reinstatement of and First Amendment to Lease Agreement, dated as of August 31, 1995, (ii) the Second Amendment to Lease Agreement, dated as of September 1, 1997, (iii) the Third Amendment to Lease Agreement, dated as of April 1, 1999, (iv) the Fourth Amendment to Lease

Agreement, dated July 5, 2000, (v) the Fifth Amendment to Lease Agreement, dated November 8, 2000, (vi) the Sixth Amendment to Lease Agreement, dated September 10, 2003, (vii) the Seventh Amendment to Lease Agreement, dated February 18, 2004, (viii) the Eighth Amendment to Lease Agreement, dated August 28, 2006, and (ix) that certain letter agreement, dated as of December 19, 2007, the "Lease"), by and between Texas Tower and LBHI, as successor-in-interest to Lehman Brothers Inc. (formerly known as Shearson Lehman Hutton Inc.), Texas Tower leases to LBHI certain premises in a building located at 600 Travis Street, Houston, Texas, including approximately 5,390 square feet on the 67th floor and 23,403 square feet on the 72nd floor.

      C.      By motion dated December 29, 2008, the Debtors moved the Court, pursuant to section 365(d)(4) of the Bankruptcy Code, for an extension of the period within which the Debtors must assume or reject unexpired leases of nonresidential real property through and including April 13, 2009 (the "Extension Motion") [Docket No. 2406]. By order dated January 15, 2009, the Court granted the Extension Motion [Docket No. 2548].

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE DEBTORS AND TEXAS TOWER, THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL AND, UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT:**

      1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which LBHI may determine to assume or reject the Lease pursuant to section 365(d)(4) of the Bankruptcy Code hereby is extended through and including June 30, 2009.

      2.      Each person who executes this Stipulation, Agreement and Order on behalf of a party or parties hereto represents that he is duly authorized to execute this Stipulation, Agreement and Order on behalf of such party or parties.

3. This Stipulation, Agreement and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

4. This Stipulation, Agreement and Order is subject to approval of the Court and shall be of no force and effect unless and until it is approved.

5. This Stipulation, Agreement and Order may not be amended or modified except by further order of the Court.

6. This Stipulation, Agreement and Order and all of the provisions hereof shall be binding upon, and inure to the benefit of, the parties hereto and their respective successors and assigns.

7. Each of the parties hereto irrevocably consents to the jurisdiction of the Court with respect to any action to interpret or enforce the terms and provisions of this Stipulation, Agreement and Order and expressly waives any right to commence any such action in another forum.

Dated: April 6, 2009

| **WEIL, GOTSHAL & MANGES LLP** | **ANDREWS KURTH LLP** |
|---|---|
| /s/ Shai Y. Waisman | /s/ Paul D. Moak |
| Shai Y. Waisman | Paul D. Moak |
| 767 Fifth Avenue | 600 Travis, Suite 4200 |
| New York, New York 10153 | Houston, Texas 77002 |
| Telephone: (212) 310-8000 | Telephone: (713) 220-4286 |
| Facsimile: (212) 310-8007 | Facsimile: (713) 238-7280 |
| Attorneys for Debtors and Debtors in Possession | Attorneys for Texas Tower Limited |

SO ORDERED this 10th day of April, 2009

/s/James M. Peck
UNITED STATES BANKRUPTCY JUDGE