# EXHIBIT A

**1271-Rockefeller Center North Lehman Brothers Outstanding Postpetition Charges With applied Cash As of 03/24/2009**

| Category | Invoice Number | Date | Post 9/15/2008 Amount Outstanding | Descriptions |
|---|---|---|---|---|
| **Monthly Services** | | | | |
| | G1581957 | 11/08/2008 | 11,128.71 | **Truck lift, elevator, duplicate keys and ID photos** |
| | G1582057 | 11/08/2008 | 3,926.73 | **Truck lift, elevator, duplicate keys and ID photos** |
| | G1581644 | 10/08/2008 | 2,501.80 | **Truck lift, elevator, Patrol officers and 40th fl modified Class E inspection fee.** |
| | G158224 | 12/08/2008 | 17,037.83 | **Truck lift, elevator, Patrol officers and 40th fl modified Class E inspection fee.** |
| | G1582465 | 01/08/2009 | 2,868.06 | **Truck lift, elevator, Patrol officers , Keys.** |
| | G1582681 | 02/08/2009 | 3,841.26 | **Truck lift, elevator, Patrol officers, ID** |
| | G1582905 | 03/08/2009 | 9,576.26 | **Truck lift, elevator, Patrol officers, Cannie** |
| | | | 50,880.65 | |
| **Submetering** | | | | |
| **Sales Tax** | | | | |
| | G1582421 | 01/01/2009 | 94,053.44 | **Submetering for the period of 11/7/08-12/11/08** |
| | G1582421 | 01/01/2009 | 7,876.98 | **Sales taxes** |
| | G1582645 | 02/02/2009 | 88,478.22 | **Submetering for the period of 12/11/-1/13/09** |
| | G1582645 | 02/02/2009 | 7,410.05 | **Sales taxes** |
| | G1582867 | 03/01/2009 | 76,522.92 | **Submeterong for the period of 1/13/-2/12/09** |
| | | 03/01/2009 | 6,408.79 | **Sales taxes** |
| | | | 280,750.40 | |
| **A/C CHARGES** | | | | |
| | G1582524 | 01/08/2009 | 16,310.00 | **AC Charge for the month of December 2008** |
| | G1582757 | 02/11/2009 | 16,520.00 | **AC Charge for the month of January 2009** |
| | G1582965 | 03/16/2009 | 14,840.00 | **AC Charge for the month of February 2009** |
| | | | 47,670.00 | |
| **Paper Products** | | | | |
| | G1582079 | 11/14/2008 | 1,613.37 | |
| | G1582425 | 12/31/2008 | 1,491.42 | |
| | G1582709 | 01/31/2009 | 1,176.36 | |
| | G1582955 | 03/09/2009 | 1,065.71 | |
| | | | 5,346.86 | |
| **Operating and Maintenance Credit 2008** | | | | |
| | R1539006 | 03/11/2009 | (1,304.58) | |
| | | | (1,304.58) | |
| **Miscellaneous Pennies** | | | | |
| | **R1538682** | **02/01/2009** | 0.07 | **Escalation** |
| **Contracts( Chilled Water)** | | | | |
| | G1582560 | 01/21/2009 | 17,746.67 | |
| | G1582772 | 02/21/2009 | 17,746.67 | |
| | G1582990 | 03/21/2009 | 17,746.67 | |
| | | | 53,240.01 | |
| **Total Postpetition Outstanding as of 3/24/2009** | | | **$436,583.41** | |