| **Carillon Modifications - 100700/2044** | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| | Banahan, Thomas A. | 495 | 0.20 | 99.00 |
| | Stein, Clifford | 450 | 2.10 | 945.00 |
| | Cote, Anna | 235 | 0.80 | 188.00 |
| | Goldsmith, Paul | 195 | 1.00 | 195.00 |
| | **Total Services** | | **4.10** | **$1,427.00** |
| **New Dawn Land Loan - 100700/2085** | Attorney | Rate | Hours | Value |
| | Zoffinger, Richard | 350 | 5.70 | 1995.00 |
| | **Total Services** | | **5.70** | **$1,995.00** |
| **Kojaian Transaction 100700/2139** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 26.90 | 13315.50 |
| | Goldsmith, Paul | 195 | 5.00 | 975.00 |
| | Barr, Leslie S. | 460 | 0.20 | 92.00 |
| | **Total Services** | | **32.10** | **$14,382.50** |
| **The Mark Redemption - 100700/2172** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 26.80 | 13885.50 |
| | Foote, Carrie E. | 340 | 7.50 | 2565.00 |
| | Cote, Anna | 225 | 2.30 | 517.50 |
| | Cook Jr., Wayne S. | 410 | 2.80 | 1148.00 |
| | Oppedisano, Vanessa Marilyn | 140 | 0.70 | 98.00 |
| | **Total Services** | | **40.10** | **$18,214.00** |
| **Monument Issues - 303694/2181** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 16.70 | 8767.50 |
| | Zoffinger, Richard | 350 | 2.50 | 875.00 |
| | Longo, Kim M. | 350 | 14.30 | 5,005.00 |
| | Bindler, Deborah H. | 425 | 3.00 | 1275.00 |
| | Cook Jr., Wayne S. | 410 | 19.50 | 7995.00 |
| | **Total Services** | | **56.00** | **$23,917.50** |
| **Stellar Advisor Issues - 100700/2182** | Attorney | Rate | Hours | Value |
| | Cook Jr., Wayne S. | 410 | 2.00 | 820.00 |
| | **Total Services** | | **2.00** | **$820.00** |
| **Moonlight Basin Enforcement - 100700/2184** | Attorney | Rate | Hours | Value |

{10494206:1}

| **Moonlight Basin Enforcement - 100700/2184** | **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|---|
| | Bindler, Deborah H. | 425 | 5.00 | 2125.00 |
| | Cook Jr., Wayne S. | 410 | 17.90 | 7339.00 |
| | **Total Services** | | **22.90** | **$9,464.00** |
| **Hudson Yards Enforcement - 100700/2185** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Banahan, Thomas A. | 495 | 1.80 | 891.00 |
| | Slama, Mark A. | 440 | 0.70 | 308.00 |
| | **Total Services** | | **2.50** | **$1,199.00** |
| **Scout Issues - 100700/2187** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Rossi, Robert A. | 525 | 2.60 | 1365.00 |
| | Longo, Kim M. | 350 | 5.80 | 2030.00 |
| | **Total Services** | | **8.40** | **$3,395.00** |
| **25/45 Broad Street - 100700/2192** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Alkin, Donna F. | 320 | 19.50 | 6240.00 |
| | Stevinson, Douglas A | 320 | 44.70 | 14494.00 |
| | Banahan, Thomas A. | 495 | 40.50 | 20047.50 |
| | Hudson, Michael | 175 | 18.50 | 3237.50 |
| | Slama, Mark A. | 420 | 74.60 | 32212.00 |
| | Luddy, Robert J. | 515 | 0.50 | 257.50 |
| | Nobles, Ronetta | 165 | 0.50 | 82.50 |
| | Dubiago, Lana | 160 | 19.30 | 3246.00 |
| | Mizrahi, Samuel | 350 | 109.10 | 39164.50 |
| | Goldsmith, Paul | 195 | 11.00 | 2145.00 |
| | Deyhle, Patrick M. | 210 | 6.20 | 1302.00 |
| | Solomon, Joel L. | 210 | 3.90 | 855.00 |
| | **Total Services** | | **348.30** | **$123,283.50** |
| **RFR Continental Bayside Hotel - 100700/2193** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Banahan, Thomas A. | 495 | 13.00 | 6435.00 |
| | **Total Services** | | **13.00** | **$6,435.00** |
| **Paradise Hotel - 100700/2194** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Rossi, Robert A. | 525 | 2.70 | 1417.50 |
| | Bindler, Deborah H. | 425 | 1.00 | 425.00 |

{10494206:1}

| **Paradise Hotel - 100700/2194** | **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|---|
| | Cote, Anna | 235 | 1.10 | 258.50 |
| | Cook Jr., Wayne S. | 410 | 13.50 | 5535.00 |
| | **Total Services** | | **18.30** | **$7,636.00** |

| **215 Brazilian Ave Enforcement - 100700/2196** | **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|---|
| | Banahan, Thomas A. | 495 | 2.50 | 1237.50 |
| | **Total Services** | | **2.50** | **$1,237.50** |

| **Preston Partners Issues - 100700/2197** | **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|---|
| | Rossi, Robert A. | 525 | 6.90 | 3622.50 |
| | Zoffinger, Richard | 350 | 2.50 | 875.00 |
| | **Total Services** | | **9.40** | **$4,497.50** |

{10494206:1}