WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :    08-13555 (JMP)
                                                                   :
                        Debtors.                                   :    (Jointly Administered)
                                                                   :
                                                                   :
-------------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF
# THE DEBTORS' MOTION PURSUANT TO SECTION 365
# OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO
# (I) ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
# AND (II) ASSUME AND ASSIGN UNEXPIRED LEASES OF REAL PROPERTY

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on relief requested in the Debtor's Motion Pursuant to Section 365 of the Bankruptcy Code for Authorization to (I) Assume Unexpired Lease of Nonresidential Real Property and (II) Assume and Assign Unexpired Leases of Real Property [Docket No. 3280] (the "Motion"), which was scheduled for April 10, 2009, at 11:00 a.m. (Prevailing Eastern Time), has been adjourned, solely with respect to the hearing on relief requested with respect to that certain Agreement of Lease, dated July 7, 2003, by and between 600 Partners Co., L.P. ("600 Partners") and Lehman Brothers Holdings Inc. (as successor-in-interest of Neuberger Berman Inc.) (as amended and/ or supplemented, the

"600 Madison Lease"), to **April 22, 2009 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the Hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order to Show Cause, dated April 7, 2009 [Docket No. 3283], objections and responses, if any, to the Motion were required to be filed and received by no later than April 9, 2009 at 12:00 noon (Prevailing Eastern Time) (the "Objection Deadline"). The Objection Deadline has been extended, solely with respect to any objection or response filed by 600 Partners, to **April 15, 2009 at 4:00 p.m. (Prevailing Eastern Time).**

Dated: April 9, 2009
       New York, New York

/s/Robert J. Lemons
Shai Y. Waisman
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession