| | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| **Loan to Setai 303694/865** | | | | |
| | Banahan, Thomas A. | 495 | 2.50 | 1237.50 |
| | **Total Services** | | **2.50** | **$1,237.50** |
| **IBM Building 303694/1170** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 0.80 | 396.00 |
| | **Total Services** | | **0.80** | **$396.00** |
| **WSG Hollywood 303694/2016** | Attorney | Rate | Hours | Value |
| | Glanz, David L. | 495 | 0.90 | 445.50 |
| | **Total Services** | | **0.90** | **$445.50** |
| **Carillon Modifications - 303694/2044** | Attorney | Rate | Hours | Value |
| | Stein, Clifford | 450 | 20.90 | 9405.00 |
| | Rossi, Robert A. | 525 | 7.30 | 3832.50 |
| | Banahan, Thomas A. | 495 | 1.30 | 643.50 |
| | **Total Services** | | **29.50** | **$13,881.00** |
| **350 West Broadway Construction Loan 303694/2088** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 1.00 | 495.00 |
| | Glanz, David L. | 495 | 10.90 | 5395.50 |
| | **Total Services** | | **11.90** | **$5,890.50** |
| **RFR-Riande Hotel Mezz Loans - 303694/2099** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 1.90 | 940.50 |
| | **Total Services** | | **1.90** | **$940.50** |
| **Super 8 Amendment II - 303694/2119** | Attorney | Rate | Hours | Value |
| | Cook Jr., Wayne S. | 410 | 6.20 | 2542.00 |
| | **Total Services** | | **6.20** | **$2,542.00** |
| **Kojaian Transaction 303694/2139** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 5.50 | 2722.50 |
| | Goldsmith, Paul | 195 | 0.60 | 117.00 |
| | **Total Services** | | **6.10** | **$2,839.50** |
| **The Mark Redemption - 303694/2172** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 46.60 | 24465.00 |
| | Zoffinger, Richard | 350 | 17.40 | 6090.00 |
| | Foote, Carrie E. | 350 | 27.20 | 9520.00 |
| | Cote, Anna | 235 | 6.40 | 1504.00 |

{10503706:1}

| **The Mark Redemption - 303694/2172** | **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|---|
| | Cook Jr., Wayne S. | 410 | 24.70 | 10127.00 |
| | Bindler, Deborah H. | 425 | 0.50 | 212.50 |
| | Goldsmith, Paul | 195 | 6.30 | 1228.50 |
| | **Total Services** | | **129.10** | **$53,147.00** |
| **New Dawn Land Loan Workout - 303694/2174** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Goldsmith Paul | 195 | 1.50 | 292.50 |
| | Zoffinger, Richard | 350 | 13.20 | 4620.00 |
| | Cook Jr., Wayne S. | 410 | 0.50 | 205.00 |
| | **Total Services** | | **15.20** | **$5,117.50** |
| **Bankruptcy - 303694/2179** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Simpson, Charles E. | 790 | 2.60 | 2054.00 |
| | Zoffinger, Richard | 350 | 7.10 | 2485.00 |
| | Sorbera, Christina J. | 230 | 1.80 | 414.00 |
| | Rossi, Robert A. | 525 | 8.70 | 4567.50 |
| | Heston, Tracy | 190 | 0.40 | 76.00 |
| | Etheridge, Derek | 315 | 62.40 | 19656.00 |
| | Caruso, Michael R. | 230 | 2.40 | 552.00 |
| | Cook Jr., Wayne S. | 410 | 2.10 | 861.00 |
| | **Total Services** | | **87.50** | **$30,665.50** |
| **Monument Issues - 303694/2181** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Rossi, Robert A. | 525 | 11.50 | 6037.50 |
| | Zoffinger, Richard | 350 | 6.40 | 2240.00 |
| | Longo, Kim M. | 350 | 7.60 | 2660.00 |
| | Cook Jr., Wayne S. | 410 | 18.70 | 7667.00 |
| | **Total Services** | | **44.20** | **$18,604.50** |
| **Moonlight Basin Enforcement - 303694/2184** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Rossi, Robert A. | 525 | 0.30 | 157.50 |
| | Zoffinger, Richard | 350 | 1.60 | 560.00 |
| | Cook Jr., Wayne S. | 410 | 4.10 | 1681.00 |
| | **Total Services** | | **6.0** | **$2,398.50** |
| **Hudson Yards Enforcement - 303694/2185** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Banahan, Thomas A. | 495 | 2.70 | $1336.50 |
| | Slama, Mark A. | 440 | 8.90 | $4,806.00 |

{10503706:1}

| Hudson Yards Enforcement - 303694/2185 | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| | Total Services | | 11.60 | $6,142.50 |
| **Scout Issues - 303694/2187** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Rossi, Robert A. | 525 | 0.60 | 315.00 |
| | Longo, Kim M. | 350 | 0.30 | 105.00 |
| | Total Services | | 0.90 | $420.00 |
| **25/45 Broad Street - 303694/2192** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Rossi, Robert A. | 525 | 0.50 | 262.50 |
| | Nolan, Edward P. | 540 | 0.40 | 216.00 |
| | Stevinson, Douglas A | 340 | 0.40 | 136.00 |
| | Banahan, Thomas A. | 495 | 44.70 | 22126.50 |
| | Hudson, Michael | 175 | 4.50 | 787.50 |
| | Slama, Mark A. | 440 | 29.30 | 12892.00 |
| | Thomas, James J. | 700 | 7.00 | 4900.00 |
| | Dubiago, Lana | 170 | 7.70 | 1309.00 |
| | Mizrahi, Samuel | 365 | 43.70 | 15950.50 |
| | Solomon, Joel L. | 225 | 6.30 | 1417.50 |
| | Total Services | | 144.50 | $59,997.50 |
| **RFR Continental Bayside Hotel - 303694/2193** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Banahan, Thomas A. | 495 | 6.40 | 3168.00 |
| | Total Services | | 6.40 | $3,168.00 |
| **Paradise Hotel - 303694/2194** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Rossi, Robert A. | 525 | 2.50 | 1312.50 |
| | Zoffinger, Richard | 350 | 1.80 | 630.00 |
| | Cote, Anna | 235 | 1.60 | 376.00 |
| | Goldsmith, Paul | 195 | 1.50 | 292.50 |
| | Cook Jr., Wayne S. | 410 | 12.90 | 5289.00 |
| | Total Services | | 20.30 | $7,900.00 |
| **215 Brazilian Avenue Enforcement - 303694/2196** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Glanz, David L. | 495 | 0.40 | 198.00 |
| | Banahan, Thomas A. | 495 | 4.30 | 2128.50 |
| | Total Services | | 4.70 | $2,326.50 |

{10503706:1}