# EXHIBIT B

# Individuals Providing Services

ATLANTA:5078547.4

## SUMMARY OF PROFESSIONALS PROVIDING SERVICES
## FROM SEPTEMBER 15, 2008 THROUGH JANUARY 31, 2009

| Name of Professional | Title and Office | Year Admitted | 2008 Billing Rate[4] | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $700.00 | 35.3 | $24,710.00 |
| John G. Aldridge | Senior Counsel, Atlanta | 1968 | $625.00 | 0.5 | $312.50 |
| Mark S. Kaufman | Partner, Atlanta | 1973 | $570.00 | 286.8 | $163,476.00 |
| Patrick M. McGeehan | Partner, Atlanta | 1983 | $500.00 | 47.5 | $23,750.00 |
| Paul C. Hurdle, III | Partner, Washington | 1977 | $470.00 | 7.0 | $3,290.00 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $450.00 | 54.0 | $24,300.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $450.00 | 105.5 | $47,475.00 |
| Henry F. Sewell | Partner, Atlanta | 1986 | $440.00 | 13.8 | $6,072.00 |
| Laurence R. Phillips | Partner, San Diego | 1997 | $430.00 | 2.9 | $1,247.00 |
| J. David Larsen | Partner, Los Angeles | 1997 | $425.00 | 6.4 | $2,720.00 |
| Brian Olasov | Managing Director, Atlanta | N/A | $425.00 | 0 | $0.00 |
| James W. Culbreth | Counsel, Atlanta | 1974 | $405.00 | 2.6 | $1,053.00 |
| Alan F. Kaufman | Counsel, New York | 2000 | $400.00 | 17.0 | $6,800.00 |

---

[4] These rates are the same rates charged to the non-bankruptcy clients of McKenna Long & Aldridge LLP. All professionals and paraprofessionals submitted time records to (i) Lehman Brothers Holdings Inc., Attn: John Suckow and David Coles; (ii) counsel for the Debtors, Weil, Gotshal & Manges, LLP, Attn: Shai Y. Waisman, Esq.; (iii) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.; and (iv) the Office of the United States Trustee for the Southern District of New York, Attn: Andy Velez-Rivera, Esq. and Tracy Hope Davis, Esq. (collectively, the "Notice Parties") in accordance with the Second Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals.

| Name of Professional | Title and Office | Year Admitted | 2008 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Gerald Walling | Associate, Atlanta | 1972 | $395.00 | 77.7 | $30,691.50 |
| Thomas D. Hall | Senior Counsel, Atlanta | 1983 | $390.00 | 119.4 | $46,566.00 |
| Katherine M. Lewis | Partner, Atlanta | 2000 | $380.00 | 37.0 | $14,060.00 |
| David A. Geiger | Partner, Atlanta | 1998 | $375.00 | 136.4 | $51,150.00 |
| B. Summer Chandler | Associate, Atlanta | 2001 | $340.00 | 182.9 | $62,186.00 |
| James H. Ludlam | Associate, Atlanta | 2002 | $305.00 | 0.9 | $247.50 |
| S. Elizabeth Hall | Associate, Atlanta | 2004 | $290.00 | 0.1 | $29.00 |
| David Gordon | Associate, Atlanta | 2006 | $255.00 | 222.7 | $56,788.50 |
| Alison M. Elko | Associate, Atlanta | 2003 | $255.00 | 79.0 | $20,145.00 |
| Douglas Flaum | Associate, Atlanta | 2006 | $255.00 | 61.6 | $15,708.00 |
| Peter Yoxall | Associate, Atlanta | 2007 | $235.00 | 10.2 | $2,397.00 |
| Matthew James | Associate, Atlanta | 2004 | $230.00 | 10.9 | $2,507.00 |

ATLANTA:5078547.4

| Name of Paraprofessional | Title and Office | Year Admitted | 2008 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Janet L. Tobin | Paralegal, Atlanta | N/A | $200.00 | 104.4 | $20,880.00 |
| Robert M. Gee | Paralegal, New York | N/A | $200.00 | 4.3 | $860.00 |
| Sue Plunkett | Paralegal, Atlanta | N/A | $185.00 | 3.0 | $555.00 |
| LaTandra D. Williams | Litigation Support Analyst, Atlanta | N/A | $155.00 | 4.2 | $651.00 |
| Sansanee Sermprungsuk | Research Librarian, Atlanta | N/A | $140.00 | 0.8 | $112.00 |
|  |  |  |  |  |  |
|  |  |  | **Blended Rate: $357.74** | **Total Hours: 1701.4** | **Total Fees: $631,156.00[5]** |

---

[5] The actual amount of fees for professional services that McKenna performed during the First Interim Period is $645,058.00. After applying miscellaneous reductions, including reduced fees for travel, McKenna is seeking $631,156.00.

ATLANTA:5078547.4