## EXHIBIT C

## Summary of Hours and Fees

ATLANTA:5078547.4

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | | | |
| | 04406 | 0112 | September | 47.6 | $24,491.00 |
| 2 | 30837 | 0002 | September | 0.0 | $0.00 |
| 3 | 30837 | 0003 | September | 0.0 | $0.00 |
| 4 | 30837 | 0004 | September | 0.0 | $0.00 |
| 5 | 30837 | 0005 | September | 5.4 | $2,248.50 |
| 6 | 04406 | 0113 | September | 3.6 | $1,443.00 |
| 7 | 04406 | 0189 | September | 0.0 | $0.00 |
| 8 | 04406 | 0191 | September | 0.0 | $0.00 |
| 9 | 04406 | 0200 | September | 0.0 | $0.00 |
| 10 | 04406 | 0205 | September | 0.0 | $0.00 |
| 11 | 04406 | 0222 | September | 0.0 | $0.00 |
| 12 | 04406 | 0223 | September | 1.1 | $434.50 |
| 13 | 04406 | 0227 | September | 1.4 | $891.00 |
| 14 | 04406 | 0228 | September | 1.2 | $840.00 |
| 15 | 04406 | 0229 | September | 1.2 | $840.00 |
| 16 | 04406 | 0232 | September | 0.0 | $0.00 |
| 17 | 04406 | 0238 | September | 0.0 | $0.00 |
| | | | **Subtotal:** | 61.5 | $31,188.00 |
| | | | | | |
| 1 | 30837 | 0001 | | | |
| | 04406 | 0112 | October | 74.3 | $37,816.50 |
| 2 | 30837 | 0002 | October | 91.3 | $29,457.00 |

ATLANTA:5078547.4

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 3 | 30837 | 0003 | October | 0.0 | $0.00 |
| 4 | 30837 | 0004 | October | 0.0 | $0.00 |
| 5 | 30837 | 0005 | October | 7.3 | $2,960.50 |
| 6 | 04406 | 0113 | October | 6.1 | $2,409.50 |
| 7 | 04406 | 0189 | October | 0.0 | $0.00 |
| 8 | 04406 | 0191 | October | 0.0 | $0.00 |
| 9 | 04406 | 0200 | October | 0.0 | $0.00 |
| 10 | 04406 | 0205 | October | 3.9 | $1,950.00 |
| 11 | 04406 | 0222 | October | 0.0 | $0.00 |
| 12 | 04406 | 0223 | October | 9.2 | $3,634.00 |
| 13 | 04406 | 0227 | October | 3.2 | $1,986.00 |
| 14 | 04406 | 0228 | October | 1.6 | $960.00 |
| 15 | 04406 | 0229 | October | 2.3 | $1,280.00 |
| 16 | 04406 | 0232 | October | 0.2 | $100.00 |
| 17 | 04406 | 0238 | October | 6.3 | $2,886.00 |
|  |  |  | **Subtotal:** | 205.7 | $85,439.50 |
|  |  |  |  |  |  |
| 1 | 30837 | 0001 |  |  |  |
|  | 04406 | 0112 | November | 67.2 | $31,743.00 |
| 2 | 30837 | 0002 | November | 24.4 | $8,846.50 |
| 3 | 30837 | 0003 | November | 61.6 | $25,176.00 |
| 4 | 30837 | 0004 | November | 0.0 | $0.00 |
| 5 | 30837 | 0005 | November | 2.1 | $840.50 |
| 6 | 04406 | 0113 | November | 3.9 | $1,540.50 |

