**EXHIBITS D-1 - D-5**

**Monthly Statements from September 15, 2008 through January 31, 2009**

# EXHIBIT D-1

## September 2008 Monthly Statement

**TIME ENTRIES:  C/M#'s 30837.0001 AND 04006.0112 - SEPTEMBER  2008**

| | Name | Date | Task Code | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 1 | CHANDLER, SUMMER | 9/15/2008 | L390 | 0.1 | $    34.00 | $ 340.00 | REVIEW CORRESPONDENCE REGARDING DISCOVERY. |
| 1 | KAUFMAN, MARK S. | 9/15/2008 | L120 | 0.6 | $   342.00 | $ 570.00 | COMMUNICATION WITH W. OLSHAN REGARDING LEHMAN FILING CHAPTER 11 AND IMPLICATIONS OF SAME. |
| 1 | KAUFMAN, MARK S. | 9/15/2008 | L120 | 0.7 | $   399.00 | $ 570.00 | CONFER WITH P. BENVENUTTI REGARDING TACTICAL ISSUES TO APPROACH MATTER BEFORE JUDGE MONTALI. |
| 1 | KAUFMAN, MARK. S. | 9/15/2008 | L350 | 0.9 | $   513.00 | $ 570.00 | ATTENDANCE AT CONFERENCE REPORTING TO JUDGE MONTALI OF CASE STATUS AND TO REQUEST FOR STAY IN LIGHT OF LEHMAN'S CHAPTER 11 CASE. |
| 1 | KAUFMAN, MARK S. | 9/15/2008 | L120 | 1.0 | $   570.00 | $ 570.00 | COMMUNICATIONS WITH P. BENVENUTTI REGARDING SEEKING ADDITIONAL STAY. |
| 1 | KAUFMAN, MARK S. | 9/15/2008 | L120 | 0.3 | $   171.00 | $ 570.00 | CONFER WITH CLIENT REPRESENTATIVES REGARDING RESULTS OF HEARING. |
| 1 | KAUFMAN, MARK S. | 9/15/2008 | L350 | 2.8 | $ 1,596.00 | $ 570.00 | WORK IN PREPARATION FOR HEARING THIS MORNING BEFORE JUDGE MONTALI ON THE VARIOUS DISCOVERY ISSUES. |
| 1 | KAUFMAN, MARK S. | 9/16/2008 | L120 | 1.2 | $   684.00 | $ 570.00 | DISCUSSION OF ISSUES REGARDING FINANCIAL DATA AND OTHER RELATED MATTERS RELATING TO SEEKING STAY OF LITIGATION. |
| 1 | KAUFMAN, MARK S. | 9/16/2008 | L120 | 1.4 | $   798.00 | $ 570.00 | SEVERAL COMMUNICATIONS REGARDING POSTPONEMENT OF LITIGATION WITH D. HARVEY, P. BENVENUTTI AND W. OLSHAN. |
| 1 | KAUFMAN, MARK S. | 9/16/2008 | B195 | 1.9 | $   541.50 | $ 570.00 | RETURN TRAVEL FROM SAN FRANCISCO (50% REDUCTION). |

