# EXHIBIT E

## Summary of Expenses

ATLANTA:5078547.4

| Month | Expense Category | Total |
|---|---|---|
| September | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| September | Courier and Express Mail | $0.00 |
| September | Filing/Court/Witness Fees | $0.00 |
| September | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| September | Long Distance Telephone | $664.78 |
| September | Photocopy and Reproduction Charges (In-House) (144 pages @ $.10 per copy) | $14.40 |
| September | Postage | $0.00 |
| September | Travel (Airline and Train Travel) | $823.98 |
| September | Travel (Hotels) | $874.62 |
| September | Travel (Local Transportation) | $119.50 |
| September | Travel (Meals) | $123.92 |
| September | Travel (Parking) | $45.00 |
| | **Subtotal** | **$2,666.20** |
| | | |
| October | Computerized Legal Research (Lexis and Westlaw) | $562.55 |
| October | Courier and Express Mail | $183.83 |
| October | Filing/Court/Witness Fees | $0.00 |
| October | Computerized Legal Research (Pacer) | $102.48 |
| October | Litigation Support and Deposition Expenses | $180.00 |
| October | Long Distance Telephone | $283.93 |
| October | Photocopy and Reproduction Charges (In-House) (3,590 pages @ .10 per copy) | $359.00 |

| Month | Expense Category | Total |
|---|---|---|
| October | Postage | $0.00 |
| October | Travel (Airline and Train Travel) | $0.00 |
| October | Travel (Hotels) | $0.00 |
| October | Travel (Local Transportation) | $0.00 |
| October | Travel (Meals) | $0.00 |
| October | Travel (Parking) | $0.00 |
| | **Subtotal** | **$1,671.79** |
| | | |
| November | Computerized Legal Research (Lexis and Westlaw) | $194.75 |
| November | Courier and Express Mail | $417.02 |
| November | Filing/Court/Witness Fees) | $0.00 |
| November | Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $109.11 |
| November | Long Distance Telephone | $89.59 |
| November | Photocopy and Reproduction Charges (In-House) (933 pages @ .10 per copy) | $93.30 |
| November | Postage | $0.00 |
| November | Travel (Airline and Train Travel) | $0.00 |
| November | Travel (Hotels) | $0.00 |
| November | Travel (Local Transportation) | $0.00 |
| November | Travel (Meals) | $0.00 |
| November | Travel (Parking) | $0.00 |
| | **Subtotal** | **$903.77** |
| | | |

ATLANTA:5078547.4

| **Month** | **Expense Category** | **Total** |
|---|---|---|
| December | Computerized Legal Research (Lexis and Westlaw) | $663.42 |
| December | Courier and Express Mail | $1,069.59 |
| December | Filing/Court/Witness Fees | $0.00 |
| December | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $84.68 |
| December | Long Distance Telephone | $319.46 |
| December | Photocopy and Reproduction Charges (In-House) (12,060 pages @ .10 per copy) | $1,206.00 |
| December | Postage | $21.28 |
| December | Travel (Airline and Train Travel) | $0.00 |
| December | Travel (Hotels) | $838.62 |
| December | Travel (Local Transportation) | $107.25 |
| December | Travel (Meals) | $168.62 |
| December | Travel (Parking) | $27.00 |
|  | **Subtotal** | **$4,505.92** |
|  |  |  |
| January | Computerized Legal Research (Lexis and Westlaw) | $999.00 |
| January | Courier and Express Mail | $951.59 |
| January | Filing/Court/Witness Fees | $17,522.73 |
| January | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $1,500.04 |
| January | Long Distance Telephone | $355.63 |
| January | Photocopy and Reproduction Charges (In-House) (11,616 pages @ .10 per copy) | $1,161.60 |
| January | Postage | $0.00 |

| Month | Expense Category | Total |
|---|---|---:|
| January | Travel (Airline and Train Travel) | $896.98 |
| January | Travel (Hotels) | $1,586.41 |
| January | Travel (Local Transportation) | $161.95 |
| January | Travel (Meals) | $691.61 |
| January | Travel (Parking) | $45.00 |
| | **Subtotal:** | **$25,872.54** |
| | | |
| | **TOTAL:** | **$35,620.22** |

ATLANTA:5078547.4