# EXHIBITS F-1 - F-5

# Expense Detail from September 15, 2008 through January 31, 2009

# EXHIBIT F-1

## September 2008 Expense Detail

**McKenna Long & Aldridge LLP**
**Expense Summary for September 2008**

| Expense Category | Total |
| --- | --- |
| Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| Courier and Express Mail | $0.00 |
| Filing/Court/Witness Fees | $0.00 |
| Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| Long Distance Telephone | $664.78 |
| Photocopy and Reproduction Charges (In-House) (144 pages @ $.10 per copy) | $14.40 |
| Postage | $0.00 |
| Travel (Airline and Train Travel) | $823.98 |
| Travel (Hotels) | $874.62 |
| Travel (Local Transportation) | $119.50 |
| Travel (Meals) | $123.92 |
| Travel (Parking) | $45.00 |
| **Total** | **$2,666.20** |

Invoices for this time period may not have been received from all vendors and additional expenses may be expected from some of the vendors. Additional expenses will be submitted in the period in which they are paid and posted to the firm's accounting system.

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---:|---|
| | | | | **Long Distance Telephone** |
| 16 | 9/15/2008 | MLA | 0.25 | Long Distance Telephone 11:37 1(212)526-0538 |
| 16 | 9/15/2008 | MLA | 7.65 | Long Distance Telephone 15:31 1(212)526-9809 |
| 16 | 9/15/2008 | MLA | 0.25 | Long Distance Telephone 11:37 1(212)526-0538 |
| 16 | 9/15/2008 | MLA | 7.65 | Long Distance Telephone 15:31 1(212)526-9809 |
| 1 | 9/17/2008 | MLA | 2.85 | Long Distance Telephone 10:12 1(415)772-6403 |
| 1 | 9/17/2008 | MLA | 2.75 | Long Distance Telephone 10:14 1(212)310-8781 |
| 1 | 9/17/2008 | MLA | 1.25 | Long Distance Telephone 10:40 1(415)772-6403 |
| 1 | 9/17/2008 | MLA | 2.95 | Long Distance Telephone 12:24 1(415)772-6403 |
| 13 | 9/17/2008 | MLA | 0.25 | Long Distance Telephone 13:10 1(619)641-1141 |
| 13 | 9/17/2008 | MLA | 0.25 | Long Distance Telephone 13:12 1(917)445-0991 |
| 10 | 9/17/2008 | MLA | 0.55 | Long Distance Telephone 17:14 1(813)223-7474 |
| 10 | 9/17/2008 | MLA | 0.45 | Long Distance Telephone 17:21 1(813)223-7474 |
| 10 | 9/17/2008 | MLA | 0.35 | Long Distance Telephone 17:40 1(813)961-2483 |
| 1 | 9/17/2008 | MLA | 2.85 | Long Distance Telephone 10:12 1(415)772-6403 |
| 1 | 9/17/2008 | MLA | 2.75 | Long Distance Telephone 10:14 1(212)310-8781 |
| 1 | 9/17/2008 | MLA | 1.25 | Long Distance Telephone 10:40 1(415)772-6403 |
| 1 | 9/17/2008 | MLA | 2.95 | Long Distance Telephone 12:24 1(415)772-6403 |
| 13 | 9/17/2008 | MLA | 0.25 | Long Distance Telephone 13:10 1(619)641-1141 |
| 13 | 9/17/2008 | MLA | 0.25 | Long Distance Telephone 13:12 1(917)445-0991 |
| 10 | 9/17/2008 | MLA | 0.55 | Long Distance Telephone 17:14 1(813)223-7474 |
| 10 | 9/17/2008 | MLA | 0.45 | Long Distance Telephone 17:21 1(813)223-7474 |
| 10 | 9/17/2008 | MLA | 0.35 | Long Distance Telephone 17:40 1(813)961-2483 |
| 1 | 9/19/2008 | MLA | 0.35 | Long Distance Telephone 12:13 1(415)772-6403 |
| 1 | 9/19/2008 | MLA | 0.95 | Long Distance Telephone 14:58 1(415)772-6403 |
| 1 | 9/19/2008 | MLA | 0.35 | Long Distance Telephone 12:13 1(415)772-6403 |
| 1 | 9/19/2008 | MLA | 0.95 | Long Distance Telephone 14:58 1(415)772-6403 |
| 1 | 9/22/2008 | MLA | 0.95 | Long Distance Telephone 14:31 1(415)772-6403 |
| 1 | 9/22/2008 | MLA | 0.35 | Long Distance Telephone 14:48 1(415)673-2320 |
| 1 | 9/22/2008 | MLA | 0.25 | Long Distance Telephone 16:59 1(520)622-8871 |
| 1 | 9/22/2008 | MLA | 0.65 | Long Distance Telephone 17:01 1(520)881-4200 |
| 1 | 9/22/2008 | MLA | 1.75 | Long Distance Telephone 17:15 1(415)772-6403 |
| 1 | 9/22/2008 | MLA | 0.95 | Long Distance Telephone 14:31 1(415)772-6403 |
| 1 | 9/22/2008 | MLA | 0.35 | Long Distance Telephone 14:48 1(415)673-2320 |
| 1 | 9/22/2008 | MLA | 0.25 | Long Distance Telephone 16:59 1(520)622-8871 |
| 1 | 9/22/2008 | MLA | 0.65 | Long Distance Telephone 17:01 1(520)881-4200 |
| 1 | 9/22/2008 | MLA | 1.75 | Long Distance Telephone 17:15 1(415)772-6403 |
| 1 | 9/23/2008 | MLA | 2.75 | Long Distance Telephone 16:25 1(415)954-4968 |
| 1 | 9/23/2008 | MLA | 2.75 | Long Distance Telephone 16:25 1(415)954-4968 |
| 1 | 9/24/2008 | MLA | 4.15 | Long Distance Telephone 09:16 1(415)772-6403 |
| 1 | 9/24/2008 | MLA | 0.25 | Long Distance Telephone 09:46 1(212)526-0461 |
| 1 | 9/24/2008 | MLA | 2.05 | Long Distance Telephone 10:30 1(212)526-0461 |
| 1 | 9/24/2008 | MLA | 4.15 | Long Distance Telephone 09:16 1(415)772-6403 |
| 1 | 9/24/2008 | MLA | 0.25 | Long Distance Telephone 09:46 1(212)526-0461 |
| 1 | 9/24/2008 | MLA | 2.05 | Long Distance Telephone 10:30 1(212)526-0461 |
| 1 | 9/25/2008 | MLA | 385.80 | Long Distance 10:09 011 (International Conference Call) |
| 1 | 9/29/2008 | MLA | 185.83 | Long Distance 10:02 011 (International Conference Call) |
| 1 | 9/29/2008 | MLA | 25.15 | Long Distance 10:58 011 (International Conference Call) |
| | | **Total:** | **$664.78** | |

