# EXHIBIT F-2

# October 2008 Expense Detail

**McKenna Long & Aldridge LLP**
**Expense Summary for October 2008**

| Expense Category | Total |
|---|---|
| Computerized Legal Research (Lexis and Westlaw) | $562.55 |
| Courier and Express Mail | $183.83 |
| Filing/Court/Witness Fees | $0.00 |
| Computerized Legal Research (Pacer) | $102.48 |
| Litigation Support and Deposition Expenses | $180.00 |
| Long Distance Telephone | $283.93 |
| Photocopy and Reproduction Charges (In-House) (3,590 pages @ .10 per copy) | $359.00 |
| Postage | $0.00 |
| Travel (Airline and Train Travel) | $0.00 |
| Travel (Hotels) | $0.00 |
| Travel (Local Transportation) | $0.00 |
| Travel (Meals) | $0.00 |
| Travel (Parking) | $0.00 |
| **Total** | **$1,671.79** |

Invoices for this time period may not have been received from all vendors and additional expenses may be expected from some of the vendors. Additional expenses will be submitted in the period in which they are paid and posted to the firm's accounting system.

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| | | | | **Computerized Legal Research (Lexis and Westlaw** |
| 1 | 10/10/2008 | Gordon, David | 179.25 | Westlaw Research |
| 1 | 10/13/2008 | Elko, Alison | 383.30 | Westlaw Research |
| | | Total: | $562.55 | |
| | | | | **Courier and Express Mail** |
| 12 | 10/9/2008 | MLA | 15.04 | Delivery Service/Mmessenger - Received: Trimont Real Estate Advisors,/Mr. Brad Keebler Tracking #791159466014  Invoice No. 624557 |
| 1 | 10/10/2008 | MLA | 22.26 | Delivery Service/Messenger -Received: Heller Ehrman/Peter Benvenutti Tracking #:979567107834 Invoice No. 295680047 |
| 12 | 10/14/2008 | Walling, Gerald | 52.83 | Delivery Service/Messenger - Received: Lasalle Global Trust Service,  Tracking #:1z3925671392470232 Invoice No.00000392567428 |
| 12 | 10/14/2008 | Walling, Gerald | 52.83 | Delivery Service/Messenger -  Received: Lasalle Global Trust Service, Tracking #:1z3925671392906422 Invoice No. 00000392567428 |
| 10 | 10/15/2008 | Flaum, Douglas | 18.61 | Delivery Service/Messenger  - Received: Kodsi Law Firm, P.A./Steven R. Amster, Esq. Tracking #:790603897567 Invouce No. 296534411 |
| 1 | 10/28/2008 | MLA | 22.26 | Delivery Service/Messenger  - Received: Jones Day/Brett Stone, Paralegal Tracking #:979567108750 Invoice No. 297320388 |
| | | Total: | $ 183.83 | |
| | | | | **Litigation Support and Deposition Expenses** |
| 1 | 10/28/2008 | Gordon, David | 180.00 | Deposition Transcripts - Palmer Reporting Services - 10/20/08 hearing transcript |
| | | Total: | $ 180.00 | |
| | | | | **Computerized Legal Research (Pacer)** |
| 2 | 10/1/2008 | Elko, Alison | 13.28 | Pacer Searches |
| 2 | 10/1/2008 | Elko, Alison | 36.56 | Pacer Searches |
| 1 | 10/1/2008 | Brooks, Sharon L. | 4.64 | Pacer Searches |
| 2 | 10/1/2008 | Elko, Alison | 2.72 | Pacer Searches |
| 11 | 10/1/2008 | Geiger, David A. | 45.28 | Pacer Searches |
| | | Total: | $102.48 | |
| | | | | **Long Distance Telephone** |
| 1 | 10/2/2008 | MLA | 3.75 | Long Distance Telephone 10:55 1(212)526-0461 |
| 1 | 10/6/2008 | MLA | 182.26 | Long Distance Telephone 10:41 011-48225050135 |
| 1 | 10/6/2008 | MLA | 0.35 | Long Distance Telephone 13:11 1(415)722-4299 |
| 1 | 10/6/2008 | MLA | 0.35 | Long Distance Telephone 17:34 1(415)722-4299 |
| 1 | 10/7/2008 | MLA | 2.65 | Long Distance Telephone 09:22 1(415)772-6403 |
| 10 | 10/8/2008 | MLA | 0.35 | Long Distance Telephone 14:20 1(813)223-7474 |
| 1 | 10/8/2008 | MLA | 1.45 | Long Distance Telephone 17:53 1(415)772-6403 |
| 1 | 10/8/2008 | MLA | 0.65 | Long Distance Telephone 19:12 1(415)772-6403 |
| 1 | 10/13/2008 | MLA | 0.35 | Long Distance Telephone 15:30 1(415)772-6627 |
| 13 | 10/13/2008 | MLA | 0.35 | Long Distance Telephone 17:56 1(917)348-5446 |
| 1 | 10/15/2008 | MLA | 1.05 | Long Distance Telephone 14:18 1(415)772-6403 |
| 1 | 10/15/2008 | MLA | 0.25 | Long Distance Telephone 18:15 1(415)772-6403 |
| 1 | 10/16/2008 | MLA | 0.35 | Long Distance Telephone 11:34 1(415)772-6403 |
| 1 | 10/17/2008 | MLA | 0.55 | Long Distance Telephone 11:06 1(415)772-6403 |
| 1 | 10/20/2008 | MLA | 1.55 | Long Distance Telephone 11:59 1(415)772-6403 |
| 1 | 10/20/2008 | MLA | 0.35 | Long Distance Telephone 14:24 1(802)656-2006 |
| 1 | 10/20/2008 | MLA | 0.35 | Long Distance Telephone 15:16 1(225)926-9990 |

