# EXHIBIT F-3

# November 2008 Expense Detail

**McKenna Long & Aldridge LLP**
**Expense Summary for November 2008**

| Expense Category | Total |
|---|---|
| Computerized Legal Research (Lexis and Westlaw) | $194.75 |
| Courier and Express Mail | $417.02 |
| Filing/Court/Witness Fees) | $0.00 |
| Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $109.11 |
| Long Distance Telephone | $89.59 |
| Photocopy and Reproduction Charges (In-House) (933 pages @ .10 per copy) | $93.30 |
| Postage | $0.00 |
| Travel (Airline and Train Travel) | $0.00 |
| Travel (Hotels) | $0.00 |
| Travel (Local Transportation) | $0.00 |
| Travel (Meals) | $0.00 |
| Travel (Parking) | $0.00 |
| **Total** | **$903.77** |

Invoices for this time period may not have been received from all vendors and additional expenses may be expected from some of the vendors. Additional expenses will be submitted in the period in which they are paid and posted to the firm's accounting system.

ATLANTA:5075046.2

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| | | | | **Computerized Legal Research (Lexis and Westlaw)** |
| 11 | 11/25/2008 | Gordon, David | 194.75 | Westlaw Research |
| | | **Total:** | **$194.75** | |
| | | | | |
| | | | | **Courier and Express Mail** |
| 17 | 11/3/2008 | Lewis, Katherine M. | 14.75 | Delivery Service/Messenger - Phoenix Couriers/Road Express - Delivery to K. Lewis |
| 3 | 11/18/2008 | MLA | 19.46 | Received: DMS I LLC Great Am/Haskel Iny Ronnie S Tracking#:1z3925672210029267 Invoice No. 00000392567478 |
| 6 | 11/18/2008 | Walling, Gerald | 16.71 | Received:fidelity national title age/ms. sue jackson Tracking#:1Z39256713990060458 Invoice No. 00000392567478 invoice=627538 |
| 3 | 11/18/2008 | MLA | 19.46 | Received:Great American Capit/Allen Roselinsky Tracking#:1Z3925672210029230 Invoice No. 00000392567478 |
| 3 | 11/18/2008 | MLA | 19.46 | Received:Great American Capit/Az 72 Holding Compan Tracking #:1Z3925672210029258 Invoice No. 00000392567478 |
| 3 | 11/18/2008 | MLA | 19.46 | Received:J Douglas Driggs Esq/Andrew J Glendon Esq Tracking #:1Z3925672210029445 Invoice No. 00000392567478 |
| 1 | 11/20/2008 | MLA | 19.66 | Delivery Service/Messenger Received:LexisNexis Applied Discovery/Data Receiving Tracking #:797127546901 Invoice No.899676140 |
| 17 | 11/21/2008 | Flaum, Douglas | 21.78 | Delivery Service/Messenger Received: Jeffrey T. Neal Tracking # 797130933839 Invoice No. 899676140 |
| 17 | 11/21/2008 | Flaum, Douglas | 21.78 | Delivery Service/Messenger - Received: Michael J. Darby Tracking #797130788748 Invoice No.899676140 |
| 17 | 11/21/2008 | Flaum, Douglas | 22.33 | Delivery Service/Messenger - Received: John Horn Tracking #796134050148 Invoice No.899676140 |
| 17 | 11/21/2008 | Carrigan, Elisabeth L. | 18.83 | Delivery Service/Messenger - Received: Holland & Knight LLP/Charles Welch Tiedemann, Esq. Tracking #:797130657140 Invoice No.899676140 |
| 17 | 11/21/2008 | Flaum, Douglas | 18.83 | Delivery Service/Messenger - Received Michael J. Darby Tracking #796134248500 Invoice No.899676140 |
| 17 | 11/21/2008 | Flaum, Douglas | 28.83 | Delivery Service/Messenger - Received: Michael J. Darby Tracking #797130711195 Invoice No.899676140 |
| 3 | 11/25/2008 | MLA | 19.46 | Received: Andrew J. Glendon Esq./J. Douglas Driggs Esq. Tracking #1Z3925672210038024 Invoice No. 00000392567488 |
| 3 | 11/25/2008 | MLA | 19.46 | Received: Az 72 Llc/Allen Roselinsky Tracking#:1z3925672210038033 Invoice No. 00000392567488 |
| 3 | 11/25/2008 | MLA | 19.46 | Received: D M S I LLC Great Am/Hasitel Iny Ronnie S Tracking #:1Z3925672210037945 Invoice No. 00000392567488 |
| 3 | 11/25/2008 | MLA | 19.46 | Received: Great American Capit/Az 72 Holding Company Tracking #:1Z3925672210037954 Invoice No. 00000392567488 |
| 3 | 11/26/2008 | MLA | 19.46 | Received: Az 72 LLC/Allen Roselinsky Tracking # 1Z3925672210037963 Invoice No. 00000392567488 |

