# EXHIBIT F-4

# December 2008 Expense Detail

08-13555-mg    Doc 3332-13    Filed 04/10/09    Entered 04/10/09 15:19:22    Exhibit F-4
Pg 1 of 10

## McKenna Long & Aldridge LLP
### Expense Summary for December 2008

| Expense Category | Total |
|---|---:|
| Computerized Legal Research (Lexis and Westlaw) | $663.42 |
| Courier and Express Mail | $1,069.59 |
| Filing/Court/Witness Fees | $0.00 |
| Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $84.68 |
| Long Distance Telephone | $319.46 |
| Photocopy and Reproduction Charges (In-House) (12,060 pages @ .10 per copy) | $1,206.00 |
| Postage | $21.28 |
| Travel (Airline and Train Travel) | $0.00 |
| Travel (Hotels) | $838.62 |
| Travel (Local Transportation) | $107.25 |
| Travel (Meals) | $168.62 |
| Travel (Parking) | $27.00 |
| **Total** | **$4,505.92** |

Invoices for this time period may not have been received from all vendors and additional expenses may be expected from some of the vendors. Additional expenses will be submitted in the period in which they are paid and posted to the firm's accounting system.

ATLANTA:5075048.2

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| | | | | **Courier and Express Mail** |
| 2 | 12/2/2008 | MLA | 12.20 | Delivery Service/Messenger - Avant Business Services |
| 7 | 12/3/2008 | MLA | 24.00 | Delivery Service/Messenger - Corporate Courier |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger -  Received: Berliner Cohen/Samuel L. Farb Tracking #796202611133  Invoice No. :903104097 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger -  Received: Berliner Cohen/Samuel L. Farb Tracking #:797197578903 Invoice No. :903104097 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger -  Received: Berliner Cohen/Samuel L. Farb Tracking #:979567111778 Invoice No. :903825421 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger -  Received: Berliner Cohen/Samuel L. Farb Tracking  #:979567111848  Invoice No. :903825421 |
| 17 | 12/23/2008 | MLA | 18.26 | Delivery Service/Messenger -  Received: Brownstien Hyatt Farber Schrec/Ms. Ginny Hersch Tracking #:979567111024 Invoice No. :90310409 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger -  Received: c/o Venture Corporation/Robert J. Eves Tracking #:979567111756 Invoice No. :903825421 |
| 3 | 12/1/2008 | MLA | 23.00 | Delivery Service/Messenger -  Received:Cushman & Wakefield of Arizona/Steven R. Gragg Tracking #:796150340531  Invoice No. :900435258 |
| 4 | 12/18/2008 | MLA | 101.09 | Delivery Service/Messenger -  Received: First American Title Insurance/Bruce Clay Tracking #:797195380651 Invoice No. :903104097 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger -  Received: Gibson Dunn & Crutcher LLP/Jesse Sharf Tracking #:979567111804 Invoice No. :903825421 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger -  Received: Gibson Dunn & Crutcher LLP/Jesse Sharf Tracking #:979567111815 Invoice No. :903825421 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger -  Received: Gibson, Dunn & Crutcher LLP/Jesse Sharf Tracking #:796201107998 Invoice No. :903104097 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger -  Received: Gibson, Dunn & Crutcher LLP/Jesse Sharf Tracking #:796202643459 Invoice No. :903104097 |
| 11 | 12/24/2008 | MLA | 23.59 | Delivery Service/Messenger -  Received: Law Offices of Stephen L. Cohen/Mark Marderosian Tracking #:866397888350  Invoice No. :903832712 |
| 4 | 12/30/2008 | MLA | 17.76 | Delivery Service/Messenger -  Received: lB Palmdale Properties LLC/Joelle Halperin Tracking #:979567111790 Invoice No. :903825421 |
| 4 | 12/30/2008 | Weiss, Charles | 17.76 | Delivery Service/Messenger -  Received: lB Palmdale Properties LLC/Anthony Barsanti Tracking #:979567111789  Invoice No. :903825421 |
| 4 | 12/19/2008 | MLA | 21.26 | Delivery Service/Messenger -  Received: lB Palmdale Properties, LLC/Anthony Barsanti Tracking #:796202622667  Invoice No. :903104097 |

