# EXHIBIT F-5

# January 2009 Expense Detail

**McKenna Long & Aldridge LLP**
**Expense Summary for January, 2009**

| Expense Category | Total |
|---|---|
| Computerized Legal Research (Lexis and Westlaw) | $999.00 |
| Litigation Support  (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $1,500.04 |
| Filing/Court/Witness Fees/Expert Witness | $17,522.73 |
| Long Distance Telephone | $355.63 |
| Photocopy and Reproduction Charges (In-House) (11,616 pages @ .10 per copy) | $1,161.60 |
| Courier and Express Mail | $951.59 |
| Postage | $0.00 |
| Travel (Airline and Train Travel) | 896.98 |
| Travel (Hotels) | $1,586.41 |
| Travel (Meals) | $691.61 |
| Travel (Parking) | $45.00 |
| Travel (Local Transportation) | $161.95 |
| **Total** | **$$25,872.54** |

1

| File Number | Date | Name | Amount | Narrative |
|---|---|---|---:|---|
| | | | | **Computerized Legal Research (Lexis and Westlaw)** |
| 04406.0222 | 1/7/2009 | Gordon, David | 15.00 | Westlaw Research |
| 04406.0222 | 1/25/2009 | Gordon, David | 529.00 | Westlaw Research |
| 04406.0222 | 1/26/2009 | Gordon, David | 70.00 | Westlaw Research |
| 04406.0222 | 1/26/2009 | Gordon, David | 10.00 | Westlaw Research |
| 04406.0222 | 1/27/2009 | Gordon, David | 60.00 | Westlaw Research |
| 04406.0222 | 1/29/2009 | Gordon, David | 315.00 | Westlaw Research |
| | | **Total:** | **$ 999.00** | |
| | | | | **Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses** |
| 04406.0228 | 12/1/2008 | Rohling, Kristin C. | 0.32 | Pacer Searches |
| 30837.0001 | 1/13/2009 | MLA | 9.00 | Cost of CD's - Invoice Date 01/13/09 |
| 30837.0001 | 1/14/2009 | MLA | 9.00 | Cost of CD's - Invoice Date 01/14/09 |
| 30837.0001 | 1/27/2009 | Kaufman, Mark S. | 967.27 | Deposition Transcripts - - Payee: Atkinson-Baker, Inc. |
| 30837.0001 | 1/29/2009 | Kaufman, Mark S. | 514.45 | Deposition Transcripts - - Payee: Atkinson-Baker, Inc. |
| | | **Total:** | **$1500.04** | |
| | | | | **Filing Court/Witness Fees/Expert Witness** |
| 04406.0113 | 1/28/2009 | Plunkett, Sue | 175.00 | Filing/Court Fees - Payee: Texas Secretary of State Filing Fees |
| 04406.0113 | 1/28/2009 | Plunkett, Sue | 175.00 | Filing/Court Fees - Payee: Texas Secretary of State Filing Fees |
| 30837.0001 | 1/14/2009 | Kaufman, Mark S. | 17,172.73 | Fee payable to CMS Cameron McKenna Dariusz Gretzta, Polish Law Expert, Warsaw, Poland, for legal services. |
