François Janson, Esq.
Arthur E. Rosenberg, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189
Telephone: (212) 513-3200
Facsimile:  (212) 385-9010

Attorneys for Caisse de dépôt et placement du Québec

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC. *et al*.,    Chapter 11

Case No. 08-13555 (JMP)

Debtors.
-------------------------------------------------------------x

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that Caisse de dépôt et placement du Québec, a party-in-interest in the above referenced case, hereby amends its entry of appearance by and through its counsel, Holland & Knight LLP, originally made by that certain Notice of Appearance dated October 16, 2008, pursuant to section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case be given and served after the date hereof upon:

> François Janson, Esq.
> Arthur E. Rosenberg, Esq.
> Holland & Knight LLP
> 195 Broadway
> New York, NY  10007-3189
> Telephone:  (212) 513-3200
> Facsimile:   (212) 385-9010
> Email: francois.janson@hklaw.com

PLEASE TAKE FURTHER NOTICE that this request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, and 9007, including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above-captioned case and any proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Amended Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may

be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:  April 10, 2009
       New York, New York

                              HOLLAND & KNIGHT LLP

                              By:  /s/*François Janson*
                                    François Janson, Esq.
                                    195 Broadway
                              New York, New York 10007
                              Telephone:  (212) 513-3200
                              Facsimile:   (212) 385-9010
                              Email: francois.janson@hklaw.com

                              Attorneys for Caisse de dépôt et
                              placement du Québec

# CERTIFICATE OF SERVICE

      I, Rudy D. Green, an Attorney admitted to practice in the Courts of the State of New York, do hereby certify under penalty of perjury, that on this 10th day of April, 2009, caused a copy of the foregoing *Notice of Appearance*, to be served upon the parties listed below and filed electronically via the Court's CM/ECF system such that it would be also served electronically on those parties entitled to receive such notice.

Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8274
Fax : (212) 310-8007
Email: shai.waisman@weil.com

Daniel R. Lenihan, Esq.
Lynn P. Harrison III, Esq.
Curtis , Mallet-Prevost,
  Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
(212) 696-6000
Fax : (212) 697-1559
Email: dlenihan@curtis.com

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
(212) 837-6375
Fax : (212) 422-4726
Email: margolin@hugheshubbard.com

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Brian Masumoto, Esq.
Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


      /s/Rudy D. Green
      Rudy D. Green

# 5706924_v21