| Professional | Position | Admission Date | Hours | Total |
|---|---|---|---|---|
| Anthony L. Giacomini | Partner | 1995 (CO) | 45.3 | 17,202.50 |
| Daniel M. Reilly | Partner | 1981 (CO) | 7.3 | 3,375.00 |
| Kent C. Modesitt | Partner | 1999 (CO) | 38.8 | 14,280.00 |
| Kyle Velte | Partner | 1999 (CO) | 23.6 | 8,260.00 |
| Larry S. Pozner | Partner | 1973 (CO) | 7.9 | 3,695.00 |
| Michael A. Rollin | Partner | 2003 (CO) 2007 (CA) | 63.1 | 16,023.00 |
| Wendy Fisher | Partner | 1996 (CO) | 27.1 | 10,457.50 |
| Caleb Durling | Associate | 2007 (CO) | 30.9 | 6,300.00 |
| Jason M. Lynch | Associate | 2003 (MA) 2004 (NY) 2007 (CO) | 97.5 | 23,745.00 |
| Katie Roush | Associate | 2007 (CO) | 230.0 | 43,630.00 |
| Lindsay Unruh | Associate | 2004 (CO) | 51.5 | 14,722.50 |
| Malia Arrington | Associate | 2003 (CO) | 177.9 | 48,289.00 |
| Mark Bailey | Associate | 2005 (CO) | 13.3 | 3,857.00 |
| Matthew D. Spohn | Associate | 2001 (CO) | 220.3 | 65,837.00 |
| Echo Ryan | Contract Attorney | 2007 (CO) | 548.7 | 109,740.00 |
| Kimberly Church | Contract Attorney | | 0.8 | 144.00 |
| Camilla O'Keefe | Paralegal | N/A | 1.4 | 182.00 |
| Elizabeth Wimmer | Paralegal | N/A | 8.0 | 1,350.00 |
| Henry Johnson | Paralegal | N/A | 3.8 | 570.00 |
| Kathleen Porter | Paralegal | N/A | 409.1 | 66,698.00 |
| Kenneth Nakamura | Paralegal | N/A | 5.7 | 598.50 |
| Larry Walsh | Paralegal | N/A | 5.0 | 225.00 |
| Sonia N. Siewert | Paralegal | N/A | 54.5 | 5,450.00 |
| | | Total | 2071.5 | 464,631.00 |



| Task | Task Code | Value |
|---|---|---:|
| Copying | E101 | 2,322.50 |
| Outside Printing | E102 | 3,333.90 |
| Telephone | E105 | 26.05 |
| Online Search | E106 | 2,491.11 |
| Shipping and Delivery | E107 | 1,134.74 |
| Local Travel | E109 | 74.25 |
| Travel | E110 | 2,245.41 |
| Meals | E111 | 348.85 |
| Depositions Transcripts | E115 | 1,835.85 |
| Litigation Support Vendors | E118 | 19,627.05 |
| Other | E124 | 448.40 |
| | **Total:** | **33,888.11** |