# EXHIBIT F

Case No.: 08-13555(JMP)
Case Name: In re Lehman Brothers
Holdings, Inc., et al.

**CURRENT FEE PERIOD:**
**September 15, 2008 to January 31, 2009**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Quinn Emanuel Urquhart Oliver & Hedges LLP | April 10, 2009, Docket No. [--] | $2,129,413.50 | | $41,113.30 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

61377287917.1\SCHEDULE A(1)

DATE: _____

INITIALS: _____    USBJ