William M. O'Connor, Esq.
Bruce J. Zabarauskas, Esq.
CROWELL & MORING LLP
590 Madison Avenue,
New York, New York
(212) 223-4000

Attorneys for American Express Travel Related Services Company, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | ) Chapter 11 |
| | ) |
| | ) Case No. 08-13555 (JMP) |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that under § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, American Express Travel Related Services Company, Inc, through its attorneys, Crowell & Moring LLP, appear in the above-captioned case and request that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

William M. O'Connor, Esq.
Bruce J. Zabarauskas, Esq.
CROWELL & MORING LLP
590 Madison Avenue
New York, New York  10022
(212) 223-4000
Email: woconnor@crowell.com
Email: bzabarauskas@crowell.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and pursuant to

§ 1109(b) of the Bankruptcy Code also includes, without limitation, any notice of any orders, pleadings, motions, application, complaints, demands, plans of reorganization, disclosure statements, hearings, requests or petitions, answering or reply papers, memoranda and briefs, in support of any of the foregoing, whether formal or informal, whether written or oral; and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way, any rights or interest of any creditor, equity security holder, party in interest, and/or other person or entity.

Dated: April 13, 2009

/s/ Bruce J. Zabarauskas
William M. O'Connor, Esq.
Bruce J. Zabarauskas, Esq.
CROWELL & MORING LLP
590 Madison Avenue
New York, New York  10022
(212) 223-4000

Attorneys for American Express Travel Related Services Company, Inc.