## CERTIFICATE OF SERVICE

      I, Bruce J. Zabarauskas, hereby certify under penalty of perjury, that on this 13th day of April, 2009, I caused a copy of the foregoing Notice of Appearance, to be served upon the parties listed below by first class mail and electronically via the Court's CM/ECF system such that it would be also served electronically on those parties entitled receive such notice.

Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
Phone: (212) 310-8276
Fax: (212) 310-8007
Email: shai.waisman@weil.com

Daniel R. Lenihan, Esq.
Lynn P. Harrison, III
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061
Phone: (212) 696-6028
Fax : (212) 697-1559
Email: dlenihan@curtis.com

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax : (212) 530-5219
Email: ddunne@milbank.com

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004
Phone: (212) 510-0500
Fax : (212) 668-2255

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
Phone: (212) 837-6375
Fax : (212) 422-4726
Email: margolin@hugheshubbard.com


  /s/ Bruce J. Zabarauskas