# Linklaters

1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Direct Line 212 903-9031
Direct Fax 212 903-9100
mary.warren@linklaters.com

Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
615-3 Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

**By Hand**  April 9, 2009

**In re:**     **Lehman Brothers International (Europe) ("LBIE")**

Dear Judge Peck,

We represent the Joint Administrators of Lehman Brothers International (Europe) ("LBIE"), and we write in reference to the Lehman omnibus hearing held on Tuesday, April 7th. Along with my colleagues at Linklaters in London, I have discussed with the Joint Administrators the status conference regarding the proposed Lehman international protocols. The Joint Administrators are mindful of the views expressed by Your Honor on that and other occasions, and they have discussed these matters at length with representatives of the Debtors. As I am sure Your Honor appreciates, our clients are administrators appointed under the English Insolvency Act 1986, who in exercising their duties are subject to the jurisdiction of the English High Court. In addition, they are bound by law to pursue the best interests of the estate of LBIE in making their decisions.

The Joint Administrators, with their legal team in London (including both Linklaters and insolvency specialist Queen's Counsel William Trower) and New York are reviewing with care the matters referenced in the transcript of the April 7th hearing. Many of the remarks made in court by representatives of the Debtors were surprising. We respectfully submit that the Joint Administrators

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Supreme Court of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.

Linklaters

will complete their evaluation of the situation over the next couple of weeks (recognizing that many in both the U.S. and U.K. are away for holidays in the near term) to determine a response as soon as practicable.

Very truly yours,

*Mary K. Warren*

Mary K. Warren

cc: Richard Krasnow, Weil Gotshal & Manges