**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**ALEXANDER HAMILTON U.S. CUSTOM HOUSE**
**ONE BOWLING GREEN**
**NEW YORK, NEW YORK 10004-1408**

Chambers of James M. Peck
United States Bankruptcy Judge
    (212) 668-5632

April 13, 2009

Mary K. Warren, Esq.
Linklaters
1345 Avenue of the Americas
New York, N.Y. 10105

Re: Lehman Brothers Holdings Inc.

Dear Ms. Warren:

I am responding to your letter of April 9 regarding the omnibus hearing held on April 7. Both your letter and this response are being docketed on the Court's ECF system.

As noted by Debtors' counsel in an e-mail sent to you on April 10, consistent with statements that I made during last week's hearing, the joint administrators of LBIE and other parties directly interested in a cooperative approach to the development and adoption of a multi-lateral international protocol are invited, but not directed, to participate in a telephone conference that is scheduled to take place tomorrow at 4:00 pm. I hope that you, your colleagues at Linklaters and your clients will join that call.

Your clients are encouraged to dial in and discuss their views regarding the protocol. You are on notice, however, that a discussion regarding ways and means to advance the process of achieving consensual adoption of the protocol in multiple jurisdictions will proceed whether or not you and your clients choose to participate in the call.

Sincerely yours,

*s/ James M. Peck*
Honorable James M. Peck

cc: Richard Krasnow, Esq.
    Maurice Horwitz, Esq.
    Harvey Miller, Esq.

Dennis O'Donnell, Esq.
Daniel Ehrmann, Esq.
Tony Bugg, Esq.
Martin Flics, Esq.