UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,     :    Case No. 08-13555 (JMP)
                                                 :
Debtors.                                         :    (Jointly Administered)
                                                 :
------------------------------------------------------------------x    Ref. Docket No. 3319

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

       HERB BAER, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On April 10, 2009, I caused to be served the "First Interim Fee Application of the Examiner and Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses", dated April 10, 2009 [Docket No. 3319], by causing true and correct copies to be delivered by email to those parties listed on the attached Exhibit "A".

_/s/ Herb Baer_
Herb Baer

Sworn to before me this
10th day of April, 2009

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LBH\Affidavits\Jenner and Block 1st Fee App_aff 4-10-09.doc

**EXHIBIT "A"**

Master Service List – Email Addresses – April 10, 2009

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
basilumari@andrewskurth.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com

Master Service List – Email Addresses – April 10, 2009

| | |
|---|---|
| david.crichlow@pillsburylaw.com | dwdykhouse@pbwt.com |
| david.heller@lw.com | dwildes@stroock.com |
| davids@blbglaw.com | eagle.sara@pbgc.gov |
| davidwheeler@mvalaw.com | easmith@venable.com |
| dbalog@intersil.com | echang@steinlubin.com |
| dbarber@bsblawyers.com | ecohen@russell.com |
| dbaumstein@whitecase.com | efile@pbgc.gov |
| dbesikof@loeb.com | efile@willaw.com |
| dcimo@gjb-law.com | efleck@milbank.com |
| dckaufman@hhlaw.com | efriedman@friedumspring.com |
| dclark@stinson.com | egeekie@schiffhardin.com |
| dcoffino@cov.com | eglas@mccarter.com |
| dcrapo@gibbonslaw.com | ehollander@whitecase.com |
| ddavis@paulweiss.com | ehorn@lowenstein.com |
| ddrebsky@nixonpeabody.com | ekbergc@lanepowell.com |
| ddunne@milbank.com | ellen.halstead@cwt.com |
| deborah.saltzman@dlapiper.com | elobello@blankrome.com |
| deggert@freebornpeters.com | eobrien@sbchlaw.com |
| demetra.liggins@tklaw.com | eschaffer@reedsmith.com |
| deryck.palmer@cwt.com | eschwartz@contrariancapital.com |
| dfelder@orrick.com | esmith@dl.com |
| dflanigan@polsinelli.com | ezavalkoff-babej@vedderprice.com |
| dfriedman@kasowitz.com | ezujkowski@emmetmarvin.com |
| dgrimes@reedsmith.com | ezweig@optonline.net |
| dhayes@mcguirewoods.com | fbp@ppgms.com |
| dheffer@foley.com | feldsteinh@sullcrom.com |
| dirk.roberts@ots.treas.gov | ffm@bostonbusinesslaw.com |
| dkleiner@velaw.com | fhyman@mayerbrown.com |
| dkozusko@willkie.com | fishere@butzel.com |
| dladdin@agg.com | frank.white@agg.com |
| dlemay@chadbourne.com | fred.berg@rvblaw.com |
| dlipke@vedderprice.com | fsosnick@shearman.com |
| dludman@brownconnery.com | gabriel.delvirginia@verizon.net |
| dmcguire@winston.com | gauchb@sec.gov |
| dmurray@jenner.com | gbray@milbank.com |
| dneier@winston.com | GGraber@HodgsonRuss.com |
| dodonnell@milbank.com | giaimo.christopher@arentfox.com |
| donald.badaczewski@dechert.com | giddens@hugheshubbard.com |
| douglas.bacon@lw.com | gkaden@goulstonstorrs.com |
| douglas.mcgill@dbr.com | GLee@mofo.com |
| DPiazza@HodgsonRuss.com | glee@mofo.com |
| dravin@wolffsamson.com | glenn.siegel@dechert.com |
| drose@pryorcashman.com | gmoss@riemerlaw.com |
| drosenzweig@fulbright.com | gnovod@kramerlevin.com |
| drosner@goulstonstorrs.com | gravert@mwe.com |
| drosner@kasowitz.com | gschiller@zeislaw.com |
| dshemano@pwkllp.com | gspilsbury@jsslaw.com |
| dswan@mcguirewoods.com | harrisjm@michigan.gov |
| dtatge@ebglaw.com | harveystrickon@paulhastings.com |

