Hearing Date and Time: May 13, 2009 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time:  May 6, 2009 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                          :    Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al*.,:    **08-13555 (JMP)**
                                                            :
         Debtors.                         :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

**NOTICE OF HEARING ON INTERIM APPLICATIONS FOR ALLOWANCE
OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

PLEASE TAKE NOTICE that a hearing (the "Hearing") shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, on **May 13, 2008 at 10:00 a.m**. **(prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard, to consider the applications for interim allowances of compensation and reimbursement of expenses set forth on Exhibit A annexed hereto (collectively, the "Applications"):

PLEASE TAKE FURTHER NOTICE that the Applications have been electronically filed with the Bankruptcy Court and, as such, may be examined and

NY2:\1980042\03\16FT603!.DOC\58399.0003

inspected by interested parties on (i) the Court's website (http://www.nysb.uscourts.gov) or (ii) the website of the Debtors' court – approved claims and noticing agent, Epiq Bankruptcy Solutions LLC (http://chapter11.epiqsystems.com).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific amounts objected to and the grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon:  (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Shai Y. Waisman, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; and (v) the party whose

Application is the subject of the objection, so as to be so filed and received by no later than **May 6, 2009 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Applications is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
       April 13, 2008

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# **EXHIBIT A**

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Bortstein Legal LLC | 3290 | September 15, 2008 to January 31, 2009 | $441,442.75 | $0.00 |
| Jones Day | 3313 | September 15, 2008 to January 31, 2009 | $1,258,056.00 | $10,425.76 |
| McKee Nelson LLP | 3318 | September 15, 2008 to January 31, 2009 | $2,727,562.00 | $105,916.85 |
| Jenner & Block LLP | 3319 | September 15, 2008 to January 31, 2009 | $613,650.37 | $13,514.99 |
| Ernst & Young LLP | 3331 | September 15, 2008 to January 31, 2009 | $552,700.00 | $0.00 |
| McKenna Long & Aldridge LLP | 3332 | September 15, 2008 to January 31, 2009 | $631,156.00 | $35,620.22 |
| Lazard Freres & Co. LLC | 3333 | September 15, 2008 to January 31, 2009 | $6,600,000.00 | $33,467.95 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | 3335 | September 15, 2008 to January 31, 2009 | $4,611,589.50 | $151,402.02 |
| Reilly Pozner LLP | 3336 | September 15, 2008 to January 31, 2009 | $464,631.00 | $33,888.11 |
| Milbank, Tweed, Hadley & McCloy LLP | 3337 | September 15, 2008 to January 31, 2009 | $12,132,376.00 | $668,388.72 |
| FTI Consulting, Inc. | 3338 | September 15, 2008 to January 31, 2009 | $5,261,715.61 | $148,515.81 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | 3339 | September 15, 2008 to January 31, 2009 | $2,233,333.33 | $159,070.80 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | 3340 | September 15, 2008 to January 31, 2009 | $2,129,413.50 | $41,113.30 |
| Simpson Thacher & Bartlett LLP | 3341 | September 15, 2008 to January 31, 2009 | $1,383,114.40 | $28,601.43 |
| Weil, Gotshal & Manges LLP | 3343 | September 15, 2008 to January 31, 2009 | $55,140,791.25 | $1,336,880.60 |