UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :
      Debtors.                                     :   (Jointly Administered)
                                                   :
                                                   :
----------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF DENIS DUFRESNE,

ON BEHALF OF LOMBARDO DUFRESNE, LLP

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF NEW YORK        )

Denis Dufresne, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Lombardo Dufresne, LLP, located at 275 Madison Ave, 35th Floor, New York, New York 10016 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors in connection with the sale of certain assets (including certain legacy lease positions related to bonds, certain health care receivables and a franchise position in the State of Florida), and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom

NY2:\1926908\02\15@T802!.DOC\58399.0003

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
Denis A. Dufresne

On the 6th day of April, 2009, before me, the undersigned, a Notary Public in and for the State of New York, personally appeared Denis Dufresne, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his capacity, and that by his/her/their signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

STEVEN J. LUCIANO
Notary Public, State of New York
No.01LU6076104
Qualified in Dutchess County
Commission Expires June 17, 20 10

---

[1] If necessary.

NY2:\1926908\02\15@T802!.DOC\58399.0003               2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                   :
                    Debtors.                                :    (Jointly Administered)
                                                                   :
                                                                   :
------------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Lombardo Dufresne, LLP

   275 Madison Ave, 35th Floor

   New York, New York 10016

2. Date of retention:    April 2009

3. Type of services provided (accounting, legal, etc.):

   Legal services

4. Brief description of services to be provided:

   Representation in connection with the disposition of certain assets

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly rate, capped at $25,000 through closing for the initial specified asset sales . . . hourly thereafter

   (a) Average hourly rate (if applicable):

   $450

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $0

   Date claim arose:    N/A

   Source of Claim:    N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: none

   Status: N/A

   Amount of Claim: N/A

   Date claim arose: N/A

   Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares: none

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: none

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None

11. Name of individual completing this form:

    Denis Dufresne – Partner, Lombardo Dufresne, LLP

    *[signature]*