UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :
                        Debtors.                            :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF STEFÁN A SVENSSON

## ON BEHALF OF JURIS LAW OFFICES

STEFÁN A SVENSSON declares and says:

      1.      I am a partner of Juris Law Office, located at Lágmúli 7, 108 Reykjavík, Iceland, (the "Firm").

      2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provides legal services to the Debtors with respect to matters of Icelandic law, and the Firm has consented to provide such services.

      3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ 0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: Reykjavík,
March 27, 2009

_____
STEFAN A. SVENSSON

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
                        Debtors.                    :    (Jointly Administered)
                                                    :
                                                    :
-------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   JURIS - ALMENNA LÖGFRÆÐISTOFAN (JURIS - LAW OFFICE)

   LÁGMÚLA 7

   108 REYKJAVÍK

2. Date of retention: FEBRUARY, 16 TH

3. Type of services provided (accounting, legal, etc.):

NY2:\1926908\02\15@T802!.DOC\58399.0003

_PROVIDE LEGAL SERVICES TO THE DEBTORS_
_WITH RESPECT TO MATTERS OF ICELANDIC LAW_

4. Brief description of services to be provided:

_LEGAL ADVISE REGARDING ICELANDIC LAW_

5. Arrangements for compensation (hourly, contingent, etc.)

_HOURLY_

   (a) Average hourly rate (if applicable):

_350 EUROS_

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

6. Prepetition claims against the Debtors held by the firm: _NONE_

   Amount of claim: $

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm: _NONE_

   Name:

   Status:

   Amount of Claim: $

   Date claim arose:

   Source of claim:

_____

_____

_____

8.  Stock of the Debtors currently held by the firm: NONE

    Kind of shares: _____

    No. of shares: _____

9.  Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm: NONE

    Name: _____

    Status: _____

_____

    Kind of shares: _____

    No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    _____NONE_____

    _____

    _____

    _____

11. Name of individual completing this form:

    _____STEFAN A. SVENSSON_____