JONES DAY
Ross S. Barr
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

JONES DAY
Simon D. Powell
29th Floor, Edinburgh Tower
The Landmark
15 Queen's Road Central
Hong Kong
Telephone: (852) 2526-6895
Facsimile: (852) 2868-5871

Special Counsel to Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | SS.: |
| COUNTY OF NEW YORK | ) | |

Denise Hirtzel, being duly sworn, deposes and says:

1. The deponent resides at 188 Gardner Avenue, Jericho, New York, 11753, is over 18 years of age and is not a party to the above captioned proceeding.

2. On April 9, 2009, deponent caused to be served, a true and correct copy of the following document:

NYI-4174551v1

- First Interim Application of Jones Day, Special Counsel to the Debtors and Debtors in Possession, Seeking Allowance and Payment of Interim Compensation and Reimbursement of Expenses Under 11 U.S.C. Sections 330 and 331 [Docket No. 3313]

upon the parties listed on the annexed service list by the manner indicated.

/s/ Denise Hirtzel
Denise Hirtzel

Sworn to before me on this
14th day of April, 2009

/s/ Alicia Farrington
Notary Public

Alicia Farrington
Notary Public, State of New York
No. 01FA4968424
Qualified in Kings County
Commission Expires June 25, 2010

NYI-4174551v1

**SERVICE LIST**

**By Hand Delivery**

Lehman Brothers Holdings, Inc.
1271 Avenue of the Americas
45th Floor
New York, NY 10020
Attn: John Suckow and David Coles

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Shai Y. Waisman, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
     and Evan Fleck, Esq.

**By Overnight Courier**

Office of United States Trustee
33 Whitehall Street
22nd Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq. and
     Tracy Hope Davis, Esq.

NYI-4174551v1