

# UCO BANK

(Incorporated in India)

Units 4102-06, 41/F, COSCO Tower,
183, Queen's Road Central,
G P O Box 196,
HONG KONG

TEL  : (852) 25249240
FAX  : (852) 28106954
E-MAIL : ucohk@netvigator.com
SWIFT : UCBAHKHH

**ALL LETTERS SHOULD BE ADDRESSED TO THE BANK, AND NOT TO THE INDIVIDUAL.**

Our Ref.: CM/GEN/104/09
March 24, 2009

*Registered.*

Lehman Brothers Holdings Inc. et. al,
Claims Processing Centre
C/o Epiq Bankruptcy Solutions, LLC
FDR Station, P. O. Box 5076
New York, NY 10150-5076

Dear Sir,

**Sub:** **Submission of Proof of claim alongwith our outstanding dues on account of Credit Linked Notes issued by Lehman Brothers Treasury Co. B. V. (Wholly Owned Subsidiary) - Correction**

We have submitted original set of claim for US$ 7,567,442.19 vide our letter No. CM/GEN/14/09 dated 19/01/2009 through DHL courier at 757, Third Avenue, 3rd Floor, New York 10017, which is appearing at Serial No. 1807 dated 20/01/2009 in your website.

We have also forwarded a duplicate copy of above claim through mail, at FDR Station, PO Box 5076 (copy enclosed) on 19/01/2009, clearly stating that original document of proof of claim have been sent through courier to ensure receipt of our claim paper in case you did not receive the original set of papers. However, it appears that based on the second set of our papers, claim was again registered under Serial No. 2651 dated 09/02/2009. Thus, the claim is duplicated. Therefore, we request you to verify the same and do the needful correction in the matter at the earliest.

Soliciting your early response.

Thanking you,

Sincerely,

*[signature]*
Chief Manager

Encl.: as above

**FILED / RECEIVED**
MAR 3 0 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC



# UCO BANK

(Incorporated in India)

Units 4102-06, 41/F, COSCO Tower,
183, Queen's Road Central,
G P O Box 196,
HONG KONG

ALL LETTERS SHOULD BE ADDRESSED TO THE BANK, AND NOT TO THE INDIVIDUAL.

TEL   : (852) 25249240
FAX   : (852) 28106954
E-MAIL : ucohk@netvigator.com
SWIFT : UCBAHKHH

Our Ref.: CM/GEN/14/09
January 19, 2009

Registered

Lehman Brothers Holdings Inc. et. al,
Claims Processing Centre
C/o Epiq Bankruptcy Solutions, LLC
FDR Station, P. O. Box 5076
New York, NY 10150-5076

Dear Sir,

Sub: **Submission of Proof of claim alongwith our outstanding dues on account of Credit Linked Notes issued by Lehman Brothers Treasury Co. B. V. (Wholly Owned Subsidiary)**

We submit the claim in the prescribed format with the required annexures.

We request you to acknowledge receipt of our claims and convey your acceptance of our claims. Please let us know if you require any other details.

Soliciting your due actions,

Thanking you,

Sincerely,

**Chief Manager**

Encl.: as above

P. S.  Original documents of proof of claim have been sent through courier at 757 Third Avenue, 3rd Floor, New York, NY 10017



**UCO BANK**
(A Government of India Undertaking)
UNIT 4102-06, 41/F., COSCO TOWER
183, QUEEN'S ROAD, CENTRAL
HONG KONG

U.S.A.





101503507B B026 AIRMAIL

R HONG KONG
RA 196 035 236HK