**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                        :   Chapter 11 Case No.
                                                             :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,  :   08-13555 (JMP)
                                                             :
          Debtors.                                  :   (Jointly Administered)
                                                             :
----------------------------------------------------------------x   Ref. Docket Nos. 3361-3364

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

   PAUL BELOBRITSKY, being duly sworn, deposes and says:

   1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

   2.   On April 14, 2009, I caused to be served the following:

   a)   "Affidavit / Supplemental Affidavit and Disclosure Statement of Katherine A. Burroughs, on behalf of Dechert LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed April 14, 2009, [Docket No. 3361],

   b)   "Notice of Fifteenth Supplemental List of Ordinary Course Professionals," dated April 14, 2009, [Docket No. 3362],

   c)   "Affidavit and Disclosure Statement of Denis Dufresne, on behalf of Lombardo Dufresne, LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed April 14, 2009, [Docket No. 3363], and

   d)   "Declaration and Disclosure Statement of Stefan A Svensson on behalf of Juris Law Offices Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed April 14, 2009, [Docket No. 3364],

by causing true and correct copies to be:

   a)   delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

      b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

      3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                              /s/ Paul Belobritsky  
Sworn to before me this                               Paul Belobritsky  
15th day of April, 2009  

/s/ Regina Amporfro  
Notary Public, State of New York  
No. 01AM6064508  
Qualified in Bronx County  
Commission Expires September 24, 2009  

2

**EXHIBIT "A"**

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

## Exhibit B – Additional Parties

1. Dechert LLP: bret.harper@dechert.com (Docket # 3361 only)

2. Lombardo Dufresne, LLP: denis@LOMBARDODUFRESNE.COM (Docket # 3363 only)

3. Juris Law Offices: stefan@juris.is (Docket #3364 only)