DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York  12203
(518) 436-0344
Martin A. Mooney, Esq. (MM )

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

       LEHMAN BROTHERS HOLDING INC.,

       Debtor.

Case No. 08-13555-JMP
(Chapter 11)

## CERTIFICATE OF SERVICE

I, Renee C. Scargle, certify that I am not less than eighteen (18) years of age; that I served a copy of the Order dated March 6, 2009 on April 16, 2009.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Lehman Brothers Holding Inc. (Debtor)
745 Seventh Avenue
New York, New York  10019

**E-Mail Service:** via e-mail notification to the following:

Shai Waisman, Esq.
Attorney for Debtor
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, New York  10153

Jacqueline Marcus, Esq.
Attorney for Debtor
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, New York  10153

Harvey R. Miller, Esq.
Attorney for Debtor
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York  10153

/s/ Renee C. Scargle
Renee C. Scargle

B-DCFTEX.08.06896