Bradford E. Dempsey (admitted *pro hac vice*)
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
303.607.3500 (telephone)
303.607.3600 (facsimile)

COUNSEL FOR
M. ARTHUR GENSLER JR. & ASSOCIATES, INC.;
GENSLER-ARCHITECTURE, DESIGN & PLANNING;
GENSLER ARCHITECTURE, DESIGN & PLANNING, P.C.;
GENSLER AND ASSOCIATES/ARCHITECTURE, INC.; AND
COSTELLO MAIONE SCHUCH INC. DBA CMS INNOVATIVE CONSULTANTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE OF FIRM AFFILIATION,**
**WITHDRAWAL OF REQUEST FOR NOTICES,**
**DEMAND FOR SERVICE OF PAPERS AND APPEARANCE**

**PLEASE TAKE NOTICE** that Bradford E. Dempsey, counsel for M. Arthur Gensler Jr. & Associates, Inc., Gensler-Architecture, Design & Planning, Gensler Architecture, Design & Planning, P.C., Gensler and Associates/Architecture, Inc., and Costello Maione Schuch Inc. dba CMS Innovative Consultants (together the "Gensler and CMS Creditors"), has joined the law firm of Faegre & Benson LLP and is no longer affiliated with the law firm of Holme Roberts & Owen LLP[1].

---

[1] Mr. Dempsey's previous address was: Holme Roberts & Owen LLP, 1700 Lincoln Street, Suite 4100, Denver, CO  80203.  Mr. Dempsey's previous email address was: brad.dempsey@hro.com.

**PLEASE TAKE FURTHER NOTICE** that Bradford E. Dempsey hereby withdraws his appearance in this case on behalf of the Gensler and CMS Creditors.

**PLEASE TAKE FURTHER NOTICE** that Bradford E. Dempsey hereby withdraws his request for copies of all notices in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that his name be withdrawn from the mailing list maintained by the Clerk in the above-captioned jointly administered cases, and that no further notices given, or required to be given, and or papers served, or required to be served, in the above-captioned cases be given to, and served upon, the undersigned attorney.

Dated: April 17, 2009
Denver, Colorado

*/s/ Bradford E. Dempsey*
_____
Bradford E. Dempsey (admitted *pro hac vice*)
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
303.607.3500 (telephone)
303.607.3600 (facsimile)
bdempsey@faegre.com

*Counsel for*
*M. Arthur Gensler Jr. & Associates, Inc.,*
*Gensler-Architecture, Design & Planning,*
*Gensler Architecture, Design & Planning, P.C.,*
*Gensler and Associates/Architecture, Inc.,*
*and*
*Costello Maione Schuch Inc. dba CMS Innovative Consultants*

fb.us.3892314.01