Hearing Date and Time: May 13, 2009 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time:  May 6, 2009 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                              :
**In re**                                     :    **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*.,: **08-13555 (JMP)**
                                              :
       **Debtors.**                           :    **(Jointly Administered**)
                                              :
-----------------------------------------------------------------x

**NOTICE OF HEARING ON INTERIM APPLICATIONS OF WINDELS
MARX LANE & MITTENDORF, LLP FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**

PLEASE TAKE NOTICE that a hearing (the "Hearing") shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, on **May 13, 2008 at 10:00 a.m**. **(prevailing Eastern Time**), at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard, to consider the applications for interim allowance of compensation and reimbursement of actual and necessary expenses incurred by Windels Marx Lane & Mittendorf, LLP ("Windels Marx") as set forth on Exhibit A annexed hereto (collectively, the "Applications").

PLEASE TAKE FURTHER NOTICE that Windels Marx filed the Applications electronically with the Bankruptcy Court [Docket Numbers 3327, 3329, and 3330] on April 10, 2009 and the Applications were served on all parties who have requested notice in the above referenced chapter 11 cases by the Debtors' court – approved claims and noticing agent, Epiq Bankruptcy Solutions LLC ("Epiq") [Docket No. 3352] on the same day.  The Applications may be examined and inspected by interested parties on (i) the Court's website (http://www.nysb.uscourts.gov) or (ii) Epiq's website (http://chapter11.epiqsystems.com).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific amounts objected to and the grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon:  (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Shai Y. Waisman, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg,

Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; and (v) the party whose Application is the subject of the objection, so as to be so filed and received by no later than **May 6, 2009 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Applications is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: April 17, 2008
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## **EXHIBIT A**

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Windel Marx Lane & Mittendrof, LLP | 3327 | January 1, 2009 to January 31, 2009 | $217,903.50 | $12,799.75 |
| Windel Marx Lane & Mittendrof, LLP | 3329 | February 1, 2009 to February 28, 2009 | $169,663.50 | $3,962.89 |
| Windel Marx Lane & Mittendrof, LLP | 3330 | March 1, 2009 to March 31, 2009 | $218,060.00 | $1,019.93 |