UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :        09-10560 (JMP)
L B ROSE RANCH LLC,                     :
                                        :
        Debtor.                         :
                                        :
----------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Deborah Quinn, a member in good standing of the bar in the State of Colorado, and, if applicable, the bar of the U. S. District Court for the District of Colorado, request admission **pro hac vice** before the Honorable James M. Peck, to represent the Treasurer of Garfield County, Colorado, and the Board of County Commissioners of Garfield County, Colorado, creditors in the above-referenced case.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated this 10th day of April, 2009.

                                GARFIELD COUNTY ATTORNEY'S OFFICE

                                By /s/ Deborah Quinn
                                   Deborah Quinn

                                Assistant Garfield County Attorney
                                108 8th Street, Suite 219
                                Glenwood Springs, CO 81601
                                (970) 945-9150
                                E-mail: dquinn@garfield-county.com

                                ATTORNEY FOR TREASURER OF GARFIELD
                                COUNTY, COLORADO AND BOARD OF
                                COUNTY COMMISSIONERS OF GARFIELD
                                COUNTY, COLORADO

                                [Stamp: APR 14 2009]

CERTIFICATE OF MAILING

    I, the undersigned, hereby certify that a true and accurate copy of the foregoing Motion for Admission to Practice, *Pro Hac Vice*, was deposited in the United State Mail, postage prepaid, this 10th day of April, 2009, to the following:

Shai Y. Waisman, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avvenue
New York, NY 10153

*Mary Lynn Stevens*