**ADJOURNED HEARING DATE AND TIME**: May 13, 2009 @ 10:00 a.m.

Michael J. Kelly (MK-0915)
Nikhil Singhvi (NS-7607)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York  10019
(212) 728-8000

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF MOTION OF WWK HAWAII-WAIKAPUNA, LLC, WWK HAWAII-MOAULA, LLC, WWK HAWAII-HONU'APO, LLC, WWK HAWAII-LITTLE HONU'APO, LLC, WWK HAWAII-HOUSE PARCEL, LLC, WWK HAWAII-HOUSE PARCEL 2, LLC, AND WWK HAWAII-NAALEHU PARCEL 1, LLC FOR ORDER (I) SETTING PROMPT DATE FOR ASSUMPTION OR REJECTION OF PROJECT LOAN; (II) UPON REJECTION, GRANTING RELIEF FROM THE AUTOMATIC STAY; AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of WWK Hawaii-Waikapuna, LLC, WWK Hawaii-Moaula, LLC, WWK Hawaii-Honu'apo, LLC, WWK Hawaii-Little Honu'apo, LLC, WWK Hawaii-House Parcel, LLC, WWK Hawaii-House Parcel 2, LLC, and WWK Hawaii-Naalehu Parcel 1, LLC for Order (i) Setting Prompt Date for Assumption or Rejection of Project Loan; (ii) Upon Rejection, Granting Relief from the Automatic Stay; and (iii) Granting Related Relief (Docket No. 3182), which was scheduled to be heard on April 22, 2009 at 10:00 a.m., **has been adjourned to May 13, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard

(the "Adjourned Hearing"). The Adjourned Hearing will be held before the Honorable James M. Peck at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

Dated: New York, New York
April 20, 2009

WILLKIE FARR & GALLAGHER LLP

By: __/s/ Michael J. Kelly
Michael J. Kelly (MK-0915)
Nikhil Singhvi (NS-7607)

787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Attorneys for WWK Hawaii-Waikapuna, LLC, WWK Hawaii-Moaula, LLC, WWK Hawaii-Honu'apo, LLC, WWK Hawaii-Little Honu'apo, LLC, WWK Hawaii-House Parcel, LLC, WWK Hawaii-House Parcel 2, LLC, and WWK Hawaii-Naalehu Parcel 1, LLC*