WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------------x : | |
| **In re** : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (JMP)** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |
| ------------------------------------------------------------------x : | |
| **In re** : | |
| : | **Case No.** |
| **LEHMAN BROTHERS INC.,** : | |
| : | **08-01420 (JMP) (SIPA)** |
| Debtor. : | |
| : | |
| ------------------------------------------------------------------x | |

# NOTICE OF AGENDA OF MATTERS
# SCHEDULED FOR HEARING ON APRIL 22, 2009 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I. UNCONTESTED MATTERS:

1. Dual Notice of Presentment of Stipulation and Agreed Order Providing for Lehman Brothers Inc.'s Assumption and Assignment of Certain Market Agent Agreements to Lehman Commercial Paper Inc. **[Docket No. 3217]**

   Response Deadline: April 7, 2009 at 11:00 a.m.

   Responses Received:

   A. Limited Objection and Reservation of Rights of U.S. Bank National Association as Trustee **[Docket No. 3282]**

   Related Documents: None.

   Status: This matter is going forward.

## II. CONTESTED MATTERS:

2. Motion of MidCountry Banks for Relief from the Automatic Stay **[Docket No. 3257]**

   Response Deadline: April 20, 2009 at 4:00 p.m.

   Responses Received:

   A. Response of Aurora Loan Services LLC **[Docket No. 3391]**

   B. Debtors' Objection **[Docket No. 3394]**

   C. Joinder of Official Committee of Unsecured Creditors **[Docket No. 3400]**

   Related Documents: None.

   Status: This matter is going forward.

3. Debtors' Motion for Enforcement of the December 23, 2008 Order Approving the Assumption of Open Trade Confirmations Pursuant to Settlement Agreement **[Docket No. 3000]**

   Response Deadline:    March 16, 2009 at 4:00 p.m.

   Responses Received:

   A.    Objection of DK Acquisition Partners, L.P. **[Docket No. 3174]**

   Related Documents:

   B.    Debtors' Reply **[Docket No. 3371]**

   Status:  This matter is going forward.

**A.    Adversary Proceedings:**

4. Evergreen Solar, Inc. v. Barclays, LBHI, and LBI **[Case No. 08-01633]**

   Response Deadline:    March 4, 2009.

   Related Documents:

   A.    Complaint **[Docket No. 1]**

   B.    Amended Complaint **[Docket No. 22]**

   C.    Motion of Barclays Capital, Inc. to Dismiss Verified Amended Complaint, dated January 14, 2009 **[Docket No. 25]**

   D.    Memorandum of Law of Barclays Capital Inc. **[Docket No. 26]**

   E.    Declaration of Amy Cheng **[Docket No. 27]**

   F.    Debtor LBHI's Partial Motion to Dismiss and Partial Joinder **[Docket No. 29]**

   G.    Motion of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc., to Dismiss Verified Amended Complaint **[Docket No. 30]**

   H.    Response and Memorandum of Law of Evergreen Solar, Inc. **[Docket No. 34]**

      I.      Reply Memorandum of Law of Barclays Capital Inc. **[Docket No. 37]**

      J.      Reply in Further Support of Motion to Dismiss **[Docket No. 39]**

      K.      Reply of Lehman Brothers Holding Inc. **[Docket No. 40]**

Status:  This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

### III.    UNCONTESTED MATTERS:

5.      Notice of Trustee's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order Approving a Systems Access Agreement with Barclays Capital Inc. **[Docket No. 929]**

Response Deadline:    April 17, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This motion is going forward.

6.      Dual Notice of Presentment of Stipulation and Agreed Order Providing for Lehman Brothers Inc.'s Assumption and Assignment of Certain Market Agent Agreements to Lehman Commercial Paper Inc. **[Case No. 08-13555, Docket No. 3217]**

Response Deadline:    April 7, 2009 at 4:00 p.m.

Responses Received:

      A.      Limited Objection and Reservation of Rights of U.S. Bank National Association as Trustee to the Dual Notice of Presentment of Stipulation and Agreed Order Providing for Lehman Brothers Inc.'s Assumption and Assignment of Certain Market Agent Agreements to Lehman Commercial Paper Inc. **[Case No. 08-13555, Docket No. 3282]**

Related Documents:   None.

Status:  This motion is going forward.

IV. **CONTESTED MATTERS:**

7. Notice of Trustee's Motion for an Order, Pursuant to Section 105(A) of the Bankruptcy Code, Approving and Authorizing Procedures for the Return of Misdirected Wires **[Docket No. 954]**

    Response Deadline:   April 17, 2009 at 4:00 p.m.

    Responses Received:

    A. Limited Objection of Official Committee of Unsecured Creditors to Trustee's Motion For an Order, Pursuant to Section 105(A) of the Bankruptcy Code, Approving and Authorizing Procedures for the Return of Misdirected Wires **[Docket No. 987]**

    Related Documents:

    B. Reply in Further Support of Trustee's Motion for an Order, Pursuant to Section 105(a) of the Bankruptcy Code, Approving and Authorizing Procedures for the Return of Misdirected Wires **[Docket No. 997]**

    Status:  This motion is going forward.

V. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc.:**

8. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order Authorizing Debtor to Obtain Postpetition Financing **[Docket No. 434]**

    Response Deadline:   May 7, 2009 at 5:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to May 13, 2009.

9. Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

   Response Deadline:    May 13, 2009.

   Responses Received:

   A.    Objection of R3 Capital Management, LLC **[Docket No. 1909]**

   Related Documents:   None.

   Status:  This matter has been adjourned to May 13, 2009.

10. Debtors' Motion Authorizing Lehman Commercial Paper Inc. to Settle Dispute with the Metropolitan Life Insurance Company **[Docket No. 2978]**

    Response Deadline:    March 12, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status:  This matter is adjourned to May 13, 2009.

11. Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim **[Docket No. 1205]**

    Response Deadline:    May 8, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.    Corrected Exhibit E **[Docket No. 1421]**

    Status:  This matter has been adjourned to May 13, 2009.

12. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay **[Docket No. 3182]**

    Response Deadline:    April 1, 2009 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[Docket No. 3387]**.

    Related Documents:

        B.    Declaration of Alan Worden **[Docket No. 3184]**

    Status:  This matter has been adjourned to May 13, 2009.

13. Debtors Motion for Authorization to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

    Response Deadline:    April 17, 2009 at 4:00 p.m.

    Responses Received:

        A.    Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

    Related Documents:  None.

    Status:  This matter has been adjourned to May 13, 2009.

14. Debtors' Motion for Authorization to (i) Assume Unexpired Lease of Nonresidential Real Property and (ii) Assume and Assign Unexpired Leases of Real Property **[Docket No. 3280]**

    Response Deadline:    May 8, 2009 at 12:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to May 13, 2009.

15. Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

    Response Deadline:  January 9, 2009 at 4:00 p.m.

    Responses Received:

    A. Objection of GE Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited **[Docket No. 2383]**

    B. Hartford Investment Management **[Docket No. 2474]**

    Related Documents:  None.

    Status:  This matter has been adjourned to June 3, 2009.

16. Motion of GE Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited and Fusion Funding Luxembourg, S.A.R.L., for Relief from the Automatic Stay **[Docket No. 2385]**

    Response Deadline:  January 9, 2009.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to June 3, 2009.

**B.   Adversary Proceedings:**

17. Kelly v. Lehman Brothers OTC Derivatives Inc., et al. **[Case No. 08-01621]**

    Pre-Trial Conference

    Answer Deadline:  April 10, 2009.

    Related Documents:

    A. Complaint **[Docket No. 1]**

    B. Amended Complaint **[Docket No. 3]**

    Status:  This matter has been adjourned to May 13, 2009.

18. Nomura Global Financing Products Inc. v. LBSF and LBI **[Case No. 09-01061]**

    Pre-Trial Conference

    Related Documents:

    A.  Adversary Complaint **[Docket No. 1]**

    B.  Answer of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 10]**

    C.  Answer and Counterclaim of Lehman Brothers Special Financing Inc. **[Docket No. 12]**

    Status: This matter has been adjourned to May 13, 2009.

19. Wong, et al. v. HBSC, et al. **[Case No. 09-01120]**

    Pre-Trial Conference

    Answer Deadline:    May 13, 2009

    Related Documents:

    A.  Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned to June 3, 2009.

20. Turnberry et al v. LBHI **[Case No. 09-01062]**

    Pre-Trial Conference

    Related Documents:

    A.  Adversary Complaint **[Docket No. 1]**

    B.  Answer to Complaint and Counterclaim of Lehman Brothers Bank, FSB, Lehman Brothers Holdings Inc. **[Docket No. 8]**

    Status: This matter has been adjourned to June 24, 2009.

**C.     Lehman Brothers Inc.:**

21.    Notice of Motion of Markit Group Limited for Relief From Automatic Stay to Terminate Data Services Agreement and Associated Addenda.  **[Docket No. 356]**

   Response Deadline:    May 4, 2009 at 11:59 p.m.

   Responses Received:  None.

   Related Documents:

   A.    Notice of Adjournment.  **[Docket No. 409]**

   B.    Notice of Adjournment.  **[Docket No. 488]**

   C.    Notice of Adjournment.  **[Docket No. 574]**

   D.    Notice of Adjournment.  **[Docket No. 708]**

   E.    Notice of Adjournment.  **[Docket No. 846]**

   F.    Notice of Adjournment.  **[Docket No. 978]**

   Status:  This matter has been adjourned to May 13, 2009.

22.    Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Lehman Brothers Inc., Barclays Capital Inc. and/or the SIPA Trustee.  **[Docket No. 826]**

   Response Deadline:    May 8, 2009 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A.    Notice of Hearing Regarding Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Lehman Brothers Inc., Barclays Capital Inc. and/or the SIPA Trustee.  **[Docket No. 827]**

   B.    Notice of Adjournment.  **[Docket No. 908]**

   C.    Notice of Adjournment.  **[Docket No. 981]**

   Status:  This matter has been adjourned to May 13, 2009.

23. Notice of Trustee's Motion for Entry of Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006 and 9019 Authorizing the Assumption and Assignment of Debtor's Rights and Obligations Under a Patent License Agreement and a Software License Agreement **[Docket No. 921]**

    Response Deadline:    May 8, 2009 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:

    A.    Notice of Adjournment **[Docket No. 989]**

    Status:  This matter has been adjourned to May 13, 2009.

**VI.    Withdrawn Matters:**

24. Motion of 1407 Broadway Real Estate LLC and PRGS 1407 BWAY LLC for Relief from the Automatic Stay **[Docket No. 2752]**

    Response Deadline:    April 20, 2009 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:

    A.    Notice of Withdrawal **[Docket No. 3388]**

    Status:  This matter has been withdrawn.

Dated: April 21, 2009
      New York, New York

                        /s/ Harvey R. Miller
                        Harvey R. Miller

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession


Dated: April 21, 2009
      New York, New York

                        /s/ Jeffrey S. Margolin
                        James B. Kobak, Jr.
                        David W. Wiltenburg
                        Jeffrey S. Margolin

                        HUGHES HUBBARD & REED LLP
                        One Battery Park Plaza
                        New York, New York 10004
                        Telephone: (212) 837-6000
                        Facsimile: (212) 422-4726

                        Attorneys for James W. Giddens, Trustee for
                        the SIPA Liquidation of Lehman Brothers Inc.