Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
                                        :
In re:                                  :        Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        08-13555 (JMP)
                                        :
                        Debtors.        :        (Jointly Administered)
                                        :
----------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

   ELLIOT C. LAW, being duly sworn, deposes and says:

   I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases.  I am employed by the law firm of Milbank, Tweed, Hadley & McCloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

   On the 20th of April, 2009, I caused a copy of the following document:

JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' OBJECTION TO MIDCOUNTRY BANK'S MOTION FOR ENTRY OF AN ORDER (i) GRANTING RELIEF FROM AUTOMATIC STAY, (ii) WAIVING THE 10-DAY STAY UNDER FED. R. BANKR. P. 4000(a)(3), AND (iii) GRANTING RELATED RELIEF, WITH INCORPORATED MEMORANDUM OF LAW,

to be served upon the parties identified on Exhibit <u>A</u> attached hereto by electronic mail, to be served upon the parties listed on Exhibit <u>B</u> attached hereto by facsimile, and to be served upon the parties listed on Exhibit <u>C</u> attached hereto by FedEx for next day delivery.


  /s/ Elliot C. Law
Elliot C. Law


**SWORN TO AND SUBSCRIBED** before me this 21st day of April, 2009


  /s/ Charmaine  Thomas
Charmaine  Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 18, 2010

## Exhibit A

Richard.krasnow@weil.com; Lori.fife@weil.com; Shai.waisman@weil.com; Jacqueline.marcus@weil.com; aalfonso@kayescholer.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; akihiko_yagyuu@chuomitsui.jp; albaugh.colin@pbgc.gov; alex.torres@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anne.kennelly@hp.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; avi.gesser@dpw.com; awasserman@lockelord.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; basilumari@andrewskurth.com; bbisignani@postschell.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; brad.dempsey@hro.com; brian.pfeiffer@friedfrank.com; brian_corey@gtservicing.com; bromano@willkie.com; broy@rltlawfirm.com; bruce.ortwine@sumitomotrust.co.jp; bspector@jsslaw.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cdesiderio@nixonpeabody.com; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com; cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp; cohenr@sewkis.com; cp@stevenslee.com; crmomjian@attorneygeneral.gov; crogers@orrick.com; cs@stevenslee.com; cschreiber@winston.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@pulicans.com; daniel.guyder@allenovery.com; danna.drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; dckaufman@hhlaw.com; dclark@stinson.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deborah.saltzman@dlapiper.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dfriedman@kasowitz.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; donald.badaczewski@dechert.com; douglas.bacon@lw.com; douglas.mcgill@dbr.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dswan@mcguirewoods.com;

dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; eagle.sara@pbgc.gov; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@pbgc.gov; efile@willaw.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ehorn@lowenstein.com; ekbergc@lanepowell.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezavalkoff-babej@vedderprice.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com; fred.berg@rvblaw.com; fsosnick@shearman.com; gabriel.delvirginia@verizon.net; gauchb@sec.gov; GGraber@HodgsonRuss.com; giaimo.christopher@arentfox.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; GLee@mofo.com; glee@mofo.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gnovod@kramerlevin.com; gravert@mwe.com; gschiller@zeislaw.com; gspilsbury@jsslaw.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com; heiser@chapman.com; hirsh.robert@arentfox.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com; jamestecce@quinnemanuel.com; jason.jurgens@cwt.com; jatkins@duffyandatkins.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com; jfinerty@pfeiferlaw.com; jfox@joefoxlaw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhs7@att.net; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jketten@willkie.com; jkurtzman@klehr.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com; joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jtimko@allenmatkins.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com; jwishnew@mofo.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com; karol.denniston@dlapiper.com; KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; Klippman@munsch.com; klyman@irell.com; kmayer@mccarter.com; kmisken@mcguirewoods.com; kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; kristin.going@dbr.com; krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com;

