KELLEY DRYE & WARREN LLP
Eric R. Wilson (EW 4302)
Howard S. Steel (HS 5515)
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

Attorneys for Tullett Prebon Holdings Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF**
**TULLETT PREBON HOLDINGS CORPORATION'S OBJECTION**
**TO CURE AMOUNTS AND RESERVATION OF RIGHTS**
**[Docket No. 891]**

Tullett Prebon Holdings Corporation and its subsidiaries, Tullett Prebon (Europe) Limited and its subsidiaries, Tullett Prebon (Securities) Limited and its subsidiaries, Tullett Prebon Canada Limited and its subsidiaries, and Tullett Prebon (Singapore) Limited and its subsidiaries, by and through its counsel, Kelley Drye & Warren LLP, hereby withdraws the Cure Objection and Reservation of Rights filed on October 3, 2008, ***Docket No. 891***, in response to the Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to, Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser, dated September 18, 2008, as supplemented by the Notice of Revisions to Schedules of Certain

Contracts and Leases Assumed and Assigned to Purchaser, dated October 1, 2008.

Dated: April 22, 2009

                                    KELLEY DRYE & WARREN LLP

                                    By: */s/ Eric R. Wilson*_____
                                          Eric R. Wilson (EW 4302)
                                          Howard S. Steel (HS 5515)
                                    101 Park Avenue
                                    New York, New York 10178
                                    Tel: (212) 808-7800
                                    Fax: (212) 808-7897

                                    Attorneys for Tullett Prebon Holdings Corporation