PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
Telephone:  (215) 981-4481
Facsimile:  (215) 981-4750
Francis J. Lawall, Esq.

and

PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone:  (302) 7770-6500
Fax:  (302) 421-8390
Evelyn J. Meltzer, Esq.
John H. Schanne II, Esq.

Counsel for EnCana Corporation and EnCana Oil & Gas Partnership

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | ) |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et. al.,* | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the undersigned hereby enter their appearance for and on

behalf of EnCana Corporation and EnCana Oil & Gas Partnership ("EnCana"), pursuant to Rule

9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and the

undersigned hereby request, pursuant to Rules 2002 and 9001 of the Bankruptcy Rules and 11

U.S.C. § 342, that they be added to the official mailing matrix and service lists in these cases and

#10821778 v1

that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or

any proceeding therein, be served upon the below counsel at the following addresses, facsimile

numbers, and e-mail addresses:

| | |
|---|---|
| Francis J. Lawall, Esq. | Evelyn J. Meltzer, Esq. |
| Pepper Hamilton LLP | John H. Schanne II, Esq. |
| 3000 Two Logan Square | Pepper Hamilton LLP |
| Eighteenth and Arch Streets | Hercules Plaza, Suite 5100 |
| Philadelphia, Pennsylvania 19103-2799 | 1313 Market Street |
| Telephone: (215) 981-4481 | P.O. Box 1709 |
| Facsimile: (215) 981-4750 | Wilmington, DE 19899-1709 |
| E-Mail: lawallf@pepperlaw.com | Telephone: (302) 777-6500 |
| | Facsimile: (302) 421-8390 |
| | E-mail: meltzere@pepperlaw.com |
| | schannej@pepperlaw.com |

Please take further notice that the foregoing request includes not only the notices

and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, any order, notice, application, complaint, demand, motion, petition, pleading or

request, whether formal or informal, written or oral, and whether transmitted or conveyed by

mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the

referenced cases and proceedings herein. This Notice of Appearance and Request for Notice,

and any subsequent appearance, pleading, claim, or suit, shall not be deemed or construed to be a

waiver of EnCana's right: (1) to have final orders in noncore matters entered only after de novo

review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any

case, controversy or proceeding related to these cases; (3) to have the District Court withdraw the

reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights,

claims, actions, setoffs, or recoupments to which EnCana is or may be entitled, in law or in

-2-

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments EnCana expressly

reserves.


Dated: April 22, 2009                          Respectfully Submitted,
        Wilmington, Delaware
                                               PEPPER HAMILTON LLP

                                               By: /s/ Francis J. Lawall
                                               Francis J. Lawall, Esq.
                                               Pepper Hamilton LLP
                                               3000 Two Logan Square
                                               Eighteenth and Arch Streets
                                               Philadelphia, Pennsylvania 19103-2799
                                               Telephone:  (215) 981-4481
                                               Facsimile:  (215) 981-4750
                                               E-Mail:  lawallf@pepperlaw.com

                                               and

                                               Evelyn J. Meltzer, Esq.
                                               John H. Schanne II, Esq.
                                               Pepper Hamilton LLP
                                               Hercules Plaza, Suite 5100
                                               1313 Market Street
                                               P.O. Box 1709
                                               Wilmington, DE 19899-1709
                                               Telephone:  (302) 777-6500
                                               Facsimile:  (302) 421-8390

                                               *Counsel for EnCana Corporation and EnCana
                                               Oil & Gas Partnership*

#10821778 v1