PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
Telephone: (215) 981-4481
Facsimile: (215) 981-4750
Francis J. Lawall, Esq. (FL 0972)

and

PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 7770-6500
Fax: (302) 421-8390
Evelyn J. Meltzer, Esq.
John H. Schanne II, Esq.

Counsel for EnCana Corporation and EnCana Oil & Gas Partnership

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et. al.*, | ) | 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on April 22, 2009, true and accurate copies of the foregoing Notice of Appearance and Request for Notice were caused to be served via United States first class mail, postage prepaid, on the entities on the attached service list.

#10872770 v1

Dated: April 22, 2009

Respectfully Submitted,

PEPPER HAMILTON LLP

By: /s/ Francis J. Lawall
Francis J. Lawall, Esq. (FL 0972)
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
Telephone: (215) 981-4481
Facsimile: (215) 981-4750
E-Mail: lawallf@pepperlaw.com

and

Evelyn J. Meltzer, Esq.
John H. Schanne II, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

*Counsel for EnCana Corporation and EnCana Oil & Gas Partnership*

#10872770 v1

Lehman Brothers Holdings, Inc.
c/o Diane Harvey, Esquire
Harvey R. Miller, Esquire
Jacqueline Marcus, Esquire
Shai Waisman, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Lehman Brothers Holdings, Inc.
Jerrold Lyle Bregman, Esquire
Lynn P. Harrison, III, Esquire
Steven J. Reisman, Esquire
Curtis Mallet-Prevost colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
c/o Jeffrey S. Margolin, Esquire
Sarah K. Loomis Cave, Esquire
1 Battery Park Plaza
New York, NY 10004

Andrew D. Velez-Rivera
Office of the U. S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Claims & Noticing Agent
Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue
3rd Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o Dennis F. Dunne, Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

#10856699 v1