**KIRKLAND & ELLIS LLP**
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Iskender H. Catto
Counsel to Pacific Summit Energy LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Pacific Summit Energy LLC, by their undersigned counsel, files this Notice of Appearance and Request for Service of Papers in the captioned cases, pursuant to Rules 2002, 3017, 9007 and 9010 of the Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests that copies of all notices and pleadings given or filed in this case be given to and served upon the following persons at the following addresses and telephone numbers:

> Iskender H. Catto, Esq.
> Kirkland & Ellis LLP
> Citigroup Center
> 153 East 53rd Street
> New York, New York 10022-4611
> Telephone: (212) 446-4800
> Facsimile: (212) 446-4900
> *icatto@kirkland.com*

**PLEASE TAKE FURTHER NOTICE** pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedule of assets and

K&E 14493491.1

-2-

liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise filed with regard to this case and any proceedings therein.

DATED: April 21, 2009

Respectfully submitted,

_____/s/_____
Iskender H. Catto
KIRKLAND & ELLIS LLP
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

Counsel to Pacific Summit Energy LLC