UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
Lehman Brothers Holdings Inc., et al.,             :    Case No. 08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Kelly R. Fitzgerald, being duly sworn, deposes and says:

(I)   That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)  That on April 20, 2009 she caused the following to be served: *Notice of Adjournment of Motion of WWK Hawaii-Waikapuna, LLC, WWK Hawaii-Moaula, LLC, WWK Hawaii-Honu'apo, LLC, WWK Hawaii-Little Honu'apo, LLC, WWK Hawaii-House Parcel, LLC, WWK Hawaii-House Parcel 2, LLC, and WWK Hawaii-Naalehu Parcel 1, LLC For Order (I) Setting Prompt Date for Assumption or Rejection of Project Loan; (II) Upon Rejection, Granting Relief from the Automatic Stay; and (III) Granting Related Relief* [Docket No. 3393] via standard mail to the entities listed on the annexed Exhibit "A".

_____
Kelly R. Fitzgerald

Sworn to before me this

22nd day of April 2009

_____
Notary Public

CHARLES TRICOMI, JR.
Notary Public, State of New York
No. 01TR6194117
Qualified in New York County
Commission Expires Sept. 29, 2012

# EXHIBIT A

The Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Weil Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153
(Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y.
Waisman, Esq., and Jacqueline Marcus, Esq.)

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Andy Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Riffkin, and Tracy Hope Davis)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne,
Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)