UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

State of New York    )
                     )   ss.:
County of New York  )

    I, Robert Orren, being dully sworn according to law, deposes and says that I am employed by Kirkland & Ellis LLP, with offices at 153 East 53rd Street, New York, New York 10022.

    On April 22, 2009, I caused copies of the Notice of Appearance and Request for Service of Papers on behalf of Iskender Catto (Docket No. 3413) to be served on the parties attached hereto as Exhibit A by regular mail.

Dated: April 22, 2009

                                                 /s/ Robert Orren
                                                 Robert Orren

Sworn to before me this
22nd day of April, 2009

/s/ Beth Friedman Lurie
Notary Public

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 20___

K&E 12776355.

**Exhibit A**

Via regular mail:

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Andrew D. Velez-Rivera
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Harvey Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

K&E 12776355.