37097 S. Stoney Cliff Drive
Tucson, Arizona 85739-1408
April 17, 2009

Stuart M. Bernstein
Chief Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, New York 10004

Dear Judge Bernstein:

I strongly object to the exorbitant payment requested by the Weil, Gotshal & Manges LLP attorneys for their work representing the bankruptcy of Lehman Brothers. At a time when the economy is in crisis and executive bonuses are being questioned, I feel these fees are excessive and should be capped.

I am a retired teacher who purchased $50,000 of Lehman's corporate bonds (dated 2/15/2005) for their security, believing their AA rating was a true evaluation for a conservative investment.

Please review the fees and consider a cap on the payments for debtor counsel at the May 13, 2009 hearing.

Respectfully,

*Edith S. Hall*

Edith S. Hall