UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 729
NEW YORK, NY. 10004-1408

STUART M. BERNSTEIN
CHIEF BANKRUPTCY JUDGE
PHONE (212) 668-2304

April 22, 2009

Ms. Edith S. Hall
37097 S. Stoney Cliff Drive
Tucson, Arizona 85739

RE: **Case No. 08-13555 (JMP)**

Dear Ms. Hall:

We are in receipt of your letter dated April 17, 2009 concerning the Lehman Brothers Holdings, Inc. bankruptcy.

Please be advised that this case has been assigned to the Hon. James M. Peck, located at #1 Bowling Green, New York, New York. I am forwarding your letter to the Chambers of Judge Peck for their information and further handling.

Very truly yours,

*/s/ Maria Parks*

MARIA PARKS
Courtroom Deputy to the
Hon. Stuart M. Bernstein
Chief U.S. Bankruptcy Judge

cc: Hon. James M. Peck