PRESENTMENT DATE AND TIME: **May 4, 2009 at 9:30 a.m.**
OBJECTION DEADLINE:  **May 1, 2009 at 4:00 p.m.**

Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 310-3999

*Attorneys for Barclays Capital Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-01420 (JMP) |
| Lehman Brothers Inc., | SIPA |
| Debtor. | |
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., <u>et al</u>. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF PRESENTMENT OF STIPULATION AND AGREED ORDER
RESOLVING OBJECTION TO ASSUMPTION AND ASSIGNMENT OF
<u>AGREEMENTS WITH ORACLE</u>**

PLEASE TAKE NOTICE that the *Stipulation and Agreed Order Resolving Objection to Assumption and Assignment of Agreements With Oracle* annexed hereto (the "<u>Stipulation</u>") will be presented to the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>") for approval and signature on **May 4, 2009 at 9:30 a.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the

Stipulation must comply with the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and the Local Rules of the United States Bankruptcy Court for the Southern District of

New York, must be set forth in a writing describing the basis thereof and must be filed with the

Bankruptcy Court electronically in accordance with General Orders M-182 and M-193 by

registered users of the Bankruptcy Court's electronic case filing system (the User's Manual for

the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official

website of the Bankruptcy Court) and, by all other parties in interest, on a 3 and 1/2 inch disk,

preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based

word-processing format (with a hard copy delivered directly to Chambers (as defined below))

and served in accordance with General Order M-182 or by first-class mail upon each of the

following: (i) the chambers of the Honorable James M. Peck ("Chambers"), One Bowling Green,

New York, New York 10004, Courtroom 601; (ii) Hughes, Hubbard & Reed, LLP, One Battery

Park Plaza, New York, New York 10004 (Attn: Christopher K. Kiplok, Esq. and Jeffrey S.

Margolin, Esq.), attorneys for SIPA Trustee James W. Giddens; (iii) Securities Investor

Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005 (Attn:

Kenneth J. Caputo); (iv) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera,

Paul Schwartzberg, Brian Masumoto, Linda Riftkin and Tracy Hope Davis); (v) Milbank,

Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn:

Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.), attorneys for the Official

Committee of Unsecured Creditors; (vi) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New

York, New York 10153 (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman,

2

Esq., and Jacqueline Marcus, Esq.); (vii) Buchalter Nemer, PC, 333 Market Street, 25th Floor,

San Francisco, CA 94105 (Attn: Shawn M. Christianson, Esq.), attorney for Oracle USA, Inc.;

and (viii) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York

10006 (Attn: Lindsee P. Granfield, Esq. and Lisa Schweitzer, Esq.), attorneys for Barclays

Capital Inc., so as to be received not later **than 4:00 p.m. (ET) on May 1, 2009.**

PLEASE TAKE FURTHER NOTICE that if no objections to the Stipulation are timely

filed, served and received in accordance with this notice, the Court may enter an order approving

the Stipulation without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed and served,

a hearing will be held to consider the Stipulation, along with any written objection timely

received, on **May 13, 2009 at 10:00 (ET)** at the United States Bankruptcy Court for the Southern

District of New York, Honorable James M. Peck, United States Bankruptcy Judge, One Bowling

Green, New York, New York 10004-1408, 6th Floor.  The moving and objecting parties are

required to attend the hearing and failure to attend in person or by counsel may result in relief

being granted or denied upon default.

Dated:  New York, New York
      April 23, 2009

                              **CLEARY GOTTLIEB STEEN &
                              HAMILTON LLP**

                              By:   /s/ Lindsee P. Granfield
                                   Lindsee P. Granfield
                                   Lisa M. Schweitzer
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone: (212) 225-2000
                              Facsimile: (212) 225-3999

                              Counsel to Barclays Capital Inc.

PRESENTMENT DATE AND TIME: **May 4, 2009 at 9:30 a.m.**
OBJECTION DEADLINE:  **May 1, 2009 at 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 08-01420 (JMP) |
| Lehman Brothers Inc., | ) | SIPA |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., et al. | ) | Case No. 08-13555 (JMP) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## STIPULATION AND AGREED ORDER RESOLVING OBJECTION TO ASSUMPTION AND ASSIGNMENT OF AGREEMENTS WITH ORACLE

WHEREAS, commencing on September 15, 2008 and periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC ("745") commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (Case Nos. 08-13555 and 08-13600, such cases, the "Chapter 11 Cases");

WHEREAS, on or about September 19, 2008 (the "Petition Date"), a proceeding was commenced under the Securities Investor Protection Act of 1970, as amended ("SIPA"), 15 U.S.C. §§ 78aaa et seq., with respect to Lehman Brothers Inc. ("LBI", together with LBHI, 745 and the other affiliated debtors and debtors in possession, the "Debtors") and James W. Giddens (the "Trustee") was appointed as Trustee under the SIPA to administer LBI's estate (Case No. 08-01420, such proceeding, the "SIPA Proceeding");

WHEREAS, the SIPA Proceeding is pending in the Bankruptcy Court;

