Paul Batista, Esq.  
PAUL BATISTA, P.C.  
Broadway – Suite 1900  
New York 10004  
Telephone: (212) 980-0070  
Facsimile: (212) 344-7677  
E-mail: Batista007@aol.com  

Hearing Date and Time:  
May 13, 2009 at 10:00 a.m.  
Objection Deadline: New York,  
May 6, 2009 at 4:00 p.m.  

*Attorneys Unclaimed Property Recovery Service, Inc.*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION  
CORPORATION,

      Plaintiff-Applicant,   Case No. 08-01420 (JMP) SIPA

      v.

LEHMAN BROTHERS, INC.   SIPA Liquidation Proceeding

      Defendant.

-----------------------------------------------------------------x

**CORRECTED NOTICE OF HEARING ON MOTION OF  
UNCLAIMED PROPERTY RECOVERY SERVICE, INC.  
FOR ORDERS (A) COMPELLING PAYMENT OF UNCLAIMED FUNDS  
BY THE NEW YORK STATE COMPTROLLER,  
(B) LIFTING THE AUTOMATIC STAY, OR, ALTERNATIVELY,  
PROVIDING RELIEF FROM THE AUTOMATIC STAY,  
(C) ALLOWING PAYMENT FOR SERVICES PROVIDED POSTPETITION  
<u>AND (D) OTHER RELATED RELIEF</u>**

    **PLEASE TAKE NOTICE** that on May 13, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601 in the Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, to consider the Unclaimed Property Recovery Service, Inc. Motion for Determination that the Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay (the "Motion"), filed herein on April 8, 2009.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be: (a) in writing, stating the name of the objecting party and shall state with particularity the reasons for the objection; (b) filed with the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (with a courtesy copy to Judge Peck's Chambers) in accordance with the procedures in the paragraph immediately below; and (c) served upon the undersigned counsel for Movant so as to be received no later than May 6, 2009.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be filed: (a) through the Bankruptcy Court's electronic filing system; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format to the Clerk of the Bankruptcy Court with a label containing the information indicated in section (b) of this paragraph. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.

**PLEASE TAKE FURTHER NOTICE** that the Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion may be adjourned from time to time, without further notice to parties in interest, other than the announcement of the adjourned date or dates at the hearing.

Dated: New York, New York
April 23, 2009

                                      **PAUL BATISTA, P.C.**
                                      *Attorneys Unclaimed Property Recovery Service, Inc.*

                                        /s/ Paul Batista
                                      Paul Batista, Esq. (PB8717)
                                      26 Broadway – Suite 1900
                                      New York, New York 10004
                                      Telephone: (212) 980-0070
                                      Facsimile: (212) 344-7677
                                      E-mail: Batista007@aol.com