Paul Batista, Esq.
PAUL BATISTA, P.C.
26 Broadway – Suite 1900
New York 10004
Telephone: (212) 980-0070
Facsimile: (212) 344-7677
E-mail: Batista007@aol.com

*Attorneys Unclaimed Property Recovery Service, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| **In re** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* | **Case No. 08-13555 (JMP)** |
| **Debtors.** | **Jointly Administered** |

-----------------------------------------------------------x

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | |
| **Plaintiff-Applicant,** | **Case No. 08-01420 (JMP) SIPA** |
| v. | |
| **LEHMAN BROTHERS, INC.** | **SIPA Liquidation Proceeding** |
| **Defendant.** | |

-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused a true and correct copy of the Corrected Notice of Motion of Unclaimed Property Recovery Service, Inc. [Docket No. 3345] for Determination that the Automatic Stay Does Not Apply or, Alternative, for Relief from the Automatic Stay, to be served by email and/or by first class Mail, postage prepaid, as follows:

See Attached Service List

Dated: April 23, 2009
    New York, New York

                               **PAUL BATISTA, P.C.**
                               *Attorney for Unclaimed Property Recovery Service, Inc.*

                                      /s/ Paul Batista
                             Paul A. Batista (PB 8717)
                             26 Broadway – Suite 1900
                             New York, New York 10004
                             Telephone: (212) 980-0070
                             Facsimile: (212) 344-7677
                             E-mail: Batista007@aol.com

**PARTIES SERVICE LIST – First Class Mail**

| | |
|---|---|
| Attorneys for Debtors<br>Weil Gotshal & Manges LLP<br>Harvey R. Miller<br>Jacqueline Marcus<br>Shai Waisman<br>Richard Krasnow<br>767 Fifth Ave.<br>New York, NY 10153<br>Email: harvey.miller@weil.com<br>Email: jacqueline.marcus@weil.com<br>Email: shai.waisman@weil.com | Honorable James M. Peck ("Chambers")<br>Courtroom 601<br>One Bowling Green<br>New York, New York 10004 |
| U.S. Trustee<br>U.S. Trustee<br>Andy Velez-Rivera<br>Paul Schwartzberg,<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Milbank, Tweed, Hadley &<br>McCloy LLP,<br>Dennis F. Dunne<br>Dennis O'Donnell<br>Evan Fleck<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| Attorneys for Unsecured Creditors Committee<br>Quinn Emanuel Urquhart Oliver & Hedges<br>James Tecce<br>Susheel Kirpalani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>212-849-7000<br>Fax : 212 849-7100<br>Email: jamestecce@quinnemanuel.com<br>Email: susheelkirpalani@quinnemanuel.com | Attorneys for DIP Lenders<br>Cleary Gotliebb LLP<br>Lindsee P. Granfield<br>**Lisa M. Schweitzer**<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>(212) 225-3999 (fax)<br>lschweitzer@cgsh.com<br>maofiling@cgsh.com |
| Attorneys for the SIPC Trustee<br>Hughes Hubbard & Reed LLP<br>Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 837-6375<br>Fax : (212) 422-4726<br>Email: margolin@hugheshubbard.com | |