**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                                           :
                                                                :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,                                  :
                                                                :    Case No. 08-13555 (JMP)
                              Debtor.                           :
------------------------------------------------------------x

# REQUEST FOR REMOVAL FROM ECF NOTICES

Please remove the undersigned from all future ECF notices in the above captioned case.

Dated:  New York, New York
        April 23, 2009

                                                  PRYOR CASHMAN LLP

                                                  By:    */s/ Richard Levy, Jr.*
                                                          Richard Levy, Jr. (RL-1682)
                                                          rlevy@pryorcashman.com
                                                410 Park Avenue
                                                New York, New York 10022
                                                Telephone: (212) 421-4100
                                                Facsimile: (212) 326-0806