UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                         :       Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :       08-13555 (JMP)
                                                              :
                    Debtors.                                  :       (Jointly Administered)
                                                              :
                                                              :
-----------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF WILLIAM T. LUEDKE IV, ON BEHALF OF BRACEWELL & GIULIANI LLP

STATE OF TEXAS                )
                              )
COUNTY OF HARRIS              )

William T. Luedke IV, being duly sworn, upon his oath, deposes and says:

1. I am a partner in Bracewell & Giuliani LLP, located at 711 Louisiana, Suite 2300, Houston, Texas 77002 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide financial institutions corporate governance, transactional and regulatory services to the Debtors, and the Firm has consented to provide such services.

3. An Affidavit was submitted to the Court previously in connection with the firm's retention at Docket No. 2740. Attachment 1 to the Affidavit is being supplemented to include the following disclosure:

> Julian Rainero, a partner in the New York office of Bracewell & Giuliani LLP will be representing The Bank of New York (BNY) in making a claim against the Estate of Lehman Brothers, Inc. (LBI) in connection with a repurchase agreement between KACo and LBI where BNY acted as collateral agent.

4. There are no other additions or changes to the previously submitted Affidavit at this time.

By: _William T. Luedke IV_

Subscribed and sworn to before me
this 17th day of April, 2009

_C. D. Kincaid_
Notary Public

[Seal: C. D. KINCAID, Notary Public, State of Texas, My Commission Expires November 30, 2012]

HOUSTON\2278194.1