ANDREWS KURTH LLP
Basil A. Umari
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200 (telephone)
(713) 220-4285 (facsimile)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                            :        Chapter 11
                                                  :
LEHMAN BROTHERS HOLDINGS, INC.,                   :        Case No. 08-13555 (JMP)
                                                  :
                                                  :
         Debtor.                                  :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE, DEMAND FOR SERVICE OF PAPERS AND REQUEST FOR SPECIAL NOTICE AS COUNSEL FOR FERNANDA CANALES GONZÁLEZ AND ROCIO GONZÁLEZ DE CANALES

PLEASE TAKE NOTICE that the undersigned counsel hereby withdraws his appearance, demand for service of papers, and request for special notice as counsel to Ana Fernanda Canales González and Rocio González De Canales. Counsel further requests that it be deleted from the mailing matrix and service list in this proceeding.

Dated:    Houston, Texas
          April 24, 2009

HOU:2897049.1

ANDREWS KURTH LLP

By: /s/ Basil A. Umari
   Basil A. Umari
   600 Travis, Suite 4200
   Houston, Texas 77002
   Telephone: (713) 220-4200
   Facsimile: (713) 220-4285

2

HOU:2897049.1