# Exhibit F

# LEHMAN BROTHERS

November 17, 2008

MetWest 702 Total Return Bond Fund
Metropolitian West Asset Management, LLC
11766 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90025

Dear Sir or Madam:

Reference is hereby made to your communication to Lehman Brothers Special Financing Inc. ("Lehman") (the "Settlement Amount Notice") with respect to the ISDA Master Agreement (the "Master Agreement") dated as of June 25, 2004 between you and Lehman. Terms used and not otherwise defined herein shall have the meanings ascribed thereto in the Master Agreement.

In the Settlement Amount Notice, you state that an amount is either due to or from Lehman as a result of your termination of the Transaction(s) under the Master Agreement. Please be advised that we are receiving a large number of these communications and are unable at this time to verify or agree the calculations in the Settlement Amount Notice. Accordingly, Lehman's receipt of the Settlement Amount Notice shall not be deemed to represent Lehman's agreement to the calculations set forth therein. Additionally, Lehman will accept payment of any amounts ("Lehman Receivables") you claim are owing to Lehman, but any such acceptance shall be without prejudice to Lehman's right to verify or dispute the accuracy of those amounts. Settlement instructions are enclosed herewith.

Kindly note that Section 6(d)(ii) of the Master Agreement requires Lehman Receivables to be paid on the day that the Settlement Amount Notice is effective. Interest on Lehman Receivables accrues at the Default Rate (as defined in the Master Agreement to be equal to the rate per annum of the cost to Lehman of funding such amounts plus 1%).

This letter is sent without prejudice or limitation to any rights or remedies Lehman may have under any agreement(s) or other document(s) related to the Master Agreement or the Transaction(s) or applicable law and Lehman hereby reserves all rights and remedies under such agreement(s), document(s) and applicable law.

Nothing herein shall be construed as an admission of any fact or the establishment of any position by or on behalf of Lehman.

Further correspondence on this matter may be directed to:

Lehman Brothers
1271 Sixth Avenue, 43rd Floor
New York, New York  10020
Attn: Locke R. McMurray
Tel.  212-526-7186
derivativeslegal@lehman.com.


Very truly yours,



LEHMAN BROTHERS SPECIAL FINANCING INC.