# Exhibit H

# LEHMAN BROTHERS

March 17, 2009

**BY OVERNIGHT MAIL**

Metropolitan West Asset Management, LLC
11766 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90025
Attention: Richard Chesley

Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Attention: David Hearth

      Re:  **Payment Due from Client Accounts Managed by**
          **Metropolitan West Asset Management, LLC**

Gentlemen:

  I am the head of the Derivatives Legal team for Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, including Lehman Brothers Special Financing Inc. ("LBSF"). Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). LBSF commenced its voluntary chapter 11 case on October 3, 2008.

  By various items of correspondence, most recently dated January 5, 2009, Metropolitan West Asset Management, LLC ("Met West") has determined certain amounts (the "LBSF Receivables") to be owing to LBSF by mutual funds and client accounts managed by Met West (the "Accounts") under various ISDA Master Agreements (the "Agreements") and the swap transactions related thereto (the "Transactions") as set forth in the "Swaps Market Value" column on Annex A hereto. Met West has also, on behalf of certain of the Accounts, alleged a right to set off the LBSF Receivables against certain amounts allegedly owed to the Accounts by LBHI, Lehman Brothers Inc. and possibly other Affiliates of LBSF in relation to certain bonds, loans and trading obligations (the "Alleged Affiliate Payables"). These amounts appear in the "Bank Loans", "TBAs" and "Bond Holdings" columns on Annex A hereto. As described in more detail below, this purported setoff is unlawful and in violation of both the terms of the Agreements and the Bankruptcy Code. Accordingly, LBSF demands immediate payment of the LBSF Receivables plus interest as determined in accordance with the Agreements, which is accruing at the "Default Rate" as defined under the Agreements and is equal to LBSF's cost of funds plus 1%. LBSF has determined its cost of funds to be not less than overnight LIBOR plus 1250 basis points.

  As both parties have repeatedly acknowledged, LBSF disputes the legality of setting off the LBSF Receivables against the Alleged Affiliate Payables due to, among other things, a lack of mutuality and possible issues concerning the timing of the acquisition of the relevant Alleged Affiliate Payables.

  The Agreements themselves to do not permit setoff of obligations allegedly owed by *an affiliate of* the defaulting party against obligations owed to the defaulting party. The relevant provisions of the Agreements relating to setoff are as follows:

> In addition to any rights of set-off a party may have as a matter of law or otherwise, upon the occurrence of an Event of Default, Credit Event

# LEHMAN BROTHERS

> Upon Merger, or an Additional Termination Event and the designation of an Early Termination Date pursuant to Section 6 of the Agreement with respect to a party ("X"), the other party ("Y") will have the right (but not be obliged) without prior notice to X or any other person to set-off or apply any obligation of X owed to Y (and to any Affiliate of Y) (whether or not matured or contingent and whether or not arising under this Agreement, and regardless of the currency, place of payment or booking office of the obligation) against any obligation of Y (and of any Affiliate of Y) owed to X (whether or not matured or contingent and whether or not arising under this Agreement, and regardless of the currency, place of payment or booking office of the obligation).

As this language plainly indicates, the right of setoff provided for under the Agreements is expressly limited to the right of the non-defaulting party to setoff obligations owed by *the defaulting party* (whether such obligations are owed to the non-defaulting party or *its* affiliates) against obligations owed by the *non*-defaulting party and *its* affiliates; there are no contractual rights to set off payments owed by *affiliates* of the defaulting party against payments owed to the defaulting party.

Please also be advised that Met West's purported setoff, on behalf of the Accounts, constitutes a direct violation of the automatic stay extant under section 362 of the Bankruptcy Code, which expressly prohibits "the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor." 11 U.S.C. § 362(a)(7). Neither section 362(b)(17) nor section 362(b)(27) of the Bankruptcy Code provides an exemption for setoffs not permitted by contract or that extend beyond swap agreements, repurchase agreements, securities contracts, commodities contracts and forward contracts (each as defined under the Bankruptcy Code). Setoffs against ordinary obligations such as payments allegedly owing under bonds and loans are in no way protected by these provisions, particularly when such setoff is not even contemplated by the Agreements. It should also be noted that pursuant to established case law, parties may be held in contempt of court for violating the automatic stay. *See Fidelity Mortgage Investors v. Camelia Builders, Inc.*, 550 F.2d 47 (2d Cir. 1976); *Colon v. Hart (In re Colon)*, 114 B.R. 890, 896 (Bankr. E.D. Pa. 1990) ("Many courts have held . . . that a willful violation of the statutory stay provision constitutes civil contempt and may be addressed as such.").

Based on the foregoing, the purported set off by Met West, on behalf of the Accounts, is an unlawful act not permitted by the Agreements or the Bankruptcy Code and LBSF demands immediate payment of the LBSF Receivables, plus applicable interest as determined in accordance with the Agreements. Please see Annex B hereto for account information and wiring instructions. Any such payment shall moreover be without prejudice to LBSF's right to verify or dispute the accuracy of the LBSF Receivables.

