# Exhibit J

```
-----Original Message-----
From: Bibi Khan [mailto:bkhan@mwamllc.com]
Sent: Wednesday, April 15, 2009 2:17 PM
To: McMurray, Locke R
Cc: Cal Rivelle
Subject: Lehman Termination: Wire Transfers to LBSF Inc. Wed, April 15,
2009
Importance: High
```

** High Priority **

Thank you for your email confirming the wire instructions for LBSF, Inc.

As a follow up to our earlier discussion, please find below the Fed Reference numbers, provided by our custodians BNYMellon (Met West Funds) and JPMorgan (West Gate Funds) for funds wired today to LBSF, Inc.

Please review and confirm receipt of funds.

From BNYMellon:

```
a/c 701
TO CITIBANK N.A.                                    21,374,944.52-
TO A/C 3078 4731
LEHMAN BROTHERS SPECIAL FINANCING
METWEST LOW DURATION BD FD MW 701
WIRE # 20090415B1Q8153C004638
FTJ # 0904156351200

a/c 702
TO CITIBANK N.A.                                    99,994,372.46-
TO A/C 3078 4731
LEHMAN BROTHERS SPECIAL FINANCING
METWEST TOTAL RETURN BD FD MW 702
WIRE # 20090415B1Q8151C004722
FTJ # 0904156351000

a/c 703
TO CITIBANK N.A.                                     2,041,252.91-
TO A/C 30784731
LEHMAN BROTHERS SPECIAL FINANCING
METWEST ALPHA TRAK 500 BD FD MW 703
WIRE # 300850
FTJ # 0904156351800

a/c 704
TO CITIBANK N.A.                                     1,135,984.85-
TO A/C 30784731
LEHMAN BROTHERS SPECIAL FINANCING
METWEST INTERMEDIATE BD FD MW 704
WIRE # 301955
FTJ # 0904156353600

a/c 705
TO CITIBANK N.A.                                       953,765.70-
TO A/C 30784731
LEHMAN BROTHERS SPECIAL FINANCING
METWEST HIGH YIELD BD FD MW 705
WIRE # 301529
FTJ # 0904156353200

a/c 706
```

```
TO CITIBANK N.A.                                          26,712,271.15-
TO A/C 3078 4731
LEHMAN BROTHERS SPECIAL FINANCING
METWEST STRATEGIC INCOME BD FD MW
706
WIRE # 20090415B1Q8151C004748
FTJ # 0904156352700

a/c 707
TO CITIBANK N.A.                                           5,781,669.99-
TO A/C 3078 4731
LEHMAN BROTHERS SPECIAL FINANCING
METWEST ULTRA SHORT TERM BD FD MW
707
WIRE # 20090415B1Q8153C004686
FTJ # 0904156352900
```

From JP Morgan:


Confirm #C#305960        $445,733.73

Citibank N.A., New York
Swift CITIUS33
ABA: 021-000-089
For: Lehman Brothers Special Financing Inc. - DIP a/c 3078-4731
Reference: West Gate Strategic Income Fund I Master Fund, Ltd. (West Gate 1002) and West Gate Mortgage Assets, L.P. (West Gate 1001)

Please let me know if you have any questions.

Thank you for your assistance.
Bibi




Bibi Khan, V.P.
Operations Manager
Metropolitan West Asset Management
11766 Wilshire Blvd. Suite 1580
Los Angeles, CA 90025

Tel: 310-966-8915
Fax: 310-444-1601
Email: bkhan@mwamllc.com


------------------------------------------------------------
Metropolitan West Asset Management LLC and West Gate Advisors, LLC are registered investment advisors; any investment advice contained within this communication is subject to change.
The Metropolitan West Mutual Funds and certain private commingled investment funds are offered through MWAM Distributors, LLC (member FINRA/SIPC), a wholly owned subsidiary of MetWest. Current and more complete mutual fund performance information can be obtained at http://www.mwamllc.com/ourfunds.php.
Current and more complete private commingled investment fund performance information can be obtained upon request by calling (310) 966-8900.

This communication is neither an offer to sell nor the solicitation
of an offer to buy a security, which can be made only by the appropriate
offering document, which can be obtained upon request.  Past performance
is no guarantee of future results, and the principal value of an
investment
will fluctuate so that an investor's investment, when redeemed, may be
worth more or less than its original cost.  Current performance may be
lower or higher than the performance information quoted.
-------------------------------------------------------