Melanie L. Cyganowski (MLC 7500)
OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Attorneys for The F. B. Heron Foundation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
In re:                                             :
                                                   :
LEHMAN BROTHERS HOLDINGS,                          :    Case No. 08-13555 (JMP)
INC., *et al.*                                     :    (Jointly Administered)
                                                   :
       Debtors.                                    :
                                                   :
---------------------------------------------------x
In re:                                             :
                                                   :
LEHMAN BROTHERS INC.,                              :    Case No. 08-01420 (JMP) SIPA
                                                   :
       Debtor.                                     :
                                                   :
---------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF THE F.B. HERON FOUNDATION
TO THE NINETEENTH OMNIBUS NOTICE OF ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

PLEASE TAKE NOTICE THAT The F.B. Heron Foundation, by its undersigned counsel, hereby withdraws, with prejudice, its Objection (the "Objection") to the Nineteenth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases which was filed on December 1, 2008. [*See* Docket No. 363].

Dated: April 24, 2009
      New York, New York

                      Respectfully submitted,

                      OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

                      /s/ Melanie L. Cyganowski
                      Melanie L. Cyganowski (MLC 7500)
                      230 Park Avenue
                      New York, New York 10169
                      Telephone: (212) 661-9100
                      Facsimile: (212) 682-6104

                      Attorneys for The F. B. Heron Foundation