Melanie L. Cyganowski (MLC 7500)
OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Attorneys for The F. B. Heron Foundation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x
In re:                                                                :
                                                                          :
LEHMAN BROTHERS HOLDINGS,              :        Case No. 08-13555 (JMP)
INC., *et al.*                                                   :        (Jointly Administered)
                                                                          :
    Debtors.                                             :
                                                                          :
-----------------------------------------------------x
In re:                                                                :
                                                                          :
LEHMAN BROTHERS INC.,                          :        Case No. 08-01420 (JMP) SIPA
                                                                          :
    Debtor.                                                :
                                                                          :
-----------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2009, copies of the foregoing Notice of Withdrawal of Objection of the F. B. Heron Foundation to the Nineteenth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases were caused to be served on the parties listed on the attached service list.

Dated: April 24, 2009

                                      OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

                                      /s/ Melanie L. Cyganowski
                                      Melanie L. Cyganowski (MLC 7500)
                                      230 Park Avenue
                                      New York, New York 10169
                                      Telephone:  (212) 661-9100
                                      Facsimile:  (212) 682-6104

1271874.1

## SERVICE LIST

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn:   Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.

*Attorneys for the Debtors*
(By Mail)

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn:   Seth Kleinman, Esq.
        Lindsee P. Granfield, Esq.
        Lisa M. Schweitzer, Esq.

*Attorneys for Barclays Capital, Inc.*
(By Mail)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Luc A. Despins, Esq.
        Wilbur F. Foster, Jr., Esq.

*Attorneys for the Creditors' Committee*
(By Mail)

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn:   James B. Kobak, Esq.
        David Wiltenburg, Esq.
        Jeff Margolin, Esq.

*Attorneys for SIPA Trustee*
(By Mail)

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Tracy Hope Davis, Esq.
(By Mail)

1271874.1

Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Attn:   Kenneth J. Caputo
(By Mail)

1271874.1