UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                 :

In re                                              :      Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      08-13555 (JMP)

                              Debtors.            :      (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF DARREN BACON,

## ON BEHALF OF MOURANT DU FEU & JEUNE

St Peter Port                    )
                                      )
Guernsey, Channel Islands      )

        Darren Bacon, being duly sworn, upon his oath, deposes and says:

        1.       I am a Partner of Mourant du Feu & Jeune, located at First Floor, Dorey Court, Admiral Park, St Peter Port, Guernsey GY1 6HJ, Channel Islands (the "Firm").

        2.       Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors with regard to matters of Guernsey and/or Cayman law and regulation, and the Firm has consented to provide such services.

        3.       The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

2044297/BACOD/MDFJ/1896031/1

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm zero/nil for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 20 day of April 2009

Notary Public
ANDREW JOHN AYRES
Notary Public
7 Berthelot Street
St. Peter Port
Guernsey
GY11JS

MY COMMISSION EXPIRES ON DEATH

---

[1] If necessary.

2044297/BACOD/MDFJ/1896031/1

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :
                       Debtors.                                  :   (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

>   Weil, Gotshal & Manges LLP
>   767 Fifth Avenue
>   New York, New York 10153
>   Attn:   Jennifer Sapp
>           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as
appropriate. If more space is needed, please complete on a separate page and attach.

1.  Name and address of firm:

    MOURANT DU FEU & JEUNE

    FIRST FLOOR, DOREY COURT,

    ADMIRAL PARK, ST PETER PORT,

    GUERNSEY GY1 6HJ, CHANNEL ISLANDS

2.  Date of retention:    8 APRIL 2009

3.  Type of services provided (accounting, legal, etc.):

2044297/BACOD/MdFJ/1896031/1

LEGAL SERVICES

4. Brief description of services to be provided:

   LEGAL ADVICE IN RELATION TO MATTERS OF GUERNSEY AND /OR CAYMAN LAW AND REGULATION

5. Arrangements for compensation (hourly, contingent, etc.)

   HOURLY

   (a) Average hourly rate (if applicable):

   £350.00

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   NOT APPLICABLE

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $None

   Date claim arose:   Not applicable

   Source of Claim:    Not applicable

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: Not applicable

   Status: Not applicable

   Amount of Claim: $None

   Date claim arose: Not applicable



Source of claim: Not applicable

8. Stock of the Debtors currently held by the firm:

    Kind of shares: Not applicable

    No. of shares: None

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: Not applicable

    Status: Not applicable

    Kind of shares: Not applicable

    No. of shares: None

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    NONE

11. Name of individual completing this form:

    DARREN BACON

2044297/BACOD/MDFJ/1896031/1                3