**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
                                            :
---------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF MICHAEL MURPHY,

### ON BEHALF OF McCANN FITZGERALD

I, **MICHAEL MURPHY**, solicitor of Riverside One, Sir John Rogerson's Quay, Dublin 2, Ireland aged 18 years and upwards **MAKE OATH** and say as follows:-

1. I am a partner in the firm of McCann FitzGerald solicitors of Riverside One, Sir John Rogerson's Quay, Dublin 2, Ireland (the "Firm") and I make this affidavit from facts within my own knowledge save where otherwise appears and whereso otherwise appearing, I believe the same to be true and accurate.

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services. In particular, the Firm has been asked to advise on the impact of Chapter 11 proceedings on East Dover Limited and on other companies incorporated under the laws of Ireland and on Irish corporate governance matters generally.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties,

some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. In particular, the Firm incorporated a number of Irish Special Purpose Vehicles ("SPVs") at the request of Lehman under a multi issuer secured obligations programme. These SPVs are now being unwound and the Firm is advising the board of the SPVs in this regard. However, none of the representations contained in this paragraph are adverse with respect to the matters for which the Firm has been retained by the Debtors.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $zero for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

*Michael Murphy* (signature)

SWORN by the said **MICHAEL MURPHY** this 17th day of April 2009 at 70 Sir John Rogerson's Quay D2 before me a Notary Public and I know the Deponent.

_Graham Richards_ (signature)
Notary Public

GRAHAM C. RICHARDS
Notary Public for the City and County of Dublin and the Counties of Wicklow, Kildare and Meath, Republic of Ireland
Commissioned for Life



2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (JMP)
                                                :
                    Debtors.                    :   (Jointly Administered)
                                                :
                                                :
-----------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:  Jennifer Sapp
>        Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    McCann FitzGerald, Solicitors, Sir John Rogerson's Quay, Dublin 2, Republic of Ireland.

2. Date of retention:    20 February 2009

3. Type of services provided (accounting, legal, etc.):

    Legal

NY2 1926908 02 15/aT802!.DOC 58399.0003

4. Brief description of services to be provided:

   Advising on the impact of Chapter 11 proceedings on East Dover Limited and on other companies incorporated under the laws of Ireland and advising on Irish corporate governance rules

5. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable):

   Partner rate = €490 / hour

   Average Solicitor rate = €310 / hour

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $Nil

   Date claim arose:   N/A

   Source of Claim:    N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim:  $nil

   Date claim arose: N/A

   Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares:  N/A

9. Stock of the Debtors currently held individually by any member, associate,
or professional employee of the firm:

Name: N/A

Status: N/A

Kind of shares: N/A

No. of shares:   N/A

10. Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which
the above-named firm is to be employed.

McCann FitzGerald incorporated a number of Irish Special Purpose Vehicles ("SPVs") at the request of Lehman. The SPVs were established under the multi issuer secured obligations programme. These SPVs are now being unwound and we are advising the board of the SPVs in this regard.

We do not anticipate that this should create any conflict or adversely impact on debtors or their estates.

11. Name of individual completing this form:

MICHAEL MURPHY