UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                            :
                        Debtors.                            :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF Andrea Silvestri,

### ON BEHALF OF Bonelli Erede Pappalardo

STATE OF Italy
COUNTY OF Milan

        Andrea Silvestri, being duly sworn, upon his oath, deposes and says:

1.     I am a Partner of Bonelli Erede Pappalardo, located at 1, Via M. Barozzi, 20122 Milano (the "Firm").

2.     Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide tax and legal services to the Debtors, and the Firm has consented to provide such services.

3.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. Notwithstanding the foregoing, the Firm is representing some former employees of a Lehman UK Affiliate, Lehman Brothers International (Europe), Italian Branch, in their relationship vis-à-vis their former employer. In addition, the Firm is assisting other entities in respect of their relationship with certain Lehman Affiliates and funds managed by them. The Firm is also advising Lehman Brothers Bankhaus AG. (Italian Branch) for certain regulatory, legal and tax aspects. However, none of the above mentioned representations are adverse to the estate with respect to the matter for which the Firm is to be employed.

4.  Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.  Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates other than those mentioned above.

6.  The Debtors owe the Firm $ 0 (zero) for prepetition services.

7.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 26th day of MARCH, 2009

_____
Notary Public

---

[1] If necessary.

6886

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Paese  ITALIA

Il presente atto pubblico

2. è stato sottoscritto da... G. F. Marrone

3. agente in qualità di... Sost. Procuratore

4. e reca il contrassegno/timbro di... Procura della Repubblica

Attestato

5. a Milano................ 6. il 2 7 MAR 2009

7. dall'ufficio del pubblico ministero

8. sotto il numero... 6806 AP

9. contrassegno numero...

10. Firma

Il Sost. Procuratore della Repubblica
(Dr.ssa Cristiana Rovéda)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
                                                :
---------------------------------------------------------------x



### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:   Jennifer Sapp
>         Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.  Name and address of firm:

    Bonelli Erede Pappalardo - Studio Legale - Via Barozzi n. 1 -20122 Milan

    - Italy

2.  Date of retention:    26 March 2009

3.  Type of services provided (accounting, legal, etc.):

    Italian legal and tax services






4. Brief description of services to be provided:

   <u>Advice as to legal and tax aspects of the liquidation of a Lehman interest</u>

   <u>in an Italian Company</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   <u>Euro 375.00</u>

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   <u>N/A</u>

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $0 (zero)

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Status: _____

   Amount of Claim:  $0 (zero)_____

   Date claim arose: _____

   Source of claim: _____

   _____

   _____

   _____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: <u>None</u>

   No. of shares: <u>None</u>

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: <u>I am not aware of any</u>

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    The Firm is representing some former employees of a Lehman UK Affiliate, Lehman Brothers International (Europe), Italian Branch, in their relationship vis-à-vis their former employer. In addition, the Firm is assisting other entities in respect of their relationship with certain Lehman Affiliates and funds managed by them. The Firm is also advising Lehman Brothers Bankhaus AG. (Italian Branch) for certain regulatory, legal and tax aspects. However, none of the above mentioned representations are adverse to the estate with respect to the matter for which the Firm is to be employed.

11. Name of individual completing this form:

    Andrea Silvestri

    *[signature]*

Subscribed and sworn to before me
this 26th day of March, 2009

Notary Public

*[signature and seal]*

6805

APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Paese    ITALIA
   Il presente atto pubblico
2. è stato sottoscritto da ...........................
3. agente in qualità di ...........................
4. e reca il sigillo/timbro di ...........................

Attestato
5. in ...........................    6. il 27 MAR 2009
7. dall'ufficio del pubblico ministero
8. sub n° ...........................    6805
9. con la sua giustificativa ...........................

Il Sost. Procuratore della Repubblica
(Dr.ssa Cristiana Roveda)