David I. Swan
Kenneth M. Misken (KMM2325)
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102
Tel:    703.712.5481
Fax:    703.712.5287
dswan@mcguirewoods.com
kmisken@mcguirewoods.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>Debtors. | Chapter 11<br>Case No. 08-13555(JPM)<br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF OBJECTION OF SPRINT SOLUTIONS, INC. TO DEBTORS' PROPOSED CURE AMOUNT OF ASSUMED AND ASSIGNED EXECUTORY CONTRACT

Sprint Solutions, Inc. ("Sprint"), by and through undersigned counsel, hereby withdraws its *Objection to Debtor's Proposed Cure Amount of Assumed and Assigned Executory Contract* filed on October 3, 2008 at Docket No. 603 (the "Objection") in that the dispute that was the subject of the Objection has been resolved.

Respectfully submitted,

/s/ Kenneth M. Misken
David I. Swan
Kenneth M. Misken (KMM2325)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Tel:    703.712.5000
Fax:    703.712.5050
dswan@mcguirewoods.com
kmisken@mcguirewoods.com

*Counsel for Sprint Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was sent by first-class United

States mail, postage prepaid, on April 27, 2009, to the following:

> Lori R. Fife, Esq.
> Shai Y. Waisman, Esq.
> **Weil, Gotshal & Manges LLP**
> 767 Fifth Avenue
> New York, NY  10153-0119
> *Counsel to the Debtors*
>
> Jeffrey S. Margolin, Esq.
> **Hughes Hubbard & Reed LLP**
> One Battery Park Plaza
> New York, NY 10004
> *Counsel to the SIPC Trustee*
>
> Lindsee P. Granfield, Esq.
> Lisa M. Schweitzer, Esq.
> Joel Moss, Esq.
> Luke A. Barefoot, Esq.
> **Cleary Gottlieb Steen & Hamilton LLP**
> One Liberty Plaza
> New York, NY  10006
> *Counsel to the Purchaser*
>
> Tracy Hope Davis, Esq.
> Office of the United States Trustee
> 33 Whitehall Street, 21st Floor
> New York, NY  10004-2112
>
> Dennis F. Dunne, Esq.
> Luc A. Despins, Esq.
> Wilbur F. Foster, Jr., Esq.
> **Milbank, Tweed, Hadley & McCloy, LLP**
> 1 Chase Manhattan Plaza
> New York, NY  10005-1401
> *Counsel to the Official Committee of Unsecured Creditors*

                              /s/  Kenneth M. Misken
                              Kenneth M. Misken