WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                              :
                        Debtors.              :   (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x

### NOTICE OF AMENDMENT TO SIXTEENTH
### SUPPLEMENTAL LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that on April 24, 2009, and in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394], Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), filed the sixteenth supplemental list of ordinary course professionals (the "Sixteenth Supplemental List") [Docket No. 3435].

**PLEASE TAKE FURTHER NOTICE** that, in conjunction with the Sixteenth Supplemental List, the Debtors filed the ordinary course professional affidavit and retention questionnaire (together the "Affidavit and Questionnaire") of Dickstein Shapiro LLP ("Dickstein Shapiro") [Docket No. 3440].

**PLEASE TAKE FURTHER NOTICE** that Dickstein Shapiro hereby amends its Affidavit and Questionnaire to disclose an additional connection to the above referenced chapter 11 cases (the "Amended Dickstein Shapiro Affidavit and Questionnaire"). A copy of the Amended Dickstein Shapiro Affidavit is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Amended Dickstein Shapiro Affidavit and Questionnaire, on (i) the Office of the United States Trustee, and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of Dickstein Shapiro must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, Dickstein Shapiro shall be deemed approved by the Court and deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: April 28, 2009
      New York, New York

/s/ Richard P. Krasnow
———————————————
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

NY2:\1991130\01\16_D601!.DOC\58399.0003