UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- X
*In re*                                                                      :    Chapter 11
                                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                                       :
                                                                             :
                        Debtors,                                             :    Case No.: 08-13555  (JMP)
                                                                             :
                                                                             :    Jointly Administered
                                                                             :
---------------------------------------------------------------------------- x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Eric E. Johnson, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent National CineMedia LLC, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the Bars in the State of Colorado and the State of Washington, and am admitted to practice before the the United States Court of Appeals for the Tenth Circuit, the United States District Court for the District of Colorado and the United States District Court for the Western District of Washington.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED this 29th day of April, 2009.
Denver, Colorado

                                           By:    */s/ Eric E. Johnson*
                                                  Eric E. Johnson, No. 019364
                                                  Holme Roberts & Owen, LLP
                                                  1700 Lincoln Street, Suite 4100
                                                  Denver, CO 80203
                                                  Tele:  (303) 861-7000
                                                  Fax:  (303) 866-0200
                                                  Email:  eric.johnson@@hro.com

                                                  Attorneys for National CineMedia LLC

#1404099 v1 den