UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------- x
*In re*                                                                       :    Chapter 11
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                                        :
                                                                              :
                  Debtors,                              :    Case No.: 08-13555 (MP)
                                                                              :
                                                                              :    Jointly Administered
                                                                              :
----------------------------------------------------------------------------- x

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Eric E. Johnson of the law firm of Holme Roberts & Owen LLP is hereby substituted as counsel of record for National CineMedia LLC, in place of Lawrence Bass.

Dated this 29th day of April, 2009.


| */s/ Eric E. Johnson* | */s/ Lawrence Bass* |
|---|---|
| Eric E. Johnson | Lawrence Bass |
| (pending *pro hac vice* admission) | Faegre & Benson LLP |
| Holme Roberts & Owen LLP | 1700 Lincoln Street, Suite 3200 |
| 1700 Lincoln Street, Suite 4100 | Denver, CO 80203 |
| Denver CO 80203 | Tel: (303) 607-3500 |
| Tel: (303) 861-7000 | Fax: (303) 607-3600 |
| Fax: (303) 866-0200 | E-Mail: LBass@faegre.com |
| E-Mail: eric.johnson@hro.com | |

#1404080 v1 den

## **CERTIFICATE OF SERVICE**

I, Alicia Berry, certify that I am over the age of 18 and that the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was filed using the CM/ECF system, and that I placed a copy of said Notice in the United States Mail, first-class and postage prepaid on this 29th day of April, 2009 to the following: :

Diane Harvey
Jacqueline Marcus
Harvey R. Miller
Shai Waisman
Weil Gotshal,& Manges LLP
767 Fifth Avenue
New York, NY 10153

James W. Giddens, Trustee
c/o Hughes Hubboard & Reed
1 Battery Park Plaza
New York, NY 10004

U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

> */s/ Alicia Berry*
> Alicia Berry
> Employee of Holme Roberts & Owen LLP

#1404080 v1 den