## Exhibits C1-C20

**Affidavits of Disinterestedness**

# **Exhibit C-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
                            :

In re                         :        Chapter 11

                            :

LEHMAN BROTHERS HOLDINGS INC., et al.,  :      Case No. 08-13555 (JMP)

                            :

             Debtors.        :      (Jointly Administered)

----------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY CAMILLE AGARD

      I, Camille Agard, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

      1.      I am a lawyer admitted to practice law in the State of New York.  I am not

affiliated with any law firm.  I was formerly employed by Strategic Legal Solutions, a staffing

agency.

      2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

      3.      I am not, and have not been within two years before September 15, 2009, a director,

officer, or employee of any of the Debtors.

      4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

      5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment banker in

connection with the offer, sale, or issuance of a security for any of the Debtors.

      6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c)

any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009. Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I have worked at Skadden Arps on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of April, 2009, at New York.

Camille Agard
New York Bar No. 4034435

Sworn to and subscribed before me
this 29 day of April 2009.

NOTARY PUBLIC

My Commission Expires:

JOSE PEIXOTO
Notary Public, State of New York
No. 4624934
Qualified in Westchester County
Commission Expires Sept. 30, 20__

2

# Exhibit C-2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        Case No. 08-13555 (JMP)
                                        :
                           Debtors.     :        (Jointly Administered)
                                        :
-----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY SHERMAINE CARTER

I, Shermaine Carter, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of New York.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I have worked as a contract attorney at Gibson Dunn & Crutcher and Willkie Farr & Gallagher

on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2009, at New York.

SHERMAINE CARTER
New York Bar No. 2911717

Sworn to and subscribed before me
this 27th day of April 2009.

NOTARY PUBLIC

My Commission Expires:

STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualiifed in New York County
Commission Expires May 30, 2010

2

# Exhibit C-3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                                               :
In re                                          :        Chapter 11
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :        Case No. 08-13555 (JMP)
                                               :
                              Debtors.         :        (Jointly Administered)
-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY ROBERT J. FOLEY, JR.

I, Robert J. Foley, Jr., pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of New York. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I worked as a contract attorney at Shulte Roth & Zabel, Willkie Farr & Gallagher and Akin

Gump Strauss Hauer & Field on matters unrelated to Lehman Brothers.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2009, at New York.

ROBERT J. FOLEY, JR.
New York Bar No. 1646108


Sworn to and subscribed before me
this 27TH day of April 2009.

_____
NOTARY PUBLIC

My Commission Expires:

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 2009

2

# Exhibit C-4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                            :

In re                                    :         Chapter 11
                                            :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :         Case No. 08-13555 (JMP)
                                            :

                      Debtors.        :         (Jointly Administered)

-------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY DAN FREE

      I, Dan Free, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

      1.      I am a lawyer admitted to practice law in the District of Columbia and the States of Maryland and New York.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

      2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

      3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

      4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

      5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

      6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I worked as a contract attorney for Shearman & Sterling, Willkie Farr & Gallagher and Akin

Gump Strauss Hauer & Field on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of April, 2009, at New York.

DAN FREE
District of Columba Bar No. 341487
New York Bar No. 3898442

Sworn to and subscribed before me
this 27 day of April 2009.

NOTARY PUBLIC

My Commission Expires:
STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualified in New York County
Commission Expires May 30, 2010

2

# Exhibit C-5

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY EDWARD GARRIS

I, Edward Garris, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated

with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director,

officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment banker in

connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c)

any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I have nothing relevant to disclose.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2009, at Illinois.

EDWARD GARRIS
Illinois Bar No. 6286217


Sworn to and subscribed before me
this 27TH day of April 2009.

NOTARY PUBLIC

My Commission Expires: 8-10-10

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2

# Exhibit C-6

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
|  |  :  |  |
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
-----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY KRISTA HARMS

I, Krista Harms, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Iowa.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I worked as a contract attorney for Jones Day on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2009, at Illinois.

KRISTA HARMS
Iowa Bar No. 5010

Sworn to and subscribed before me
this 28 day of April 2009.

NOTARY PUBLIC

My Commission Expires: 8-10-10

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

# Exhibit C-7

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :        Case No. 08-13555 (JMP)
                                                    :
                            Debtors.                :        (Jointly Administered)
                                                    :
-------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY EMMANUEL ODOEMENE

I, Emmanuel Odoemene, pursuant to 28 U.S.C. § 1746, hereby declare that the following

is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of New York. I am not

affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director,

officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment banker in

connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c)

any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I have worked as a contract attorney at Patterson Belknap Webb & Tyler, Quinn Emmanuel,

Shearman & Sterling, Sidley Austin, Hunton & Williams, Simpson Thacher Bartlett, Weil

Gotshal & Manges, Latham & Watkins, and Cadawalader Wickersham & Taft on matters

unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2009, at New York.

