UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                             :
                         Debtors.                    :    (Jointly Administered)
                                                             :
------------------------------------------------------------------x

**ORDER DENYING MOTION OF MIDCOUNTRY BANK
FOR RELIEF FROM THE AUTOMATIC STAY AND RELATED RELIEF**

Upon the motion, dated April 1, 2009, of MidCountry Bank for an order granting relief from the automatic stay and additional relief (Docket No. 3257, the "Motion"), as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and upon consideration of (i) the objection of Lehman Brothers Holdings Inc. (together with its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession, the "Debtors") (Docket No. 3394), (ii) the joinder thereto by the Official Committee of Unsecured Creditors appointed in the Debtors' chapter 11 cases (Docket No. 3400), and (iii) the objection of Aurora Loan Services LLC (Docket No. 3391), each dated April 20, 2009 (collectively, the "Objections"); and a hearing having been held on April 22, 2009 to consider the relief requested in the Motion and the Objections (the "Hearing"); and upon all of the proceedings had before the Court; and for the reasons set forth by the Court on the record at the Hearing; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is denied without prejudice.

Dated: April 29, 2009
New York, New York

*/s/ James M. Peck*_____
UNITED STATES BANKRUPTCY JUDGE