# KATSKY | KORINS LLP

| MEMBERS OF THE FIRM | |
|---|---|
| ROBERT A. ABRAMS | GREGORY K. MARKS |
| RANDOLPH AMENGUAL | NEIL S. MILLER |
| MATTHEW DANOW | STEVEN H. NEWMAN |
| DAVID L. KATSKY | STEPHEN J. SWIATKIEWICZ |
| ADRIENNE B. KOCH | MERYL LYNN UNGER |
| EUGENE V. KOKOT | MARCY L. WACHTEL |
| ROY M. KORINS | MARK WALFISH |
| DENNIS C. KRIEGER | JOEL S. WEISS |
| THOMAS M. LOPEZ | ELIAS M. ZUCKERMAN |

WRITER'S DIRECT DIAL | 212.716.3235
WRITER'S DIRECT FAX | 212.716.3335
WRITER'S EMAIL | snewman@katskykorins.com
OUR REFERENCE | 18160-172

April 29, 2009

**BY FEDERAL EXPRESS**
Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   Lehman Brothers Holdings Inc., et.al.
      Case No. 08-13555 (JMP)

Dear Judge Peck:

This firm is co-counsel to Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC (collectively, the "Tuxedo Parties").

This letter confirms that the motion of the Tuxedo Parties for an order pursuant to Bankruptcy Code Sections 105, 363 and 1107 authorizing and compelling actions by Debtors as agent and lender under loan facility and granting related relief [Docket No. 1435] has been adjourned on consent of the parties from May 13, 2009 to June 24, 2009 at 10:00 a.m., and that the parties have agreed that any objections to the motion must be filed and received by counsel for the Tuxedo Parties not later than June 10, 2009.

Respectfully yours,

Steven H. Newman

cc:   Nellie Camerik, Esq. (via telecopier, No. (305) 374-7159)
      Nancy A. Mitchell, Esq. (via telecopier, No. (212) 801-6400)
      Maria J. DiConza, Esq. (via telecopier, No. (212) 801-6400)
      David E. Bolen, Esq. (via telecopier, No. (212) 801-6400)
      Mark Walfish, Esq.

334043-1-W

605 Third Avenue New York, NY 10158   PHONE 212.953.6000   FAX 212.953.6899   www.katskykorins.com