# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.    Case Nos. 08-13555 (JMP)
Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Royal Bank of Scotland, plc | Sanno Point Master Fund Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #: 3265

Total Amount of Claim: $6,455,505.68

The Royal Bank of Scotland, plc
600 Steamboat Road
Greenwich, CT 06830
Attention: Elizabeth Han
Telephone: 203-971-7573
Fax:      203-302-7823
Email: Elizabeth.Han@rbs.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

The Royal Bank of Scotland plc
By: Greenwich Capital Markets, Inc., its agent

By: _____/s/_____      Date: 4/30/2009

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

KL2 2602455.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Royal Bank of Scotland, plc

Sanno Point Master Fund Ltd., a Cayman Islands exempt company, located at c/o Sanno Point Capital Management LLC, 623 Fifth Avenue, 16th Floor, Suite A, New York, NY 10022 (Seller), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to The Royal Bank of Scotland, plc, its successors and assigns, with offices at 600 Steamboat Road, Greenwich, CT 06830 (Buyer), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. and its affiliates in the amount of $6,455,305.68 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ____ day of April, 2009.

SANNO POINT MASTER FUND LTD.

By: _____
Name: _____
Title: _____

THE ROYAL BANK OF SCOTLAND PLC
By: Greenwich Capital Markets, Inc., its agent

By: _____
Name:
Title: Suzanne Glossoti
       Vice President

- 11 -