Giants Stadium LLC
Meadowlands Sports Complex
50 State Route 120
East Rutherford, NJ 07073

April 30, 2009

The Clerk of Court
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004

Re: Notice of Withdrawal of Claim
Lehman Brothers Special Financing Inc.
Case No.: 08-13888 (JMP)
Claim Number: 219

Dear Sir,

This letter shall serve as notice that Giants Stadium LLC hereby withdraws, without prejudice, Claim No. 219, which was filed on October 17, 2008 with the United States Bankruptcy Court, Southern District of New York. The above-referenced claim is duplicative of Claim No. 315 and, for the avoidance of doubt, Claim No. 315 shall not, in any way, be affected by the delivery of this notice.

A copy of this correspondence and a self-addressed stamped envelope is enclosed herewith. Please return an acknowledgement of the filing of this correspondence at your earliest convenience.

Sincerely,

Giants Stadium LLC

By: _____
Name: John K. Mara
Title: Authorized Representative

cc. Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, New York 10150-5076

The Honorable James M. Peck
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004