WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                          :    Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    08-13555 (JMP)
                                               :
                  Debtors.                     :    (Jointly Administered)
                                               :
                                               :
------------------------------------------------------------------x

### NOTICE OF FILING OF UPDATED MASTER SERVICE LIST

Pursuant to an order of this Court dated September 22, 2008, granting the

Debtors' motion for an order implementing certain notice and case management

procedures [Docket No. 285], as amended [Docket No. 2837], attached hereto is the

Master Service List as of May 1, 2009.

Dated:  May 4, 2009
        New York, New York

                                        /s/ Shai Y. Waisman
                                        Harvey R. Miller
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

NY2:\1983985\02\16$%P02!.DOC\58399.0003