**Presentment Date and Time: May 12, 2009 at 12:00 p.m (Prevailing Eastern Time)**
**Objection Deadline: May 11, 2009 at 12:00 p.m (Prevailing Eastern Time)**
**Hearing Date and Time (If an Objection is Filed): May 13, 2009 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :        08-13555 (JMP)
                                            :
            Debtors.                        :        (Jointly Administered)
                                            :
                                            :
-----------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
LB 2080 KALAKAUA OWNERS LLC,                :        09 - 12516 (JMP)
                                            :
                                            :
            Debtor.                         :
                                            :
-----------------------------------------------------------------x
```

**NOTICE OF PRESENTMENT OF**
**MOTION FOR A DETERMINATION THAT CERTAIN**
**ORDERS AND OTHER PLEADINGS ENTERED OR FILED IN THE**
**CHAPTER 11 CASES OF AFFILIATED DEBTORS BE MADE**
**<u>APPLICABLE TO THE CHAPTER 11 CASE OF LB 2080 KAPALUA OWNERS LLC</u>**

        **PLEASE TAKE NOTICE** that the undersigned will present the annexed Motion (the "<u>Motion</u>") of Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-referenced chapter 11 cases (together, the "<u>Debtors</u>") for a Determination that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to the Chapter 11 Case of LB 2080 Kapalua Owners LLC, all as more fully described in the Motion, to the Honorable James M. Peck, United States Bankruptcy Judge, for approval and signature on **May 12, 2009 at 12:00 noon (Prevailing Eastern Time)**.

        **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy</u>

Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Shai Y. Waisman, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors appointed in these cases; and (v) any person or entity with a particularized interest in the Motion, so as to be filed and received by no later than **May 11, 2009 at 12:00 noon (Prevailing Eastern Time)**.

        **PLEASE TAKE FURTHER NOTICE** that unless a written objection is timely served and filed as set forth above, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

        **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, a hearing (the "Hearing") will be held to consider the Application and the Order on **May 13, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: May 4, 2009
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y Waisman

Attorney for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                 :

**In re**                              :         **Chapter 11 Case No.**
                                 :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    **08-13555 (JMP)**
                                 :

         **Debtors.**                 :         **(Jointly Administered)**
                                 :
                                 :

------------------------------------------------------------x
                                 :

**In re**                              :         **Chapter 11 Case No.**
                                 :

**LB 2080 KALAKAUA  OWNERS LLC,**    :    **09 - 12516 (JMP)**
                                 :
                                 :

         **Debtor.**                  :
                                 :

------------------------------------------------------------x

**DEBTORS' MOTION FOR A DETERMINATION**
**THAT CERTAIN ORDERS AND OTHER PLEADINGS ENTERED OR**
**FILED IN THE CHAPTER 11 CASES OF AFFILIATED DEBTORS BE MADE**
**APPLICABLE TO THE CHAPTER 11 CASE OF LB 2080 KALAKAUA OWNERS LLC**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

          Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and,

collectively with their non-debtor affiliates, "Lehman"), file this Motion and respectfully represent:

## **Background**

1.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  Other than the case of LB 2080 Kalakaua Owners LLC, which was commenced on April 23, 2009, the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI").  A trustee appointed under SIPA (the "SIPC Trustee") is administering LBI's estate.

4.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's appointment of the Examiner.

**Jurisdiction**

5.      This Court has subject matter jurisdiction to consider and determine this

matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Lehman's Business**

6.      Prior to the events leading up to these chapter 11 cases, Lehman was the

fourth largest investment bank in the United States.  For more than 150 years, Lehman has been

a leader in the global financial markets by serving the financial needs of corporations,

governmental units, institutional clients and individuals worldwide.

7.      Additional information regarding the Debtors' businesses, capital

structures, and the circumstances leading to these chapter 11 filings is contained in the Affidavit

of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District

of New York in Support of First-Day Motions and Applications, filed on September 15, 2008

[Docket No. 2].

**Relief Requested**

8.      By this Motion, the Debtors request a determination that, pursuant to

section 105(a) of the Bankruptcy Code, certain orders and other pleadings entered or filed in the

Lehman Brothers Holdings, *et al*. chapter 11 cases (Case No. 08-13555 (JMP)), up to and

including April [28], 2009, be made applicable to the recently filed chapter 11 case of LB 2080

Kalakaua Owners LLC on the terms set forth below.

**Application of Certain Orders and Other
Pleadings Entered or Filed in the LBHI *et al.* Cases**

9.      The Debtors seek application of the relief granted in certain orders entered

by the Court in an effort to eliminate the filing of duplicative applications and motions and,

therefore, reduce the burdens on this Court and on parties in interest.  This Motion seeks to have

applied to LB 2080 Kalakaua Owners LLC the affidavit of Ian T. Lowitt and declaration of

David Coles filed pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern

District of New York and certain orders which are set forth on Exhibit A annexed hereto,

previously entered in the jointly administered cases under Case No. 08-13555 (JMP) (the

"Preexisting Orders").  In other words, LB 2080 Kalakaua Owners LLC seeks application of the

Preexisting Orders to the extent applicable as if it was one of the Debtors defined within each

such order, with the limited exception that such previously entered orders be effective as to LB

2080 Kalakaua Owners LLC as of its Commencement Date, set forth above.  The relief set forth

in each of such orders is necessary for LB 2080 Kalakaua Owners LLC to experience a smooth

transition into chapter 11 with a minimum of delay, cost, and expense for the benefit of all

parties in interest.

**The Court has the Authority
To Grant the Relief Requested Herein**

10.    Section 105(a) of the Bankruptcy Code provides, in relevant part:  "The

court may issue any order, process, or judgment that is necessary or appropriate to carry out the

provisions of this title."  11 U.S.C. § 105(a).  Under section 105(a) of the Bankruptcy Code, the

Court has expansive equitable powers to fashion any order or decree that is in the interest of

preserving or protecting the value of a debtor's assets.  *See, e.g., In re Chinichian*, 784 F.2d

1440, 1443 (9th Cir. 1986) ("Section 105 sets out the power of the bankruptcy court to fashion

orders as necessary pursuant to the purposes of the Bankruptcy Code."); *Bird v. Crown

Convenience (In re NWFX, Inc.)*, 864 F.2d 588, 590 (8th Cir. 1988) ("The overriding

consideration in bankruptcy . . . is that equitable principles govern"); *In re Cooper Properties*

*Liquidating Trust, Inc.*, 61 B.R. 531, 537 (Bankr. W.D. Tenn. 1986) ("[T]he Bankruptcy Court is one of equity and as such it has a duty to protect whatever equities a debtor may have in property for the benefit of its creditors as long as that protection is implemented in a manner consistent with the bankruptcy laws.").

11.    The entry of an order directing that the Preexisting Orders and the First Day Affidavit be made applicable to the chapter 11 case of LB 2080 Kalakaua Owners LLC will obviate the need for duplicative notices, motions, applications, affidavits, and orders to be filed in LB 2080 Kalakaua Owners LLC's case.  The Debtors simply seek to save time and expense for their estates and to reduce the burden on the Court and parties in interest by proceeding in this manner.  LB 2080 Kalakaua Owners LLC requires the protections and authorizations that are set forth in the Preexisting Orders to enter chapter 11 in an orderly manner and to maintain its ability to reorganize successfully.  The Preexisting Orders deal with many of the "first day" matters with which most debtors must deal and other procedural matters.

12.    If LB 2080 Kalakaua Owners LLC had commenced its chapter 11 case at the same time as the other Debtors, they would have been movants and affiants with respect to all the Preexisting Orders.  By proceeding in the manner set forth in this Motion, the Debtors seek to recognize that fact and streamline the motion practice for requesting such relief, while at the same time providing the same requisite facts and justification for such relief as if LB 2080 Kalakaua Owners LLC filed said motions and the First Day Affidavit.

13.    The Debtors believe that the relief requested herein is appropriate to carry out the provisions of the Bankruptcy Code.  Similar procedures have been authorized in other complex chapter 11 cases.  *In re Delphi Corporation, et al.*, Case No. 05-44481 (RDD); *In re Enron Corp., et al.*, Case No. 01-16034 (AJG) (Bankr. S.D.N.Y.); *In re Genesis Health*

*Ventures, Inc., et al.*, Case No. 00-2692 (JHW) (Bankr. D. Del. 2000); *In re Sun Healthcare Group, Inc., et al.*, Case No. 99-3657 (MFW).  Indeed, this Court previously entered similar orders in these chapter 11 cases.  *See* Order Directing that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sept. 17, 2008) [Docket No. 87]; Order Directing that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. *et al.* Be Made Applicable to PAMI Statler Arms LLC, Case No. 08-13664 (JMP) (Bankr. S.D.N.Y. Oct. 3, 2008 [Docket No. 4]; Order Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to Recently Filed Cases, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Oct. 16, 2008) [Docket No. 1093]; Order Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to Structured Asset Securities Corporation and LB Rose Ranch LLC, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Feb. 18, 2009) [Docket No. 2929] (collectively, the "Applicability Orders").

### The Relief Requested is Appropriate

14.    Based upon the foregoing, the Debtors submit that the relief requested herein is essential, appropriate, and in the best interest of the Debtors' estates and their creditors, and therefore, should be granted.

