**FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP**
One New York Plaza
New York, NY 10004
212-859-8000
Stephanie Goldstein, Esq.
Brian Pfeiffer, Esq.
*Counsel for HWA 555 Owners, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP)<br>SIPA |

## CERTIFICATE OF SERVICE

I, Elissa J. Shane, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on April 30, 2009, on behalf of HWA 555 Owners, LLC, I caused a true and correct copy of the *LIMITED OBJECTION OF HWA 555 OWNERS, LLC TO THE STIPULATION AND ORDER BETWEEN LEHMAN BROTHERS HOLDINGS INC., JAMES W. GIDDENS AS TRUSTEE FOR LEHMAN BROTHERS INC., BARCLAYS CAPITAL INC., AND BP 399 PARK AVENUE LLC WITH RESPECT TO LEASED PREMISES AT 399 PARK AVENUE, NEW YORK, NEW YORK AND THE TRANSFER OF FURNITURE, FIXTURES AND EQUIPMENT THEREIN AND RELATED MATTERS* (the "Document") [LBHI Doc. No. 3461,

LBI Doc. No. 1045], to be served upon the parties listed on Exhibit A attached hereto by facsimile. I further certify that on April 30, 2009, I caused copies of the Document to be served upon the parties listed on Exhibit B attached hereto by Electronic Mail. I further certify that copies of the Document were hand-delivered to the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Andrew D. Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Rifkin, Esq., Tracy Hope Davis, Esq.).

Dated: May 4, 2009

                                          /s/ Elissa J. Shane
                                          Elissa J. Shane

# EXHIBIT A

<u>Office of the US Trustee</u>;
Fax No.: (212) 668-2255
Attn:   Andrew D Velez-Rivera
        Paul Schwartzberg
        Brian Masumoto
        Linda Rifkin
        Tracy Hope Davis

<u>Goulston & Storrs</u>;
Fax No.: (617) 574-4112
Attn:   Douglas B. Rosner

<u>Internal Revenue Service</u>
<u>Special Procedures Branch</u>
Fax No.: (212) 436-1931
Attn:   District Director

# EXHIBIT B

ddunne@milbank.com;
efleck@milbank.com;
dodonnell@milbank.com;
richard.krasnow@weil.com;
lori.fife@weil.com;
shai.waisman@weil.com;
jacqueline.marcus@weil.com;
kiplok@hugheshubbard.com;
kobak@hugheshubbard.com;
margolin@hugheshubbard.com;
Kcaputo@sipc.org;
lgranfield@cgsh.com;
lschweitzer@cgsh.com;
drosner@goulstonstorrs.com;
danna.drori@usdoj.gov;
Robert.yalen@usdoj.gov;
bambacha@sec.gov;
newyork@sec.gov;
jacobsonn@sec.gov.