**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, : | Case No. 08-13555 (JMP) |
| : | **(Jointly Administered)** |
| Debtors. : | |
| IN RE: : | |
| LEHMAN BROTHERS INC., : | Case No. 08-01420 (JMP) SIPA |
| Debtor. : | |

## CERTIFICATE OF SERVICE

        Justin L. Shearer, an attorney duly admitted to the bar of the State of New York, hereby certifies that on April 30, 2009, I caused a copy of the Objection of Brigade Capital Management, LLC to Stipulation and Agreed Order Between Lehman Brothers Holdings, Inc., James W. Giddens as Trustee for Lehman Brothers Inc., Barclays Capital Inc., and BP 399 Park Avenue, LLC with Respect to Leased Premises at 399 Park Avenue, New York, New York and the Transfer of Furniture, Fixtures and Equipment Therein and Related Matters to be served by facsimile upon the parties on the annexed facsimile list.

                                            By:  /s/ Justin L. Shearer
                                                     Justin L. Shearer

SK 25586 0001 992177

# SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421

WWW.SEWKIS.COM
SKNYC@SEWKIS.COM

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184
SKDC@SEWKIS.COM

This facsimile transmission contains 6 pages.
Any problems?  (212) 574-1630

**DATE:** April 30, 2009
**OUR FILE NUMBER:** 25586-0003
**FROM:** Jim Cienki
212-574-1549
cienki@sewkis.com

**PLEASE DELIVER TO:**

| Recipient Name | Company Name | Facsimile Number | Telephone Number |
|---|---|---|---|
| Shai Y. Waisman, Esq. | Weil Gotshal & Manges LLP | (212) 310-8274 | (212) 310-8007 |
| James B. Koback, Esq | Hughes Hubbard & Reed LLP | (212) 422-4726 | (212) 837-6757 |
| Daniel S. Lubell, Esq. | Hughes Hubbard & Reed LLP | (212) 299-6892 | (212) 837-6892 |
| Jeffrey S. Margolin, Esq. | Hughes Hubbard & Reed LLP | (212) 422-4726 | (212) 837-6375 |
| Andrew D. Velez-Rivera, Esq | Office of the U.S.Trustee | (212) 668-2255 | (212) 510-0500 |
| Paul Schwartzberg, Esq. | Office of the U.S. Trustee | (212) 668-2255 | (212) 510-0500 |
| Brian Masumoto, Esq. | Office of the U.S. Trustee | (212) 668-2255 | (212) 510-0500 |
| Linda Riffkin, Esq | Office of the U.S.Trustee | (212)-668-2255 | (212) 510-0500 |
| Tracy Hope Davis, Esq. | Office of the U.S. Trustee | (212) 668-2255 | (212) 510-0500 |
| Dennis F. Dunne, Esq. | Milbank Tweed Hadley & McCloy LLP | (212) 530-5219 | (212) 530-5000 |
| Dennis O'Donnell, Esq. | Milbank Tweed Hadley & McCloy LLP | (212) 530-5219 | (212) 530-5000 |
| Evan Fleck, Esq | Milbank Tweed Hadley & McCloy LLP | (212) 530-5219 | (212) 530-5000 |
| Kenneth J. Caputo, Esq. | Securities Investor Protection Corporation | (202) 371-6728 | (202) 371-8300 |
| Douglas B. Rosner, Esq. | Goulston & Storrs | (617) 574-7627 | (617) 574-6517 |
| Lindsee P. Granfield, Esq. | Cleary Gottlieb Steen & Hamilton LLP | (212) 225-3999 | (212) 225-2738 |
| Lisa Schweitzer, Esq. | Cleary Gottlieb Steen & Hamilton LLP | (212) 225-3999 | (212) 225-2629 |