WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

### NOTICE OF SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF PETER SNOWDON ON BEHALF OF NORTON ROSE LLP

**PLEASE TAKE NOTICE** that on November 20, 2008, and in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394], Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), filed the ordinary course professional affidavit and retention questionnaire (together the "Affidavit and Questionnaire") of Peter Snowdon on behalf of Norton Rose LLP ("Norton Rose") [Docket No. 1613].

**PLEASE TAKE FURTHER NOTICE** that Norton Rose hereby supplements its Affidavit and Questionnaire to include the following additional services: regulatory advice and related services including the filing of applications with the United Kingdom Financial Services Authority (the "Amended Norton Rose Affidavit"). A copy of the Amended Norton Rose Affidavit is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Amended Norton Rose Affidavit, on (i) the Office of the United States Trustee, and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of Norton Rose must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, Norton Rose shall be deemed approved by the Court and deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: May 5, 2009
       New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

NY2:\1991889\02\16_Y902!.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     08-13555 (JMP)
                                                   :
                        Debtors.                   :     (Jointly Administered)
                                                   :
                                                   :
-------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF PETER SNOWDON ON BEHALF OF NORTON ROSE LLP,

ENGLAND & WALES         )
                        ) ss:
CITY OF LONDON          )

Peter Snowdon, being duly sworn, upon his oath, deposes and says:

1.  I am a Partner of Norton Rose LLP, located at 3 More London Riverside, London, SE1 2AQ United Kingdom (the "Firm").

2.  On November 18, 2008, I executed an Affidavit and Disclosure Statement (the "Affidavit") in support of the above-captioned debtors' and debtors' in possession (the "Debtors") retention of the Firm as ordinary course professionals and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on November 20, 2008 [Docket No. 1613].

3.  This affidavit (the "Supplemental Affidavit") supplements the previous Affidavit and Disclosure Statement of Peter Snowdon of Norton Rose LLP, filed with the Court

on 20 November, 2008 [Docket No. 1613], by supplementing the response to question 4 of the Questionnaire submitted with the Affidavit which asks for a brief description of the services to be provided. The response is hereby supplemented to include providing regulatory advice for the Debtors and its affiliates which may consist of filing applications with the United Kingdom Financial Services Authority.

By: 

Subscribed and sworn to before me
this 1st day of May , 2009

_____
Notary Public

Notary Public, London, England
(Edward Gardiner)
My Commission Expires with Life

CHEESWRIGHTS
NOTARIES PUBLIC

Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

2