WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                       :  Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :  08-13555 (JMP)
:
Debtors.                                                    :  (Jointly Administered)
:
:
------------------------------------------------------------x

### NOTICE OF SEVENTEENTH SUPPLEMENTAL LIST
### OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394],[1] Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to the Order to include the professionals set forth on the list annexed hereto as Exhibit A (the "Seventeenth Supplemental List").

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Order.

NY2:\1993270\01\16Q0M01!.DOC\58399.0003

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professionals do not represent or hold an interest adverse to the Debtors or their estates for the matters on which the professionals are to be employed (the "<u>Ordinary Course Professional Affidavits</u>") and the retention questionnaires (the "<u>Retention Questionnaires</u>") of the ordinary course professionals identified on the Seventeenth Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Seventeenth Supplemental List, the Ordinary Course Professionals' Affidavits, and the Retention Questionnaires on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of ordinary course professionals identified on the Seventeenth Supplemental List must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, the Seventeenth Supplemental List shall be deemed approved by the Court and the professionals identified therein shall be deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: May 5, 2009
       New York, New York

/s/ Richard P. Krasnow
_____
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Seventeenth Supplemental List of Proposed Professionals to be Employed in the Ordinary Course of Business

| Professional | Nature of Services |
|---|---|
| Richard Sheldon QC<br>3-4 South Square<br>Gray's Inn<br>London WC1R 5 HP | Legal services with regard to UK Law |
| David Marks QC<br>3-4 South Square<br>Gray's Inn<br>London WC1R 5 HP | Legal services with regard to UK Law |