**Presentment Date and Time: May 8, 2009 at 2:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline: May 8, 2009 at 12:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): May 13, 2009 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                         :
                          Debtors.                       :    (Jointly Administered)
------------------------------------------------------------------x

# NOTICE OF PRESENTMENT OF
# STIPULATION AND ORDER EXPUNGING PROOF OF CLAIM

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Stipulation and Order (the "Stipulation and Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **May 8, 2009 at 2:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Stipulation and Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by no later than **May 8, 2009 at 12:00 p.m. (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed as set forth above, a hearing (the "Hearing") will be held to consider the Stipulation and Order on **May 13, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

NY2:\1985368\04\16JX404!.DOC\58399.0003

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: May 5, 2009
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
                              Debtors.           :    (Jointly Administered)
------------------------------------------------------------x

## STIPULATION AND ORDER EXPUNGING PROOF OF CLAIM

RECITALS

A.   Commencing on September 15, 2008 and periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries (together, the "Debtors") commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B.   On or about February 27, 2009, the undersigned claimant (the "Claimant" and together with the Debtors, the "Parties") filed a proof of claim in LBHI's chapter 11 case, which was assigned claim number 3118 (the "Claim") by the Debtors' court-approved claims and noticing agent (the "Claims Agent"). Claimant has not assigned or otherwise transferred his interest in the Claim.

C. Claimant now wishes to withdraw the Claim, have the Claim expunged from the Debtors' claims register and have all the information relating to the Claim permanently voided, removed and erased from the Debtors' claims register.

D. Claimant has had the opportunity to consult with legal counsel regarding his rights, including his rights with respect to his Claim and this stipulation and order (the "Stipulation and Order"), has carefully reviewed and understands the terms of this Stipulation and Order and enters into this Stipulation and Order of his own free will.

NOW THEREFORE, it is hereby stipulated, agreed, and upon Court approval hereof (the "Effective Date"), it is ordered that:

1. Upon the Effective Date, the Claim shall be and shall be deemed withdrawn with prejudice.

2. Upon the Effective Date, the Claims Agent shall be and hereby is directed to expunge the Claim from the Debtors' claims register.

3. Each person who executes this Stipulation and Order by or on behalf of each respective Party represents and warrants that he or she is duly authorized and empowered to execute and deliver this Stipulation and Order on behalf of such Party.

4. This Stipulation and Order may not be changed, modified, or amended except in a writing signed by the Parties and/or their counsel.

5. The Bankruptcy Court shall retain jurisdiction (and the Parties consent to such retention of jurisdiction) to resolve any disputes or controversies arising from or related to this Stipulation and Order.

6.      This Stipulation and Order may be executed in any number of counterparts and shall constitute one agreement, binding upon the Parties hereto as if the Parties signed the same document; all facsimile signatures shall be treated as originals for all purposes.

Dated: April 15, 2009
       New York, New York

WEIL, GOTSHAL & MANGES LLP                      CLAIMANT

Shai Y. Waisman
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Debtor in Possession


SO ORDERED, this
____ day of _____, 2009



_____
HONORABLE JAMES PECK
UNITED STATES BANKRUPTCY JUDGE