UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                          :
In re                                     :     Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
                                          :
                          Debtors.        :     (Jointly Administered)
                                          :
                                          :
-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF RICHARD SHELDON QC

CITY OF LONDON                          )
COUNTRY OF THE UNITED KINGDOM )

　　　　RICHARD SHELDON QC being duly sworn, upon his oath, deposes and says:

　　　　1.　　　I am a Queen's Counsel, called to the bar of England and Wales, and a
member of the barristers chambers known as 3-4 South Square, Gray's Inn, London WC1R 5HP.

　　　　2.　　　Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the
above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"
and, collectively with their non-debtor affiliates, "Lehman"), have requested that I provide legal
services to the Debtors with respect to matters of UK law and in particular with respect to the
position of the UK administrators, and I have consented to provide such services..

　　　　3.　　　I may have performed services in the past and may perform services in the
future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the
Debtors' chapter 11 cases. As part of my customary practice, I am retained in cases, proceedings
and transactions involving many different parties, some of whom may represent or be claimants

or employees of the Debtors, or other parties in interest in these chapter 11 cases. To the best of my knowledge, I do not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

4.      I have not agreed to share and will not share any portion of the compensation to be received from the Debtors with any other person other than my regular expenses encountered with the administration of any barristers Chambers.

5.      Insofar as I have been able to ascertain, I do not hold or represent any interest adverse to the Debtors or their estates.

6.      I have not provided any pre-petition services to the Debtors.

7.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
24 day of April, 2009

_____
Notary Public

2

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :

In re                                :    **Chapter 11 Case No.**
                                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    **08-13555 (JMP)**
                                            :

               **Debtors.**        :    **(Jointly Administered)**
                                            :

                                          :
---------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, New York 10153
       Attn:   Jennifer Sapp
                Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as
appropriate. If more space is needed, please complete on a separate page and attach.

1.     Name and address:

       RICHARD SHELDON QC

       3-4 SOUTH SQUARE

       GRAY'S INN

       LONDON WC1R 5HP

2.     Date of retention:    12 APRIL 2009

3.     Type of services provided (accounting, legal, etc.):

LEGAL _____

_____

_____

4.   Brief description of services to be provided:

LEGAL ADVICE AND REPRESENTATION AS IS NORMALLY

PROVIDED BY BARRISTERS, IN PARTICULAR WITH REGARD TO

THE POSITION OF THE UK ADMINISTRATORS _____

_____

_____

5.   Arrangements for compensation (hourly, contingent, etc.)

HOURLY _____

(a)   Average hourly rate (if applicable):

GBP750 _____

(b)   Estimated average monthly compensation based on prepetition
retention (if firm was employed prepetition):

N/A _____

6.   Prepetition claims against the Debtors held by the firm:

Amount of claim:   $ NONE _____

Date claim arose:   N/A _____

Source of Claim:   N/A _____

7.   Prepetition claims against the Debtors held individually by any member,
associate, or professional employee of the firm:

Name:  N/A _____

Status:  N/A _____

Amount of Claim:   $ ZERO _____

Date claim arose:  N/A_____

Source of claim:  N/A_____

_____

_____

_____

8.     Stock of the Debtors currently held by the firm:

Kind of shares:  NONE_____

No. of shares:  _NONE_____

9.     Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  N/A_____

Status: N/A_____

_____

Kind of shares:  N/A_____

No. of shares:  N/A_____

10.    Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-named is to be employed.

NONE_____

_____

_____

_____

11.    Name of individual completing this form:

RICHARD SHELDON QC_____

LO1:\758855\02\G9JB02!.DOC\58399.0003            3
LO1:\758855\02\G9JB02!.DOC\58399.0003            3

LO1:\758855\02\G9JB02!.DOC\58399.0003                4

LO1:\758855\02\G9JB02!.DOC\58399.0003                4