UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § § § § § § § | Case No. 08-01420 (JMP)<br>SIPA |
| LEHMAN BROTHERS INC., | | |
| Debtor. | | |
| | X | Chapter 11 |
| In re: | § § § § § § | Case No. 08-13555 (JMP)<br>Jointly Administered |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | |
| Debtors. | | <u>CERTIFICATE OF SERVICE</u> |

I, Andrew M. Scott, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 1st of May 2009, the Certification of No Objection Under 28 U.S.C. § 1746 Regarding Notice of Presentment of Stipulation and Agreed Order Resolving Objection to Assumption and Assignment of Agreements with Oracle, dated May 1, 2009 with Exhibit A was served by facsimile transmission upon:

>Kenneth J. Caputo
>SIPC
>Fax No. (202) 371-6728
>
>James B. Kobak, Esq.
>David Wiltenberg, Esq.
>Jeff Margolin, Esq.
>Hughes Hubbard & Reed LLP
>Fax No. (212) 422-4726

        Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Waisman, Esq.
Sunny Singh, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
Fax No. (212) 310-8007

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy
Fax No. (212) 530-5219

Shawn Christianson
BuchalterNemer
Fax No. (415) 227-3519

Dated:  New York, New York
       May 4, 2009

                                                                        s/Andrew M. Scott
                                                                            Andrew M. Scott