WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that BNC Mortgage LLC's motion for an extension of time to assume or reject an unexpired lease of nonresidential real property [Docket No. 3359], is hereby withdrawn without prejudice.

Dated: May 5, 2009
       New York, New York

                                      /s/ Jacqueline Marcus
                                      Jacqueline Marcus

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession

NY2:\1993701\01\16QCL01!.DOC\58399.0003