Giants Stadium LLC
Meadowlands Sports Complex
50 State Route 120
East Rutherford, NJ 07073

April 30, 2009

The Clerk of Court
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004

Re:  Notice of Withdrawal of Claim
     Lehman Brothers Holdings Inc.
     Case No.: 08-13888 (JMP)
     Claim Number: 216

Dear Sir,

This letter shall serve as notice that Giants Stadium LLC hereby withdraws, without prejudice, Claim No. 216, which was filed on October 17, 2008 with the United States Bankruptcy Court, Southern District of New York. The above-referenced claim is duplicative of Claim No. 316 and, for the avoidance of doubt, Claim No. 316 shall not, in any way, be affected by the delivery of this notice.

A copy of this correspondence and a self-addressed stamped envelope is enclosed herewith. Please return an acknowledgement of the filing of this correspondence at your earliest convenience.

Sincerely,

Giants Stadium LLC

By: _____
Name: John K. Mara
Title: Authorized Representative



FILED / RECEIVED

MAY 0 1 2009

EPIQ BANKRUPTCY ~~~

cc.  Lehman Brothers Holdings Claims Processing
     c/o Epiq Bankruptcy Solutions, LLC
     FDR Station, P.O. Box 5076
     New York, New York 10150-5076

     The Honorable James M. Peck
     United States Bankruptcy Court, Southern District of New York
     One Bowling Green
     New York, New York 10004