UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                                              :       Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :       08-13555 (JMP)
                                                                   :
       Debtors.                                                :       (Jointly Administered)
                                                                   :
----------------------------------------------------------------x       Ref. Docket Nos. 3483-3485, 3487,
                                                                                 3492

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

       PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 5, 2009, I caused to be served the following:

   a) "Statement / Notice of Supplemental Affidavit and Disclosure Statement of Peter Snowdon on behalf of Norton Rose LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed May 5, 2009 [Docket No. 3483],

   b) "Statement / Notice of Seventeenth Supplemental List of Ordinary Course Professionals," dated May 5, 2009 [Docket No. 3484],

   c) "Affidavit and Disclosure Statement of David Marks QC Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed May 5, 2009 [Docket No. 3485],

   d) "Affidavit and Disclosure Statement of Richard Sheldon QC Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed May 5, 2009 [Docket No. 3487], and

   e) "Statement / Notice of Amended Affidavit and Disclosure Statement of Andrew Goldman on behalf of Wilmer Cutler Pickering Hale and Dorr LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed May 5, 2009 [Docket No. 3492],

by causing true and correct copies to be:

a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
6th day of May, 2009

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

# EXHIBIT "A"

**Exhibit A - Counsel To The Official Committee Of Unsecured  Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

**Exhibit B – Additional Parties**

1. Norton Rose LLP: peter.snowdon@nortonrose.com (Docket # 3483 only)

2. 3-4 South Square: marcomalatesta@southsquare.com (Docket # 3485 only)

3. 3-4 South Square: dylanplayfoot@southsquare.com (Docket # 3487 only)

4. Wilmer Cutler Pickering Hale and Dorr LLP: andrew.goldman@wilmerhale.com & michelle.goldis@wilmerhale.com (Docket # 3492 only)