UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
:
Debtors.                          :    (Jointly Administered)
:
------------------------------------------------------------------x    Ref. Docket Nos. 3465, 3466

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 4, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
6th day of May, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfer 3465, 3466_Aff 05-04-09.doc

# EXHIBIT "A"

| LEHMAN BROTHERS TEST | LEHMAN BROTHERS TEST2 |
|---|---|
|  |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SANNO POINT MASTER FUND LTD.
         C/O SANNO POINT CAPITAL MANAGEMENT LLC
         PO BOX 4955
         NEW YORK NY 10185

Please note that your claim # 3264 in the above referenced case and in the amount of
     $6,455,505.68        has been transferred **(unless previously expunged by court order)**

         THE ROYAL BANK OF SCOTLAND, PLC
         TRANSFEROR: SANNO POINT MASTER FUND LTD.
         600 STEAMBOAT ROAD
         ATTN: ELIZABETH HAM
         GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     District of Delaware
                     824 Market Street, Fifth Floor
                     Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 3465   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2009                         David D. Bird, Clerk of Court

                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| LEHMAN BROTHERS TEST | LEHMAN BROTHERS TEST2 |
|---|---|
| | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SANNO POINT MASTER FUND LTD.
      C/O SANNO POINT CAPITAL MANAGEMENT LLC
      PO BOX 4955
      NEW YORK NY 10185
```

Please note that your claim # 3265 in the above referenced case and in the amount of
       $6,455,505.68         has been transferred **(unless previously expunged by court order)**

```
      THE ROYAL BANK OF SCOTLAND, PLC
      TRANSFEROR: SANNO POINT MASTER FUND LTD.
      600 STEAMBOAT ROAD
      ATTN: ELIZABETH HAM
      GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3465      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2009                          David D. Bird, Clerk of Court

                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2009.

**EXHIBIT "B"**

```
TIME: 16:29:51                                        LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 05/06/09                                             CREDITOR LISTING

Name                            Address
SANNO POINT MASTER FUND LTD.    C/O SANNO POINT CAPITAL MANAGEMENT LLC PO BOX 4955 NEW YORK NY 10185
THE ROYAL BANK OF SCOTLAND, PLC TRANSFEROR: SANNO POINT MASTER FUND LTD. 600 STEAMBOAT ROAD ATTN: ELIZABETH HAM GREENWICH CT 06830

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153