Hearing Date: June 3, 2009 at 10:00 a.m. (Prevailing Eastern Time)

James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re** : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
-------------------------------------------------------------------x
:
**In re** :
:
**LEHMAN BROTHERS INC.** : Case No. 08-01420 (JMP) SIPA
:
Debtor. :
:
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF UNCLAIMED PROPERTY
RECOVERY SERVICE, INC. FOR ORDERS (A) COMPELLING PAYMENT OF
UNCLAIMED FUNDS BY THE NEW YORK STATE COMPTROLLER, (B) LIFTING
THE AUTOMATIC STAY, OR, ALTERNATIVELY, PROVIDING RELIEF FROM THE
AUTOMATIC STAY, (C) ALLOWING PAYMENT FOR SERVICES PROVIDED
<u>POSTPETITION AND (D) OTHER RELIEF</u>**

PLEASE TAKE NOTICE that the hearing on relief requested in the Motion of

Unclaimed Property Recovery Service, Inc. for orders (a) compelling payment of Unclaimed

Funds by the New York State Comptroller, (b) lifting the automatic stay, or, alternatively,

60657582_1.DOC

providing relief from the automatic stay, (c) allowing payment for services provided postpetition and (d) other relief filed in the above-referenced chapter 11 proceedings (Docket No. 3345) (the "Motion"), which was scheduled for May 13, 2009, at 10:00 a.m., **has been adjourned to June 3, 2009 at 10:00 a.m.**, or as soon thereafter as council may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

PLEASE TAKE FURTHER NOTICE that responses to the Motion are due on or before May 29, 2009 at 4:00 p.m.

Dated: May 7, 2009
New York, New York

HUGHES HUBBARD & REED LLP

By: /s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: kobak@hugheshubbard.com

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

2

60657582_1.DOC