**SEWARD & KISSEL LLP**
Ronald L. Cohen (RC 3897)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for The Sumitomo Trust &
Banking Co., Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555-JMP <br><br> (Jointly Administered) |
| In re: <br><br> LEHMAN BROTHERS SPECIAL FINANCING INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-13888-JMP |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS OF BRUCE A. ORTWINE**

PLEASE TAKE NOTICE that Bruce A. Ortwine, General Counsel for The

Sumitomo Trust & Banking Co., Ltd. ("Sumitomo"), hereby withdraws his appearance and

demand for service of papers on behalf of Sumitomo in the above-captioned chapter 11 cases

(the "Cases"). Mr. Ortwine requests the removal of his name from all service lists and further

requests discontinuance of electronic notification with regard to the Cases via the Court's ECF system to his email address, bruce.ortwine@sumitomotrust.co.jp.

PLEASE TAKE FURTHER NOTICE that Ronald L. Cohen of Seward & Kissel LLP will continue to represent Sumitomo in the above-captioned proceedings, and he, along with Masaya Yamashiro, Senior Manager of Sumitomo, should remain on all service lists maintained therefore.

Dated: New York, New York
       May 7, 2009

                SEWARD & KISSEL LLP

                By:  /s/ Ronald L. Cohen
                Ronald L. Cohen (RC 3897)
                One Battery Park Plaza
                New York, New York  10004
                Tel.: (212) 574-1200
                Fax: (212) 480-8421
                Email: cohen@sewkis.com

                Attorneys for The Sumitomo Trust
                & Banking Co., Ltd.

SK 00179 0030 993642