Kelley & Fulton, P.A.
1665 Palm Beach Lakes Boulevard
The Forum – Suite 1000
West Palm Beach, Florida 33414
(561) 491-1200
Craig I. Kelley, Esq. (Fla. Bar No. 782203)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.,        Case No. 08-13555 (JMP)
et al.,                                                   (Jointly Administered)
                    Debtors,

_____/

## MOTION FOR RELEASE OF ESCROWED FUNDS HELD BY DEBTOR

Comes now, MERIT FLOORS, INC., (hereinafter referred to as "MERIT") by and through the undersigned attorneys admitted in this matter *pro hac vice*, and hereby files this Motion for the Entry of an Order authorizing the Debtor, Lehman Brothers Holdings, Inc. (hereinafter referred to as LEHMAN"), to release funds held in escrow that are due and owing to MERIT, and in support respectfully states as follows:

1.  MERIT and Gables Marquis, LLC (hereinafter referred to as "GABLES") were parties to an agreement whereby MERIT agreed to provide, and did provide, labor, services and materials to GABLES in connection with a construction project known as Gable Marquis, located at 3232 Coral Way, Miami, Florida, and more particularly described as follows:

    **GABLES MARQUIS, A CONDOMINIUM, OR BK 25555 BK 2532, MIAMI-DADE COUNTY**

2.  Said labor, services and materials were incorporated into the property and were accepted and received by GABLES prior to the bankruptcy filed by LEHMAN.

3. Within ninety (90) days after the last of the furnishing of labor, services and materials for the Gables project, MERIT had not received final payment for labor, services and materials rendered. Accordingly, and in accordance with Florida law, MERIT filed a Claim of Lien and, thereafter, an Amended Claim of Lien against the subject property. The Claim of Lien was duly recorded on October 31, 2007 and the Amended Claim of Lien was duly recorded on December 14, 2007. True and accurate copies of the Claim of Lien and Amended Claim of Lien are attached hereto and incorporated herein by reference as Exhibits "A" and "B", respectively.

4. As the construction lender on the project, LEHMAN presently holds $18,249.00 in escrow which is property of Non-Debtor, GABLES and/or Non-Debtor MERIT and due and owing to MERIT from GABLES. MERIT requests this Honorable Court enter an order authorizing LEHMAN to disburse said funds due and owing to MERIT for completion of the services and materials furnished pre-petition.

5. Immediately prior to its Chapter 11 filing, LEHMAN agreed to disburse the funds of GABLES to MERIT; however, LEHMAN filed this Chapter 11 proceeding before the funds of GABLES were disbursed to MERIT.

6. Specifically, by way of a letter dated May 30, 2008, LEHMAN agreed to release the funds pending MERIT'S execution of a release of lien. A copy of the letter is attached hereto as Exhibit "C."

7. On July 1, 2008, LEHMAN provided a memorandum to all GABLES contractors and subcontractors, including MERIT, which detailed the procedure GABLES' subcontractors must follow for receipt of final payment. A "Release" form accompanied said memorandum. A true and accurate copy of the memorandum is attached hereto as Exhibit "D."

8. MERIT timely complied with the required procedures and completed and returned said Release form. A true and accurate copy of the Release executed by MERIT is attached hereto as Exhibit "E." In an email dated September 5, 2008, LEHMAN's counsel Jefffrey Lynne, of Akerman, Senterfitt in Fort Lauderdale, Florida, informed MERIT that minor and ministerial information was missing from the notary block on the Release and requested that the notary information be furnished. MERIT then completed the notary block as requested by LEHMAN'S counsel and resubmitted the form prior to the bankruptcy filing; however, LEHMAN then filed this Chapter 11 proceeding before LEHMAN disbursed said funds to MERIT. It is submitted that MERIT fully complied with the release procedures and fully performed all requirements prior to the bankruptcy filing and became entitled to possession of said funds pre-petition.

9. MERIT filed a state court action against GABLES on October 30, 2008. A copy of the state court Complaint filed by MERIT against GABLES on October 30, 2008 is attached hereto and made a part hereof as Exhibit "F".

