UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  
LEHMAN BROTHERS INC.,

Debtor.

In re:  
LEHMAN BROTHERS HOLDINGS INC., et al.,  
Debtors.

Case No. 08-01420 (JMP) SIPA

Chapter 11  
Case No. 08-13555 (JMP)  
Jointly Administered

CERTIFICATE OF SERVICE

I, Craig I. Kelley, an attorney admitted to practice in the State of Florida and admitted Pro Hac Vice in the instant case, hereby certify that:
On the 5th of May 2009, the Motion For Release Of Escrowed Funds Held By Debtor, dated April 22, 2009, was served by U.S. Mail prepaid upon:

Honorable James M. Peck  
One Bowling Green  
Courtroom 601  
New York, New York 10004



Weil Gotshal & Manges LLP  
Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq as Attorneys for Debtors  
767 Fifth Avenue,  
New York, New York 10153, (Attn:

Office of the United States Trustee  
for the Southern District of New York  
Attn: Andy Velez-Rivera, Paul Schwartzberg,  
Brian Masumoto, Linda Riffkin, and Tracy Hope Davis  
3 Whitehall Street, 21st Floor  
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP  
Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq  
Attorneys for Official committee of Unsecured creditors  
1 Chase Manhattan Plaza  
New York, New York 10005, (Attn:

Cleary Gotliebb LLP
Attn: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq.
One Liberty Plaza
New York, NY 10006

Sullivan & Cromwell LLP
Attn: Robinson B. Lacy,
Esq. and Hydee R. Feldstein, Esq.
125 Broad Street
New York, NY 10004

Dated: West Palm Beach, FL
May 5, 2009

/s/Craig I. Kelley
Craig I. Kelley, Esquire
Florida Bar No.: 782203