UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
         Debtors.                                  :    (Jointly Administered)
                                                   :
----------------------------------------------------------------x    Ref. Docket No. 3495

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 6, 2009, I caused to be served the "NOTICE OF DEBTORS' MOTION FOR ENTRY OF ORDER PURSUANT TO SECTIONS 363 AND 365 OF THE BANKRUPTCY CODE FOR APPROVAL OF (I) THE LETTER AGREEMENT, INCLUDING THE PAYMENT OF THE BREAK-UP FEE, AND (II) THE ASSUMPTION, ASSIGNMENT, AND SALE OF THE LIBRA CREDIT DEFAULT SWAP AGREEMENT," dated May 5, 2009, to which was attached the "DEBTORS' MOTION FOR ENTRY OF ORDER PURSUANT TO SECTIONS 363 AND 365 OF THE BANKRUPTCY CODE FOR APPROVAL OF (I) THE LETTER AGREEMENT, INCLUDING THE PAYMENT OF THE BREAK-UP FEE, AND (II) THE ASSUMPTION, ASSIGNMENT, AND SALE OF THE LIBRA CREDIT DEFAULT SWAP AGREEMENT," dated May 5, 2009 [Docket No. 3495], by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "A".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
7th day of May, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Supplemental Libra Motion 3495_Aff 05-06-09.doc

# EXHIBIT "A"

Bank of America, N.A.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801


Libra CDO Limited
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011