**Hearing Date: June 3, 2009 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: May 28, 2009 at 5:00 p.m. (Prevailing Eastern Time)**

STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman
Harold A. Olsen
Dina Kolker
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Attorneys for Basso Capital Management, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| *In re* | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------- x

**NOTICE OF MOTION OF BASSO CAPITAL MANAGEMENT, L.P. FOR**
**RELIEF CONCERNING CERTAIN CONTRACTS THAT**
**DEBTOR MOVED TO REJECT, THEN SOUGHT TO ASSUME WITHOUT**
<u>**PROVIDING SUFFICIENT NOTICE AND AN OPPORTUNITY TO OBJECT**</u>

PLEASE TAKE NOTICE that a hearing will be held before Honorable James M. Peck of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, new York 10004, Courtroom 601, on **June 3, 2009, at 10:00 a.m.** (Prevailing Eastern Time), or as soon thereafter as counsel may be heard, to consider the relief requested in the Motion of Basso Capital Management, L.P. for Relief Concerning Certain Contracts That Debtor Moved to Reject, Then Sought to Assume Without Providing Sufficient Notice and an Opportunity to Object (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion must comply with the Federal Rules of Bankruptcy Procedure, the Local Rules of the

United States Bankruptcy Court for the Southern District of New York and the Court's February 19, 2009 Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures (the "Case Management Order"), must be set forth in writing describing the basis therefore and shall be filed electronically with the Court on the docket of *In re Lehman Brothers Holdings, Inc.*, Chapter 11 Case No. 08-13555 (JPM), in accordance with General Order M-242 (available at *www.nysb.uscourts.gov/orders/orders2.html*) by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based work processing format; and served upon (i) the chambers of the Honorable James M. Peck, One bowling Green, New York, New York 10004, Courtroom 601; (ii) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038 (Attn: Melvin A. Brosterman, Harold A. Olsen and Dina Kolker); (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Wiasman and Jacqueline Marcus), attorneys for the Debtors; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, , Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); and (v) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan Fleck), attorneys for the official committee of unsecured creditors appointed in these cases; so as to be received no later than **May 28, 2009 at 5:00 p.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: May 7, 2009
      New York, New York

STROOCK & STROOCK & LAVAN, LLP

/s/ Melvin A. Brosterman
Melvin A. Brosterman
Harold A. Olsen
Dina Kolker
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Attorneys for Basso Capital Management, L.P.