# EXHIBIT 1

**DECEMBER 2006**

# LEHMAN COMMERCIAL PAPER INC

## LSTA DISTRESSED TRADE CONFIRMATION

**To:** Basso Credit Opportunities Holding Fund Ltd.
Contact: Cristin Caufield
Tel No.: 203-352-6109
Fax.:
Email: ccaufield@bassocapital.com

**From:** Lehman Commercial Paper Inc.
Contact: Tina Wong
Tel No.: 212-526-2044
Fax No.: 646-758-4993
Email: tina.wong@lehman.com

**Confirms:** Jenna Yoo
Tel. No.: 212-526-2081
Fax No.: 646-834-1847
Email: jenna.yoo@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | June 3, 2008 |
| **Seller:** | Lehman Commercial Paper Inc.[2]  ☒ Principal[3]  ☐ Agent |
| **Buyer:** | Basso Credit Opportunities Holding Fund Ltd.[4]  ☒ Principal[3]  ☐ Agent |
| **Credit Agreement:** | CREDIT AGREEMENT, dated as of December 2, 2005, among GREEKTOWN HOLDINGS, L.L.C. and GREEKTOWN HOLDINGS II, INC., as the Borrowers, VARIOUS FINANCIAL INSTITUTIONS, as the Lenders, KEYBANK NATIONAL ASSOCIATION, as the Existing Issuer, NATIONAL CITY BANK OF THE MIDWEST, as the Replacement Issuer, MERRILL LYNCH, PIERCE, FENNER AND SMITH INCORPORATED, as the Sole Lead Arranger, the Sole Book Runner and the Syndication Agent, MERRILL LYNCH CAPITAL CORPORATION, as the Administrative Agent, and WACHOVIA SECURITIES, NATIONAL CITY BANK OF THE MIDWEST, WELLS FARGO BANK, NATIONAL ASSOCIATION and FIFTH THIRD BANK, as the Co-Documentation Agents. |
| **Borrower:** | GREEKTOWN HOLDINGS, L.L.C.[5] |

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

**LSTA EFFECTIVE DECEMBER 2006** Copyright © LSTA 2006. All rights reserved.

**Subject to:**    Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jenna Yoo* at the following fax number(s) or e-mail address Jenna.yoo@lehman.com.

If you have any questions, please contact *Jenna Yoo at 212-526-2081.*

| **Lehman Commercial Paper Inc** | **Basso Credit Opportunities Holding Fund Ltd.** |
|---|---|
| By:_____ | By:_____ |
| Name:_____ | Name:_____ |
| Title:_____ | Title:_____ |
| Date:_____ | Date:_____ |

DECEMBER 2006

# LEHMAN COMMERCIAL PAPER INC
## LSTA DISTRESSED TRADE CONFIRMATION

**To:** Basso Fund Ltd.
Contact: Cristin Caufield
Tel No.: 203-352-6109
Fax.:
Email: ccaufield@bassocapital.com

**From:** Lehman Commercial Paper Inc.
Contact: Tina Wong
Tel No.: 212-526-2044
Fax No.: 646-758-4993
Email: tina.wong@lehman.com

**Confirms:** Jenna Yoo
Tel. No.: 212-526-2081
Fax No.: 646-834-1847
Email: jenna.yoo@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

**Trade Date:** June 3, 2008

**Seller:** Lehman Commercial Paper Inc.[2]  ☒ Principal[3]  ☐ Agent

**Buyer:** Basso Fund Ltd.[4]  ☒ Principal[3]  ☐ Agent

**Credit Agreement:** CREDIT AGREEMENT, dated as of December 2, 2005, among GREEKTOWN HOLDINGS, L.L.C. and GREEKTOWN HOLDINGS II, INC., as the Borrowers, VARIOUS FINANCIAL INSTITUTIONS, as the Lenders, KEYBANK NATIONAL ASSOCIATION, as the Existing Issuer, NATIONAL CITY BANK OF THE MIDWEST, as the Replacement Issuer, MERRILL LYNCH, PIERCE, FENNER AND SMITH INCORPORATED, as the Sole Lead Arranger, the Sole Book Runner and the Syndication Agent, MERRILL LYNCH CAPITAL CORPORATION, as the Administrative Agent, and WACHOVIA SECURITIES, NATIONAL CITY BANK OF THE MIDWEST, WELLS FARGO BANK, NATIONAL ASSOCIATION and FIFTH THIRD BANK, as the Co-Documentation Agents.

**Borrower:** GREEKTOWN HOLDINGS, L.L.C.[5]

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

**LSTA EFFECTIVE DECEMBER 2006** Copyright © LSTA 2006. All rights reserved.

**Subject to:**     Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jenna Yoo* at the following fax number(s) or e-mail address Jenna.yoo@lehman.com.

If you have any questions, please contact *Jenna Yoo at 212-526-2081.*

**Lehman Commercial Paper Inc**          **Basso Fund Ltd.**


By:_____          By:_____

Name:_____          Name:_____

Title:_____          Title:_____

Date:_____          Date:_____

DECEMBER 2006

# LEHMAN COMMERCIAL PAPER INC

## LSTA DISTRESSED TRADE CONFIRMATION

**To:** Basso Multi-Strategy Holding Fund Ltd.
Contact: Cristin Caufield
Tel No.: 203-352-6109
Fax.:
Email: ccaufield@bassocapital.com

**From:** Lehman Commercial Paper Inc.
Contact: Tina Wong
Tel No.: 212-526-2044
Fax No.: 646-758-4993
Email: tina.wong@lehman.com

**Confirms:** Jenna Yoo
Tel. No.: 212-526-2081
Fax No.: 646-834-1847
Email: jenna.yoo@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

**Trade Date:** June 3, 2008

**Seller:** Lehman Commercial Paper Inc.[2]  ☒ Principal[3]  ☐ Agent

**Buyer:** Basso Multi-Strategy Holding Fund Ltd.[4]  ☒ Principal[3]  ☐ Agent

**Credit Agreement:** CREDIT AGREEMENT, dated as of December 2, 2005, among GREEKTOWN HOLDINGS, L.L.C. and GREEKTOWN HOLDINGS II, INC., as the Borrowers, VARIOUS FINANCIAL INSTITUTIONS, as the Lenders, KEYBANK NATIONAL ASSOCIATION, as the Existing Issuer, NATIONAL CITY BANK OF THE MIDWEST, as the Replacement Issuer, MERRILL LYNCH, PIERCE, FENNER AND SMITH INCORPORATED, as the Sole Lead Arranger, the Sole Book Runner and the Syndication Agent, MERRILL LYNCH CAPITAL CORPORATION, as the Administrative Agent, and WACHOVIA SECURITIES, NATIONAL CITY BANK OF THE MIDWEST, WELLS FARGO BANK, NATIONAL ASSOCIATION and FIFTH THIRD BANK, as the Co-Documentation Agents.

**Borrower:** GREEKTOWN HOLDINGS, L.L.C.[5]

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

**LSTA EFFECTIVE DECEMBER 2006** Copyright © LSTA 2006. All rights reserved.

**Subject to:**     Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jenna Yoo* at the following fax number(s) or e-mail address Jenna.yoo@lehman.com.

If you have any questions, please contact *Jenna Yoo at 212-526-2081.*

**Lehman Commercial Paper Inc**     **Basso Multi-Strategy Holding Fund Ltd.**

By:_____     By:_____

Name:_____     Name:_____

Title:_____     Title:_____

Date:_____     Date:_____