# EXHIBIT  2

-----Original Message-----
From: Cristin Caufield
Sent: Friday, November 07, 2008 12:35 PM
To: bankdebt; Marc Seidenberg; Dixon Yee
Cc: Joseph Schultz; Susanne Clark
Subject: FW: Lehman Trade Reject Notification

No sure if you guys also received this


-----Original Message-----
From: yuting.chen@barclayscapital.com [mailto:yuting.chen@barclayscapital.com]
Sent: Friday, November 07, 2008 12:26 PM
To: Cristin Caufield
Subject: Lehman Trade Reject Notification


> Reference is made to LSTA Distressed Trade Confirmation, LCPI sell
> Greektown Holdings for $2,000,000.00 at 95.00% dated 06/03/2008, (the
> "Trade Confirmation").
>
> Please take notice that LCPI has made the determination to reject the
> Trade Confirmation in accordance with its rights under section 365 of
> the Bankruptcy Code.
>
> Thanks and Regards,
> Tina Chen
> LEHMAN BROTHER HOLDING INC.
> THIS ELECTRONIC CORRESPONDENCE IS SENT TO YOU BY LEHMAN COMMERCIAL
> PAPER INC. A DEBTOR IN POSSESSION UNDER CH. 11 OF THE UNITED STATES
> BANKRUPTCY CODE (THE "DEBTOR").  THE DEBTOR IS IN NOT AFFILIATED IN
> ANY WAY WITH BARCLAYS CAPITAL OR ANY OF ITS AFFILIATES.  PLEASE DIRECT
> ALL REPLIES TO THE DEBTOR.
>
>
>

---

This e-mail may contain information that is confidential, privileged or otherwise
protected from disclosure. If you are not an intended recipient of this e-mail, do not
duplicate or redistribute it by any means. Please delete it and any attachments and notify
the sender that you have received it in error. Unless specifically indicated, this e-mail
is not an offer to buy or sell or a solicitation to buy or sell any securities, investment
products or other financial product or service, an official confirmation of any
transaction, or an official statement of Barclays. Any views or opinions presented are
solely those of the author and do not necessarily represent those of Barclays. This e-mail
is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By
messaging with Barclays you consent to the foregoing.  Barclays Capital is the investment
banking division of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP.  This email may relate
to or be sent from other members of the Barclays Group.