**LCPI & LCPI UK**
Assumed with Modification – Blacklined version

| Entity | Deal Name | Customer Name | Tranche | B/S | Trade Date | Curr Code | Status |
|---|---|---|---|---|---|---|---|
| LCPI | ABITIBIBOWATER INC. | ANGELO-GORDON (MASTER); DEUTSCHE BANK AG NEW YORK | | B | 9/9/2008 | USD | Assumed with Modification |
| LCPI | AVETA INC. 2ND A&R 8-14-06 | ~~MURRAY CAPITAL MGMT (MASTER)~~; GMAM INVESTMENT FUNDS TRUST II | | S | 7/28/2008 | USD | ~~Rejected~~ Assumed with Modification |
| LCPI | BUCYRUS INTERNATIONAL, INC. 5/07 | DEUTSCHE BANK AG LONDON | | B | 8/14/2008 | EUR | Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | SATELLITE ASSET MGMT (MASTER) SENIOR INCOME FUND, LLC | | B | 4/1/2008 | USD | Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | ~~SATELLITE ASSET MGMT (MASTER) SENIOR INCOME FUND, LLC~~ | | B | 4/7/2008 | USD | ~~Rejected~~ Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | SATELLITE ASSET MGMT (MASTER) SENIOR INCOME FUND, LLC | | B | 4/24/2008 | USD | Assumed with Modification |
| LCPI | BUFFETS INC (11/07/06) | ~~SATELLITE ASSET MGMT (MASTER) SENIOR INCOME~~ FUND, LLC | | B | 4/30/2008 | USD | Assumed with Modification |
| LCPI | CEQUEL COMM (CEBRIDGE) 2ND LIEN PIK | DEUTSCHE BANK AG LONDON | | B | 9/4/2008 | USD | ~~Rejected~~ Assumed with Modification |
| LCPI | CEQUEL COMM (CEBRIDGE) 2ND LIEN PIK | DEUTSCHE BANK AG LONDON | | B | 8/13/2008 | USD | Assumed with Modification |
| LCPI | COLLINS & AIKMAN PRODUCTS CO | JP MORGAN CHASE BANK NA | | S | 9/13/2007 | USD | ~~Rejected~~ Assumed with Modification |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK FIN MGMT (MASTER) FLOATING RATE INCOME STRATEGIES FUND, INC. | | B | 9/4/2008 | USD | ~~Rejected~~ Assumed with Modification |
| LCPI¹ | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK SENIOR FLOATING RATE PORTFOLIO | | B | 9/4/2008 | USD | ~~Rejected~~ Assumed with Modification |
| LCPI¹ | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK GLOBAL FLOATING RATE INCOME TRUST | | B | 9/4/2008 | USD | ~~Rejected~~ Assumed with Modification |
| LCPI¹ | CONSOLIDATED CONTAINER HLDGS 1ST LIEN | BLACKROCK SENIOR INCOME SERIES III PLC | | B | 9/9/2008 | USD | Assumed with Modification |
| LCPI | DANA HOLDING TL (11/31/08) | ~~CRP MASTER FUND, LTD~~ CHGO LOAN FUNDING LTD. | | S | 8/28/2008 | USD | Assumed with Modification |
| LCPI | DAYCO (MARK IV) | OAK HILL ADVISORS L.P. (MASTER) CREDIT OPPORTUNITIES FINANCING, LTD | | B | 7/29/2008 | USD | ~~Rejected~~ Assumed with Modification |
| LCPI | FIRST DATA CORP (9/24/07-CS) | CITIBANK, N.A. (MASTER) | | S | 9/8/2008 | USD | Assumed with Modification |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | COMMERZBANK AG NEW YORK AND GRAND CAYMAN BRANCHES | | B | 6/11/2008 | USD | Assumed with Modification |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | COMMERZBANK AG NEW YORK AND GRAND CAYMAN BRANCHES | | B | 6/12/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. | WACHOVIA BANK | | B | 5/30/2008 | USD | Assumed with Modification |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | WACHOVIA BANK | | B | 6/3/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON ~~CREDIT INVESTORS (MASTER)~~ INVESTMENT PARTNERS V, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) | OCTAGON INVESTMENT PARTNERS VI, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI¹ | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON INVESTMENT PARTNERS X, LTD | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI¹ | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON INVESTMENT PARTNERS XI, LTD | | B | 8/18/2008 | USD | Assumed with Modification |

