# EXHIBIT 1

**From:** Chiappetta, Russell [mailto:RussellChiappetta@andrewskurth.com]
**Sent:** Thursday, April 16, 2009 12:38 PM
**To:** Frank Jaklitsch
**Cc:** Tomea, David
**Subject:** RE: Greektown - Lehman to Basso (t/d: 6/3/08)

The Greektown/Basso trade was originally rejected but later assumed. See attached order that Judge signed off on 12/16/08.

---

**From:** Frank Jaklitsch [mailto:fjaklitsch@esbinalter.com]
**Sent:** Tuesday, April 14, 2009 3:23 PM
**To:** Chiappetta, Russell
**Cc:** Tomea, David
**Subject:** RE: Greektown - Lehman to Basso (t/d: 6/3/08)

Rusty-

    I am positive that Lehman terminated this trade back in November. Can you confirm?

Sincerely,

Frank P. Jaklitsch
Esbin & Alter, LLP
497 South Main Street
New City, New York 10956
Telephone: (845) 634-7909
Facsimile: (845) 634-4160
E-Mail: fjaklitsch@esbinalter.com
Website: www.esbinalter.com

Please access the following location for an important electronic communications disclaimer:
http://www.esbinalter.com/disclosure070306.htm

---

**From:** Chiappetta, Russell [mailto:RussellChiappetta@andrewskurth.com]
**Sent:** Tuesday, April 14, 2009 3:12 PM
**To:** Frank Jaklitsch
**Cc:** Tomea, David
**Subject:** Greektown - Lehman to Basso (t/d: 6/3/08)

Frank,

In connection with the captioned trade, attached please find revised draft documents along with a new set of upstreams. Kindly review and let us know if you have any comments at your earliest convenience.

Sincerely,

Russell A. Chiappetta
Andrews Kurth LLP
450 Lexington Avenue - 15th Floor
New York, NY 10017
T: 212-850-2884
F: 212-850-2999
rchiappetta@akllp.com

Treasury Circular 230 Disclosure - To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by Andrews Kurth LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).
Treasury Circular 230 Disclosure - To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by Andrews Kurth LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).

---

CONFIDENTIALITY AND SECURITY NOTICE: This e-mail, including any attachments, may contain confidential and proprietary information and may be legally privileged or otherwise protected by law. It may be read and used solely by the intended recipient(s), and any review, use or dissemination, distribution or copying by others is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system immediately without reading, copying or distributing them. Thank you. Basso Capital Management, L.P. and its affiliated entities retain all proprietary rights they may have in the information. Nothing in this notice shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system. We cannot give any assurances and make no representation or warranty that this e-mail or any attachments are free of viruses or other harmful code. We do not accept liability for errors or omissions in the contents of this message, or any attachments, that are the result of email transmission. We reserve the right to monitor, intercept and block all communications involving our computer systems. This message, and any attachments, are neither an offer to sell nor a

solicitation to invest; any such offer or solicitation shall be made solely by way of the confidential offering memorandum of the relevant fund or funds. Any views or opinions presented are solely those of the author and do not necessarily represent those of this firm.