# **EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
*In re*                                                                                     :    **Chapter 11**
                                                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **Case No. 08-13555 (JMP)**
                                                                                                 :
                                                                                                 :    **(Jointly Administered)**
                          Debtors.                                               :
------------------------------------------------------------------------ x

### ORDER GRANTING BASSO'S MOTION FOR CERTAIN LIMITED RELIEF FROM THE ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS

Upon the motion, dated May 6, 2009 (the "Motion),[1] of Basso Capital Management, L.P. for entry of an order, pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), granting certain limited relief from this Court's Assumption/Rejection Order (as more fully described in the Motion); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, proper and sufficient notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that it should exercise its discretion in accordance with the relief requested in the Motion and that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

---

[1]    Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

ORDERED that, pursuant to Bankruptcy Rule 9024 the Motion is granted; and it is further

ORDERED that, notwithstanding any prior order of this Court to the contrary, or any notice given by Debtor, the three Basso Open Trade Confirmations (i) have not been and may not be assumed by Debtor; (ii) have been rejected by Debtor; and (iii) such rejection is approved by this Court; and it is further

ORDERED that, notwithstanding any prior order of this Court to the Contrary, or any notice given by Debtor, Basso shall have no obligation or liability to consummate the three Open Trade Confirmations; and it is further

ORDERED that, Basso and Debtor are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that the Court retains jurisdiction to enforce this Order.

Dated:    June __, 2009
          New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE