IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC**<br><br>Lehman Borthers Commodity Services, Inc.<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-13555 (JMP) Jointly Administered<br><br>Case No. 08-13885<br><br><br>Claim No.: <u>2896</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, BOSQUE POWER COMPANY, LLC, IN THE AMOUNT OF $48,726,707.06, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:**     Bosque Power Company, LLC
c/o Fulcrum Power Services, L.P.
Attn: Fred E. Reed, Jr.
5120 Woodway, Suite 10010
Houston, TX  77056

PLEASE TAKE NOTICE that the transfer of <u>$48,726,707.06</u> of the above-captioned general unsecured claim has been transferred to:

**Transferee:**     C.V.I G.V.F. (Lux) Master S.a.r.l.
11-13 Boulevard de la Foire
L 1528
Luxembourg

The evidence of transfer of claim is attached hereto.  A copy of the Proof of Claim a a copy of the Claims Agent website listing the claim is attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                                              _____
                                                                                              Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS COMMODITY SERVICES, INC.

Debtor

Case No. 08-13885

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Bosque Power Company, LLC ("Assignor") that are scheduled by the Debtor(s) and/or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $48,726,707.06 | 2896 |

have been transferred and assigned to C.V.I. G.V.F. (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: C.V.I. G.V.F. (Lux) Master S.a.r.l.
Address: 11-13 Boulevard de la Foire
L - 1528
Luxembourg

ASSIGNOR: Bosque Power Company, LLC
Address: c/o Fulcrum Power Services, L.P.
Attn: Fred E. Reed, Jr.
5120 Woodway, Suite 10010
Houston, TX 77056

Signature: [signed]
Name: GREGOR KLAEDTKE
Title: DIRECTOR
Date: May 1, 2009

Signature: [signed]
Name: Fred E. Reed, Jr.
Title: President
Date: May 1, 2009

B 10 (Official Form 10) (12/07)

**ORIGINAL**

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Lehman Brothers Commodity Services Inc. | Case Number: 08-13885 (JMP) |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Bosque Power Company, LLC

Name and address where notices should be sent:
Bosque Power Company, LLC
c/o Fulcrum Power Services L.P., Attn: Fred E. Reed, Jr.
5120 Woodway, Suite 10010, Houston, TX 77056
Telephone number:
(713) 297-4575

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $48,726,707.06

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** See Attachment.
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemiz[ed statements...] [mort]gages, and security agreements. You may also attach a s[ummary.] [Attach redacted copies of documents providing evi]dence of perfection of a security interest. You [may also attach a summary. (See instruction 7 and definition of "redacted" on] reverse side.)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000002896

DO NOT SEND ORIGI[NAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER] SCANNING.

If the documents are not [available...]

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 02/11/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *[signature]*  Fred E. Reed, Jr., Representative Officer of Bosque Power Company, LLC | FOR COURT USE ONLY  FEB 18 2009 |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

- Epiq Directory
- Contact Us
- Forms
- BSI

# Epiq Systems, Inc.

646 282 2500

**Client Home**     **Filed Claims & Schedules**     **Key Documents**     **Docket**     **Change Client**

## Lehman Brothers Holdings Inc. (Chapter 11)

**Filed Claims and Schedules**

Claim # 2896    Name Starts With    Debtor

Schedule #    Total Claim Value Equals    Scope Claims and Schedules

Claim Date Range    to

Order By Creditor Name    Results Per Page 10    [Search] [Clear]

Page 1 of 1     Page [Go]

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 2896 | | BOSQUE POWER COMPANY, LLC<br>C/O FULCRUM POWER SERVICES, L.P.<br>ATTN: FRED E. REED, JR.<br>5120 WOODWAY, SUITE 10010<br>HOUSTON, TX 77056<br><br>Debtor: LEHMAN BROTHERS COMMODITY SERVICES INC. | 2/18/2009 | $48,726,707.06<br>Claim Unsecured Amount: $48,726,707.06 | Image |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor