IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC** | Case No. 08-13555 (JMP) Jointly Administered |
| Lehman Borthers Commodity Services, Inc. | Case No. 08-13885 |
| ("the Debtors") | Claim No.: <u>Amends and Supersedes claim Number 2896</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, BOSQUE POWER COMPANY, LLC, IN THE AMOUNT OF $48,600,723.04, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

To Transferor:   Bosque Power Company, LLC
c/o Fulcrum Power Services, L.P.
Attn: Fred E. Reed, Jr.
5120 Woodway, Suite 10010
Houston, TX  77056

PLEASE TAKE NOTICE that the transfer of <u>$48,600,723.04</u> of the above-captioned general unsecured claim has been transferred to:

Transferee:    C.V.I G.V.F. (Lux) Master S.a.r.l.
11-13 Boulevard de la Foire
L 1528
Luxembourg

The evidence of transfer of claim is attached hereto.  A copy of the Proof of Claim is attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS COMMODITY SERVICES, INC.

Debtor

Case No. 08-13885

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Bosque Power Company, LLC ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $48,600,723.04 | |

have been transferred and assigned to C.V.I. G.V.F. (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: C.V.I. G.V.F. (Lux) Master S.a.r.l.
Address: 11-13 Boulevard de la Foire
L - 1528
Luxembourg

ASSIGNOR: Bosque Power Company, LLC
Address: c/o Fulcrum Power Services, L.P.
Attn: Fred E. Reed, Jr.
5120 Woodway, Suite 10010
Houston, TX 77056

Signature: *[signed]*
Name: GREGOR KLAEDTKE
Title: DIRECTOR
Date: May 1, 2009

Signature: *[signed]*
Name: Fred E. Reed, Jr.
Title: President
Date: May 1, 2009

COPY

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Lehman Brothers Commodity Services Inc. | Case Number: 08-13885 (JMP) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Bosque Power Company, LLC

Name and address where notices should be sent:
Bosque Power Company, LLC
c/o Fulcrum Power Services L.P., Attn: Fred E. Reed, Jr.
5120 Woodway, Suite 10010, Houston, TX 77056
Telephone number:
(713) 297-4575

X Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 2896
(*If known*)

Filed on: Feb. 18, 2009

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 48,600,723.04

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

X Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Attachment.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 04/30/09   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]

Fred E. Reed, Jr., Representative Officer of Bosque Power Company, LLC

FOR COURT USE ONLY
FILED / RECEIVED
MAY 0 1 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| Lehman Brothers Commodity Services Inc., ) | Case No. 08-13885 (JMP) |
| ) |  |
| Debtor. ) | Jointly Administered |
| ) |  |

**ATTACHMENT TO PROOF OF CLAIM
OF BOSQUE POWER COMPANY, LLC**

1.  This claim amends and supersedes the previous claim (number 2896) filed on February 18, 2009.

2.  The undersigned, Mr. Fred E. Reed, Jr., whose business and mailing address is Bosque Power Company, LLC c/o Fulcrum Power Services L.P., 5120 Woodway, Suite 10010, Houston, Texas 77056, is a representative officer and authorized signatory of Bosque Power Company, LLC ("Bosque"), organized under the laws of the state of Delaware.

3.  On September 15, 2008, Lehman Brothers Holdings Inc. ("LBHI") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code. On October 3, 2008 (the "Petition Date"), Lehman Brothers Commodity Services Inc. ("LBCS" or the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code. The case is jointly administered under the LBHI Chapter 11 proceeding. As more fully described below, as of the Petition Date, the LBCS was, and still is, indebted to Bosque in the aggregate amount of at least $48,600,723.04.

A.  **Hedge Transactions**

4.  On January 16, 2008, LBCS and Bosque entered into an International Swaps and Derivatives Association, Inc. Master Agreement (the "Master Agreement"), and a Schedule to