WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Pérez, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                  :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
:
Debtors.                              :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS MOTION PURSUANT
TO SECTIONS 105(A), 362 AND 365 OF THE BANKRUPTCY CODE
FOR AUTHORIZATION TO ASSUME CERTAIN AIRCRAFT LEASE
AGREEMENTS AND TO CONSUMMATE CERTAIN RELATED TRANSACTIONS**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Debtors Motion Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code for Authorization to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions [Docket No. 3218] (the "Motion"), which was scheduled for May 13, 2009, at 10:00 a.m., **has been adjourned to June 3, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

NY2:\1994928\01\16R@_01!.DOC\58399.0003

Dated: May 8, 2009
      New York, New York

           /s/ Alfredo R. Pérez
           Alfredo R. Pérez, Esq.

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession