**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : (Jointly Administered)
:
:
:
---------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LB 2080 KALAKAUA OWNERS LLC,** : **09 - 12516 (JMP)**
:
:
Debtor. :
:
---------------------------------------------------------------x

**BRIDGE ORDER PURSUANT TO SECTION 105(a)**
**OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9006**
**EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS**
**AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND**
**EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion, dated May 4, 2009 (the "Motion"), having been filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time to file LB 2080 Kalakaua Owner LLC's schedules of assets and liabilities, schedules of current income and expenditures, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules"), all as more fully described in the Motion; and the Court having scheduled

the presentment of the Motion on May 12, 2009 at 12:00 noon (Prevailing Eastern Time) and, if a written objection is timely filed as to be received by May 11, 2009 at 12:00 noon (Prevailing Eastern Time), a hearing to consider the Motion on May 13, 2009 at 10:00 a.m. (Prevailing Eastern Time), which are after the date on which LB 2080 Kalakaua Owner LLC's time to file its Schedules expires; and the Court having determined that it is appropriate to extend the LB 2080 Kalakaua Owner LLC's time to file its Schedules until such time as the Court considers and enters an order determining the Motion, it is hereby

ORDERED that the Debtors' time to file their Schedules is extended until such time as the Court has entered an order determining the Motion.

Dated: May 8, 2009
      New York, New York

*/s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE