UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :     Case No. 08-13555-JMP
                                                :
                            Debtors.            :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David C. Cimo, of the Law Firm of Genovese Joblove & Battista, P.A., a member in good standing of the Florida Bar, am admitted to practice before the U.S. Supreme Court, U.S. Court of Appeals for the Eleventh Circuit, the United States District Courts for the Southern and Middle Districts of Florida and the United States Bankruptcy Court for the Middle and Southern District of Florida, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Plaintiffs, KA KIN WONG, SIU LUI CHING, CHUN IP, JIN LIU, YIN YING LEUNG, LAI MEI CHAN, and SING HEUNG, on behalf of themselves and all others similarly situated in Adversary Proceeding Number 09-01120-JMP (the "Class Plaintiffs"). My contact information is as follows:

> David C. Cimo, Esq.
> Genovese Joblove & Battista, P.A.
> Bank of America Tower
> 100 S.E. 2nd Street, 44th Floor
> Miami, Florida 33131
> Telephone: (305) 349-2300
> Fax:       (305) 349-2310
> E-mail: dcimo@gjb-law.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: April 15, 2009
Miami, Florida



David C. Cimo, Esq.
Proposed Counsel for Class Plaintiffs