WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                :
**In re**                                                       :        **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                                :
                                        **Debtors.**            :        **(Jointly Administered)**
                                                                :
                                                                :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PRESENTMENT DATE**
**OF STIPULATION, AGREEMENT AND ORDER, PURSUANT TO SECTIONS**
**362 AND 553 OF THE BANKRUPTCY CODE, MODIFYING THE AUTOMATIC**
**STAY FOR THE LIMITED PURPOSE OF PERMITTING HSBC BANK PLC TO**
**EFFECT SETOFF AND RESOLUTION OF CERTAIN BANKING ARRANGEMENTS**
**BETWEEN LEHMAN BROTHERS HOLDINGS INC. AND HSBC BANK PLC**

                **PLEASE TAKE NOTICE** that the Notice of Presentment, dated May 1, 2009, of
the Stipulation, Agreement, and Order (the "Stipulation, Agreement, and Order") of Lehman
Brothers Holdings Inc. and HSBC Bank Plc **[Docket No. 3471]** that was scheduled to be
presented to the Court for signature on May 11, 2009 at 12:00 noon (Prevailing Eastern Time)
**has been adjourned to May 26, 2009 at 12:00 noon (Prevailing Eastern Time)**.

                **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the
proposed Stipulation, Agreement, and Order, with proof of service, is served and filed with the
Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the
undersigned so as to be received by **May 25, 2009 at 11:00 a.m. (Prevailing Eastern Time)**,
there will not be a hearing and the Stipulation, Agreement, and Order may be signed.

                **PLEASE TAKE FURTHER NOTICE** that only if a written objection is timely
served and filed, a hearing (the "Hearing") will be held to consider the Stipulation, Agreement,
and Order on **June 3, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable
James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court,

Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  May 8, 2009
New York, New York

/s/ Lori R. Fife
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession