**HEARING DATE: June 3, 2009 at 10:00 a.m. (Eastern Time)**
**OBJECTION DEADLINE: May 28, 2009 at 4:00 p.m. (Eastern Time)**

**DECHERT LLP**
**Katherine A. Burroughs**
**90 State House Square**
**Hartford, Connecticut 06103**
**Telephone: (860) 524-3999**
**Fax: (860) 524-3930**
**Email: katherine.burroughs@dechert.com**

**- and -**

**Brian E. Greer**
**1095 Avenue of the Americas**
**New York, New York  10036**
**Telephone: (212) 698-3500**
**Fax: (212) 698-3599**
**Email: brian.greer@dechert.com**

**Ordinary Course Professionals for**
**Lehman Brothers Holdings, Inc., *et al.***
**Debtors in Possession**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Bankr. Case No. 08 - 13555 (JMP) |
| Debtors. | Jointly Administered |

## SUMMARY OF APPLICATION OF DECHERT LLP
## FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT
## OF EXPENSES FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009

| | |
|---|---|
| Name of applicant: | Dechert LLP |
| Authorized to provide professional services to: | The estates of Lehman Brothers Holdings, Inc., et al., as ordinary course professionals |
| Date of retention: | January 22, 2009 |

Period for which compensation
and reimbursement is sought:                   March 1, 2009, through and including
                                               March 31, 2009

Amount of compensation sought for fees:        $232,251.30
Amount of compensation sought for expenses:    $641.04

No prior applications.

2

| Name of Timerecorder | Position | Year of Law School Graduation | Hourly Billing Rate[*] ($) | Total Hours Billed | Total Compensation ($) |
|---|---|---|---|---|---|
| Heil, Joseph B. | Partner | 1988 | 965.00 | 3.00 | 2,895.00 |
| Hirschfeld, Michael | Partner | 1975 | 965.00 | 20.80 | 20,072.00 |
| Forti, David W. | Partner | 1995 | 935.00 | 37.30 | 34,875.50 |
| Ceriello, Lawrence A. | Partner | 1981 | 875.00 | 28.05 | 24,543.75 |
| Cohen, Abbi L. | Partner | 1983 | 825.00 | 13.90 | 11,467.50 |
| Solomon, Louis M. | Partner | 1988 | 825.00 | 1.00 | 825.00 |
| Burroughs, Katherine A. | Partner | 1988 | 825.00 | 40.30 | 33,247.50 |
| Pittman, Edward L. | Counsel | 1984 | 750.00 | 3.25 | 2,437.00 |
| Rivers, Steven A. | Counsel | 1995 | 725.00 | 12.10 | 8772.50 |
| Rozes, Jason S. | Partner | 1998 | 690.00 | 3.00 | 2,070.00 |
| Ix, John M. | Counsel | 1994 | 650.00 | 0.40 | 260.00 |
| Mioli, Alicia | Associate | 2000 | 590.00 | 17.4 | 10,266.00 |
| Champagne, Derrick E | Associate | 2002 | 535.00 | 22.3 | 11,930.50 |

---

[*] The stated applicable hourly rates are in accordance with Dechert LLP's ordinary and customary rates in similar matters for similar clients in effect on the dates services were rendered.  The hourly rates charged by Dechert LLP generally do not include the expenses of travel, telephone (although most calls are not charged to clients), facsimile service, extraordinary postage, Lexis and Westlaw legal research, duplicating, court fees, or copying of court documents at the Clerk's Office.

| Name of Timerecorder | Position | Year of Law School Graduation | Hourly Billing Rate[*] ($) | Total Hours Billed | Total Compensation ($) |
|---|---|---|---|---|---|
| Quintard-Morenas, F. | Associate | 1995 | 525.00 | 6.76 | 3549.00 |
| Rini, Jonathan A. | Associate | 2003 | 525.00 | 6.0 | 3,150.00 |
| Mylod, Kathleen M. | Associate | 2004 | 490.00 | 54.6 | 26,754.00 |
| Malniczak, Paul | Associate | 2008 | 355.00 | 14.9 | 5289.50 |
| Shaver, Daren R. | Associate | 2008 | 355.00 | 18.4 | 6532.00 |
| Yang, Audrey | Associate | 2008 | 355.00 | 14.11 | 5009.05 |
| Wainright, Kristin | Associate | 2008 | 355.00 | 45.1 | 16,010.50 |
| Sitzman, Neil | Legal Assistant | N/A | 285.00 | 7.8 | 2223.00 |
| Lau, Barbara | Legal Assistant | N/A | 235.00 | 8.2 | 1927.00 |
| Jenssen, Catherine J. | Legal Assistant | N/A | 210.00 | 6.6 | 1386.00 |
| Goldman, Cynthia A. | Office Support | N/A | 150.00 | 2.25 | 337.50 |
|  |  |  |  |  |  |
| **TOTAL** |  |  | *(Blended Rate) -599.32* | **387.52** | **232,251.30** |

---

[*]    The stated applicable hourly rates are in accordance with Dechert LLP's ordinary and customary rates in similar matters for similar clients in effect on the dates services were rendered.  The hourly rates charged by Dechert LLP generally do not include the expenses of travel, telephone (although most calls are not charged to clients), facsimile service, extraordinary postage, Lexis and Westlaw legal research, duplicating, court fees, or copying of court documents at the Clerk's Office.

**DECHERT LLP**
**Katherine A. Burroughs**
**90 State House Square**
**Hartford, Connecticut 06103**
**Telephone: (860) 524-3999**
**Fax: (860) 524-3930**
**Email: katherine.burroughs@dechert.com**

**- and -**

**Brian E. Greer**
**1095 Avenue of the Americas**
**New York, New York  10036**
**Telephone: (212) 698-3500**
**Fax: (212) 698-3599**
**Email: brian.greer@dechert.com**

**Ordinary Course Professionals for**
**Lehman Brothers Holdings, Inc., *et al.***
**Debtors in Possession**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., <u>et al.</u>, | ) | Bankr. Case No. 08 - 13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### APPLICATION OF DECHERT LLP
### FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT
### <u>OF EXPENSES FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009</u>

The law firm of Dechert LLP ("Dechert"), attorneys authorized to provide legal services as Ordinary Course Professionals to Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors in the above captioned chapter 11 cases, hereby files this application ("Application") pursuant to sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), and the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ

Professionals Utilized in the Ordinary Course of Business, dated November 5, 2008 (the

"Ordinary Course Professional Order"), for an award of compensation for professional services

rendered to the Debtors in the amount of $232,251.30, incurred during the period from March 1,

2009 through March 31, 2009 (the "Application Period"), and reimbursement of disbursements

incurred during that same period in the amount of $641.04.

## **<u>INTRODUCTION</u>**

1.     On September 15, 2008 and periodically thereafter (the "Commencement

Date"), LBHI and certain of its subsidiaries filed voluntary cases under chapter 11 of the

Bankruptcy Code.    The Debtors' chapter 11 cases have been consolidated for procedural

purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules").    The Debtors are authorized to operate their

businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

2.     Due to the scope of the Debtors' business, on October 13, 2008, the

Debtors' filed a motion (the "Ordinary Course Professional Motion") seeking authorization

pursuant to sections 105(a), 327, 328 and 330 of the Bankruptcy Code, to retain, *nunc pro tunc* to

the Commencement Date, professionals utilized in the ordinary course of business (the

"Ordinary Course Professionals") without the submission of separate retention applications and

the issuance of separate retention orders for each individual professional.    Dechert LLP was

designated as an Ordinary Course Professional on January 22, 2009 via the Debtors' Notice of

Ninth Supplemental List of Ordinary Course Professionals [Docket No. 2598].

3.     The Ordinary Course Professional Motion, entered by the Court on

November 5, 2008, outlines the procedures that all Ordinary Course Professionals must follow in

order to receive compensation and reimbursement of expenses for services provided to the

Debtors. With respect to any Ordinary Course Professional seeking compensation in excess of $150,000 in any given month, the Ordinary Course Professional Order provides, in pertinent part,

> "that in the event that an Ordinary Course Professional seeks more than $150,000 per month, that professional will be required to file a fee application for the full amount of its fees and expenses for that month in accordance with sections 330 and 331 of the Bankruptcy Code, the [Bankruptcy Rules], the Local Bankruptcy Rules for the Southern District of New York, the Fee Guidelines promulgated by the US Trustee, and any and all orders of the Court. . ."

A copy of the Ordinary Course Professional Order, with exhibits, is annexed hereto as Exhibit "A."

4.    This Application seeks payment to Dechert for the fair and reasonable fees and expenses incident to the professional services rendered by Dechert to the estates of the Debtors. The payment requested herein is consistent with the fees customarily charged by Dechert for similar services, reflects the time, labor, and expertise brought to bear on the problems presented, and is in line with the rates charged by similar firms operating in a competitive market for legal services.

5.    This Application does not detail every correspondence, drafting session, meeting, discussion, or conference held, all research conducted, or each of the numerous tasks performed by Dechert. Those matters are set forth in detail in the contemporaneous time records attached hereto as Exhibit "B," which indicate the date services were performed, the name of the professional or paraprofessional who rendered the services, a description of the services provided, the amount of time expended, and the cost of such services. In addition, attached hereto as Exhibit "C," and incorporated herein by reference is detail for expenses that were incurred by Dechert during the Application Period. All such expenses are reflected in the books

3

and records of Dechert, which are contemporaneously maintained in the ordinary course of its business.

6.      The professional services for which compensation is sought were rendered in the ordinary course of the Debtors' business and solely on behalf of the Debtors.

## BACKGROUND

### A. The Debtors

7.      Prior to the events leading up to these chapter 11 cases, Lehman was the fourth largest investment bank in the United States.  For more than 150 years, Lehman has been a leader in the global financial markets, serving the financial needs of corporations, governmental units, institutional clients and individuals worldwide.  Its headquarters in New York and regional headquarters in London and Tokyo are complemented by a network of offices in North America, Europe, the Middle East, Latin America, and the Asia Pacific region.

8.      Additional information regarding the Debtors' businesses, capital structures, and the circumstances leading to these chapter 11 filings is contained in the Affidavit of Ian T. Lowitt Pursuant to rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed on September 15, 2008 [Docket No. 2].

### B. Dechert

9.      Dechert is a full service law firm with well-developed practices in the areas of corporate and securities, complex litigation, finance and real estate and financial services.

## SUMMARY OF SERVICES
## RENDERED DURING THE APPLICATION PERIOD

10.     The Debtors have asked that Dechert represent the Debtors in real estate matters including loan modifications, loan and asset sales, asset management issues, and workouts and foreclosure of defaulted loans and related matters involving distressed assets.

11.     The following is a summary description of the matters for which Dechert provided legal services to the Debtors during the Application Period:

1107 Broadway – Toy Building

12.     Dechert assisted with mortgage and mezzanine loan workouts related to property located in New York, New York, including contemplated mortgage and mezzanine loan foreclosures.

Cropsey

13.     Dechert assisted with possible mortgage loan workout related to property located in Brooklyn, New York.

La Posada

14.     Dechert assisted mezzanine loan workout related to property located in New Mexico.

T-Rex, St. John

15.     Dechert assisted with a loan workout related to a joint venture that leases real property located in St. John, U.S. Virgin Islands.

46th Street

16.     Dechert assisted with a possible mortgage loan workout related to property located in New York, New York.

325 West Broadway (Tootsie Roll Building)

17.    Dechert assisted with mortgage and mezzanine loan workouts related to property located in New York, New York, including contemplated mortgage and mezzanine loan foreclosures.

### 237 Park Mezz Debt Restructure

18.    Dechert provided advice with respect to a complicated potential restructuring of mezzanine loans indirectly secured by the property known as 237 Park Avenue.

### BIII Workout –

19.    Dechert provided advice with respect to a complicated potential restructuring of two mezzanine loans indirectly secured by ten office buildings.

20.    Dechert submits that for the reasons set forth above, the professional services rendered by Dechert on behalf of the Debtors during the Application Period were necessary and reasonable.

## AUTHORITY FOR
## ALLOWANCE OF COMPENSATION

21.    Bankruptcy Code section 330 provides for the payment of compensation to professionals providing services in cases arising under the Bankruptcy Code.  In determining the definition of "reasonable compensation," courts look to the factors set forth in Bankruptcy Code section 330, which provides that:

> (a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328 and 329, the court may award to . . . a professional person employed under section 327 or 1103 –
>
> (A) reasonable compensation for actual, necessary services rendered by . . . professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B) reimbursement for actual necessary expenses. . . .

(3) In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including--

A.    the time spent on such services;

B.    the rates charged for such services;

C.    whether the services were necessary to the administration of, or beneficial at the time at which the services were rendered toward the completion of, a case under this title;

D.    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

E.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in case other than cases under this title.

22.    As noted in In re Guyana Dev. Corp., 201 B.R. 462 (Bankr. S.D. Tex. 1996), Bankruptcy Code section 330(a)(3) is a codification of the factors set forth in Johnson v. Georgia Highway Express, Inc., which provided guidelines for evaluating fee applications. See Johnson, 448 F.2d 714 (5th Cir. 1974) (evaluating fee applications based on (1) time and labor required; (2) novelty and difficulty of questions presented; (3) skill required to perform legal services properly; (4) preclusion of other employment due to acceptance of case; and (5) the customary fee paid for such services in the same legal market).

23.    As set forth below, under the standards set forth in Bankruptcy Code section 330(a) and related case law, Dechert's representation of the Debtors warrants payment of its fees and reimbursement of its expenses.

a.    Time and labor required:  As stated above, Dechert has expended 387.52 hours in its representation of the Debtors during the Application Period, with a blended average billable rate of $599.32 per hour.  All of the time spent by Dechert in these cases was necessary and appropriate and benefited the Debtors, their estates, their creditors, and other parties-in-interest.  Dechert submits that it

has represented the Debtors in an efficient, timely, and cost-effective manner.

b.  <u>Novelty and difficulty of questions presented</u>:  The issues presented in these cases were novel, complex, and difficult, requiring thorough attention and substantial firm resources.

c.  <u>Skill required to perform legal services properly</u>:  The experience, knowledge, and expertise of the various Dechert professionals and paraprofessionals representing the Debtors in these cases have facilitated and expedited the results achieved.  Providing real estate transaction advice to large debtors is a specialized practice that requires attorneys, such as the Dechert attorneys involved in this matter, with substantial expertise in various areas of the law.

d.  <u>Preclusion of other employment</u>:  Dechert's representation of the Debtors in these cases took time and effort that was not therefore available to provide comparable services to other current or potential clients.

e.  <u>Customary fee paid for such legal services</u>:  The hourly rates charged by Dechert for the services performed in these cases are the hourly rates regularly charged by Dechert in other similar matters and representations, and Dechert submits that they are comparable to the customary charges of other professionals and paraprofessionals with similar degrees of skill and expertise.

f.  <u>Experience, reputation, and ability of attorney</u>:  Dechert believes that its professionals who performed services for the Debtors have an excellent reputation for their skill, quality, integrity, and ability in bankruptcy and other matters.  Dechert's professionals have significant experience in matters of this nature and regularly represent companies similar to the Debtors in various matters in and out of bankruptcy.

g.  <u>Allowance in similar cases</u>:  Dechert asserts that the fees and expenses for which it seeks compensation and reimbursement are not excessive and are commensurate with the compensation sought and allowed in similar cases for similar services rendered and results obtained by Dechert and by its peer law firms.

<b><u>DETERMINATION OF<br>DECHERT'S REQUESTED FEES AND EXPENSES</u></b>

24.  Dechert has utilized its existing hourly rate structure and has calculated its

request for compensation by multiplying the hours of time spent on services rendered on behalf

8

of the Debtors by the hourly rate assigned to each attorney or paraprofessional rendering such services. Dechert respectfully submits that the fees sought herein are customary and based on its normal criteria in matters of this type and are commensurate with the fees that Dechert has been allowed in other chapter 11 cases, including in this District.

