**DECHERT LLP**
**Katherine A. Burroughs**
**90 State House Square**
**Hartford, Connecticut 06103**
**Telephone: (860) 524-3999**
**Fax: (860) 524-3930**
**Email: katherine.burroughs@dechert.com**

**- and -**

**Brian E. Greer**
**1095 Avenue of the Americas**
**New York, New York  10036**
**Telephone: (212) 698-3500**
**Fax: (212) 698-3599**
**Email: brian.greer@dechert.com**

**Ordinary Course Professionals for**
**Lehman Brothers Holdings, Inc.,** *et al.*
**Debtors in Possession**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Bankr. Case No. 08 - 13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING TO CONSIDER APPLICATION OF DECHERT LLP**
**FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

To:     All Creditors
        All who have filed a notice of appearance
          and demand for service of papers
        The Office of the United States Trustee
        Lehman Brothers Holdings, Inc., et al.,
          Debtors in Possession

**PLEASE TAKE NOTICE** that a hearing, pursuant to 11 U.S.C. §§ 330, 331 and Rule

2002 of the Federal Rules of Bankruptcy Procedure, to consider the application (the

"Application") of Dechert LLP, attorneys authorized to provide legal services as Ordinary

Course Professionals to Lehman Brothers Holdings, Inc., et al. (the "Debtors"), for an award of

compensation for services rendered and reimbursement of expenses incurred, shall be held on

**June 3, 2009, at 10:00 a.m.**, before the Honorable, James M. Peck, at the United States

Bankruptcy Court, One Bowling Green, New York, New York, 10004.

| Name and Address of Applicant | Compensation Sought | Reimbursement of Expenses |
|---|---|---|
| Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036 | $232,251.30 | $641.05 |

**PLEASE TAKE FURTHER NOTICE** that upon written request to the Applicant, a copy of the

Application may be inspected by any party in interest at the office of the Applicant, Dechert

LLP, 1095 Avenue of the Americas, New York, New York 10036

**PLEASE TAKE FURTHER NOTICE** that objections to the Application shall be in writing,

shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the

Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically by registered users

of the Bankruptcy Court's case filing system (the User's Manual for Electronic Case Filing can

be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all

the other parties in interest, on a 3.5 inch floppy disk, preferably in Portable Document Format

(PDF), Word, or any other Windows-based word processing format (in either case, with a hard

copy delivered directly to Judge Peck's chambers), and shall be served upon:

Clerk
United States Bankruptcy Court
The Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attn: Diane Harvey, Esq.

– and –

Office of the United States Trustee
33 Whitehall Street
21st Floor
Attn: Andrew D. Velez-Rivera, Esq.

with a copy sent directly to the Chambers of Honorable, James M. Peck, United States

Bankruptcy Judge, at the above address and be served upon:

Dechert LLP
90 State House Square
Hartford, Connecticut 06103
Attn: Katherine A. Burroughs, Esq.

– and –

1095 Avenue of the Americas
New York, New York 10036
Attn: Brian E. Greer, Esq.

so as to be received no later than **May 28, 2009 at 4:00 p.m.** (Eastern Time).  If you do not

object to the relief sought, you need not respond nor appear at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated: May 8, 2009
　　　　New York, New York

DECHERT LLP

/s/ Katherine A. Burroughs_____
Katherine A. Burroughs
Brian E. Greer
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
katherine.burroughs@dechert.com
brian.greer@dechert.com
Ordinary Course Professionals for Lehman
Brothers Holdings, Inc., *et al.*
Debtors in Possession