WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | 08-13555 (JMP) |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------x

**NOTICE OF CLOSING OF SALE OF**
**LEHMAN BROTHERS' INVESTMENT MANAGEMENT DIVISION**

Reference is made to that certain Unit Purchase Agreement, dated as of December 1, 2008, as amended by the amendments dated December 19, 2008 and May 4, 2009 (the "Purchase Agreement"), by and between NBSH Acquisition, LLC, a Delaware limited liability company, and Lehman Brothers Holdings Inc., a Delaware corporation and debtor in possession.

PLEASE TAKE NOTICE that the "Closing," as defined in the Purchase Agreement, occurred on May 4, 2009.

Dated: New York, New York
       May 8, 2009

/s/ Lori R. Fife
Lori R. Fife
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
 Debtors In Possession

NY2:\1994956\01\16RBG01!.DOC\58399.0003