Sandra E. Mayerson, Esq.(SEM-8119)
Peter A. Zisser, Esq.(PZ-9634)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1095 Avenue of the Americas, 31st Floor
New York, NY 10036
Telephone: +1.212.872.9800
Facsimile: +1.212.872.9815

Attorneys for Caisse de dépôt et placement du Québec

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al*.,            Chapter 11

                                                     Case No. 08-13555 (JMP)

                          Debtors.                   (Jointly Administered)
------------------------------------------------------------x

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that Caisse de dépôt et placement du Québec, a party-in-interest in the above referenced case(s), hereby amends its enter of appearance by and through its counsel, SQUIRE, SANDERS & DEMPSEY L.L.P., originally made by that certain Notice of Appearance dated October 16, 2008, pursuant to section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case be given and served upon:

> Sandra E. Mayerson, Esq.
> Peter A. Zisser, Esq.
> SQUIRE, SANDERS & DEMPSEY L.L.P.
> 1095 Avenue of the Americas, 31st Floor
> New York, NY 10036
> Telephone: +1.212.872.9800
> Facsimile: +1.212.872.9815
> Email(s): smayerson@ssd.com

PLEASE TAKE FURTHER NOTICE that this request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, and 9007, including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above-captioned case and any proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:   New York, New York
        May 8, 2009

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/Sandra E. Mayerson
    Sandra E. Mayerson, Esq.
    Peter A. Zisser, Esq.
1095 Avenue of the Americas, 31st Floor
New York, New York 10036
Telephone: +1.212.872.9800
Facsimile:  +1.212.872.9815

Attorneys for Caisse de dépôt et placement du Québec

- 3 -

## **CERTIFICATE OF SERVICE**

      I, Wilfred Lancaster, do hereby certify under penalty of perjury, that on this 11th day of May, 2009, caused a copy of the foregoing *Notice of Appearance*, to be served electronically via the Court's CM/ECF system such that it would be also served electronically on those parties entitled to receive such notice.

      /s/Wilfred Lancaster
      Wilfred Lancaster

SWORN TO AND SUBSCRIBED before
me this 11th day of May, 2009

/s/Peter A. Zisser
Notary Public

Notary Public, State of New York
Qualified in NY County
No. 4997100
Commission expires 7/2/2010