Paul A. Batista, Esq.
PAUL BATISTA, P.C.
26 Broadway – Suite 1900
New York 10004
Telephone: (212) 980-0070
Facsimile: (212) 344-7677
E-mail: Batista007@aol.com

*Attorneys Unclaimed Property Recovery Service, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

-------------------------------------------------------------x

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | |
| Plaintiff-Applicant, | Case No. 08-01420 (JMP) SIPA |
| v. | |
| **LEHMAN BROTHERS, INC.** | SIPA Liquidation Proceeding |
| Defendant. | |

-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused a true and correct copy of the Objection of Unclaimed Property Recovery Service, Inc. to the SIPC Trustee's Proposed Rejection of LBI – UPRS Contracts, to be served by email and/or by first class Mail, postage prepaid, as follows:

See Attached Service List

Dated: May 11, 2009
    New York, New York

                                   **PAUL BATISTA, P.C.**
                              *Attorneys Unclaimed Property Recovery Service, Inc.*

                                        /s/ Paul A. Batista
                                Paul A. Batista, Esq.
                                26 Broadway – Suite 1900
                                New York, New York 10004
                                Telephone: (212) 980-0070
                                Facsimile: (212) 344-7677
                                E-mail: Batista007@aol.com

## Service List

Honorable James M. Peck ("Chambers")
Courtroom 601
One Bowling Green
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori Fife, Esq.
Shai Y. Waisman, Esq.

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn: Daniel S. Lubell, Esq.
Jason S. Margolin, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.

Securities Investor Protection Corporation
805 15th Street, NW
Suite 800
Washington, D.C. 20005
Attn: Kenneth J. Caputo, Esq.

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005