UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF MOTION OF 125NORTH10, LLC: (I) FOR THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b) FOR FUNDS EXPENDED POST-PETITION FOR THE BENEFIT OF LEHMAN BROTHERS HOLDINGS, INC. AND ITS BANKRUPTCY ESTATE; (II) TO COMPEL ASSUMPTION OR REJECTION OF CERTAIN LOAN AGREEMENTS; AND (III) FOR OTHER RELATED RELIEF**

**PLEASE TAKE** NOTICE that 125North10, LLC hereby withdraws with prejudice its Motion (i) For The Allowance and Payment of an Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b) for Funds Expended Post-Petition for the Benefit of Lehman Brothers Holdings, Inc. and its Bankruptcy Estate; (ii) to Compel Assumption or Rejection of Certain Loan Agreements; and (iii) for Other Related Relief [Document No. 1205].

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
900 Third Avenue
New York, New York 10022

Attorneys for 125North10, LLC


By:   */s/ Leo V. Leyva*
        Leo V. Leyva
        Ilana Volkov

DATED: May 12, 2009

44992/0010-5569755v1