Francis J. Lawall (FL 0972)
Michael H. Friedman
Leon R. Barson
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, : | Case No. 08-13555 (JMP) |
| : | |
| Debtors. : | Jointly Administered |
| : | |

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2009, copies of the foregoing *Verified Statement of Pepper Hamilton LLP Pursuant To Federal Rule of Bankruptcy Procedure 2019* were caused to be served via U. S. first-class mail, postage prepaid, on the entities on the attached service list.

Dated: May 12, 2009         PEPPER HAMILTON LLP

                    By:  /s/ Francis J. Lawall
                         Francis J. Lawall (FL 0972)
                         Michael H. Friedman
                         Leon R. Barson
                         3000 Two Logan Square
                         Eighteenth & Arch Streets
                         Philadelphia, PA 19103-2799
                         Tel: (215) 981-4000
                         Fax: (215) 981-4750

#10873676 v3

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Tracy Hope Bavis
Office of the U. S. Trustee for the SDNY
33 White hall Street
21st Floor
New York, NY 10004

Lehman Brothers Holdings Inc
c/o Richard P. Krasnow, Esquire
Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Jacqueline Marcus, Esquire
Weil Gotshal & Manges, LLp
767 Fifth Avenue
New York, NY 10153

Official Committee of Unsecured Creditors
c/o Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan Fleck, Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Post-Petition Lenders
c/o Robinson B. Lacy, Esquire
Hydee R. Feldstein, Esquire
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004

Pos-Petition Lenders
c/o Lindsee P. Granfield, Esquire
Lisa Schweiger, Esquire
Cleary Gotliebb, LLP
One Liberty Plaza
New York, NY 10006

#10968823 v1