WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi
J. Christopher Shore
Lisa Thompson

Wachovia Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (admitted *pro hac vice*)

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
(212) 259-8000
Martin Bienenstock
Irena M. Goldstein

ATTORNEYS FOR THE AD HOC GROUP OF
LEHMAN BROTHERS CREDITORS

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
**In re**                                             : Chapter 11
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,**  : Case No. 08-13555 (JMP)
**et al.,**                                           :
                                                      : **Jointly Administered**
                          **Debtors.**             :
---------------------------------------------------------- x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firms of White & Case LLP and Dewey &

LeBoeuf LLP hereby appear on behalf of the Ad Hoc Group of Lehman Brothers Creditors. The

Ad Hoc Group of Lehman Brothers Creditors is comprised of Elliott Management Corporation,

King Street Capital Management, L.P. and Paulson & Co. Inc., which, together with their

affiliates, hold claims against Lehman Brothers Holdings Inc. ("LBHI") and its affiliated Debtors, including claims directly against LBHI totaling approximately $12.5 billion. Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), White & Case LLP and Dewey & LeBoeuf LLP respectfully request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to, and served upon, it at the offices, postal addresses, and e-mail addresses set forth below:

| | |
|---|---|
| Thomas E Lauria | Gerard Uzzi |
| WHITE & CASE LLP | J. Christopher Shore |
| Wachovia Financial Center, Suite 4900 | Lisa Thompson |
| 200 South Biscayne Boulevard | WHITE & CASE LLP |
| Miami, Florida 33131 | 1155 Avenue of the Americas |
| Telephone: (305) 371-2700 | New York, New York 10036-2787 |
| Facsimile: (305) 358-5744 | Telephone: (212) 819-8200 |
| E-mail: tlauria@whitecase.com | Facsimile: (212) 354-8113 |
| | E-mail: guzzi@whitecase.com |
| Martin Bienenstock | E-mail: cshore@whitecase.com |
| Irena M. Goldstein | E-mail: lthompson@whitecase.com |
| DEWEY & LEBOEUF LLP | |
| 1301 Avenue of the Americas | |
| New York, New York 10019-6092 | |
| Telephone: (212) 259-8000 | |
| Facsimile: (212) 259-6333 | |
| E-mail: mbienenstock@dl.com | |
| E-mail: igoldstein@dl.com | |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (1) affects, or seeks to affect, or may

potentially affect in any way, any rights or interests of any creditor or party-in-interest in these cases, including the Ad Hoc Group of Lehman Brothers Creditors; (2) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct by the Ad Hoc Group of Lehman Brothers Creditors.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

PLEASE TAKE FURTHER NOTICE that the Ad Hoc Group of Lehman Brothers Creditors does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitutes a waiver of any of its respective rights: (i) to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs or recoupments to which the Ad Hoc Group of Lehman Brothers Creditors is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments the Ad Hoc Group of Lehman Brothers Creditors expressly reserves.

Dated: New York, New York
       May 12, 2009                    WHITE & CASE LLP

                                       By: */s/ Gerard Uzzi*
                                           Gerard Uzzi (GU-2297)
                                           1155 Avenue of the Americas
                                           New York, NY 11036-2787
                                           (212) 819-8200

                                       DEWEY & LEBOEUF LLP
                                       Martin Bienenstock
                                       Irena Goldstein
                                       1301 Avenue of the Americas
                                       New York, NY 11019-6092
                                       (212) 819-8200

                                       ATTORNEYS FOR THE AD HOC GROUP OF
                                       LEHMAN BROTHERS CREDITORS