Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA  98154-1192
Phone:  (206) 624-3600
Fax:  (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDING, INC., et al., | Case No. 08-13555 (JMP) |
| | (Joint Administration) |
| Debtors. | Related to Docket Nos. 60, 107, 182, 902, 2568 |

### AMENDMENT TO WITHDRAWAL OF CONDITIONAL OBJECTION AND RESERVATION OF RIGHTS AND SUPPLEMENT BY MICROSOFT RE ASSUMPTION, ASSIGNMENT AND CURE

COMES NOW Microsoft Corporation and its wholly subsidiary, Microsoft Licensing, GP (collectively, "Microsoft"), and amends its Withdrawal of Conditional Objection and Reservation of Rights ("Withdrawal") that was filed on January 16, 2009, under Docket No. 2568, as follows:

1.    Microsoft agrees that, in addition to the agreements listed on its Withdrawal, there is an additional agreement that should be included and for which no cure is due, described as follows:

| Item | Description |
|---|---|
| Parties | Lehman Brothers Inc. and Microsoft Corporation |
| Agreement Type | License Agreement |
| Agreement Name | Terms and Conditions for Use of the Lehman Brothers' Global Family of Indices Services |
| Agreement Date | May 5, 2005 |

2.    As amended herein, Microsoft's Withdrawal continues in full force

and effect.

Dated:  May 12, 2009                    RIDDELL WILLIAMS P.S.


By:    /s/  Joseph E. Shickich, Jr.
    Joseph E. Shickich, Jr. (JS 5229)
    Washington State Bar No. 8751
    1001 – 4th Avenue, Suite 4500
    Seattle, WA  98154-1192
    Phone:  (206) 624-3600
    Fax:  (206) 389-1708
    jshickich@riddellwilliams.com

    Attorneys for Microsoft Corporation and
    Microsoft Licensing, GP

4819-6627-5075.01
051209/1538/20363.00480

## CERTIFICATE OF SERVICE

Sheila Rowden, declares:

1.      I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP.  I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2.      On May 12, 2009, I electronically filed the foregoing Amendment to Withdrawal of Conditional Objection and Reservation of Rights and Supplement by Microsoft Re Assumption, Assignment and Cure with the Clerk of the Court (using the CM/ECF System).

3.      It is my understanding that the CM/ECF System will send notification of this filing to all parties listed in this case to receive notice electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 12th day of May, 2009.

Sheila Rowden

3