WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | : | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

----------------------------------------------------------------x

| | : | |
|---|---|---|
| **In re** | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |
| | : | |

----------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 13, 2009 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.  Yarpa Investment's Motion for Relief from the Open Trades Confirmations **[Docket No. 3267]**

    Response Deadline:   May 8, 2009.

    Responses Received:

    A.    Debtors' Limited Consent **[Docket No. 3530]**

    Related Documents:   None.

    Status:   This matter is going forward.

2.  Debtors' Motion Authorizing Lehman Commercial Paper Inc. to Settle Dispute with the Metropolitan Life Insurance Company **[Docket No. 2978]**

    Response Deadline:   March 12, 2009 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:   None.

    Status:   This matter is going forward.

3.  Stipulation and Agreement Between Lehman Commercial Paper Inc. and DK Acquisition Partners, L.P. Regarding Debtors' Motion for Enforcement of the December 23, 2008 Order Approving the Assumption of Open Trade Confirmations Pursuant to Settlement Agreement

    Responses Received:

    A.    Objection of DK Acquisition Partners, L.P. **[Docket No. 3174]**

    Related Documents:

      B.    Debtors' Motion for Enforcement of the December 23, 2008 Order Approving the Assumption of Open Trade Confirmations Pursuant to Settlement Agreement **[Docket No. 3000]**

      C.    Debtors' Reply **[Docket No. 3371]**

Status:  This matter is going forward.

4.    Application to Employ Certain Contract Attorneys as Document Reviewers for the Examiner **[Docket No. 3457]**

Response Deadline:    March 8, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward.

## II.   CONTESTED MATTERS:

    **A.**    **Lehman Brothers Holdings Inc.:**

5.    Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 3360]**

        A.    Bortstein Legal LLC **[Docket No. 3290]**

        B.    Jones Day **[Docket No. 3313]**

        C.    McKee Nelson LLP **[Docket No. 3318]**

        D.    Jenner & Block LLP **[Docket No. 3319]**

        E.    Ernst & Young LLP **[Docket No. 3331]**

        F.    McKenna Long & Aldridge LLP **[Docket No. 3332]**

        G.    Lazard Freres & Co. LLC **[Docket No. 3333]**

        H.    Curtis, Mallet-Prevost, Colt & Mosle LLP **[Docket No. 3335]**

        I.    Reilly Pozner LLP **[Docket No. 3336]**

        J.    Milbank, Tweed, Hadley & McCloy LLP **[Docket No. 3337]**

        K.    FTI Consulting, Inc. **[Docket No. 3338]**

      L.    Houlihan Lokey Howard & Zukin Capital, Inc. **[Docket No. 3339]**

      M.    Quinn Emanuel Urquhart Oliver & Hedges, LLP **[Docket No. 3340]**

      N.    Simpson Thacher & Bartlett LLP **[Docket No. 3341]**

      O.    Weil, Gotshal & Manges LLP **[Docket No. 3343]**

      P.    Windels Marx Lane & Mittendorf, LLP **[Docket No. 3327]**

Response Deadline:    May 6, 2009 4:00 p.m.

Responses Received:

      Q.    Letter / Objection of Edith S. Hall **[Docket No. 3417]**

Related Documents:   None.

Status:  This matter is going forward.

**B.    Adversary Proceedings:**

6.    Coreth et al. v. Barclays Capital Inc. **[Case No. 09-01045]**

Motions to Dismiss Adversary Proceeding

Response Deadline:    April 30, 2009

Related Documents:

      A.    Motion of Barclays Capital Inc. to Dismiss Adversary Proceeding **[Docket No. 5]**

      B.    Plaintiff's Opposition **[Docket No. 13]**

      C.    Memorandum of Law in Support **[Docket No. 6]**

      D.    Declaration of Darrell S. Cafasso **[Docket No. 7]**

Status:  This matter is going forward.

