WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                :
**In re**                                       :   **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   **08-13555 (JMP)**
                                                :
          Debtors.                              :   **(Jointly Administered)**
                                                :
                                                :
-------------------------------------------------------------------x
                                                :
**In re**                                       :   **Chapter 11 Case No.**
                                                :
**LB 2080 KALAKAUA OWNERS LLC,**                :   **09 - 12516 (JMP)**
                                                :
                                                :
          Debtor.                               :
                                                :
-------------------------------------------------------------------x

**ORDER PURSUANT TO BANKRUPTCY RULE 1007(c)
EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS
AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND
EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion, dated May 4, 2009 (the "Motion"), of the above

referenced debtors (collectively, the "Debtors"), as debtors and debtors in possession,

pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy

Rules") for an extension of the time within which the LB 2080 Kalakaua Owners LLC

shall file its schedules of assets and liabilities, schedules of current income and expenditures, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered February 13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is hereby granted; and it is further

ORDERED that pursuant to Bankruptcy Rule 1007(a)(4) the time by which the LB 2080 Kalakau Owners LLC shall file its Schedules is extended an additional twenty-four (24) days, through and including June 1, 2009, without prejudice to the Debtors' rights to seek further extensions upon a showing of cause therefor.

Dated: New York, New York
May 13, 2009

                                        *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE