**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                   :
      Debtors.                    :    (Jointly Administered)
                                                                   :
                                                                   :
---------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LB 2080 KALAKAUA OWNERS LLC,           :    09 - 12516 (JMP)
                                                                   :
                                                                   :
      Debtor.                      :
                                                                   :
---------------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 105(a)**
**OF THE BANKRUPTCY CODE DIRECTING THAT**
**CERTAIN ORDERS AND OTHER PLEADINGS ENTERED OR**
**FILED IN THE CHAPTER 11 CASES OF AFFILIATED DEBTORS BE MADE**
**APPLICABLE TO THE CHAPTER 11 CASE OF LB 2080 KALAKAUA OWNERS LLC**

Upon the motion, dated May 4, 2009 (the "Motion"), jointly filed by the above referenced debtors (collectively, the "Debtors"), as debtors in possession, seeking an order that certain orders and other pleadings entered or filed in these chapter 11 cases (Case No. 08-13555) be made applicable to the chapter 11 case of LB 2080 Kalakaua Owners LLC (Case No. 09-12516 (JMP)), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant

to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the order entered February 13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; the Court finds and determines, after due deliberation, that the relief sought in the Motion is in the best interests of the Debtors, their estates, and all parties in interest therein and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the orders set forth on <u>Exhibit A</u> annexed to the Motion from the jointly administered chapter 11 cases (Case No. 08-13555 (JMP)) are hereby made applicable to LB 2080 Kalakaua Owners LLC nunc pro tunc to the date of commencement of its chapter 11 case, as if LB 2080 Kalakaua Owners LLC was one of the Debtors referred to in said orders; and it is further

ORDERED that the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications [Docket No. 2] and the Declaration of David Coles Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York [Docket No. 1325] are hereby

3

made applicable to LB 2080 Kalakaua Owners LLC as if LB 2080 Kalakaua Owners LLC was one of the Debtors referred to in said affidavits; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
May 13, 2009

_s/ James M. Peck_
UNITED STATES BANKRUPTCY JUDGE