**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                          :

**In re**                              :       **Chapter 11 Case No.**
                                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**
                                            :

         **Debtors.**                 :       **(Jointly Administered)**
                                            :
                                            :

------------------------------------------------------------------x
                                          :

**In re**                              :       **Chapter 11 Case No.**
                                            :

**LB 2080 KALAKAUA OWNERS LLC,**     :       **09 - 12516 (JMP)**
                                            :
                                            :

         **Debtor.**                  :
                                          :

------------------------------------------------------------------x

### ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF LB 2080 KALAKAUA OWNERS LLC'S CHAPTER 11 CASE

       Upon the motion, dated May 4, 2009 (the "Motion"), of the above

referenced debtors (collectively, the "Debtors"), as debtors and debtors in possession,

pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), requesting the joint administration of the Debtors' chapter 11 cases for

procedural purposes only, as more fully described in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein in accordance with 28

U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges

for the Southern District of New York Any and All Proceedings Under Title 11, dated

July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue

being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the Motion having been provided in accordance with the procedures set

forth in the amended order entered February 13, 2009 governing case management and

administrative procedures [Docket No. 2837] to (i) the United States Trustee for the

Southern District of New York; (ii) the attorneys for the Official Committee of

Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing

that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Motion is in the best interests of the Debtors, their

estates and creditors, and all parties in interest and that the legal and factual bases set

forth in the Motion establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for

procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED that nothing contained in this Order shall be deemed or

construed as directing or otherwise effecting the substantive consolidation of any of the

above-captioned cases; and it is further

2

ORDERED that the caption of the jointly administered cases shall read as

follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                              :
**In re**                                                    :    **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    **08-13555 (JMP)**
                                                              :
          **Debtors.**                                       :    **(Jointly Administered)**
                                                              :
                                                              :
---------------------------------------------------------------x
; and it is further

ORDERED that a docket entry shall be made in the chapter 11 case of LB

2080 Kalakaua Owners LLC substantially as follows:

> An Order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 case of LB 2080
> Kalakaua Owners LLC with all other cases jointly administered under
> **Case No. 08-13555 (JMP),** and the docket of **Case No. 08-13555 (JMP)**
> should be consulted for all matters affecting this case

; and it is further

ORDERED that the Debtors shall be permitted to file their monthly

operating reports required by the United States Trustee Operating Guidelines on a

consolidated basis.


Dated: New York, New York
        May 13, 2009

                                        _s/ James M. Peck_____
                                        UNITED STATES BANKRUPTCY JUDGE


3