UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,    :    Case No. 08-13555 (JMP)
                                                    :    (Jointly Administered)
                                        Debtors.   :
                                                    :
-----------------------------------------------------------------x

**ORDER GRANTING MOTION OF YARPA INVESTMENTI
S.G.R. S.p.A. – RP3 FUND FOR LIMITED RELIEF FROM ORDER
PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING
THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS**

THIS MATTER having been presented to the Court upon the motion of Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund ("Yarpa") for the entry of an Order: (i) granting it limited relief under Federal Rule of Civil Procedure 60(b) (D.I. 3267) (the "Motion"); (ii) vacating this Court's Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations, dated December 16, 2008 (D.I. 2258) (the "Order"), entered as a result of the Debtors' Motion filed in this Court on November 14, 2008 (D.I. 1548) (the "Debtors' Motion"), solely with respect to a certain purported LMA Trade Confirmation dated March 12, 2008, entered into between Yarpa, as buyer, and Lehman Commercial Paper Inc. ("Debtor"), as seller (the "Yarpa Trade"); and (iii) granting such other and further relief as this Court may deem just and proper; and adequate notice of the Motion having been provided; and the Court having considered the papers filed in support of the Motion and in opposition, if any; and for good cause shown; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Order is hereby vacated solely with respect to the Yarpa Trade; and it is further

- 2 -

ORDERED that with regard to Debtors' Motion, Yarpa is directed to file any objection on or before May 22, 2009 at 4:00 p.m.; and it is further

ORDERED that, in the event Yarpa does not timely file any objection to the Debtors' Motion, the Debtors' Motion shall be deemed unopposed as to the Yarpa Trade, and Debtors shall be authorized to present an Order to the Court providing for the assumption of the Yarpa Trade; and it is further

ORDERED that a hearing on any objection by Yarpa to entry of the Order with respect to the Yarpa Trade is hereby set for June 3, 2009 at 10:00 a.m. before this Court at the United States Bankruptcy Court for the Southern District of New York, Room 601, One Bowling Green, New York, NY 10004; and it is further

ORDERED that any pleading related to the Debtors' Motion to assume the Yarpa Trade, excluding any pleading by Yarpa, shall be filed at least three (3) business days before the hearing date.

Dated: New York, New York
       May 14, 2009

                                      *s/ James M. Peck*
                                      HONORABLE JAMES M. PECK
                                      UNITED STATES BANKRUPTCY JUDGE