UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,          Case No. 08-13555 (JMP)

Debtors.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID C. CIMO

UPON the motion of David C. Cimo dated May 7, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David C. Cimo is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       May 14, 2009

                                                    *s/ James M. Peck*
                                                    UNITED STATES BANKRUPTCY JUDGE