**Studio Giuridico Economico (SGE)**

Via Anfiteatro Laterizio, 290

80035 Nola (Naples), Italy

Telephone: +39 081 5125540

Facsimile: +39 081 5129143

e-mail: r.romano62@tiscali.it

Avv. Angelo D'Alessandro

Dott. Raffaele Romano

Representatives of Valelli Corrado and Maschio Carmela, Valelli Osvaldo, Stefano Poli, Martino Paola, De Risi Maurizio, Chiappetta Nicola, Chiappetta Giuseppe and Manna Loredana, Chiappetta Enrico, Pauciulo Giuseppe, Belvedere Raffaele, Del Tufo Gianpiero, Calcagno Edoardo, Stefanelli Paola, Cincotti Dario, Nuzzi Padovana, Frosi Donata and Cammarata Carlo, as per the relevant powers of attorney.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JPM) |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER BETWEEN THE EXAMINER AND BARCLAYS CAPITAL INC.

TO THE HONORABLE JAMES M. PECK

UNITED STATES BANKRUPTCY JUDGE:

Valelli Corrado and Maschio Carmela, Valelli Osvaldo, Stefano Poli, Martino Paola, De Risi Maurizio, Chiappetta Nicola, Chiappetta Giuseppe and Manna Loredana, Chiappetta Enrico, Pauciulo Giuseppe, Belvedere Raffaele, Del Tufo Gianpiero, Calcagno Edoardo, Stefanelli Paola, Cincotti Dario, Nuzzi Padovana, Frosi Donata and Cammarata Carlo (hereinafter collectively referred to as the "Creditors") - claiming credits under bonds issued or guaranteed by the Debtors, as per the registered relevant proofs of claim - by and through their undersigned representatives hereby withdraw their objection (the "Objection") - dated May 5, 2009 - to the Confidentiality Stipulation and Protective Order (the "Stipulation") [Docket No. 3464] between Anton R. Valukas, Esq., in his capacity as the examiner in these cases (the "Examiner"), and Barclays Capital Inc. ("BarCap"), because, subsequent to the receiving of the Objection, on May 6, 2009, the Examiner filed a "Notice of Proposed Order (Redline of Revised) Confidentiality Stipulation and Protective Order Between the Examiner and Barclays Capital Inc. [Docket No. 3500] (related document(s)[3464])", in which a new article (Art. 11) was added to the Stipulation by a modification. In fact, such an article satisfies the Creditors' expectations, since it is able to absorb and overcome the main remarks that were the subject of the Objection.

Dated:  May 8, 2009

      Rome, Italy

**Studio Giuridico Economico (SGE)**

By:/s/ *Angelo D'Alessandro*

*Raffaele Romano*

_____

Via Anfiteatro Laterizio, 290

80035 Nola (Naples), Italy

Telephone: +39 081 5125540

Facsimile:  +39 081 5129143

e-mail: r.romano62@tiscali.it