**Settlement Date and Time: May 20, 2009 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline: May 20, 2009 at 10:00 a.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): May 28, 2009 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
                         Debtors.                                 :    (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

### NOTICE OF SETTLEMENT OF ORDER DENYING MOTION OF DNB NOR BANK ASA FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Order (the "Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **May 20, 2009 at 12:00 noon (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **May 20, 2009 at 10:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that only if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Order on **May 28, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: May 15, 2009
      New York, New York

           /s/ Richard P. Krasnow
           Richard P. Krasnow
           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                     :
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         : 08-13555 (JMP)
                                                     :
            Debtors.                                 : (Jointly Administered)
                                                     :
                                                     :
-----------------------------------------------------------------x

### ORDER DENYING MOTION OF DNB NOR BANK ASA FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF

Upon the motion, dated September 30, 2008 [Docket No. 465] (the "Motion"), of DnB NOR Bank ASA ("DnB NOR,"), pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 4001 of the Federal Rules or Bankruptcy Procedure, for, *inter alia*, relief from the automatic stay provided under section 362(a) of the Bankruptcy Code (the "Automatic Stay") to effect a setoff; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the order entered September 22, 2008 governing case management and administrative procedures [Docket No. 285] to (i) the United States Trustee for

the Southern District of New York; (ii) the attorneys for the Official Creditors' Committee (the "Creditors' Committee"); (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and upon the objection of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), dated November 3, 2008 [Docket No. 1334 (as amended by Docket No. 1342)] (the "Initial Objection"), the joinder of the Creditors' Committee, dated November 3, 2008 [Docket No. 1336] (the "Committee Objection"), and the supplemental objection of the Debtors, dated December 2, 2008 [Docket No. 1988] (the "Supplemental Objection" and together with the Initial Objection and the Committee Objection, the "Objections"); and hearings (the "Hearings") having been held to consider the relief requested in the Motion on November 5, 2008, November 20, 2008, and December 3, 2008; and the Debtors, the Creditors' Committee, and DnB NOR having stipulated to the undisputed facts relating to the Motion and Objections pursuant to a stipulation and agreement approved by order dated January 22, 2009 [Docket No. 2605]; and upon the Debtors' supplemental brief in support of the Objections dated February 2, 2009 [Docket No. 2702], the Creditors' Committee's supplemental brief in support of the Objections dated February 2, 2009 [Docket No. 2703], and DnB NOR's supplemental letter brief in support of the Motion dated February 2, 2009 [Docket No. 2706] (collectively, the "Supplemental Briefs"); and based upon the factual findings and legal

2

conclusions set forth in the Court's memorandum decision, dated May 12, 2009 [Docket No. 3551] (the "Memorandum Decision"); and after due deliberation and sufficient cause appearing therefor, it is

>ORDERED that DnB NOR's request for relief from the Automatic Stay to effect a setoff is denied.

Dated: May ___, 2009
      New York, New York

                                          UNITED STATES BANKRUPTCY JUDGE

3