## Exhibits C21-C37

**Affidavits of Disinterestedness**

# EXHIBIT C-21

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
                                   :

In re                                :        Chapter 11

                                   :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :        Case No. 08-13555 (JMP)

                                   :

                 Debtors.            :        (Jointly Administered)

-----------------------------------------------------------------------x

## <u>AFFIDAVIT OF DISINTERESTEDNESS BY MARY ADER</u>

I, Mary Ader, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

      1.     I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

      2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "<u>Debtors</u>"). I do not hold any claim, debt or equity security of the Debtors.

      3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

      4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

      5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

      6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked as a contract attorney for Huron Consulting Group and for

Accenture on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this *12* day of May, 2009, at Chicago, Illinois.

*Mary Ader*
Mary Ader
Illinois Bar No. 0016411

Sworn to and subscribed before me
this *20th* day of May 2009.

*Michele L. Ortiz*
NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

# EXHIBIT C-22

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY RODNEY AUSTIN

I, Rodney Austin, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in the State of New York.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked as a contract attorney at Dechert, Dewey Ballantine on a Deutsche

Bank matter, and Cravath Swaine & Moore for a matter involving IBM.  All of these matters

were unrelated to Lehman Brothers.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this _10_ day of May, 2009, at New York, New York.

Rodney Austin
New York Bar No. 3987492


Sworn to and subscribed before me
this _12TH_ day of May 2009.

NOTARY PUBLIC

My Commission Expires:

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 2009

2

# EXHIBIT C-23

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
                                                    :
In re                                               :          Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :          Case No. 08-13555 (JMP)
                                                    :
                                    Debtors.        :          (Jointly Administered)
--------------------------------------------------------------------x

## <u>AFFIDAVIT OF DISINTERESTEDNESS BY KEVIN DOYLE</u>

I, Kevin Doyle, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of New York. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "<u>Debtors</u>"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked as a contract attorney at Paul Weiss, Simpson Thacher & Bartlett,

Skadden Arps, and Willkie Farr & Gallagher on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2009, at New York, New York.

Kevin Doyle
New York Bar No. 4224879

Sworn to and subscribed before me
this 12th day of May 2009.

NOTARY PUBLIC

My Commission Expires:

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 2009

2

# EXHIBIT C-24

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x

In re                                                  :        Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                 :        Case No. 08-13555 (JMP)
                                                       :
                          Debtors.                     :        (Jointly Administered)

----------------------------------------------------------------------x

### <u>AFFIDAVIT OF DISINTERESTEDNESS BY KEVIN FLYNN</u>

I, Kevin Flynn, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "<u>Debtors</u>"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have nothing relevant to disclose.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2009, at Chicago, Illinois.

Kevin Flynn
Illinois Bar No. 6286172



Sworn to and subscribed before me
this 12th day of May 2009.

NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2

# EXHIBIT C-25

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                  :
In re                                             :        Chapter 11
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :        Case No. 08-13555 (JMP)
                                                  :
                      Debtors.                    :        (Jointly Administered)
-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY LUKE HENRY

I, Luke Henry, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to
the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of New York.  I am not
affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the
"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a
director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an
investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an
investment banker for a security of any of the Debtors, or an attorney for any such investment
banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States
Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region
2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I worked as a contract attorney at Willkie Farr & Gallagher on matters

unrelated to Lehman Brothers.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12TH day of May, 2009, at New York, New York.

Luke Henry
New York Bar No. 4192159


Sworn to and subscribed before me
this 12TH day of May 2009.

_____
NOTARY PUBLIC

My Commission Expires:

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 200?

2

# EXHIBIT C-26

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY KONI JOHNSON

I, Koni Johnson, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457]. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May, 2009, at Chicago, Illinois.

Koni Johnson
Illinois Bar No. 6237388

Sworn to and subscribed before me
this 15TH day of May 2009.

NOTARY PUBLIC

My Commission Expires:

**"OFFICIAL SEAL"**
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

# EXHIBIT C-27

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
                                                          :
In re                                                     :        Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,                    :        Case No. 08-13555 (JMP)
                                                          :
                          Debtors.                        :        (Jointly Administered)
----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY JESSICA KEMPF

I, Jessica Kempf, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of New York.  I am not

affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I worked as an associate at Skadden Arps where I represented Deutsche

Bank A.G., Deutsche Bank Trust Company Americas, Deutsche Bank National Trust Company,

and Goldman Sachs. All of these matters were unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2009, at New York, New York.

_____
Jessica Kempf
New York Bar No. 4311791


Sworn to and subscribed before me
this 12th day of May 2009.

_____
NOTARY PUBLIC

My Commission Expires:

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 2009

2

# EXHIBIT C-28

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
                                                  :
In re                                             :          Chapter 11
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :          Case No. 08-13555 (JMP)
                                                  :
                        Debtors.                  :          (Jointly Administered)
-----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY FARAH LAMARRE

I, Farah Lamarre, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

      1.      I am a lawyer admitted to practice law in the State of New York.  I am not

affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

      2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

      3.      I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

      4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

      5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

      6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I worked as a contract attorney at Skadden Arps, Quinn Emanuel, and

Schulte Roth & Zabel on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of May, 2009, at New York, New York.

Farah Lamarre
New York Bar No. 4487682

Sworn to and subscribed before me
this 12TH day of May 2009.

