UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                            :
                Debtors.                    :   (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF Eduardo Calderon,

ON BEHALF OF BLP Abogados.

COUNTRY: Costa Rica        )
                           ) ss:
PROVINCE: San Jose         )

Eduardo Calderon, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of BLP Abogados, located at Via Lindora Business Center, 4th Floor, Radial Santa Ana – San Antonio de Belen, San Jose, Costa Rica (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services with regard to a real estate project in Costa Rica, to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases, other than what is described below. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates, except for the fact that the Firm. Notwithstanding, in the real estate project located in Guanacaste, Costa Rica the Firm has also served, under a conflict waiver approved by the Clients, as counsel for the Developer of the venture and LBHI's equity partner Construction Management and Development Inc. (CM&D). Services to CM&D have been rendered through another partner, Luis Castro, under an Ethical Wall inside the Firm so that separate teams lead by different partners are in charge of the matters pertaining to these Clients. Consequently, under the Ethical Wall the Firm has taken measures to avoid the flow of information from one team/partner to the other and to assure that both Clients are served with the utmost professionalism. To date, there have been no adversarial disputes among CM&D and LBHI.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ zero for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 11th day of May, 2009

_____
Notary Public

---

[1] If necessary.

El suscrito notario Magally María Guadamuz García, Notario Público actuando de conformidad con el artículo ochenta y dos de los Lineamientos para el ejercicio y control del servicio notarial, hace constar que la firma del señor Eduardo Calderón Odio, visible en el documento que antecede y que corresponde a una declaración jurada suscrita por el señor Calderón Odio en idioma inglés. La firma es auténtica por cuanto fue puesta en mi presencia y por el conocimiento que de el tengo. Así mismo, hago constar que mi firma estampada en el presente documento corresponde a la inscrita en el Registro Nacional de Notarios, la cual fue puesta de mi puño y letra al momento del acto de autenticación y el sello blanco que aparece es mi sello registrado. Además doy fe y hago constar que el destino final del presente documento será JENNIFER SAPP, WEIL, GOTSHAL & MANGES LLP, SIETE SEIS SIETE FIFTH AVENUE, NEW YORK, NEW YORK, UNO CERO UNO CINCO TRES, ESTADOS UNIDOS DE AMERICA. San José, once de mayo de dos mil nueve.



MAGALLY MARIA GUADAMUZ GARCIA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :
                    Debtors.                                    :    (Jointly Administered)
                                                                :
                                                                :
----------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   BLP Abogados, Via Lindora Business Center, 4th Floor, Radial Santa Ana – San Antonio de Belen, San Jose, Costa Rica.

2. Date of retention:    October, 2007.

3. Type of services provided (accounting, legal, etc.):

   Legal.

¡ERROR! NOMBRE DESCONOCIDO DE PROPIEDAD DE DOCUMENTO.

4. Brief description of services to be provided:

   Legal advice in connection with real estate project in Guanacaste, Costa Rica. LBHI acts as Lender and Equity Partner.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly.

   (a) Average hourly rate (if applicable):

   $175.00

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $ zero

   Date claim arose:   N/A

   Source of Claim:   N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim: $zero

   Date claim arose: N/A

   Source of claim: N/A

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   _____

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    The Firm has also served, under a conflict waiver approved by the Clients, as counsel for the Developer of the real estate project in Costa Rica and LBHI's equity partner: Construction Management and Development Inc. (CM&D). Services to CM&D have been rendered through another partner, Luis Castro, under an Ethical Wall inside the Firm so that separate teams lead by different partners are in charge of the matters pertaining to these Clients. Consequently, under the Ethical Wall the Firm has taken measures to avoid the flow of information from one team/partner to the other and to

<u>assure that both Clients are served with the utmost professionalism. To date, there have been no adversarial disputes among CM&D and LBHI.</u>

11.  Name of individual completing this form:

Eduardo Calderon.            *[signature]*