# Exhibit F

# LEHMAN BROTHERS

December 02, 2008

METROPOLITAN WEST LOW DURATION BONDFUND
Metropolitian West Asset Management, LLC
11766 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90025

Dear Sir or Madam:

Reference is hereby made to your communication to Lehman Brothers Special Financing Inc. ("Lehman") (the "Settlement Amount Notice") with respect to the ISDA Master Agreement (the "Master Agreement") dated as of June 25, 2004 between you and Lehman. Terms used and not otherwise defined herein shall have the meanings ascribed thereto in the Master Agreement.

In the Settlement Amount Notice, you state that an amount is either due to or from Lehman as a result of your termination of the Transaction(s) under the Master Agreement. Please be advised that we are receiving a large number of these communications and are unable at this time to verify or agree the calculations in the Settlement Amount Notice. Accordingly, Lehman's receipt of the Settlement Amount Notice shall not be deemed to represent Lehman's agreement to the calculations set forth therein. Additionally, Lehman will accept payment of any amounts ("Lehman Receivables") you claim are owing to Lehman, but any such acceptance shall be without prejudice to Lehman's right to verify or dispute the accuracy of those amounts. Settlement instructions are enclosed herewith.

Kindly note that Section 6(d)(ii) of the Master Agreement requires Lehman Receivables to be paid on the day that the Settlement Amount Notice is effective. Interest on Lehman Receivables accrues at the Default Rate (as defined in the Master Agreement to be equal to the rate per annum of the cost to Lehman of funding such amounts plus 1%).

This letter is sent without prejudice or limitation to any rights or remedies Lehman may have under any agreement(s) or other document(s) related to the Master Agreement or the Transaction(s) or applicable law and Lehman hereby reserves all rights and remedies under such agreement(s), document(s) and applicable law.

Nothing herein shall be construed as an admission of any fact or the establishment of any position by or on behalf of Lehman.

Further correspondence on this matter may be directed to:

Lehman Brothers
1271 Sixth Avenue, 43rd Floor
New York, New York  10020
Attn: Locke R. McMurray
Tel.  212-526-7186
derivativeslegal@lehman.com.


Very truly yours,


LEHMAN BROTHERS SPECIAL FINANCING INC.

To: Counterparties to Lehman Brothers Holdings Inc. Entities Listed Below
From: David Coles
Date: November 6, 2008
RE: Lehman Brothers Settlement Account Change – IMMEDIATE ACTION REQUIRED

Effective immediately (Thursday, November 6, 2008), please change the beneficiary wire information on derivative transactions. All funds should be sent to the new accounts listed with Citibank below. There are additional foreign currency settlement accounts on the second page. Your prompt attention and implementation by COB Friday, November 7, 2008 will be greatly appreciated. **Please make sure to include your entities name as the counterparty in the Reference field of the wire transfer, list what Lehman entity you are remitting funds to, and briefly describe what the transaction relates to.**

To the extent any funds are transferred to a Lehman entity in satisfaction of an amount that has been calculated by a counterparty, kindly be advised that unless otherwise specifically agreed Lehman is not able at this time to verify such calculations and must reserve its right to request further funds if its calculations later show a greater amount due, and also reserves any other rights that it may have under applicable law.

If you have any questions, please reach out to your Lehman/Barclays contact. Thank you for your prompt attention.

**Citibank USD Bank Accounts**
ABA #: 021-000-089
SWIFT Code: CITIUS33

Citibank N.A. New York
388 Greenwich Street
New York, NY 10013

| Legal Entity | Currency | Account Number | Account Name |
|---|---|---|---|
| Lehman Brothers Holdings Inc | USD | 3078-4686 | Lehman Brothers Holdings Inc – DIP – Cash Concentration |
| Lehman Brothers Special Financing Inc | USD | 3078-4731 | Lehman Brothers Special Financing Inc. - DIP |
| Lehman Brothers Financial Products Inc | USD | 3078-4758 | Lehman Brothers Financial Products Inc - DIP |
| Lehman Brothers Derivative Products Inc | USD | 3078-4766 | Lehman Brothers Derivative Products Inc -DIP |
| Lehman Brothers OTC Derivatives Inc | USD | 3078-4774 | Lehman Brothers OTC Derivatives Inc -DIP |
| Lehman Brothers Commercial Corporation | USD | 3078-4782 | Lehman Brothers Commercial Corp -DIP |
| Lehman Brothers Commodity Services Inc | USD | 3078-4803 | Lehman Brothers Commodity Services Inc -DIP |
| Lehman Commercial Paper Inc | USD | 3078-4723 | Lehman Commercial Paper Inc – DIP – Operating AC |

