**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**          :     08-13555 (JMP)
                                                                  :
            Debtors.                                              :     (Jointly Administered)
                                                                  :
------------------------------------------------------------------x     Ref. Docket No. 3515


### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On May 13, 2009, I caused to be served the Exhibit H of the "LBHI'S MOTION, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, FOR AUTHORIZATION AND APPROVAL OF SETTLEMENT AGREEMENT WITH THE PENSION BENEFIT GUARANTY CORPORATION THAT PROVIDES FOR, INTER ALIA, PAYMENT OF $127,600,000 IN RESPECT OF PENSION BENEFITS FOR PLAN PARTICIPANTS AND THEIR BENEFICIARIES," dated May 7, 2009 [Docket No. 3515], by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the attached Exhibit "A".

    3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                       /s/ Paul Belobritsky
Sworn to before me this                                Paul Belobritsky
14th day of May, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

George E. Di Russo
1244 SE 22 Avenue
Ocala, Florida 34471

Lawrence Gallo
1310 Bayridge Parkway
Brooklyn, NY 11228