**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re  :  Chapter 11 Case No.
 : 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  08-13555 (JMP)
 : 
Debtors.  :  (Jointly Administered)
 : 
------------------------------------------------------------------x  Ref. Docket No. 3589

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2009, I caused to be served the "NOTICE OF DEBTORS' FIRST OMNIBUS MOTION, PURSUANT TO SECTIONS 105(a) AND 365 OF THE BANKRUPTCY CODE, FOR AUTHORIZATION TO REJECT CERTAIN EXECUTORY CONTRACTS," dated May 15, 2009, to which was attached the "DEBTORS' FIRST OMNIBUS MOTION, PURSUANT TO SECTIONS 105(a) AND 365 OF THE BANKRUPTCY CODE, FOR AUTHORIZATION TO REJECT CERTAIN EXECUTORY CONTRACTS," dated May 15, 2009 [Docket No. 3589], by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A",

   b) delivered by facsimile to those parties listed on the attached Exhibit "B",

   c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C", and

   d) enclosed securely in separate postage-prepaid envelopes and delivered by first-class mail to those parties listed on the attached Exhibit "D",

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky  
Paul Belobritsky

Sworn to before me this  
18th day of May, 2009  

/s/ Elli Petris  
Notary Public, State of New York  
No. 01PE6175879  
Qualified in Nassau County  
Commission Expires October 22, 2011

**Exhibit "A"**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
basilumari@andrewskurth.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com

david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
easmith@venable.com

echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gauchb@sec.gov
gbray@milbank.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com

hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jfox@joefoxlaw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jketten@willkie.com
jkurtzman@klehr.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com

jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kmisken@mcguirewoods.com

kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawallf@pepperlaw.com
lawrence.bass@hro.com
lberkoff@moritthock.com
lbtancredi@venable.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
Mbass@HodgsonRuss.com

mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com

paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov

rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
schannej@pepperlaw.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com

tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

# Exhibit "B"

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

# EXHIBIT "D"

# EXHIBIT "D"

| Claim Name | Address Information |
|---|---|
| A. T. KEARNEY, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,222 WEST ADAMS STREET, CHICAGO, IL 60606 |
| ACCENTURE LLP | ATTN: GENERAL COUNSEL OR PRESIDENT,11 BROADWAY, 16TH FLOOR, NEW YORK, NY 10004 |
| ACL SERVICES LTD | ATTN: LEGAL DEPARTMENT,1550 ALBERNI ST., VANCOUVER, BC V6G 1A5 CANADA |
| ACTIVESTATE TOOL CORP. | ATTN: PERLDIRECT MANAGER,580 GRANVILLE STREET,VANCOUVER, VANCOUVER, BC V6C 1W6 CANADA |
| ALACRA INC | ATTN: STEVEN GOLDSTEIN, CEO,100 BROADWAY, STE. 1101, NEW YORK, NY 10005 |
| ALCATEL-LUCENT | ATTN: GENERAL COUNSEL OR PRESIDENT,600-700 MOUNTAIN AVENUE, MURRAY HILL, NJ 07974 |
| ASX SYDNEY FUTURES EXCHANGE LIMITED | ATTN: COMPANY SECRETARY,LEVEL 9, 20 BRIDGE STREET,SYDNEY, NEW SOUTH WALES 2000,    AUSTRALIA |
| ASX SYDNEY FUTURES EXCHANGE LIMITED | ATTN: COMPANY SECRETARY,PO BOX H224, AUSTRALIA SQUARE,  NSW 1215 AUSTRALIA |
| AVISTAR COMMUNICATION CORP | ATTN: GENERAL COUNSEL OR PRESIDENT,555 TWIN DOLPHIN DR., REDWOOD SHORES, CA 94065 |
| AXIOMA, INC. | ATTN: ROBERT BENDER,17 STATE STREET, SUITE 800, NEW YORK, NY 10004 |
| BARNETT ASSOCIATES, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,61 HILTON AVE., GARDEN CITY, NY 11530 |
| BOBBI TRADING CORP. | ATTN: GENERAL COUNSEL OR PRESIDENT,224 HOLBROOK RD., SOUTH BURLINGTON, VT 05403 |
| BORSA ITALIANA S.P.A. | ATTN: EXECUTIVE DIR OF NEW BUSINESS UNIT,PIAZZA DEGLI AFFARI N. 6, MILAN, 20123 ITALY |
| BUSINESS & TECHNOLOGY RESOURCE GRP INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,266 ELMWOOD AVE. #372, BUFFALO, NY 14222 |
| C&S MARKETING, INC. | ATTN: KRAIG CLARK,9309 LA RIVIERA DR., SUITE E, SACRAMENTO, CA 95826 |
| CAREERBUILDER, LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,200 N. LASALLE ST., SUITE. 1100, CHICAGO, IL 60601 |
| CB COMMERCIAL REAL ESTATE GROUP, INC. | TORTO WHEATON RESEARCH, DIV OF CB COMM R,ATTN: GENERAL COUNSEL OR PRESIDENT,200 HIGH ST., 3RD FLOOR, BOSTON, MA 02110 |
| CB COMMERCIAL REAL ESTATE GROUP, INC. | TORTO WHEATON RESEARCH, DIV OF CB COMM R,ATTN: GENERAL COUNSEL OR PRESIDENT,11150 SANTA MONICA BLVDM, SUITE 1600, LOS ANGELES, CA 90025 |
| COLUMBINE CABLE COMPANY, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,5480 WEST 60TH AVE., UNIT A, ARVADA, CO 80003 |
| CRSP | ATTN: DAVID K. BARCLAY, CHIEF OPER OFF,UNIV OF CHICAGO, GRAD SCHOOL OF BUS,105 WEST ADAMS ST., SUITE 1700, CHICAGO, IL 60603 |
| DALCOMP | ATTN: GENERAL COUNSEL OR PRESIDENT,801 PLAZA THREE,HARBORSIDE FINANCIAL CENTER, JERSEY CITY, NJ 07311 |
| DATA DOWNLINK CORPORATION | (N/K/A ALACRA, INC.),ATTN: STEVEN GOLDSTEIN, CEO,101 HUDSON ST. 24TH FLOOR, JERSEY CITY, NJ 07302 |
| DATA DOWNLINK CORPORATION | (N/K/A ALACRA, INC.),ATTN: STEVEN GOLDSTEIN, CEO,100 BROADWAY, SUITE 1101, NEW YORK, NY 10005 |
| DATACAT MEDIA LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,212 DURHAM AVE., BLDG 1A, SUITE 100, METUCHEN, NJ 08840 |
| DATASTREAM INTERNATIONAL, INC. | ATTN: GENERAL COUNSEL,120 WALL ST., 15TH FLOOR., NEW YORK, NY 10005 |
| DERIVATECH CONSULTING | ATTN: GENERAL COUNSEL OR PRESIDENT,223 W. JACKSON BLVD., SUITE. 802, CHICAGO, IL 60606 |
| DERIVATECH CONSULTING | ATTN: GENERAL COUNSEL OR PRESIDENT,3525 WEST PETERSON AVE., SUITE 415, CHICAGO, IL 60659 |
| DERIVATECH CONSULTING, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,3525 WEST PETERSON AVE. SUITE 415, CHICAGO, IL 60659 |
| DR. CHRISTOPH SCHUECKING | CMS HASCHE SIGLE,BARCKHAUSSTRASSE 12-16, FRANKFORT AM MAIN,   60325 GERMANY |
| DR. MICHAEL C. FREGE, RECHTSANWALT | BARCKHAUSSTRASSE 12-16, FRANKFORT AM MAIN,   60325 GERMANY |
| E-NET CORPORATION | ATTN: CONTRACT ADMINISTRATION,505 SANSOME ST., 20TH FLOOR, SAN FRANCISCO, CA 94111 |
| E-NET CORPORATION | ATTN: GENERAL COUNSEL OR PRESIDENT,300 VALLEY STREET, SAUSALITO, CA 94965 |
| EPIPHANY, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,1900 S. NORFOLK ST., SUITE 310, SAN MATEO, |

