ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor
Boston, MA 02199-7080
Phone: (617) 267-2300
Fax: (617) 267-8288

**UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re.<br><br>**LEHMAN BROTHERS HOLDINGS INC.,**<br>*et al.*,<br><br>　　　　　　**Debtors.** | Chapter 11 Case No.<br>08-13555 (JMP)<br><br>(Jointly Administered) |

## MOTION TO WITHDRAW APPEARANCE OF
## VERONICA M. LEI

Veronica M. Lei, the undersigned counsel, respectfully moves to withdraw her appearance in the above-captioned matter. In support of the motion, undersigned counsel represents as follows:

1.　The undersigned will be leaving the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. on May 14, 2009.

2.　Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, Liberty Life Assurance Company of Boston, Liblaco Separate Accounts, Employers Insurance of Wausau, Wisconsin Health Care Liability Insurance Plan, Ohio Casualty Insurance Company, American Fire & Casualty Insurance Company, Peerless Indemnity Insurance Company, Peerless Insurance Company, Liberty Insurance Underwriters Inc., Liberty Seguros, Liberty Mutual Insurance Europe Limited, Liberty Insurance Pte Ltd and

35247213.1

Liberty Spain Life ("Parties of Interest") will continue to be represented in this matter by Anthony A. Froio of Robins, Kaplan, Miller & Ciresi L.L.P.

WHEREFORE, the undersigned counsel respectfully requests that the motion to withdraw the appearance of Veronica M. Lei be granted.

Dated: May 11, 2009

By: *[signature]*

Veronica M. Lei
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ARDC #6283358; BBO # 673122
800 Boylston Street
25th Floor
Boston, MA  02199-7080
Phone: (617) 267-2300
Fax: (617) 267-8288
Email: vmlei@rkmc.com

35247213.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor
Boston, MA 02199-7080
Phone: (617) 267-2300
Fax: (617) 267-8288

**UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**



|  |  |
|---|---|
| **In re.** ) | |
| ) | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** ) | 08-13555 (JMP) |
| *et al.*, ) | |
| ) | (Jointly Administered) |
| **Debtors**. ) | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF VERONICA M. LEI

THIS CAUSE is before the Court upon the Motion to Withdraw Appearance of Veronica M. Lei filed by Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, Liberty Life Assurance Company of Boston, Liblaco Separate Accounts, Employers Insurance of Wausau, Wisconsin Health Care Liability Insurance Plan, Ohio Casualty Insurance Company, American Fire & Casualty Insurance Company, Peerless Indemnity Insurance Company, Peerless Insurance Company, Liberty Insurance Underwriters Inc., Liberty Seguros, Liberty Mutual Insurance Europe Limited, Liberty Insurance Pte Ltd and Liberty Spain Life ("Parties of Interest"). In consideration of this Motion, any opposition hereto, the entire record, and for good cause show, it is hereby

ORDERED that the Motion is GRANTED; and it is

35247213.1

FURTHER ORDERED that Veronica M. Lei's appearance in this matter is hereby withdrawn. The Court notes that Anthony A. Froio shall continue to represent the Parties of Interest in this action.

ORDERED in New York, New York this _____ day of May, 2009.

_____
The Honorable James M. Peck
United States Bankruptcy Judge

35247213.1