WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :          Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :          08-13555 (JMP)
                                                :
                               Debtors.         :          (Jointly Administered)
                                                :
                                                :
-------------------------------------------------------------------x
```

**NOTICE OF FOURTH SUPPLEMENTAL DECLARATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC IN
CONNECTION WITH ITS EMPLOYMENT AND RETENTION**

    **PLEASE TAKE NOTICE** that, on May 19, 2009, Lehman Brothers Holdings

Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (together, the "Debtors") filed the attached Fourth Supplemental

Declaration of Alvarez and Marsal North America, LLC in compliance with the Order

Approving Application Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for

Authorization to

Employ and Retain Alvarez & Marsal North America, LLC.

Dated: May 19, 2009
       New York, New York

                                    /s/ Richard P. Krasnow
                                    Richard P. Krasnow
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                         :
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*             :        **08-13555 (JMP)**
                                                         :
            **Debtors.**                                 :        **(Jointly Administered)**
                                                         :
                                                         :
-------------------------------------------------------------------x

**FOURTH SUPPLEMENTAL DECLARATION OF ALVAREZ & MARSAL NORTH**
**AMERICA, LLC IN CONNECTION WITH ITS EMPLOYMENT AND RETENTION**

John Suckow makes this declaration under 28 U.S.C. § 1746, and states:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC

(together with its wholly owned subsidiaries, affiliates (all of which are owned by

Alvarez & Marsal North America, LLC's parent company and employees), agents,

independent contractors, and employees ("A&M")), a restructuring advisory services

firm with numerous offices throughout the world.  Unless otherwise stated herein, I have

personal knowledge of the facts set forth herein or have been informed of such matters by

professionals of A&M.  To the extent any information disclosed herein requires

amendment or modification upon A&M's completion of further review or as additional

party in interest information becomes available to it, a further supplemental declaration

reflecting such amended or modified information will be submitted to the Court.

2.      A&M has previously submitted declarations dated October 8, 2008 [Docket

No. 760]; November 4, 2008 [Docket No. 1366]; November 17, 2008 [Docket No. 1559];

and February 6, 2009 [Docket No. 2754] (collectively the "Declarations") in support of

the October 8, 2008 application (the "Application") of Lehman Brothers Holdings Inc.

("LBHI") and its affiliated debtors in the above referenced chapter 11 cases, as debtors in

possession (together the "Debtors" and with their non-debtor affiliates "Lehman"),

pursuant to sections 105(a) and 363(b) of the Bankruptcy Code for Authorization to

Employ and Retain Alvarez & Marsal North America, LLC to Provide the Debtors With

a Chief Restructuring Officer and Additional Personnel, and to Appoint the Chief

Restructuring Officer *Nunc Pro Tunc* to September 15, 2008. [Docket No. 760].

3.    On December 17, 2008, the United States Bankruptcy Court for the Southern

District of New York entered an order approving the Application and the Debtors'

employment and retention of A&M (the "Order").  [Docket No. 2278].

4.    I am submitting this Fourth Supplemental Declaration to disclose certain

additional information that has become available to A&M since the filing of the

Declarations.

5.    As set forth in the Declarations, and in connection with its proposed

retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to

determine whether it has any conflicts or other relationships that might cause it not to be

disinterested or to hold or represent interests adverse to the Debtors.

6.    Specifically, A&M periodically receives from the Debtors, and/or their

representatives, a list of the names of individuals and entities that may be parties-in-

interest in these chapter 11 cases (the "Potential Parties in Interest").  A&M then provides

this list to all of its employees worldwide and conducts a query of such Potential Parties

in Interest in a database containing the names of individuals and entities that are

represented by A&M.  The results of A&M's latest inquiry are listed below.  I believe

that none of the additional disclosures described below gives rise to a conflict or results

in A&M not being disinterested within the meaning of the term in section 101(14) of title

11 of the United States Code (the "<u>Bankruptcy Code</u>").

**A&M's Connections with Parties in Interest<br>in Matters Unrelated to these Chapter 11 Cases**

7.    <u>In addition to those matters disclosed in the previous Declarations:</u>

    a.    A&M is currently advising or has previously advised the following

Potential Parties in Interest or their affiliates as creditors or as members of

official creditors' committees in which these Potential Parties in Interest,

or their affiliates, were members:

- Alliance Bernstein
- Bank One Plaza
- Deere & Company
- Federal Home Loan Bank of Dallas
- King Street Capital Management, L.L.C.
