# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC** | Case No. 08-13555 (JMP) Jointly Administered |
| Lehman Brothers Holdings, Inc. | Case No. 08-13555 |
| ("the Debtors") | Claim No.: <u>Sched F</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHED CREDITOR, TWISTED PAIR SOLUTIONS INC., IN THE AMOUNT OF $5,487.60, TO VONWIN CAPITAL MANAGEMENT, LP

**To Transferor:**    Twisted Pair Solutions Inc.
3131 Elliot Avenue, Suite 200
Seattle, WA  98121

PLEASE TAKE NOTICE that the transfer of <u>$5,487.60</u> of the above-captioned  general unsecured claim has been transferred to:

**Transferee:**    VonWin Capital Management, LP
Attn:  Roger Von Spiegel, Managing Director
261 Fifth Avenue, 22nd Floor
New York, NY 10016

The evidence of transfer of claim is attached hereto.  An excerpt of the Debtor's Schedules of Liabilities is attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

(FOR CLERK'S OFFICE USE ONLY):
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          Case No. 08-13555

Ch-11 Lehman Brothers Holdings, Inc.            Chapter 11

Debtor

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Twisted Pair Solutions Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Schedule Claim No. |
|---|---|
| $5,487.60 | Schedule F |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee").  The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.        ASSIGNOR:  Twisted Pair Solutions Inc.
Address:       261 Fifth Avenue, 22nd Floor      Address:       3131 Elliot Avenue Suite 200
               New York, NY 10016                               Seattle, Washington 98121
                                                                United States

Signature: _____               Signature: _____
Name:      Roger Von Spiegel                  Name:      George W. Widget
Title:     Managing Director                  Title:     CFO
Date:      _____                Date:      4/27/09

08-13555 (JMP)

Lehman Brothers Holdings Inc.

Schedule F:
Creditors Holding Unsecured Nonpriority Claims
Payables

| Creditor name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Travelersins | | | | | | | UNITED STATES | Obligation of LBHI to Travelersins underlying letter of credit #SI0328 dated 6/29/1999 | Y | Y | Y | $1,783,744.00 |
| Treasury Holdings | | | | | | | | I/C Receivable/Payable | N | N | N | $309.06 |
| Tremont Tower | | | | | | | UNITED STATES | Obligation of LBHI to Tremont Tower underlying letter of credit #SO3132 dated 7/9/2003 | Y | Y | Y | $239,496.00 |
| Tremont Tower | | | | | | | UNITED STATES | Obligation of LBHI to Tremont Tower underlying letter of credit #SO3131 dated 7/9/2003 | Y | Y | Y | $1,330,535.00 |
| TRILOGY LEASING CO LLC | C/O 1ST CONSTITUTION BANK | P.O.BOX 574 | | CRANBURY | NJ | 08512 | UNITED STATES | General trade payable | N | N | N | $42,103.00 |
| TRIMONT REAL ESTATE ADVISORS INC | 3424 PEACHTREE RD NE | SUITE 2200 | | ATLANTA | GA | 30326 | UNITED STATES | General trade payable | N | N | N | $1,000.00 |
| Trousset,Tony | 3627 Broderick Street | | | San Francisco | CA | 94123 | UNITED STATES | Outstanding severance | N | N | N | $49,889.95 |
| TSAI, PRISCILLA | 3838 CHESTNUT STREET | APT. A702 | | PHILADELPHIA | PA | 19104 | UNITED STATES | General trade payable | N | N | N | $123.25 |
| Tsesmelis,Nicole | 10 Vanderlyn Drive | | | Manhasset | NY | 11030 | UNITED STATES | Outstanding severance | N | N | N | $12,266.84 |
| Tucker-Rice,Sabrina | 789 Monroe Street | | | Brooklyn | NY | 11221 | UNITED STATES | Outstanding severance | N | N | N | $10,335.11 |
| Tulchinsky,Maria | 8890 16th Avenue | | | Brooklyn | NY | 11214 | UNITED STATES | Outstanding severance | N | N | N | $19,824.30 |
| Turcoa Investments B.V. | | | | | | | | I/C Receivable/Payable | N | N | N | $322,454.51 |
| Turkish AMC | | | | | | | | I/C Receivable/Payable | N | N | N | $402,354.14 |
| TV EYES INC | 2150 Post Road | | | Fairfield | CT | 06824 | UNITED STATES | General trade payable | N | N | N | $500.00 |
| TWISTED PAIR SOLUTIONS INC | 3131 ELLIOTT AVENUE | SUITE 200 | | SEATTLE | WA | 98121 | UNITED STATES | General trade payable | N | N | N | $5,487.60 |
| Twitchell,Daryl M. | 11 Silver Ridge Road | | | New Canaan | CT | 06840 | UNITED STATES | Outstanding severance | N | N | N | $25,480.89 |
| Tyras,Peter | 580 Schaefer Avenue | | | Oradell | NJ | 07649 | UNITED STATES | Outstanding severance | N | N | N | $73,316.83 |
| Ubelhart,Karen A. | 800 West End Ave | Apt 7A | | New York | NY | 10025 | UNITED STATES | Outstanding severance | N | N | N | $202,197.30 |
| UNITED PARCEL SERVICE | PO BOX 7247-0244 | | | PHILADELPHIA | PA | 19170-0001 | UNITED STATES | General trade payable | N | N | N | $512.37 |
| UPDATE GRAPHICS | 1140 AVENUE OF THE AMERICAS | 6TH FLOOR | | NEW YORK | NY | 10036 | UNITED STATES | General trade payable | N | N | N | $1,875.00 |
| Upshaw,Eugene R. | 546 West 147th Street | Apt. 2DR | | New York | NY | 10031 | UNITED STATES | Outstanding severance | N | N | N | $16,793.46 |
| Urgo,Kelly | 165 Rowayton Woods Drive | | | Norwalk | CT | 06854 | UNITED STATES | Outstanding severance | N | N | N | $33,461.07 |
| US INFORMATION SYSTEMS INC | 35 WEST JEFFERSON AVE | | | PEARL RIVER | NY | 10965 | UNITED STATES | General trade payable | N | N | N | $11,606.99 |

LBHI Schedules 294