

**PARKER POE ADAMS & BERNSTEIN LLP**

*Attorneys and Counselors at Law*

**Matthew P. Weiner**
Telephone: 704.335.9500
Direct Fax: 704.335.4482
mattweiner@parkerpoe.com

Three Wachovia Center
Suite 3000
401 South Tryon Street
Charlotte, NC 28202-1935
Telephone 704.372.9000
Fax 704.334.4706
www.parkerpoe.com

April 24, 2009

**VIA FEDERAL EXPRESS**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

      Re:  **Incorrect Claim Entries,** *In re Lehman Brothers Holdings, Inc.*

Dear Sir or Madam:

  This firm represents Duke Energy Ohio, Inc. ("***Duke***") in connection with the Lehman Brothers proceedings. We filed four (4) proofs of claim on behalf of Duke several weeks ago, but these claims were filed incorrectly. Six (6) proofs of claim now appear in the registry on behalf of Duke. We request that you correct this error immediately to prevent the delay and expense of an unnecessary claim objection.

  We attached Duke's proofs of claim against Lehman Brothers Commodity Services, Inc. as exhibits to Duke's proofs of claim against Lehman Brothers Holdings, Inc. However, these exhibits were filed as separate proofs of claim, resulting in duplicative entries in the claims registry. Duke's proofs of claim should be corrected as follows:

- Claim 3703 (Beginning with "Exhibit C") should be deleted from the record, and these documents should be attached as exhibits to Claim 3702; and

- Claim 3704 (beginning with "Exhibit C") should be deleted from the record, and these documents should be attached as exhibits to Claim 3705.

  Please call me at the number listed above if you have any questions regarding this matter.

        Very truly yours,

        */s/ Matthew W.*

        Matthew P. Weiner

CHARLESTON, SC
COLUMBIA, SC
MYRTLE BEACH, SC
RALEIGH, NC
SPARTANBURG, SC

PPAB 1558124v1