Robert F. Elgidely, Esq. (RE-0512)
John H. Genovese, Esq.
Paul J. Battista, Esq.
David C. Cimo, Esq.
GENOVESE, JOBLOVE & BATTISTA, P.A.
Bank of America Tower at International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
(305) 349-2300 (tel.)
(305) 349-2310 (fax)

Co-Counsel for Plaintiffs/Interested Parties

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :        Case No. 08-13555-JMP
                                                    :
                       Debtors.                     :        Jointly Administered
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice Of Motion For Relief From Derivative Procedures Orders And Objection To Debtors' Motion For An Order Pursuant To Sections 105 And 365 Of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment Of Prepetition Derivative Contracts filed by Plaintiffs/Interested Parties, KA KIN WONG, SIU LUI CHING, CHUN IP, JIN LIU, YIN YING LEUNG, LAI MEI CHAN, and SING HEUNG, has been furnished to all parties identified on the attached Service List by the Court's CM/ECF System and by first class mail, on the 20th day of May, 2009.

Dated: May 20, 2009
       Miami, Florida

                                       Respectfully submitted,

                                       GENOVESE, JOBLOVE & BATTISTA, P.A.

                                       By:/s/ Robert F. Elgidely
                                           Robert F. Elgidely, Esq. (RE-0512)

Bank of America Tower at International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
DAVID C. WALTON
PATRICK W. DANIELS
NATHAN W. BEAR

By:/s/ Ray A. Mandlekar
    Ray A. Mandlekar, Esq.
    (*Admitted Pro Hac Vice*)
  655 West Broadway, Suite 1900
  San Diego, California  92101
  Telephone: (619) 231-1058
  Telecopier: (619) 231-7423

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ROBERT M. ROTHMAN
MARK T. MILLKEY
58 South Service Road, Suite 200
Melville, New York  1177
Telephone: (631) 367-7100
Telecopier: (631) 367-1173

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JASON C. DAVIS
100 Pine Street, Suite 2600
San Francisco, California  94111
Telephone: (415) 288-4545
Telecopier: (415) 288-4534

Attorneys for Plaintiffs/Interested Parties