# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, <u>et al</u>., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and address where notices
to transferee should be sent:

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attention:   Alisa Mumola
Telephone:   203-862-8211
Email: amumola@contrariancapital.com

**Targa Resource Partners, L.P.**
Name of Transferor

Targa Resource Partners, L.P.
1000 Louisiana St., Ste. 4300
Houston, TX 77002
Attention: James Whalon

**Court Claim #:  1510**
**Total amount of Claim: $5,131,151.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____May 20, 2009_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:         Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:     CONTRARIAN FUNDS, LLC

TARGA RESOURCE PARTNERS, L.P., a Delaware limited partnership, located at 1000 Louisiana Street, Suite 4300, Houston, TX 77002 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to proof of claim no. 1510, filed by Seller against Lehman Brothers Commodity Services Inc. and its affiliates and proof of claim no. 2594 filed by Seller against Lehman Brothers Holdings Inc., each in the amount of $5,131,151.00 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 26 day of March, 2009.

TARGA RESOURCE PARTNERS, L.P.

By: _____
Name: James W. Whalen
Title: President
Finance & Administration

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC as manager

By: _____
Name: MICHAEL J. RESTIFO
Title: CFO/MEMBER

- 11 -