UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                 Case No. 08-13555 (JMP)

                        Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF SCOTT T. RODGERS

UPON the motion of Scott T. Rodgers dated April 3, 2009, for admission *pro hac vice* in

this bankruptcy proceeding; it is hereby

**ORDERED**, that Scott T. Rodgers is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.

Dated: New York, New York
        May 20, 2009

                                        _s/ James M. Peck_____
                                        UNITED STATES BANKRUPTCY JUDGE