Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
Abigail Snow (AS-2960)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200

*Counsel for International Business Machines Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| Debtor, | ) Jointly Administered |
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Adversary Proceeding No. 08-01420 (JMP) |
| LEHMAN BROTHERS INC. | ) |
| Debtor. | ) |

### NOTICE OF WITHDRAWAL OF OBJECTIONS AND MOTION

PLEASE TAKE NOTICE that International Business Machines Corporation's Statement and Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets [Docket No. 221]; International Business Machines Corporation's Amended Objection to Cure Amounts for Closing Date Contracts [Docket No. 521]; and International Business Machines Corporation's Motion for an Order (I) Compelling Payment of Undisputed Portion of

771620_1

Cure Amount; (II) Compelling Payment for Services Provided Post-Petition; and (III) Scheduling a Hearing for this Court to Determine the Amount of Remaining Disputed Cure Amount [Docket No. 1286 in Case No. 08-13555 and No. 193 in Adv. Proc. No. 08-01420] are hereby withdrawn with prejudice.

Dated: New York, New York
       May 21, 2009

                              SATTERLEE STEPHENS BURKE & BURKE LLP
                              *Counsel for International Business Machines Corporation*

                              By:   /s/ Christopher R. Belmonte
                                    Christopher R. Belmonte (CB-2163)
                                    Pamela A. Bosswick (PB-5307)
                                    Abigail Snow (AS-2960)
                              230 Park Avenue
                              New York, New York 10169
                              (212) 818-9200

771620_1