WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                                  :

**In re**                                            :          **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :          **08-13555 (JMP)**
                                                               :
                               **Debtors.**               :          **(Jointly Administered)**
                                                               :
------------------------------------------------------------------x

## DEBTORS' NOTICE OF REVISED UTILITY SERVICE LIST

       **PLEASE TAKE NOTICE** that, pursuant to the Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Resolving Objections by Utility Companies, and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service [Docket No. 1096],[1] Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") hereby supplement the Utility Service List as set forth in the revised Utility Service List annexed hereto as Exhibit A (the "Revised Utility Service List"). The Order is annexed hereto as Exhibit B.

       **PLEASE TAKE FURTHER NOTICE** that requests, if any, for an Adequate Assurance Deposit by any New Utility Company listed on the Revised Utility Service List shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the New Utility Company, the basis for the requested Adequate Assurance Deposit and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Order.

10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Shai Y. Waisman, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors appointed in these cases so as to be filed and received by no later than **June 1, 2009 at 12:00 noon (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written request for an Adequate Assurance Deposit is timely served and filed as set forth above, the New Utility Company shall be deemed to have adequate assurance that is satisfactory to it, within the meaning of section 366 of the Bankruptcy Code.

Dated: May 21, 2009
      New York, New York

                                        /s/ Shai Y. Waisman
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

# EXHIBIT A

**Revised Utility Service List**

Revised Utility Service List

| Lehman Brothers Holdings Inc., et al., List of Utility Companies | | | | |
|---|---|---|---|---|
| **Building Location** | **Utility Company Name** | **Address** | **Type of Service** | **Account Number** |
| 101 Hudson St. Jersey City, NJ | PSE&G | P.O. Box 14106 New Brunswick, NJ 08906 | Electric | 2194114238   2195699213  2195696028   2194427104 |
| 399 Park Avenue, New York, NY | Con Edison | JAF Station, P.O. Box 1701, New York, NY  10116 | Gas | 42-7201-0008-0000-2 |
| 085 Tenth Avenue | Con Edison | JAF Station, P.O. Box 1701, New York, NY  10116 | Electric | 49-4071-0009-0100-3 |
| 1127 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21652380929717 |
| 1128 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21658901352743 |
| 1129 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21668597353643 |
| 1130 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21669668000105 |
| 1131 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21677106051260 |
| 1132 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21666406100148 |
| 1133 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21624162554334 |
| 1134 Euclid Avenue, Cleveland, OH 44115 | Cleveland Public Power | P.O. 5637, Cleveland, OH 44101 | Electric | 4310005958 |
| 1135 Euclid Avenue, Cleveland, OH 44115 | Division of water | P.O. 94540, Cleveland, OH 44101 | Water | 01483643001-1 |
| 1136 Euclid Avenue, Cleveland, OH 44115 | Dominion | P.O. 26225, Richmond, VA 23260 | | 53325 |
| 1137 Euclid Avenue, Cleveland, OH 44115 | Interstate Gas | P.O. 631919, Cincinnati, OH 45263 | Gas | 1184 |
| 1138 Euclid Avenue, Cleveland, OH 44115 | Illuminating | P.O. 3638, Akron, OH 44309 | | 110023197400 |
| 1139 Euclid Avenue, Cleveland, OH 44115 | Illuminating | P.O. 3638, Akron, OH 44309 | | 110023975896 |
| 1140 Euclid Avenue, Cleveland, OH 44115 | NEORSD | P.O. 94550, Cleveland, OH 44101 | | 01373526001-1 |
| 1141 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 229315702 |
| 1142 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 233193801 |
| 1143 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 228465004 |
| 1144 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 222818503 |
| 1145 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 216501801 |
| 1146 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 228561604 |
| 1147 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 235373901 |
| 1148 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 234921801 |
| 1149 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 229500004 |
| 1150 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 226559601 |
| 1151 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 219544802 |
| 1152 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 227333403 |

