Jonathan L. Flaxer
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022
(212) 907-7300

*Counsel for Sunrise Partners Limited Partnership*
*(as successor in interest to Sunrise Partners L.L.C.)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                      :      Chapter 11
                                           :      Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*    :      Jointly Administered
                                           :
                    Debtors.               :
-----------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Sunrise Partners Limited Partnership (as successor in interest to Sunrise Partners L.L.C.) ("Sunrise"), a party in interest in the above-captioned cases, by and through its counsel, hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 9010(b); and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all pleadings in these cases be served upon the undersigned at the following address and telephone number:

> Jonathan L. Flaxer, Esq.
> GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
> 437 Madison Avenue
> New York, New York 10022
> Tel. No. (212) 907-7300
> Fax No. (212) 754-0330
> Email: jflaxer@golenbock.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application,

459490.1

complaint, demand, motion, petition, pleading or request, whether transmitted or conveyed by mail, delivery, telephone, e-mail, facsimile or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

This Notice of Appearance is not intended and shall not be deemed to waive Sunrise's (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court; or (iv) other rights, claims, defenses, setoffs or recoupments to which Sunrise is or may be entitled under agreements, in law, or in equity, all of which rights, claims, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York         GOLENBOCK EISEMAN ASSOR BELL
       May 22, 2009                           & PESKOE LLP

                                 By: /s/ Jonathan L. Flaxer
                                     Jonathan L. Flaxer
                                 437 Madison Avenue
                                 New York, New York 10022
                                 (212) 907-7300

                                 *Attorneys for Sunrise Partners Limited
                                 Partnership (as successor in interest to Sunrise
                                 Partners L.L.C.)*

459490.1                                    2