Jonathan L. Flaxer
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022
(212) 907-7300
*Counsel for Sunrise Partners Limited Partnership*
*(as successor in interest to Sunrise Partners L.L.C.)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re                                                            :    Chapter 11
                                                                 :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*    :    Jointly Administered
                                                                 :
                                Debtors.                         :
-----------------------------------------------------------------X    **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

        Elizabeth Neuman, being duly sworn, deposes and says:

        1.    I am over the age of eighteen years and not a party to these proceedings. I reside in New York, New York.

        2.    On May 22, 2009, I caused to be served the *Notice of Appearance and Demand for Service of Papers* on behalf of Sunrise Partners Limited Partnership by depositing a true copy thereof enclosed in a post-paid envelope in an official depository under the exclusive care and custody of the U.S. Postal Service addressed to the following parties:

*Debtors' Counsel:*
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey Miller, Esq.

*Creditors' Committee Counsel:*
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.

                                                                               _____
                                                                                 Elizabeth Neuman

Sworn to before me this
22nd day of May, 2009

_____
Notary Public

ANN MARIE TERRACINO
Notary Public State of New York
No. 01TE6111281
Qualified in Richmond County
Commission Expires June 7, 2012

*460474.1*