John L. Scott, Esq.
David M. Grimes, Esq.
Rizwan A. Qureshi, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Counsel to Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :      Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      Case No. 08-13555 (JMP)
                                                            :      (Jointly Administered)
                              Debtors.       :
                                                            :
------------------------------------------------------------x

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

### AFFIDAVIT OF SERVICE

Evan F. Jaffe, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside in New York County, New York.

On the 22nd of May, 2009, I served a true and correct copy of the *Objection of Yarpa Investmenti S.G.R. S.P.A. – RP3 Fund to Debtors' Motion For an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations* and *Affidavit of Filippo Nishino in Support of Objection of Yarpa Investmenti S.G.R. S.P.A. – RP3 Fund to Debtors' Motion For an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations* upon the attached service

list by placing a copy thereof in a securely sealed and duly postpaid envelopes and depositing said envelopes in a mail depositary under the exclusive care and custody of the United States Postal Service.

_____
Evan F. Jaffe

Sworn to before me this
22nd of May, 2009

_____
NOTARY PUBLIC

NIKOLAS KARLOUTSOS
Notary Public, State of New York
No. 01KA6154675
Qualified in New York County
Commission Expires 10/23/2010

## SERVICE LIST

**Diane Harvey**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**Jerrold Lyle Bregman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

**Lynn P. Harrison, III**
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061

**Shai Waisman**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**Jeffrey S. Margolin**
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

**Sarah K. Loomis Cave**
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005