# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC** | Case No. 08-13555 (JMP) Jointly Administered |
| Lehman Brothers Holdings, Inc | Case No. 08-13555 |
| ("the Debtors") | Claim No.: <u>3352</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, CIBC BANK AND TRUST COMPANY, IN THE AMOUNT OF $2,227,803.99, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:**     CIBC Bank and Trust Company
(Cayman) Limited, soley as trustee on
behalf of Genie II Fund
CIBC Financial Centre
11 Dr. Roy's Drive
P.O. Box 694 GT
Grand Cayman
Cayman Islands

PLEASE TAKE NOTICE that the transfer of <u>$2,227,803.99</u> of the above-captioned general unsecured claim has been transferred to:

**Transferee:**     C.V.I G.V.F. (LUX) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
United Kingdom

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim is attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

8

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of CIBC Bank and Trust Company (Cayman) Limited, solely as Trustee on behalf of Genie II ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $2,227,803.99 | 3352 |

have been transferred and assigned to C.V.I. G.V.F. (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: C.V.I. G.V.F. (Lux) Master S.a.r.l.
Address: c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

BY CARVAL INVESTORS UK LTD

Signature: _____
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date:

ASSIGNOR: CIBC Bank and Trust Company
(Cayman) Limited, solely as trustee on
behalf of Genie II Fund
Address: CIBC Financial Centre
11 Dr. Roy's Drive
P.O. Box 694 GT
Grand Cayman
Cayman Islands

Signature: Jennifer Fischetti
Name: **JENNIFER FISCHETTI**    MAYLIN PHILLIPS
Title: **Authorized Signatory**    Authorized Signatory
Date: March 5, 2009

159-218/AGR/1934160.2

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

Name of Debtor: **LEHMAN BROTHERS HOLDINGS, INC.**
Case Number: **08-13555**

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**CIBC Bank and Trust Company (Cayman) Limited, solely as Trustee on behalf of Genie II Fund**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

Thelma Ebanks
Mutual Funds Department, CIBC Bank and Trust Company (Cayman) Limited PO Box 694 GT
11 Dr Roys Drive, George Town, Grand Cayman, Cayman Islands
Telephone number:
(345) 914-9478

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:      $        2,227,803.99

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: __Default on transactions__
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

  3a. Debtor may have scheduled account as: _____
  (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redac[ted copies of any documents that support the claim, such as promissory notes, purchase] orders, invoices, itemized stat[ements of running accounts, contracts, judgments, mortgages, a]nd security agreements.
You may also attach a summa[ry. Attach redacted copies of documents providing evidence o]f perfection of
a security interest. You may a[lso attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)]

DO NOT SEND ORIGINAL [DOCUMENTS. ATTACHED DOCUMENTS MAY BE DES]TROYED AFTER
SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)       0000003352

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 3/11/09   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Jennifer Fischetti* [signature]

FILED / RECEIVED
MAR 16 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

**FOR AND ON BEHALF OF CIBC BANK
AND TRUST COMPANY (CAYMAN) LIMITED,
NOT IN ITS INDIVIDUAL CAPACITY, BUT
SOLELY AS TRUSTEE OF** Genie II Fund