WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------x

NOTICE OF ADJOURNMENT OF PRESENTMENT DATE
OF STIPULATION, AGREEMENT AND ORDER, PURSUANT TO SECTIONS
362 AND 553 OF THE BANKRUPTCY CODE, MODIFYING THE AUTOMATIC
STAY FOR THE LIMITED PURPOSE OF PERMITTING HSBC BANK PLC TO
EFFECT SETOFF AND RESOLUTION OF CERTAIN BANKING ARRANGEMENTS
BETWEEN LEHMAN BROTHERS HOLDINGS INC. AND HSBC BANK PLC

**PLEASE TAKE NOTICE** that the Notice of Presentment, dated May 1, 2009, of the Stipulation, Agreement, and Order (the "Stipulation, Agreement, and Order") of Lehman Brothers Holdings Inc. and HSBC Bank Plc **[Docket No. 3471]** that was scheduled to be presented to the Court for signature on May 26, 2009 at 12:00 noon (Prevailing Eastern Time) **has been adjourned without date**.

**PLEASE TAKE FURTHER NOTICE** that any future presentment of the Stipulation, Agreement, and Order will be in accordance with the procedures set forth in the order entered February 13, 2009 governing case management and administrative procedures [Docket No. 2837].

Dated:  May 22, 2009
      New York, New York

/s/ Lori R. Fife
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession