**SONNENSCHEIN NATH & ROSENTHAL LLP**
D. Farrington Yates (DY 8383)
Jillian Gutman Mann
1221 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: fyates@sonnenschein.com
         jgutmanmann@sonnenschein.com

-and-

**SONNENSCHEIN NATH & ROSENTHAL LLP**
Patrick C. Maxcy
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: pmaxcy@sonnenschein.com

*Attorneys for Dr. Michael C. Frege, in his capacity as Insolvency Administrator of Lehman Brothers Bankhaus AG (in Insolvenz)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| **In re:** | : |
| | :    **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : |
| | :    **Case No. 08-13555 (JMP)** |
| Debtors. | :    **(Jointly Administered)** |

---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Dr. Michael C. Frege, in his capacity as Insolvency Administrator and putative foreign representative of Lehman Brothers Bankhaus AG (*in Insolvenz*) ("LBB") appears in the above-captioned chapter 11 cases through his counsel, Sonnenschein Nath & Rosenthal LLP, pursuant to Rules 2002, 3017, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and section 1109(b) of chapter 11, of title 11, of the United States Code (the "Bankruptcy Code"). Demand is hereby made for copies of

all notices given or required to be given in these cases (the "Cases") and all papers served in these Cases (including, but not limited to, all papers filed and served in all adversary proceedings in these Cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) to be served upon the following:

> D. Farrington Yates, Esquire
> Jillian Gutman Mann, Esquire
> Sonnenschein Nath & Rosenthal LLP
> 1221 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 768-6700
> Facsimile: (212) 768-6800
> Email: fyates@sonnenschein.com
>        jgutmanmann@sonnenschein.com
>
> - and -
>
> Patrick C. Maxcy, Esquire
> Sonnenschein Nath & Rosenthal LLP
> 8000 Sears Tower
> 233 South Wacker Drive
> Chicago, Illinois 60606
> Telephone: (312) 876-8000
> Facsimile: (312) 876-7934
> Email: pmaxcy@sonnenschein.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of any of the rights of LBB, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court;

2

(ii) trial by jury in any proceeding so triable in these Cases or any Case, controversy, or adversary proceeding related to these Cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) with respect to any other rights, claims, actions, defenses, setoffs, or recoupments to which LLB may be entitled at law or in equity, all of which are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the official "Rule 2002 service list" for notice of all contested matters, adversary proceedings and other proceedings in these Cases.

Dated: May 22, 2009
New York, New York

SONNENSCHEIN NATH & ROSENTHAL LLP

By:  /s/ D. Farrington Yates
D. Farrington Yates, Esq. (DY 8383)
Jillian Gutman Mann
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone:  (212) 768-6700
Facsimile:   (212) 768-6800
Email: fyates@sonnenschein.com
       jgutmanmann@sonnenschein.com

- and-

Patrick Maxcy, Esq.
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
Email:  pmaxcy@sonnenschein.com

*Attorneys for Dr. Michael C. Frege, in his capacity as Insolvency Administrator of Lehman Brothers Bankhaus AG (in Insolvenz)*

3

17644960\V-1