WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Edward Soto
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>       Debtor. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |
| In re<br><br>LEHMAN COMMERCIAL PAPER INC.,<br><br>       Debtor. | Chapter 11 Case No.<br><br>08-13900 (JMP) |
| STATE STREET BANK AND TRUST COMPANY,<br><br>       Plaintiff,<br><br>       v.<br><br>LEHMAN COMMERCIAL PAPER INC.,<br><br>       Defendant. | Adv. Proc. No. 08-01743 |

**NOTICE CONCERNING EXCHANGE AGREEMENT**

Lehman Brothers Holdings Inc. ("LBHI"), as debtor and debtor in possession, together with its affiliated debtors in the above-referenced chapter 11 cases (collectively, the "Debtors"), including Lehman Commercial Paper Inc. ("LCPI"), hereby state that at this time,

NY1:\1619709\03\YPRX03!.DOC\58399.0003

they are not prepared to file a copy of the Exchange Agreement referenced in Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of an Exchange Agreement with State Street Bank and Trust Company [Docket No. 3580 at n. 2] because, despite the parties' best good faith efforts, they have not been able to finalize the Exchange Agreement at this time. The parties intend to be in a position to file a copy of the Exchange Agreement before the hearing scheduled for June 3, 2009.

Dated:  May 23, 2009
         New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession