MEISTER SEELIG & FEIN LLP
2 Grand Central Tower, 19th Floor
140 East 45th Street
New York, NY 10017
(212) 655-3500
James M. Ringer
Kevin Fritz
*Attorneys for Rosslyn Investors I, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,         Case No. 08-13555 (JMP)
et al.,

                                                               Jointly Administered

                                    Debtors.

----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Meister Seelig & Fein LLP hereby appears

on behalf of Rosslyn Investors I, LLC.  Pursuant to section 1109(b) of Title 11 of the United

States Code (the "Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), Meister Seelig & Fein LLP respectfully

requests that all notices given or required to be given in these cases, and all papers served or

required to be served in these cases, be given to, and served upon, it at the offices, postal

addresses, and email addresses set forth below:

James M. Ringer
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower, 19th Floor
140 East 45th Street
New York, NY 10017
Telephone: (212) 655-3500
Facsimile: (212) 655-3535
Email: jmr@msf-law.com

1

Kevin Fritz
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower, 19th Floor
140 East 45th Street
New York, NY 10017
Telephone: (212) 655-3500
Facsimile: (212) 655-3535
Email: kaf@msf-law.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these cases, including Rosslyn Investors I, LLC; (2) affects, or seeks to affect (a) the above-captioned debtors and/or their estates or (b) property or proceeds thereof in the possession, custody or control of others that any of the debtors or their estates may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment, or other conduct by Rosslyn Investors I, LLC.

PLEASE TAKE FURTHER NOTICE that Rosslyn Investors I, LLC does not, by the filing of this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitutes a waiver of any of its respective rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to a trial by jury in any proceeding so triable in these cases, or any

controversy or proceeding related to these cases; (iii) to have the District Court withdraw the

reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other

rights, claims, actions, setoffs or recoupments to which Rosslyn Investors I, LLC is or may be

entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments

Rosslyn Investors I, LLC expressly reserves.

Dated: New York, NY                MEISTER SEELIG & FEIN LLP
      May 21, 2009

                                      /s/ Kevin Fritz
                                      By: Kevin Fritz (KF - 6788)
                                      2 Grand Central Tower
                                      140 East 45th Street -19th Floor
                                      New York, New York 10017
                                      (212) 655-3500
                                      *Attorneys for Rosslyn Investors I, LLC*