ATLANTA:5078547.4

| **Legend** | **Client** | **Matter** | **Month** | **Hours** | **Fees** |
|---|---|---|---|---|---|
| 7 | 04406 | 0189 | November | 0.0 | $0.00 |
| 8 | 04406 | 0191 | November | 0.0 | $0.00 |
| 9 | 04406 | 0200 | November | 1.2 | $436.00 |
| 10 | 04406 | 0205 | November | 5.9 | $1,504.50 |
| 11 | 04406 | 0222 | November | 0.0 | $0.00 |
| 12 | 04406 | 0223 | November | 1.5 | $592.50 |
| 13 | 04406 | 0227 | November | 3.1 | $1,694.00 |
| 14 | 04406 | 0228 | November | 1.3 | $835.00 |
| 15 | 04406 | 0229 | November | 1.0 | $700.00 |
| 16 | 04406 | 0232 | November | 0.0 | $0.00 |
| 17 | 04406 | 0238 | November | 21.2 | $6,862.00 |
| | | | **Subtotal:** | 194.4 | $80,770.50 |
| | | | | | |
| 1 | 30837 | 0001 | December | | |
| | 04406 | 0112 | | 189.2 | $45,369.50 |
| 2 | 30837 | 0002 | December | 20.1 | $9,557.00 |
| 3 | 30837 | 0003 | December | 10.6 | $4,608.00 |
| 4 | 30837 | 0004 | December | 140.0 | $54,481.00 |
| 5 | 30837 | 0005 | December | 3.7 | $1,505.50 |
| 6 | 04406 | 0113 | December | 6.9 | $2,725.50 |
| 7 | 04406 | 0189 | December | 5.5 | $2,260.00 |
| 8 | 04406 | 0191 | December | 3.6 | $1,400.00 |
| 9 | 04406 | 0200 | December | 0.0 | $0.00 |
| 10 | 04406 | 0205 | December | 0.3 | $150.00 |

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 11 | 04406 | 0222 | December | 178.6 | $66,890.00 |
| 12 | 04406 | 0223 | December | 1.5 | $596.50 |
| 13 | 04406 | 0227 | December | 0.0 | $0.00 |
| 14 | 04406 | 0228 | December | 0.5 | $350.00 |
| 15 | 04406 | 0229 | December | 0.0 | $0.00 |
| 16 | 04406 | 0232 | December | 0.0 | $0.00 |
| 17 | 04406 | 0238 | December | 36.8 | $12,029.50 |
|  |  |  | **Subtotal:** | 597.3 | $201,922.50 |
|  |  |  |  |  |  |
| 1 | 30837 | 0001 | January | 309.4 | $111,164.00 |
|  | 04406 | 0112 |  |  |  |
| 2 | 04406 | 0002 | January | 29.6 | $7,339.00 |
| 3 | 04406 | 0003 | January | 2.6 | $1,134.00 |
| 4 | 04406 | 0004 | January | 9.3 | $3,879.00 |
| 5 | 04406 | 0005 | January | 13.2 | $5,384.50 |
| 6 | 04406 | 0113 | January | 6.9 | $2,095.50 |
| 7 | 04406 | 0189 | January | 3.7 | $1,850.00 |
| 8 | 04406 | 0191 | January | 27.3 | $12,582.00 |
| 9 | 04406 | 0200 | January | 0.0 | $0.00 |
| 10 | 04406 | 0205 | January | 11.0 | $4,593.50 |
| 11 | 04406 | 0222 | January | 199.2 | $71,631.50 |
| 12 | 04406 | 0223 | January | 0.3 | $118.50 |
| 13 | 04406 | 0227 | January | 0.0 | $0.00 |
| 14 | 04406 | 0228 | January | 0.0 | $0.00 |

ATLANTA:5078547.4

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 15 | 04406 | 0229 | January | 3.1 | $1,347.00 |
| 16 | 04406 | 0232 | January | 0.0 | $0.00 |
| 17 | 04406 | 0238 | January | 26.9 | $8,717.00 |
| | | | **Subtotal:** | **642.80** | **$231,835.50** |
| | | | | | |
| | | | **TOTAL:** | **1701.4** | **$631,156.00** |

ATLANTA:5078547.4