5075214.1

**TIME ENTRIES: C/M#'s 30837.0001 AND 04006.0112 - SEPTEMBER 2008**

| | Name | Date | Task Code | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 1 | KAUFMAN, MARK S. | 9/16/2008 | L120 | 2.6 | $ 1,482.00 | $ 570.00 | CONTINUED DISCUSSIONS WITH P. BENVENUTTI AND CLIENT REPRESENTATIVES OF LEHMAN INCLUDING OUTSIDE COUNSEL REPRESENTING LEHMAN DIP WITH REGARD TO THE POTENTIAL STAND DOWN FROM LITIGATION FOR A PERIOD OF TIME. |
| 1 | KAUFMAN, MARK S. | 9/18/2008 | L120 | 0.5 | $ 285.00 | $ 570.00 | WORK ON MATTERS PERTAINING TO SEEKING STAY OF LITIGATION IN LIGHT OF LEHMAN'S BANKRUPTCY (0.3); CONFER WITH P. BENVENUTTI REGARDING SAME (0.2). |
| 1 | CHANDLER, SUMMER | 9/19/2008 | L420 | 0.2 | $ 68.00 | $ 340.00 | CONFER WITH D. GORDON REGARDING STATUS AND NEXT STEPS. |
| 1 | GORDON, DAVID | 9/19/2008 | L230 | 0.5 | $ 127.50 | $ 255.00 | ATTEND STATUS CONFERENCE. |
| 1 | KAUFMAN, MARK S. | 9/19/2008 | L350 | 0.4 | $ 228.00 | $ 570.00 | SUBSEQUENT REPORTING TO CLIENT WITH REGARD TO RESULTS OF HEARING AND IDENTIFICATION OF ISSUES NEEDING TO BE ADDRESSED IN THE NEAR TERM. |
| 1 | KAUFMAN, MARK S. | 9/19/2008 | L120 | 0.2 | $ 114.00 | $ 570.00 | CONFER WITH P. BENVENUTTI REGARDING REQUESTS FOR FURTHER STAY OF LITIGATION MATTERS. |
| 1 | KAUFMAN, MARK S. | 9/19/2008 | L120 | 0.3 | $ 171.00 | $ 570.00 | PREPARE ARGUMENT REGARDING REQUESTS FOR FURTHER STAY OF LITIGATION MATTERS. |
| 1 | GORDON, DAVID | 9/19/2008 | L120 | 1.0 | $ 255.00 | $ 255.00 | CONFERENCE WITH M. KAUFMAN REGARDING STATUS CONFERENCE ON REQUEST FOR STAY OF PROCEEDINGS AND MOTIONS TO COMPEL. |
| 1 | GORDON, DAVID | 9/19/2008 | L120 | 0.3 | $ 76.50 | $ 255.00 | CONFERENCE WITH M. KAUFMAN AND P. BENVENUTTI REGARDING STATUS CONFERENCE ON REQUEST FOR STAY OF PROCEEDINGS AND MOTIONS TO COMPEL. |

5075214.1

TIME ENTRIES:  C/M#'s 30837.0001 AND 04006.0112 - SEPTEMBER  2008

| | Name | Date | Task Code | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 1 | KAUFMAN, MARK S. | 9/19/2008 | L350 | 0.9 | $ 513.00 | $ 570.00 | DISCUSSION WITH P. BENVENUTTI AND D. GORDON WITH REGARD TO RESULTS OF HEARING WITH RESPECT TO PRODUCTION OF DOCUMENTS AND RULE 30(B)(6) AND ANALYSIS AS TO WHETHER AND TO WHAT EXTENT LEHMAN SHOULD OBJECT TO TENTATIVE RESULTS. |
| 1 | KAUFMAN, MARK S. | 9/19/2008 | L350 | 1.5 | $ 855.00 | $ 570.00 | PREPARE AND PARTICIPATE IN  CONFERENCE CALL WITH JUDGE MONTALI TO RECEIVE TENTATIVE RULINGS. |
| 1 | KAUFMAN, MARK S. | 9/22/2008 | L350 | 1.0 | $ 570.00 | $ 570.00 | WORK ON ISSUES REGARDING STAY RELIEF AND WITH REGARD TO PREPARATION FOR SEPTEMBER 24TH ORAL ARGUMENT BEFORE COURT ON OUTSTANDING DISCOVERY ISSUES. |
| 1 | KAUFMAN, MARK S. | 9/22/2008 | L120 | 1.2 | $ 684.00 | $ 570.00 | COMMUNICATION WITH CLIENT REPRESENTATIVE AT LEHMAN REGARDING STAY ISSUES AND WITH REGARD TO LITIGATION OF DISCOVERY DISPUTES AND APPROACH TO BE TAKEN WITH REGARD TO STAY OF LITIGATION GOING FORWARD AND ISSUES RELATING TO POLISH PROCEEDINGS NEEDING TO BE PURSUED. |
| 1 | GORDON, DAVID | 9/23/2008 | L190 | 0.4 | $ 102.00 | $ 255.00 | CONFERENCE WITH M. KAUFMAN REGARDING OPENING NEW MATTER FOR KONTRABECKI CASE. |
| 1 | GORDON, DAVID | 9/23/2008 | L190 | 0.1 | $ 25.50 | $ 255.00 | CONFERENCE WITH P. MATTHEWS REGARDING OPENING NEW MATTER FOR KONTRABECKI CASE. |
| 1 | GORDON, DAVID | 9/23/2008 | L190 | 0.2 | $ 51.00 | $ 255.00 | CONFERENCE WITH F. RUSSELL REGARDING TASK CODES. |
| 1 | KAUFMAN, MARK S. | 9/23/2008 | L330 | 0.6 | $ 342.00 | $ 570.00 | WORK ON ISSUES REGARDING PREPARATION FOR OCTOBER 6TH EXAMINATION OF KUKULKA. |