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| | | | | **Photocopy Charges** |
| 1 | 9/15/2008 | Mark S. Kaufman | 0.20 | Photocopy Charges |
| 5 | 9/15/2008 | Gerald Walling | 3.10 | Photocopy Charges |
| 1 | 9/16/2008 | David Gordon | 3.20 | Photocopy Charges |
| 1 | 9/17/2008 | John G. Aldridge | 4.40 | Photocopy Charges |
| 1 | 9/17/2008 | Mark S. Kaufman | 2.20 | Photocopy Charges |
| 14 | 9/17/2008 | Kristin C. Rohling | 0.10 | Photocopy Charges |
| 1 | 9/23/2008 | Mark S. Kaufman | 0.40 | Photocopy Charges |
| 5 | 9/25/2008 | Gerald Walling | 0.40 | Photocopy Charges |
| 1 | 9/29/2008 | Mark S. Kaufman | 0.40 | Photocopy Charges |
| | | Total: | $ 14.40 | |
| | | | | **Travel Expense, Airline And Train Travel** |
| 1 | 9/17/2008 | Mark S. Kaufman | 823.98 | Roundtrip Airfare to San Francisco for Hearing. |
| | | Total: | $823.98 | |
| | | | | **Travel Expense, Hotel Expense** |
| 1 | 9/16/2008 | Mark S. Kaufman | 874.62 | Hotel in San Francisco for Hearing. |
| | | Total: | $874.62 | |
| | | | | **Travel Expense, Local Transportation** |
| 1 | 9/16/2008 | Mark S. Kaufman | 119.50 | Out of Town Travel Taxi Service from/to Airport and in San Francisco. |
| | | Total: | $119.5 | |
| | | | | **Travel Expense, Out Of Town Meals** |
| 1 | 9/16/2008 | Mark S. Kaufman | 123.92 | Out of Town Travel , Meals during Trip to San Francisco for Hearing. |
| | | Total: | $123.92 | |
| | | | | **Travel Expense, Parking** |
| 1 | 9/16/2008 | Mark S. Kaufman | 45.00 | Parking at Atlanta Airport for Trip to San Francisco for Hearing. |
| | | Total: | $45.00 | |

4