ATLANTA:5074823.2

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 1 | 10/20/2008 | MLA | 0.45 | Long Distance Telephone 15:29 1(520)881-4200 |
| 13 | 10/21/2008 | MLA | 0.25 | Long Distance Telephone 14:31 1(706)342-9279 |
| 6 | 10/21/2008 | MLA | 2.85 | Long Distance Telephone 17:18 1(972)770-2121 |
| 1 | 10/22/2008 | MLA | 50.14 | Long Distance Telephone 09:44 011-48225050135 |
| 1 | 10/22/2008 | MLA | 0.55 | Long Distance Telephone 10:49 1(504)525-2021 |
| 1 | 10/28/2008 | MLA | 0.25 | Long Distance Telephone 15:02 1(212)237-1021 |
| 1 | 10/29/2008 | MLA | 14.94 | Long Distance Telephone, for conference call. |
| 10 | 10/29/2008 | MLA | 0.75 | Long Distance Telephone 14:53 1(813)223-7474 |
| 10 | 10/29/2008 | MLA | 0.95 | Long Distance Telephone 15:03 1(212)526-0461 |
| 10 | 10/29/2008 | MLA | 1.95 | Long Distance Telephone 17:42 1(212)310-8672 |
| 17 | 10/29/2008 | MLA | 0.55 | Long Distance Telephone 18:01 1(303)223-1102 |
| 17 | 10/29/2008 | MLA | 0.65 | Long Distance Telephone 18:21 1(303)223-1100 |
| 10 | 10/30/2008 | MLA | 0.25 | Long Distance Telephone 09:23 1(813)223-7474 |
| 17 | 10/30/2008 | MLA | 0.25 | Long Distance Telephone 11:07 1(212)526-6095 |
| 10 | 10/30/2008 | MLA | 0.65 | Long Distance Telephone 13:41 1(813)227-7486 |
| 13 | 10/30/2008 | MLA | 0.35 | Long Distance Telephone 13:51 1(619)641-1141 |
| 17 | 10/31/2008 | MLA | 10.14 | Long Distance Telephone, for conference call. |
| 1 | 10/31/2008 | MLA | 0.25 | Long Distance Telephone 13:53 1(415)875-5826 |
| 1 | 10/31/2008 | MLA | 0.45 | Long Distance Telephone 16:30 1(415)875-5826 |
| 1 | 10/31/2008 | MLA | 0.35 | Long Distance Telephone 16:31 1(415)954-4968 |
| | | Total: | $283.93 | |
| | | | | **Photocopy Charges** |
| 12 | 10/1/2008 | Walling, Gerald | 0.40 | Photocopy Charges |
| 12 | 10/1/2008 | Walling, Gerald | 0.40 | Photocopy Charges |
| 12 | 10/3/2008 | Walling, Gerald | 2.40 | Photocopy Charges |
| 12 | 10/3/2008 | Walling, Gerald | 2.40 | Photocopy Charges |
| 12 | 10/6/2008 | Walling, Gerald | 0.20 | Photocopy Charges |
| 12 | 10/6/2008 | Walling, Gerald | 0.20 | Photocopy Charges |
| 12 | 10/9/2008 | Z Ikon Data Entry | 142.00 | Photocopy Charges |
| 12 | 10/9/2008 | Walling, Gerald | 2.40 | Photocopy Charges |
| 12 | 10/9/2008 | Walling, Gerald | 3.00 | Photocopy Charges |
| 12 | 10/9/2008 | Z Ikon Data Entry | 142.00 | Photocopy Charges |
| 12 | 10/9/2008 | Walling, Gerald | 2.40 | Photocopy Charges |
| 12 | 10/9/2008 | Walling, Gerald | 3.00 | Photocopy Charges |
| 1 | 10/14/2008 | Gordon, David | 0.10 | Photocopy Charges |
| 12 | 10/14/2008 | Walling, Gerald | 10.20 | Photocopy Charges |
| 12 | 10/14/2008 | Walling, Gerald | 1.20 | Photocopy Charges |
| 1 | 10/14/2008 | Gordon, David | 0.10 | Photocopy Charges |
| 12 | 10/14/2008 | Walling, Gerald | 10.20 | Photocopy Charges |
| 12 | 10/14/2008 | Walling, Gerald | 1.20 | Photocopy Charges |
| 1 | 10/16/2008 | Tobin, Janet L. | 13.20 | Photocopy Charges |
| 1 | 10/16/2008 | Tobin, Janet L. | 13.20 | Photocopy Charges |
| 1 | 10/20/2008 | Kaufman, Mark S. | 0.20 | Photocopy Charges |
| 1 | 10/20/2008 | Kaufman, Mark S. | 0.20 | Photocopy Charges |
| 1 | 10/28/2008 | Murphy, Judy K. | 0.90 | Photocopy Charges |
| 6 | 10/28/2008 | Walling, Gerald | 3.00 | Photocopy Charges |
| 1 | 10/28/2008 | Murphy, Judy K. | 0.90 | Photocopy Charges |
| 6 | 10/28/2008 | Walling, Gerald | 3.00 | Photocopy Charges |
| 1 | 10/31/2008 | Kaufman, Mark S. | 0.30 | Photocopy Charges |
| 1 | 10/31/2008 | Kaufman, Mark S. | 0.30 | Photocopy Charges |
| | | Total: | $ 359.00 | |

ATLANTA:5074823.2