3

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 3 | 11/26/2008 | MLA | 19.46 | Received:Great American Capit/Az 72 Holding Compan Tracking #:1Z39256722 10038015 Invoice No. 00000392567488 |
| 3 | 11/26/2008 | MLA | 19.46 | Received:Great American Capit/Haskel Iny Ronnie Sc Tracking#:1z39256722 10037981 Invoice No. 00000392567488 |
| 3 | 11/26/2008 | MLA | 19.46 | Received: Santoro Driggs Walch/Andrew J Glendon Esq. Tracking #:1Z39256722 10037972 Invoice No. 00000392567488 |
| | | **Total:** | **$ 417.02** | |
| | | | | **Litigation Support and Deposition Expenses** |
| 1 | 11/1/2008 | Chandler, Summer | 0.32 | Pacer Searches |
| 1 | 11/1/2008 | Gordon, David | 10.08 | Pacer Searches |
| 2 | 11/1/2008 | Elko, Alison | 16.32 | Pacer Searches |
| 11 | 11/1/2008 | Vargas, Jenny | 39.20 | Pacer Searches |
| 1 | 11/19/2008 | Matthews, Pamela G. | 43.19 | Trial Transcripts, Palmer Reporting Services , 9/26 And 10/9 Transcripts |
| | | **Total:** | **$109.11** | |
| | | | | **Long Distance Telephone** |
| 10 | 11/3/2008 | MLA | 1.35 | Long Distance Telephone 12:11 1(813)227-7439 |
| 13 | 11/4/2008 | MLA | 0.45 | Long Distance Telephone 10:59 1(949)955-1821 |
| 1 | 11/4/2008 | MLA | 0.35 | Long Distance Telephone 14:42 1(415)875-5826 |
| 10 | 11/4/2008 | MLA | 0.35 | Long Distance Telephone 15:00 1(813)227-7439 |
| 17 | 11/5/2008 | MLA | 0.35 | Long Distance Telephone 14:05 1(303)223-1102 |
| 2 | 11/5/2008 | MLA | 1.55 | Long Distance Telephone 14:16 1(212)310-8672 |
| 1 | 11/5/2008 | MLA | 0.35 | Long Distance Telephone 15:00 1(415)875-5826 |
| 1 | 11/5/2008 | MLA | 0.25 | Long Distance Telephone 15:01 1(415)875-5826 |
| 17 | 11/5/2008 | MLA | 0.65 | Long Distance Telephone 16:48 1(970)728-3025 |
| 10 | 11/5/2008 | MLA | 0.65 | Long Distance Telephone 17:49 1(813)227-7439 |
| 17 | 11/6/2008 | MLA | 0.55 | Long Distance Telephone 12:08 1(970)728-3025 |
| 17 | 11/6/2008 | MLA | 0.45 | Long Distance Telephone 12:16 1(970)728-3842 |
| 17 | 11/6/2008 | MLA | 0.95 | Long Distance Telephone 15:07 1(970)252-0160 |
| 11 | 11/7/2008 | MLA | 6.42 | Long Distance Telephone - Conference Call |
| 9 | 11/7/2008 | MLA | 11.57 | Long Distance Telephone - Conference Call |
| 1 | 11/7/2008 | MLA | 2.75 | Long Distance Telephone 11:23 1(415)875-5826 |
| 1 | 11/7/2008 | MLA | 1.75 | Long Distance Telephone 15:14 1(415)875-5887 |
| 9 | 11/7/2008 | MLA | 2.15 | Long Distance Telephone 16:07 1(702)791-0308 |
| 14 | 11/10/2008 | MLA | 0.85 | Long Distance Telephone 15:01 1(213)229-7959 |
| 1 | 11/11/2008 | MLA | 1.45 | Long Distance Telephone 11:15 1(212)526-0461 |
| 1 | 11/11/2008 | MLA | 2.85 | Long Distance Telephone 11:28 1(415)875-5826 |
| 17 | 11/11/2008 | MLA | 0.25 | Long Distance Telephone 16:16 1(212)526-6095 |
| 1 | 11/12/2008 | MLA | 0.75 | Long Distance Telephone 12:12 1(415)875-5753 |
| 1 | 11/12/2008 | MLA | 0.25 | Long Distance Telephone 12:13 1(415)875-5826 |
| 1 | 11/12/2008 | MLA | 1.05 | Long Distance Telephone 12:18 1(415)875-5826 |
| 1 | 11/12/2008 | MLA | 0.35 | Long Distance Telephone 14:51 1(415)722-4299 |
| 17 | 11/12/2008 | MLA | 0.35 | Long Distance Telephone 15:47 1(970)252-0160 |
| 17 | 11/12/2008 | MLA | 0.65 | Long Distance Telephone 15:49 1(970)252-0160 |
| 1 | 11/12/2008 | MLA | 0.95 | Long Distance Telephone 19:37 1(415)875-5826 |
| 17 | 11/13/2008 | MLA | 0.45 | Long Distance Telephone 13:59 1(212)526-6095 |
| 1 | 11/13/2008 | MLA | 0.85 | Long Distance Telephone 15:53 1(919)468-0340 |
| 1 | 11/13/2008 | MLA | 1.15 | Long Distance Telephone 16:27 1(212)526-0461 |
| 1 | 11/13/2008 | MLA | 2.25 | Long Distance Telephone 16:37 1(415)875-5826 |