3

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger -  Received: lB Palmdale Properties, LLC/Harry W. Bruni Tracking #:797198863206  Invoice No. :903104097 |
| 4 | 12/19/2008 | MLA | 21.26 | Delivery Service/Messenger -  Received: lB Palmdale Properties, LLC/Joelle Halperin Tracking #:796202636332  Invoice No. :903104097 |
| 4 | 12/30/2008 | MLA | 17.76 | Delivery Service/Messenger -  Received: lB Snoqualmie LLC/Anthony Barsanti Tracking #:979567111837  Invoice No. :903825421 |
| 4 | 12/30/2008 | MLA | 17.76 | Delivery Service/Messenger -  Received: lB Snoqualmie LLC/Joelle Halperin Tracking #:979567111826  Invoice No. 903825421 |
| 4 | 12/19/2008 | MLA | 21.26 | Delivery Service/Messenger -  Received: lB Snoqualmie, LLC/Anthony Barsanti Tracking # 797197599095  Invoice No. :903104097 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger -  Received: lB Snoqualmie, LLC/Harry W. Bruni Tracking #:796200585541  Invoice No. :903104097 |
| 4 | 12/19/2008 | MLA | 21.26 | Delivery Service/Messenger -  Received: lB Snoqualmie, LLC/Joelle Halperin Tracking #:796201099312  Invoice No. :903104097 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger -  Received:lB/VCC Palmade Properties, LLC/E. James Burck Tracking #:796202311640  Invoice No. :903104097 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger -  Received: lB/VCC Palmdale Properties, LL/E. James Burck Tracking #: 979567111712  Invoice No. :903825421 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger -  Received: lB/VCC Snoqualmie, LLC/E. James Burck Tracking #:797197093049  Invoice No. :903104097 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger -  Received: lB/VCC Snoqualmie, LLC/E. James Burck Tracking #:979567111907  Invoice No. :903825421 |
| 4 | 12/29/2008 | MLA | 10.71 | Delivery Service/Messenger -  Received: Mckenna Long & Aldridge LLP/Weiss, Charles Tracking #:954265962088  Invoice No. :903825421 (sender: gatekeeper/prob Marina Del Rey CA) |
| 4 | 12/29/2008 | MLA | 10.71 | Delivery Service/Messenger -  Received: McKenna Long & Aldridge LLP/Weiss, Charles Tracking #:954265962099  Invoice No. :903825421 (sender: gatekeeper/prob Marina Del Rey CA) |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger -  Received: Morgan Hill Development Partner James Burck Tracking #:797197513972  Invoice No. :903104097 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger -  Received: Morgan Hill Development Partner James Burck Tracking #:797198991827  Invoice No. :903104097 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger -  Received: Morgan Hill Development Partner James Burck Tracking #:979567111734  Invoice No. :903825421 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger -  Received: Morgan Hill Development Partner James Burck Tracking #:979567111881  Invoice No. :903825421 |

ATLANTA:5075048.2

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger - Received: Morgan Hill Financial Coporation James Burck Tracking #:979567111870  Invoice No. :903825421 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger - Received: Morgan Hill Financial Corporation  James Burck Tracking #:796201039626  Invoice No. :903104097 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger - Received: Morgan Hill Financial Corporation James Burck Tracking #:797199055680  Invoice No. :903104097 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger - Received: Morgan Hill Financial Corporation James Burck Tracking #:979567111745  Invoice No. :903825421 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger - Received: Robert Eves Tracking #:796201024704  Invoice No. :903104097 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger - Received: Robert Eves Tracking #:796202492028  Invoice No. :903104097 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger - Received: Venture Coporation/Robert j. Eves Tracking #:979567111860  Invoice No. :90382542 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger - Received: Venture Development Coporation. James Burck Tracking #:979567111859  Invoice No. :903825421 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger - Received: Venture Development Corporation. James Burck Tracking #:796201058286  Invoice No. :903104097 |
| 4 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger - Received: Venture Development Corporation. James Burck Tracking #:796202559422  Invoice No. :903104097 |
| 4 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger - Received: Venture Development Corporation. James Burck Tracking #:979567111767  Invoice No. :903825421 |
| 9 | 12/4/2008 | MLA | 14.90 | Delivery Service/Messenger - Received: Wachovia Securities/Kim Payne and Reggie Smith Tracking #:797158294547  Invoice No. :901265808 |
| 15 | 12/18/2008 | Sharpe, Leslie | 14.25 | Received: Alameda County Superior Court/Civil Clerk Tracking #:1ZFE67121394082282 Invoice No. : 00000FE6712518 |
| | | **Total:** | **$1,069.59** | |
| | | | | **Litigation Support and Deposition Expenses** |
| 15 | 12/18/2008 | Phillips, Laurence R. | 55.00 | Transcripts for 1/6/09 case management conference in Oakland, CA. |
| 1 | 12/1/2008 | Chandler, Summer | 3.84 | Pacer Searches |
| 1 | 12/1/2008 | Gordon, David | 4.72 | Pacer Searches |
| 2 | 12/1/2008 | Elko, Alison | 8.56 | Pacer Searches |
| 11 | 12/1/2008 | Vargas, Jenny | 12.24 | Pacer Searches |
| 14 | 12/1/2008 | Rohling, Kristin C. | 0.32 | Pacer Searches |
| | | **Total:** | **$ 84.68** | |
| | | | | **Computerized Legal Research (Lexis and Westlaw)** |
| 11 | 12/15/2008 | Chandler, Summer | 32.71 | Westlaw Research |
| 11 | 12/17/2008 | Gordon, David | 121.50 | Westlaw Research |
| 11 | 12/18/2008 | Gordon, David | 50.75 | Westlaw Research |
| 11 | 12/19/2008 | Gordon, David | 144.50 | Westlaw Research |
| 11 | 12/19/2008 | Chandler, Summer | 59.50 | Westlaw Research |