| | | **Total:** | **$17,522.73** | |
| | | | | **Long Distance Telephone** |
| 04406.0191 | 12/19/2008 | MLA | 0.85 | Long Distance Telephone 15:11 1(212)610-6300 74970 |
| 04406.0191 | 1/5/2009 | MLA | 0.35 | Long Distance Telephone 11:05 1(212)610-6403 74970 |
| 04406.0191 | 1/5/2009 | MLA | 0.35 | Long Distance Telephone 12:37 1(312)603-5910 74592 |
| 04406.0191 | 1/5/2009 | MLA | 0.35 | Long Distance Telephone 14:37 1(312)782-4128 78120 |
| 04406.0238 | 1/5/2009 | MLA | 0.35 | Long Distance Telephone18:04 1(303)223-1102 74658 |
| 04406.0191 | 1/6/2009 | MLA | 0.35 | Long Distance Telephone 10:16 1(312)603-5910 74592 |
| 04406.0191 | 1/6/2009 | MLA | 0.25 | Long Distance Telephone 13:31 1(312)603-5910 74592 |
| 04406.0222 | 1/6/2009 | MLA | 2.65 | Long Distance Telephone 15:26 1(602)682-4258 74150 |
| 04406.0191 | 1/6/2009 | MLA | 0.35 | Long Distance Telephone 16:56 1(312)603-5911 73889 |
| 30837.0004 | 1/6/2009 | MLA | 0.25 | Long Distance Telephone12:31 1(212)526-0170 78411 |
| 30837.0004 | 1/6/2009 | MLA | 0.35 | Long Distance Telephone12:33 1(949)955-1821 78411 |
| 30837.0005 | 1/6/2009 | MLA | 0.25 | Long Distance Telephone15:38 1(646)333-8730 78564 |
| 30837.0004 | 1/6/2009 | MLA | 0.65 | Long Distance Telephone16:36 1(949)955-1821 78411 |
| 04406.0222 | 1/7/2009 | MLA | 0.55 | Long Distance Telephone 09:27 1(480)941-8200 74150 |
| 04406.0191 | 1/7/2009 | MLA | 0.35 | Long Distance Telephone 10:40 1(312)603-5910 74592 |
| 30837.0001 | 1/7/2009 | MLA | 7.75 | Long Distance Telephone14:37 1(415)875-5753 78517 |
| 30837.0001 | 1/7/2009 | MLA | 0.25 | Long Distance Telephone16:08 1(415)957-3117 78517 |
| 30837.0001 | 1/7/2009 | MLA | 0.35 | Long Distance Telephone16:35 1(415)875-5753 78517 |
| 04406.0222 | 1/8/2009 | MLA | 0.95 | Long Distance Telephone 12:12 1(520)629-4427 74118 |
| 04406.0205 | 1/8/2009 | MLA | 0.25 | Long Distance Telephone 13:56 1(646)333-8725 74970 |
| 04406.0205 | 1/8/2009 | MLA | 0.35 | Long Distance Telephone 14:20 1(813)223-7474 74970 |
| 04406.0205 | 1/8/2009 | MLA | 2.95 | Long Distance Telephone 14:22 1(813)223-7474 74970 |
| 30837.0004 | 1/8/2009 | MLA | 0.35 | Long Distance Telephone10:55 1(212)526-0170 78411 |
| 30837.0004 | 1/8/2009 | MLA | 0.25 | Long Distance Telephone10:57 1(646)333-8714 78411 |
| 30837.0004 | 1/8/2009 | MLA | 0.35 | Long Distance Telephone19:32 1(949)955-1821 78411 |