Master Service List – Email Addresses – April 10, 2009

| | |
|---|---|
| heiser@chapman.com | jhuh@ffwplaw.com |
| hirsh.robert@arentfox.com | jjureller@klestadt.com |
| hollace.cohen@troutmansanders.com | jkehoe@sbtklaw.com |
| holsen@stroock.com | jketten@willkie.com |
| howard.hawkins@cwt.com | jkurtzman@klehr.com |
| hseife@chadbourne.com | jlamar@maynardcooper.com |
| hsnovikoff@wlrk.com | jlawlor@wmd-law.com |
| hweg@pwkllp.com | jlee@foley.com |
| ian.levy@kobrekim.com | jlevitin@cahill.com |
| igoldstein@dl.com | jlipson@crockerkuno.com |
| ilevee@lowenstein.com | jliu@dl.com |
| info2@normandyhill.com | jlovi@steptoe.com |
| ira.herman@tklaw.com | jlscott@reedsmith.com |
| isgreene@hhlaw.com | jmaddock@mcguirewoods.com |
| israel.dahan@cwt.com | jmazermarino@msek.com |
| jacobsonn@sec.gov | jmcginley@wilmingtontrust.com |
| jacqueline.marcus@weil.com | jmelko@gardere.com |
| jafeltman@wlrk.com | jmerva@fult.com |
| james.mcclammy@dpw.com | john.mcnicholas@dlapiper.com |
| jamestecce@quinnemanuel.com | john.monaghan@hklaw.com |
| jason.jurgens@cwt.com | john.rapisardi@cwt.com |
| jatkins@duffyandatkins.com | jorbach@hahnhessen.com |
| jay.hurst@oag.state.tx.us | Joseph.Cordaro@usdoj.gov |
| jay@kleinsolomon.com | joseph.scordato@dkib.com |
| Jbecker@wilmingtontrust.com | joshua.dorchak@bingham.com |
| jbeemer@entwistle-law.com | jowen769@yahoo.com |
| jbird@polsinelli.com | JPintarelli@mofo.com |
| jbromley@cgsh.com | jpintarelli@mofo.com |
| jcarberry@cl-law.com | jporter@entwistle-law.com |
| Jdrucker@coleschotz.com | jprol@lowenstein.com |
| jdyas@halperinlaw.net | jrabinowitz@rltlawfirm.com |
| jeff.wittig@coair.com | jrsmith@hunton.com |
| jeffrey.sabin@bingham.com | jschwartz@hahnhessen.com |
| jeldredge@velaw.com | jsheerin@mcguirewoods.com |
| jennifer.demarco@cliffordchance.com | jshickich@riddellwilliams.com |
| jennifer.gore@shell.com | jsmairo@pbnlaw.com |
| jeremy.eiden@state.mn.us | jtimko@allenmatkins.com |
| jessica.fink@cwt.com | jtougas@mayerbrown.com |
| jfalgowski@reedsmith.com | judy.morse@crowedunlevy.com |
| jfinerty@pfeiferlaw.com | jwallack@goulstonstorrs.com |
| jfox@joefoxlaw.com | jwang@sipc.org |
| jg5786@att.com | jweiss@gibsondunn.com |
| jgarrity@shearman.com | jwest@velaw.com |
| jgenovese@gjb-law.com | jwh@njlawfirm.com |
| jguy@orrick.com | jwhitman@entwistle-law.com |
| jherzog@gklaw.com | jwishnew@mofo.com |
| jhiggins@fdlaw.com | k4.nomura@aozorabank.co.jp |
| jhs7@att.net | karen.wagner@dpw.com |
| jhuggett@margolisedelstein.com | karol.denniston@dlapiper.com |