lalshibib@reedsmith.com; Landon@StreusandLandon; lattard@kayescholer.com;
lawrence.bass@hro.com; lberkoff@moritthock.com; lbtancredi@venable.com;
lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com;
lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com;
Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com;
lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com;
lubell@hugheshubbard.com; lwhidden@salans.com; lwong@pfeiferlaw.com;
mabrams@willkie.com; macronin@debevoise.com; MAOFILING@CGSH.COM;
Marc.Chait@standardchartered.com; margolin@hugheshubbard.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
mark.sherrill@sutherland.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov;
masaki_konishi@noandt.com; matthew.dyer@prommis.com; matthew.klepper@dlapiper.com;
Mbass@HodgsonRuss.com; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com;
mbienenstock@dl.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com;
mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com;
metkin@lowenstein.com; mgordon@briggs.com; mgreger@allenmatkins.com;
mhopkins@cov.com; michael.kim@kobrekim.com; mimi.m.wong@irscounsel.treas.gov.;
mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com;
mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com;
mmendez@hunton.com; mmickey@mayerbrown.com; mmooney@deilylawfirm.com;
mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com;
mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com;
mschimel@sju.edu; MSchleich@fraserstryker.com; mschonholtz@kayescholer.com;
mshiner@tuckerlaw.com; mspeiser@stroock.com; mstamer@akingump.com;
mvenditto@reedsmith.com; Nasreen.Bulos@dubaiic.com; ncoco@mwe.com;
neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov;
nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-
0154@mhmjapan.com; oipress@travelers.com; omeca.nedd@lovells.com; owllady@hughes.net;
patrick.potter@pillsburylaw.com; paul.deutch@troutmansanders.com;
paul.turner@sutherland.com; pbattista@gjb-law.com; pbentley@kramerlevin.com;
pbosswick@ssbb.com; pdublin@akingump.com; peter.gilhuly@lw.com;
peter.simmons@friedfrank.com; peter.zisser@hklaw.com; peter@bankrupt.com;
pfeldman@oshr.com; phayden@mcguirewoods.com; pnichols@whitecase.com;
ppascuzzi@ffwplaw.com; ppatterson@stradley.com; pprewitt@lockelord.com;
psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com; pwright@dl.com;
r.stahl@stahlzelloe.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com;
rbeacher@daypitney.com; rbyman@jenner.com; rcarlin@breslowwalker.com;
rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com;
rfrankel@orrick.com; rgmason@wlrk.com; rgraham@whitecase.com;
rhett.campbell@tklaw.com; richard.lear@hklaw.com; richard.levy@lw.com; ritkin@steptoe.com;
RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com;
rmunsch@munsch.com; rnetzer@willkie.com; rnies@wolffsamson.com; rnorton@hunton.com;
robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com;
robert.malone@dbr.com; Robert.yalen@usdoj.gov; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rreid@sheppardmullin.com; RTrust@cravath.com;
rwasserman@cftc.gov; rwynne@kirkland.com; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com;
Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; schapman@willkie.com;
Schepis@pursuitpartners.com; schristianson@buchalter.com; scottshelley@quinnemanuel.com;

scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sean@blbglaw.com;
sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com;
sfox@mcguirewoods.com; sgordon@cahill.com; SGross@HodgsonRuss.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; sheehan@txschoollaw.com;
shumaker@pursuitpartners.com; shumaker@pursuitpartners.com; sidorsky@butzel.com;
slerner@ssd.com; SLoden@DiamondMcCarthy.com; smillman@stroock.com;
smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com;
spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com; sselbst@herrick.com;
sshimshak@paulweiss.com; stan@smehaffey.com; steele@lowenstein.com;
stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com;
steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com;
susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; szuch@wiggin.com;
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@duffyandatkins.com;
TGoren@mofo.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov;
thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com;
tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com;
tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com;
toby.r.rosenberg@irscounsel.treas.gov; tslome@msek.com; ttracy@crockerkuno.com;
twatanabe@mofo.com; twheeler@lowenstein.com; ukreppel@whitecase.com;
vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com;
vrubinstein@loeb.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com;
wbenzija@halperinlaw.net; wcurchack@loeb.com; weguchi@orrick.com; weissjw@gtlaw.com;
wendy.rosenthal@cliffordchance.com; william.m.goldman@dlapiper.com;
wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com;
wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com;
wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; lynne.gugenheim@cna.com;
Karla.Lammers@cna.com; rmeth@daypitney.com; srodgers@fwlaw.com

## **Exhibit B**

Office of the New York Attorney General
Fax No.:  (212) 416-6042

Internal Revenue Service
Fax No.:  (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
Fax No.:  (212) 668-2255

## Exhibit C

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
            Lori R. Fife, Esq.
            Shai Y. Waisman, Esq.
            Jacqueline Marcus, Esq.


Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield, Esq.
            Lisa Schweitzer, Esq.


Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
            Hydee R. Feldstein, Esq.


Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.
            Paul Schwartzberg, Esq.
            Brian Masumoto, Esq.
            Linda Rifkin, Esq.
            Tracy Hope Davis, Esq.


Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932
Attn: Richard M. Meth, Esq.


Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Attn: Scott T. Rodgers, Esq.