WHEREAS, on September 16, 2008, LBHI, LBI and 745 entered into an Asset Purchase Agreement (and any amendments, clarifications, or modifications thereto, including that certain Clarification Letter dated September 20, 2008, the "Purchase Agreement") with Barclays Capital Inc. ("Purchaser");

WHEREAS, Section 2.5 of the Purchase Agreement provides, *inter alia*, that for a period of sixty days (60) after September 22, 2008 (the "Closing Date"), the Purchaser may designate contracts related to the assets purchased for assignment to the Purchaser;

WHEREAS, on or about September 17, 2008, the Debtors filed the Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets (the "Sale Motion");

WHEREAS, on September 18, 2008, the Debtors identified certain executory contract counterparties, executory contracts, and/or unexpired leases for assumption and assignment to the Purchaser as of the Closing Date by listing those counterparties and/or contracts in schedules (the "Schedules") posted on http://chapter11.epiqsystems.com/lehman (the "Website");

WHEREAS, on September 20, 2008, the Court granted Debtors' Sale Motion and entered an order (the "Sale Order") approving the Purchase Agreement and the various transactions contemplated therein in the Chapter 11 Cases, including, pursuant to paragraph 12 of the Sale Order, the assumption and assignment of Closing Date Contracts[1], and the deadline to object to cure amounts associated with such assumptions and assignments;

WHEREAS, on September 20, 2008, the Bankruptcy Court also entered an order approving and incorporating by reference the Sale Order in the SIPA Proceeding;

WHEREAS, prior to the Petition Date, the Debtors had entered into certain agreements with Oracle USA, Inc. and certain of its predecessors-in-interest[2] (collectively, the "Oracle Agreements");

WHERAS, Oracle was included among the counterparties on the Schedules of Closing Date Contracts posted on the Website;

WHEREAS, on October 3, 2008, Oracle filed an Objection to the assumption and assignment of the Oracle Agreements [Case No. 08-13555; Docket No. 590] (the "Objection") asserting that under 11 U.S.C. § 365(c)(1) the Oracle Agreements are not assignable without Oracle's consent and that Oracle did not consent to such assignment; and

WHEREAS, Oracle and the Purchaser have reached a consensual resolution of the Objection and wish to stipulate to the terms of resolution thereof;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, AND ORDERED BY THE BANKRUPTCY COURT, THAT:

1.     The Oracle Agreements have not been, and shall not be, assumed and assigned to the Purchaser as Closing Date Contracts or otherwise;

---

[1] Capitalized terms not otherwise defined herein have the definitions provided for such terms in the Sale Order.

[2] Oracle USA, Inc. is the successor-in-interest to Oracle Corporation, BEA Systems, Inc., PeopleSoft USA, Inc., Thor Technologies, Inc., TimesTen Performance Software and Siebel Systems, Inc. (collectively, "Oracle").

2.      Despite the inclusion of the Oracle Agreements on the Schedules of Closing Date Contracts, the Debtors', the Trustee's and Oracle's respective rights as to the Oracle Agreements, including, but not limited to, those under sections 362 and 365 of the Bankruptcy Code, are preserved;

3.      Oracle's rights to assert an administrative expense claim under 11 U.S.C. § 503(b) or otherwise, and the Debtors' or Trustee's rights to object to such claim, if any, shall not be affected by this Stipulation; *provided, however*, that the inclusion of the Oracle Agreements on the Schedules of Closing Date Contracts shall not in and of itself give rise to any administrative expense claim or damage claim against any of the Debtors or their estates, whether under 11 U.S.C. § 503(b) or otherwise;

4.      Nothing in this Stipulation shall bind, be collateral estoppel or otherwise prejudice any party in interest's rights or position with regard to the applicability of or requirements under 11 U.S.C. § 365(c)(1) as to any Closing Date Contracts or Designated Contracts, other than the Oracle Agreements;

5.      This Stipulation may be executed in counterparts, each of which, when so executed and delivered, shall be deemed to be an original and shall be binding on the party who, through its counsel, signed the counterpart, all of which together shall constitute a single agreement;

6.      The person who executes this Stipulation by or on behalf of each respective party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each such party; and

7.      This Stipulation shall be governed by the laws of the State of New York, without regard to the application of New York's conflict of law principles.

Dated:  New York, New York
        April 22, 2009

BUCHALTER NEMER, PC

 /s/ Shawn M. Christianson
Shawn M. Christianson, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 227-0900

*Counsel for Oracle USA, Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

 /s/ Lindsee P. Granfield
Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000

*Counsel for Barclays Capital Inc.*

HUGHES HUBBARD & REED LLP

__/s/ Jeffrey S. Margolin_____
James B. Kobak, Jr., Esq.
Jeffrey S. Margolin, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Attorneys for James W. Giddens, Trustee for
SIPA Liquidation of Lehman Brothers Inc.*

WEIL, GOTSHAL & MANGES LLP

__/s/ Lori R. Fife_____
Lori R. Fife, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings, Inc.
and its Affiliated Debtors and Debtors-in-
Possession*

SO ORDERED
this ___ day of May, 2009


_____
United States Bankruptcy Judge