# LEHMAN BROTHERS

If Met West does not immediately make payment of all amounts due, LBSF will take all appropriate legal action. In accordance with the Agreements, interest will continue to accrue on the amount due and owing to LBSF at the rate determined by the contract until the LBSF Receivables and all applicable interest thereon have been paid. This letter is sent without prejudice to or limitation of any rights or remedies LBSF may have under any agreement(s) or other document(s) related to the Agreements or the Transaction(s), or applicable law, and LBSF hereby reserves all rights and remedies under such agreement(s), document(s) and applicable law. Nothing herein shall be construed as an admission of any fact or the establishment of any position by or on behalf of LBSF.

If you have any questions, please do not hesitate to contact me (212-526-7186) or Lehman's external counsel on this matter, David Fertig (212-310-8143).

Very truly yours,

Locke R. McMurray

cc:  George Cahill
     David Fertig
     Jim Glen
     Christy Searl

Annex A

MetWest / West Gate - Summary All Accounts
Lehman Termination - Revised 12/22/08 (includes Swaps, Bank Loans and Bond Holdings)

| Acct | Name | Valuation Date | Swaps Market Value | Bank Loans | TBAs | Total Market Value (Swaps & Bank Loans) | Collateral Value | Net (Payable)/ Receivable (Swaps & Bank Loans) | Bond Holdings (Par Amount / Actual Loss) | Net Exposure Including Bond Holdings |
|---|---|---|---|---|---|---|---|---|---|---|
| | **LEHMAN BROTHERS SPECIAL FINANCING (LBSF)** | | | | | | | | | |
| 127 | Supervalu Inc. Master Investment Trust (Met West 1277) | 9/16/2008 | 13,948,379.91 | | | 13,948,379.91 | (3,477,574.46) | (4470,805.45) | 1,300,000.00 | 829,194.55 |
| 701 | Metropolitan West Low Duration Bond Fund (MetWest 701) | 9/16/2008 | (38,693,944.52) | | | (38,693,944.52) | | (38,693,944.52) | 17,309,000.00 | 121,374,944.52 |
| 702 | Metropolitan West Total Return Bond Fund (MetWest 702) | 9/16/2008 | (146,178,372.46) | | | (146,178,372.46) | | (146,178,372.46) | 46,184,000.00 | 199,994,372.46 |
| 703 | Metropolitan West Alpha Trak 500 Fund (MetWest 703) | 9/16/2008 | (3,861,252.91) | | | (3,861,252.91) | | (3,861,252.91) | 1,820,000.00 | 12,641,252.91 |
| 704 | Metropolitan West Intermediate Bond Fund (MetWest 704) | 9/16/2008 | 12,620,984.85 | | | 12,620,984.85 | | 12,620,984.85 | 1,485,000.00 | 11,135,984.85 |
| 705 | Metropolitan West High Yield Bond Fund (MetWest 705) | 9/16/2008 | (1,841,265.70) | | | (1,841,265.70) | | (1,630,765.70) | 677,000.00 | 953,765.70 |
| 706 | Metropolitan West Strategic Income Fund (MetWest 706) | 9/16/2008 | (27,172,221.15) | 210,500.00 | | (26,770,864.15) | | (26,770,864.15) | | 126,770,864.15 |
| 707 | Metropolitan West Ultra Short Bond Fund (MetWest 707) | 9/16/2008 | (7,514,669.99) | | (59,592,000) | (7,514,669.99) | | (7,514,669.99) | 1,793,000.00 | 15,781,669.99 |
| 760 | SEI Institutional Investments Trust – Core Fixed Income Fund (Met West 760) | 9/16/2008 | (40,289,085.29) | 399,950.00 | | (40,289,085.29) | | (40,289,085.29) | 15,644,810.00 | (24,644,275.29) |
| 763 | SEI Institutional Investments Trust – Long Duration Fund (Met West 763) | 9/16/2008 | (1,900,643.61) | | | (1,900,643.61) | | (1,900,643.61) | 1,631,560.00 | (269,083.61) |
| 761 | SEI Institutional Managed Trust – Core Fixed Income Fund (Met West 761) | 9/16/2008 | (23,135,492.35) | | (295,953.00) | (22,931,539.35) | | (22,931,539.35) | 10,630,000.00 | (12,301,539.35) |
| 768 | SEI Global Master Fund Plc and Sub-Fund SEI (SGMF) U.S. Fixed Income Fund (Met West 768) | 9/16/2008 | (593,906.97) | | | (593,906.97) | (770,520.85) | 176,613.88 | 1,355,000.00 | 1,531,613.88 |
| 1001 | West Gate Mortgage Assets, L.P. (West Gate 1001) | 9/16/2008 | (347,779.56) | | | (347,779.56) | (549,652.58) | 201,873.02 | | 201,873.02 |
| 1002 | West Gate Strategic Income Fund / Master Fund, Ltd. (West Gate 1002) | 9/16/2008 | (1,154,156.75) | 231,550.00 | | (922,606.75) | (275,000.00) | (647,606.75) | | (647,606.75) |
| 1430 | San Diego Foundation (Met West 1430) | 9/16/2008 | (203,549.03) | | | (203,549.03) | | (203,549.03) | 221,340.00 | 17,790.97 |
| 774 | Russell Investment Grade Bond Fund (formerly known as Russell Investment Company Fixed Income Fund) (Met West 774) | 9/17/2008 | (3,521,607.12) | | | (3,521,607.12) | | (3,521,607.12) | | (3,521,607.12) |
| 775 | Russell Strategic Bond Fund (formerly known as Russell Investment Company Fixed Income III Fund) (Met West 775) | 9/17/2008 | (5,310,064.11) | | | (5,310,064.11) | | (5,310,064.11) | | (5,310,064.11) |
| 776 | Russell Investment Company MultiStrategy Bond Fund (Met West 776) | 9/17/2008 | (17,364,793.07) | | | (17,364,793.07) | | (17,364,793.07) | | (17,364,793.07) |
| 777 | Russell Investment Funds Core Bond Fund (Met West 777) | 9/17/2008 | (1,700,636.72) | | | (1,700,636.72) | | (1,700,636.72) | | (1,700,636.72) |
| 778 | Russell Institutional Investments LLC – Russell Core Bond Fund (formerly known as Frank Russell Trust Company-Russell Common Trust Core Bond Fund) (Met West 778) | 9/17/2008 | (193,650.72) | | | (193,650.72) | | (193,650.72) | | (193,650.72) |
| | | | (327,469,456.78) | 842,000.00 | 148,360.00 | (326,479,096.78) | (5,072,747.88) | (321,406,348.90) | 99,990,710.00 | (221,415,638.90) |

Swaps Market Value Entity Detail

Annex B

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

January 14, 2009

**To: Counterparties to Lehman Brothers Special Financing Inc**

**Re: LBSF Standard Settlement Instructions – IMMEDIATE ACTION REQUIRED**

Effective immediately, please ensure the beneficiary wire information for settlement transactions with Lehman Brothers Special Financing Inc. are directed to the settlement accounts listed on the following pages. Your prompt attention and implementation is greatly appreciated.

**Please make sure to follow these specific directions when remitting funds. Failure to comply with these instructions may cause your remittance to be returned by the bank.**

> **Include your entity's name and trade identifier, if available, in the Reference field.**
>
> **For all FX transfers other than CAD, EUR, GBP and JPY, instruct "For further credit to: Lehman Brothers Special Financing a/c 152308786598" in the routing instructions (in addition to listing your entity's name and trade identifier in the Reference field).**

To the extent any funds are transferred to a Lehman entity in satisfaction of an amount that has been calculated by a counterparty, kindly be advised that unless otherwise specifically agreed Lehman is not able at this time to verify such calculations and must reserve its right to request further funds if its calculations later show a greater amount due, and also reserves any other rights that it may have under applicable law.

If you have any questions, please contact Yuliya Martiak at Yuliya.Martiak@lehman.com or Helen Chu at Helen.Chu@lehman.com.

By: _____

David Coles

Chief Financial Officer, Treasurer and Controller:

Lehman Brothers Special Financing, Inc.

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**AED (UAE Dirhams)**
Pay   National Bank of Abu Dhabi, Abu Dhabi
      Swift NBADAEAAVOS

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 250009440
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**AUD (Australian Dollar)**
Pay   National Australia Bank Limited, Melbourne
      Swift NATAAU33033

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 1803005789500
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**CAD (Canadian Dollar)**
Pay   Citibank N.A., London (direct via MT103)
      Swift CITIGB2L

For   Lehman Brothers Special Financing - DIP
      a/c 001-2136333
      Reference: [Include your counterparty name and applicable trade identifier]

Send  Separate cover message (MT202) via your correspondent bank to Citibank Canada, Toronto
      (CITICATT)

**CHF (Swiss Franc)**
Pay   UBS AG, Zurich
      Swift UBSWCHZH80A

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 02300000078890050000N
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**CZK (Czeck Koruna)**
Pay   BAWAG Bank CZ AS, Prague
      Swift BAWACZPP

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 4049215502CZK
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**DKK (Danish Kroner)**

Pay   Danske Bank, Copenhagen
      Swift DABADKKK

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 39963007504713
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**EUR (Euro)**

Pay   Citibank N.A., London (without deduction via direct clearing linkage)
      Swift CITIGB2L

For   Lehman Brothers Special Financing Inc - DIP
      a/c 001-2136325
      Reference: [Include your counterparty name and applicable trade identifier]

**GBP (British Pound)**

Pay   Citibank N.A., London (without deduction via direct clearing linkage)
      Swift CITIGB2L
      Sort Code 18-50-08

For   Lehman Brothers Special Financing Inc - DIP
      a/c 001-2136368
      Reference: [Include your counterparty name and applicable trade identifier]

**HKD (Hong Kong Dollar)**

Pay   Hang Seng Bank Limited, Hong Kong
      Swift HASEHKHH

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 250012507001
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**HUF (Hungary Forint)**

Pay   Magyar Kulkereskedelmi Bank RT, Budapest
      Swift MKKBHUHB

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 10300002-2052049000003285
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

### ILS (Israeli Shekel)
Pay    Bank Hapoalim B.M., Tel Aviv
Swift POALILIT

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 517375
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

### INR (Indian Rupees)
Pay    Bank of Nova Scotia, Bombay
Swift NOSCINBB

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 012/12/921180
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

### JPY (Japanese Yen)
Pay    Citibank N.A., London (direct via MT103)
Swift CITIGB2L

For    Lehman Brothers Special Financing Inc - DIP
a/c 001-2136341
Reference: [Include your counterparty name and applicable trade identifier]

Send    Separate cover message (MT202) via your correspondent bank to Citibank N.A., Tokyo
(CITIJPJT). Favour acct number a/c 0201109418.

### KRW (Korean Won)
Pay    Standard Chartered Bank, Seoul
Swift SCBLKRSE

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 5038967254
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

### MXN (Mexican Peso)
Pay    Banamex, Mexico City
Swift CITIUS33MER

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 00028075053
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

LEHMAN BROTHERS
1271 AVENUE OF THE AMERICAS, 45TH FLOOR, NEW YORK, NY 10019 TEL 212 526-3778

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**NOK (Norwegian Kroner)**

Pay      Den Norske Bank ASA, Oslo
         Swift DNBANOKK

For      US Bank, Minneapolis, MN
         Swift USBKUS44FEX
         a/c 7001-02-42965
         Attn STL FX
         For further credit to: Lehman Brothers Special Financing a/c 152308786598
         Reference: [Include your counterparty name and applicable trade identifier]

**NZD (New Zealand Dollar)**

Pay      Bank of New Zealand, Wellington
         Swift BKNZNZ22985

For      US Bank, Minneapolis, MN
         Swift USBKUS44FEX
         a/c 2435190001
         Attn STL FX
         For further credit to: Lehman Brothers Special Financing a/c 152308786598
         Reference: [Include your counterparty name and applicable trade identifier]

**PLN (Polish Zloty)**

Pay      Bank Pekao SA, Warsaw
         Swift PKOPPLPW

For      US Bank, Minneapolis, MN
         Swift USBKUS44FEX
         a/c 1458601112
         Attn STL FX
         For further credit to: Lehman Brothers Special Financing a/c 152308786598
         Reference: [Include your counterparty name and applicable trade identifier]

**SAR (Saudi Riyals)**

Pay      National Commercial Bank, Jeddah
         Swift NCBKSAJE

For      US Bank, Minneapolis, MN
         Swift USBKUS44FEX
         a/c 55531159000108
         Attn STL FX
         For further credit to: Lehman Brothers Special Financing a/c 152308786598
         Reference: [Include your counterparty name and applicable trade identifier]

**SEK (Swedish Kroner)**

Pay      Skandinaviska Enskildabanken, Stockholm
         Swift ESSESESS

For      US Bank, Minneapolis, MN
         Swift USBKUS44FEX
         a/c 52018513680
         Attn STL FX
         For further credit to: Lehman Brothers Special Financing a/c 152308786598
         Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**SGD (Singapore Dollar)**
Pay     United Overseas Bank, Singapore
        Swift UOVBSGSG

For     US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 101-399-071-4
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

**THB (Thailand Baht)**
Pay     Standard Chartered Bank, Bangkok
        Swift SCBLTHBX

For     US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 100201482
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

**TRY (Turkish Lira)**
Pay     Garanti Bank, Istanbul
        Swift TGBATRIS093

For     US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 930-6499679
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

**USD (US Dollar)**
Pay     Citibank N.A., New York
        Swift CITIUS33
        ABA 021-000-089

For     Lehman Brothers Special Financing Inc. - DIP
        a/c 3078-4731
        Reference: [Include your counterparty name and applicable trade identifier]

**ZAR (South African Rand)**
Pay     Nedbank, Johannesburg
        Swift NEDSZAJJ

For     US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 1986250784
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

LEHMAN BROTHERS
1271 AVENUE OF THE AMERICAS, 45TH FLOOR, NEW YORK, NY  10019 TEL 212 526-3778