Emmanuel Odoemene
New York Bar No. 2949287

Sworn to and subscribed before me
this 27th day of April 2009.

NOTARY PUBLIC

My Commission Expires:

STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualified in New York County
Commission Expires May 30, 2010

2

# Exhibit C-8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                           :

In re                            :      Chapter 11

                            :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :      Case No. 08-13555 (JMP)

                            :

                  Debtors.     :      (Jointly Administered)
------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY CHRISTOPHER J. PAPAJOHN

    I, Christopher J. Papajohn, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

    1.     I am a lawyer admitted to practice law in the State of New York. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

    2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

    4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

    5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

    6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I worked as a contract attorney at BDO Seidman, Shearman & Sterling and Gibson Dunn &

Crutcher.  I also worked for Banc of America through Special Counsel and for Guggenheim

Partners through Lex.  All of these matters were unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2009, at New York.

CHRISTOPHER J. PAPAJOHN
New York Bar No. 2434124

Sworn to and subscribed before me
this 27th day of April 2009.

NOTARY PUBLIC

My Commission Expires:

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 2009

2

# Exhibit C-9

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :        Case No. 08-13555 (JMP)
                                                    :
                                Debtors.            :        (Jointly Administered)
------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY AJIBOLA PETER-KOYI

I, Ajibola Peter-Koyi, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of New York.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I worked as a contract attorney at Sullivan & Cromwell, Willkie Farr & Gallagher, Skadden

Arps, Dechert, and Latham & Watkins on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2009, at New York.

_____

AJIBOLA PETER-KOYI
New York Bar No. 4447843

Sworn to and subscribed before me
this 27th day of April 2009.

_____
NOTARY PUBLIC

My Commission Expires:

STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualified in New York County
Commission Expires May 30, 2010

2

# **Exhibit C-10**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :        Case No. 08-13555 (JMP)
                                                    :
                                    Debtors.        :        (Jointly Administered)
----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY CAMIEL RICHARDS

I, Camiel Richards, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the States of New Jersey and New York. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I have worked as a contract attorney for Simpson Thacher & Bartlett, Skadden Arps, Weil

Gotshal & Manges, Hunton & Williams, and Sidley Austin on matters unrelated to Lehman

Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of April, 2009, at New York.

_____
CAMIEL RICHARDS
New Jersey Bar No. 040402005
New York Bar No. 4395075

Sworn to and subscribed before me
this 27 day of April 2009.

_____
NOTARY PUBLIC

My Commission Expires:

STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualified in New York County
Commission Expires May 30, 2010

# **Exhibit C-11**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
:
In re                                                    :        Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,                   :        Case No. 08-13555 (JMP)
:
Debtors.                                   :        (Jointly Administered)
-----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY JASMINE RODRIGUEZ

I, Jasmine Rodriguez, pursuant to 28 U.S.C. § 1746, hereby declare that the following is
true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of New York.  I am not
affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the
"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director,
officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an
investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an
investment banker for a security of any of the Debtors, or an attorney for any such investment banker in
connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States
Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c)
any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I worked for RR Donnelly and as a contract attorney at Weil Gotshal & Manges on matters

unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2009, at Illinois.

_____
JASMINE RODRIGUEZ
New York Bar No. 4436903

Sworn to and subscribed before me
this 27 day of April 2009.

_____
NOTARY PUBLIC

My Commission Expires: 4-10-10

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2

# **Exhibit C-12**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
:
In re                                              :        Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :        Case No. 08-13555 (JMP)
                                                   :
                              Debtors.             :        (Jointly Administered)
-----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY NICHOLAS RONCONI

I, Nicholas Ronconi, pursuant to 28 U.S.C. § 1746, hereby declare that the following is

true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of New York.  I am not

affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director,

officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment banker in

connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c)

any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I worked at Sidley Austin on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of April, 2009, at Illinois.

NICHOLAS RONCONI
New York Bar No. 4255568

Sworn to and subscribed before me
this 27 day of April 2009.

NOTARY PUBLIC

My Commission Expires: 8-10-2010

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

# Exhibit C-13

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
|                                          |   |                              |
| :                                        |   |                              |
| In re                                    | : | Chapter 11                   |
| :                                        |   |                              |
| LEHMAN BROTHERS HOLDINGS INC., et al.,   | : | Case No. 08-13555 (JMP)      |
| :                                        |   |                              |
| Debtors.                                 | : | (Jointly Administered)       |

-------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY ANTOINETTE ROUSH

I, Antoinette Roush, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I worked at BP Products North American on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of April, 2009, at Illinois.

ANTOINETTE ROUSH
Illinois Bar No. 6258053

Sworn to and subscribed before me
this 27 day of April 2009.

NOTARY PUBLIC

My Commission Expires: 8·10·10

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2

# **Exhibit C-14**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
: 
In re                                                            :        Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :        Case No. 08-13555 (JMP)
                                                                 :
                                          Debtors.           :        (Jointly Administered)
-----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY ALAIN ROZAN

I, Alain Rozan, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to

the best of my knowledge, information, and belief:

1.        I am a lawyer admitted to practice law in the State of New York.  I am not

affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.        I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.        I am not, and have not been within two years before September 15, 2009, a director,

officer, or employee of any of the Debtors.

4.        I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.        I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment banker in

connection with the offer, sale, or issuance of a security for any of the Debtors.

6.        I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c)

any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I have nothing relevant to disclose.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⟨⟩ day of April, 2009, at New York.

ALAIN ROZAN
New York Bar No. 1990936


Sworn to and subscribed before me
this ⟨⟩ day of April 2009.

_____
NOTARY PUBLIC

My Commission Expires:


STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualified in New York County
Commission Expires May 30, 2010

# Exhibit C-15

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :        Case No. 08-13555 (JMP)
                                          :
                    Debtors.              :        (Jointly Administered)
-----------------------------------------------------------------------x
```

### AFFIDAVIT OF DISINTERESTEDNESS BY AIMEE WOODBURY RYLKO

I, Aimee Woodbury Rylko, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I worked as a contract attorney at Sidley Austin on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⟨⟩ day of April, 2009, at Illinois.

AIMEE WOODBURY RYLKO
Illinois Bar No. 6282214

Sworn to and subscribed before me
this ⟨⟩ day of April 2009.

NOTARY PUBLIC

My Commission Expires:  8-10-10

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2

# **Exhibit C-16**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :        Case No. 08-13555 (JMP)
                                            :
                        Debtors.            :        (Jointly Administered)
-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY JOHN SMEE

I, John Smee, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Florida.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I worked as a contract attorney at BP on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of April, 2009, at Illinois.

John Smee
Florida Bar No. 74543

Sworn to and subscribed before me
this 27TH day of April 2009.

_____
NOTARY PUBLIC

My Commission Expires: 8-10-10

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

# **Exhibit C-17**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                              :        Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,             :        Case No. 08-13555 (JMP)
:
Debtors.                   :        (Jointly Administered)
---------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY J. EVE SORENSON

I, J. Eve Sorenson, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated

with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director,

officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment banker in

connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c)

any person employed by the United States Trustee (Region 2).

7.       I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I have worked as a contract attorney at BP Amoco and JPMorgan Chase on matters unrelated to

Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of April, 2009, at Illinois.

J. EVE SORENSON
Illinois Bar No. 6271458


Sworn to and subscribed before me
this 28  day of April 2009.

NOTARY PUBLIC

My Commission Expires: 8-10-10

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

# **Exhibit C-18**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------------x
                                        :
In re                                   :      Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :      Case No. 08-13555 (JMP)
                                        :
                    Debtors.            :      (Jointly Administered)
----------------------------------------------------------------------x
```

## AFFIDAVIT OF DISINTERESTEDNESS BY W. RANDOLPH TORRES

I, W. Randolph Torres, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in Puerto Rico.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I have worked as a contract attorney at Gibson Dunn & Crutcher, Hunton & Williams, Kramer

Levin Naftalis & Frankel, Quinn Emmanuel, Simpson Thacher & Bartlett, and Skadden Arps

Slate Meagher & Flom on matters unrelated to Lehman Brothers.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2009, at New York.

W. RANDOLPH TORRES
Puerto Rico Bar Association No. 9546

Sworn to and subscribed before me
this 27th day of April 2009.

NOTARY PUBLIC

My Commission Expires:

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 2007

2

# Exhibit C-19

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
|                                          |   :   |                         |
| In re                                    |   :   | Chapter 11              |
|                                          |   :   |                         |
| LEHMAN BROTHERS HOLDINGS INC., et al.,   |   :   | Case No. 08-13555 (JMP) |
|                                          |   :   |                         |
| Debtors.                                 |   :   | (Jointly Administered)  |

---------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY DEBORAH TWARDOWSKI

I, Deborah Twardowski, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the States of Illinois and New York. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I have worked at JPMorgan Chase, HSBC Bank and BP North America on matters unrelated to

Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of April, 2009, at Illinois.

DEBORAH TWARDOWSKI
Illinois Bar No. 6295518
New York Bar No. 4542403

Sworn to and subscribed before me
this 28 day of April 2009.

NOTARY PUBLIC

My Commission Expires: 8-10-10

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

# **Exhibit C-20**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :        Case No. 08-13555 (JMP)
                                                :
                                Debtors.         :        (Jointly Administered)
-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY JULIANNE YUN

I, Julianne Yun, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of Identified Parties that is attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009.  Based upon

my review of that list, I hereby disclose the following connections to parties set forth on that list:

I have nothing relevant to disclose.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2009, at Illinois.

JULIANNE YUN
Illinois Bar No. 6287739


Sworn to and subscribed before me
this 27 day of April 2009.

NOTARY PUBLIC

My Commission Expires: 8-10-10

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2