### Notice

15.    No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this Motion in accordance with the procedures set forth in the amended order entered on February 13, 2009 governing case management and administrative procedures for these cases [Docket No. 2837] on (i) the U.S. Trustee; (ii) the attorneys for the Official

Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) all parties who have requested notice in these chapter 11 cases.  The Debtors submit that

no other or further notice need be provided.

16.    Other than in the motions seeking entry of the Applicability Orders, no

previous request for the relief sought herein has been made by the Debtors to this or any other

court.

WHEREFORE the Debtors respectfully request that the Court grant the relief

requested herein and such other and further relief as is just.

Dated: May 4, 2009
       New York, New York

                              /s/ Shai Y. Waisman
                              Shai Y. Waisman

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007


                              Attorneys for Debtors
                              and Debtors in Possession

**Exhibit A**
**Preexisting Orders**

1.      Order Signed on 9/16/2008 Confirming Status of Clearing Advances [Docket No. 47]

2.      Order Enforcing the Protections of Section 362 of the Bankruptcy Code [Docket No. 48]

3.      Order (i) Authorizing the Employment of Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtor and (ii) Appointing Epiq Bankruptcy Solutions, LLC as Agent of the Bankruptcy Court [Docket No. 50]

4.      Order Signed on 9/16/2008 (i) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders Through and Including November 14, 2008 [Docket No. 52]

5.      Order Waiving the Requirement to File a List of Creditors; and (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case [Docket No. 53]

6.      Order Directing Joint Administration for Case Number 08-13555 (Lehman Brothers Holdings Inc.) and Case Number 08-13600 (LB 745 LLC) [Docket No. 86]

7.      Order Signed on 9/17/2008 Directing that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC  [Docket No. 87]

8.      Order Signed on 9/17/2008 (I) Approving the Break-Fee and Expense Reimbursement, (II) Certain Matters Relating to Competing Bids, If Any, (III) Approving the Form and Manner of Sale Notices and (IV) Setting the Sale Hearing Date in Connection with the Sale of Certain of the Debtors' Assets  [Docket No. 88]

9.      Order Signed on 9/20/2008 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 258]

10.     Order Signed on 9/22/2008 Confirming Status of Citibank Clearing Advances [Docket No. 284]

11.     Order Implementing Certain Notice and Case Management Procedures [Docket No. 285]

12.     So Ordered Stipulation and Agreed Order Signed on 10/1/2008 Between the Debtors and the Official Committee of Unsecured Creditors Regarding Creditor Access to Information [Docket No. 498]

13.     Interim Order Signed on 10/3/2008 for an Order (A)(i) Authorizing the Debtor to Continue Its Workers' Compensation Programs and its Liability, Property, and Other

Insurance Programs and (ii) Authorizing the Debtor to Pay All Prepetition Obligations in Respect Thereof and (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Scheduling a Final Hearing for 11/5/2008 at 10:00 AM in Courtroom 601  [Docket No. 649]

14.  Order Signed on 10/16/2008 Granting the Debtors' Motion for Entry of an Order (i) Approving Equity Interests Purchase Agreement; (ii) Authorizing Debtors to Compromise, Settle, and Release Related Claims; and (iii) Granting Related Relief [Docket No. 1086]

15.  Interim Order Signed on 10/16/2008 Authorizing the Debtors to (a) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date [Docket No. 1087]

16.  Order Signed on 10/16/2008 Directing Joint Administration of Chapter 11 Cases 08-13555, 08-13888, 08-13885, 08-13887, 08-13893, 08-13899, 08-13900, 08-13901, 08-13902, 08-13903, 08-13904, 08-13905, 08-13906, 08-13907, 08-13908 and 08-13664. All Entries Shall Be Made Under Lead Case Number 08-13555  [Docket No. 1090]

17.  Interim Order Signed on 10/16/2008 Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorney for the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 1092]

18.  Order Signed on 10/16/2008 Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to Recently Filed Cases  [Docket No. 1093]

19.  Order Signed on 10/16/2008 (i) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (ii) Resolving Objections by Utility Companies, and (iii) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service [Docket No. 1096]

20.  Order Signed on 10/16/2008 Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of a Screening Wall  [Docket No. 1099]

21.  Order Signed on 10/16/2008 Authorizing the Employment and Retention of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors, Nunc Pro Tunc to the Date of Its Engagement  [Docket No. 1100]

22.  Order Signed on 10/17/2008 Granting Debtors' Motion Authorizing Entry of an Order Authorizing Lehman Brothers Holdings Inc. to (A) Enter into a Partnership Interests Purchase Agreement, (B) Compromise and Release a Portion of an Intercompany Loan, and (C) Assign the Remainder of Such Intercompany Loan to Purchasers [Docket No. 1126]

23.     Interim Order Signed on 10/20/2008 (A) Authorizing the Debtors to (i) Continue Using
        Existing Centralized Cash Management System, as Modified, (ii) Honor Certain
        Prepetition Obligations Related to the Use of the Cash Management System, and (iii)
        Maintain Existing Bank Accounts and Business Forms; (B) Extending the Debtors' Time
        to Comply with Section 345(b) of the Bankruptcy Code, and (c) Scheduling a Final
        Hearing for 11/5/2008 at 10:00 AM in Courtroom 601  [Docket No. 1138]

24.     Amended Order Signed on 10/20/2008 Directing that Certain Orders and Other Pleadings
        Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to
        Recently Filed Cases [Docket No. 1140]

25.     Order Signed on 10/22/2008 Approving Specified Information Blocking Procedures and
        Permitting Trading of Claims Against the Debtor Upon Establishment of a Screening
        Wall  [Docket No. 1170]

26.     Order Signed on 10/22/2008 Approving Specified Information Blocking Procedures and
        Permitting Trading of Claims Upon Establishment of a Screening Wall  [Docket No.
        1171]

27.     Order Signed on 11/5/2008 Granting the Debtors' Motion for Authorization to Reject
        Contingent Management Agreement with WestLB AG [Docket No. 1385]

28.     Order Signed on 11/5/2008 Approving Restrictions on Certain Transfers of Interests in
        the Debtors' Estates and Establishing Notification Procedures Relating Thereto [Docket
        1386]

29.     Order Signed on 11/5/2008 Granting the Application of the Debtors for Authorization to
        Employ, Nunc Pro Tunc, Mckee Nelson LLP as Special Tax Counsel [Docket No. 1387]

30.     Order Signed on 11/5/2008 Establishing Procedures for Interim Monthly Compensation
        and Reimbursement of Expenses of Professionals [Docket No. 1388]

31.     Order Signed on 11/5/2008 Approving Specified Information Blocking Procedures and
        Permitting Trading of Claims Against the Debtor Upon Establishment of A Screening
        Wall  [Docket No. 1389]

32.     Order Signed on 11/5/2008 Authorizing the Debtors to Employ Professionals Utilized in
        the Ordinary Course of Business [Docket No. 1394]

33.     So Ordered Stipulation, Agreement and Order Signed on 11/5/2008 Between the Debtors
        and Fir Tree Capital Opportunity Master Fund, L.P. Adjourning the Response and
        Joinder to the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery
        of Lehman Brothers Holdings Inc.  [Docket No. 1395]

34.     So Ordered Stipulation, Agreement and Order Signed on 11/5/2008 Between the Debtors
        and the Harbinger Funds Adjourning the Hearing on the Motion of the Harbinger Funds

for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. [Docket No. 1396]

35. Final Order Signed on 11/5/2008 Authorizing the Debtors to (A) (i) Continue Workers' Compensation Programs and its Liability, Property, and Other Insurance Programs, (ii) Pay All Prepetition Obligations in Respect Thereof and (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 1398]

36. Order Signed on 11/5/2008 Authorizing Lehman Brothers Holdings Inc. to Enter into an Amended Sale and Purchase Agreement  [Docket No. 1399]

37. Revised So Ordered Stipulation and Agreed Order Signed on 11/5/2008 Resolving Motion to Compel Lehman Commercial Paper Inc. To Assume Or Reject Executory Contracts [Docket No. 1400]

38. So Ordered Stipulation and Consent Order Signed on 11/5/2008 (I) Governing Interim Production of Documents and (II) Adjourning Remainder of Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc., et al. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A.  [Docket No. 1402]

39. Interim Order Signed on 11/5/2008 Authorizing Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17, 2008  [Docket No. 1403]

40. Interim Order Signed on 11/5/2008 Authorizing Retention And Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel for the Official Committee of Unsecured Creditors, Effective As Of September 17, 2008.  [Docket No. 1404]

41. Interim Order Signed on 11/5/2008 Authorizing Employment And Retention Of FTI Consulting Inc., As Financial Advisor to the Official Committee of Unsecured Creditors, Effective As Of September 17, 2008  [Docket No. 1405]

42. Interim Order Signed on 11/5/2008 Authorizing Employment And Retention Of Houlihan Lokey Howard & Zukin Capital, Inc. As Investment Banker for the Official Committee of Unsecured Creditors, Effective As Of September 17, 2008  [Docket No. 1407]

43. Final Order Signed on 11/6/2008 (A) Authorizing the Debtors to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; and (B) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code [Docket No. 1416]

44. So Ordered Stipulation, Agreement and Order Signed on 11/6/2008 Between Lehman Brothers Inc., the Debtors and Cargill Investment Group, Ltd. Providing for Relief from

the Automatic Stay for the Exclusive Purpose of Terminating the Second Asset Management Agreement [Docket No. 1417]

45.    So Ordered Stipulation, Agreement and Order Signed on 11/6/2008 Between the Debtors and D.E. Shaw Adjourning the Joinder to the Motions for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others [Docket No. 1422]

46.    Order to Show Cause Signed on 11/14/2008 Fixing Hearing Date to Consider the Debtors' Motion for Authorization to Enter into a Transition Services Agreement with Lehman Europe [Docket No. 1520]

47.    Order Signed on 11/18/2008 Granting the Motion Filed by the Debtors for Authorization to Assume an Agreement to Sell Approximately 50 Acres of Undeveloped Land [Docket No. 1586]

48.    Amended Order Signed on 11/19/2008 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 1604]

49.    Final Order Signed on 11/21/2008 Authorizing Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17, 2008 [Docket No. 1652]

50.    Final Order Signed on 11/21/2008 Authorizing Retention And Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008 [Docket No. 1654]

51.    Final Order Signed on 11/21/2008 Authorizing Employment And Retention Of FTI Consulting Inc., As Its Financial Advisor to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008 [Docket No. 1655]

52.    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and Airlie Opportunity Master Fund, Ltd. Adjourning the Joinder of the Motion for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others [Docket No. 1657]

53.    Order Signed on 11/21/2008 Authorizing the Employment and Retention of Simpson, Thacher & Bartlett LLP as Special Counsel to the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 1658]

54.    Final Order Signed on 11/21/2008 for Authorizing the Employment and Retention of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors, Nunc Pro Tunc to the Date of Its Engagement [Docket No. 1659]

55. Final Order Signed on 11/21/2008 Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorneys for the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 1660]

56. Order Signed on 11/21/2008 for Authorization to Enter into a Transition Services Agreement with Lehman Europe  [Docket No. 1661]

57. Order Signed on 11/21/2008 for Authorizing Implementation of the Retention and Recruitment Program [Docket No. 1662]

58. So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and the Russell Funds Adjourning the Joinder to the Motions for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others  [Docket No. 1664]

59. So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and Bank of America Adjourning the Joinder to the Motion of Harbinger for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others [Docket No. 1665]

60. So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and Green Tree Servicing LLC  [Docket No. 1668]

61. Order Signed on 12/3/2008 Authorizing Payment of Prepetition Art-Handler Claims [Docket No. 2050]

62. Order Signed on 12/3/2008 Granting the Debtors' Motion for Authorization to Advance Certain Legal Costs to Former Employees  [Docket No. 2052]

63. Bridge Order Signed on 12/3/2008 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings [ Docket No. 2053]

64. Order to Show Cause Signed on 12/8/2008 Fixing Hearing Date to Consider the Debtors' Motion for Entry of an Order (i) Authorizing Lehman Brothers Holdings Inc. to Enter into a Settlement Agreement with Certain French Affiliates Relating to Intercompany Claims, (ii) Authorizing Lehman Brothers Holdings Inc. to Vote Its Shares in French Affiliate to Approve Sale of Substantially All of the Assets of and Voluntary Dissolution of Such Affiliate and (iii) Granting Certain Related Relief  [Docket No. 2092]

65. So Ordered Stipulation, Agreement and Order Signed on 12/15/2008 Between Debtors and Guidance Enhanced Green Terrain Fund LLC [Docket No. 2218]

66. So Ordered Stipulation and Order Signed on 12/15/2008 Regarding Certain Options [Docket No. 2227]

67. Order Signed on 12/16/2008 to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 2257]

68.    Order Signed on 12/16/2008 Approving the Assumption or Rejection of Open Trade Confirmations [Docket No. 2258]

69.    Order Signed on 12/17/2008 Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Investment Banker to the Debtors, Effective as of September 15, 2008 [Docket No. 2275]

70.    Order Signed on 12/17/2008 Authorizing the Employment and Retention of Bortstein Legal LLC as Special Counsel to the Debtors [Docket No. 2277]

71.    Final Order Signed on 12/17/2008 Authorizing the Debtors to (a) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date [Docket No. 2278]

72.    Order Signed on 12/17/2008 Authorizing Employment And Retention Of Houlihan Lokey Howard & Zukin Capital, Inc. As Investment Banker to the Official Committee of Unsecured Creditors As Of September 17, 2008 [Docket No. 2279]

73.    So Ordered Stipulation and Order Signed on 12/17/2008 Between the Debtors and Sumitomo Mitsui Banking Corporation Granting Adequate Protection  [Docket No. 2286]

74.    Order Signed on 12/17/2008 Granting Barclays' Motion for Certain Limited Relief from the Sale Order and the Sale Procedures Order  [Docket No. 2289]

75.    Order Signed on 12/17/2008 Authorizing the Debtors and Barclays Capital Inc. to File Under Seal Certain Schedules to the Purchase Agreement [Docket No. 2290]

76.    Order Signed on 12/18/2008 Authorizing (i) the Assumption, Assignment, and Sale of Debtors Rights and Obligations Under a Certain Loan Facility Agreement, (ii) the Release of Certain Claims, and (iii) Related Relief [Docket No. 2305]

77.    Order Signed on 12/18/2008 Enlarging the Time within Which to File Notices of Removal of Related Proceedings  [Docket No. 2306]

78.    Order Signed on 12/18/2008 Authorizing the Debtors to Employ Natixis Capital Markets Inc. as Strategic Advisor  [Docket No. 2308]

79.    Order Signed on 12/18/2008 Authorizing the Employment and Retention of McKenna Long & Aldridge LLP as Special Counsel to the Debtors, Nunc Pro Tunc to the Commencement Date  [Docket No. 2309]

80.    Bridge Order, signed 12/19/2008, Extending the Time within Which Debtors Must Comply with Section 345(b) of the Bankruptcy Code  [Docket No. 2328]

81.    Order signed on 12/22/2008 Authorizing and Approving Debtors Sale of Purchased
       Assets and the Assumption and Assignment of Executory Contracts and Unexpired
       Leases in Connection with Sale of Lehman Brothers Investment Management Division
       [Docket No. 2350]

82.    Order signed on 12/23/2008 Pursuant to Sections 327(a) and 328(a) of the Bankruptcy
       Code and Rule 2014 Authorizing the Retention and Employment of Bloomer deVere
       Group Avia, Inc. as Debtors' Broker in Connection with the Sales of the Debtors'
       Aviation Assets Nunc Pro Tunc to the Commencement Date  [Docket No. 2358]

83.    Amended Order signed on 12/23/2008 Pursuant to Sections 363 of the Bankruptcy Code
       and Federal Rule of Bankruptcy Procedure 6004 Authorizing Lehman Brothers Holdings
       Inc. to Enter into an Amended Sale and Purchase Agreement  [Docket No. 2359]

84.    Order signed on 12/23/2008 Pursuant to Section 365 of the Bankruptcy Code Approving
       the Assumption or Rejection of Open Trade Confirmations and Correcting Prior Orders
       [Docket No. 2364]

85.    Order signed on 12/23/2008 Granting LBHI's Motion, Pursuant to Sections 105(a) and
       365 of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, for Authorization to
       Reject Prescription Drug Program Master Agreement with Medco  [Docket No. 2365]

86.    Order signed on 12/23/2008 Granting LBHI's Motion Pursuant to Sections 105(a) and
       365 of the Bankruptcy Code, for Authorization to Assume Administrative Services
       Agreement with Aetna  [Docket No. 2366]

87.    Order signed on 1/15/2009 Granting Debtors' Application Pursuant to Section 327(a) and
       328(a) of the Bankruptcy Code to Retain and Emply Ernst & Young LLP as Auditors and
       Tax Services Provider Nunc Pro Tunc to the Commencement Date [Docket No. 2547]

88.    Order signed on 1/15/2009 Pursuant to Sections 105 and 365 of the Bankruptcy Code to
       Establish Procedures for the Settlement or Assumption and Assignment of Prepetition
       Derivative Contracts  [Docket No. 2557]

89.    Order signed on 1/16/2009 Pursuant to Sections 365 of the Bankruptcy Code Approving
       the Assumption or Rejection of Open Trade Confirmations [Docket No. 2564]

90.    Order signed on 1/16/2009 Pursuant to Section 365 of the Bankruptcy Code Approving
       the Assumption or Rejection of The Second Group of Open Trade Confirmations  [2565]

91.    Amended Stipulation and Order signed on 1/16/2009 Granting Adequate Protection
       [Docket No. 2567]

92.    Order signed on 1/16/2009 Directing Appointment of an Examiner Pursuant to Section
       1104(c)(2) of the Bankruptcy Code [Docket No. 2569]

93.    Stipulation and Agreed Order signed on 1/16/2009 Providing For Lehman Brothers Inc.'s Assumption and Assignment of Administrative Agency Agreements to Lehman Commercial Paper Inc. [Docket No. 2581]

94.    Order signed on 1/20/2009 Approving Appointment of Examiner [Docket No. 2583]

95.    Order signed on 1/20/2009 Denying Motion of The Bank Of New York Mellon Trust Company, N.A. For Examination of Documents by Lehman Brothers Holdings, Inc., Lehman Brothers, Inc., Lehman Brothers Commodity Services Inc. and Barclays Capital Inc. [Docket No. 2584]

96.    Order signed on 1/21/2009 Granting LBHI's Motion, Pursuant to Sections 105(a), 363(b)(1), and 365 of the Bankruptcy Code, for Authorization to (i) Assume a Subscription Agreement and Certain Other Agreements with Wilton Re Holdings Limited, (ii) Amend Said Subscription Agreement, and (iii) Fund the Capital Commitment Pursuant to Said Subscription Agreement  [Docket No. 2589]

97.    Errata order signed on 1/21/2009 [Docket No. 2590]

98.    Stipulation and Order Signed on 1/21/2009; with Evidentiary Hearing to be held on 2/26/2009 at 10:00 a.m. [Docket No. 2593]

99.    Stipulation and Order signed on 1/22/2009 with Respect to Return of Funds of MKP Opportunity Master Fund, LTD. [Docket No. 2604]

100.    Stipulation, Agreement and Order signed on 1/22/2009 (A) Resolving in Part The Motion of DNB NOR BANK ASA for Entry of (I) An Order Pursuant to 11 U.S.C. Sections 362(d) And Fed. Bankr. P. 4001 Granting Relief From Automatic Stay To Effect Setoff or, In The Alternative, (II) An Order Pursuant to 11 U.S.C. Sections 361 and 506(a) Requiring The Debtors To Provide Adequate Protection and (B) Fixing A Schedule For Supplemental Briefing [Docket No. 2605]

101.    Stipulation and Agreed Order signed on 1/23/2009 Resolving Motion of Corus Bank, N.A. for (I) Determination That The Automatic Stay Does Not Apply, or Alternatively, (II) Relief From The Automatic Stay  [Docket No. 2606]

102.    Stipulation, Agreement and Order signed on 1/28/2009 Resolving Motion of Jarden Corporation Under Bankruptcy Code Section 365(d) To Compel (I) Lehman Commercial Paper, Inc. To Resign As Administrative Agent and Swing Line Lender Under Credit Agreement and (II) Immediate Assumption or Rejection of Credit Agreement [Docket No. 2666]

103.    Order signed on 1/28/2009 Approving Consensual Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 2667]

104.    Order signed on 1/28/2009 Pursuant to Sections 105 and 363 of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 6004 and 9014, and Rules 6004-1, 9006-1

and 9014-1 of the Local Bankruptcy Rules for Approval of the Sale of Debtor's Interest in a Loan Secured by Property Located at 816 Congress Avenue in Austin, Texas [Docket No. 2674]

105.    Stipulation and Agreed Order signed on 1/28/2009 Between The Certified Class in Austin V. Chisick, Lehman Commercial Paper, Inc., and The Trustee For the Sipa Liquidation of Lehman Brothers Inc. To Permit Limited Modification of the Automatic Stays  [Docket No. 2675]

106.    Stipulation, Agreement and Order signed on 1/28/2009 Resolving Motion of Kapalua Bay, LLC to (I) Compel Immediate Assumption or Rejection of Construction Loan Agreement; and (II) Upon Rejection, To Grant Relief From The Automatic Stay [Docket 1195], and Motion of Central Pacific Bank, Deutsche Hypothekenbank (Actien-Gesellschaft), and Landesbank Baden-Wurttemberg Pursuant to Section 362 of the Bankruptcy Code For Relief From The Automatic Stay to Enforce Contractual Rights To Remove Lehman Brothers Holdings Inc. As Agent Under Loan Facility  [Docket No. 2676]

107.    Order signed on 1/28/2009 Granting The Debtors' Motion Pursuant to Sections 105(a), 363(b) and 365(a) of The Bankruptcy Code and Bankruptcy Rules 6004 and 6006 For Authorization to (I) Assume, As Modified, Certain Loan Agreements, and (II) Consummate Related Loans To Be Made By Lehman Commercial Paper Inc. And Other Lenders to Archstone  [Docket No. 2677]

108.    Order signed on 1/28/2009 Authorizing The Debtors To Employ Kelly Wright As Art Consultant [Docket No. 2678]

109.    Order signed on 1/28/2009 Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing The Employment and Retention of Reilly Pozner LLP as Special Counsel to Debtors, Nunc Pro Tunc to the Commencement Date  [Docket No. 2680]

110.    Order signed on 1/28/2009 Pursuant to Sections 105(a), 363(b) and 365(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004 and 6006 Authorizing Lehman Brothers Holdings Inc. to Assume, as Modified, Certain Loan Documents Entered into with Jung Developments Inc., et. al. and to Consummate Certain Related Transactions  [Docket No. 2681]

111.    Stipulation, Agreement, and Order signed on 1/28/2009 Between The Debtors and Anita Bryant Providing For Relief From The Automatic Stay For The Limited Purpose Of Permitting Anita Bryant To Continue The Action and Limit Any Recovery To The Insurance Proceeds [Docket No. 2687]

112.    Order to Show Cause signed on 1/30/2009 and Notice Fixing Hearing Date To Consider Examiner's Motion Directing The Production Of Document and Authorizing The Examinations of The Debtors' Current And Former Officers, Directors and Employees, and Other Persons and Entities  [Docket No. 2696]

113.    Order signed on 2/3/2009 In re: District Court Order in 08-Civ-10792  [Docket No. 2720]

114.    Order signed on 2/11/2009 Authorizing The Examiner To Retain and Employ Jenner &
        Block LLP As His Counsel Nunc Pro Tunc as of January 19, 2009  [Docket No. 2803]

115.    Order signed on 2/11/2009 Granting Examiners Motion Directing Production of
        Documents and Authorizing the Examinations of the Debtors Current and Former
        Officers, Directors and Employees, and Other Persons and Entities  [Docket No. 2804]

116.    Order signed on 2/11/2009 Pursuant to Section 365 of the Bankruptcy Code Approving
        the Assumption or Rejection of Open Trade Confirmations  [Docket No. 2817]

117.    Order signed on 2/11/2009 Pursuant to Section 365 of the Bankruptcy Code Granting The
        Debtors Second Motion For An Order Approving The Assumption of Open Trade
        Confirmations  [Docket 2818]

118.    Order to Show Cause signed on 2/13/2009 and Notice Fixing Hearing Date To Consider
        Examiner's Application For Order Authorizing The Retention and Employment of Duff
        & Phelps, LLC as His Financial Advisors Nunc Pro Tunc as of February 6, 2009 [Docket
        No. 2828]

119.    Amended Order signed on 2/13/2009 Pursuant to Section 105(a) of the Bankruptcy Code
        and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case
        Management Procedures [Docket No. 2837]

120.    Order signed on 2/17/2009 Granting LBHI's Motion, As Supplemented, Pursuant to
        Sections 105(a) and 363 of the Bankruptcy Code, For Authorization To Fund A Capital
        Contribution To Woodlands Commercial Bank [Docket No. 2846]

121.    Order signed on 2/17/2009 Granting LBHI's Motion, Pursuant to Sections 105(a) and 363
        of the Bankruptcy Code and Bankruptcy Rules 9019 and 6004, for Authorization to
        Increase the Capital Level of Lehman Brothers Bank, FSB through (i) the Settlement of
        Pending Disputes and (ii) a Direct Capital Contribution of up to $15 Million [Docket No.
        2847]

122.    Order of U.S. District Court Judge Jed S. Rakoff signed on 2/19/2009. Re: 1502 appeal
        [Docket No. 2874]

123.    Order signed on 2/24/2009 Authorizing (i) the Settlement of Certain Rights Under Loan
        Agreements, and (ii) the Sale of Certain Rights Under Loan Agreements, and (III)
        Related Relief [Docket No. 2911]

124.    Order signed on 2/24/2009 Dismissing the Bankruptcy Case of Fundo De Investimento
        Multimercado Credito Privado Navigator Investimento No Exterior [Docket No. 2913]

125.    Amended Order signed on 2/25/2009 Pursuant to Sections 327(e) and 328(e) of The Bankruptcy Code Authorizing The Employment And Retention of Jones Day As Special Counsel To The Debtors, Nunc Pro Tunc To The Engagement Dates [Docket No. 2925]

126.    Order signed on 2/18/2009 Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Recently Filed Chapter 11 Cases [Docket No. 2928]

127.    Order signed on 2/18/2009 Pursuant to Section 105(a) of the Bankruptcy Code Directing That Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors be Made Applicable to Structured Asset Securities Corporation And LB Rose Ranch LLC [Docket No. 2929]

128.    Order signed on 2/26/2009 Authorizing LCPI to File The Confidential iStar Documents Under Seal [Docket No. 2953]

129.    Order signed on 3/11/2009 Pursuant to Sections 105 and 364 of the Bankruptcy Code Authorizing the Debtors to Grant First Priority Liens in Cash Collateral Posted in Connection with the Hedging Transactions the Debtors Enter into Through Certain Futures and Prime Brokerage Accounts  [Docket No. 3047]

130.    Order signed on 3/11/2009, Pursuant to Section 345(b) of the Bankruptcy Code, Authorizing Debtors to (I) Maintain, Close, and Open New Bank Accounts Located at Unauthorized Depositories and Bank Accounts Located at United States Trustee Authorized Depositories, (II) Implement Investment Guidelines, and (III) to the Extent Necessary a Waiver of Section 345(b) of the Bankruptcy Code [Docket No. 3048]

131.    Stipulation and Order signed on 3/11/2009 Among The Debtors, The Committee and Parsec Trading Corporation Resolving Motion of Parsec Trading Corporation  [Docket No. 3049]

132.    Order signed on 3/11/2009 Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations [Docket No. 3050]

133.    Order signed on 3/12/2009 Granting The Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code To Retain and Employ Huron Consulting Group as Tax Services Providers Nunc Pro Tunc to January 23, 2009 [Docket No. 3072]

134.    Order to Show Cause signed on 3/12/2009 and Notice Fixing Hearing Date To Consider LBHI's Motion, Pursuant To Sections 105(a) and 363 of The Bankruptcy Code and Bankruptcy Rule 6004, For Authorization To Enter Into Master Repurchase Agreement With Lehman Brothers Bank  [Docket No. 3077]

135.    Order signed on 3/13/2009 Granting LBHI's Motion, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 6004, for Authorization to Enter into Master Repurchase Agreement with Lehman Brothers Bank  [Docket No. 3104]

136.    Opinion & Order of U.S. District Court Judge Denise Cote signed on 3/13/2009. [Docket No. 3127]

137.    Order Signed on 3/18/2009 Authorizing the Debtors to File Settlement Agreement and Trade Confirmation Under Seal [Docket No. 3150]

138.    Order to Show Cause Signed on 3/23/2009 Fixing Hearing Date to Consider the Debtors' Motion for Authorization to Invest Capital and to Perform Certain Related Actions to Support the Capital Level of Lehman Brothers Bank [Docket No. 3195]

139.    Order Signed on 3/24/2009 Granting the Motion of the Debtors for Authorization to Amend the Order Approving Retention of Mckee Nelson LLP, as Special Counsel to the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 3206]

140.    Order Signed on 3/25/2009 Granting the Debtors' Motion for an Order Modifying the Automatic Stay to Allow Advancement Under Directors and Officers and Fiduciary Liability Insurance Policies [Docket No. 3220]

141.    So Ordered Stipulation, Agreement and Order Signed on 3/25/2009 Resolving the Motion of TPG-Austin Portfolio Holdings LLC [Docket No. 3222]

142.    Order Signed on 3/25/2009 for Authority to Transfer Agents Funds in Connection with Resignations from Agency Positions [Docket No. 3223]

143.    Order Signed on 3/31/2009 Granting the Debtors' Motion for Authorization to Invest Capital and to Perform Certain Related Actions to Support the Capital Level of Lehman Brothers Bank [Docket No. 3243]

144.    So Ordered Stipulation and Order Signed on 4/1/2009 with Respect to Erroneous Post-Petition Wire Transfer by Barclays Bank PLC [Docket No. 3255]

145.    Order Signed on 4/9/2009 Denying Motion of Howard W. Tomlinson for Order Lifting the Automatic Stay [Document No. 3314]

146.    Order Signed on 4/9/2009 Granting the Motion to Expand the Scope of Retention of Simpson Thacher & Bartlett LLP Nunc Pro Tunc as Special Counsel [Document No. 3315]

147.    Stipulation and Order of U.S. District Court Judge Denny Chin signed on 4/10/2009, dismissing the 2361 appeal with prejudice and without costs or attorneys' fees [Document No. 3320]

148.    So Ordered Stipulation signed on 4/10/2009 Between the Debtors and Barclays Capital Inc. Concerning Certain Gift Merchandise  [Document No. 3321]

149.    So Ordered Stipulation and Order Signed on 4/15/2009 Authorizing (1) Transfer of Certain Prepetition Deposits, and (2) Preservation of Citibank's Setoff Rights, if any, in Respect of Amounts Transferred)  [Document No. 3372]

150.    So Ordered Stipulation and Order Signed on 4/15/2009 Authorizing (1) Turnover of Postpetition Deposits with Citibank, and (2) Indemnification of Citibank in Respect of Any Third Party Claims Arising from the Turnover of Postpetition Deposits [Document No. 3373]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
           **Debtors.**                             :        **(Jointly Administered)**
                                                    :
                                                    :
-------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LB 2080 KALAKAUA OWNERS LLC,**                    :        **09 - 12516 (JMP)**
                                                    :
                                                    :
           **Debtor.**                              :
                                                    :
-------------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 105(a)**
**OF THE BANKRUPTCY CODE DIRECTING THAT**
**CERTAIN ORDERS AND OTHER PLEADINGS ENTERED OR**
**FILED IN THE CHAPTER 11 CASES OF AFFILIATED DEBTORS BE MADE**
**APPLICABLE TO THE CHAPTER 11 CASE OF LB 2080 KALAKAUA OWNERS LLC**

Upon the motion, dated May 4, 2009 (the "Motion"), jointly filed by the above

referenced debtors (collectively, the "Debtors"), as debtors in possession, seeking an order that

certain orders and other pleadings entered or filed in these chapter 11 cases (Case No. 08-13555)

be made applicable to the chapter 11 case of LB 2080 Kalakaua Owners LLC (Case No. 09-

12516 (JMP)), all as more fully set forth in the Motion; and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of

New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.);

and consideration of the Motion and the relief requested therein being a core proceeding pursuant

to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408

and 1409; and due and proper notice of the Motion having been provided in accordance with the

procedures set forth in the order entered February 13, 2009 governing case management and

administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern

District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for the Southern District of New York; and (vi) all parties who have requested

notice in these chapter 11 cases, and it appearing that no other or further notice need be provided;

the Court finds and determines, after due deliberation, that the relief sought in the Motion is in

the best interests of the Debtors, their estates, and all parties in interest therein and that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the orders set forth on Exhibit A annexed hereto from the jointly

administered chapter 11 cases (Case No. 08-13555 (JMP)) are hereby made applicable to LB

2080 Kalakaua Owners LLC nunc pro tunc to the date of commencement of its chapter 11 case,

as if LB 2080 Kalakaua Owners LLC was one of the Debtors referred to in said orders; and it is

further

ORDERED that the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local

Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and

Applications [Docket No. 2] and the Declaration of David Coles Pursuant to Rule 1007-2 of the

Local Bankruptcy Rules for the Southern District of New York [Docket No. 1325] are hereby

made applicable to LB 2080 Kalakaua Owners LLC as if LB 2080 Kalakaua Owners LLC was

one of the Debtors referred to in said affidavits; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

Dated:  May __, 2009
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**
**Preexisting Orders**

1.      Order Signed on 9/16/2008 Confirming Status of Clearing Advances [Docket No. 47]

2.      Order Enforcing the Protections of Section 362 of the Bankruptcy Code [Docket No. 48]

3.      Order (i) Authorizing the Employment of Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtor and (ii) Appointing Epiq Bankruptcy Solutions, LLC as Agent of the Bankruptcy Court [Docket No. 50]

4.      Order Signed on 9/16/2008 (i) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders Through and Including November 14, 2008 [Docket No. 52]

5.      Order Waiving the Requirement to File a List of Creditors; and (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case [Docket No. 53]

6.      Order Directing Joint Administration for Case Number 08-13555 (Lehman Brothers Holdings Inc.) and Case Number 08-13600 (LB 745 LLC) [Docket No. 86]

7.      Order Signed on 9/17/2008 Directing that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC  [Docket No. 87]

8.      Order Signed on 9/17/2008 (I) Approving the Break-Fee and Expense Reimbursement, (II) Certain Matters Relating to Competing Bids, If Any, (III) Approving the Form and Manner of Sale Notices and (IV) Setting the Sale Hearing Date in Connection with the Sale of Certain of the Debtors' Assets  [Docket No. 88]

9.      Order Signed on 9/20/2008 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 258]

10.     Order Signed on 9/22/2008 Confirming Status of Citibank Clearing Advances [Docket No. 284]

11.     Order Implementing Certain Notice and Case Management Procedures [Docket No. 285]

12.     So Ordered Stipulation and Agreed Order Signed on 10/1/2008 Between the Debtors and the Official Committee of Unsecured Creditors Regarding Creditor Access to Information [Docket No. 498]

13.     Interim Order Signed on 10/3/2008 for an Order (A)(i) Authorizing the Debtor to Continue Its Workers' Compensation Programs and its Liability, Property, and Other

Insurance Programs and (ii) Authorizing the Debtor to Pay All Prepetition Obligations in Respect Thereof and (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Scheduling a Final Hearing for 11/5/2008 at 10:00 AM in Courtroom 601  [Docket No. 649]

14.    Order Signed on 10/16/2008 Granting the Debtors' Motion for Entry of an Order (i) Approving Equity Interests Purchase Agreement; (ii) Authorizing Debtors to Compromise, Settle, and Release Related Claims; and (iii) Granting Related Relief [Docket No. 1086]

15.    Interim Order Signed on 10/16/2008 Authorizing the Debtors to (a) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date [Docket No. 1087]

16.    Order Signed on 10/16/2008 Directing Joint Administration of Chapter 11 Cases 08-13555, 08-13888, 08-13885, 08-13887, 08-13893, 08-13899, 08-13900, 08-13901, 08-13902, 08-13903, 08-13904, 08-13905, 08-13906, 08-13907, 08-13908 and 08-13664. All Entries Shall Be Made Under Lead Case Number 08-13555  [Docket No. 1090]

17.    Interim Order Signed on 10/16/2008 Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorney for the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 1092]

18.    Order Signed on 10/16/2008 Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to Recently Filed Cases  [Docket No. 1093]

19.    Order Signed on 10/16/2008 (i) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (ii) Resolving Objections by Utility Companies, and (iii) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service [Docket No. 1096]

20.    Order Signed on 10/16/2008 Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of a Screening Wall  [Docket No. 1099]

21.    Order Signed on 10/16/2008 Authorizing the Employment and Retention of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors, Nunc Pro Tunc to the Date of Its Engagement  [Docket No. 1100]

22.    Order Signed on 10/17/2008 Granting Debtors' Motion Authorizing Entry of an Order Authorizing Lehman Brothers Holdings Inc. to (A) Enter into a Partnership Interests Purchase Agreement, (B) Compromise and Release a Portion of an Intercompany Loan, and (C) Assign the Remainder of Such Intercompany Loan to Purchasers [Docket No. 1126]

23.    Interim Order Signed on 10/20/2008 (A) Authorizing the Debtors to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code, and (c) Scheduling a Final Hearing for 11/5/2008 at 10:00 AM in Courtroom 601  [Docket No. 1138]

24.    Amended Order Signed on 10/20/2008 Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors Be Made Applicable to Recently Filed Cases [Docket No. 1140]

25.    Order Signed on 10/22/2008 Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of a Screening Wall  [Docket No. 1170]

26.    Order Signed on 10/22/2008 Approving Specified Information Blocking Procedures and Permitting Trading of Claims Upon Establishment of a Screening Wall  [Docket No. 1171]

27.    Order Signed on 11/5/2008 Granting the Debtors' Motion for Authorization to Reject Contingent Management Agreement with WestLB AG [Docket No. 1385]

28.    Order Signed on 11/5/2008 Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates and Establishing Notification Procedures Relating Thereto [Docket 1386]

29.    Order Signed on 11/5/2008 Granting the Application of the Debtors for Authorization to Employ, Nunc Pro Tunc, Mckee Nelson LLP as Special Tax Counsel [Docket No. 1387]

30.    Order Signed on 11/5/2008 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 1388]

31.    Order Signed on 11/5/2008 Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of A Screening Wall  [Docket No. 1389]

32.    Order Signed on 11/5/2008 Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394]

33.    So Ordered Stipulation, Agreement and Order Signed on 11/5/2008 Between the Debtors and Fir Tree Capital Opportunity Master Fund, L.P. Adjourning the Response and Joinder to the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc.  [Docket No. 1395]

34.    So Ordered Stipulation, Agreement and Order Signed on 11/5/2008 Between the Debtors and the Harbinger Funds Adjourning the Hearing on the Motion of the Harbinger Funds

for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc.  [Docket No. 1396]

35.     Final Order Signed on 11/5/2008 Authorizing the Debtors to (A) (i) Continue Workers' Compensation Programs and its Liability, Property, and Other Insurance Programs, (ii) Pay All Prepetition Obligations in Respect Thereof and (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 1398]

36.     Order Signed on 11/5/2008 Authorizing Lehman Brothers Holdings Inc. to Enter into an Amended Sale and Purchase Agreement  [Docket No. 1399]

37.     Revised So Ordered Stipulation and Agreed Order Signed on 11/5/2008 Resolving Motion to Compel Lehman Commercial Paper Inc. To Assume Or Reject Executory Contracts [Docket No. 1400]

38.     So Ordered Stipulation and Consent Order Signed on 11/5/2008 (I) Governing Interim Production of Documents and (II) Adjourning Remainder of Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc., et al. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A.  [Docket No. 1402]

39.     Interim Order Signed on 11/5/2008 Authorizing Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17, 2008  [Docket No. 1403]

40.     Interim Order Signed on 11/5/2008 Authorizing Retention And Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel for the Official Committee of Unsecured Creditors, Effective As Of September 17, 2008.  [Docket No. 1404]

41.     Interim Order Signed on 11/5/2008 Authorizing Employment And Retention Of FTI Consulting Inc., As Financial Advisor to the Official Committee of Unsecured Creditors, Effective As Of September 17, 2008  [Docket No. 1405]

42.     Interim Order Signed on 11/5/2008 Authorizing Employment And Retention Of Houlihan Lokey Howard & Zukin Capital, Inc. As Investment Banker for the Official Committee of Unsecured Creditors, Effective As Of September 17, 2008  [Docket No. 1407]

43.     Final Order Signed on 11/6/2008 (A) Authorizing the Debtors to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; and (B) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code [Docket No. 1416]

44.     So Ordered Stipulation, Agreement and Order Signed on 11/6/2008 Between Lehman Brothers Inc., the Debtors and Cargill Investment Group, Ltd. Providing for Relief from

the Automatic Stay for the Exclusive Purpose of Terminating the Second Asset Management Agreement  [Docket No. 1417]

45.     So Ordered Stipulation, Agreement and Order Signed on 11/6/2008 Between the Debtors and D.E. Shaw Adjourning the Joinder to the Motions for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others  [Docket No. 1422]

46.     Order to Show Cause Signed on 11/14/2008 Fixing Hearing Date to Consider the Debtors' Motion for Authorization to Enter into a Transition Services Agreement with Lehman Europe  [Docket No. 1520]

47.     Order Signed on 11/18/2008 Granting the Motion Filed by the Debtors for Authorization to Assume an Agreement to Sell Approximately 50 Acres of Undeveloped Land  [Docket No. 1586]

48.     Amended Order Signed on 11/19/2008 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 1604]

49.     Final Order Signed on 11/21/2008 Authorizing Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17, 2008 [Docket No. 1652]

50.     Final Order Signed on 11/21/2008 Authorizing Retention And Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008 [Docket No. 1654]

51.     Final Order Signed on 11/21/2008 Authorizing Employment And Retention Of FTI Consulting Inc., As Its Financial Advisor to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008 [Docket No. 1655]

52.     So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and Airlie Opportunity Master Fund, Ltd. Adjourning the Joinder of the Motion for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others [Docket No. 1657]

53.     Order Signed on 11/21/2008 Authorizing the Employment and Retention of Simpson, Thacher & Bartlett LLP as Special Counsel to the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 1658]

54.     Final Order Signed on 11/21/2008 for Authorizing the Employment and Retention of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors, Nunc Pro Tunc to the Date of Its Engagement [Docket No. 1659]

55.    Final Order Signed on 11/21/2008 Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorneys for the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 1660]

56.    Order Signed on 11/21/2008 for Authorization to Enter into a Transition Services Agreement with Lehman Europe  [Docket No. 1661]

57.    Order Signed on 11/21/2008 for Authorizing Implementation of the Retention and Recruitment Program [Docket No. 1662]

58.    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and the Russell Funds Adjourning the Joinder to the Motions for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others  [Docket No. 1664]

59.    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and Bank of America Adjourning the Joinder to the Motion of Harbinger for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Others [Docket No. 1665]

60.    So Ordered Stipulation, Agreement and Order Signed on 11/21/2008 Between the Debtors and Green Tree Servicing LLC  [Docket No. 1668]

61.    Order Signed on 12/3/2008 Authorizing Payment of Prepetition Art-Handler Claims [Docket No. 2050]

62.    Order Signed on 12/3/2008 Granting the Debtors' Motion for Authorization to Advance Certain Legal Costs to Former Employees  [Docket No. 2052]

63.    Bridge Order Signed on 12/3/2008 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings [ Docket No. 2053]

64.    Order to Show Cause Signed on 12/8/2008 Fixing Hearing Date to Consider the Debtors' Motion for Entry of an Order (i) Authorizing Lehman Brothers Holdings Inc. to Enter into a Settlement Agreement with Certain French Affiliates Relating to Intercompany Claims, (ii) Authorizing Lehman Brothers Holdings Inc. to Vote Its Shares in French Affiliate to Approve Sale of Substantially All of the Assets of and Voluntary Dissolution of Such Affiliate and (iii) Granting Certain Related Relief  [Docket No. 2092]

65.    So Ordered Stipulation, Agreement and Order Signed on 12/15/2008 Between Debtors and Guidance Enhanced Green Terrain Fund LLC [Docket No. 2218]

66.    So Ordered Stipulation and Order Signed on 12/15/2008 Regarding Certain Options [Docket No. 2227]

67.    Order Signed on 12/16/2008 to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 2257]

68.    Order Signed on 12/16/2008 Approving the Assumption or Rejection of Open Trade
Confirmations [Docket No. 2258]

69.    Order Signed on 12/17/2008 Authorizing the Employment and Retention of Lazard
Freres & Co. LLC as Investment Banker to the Debtors, Effective as of September 15,
2008 [Docket No. 2275]

70.    Order Signed on 12/17/2008 Authorizing the Employment and Retention of Bortstein
Legal LLC as Special Counsel to the Debtors [Docket No. 2277]

71.    Final Order Signed on 12/17/2008 Authorizing the Debtors to (a) Retain Alvarez &
Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and
Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc
to the Commencement Date [Docket No. 2278]

72.    Order Signed on 12/17/2008 Authorizing Employment And Retention Of Houlihan
Lokey Howard & Zukin Capital, Inc. As Investment Banker to the Official Committee of
Unsecured Creditors As Of September 17, 2008 [Docket No. 2279]

73.    So Ordered Stipulation and Order Signed on 12/17/2008 Between the Debtors and
Sumitomo Mitsui Banking Corporation Granting Adequate Protection  [Docket No.
2286]

74.    Order Signed on 12/17/2008 Granting Barclays' Motion for Certain Limited Relief from
the Sale Order and the Sale Procedures Order  [Docket No. 2289]

75.    Order Signed on 12/17/2008 Authorizing the Debtors and Barclays Capital Inc. to File
Under Seal Certain Schedules to the Purchase Agreement [Docket No. 2290]

76.    Order Signed on 12/18/2008 Authorizing (i) the Assumption, Assignment, and Sale of
Debtors Rights and Obligations Under a Certain Loan Facility Agreement, (ii) the
Release of Certain Claims, and (iii) Related Relief [Docket No. 2305]

77.    Order Signed on 12/18/2008 Enlarging the Time within Which to File Notices of
Removal of Related Proceedings  [Docket No. 2306]

78.    Order Signed on 12/18/2008 Authorizing the Debtors to Employ Natixis Capital Markets
Inc. as Strategic Advisor  [Docket No. 2308]

79.    Order Signed on 12/18/2008 Authorizing the Employment and Retention of McKenna
Long & Aldridge LLP as Special Counsel to the Debtors, Nunc Pro Tunc to the
Commencement Date  [Docket No. 2309]

80.    Bridge Order, signed 12/19/2008, Extending the Time within Which Debtors Must
Comply with Section 345(b) of the Bankruptcy Code  [Docket No. 2328]

81.     Order signed on 12/22/2008 Authorizing and Approving Debtors Sale of Purchased
        Assets and the Assumption and Assignment of Executory Contracts and Unexpired
        Leases in Connection with Sale of Lehman Brothers Investment Management Division
        [Docket No. 2350]

82.     Order signed on 12/23/2008 Pursuant to Sections 327(a) and 328(a) of the Bankruptcy
        Code and Rule 2014 Authorizing the Retention and Employment of Bloomer deVere
        Group Avia, Inc. as Debtors' Broker in Connection with the Sales of the Debtors'
        Aviation Assets Nunc Pro Tunc to the Commencement Date  [Docket No. 2358]

83.     Amended Order signed on 12/23/2008 Pursuant to Sections 363 of the Bankruptcy Code
        and Federal Rule of Bankruptcy Procedure 6004 Authorizing Lehman Brothers Holdings
        Inc. to Enter into an Amended Sale and Purchase Agreement  [Docket No. 2359]

84.     Order signed on 12/23/2008 Pursuant to Section 365 of the Bankruptcy Code Approving
        the Assumption or Rejection of Open Trade Confirmations and Correcting Prior Orders
        [Docket No. 2364]

85.     Order signed on 12/23/2008 Granting LBHI's Motion, Pursuant to Sections 105(a) and
        365 of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, for Authorization to
        Reject Prescription Drug Program Master Agreement with Medco  [Docket No. 2365]

86.     Order signed on 12/23/2008 Granting LBHI's Motion Pursuant to Sections 105(a) and
        365 of the Bankruptcy Code, for Authorization to Assume Administrative Services
        Agreement with Aetna  [Docket No. 2366]

87.     Order signed on 1/15/2009 Granting Debtors' Application Pursuant to Section 327(a) and
        328(a) of the Bankruptcy Code to Retain and Emply Ernst & Young LLP as Auditors and
        Tax Services Provider Nunc Pro Tunc to the Commencement Date [Docket No. 2547]

88.     Order signed on 1/15/2009 Pursuant to Sections 105 and 365 of the Bankruptcy Code to
        Establish Procedures for the Settlement or Assumption and Assignment of Prepetition
        Derivative Contracts  [Docket No. 2557]

89.     Order signed on 1/16/2009 Pursuant to Sections 365 of the Bankruptcy Code Approving
        the Assumption or Rejection of Open Trade Confirmations [Docket No. 2564]

90.     Order signed on 1/16/2009 Pursuant to Section 365 of the Bankruptcy Code Approving
        the Assumption or Rejection of The Second Group of Open Trade Confirmations  [2565]

91.     Amended Stipulation and Order signed on 1/16/2009 Granting Adequate Protection
        [Docket No. 2567]

92.     Order signed on 1/16/2009 Directing Appointment of an Examiner Pursuant to Section
        1104(c)(2) of the Bankruptcy Code [Docket No. 2569]

93.     Stipulation and Agreed Order signed on 1/16/2009 Providing For Lehman Brothers Inc.'s Assumption and Assignment of Administrative Agency Agreements to Lehman Commercial Paper Inc. [Docket No. 2581]

94.     Order signed on 1/20/2009 Approving Appointment of Examiner [Docket No. 2583]

95.     Order signed on 1/20/2009 Denying Motion of The Bank Of New York Mellon Trust Company, N.A. For Examination of Documents by Lehman Brothers Holdings, Inc., Lehman Brothers, Inc., Lehman Brothers Commodity Services Inc. and Barclays Capital Inc. [Docket No. 2584]

96.     Order signed on 1/21/2009 Granting LBHI's Motion, Pursuant to Sections 105(a), 363(b)(1), and 365 of the Bankruptcy Code, for Authorization to (i) Assume a Subscription Agreement and Certain Other Agreements with Wilton Re Holdings Limited, (ii) Amend Said Subscription Agreement, and (iii) Fund the Capital Commitment Pursuant to Said Subscription Agreement  [Docket No. 2589]

97.     Errata order signed on 1/21/2009 [Docket No. 2590]

98.     Stipulation and Order Signed on 1/21/2009; with Evidentiary Hearing to be held on 2/26/2009 at 10:00 a.m. [Docket No. 2593]

99.     Stipulation and Order signed on 1/22/2009 with Respect to Return of Funds of MKP Opportunity Master Fund, LTD. [Docket No. 2604]

100.    Stipulation, Agreement and Order signed on 1/22/2009 (A) Resolving in Part The Motion of DNB NOR BANK ASA for Entry of (I) An Order Pursuant to 11 U.S.C. Sections 362(d) And Fed. Bankr. P. 4001 Granting Relief From Automatic Stay To Effect Setoff or, In The Alternative, (II) An Order Pursuant to 11 U.S.C. Sections 361 and 506(a) Requiring The Debtors To Provide Adequate Protection and (B) Fixing A Schedule For Supplemental Briefing [Docket No. 2605]

101.    Stipulation and Agreed Order signed on 1/23/2009 Resolving Motion of Corus Bank, N.A. for (I) Determination That The Automatic Stay Does Not Apply, or Alternatively, (II) Relief From The Automatic Stay  [Docket No. 2606]

102.    Stipulation, Agreement and Order signed on 1/28/2009 Resolving Motion of Jarden Corporation Under Bankruptcy Code Section 365(d) To Compel (I) Lehman Commercial Paper, Inc. To Resign As Administrative Agent and Swing Line Lender Under Credit Agreement and (II) Immediate Assumption or Rejection of Credit Agreement [Docket No. 2666]

103.    Order signed on 1/28/2009 Approving Consensual Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 2667]

104.    Order signed on 1/28/2009 Pursuant to Sections 105 and 363 of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 6004 and 9014, and Rules 6004-1, 9006-1

and 9014-1 of the Local Bankruptcy Rules for Approval of the Sale of Debtor's Interest in a Loan Secured by Property Located at 816 Congress Avenue in Austin, Texas [Docket No. 2674]

105.    Stipulation and Agreed Order signed on 1/28/2009 Between The Certified Class in Austin V. Chisick, Lehman Commercial Paper, Inc., and The Trustee For the Sipa Liquidation of Lehman Brothers Inc. To Permit Limited Modification of the Automatic Stays [Docket No. 2675]

106.    Stipulation, Agreement and Order signed on 1/28/2009 Resolving Motion of Kapalua Bay, LLC to (I) Compel Immediate Assumption or Rejection of Construction Loan Agreement; and (II) Upon Rejection, To Grant Relief From The Automatic Stay [Docket 1195], and Motion of Central Pacific Bank, Deutsche Hypothekenbank (Actien-Gesellschaft), and Landesbank Baden-Wurttemberg Pursuant to Section 362 of the Bankruptcy Code For Relief From The Automatic Stay to Enforce Contractual Rights To Remove Lehman Brothers Holdings Inc. As Agent Under Loan Facility [Docket No. 2676]

107.    Order signed on 1/28/2009 Granting The Debtors' Motion Pursuant to Sections 105(a), 363(b) and 365(a) of The Bankruptcy Code and Bankruptcy Rules 6004 and 6006 For Authorization to (I) Assume, As Modified, Certain Loan Agreements, and (II) Consummate Related Loans To Be Made By Lehman Commercial Paper Inc. And Other Lenders to Archstone [Docket No. 2677]

108.    Order signed on 1/28/2009 Authorizing The Debtors To Employ Kelly Wright As Art Consultant [Docket No. 2678]

109.    Order signed on 1/28/2009 Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing The Employment and Retention of Reilly Pozner LLP as Special Counsel to Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 2680]

110.    Order signed on 1/28/2009 Pursuant to Sections 105(a), 363(b) and 365(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004 and 6006 Authorizing Lehman Brothers Holdings Inc. to Assume, as Modified, Certain Loan Documents Entered into with Jung Developments Inc., et. al. and to Consummate Certain Related Transactions [Docket No. 2681]

111.    Stipulation, Agreement, and Order signed on 1/28/2009 Between The Debtors and Anita Bryant Providing For Relief From The Automatic Stay For The Limited Purpose Of Permitting Anita Bryant To Continue The Action and Limit Any Recovery To The Insurance Proceeds [Docket No. 2687]

112.    Order to Show Cause signed on 1/30/2009 and Notice Fixing Hearing Date To Consider Examiner's Motion Directing The Production Of Document and Authorizing The Examinations of The Debtors' Current And Former Officers, Directors and Employees, and Other Persons and Entities [Docket No. 2696]

113.    Order signed on 2/3/2009 In re: District Court Order in 08-Civ-10792  [Docket No. 2720]

114.    Order signed on 2/11/2009 Authorizing The Examiner To Retain and Employ Jenner &
Block LLP As His Counsel Nunc Pro Tunc as of January 19, 2009  [Docket No. 2803]

115.    Order signed on 2/11/2009 Granting Examiners Motion Directing Production of
Documents and Authorizing the Examinations of the Debtors Current and Former
Officers, Directors and Employees, and Other Persons and Entities  [Docket No. 2804]

116.    Order signed on 2/11/2009 Pursuant to Section 365 of the Bankruptcy Code Approving
the Assumption or Rejection of Open Trade Confirmations  [Docket No. 2817]

117.    Order signed on 2/11/2009 Pursuant to Section 365 of the Bankruptcy Code Granting The
Debtors Second Motion For An Order Approving The Assumption of Open Trade
Confirmations  [Docket 2818]

118.    Order to Show Cause signed on 2/13/2009 and Notice Fixing Hearing Date To Consider
Examiner's Application For Order Authorizing The Retention and Employment of Duff
& Phelps, LLC as His Financial Advisors Nunc Pro Tunc as of February 6, 2009 [Docket
No. 2828]

119.    Amended Order signed on 2/13/2009 Pursuant to Section 105(a) of the Bankruptcy Code
and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case
Management Procedures [Docket No. 2837]

120.    Order signed on 2/17/2009 Granting LBHI's Motion, As Supplemented, Pursuant to
Sections 105(a) and 363 of the Bankruptcy Code, For Authorization To Fund A Capital
Contribution To Woodlands Commercial Bank [Docket No. 2846]

121.    Order signed on 2/17/2009 Granting LBHI's Motion, Pursuant to Sections 105(a) and 363
of the Bankruptcy Code and Bankruptcy Rules 9019 and 6004, for Authorization to
Increase the Capital Level of Lehman Brothers Bank, FSB through (i) the Settlement of
Pending Disputes and (ii) a Direct Capital Contribution of up to $15 Million [Docket No.
2847]

122.    Order of U.S. District Court Judge Jed S. Rakoff signed on 2/19/2009. Re: 1502 appeal
[Docket No. 2874]

123.    Order signed on 2/24/2009 Authorizing (i) the Settlement of Certain Rights Under Loan
Agreements, and (ii) the Sale of Certain Rights Under Loan Agreements, and (III)
Related Relief [Docket No. 2911]

124.    Order signed on 2/24/2009 Dismissing the Bankruptcy Case of Fundo De Investimento
Multimercado Credito Privado Navigator Investimento No Exterior [Docket No. 2913]

125.    Amended Order signed on 2/25/2009 Pursuant to Sections 327(e) and 328(e) of The
        Bankruptcy Code Authorizing The Employment And Retention of Jones Day As Special
        Counsel To The Debtors, Nunc Pro Tunc To The Engagement Dates [Docket No. 2925]

126.    Order signed on 2/18/2009 Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy
        Procedure Directing Joint Administration of Recently Filed Chapter 11 Cases [Docket
        No. 2928]

127.    Order signed on 2/18/2009 Pursuant to Section 105(a) of the Bankruptcy Code Directing
        That Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of
        Affiliated Debtors be Made Applicable to Structured Asset Securities Corporation And
        LB Rose Ranch LLC [Docket No. 2929]

128.    Order signed on 2/26/2009 Authorizing LCPI to File The Confidential iStar Documents
        Under Seal [Docket No. 2953]

129.    Order signed on 3/11/2009 Pursuant to Sections 105 and 364 of the Bankruptcy Code
        Authorizing the Debtors to Grant First Priority Liens in Cash Collateral Posted in
        Connection with the Hedging Transactions the Debtors Enter into Through Certain
        Futures and Prime Brokerage Accounts  [Docket No. 3047]

130.    Order signed on 3/11/2009, Pursuant to Section 345(b) of the Bankruptcy Code,
        Authorizing Debtors to (I) Maintain, Close, and Open New Bank Accounts Located at
        Unauthorized Depositories and Bank Accounts Located at United States Trustee
        Authorized Depositories, (II) Implement Investment Guidelines, and (III) to the Extent
        Necessary a Waiver of Section 345(b) of the Bankruptcy Code [Docket No. 3048]

131.    Stipulation and Order signed on 3/11/2009 Among The Debtors, The Committee and
        Parsec Trading Corporation Resolving Motion of Parsec Trading Corporation  [Docket
        No. 3049]

132.    Order signed on 3/11/2009 Pursuant to Section 365 of the Bankruptcy Code Approving
        the Assumption or Rejection of Open Trade Confirmations [Docket No. 3050]

133.    Order signed on 3/12/2009 Granting The Debtors' Application Pursuant to Sections
        327(a) and 328(a) of the Bankruptcy Code To Retain and Employ Huron Consulting
        Group as Tax Services Providers Nunc Pro Tunc to January 23, 2009 [Docket No. 3072]

134.    Order to Show Cause signed on 3/12/2009 and Notice Fixing Hearing Date To Consider
        LBHI's Motion, Pursuant To Sections 105(a) and 363 of The Bankruptcy Code and
        Bankruptcy Rule 6004, For Authorization To Enter Into Master Repurchase Agreement
        With Lehman Brothers Bank  [Docket No. 3077]

135.    Order signed on 3/13/2009 Granting LBHI's Motion, Pursuant to Sections 105(a) and 363
        of the Bankruptcy Code and Bankruptcy Rule 6004, for Authorization to Enter into
        Master Repurchase Agreement with Lehman Brothers Bank  [Docket No. 3104]

136.    Opinion & Order of U.S. District Court Judge Denise Cote signed on 3/13/2009. [Docket No. 3127]

137.    Order Signed on 3/18/2009 Authorizing the Debtors to File Settlement Agreement and Trade Confirmation Under Seal [Docket No. 3150]

138.    Order to Show Cause Signed on 3/23/2009 Fixing Hearing Date to Consider the Debtors' Motion for Authorization to Invest Capital and to Perform Certain Related Actions to Support the Capital Level of Lehman Brothers Bank [Docket No. 3195]

139.    Order Signed on 3/24/2009 Granting the Motion of the Debtors for Authorization to Amend the Order Approving Retention of Mckee Nelson LLP, as Special Counsel to the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 3206]

140.    Order Signed on 3/25/2009 Granting the Debtors' Motion for an Order Modifying the Automatic Stay to Allow Advancement Under Directors and Officers and Fiduciary Liability Insurance Policies [Docket No. 3220]

141.    So Ordered Stipulation, Agreement and Order Signed on 3/25/2009 Resolving the Motion of TPG-Austin Portfolio Holdings LLC [Docket No. 3222]

142.    Order Signed on 3/25/2009 for Authority to Transfer Agents Funds in Connection with Resignations from Agency Positions [Docket No. 3223]

143.    Order Signed on 3/31/2009 Granting the Debtors' Motion for Authorization to Invest Capital and to Perform Certain Related Actions to Support the Capital Level of Lehman Brothers Bank [Docket No. 3243]

144.    So Ordered Stipulation and Order Signed on 4/1/2009 with Respect to Erroneous Post-Petition Wire Transfer by Barclays Bank PLC [Docket No. 3255]

145.    Order Signed on 4/9/2009 Denying Motion of Howard W. Tomlinson for Order Lifting the Automatic Stay [Document No. 3314]

146.    Order Signed on 4/9/2009 Granting the Motion to Expand the Scope of Retention of Simpson Thacher & Bartlett LLP Nunc Pro Tunc as Special Counsel [Document No. 3315]

147.    Stipulation and Order of U.S. District Court Judge Denny Chin signed on 4/10/2009, dismissing the 2361 appeal with prejudice and without costs or attorneys' fees [Document No. 3320]

148.    So Ordered Stipulation signed on 4/10/2009 Between the Debtors and Barclays Capital Inc. Concerning Certain Gift Merchandise  [Document No. 3321]

149. So Ordered Stipulation and Order Signed on 4/15/2009 Authorizing (1) Transfer of Certain Prepetition Deposits, and (2) Preservation of Citibank's Setoff Rights, if any, in Respect of Amounts Transferred)  [Document No. 3372]

150. So Ordered Stipulation and Order Signed on 4/15/2009 Authorizing (1) Turnover of Postpetition Deposits with Citibank, and (2) Indemnification of Citibank in Respect of Any Third Party Claims Arising from the Turnover of Postpetition Deposits [Document No. 3373]

1.