10. MERIT requests that this Honorable Court enter an Order authorizing LEHMAN to release from escrow MERIT's funds in the amount of $18,249.00 due to MERIT from GABLES. Said funds are not part of LEHMAN'S bankruptcy estate. Said escrowed amounts are funds that properly belonged to MERIT pre-petition. LEHMAN, as the construction lender, was merely holding said funds in escrow for GABLES and upon execution of the Release by MERIT said funds properly belonged to MERIT prior to the bankruptcy filing. LEHMAN did not dispute that the subject funds belonged to MERIT at the time and, in fact, specifically stated in the September 5, 2008 email described above, that said funds were in the process of being distributed to MERIT.

WHEREFORE, Merit Floors, Inc. respectfully requests that this Honorable Court enter an order (i) authorizing Lehman Brothers Holdings, Inc to release the escrowed funds in the amount of $18,249.00 due to Merit Floors, Inc. by Gables Marquis, LLC directly to Merit Floors and (ii) for other such relief as this Court deems just and proper.

Dated: April 22, 2009
West Palm Beach, Florida

                **KELLEY & FULTON, P.A.**
                By: /s/ Craig I. Kelley
                1665 Palm Beach Lakes Boulevard
                West Palm Beach, Florida 33401
                Telephone: (561) 491-1200
                Facsimile: (561) 684-3773
                *Counsel to Merit Floors, Inc..*

CONSTRUCTION LIEN LAW, CH 713

(enclose Self-addressed stamped envelope)

Name: MERIT FLOORS INC

Address: 701 E COMMERCIAL BLVD, 4th Floor
Fort Lauderdale FL 33334-3261

This Instrument Prepared by: JUDITH ROSEN

Name: MERIT FLOORS INC

Address: 9253 NW 100 ST MIAMI FL 33178

CFN 2007R1054430
OR Bk 26022 Pg 3020; (1pg)
RECORDED 10/31/2007 15:50:09
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

**WARNING!**

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

## *Claim of Lien*

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Before me, the undersigned Notary Public, personally appeared **Van Saliba** who was duly sworn and says that he is the agent of the lienor herein: _____MERIT FLOORS INC_____
(Lienor's Name)

whose address is _____9253 NW 100 ST MIAMI FL 33178_____
(Lienor's Address)

and that in accordance with a contract with _____COSCAN CONSTRUCTION_____

lienor furnished labor, services or materials consisting of: (Describe specially fabricated materials separately)

CARPET/TILE

on the following described real property in _____MIAMI-DADE_____ County, State of Florida:
(Describe real property sufficiently for identification, including street and number, if known)

GABLES MARQUIS, A CONDOMINIUM
OR BK 25555 BK 2532
MIAMI-DADE COUNTY

owned by _____GABLES MARQUIS LLC_____

of a total value of _____ONE MILLION THREE HUNDRED FIFTY THOUSAND ----00/XX_____ dollars (_$1,350,000.00_)

of which there remains unpaid $_____$68,670.18_____, and furnished the first of the items on

_____JANUARY 25, 2006_____ and the last of the items on _____SPETEMBER 28, 2007_____, and (if the lien is

claimed by one not in privity with the owner) that the lienor served his notice to owner on _____FEBRUARY 7, 2006_____, by
_____CERTIFIED MAIL_____
(Method of Service)

and, (if required) that the lienor served copies of the notice on the contractor on _____N/A_____, _____, by
_____, and on the subcontractor, _____
(Method of Service)

on _____, _____, by _____
(Method of Service)

By _____/s/ Van Saliba_____
Agent Signature
Van Saliba
Printed Name

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to and subscribed before me this _26_ day of _OCTOBER_, _2007_, Affiant is personally known to me.

NOTARY PUBLIC-STATE OF FLORIDA
Debra L. Potts-Goldberg
Commission #DD611357
Expires: DEC. 17, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

EXHIBIT A

CONSTRUCTION LIEN LAW, CH 713

(enclose Self-addressed stamped envelope)

Name: MERIT FLOORS INC

Address: 701 E COMMERCIAL BLVD, 4th Floor
Fort Lauderdale FL 33334-3261

This instrument Prepared by: JUDITH ROSEN

Name: MERIT FLOORS INC

Address: 9253 NW 100 ST MIAMI FL 33178

CFN 2007R1187381
OR Bk 26108 Ps 3910; (1ps)
RECORDED 12/14/2007 15:47:21
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

## Amended Claim of Lien

STATE OF FLORIDA
COUNTY OF ___MIAMI-DADE___

This amended Claim of Lien amends the Claim of Lien recorded at O.R. Book __26022__ Page __3020__ of the Public

Records of ___MIAMI-DADE___ County, which was recorded on _____OCTOBER 31, 2007_____

Before me, the undersigned Notary Public, personally appeared **Van Saliba** who was duly sworn and says that he is the

agent of the lienor herein _____MERIT FLOORS INC_____
                                            (Lienor's Name)

whose address is _____9253 NW 100 ST MIAMI FL 33178_____
                                            (Lienor's Address)

and that in accordance with a contract with _____COSCAN CONSTRUCTION_____

lienor furnished labor, services or materials consisting of: (Describe specially fabricated materials separately)

CARPET/TILE

on the following described real property in _____MIAMI-DADE_____ County, State of Florida:
(Describe real property sufficiently for identification, including street and number, if known)

GABLES MARQUIS, A CONDOMINIUM
OR BK 25555 BK 2532
MIAMI-DADE COUNTY

owned by _____GABLES MARQUIS LLC_____

of a total value of __ONE MILLION THREE HUNDRED FIFTY THOUSAND----00/XX__ dollars ($_1,350,000.00_)

of which there remains unpaid $_____18,700.00_____, and furnished the first of the items on

_____JANUARY 25, 2006_____ and the last of the items on _____SEPTEMBER 28, 2007_____, and (if the lien is

claimed by one not in privity with the owner) that the lienor served his notice to owner on _____FEBRUARY 7, 2006_____ by
                                            CERTIFIED MAIL
                                            (Method of Service)

and, (if required) that the lienor served copies of the notice on the contractor on _____, _____, by
_____, and on the subcontractor, _____
(Method of Service)

on _____, _____, by _____
                                        (Method of Service)

By _____
    Agent Signature
    Van Saliba
    Printed Name

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to and subscribed before me this _13_ day of __DECEMBER__ _2007_ Affiant is

personally known to me NOTARY PUBLIC-STATE OF FLORIDA
Debra L. Potts-Goldberg
Commission #DD611357
Expires DEC. 17, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

Notary Signature

Book26108/Page3910    CFN#20071187381    Page 1 of 1

EXHIBIT B

**Akerman**Senterfitt
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229

www.akerman.com

954 463 2700 tel    954 463 2224 fax

Stacy Bercun
954 759 8927
stacy.bercun@akerman.com

May 30, 2008

<u>VIA TELEFAX 305-887-9770</u>

Mr. Jeffrey Flegel
Merit Floors, Inc.
9253 NW 100th Street
Miami, FL 33178

Re:   CLAIM OF LIEN
      GABLES MARQUIS ("PROJECT")/3232 CORAL WAY, MIAMI, FL ("PROPERTY")

Dear Mr Flegel:

We represent Lehman Brothers Holdings, Inc. ("Lehman"), the construction lender for the above-referenced Project. We understand that Merit Floors, Inc. ("Merit"), has recorded a Claim of Lien against the Property in the Public Records of Miami-Dade County, at Official Records Book 26108, Page 3910, on December 14, 2007, a copy of which is enclosed for your reference. We further understand from Coscan Construction, LLC, the General Contractor, that Merit has agreed to a complete release of the lien upon final payment in the amount of EIGHTEEN THOUSAND TWO HUNDRED FORTY-NINE DOLLARS ($18,249.00). <u>**Lehman is prepared to immediately tender payment to you in the amount of $18,249.00, upon confirmation that all remaining "punch list" items have been completed.**</u> Please contact us at your earliest convenience after your punch list work has been approved by Lehman's agent, Paul Benson, (239) 444-2300, to arrange to have your payment immediately collected from our offices. In order to receive payment, we ask that you please execute, notarize and bring with you the two (2) "Satisfaction of Lien Claim" and the "Final Release by Subcontractor" forms which accompany this letter. In the interim, please do not hesitate to contact my assistant, Diane Phillips, at (954) 712-6033, should you have any questions or concerns.

Sincerely,

AKERMAN SENTERFITT

Stacy Bercun Bohm
Enclosures

{FT489872;1}

EXHIBIT C



### Akerman Senterfitt
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
www.akerman.com
954 463 2700 tel   954 463 2224 fax

FAX (954)847-5341

# MEMORANDUM

**TO:** GABLES MARQUIS CONTRACTORS/SUBCONTRACTORS

**FROM:** JEFFREY LYNNE, ESQ. — Assistant
            c/o Diane Phillips

**DATE:** JULY 1, 2008

**SUBJECT:** PROCEDURE FOR RECEIPT OF FINAL PAYMENT

---

The following procedure has been adopted and approved by Lehman Brothers Holdings, Inc. ("Lehman") with regard to any amounts due claimed by your company as a result of work performed on the <u>Gables Marquis Condominium</u>, 3232 Coral Way, Miami, FL 33145. Please review these instructions carefully as no payment will be released without strict adherence to these procedures.

1. Please **fully complete**, **sign**, and **have notarized** the accompanying "Release" form, and then fax a copy of the draft Release to: Akerman Senterfitt, Attn: Jeffrey Lynne, Esq., (954) 463-2224. Do not mail or attempt to deliver the original forms until instructed by us to do so.

2. Your draft Release <u>will not be accepted</u> if: (i) it is not completed in full; and/or (ii) if you have remaining punchlist items. If you have any questions regarding the status of your punchlist, please contact <u>Mr. Paul Benson, at (239) 444-2300, Fax (239) 444-2308.</u>

3. After your draft Release has been approved ("Approved Release"), you will be contacted to make arrangements to have your final payment obtained from our offices, 350 E. Las Olas Boulevard, Suite 1600, Fort Lauderdale, FL 33301, (954) 463-2700. Please bring with you the <u>original</u> Approved Release. Final payment will not be released without delivery of the original.

Should you have any further questions, please do not hesitate to contact Jeffrey Lynne, Esq., at the phone number or e-mail address indicated above.

{FT4956773}

Tara Labrum
Flap Teat


EXHIBIT D

```
10/23/2008  15:58   3058879770              MERIT FLOORS IN            PAGE  05
JUL-17-2009 17:37   AKERMAN SENTERFITT            954 463 2224   P.004
```

THIS DOCUMENT PREPARED BY:
Stacy Bercun Bohm, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd., #1600
Fort Lauderdale, Florida 33301

### SATISFACTION OF LIEN CLAIM

STATE OF FLORIDA )
) SS.
COUNTY OF MIAMI-DADE )

WHEREAS, the undersigned, the authorized agent of Merit Floors, Inc., has filed a Claim of Lien against the real property owned by Gables Marquis, LLC, on October 31, 2007, in Official Records Book 26022, Page 3020, and an Amended Claim of Lien on December 14, 2007, in Official Records Book 26108, Page 3910, in the office of the Clerk of the Circuit Court of the County of Miami-Dade, State of Florida, against real property in said county described as:

GABLES MARQUIS, A CONDOMINIUM
OR BK 25555 BK 2532
MIAMI-DADE COUNTY

in the amount of $18,700.00

NOW, THEREFORE, the undersigned, for a good and valuable consideration of Ten ($10.00) DOLLARS, does hereby release and acknowledge satisfaction of the Claim of Lien and directs the Clerk of the Circuit Court to cancel and discharge said Claim of Lien in accordance with Section 713.21, Florida Statutes.

Signed, sealed and delivered this 12 day of August, 2008.

By: _____
Toan Jeffrey Flegel
Authorized Agent

STATE OF FLORIDA )
) ss:
COUNTY OF Dade )

The foregoing instrument was sworn to and subscribed before me this 12 day of Aug., 2008, by Jeffrey Flegel, as authorized agent of Merit Floors, Inc., who is personally known to me or who has produced _____ (type of identification) as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

_____
(Print, Type or Stamp Commissioned Name of Notary Public)

{FT400102;1}





Notary Public State of Florida
Judith M Rosen
My Commission DD394315
Expires 04/15/2009

IN THE CIRCUIT COURT, CIVIL DIVISION, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

MERIT FLOORS, INC.,

    Plaintiff,

vs.

GABLES MARQUIS, LLC

    Defendant,
_____/

CASE NO.:

08-66423 CA 02

## LIS PENDENS

TO: Gables Marquis, LLC
    c/o Daniel A. Kaskel, Registered Agent
    7200 W. Camino Real, Suite 303
    Boca Raton, FL 33433

YOU ARE NOTIFIED of the institution of this action by Plaintiff against you seeking to impress and foreclose upon an equitable lien on the following property in Miami-Dade County, Florida:

**GABLES MARQUIS, A CONDOMINIUM, OR BK 25555 BK 2532, MIAMI-DADE COUNTY**

DATED this 30 day of October, 2008.

KELLEY & FULTON, P.A.
Attorneys for Plaintiff
1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, Florida 33401
Telephone No. (561) 684-5524
Facsimile No. (561) 684-3773

By: _____
ANDREW FULTON, IV, ESQUIRE
Florida Bar No.: 833487

EXHIBIT

IN THE CIRCUIT COURT, CIVIL DIVISION, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

MERIT FLOORS, INC.,

    Plaintiff,

vs.

GABLES MARQUIS, LLC

    Defendant,
_____/

CASE NO.:

08-66423 CA 02

08-66423 CA 02

FILED
ON OCT 30 2008
IN THE OFFICE...

## COMPLAINT

COMES NOW the Plaintiff, MERIT FLOORS, INC., (hereinafter referred to as "MERIT" or as "Plaintiff"), by and through its undersigned counsel, and sues the Defendant, GABLES MARQUIS, LLC (hereinafter referred to as "GABLES" or as "Defendant"), and would allege and show unto the court the following:

1. This is an action to establish and foreclose upon a construction lien pursuant to Chapter 713 of the Florida Statues on real property located in Miami-Dade County, Florida, and for money damages in excess of $15,000.00 dollars exclusive of interest, costs and attorneys' fees.

2. At all times material hereto, Plaintiff, MERIT was and is a Florida corporation that maintained and maintains a place of business at 9253 N.W. 100th Street, Miami, Miami-Dade County, Florida 33178.

3. At all times material hereto, Defendant, GABLES was and is a Florida Limited Liability Company which maintained and maintains its place of business at 7200 W. Camino Real, Suite 302, Boca Raton, Florida 33433.

4. Plaintiff, MERIT provided labor, services and materials to Defendant,

GABLES in connection with the following described property located in Miami-Dade County, Florida:

**GABLES MARQUIS, A CONDOMINIUM, OR BK 25555 BK 2532, MIAMI-DADE COUNTY**

5. All conditions precedent to the bringing of this action have occurred or have been waived.

### COUNT I- FORECLOSURE ON A CONSTRUCTION LIEN

6. Plaintiff re-alleges and reincorporates paragraphs 1 through 5 as if fully set forth herein at length.

7. In performance of the agreement between the parties, MERIT furnished labor, services and materials which were incorporated into the property and which were accepted and received by GABLES to the detriment of MERIT.

8. GABLES has not paid MERIT amounts due and, presently, GABLES owes MERIT the sum of $18,700.00.

9. Within ninety (90) days after the last of the furnishing of labor, services and materials for the project, MERIT filed a Claim of Lien and, thereafter, an Amended Claim of Lien against the subject property. The Claim of Lien was duly recorded on October 31, 2007 and the Amended Claim of Lien was duly recorded on December 14, 2007. True and correct copies of the Claim of Lien and Amended Claim of Lien are attached hereto and incorporated herein by reference as Exhibits "A" and "B".

10. Plaintiff timely served all other documents required under applicable law such that Plaintiff is entitled to pursue an action to foreclose upon its lien.

11. Plaintiff, MERIT has been required to employ the undersigned counsel for the purposes of enforcing its rights under and pursuant to construction lien law and has

been forced to incur an obligation to pay its attorney a reasonable fee for which GABLES is liable in accordance with applicable Florida Law and pursuant to the contract entered into between the parties.

WHEREFORE the Plaintiff, MERIT FLOORS, INC., prays that this Honorable Court:

(A) Adjudicate that MERIT has a valid lien on the Property that is superior to the rights of the Defendant and all persons claiming by, through or under the Defendant, for the amount adjudged to be due from GABLES MARQUIS, LLC, including the entire amount of Plaintiff's claim with interest, late charges, reasonable attorneys' fees pursuant to Chapter 713 of the Florida Statutes, court costs and expenses, title search expenses, and all expenses that may be advanced by Plaintiff during the pendency hereof, in order to protect the security of Plaintiff's lien, together with interest thereon;

(B) Decree that the Property be sold at public sale, as provided by law and under the direction of this Court, and that there be paid out of the proceeds of sale, the entire amount of Plaintiff's claim including all costs and attorneys' fees enumerated in Paragraph A above;

(C) Further decree that upon sale being made, Defendant and all parties claiming by, through or under said Defendant, be forever barred and foreclosed of any right, title, interest or lien, in, to or upon the Property;

(D) Granting, MERIT FLOORS, INC., such other and further relief as the Court deems just and proper.

## COUNT II- BREACH OF CONTRACT

12. Plaintiff re-alleges and reincorporates paragraphs 1 through 5 as if fully set forth herein at length.

13. Plaintiff, MERIT and the Defendant, GABLES entered into a contract pursuant to which MERIT agreed to provide labor, services and materials in connection with the property at issue in this cause.

14. Plaintiff, MERIT has fully performed and has fully fulfilled all of its obligations under the contract entered into between it and GABLES.

15. Defendant, GABLES has failed to pay the sum of $18,700.00 owed to the Plaintiff as required pursuant to the contract.

16. Defendant, GABLES has therefore breached the terms and conditions of the contract between the parties.

17. The Plaintiff, MERIT has been damaged by Defendant, GABLE'S breach of contract in the sum of $18,700.00, plus interest, attorneys' fees and costs.

WHEREFORE, Plaintiff, MERIT FLOORS, INC., demands a judgment against the Defendant, GABLES MARQUIS, LLC, for damages in the principal amount of $18,700.00, interest, costs and attorneys' fees and for such other and further relief as the court may deem just and proper under the circumstances.

## COUNT III- UNJUST ENRICHMENT

18. Plaintiff re-alleges and reincorporates paragraphs 1 through 5 as if fully set forth herein at length.

19. Defendant, GABLES accepted and retained the benefit of the labor, services and materials conferred by Plaintiff, MERIT to GABLES without paying MERIT

the value thereof.

20. Under the circumstances, it would be inequitable for Defendant, GABLES to retain the benefit conferred by Plaintiff, MERIT without paying for the value thereof.

21. Consequently, Defendant, GABLES has been unjustly enriched by Plaintiff, MERIT in the amount of $18,700.00, plus interest and costs.

WHEREFORE Plaintiff, MERIT FLOORS, INC., respectfully requests that this Honorable Court enter judgment against the Defendant, GABLES MARQUIS, LLC for damages in the principal amount of $18,700.00, plus interest and costs, and for such other and further relief this Court deems just and proper under the circumstances.

Dated October 30, 2008.

        KELLEY & FULTON, P.A.
        Attorney for Plaintiff
        1665 Palm Beach Lakes Blvd., Ste. 1000
        West Palm Beach, Florida 33401
        Telephone No.: (561) 491-1200
        Facsimile No.: (561) 684-3773

By: _____
        ANDREW FULTON, IV, ESQUIRE
        Florida Bar No.: 833487

```
CFN  2007R1054430
OR Bk 26022 Pg 3020; (1pg)
RECORDED 10/31/2007 15:50:09
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

03 CONSTRUCTION LIEN LAW, CH 713

Return to: (enclose Self-addressed stamped envelope)

Name: MERIT FLOORS INC

Address: 701 E COMMERCIAL BLVD, 4th Floor
Fort Lauderdale FL 33334-3261

This Instrument Prepared by: JUDITH ROSEN

Name: MERIT FLOORS INC

Address: 9253 NW 100 ST MIAMI FL 33178

NAME

## WARNING!

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

## Claim of Lien

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Before me, the undersigned Notary Public, personally appeared **Van Saliba** who was duly sworn and says that he is the

agent of the lienor herein _____**MERIT FLOORS INC**_____
(Lienor's Name)

whose address is _____**9253 NW 100 ST MIAMI FL 33178**_____
(Lienor's Address)

and that in accordance with a contract with _____**COSCAN CONSTRUCTION**_____

lienor furnished labor, services or materials consisting of: (Describe specially fabricated materials separately)

**CARPET/TILE**

on the following described real property in _____**MIAMI-DADE**_____ County, State of Florida:
(Describe real property sufficiently for identification, including street and number, if known)

**GABLES MARQUIS, A CONDOMINIUM
OR BK 25555 BK 2532
MIAMI-DADE COUNTY**

owned by _____**GABLES MARQUIS LLC**_____

of a total value of _____**ONE MILLION THREE HUNDRED FIFTY THOUSAND ----00/XX**_____ dollars ($**1,350,000.00**)

of which there remains unpaid $_____**$68,670.18**_____, and furnished the first of the items on

_____**JANUARY 25, 2006**_____ and the last of the items on _____**SPETEMBER 26, 2007**_____, and (if the lien is

claimed by one not in privity with the owner) that the lienor served his notice to owner on _____**FEBRUARY 7, 2006**_____, by
_____**CERTIFIED MAIL**_____
(Method of Service)

and, (if required) that the lienor served copies of the notice on the contractor on _____**N/A**_____, by
_____, and on the subcontractor, _____

on _____, _____, by _____
(Method of Service)

By _____
Agent Signature
Van Saliba
Printed Name

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to and subscribed before me this **26** day of **OCTOBER**, **2007**. Affiant is personally known to me.

NOTARY PUBLIC-STATE OF FLORIDA
Debra L. Potts-Goldberg
Commission #DD611357
Expires: DEC. 17, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

EXHIBIT A

CONSTRUCTION LIEN LAW, CH 713

(enclose Self-addressed stamped envelope)

Name: MERIT FLOORS INC

Address: 701 E COMMERCIAL BLVD, 4th Floor
Fort Lauderdale FL 33334-3261

This Instrument Prepared by: JUDITH ROSEN

Name: MERIT FLOORS INC

Address: 9253 NW 100 ST MIAMI FL, 33178

CFN 2007R1187381
OR Bk 26108 Ps 3910; (1ps)
RECORDED 12/14/2007 15:47:21
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

## Amended Claim of Lien

STATE OF FLORIDA
COUNTY OF ___MIAMI-DADE___

This amended Claim of Lien amends the Claim of Lien recorded at O.R Book __26022__ Page __3020__ of the Public

Records of ____MIAMI-DADE____ County, which was recorded on _____OCTOBER 31, 2007_____

Before me, the undersigned Notary Public, personally appeared **Van Saliba** who was duly sworn and says that he is the

agent of the lienor herein _____MERIT FLOORS INC_____
(Lienor's Name)

whose address is _____9253 NW 100 ST MIAMI FL 33178_____
(Lienor's Address)

and that in accordance with a contract with_____ COSCAN CONSTRUCTION _____

lienor furnished labor, services or materials consisting of: (Describe specially fabricated materials separately)

CARPET/TILE

on the following described real property in _____MIAMI-DADE_____ County, State of Florida:
(Describe real property sufficiently for identification, including street and number, if known)

GABLES MARQUIS, A CONDOMINIUM
OR BK 25555 BK 2532
MIAMI-DADE COUNTY

owned by _____GABLES MARQUIS LLC_____

of a total value of __ONE MILLION THREE HUNDRED FIFTY THOUSAND------00/XX_ dollars ($_1,350,000.00_)

of which there remains unpaid $_____18,700.00_____, and furnished the first of the items on

____JANUARY 25, 2006____ and the last of the items on _____SEPTEMBER 28, 2007_____, and (if the lien is

claimed by one not in privity with the owner) that the lienor served his notice to owner on ____FEBRUARY 7, 2006____, by
_____CERTIFIED MAIL_____
(Method of Service)

and, (if required) that the lienor served copies of the notice on the contractor on _____, _____, by
_____, and on the subcontractor, _____
(Method of Service)
on _____, _____, by _____
(Method of Service)

By_____
Agent Signature
Van Saliba
Printed Name

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to and subscribed before me this _13_ day of _DECEMBER_ _2007_ Affiant is

personally known to me NOTARY PUBLIC-STATE OF FLORIDA
Debra L. Potts-Goldberg
Commission #DD611357
Expires DEC. 17, 2010
BONDED THRU ATLANTIC BONDING CO, INC.

_____
Notary Signature

Book26108/Page3910    CFN#20071187381    Page 1 of 1

EXHIBIT B