| Entity | Deal Name | Customer Name | Tranche | B/S | Traded Date | Currency Code | Status |
|---|---|---|---|---|---|---|---|
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON CREDIT INVESTORS(MASTR) INVESTMENT PARTNERS V, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON INVESTMENT PARTNERS VIII, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON INVESTMENT PARTNERS IX, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON INVESTMENT PARTNERS X, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | OCTAGON INVESTMENT PARTNERS XI, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | HAMLET II, LTD | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | MERRILL LYNCH BANK USA CAPITAL SERVICES, INC. | | B | 8/14/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | CARLYLE HIGH YIELD PARTNERS VI, LTD | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI[1] | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | CARLYLE GROUP (MASTER) HIGH YIELD PARTNERS X, LTD | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | TENNENBAUM CAPITAL (MASTER) SPECIAL VALUE EXPANSION FUND, LLC | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | TENNENBAUM CAPITAL (MASTER) SPECIAL VALUE SPECIAL VALUE OPPORTUNITIES FUND, LLC | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | TENNENBAUM CAPITAL MGMT (MASTER) SPECIAL VALUE EXPANSION FUND, LLC | | B | 8/18/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | SPECIAL VALUE OPPORTUNITIES FUND, LLC | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | TENNENBAUM OPPORTUNITIES PARTNERS V, LP | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | HAWAIIAN TELCOM COMMUNICATIONS (5/07) (Tranche C) | HIGHLAND CAPITAL MGMT LP | | B | 8/13/2008 | USD | Assumed with Modification |
| LCPI | HEXION CHEMICALS A&R 05/05/2006 | BLUEMOUNTAIN CAPITAL (MASTER) DEUTSCHE BANK NEW YORK BRANCH | | B | 9/4/2008 | USD | Assumed with Modification |
| LCPI | HEXION CHEMICALS A&R 05/05/2006 | BRIGADE CAPITAL MGMT (MASTER) LEVERAGED CAPITAL STRUCTURES FUND, LTD | | B | 9/8/2008 | USD | Assumed with Modification |
| LCPI | HEXION CHEMICALS A&R 05/05/2006 | MARATHON MASTER FUND SPECIAL OPPORTUNITIES MASTER FUND LTD | | B | 6/3/2008 | USD | Assumed with Modification |
| LCPI | HEXION CHEMICALS A&R 05/05/2006 | CREDIT SUISSE LOAN FUNDING LLC | | B | 8/26/2008 | USD | Assumed with Modification |
| LCPI | HERBST GAMING INC, 2ND A&R 11/03/07 | HIGHLAND CAPITAL MGMT LP | | B | 8/13/2008 | USD | Assumed with Modification |
| LCPI | KYLE ACQUISITION | DORCHESTER CBNA LOAN FUNDING | | B | 6/3/2008 | USD | Assumed with Modification |
| LCPI | LEAR CORP A&R (4/25/06) (Revolver) | JPMORGAN CHASE BANK, N.A. | | B | 3/6/2008 | USD | Assumed with Modification |
| LCPI | LEAR CORP A&R (4/25/06) (Revolver) | GOLDMAN SACHS CREDIT PARTNER/LONGACRE MASTER FUND, LTD | | B | 3/24/2008 | USD | Assumed with Modification |
| LCPI[1] | LEAR CORP A&R (4/25/06) (Revolver) | GOLDMAN SACHS CREDIT PARTNER/LONGACRE CAPITAL PARTNERS (OP), LP | | B | 3/24/2008 | USD | Assumed with Modification |
| LCPI | LYONDELLBASELL INDUSTRIES, CITI-12/20/07 | ORE HILL PARTNERS LLC PROSPECT MOUNTAIN FUND, LP | | B | 7/18/2008 | USD | Assumed with Modification |
| LCPI | NATIONAL CINEMEDIA (2/07) | HIGHLAND CAPITAL MGMT LP | | B | 9/9/2008 | USD | Assumed with Modification |
| LCPI | NEFF CORP 2ND LIEN (5/31/07) | GOLDMAN SACHS INCMT PTNRS-MAS CREDIT PARTNERS | | S | 8/13/2008 | USD | Assumed with Modification |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | NATIONWIDE MUTUAL INSURANCE CO | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | COURAGE Capital Mgmt SSMF LP | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | NORTHWEST AIRLINES $1,050BN 08-21-06 | IBS (MF) LTD COURAGE CAP EVENT | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | PENN NAT'L GAMING,INC.10/03/05 | JPMORGAN CHASE BANK, N.A. | | B | 7/3/2008 | USD | Assumed with Modification |

| Entity | Deal Name | Customer Name | Tranche | B/S | Trade Date | Curr Code | Status |
|---|---|---|---|---|---|---|---|
| LCPI | PENN NAT'L GAMING, INC. 10/03/05 | JPMORGAN CHASE BANK, N.A. | | B | 7/3/2008 | USD | Assumed with Modification |
| LCPI | PQ CORPORATION 1ST LIEN A&R (7/2/08) | JP MORGAN WHITEFRIARS INC. | | B | 9/11/2008 | USD | Assumed with Modification |
| LCPI | QUEBECOR WORLD INC. | BANK OF NOVA SCOTIA | | B | 5/6/2008 | USD | Rejected-Assumed with Modification |
| LCPI | QUEBECOR WORLD INC. | BANK OF NOVA SCOTIA | | B | 4/30/2008 | USD | Assumed with Modification |
| LCPI | SPIEGEL INC | ~~STRATEGIC VALUE RPTNR (MASTER) GRAND CENTRAL ASSET TRUST, MM3~~ | | B | 8/14/2008 | USD | Assumed with Modification |
| LCPI | SPIEGEL INC | GRAND CENTRAL ASSET TRUST, SVCO SERIES | | B | 8/14/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | GOLDMAN SACHS INVMT PTNRS-MAS CREDIT | | B | 7/10/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | GOLDMAN SACHS CREDIT PARTNERS | | B | 7/24/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | D.E. SHAW LAMINAR PORTFOLIOS | | B | 9/3/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | LOEB PARTNERS | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | LOEB OFFSHORE B FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | INSTITUTIONAL BENCHMARKS (MF) | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | LOEB ARBITRAGE B FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | LOEB ARBITRAGE FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | LOEB OFFSHORE FUND | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | GOOD STEWARD TRADING COMPANY | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN CAPITAL MGMT (MASTER) WORLDWIDE FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN CAPITAL MGMT (MASTER) INTERNATIONAL FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN CAPITAL MANAGEMENT, LP II | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN WORLDWIDE FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN INTERNATIONAL FUND, LTD | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | SCOGGIN CAPITAL MANAGEMENT, LP II | | B | 6/6/2008 | USD | Assumed with Modification |
| LCPI[1] | SWIFT TRANSPORTATION (5/10/07) | DEUTSCHE BANK AG | | B | 6/5/2008 | USD | Assumed with Modification |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | ~~SATELLITE ASSET MGMT (MASTER) SATELLITE SENIOR INCOME FUND~~ | | B | 7/16/2008 | USD | Assumed with Modification |
| LCPI | TARGUS GROUP INTERNATIONAL, INC. | HARTFORD ~~INVESTMENT MGMT (MAST)~~ HIGH YIELD HLS FUND | | B | 8/19/2008 | USD | Assumed with Modification |
| LCPI | US AIRWAYS GROUP 03-07 | ~~CANDLEWOOD CAPITAL PARTNERS~~ CREDIT SUISSE CANDLEWOOD SPECIAL SITUATION MASTER FUND LTD | | B | 8/5/2008 | USD | Assumed with Modification |
| LCPI | VISTEON 6.13.06 | FEINGOLD O'KEEFFE CAPITAL ~~MTR~~ DISTRESSED LOAN MASTER FUND LTD | | B | 6/20/2008 | USD | Assumed with Modification |
| LCPI[1] | VISTEON 6.13.06 | FEINGOLD O'KEEFFE MASTER FUND LTD | | B | 6/20/2008 | USD | Assumed with Modification |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | ~~R3 CAPITAL MANAGEMENT, LP~~ RRR LOAN FUNDING TRUST | | B | 7/10/2008 | USD | Assumed with Modification |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | ~~R3 CAPITAL MANAGEMENT, LP~~ RRR LOAN FUNDING TRUST | | B | 8/27/2008 | USD | Assumed with Modification |
| LCPI | WR GRACE & CO.-CONN. | ORE HILL PARTNERS LLC HUB FUND LTD | | B | 7/19/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | BARCLAYS BANK PLC | | B | 8/26/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | BARCLAYS BANK PLC | B2 | B | 8/26/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | CREDIT SUISSE INTERNATIONAL | B1 | B | 7/7/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | CREDIT SUISSE INTERNATIONAL | B2 | B | 7/7/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | KING'S CROSS ASSET FUNDING 2 S.A.R.L. | A1 | B | 7/15/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | KING'S CROSS ASSET FUNDING 2 S.A.R.L. | A2 | B | 7/15/2008 | USD | Assumed with Modification |
| LCPIUK | ALPHA III (NOV06) | BARCLAYS BANK PLC | D | B | 8/21/2008 | USD | Assumed with Modification |

| Entity | Deal Name | Customer Name | Tranche | B/S | Trade Date | Currcode | Status |
|---|---|---|---|---|---|---|---|
| LCPIUK | AVIO SENIOR (14DEC06) | BLACKROCK LIMITED DURATION INCOME TRUST | B2 USD | S | 4/18/2008 | USD | Assumed with Modification |
| LCPIUK | AVIO SENIOR (14DEC06) | BLACKROCK LIMITED DURATION INCOME TRUST | C2 USD | S | 4/18/2008 | USD | Assumed with Modification |
| LCPIUK | BCM IRELAND HOLDINGS LIMITED | POLYGON KINGS CROSS ASSET FUNDING 17 S.A.R.L | D | B | 9/4/2008 | EUR | Assumed with Modification |
| LCPIUK | GALA (OCT 05) | CITADEL KINGS CROSS ASSET FUNDING 2 S.A.R.L. | A | S | 2/8/2008 | GBP | Assumed with Modification |
| LCPIUK | INEOS GROUP LIMITED | GOLDMAN SACHS CREDIT PARTNERS LP | B1 | B | 7/14/2008 | EUR | Assumed with Modification |
| LCPIUK | INEOS GROUP LIMITED | GOLDMAN SACHS CREDIT PARTNERS LP | C1 | B | 7/14/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA MEZZ (2MAR07) PROSIEBEN HOLDCO | GREYWOLF CAPITAL MGT. (MSTR) OVERSEAS FUND | Mezzanine | S | 7/29/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA MEZZ (2MAR07) PROSIEBEN HOLDCO | GREYWOLF CAPITAL PARTNERS II, LP | Mezzanine | S | 7/29/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | GOLDMAN SACHS CREDIT PARTNERS LP | B1 | B | 8/12/2008 | EUR | Assumed with Modification |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | GOLDMAN SACHS CREDIT PARTNERS LP | C1 | B | 8/12/2008 | EUR | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | MARATHON ASSET MANAGEMENT, LLC SPECIAL OPPORTUNITY MASTER FUND LTD | B2 | B | 4/1/2008 | GBP | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | MARATHON ASSET MANAGEMENT, LLC SPECIAL OPPORTUNITY MASTER FUND LTD | B5 | B | 4/1/2008 | GBP | Assumed with Modification |
| LCPIUK | NTL CABLE PLC | MARATHON ASSET MANAGEMENT, LLC SPECIAL OPPORTUNITY MASTER FUND LTD | B6 | B | 4/1/2008 | GBP | Assumed with Modification |
| LCPIUK | NYCOMED HOLDING A/S | CENTAURUS CAPITAL UK DEUTSCHE BANK AG LONDON BRANCH | B1 | B | 8/11/2008 | EUR | Assumed with Modification |
| LCPIUK | NYCOMED HOLDING A/S | CENTAURUS CAPITAL UK DEUTSCHE BANK AG LONDON BRANCH | C1 | B | 8/11/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT SPECIAL OPPORTUNITIES MANAGED ACCOUNT, LP | B1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT VALUE INVESTMENT MASTER FUND, LTD | B1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT STRATEGIC VALUE MASTER FUND, LTD | B1 | B | 7/31/2008 | USD | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT SPECIAL OPPORTUNITIES MANAGED ACCOUNT, LP | B2 | B | 7/31/2008 | USD | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT VALUE INVESTMENT MASTER FUND, LTD | B2 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT STRATEGIC VALUE MASTER FUND, LTD | C1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT SPECIAL OPPORTUNITIES MANAGED ACCOUNT, LP | C1 | B | 7/31/2008 | EUR | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT VALUE INVESTMENT MASTER FUND, LTD | C2 | B | 7/31/2008 | USD | Assumed with Modification |
| LCPIUK | PERTUS SECHZEHNTE GMBH (MAUSER) | APOLLO INVESTMENT STRATEGIC VALUE MASTER FUND, LTD | C2 | B | 7/31/2008 | USD | Assumed with Modification |

| Entity | Deal Name | Customer Name | Tranche | B/S | Trade Date | Currency | Status |
|---|---|---|---|---|---|---|---|
| LCPIUK | WIND PIK FACILITY | CENTAURUS CAPITAL UK DEUTSCHE BANK AG LONDON BRANCH | PIK | B | 9/11/2008 | USD | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | CENTAURUS CAPITAL UK DEUTSCHE BANK AG LONDON BRANCH | PIK | B | 9/5/2008 | EUR | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | CITADEL HORIZON SARL | PIK | B | 8/27/2008 | EUR | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | FISBURY CAPITAL JPMORGAN CHASE & CO. | PIK | B | 8/29/2008 | EUR | Assumed with Modification |
| LCPIUK | WIND PIK FACILITY | FISBURY CAPITAL JPMORGAN CHASE & CO. | PIK | B | 9/2/2008 | EUR | Assumed with Modification |

Footnotes:
1 Block trade allocation

Lehman Brothers Holdings Inc. et al. (08-13555) Doc 2605-7 Filed 05/07/09 Notice of Filing Exhibit Page 4 of 2
08-13555-jmp Doc 3516-8 Filed 05/07/09 Entered 05/07/09 20:33:27 Exhibit As
(3 of 3) Pg 7 of 19

| | |
|---|---|
| From: | Baer, Herb [HBaer@epiqsystems.com] |
| Sent: | Sunday, December 14, 2008 6:19 PM |
| Subject: | Lehman Brothers Holding Inc. et al. (08-13555) - Docket #2206 - 6 of 6 - Notice of Filing of Revised Exhibits and Revised Proposed Order Re: Open Trade Confirmations Motion |
| Attachments: | 6. Exhibit D.pdf |

Attached please find part 6 of 6 of:

Notice of Filing of Revised Exhibits and Revised Proposed Order Relating to the Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations

<<6. Exhibit D.pdf>>

HERB BAER
Epiq Systems
Bankruptcy Solutions
757 Third Avenue, 3rd Floor
New York, NY 10017
Phone: 646.282.2525
Fax: 646.282.2501
Email: hbaer@epiqsystems.com

Innovative technology solutions for litigation, bankruptcy and financial transactions
New York | DC | Kansas City | Chicago | London | Miami | Philadelphia |
Los Angeles | Portland

This communication (including any attachment(s) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

CONFIDENTIALITY AND SECURITY NOTICE: This e-mail, including any attachments, may contain confidential and proprietary information and may be legally privileged or otherwise protected by law. It may be read and used solely by the intended recipient(s), and any review, use or dissemination, distribution or copying by others is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system immediately without reading, copying or distributing them. Thank you. Basso Capital Management, L.P. and its affiliated entities retain all proprietary rights they may have in the information. Nothing in this notice shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system. We cannot give any assurances and make no representation or warranty that this e-mail or any attachments are free of viruses or other harmful code. We do not accept liability for errors or omissions in the contents of this message, or any attachments, that are the result of email transmission. We reserve the right to monitor, intercept and block all

Lehman Brothers Holdings Inc. et al. (08-13555) Docket #2206 5/07/09 Notice of Filing Exhibit A Page 2 of 2
08-13555-mg    Doc 3516-8    Filed 05/07/09    Entered 05/07/09 21:33:27    Exhibit A
(3 of 3)    Pg 8 of 19

communications involving our computer systems. This message, and any attachments, are neither an offer to sell nor a solicitation to invest; any such offer or solicitation shall be made solely by way of the confidential offering memorandum of the relevant fund or funds. Any views or opinions presented are solely those of the author and do not necessarily represent those of this firm.

# EXHIBIT D

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                            Debtors.                        :    (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS

Upon the motion, dated November 14, 2008 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper Inc. ("LCPI"), as debtors and debtors in possession (together, the "Debtors"), pursuant to section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 6006-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") for entry of an order approving the Debtors' assumption of the Assumed Trades,[1] rejection the Rejected Trades, and modification and assumption of the Amended Trades, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the order entered September 22, 2008 governing case management and administrative procedures [Docket No. 285] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) all parties who have requested notice in these chapter 11 cases; and (vii) all Counterparties; and it appearing that no other or further notice need be provided; and a hearing (the "Hearing") having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the Debtors' assumption of the Assumed Trades set forth on Exhibit A annexed hereto is hereby approved; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the Debtors' rejection of the Rejected Trades set forth on Exhibit B annexed hereto is hereby approved, with such rejection effective as of the date hereof; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the Debtors are authorized to enter into agreements to modify the Amended Trades set forth on <u>Exhibit C</u> annexed hereto and that assumption of the Amended Trades as modified is hereby approved; and it is further

ORDERED that the Debtors are not required to pay any cure costs to any Counterparty to an Assumed Trade or an Amended Trade; and it is further

ORDERED that the Debtors have demonstrated adequate assurance of future performance of the Assumed Trades and the Amended Trades; and it is further

ORDERED that no Counterparty shall be entitled to assert or take any action to exercise a right to set off any prepetition claim that it might have against either Debtor, including, without limitation, claims for damages arising from the rejection of a Rejected Trade, against any obligation payable to the applicable Debtor under any Assumed Trade or Amended Trade; and it is further

ORDERED that settlement of all Assumed Trades or Amended Trades shall include all appropriate, usual and customary settlement adjustments;

ORDERED that the Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate to implement and effectuate the assumption, rejection or modification of Open Trade Confirmations as provided in this Order; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and that the requirements of Bankruptcy Rule 6006(a) and Local Rule 6006-1 are satisfied; and it is further

ORDERED that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: December  , 2008
     New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

~~WEIL, GOTSHAL & MANGES LLP~~
~~767 Fifth Avenue~~
~~New York, New York 10153~~
~~Telephone: (212) 310-8000~~
~~Facsimile: (212) 310-8007~~
~~Jacqueline Marcus~~

~~Attorneys for Debtors~~
~~and Debtors in Possession~~UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS

Upon the motion, dated November 14, 2008 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper Inc. ("LCPI"), as debtors and debtors in possession (together, the "Debtors"), pursuant to section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 6006-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") for entry of an order approving the Debtors' assumption of the Assumed Trades,[1] rejection the Rejected Trades, and modification and assumption of the Amended Trades, all as more fully described in the Motion; and the Court having jurisdiction to consider

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the order entered September 22, 2008 governing case management and administrative procedures [Docket No. 285] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) all parties who have requested notice in these chapter 11 cases; and (vii) all ~~Counterparites~~Counterparties; and it appearing that no other or further notice need be provided; and a hearing (the "Hearing") having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the Debtors' assumption of the Assumed Trades set forth on <u>Exhibit A</u> annexed hereto is hereby approved; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the Debtors' rejection of the Rejected Trades set forth on <u>Exhibit B</u> annexed hereto is hereby approved, with such rejection ~~nunc pro tunc to~~<u>effective as of</u> the date ~~of the Motion~~<u>hereof</u>; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the Debtors are authorized to enter into agreements to modify the Amended Trades set forth on <u>Exhibit C</u> annexed hereto and that assumption of the Amended Trades as modified is hereby approved; and it is further

ORDERED that the Debtors are not required to pay any cure costs to any Counterparty to an Assumed Trade or an Amended Trade; and it is further

ORDERED that the Debtors have demonstrated adequate assurance of future performance of the Assumed Trades and the Amended Trades; and it is further

ORDERED that no Counterparty shall be entitled to assert or take any action to exercise a right to set off any prepetition claim that it might have against either Debtor, including, without limitation, claims for damages arising from the rejection of a Rejected Trade, against any obligation payable to the applicable Debtor under any Assumed Trade or Amended Trade; and it is further

<u>ORDERED that settlement of all Assumed Trades or Amended Trades shall include all appropriate, usual and customary settlement adjustments;</u>

ORDERED that the Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate to implement and effectuate the assumption, rejection or modification of Open Trade Confirmations as provided in this Order; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and that the requirements of Bankruptcy Rule 6006(a) and Local Rule 6006-1 are satisfied; and it is further

ORDERED that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: December  , 2008
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

Document comparison done by DeltaView on Saturday, December 13, 2008 8:12:18 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://ny2/1945870/1 |
| Document 2 | pcdocs://ny2/1945870/2 |
| Rendering set | standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | Count |
|---|---:|
| Insertions | 8 |
| Deletions | 14 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 22 |