25.      Dechert believes that the fair and reasonable value of its professional services rendered during the Application Period is $232,251.30. Based upon the total attorneys' and paraprofessionals' time expended, and a resulting blended hourly rate of $599.32 for professionals, Dechert believes the compensation requested herein to be reasonable and appropriate.

26.      Dechert also seeks reimbursement of its actual, reasonable, and necessary out-of-pocket expenses in the aggregate amount of $641.04. These expenses were incurred during the course of rendering professional services on behalf of the Debtors during the Application Period.

## CONCLUSION

WHEREFORE, Dechert respectfully requests that this Court enter an order substantially in the form attached as Exhibit "D" (i) approving $232,251.30 as the fair and reasonable value of its actual and necessary professional services rendered by Dechert to the Debtors during the Application Period, and (ii) approving $641.04 as reimbursement for Dechert's actual and necessary expenses incurred during the Application Period.

Dated: May 8, 2009
      New York, New York

DECHERT LLP

/s/ Katherine A. Burroughs_____
Katherine A. Burroughs
Brian E. Greer
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
katherine.burroughs@dechert.com
brian.greer@dechert.com
Ordinary Course Professionals for Lehman
Brothers Holdings, Inc., *et al.*
Debtors in Possession

**DECHERT LLP**
**Katherine A. Burroughs**
**90 State House Square**
**Hartford, Connecticut 06103**
**Telephone: (860) 524-3999**
**Fax: (860) 524-3930**
**Email: katherine.burroughs@dechert.com**

**- and -**

**Brian E. Greer**
**1095 Avenue of the Americas**
**New York, New York 10036**
**Telephone: (212) 698-3500**
**Fax: (212) 698-3599**
**Email: brian.greer@dechert.com**

**Ordinary Course Professionals for**
**Lehman Brothers Holdings, Inc.,** *et al.*
**Debtors in Possession**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | ) | Bankr. Case No. 08 - 13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### STATEMENT PURSUANT TO
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(b)

        1.       I am a partner of Dechert LLP ("Dechert"), Ordinary Course Professionals

for Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors in the above-captioned

cases (collectively, "Lehman" or in the alternative, the "Debtors"), and the partner in charge of

the matter.

2.      Dechert submits that all of the professional services for which the above application is made have been rendered solely for the benefit of the Debtors' estates and creditors thereof.

3.      No agreement exists between Dechert and any other person, firm or entity concerning the compensation or reimbursement received as a result of these cases.

4.      Dechert has received no retainer in these cases and has made no agreements with the Debtors for compensation or reimbursement.

5.      Dechert has received no transfer, assignment or pledge of property of the Debtors' estates except pursuant to an Order of the Court for compensation.


Dated: May 8, 2009
      New York, New York

DECHERT LLP

/s/ Katherine A. Burroughs
Katherine A. Burroughs
Brian E. Greer
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
katherine.burroughs@dechert.com
brian.greer@dechert.com

Ordinary Course Professionals for Lehman Brothers Holdings, Inc., *et al.*
Debtors in Possession

2

**DECHERT LLP**
**Katherine A. Burroughs**
**90 State House Square**
**Hartford, Connecticut 06103**
**Telephone: (860) 524-3999**
**Fax: (860) 524-3930**
**Email: katherine.burroughs@dechert.com**

**- and -**

**Brian E. Greer**
**1095 Avenue of the Americas**
**New York, New York  10036**
**Telephone: (212) 698-3500**
**Fax: (212) 698-3599**
**Email: brian.greer@dechert.com**

**Ordinary Course Professionals for**
**Lehman Brothers Holdings, Inc., *et al.***
**Debtors in Possession**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Bankr. Case No. 08 - 13555 (JMP) |
| Debtors. | Jointly Administered |

## <u>CERTIFICATION OF PROFESSIONAL</u>

Katherine A. Burroughs, a partner of the firm of Dechert LLP ("Applicant"),

attorneys authorized to provide legal services as Ordinary Course Professionals to Lehman

Brothers Holdings, Inc. ("LBHI"), and its affiliated debtors in the above-captioned cases and

partner in charge of this matter, hereby certifies as follows:

I have read the foregoing application (the "Application");

To the best of my knowledge, information and belief, formed after reasonable inquiry, the Application substantially complies with the mandatory guidelines of this Court for fees and disbursements for professionals (the "Guidelines");

To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Guidelines;

The fees and disbursements sought in the Application are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients;

LBHI has been provided with a copy of the Application prior to the date set by the Court or any applicable rules for filing fee applications, has reviewed the Application and has approved it.

The disbursements requested to be reimbursed in the Application:

a.     do not include any amount of profit for the Applicant;

b.     do not include the amortization of the cost of any investment, equipment or capital outlay; and

c.     to the extent provided by a third party vendor only include the amount billed to the Applicant to such vendor.

2

Dated: May 8, 2009
      New York, New York

DECHERT LLP

/s/   Katherine A. Burroughs
Katherine A. Burroughs
Brian E. Greer
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
katherine.burroughs@dechert.com
brian.greer@dechert.com

Ordinary Course Professionals for Lehman
Brothers Holdings, Inc., *et al.*
Debtors in Possession

## EXHIBIT A

**Ordinary Course Professionals Order**

## EXHIBIT B

### Time Detail

### BIII Workout

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/01/09 | PM | 1.60 | Research on NY transfer tax issue. | $568.00 |
| 03/02/09 | DWF | 7.00 | Extensive tax analysis; work on structuring issues; multiple calls with Lehman; work on revised structure and steps memo. | $6,545.00 |
| 03/02/09 | MH | 6.00 | Review Calif and NY real estate transfer tax issues; review memo; discussion with Darren Shaver and Audrey Yang; discussion with D. Forti; discussion with A. Mioli; telephone conference with P. Churchill; discussion with J. Heil; discussion with Neil Sitzman in the San Francisco office; telephone conference with G. Newman - NY Tax Commission head; review and research NY and Calif law; discussion with D. Linder; discussion with B. Hickey; telephone conference with Weil - Scott Sontag (212-310-8929). | $5,790.00 |
| 03/02/09 | GNS | 0.40 | Work with M. Hirschfeld and A. Yang concerning transfer tax issues. | $114.00 |
| 03/02/09 | ALM | 6.00 | Correspondence with C. Manna, D. Forti and M. Hirschfeld (.3 hrs); revise memorandum (.5 hrs); correspondence with A. Yang and D. Shaier regarding REIT CA Tax Issues (.2 hrs); call with D. Forti and M. Hirschfeld regarding new structure (.5 hrs); revise full memorandum to reflect new structure (2 hrs); revise short memorandum to reflect new structure (.5 hrs); review comments to full memorandum and short memorandum from D. Forti and M. Hirschfeld, revise and distribute (2 hrs). | $3,540.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/02/09 | AMY | 4.43 | Determine government agency contacts in connection with transfer tax issue. Confer with M. Hirschfeld and N. Sitzman regarding transfer tax issues. Draft memo consolidating information and analysis accumulated regarding transfer tax issues. Review materials regarding REIT ownership interest determination. | $1,572.65 |
| 03/02/09 | PM | 7.40 | Research on tax treatment of 100 Wall property; correspondence and calls to discuss aspects of the transaction. | $2,627.00 |
| 03/02/09 | DS | 7.20 | Researching CA state transfer tax issues; several conference calls to discuss issue with Dave Forti, Mike Hirschfeld, Alicia Mioli, Audrey Yang | $2,556.00 |
| 03/03/09 | JBH | 2.00 | Researched California transfer tax (SF); conversations with D. Forti and S. Rivers regarding same. | $1,930.00 |
| 03/03/09 | JBH | 0.50 | Conversation with S. Rivers and D. Forti regarding transfer taxes. | $482.50 |
| 03/03/09 | DWF | 6.00 | Continued work on structure and steps; tax issues; multiple calls with Lehman; all hands call with Lehman & Weil; revise documents; significant loan doc and intercreditor analysis. | $5,610.00 |
| 03/03/09 | MH | 7.50 | Telephone conference with Scott Sontag - (212) 310-8929 - multiple calls; e-memos to Scott Sontag; discussion with Paul Melinczak and Daren Shaver; review and research relevant issues; discussion with D. Forti; discussion with D. Shaver; discussion with P. Melniczak; discussion with Yang; discussion with Neal Sitzman - ext 4523; conference call with David Zackowitz at Lehman, Charlie Manna at Lehman, Michael Bond at Weil; Scott Sontag at Weil, David Herman at Weil, D. Forti, and others. | $7,237.50 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/03/09 | SAR | 6.80 | Researched California law regarding real property transfer taxes; researched Los Angeles and San Francisco municipal codes regarding same; telephone conferences with J. Heil and D. Forti regarding same. | $4,930.00 |
| 03/03/09 | GNS | 3.90 | Work with team concerning transfer tax issues; several telephone conferences with county recorder and assessor offices concerning same. | $1,111.50 |
| 03/03/09 | ALM | 3.70 | Conference call with C. Manna, D. Zackowitz, D. Forti, M. Hirschfeld, S. Sontag, D. Herman and M. Bond regarding changes to structure (.7 hrs); revise and distribute BIII full memorandum and short memorandum based on regarding-structure call (3 hrs). | $2,183.00 |
| 03/03/09 | AMY | 8.18 | Confer regarding California transfer tax issues. Review materials regarding same. Attended conference call. Research into San Francisco local ordinances, Los Angeles local ordinances, exemptions from transfer tax, valuation of consideration for purposes of calculating tax. | $2,903.90 |
| 03/03/09 | PM | 5.90 | Research on tax treatment of 100 Wall property for purposes of NY state/NYC transfer tax; calls with all parties to discuss transaction. | $2,094.50 |
| 03/03/09 | DS | 7.60 | Researching CA state transfer tax issues; several conference calls to discuss issue with Dave Forti, Mike Hirschfeld, Alicia Mioli, Audrey Yang | $2,698.00 |
| 03/04/09 | JBH | 0.50 | Various conference calls regarding Lehman after tax. | $482.50 |
| 03/04/09 | DWF | 3.50 | Continued work on steps memo and foreclosure structure; calls and e-mails; attention to CA and NY tax issues. | $3,272.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|----------|----------|-----------|-----------------|-----------|
| 03/04/09 | MH | 2.30 | Conference with Audrey Yang and Daren Shaver; discussion with D. Forti; discussion with A. Mioli; telephone conference with Scott Sontag; revise memo; e-memo to P. Churchill. | $2,219.50 |
| 03/04/09 | SAR | 5.30 | Researched California law regarding real property transfer taxes; researched Los Angeles and San Francisco municipal codes regarding same; telephone conference with A. Yang, N. Sitzman and various representatives of First American Title Company regarding same; telephone conference with D. Forti regarding same. | $3,842.50 |
| 03/04/09 | GNS | 1.80 | Work with S. Rivers and A. Yang concerning transfer tax issues; several telephone conferences with title company and county assessors concerning same. | $513.00 |
| 03/04/09 | ALM | 5.00 | Review comments to full memo; revise and distribute (2.5 hrs). Conference call with D. Forti, M. Hirschfeld, A. Yang and D. Shover regarding CA tax issues (.5 hrs). Review comments to short memo; revise and distribute (.5 hrs).  Review additional comments to full memo; revise and distribute (1.5 hrs). | $2,950.00 |
| 03/04/09 | AMY | 1.15 | Confer regarding documentary transfer tax application in Los Angeles County and City. Review materials regarding same. Discussion with title company regarding transfer tax application. | $408.25 |
| 03/04/09 | DS | 2.40 | Researching CA state and city transfer tax issues; several conference calls to discuss issue with Mike Hirschfeld, Alicia Mioli, Audrey Yang | $852.00 |
| 03/05/09 | DWF | 2.00 | All hands call on structure memo; review and comment. | $1,870.00 |

5

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/05/09 | MH | 1.80 | Telephone conference with Scott M. Sontag - (212) 310-8929; review documents; conference call with all parties - Sontag, Weil, client; discussion with A. Mioli regarding document revision and Neal's e-mail on San Fran transfer taxes. | $1,737.00 |
| 03/05/09 | GNS | 1.10 | Review documents and provide comments to A. Mioli. | $313.50 |
| 03/05/09 | ALM | 1.50 | Call with S. Sontag, D. Herman, D. Forti and M. Hirschfeld regarding revised full memo (.5 hrs).  Revise and distribute full memo (1 hr). | $885.00 |
| 03/05/09 | AMY | 0.35 | Review executive summary. | $124.25 |
| 03/05/09 | DS | 1.20 | Reviewing BIII memo in preparation for conference calls/follow-up research | $426.00 |
| 03/06/09 | DWF | 0.30 | Tax issues. | $280.50 |
| 03/06/09 | MH | 1.10 | Telephone conference with L. Weller at Deloitte; conference call with D. Forti and A. Mioli; discussion with A. Mioli; discussion with Neal Sitzman; review e-memos and Calif tax exposure. | $1,061.50 |
| 03/06/09 | GNS | 0.30 | Telephone conference with M. Hirschfeld concerning transfer tax issues; telephone conference with A. Mioli concerning same. | $85.50 |
| 03/06/09 | FQ | 3.88 | Drafting closing checklist, liaising with A. Mioli | $590.00 |
| 03/08/09 | MH | 0.30 | Review e-mails and e-memo to D. Forti and A. Mioli. | $289.50 |
| 03/09/09 | DWF | 0.50 | Attention to revised memos. | $467.50 |
| 03/09/09 | MH | 0.20 | Review e-mails. | $193.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/09/09 | GNS | 0.30 | Work with A. Yang concerning transfer tax questions. | $85.50 |
| 03/09/09 | FQ | 2.88 | Revising closing checklist, liaising with A. Mioli on foreclosure documents | $1,699.20 |
| 03/13/09 | DWF | 1.00 | Call with C. Manna regarding structure. | $935.00 |
| 03/26/09 | DWF | 3.00 | Call with C. Manna; review PNA agreement; review Borrower's proposal; prepare for meeting. | $2,805.00 |
| 03/27/09 | DWF | 2.00 | Prepare for meeting with Borrower; multiple e-mails; doc review. | $1,870.00 |
| 03/30/09 | DWF | 8.00 | Roundtrip travel to New York for pre-meeting with Lehman and all hands meeting with Lehman, Borrower and Borrower's counsel. | $7,480.00 |
| 03/31/09 | DWF | 1.00 | Discuss proposed structure with tax partner M. Hirschfeld to see if all equity deal would attract transfer tax; e-mail with client. | $935.00 |
| 03/31/09 | MH | 1.60 | E-memo to D. Forti regarding revised structure for foreclosure on mezz debt; discussion with D. Forti regarding Broadway Lehman meeting follow up | $1,544.00 |

**TOTAL HOURS:**          **148.37**          **AMOUNT:**          **$95,970.55**

**46th Street**

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 02/19/09 | KW | 0.60 | Reviewed loan documents (0.5); emailed to servicer regarding outstanding documents (0.1). | $213.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 02/23/09 | KMM | 0.30 | Telephone conference with Trimont regarding background of 46th Street deal. | $147.00 |
| 02/23/09 | KW | 0.50 | Discussion with J. Scaffin (0.1); review of loan guaranty (0.4). | $177.50 |
| 02/24/09 | KMM | 0.60 | Review material loan documents related to 46th Street loan. | $294.00 |
| 02/24/09 | KW | 1.00 | Reviewed LLC agreement to determine rights of equity partners (0.3); Discussion with K. Mylod (0.2); Reviewed loan documents for extension conditions (0.5). | $355.00 |
| 03/09/09 | KAB | 0.20 | Follow-up with client regarding status and default letter. | $165.00 |
| 03/09/09 | KMM | 0.90 | Review relevant loan documents (0.4); telephone conference with servicer to confirm senior loan status and ownership (0.2); draft default notice and revert same to client (0.3). | $441.00 |
| 03/10/09 | KAB | 0.20 | Attention to default notice (.2). | $165.00 |
| 03/12/09 | KW | 0.30 | Reviewed documents to check Borrower's SPE status. | $106.50 |
| 03/17/09 | KAB | 0.20 | Follow up regarding prenegotiation letter (.2). | $165.00 |

**TOTAL HOURS:**      **4.80**      **AMOUNT:**      **$2,229.00**

**237 Park Mezz Debt Restructure**

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/12/09 | ALM | 0.50 | Attention to Borrower organizational structure and review impact on transfer tax liability. | $295.00 |
| 03/13/09 | DWF | 2.00 | Call with C. Manna to discuss various options regarding future funding; meeting with J. Rozes to discuss; review intercreditor. | $1,870.00 |
| 03/13/09 | JSR | 1.00 | Review documents; meeting Forti; call Forti and Mioli. | $690.00 |
| 03/13/09 | ALM | 0.20 | Call with D. Forti and J. Rozes regarding use of 2nd Mezz Loan advances. | $118.00 |
| 03/16/09 | DWF | 0.50 | Attention to transfer tax issues; send analysis to C. Manno. | $467.50 |
| 03/16/09 | ALM | 0.50 | Reveiw NY transfer tax laws; calculate 237 Park transfer tax liability. | $295.00 |
| 03/17/09 | JSR | 2.00 | Review intercreditor and loan documents; meeting Forti. | $1,380.00 |
| 03/19/09 | DWF | 0.50 | Respond to client inquiries. | $467.50 |
| 03/19/09 | BL | 0.70 | Attendances to arrange to have copy of closing disk for each of 237 Senior Mezz and Second Mezz sent to Prudential Real Estate Investors. | $164.50 |

**TOTAL HOURS:**                    **7.90**          **AMOUNT:**                    **$5,747.50**

### 325 West Broadway (Tootsie Roll Building)

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/04/09 | ALC | 0.30 | Review email regarding potential environmental claims against contractor. | $247.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/04/09 | KAB | 0.20 | Follow up wit clients regarding strategy for loan enforcement (.1); attention to environmental questions raised by client (.1). | $165.00 |
| 03/04/09 | JAR | 0.50 | Correspondence with Trimont, K. Burroughs and A. Cohen regarding environmental issues at property. | $262.50 |
| 03/04/09 | CJJ | 0.50 | Correspond with title company regarding foreclosure certificate. | $105.00 |
| 03/05/09 | ALC | 2.20 | Review documents including environmental indemnity, environmental records and complaint; confer with J. Rini regarding potential lender concerns associated with environmental complaint; review environmental liability issues with J. Ix. | $1,815.00 |
| 03/05/09 | KAB | 0.50 | Call from borrower counsel and attention to offer from borrower (.3); attention to client questions regarding cost of maintaining entitlements (.2). | $412.50 |
| 03/05/09 | JMI | 0.40 | Consult with A. Cohen regarding off-site environmental liability issues. | $260.00 |
| 03/05/09 | JAR | 1.00 | Confer with K. Wainright regarding environmental issues (0.5); review materials relating to special permit (0.5). | $525.00 |
| 03/05/09 | KW | 2.70 | Reviewed restrictive declaration (1.0); drafted client email regarding its rights and obligations under declaration (1.0); research on nyc zoning law (0.7) | $958.50 |
| 03/06/09 | ALC | 0.60 | Review and revise proposed email to clients regarding environmental issues. | $495.00 |
| 03/06/09 | KAB | 0.50 | Follow up regarding environmental litigation (.2); attention to borrower proposal (.3). | $412.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/06/09 | KW | 2.20 | Reviewed CPC's approval report relating to B's Special Permit (0.6); Call with NYC City Planning Commission (0.4); Drafted email summary to client (1.2). | $781.00 |
| 03/09/09 | ALC | 2.70 | Review email; participate in call with Lehman's and Trimont to review environmental issues associated with 325 Broadway; confer with K. Burroughs and associate regarding lender liability research; review environmental reports; review NY environmental laws. | $2,227.50 |
| 03/09/09 | KAB | 2.00 | Attention to analysis of environmental issues and email to clients regarding same (.4); attention to analysis of obligations under special permits and email to client regarding same (.4); strategy call with client regarding environmental issues and foreclosure strategy (1.2). | $1,650.00 |
| 03/09/09 | JAR | 2.00 | Prepare for call regarding mezzanine foreclosure, mortgage foreclosure, environmental issues and participate in call (1.0); confer with A. Cohen and K. Wainright regarding environmental research (1.0). | $1,050.00 |
| 03/09/09 | KW | 1.90 | Research on environmental liability issues in relation to mortgage and mezzanine lenders (1.9). | $674.50 |
| 03/10/09 | ALC | 2.20 | Preparation for client/consultant call; review environmental documents; review summary of legal research on lender liability; confer with K. Wainright regarding same. | $181.50 |
| 03/10/09 | KAB | 0.20 | Attention to foreclosure due diligence (.2). | $165.00 |
| 03/10/09 | CJJ | 1.00 | Telephone call with Attorney Ceriello; deliver documents regarding title and pending litigation; correspond with title company. | $210.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/10/09 | KW | 1.80 | Research of environmental liability issues and possible exemptions (1.8). | $639.00 |
| 03/11/09 | ALC | 1.00 | Preparation for and participation in call with consultants and client regarding environmental follow-up; review email summarizing consultant's follow-up tasks. | $825.00 |
| 03/11/09 | KW | 1.20 | Conference call with A. Cohen, client, and environmental consultant regarding the Phase I (0.8); follow up call with A. Cohen (0.2); emailed update to J. Rini (0.2). | $426.00 |
| 03/12/09 | KAB | 0.20 | Emails with borrower's counsel regarding request for call with Borrower to discuss environmental issues and Solomon issues. | $165.00 |
| 03/16/09 | KAB | 0.20 | Follow up regarding scheduling environmental call. | $165.00 |
| 03/17/09 | ALC | 0.80 | Plan for and participate in environmental call with borrower and his counsel and Trimont; report on call to KBurroughs. | $660.00 |
| 03/17/09 | KAB | 0.20 | Follow up with A. Cohen regarding environmental call (.2). | $165.00 |
| 03/18/09 | ALC | 0.10 | Review emails from client to borrower. | $82.50 |
| 03/18/09 | LAC | 1.10 | Review foreclosure search; prepare instructions to junior associates for diligence review of foreclosure search and underlying document (.9); telephone call and emails with K. Burroughs regarding foreclosure search and process (.2). | $962.50 |
| 03/19/09 | KAB | 0.20 | Attention to foreclosure due diligence regarding title. | $165.00 |
| 03/19/09 | KAB | 0.30 | Attention to potential environmental exemption for secured lender. | $247.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/19/09 | BL | 1.00 | Attendances in the review of core loan documents to check the accuracy of the legal description, name of borrower and the due execution of those documents. | $235.00 |
| 03/19/09 | KW | 1.30 | Revised email regarding environmental issues and potential lender liability (1.3). | $461.50 |
| 03/20/09 | KAB | 1.10 | Attention to foreclosure complaint preparation (.6); call with client regarding meeting with Lehman; call with Borrower and strategy (.5). | $907.50 |
| 03/20/09 | JAR | 0.50 | Calls with N. Collins and K. Burroughs regarding Tootsie Roll foreclosure and potential property sale. | $262.50 |
| 03/20/09 | LMS | 0.50 | Conference call regarding status; strategy. | $412.50 |
| 03/20/09 | KMM | 0.30 | Telephone conference with K. Burroughs, L. Ceriello and L. Solomon regarding mortgage loan foreclosure complaint and procedure. | $106.50 |
| 03/20/09 | BL | 1.00 | Followed up with Trimont to get all organizational documents and posted to Interwoven for future access. | $235.00 |
| 03/20/09 | KW | 0.60 | Conference call with K. Burroughs and A. Cohen regarding environmental lender liability issues (0.6). | $355.00 |
| 03/23/09 | ALC | 0.60 | Exchange emails with KBurroughs regarding status; confer with borrower's environmental counsel. | $495.00 |
| 03/23/09 | KAB | 0.20 | Attention to scope of guarantor liability. | $165.00 |
| 03/23/09 | KW | 1.60 | Reviewed summary of findings regarding environmental issues and potential lender liability and drafted memo for client (1.6) | $568.00 |
| 03/24/09 | CJJ | 0.50 | Research lien search invoices. | $105.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/25/09 | KAB | 0.90 | Attention to status and follow up with client (.3); follow up regarding environmental information obtained regarding property (.2); follow up with client regarding strategy and negotiation (.4). | $742.50 |
| 03/25/09 | JAR | 0.50 | Confer with K. Wainwright regarding pledges; confer with K. Burroughs. | $262.50 |
| 03/25/09 | KW | 1.40 | Reviewed pledge agreement and loan agreement to determine mechanics of admitting a foreclosing lender or its nominee into the pledged entity (1.0); Discussion of findings with J. Rini (0.2); Revisions to chart summarizing findings (0.2). | $497.00 |
| 03/26/09 | ALC | 1.20 | Review documents received from borrower's counsel; confer with borrower's counsel regarding documents. | $990.00 |
| 03/26/09 | KAB | 1.10 | Attention to issue regarding retaining non-security broker regarding assistance with foreclosure (.6); call with securities counsel and client regarding same (.5). | $907.50 |
| 03/26/09 | KW | 0.50 | Reviewed additional documents received from servicer (0.5); Revised memo on environmental issues (.5) | $177.50 |
| 03/26/09 | ELP | 1.75 | Research SEC no-action positions; participate in conference call with client and potential broker. | $1,312.50 |
| 03/27/09 | ALC | 0.20 | Transmit environmental reports to client. | $165.00 |
| 03/27/09 | KAB | 0.30 | Follow up regarding issues on documentation of mezzanine pledges (.3). | $247.50 |
| 03/27/09 | KW | 1.60 | Reviewed LLC Agreements to determine the mechanics of admitting a new member to the three pledged entities (1.3); Revised chart of certificated interests (0.3) | $568.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/27/09 | ELP | 1.50 | Correspondence relating to BD registration; research no-action letters. | $1,125.00 |
| 03/30/09 | ALC | 2.00 | Review environmental reports from borrower's counsel; revise memo to clients. | $1,650.00 |
| 03/30/09 | KAB | 0.20 | Follow up with A. Cohen regarding obtaining additional information regarding environmental issues (.2). | $165.00 |
| 03/30/09 | JAR | 1.50 | Confer with K. Wainright and K. Mylod regarding Tootsie Roll security package and mezz foreclosure process; review analysis. | $787.50 |
| 03/30/09 | CJJ | 0.25 | Review lien search. | $52.50 |
| 03/30/09 | KMM | 0.70 | Review of pledge, control and LLC agreements regarding steps to transfer collateral in the event of a lender foreclosure (0.7). | $343.00 |
| 03/30/09 | KW | 3.50 | Revised environmental memo (0.5); Discussed mechanics of new member entry with K. Mylod (0.3); Discussed logistics of pledge and control letter with K. Mylod and J. Rini (1.2); Summarized and supplemented analysis of pledge, loan documents, and control letter (1.5) | $1,242.50 |
| 03/31/09 | KAB | 1.00 | Attention to analysis of deficiencies in mezz documents and attention to e-mail to client regarding same (1.0). | $825.00 |
| 03/31/09 | CJJ | 0.25 | Review closing binder index and UCC filings. | $52.50 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/31/09 | KMM | 1.40 | Address mezzanine foreclosure risk assessment (0.2); telephone conference with K. Burroughs regarding same (0.1); draft summary and analysis to client regarding same (1.1). | $686.00 |
| 03/31/09 | KW | 0.60 | Discussed status of outstanding documents with C. Jennsen (0.3); Compiled list to be sent to client and servicer (0.2) ; Reviewed pledge mechanics (0.1) | $213.00 |

**TOTAL HOURS:**              **62.25**       **AMOUNT:**              **$35,953.00**

**1107 Broadway –Toy Building**

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/02/09 | KAB | 1.10 | Conference call with client group regarding strategizing mortgage or mezz foreclosure (.7); call with M. Lascher regarding lender group letter (.4). | $907.50 |
| 03/03/09 | KAB | 1.40 | Attention to co-lender letter and revisions to address potential mortgage foreclosure (1.1); call with J. Scaffin to update him regarding Lehman strategy call (.3). | $1,155.00 |
| 03/03/09 | LAC | 0.30 | Telephone conference with K. Burroughs regarding foreclosure action. | $262.50 |
| 03/03/09 | DEC | 5.90 | Conference with L. Ceriello (.2 hour); research foreclosure and mechanics lien law regarding rights of mechanic lienors to raise potential defenses (5.7 hours). | $3,304.00 |
| 03/04/09 | KAB | 0.40 | Attention to research regarding ability to foreclose out mechanic liens if Lehman forecloses its mezz loan (.2); follow up with Trimont and Lehman regarding application of Lehman held funds to Tessler personal loan (.2). | $330.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/04/09 | LAC | 3.30 | Review following mortgage loan documents: guaranty of recourse obligations, carry guaranty and guaranty of completion; preliminary review of closing checklist and loan agreement. | $28,875.00 |
| 03/04/09 | KW | 0.40 | Determination of outstanding documents (0.2); call with J. Scaffin regarding necessary documents given the new strategy (0.2). | $142.00 |
| 03/04/09 | DEC | 1.10 | Conference with L. Ceriello (.1 hour); research foreclosure and mechanics lien law regarding rights of mechanic lienors to raise potential defenses (1.0). | $616.00 |
| 03/05/09 | KAB | 0.40 | Attention to foreclosure (.2); follow up regarding partial payment to be made on Tessler loan with proceeds held by Lehman (.2). | $330.00 |
| 03/05/09 | LAC | 5.00 | Telephone conference with D. Champagne regarding documents; review guaranties (finish completion and tax guaranty review) and continue review of credit agreement. | $4,375.00 |
| 03/06/09 | KAB | 0.50 | Attention to partial payment on Tessler loan and prepare partial payment letter regarding same (.5). | $412.50 |
| 03/06/09 | LAC | 3.00 | Continued reading of underlying loan documents to understand structure of loan and loan terms and provisions. | $2,625.00 |
| 03/06/09 | BL | 1.00 | Reviewed the title policies and loan documents and drafted a spreadsheet listing all the existing Notes and Mortgages. | $235.00 |
| 03/06/09 | KW | 1.20 | Drafted partial payment letter for Tessler's $500 K Loan (1.2). | $355.00 |
| 03/08/09 | DEC | 1.00 | Reviewed loan documents for prior mortgage and note chain. | $560.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/09/09 | KAB | 0.80 | Attention to Tessler partial payment letter (.1); follow-up with S. Gorey regarding plans to retain mezz broker and attention to proposal regarding same (.7). | $660.00 |
| 03/09/09 | KMM | 1.40 | Telephone conference with servicer regarding current status and Citibank lease (0.3); telephone conference with client regarding current status regarding dual foreclosures (0.3); review and redraft broker proposal (0.6); research transfer tax issues (0.2). | $686.00 |
| 03/09/09 | LAC | 3.85 | Review existing notes and mortgages and other loan documents; catalog documents in my possession. | $3,368.75 |
| 03/09/09 | BL | 1.00 | Edited and revised the spreadsheet in relation to the existing Notes and Mortgages. | $235.00 |
| 03/09/09 | KW | 0.40 | Revised partial payment letter and sent to client. | $142.00 |
| 03/09/09 | DEC | 6.70 | Reviewed loan documents for prior mortgage and note chain and prepared summary and spreadsheet (6.7 hours). | $3,752.00 |
| 03/10/09 | KAB | 0.40 | Attention to issue regarding recovering Citibank rents and enforcing the lockbox (.2); attention to foreclosure due diligence (.2). | $330.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/10/09 | LAC | 4.50 | Review underlying loan documents, including all notes and mortgages and certain ancillary loan documents for purpose of understanding structure of loan (3.7); telephone conference with D. Champagne regarding charts and diligence on mortgage tax issues; chain of title and related admin questions (.3); review written work product by D. Champagne (.3); telephone conference with K. Mylod regarding diligence (.2). | $3,937.50 |
| 03/10/09 | KW | 0.30 | Reviewed junior guaranties to determine liability for nonpayment of electric and misapplication of rent (0.3). | $106.50 |
| 03/10/09 | DEC | 2.40 | Researched transfer tax issues regarding mezzanine and mortgage foreclosure by same lender (2.2 hours); conference with L. Ceriello (.2). | $1,344.00 |
| 03/11/09 | KAB | 0.50 | Attention to preparation for mortgage loan foreclosure and loan document questions (.5). | $412.50 |
| 03/11/09 | KMM | 0.30 | Address Citibank lease issue: telephone calls to contact people at Citibank (0.3). | $147.00 |
| 03/11/09 | LAC | 2.00 | Continue review of loan documents. | $1,750.00 |
| 03/11/09 | BL | 3.50 | Reviewed all recorded mortgages, assignments and notes and other recorded documents to notify any discrepancies in the execution and notarization of the documents as well as the description of legal description to the property. | $822.50 |
| 03/11/09 | DEC | 1.20 | Call with NY Department of Taxation regarding transfer and mortgage taxes (.6); calculate and confirm amount of mortgage taxes paid (.6). | $672.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/12/09 | KAB | 0.30 | Attention to Citibank rent direction issues and ongoing negotiations regarding same. | $247.50 |
| 03/12/09 | KMM | 0.20 | Telephone conference with legal department at Citibank regarding rent direction. | $98.00 |
| 03/12/09 | LAC | 3.50 | Review of underlying loan documents for potential issues and structuring decisions (2.5); telephone conference with D. Champagne regarding tax and other issues; follow by reviewing memo and charts (1.0). | $3,062.50 |
| 03/13/09 | KAB | 0.50 | Detailed call with client regarding strategy for enforcing guaranty claims arising out of Citibank diversion of rents; ongoing strategy regarding foreclosure (.5); attention to drafting default letters (.3); follow up regarding broker for mezzanine foreclosure (.2). | $412.50 |
| 03/13/09 | KMM | 2.20 | Review mortgage loan documents regarding maturity default and extension option (0.4); telephone conference with L. Ceriello and Trimont regarding same (0.5); gather mortgage loan documentation material for L. Ceriello (0.4); telephone conference with client regarding guarantor demand for Citibank rent misapplication (0.4); address property insurance payment issue with Trimont (0.5). | $1,078.00 |
| 03/13/09 | LAC | 0.30 | Telephone conference with K. Mylod and Trimont regarding status of loan. | $262.50 |
| 03/13/09 | KW | 1.40 | Call with client regarding defaults (0.4); drafted guarantor demand letter (1.0). | $497.00 |
| 03/16/09 | KAB | 1.20 | Attention to letters to be sent to borrowers and guarantors regarding diversion of Citibank rents and cancelling insurance (.9); attention to exemption from transfer tax regarding simultaneous mortgage and mezz foreclosure (.3). | $990.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/16/09 | KW | 3.40 | Drafted junior mezzanine default letter regarding rent and failure to maintain insurance (0.5); Drafted senior loan default notice and guarantor demand letter (0.9); Drafted senior mezzanine default and guarantor demand letter (1.0); Discussions with K. Burroughs regarding nature of defaults and treatment under the loan agreements (1.0). | $1,207.00 |
| 03/16/09 | DEC | 3.80 | Researched New York City transfer tax code regulations and exemptions (3.7); call with New York City Department of Finance (audit division) (0.1). | $2,128.00 |
| 03/17/09 | KAB | 0.60 | Attention to letters to be sent to mortgage and mezz borrower and guarantors regarding Citibank diversion of rents and cancellation of insurance (.6). | $495.00 |
| 03/17/09 | KW | 1.90 | Revise and finalize guarantor demand letter and default letters (1.2); discussion of letters with K. Burroughs (0.7). | $674.50 |
| 03/17/09 | DEC | 0.20 | Call with New York City Department of Finance (audit division) (0.2). | $112.00 |
| 03/18/09 | KAB | 0.30 | Attention to foreclosure due diligence on title issues (.3). | $247.50 |
| 03/18/09 | KW | 1.40 | Researched applicability of secured lender exemption under NY Navigation Law 181 to mezzanine lender (1.4) | $497.00 |
| 03/19/09 | KAB | 0.20 | Attention to 1107 Foreclosure complaint. | $165.00 |
| 03/20/09 | KAB | 1.10 | Attention to foreclosure complaint; preparation. | $907.50 |
| 03/20/09 | LMS | 0.50 | Conference call regarding status; strategy. | $412.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/20/09 | KMM | 1.40 | Telephone conference with K. Burroughs, L. Ceriello and L. Solomon regarding mortgage loan foreclosure complaint and procedure (0.6); telephone conference with servicer regarding file request and update as to status (0.3); review file regarding mortgage loan foreclosure materials (0.5). | $686.00 |
| 03/20/09 | LAC | 1.00 | Conference call at 9 a.m. with K. Burroughs and L. Solomon regarding foreclosure process and steps. | $875.00 |
| 03/23/09 | KAB | 0.80 | Attention to mechanic lien question (.2); attention to foreclosure due diligence (.3); attention to questions regarding mezzanine foreclosure (.3). | $700.00 |
| 03/23/09 | CJJ | 0.50 | Review foreclosure title commitment; request copies of documents. | $105.00 |
| 03/23/09 | KMM | 0.90 | Brief review of title commitment for mortgage foreclosure (0.2); coordinate review of same and underlying documents with C. Jenssen (0.2); commence review of form mortgage foreclosure complaint (0.5). | $441.00 |
| 03/23/09 | LAC | 0.20 | Telephone conference with K. Mylod. | $175.00 |
| 03/24/09 | KMM | 4.10 | Draft summons for mortgage foreclosure action (0.5); review form mortgage foreclosure complaint (0.5); commence drafting mortgage foreclosure complaint and review relevant documents related to same to extract facts for the complaint (3.1). | $200.90 |
| 03/24/09 | KW | 2.10 | Reviewed loan agreement to see if Borrower or Guarantor had tripped over additional default provisions (0.6); Reviewed Guaranties to see if a waste claim is viable (0.5); Compared ancillary loan documents to ensure they are on the same form, highlighting any differences (1.0). | $745.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/25/09 | KAB | 0.40 | Attention to foreclosure complaint (.3); attention to questions regarding construction documents (.1). | $330.00 |
| 03/25/09 | CJJ | 1.00 | Review binder index; correspond with clients; respond to title questions. | $210.00 |
| 03/25/09 | KMM | 2.60 | Draft mortgage foreclosure complaint (1.6); review mortgage level borrower and guarantor default and recourse provisions (0.5); strategize additional bases for the mortgage foreclosure complaint with K. Burroughs (0.5). | $1,274.00 |
| 03/25/09 | KW | 2.20 | Reviewed demand and default letters previously sent to Borrower and Guarantor to compile chart of all noticed defaults for senior, senior mezz, and junior mezz levels (2.2). | $781.00 |
| 03/26/09 | KAB | 0.20 | Attention to document issues regarding mezz foreclosure (.2). | $165.00 |
| 03/26/09 | KMM | 3.00 | Draft mortgage foreclosure complaint. | $1,065.00 |
| 03/27/09 | KAB | 1.00 | Call with S. Gorey (.7); attention to foreclosure complaint (.3). | $825.00 |
| 03/27/09 | KMM | 1.00 | Complete drafting mortgage foreclosure complaint (0.6); telephone conference with client regarding status (0.4). | $490.00 |
| 03/30/09 | KAB | 1.20 | Attention to documents regarding release of funds on 240 Park JV Partners (.6); attention to mortgage foreclosure (.3); attention to mezz foreclosure issues (.3). | $990.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/30/09 | KMM | 5.80 | Review, revise and revert authorization letter to escrow agent to distribute 240 Park Funds (1.2); draft distributee release related to same (1.0); various telephone conferences with servicer regarding same (1.0); address deposit account control agreement change of account to non-interest bearing issue (0.3); review pledge agreements, assignment documents and LLC agreements regarding enforcement of mezzanine loan collateral (1.3); summarize same (0.5); edit mortgage foreclosure complaint (0.5). | $2,842.00 |
| 03/31/09 | CJJ | 0.80 | Begin review of exception documents. | $168.00 |
| 03/31/09 | KMM | 2.10 | Further review and revision of mortgage foreclosure complaint (1.0); review mortgage loan agreement regarding mechanic's lien default (0.3); regarding-draft mortgage supplemental default regarding same (0.5); supervise K. Wainright's drafting of the remaining two loan default notices and three guarantor notices regarding same (0.3). | $1,029.00 |
| 03/31/09 | KW | 1.10 | Updated default notices to senior mezzanine borrower, junior mezzanine borrower, mortgage guarantor, senior mezzanine guarantor, and junior mezzanine guarantor to reflect additional default (1.1). | $390.50 |

**TOTAL HOURS:**      **111.65**      **AMOUNT:**      **$67,088.75**

**Cropsey**

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 02/17/09 | KAB | 0.30 | Attention to new Lehman matter. | $247.50 |
| 02/19/09 | KW | 0.60 | Reviewed loan documents (0.5); emailed servicer regarding missing docs (0.1). | $213.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 02/23/09 | KMM | 0.30 | Telephone conference with Trimont regarding background regarding Cropsey deal. | $147.00 |
| 02/23/09 | KW | 2.10 | Reviewed loan agreement (1.9); discussion with J. Scaffin and K. Mylod (0.2). | $745.50 |
| 02/24/09 | KMM | 0.60 | Review material loan documents related to Cropsey loan. | $294.00 |
| 02/27/09 | KW | 0.20 | Coordinated download of documents from repository (0.2) | $71.00 |
| 03/09/09 | KAB | 0.20 | Follow-up with client regarding status and default letter. | $165.00 |
| 03/09/09 | KMM | 1.40 | Review relevant loan documents (0.4); telephone conference with servicer to confirm senior loan status and ownership (0.2); draft default notice and revert same to client (0.3); review and revise pre-negotiation agreement and revert same to client (0.5). | $686.00 |
| 03/10/09 | KAB | 0.20 | Attention to default notice (.2). | $165.00 |

**TOTAL HOURS:**          **5.90**          **AMOUNT:**          **$2,734.00**

**La Posada**

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/06/09 | KAB | 0.30 | Attention to new distressed mezz loan secured by property in New Mexico. | $247.50 |
| 03/06/09 | KW | 0.30 | Reviewed conflicts material and org chart (0.3) | $106.50 |
| 03/09/09 | KAB | 1.10 | Attention to new distressed mezz deal and kick-off call with clients. | $907.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/10/09 | KAB | 0.20 | Attention to default notice and questions regarding documents. | $165.00 |
| 03/10/09 | KMM | 1.30 | Review loan documents regarding payment default and notice to borrower regarding same (0.8); draft non-payment notices and revert same to client (0.3); telephone conference with Trimont regarding amounts currently due (0.2). | $637.00 |
| 03/11/09 | KAB | 0.20 | Attention to default notices and whether appropriate to collect default interest (.2). | $165.00 |
| 03/11/09 | KMM | 0.40 | Review and finalize non-payment letters (0.3); correspondence with TriMont regarding same (0.1). | $196.00 |
| 03/13/09 | KAB | 0.40 | Call from client and attention to strategy regarding further assemblage of notices. | $330.00 |
| 03/17/09 | KMM | 0.50 | Attend to default notice (.3); supervise K. Wainright's drafting of same (.1); revert same to client (.1). | $245.00 |
| 03/17/09 | KW | 0.70 | Drafted default notices | $248.50 |
| 03/19/09 | KAB | 0.30 | Attention to question about status of mechanic's lien for "soft costs" for renovation professionals. | $247.50 |
| 03/20/09 | KAB | 0.20 | Follow-up regarding mechanic lien question. Follow-up regarding default letters. | $165.00 |
| 03/20/09 | KMM | 0.20 | Review materialmen's lien statute for New Mexico (0.1); respond to request from servicer regarding same (0.1). | $98.00 |
| 03/24/09 | CJJ | 0.30 | Order lien searches. | $63.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/25/09 | CJJ | 1.00 | Review lien search results. | $210.00 |
| 03/31/09 | CJJ | 0.50 | Review lien searches. | $105.00 |

**TOTAL HOURS:**       **7.90**       **AMOUNT:**       **$4,136.50**

**T-Rex, St. John**

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/09/09 | KMM | 0.20 | Review client correspondence regarding status update. | $98.00 |
| 03/10/09 | KAB | 0.70 | Follow up with John Nastasi regarding strategy issues (.4); attention to issues raised by invoice received from LC provider and risks raised by non-payment of same (.3). | $577.50 |
| 03/10/09 | KMM | 0.40 | Review client correspondence regarding letter of credit (0.1); review letter of credit documents (0.2); draft response correspondence to client regarding same (0.1). | $196.00 |
| 03/11/09 | KAB | 0.70 | Attention to issues regarding obtaining letter of credit (.3) and call with J. Kiley (.2) and e-mails with group (.2). | $577.50 |
| 03/11/09 | KMM | 0.10 | Review client correspondence. | $49.00 |
| 03/17/09 | KAB | 1.10 | Attention to letter of credit issues (.2); analysis of escrow agreement (.4); strategy regarding approach to JV partner (.5). | $907.50 |
| 03/19/09 | KAB | 0.30 | Emails with client regarding negotiating strategy with Sirius. | $247.50 |
| 03/19/09 | KAB | 1.00 | Call with client and consultant regarding strategy. | $825.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/19/09 | KMM | 1.50 | Review client correspondence regarding Sirius approach (0.2); prepare for and attend telephone conference with client regarding strategy for documenting conversations with T-Rex (0.7); further review of relevant loan and joint venture documents for foreclosure and recourse strategy (0.6). | $735.00 |
| 03/20/09 | KAB | 0.40 | Attention to strategy regarding Sirius and Borrower. | $330.00 |
| 03/20/09 | KMM | 0.90 | Review proposed next steps with K. Burroughs (0.3); draft summary for client regarding same (0.6). | $441.00 |
| 03/23/09 | KAB | 2.20 | Follow-up regarding negotiating strategy with borrower and Sirius (.4); detailed call with client regarding same (1.1); attention to PNA to be entered into with Sirius (.3); attention to side letter with borrower (.4). | $1,815.00 |
| 03/23/09 | KMM | 5.30 | Review client response to Dechert correspondence regarding next steps (0.2); review buy-out proposal from Sirius (0.4); confirm issues raised in buy-out proposal against joint venture document and ground lease (0.6); review issues memorandum (0.4); commence drafting pre-negotiation agreement with Sirius (1.3); prepare for and attend telephone conference with client regarding next steps and response to Sirius (1.0); follow up correspondence to client regarding questions raised on teleconference (0.2); draft memorandum of agreement with borrower (1.2). | $2,597.00 |
| 03/24/09 | KAB | 3.60 | Preparation of pre-negotiation agreement to be signed by co-venture partner Sirius (1.5); preparation of Memorandum of Understanding to be circulated to Borrower (1.6); call with client to discuss same (.5). | $2,970.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
                                               :
                    Debtors.                   :        (Jointly Administered)
                                               :
                                               :
---------------------------------------------------x

## ORDER PURSUANT TO SECTIONS 105(a), 327, 328, AND 330
## OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO
## EMPLOY PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS

Upon the motion, dated October 13, 2008 (the "Motion"), of Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-

debtor affiliates, "Lehman"), pursuant to sections 105(a), 327, 328 and 330 of chapter 11 of the

title 11 of the United States Code (the "Bankruptcy Code") for authorization to employ

professionals utilized in the ordinary course of business (the "Ordinary Course Professionals"),

all as more fully described in the Motion; and the Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the

Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York

Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and due and proper notice of the Motion having been provided in accordance with the

procedures set forth in the order entered September 22, 2008 governing case management and

administrative procedures [Docket No. 285] to (i) the United States Trustee for the Southern

District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for the Southern District of New York; and (vi) all parties who have requested

notice in these chapter 11 cases, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Motion is in the best

interests of the Debtors, their estates and creditors, and all parties in interest and that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to sections 105(a), 327, 328, and 330 of the Bankruptcy

Code, to the extent deemed necessary by the Debtors, the Debtors are authorized to employ, *nunc*

*pro tunc* to September 15, 2008, the Ordinary Course Professionals listed on <u>Exhibit C</u> hereto in

the ordinary course of their businesses in accordance with the procedures set forth herein,

effective as of the date of commencement of the Debtors' chapter 11 cases; and it is further

ORDERED that each Ordinary Course Professional shall provide the Debtors'

attorneys as promptly as possible following (i) the entry of an order granting this Motion, or (ii)

the date on which the Ordinary Course Professional commences services for the Debtors:  (a) an

affidavit (the "<u>Ordinary Course Professional Affidavit</u>"), substantially in the form annexed

hereto as <u>Exhibit A</u>, certifying that such Ordinary Course Professional does not represent or hold

any interest adverse to the Debtors or their estates with respect to the matter on which the

professional is to be employed; and (b) a completed retention questionnaire (the "<u>Retention</u>

<u>Questionnaire</u>"), substantially in the form annexed hereto as <u>Exhibit B</u>; and it is further

ORDERED that the Debtors' attorneys shall file the Ordinary Course Professional

Affidavits and Retention Questionnaires with the Court and serve a copy thereof upon the

Reviewing Parties (as defined below); and it is further

ORDERED that the Debtors are authorized to supplement the list of Ordinary

Course Professionals from time to time during these chapter 11 cases, as the need arises, and file

a notice with the Court listing such additional Ordinary Course Professionals and attach thereto

the relevant Ordinary Course Professional Affidavits and Retention Questionnaires (collectively,

the "Supplemental Notice of Ordinary Course Professionals"), and serve the Supplemental

Notice of Ordinary Course Professionals on the (i) U.S. Trustee, and (ii) attorneys for the official

committee of unsecured creditors appointed in these chapter 11 cases (together with the Debtors,

the "Reviewing Parties"); and it is further

ORDERED that the Reviewing Parties shall have 10 days after receipt of either

the Ordinary Course Professional Affidavit and the Retention Questionnaire, in the case of

Ordinary Course Professionals listed on Exhibit C, or the Supplemental Notice of Ordinary

Course Professionals, in the case of any additional Ordinary Course Professionals, to object to

the retention, employment or compensation of the Ordinary Course Professional stemming from

the contents of the Ordinary Course Professional Affidavit or the Retention Questionnaire (the

"Objection Deadline"); and it is further

ORDERED that if no objections are filed by the Objection Deadline, the

retention, employment, and compensation of the Ordinary Course Professional shall be deemed

approved pursuant to sections 327 and 328 of the Bankruptcy Code without the need for a

hearing and without further order from the Court; *provided, however*, that if an objection is filed

and any such objection cannot be resolved within 20 days, the matter shall be set for a hearing

before the Court; and it is further

ORDERED that the Debtors are authorized to pay compensation and reimburse expenses to each of the Ordinary Course Professionals retained pursuant to this Order in the customary manner in the full amount billed by each such Ordinary Course Professional upon receipt of reasonably detailed invoices indicating the nature of the services rendered and calculated in accordance with such professional's standard billing practices (without prejudice to the Debtors' right to dispute any such invoices); *provided, however,* that the payments do not exceed $150,000 per month per Ordinary Course Professional; and it is further

ORDERED that payment to any one Ordinary Course Professional shall not exceed $1 million for the period prior to the conversion of, dismissal of, or entry of a confirmation order in these chapter 11 cases (the "Chapter 11 Period"); and it is further

ORDERED that in the event payment to any Ordinary Course Professional exceeds $1 million during the Chapter 11 Period, such Ordinary Course Professional shall be required to file a retention application to be retained as a professional pursuant to sections 327 and 328 of the Bankruptcy Code; and it is further

ORDERED that in the event that an Ordinary Course Professional seeks more than $150,000 per month, that professional will be required to file a fee application for the full amount of its fees and expenses for that month in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Fee Guidelines promulgated by the U.S. Trustee, and any and all orders of the Court; and it is further

ORDERED that the Debtors reserve the right to amend the monthly compensation limitations set forth in this order upon notice and hearing; and it is further

4

ORDERED that this Order shall not apply to any professional retained by the

Debtors pursuant to a separate order of the Court.

Dated:  New York, New York
        November 5, 2008

_s/ James M. Peck_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**(Ordinary Course Professional Affidavit)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :    08-13555 (JMP)
                                                    :
                          Debtors.                  :    (Jointly Administered)
                                                    :
                                                    :
————————————————————————x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF _____,

### ON BEHALF OF _____

STATE OF _____          )
                               ) ss:
COUNTY OF _____            )

        _____, being duly sworn, upon his oath, deposes and says:

        1.      I am a [INSERT TITLE] of _____, located at

_____ (the "Firm").

        2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"

and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm

provide _____ services to the Debtors, and the Firm has consented to provide such services.

        3.      The Firm may have performed services in the past and may perform

services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties

in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is

retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases.  The Firm does not perform services for any such person in connection with

these chapter 11 cases.  In addition, the Firm does not have any relationship with any such

person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.    Neither I, nor any principal of, or professional employed by the Firm has

agreed to share or will share any portion of the compensation to be received from the Debtors

with any other person other than the principals and regular employees of the Firm.

5.    Neither I, nor any principal of, or professional employed by the Firm,

insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors

or their estates.

6.    The Debtors owe the Firm $_____ for prepetition services.

7.    The Firm is conducting further inquiries regarding its retention by any

creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein,

the Firm will supplement the information contained in this Affidavit.[1]


By:  _____


Subscribed and sworn to before me
this ___ day of _____, 2008


_____
      Notary Public


---

[1] If necessary.

# EXHIBIT B

**(Retention Questionnaire)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
                                            :
In re                                       :   **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :   **08-13555 (JMP)**
                                            :
                          Debtors.          :   **(Jointly Administered)**
                                            :
                                            :
--------------------------------------------------------x

<u>**RETENTION QUESTIONNAIRE**</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS
HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "<u>Debtors</u>")
<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT FOR FILING BY THE DEBTORS, TO:</u>

  Weil, Gotshal & Manges LLP
  767 Fifth Avenue
  New York, New York 10153
  Attn: Jennifer Sapp
    Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

1.  Name and address of firm:

   _____

   _____

   _____

   _____

2.  Date of retention: _____

3.  Type of services provided (accounting, legal, etc.):

   _____

   _____

   _____

4.    Brief description of services to be provided:

    _____

    _____

    _____

5.    Arrangements for compensation (hourly, contingent, etc.)

    _____

    (a)    Average hourly rate (if applicable):

        _____

    (b)    Estimated average monthly compensation based on prepetition
           retention (if firm was employed prepetition):

        _____

6.    Prepetition claims against the Debtors held by the firm:

    Amount of claim:    $_____

    Date claim arose:    _____

    Source of Claim:    _____

7.    Prepetition claims against the Debtors held individually by any member,
      associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim:    $_____

    Date claim arose: _____

    Source of claim: _____

    _____

    _____

    _____

8.      Stock of the Debtors currently held by the firm:

      Kind of shares: _____

      No. of shares: _____

9.      Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

      Name: _____

      Status: _____

      _____

      Kind of shares: _____

      No. of shares: _____

10.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

      _____

      _____

      _____

      _____

11.     Name of individual completing this form:

      _____

**EXHIBIT C**

**(Ordinary Course Professionals)**

| Professional | Address | Service Performed by Professional |
|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas New York, NY 10036 | Employment Counsel |
| Thacher Proffitt & Wood LLP | Two World Financial Center New York, NY 10281 | Corporate and Real Estate Counsel |
| Ballard Spahr Andres & Ingersoll, LLP | Plaza 1000-Suite 500 Main Street Voorhees, NJ 08043 | Corporate and Real Estate Counsel |
| Andrews & Kurth LLP | 450 Lexington Ave. New York, NY 10017 | Corporate Counsel |
| Herrick & Feinstein LLP | One Gateway Center Newark, NJ 07102 | Corporate and Real Estate Counsel |
| Benesch, Fiedlander, Coplan & Arnoff LLP | 200 Public Square, #2300 Cleveland, OH 44114 | Corporate and Real Estate Counsel |
| Latham & Watkins, LLP | 885 Third Avenue New York, NY 10022-4834 | Corporate Counsel |
| Schulte, Roth & Zabel LLP | 919 Third Avenue New York, NY 10022 | Corporate Counsel |
| Heller Ehrman LLP[1] Peter J. Benvenutti | 333 Bush Street San Francisco, CA 94104 | Litigation Counsel[2] |
| White & Case LLP | ul. Marszalkowska 142 00-061 Warszawa Poland | Litigation Counsel in Warsaw |
| Freshfields Bruckhaus Deringer | Seilergrasse 16 1010 Vienna Austria | Litigation Counsel in Austria |
| Dorsey & Whitney LLP | 136 South Main Street Suite 1000 Salt Lake City, UT 84101 | Litigation Counsel |

---

[1] The firm of Heller Ehrman LLP is currently in dissolution. Peter J. Benvenutti, the primary attorney working on Lehman matters at Heller Ehrman, will be moving to a new firm in the future. When that determination occurs, the Debtors will supplement the list of ordinary course professionals to include his new firm.

[2] Litigation Counsel is defined throughout the list of ordinary course professionals as counsel who represent Lehman Brothers Holdings Inc. or one of its affiliates in a Plaintiff capacity.

| Professional | Address | Service Performed by Professional |
|---|---|---|
| Snell & Wilmer LLP | One Arizona Center<br>Phoenix, AZ 85004 | Litigation Counsel in Arizona |
| Squire, Sanders & Dempsey L.L.P. | Two Renaissance Square<br>40 North Central Avenue<br>Suite 2700<br>Phoenix, AZ 85004 | Litigation Counsel in Arizona |
| Lewis and Roca LLP | One South Church Ave.<br>Suite 700<br>Tucson, Arizona 85701 | Litigation Counsel in Arizona |
| Hahn Loeser & Parks LLP | 200 Public Square<br>Suite 2800<br>Cleveland, OH 44114 | Litigation Counsel in Ohio |
| Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street,<br>New York, NY 10019 | Real Estate Counsel |
| Woodbury & Santiago, P.A. | Two Datran Center - Ph 1A<br>9130 South Dadeland Blvd.<br>Miami, Florida 33156 | Real Estate Counsel in Florida |
| Blake Cassels & Graydon LLP | 199 Bay Street<br>Suite 2800<br>Commerce Court West<br>Toronto, ON M5L, 1A9<br>Canada | Corporate Counsel in Toronto and Vancouver |
| Willkie Farr & Gallagher LLP | 787 Seventh Avenue<br>New York, NY 10019 | Real Estate Counsel |
| Menter, Rudin & Trivelpiece, P.C. | 308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1498 | Litigation Counsel |
| Jeffer, Mangels, Butler & Marmaro | 1900 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067 | Litigation and Real Estate Counsel in California |
| Click & Null, P.C. | 3475 Piedmont Road, #1910<br>Atlanta, GA 30305 | Corporate and Real Estate Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | 1285 Avenue of the Americas<br>New York, NY 10019-6064 | Litigation Counsel |
| Foster, Graham, Milstein & Calisher, LLP | 621 Seventeenth Street,<br>19th Floor<br>Denver, CO 80293 | Litigation and Real Estate Counsel |
| Reilly Pozner & Connelly LLP | 511 16th Street<br>Suite 700<br>Denver, CO 80202 | Litigation and Real Estate Counsel |
| Akerman Senterfitt | Attorneys at Law<br>350 East Las Olas Blvd.<br>Suite 1600<br>Ft. Lauderdale, FL 33301 | Litigation and Real Estate Counsel |

| Professional | Address | Service Performed by Professional |
|---|---|---|
| Baker & McKenzie LLP | 111 Brickell Avenue Suite 1700 Miami, FL 33131 | Litigation and Real Estate Counsel |
| Gianni, Origoni Grippo & Partners | 20, Via delle Quattro Fontane 00184 Rome, Italy | Italian Counsel |
| Kleyr Grasso Associes | Avocats À La Cour 122, Rue A. Fischer B.P. 559 L-2015 Luxembourg | Luxembourg Counsel |
| Cederquist | Advokatfirman Cederquist KB Hovslagargatan 3 P.O. Box 1670 111 96 Stockholm Sweden | Swedish Counsel |
| Mitsui Company | Akasaka 2.14 Plaza Bldg. 14-32, Akasaka 2-chome Minato-ku, Tokyo 107-0052 Japan | Japanese Counsel |
| Oh-Ebashi LPC & Partners | 2F Kishimoto Building 2-1 Marunouchi 2-chome Chiyoda-ku, Tokyo 100-0005 Japan | Japanese Counsel |
| Morrison & Foerster LLP | Shin-Marunouchi Building, 29th Floor 5-1, Marunouchi 1-chome Chiyodaku, Tokyo 100-6529 Japan | Japanese Counsel |
| LS Horizon Ltd. | 14th Floor Diethelm Tower A 93/1 Wireless Road Lumpini, Pathumwan, 2 Bangkok 10330 Thailand | Thai Counsel |
| Herbert Smith Ltd. | 1403 Abdulrahim Place 990 Rama IV Road Bangkok 10500 Thailand | Thai Counsel |
| NBP Clems | Rúa Colón 33-35, 4° A-B 36.201 Vigo (Pontevedra) Spain | Spanish Counsel |
| HBN Law | L.B. Smithplein 3 Curaçao, Netherlands Antilles | Netherlands Antilles Counsel |
| DLA Piper | 500 Eight Street, N.W. Washington, D.C. 20004 | Governmental Affairs |

| Professional | Address | Service Performed by Professional |
|---|---|---|
| Brand Law Group, PC | 923 15th Street, N.W. Washington, D.C. 20005 | Governmental Affairs |
| Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis | 101 East Kennedy Boulevard Suite 2700 Tampa, FL 33602 | Litigation and Real Estate Counsel |
| Norton Rose LLP | 3 More London Riverside London  SE1 2AQ United Kingdom | Regulatory Advisors under English Law |
| Pekin & Pekin | Lamartine Caddesi 10 Taksim 34437 Istanbul Turkey | Turkish Counsel |
| Herbert Smith CIS LLP | 10 Ulitsa Nikolskaya Moscow 109012 Russia | Russian Counsel |
| Bär & Karrer AG | Brandschenkestrasse 90 CH-8027 Zurich Switzerland | Swiss Counsel |
| Cains | 15-19 Athol Street Douglas Isle of Man IM1 7JN | Isle of Man Counsel |
| Cassels Brock & Blackwell LLP | 2100 Scotia Plaza 40 King Street West Toronto Canada M5H 3C2 | Corporate Counsel in Toronto |
| Clifford Chance LLP | 31 West 52nd Street New York, NY 10019 | Corporate Counsel |
| Fried Frank | 1001 Pennsylvania Avenue, NW Washington, DC 20004 | Litigation and Real Estate Counsel |
| Brownstein Hyatt Farber Schreck, LLP | 410 Seventeenth Street Suite 2200 Denver, CO 80202 | Litigation and Real Estate Counsel |
| Paul, Hastings, Janofsky & Walker LLP | Park Avenue Tower 75 E. 55th Street First Floor New York, NY 10022 | Litigation and Real Estate Counsel |
| Cadwalader, Wickersham & Taft LLP | One World Financial Center New York, New York 10281 | Litigation and Real Estate Counsel |
| Gibson, Dunn & Crutcher LLP | 2029 Century Park East Los Angeles, CA 90067 | Litigation and Real Estate Counsel |
| Sidley Austin LLP | 787 Seventh Avenue New York, NY 10019 | Corporate and Real Estate Counsel |
| Luboja & Thau, LLP | 10 East 40th Street, 30th Floor New York, NY  10016 | Litigation and Employment Counsel |

**EXHIBIT B**

**Time Detail**

**BIII Workout**

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/01/09 | PM | 1.60 | Research on NY transfer tax issue. | $568.00 |
| 03/02/09 | DWF | 7.00 | Extensive tax analysis; work on structuring issues; multiple calls with Lehman; work on revised structure and steps memo. | $6,545.00 |
| 03/02/09 | MH | 6.00 | Review Calif and NY real estate transfer tax issues; review memo; discussion with Darren Shaver and Audrey Yang; discussion with D. Forti; discussion with A. Mioli; telephone conference with P. Churchill; discussion with J. Heil; discussion with Neil Sitzman in the San Francisco office; telephone conference with G. Newman - NY Tax Commission head; review and research NY and Calif law; discussion with D. Linder; discussion with B. Hickey; telephone conference with Weil - Scott Sontag (212-310-8929). | $5,790.00 |
| 03/02/09 | GNS | 0.40 | Work with M. Hirschfeld and A. Yang concerning transfer tax issues. | $114.00 |
| 03/02/09 | ALM | 6.00 | Correspondence with C. Manna, D. Forti and M. Hirschfeld (.3 hrs); revise memorandum (.5 hrs); correspondence with A. Yang and D. Shaier regarding REIT CA Tax Issues (.2 hrs); call with D. Forti and M. Hirschfeld regarding new structure (.5 hrs); revise full memorandum to reflect new structure (2 hrs); revise short memorandum to reflect new structure (.5 hrs); review comments to full memorandum and short memorandum from D. Forti and M. Hirschfeld, revise and distribute (2 hrs). | $3,540.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/02/09 | AMY | 4.43 | Determine government agency contacts in connection with transfer tax issue. Confer with M. Hirschfeld and N. Sitzman regarding transfer tax issues. Draft memo consolidating information and analysis accumulated regarding transfer tax issues. Review materials regarding REIT ownership interest determination. | $1,572.65 |
| 03/02/09 | PM | 7.40 | Research on tax treatment of 100 Wall property; correspondence and calls to discuss aspects of the transaction. | $2,627.00 |
| 03/02/09 | DS | 7.20 | Researching CA state transfer tax issues; several conference calls to discuss issue with Dave Forti, Mike Hirschfeld, Alicia Mioli, Audrey Yang | $2,556.00 |
| 03/03/09 | JBH | 2.00 | Researched California transfer tax (SF); conversations with D. Forti and S. Rivers regarding same. | $1,930.00 |
| 03/03/09 | JBH | 0.50 | Conversation with S. Rivers and D. Forti regarding transfer taxes. | $482.50 |
| 03/03/09 | DWF | 6.00 | Continued work on structure and steps; tax issues; multiple calls with Lehman; all hands call with Lehman & Weil; revise documents; significant loan doc and intercreditor analysis. | $5,610.00 |
| 03/03/09 | MH | 7.50 | Telephone conference with Scott Sontag - (212) 310-8929 - multiple calls; e-memos to Scott Sontag; discussion with Paul Melinczak and Daren Shaver; review and research relevant issues; discussion with D. Forti; discussion with D. Shaver; discussion with P. Melniczak; discussion with Yang; discussion with Neal Sitzman - ext 4523; conference call with David Zackowitz at Lehman, Charlie Manna at Lehman, Michael Bond at Weil; Scott Sontag at Weil, David Herman at Weil, D. Forti, and others. | $7,237.50 |

3

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/03/09 | SAR | 6.80 | Researched California law regarding real property transfer taxes; researched Los Angeles and San Francisco municipal codes regarding same; telephone conferences with J. Heil and D. Forti regarding same. | $4,930.00 |
| 03/03/09 | GNS | 3.90 | Work with team concerning transfer tax issues; several telephone conferences with county recorder and assessor offices concerning same. | $1,111.50 |
| 03/03/09 | ALM | 3.70 | Conference call with C. Manna, D. Zackowitz, D. Forti, M. Hirschfeld, S. Sontag, D. Herman and M. Bond regarding changes to structure (.7 hrs); revise and distribute BIII full memorandum and short memorandum based on regarding-structure call (3 hrs). | $2,183.00 |
| 03/03/09 | AMY | 8.18 | Confer regarding California transfer tax issues. Review materials regarding same. Attended conference call. Research into San Francisco local ordinances, Los Angeles local ordinances, exemptions from transfer tax, valuation of consideration for purposes of calculating tax. | $2,903.90 |
| 03/03/09 | PM | 5.90 | Research on tax treatment of 100 Wall property for purposes of NY state/NYC transfer tax; calls with all parties to discuss transaction. | $2,094.50 |
| 03/03/09 | DS | 7.60 | Researching CA state transfer tax issues; several conference calls to discuss issue with Dave Forti, Mike Hirschfeld, Alicia Mioli, Audrey Yang | $2,698.00 |
| 03/04/09 | JBH | 0.50 | Various conference calls regarding Lehman after tax. | $482.50 |
| 03/04/09 | DWF | 3.50 | Continued work on steps memo and foreclosure structure; calls and e-mails; attention to CA and NY tax issues. | $3,272.50 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/04/09 | MH | 2.30 | Conference with Audrey Yang and Daren Shaver; discussion with D. Forti; discussion with A. Mioli; telephone conference with Scott Sontag; revise memo; e-memo to P. Churchill. | $2,219.50 |
| 03/04/09 | SAR | 5.30 | Researched California law regarding real property transfer taxes; researched Los Angeles and San Francisco municipal codes regarding same; telephone conference with A. Yang, N. Sitzman and various representatives of First American Title Company regarding same; telephone conference with D. Forti regarding same. | $3,842.50 |
| 03/04/09 | GNS | 1.80 | Work with S. Rivers and A. Yang concerning transfer tax issues; several telephone conferences with title company and county assessors concerning same. | $513.00 |
| 03/04/09 | ALM | 5.00 | Review comments to full memo; revise and distribute (2.5 hrs). Conference call with D. Forti, M. Hirschfeld, A. Yang and D. Shover regarding CA tax issues (.5 hrs). Review comments to short memo; revise and distribute (.5 hrs).  Review additional comments to full memo; revise and distribute (1.5 hrs). | $2,950.00 |
| 03/04/09 | AMY | 1.15 | Confer regarding documentary transfer tax application in Los Angeles County and City. Review materials regarding same. Discussion with title company regarding transfer tax application. | $408.25 |
| 03/04/09 | DS | 2.40 | Researching CA state and city transfer tax issues; several conference calls to discuss issue with Mike Hirschfeld, Alicia Mioli, Audrey Yang | $852.00 |
| 03/05/09 | DWF | 2.00 | All hands call on structure memo; review and comment. | $1,870.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/05/09 | MH | 1.80 | Telephone conference with Scott M. Sontag - (212) 310-8929; review documents; conference call with all parties - Sontag, Weil, client; discussion with A. Mioli regarding document revision and Neal's e-mail on San Fran transfer taxes. | $1,737.00 |
| 03/05/09 | GNS | 1.10 | Review documents and provide comments to A. Mioli. | $313.50 |
| 03/05/09 | ALM | 1.50 | Call with S. Sontag, D. Herman, D. Forti and M. Hirschfeld regarding revised full memo (.5 hrs).  Revise and distribute full memo (1 hr). | $885.00 |
| 03/05/09 | AMY | 0.35 | Review executive summary. | $124.25 |
| 03/05/09 | DS | 1.20 | Reviewing BIII memo in preparation for conference calls/follow-up research | $426.00 |
| 03/06/09 | DWF | 0.30 | Tax issues. | $280.50 |
| 03/06/09 | MH | 1.10 | Telephone conference with L. Weller at Deloitte; conference call with D. Forti and A. Mioli; discussion with A. Mioli; discussion with Neal Sitzman; review e-memos and Calif tax exposure. | $1,061.50 |
| 03/06/09 | GNS | 0.30 | Telephone conference with M. Hirschfeld concerning transfer tax issues; telephone conference with A. Mioli concerning same. | $85.50 |
| 03/06/09 | FQ | 3.88 | Drafting closing checklist, liaising with A. Mioli | $590.00 |
| 03/08/09 | MH | 0.30 | Review e-mails and e-memo to D. Forti and A. Mioli. | $289.50 |
| 03/09/09 | DWF | 0.50 | Attention to revised memos. | $467.50 |
| 03/09/09 | MH | 0.20 | Review e-mails. | $193.00 |

6

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/09/09 | GNS | 0.30 | Work with A. Yang concerning transfer tax questions. | $85.50 |
| 03/09/09 | FQ | 2.88 | Revising closing checklist, liaising with A. Mioli on foreclosure documents | $1,699.20 |
| 03/13/09 | DWF | 1.00 | Call with C. Manna regarding structure. | $935.00 |
| 03/26/09 | DWF | 3.00 | Call with C. Manna; review PNA agreement; review Borrower's proposal; prepare for meeting. | $2,805.00 |
| 03/27/09 | DWF | 2.00 | Prepare for meeting with Borrower; multiple e-mails; doc review. | $1,870.00 |
| 03/30/09 | DWF | 8.00 | Roundtrip travel to New York for pre-meeting with Lehman and all hands meeting with Lehman, Borrower and Borrower's counsel. | $7,480.00 |
| 03/31/09 | DWF | 1.00 | Discuss proposed structure with tax partner M. Hirschfeld to see if all equity deal would attract transfer tax; e-mail with client. | $935.00 |
| 03/31/09 | MH | 1.60 | E-memo to D. Forti regarding revised structure for foreclosure on mezz debt; discussion with D. Forti regarding Broadway Lehman meeting follow up | $1,544.00 |

**TOTAL HOURS:**          **148.37**          **AMOUNT:**          **$95,970.55**

**46th Street**

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 02/19/09 | KW | 0.60 | Reviewed loan documents (0.5); emailed to servicer regarding outstanding documents (0.1). | $213.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 02/23/09 | KMM | 0.30 | Telephone conference with Trimont regarding background of 46th Street deal. | $147.00 |
| 02/23/09 | KW | 0.50 | Discussion with J. Scaffin (0.1); review of loan guaranty (0.4). | $177.50 |
| 02/24/09 | KMM | 0.60 | Review material loan documents related to 46th Street loan. | $294.00 |
| 02/24/09 | KW | 1.00 | Reviewed LLC agreement to determine rights of equity partners (0.3); Discussion with K. Mylod (0.2); Reviewed loan documents for extension conditions (0.5). | $355.00 |
| 03/09/09 | KAB | 0.20 | Follow-up with client regarding status and default letter. | $165.00 |
| 03/09/09 | KMM | 0.90 | Review relevant loan documents (0.4); telephone conference with servicer to confirm senior loan status and ownership (0.2); draft default notice and revert same to client (0.3). | $441.00 |
| 03/10/09 | KAB | 0.20 | Attention to default notice (.2). | $165.00 |
| 03/12/09 | KW | 0.30 | Reviewed documents to check Borrower's SPE status. | $106.50 |
| 03/17/09 | KAB | 0.20 | Follow up regarding prenegotiation letter (.2). | $165.00 |

**TOTAL HOURS:**        **4.80**        **AMOUNT:**        **$2,229.00**

**237 Park Mezz Debt Restructure**

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/12/09 | ALM | 0.50 | Attention to Borrower organizational structure and review impact on transfer tax liability. | $295.00 |
| 03/13/09 | DWF | 2.00 | Call with C. Manna to discuss various options regarding future funding; meeting with J. Rozes to discuss; review intercreditor. | $1,870.00 |
| 03/13/09 | JSR | 1.00 | Review documents; meeting Forti; call Forti and Mioli. | $690.00 |
| 03/13/09 | ALM | 0.20 | Call with D. Forti and J. Rozes regarding use of 2nd Mezz Loan advances. | $118.00 |
| 03/16/09 | DWF | 0.50 | Attention to transfer tax issues; send analysis to C. Manno. | $467.50 |
| 03/16/09 | ALM | 0.50 | Reveiw NY transfer tax laws; calculate 237 Park transfer tax liability. | $295.00 |
| 03/17/09 | JSR | 2.00 | Review intercreditor and loan documents; meeting Forti. | $1,380.00 |
| 03/19/09 | DWF | 0.50 | Respond to client inquiries. | $467.50 |
| 03/19/09 | BL | 0.70 | Attendances to arrange to have copy of closing disk for each of 237 Senior Mezz and Second Mezz sent to Prudential Real Estate Investors. | $164.50 |

**TOTAL HOURS:**          **7.90**          **AMOUNT:**          **$5,747.50**

**325 West Broadway (Tootsie Roll Building)**

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/04/09 | ALC | 0.30 | Review email regarding potential environmental claims against contractor. | $247.50 |

1

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/04/09 | KAB | 0.20 | Follow up wit clients regarding strategy for loan enforcement (.1); attention to environmental questions raised by client (.1). | $165.00 |
| 03/04/09 | JAR | 0.50 | Correspondence with Trimont, K. Burroughs and A. Cohen regarding environmental issues at property. | $262.50 |
| 03/04/09 | CJJ | 0.50 | Correspond with title company regarding foreclosure certificate. | $105.00 |
| 03/05/09 | ALC | 2.20 | Review documents including environmental indemnity, environmental records and complaint; confer with J. Rini regarding potential lender concerns associated with environmental complaint; review environmental liability issues with J. Ix. | $1,815.00 |
| 03/05/09 | KAB | 0.50 | Call from borrower counsel and attention to offer from borrower (.3); attention to client questions regarding cost of maintaining entitlements (.2). | $412.50 |
| 03/05/09 | JMI | 0.40 | Consult with A. Cohen regarding off-site environmental liability issues. | $260.00 |
| 03/05/09 | JAR | 1.00 | Confer with K. Wainright regarding environmental issues (0.5); review materials relating to special permit (0.5). | $525.00 |
| 03/05/09 | KW | 2.70 | Reviewed restrictive declaration (1.0); drafted client email regarding its rights and obligations under declaration (1.0); research on nyc zoning law (0.7) | $958.50 |
| 03/06/09 | ALC | 0.60 | Review and revise proposed email to clients regarding environmental issues. | $495.00 |
| 03/06/09 | KAB | 0.50 | Follow up regarding environmental litigation (.2); attention to borrower proposal (.3). | $412.50 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/06/09 | KW | 2.20 | Reviewed CPC's approval report relating to B's Special Permit (0.6); Call with NYC City Planning Commission (0.4); Drafted email summary to client (1.2). | $781.00 |
| 03/09/09 | ALC | 2.70 | Review email; participate in call with Lehman's and Trimont to review environmental issues associated with 325 Broadway; confer with K. Burroughs and associate regarding lender liability research; review environmental reports; review NY environmental laws. | $2,227.50 |
| 03/09/09 | KAB | 2.00 | Attention to analysis of environmental issues and email to clients regarding same (.4); attention to analysis of obligations under special permits and email to client regarding same (.4); strategy call with client regarding environmental issues and foreclosure strategy (1.2). | $1,650.00 |
| 03/09/09 | JAR | 2.00 | Prepare for call regarding mezzanine foreclosure, mortgage foreclosure, environmental issues and participate in call (1.0); confer with A. Cohen and K. Wainright regarding environmental research (1.0). | $1,050.00 |
| 03/09/09 | KW | 1.90 | Research on environmental liability issues in relation to mortgage and mezzanine lenders (1.9). | $674.50 |
| 03/10/09 | ALC | 2.20 | Preparation for client/consultant call; review environmental documents; review summary of legal research on lender liability; confer with K. Wainright regarding same. | $181.50 |
| 03/10/09 | KAB | 0.20 | Attention to foreclosure due diligence (.2). | $165.00 |
| 03/10/09 | CJJ | 1.00 | Telephone call with Attorney Ceriello; deliver documents regarding title and pending litigation; correspond with title company. | $210.00 |

3

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/10/09 | KW | 1.80 | Research of environmental liability issues and possible exemptions (1.8). | $639.00 |
| 03/11/09 | ALC | 1.00 | Preparation for and participation in call with consultants and client regarding environmental follow-up; review email summarizing consultant's follow-up tasks. | $825.00 |
| 03/11/09 | KW | 1.20 | Conference call with A. Cohen, client, and environmental consultant regarding the Phase I (0.8); follow up call with A. Cohen (0.2); emailed update to J. Rini (0.2). | $426.00 |
| 03/12/09 | KAB | 0.20 | Emails with borrower's counsel regarding request for call with Borrower to discuss environmental issues and Solomon issues. | $165.00 |
| 03/16/09 | KAB | 0.20 | Follow up regarding scheduling environmental call. | $165.00 |
| 03/17/09 | ALC | 0.80 | Plan for and participate in environmental call with borrower and his counsel and Trimont; report on call to KBurroughs. | $660.00 |
| 03/17/09 | KAB | 0.20 | Follow up with A. Cohen regarding environmental call (.2). | $165.00 |
| 03/18/09 | ALC | 0.10 | Review emails from client to borrower. | $82.50 |
| 03/18/09 | LAC | 1.10 | Review foreclosure search; prepare instructions to junior associates for diligence review of foreclosure search and underlying document (.9); telephone call and emails with K. Burroughs regarding foreclosure search and process (.2). | $962.50 |
| 03/19/09 | KAB | 0.20 | Attention to foreclosure due diligence regarding title. | $165.00 |
| 03/19/09 | KAB | 0.30 | Attention to potential environmental exemption for secured lender. | $247.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/19/09 | BL | 1.00 | Attendances in the review of core loan documents to check the accuracy of the legal description, name of borrower and the due execution of those documents. | $235.00 |
| 03/19/09 | KW | 1.30 | Revised email regarding environmental issues and potential lender liability (1.3). | $461.50 |
| 03/20/09 | KAB | 1.10 | Attention to foreclosure complaint preparation (.6); call with client regarding meeting with Lehman; call with Borrower and strategy (.5). | $907.50 |
| 03/20/09 | JAR | 0.50 | Calls with N. Collins and K. Burroughs regarding Tootsie Roll foreclosure and potential property sale. | $262.50 |
| 03/20/09 | LMS | 0.50 | Conference call regarding status; strategy. | $412.50 |
| 03/20/09 | KMM | 0.30 | Telephone conference with K. Burroughs, L. Ceriello and L. Solomon regarding mortgage loan foreclosure complaint and procedure. | $106.50 |
| 03/20/09 | BL | 1.00 | Followed up with Trimont to get all organizational documents and posted to Interwoven for future access. | $235.00 |
| 03/20/09 | KW | 0.60 | Conference call with K. Burroughs and A. Cohen regarding environmental lender liability issues (0.6). | $355.00 |
| 03/23/09 | ALC | 0.60 | Exchange emails with KBurroughs regarding status; confer with borrower's environmental counsel. | $495.00 |
| 03/23/09 | KAB | 0.20 | Attention to scope of guarantor liability. | $165.00 |
| 03/23/09 | KW | 1.60 | Reviewed summary of findings regarding environmental issues and potential lender liability and drafted memo for client (1.6) | $568.00 |
| 03/24/09 | CJJ | 0.50 | Research lien search invoices. | $105.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/25/09 | KAB | 0.90 | Attention to status and follow up with client (.3); follow up regarding environmental information obtained regarding property (.2); follow up with client regarding strategy and negotiation (.4). | $742.50 |
| 03/25/09 | JAR | 0.50 | Confer with K. Wainwright regarding pledges; confer with K. Burroughs. | $262.50 |
| 03/25/09 | KW | 1.40 | Reviewed pledge agreement and loan agreement to determine mechanics of admitting a foreclosing lender or its nominee into the pledged entity (1.0); Discussion of findings with J. Rini (0.2); Revisions to chart summarizing findings (0.2). | $497.00 |
| 03/26/09 | ALC | 1.20 | Review documents received from borrower's counsel; confer with borrower's counsel regarding documents. | $990.00 |
| 03/26/09 | KAB | 1.10 | Attention to issue regarding retaining non-security broker regarding assistance with foreclosure (.6); call with securities counsel and client regarding same (.5). | $907.50 |
| 03/26/09 | KW | 0.50 | Reviewed additional documents received from servicer (0.5); Revised memo on environmental issues (.5) | $177.50 |
| 03/26/09 | ELP | 1.75 | Research SEC no-action positions; participate in conference call with client and potential broker. | $1,312.50 |
| 03/27/09 | ALC | 0.20 | Transmit environmental reports to client. | $165.00 |
| 03/27/09 | KAB | 0.30 | Follow up regarding issues on documentation of mezzanine pledges (.3). | $247.50 |
| 03/27/09 | KW | 1.60 | Reviewed LLC Agreements to determine the mechanics of admitting a new member to the three pledged entities (1.3); Revised chart of certificated interests (0.3) | $568.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/27/09 | ELP | 1.50 | Correspondence relating to BD registration; research no-action letters. | $1,125.00 |
| 03/30/09 | ALC | 2.00 | Review environmental reports from borrower's counsel; revise memo to clients. | $1,650.00 |
| 03/30/09 | KAB | 0.20 | Follow up with A. Cohen regarding obtaining additional information regarding environmental issues (.2). | $165.00 |
| 03/30/09 | JAR | 1.50 | Confer with K. Wainright and K. Mylod regarding Tootsie Roll security package and mezz foreclosure process; review analysis. | $787.50 |
| 03/30/09 | CJJ | 0.25 | Review lien search. | $52.50 |
| 03/30/09 | KMM | 0.70 | Review of pledge, control and LLC agreements regarding steps to transfer collateral in the event of a lender foreclosure (0.7). | $343.00 |
| 03/30/09 | KW | 3.50 | Revised environmental memo (0.5); Discussed mechanics of new member entry with K. Mylod (0.3); Discussed logistics of pledge and control letter with K. Mylod and J. Rini (1.2); Summarized and supplemented analysis of pledge, loan documents, and control letter (1.5) | $1,242.50 |
| 03/31/09 | KAB | 1.00 | Attention to analysis of deficiencies in mezz documents and attention to e-mail to client regarding same (1.0). | $825.00 |
| 03/31/09 | CJJ | 0.25 | Review closing binder index and UCC filings. | $52.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/31/09 | KMM | 1.40 | Address mezzanine foreclosure risk assessment (0.2); telephone conference with K. Burroughs regarding same (0.1); draft summary and analysis to client regarding same (1.1). | $686.00 |
| 03/31/09 | KW | 0.60 | Discussed status of outstanding documents with C. Jennsen (0.3); Compiled list to be sent to client and servicer (0.2) ; Reviewed pledge mechanics (0.1) | $213.00 |

**TOTAL HOURS:**        **62.25**        **AMOUNT:**        **$35,953.00**

**1107 Broadway –Toy Building**

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/02/09 | KAB | 1.10 | Conference call with client group regarding strategizing mortgage or mezz foreclosure (.7); call with M. Lascher regarding lender group letter (.4). | $907.50 |
| 03/03/09 | KAB | 1.40 | Attention to co-lender letter and revisions to address potential mortgage foreclosure (1.1); call with J. Scaffin to update him regarding Lehman strategy call (.3). | $1,155.00 |
| 03/03/09 | LAC | 0.30 | Telephone conference with K. Burroughs regarding foreclosure action. | $262.50 |
| 03/03/09 | DEC | 5.90 | Conference with L. Ceriello (.2 hour); research foreclosure and mechanics lien law regarding rights of mechanic lienors to raise potential defenses (5.7 hours). | $3,304.00 |
| 03/04/09 | KAB | 0.40 | Attention to research regarding ability to foreclose out mechanic liens if Lehman forecloses its mezz loan (.2); follow up with Trimont and Lehman regarding application of Lehman held funds to Tessler personal loan (.2). | $330.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/04/09 | LAC | 3.30 | Review following mortgage loan documents: guaranty of recourse obligations, carry guaranty and guaranty of completion; preliminary review of closing checklist and loan agreement. | $28,875.00 |
| 03/04/09 | KW | 0.40 | Determination of outstanding documents (0.2); call with J. Scaffin regarding necessary documents given the new strategy (0.2). | $142.00 |
| 03/04/09 | DEC | 1.10 | Conference with L. Ceriello (.1 hour); research foreclosure and mechanics lien law regarding rights of mechanic lienors to raise potential defenses (1.0). | $616.00 |
| 03/05/09 | KAB | 0.40 | Attention to foreclosure (.2); follow up regarding partial payment to be made on Tessler loan with proceeds held by Lehman (.2). | $330.00 |
| 03/05/09 | LAC | 5.00 | Telephone conference with D. Champagne regarding documents; review guaranties (finish completion and tax guaranty review) and continue review of credit agreement. | $4,375.00 |
| 03/06/09 | KAB | 0.50 | Attention to partial payment on Tessler loan and prepare partial payment letter regarding same (.5). | $412.50 |
| 03/06/09 | LAC | 3.00 | Continued reading of underlying loan documents to understand structure of loan and loan terms and provisions. | $2,625.00 |
| 03/06/09 | BL | 1.00 | Reviewed the title policies and loan documents and drafted a spreadsheet listing all the existing Notes and Mortgages. | $235.00 |
| 03/06/09 | KW | 1.20 | Drafted partial payment letter for Tessler's $500 K Loan (1.2). | $355.00 |
| 03/08/09 | DEC | 1.00 | Reviewed loan documents for prior mortgage and note chain. | $560.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/09/09 | KAB | 0.80 | Attention to Tessler partial payment letter (.1); follow-up with S. Gorey regarding plans to retain mezz broker and attention to proposal regarding same (.7). | $660.00 |
| 03/09/09 | KMM | 1.40 | Telephone conference with servicer regarding current status and Citibank lease (0.3); telephone conference with client regarding current status regarding dual foreclosures (0.3); review and redraft broker proposal (0.6); research transfer tax issues (0.2). | $686.00 |
| 03/09/09 | LAC | 3.85 | Review existing notes and mortgages and other loan documents; catalog documents in my possession. | $3,368.75 |
| 03/09/09 | BL | 1.00 | Edited and revised the spreadsheet in relation to the existing Notes and Mortgages. | $235.00 |
| 03/09/09 | KW | 0.40 | Revised partial payment letter and sent to client. | $142.00 |
| 03/09/09 | DEC | 6.70 | Reviewed loan documents for prior mortgage and note chain and prepared summary and spreadsheet (6.7 hours). | $3,752.00 |
| 03/10/09 | KAB | 0.40 | Attention to issue regarding recovering Citibank rents and enforcing the lockbox (.2); attention to foreclosure due diligence (.2). | $330.00 |

10

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|----------|----------|-----------|-----------------|-----------|
| 03/10/09 | LAC | 4.50 | Review underlying loan documents, including all notes and mortgages and certain ancillary loan documents for purpose of understanding structure of loan (3.7); telephone conference with D. Champagne regarding charts and diligence on mortgage tax issues; chain of title and related admin questions (.3); review written work product by D. Champagne (.3); telephone conference with K. Mylod regarding diligence (.2). | $3,937.50 |
| 03/10/09 | KW | 0.30 | Reviewed junior guaranties to determine liability for nonpayment of electric and misapplication of rent (0.3). | $106.50 |
| 03/10/09 | DEC | 2.40 | Researched transfer tax issues regarding mezzanine and mortgage foreclosure by same lender (2.2 hours); conference with L. Ceriello (.2). | $1,344.00 |
| 03/11/09 | KAB | 0.50 | Attention to preparation for mortgage loan foreclosure and loan document questions (.5). | $412.50 |
| 03/11/09 | KMM | 0.30 | Address Citibank lease issue: telephone calls to contact people at Citibank (0.3). | $147.00 |
| 03/11/09 | LAC | 2.00 | Continue review of loan documents. | $1,750.00 |
| 03/11/09 | BL | 3.50 | Reviewed all recorded mortgages, assignments and notes and other recorded documents to notify any discrepancies in the execution and notarization of the documents as well as the description of legal description to the property. | $822.50 |
| 03/11/09 | DEC | 1.20 | Call with NY Department of Taxation regarding transfer and mortgage taxes (.6); calculate and confirm amount of mortgage taxes paid (.6). | $672.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/12/09 | KAB | 0.30 | Attention to Citibank rent direction issues and ongoing negotiations regarding same. | $247.50 |
| 03/12/09 | KMM | 0.20 | Telephone conference with legal department at Citibank regarding rent direction. | $98.00 |
| 03/12/09 | LAC | 3.50 | Review of underlying loan documents for potential issues and structuring decisions (2.5); telephone conference with D. Champagne regarding tax and other issues; follow by reviewing memo and charts (1.0). | $3,062.50 |
| 03/13/09 | KAB | 0.50 | Detailed call with client regarding strategy for enforcing guaranty claims arising out of Citibank diversion of rents; ongoing strategy regarding foreclosure (.5); attention to drafting default letters (.3); follow up regarding broker for mezzanine foreclosure (.2). | $412.50 |
| 03/13/09 | KMM | 2.20 | Review mortgage loan documents regarding maturity default and extension option (0.4); telephone conference with L. Ceriello and Trimont regarding same (0.5); gather mortgage loan documentation material for L. Ceriello (0.4); telephone conference with client regarding guarantor demand for Citibank rent misapplication (0.4); address property insurance payment issue with Trimont (0.5). | $1,078.00 |
| 03/13/09 | LAC | 0.30 | Telephone conference with K. Mylod and Trimont regarding status of loan. | $262.50 |
| 03/13/09 | KW | 1.40 | Call with client regarding defaults (0.4); drafted guarantor demand letter (1.0). | $497.00 |
| 03/16/09 | KAB | 1.20 | Attention to letters to be sent to borrowers and guarantors regarding diversion of Citibank rents and cancelling insurance (.9); attention to exemption from transfer tax regarding simultaneous mortgage and mezz foreclosure (.3). | $990.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/16/09 | KW | 3.40 | Drafted junior mezzanine default letter regarding rent and failure to maintain insurance (0.5); Drafted senior loan default notice and guarantor demand letter (0.9); Drafted senior mezzanine default and guarantor demand letter (1.0); Discussions with K. Burroughs regarding nature of defaults and treatment under the loan agreements (1.0). | $1,207.00 |
| 03/16/09 | DEC | 3.80 | Researched New York City transfer tax code regulations and exemptions (3.7); call with New York City Department of Finance (audit division) (0.1). | $2,128.00 |
| 03/17/09 | KAB | 0.60 | Attention to letters to be sent to mortgage and mezz borrower and guarantors regarding Citibank diversion of rents and cancellation of insurance (.6). | $495.00 |
| 03/17/09 | KW | 1.90 | Revise and finalize guarantor demand letter and default letters (1.2); discussion of letters with K. Burroughs (0.7). | $674.50 |
| 03/17/09 | DEC | 0.20 | Call with New York City Department of Finance (audit division) (0.2). | $112.00 |
| 03/18/09 | KAB | 0.30 | Attention to foreclosure due diligence on title issues (.3). | $247.50 |
| 03/18/09 | KW | 1.40 | Researched applicability of secured lender exemption under NY Navigation Law 181 to mezzanine lender (1.4) | $497.00 |
| 03/19/09 | KAB | 0.20 | Attention to 1107 Foreclosure complaint. | $165.00 |
| 03/20/09 | KAB | 1.10 | Attention to foreclosure complaint; preparation. | $907.50 |
| 03/20/09 | LMS | 0.50 | Conference call regarding status; strategy. | $412.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/20/09 | KMM | 1.40 | Telephone conference with K. Burroughs, L. Ceriello and L. Solomon regarding mortgage loan foreclosure complaint and procedure (0.6); telephone conference with servicer regarding file request and update as to status (0.3); review file regarding mortgage loan foreclosure materials (0.5). | $686.00 |
| 03/20/09 | LAC | 1.00 | Conference call at 9 a.m. with K. Burroughs and L. Solomon regarding foreclosure process and steps. | $875.00 |
| 03/23/09 | KAB | 0.80 | Attention to mechanic lien question (.2); attention to foreclosure due diligence (.3); attention to questions regarding mezzanine foreclosure (.3). | $700.00 |
| 03/23/09 | CJJ | 0.50 | Review foreclosure title commitment; request copies of documents. | $105.00 |
| 03/23/09 | KMM | 0.90 | Brief review of title commitment for mortgage foreclosure (0.2); coordinate review of same and underlying documents with C. Jenssen (0.2); commence review of form mortgage foreclosure complaint (0.5). | $441.00 |
| 03/23/09 | LAC | 0.20 | Telephone conference with K. Mylod. | $175.00 |
| 03/24/09 | KMM | 4.10 | Draft summons for mortgage foreclosure action (0.5); review form mortgage foreclosure complaint (0.5); commence drafting mortgage foreclosure complaint and review relevant documents related to same to extract facts for the complaint (3.1). | $200.90 |
| 03/24/09 | KW | 2.10 | Reviewed loan agreement to see if Borrower or Guarantor had tripped over additional default provisions (0.6); Reviewed Guaranties to see if a waste claim is viable (0.5); Compared ancillary loan documents to ensure they are on the same form, highlighting any differences (1.0). | $745.50 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/25/09 | KAB | 0.40 | Attention to foreclosure complaint (.3); attention to questions regarding construction documents (.1). | $330.00 |
| 03/25/09 | CJJ | 1.00 | Review binder index; correspond with clients; respond to title questions. | $210.00 |
| 03/25/09 | KMM | 2.60 | Draft mortgage foreclosure complaint (1.6); review mortgage level borrower and guarantor default and recourse provisions (0.5); strategize additional bases for the mortgage foreclosure complaint with K. Burroughs (0.5). | $1,274.00 |
| 03/25/09 | KW | 2.20 | Reviewed demand and default letters previously sent to Borrower and Guarantor to compile chart of all noticed defaults for senior, senior mezz, and junior mezz levels (2.2). | $781.00 |
| 03/26/09 | KAB | 0.20 | Attention to document issues regarding mezz foreclosure (.2). | $165.00 |
| 03/26/09 | KMM | 3.00 | Draft mortgage foreclosure complaint. | $1,065.00 |
| 03/27/09 | KAB | 1.00 | Call with S. Gorey (.7); attention to foreclosure complaint (.3). | $825.00 |
| 03/27/09 | KMM | 1.00 | Complete drafting mortgage foreclosure complaint (0.6); telephone conference with client regarding status (0.4). | $490.00 |
| 03/30/09 | KAB | 1.20 | Attention to documents regarding release of funds on 240 Park JV Partners (.6); attention to mortgage foreclosure (.3); attention to mezz foreclosure issues (.3). | $990.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/30/09 | KMM | 5.80 | Review, revise and revert authorization letter to escrow agent to distribute 240 Park Funds (1.2); draft distributee release related to same (1.0); various telephone conferences with servicer regarding same (1.0); address deposit account control agreement change of account to non-interest bearing issue (0.3); review pledge agreements, assignment documents and LLC agreements regarding enforcement of mezzanine loan collateral (1.3); summarize same (0.5); edit mortgage foreclosure complaint (0.5). | $2,842.00 |
| 03/31/09 | CJJ | 0.80 | Begin review of exception documents. | $168.00 |
| 03/31/09 | KMM | 2.10 | Further review and revision of mortgage foreclosure complaint (1.0); review mortgage loan agreement regarding mechanic's lien default (0.3); regarding-draft mortgage supplemental default regarding same (0.5); supervise K. Wainright's drafting of the remaining two loan default notices and three guarantor notices regarding same (0.3). | $1,029.00 |
| 03/31/09 | KW | 1.10 | Updated default notices to senior mezzanine borrower, junior mezzanine borrower, mortgage guarantor, senior mezzanine guarantor, and junior mezzanine guarantor to reflect additional default (1.1). | $390.50 |

**TOTAL HOURS:**     **111.65**     **AMOUNT:**     **$67,088.75**

**Cropsey**

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 02/17/09 | KAB | 0.30 | Attention to new Lehman matter. | $247.50 |
| 02/19/09 | KW | 0.60 | Reviewed loan documents (0.5); emailed servicer regarding missing docs (0.1). | $213.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 02/23/09 | KMM | 0.30 | Telephone conference with Trimont regarding background regarding Cropsey deal. | $147.00 |
| 02/23/09 | KW | 2.10 | Reviewed loan agreement (1.9); discussion with J. Scaffin and K. Mylod (0.2). | $745.50 |
| 02/24/09 | KMM | 0.60 | Review material loan documents related to Cropsey loan. | $294.00 |
| 02/27/09 | KW | 0.20 | Coordinated download of documents from repository (0.2) | $71.00 |
| 03/09/09 | KAB | 0.20 | Follow-up with client regarding status and default letter. | $165.00 |
| 03/09/09 | KMM | 1.40 | Review relevant loan documents (0.4); telephone conference with servicer to confirm senior loan status and ownership (0.2); draft default notice and revert same to client (0.3); review and revise pre-negotiation agreement and revert same to client (0.5). | $686.00 |
| 03/10/09 | KAB | 0.20 | Attention to default notice (.2). | $165.00 |

**TOTAL HOURS:**          **5.90**          **AMOUNT:**          **$2,734.00**

**La Posada**

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/06/09 | KAB | 0.30 | Attention to new distressed mezz loan secured by property in New Mexico. | $247.50 |
| 03/06/09 | KW | 0.30 | Reviewed conflicts material and org chart (0.3) | $106.50 |
| 03/09/09 | KAB | 1.10 | Attention to new distressed mezz deal and kick-off call with clients. | $907.50 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/10/09 | KAB | 0.20 | Attention to default notice and questions regarding documents. | $165.00 |
| 03/10/09 | KMM | 1.30 | Review loan documents regarding payment default and notice to borrower regarding same (0.8); draft non-payment notices and revert same to client (0.3); telephone conference with Trimont regarding amounts currently due (0.2). | $637.00 |
| 03/11/09 | KAB | 0.20 | Attention to default notices and whether appropriate to collect default interest (.2). | $165.00 |
| 03/11/09 | KMM | 0.40 | Review and finalize non-payment letters (0.3); correspondence with TriMont regarding same (0.1). | $196.00 |
| 03/13/09 | KAB | 0.40 | Call from client and attention to strategy regarding further assemblage of notices. | $330.00 |
| 03/17/09 | KMM | 0.50 | Attend to default notice (.3); supervise K. Wainright's drafting of same (.1); revert same to client (.1). | $245.00 |
| 03/17/09 | KW | 0.70 | Drafted default notices | $248.50 |
| 03/19/09 | KAB | 0.30 | Attention to question about status of mechanic's lien for "soft costs" for renovation professionals. | $247.50 |
| 03/20/09 | KAB | 0.20 | Follow-up regarding mechanic lien question. Follow-up regarding default letters. | $165.00 |
| 03/20/09 | KMM | 0.20 | Review materialmen's lien statute for New Mexico (0.1); respond to request from servicer regarding same (0.1). | $98.00 |
| 03/24/09 | CJJ | 0.30 | Order lien searches. | $63.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/25/09 | CJJ | 1.00 | Review lien search results. | $210.00 |
| 03/31/09 | CJJ | 0.50 | Review lien searches. | $105.00 |

**TOTAL HOURS:**    **7.90**    **AMOUNT:**    **$4,136.50**

**T-Rex, St. John**

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/09/09 | KMM | 0.20 | Review client correspondence regarding status update. | $98.00 |
| 03/10/09 | KAB | 0.70 | Follow up with John Nastasi regarding strategy issues (.4); attention to issues raised by invoice received from LC provider and risks raised by non-payment of same (.3). | $577.50 |
| 03/10/09 | KMM | 0.40 | Review client correspondence regarding letter of credit (0.1); review letter of credit documents (0.2); draft response correspondence to client regarding same (0.1). | $196.00 |
| 03/11/09 | KAB | 0.70 | Attention to issues regarding obtaining letter of credit (.3) and call with J. Kiley (.2) and e-mails with group (.2). | $577.50 |
| 03/11/09 | KMM | 0.10 | Review client correspondence. | $49.00 |
| 03/17/09 | KAB | 1.10 | Attention to letter of credit issues (.2); analysis of escrow agreement (.4); strategy regarding approach to JV partner (.5). | $907.50 |
| 03/19/09 | KAB | 0.30 | Emails with client regarding negotiating strategy with Sirius. | $247.50 |
| 03/19/09 | KAB | 1.00 | Call with client and consultant regarding strategy. | $825.00 |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** | **VALUE** |
|---|---|---|---|---|
| 03/19/09 | KMM | 1.50 | Review client correspondence regarding Sirius approach (0.2); prepare for and attend telephone conference with client regarding strategy for documenting conversations with T-Rex (0.7); further review of relevant loan and joint venture documents for foreclosure and recourse strategy (0.6). | $735.00 |
| 03/20/09 | KAB | 0.40 | Attention to strategy regarding Sirius and Borrower. | $330.00 |
| 03/20/09 | KMM | 0.90 | Review proposed next steps with K. Burroughs (0.3); draft summary for client regarding same (0.6). | $441.00 |
| 03/23/09 | KAB | 2.20 | Follow-up regarding negotiating strategy with borrower and Sirius (.4); detailed call with client regarding same (1.1); attention to PNA to be entered into with Sirius (.3); attention to side letter with borrower (.4). | $1,815.00 |
| 03/23/09 | KMM | 5.30 | Review client response to Dechert correspondence regarding next steps (0.2); review buy-out proposal from Sirius (0.4); confirm issues raised in buy-out proposal against joint venture document and ground lease (0.6); review issues memorandum (0.4); commence drafting pre-negotiation agreement with Sirius (1.3); prepare for and attend telephone conference with client regarding next steps and response to Sirius (1.0); follow up correspondence to client regarding questions raised on teleconference (0.2); draft memorandum of agreement with borrower (1.2). | $2,597.00 |
| 03/24/09 | KAB | 3.60 | Preparation of pre-negotiation agreement to be signed by co-venture partner Sirius (1.5); preparation of Memorandum of Understanding to be circulated to Borrower (1.6); call with client to discuss same (.5). | $2,970.00 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/24/09 | KMM | 4.80 | Revise draft pre-negotiation agreement with Sirius and conference with K. Burroughs related to same (2.0); revise draft letter agreement with borrower and conference with K. Burroughs related to same (2.0); telephone conference with client regarding draft documents (0.6); further revise documents (0.2). | $2352.00 |
| 03/24/09 | KW | 2.10 | Drafted assignment documents to transfer loan from lender to SPE | $745.50 |
| 03/25/09 | KAB | 0.80 | Attention to foreclosure documents (.3); attention to potential local counsel (.2); attention to foreclosure mechanics (.3); attention to PNA issues with Sirius (.1). | $660.00 |
| 03/25/09 | CAG | 2.25 | Research regarding transfer tax & company registration in Virgin Islands for K. Mylod. | $337.50 |
| 03/25/09 | KMM | 1.80 | Review pledge agreements and related control agreements regarding transfer of collateral to lender (0.5); attend to client correspondence regarding ground lease termination and the borrower and respond to same (0.5); revise borrower letter agreement regarding foreclosure process (0.3); attend to local transfer tax and foreign LLC registration issues (0.5). | $882.00 |
| 03/26/09 | KAB | 1.10 | Attention to negotiations with borrower and strategize regarding same; multiple calls with client regarding same (1.1). | $907.50 |
| 03/26/09 | KMM | 0.50 | Review USVI statutes relating to foreign LLCs (0.3); research transfer tax issue (0.2). | $245.00 |
| 03/27/09 | KAB | 0.50 | Attention to comments to prenegotiation agreement with Sirius and strategy regarding same (.5). | $412.50 |

| DATE | ATTY | HOURS | DESCRIPTION | VALUE |
|------|------|-------|-------------|-------|
| 03/27/09 | KMM | 2.50 | Review loan assignment documents (0.3); address transfer tax issue (0.4); review draft operating agreement for SPE to hold the loan (0.4); attend to pre-negotiation agreement: review comments, respond to client questions, revise and revert (1.2); strategize with K. Burroughs regarding same (0.2). | $1,225.00 |
| 03/30/09 | KAB | 1.30 | Attention to Sirius comments to PNA (.6); call with J. Nastasi and e-mails with J. Kiley regarding change in Lehman strategy (.7). | $1,072.50 |
| 03/30/09 | KMM | 1.30 | Review revisions to pre-negotiation agreement from Sirius (0.3); revise and distribute same (0.5); review client correspondence regarding developments with Sirius (0.1); review client correspondence regarding development with borrower (0.3); telephone conference with client and K. Burroughs regarding same (0.1). | $637.00 |
| 03/31/09 | KMM | 1.40 | Telephone conference with client regarding latest development with borrower regarding deal exit strategy (.3); draft letter agreement with borrower regarding same (1.1). | $686.00 |

**TOTAL HOURS:**          **38.75**          **AMOUNT:**          **$22,528.50**

# EXHIBIT C

## Expense Detail

### 325 West Broadway (Tootsie Roll Building)

| | |
|---|---|
| Westlaw Search Fees | 54.89 |
| Lexis/Legal Research | 114.66 |

**TOTAL DISBURSEMENTS:**                          **$169.55**

### 1107 Broadway –Toy Building

| | |
|---|---|
| Westlaw Search Fees | 1.86 |
| Lexis/Legal Research | 620.71 |

**TOTAL DISBURSEMENTS:**                          **$622.57**

### T-Rex, St. John

| | |
|---|---|
| Westlaw Search Fees | 18.47 |

**TOTAL DISBURSEMENTS:**                          **$18.47**

**TOTAL AMOUNT OF
DISBURSEMENTS:**          **$641.04**

**EXHIBIT D**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Bankr. Case No. 08 - 13555 (JMP) |
| Debtors. | Jointly Administered |

**ORDER AWARDING COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES TO DECHERT LLP**

Upon consideration of the Application of Dechert LLP ("Dechert") for an Award of
Compensation and Reimbursement of Expenses for the Period March 1, 2009 through March 31,
2009 (the "Application"), dated May 8, 2009, relating to the above-referenced bankruptcy case
for an award of compensation for professional services performed and reimbursement of
expenses incurred for the period of March 1, 2009 through March 31, 2009, and after notice and
hearing thereon, and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is hereby granted; and it is further

ORDERED that the Debtors pay to Dechert an award of compensation in the
amount of $232,251.30 for professional services rendered to the Debtors during the period of
March 1, 2009 through March 31, 2009; and it is further

2

ORDERED that the Debtors pay to Dechert $641.04 as reimbursement of

disbursement incurred during the period of March 1, 2009 through March 31, 2009.

This _____ day of _____, 2009.


_____
James M. Peck
United States Bankruptcy Judge

Prepared and presented by:

DECHERT LLP

/s/ Katherine A. Burroughs_____
Katherine A. Burroughs
90 State House Square
Hartford, Connecticut 06103
Telephone: (860) 524-3999
Fax: (860) 524-3930
Email: katherine.burroughs@dechert.com

– and –

/s/ Brian E. Greer_____
Brian E. Greer
1095 Avenue of the Americas
New York, New York  10036
Telephone: (212) 698-3500
Fax: (212) 698-3599
Email: brian.greer@dechert.com

Ordinary Course Professionals for
Lehman Brothers Holdings, Inc., *et al.*
Debtors in Possession