7.  Mazzatta et al. v. Lehman Brothers OTC Derivatives Inc., Lehman Brothers Inc., Lehman Brothers Holdings Inc., JPMorgan Chase Bank N.A. **[Case No. 09-01131**]

    Pre-Trial Conference

    Answer Deadline:   May 8, 2009

    Related Documents:

    A.  Adversary Complaint **[Docket No. 1]**

    B.  Answer of JPMorgan Chase Bank, N.A. **[Docket No. 5]**

    C.  Answer and Affirmative Defenses of Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Holdings Inc. **[Docket No. 8]**

    Status:  This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

### III.   UNCONTESTED MATTERS:

8.  First Application of Norton Rose LLP for Allowance of Interim Compensation for Service Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 27, 2008 through January 29, 2009 **[Docket No. 902]**

    Response Deadline:   May 8, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.  Recommendation of the Securities Investors Protection Corporation in Support of the First application for Compensation of Special U.K. Counsel, Norton Rose LLP **[Docket No. 1067]**

    B.  Notice of Proposed Order Approving Application of Norton Rose LLP for Allowance of Interim Compensation for Service Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 27, 2008 through January 29, 2009 **[Docket No. 1068]**

    Status:  This matter is going forward.

9.  Motion of Trustee and LBF Under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(a) for Approval of Settlement and Compromise **[Docket No. 998]**

    Response Deadline:    May 8, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.  Notice of Motion of Trustee and LBF Under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(a) for Approval of Settlement and Compromise **[Docket No. 999]**

    Status:  This matter is going forward.

10. Trustee's Motion Under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(a) for Entry of an Order Approving Settlement and Compromise **[Docket No. 1024]**

    Response Deadline:    May 8, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.  Notice of Trustee's Motion Under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(a) for Entry of an Order Approving Settlement and Compromise **[Docket No. 1025]**

    B.  Notice of Revised Proposed Order Approving Settlement and Compromise between Wells Fargo Bank, N.A., et al. and James W. Giddens, as Trustee for the Liquidation of the Business of Lehman Brothers Inc. **[Docket No. 1084]**

    Status:  This matter is going forward.

11. Notice of Trustee's Motion for Entry of Order Pursuant to Section 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6006 and 9014 Authorizing the Trustee to Assume and Assign Certain Executory Contracts in Connection With the Sale of Lehman's Investment Management Business and Related Relief **[Docket No. 1041]**

    Response Deadline:    May 8, 2009 at 4:00 p.m.

    Responses Received:  None.

Related Documents:   None.

Status:  This matter is going forward.

## IV.  ADJOURNED MATTERS:

### A.  Lehman Brothers Holdings Inc.:

12.  Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order Authorizing Debtor to Obtain Postpetition Financing **[Docket No. 434]**

   Response Deadline:   May 7, 2009 at 5:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to June 3, 2009.

13.  Debtors Motion for Authorization to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

   Response Deadline:   April 17, 2009 at 4:00 p.m.

   Responses Received:

   A.   Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

   Related Documents:   None.

   Status:  This matter is adjourned to June 3, 2009.

14.  Debtors' Motion for Authorization to (i) Assume Unexpired Lease of Nonresidential Real Property and (ii) Assume and Assign Unexpired Leases of Real Property **[Docket No. 3280]**

   Response Deadline:   May 8, 2009 at 12:00 p.m.

   Responses Received:   None.

   Related Documents:

   A.   Declaration of Shai Y. Waisman in Support of Order to Show Cause **[Docket No. 3281]**

        B.        Order to Show Cause **[Docket No. 3283]**

        C.        Order Authorizing the Debtors to Assume Unexpired Lease of Nonresidential Real Property **[Docket No. 3316]**

Status: This matter is June 3, 2009.

15. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay **[Docket No. 3182]**

    Response Deadline: April 1, 2009 at 4:00 p.m.

    Responses Received:

        A.        Debtors' Objection **[Docket No. 3387]**

        B.        Joinder of Official Committee of Unsecured Creditors **[Docket No. 3389]**

    Related Documents:

        C.        Declaration of Alan Worden **[Docket No. 3184]**

    Status: This matter has been adjourned to June 3, 2009.

16. Motion of Unclaimed Property Recovery Service, INC. for Relief from the Automatic Stay **[Docket No. 3344]**

    Response Deadline: May 29, 2009

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to June 3, 2009.

17. Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discover*y* **[Docket No. 1180]**

    Response Deadline: June 19, 2009 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

        A.        Declaration of George Kielman **[Docket No. 1181]**

Status:  This matter has been adjourned to June 24, 2009.

18. Motion of Mapco Express, Inc. and Delek US Holdings, Inc. for Relief from the Automatic Stay **[Docket No. 1663]**

   Response Deadline:  June 19, 2009.

   Responses Received:  None.

   Related Documents:  None.

   Status:  This matter has been adjourned to June 24, 2009.

19. Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

   Response Deadline:  May 13, 2009.

   Responses Received:

   A.   Objection of R3 Capital Management, LLC **[Docket No. 1909]**

   Related Documents:  None.

   Status:  This matter has been adjourned without date.

20. Motion of BLT 39 LLC for Partial Reconsideration of Order Approving the Assumption of Rejection of Open Trade Confirmations **[Docket No. 2396]**

   Response Deadline:  May 7, 2009

   Responses Received:  None.

   Related Documents:  None.

   Status:  This matter has been adjourned without date.

**B.     Adversary Proceedings:**

21. Berenshteyn v. LBHI **[Case No. 08-01654]**

    Pre-Trial Conference

    Answer Deadline:    June 4, 2009

    Related Documents:

    A.    Adversary Complaint **[Docket No. 1]**

    Status:  This matter has been adjourned to June 24, 2009.

22. Nomura Global Financing Products Inc. v. LBSF and LBI **[Case No. 09-01061]**

    Pre-Trial Conference

    Related Documents:

    A.    Adversary Complaint **[Docket No. 1]**

    B.    Answer of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 10]**

    C.    Answer and Counterclaim of Lehman Brothers Special Financing Inc. **[Docket No. 12]**

    D.    So Ordered Stipulation and Order Extending the Time for the Plaintiff to Answer or Otherwise Respond to the Defendants' Counterclaim to May 8, 2009 **[Docket No. 18]**

    E.    Stipulation and Consent Order Permitting Intervention of Official Committee of Unsecured Creditors in Adversary Proceeding **[Docket No. 20]**

    Status:  This matter is adjourned to June 3, 2009.

23. State Street Bank and Trust Company v. Lehman Commercial Paper Inc. **[Case No. 08-01743]**

    Motion for Relief from Notice Period and Pre-Motion Conference

    Response Deadline:    November 28, 2008

    Responses Received:  None.

<u>Related Documents</u>:

    A.    Motion for Relief from Rule 7056 Notice Period and Pre-Motion Conference **[Docket No. 18]**

<u>Status</u>: This matter has been adjourned to June 3, 2009.

24.    Deutsche Bank AG v. Lehman Brothers Holdings Inc. **[Case No. 08-01706]**

Motion for Summary Judgment

<u>Response Deadline</u>:    April 24, 2009.

<u>Related Documents</u>:

    A.    Deutsche Bank's Motion for Summary Judgment **[Docket No. 12]**

    B.    Lehman Brothers Holdings Inc.'s Memorandum of Law **[Docket No. 20]**

    C.    Lehman Brothers Holdings Inc.'s Response to Deutsche Bank AG's Rule 7056-1 Statement of Facts **[Docket No. 21]**

    D.    Deutsche Bank's Memorandum of Law in Support **[Docket No. 13]**

    E.    Declaration of Patrick McKenna **[Docket No. 14]**

    F.    Declaration of Jared R. Clark **[Docket No. 15]**

    G.    So Ordered Stipulation and Consent Order Between the Plaintiff and Defendant **[Docket No. 19]**

    H.    Declaration of Anthony J. Albanese **[Docket No. 22]**

    I.    Reply Memorandum of Deutsche Bank AG **[Docket No. 22]**

<u>Status</u>: This matter has been adjourned to June 3, 2009.

**C.    Lehman Brothers Inc.:**

25.    Notice of Motion of Markit Group Limited for Relief From Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**
Response Deadline:    May 29, 2009 at 4:00 p.m.

Responses Received:

    A.    Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1059]**

Related Documents:

    B.    Notice of Adjournment **[Docket No. 409]**

    C.    Notice of Adjournment **[Docket No. 488]**

    D.    Notice of Adjournment **[Docket No. 574]**

    E.    Notice of Adjournment **[Docket No. 708]**

    F.    Notice of Adjournment **[Docket No. 846]**

    G.    Notice of Adjournment **[Docket No. 978]**

    H.    Exhibit A to Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1060]**

    I.    Notice of Adjournment **[Docket No. 1066]**

Status:  This matter has been adjourned to June 3, 2009.

26.    Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3345]**

Response Deadline:    May 29, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

      A.    Notice of Hearing on Motion of Unclaimed Property Recovery Service, INC. For Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief From the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3344]**

      B.    Corrected Notice of Motion of Hearing on Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3424]**

      C.    Notice of Adjournment **[Docket Number 1069]**

Status:  This matter has been adjourned to June 3, 2009.

27.    Motion of Teva Pharmaceutical Works Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 766]**

Response Deadline:    May 29, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

      A.    Notice of Hearing of Motion of Teva Pharmaceutical Works Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 785]**

      B.    Notice of Adjournment **[Docket No. 848]**

      C.    Notice of Adjournment **[Docket No. 918]**

      D.    Notice of Adjournment **[Docket No. 1070]**

Status:  This matter has been adjourned to June 3, 2009.

08-13555-mg    Doc 3555    Filed 05/13/09    Entered 05/13/09 08:19:15    Main Document
Pg 14 of 17

28. Motion of Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 767]**

    Response Deadline:    May 29, 2009 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:

    A.   Notice of Hearing Motion of Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 783]**

    B.   Notice of Adjournment **[Docket No. 848]**

    C.   Notice of Adjournment **[Docket No. 918]**

    D.   Notice of Adjournment **[Docket No. 1070]**

    Status: This matter has been adjourned to June 3, 2009.

29. Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Lehman Brothers Inc., Barclays Capital Inc., and/or the SIPA Trustee **[Docket No. 826]**

    Response Deadline:    May 29, 2009 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:

    A.   Notice of Hearing Regarding Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Lehman Brothers Inc., Barclays Capital Inc., and/or the SIPA Trustee **[Docket No. 827]**

    B.   Notice of Adjournment **[Docket No. 908]**

    C.   Notice of Adjournment **[Docket No. 981]**

    D.   Notice of Adjournment **[Docket No. 1083]**

  Status:  This matter has been adjourned to June 3, 2009.

30. Notice of Trustee's Motion for Entry of Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006 and 9019 Authorizing the Assumption and Assignment of Debtor's Rights and Obligations Under a Patent License Agreement and a Software License Agreement **[Docket No. 921]**

  Response Deadline:  May 29, 2009 at 4:00 p.m.

  Responses Received:  None.

  Related Documents:

    A. Notice of Adjournment **[Docket No. 989]**

    B. Notice of Adjournment **[Docket No. 1082]**

  Status:  This matter has been adjourned to June 3, 2009.

**VI. Withdrawn Matters:**

31. Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim **[Docket No. 1205]**

  Response Deadline:  May 29, 2009 at 4:00 p.m.

  Responses Received:  None.

  Related Documents:

    A. Corrected Exhibit E **[Docket No. 1421]**

    B. Notice of Withdrawal **[Docket No. 3549]**

  Status:  This matter has been withdrawn.

32. Motion of BNC Mortgage LLC for an Extension of Time to Assume or Reject an Unexpired Lease of Nonresidential Real Property **[Docket No. 3359]**

   Response Deadline:    May 8, 2009 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A.    Notice of Withdrawal **[Docket No. 3493]**

   Status:  This matter has been withdrawn.

Dated: May 13, 2009
      New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: May 13, 2009
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.