_____
NOTARY PUBLIC

My Commission Expires:

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 2009

2

# EXHIBIT C-29

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :        Case No. 08-13555 (JMP)
                                                    :
                              Debtors.              :        (Jointly Administered)
-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY CHRISTINA LANDGRAF

I, Christina Landgraf, pursuant to 28 U.S.C. § 1746, hereby declare that the following is

true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated

with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked as a contract attorney at Sidley Austin on matters unrelated to

Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of May, 2009, at Chicago, Illinois.

Christina Landgraf
Illinois Bar No. 6225929

Sworn to and subscribed before me
this 12th day of May 2009.

NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2

# EXHIBIT C-30

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re                                                          :        Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :        Case No. 08-13555 (JMP)
                                                               :
                                      Debtors.                 :        (Jointly Administered)

-------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY JANE LIECHTY

I, Jane Liechty, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked as a contract attorney at Sidley Austin and Sonnenschein Nath &

Rosenthal on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1ᵈ day of May, 2009, at Chicago, Illinois.

Jane Liechty
Illinois Bar No. 6183890

Sworn to and subscribed before me
this 12TH day of May 2009.

NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2

# **EXHIBIT C-31**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    Case No. 08-13555 (JMP)
                                          :
                          Debtors.        :    (Jointly Administered)
---------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY CHRISTOPHER LONDON

I, Christopher London, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of New York.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I represented Merrill Lynch on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⎯ day of May, 2009, at New York, New York.

Christopher London
New York Bar No. 2237154

Sworn to and subscribed before me
this ⎯ day of May 2009.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
NOTARY PUBLIC

My Commission Expires:

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 200?

2

# EXHIBIT C-32

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY MICHAEL LOVERNICK

I, Michael Lovernick, pursuant to 28 U.S.C. § 1746, hereby declare that the following is
true to the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated
with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the
"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a
director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an
investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an
investment banker for a security of any of the Debtors, or an attorney for any such investment
banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States
Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region
2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I worked as a consultant at Ernst & Young and as a contract attorney for

Accenture on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _12_ day of May, 2009, at Chicago, Illinois.

Michael Lovernick
Illinois Bar No. 6293260

Sworn to and subscribed before me
this 12th day of May 2009.

_____
NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 18, 2010

2

# EXHIBIT C-33

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re                                                             :        Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :        Case No. 08-13555 (JMP)
                                                                  :
                                    Debtors.                      :        (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY JASON SCHEUNEMAN

I, Jason Scheuneman, pursuant to 28 U.S.C. § 1746, hereby declare that the following is

true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated

with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked as a contract attorney at Citibank, Sidley Austin, and Huron

Consulting on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this *12* day of May, 2009, at Chicago, Illinois.

Jason Scheuneman
Illinois Bar No. 6257839

Sworn to and subscribed before me
this 12TH day of May 2009.

NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2

# EXHIBIT C-34

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :        Chapter 11
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                                 :        Case No. 08-13555 (JMP)
                                                                       :
                                           Debtors.                    :        (Jointly Administered)
-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY ROSEMARY SCIANGULA

I, Rosemary Sciangula, pursuant to 28 U.S.C. § 1746, hereby declare that the following is
true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the States of Connecticut and New
York. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a
staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the
"Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a
director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an
investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an
investment banker for a security of any of the Debtors, or an attorney for any such investment
banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States
Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region
2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked as a contract attorney for IBM Corporation, ICAP Securities,

Merrill Lynch, Hogan & Hartson, and Weil Gotshal & Manges on matters unrelated to Lehman

Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2009, at New York, New York.

Rosemary Sciangula
Connecticut Bar No. 427829
New York Bar No. 4511440


Sworn to and subscribed before me
this 12TH day of May 2009.

NOTARY PUBLIC

My Commission Expires:

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 2009

# EXHIBIT C-35

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                        :

In re                                  :          Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,    :          Case No. 08-13555 (JMP)
                        :

                    Debtors.        :          (Jointly Administered)
-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY ALENE SHAFNISKY

     I, Alene Shafnisky, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

     1.     I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

     2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

     3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

     4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

     5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

     6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

      7.     I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked as a contract attorney at BP North America, Sidley Austin,

Skadden Arps, and Sonnenschein Nath & Rosenthal on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of May, 2009, at Chicago, Illinois.

                                        Alene Shafnisky
                                        Illinois Bar No. 6256655

Sworn to and subscribed before me
this 12th day of May 2009.

NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

# EXHIBIT C-36

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY KENNETH SHAW

I, Kenneth Shaw, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked for LaSalle Bank, which was purchased by Bank of America, and

as a contract attorney at Sidley Austin.  All of these matters were unrelated to Lehman Brothers

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12ᵗʰ day of May, 2009, at Chicago, Illinois.

Kenneth Shaw
Illinois Bar No. 6281579


Sworn to and subscribed before me
this 12TH day of May 2009.

NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2

# EXHIBIT C-37

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :        Case No. 08-13555 (JMP)
                                                    :
                              Debtors.              :        (Jointly Administered)
-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY WILLIAM WEINSTOCK

I, William Weinstock, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2. I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3. I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4. I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5. I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6. I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I worked as a contract attorney at JP Morgan Chase, Sidley Austin,

Sonnenschein Nath & Rosenthal, and the Chicago Mercantile Exchange on matters unrelated to

Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this *12*th day of May, 2009, at Chicago, Illinois.

William Weinstock
Illinois Bar No. 6287649

Sworn to and subscribed before me
this ___ day of May 2009.

NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
Michele L. Ortiz
Notary Public, State of Illinois
My Commission Expires August 10, 2010

2