**Citibank FX Bank Accounts**
SWIFT Code: CITIGB2L

Citibank N.A. London
25 Canada Square
Canary Wharf
Citigroup Centre 2
London, England E14 5LB

| Legal Entity | Currency | Account Number | Account Name |
| --- | --- | --- | --- |
| Lehman Commercial Paper Inc | EUR | 001-2136694 | Lehman Bros Comm Paper Inc - DIP |
|  | GBP | 001-2154560 | Lehman Bros Comm Paper Inc - DIP |
|  | JPY | 001-2154552 | Lehman Bros Comm Paper Inc - DIP |
|  | CAD | 001-2154544 | Lehman Bros Comm Paper Inc - DIP |
| Lehman Brothers Special Financing Inc | EUR | 001-2136325 | Lehman Bros Spec Fin Inc - DIP |
|  | GBP | 001-2136368 | Lehman Bros Spec Fin Inc - DIP |
|  | JPY | 001-2136341 | Lehman Bros Spec Fin Inc - DIP |
|  | CAD | 001-2136333 | Lehman Bros Spec Fin Inc - DIP |
| Lehman Brothers Holdings Inc (UK Branch) | EUR | 001-2136384 | LBHI (UK Branch) - DIP |
|  | GBP | 001-2136422 | LBHI (UK Branch) - DIP |
|  | JPY | 001-2136414 | LBHI (UK Branch) - DIP |
|  | CAD | 001-2136406 | LBHI (UK Branch) - DIP |

By: _DJColes_ (signature)

Name: David Coles
Title:
    Chief Financial Officer, Co-Treasurer, Controller and Executive Vice President:
        Lehman Brothers Holdings, Inc.
    Chief Financial Officer, Treasurer and Controller:
        Lehman Brothers Financial Products, Inc.
        Lehman Brothers Special Financing Inc.
        Lehman Brothers Derivative Products Inc.
        Lehman Brothers Commodity Services, Inc.
        Lehman Brothers OTC Derivatives Inc.
        Lehman Brothers Commercial Paper Inc.
        Lehman Brothers Commercial Corporation

# LEHMAN BROTHERS

December 17, 2008

METROPOLITAN WEST LOW DURATION BONDFUND
Metropolitian West Asset Management, LLC
11766 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90025

Dear Sir or Madam:

Reference is hereby made to your communication to Lehman Brothers Special Financing Inc. ("Lehman") (the "Settlement Amount Notice") with respect to the ISDA Master Agreement (the "Master Agreement") dated as of June 25, 2004 between you and Lehman. Terms used and not otherwise defined herein shall have the meanings ascribed thereto in the Master Agreement.

In the Settlement Amount Notice, you state that an amount is either due to or from Lehman as a result of your termination of the Transaction(s) under the Master Agreement. Please be advised that we are receiving a large number of these communications and are unable at this time to verify or agree the calculations in the Settlement Amount Notice. Accordingly, Lehman's receipt of the Settlement Amount Notice shall not be deemed to represent Lehman's agreement to the calculations set forth therein. Additionally, Lehman will accept payment of any amounts ("Lehman Receivables") you claim are owing to Lehman, but any such acceptance shall be without prejudice to Lehman's right to verify or dispute the accuracy of those amounts. Settlement instructions are enclosed herewith.

Kindly note that Section 6(d)(ii) of the Master Agreement requires Lehman Receivables to be paid on the day that the Settlement Amount Notice is effective. Interest on Lehman Receivables accrues at the Default Rate (as defined in the Master Agreement to be equal to the rate per annum of the cost to Lehman of funding such amounts plus 1%).

This letter is sent without prejudice or limitation to any rights or remedies Lehman may have under any agreement(s) or other document(s) related to the Master Agreement or the Transaction(s) or applicable law and Lehman hereby reserves all rights and remedies under such agreement(s), document(s) and applicable law.

Nothing herein shall be construed as an admission of any fact or the establishment of any position by or on behalf of Lehman.

Further correspondence on this matter may be directed to:

Lehman Brothers
1271 Sixth Avenue, 43rd Floor
New York, New York  10020
Attn: Locke R. McMurray
Tel.  212-526-7186
derivativeslegal@lehman.com.


Very truly yours,


LEHMAN BROTHERS SPECIAL FINANCING INC.

To: Counterparties to Lehman Brothers Holdings Inc. Entities Listed Below

From: David Coles

Date: November 6, 2008

RE: Lehman Brothers Settlement Account Change – IMMEDIATE ACTION REQUIRED

Effective immediately (Thursday, November 6, 2008), please change the beneficiary wire information on derivative transactions. All funds should be sent to the new accounts listed with Citibank below. There are additional foreign currency settlement accounts on the second page. Your prompt attention and implementation by COB Friday, November 7, 2008 will be greatly appreciated. **Please make sure to include your entities name as the counterparty in the Reference field of the wire transfer, list what Lehman entity you are remitting funds to, and briefly describe what the transaction relates to.**

To the extent any funds are transferred to a Lehman entity in satisfaction of an amount that has been calculated by a counterparty, kindly be advised that unless otherwise specifically agreed Lehman is not able at this time to verify such calculations and must reserve its right to request further funds if its calculations later show a greater amount due, and also reserves any other rights that it may have under applicable law.

If you have any questions, please reach out to your Lehman/Barclays contact. Thank you for your prompt attention.

**Citibank USD Bank Accounts**
ABA #: 021-000-089
SWIFT Code: CITIUS33

Citibank N.A. New York
388 Greenwich Street
New York, NY 10013

| Legal Entity | Currency | Account Number | Account Name |
|---|---|---|---|
| Lehman Brothers Holdings Inc | USD | 3078-4686 | Lehman Brothers Holdings Inc – DIP – Cash Concentration |
| Lehman Brothers Special Financing Inc | USD | 3078-4731 | Lehman Brothers Special Financing Inc. - DIP |
| Lehman Brothers Financial Products Inc | USD | 3078-4758 | Lehman Brothers Financial Products Inc - DIP |
| Lehman Brothers Derivative Products Inc | USD | 3078-4766 | Lehman Brothers Derivative Products Inc -DIP |
| Lehman Brothers OTC Derivatives Inc | USD | 3078-4774 | Lehman Brothers OTC Derivatives Inc -DIP |
| Lehman Brothers Commercial Corporation | USD | 3078-4782 | Lehman Brothers Commercial Corp -DIP |
| Lehman Brothers Commodity Services Inc | USD | 3078-4803 | Lehman Brothers Commodity Services Inc -DIP |
| Lehman Commercial Paper Inc | USD | 3078-4723 | Lehman Commercial Paper Inc – DIP – Operating AC |

**Citibank FX Bank Accounts**
SWIFT Code: CITIGB2L

Citibank N.A. London
25 Canada Square
**Canary Wharf**
**Citigroup Centre 2**
London, England  E14 5LB

| Legal Entity | Currency | Account Number | Account Name |
|---|---|---|---|
| Lehman Commercial Paper Inc | EUR | 001-2136694 | Lehman Bros Comm Paper Inc - DIP |
| | GBP | 001-2154560 | Lehman Bros Comm Paper Inc - DIP |
| | JPY | 001-2154552 | Lehman Bros Comm Paper Inc - DIP |
| | CAD | 001-2154544 | Lehman Bros Comm Paper Inc - DIP |
| Lehman Brothers Special Financing Inc | EUR | 001-2136325 | Lehman Bros Spec Fin Inc - DIP |
| | GBP | 001-2136368 | Lehman Bros Spec Fin Inc - DIP |
| | JPY | 001-2136341 | Lehman Bros Spec Fin Inc - DIP |
| | CAD | 001-2136333 | Lehman Bros Spec Fin Inc - DIP |
| Lehman Brothers Holdings Inc (UK Branch) | EUR | 001-2136384 | LBHI (UK Branch) - DIP |
| | GBP | 001-2136422 | LBHI (UK Branch) - DIP |
| | JPY | 001-2136414 | LBHI (UK Branch) - DIP |
| | CAD | 001-2136406 | LBHI (UK Branch) - DIP |

By: _/s/ David Coles_

Name: David Coles

Title:
    Chief Financial Officer, Co-Treasurer, Controller and Executive Vice President:
        Lehman Brothers Holdings, Inc.
    Chief Financial Officer, Treasurer and Controller:
        Lehman Brothers Financial Products, Inc.
        Lehman Brothers Special Financing Inc.
        Lehman Brothers Derivative Products Inc.
        Lehman Brothers Commodity Services, Inc.
        Lehman Brothers OTC Derivatives Inc.
        Lehman Brothers Commercial Paper Inc.
        Lehman Brothers Commercial Corporation