| Claim Name | Address Information |
|---|---|
| EPIPHANY, INC. | CA 94403 |
| ESSENTIAL TELECOMMUNICATIONS CORP. | ATTN: GENERAL COUNSEL OR PRESIDENT,21 SEQUIN DRIVE, GLASTONBURY, CT 06033 |
| EUROMONEY INSTITUTIONAL INVESTOR PLC | ATTN: EURONEXT PARIS S.A,MARKET DATA DIVISION,39 RUE CAMBON, PARIS CEDEX, 75001 FRANCE |
| F-D-C REPORTS, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,5500 FRIENDSHIP BLVD., CHEVY CHASE, MD 20815 |
| F-D-C REPORTS, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,5635 FISHERS LANE, SUITE 6000, ROCKVILLE, MD 20852 |
| FENICS SOFTWARE LIMITED | ATTN: SIMON ROCKALL, LEGAL DEPT.,22 CHAPTER STREET, LONDON,   SW1P 4NP ENGLAND |
| FIX CITY LIMITED | ATTN: GENERAL COUNSEL OR PRESIDENT,THE BRIDGE, 12-16 CLERKENWELL ROAD, LONDON, EC1M 5PQ UNITED KINGDOM |
| FNX LIMITED | GL CONSULTANTS INC.,ATTN: GENERAL COUNSEL OR PRESIDENT,261 MADISON AVENUE, 16TH FLOOR, NEW YORK, NY 10016 |
| FNX LIMITED | ATTN: FARID A. NAIB,150 SOUTH WARNER RD., STE. #118, KING OF PRUSSIA, PA 19406 |
| FX ALLIANCE, LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,900 THIRD AVE., 3RD FLOOR, NEW YORK, NY 10022 |
| FX ALLIANCE, LLC, FX ALLIANCE LIMITED | AND FX ALLIANCE INTERNATIONAL, LLC,ATTN: GENERAL COUNSEL OR PRESIDENT,900 THIRD AVE., 3RD FLOOR, NEW YORK, NY 10022 |
| GARBAN LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,HARBORSIDE FINANCIAL CENTER,1100 PLAZA FIVE, 12TH FLOOR, JERSEY CITY, NJ 07311-4996 |
| GARBAN LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,120 BROADWAY, 21ST FLOOR, NEW YORK, NY 10271 |
| GFI GROUP | 55 WATER STREET, NEW YORK, NY 10041 |
| GFI GROUP LONDON | BROADGATE WEST,1 SNOWDEN STREET, LONDON,   EC2A 2DQ UNITED KINGDOM |
| GLOBAL INDUSTRY CLASSIFICATION STANDARD | ATTN: STANDARD & POORS, GICS PRODUCT MGR,DIV. OF THE MCGRAW-HILL COMPANIES, INC.,55 WATER STREET, NEW YORK, NY 10041 |
| GRYPHON NETWORKS CORP. | ATTN: CONTRACT MANAGEMENT,249 VANDERBILT AVE., NORWOOD, MA 02062 |
| HANWECK ASSOCIATES, LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,70 BATTERY PLACE, SUITE 916, NEW YORK, NY 10280 |
| IMONEYNET, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,ONE RESEARCH DR., STE. 400A, WESTBOROUGH, MA 01581-5193 |
| INDII.COM USE, LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,47 ANGELUS DR., GREENWICH, CT 06831 |
| INFOIMAGE, INC. | ATTN: ROBB SILBERT,4000 NORTH CENTRAL AVE., SUITE 2300, PHOENIX, AZ 85012 |
| INFORMA INVESTMENT SOLUTIONS, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,4 GANNETT DR., WHITE PLAINS, NY 10604 |
| INSTITUTIONAL SHAREHOLDER SERVICES, INC. | ATTN: JILL E. LYONS, SVP,DIRECTOR OF RESEARCH & DEVELOPMENT,2099 GAITHER ROAD, SUITE 501, ROCKVILLE, MD 20850-4045 |
| IQ FINANCIAL SYSTEMS, INC. | ATTN: SUSAN SIMEK,130 LIBERTY ST., MS 2233, NEW YORK, NY 10006 |
| IQ FINANCIAL SYSTEMS, INC. | ATTN: CORPORATE COUNSEL,130 LIBERTY ST., MS 2233, NEW YORK, NY 10006 |
| J & S AUDIO VISUAL, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,3373 TOWERWOOD DRIVE, DALLAS, TX 75234-2316 |
| KNOBIAS.COM, LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,875 NORTH PARK DR., BLDG. 2, SUITE 500, RIDGELAND, MS 39157 |
| LAN-TEL COMMUNICATIONS, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,170 KERRY PLACE, NORWOOD, MA 02062 |
| LEHMAN BROTHERS BANKHAUS AG | ATTN: GENERAL COUNSEL OR PRESIDENT,RATHENAUPLATZ 1,FRANKFURT AM MAIN, FRANKFURT,   60313 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG | ATTN: OPERATIONS MANAGER,GRÜNEBURGWEG 18, FRANKFURT/M,   60322 GERMANY |
| LEHMAN BROTHERS SVS (INDIA) PRIVATE LTD | ATTN: CHIEF EXECUTIVE OFFICER,WINCHESTER, 10TH FLOOR,HIRANANDANI BUSINESS PARK, POWAI, MUMBAI,   400 076 INDIA |
| LEHMAN SERVICES (SEZ UNIT) | ATTN: GENERAL COUNSEL OR PRESIDENT,A-WING, KENSINGTON BUILDING,HIRANANDANI BUSINESS PARK, POWAI, MUMBAI,   400 076 INDIA |
| LIFFE ADMINISTRATION AND MANAGEMENT | CANNON BRIDGE HOUSE,1 COUSIN LANE, LONDON,   EC4R 3XX ENGLAND |
| LOGICON COMMERCIAL INFORMATION SVCS INC. | ATTN: CONTRACTS MANAGER,10 ORVILLE DRIVE, BOHEMIA, NY 11716 |

| Claim Name | Address Information |
|---|---|
| MACGREGOR GROUP INC. | ATTN: GENERAL COUNSEL,321 SUMMER STREET, BOSTON, MA 02210 |
| MACROECONOMIC ADVISERS, LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,231 SOUTH BEMISTON AVE., SUITE 775, ST. LOUIS, MO 63105 |
| MACROECONOMIC ADVISERS, LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,231 SOUTH BEMISTON AVE., SUITE 900, ST. LOUIS, MO 63105 |
| MESSAGEONE, INC. | PRESIDENT,11044 RESEARCH BOULEVARD, SUITE C-500, AUSTIN, TX 78759 |
| MEXICAN STOCK EXCHANGE | ATTN: GENERAL COUNSEL OR PRESIDENT,PASEO DE LA REFORMA,NO. 255, COLONIA CUAUHTÉMOC, MEXICO CITY, FEDERAL DIST,  C.P. 06500 MEXICO |
| MICROEDGE, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,619 WEST 54TH STREET, 10TH FLOOR, NEW YORK, NY 10019 |
| MICROWARE TECHNOLOGIA DE INFORMACAO LTDA | ATTN: GENERAL COUNSEL OR PRESIDENT,AL. LORENA 800, 140 ANDAR, SAO PAULO, SP, BRASIL |
| NEWBRIDGE NETWORKS INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,573 HERNDON PARKWAY,SUITE 200, HERNDON, VA 22070-5241 |
| NIHON KEIZAI SHIMBUN, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,1-9-5, OHTEMACHI, CHIYODA-KU, TOKYO, JAPAN |
| ONEOFFSHORE UK LTD | ATTN: GENERAL COUNSEL OR PRESIDENT,HARBOUR GATE HOUSE,26-28 WATERLOO QUAY, ABERDEEN,   UNITED KINGDOM |
| ONEOFFSHORE UK LTD | ATTN: GENERAL COUNSEL OR PRESIDENT,STUDIO 1, THE WAREHOUSE,ST BOTOLPH'S LANE, BARY ST EDMUNDS, SUFFOLK,   IP33 2AX UNITED KINGDOM |
| OSLO BORS INFORMASJON AS | ATTN: GENERAL COUNSEL OR PRESIDENT,P.O. BOX 102 SENTRUM, N-0102, OSLO, NORWAY |
| OTC DERIV/SERV LLC. | ATTN: GENERAL COUNSEL OR PRESIDENT,55 WATER ST., 22ND FLR, NEW YORK, NY 10041-0099 |
| QUOTEVISION LIMITED | ATTN: GENERAL COUNSEL OR PRESIDENT,HAYMARKET HOUSE, 1 OXENDON STREET, LONDON, SW1Y 4EE UNITED KINGDOM |
| RISKVAL FINANCIAL SOLUTIONS, LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,120 WEST 31ST STREET, 6TH FLOOR, NEW YORK, NY 10001 |
| ROGERS WIRELESS PARTNERSHIP | ATTN: VP, NATIONAL SALES,ONE MOUNT PLEASANT ROAD, TORONTO, ON M4Y 2Y5 CANADA |
| ROSCOR CORPORATION | ATTN: GENERAL COUNSEL OR PRESIDENT,1061 FEEHANVILLE DRIVE, MOUNT PROSPECT, IL 60056 |
| SCHROEDER ADVISORY SERVICES, INC. | D/B/A LATINSOURCE,ATTN: GENERAL COUNSEL OR PRESIDENT,641 LEXINGTON AVE, 18TH FLOOR, NEW YORK, NY 10022 |
| SEAPINE SOFTWARE, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,5390 COURSEVIEW DR., SUITE 115, MASON, OH 45040 |
| SEAPINE SOFTWARE, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,5412 COURSEVIEW DR., SUITE 200, MASON, OH 45040 |
| SMARTBEAR SOFTWARE COMPANY | ATTN: GENERAL COUNSEL OR PRESIDENT,12885 RESEARCH BOULEVARD, SUITE 209B, AUSTIN, TX 78750-3221 |
| SOFTEK PARTNERS, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,47 CAMBRIDGE STREET, WINCHESTER, MA 01890 |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN:  D. FARRINGTON YATES, ESQ.,ATTN:  JILLIAN GUTMAN MANN,1221 AVENUE OF THE AMERICAS, 24TH FLOOR, NEW YORK, NY 10020-1089 |
| STEVEN KONOWITZ, ATTORNEY AT LAW | KONOWITZ & GREENBERG, P.C.,20 WILLIAM STREET, SUITE 320, WELLESLEY, MA 02481-4145 |
| STORAGE TECHNOLOGY CORP | ATTN: VINCENT A. FATTIZZI, FIN SVCS MGR,(OR HIS SUCCESSOR),2270 SOUTH 88TH ST., LOUISVILLE, CO 80028 |
| SUN MICROSYSTEMS, INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,4150 NETWORK CIRCLE, SANTA CLARA, CA 95054 |
| TEMENOS HOLDINGS NV | ATTN: GENERAL COUNSEL OR PRESIDENT,35 PENSTRAAT,WILLEMSTAD, CURACAO, NETHERLAND ANTILLES |
| THE INVESTEXT GROUP | ATTN: GENERAL COUNSEL OR PRESIDENT,22 PITTSBURGH ST., BOSTON, MA 02210 |
| THOMSON REUTERS | ATTN: GENERAL COUNSEL OR PRESIDENT,3 TIMES SQUARE, NEW YORK, NY 10036 |
| TURQUOISE SERVICES LIMITED | ATTN: GENERAL COUNSEL OR PRESIDENT,23 AUSTIN FRIARS, 5TH FLOOR, LONDON,   EC2N 2QP UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| UNITY ELECTRIC LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,1 MADISON STREET, SUITE F1, EAST RUTHERFORD, NJ 07073 |
| VAROLII CORPORATION | ATTN: GENERAL COUNSEL OR PRESIDENT,821 2ND AVENUE, SUITE 1000, SEATTLE, WA 98104 |
| WESTERN ELECTRICAL MANAGEMENT LTD | ATTN: GENERAL COUNSEL OR PRESIDENT,3770 12TH STREET NE, ALBERTA,  T2E8H9 CANADA |
| WISDOMTOOLS, INC | ATTN: GENERAL COUNSEL OR PRESIDENT,501 MORTON, SUITE 102, BLOOMINGTON, IN 47404 |
| XENOS GROUP INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,95 MURAL ST., SUITE 201, RICHMOND HILL, ON L4B 3GS CANADA |
| XKOTO INC. | ATTN: GENERAL COUNSEL OR PRESIDENT,2300 YONGE ST., SUITE 1902, TORONTO, ON M4P 1E4 CANADA |
| ZERO TO FIVE LLC | ATTN: GENERAL COUNSEL OR PRESIDENT,650 CLOVELLY LANE, DEVON, PA 19333 |

**Total Creditor Count 103**