- Neuberger Berman Income Opportunity Fund
- Regions Bank
- TD Securities
- Wexford Capital, LLC
- York Capital Management

    b.    The following professionals have represented clients in matters where

A&M was also an advisor, or provided crisis management, to the same

clients:

- Appleby Global
- Ashurst Morris Crisp
- Bank One Plaza
- Bracewell & Giulliani LLP
- Brownstein Hyatt Farber Schreck, LLP
- De Brauw Blackstone Westbroek
- Dewey LeBouf LLP
- Fried Frank
- FTI Consulting Inc
- Herbert Smith CIS LLP
- Hughes Hubbard

- Jonathan Harris
- Kim & Chang
- Lazard Freres & Co
- Locke Lord Bissell & Liddell LLP

In certain cases, these professionals may have engaged A&M on behalf of such clients.

c.  A&M and/or its affiliates are currently providing or have previously provided certain consulting services to the following Potential Parties in Interest or their affiliates in matters wholly unrelated to the Debtors' chapter 11 cases:

- AT&T Incorporated
- Bank One Plaza
- Bayview Financial, L.P
- BP Energy Company
- Bracewell & Giulliani LLP
- CB Richard Ellis
- Cisco
- Continental Airlines, Inc
- Cyrus Capital Partners, L.P.
- Deloitte & Touch USA LLP
- Direct Energy Business, LLC
- EMC Corporation
- Enterprise Products Operating, LLC
- Florida Power & Light Company
- Infospace Inc
- Lazard Freres & Co
- Lexington Insurance Company
- Linn Energy, LLC
- Neuberger Berman
- NYSE Euronext Inc
- Southern California Edison Company
- Sun Microsystems, Inc
- Time Warner
- TPG-Austin Portfolio Holdings LLC
- TransCanada Pipelines Limited

    d.  The following Potential Parties in Interest or their affiliates are significant equity holders of other clients or former clients of A&M or its affiliates:

- American National Insurance Company
- Australia and New Zealand Banking Group Ltd.
- Bank One Plaza
- Capital Guardian Trust Company
- Cisco Systems Inc
- Jarden Corporation
- King Street Capital Management, L.L.C.
- Lazard Freres & Co
- Neuberger Berman Income Opportunity Fund
- Regions Bank
- RWE
- TD Security
- TPG-Austin Portfolio Holdings LLC
- Wexford Capital, LLC

    e.  A&M is currently advising or has previously advised various official or unofficial noteholders' committees in which Neuberger Berman Income Opportunity Fund or its affiliates were members or which represented the interests of Neuberger Berman Income Opportunity Fund or its affiliates.

### A&M Personnel Inquiry

8.    Some A&M employees were previously employees of Lehman or its affiliates. Generally these former Lehman employees maintain certain *de minimis* passive investments in restricted Lehman stock and / or certain participations in investment vehicles managed by Lehman and / or in which Lehman is a general and / or limited partner. As a result of its ongoing review, A&M has become aware of the following connections to the Debtors:

    a.  Three (3) A&M employees purchased Lehman stock and / or bonds prior to A&M's retention in the Debtor's Chapter 11 Cases. One such A&M

employee holds approximately 450 shares of common stock in LBHI,

another holds approximately 1000 shares of common stock in LBHI and

the third owns approximately 10,000 Euros (face amount) of obligations

issued by Lehman Brothers Treasury Co. B.V.  Said employees have

represented to A&M that they will dispose of their respective interests as

soon as practicable.

b. An employee of A&M who was formerly employed by a Lehman entity

and then Barclays Capital Inc. ("Employee A"), has the following

connections to the Debtors:

- Employee A is a limited partner in five (5) Lehman managed and/or owned investment vehicles.  His aggregate investment commitment with respect to such investment vehicles is $325,000. Of such aggregate amount, $80,000 remains subject to a future funding commitment;
- Employee A filed a claim against a Lehman entity for unpaid wages in the amount of approximately $40,000.  He has represented to A&M that he will dispose of this claim as soon as reasonably possible and, in any event, if he is unable to sell such claim he will waive it or transfer it to an unrelated third party.
- Employee A has not, and will not, work on matters for A&M relating to Lehman.

### Related Representations

9.    In addition to the relationships with Potential Parties-in-Interest described

above, and out of an abundance of caution, A&M has also identified the following

representations that are indirectly related to the Debtors (the "Related Representations").

a.    A&M has been retained as restructuring advisor to Aleris International, Inc. and certain of its affiliates as debtors and debtors in possession ("Aleris").  Lehman is a participant in Aleris' secured lending facilities.  A&M will recuse itself from directly assisting or advising Lehman with respect to the negotiation, settlement,

remediation and/or adjudication of any matters, claims or disputes between Aleris and Lehman.

b.  Certain A&M affiliates provide tax and business consulting services to Neuberger Berman Group LLC and certain of its affiliates ("Neuberger").  Neuberger is (or was) a wholly owned subsidiary of Lehman with respect to which Lehman has, or intends to, sell a majority of its interest therein.  A&M will continue to provide such service following the closing of any such sales.

c.  A&M has been retained as restructuring and financial advisor to Qimonda Richmond, LLC and certain of its affiliates as debtors and debtors in possession ("Qimonda").  It recently came to A&M's attention that a Lehman subsidiary subject to receivership in Germany, Lehman Brothers Bankhaus AG ("Lehman Bankhaus"), issued a demand against a predecessor of Qimonda for the payment of a debt of 8.25 million Euros.  A&M will recuse itself from directly assisting or advising Lehman or Qimonda with respect to the negotiation, settlement, remediation and/or adjudication of any matters, claims or disputes between Qimonda and Lehman or Lehman Bankhaus.

d.  A&M has been retained as restructuring advisor to a certain entity ("Company A").  Due to confidentiality restrictions, A&M may not reveal the identity of Company A until its representation of Company A becomes public knowledge.  Lehman is a participant in Company A's term secured loan facility.  Lehman holds approximately $52 million in obligations with respect to such facility out of an aggregate outstanding amount of approximately $1.5 billion.  A&M will recuse itself from directly assisting or advising Lehman with respect to the negotiation, settlement, remediation and/or adjudication of any matters, claims or disputes between Company A and Lehman.

e.  A&M has been retained as restructuring advisor to a certain entity ("Company B").  Due to confidentiality restrictions, A&M may not reveal the identity of Company B until its representation of Company B becomes public knowledge.  Company B is an obligor under a revolving secured loan facility (the "Facility") with an aggregate funding commitment of approximately $468 million.  Company B maintains that Lehman was obligated to fund approximately $3 million in connection with such commitment and failed to provide such amount upon demand.  Company B may initiate litigation against Lehman in connection with such matter.  A&M has not and will not advise Company B in connection with any such dispute and A&M will recuse itself from directly assisting or advising Lehman with respect to

the negotiation, settlement, remediation and/or adjudication of any matters, claims or disputes between Company B and Lehman.

f.    A&M personnel currently assist Lehman in managing its private company investment portfolio.  A&M ran a search in its database against the subjects of the related investments (the "Subject Companies") and determined the following (in addition to those matters disclosed in the Declarations):

i.    An A&M affiliate provides advisory services to Freescale Semiconductor, Inc. ("Freescale").  Lehman holds a proprietary equity interest in Freescale, which investment is less than one percent (1%) of Freescale's outstanding equity.

ii.   A&M and/or its affiliates are currently providing or have previously provided certain consulting and/or interim management services to the following Subject Companies or their affiliates in matters wholly unrelated to the Debtors' chapter 11 cases:
- Dayjet Corporation
- Energy Future Holdings Corp.
- Greenbrier Minerals
- Press Ganey
- Regent Seven Seas Cruises
- Schefenacker plc
- Time Warner Cable NYC
- TXU
- Univision

iii.  The following Subject Companies or their affiliates are significant equity holders of other clients or former clients of A&M or its affiliates:
- Alcon
- BAWAG P.S.K.
- Chrysler
- First Data Corporation
- GMAC
- GSCP

10.   In each of the Related Representations, A&M has endeavored to segregate professionals working on the Related Representations from professionals working on the Debtors' chapter 11 cases.  I, on behalf of A&M, do not believe that any of the Related Representations create a conflict of interest regarding the Debtors or their chapter 11

cases.  I, on behalf of A&M, continue to believe that A&M is "disinterested" within the

meaning of the term in Section 101(14) of the Bankruptcy Code.

I declare under penalty of perjury that, to the best of my knowledge, and after

reasonable inquiry, the foregoing is true and correct.

Dated:  May 18, 2009
         New York, New York

/s/ John Suckow
John Suckow, Managing Director