Revised Utility Service List

| Building Location | Utility Company Name | Address | Type of Service | Account Number |
|---|---|---|---|---|
| Parkridge 7 - Parking Lot, Colorado | Xcel Energy | P.O. Box 840, Denver, CO 80201 | Electric | 53-45058234-7 |
| Parkridge 7 - Parking Lot, Colorado | Denver Water | 1600 W. 12th Avennue, Denver, CO 80212; P.O. Box 173343, Denver, CO 80217 | Water | 20028187-01-3 |
| 2080 Kalakaua Avenue, Honolulu, HI 96815 | Board of Water-Honolulu | City & County of Honolulu, 630 S. Beretania St., Honolulu, HI, 96843-0001 | Water | 1086861-1064117 |
| 2080 Kalakaua Avenue, Honolulu, HI 96815 | The Gas Company | P.O. 29850, Honolulu, HI 96820-2250 | Gas | 163862100508 |
| 2080 Kalakaua Avenue, Honolulu, HI 96815 | Hawaiian Electric Company, Inc. | P.O. 3978, Honolulu, HI 96812-3978 | Electric | 9700-2802-002 9700-2420-005 |
| 2080 Kalakaua Avenue, Honolulu, HI 96815 | Hawaiian Telecom | P.O. 30770, Honolulu, HI 96820-0770 | Telephone | 108619211700010 104019326900010 100119326100010 105719325900010 |
| 2080 Kalakaua Avenue, Honolulu, HI 96815 | Oceanic Time Warner Cable | P.O. 30050, Honolulu, HI 96820-0050 | Internet / Cable | 1-494362-01-8 |
| 410 Ironbridge Drive, Glenwood Springs, CO 81601 | Comcast Cable | 8000 E. ILIFF Ave., Denver, CO 80231 | Telephone | 8497 50 551 0226542 |
| 410 Ironbridge Drive, Glenwood Springs, CO 81601 | Holy Cross Energy | P.O. Box 2150, Glenwood Springs, CO 81602 | Electric | 501147200 261004002 |
| 410 Ironbridge Drive, Glenwood Springs, CO 81601 | Qwest | P.O. Box 29040, Phoenix, AZ 85038 | Telephone | 970-384-0634 777B 970-384-2500 978B 970-384-2186 945B |
| 410 Ironbridge Drive, Glenwood Springs, CO 81601 | Source Gas | P.O. Box 5327, Denver, CO 80217 | Gas | 1312614 752757 752756 1506818 |
| 410 Ironbridge Drive, Glenwood Springs, CO 81601 | Westbank Water | P.O. Box 3484, Glenwood Springs, CO. 81602 | Water | Maint. Bldg. #5 Restroom |
| 410 Ironbridge Drive, Glenwood Springs, CO 81601 | Xcel Energy | P.O. Box 840, Denver, CO 80201 | Electric | 53-1290576-9 53-1009126-0 53-8197325-5 |
| 410 Ironbridge Drive, Glenwood Springs, CO 81601 | Roaring Fork Water & Sanitation District | PO Box 326, Glenwood Springs, CO 81602 | Water | 20437.01  20438.01 20439.01  20440.01 20441.01  20442.01 20443.01  20444.01 204.45.01  20446.01 20459.01  20460.01 20461.01  20462.01 20463.01  20464.01 20465.01  20466.01 20467.01  20468.01 20189.01  20351.01 20350.01  20192.01 20225.01 |

**EXHIBIT B**

**Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                                :
In re                                                                       :         Chapter 11 Case No.
                                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :         08-13555 (JMP)
                                                                                :
            Debtors.                                                 :         (Jointly Administered)
                                                                                :
                                                                                :
-----------------------------------------------------------------x

**ORDER PURSUANT TO SECTIONS**
**105(a) AND 366 OF THE BANKRUPTCY CODE**
**(I) APPROVING THE DEBTORS' PROPOSED FORM**
**OF ADEQUATE ASSURANCE OF PAYMENT, (II) RESOLVING**
**OBJECTIONS BY UTILITY COMPANIES, AND (III) PROHIBITING**
<u>**UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE**</u>

Upon the motion, dated September 29, 2008 (the "<u>Motion</u>"), of Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "<u>Debtors</u>" and, together with their non-debtor affiliates, "<u>Lehman</u>"), pursuant to sections 105(a) and 366 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), (i) for approval of the Debtors' Proposed Adequate Assurance[1]; (ii) to establish procedures for resolving any objections to the Motion by the Utility Companies that the Proposed Adequate Assurance is not adequate; and (iii) to prohibit the Utility Companies from altering, refusing, or discontinuing service, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief

---

[1]   Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee for the Southern District of New York (the "U.S. Trustee"), (ii) those creditors holding the fifty (50) largest unsecured claims against the Debtors' estates, (iii) the Securities and Exchange Commission, (iv) the Internal Revenue Service, and (v) the United States Attorney for the Southern District of New York, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and the appearances of all interested parties having been noted in the record of the Hearing; and upon the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, its estate and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors' Proposed Adequate Assurance satisfies the requirements under section 366 of the Bankruptcy Code; and it is further

ORDERED that no Utility Company shall (a) discontinue, alter, or refuse service to, or discriminate against, the Debtors on the basis of the commencement of these chapter 11 cases or as a result of any unpaid prepetition charges, or (b) require additional adequate assurance of payment, other than the Adequate Assurance Deposit supplied; and it is further

ORDERED that any Utility Company that failed to file **by no later than 4:00 p.m. (prevailing Eastern Time) on October 13, 2008** its (i) request for an Adequate Assurance Deposit or (ii) an Objection to the Motion is deemed to have adequate assurance that is satisfactory to it, within the meaning of section 366 of the Bankruptcy Code; and it is further

ORDERED that the Debtors are authorized to supplement, as necessary, the list of Utility Companies (a "New Utility Company") annexed as Exhibit A hereto (the "Utility Service List"), and that this Order shall apply to any such New Utility Company that is subsequently added to the Utility Service List; and it is further

ORDERED that if the Debtors supplement the Utility Service List, they shall serve a copy of this Order and the revised Utility Service List on the New Utility Company and such party will have 10 days from the date of service to respond to the Adequate Assurance Deposit. If New Utility Company fails to respond to the Adequate Assurance Deposit on or before 10 days after service of the revised Utility Service List, that party shall be deemed to have adequate assurance that is satisfactory to it, within the meaning of section 366 of the Bankruptcy Code; and it is further

ORDERED that if Debtors and the New Utility Company are unable to resolve any disputes regarding the Adequate Assurance Deposit on a consensual basis, then the Court shall resolve such dispute at the next scheduled omnibus hearing; *provided*, *however*, that until such consensual resolution or Court determination, the New Utility Company shall be deemed to have been provided adequate assurance within the meaning of section 366 of the Bankruptcy Code as set forth herein; and it is further

ORDERED that any Adequate Assurance Deposit requested by, and provided to, any Utility Company pursuant to the Motion shall be returned to the Debtors the earlier of the

date the Debtors discontinue Utility Services or the conclusion of these chapter 11 cases; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order; and it is further

ORDERED that nothing in this Order or the Motion shall be deemed to constitute the postpetition assumption or adoption of any agreement pursuant to section 365 of the Bankruptcy Code; and it is further

ORDERED that the Debtors' service of the Motion upon the Utility Companies shall not constitute an admission or concession that such entities are a utility within the meaning of section 366 of the Bankruptcy Code, and the Debtors reserve all rights and defenses with respect thereto.

Dated: New York, New York
       October 16, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ James M. Peck*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A TO THE ORDER

**[Utility Service List]**

NY2:\1925496\02\159Q002!.DOC\58399.0003

[Exhibit A to the Order]

| Lehman Brothers Holdings Inc., et al., | | **EXHIBIT A** | | |
|---|---|---|---|---|
| **List of Utility Companies** | | | | |
| **Building Location** | **Utility Company Name** | **Address** | **Type of Service** | **Account Number** |
| 101 Hudson St. Jersey City, NJ | PSE&G | P.O. Box 14106 New Brunswick, NJ 08906 | Electric | 2194114238 <br> 2195699213 <br> 2195696028 <br> 2194427104 |
| 399 Park Avenue, New York, NY | Con Edison | JAF Station, P.O. Box 1701, New York, NY 10116 | Gas | 42-7201-0008-0000-2 |
| 085 Tenth Avenue | Con Edison | JAF Station, P.O. Box 1701, New York, NY 10116 | Electric | 49-4071-0009-0100-3 |
| 1127 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21652380929717 |
| 1128 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21658901352743 |
| 1129 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21668597353643 |
| 1130 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21669668000105 |
| 1131 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21677106051260 |
| 1132 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21666406100148 |
| 1133 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21624162554334 |
| 1134 Euclid Avenue, Cleveland, OH 44115 | Cleveland Public Power | P.O. 5637, Cleveland, OH 44101 | Electric | 4310005958 |
| 1135 Euclid Avenue, Cleveland, OH 44115 | Division of water | P.O. 94540, Cleveland, OH 44101 | Water | 01483643001-1 |
| 1136 Euclid Avenue, Cleveland, OH 44115 | Dominion | P.O. 26225, Richmond, VA 23260 | | 53325 |
| 1137 Euclid Avenue, Cleveland, OH 44115 | Interstate Gas | P.O. 631919, Cincinnati, OH 45263 | Gas | 1184 |
| 1138 Euclid Avenue, Cleveland, OH 44115 | Illuminating | P.O. 3638, Akron, OH 44309 | | 110023197400 |
| 1139 Euclid Avenue, Cleveland, OH 44115 | Illuminating | P.O. 3638, Akron, OH 44309 | | 110023975896 |
| 1140 Euclid Avenue, Cleveland, OH 44115 | NEORSD | P.O. 94550, Cleveland, OH 44101 | | 01373526001-1 |
| 1141 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 229315702 |
| 1142 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 233193801 |
| 1143 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 228465004 |

[Exhibit A to the Order]

| Building Location | Utility Company Name | Address | Type of Service | Account Number |
|---|---|---|---|---|
| 1144 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 222818503 |
| 1145 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 216501801 |
| 1146 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 228561604 |
| 1147 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 235373901 |
| 1148 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 234921801 |
| 1149 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 229500004 |
| 1150 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 226559601 |
| 1151 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 219544802 |
| 1152 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 227333403 |
| Parkridge 7 - Parking Lot, Colorado | Xcel Energy | P.O. Box 840, Denver, CO 80201 | Electric | 53-45058234-7 |
| Parkridge 7 - Parking Lot, Colorado | Denver Water | 1600 W. 12th Avennue, Denver, CO 80212; P.O. Box 173343, Denver, CO 80217 | Water | 20028187-01-3 |