5075214.1

TIME ENTRIES:  C/M#'s 30837.0001 AND 04006.0112 - SEPTEMBER  2008

| | Name | Date | Task Code | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 1 | KAUFMAN, MARK S. | 9/23/2008 | L350 | 0.6 | $    342.00 | $ 570.00 | CONFER WITH T. GERKING REGARDING POTENTIAL STIPULATIONS. |
| 1 | KAUFMAN, MARK S. | 9/23/2008 | L350 | 0.9 | $    513.00 | $ 570.00 | PREPARE FOR SEPTEMBER 24TH HEARING. |
| 1 | KAUFMAN, MARK S. | 9/23/2008 | L350 | 1.8 | $ 1,026.00 | $ 570.00 | WORK ON ISSUES IN PREPARATION FOR SEPTEMBER 24TH ORAL ARGUMENT BEFORE COURT ON MOTION TO COMPEL AND RULE 30(B)(6) MOTION. |
| 1 | KAUFMAN, MARK S. | 9/24/2008 | L350 | 0.8 | $    456.00 | $ 570.00 | CONFER WITH P. BENVENUTTI PRIOR TO COURT CONFERENCE. |
| 1 | KAUFMAN, MARK S. | 9/24/2008 | L350 | 0.9 | $    513.00 | $ 570.00 | PARTICIPATE IN TELEPHONIC CONFERENCE WITH COURT TO ARGUE REMAINING ISSUES IN DISPUTE. |
| 1 | KAUFMAN, MARK S. | 9/24/2008 | L350 | 0.2 | $    114.00 | $ 570.00 | CONFER WITH P. BENVENUTTI REGARDING TELEPHONIC CONFERENCE WITH COURT. |
| 1 | KAUFMAN, MARK S. | 9/24/2008 | L350 | 1.7 | $    969.00 | $ 570.00 | CONFER WITH T. GERKING REGARDING STIPULATIONS PERTAINING TO FURTHER STAY AND PRELIMINARY DISCUSSION OF MATTERS WITH RESPECT TO POTENTIAL STIPULATION AND COMPLETION OF MEET AND CONFER. |
| 1 | KAUFMAN, MARK S. | 9/24/2008 | L350 | 1.5 | $    855.00 | $ 570.00 | EXTENSIVE CONFERENCE WITH OPPOSING COUNSEL REGARDING DISCOVERY ISSUES,  LITIGATION AND POSSIBLE STIPULATION OF MATTERS RELATING TO CLAIMS. |
| 1 | KAUFMAN, MARK S. | 9/24/2008 | L350 | 0.9 | $    513.00 | $ 570.00 | PREPARE FOR CONFERENCE WITH COURT TO ADDRESS RESULTS OF OBJECTIONS TO DISCOVERY FILED BY BOTH LEHMAN AND KONTRABECKI. |
| 1 | KAUFMAN, MARK S. | 9/25/2008 | L120 | 0.9 | $    513.00 | $ 570.00 | COMMENCE DRAFT OF OUTLINE OF STIPULATION TO BE UTILIZED IN CONJUNCTION WITH FURTHER POTENTIAL DELAY OF MATTERS AND REFLECTIVE OF NEGOTIATIONS WITH OPPOSING COUNSEL RELATING TO SAME. |

5075214.1

**TIME ENTRIES:  C/M#'s 30837.0001 AND 04006.0112 - SEPTEMBER  2008**

| | Name | Date | Task Code | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 1 | KAUFMAN, MARK S. | 9/25/2008 | L330 | 1.0 | $ 570.00 | $ 570.00 | WORK ON ISSUES RELATING TO EXAMINATION OF KUKULKA. |
| 1 | KAUFMAN, MARK S. | 9/25/2008 | L120 | 1.8 | $ 1,026.00 | $ 570.00 | WORK ON STAY RELIEF ISSUES. |
| 1 | CHANDLER, SUMMER | 9/26/2008 | L390 | 0.2 | $ 68.00 | $ 340.00 | REVIEW CORRESPONDENCE REGARDING STATUS. |
| 1 | GORDON, DAVID | 9/26/2008 | L300 | 2.1 | $ 535.50 | $ 255.00 | GATHER DOCUMENTS FOR L. GILICINSKI AND A. KORZ IN CONNECTION WITH PREPARATION FOR KUKULKA HAGUE EXAMINATION. |
| 1 | KAUFMAN, MARK S. | 9/26/2008 | L120 | 1.8 | $ 1,026.00 | $ 570.00 | WORK ON VARIOUS ISSUES RELATING TO STAY RELIEF AND DRAFT OF STIPULATION TO BE FILED WITH THE BANKRUPTCY COURT RELATING TO SEEKING OF CONTINUATION OF STAY. |
| 1 | KAUFMAN, MARK S. | 9/26/2008 | L330 | 0.7 | $ 399.00 | $ 570.00 | WORK ON ISSUES REGARDING DISCOVERY IN POLAND. |
| 1 | KAUFMAN, MARK S. | 9/26/2008 | L330 | 0.3 | $ 171.00 | $ 570.00 | GATHER MATERIALS RELATED TO DISCOVERY IN POLAND. |
| 1 | KAUFMAN, MARK S. | 9/26/2008 | L330 | 0.9 | $ 513.00 | $ 570.00 | CONFER WITH D. GORDON REGARDING DISCOVERY IN POLAND IN PREPARATION FOR OCTOBER 6 EXAMINATION OF KUKULKA. |
| 1 | GORDON, DAVID | 9/29/2008 | L300 | 1.0 | $ 255.00 | $ 255.00 | CONFERENCE WITH M. KAUFMAN, L. GILICINSKI, AND A. KORZ. REGARDING HAGUE EXAM OF KUKULKA. |
| 1 | GORDON, DAVID | 9/29/2008 | L300 | 0.7 | $ 178.50 | $ 255.00 | GATHER ADDITIONAL HAGUE INFORMATION FOR L. GILICINSKI. |
| 1 | KAUFMAN, MARK S. | 9/29/2008 | L120 | 0.9 | $ 513.00 | $ 570.00 | WORK ON ISSUES RELATING TO STAY RELIEF. |
| 1 | KAUFMAN, MARK S. | 9/29/2008 | L330 | 3.2 | $ 1,824.00 | $ 570.00 | PREPARATION FOR EXAMINATION OF KUKULKA. |
| | | | | | | | |
| | **Total:** | | | 47.6 | $ 24,491.00 | | |

No time entries for September for CM# 30837.0002

5075214.1

No time entries for September for CM# 30837.0003

No time entries for September for CM# 30837.0004

TIME ENTRIES:  C/M# 30837.0005 - SEPTEMBER  2008

| | Name | Date | Task Code | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 5 | WALLING, GERALD | 9/15/2008 | B120 | 0.5 | $ 197.50 | $ 395.00 | REVIEW E. RAMANA AGREEMENT REGARDING LOAN MARK UP. |
| 5 | WALLING, GERALD | 9/15/2008 | B120 | 0.5 | $ 197.50 | $ 395.00 | COMMUNICATIONS WITH L. DAIGLE AND E. RAMANA. |
| 5 | WALLING, GERALD | 9/15/2008 | B120 | 0.5 | $ 197.50 | $ 395.00 | CALL WITH J. SCAFFIN (0.2); WORKED ON CLOSING RELATED MATTERS (0.3). |
| 5 | WEISS, CHARLES | 9/15/2008 | B120 | 0.4 | $ 180.00 | $ 450.00 | REVIEW CORRESPONDENCE (0.1); WORK WITH G. WALLING REGARDING OPEN ITEMS FOR CLOSING (0.3). |
| 5 | WEISS, CHARLES | 9/15/2008 | B120 | 0.2 | $ 90.00 | $ 450.00 | TELEPHONE CONFERENCE WITH J. SCAFFIN REGARDING ISSUES CONCERNING SENIOR LOAN INDEMNITIES. |
| 5 | WALLING, GERALD | 9/19/2008 | B120 | 0.9 | $ 355.50 | $ 395.00 | FILE REVIEW. |
| 5 | WALLING, GERALD | 9/25/2008 | B120 | 0.2 | $ 79.00 | $ 395.00 | COMMUNICATIONS WITH B. LUBKEMAN, A. HAUN AND J. SCAFFIN REGARDING MCGUIRE WOODS FEE INVOICES. |
| 5 | WALLING, GERALD | 9/29/2008 | B120 | 0.7 | $ 276.50 | $ 395.00 | WORKED WITH C. WEISS REGARDING WORK RESUMPTION. |
| 5 | WEISS, CHARLES | 9/29/2008 | B120 | 0.4 | $ 180.00 | $ 450.00 | TELEPHONE CONFERENCES WITH J. SCAFFIN REGARDING AUTHORITY ISSUES AND NEXT STEPS. |
| 5 | WEISS, CHARLES | 9/29/2008 | B120 | 0.7 | $ 315.00 | $ 450.00 | WORK WITH G. WALLING REGARDING AUTHORITY ISSUES. |
| 5 | WEISS, CHARLES | 9/29/2008 | B120 | 0.4 | $ 180.00 | $ 450.00 | TELEPHONE CONFERENCE WITH J. TOOLE REGARDING SAME AND GUARANTY ISSUES. |
| | | | | | | | |
| | Total: | | | 5.4 | $ 2,248.50 | | |

5075214.1

TIME ENTRIES: C/M# 04406.0113 - SEPTEMBER  2008

| | Name | Date | Task Code | Hours | Amount | | Rate | | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 6 | WALLING, GERALD | 9/17/2008 | B130 | 0.4 | $ | 158.00 | $ | 395.00 | COMMUNICATIONS WITH D. BRUCE (0.2); WORKED WITH C. WEISS REGARDING AUTHORITY TO EXECUTE NEW TURTLE CREEK SALES CONTRACT (0.2). |
| 6 | WEISS, CHARLES | 9/17/2008 | B130 | 0.4 | $ | 180.00 | $ | 450.00 | COMMUNICATIONS WITH D. BRUCE REGARDING PENDING SALES CONTRACT AND IMPACT OF LBHI BANKRUPTCY. |
| 6 | WALLING, GERALD | 9/18/2008 | B130 | 0.3 | $ | 118.50 | $ | 395.00 | COMMUNICATIONS WITH D. BRUCE, T. MEYER (0.1); WORKED WITH C. WEISS REGARDING NEW TURTLE CREEK SALES CONTRACT OFFER (0.2). |
| 6 | WALLING, GERALD | 9/19/2008 | B130 | 0.2 | $ | 79.00 | $ | 395.00 | COMMUNICATIONS WITH B. ROBERTS, D. BRUCE, K. HOPPER, T. MEYER REGARDING NEW BROKERAGE AGREEMENT AND BROKERAGE DISPUTE. |
| 6 | WALLING, GERALD | 9/22/2008 | B130 | 0.4 | $ | 158.00 | $ | 395.00 | COMMUNICATIONS WITH B. ROBERTS, T. MEYER REGARDING NEW BROKERAGE FOR REO UNIT SALES AND NEW TRIMONT ASSET MANAGER FOR TURTLE CREEK. |
| 6 | WALLING, GERALD | 9/29/2008 | B130 | 0.4 | $ | 158.00 | $ | 395.00 | WORK WITH C. WEISS REGARDING WORK RESUMPTION (0.1); CORRESPONDENCE TO P. HOELZLE, S. MARSHALL AND D. BRUCE REGARDING WORK RESUMPTION AND NEED TO IDENTIFY NEW LEHMAN AUTHORIZED SIGNATORY FOR TURTLE CREEK RELATED ENTITIES (0.3). |
| 6 | WEISS, CHARLES | 9/29/2008 | B130 | 0.1 | $ | 45.00 | $ | 450.00 | WORK WITH G. WALLING REGARDING WORK RESUMPTION. |
| 6 | WEISS, CHARLES | 9/29/2008 | B130 | 0.6 | $ | 270.00 | $ | 450.00 | REVIEW CORRESPONDENCE REGARDING RESUMPTION OF UNIT SALES AND AUTHORITY ISSUES REGARDING SAME. |
| 6 | WALLING, GERALD | 9/30/2008 | B130 | 0.2 | $ | 79.00 | $ | 395.00 | COMMUNICATIONS WITH P. HOELZLE REGARDING WORK RESUMPTION AUTHORIZATION. |
| 6 | WALLING, GERALD | 9/30/2008 | B130 | 0.6 | $ | 237.00 | $ | 395.00 | COMMUNICATIONS WITH D. BRUCE AND P. HOELZLE REGARDING WORK RESUMPTION AND CONTINUED USE OF FIDELITY TITLE. |

5075214.1

| | | | | | |
|---|---|---|---|---|---|
| | Total: | | | 3.6 | $ 1,482.50 | |

No time entries for September for CM# 04406.0189

No time entries for September for CM# 04406.0191

5075214.1

No time entries for September for CM# 04406.0200

5075214.1

No time entries for September for CM# 04406.0205

No time entries for September for CM# 04406.0222

TIME ENTRIES:  C/M# 04406.0223 - SEPTEMBER  2008

|  | Name | Date | Task Code | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 12 | WALLING, GERALD | 9/26/2008 | B120 | 0.6 | $ 237.00 | $ 395.00 | COMMUNICATIONS WITH B. KEEBLER REGARDING DEAL IMPACT OF LEHMAN LATE FUNDING OR FAILURE TO FUND. |
| 12 | WALLING, GERALD | 9/26/2008 | B120 | 0.3 | $ 118.50 | $ 395.00 | MADE FILE REVIEW REGARDING IMPACT OF LEHMAN FAILURE TO FUND. |
| 12 | WALLING, GERALD | 9/29/2008 | B120 | 0.2 | $   79.00 | $ 395.00 | WORKED WITH C. WEISS REGARDING WORK RESUMPTION. |
|  |  |  |  |  |  |  |  |
|  | Total: |  |  | 1.1 | $ 434.50 |  |  |

5075214.1

TIME ENTRIES:  C/M# 04406.0227 - SEPTEMBER  2008

| | Name | Date | Task Code | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 13 | GRAHAM, CHRISTOPHER F | 9/15/2008 | B120 | 0.3 | $   210.00 | $700.00 | CALLS AND E-MAILS WITH T. VAUGHN, L. DAVIS AND G. GARMAN REGARDING STATUS OF SETTLEMENT. |
| 13 | GRAHAM, CHRISTOPHER F | 9/16/2008 | B120 | 0.3 | $   210.00 | $700.00 | CALLS AND E-MAILS REGARDING ONE CAP STATUS (0.2);  CONFERENCE WITH P. MCGEEHAN REGARDING CLOSING ISSUES/OPEN ITEMS (0.1). |
| 13 | GRAHAM, CHRISTOPHER F | 9/17/2008 | B120 | 0.2 | $   140.00 | $700.00 | TELEPHONE CONFERENCE WITH M. ZITO REGARDING STATUS (0.1);  E-MAIL G. GARMAN REGARDING STATUS (0.1). |
| 13 | GRAHAM, CHRISTOPHER F | 9/18/2008 | B120 | 0.3 | $   210.00 | $700.00 | CALLS AND E-MAILS WITH L. DAVIS, G. GARMAN AND T. VAUGHN REGARDING CLOSING ISSUES/CLAIMS. |
| 13 | GRAHAM, CHRISTOPHER F | 9/22/2008 | B120 | 0.1 | $    70.00 | $700.00 | EXCHANGE OF E-MAILS WITH L. DAVIS AND P. MCGEEHAN REGARDING STATUS OF CASE. |
| 13 | GORDON, DAVID | 9/24/2008 | B120 | 0.2 | $    51.00 | $255.00 | CONFERENCE WITH  C. GRAHAM REGARDING MOTIONS TO WITHDRAW PROOFS OF CLAIMS. |
| | | | | | | | |
| | Total: | | | 1.4 | $   891.00 | | |

5075214.1

TIME ENTRIES:  C/M# 04406.0228 - SEPTEMBER  2008

| | Name | Date | Task Code | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 14 | GRAHAM, CHRISTOPHER F | 9/15/2008 | B120 | 0.3 | $ 210.00 | $700.00 | CALLS AND E-MAILS WITH T. VAUGHN, L. DAVIS AND G. GARMAN REGARDING STATUS OF SETTLEMENT. |
| 14 | GRAHAM, CHRISTOPHER F | 9/16/2008 | B120 | 0.3 | $ 210.00 | $700.00 | CALLS AND E-MAILS  REGARDING ONE CAPSTATUS (0.2);  CONFERENCE WITH P. MCGEEHAN REGARDING CLOSING ISSUES/OPEN ITEMS (0.1). |
| 14 | GRAHAM, CHRISTOPHER F | 9/17/2008 | B120 | 0.2 | $ 140.00 | $700.00 | TELEPHONE CONFERENCE WITH M. ZITO REGARDING STATUS (0.1);  E-MAIL G. GARMAN REGARDING STATUS (0.1). |
| 14 | GRAHAM, CHRISTOPHER F | 9/18/2008 | B120 | 0.3 | $ 210.00 | $700.00 | CALLS AND E-MAILS WITH L. DAVIS, G. GARMAN AND T. VAUGHN REGARDING CLOSING ISSUES/CLAIMS. |
| 14 | GRAHAM, CHRISTOPHER F | 9/22/2008 | B120 | 0.1 | $   70.00 | $700.00 | EXCHANGE OF E-MAILS WITH L. DAVIS AND P. MCGEEHAN REGARDING STATUS OF CASE. |
| | | | | | | | |
| | Total: | | | 1.2 | $ 840.00 | | |

**TIME ENTRIES:  C/M# 04406.0229 - SEPTEMBER  2008**

| | Name | Date | Task Code | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 15 | GRAHAM, CHRISTOPHER F | 9/15/2008 | B120 | 0.3 | $ 210.00 | $700.00 | CALLS AND E-MAILS WITH T. VAUGHN, L. DAVIS AND G. GARMAN REGARDING STATUS OF SETTLEMENT. |
| 15 | GRAHAM, CHRISTOPHER F | 9/16/2008 | B120 | 0.3 | $ 210.00 | $700.00 | CALLS AND E-MAILS REGARDING ONE CAP STATUS (0.2);  CONFERENCE WITH P. MCGEEHAN REGARDING CLOSING ISSUES/OPEN ITEMS (0.1). |
| 15 | GRAHAM, CHRISTOPHER F | 9/17/2008 | B120 | 0.2 | $ 140.00 | $700.00 | TELEPHONE CONFERENCE M. ZITO REGARDING STATUS (0.1);  E-MAIL G. GARMAN REGARDING STATUS (0.1). |
| 15 | GRAHAM, CHRISTOPHER F | 9/18/2008 | B120 | 0.3 | $ 210.00 | $700.00 | CALLS AND E-MAILS WITH L. DAVIS, G. GARMAN AND T. VAUGHN REGARDING CLOSING ISSUES/CLAIMS. |
| 15 | GRAHAM, CHRISTOPHER F | 9/22/2008 | B120 | 0.1 | $   70.00 | $700.00 | EXCHANGE OF E-MAILS WITH L. DAVIS AND P. MCGEEHAN REGARDING STATUS OF CASE. |
| | | | | | | | |
| | Total: | | | 1.2 | $ 840.00 | | |

5075214.1

No time entries for September for CM# 04406.0232

5075214.1

No time entries for September for CM# 04406.0238

5075214.1