ATLANTA:5075046.2

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---:|---|
| 1 | 11/13/2008 | MLA | 0.35 | Long Distance Telephone 16:56 1(212)526-0461 |
| 10 | 11/13/2008 | MLA | 0.35 | Long Distance Telephone 17:39 1(813)227-7486 |
| 3 | 11/14/2008 | MLA | 0.35 | Long Distance Telephone 11:45 1(702)255-4656 |
| 3 | 11/14/2008 | MLA | 0.25 | Long Distance Telephone 11:46 1(702)255-4656 |
| 3 | 11/14/2008 | MLA | 0.35 | Long Distance Telephone 11:48 1(702)791-1912 |
| 3 | 11/14/2008 | MLA | 0.25 | Long Distance Telephone 11:50 1(702)255-4656 |
| 3 | 11/14/2008 | MLA | 0.25 | Long Distance Telephone 11:57 1(702)255-4656 |
| 3 | 11/14/2008 | MLA | 0.25 | Long Distance Telephone 12:01 1(702)255-4656 |
| 3 | 11/14/2008 | MLA | 0.25 | Long Distance Telephone 14:18 1(702)255-4656 |
| 3 | 11/14/2008 | MLA | 0.25 | Long Distance Telephone 14:22 1(702)255-4656 |
| 3 | 11/14/2008 | MLA | 0.25 | Long Distance Telephone 14:26 1(702)255-4656 |
| 3 | 11/14/2008 | MLA | 0.25 | Long Distance Telephone 15:17 1(702)255-4656 |
| 3 | 11/14/2008 | MLA | 0.25 | Long Distance Telephone 15:20 1(702)255-4656 |
| 1 | 11/14/2008 | MLA | 0.35 | Long Distance Telephone 16:05 1(415)875-5826 |
| 1 | 11/14/2008 | MLA | 2.95 | Long Distance Telephone 16:32 1(415)875-5826 |
| 3 | 11/17/2008 | MLA | 18.60 | Long Distance Telephone - Conference Call |
| 1 | 11/17/2008 | MLA | 0.65 | Long Distance Telephone 12:35 1(520)884-9018 |
| 1 | 11/17/2008 | MLA | 0.65 | Long Distance Telephone 12:51 1(630)594-2972 |
| 17 | 11/17/2008 | MLA | 0.25 | Long Distance Telephone 15:57 1(212)526-6095 |
| 1 | 11/17/2008 | MLA | 0.35 | Long Distance Telephone 16:02 1(520)325-1541 |
| 3 | 11/18/2008 | MLA | 0.55 | Long Distance Telephone 10:50 1(702)255-4656 |
| 3 | 11/18/2008 | MLA | 0.55 | Long Distance Telephone 10:54 1(702)791-1912 |
| 3 | 11/18/2008 | MLA | 0.55 | Long Distance Telephone 10:58 1(702)255-4656 |
| 3 | 11/18/2008 | MLA | 0.55 | Long Distance Telephone 11:01 1(702)255-4656 |
| 1 | 11/18/2008 | MLA | 0.35 | Long Distance Telephone 11:11 1(520)622-3000 |
| 1 | 11/18/2008 | MLA | 3.65 | Long Distance Telephone 11:24 1(415)875-5826 |
| 10 | 11/18/2008 | MLA | 0.25 | Long Distance Telephone 17:12 1(305)722-0533 |
| 10 | 11/19/2008 | MLA | 0.95 | Long Distance Telephone 11:55 1(305)722-0533 |
| 10 | 11/19/2008 | MLA | 0.25 | Long Distance Telephone 13:03 1(305)722-0533 |
| 1 | 11/19/2008 | MLA | 1.85 | Long Distance Telephone 15:08 1(415)875-5826 |
| 1 | 11/19/2008 | MLA | 0.35 | Long Distance Telephone 15:41 1(520)622-3000 |
| 1 | 11/19/2008 | MLA | 0.35 | Long Distance Telephone 17:31 1(415)875-5826 |
| 3 | 11/25/2008 | MLA | 0.25 | Long Distance Telephone 10:57 1(702)255-4656 |
| 3 | 11/25/2008 | MLA | 0.25 | Long Distance Telephone 10:58 1(702)791-1912 |
| 3 | 11/25/2008 | MLA | 0.25 | Long Distance Telephone 11:01 1(702)255-4656 |
| 3 | 11/25/2008 | MLA | 0.25 | Long Distance Telephone 11:04 1(702)255-4656 |
| 12 | 11/25/2008 | MLA | 1.05 | Long Distance Telephone 11:17 1(615)300-3390 |
| 1 | 11/26/2008 | MLA | 0.45 | Long Distance Telephone 11:17 1(415)875-5826 |
| 3 | 11/26/2008 | MLA | 0.35 | Long Distance Telephone 11:28 1(702)255-4656 |
| 3 | 11/26/2008 | MLA | 0.35 | Long Distance Telephone 11:30 1(702)255-4656 |
| 3 | 11/26/2008 | MLA | 0.35 | Long Distance Telephone 11:32 1(702)255-4656 |
| 3 | 11/26/2008 | MLA | 0.35 | Long Distance Telephone 11:34 1(702)255-4656 |
| 3 | 11/26/2008 | MLA | 0.35 | Long Distance Telephone 11:41 1(702)255-4656 |
| 3 | 11/26/2008 | MLA | 0.35 | Long Distance Telephone 11:43 1(702)791-1912 |
| | | **Total:** | **$89.59** | |
| | | | | **Photocopy Charges** |
| 17 | 11/5/2008 | Flaum, Douglas | 50.20 | Photocopy Charges |
| 1 | 11/6/2008 | Chandler, Summer | 2.70 | Photocopy Charges |
| 17 | 11/6/2008 | Flaum, Douglas | 0.30 | Photocopy Charges |
| 17 | 11/7/2008 | Flaum, Douglas | 9.60 | Photocopy Charges |
| 5 | 11/10/2008 | Walling, Gerald | 0.10 | Photocopy Charges |
| 1 | 11/12/2008 | Kaufman, Mark S. | 0.10 | Photocopy Charges |

ATLANTA:5075046.2

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---:|---|
| 3 | 11/14/2008 | Weiss, Charles | 2.00 | Photocopy Charges |
| 3 | 11/18/2008 | Weiss, Charles | 5.20 | Photocopy Charges |
| 6 | 11/18/2008 | Walling, Gerald | 1.40 | Photocopy Charges |
| 17 | 11/19/2008 | Flaum, Douglas | 7.10 | Photocopy Charges |
| 1 | 11/20/2008 | Tobin, Janet L. | 0.30 | Photocopy Charges |
| 2 | 11/20/2008 | Elko, Alison | 4.80 | Photocopy Charges |
| 17 | 11/21/2008 | Flaum, Douglas | 5.60 | Photocopy Charges |
| 3 | 11/25/2008 | Weiss, Charles | 3.90 | Photocopy Charges |
|  |  | **Total:** | **$ 93.30** |  |

ATLANTA:5075046.2