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---:|---|
| 11 | 12/22/2008 | Chandler, Summer | 96.18 | Westlaw Research |
| 11 | 12/22/2008 | Sermprungsuk, Sansanee S. | 37.96 | Westlaw Research |
| 11 | 12/25/2008 | Chandler, Summer | 92.30 | Westlaw Research |
| 11 | 12/25/2008 | Chandler, Summer | 28.02 | Westlaw Research |
|  |  | **Total:** | **$ 663.42** |  |
|  |  |  |  | **Postage** |
| 7 | 12/30/2008 | Z ikon Data Entry | 21.28 | Postage |
|  |  | **Total:** | **$ 21.28** |  |
|  |  |  |  |  |
| 1 | 12/22/2008 | MLA | 35.86 | Long Distance Telephone 09:02 011-48225050134 |
| 11 | 12/19/2008 | MLA | 0.65 | Long Distance Telephone 09:45 1(212)583-5443 |
| 1 | 12/17/2008 | MLA | 153.70 | Long Distance Telephone 10:01 011-48225205569 |
| 1 | 12/11/2008 | MLA | 10.86 | Long Distance Telephone 10:06 011-48225205569 |
| 1 | 12/23/2008 | MLA | 1.65 | Long Distance Telephone 10:11 1(415)875-5826 |
| 1 | 12/8/2008 | MLA | 0.25 | Long Distance Telephone 10:16 1(415)875-5826 |
| 11 | 12/5/2008 | MLA | 0.25 | Long Distance Telephone 10:18 1(212)310-8672 |
| 11 | 12/16/2008 | MLA | 1.45 | Long Distance Telephone 10:25 1(602)262-5307 |
| 1 | 12/29/2008 | MLA | 3.05 | Long Distance Telephone 10:26 1(415)875-5826 |
| 17 | 12/19/2008 | MLA | 0.55 | Long Distance Telephone 10:41 1(646)333-8724 |
| 11 | 12/12/2008 | MLA | 1.75 | Long Distance Telephone 10:42 1(212)278-1886 |
| 1 | 12/17/2008 | MLA | 0.75 | Long Distance Telephone 10:42 1(415)875-5826 |
| 17 | 12/30/2008 | MLA | 2.35 | Long Distance Telephone 10:49 1(646)333-8725 |
| 11 | 12/22/2008 | MLA | 0.85 | Long Distance Telephone 11:04 1(602)682-4000 |
| 1 | 12/1/2008 | MLA | 4.85 | Long Distance Telephone 11:09 1(415)875-5826 |
| 1 | 12/18/2008 | MLA | 0.35 | Long Distance Telephone 11:17 1(415)875-5826 |
| 1 | 12/17/2008 | MLA | 2.85 | Long Distance Telephone 11:18 1(415)875-5826 |
| 4 | 12/18/2008 | MLA | 0.25 | Long Distance Telephone 11:31 1(917)577-0073 |
| 11 | 12/5/2008 | MLA | 0.25 | Long Distance Telephone 11:34 1(212)310-8672 |
| 1 | 12/18/2008 | MLA | 0.35 | Long Distance Telephone 11:45 1(415)875-5826 |
| 4 | 12/17/2008 | MLA | 0.35 | Long Distance Telephone 11:56 1(212)850-0632 |
| 1 | 12/18/2008 | MLA | 0.85 | Long Distance Telephone 11:58 1(415)875-5826 |
| 4 | 12/19/2008 | MLA | 0.35 | Long Distance Telephone 12:02 1(949)955-1821 |
| 4 | 12/19/2008 | MLA | 2.15 | Long Distance Telephone 12:03 1(949)955-1821 |
| 1 | 12/4/2008 | MLA | 2.65 | Long Distance Telephone 12:05 1(212)526-0461 |
| 1 | 12/18/2008 | MLA | 0.35 | Long Distance Telephone 12:11 1(415)875-5826 |
| 1 | 12/8/2008 | MLA | 0.25 | Long Distance Telephone 12:13 1(415)875-5826 |
| 4 | 12/30/2008 | MLA | 0.35 | Long Distance Telephone 12:18 1(415)464-1950 |
| 4 | 12/30/2008 | MLA | 0.35 | Long Distance Telephone 12:20 1(415)381-4179 |
| 4 | 12/30/2008 | MLA | 0.45 | Long Distance Telephone 12:21 1(408)998-5388 |
| 1 | 12/8/2008 | MLA | 7.29 | Long Distance Telephone 12:22 011-48225050135 |
| 4 | 12/30/2008 | MLA | 0.35 | Long Distance Telephone 12:24 1(212)419-2152 |
| 17 | 12/19/2008 | MLA | 0.85 | Long Distance Telephone 12:24 1(303)223-1102 |
| 4 | 12/30/2008 | MLA | 0.35 | Long Distance Telephone 12:26 1(212)419-2152 |
| 4 | 12/30/2008 | MLA | 0.35 | Long Distance Telephone 12:27 1(213)229-6638 |
| 4 | 12/30/2008 | MLA | 0.25 | Long Distance Telephone 12:29 1(415)381-4179 |
| 1 | 12/17/2008 | MLA | 0.55 | Long Distance Telephone 12:31 1(212)310-8672 |
| 4 | 12/23/2008 | MLA | 1.25 | Long Distance Telephone 12:35 1(602)262-5715 |
| 3 | 12/9/2008 | MLA | 2.55 | Long Distance Telephone 12:49 1(602)382-6259 |
| 11 | 12/23/2008 | MLA | 0.65 | Long Distance Telephone 12:51 1(212)526-0170 |
| 1 | 12/22/2008 | MLA | 0.75 | Long Distance Telephone 12:53 1(415)875-5826 |

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 1 | 12/15/2008 | MLA | 3.55 | Long Distance Telephone 12:57 1(415)875-5826 |
| 11 | 12/22/2008 | MLA | 0.35 | Long Distance Telephone 12:57 1(646)333-8729 |
| 11 | 12/22/2008 | MLA | 0.35 | Long Distance Telephone 13:00 1(212)526-0170 |
| 1 | 12/9/2008 | MLA | 0.85 | Long Distance Telephone 13:07 1(415)957-3104 |
| 11 | 12/3/2008 | MLA | 0.45 | Long Distance Telephone 13:12 1(602)264-4965 |
| 4 | 12/9/2008 | MLA | 0.65 | Long Distance Telephone 13:33 1(949)955-1821 |
| 11 | 12/15/2008 | MLA | 0.35 | Long Distance Telephone 13:34 1(201)966-9621 |
| 4 | 12/18/2008 | MLA | 0.25 | Long Distance Telephone 13:40 1(602)262-5715 |
| 1 | 12/15/2008 | MLA | 0.45 | Long Distance Telephone 13:50 1(202)857-8215 |
| 11 | 12/17/2008 | MLA | 1.25 | Long Distance Telephone 13:50 1(520)629-4427 |
| 1 | 12/15/2008 | MLA | 3.55 | Long Distance Telephone 13:53 1(212)526-0864 |
| 1 | 12/19/2008 | MLA | 0.75 | Long Distance Telephone 14:01 1(415)875-5826 |
| 4 | 12/18/2008 | MLA | 3.95 | Long Distance Telephone 14:01 1(949)955-1821 |
| 4 | 12/30/2008 | MLA | 0.55 | Long Distance Telephone 14:14 1(949)955-1821 |
| 1 | 12/11/2008 | MLA | 0.75 | Long Distance Telephone 14:26 1(415)875-5753 |
| 1 | 12/2/2008 | MLA | 6.85 | Long Distance Telephone 14:29 1(415)875-5826 |
| 1 | 12/22/2008 | MLA | 0.65 | Long Distance Telephone 14:35 1(415)875-5826 |
| 11 | 12/30/2008 | MLA | 0.35 | Long Distance Telephone 14:52 1(201)750-1990 |
| 2 | 12/9/2008 | MLA | 0.45 | Long Distance Telephone 14:57 1(212)310-8672 |
| 17 | 12/23/2008 | MLA | 0.45 | Long Distance Telephone 14:57 1(303)223-1102 |
| 4 | 12/30/2008 | MLA | 0.45 | Long Distance Telephone 14:57 1(408)998-5388 |
| 1 | 12/15/2008 | MLA | 0.25 | Long Distance Telephone 14:58 1(212)526-0864 |
| 4 | 12/22/2008 | MLA | 0.45 | Long Distance Telephone 14:58 1(503)294-9533 |
| 4 | 12/30/2008 | MLA | 0.35 | Long Distance Telephone 15:01 1(212)419-2152 |
| 1 | 12/11/2008 | MLA | 0.35 | Long Distance Telephone 15:01 1(415)875-5826 |
| 4 | 12/30/2008 | MLA | 0.35 | Long Distance Telephone 15:02 1(212)419-2152 |
| 4 | 12/30/2008 | MLA | 0.45 | Long Distance Telephone 15:04 1(213)229-6638 |
| 8 | 12/19/2008 | MLA | 0.85 | Long Distance Telephone 15:11 1(212)610-6300 |
| 1 | 12/11/2008 | MLA | 0.45 | Long Distance Telephone 15:12 1(212)526-0864 |
| 1 | 12/8/2008 | MLA | 1.35 | Long Distance Telephone 15:18 1(415)875-5753 |
| 1 | 12/22/2008 | MLA | 0.45 | Long Distance Telephone 15:27 1(415)268-2325 |
| 1 | 12/5/2008 | MLA | 0.35 | Long Distance Telephone 15:28 1(215)862-9669 |
| 4 | 12/19/2008 | MLA | 0.35 | Long Distance Telephone 15:28 1(415)464-1950 |
| 1 | 12/5/2008 | MLA | 0.85 | Long Distance Telephone 15:30 1(802)656-5700 |
| 1 | 12/19/2008 | MLA | 0.45 | Long Distance Telephone 15:31 1(408)998-5388 |
| 17 | 12/5/2008 | MLA | 0.35 | Long Distance Telephone 15:32 1(212)526-2503 |
| 4 | 12/19/2008 | MLA | 0.35 | Long Distance Telephone 15:34 1(212)419-2152 |
| 4 | 12/19/2008 | MLA | 0.45 | Long Distance Telephone 15:36 1(213)229-6638 |
| 4 | 12/19/2008 | MLA | 0.35 | Long Distance Telephone 15:39 1(212)419-2152 |
| 1 | 12/5/2008 | MLA | 0.35 | Long Distance Telephone 15:40 1(802)656-5700 |
| 4 | 12/19/2008 | MLA | 0.35 | Long Distance Telephone 15:42 1(415)464-1950 |
| 1 | 12/8/2008 | MLA | 1.15 | Long Distance Telephone 15:43 1(415)875-5753 |
| 4 | 12/19/2008 | MLA | 0.25 | Long Distance Telephone 15:44 1(415)381-4179 |
| 4 | 12/15/2008 | MLA | 1.85 | Long Distance Telephone 15:44 1(602)262-5715 |
| 4 | 12/19/2008 | MLA | 0.45 | Long Distance Telephone 15:46 1(408)998-5388 |
| 1 | 12/23/2008 | MLA | 3.65 | Long Distance Telephone 15:46 1(415)875-5753 |
| 1 | 12/22/2008 | MLA | 2.15 | Long Distance Telephone 15:46 1(415)875-5826 |
| 4 | 12/19/2008 | MLA | 0.35 | Long Distance Telephone 15:49 1(212)419-2152 |
| 4 | 12/19/2008 | MLA | 0.45 | Long Distance Telephone 15:51 1(213)229-6638 |
| 11 | 12/2/2008 | MLA | 0.35 | Long Distance Telephone 15:57 1(602)264-4550 |
| 1 | 12/1/2008 | MLA | 0.45 | Long Distance Telephone 16:03 1(415)722-4299 |
| 17 | 12/18/2008 | MLA | 0.35 | Long Distance Telephone 16:11 1(970)252-0160 |

ATLANTA:5075048.2

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 4 | 12/19/2008 | MLA | 0.35 | Long Distance Telephone 16:12 1(212)419-2152 |
| 17 | 12/4/2008 | MLA | 0.35 | Long Distance Telephone 16:21 1(303)223-1102 |
| 1 | 12/9/2008 | MLA | 0.25 | Long Distance Telephone 16:27 1(415)875-5753 |
| 1 | 12/8/2008 | MLA | 0.75 | Long Distance Telephone 16:27 1(415)957-3104 |
| 1 | 12/15/2008 | MLA | 0.35 | Long Distance Telephone 16:32 1(212)526-0864 |
| 17 | 12/18/2008 | MLA | 0.75 | Long Distance Telephone 16:34 1(970)252-0160 |
| 1 | 12/3/2008 | MLA | 3.35 | Long Distance Telephone 16:44 1(415)875-5826 |
| 17 | 12/4/2008 | MLA | 0.45 | Long Distance Telephone 16:44 1(646)333-8725 |
| 4 | 12/30/2008 | MLA | 0.25 | Long Distance Telephone 16:52 1(415)381-4179 |
| 11 | 12/2/2008 | MLA | 0.85 | Long Distance Telephone 16:55 1(201)633-7133 |
| 1 | 12/11/2008 | MLA | 1.95 | Long Distance Telephone 16:55 1(415)875-5826 |
| 4 | 12/30/2008 | MLA | 0.25 | Long Distance Telephone 16:56 1(415)381-4179 |
| 1 | 12/5/2008 | MLA | 0.35 | Long Distance Telephone 16:56 1(415)875-5826 |
| 1 | 12/23/2008 | MLA | 1.15 | Long Distance Telephone 17:01 1(415)875-5753 |
| 1 | 12/17/2008 | MLA | 0.65 | Long Distance Telephone 17:07 1(212)526-0864 |
| 1 | 12/17/2008 | MLA | 0.45 | Long Distance Telephone 17:16 1(212)526-0864 |
| 11 | 12/30/2008 | MLA | 0.35 | Long Distance Telephone 17:17 1(602)682-4248 |
| 1 | 12/3/2008 | MLA | 1.55 | Long Distance Telephone 17:25 1(212)526-0864 |
| 17 | 12/10/2008 | MLA | 0.45 | Long Distance Telephone 17:25 1(646)333-8714 |
| 1 | 12/17/2008 | MLA | 0.95 | Long Distance Telephone 17:27 1(212)526-0864 |
| 1 | 12/18/2008 | MLA | 0.35 | Long Distance Telephone 17:35 1(415)875-5826 |
| 1 | 12/15/2008 | MLA | 1.25 | Long Distance Telephone 17:37 1(212)526-0864 |
| 1 | 12/17/2008 | MLA | 0.35 | Long Distance Telephone 17:54 1(415)875-5826 |
| 1 | 12/18/2008 | MLA | 0.35 | Long Distance Telephone 17:59 1(415)875-5753 |
| 1 | 12/15/2008 | MLA | 0.25 | Long Distance Telephone 18:05 1(415)875-5753 |
| 1 | 12/16/2008 | MLA | 0.45 | Long Distance Telephone 18:21 1(212)526-0461 |
| 17 | 12/8/2008 | MLA | 0.35 | Long Distance Telephone 18:29 1(303)223-1102 |
| 1 | 12/8/2008 | MLA | 0.65 | Long Distance Telephone 18:33 1(415)875-5887 |
| 4 | 12/18/2008 | MLA | 0.25 | Long Distance Telephone 18:40 1(949)955-1821 |
| 1 | 12/7/2008 | MLA | 5.05 | Long Distance Telephone 19:06 1(415)875-5826 |
| | | **Total:** | **$319.46** | |
| | | | | **Photocopy Charges** |
| 3 | 12/1/2008 | Hall,Thomas D. | 0.20 | Photocopy Charges |
| 11 | 12/1/2008 | Geiger, David A. | 4.20 | Photocopy Charges |
| 11 | 12/5/2008 | Geiger, David A. | 3.00 | Photocopy Charges |
| 1 | 12/8/2008 | Kaufman, Mark S. | 0.60 | Photocopy Charges |
| 1 | 12/8/2008 | Gordon, David | 0.80 | Photocopy Charges |
| 1 | 12/9/2008 | Kaufman, Mark S. | 0.10 | Photocopy Charges |
| 2 | 12/9/2008 | Chandler, Summer | 3.70 | Photocopy Charges |
| 11 | 12/9/2008 | Gordon, David | 1.10 | Photocopy Charges |
| 1 | 12/10/2008 | Chandler, Summer | 176.50 | Photocopy Charges |
| 7 | 12/10/2008 | Flaum, Douglas | 2.10 | Photocopy Charges |
| 11 | 12/12/2008 | Russell, Fran L. | 66.00 | Photocopy Charges |
| 1 | 12/15/2008 | Gordon, David | 0.80 | Photocopy Charges |
| 11 | 12/15/2008 | Gordon, David | 1.20 | Photocopy Charges |
| 1 | 12/16/2008 | Kaufman, Mark S. | 40.80 | Photocopy Charges |
| 4 | 12/16/2008 | Walling, Gerald | 0.90 | Photocopy Charges |
| 4 | 12/18/2008 | Walling, Gerald | 71.80 | Photocopy Charges |
| 4 | 12/18/2008 | Moore, Constance A. | 1.50 | Photocopy Charges |
| 4 | 12/18/2008 | Flaum, Douglas | 15.70 | Photocopy Charges |
| 15 | 12/18/2008 | Sharpe, Leslie | 1.60 | Photocopy Charges |
| 16 | 12/18/2008 | Stephenson, Elizabeth | 0.20 | Photocopy Charges |

ATLANTA:5075048.2

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 1 | 12/19/2008 | Kaufman, Mark S. | 0.50 | Photocopy Charges |
| 4 | 12/19/2008 | Hall,Thomas D. | 11.00 | Photocopy Charges |
| 7 | 12/19/2008 | Stephenson, Elizabeth | 0.10 | Photocopy Charges |
| 15 | 12/19/2008 | Sharpe, Leslie | 0.40 | Photocopy Charges |
| 17 | 12/19/2008 | Flaum, Douglas | 5.20 | Photocopy Charges |
| 1 | 12/22/2008 | Chandler, Summer | 9.20 | Photocopy Charges |
| 1 | 12/22/2008 | Kaufman, Mark S. | 2.70 | Photocopy Charges |
| 11 | 12/22/2008 | Chandler, Summer | 0.10 | Photocopy Charges |
| 1 | 12/23/2008 | Kaufman, Mark S. | 0.40 | Photocopy Charges |
| 11 | 12/23/2008 | Vargas, Jenny | 4.80 | Photocopy Charges |
| 11 | 12/24/2008 | NYC Office Services | 156.60 | Photocopy Charges |
| 11 | 12/24/2008 | Graham, Christopher F. | 1.00 | Photocopy Charges |
| 3 | 12/29/2008 | Hall,Thomas D. | 0.40 | Photocopy Charges |
| 11 | 12/29/2008 | Geiger, David A. | 1.80 | Photocopy Charges |
| 4 | 12/30/2008 | Hall,Thomas D. | 2.00 | Photocopy Charges |
| 4 | 12/30/2008 | Weiss, Charles | 13.00 | Photocopy Charges |
| 11 | 12/30/2008 | Marsh, Gary | 1.00 | Photocopy Charges |
| 3 | 12/1/2008 | Hall,Thomas D. | 0.20 | Photocopy Charges |
| 11 | 12/1/2008 | Geiger, David A. | 4.20 | Photocopy Charges |
| 11 | 12/5/2008 | Geiger, David A. | 3.00 | Photocopy Charges |
| 1 | 12/8/2008 | Kaufman, Mark S. | 0.60 | Photocopy Charges |
| 1 | 12/8/2008 | Gordon, David | 0.80 | Photocopy Charges |
| 1 | 12/9/2008 | Kaufman, Mark S. | 0.10 | Photocopy Charges |
| 2 | 12/9/2008 | Chandler, Summer | 3.70 | Photocopy Charges |
| 11 | 12/9/2008 | Gordon, David | 1.10 | Photocopy Charges |
| 1 | 12/10/2008 | Chandler, Summer | 176.50 | Photocopy Charges |
| 7 | 12/10/2008 | Flaum, Douglas | 2.10 | Photocopy Charges |
| 11 | 12/12/2008 | Russell, Fran L. | 66.00 | Photocopy Charges |
| 1 | 12/15/2008 | Gordon, David | 0.80 | Photocopy Charges |
| 11 | 12/15/2008 | Gordon, David | 1.20 | Photocopy Charges |
| 1 | 12/16/2008 | Kaufman, Mark S. | 40.80 | Photocopy Charges |
| 4 | 12/16/2008 | Walling, Gerald | 0.90 | Photocopy Charges |
| 4 | 12/18/2008 | Walling, Gerald | 71.80 | Photocopy Charges |
| 4 | 12/18/2008 | Moore, Constance A. | 1.50 | Photocopy Charges |
| 4 | 12/18/2008 | Flaum, Douglas | 15.70 | Photocopy Charges |
| 15 | 12/18/2008 | Sharpe, Leslie | 1.60 | Photocopy Charges |
| 16 | 12/18/2008 | Stephenson, Elizabeth | 0.20 | Photocopy Charges |
| 1 | 12/19/2008 | Kaufman, Mark S. | 0.50 | Photocopy Charges |
| 4 | 12/19/2008 | Hall,Thomas D. | 11.00 | Photocopy Charges |
| 7 | 12/19/2008 | Stephenson, Elizabeth | 0.10 | Photocopy Charges |
| 15 | 12/19/2008 | Sharpe, Leslie | 0.40 | Photocopy Charges |
| 17 | 12/19/2008 | Flaum, Douglas | 5.20 | Photocopy Charges |
| 1 | 12/22/2008 | Chandler, Summer | 9.20 | Photocopy Charges |
| 1 | 12/22/2008 | Kaufman, Mark S. | 2.70 | Photocopy Charges |
| 11 | 12/22/2008 | Chandler, Summer | 0.10 | Photocopy Charges |
| 1 | 12/23/2008 | Kaufman, Mark S. | 0.40 | Photocopy Charges |
| 11 | 12/23/2008 | Vargas, Jenny | 4.80 | Photocopy Charges |
| 11 | 12/24/2008 | NYC Office Services | 156.60 | Photocopy Charges |
| 11 | 12/24/2008 | Graham, Christopher F. | 1.00 | Photocopy Charges |
| 3 | 12/29/2008 | Hall,Thomas D. | 0.40 | Photocopy Charges |

ATLANTA:5075048.2

| Legend | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 11 | 12/29/2008 | Geiger, David A. | 1.80 | Photocopy Charges |
| 4 | 12/30/2008 | Hall,Thomas D. | 2.00 | Photocopy Charges |
| 4 | 12/30/2008 | Weiss, Charles | 13.00 | Photocopy Charges |
| 11 | 12/30/2008 | Marsh, Gary | 1.00 | Photocopy Charges |
| | | **Total:** | **$1,206.00** | |
| | | | | **Travel Expense, Hotel Accomodation** |
| 1 | 12/10/2008 | Kaufman, Mark S. | 838.62 | Travel Expense - Hotel Stay in New York for Witness Interviews. |
| | | **Total:** | **$838.62** | |
| | | | | **Travel Expense, Local Transportation** |
| 1 | 12/10/2008 | Kaufman, Mark S. | 107.25 | Travel Expense - Taxi Travel in/around New York and from/to Airport for Witness Interviews. |
| | | **Total:** | **$107.25** | |
| | | | | **Travel Expense, Out of Town Meals** |
| 1 | 12/10/2008 | Kaufman, Mark S. | 168.62 | Travel Expense - Meals While in New York for Witness Interviews. |
| | | **Total:** | **$ 168.62** | |
| | | | | **Travel Expense, Parking** |
| 1 | 12/10/2008 | Kaufman, Mark S. | 27.00 | Travel Expense - Parking at Atlanta Airport for trip to New York for Witness Interviews |
| | | **Total:** | **$27.00** | |

ATLANTA:5075048.2