| File Number | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 04406.0238 | 1/9/2009 | MLA | 0.35 | Long Distance Telephone10:21 1(970)242-3311 74658 |
| 30837.0004 | 1/9/2009 | MLA | 0.25 | Long Distance Telephone11:03 1(212)526-0170 78411 |
| 04406.0222 | 1/12/2009 | MLA | 0.25 | Long Distance Telephone 16:11 1(602)264-4550 74118 |
| 04406.0222 | 1/12/2009 | MLA | 0.25 | Long Distance Telephone 17:33 1(602)528-4840 74118 |
| 30837.0004 | 1/12/2009 | MLA | 0.55 | Long Distance Telephone16:09 1(646)333-8714 78125 |
| 30837.0004 | 1/12/2009 | MLA | 0.85 | Long Distance Telephone16:17 1(408)286-5800 78411 |
| 04406.0191 | 1/13/2009 | MLA | 3.15 | Long Distance Telephone 11:10 1(212)610-6403 74970 |
| 30837.0004 | 1/13/2009 | MLA | 0.25 | Long Distance Telephone13:58 1(949)955-1821 78125 |
| 04406.0238 | 1/13/2009 | MLA | 1.95 | Long Distance Telephone14:42 1(303)223-1102 74658 |
| 30837.0001 | 1/14/2009 | MLA | 110.85 | Long Distance Telephone10:12 011-48225050134 78517, (International Conference Call) |
| 30837.0001 | 1/14/2009 | MLA | 0.25 | Long Distance Telephone10:56 1(646)333-9856 78517 |
| 04406.0238 | 1/14/2009 | MLA | 0.35 | Long Distance Telephone12:40 1(970)242-3311 74658 |
| 04406.0238 | 1/14/2009 | MLA | 0.35 | Long Distance Telephone12:49 1(212)526-3480 74658 |
| 04406.0238 | 1/14/2009 | MLA | 0.35 | Long Distance Telephone14:37 1(303)223-1102 74658 |
| 04406.0222 | 1/15/2009 | MLA | 0.25 | Long Distance Telephone 11:06 1(602)528-4840 74118 |
| 04406.0113 | 1/15/2009 | MLA | 1.05 | Long Distance Telephone 17:40 1(512)463-5555 74656 |
| 04406.0113 | 1/15/2009 | MLA | 0.25 | Long Distance Telephone 17:54 1(512)463-5555 74656 |
| 04406.0238 | 1/15/2009 | MLA | 1.15 | Long Distance Telephone15:24 1(303)223-1102 74658 |
| 04406.0238 | 1/15/2009 | MLA | 0.25 | Long Distance Telephone16:25 1(312)904-0690 74658 |
| 04406.0222 | 1/16/2009 | MLA | 2.85 | Long Distance Telephone 10:30 1(212)526-0461 74150 |
| 04406.0222 | 1/16/2009 | MLA | 1.95 | Long Distance Telephone 11:47 1(602)264-4550 74118 |
| 04406.0222 | 1/16/2009 | MLA | 0.35 | Long Distance Telephone 16:24 1(602)277-0144 73842 |
| 30837.0001 | 1/16/2009 | MLA | 0.85 | Long Distance Telephone17:45 1(415)957-3104 78517 |
| 04406.0191 | 1/20/2009 | MLA | 0.25 | Long Distance Telephone 10:39 1(312)603-5910 74592 |
| 30837.0001 | 1/20/2009 | MLA | 0.65 | Long Distance Telephone15:03 1(415)875-5753 74584 |
| 04406.0222 | 1/21/2009 | MLA | 0.35 | Long Distance Telephone 11:37 1(646)333-8729 78411 |
| 04406.0222 | 1/21/2009 | MLA | 0.45 | Long Distance Telephone 13:09 1(602)382-6259 78411 |
| 04406.0191 | 1/22/2009 | MLA | 0.35 | Long Distance Telephone 12:55 1(312)578-6900 74592 |
| 04406.0191 | 1/22/2009 | MLA | 0.25 | Long Distance Telephone 12:56 1(312)578-6900 74592 |
| 04406.0191 | 1/22/2009 | MLA | 0.25 | Long Distance Telephone 13:07 1(312)578-6900 74592 |
| 04406.0191 | 1/22/2009 | MLA | 0.45 | Long Distance Telephone 15:36 1(646)333-8725 74970 |
| 04406.0191 | 1/22/2009 | MLA | 5.15 | Long Distance Telephone 15:39 1(847)562-1400 74970 |
| 04406.0191 | 1/23/2009 | MLA | 0.35 | Long Distance Telephone 12:22 1(312)578-6900 74592 |
| 30837.0001 | 1/23/2009 | MLA | 2.85 | Long Distance Telephone09:45 1(415)875-5826 74120 |
| 30837.0001 | 1/23/2009 | MLA | 0.85 | Long Distance Telephone11:38 1(415)875-5826 74120 |
| 30837.0001 | 1/23/2009 | MLA | 0.55 | Long Distance Telephone16:23 1(415)391-5400 74120 |
| 30837.0001 | 1/23/2009 | MLA | 0.25 | Long Distance Telephone17:16 1(415)875-5887 78517 |
| 30837.0001 | 1/23/2009 | MLA | 0.35 | Long Distance Telephone17:22 1(415)875-5887 78517 |
| 30837.0001 | 1/23/2009 | MLA | 0.75 | Long Distance Telephone18:36 1(415)875-5826 78517 |
| 04406.0222 | 1/26/2009 | MLA | 0.35 | Long Distance Telephone 14:42 1(602)264-4550 74118 |
| 30837.0001 | 1/26/2009 | MLA | 0.25 | Long Distance Telephone12:02 1(415)364-6700 74585 |
| 30837.0001 | 1/26/2009 | MLA | 0.35 | Long Distance Telephone12:27 1(415)626-3939 74584 |
| 30837.0001 | 1/26/2009 | MLA | 2.15 | Long Distance Telephone12:38 1(212)526-0461 74120 |
| 30837.0001 | 1/26/2009 | MLA | 1.05 | Long Distance Telephone12:57 1(415)875-5826 74120 |
| 30837.0001 | 1/26/2009 | MLA | 0.25 | Long Distance Telephone13:57 1(415)995-8745 74585 |
| 30837.0001 | 1/26/2009 | MLA | 0.35 | Long Distance Telephone14:02 1(415)995-8475 74585 |
| 30837.0001 | 1/26/2009 | MLA | 0.25 | Long Distance Telephone14:40 1(415)875-5826 74120 |
| 30837.0001 | 1/26/2009 | MLA | 0.65 | Long Distance Telephone15:12 1(415)875-5826 74120 |
| 30837.0001 | 1/26/2009 | MLA | 0.75 | Long Distance Telephone15:47 1(415)875-5826 74120 |
| 30837.0001 | 1/26/2009 | MLA | 0.35 | Long Distance Telephone17:08 1(415)626-3939 74584 |
| 30837.0001 | 1/26/2009 | MLA | 0.75 | Long Distance Telephone17:11 1(415)626-3939 74584 |

3

| File Number | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 30837.0001 | 1/26/2009 | MLA | 0.25 | Long Distance Telephone19:07 1(415)875-5826 74120 |
| 30837.0001 | 1/27/2009 | MLA | 0.45 | Long Distance Telephone12:52 1(631)537-4434 74120 |
| 30837.0001 | 1/27/2009 | MLA | 0.65 | Long Distance Telephone13:14 1(914)397-9463 74120 |
| 30837.0001 | 1/27/2009 | MLA | 3.05 | Long Distance Telephone15:28 1(415)875-5826 74120 |
| 04406.0222 | 1/28/2009 | MLA | 1.45 | Long Distance Telephone 14:47 1(520)629-4427 74118 |
| 04406.0205 | 1/28/2009 | MLA | 1.55 | Long Distance Telephone 15:14 1(813)223-7474 78569 |
| 04406.0222 | 1/28/2009 | MLA | 0.65 | Long Distance Telephone 16:13 1(602)262-5314 74118 |
| 04406.0222 | 1/28/2009 | MLA | 1.55 | Long Distance Telephone 16:25 1(602)528-4840 74118 |
| 30837.0001 | 1/29/2009 | MLA | 0.45 | Long Distance Telephone10:10 1(415)875-5826 74120 |
| 30837.0001 | 1/29/2009 | MLA | 1.55 | Long Distance Telephone10:36 1(415)875-5826 74120 |
| 30837.0001 | 1/29/2009 | MLA | 0.35 | Long Distance Telephone19:34 1(415)875-5826 74120 |
| 30837.0001 | 1/30/2009 | MLA | 167.98 | Long Distance Telephone12:15 011-48225050135 74120 (International Conference Call) |
| 30837.0001 | 1/31/2009 | MLA | 1.25 | Long Distance Telephone11:22 1(415)722-4299 74121 |
| 30837.0001 | 1/31/2009 | MLA | 0.85 | Long Distance Telephone11:33 1(415)722-4299 74120 |
| 30837.0001 | 1/31/2009 | MLA | 0.35 | Long Distance Telephone12:40 1(212)473-2323 74120 |
| 30837.0001 | 1/31/2009 | MLA | 0.65 | Long Distance Telephone12:42 1(212)473-2323 74120 |
| | | **Total:** | **$355.63** | |
| | | | | **Photocopy Charges** |
| 04406.0191 | 1/5/2009 | Sewell, Henry F. | 15.90 | Photocopy Charges |
| 30837.0001 | 1/5/2009 | Chandler, Summer | 7.90 | Photocopy Charges |
| 04406.0191 | 1/6/2009 | Sewell, Henry F. | 0.20 | Photocopy Charges |
| 04406.0222 | 1/6/2009 | Gordon, David | 1.80 | Photocopy Charges |
| 04406.0191 | 1/7/2009 | Stephenson, Elizabeth | 2.60 | Photocopy Charges |
| 04406.0222 | 1/7/2009 | Gordon, David | 4.80 | Photocopy Charges |
| 04406.0222 | 1/7/2009 | Graham, Christopher | 1.20 | Photocopy Charges |
| 30837.0001 | 1/7/2009 | Chandler, Summer | 18.90 | Photocopy Charges |
| 30837.0001 | 1/7/2009 | Tobin, Janet L. | .70 | Photocopy Charges |
| 04406.0191 | 1/8/2009 | Stephenson, Elizabeth | 0.10 | Photocopy Charges |
| 04406.0222 | 1/8/2009 | Graham, Christopher | 0.10 | Photocopy Charges |
| 30837.0001 | 1/8/2009 | Chandler, Summer | 79.80 | Photocopy Charges |
| 30837.0001 | 1/8/2009 | Tobin, Janet L. | 0.40 | Photocopy Charges |
| 30837.0004 | 1/8/2009 | Walling, Gerald | 0.30 | Photocopy Charges |
| 04406.0191 | 1/9/2009 | Sewell, Henry F. | 4.70 | Photocopy Charges |
| 04406.0238 | 1/9/2009 | Lewis, Katherine M. | 34.00 | Photocopy Charges |
| 30837.0001 | 1/9/2009 | Chandler, Summer | 99.50 | Photocopy Charges |
| 30837.0001 | 1/9/2009 | Burrows, Amber C. | 1.00 | Photocopy Charges |
| 30837.0002 | 1/9/2009 | Kaufman, Mark S. | 16.60 | Photocopy Charges |
| 04406.0222 | 1/12/2009 | Chandler, Summer | 9.40 | Photocopy Charges |
| 30837.0001 | 1/12/2009 | Tobin, Janet L. | 232.00 | Photocopy Charges |
| 30837.0001 | 1/13/2009 | Chandler, Summer | 0.10 | Photocopy Charges |
| 04406.0191 | 1/15/2009 | Sewell, Henry F. | 2.30 | Photocopy Charges |
| 30837.0002 | 1/15/2009 | Kaufman, Mark S. | .40 | Photocopy Charges |
| 04406.0191 | 1/16/2009 | Sewell, Henry F. | 1.10 | Photocopy Charges |
| 04406.0222 | 1/16/2009 | Geiger, David A. | 0.60 | Photocopy Charges |
| 04406.0238 | 1/19/2009 | Lewis, Katherine M. | 0.40 | Photocopy Charges |
| 04406.0113 | 1/20/2009 | Walling, Gerald | 0.40 | Photocopy Charges |
| 04406.0222 | 1/21/2009 | Gordon, David | 1.20 | Photocopy Charges |
| 04406.0222 | 1/21/2009 | Geiger, David A. | 166.10 | Photocopy Charges |
| 30837.0001 | 1/21/2009 | Tobin, Janet L. | 28.70 | Photocopy Charges |
| 04406.0222 | 1/22/2009 | Gordon, David | 0.40 | Photocopy Charges |
| 30837.0001 | 1/22/2009 | Tobin, Janet L. | 248.10 | Photocopy Charges |

4

| File Number | Date | Name | Amount | Narrative |
|---|---|---|---:|---|
| 04406.0222 | 1/23/2009 | Graham, Christopher | 3.00 | Photocopy Charges |
| 30837.0001 | 1/23/2009 | Chandler, Summer | 2.40 | Photocopy Charges |
| 30837.0002 | 1/23/2009 | Kaufman, Mark S. | 0.60 | Photocopy Charges |
| 04406.0222 | 1/27/2009 | Marsh, Gary | 0.40 | Photocopy Charges |
| 04406.0222 | 1/27/2009 | Gordon, David | 0.20 | Photocopy Charges |
| 30837.0002 | 1/27/2009 | Elko, Alison | 1.50 | Photocopy Charges |
| 04406.0113 | 1/28/2009 | Plunkett, Sue | 2.60 | Photocopy Charges |
| 04406.0189 | 1/28/2009 | Stephenson, Elizabeth | 2.60 | Photocopy Charges |
| 04406.0222 | 1/28/2009 | Office Services, NYC | 6.60 | Photocopy Charges |
| 04406.0222 | 1/29/2009 | Gordon, David | 0.20 | Photocopy Charges |
| 04406.0222 | 1/29/2009 | Office Services, NYC | 0.30 | Photocopy Charges |
| 30837.0001 | 1/29/2009 | Kaufman, Mark S. | 25.90 | Photocopy Charges |
| 04406.0222 | 1/30/2009 | Office Services, NYC | 0.30 | Photocopy Charges |
| 30837.0001 | 1/30/2009 | Kaufman, Mark S. | 78.90 | Photocopy Charges |
| 30837.0001 | 1/30/2009 | Chandler, Summer | 8.00 | Photocopy Charges |
| 30837.0001 | 1/30/2009 | MLA | 46.40 | Photocopy Charges |
| | | **Total:** | **$1,161.60** | |
| | | | | **Courier and Express Mail** |
| 30837.0002 | 12/2/2008 | MLA | 12.20 | Delivery Service/Messenger - Payee Avant Business Services |
| 30837.0004 | 12/18/2008 | MLA | 101.09 | Delivery Service/Messenger Received: First American Title Insurance/Bruce Clay Tracking # 797195380651 Fedex Invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Berliner Cohen/Samuel L. Farb tracking # 796202611133 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Berliner Cohen/Samuel L. Ffarb tracking # 797197578903 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Gibson, Dunn & Crutcher LLP/Jesse Sharf tracking # 796201107998 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Gibson, Dunn & Crutcher LLP/Jesse Sharf tracking # 796202643459 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 21.26 | Delivery Service/Messenger Received: 1B Palmdale Properties, LLC/Anthony Barsanti tracking # 796202622667 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: 1B Palmdale Properties, LLC/Harry W. Bruni tracking # 797198863206 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 21.26 | Delivery Service/Messenger Received: 1B Palmdale Properties, LLC/Joelle Halperin tracking # 796202636332 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 21.26 | Delivery Service/Messenger Received: 1B Snoqualmie, LLC/Anthony Barsanti tracking # 797197599095 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: 1B Snoqualmie, LLC/Harry W. Bruni tracking # 796200585541 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 21.26 | Delivery Service/Messenger Received: 1B Snoqualmie, LLC/Joelle Halperin tracking # 796201099312 fedex invoice # 903104097 |

| File Number | Date | Name | Amount | Narrative |
|---|---|---|---:|---|
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: 1B/VCC Palmade Properties, LLC/E. James Burck tracking # 796202311640 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: 1B/VCC Palmade Properties, LLC /E. James Burck tracking # 797197093049 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Morgan Hill Development Partner/E. James Burck tracking # 797197513972 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Morgan Hill Development Partner/E. James Burck tracking # 797198991827 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Morgan Hill Financial Corporate/E. James Burck tracking # 796201039626 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Morgan Hill Financial Corporate/E. James Burck tracking # 797199055680 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Robert Eves tracking # 796201024704 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Robert Eves tracking # 796202492028 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Venture Development Corporation/E. James Burck tracking # 796201058286 fedex invoice # 903104097 |
| 30837.0004 | 12/19/2008 | MLA | 23.66 | Delivery Service/Messenger Received: Venture Development Corporation/E. James Burck tracking # 796202559422 fedex invoice # 903104097 |
| 30837.0004 | 12/29/2008 | MLA | 10.71 | Delivery Service/Messenger Received: Mckenna Long & Aldridge/Charles Weiss tracking # 954265962088 fedex invoice # 903825421 (sender: gatekeeper/prob marina del rey ca) |
| 30837.0004 | 12/29/2008 | MLA | 10.71 | Delivery Service/Messenger Received: Mckenna Long & Aldridge/Charles Weiss tracking # 954265962099 fedex invoice # 903825421 (Sender: Gatekeeper/Prob Marina del Rey CA) |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Berliner Cohen/Samuel L. Farb tracking # 979567111778 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Berliner Cohen/Samuel L. Farb tracking # 979567111848 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: c/o Venture Corporation/Robert J. Eves tracking # 979567111756 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Gibson Dunn & Crutcher LLP/Jesse Sharf tracking # 979567111804 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Gibson Dunn & Crutcher LLP/Jesse Sharf tracking # 979567111815 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 17.76 | Delivery Service/Messenger Received: 1B Palmdale Properties LLC/Joelle Halperin tracking # 979567111790 fedex invoice # 903825421 |

| File Number | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| 30837.0004 | 12/30/2008 | Weiss, Charles | 17.76 | Delivery Service/Messenger Received: 1B Palmdale Properties LLC/Anthony Barsanti tracking # 979567111789 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 17.76 | Delivery Service/Messenger Received: 1B Snoqualmie LLC/Anthony Barsanti tracking # 979567111837 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 17.76 | Delivery Service/Messenger Received: lB Snoqualmie LLC/Joelle Halperin tracking # 979567111826 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: lB/VCC Palmdale Properties, LLC/E. James Burck tracking # 979567111712 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: lB/VCC Snoqualmie, LLC/E. James Burck tracking # 979567111907 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Morgan Hill Development Partners/E. James Burck tracking # 979567111734 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Morgan Hill Development Partners/E. James Burck tracking # 979567111881 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Morgan Hill Development Partners/E. James Burck  tracking # 979567111870 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Morgan Hill Development Partners/E. James Burck tracking # 979567111745 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Venture Coporation/Robert J. Eves tracking # 979567111860 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Venture Development Coporation/E. James Burck tracking # 979567111859 fedex invoice # 903825421 |
| 30837.0004 | 12/30/2008 | MLA | 20.16 | Delivery Service/Messenger Received: Venture Development Corporation/E. James Burck tracking # 979567111767 fedex invoice # 903825421 |
| | | **Total:** | **$ 951.59** | |
| | | | | **Travel (Airline and Train Travel)** |
| 30837.0001 | 1/13/2009 | Kaufman, Mark S. | 896.98 | Out of Town Travel- - Round Trip Airfare to New York - American Express Invoice #122808PTREE |
| | | **Total:** | **$ 896.98** | |
| | | | | **Travel (Hotels)** |
| 30837.0001 | 1/15/2009 | Kaufman, Mark S. | 1,586.41 | Out of Town Travel - Hotel Accomodations for Trip to New York |
| | | **Total:** | **$1,586.41** | |
| | | | | **Travel (Meals)** |
| 30837.0001 | 1/15/2009 | Kaufman, Mark S. | 691.61 | Out of Town Travel - Miscellaneous Meals in New York |
| | | **Total:** | **$ 691.61** | |
| | | | | **Travel (Parking)** |
| 30837.0001 | 1/15/2009 | Kaufman, Mark S. | 45.00 | Out of Town Travel - Parking at the Atlanta Airport for Trip to New York. |
| | | **Total:** | **$ 45.00** | |

7

| File Number | Date | Name | Amount | Narrative |
|---|---|---|---|---|
| | | | | **Travel (Local Transportation)** |
| 30837.0001 | 1/15/2009 | Kaufman, Mark S. | 161.95 | Out of Town Travel - Taxi Service to and from Airport and Around New York |
| | | **Total:** | **$ 161.95** | |