Master Service List – Email Addresses – April 10, 2009

KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawrence.bass@hro.com
lberkoff@moritthock.com
lbtancredi@venable.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lori.fife@weil.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com

macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
metkin@lowenstein.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com

Master Service List – Email Addresses – April 10, 2009

| | |
|---|---|
| mshiner@tuckerlaw.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.krasnow@weil.com |
| mstamer@akingump.com | richard.lear@hklaw.com |
| mvenditto@reedsmith.com | richard.levy@lw.com |
| Nasreen.Bulos@dubaiic.com | ritkin@steptoe.com |
| ncoco@mwe.com | RJones@BoultCummings.com |
| neal.mann@oag.state.ny.us | RLevin@cravath.com |
| ned.schodek@shearman.com | rmatzat@hahnhessen.com |
| newyork@sec.gov | rmunsch@munsch.com |
| Nherman@morganlewis.com | rnetzer@willkie.com |
| nissay_10259-0154@mhmjapan.com | rnies@wolffsamson.com |
| oipress@travelers.com | rnorton@hunton.com |
| omeca.nedd@lovells.com | robert.bailey@bnymellon.com |
| owllady@hughes.net | robert.dombroff@bingham.com |
| paronzon@milbank.com | robert.henoch@kobrekim.com |
| patrick.potter@pillsburylaw.com | robert.malone@dbr.com |
| paul.deutch@troutmansanders.com | Robert.yalen@usdoj.gov |
| paul.turner@sutherland.com | Robin.Keller@Lovells.com |
| pbattista@gjb-law.com | ronald.silverman@bingham.com |
| pbentley@kramerlevin.com | rreid@sheppardmullin.com |
| pbosswick@ssbb.com | RTrust@cravath.com |
| pdublin@akingump.com | rwasserman@cftc.gov |
| peter.gilhuly@lw.com | rwynne@kirkland.com |
| peter.simmons@friedfrank.com | rwyron@orrick.com |
| peter.zisser@hklaw.com | s.minehan@aozorabank.co.jp |
| peter@bankrupt.com | sabin.willett@bingham.com |
| pfeldman@oshr.com | sabramowitz@velaw.com |
| phayden@mcguirewoods.com | sagolden@hhlaw.com |
| pnichols@whitecase.com | Sally.Henry@skadden.com |
| ppascuzzi@ffwplaw.com | sandra.mayerson@hklaw.com |
| ppatterson@stradley.com | Sara.Tapinekis@cliffordchance.com |
| pprewitt@lockelord.com | sbernstein@hunton.com |
| psp@njlawfirm.com | schapman@willkie.com |
| ptrostle@jenner.com | Schepis@pursuitpartners.com |
| pwirt@ftportfolios.com | schristianson@buchalter.com |
| pwright@dl.com | scottshelley@quinnemanuel.com |
| r.stahl@stahlzelloe.com | scousins@armstrongteasdale.com |
| ramona.neal@hp.com | sdnyecf@dor.mo.gov |
| ranjit.mather@bnymellon.com | sean@blbglaw.com |
| rbeacher@daypitney.com | sehlers@armstrongteasdale.com |
| rbyman@jenner.com | sfelderstein@ffwplaw.com |
| rcarlin@breslowwalker.com | sfineman@lchb.com |
| rdaversa@orrick.com | sfox@mcguirewoods.com |
| relgidely@gjb-law.com | sgordon@cahill.com |
| rfleischer@pryorcashman.com | SGross@HodgsonRuss.com |
| rfrankel@orrick.com | sgubner@ebg-law.com |
| rgmason@wlrk.com | shai.waisman@weil.com |
| rgraham@whitecase.com | sharbeck@sipc.org |
| rgureshi@reedsmith.com | shari.leventhal@ny.frb.org |

Master Service List – Email Addresses – April 10, 2009

sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com

vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp