MEISTER SEELIG & FEIN LLP
2 Grand Central Tower, 19th Floor
140 East 45th Street
New York, NY 10017
(212) 655-3500
James M. Ringer
Kevin Fritz
*Attorneys for Rosslyn Investors I, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2009, true and accurate copies the foregoing Notice of Appearance and Request for Service of Papers were caused to be served via United States first class mail, postage prepaid, on the entities on the attached service list.

Dated: New York, NY
      May 26, 2009

MEISTER SEELIG & FEIN LLP

/s/ Kevin Fritz
By: Kevin Fritz (KF - 6788)
2 Grand Central Tower
140 East 45th Street -19th Floor
New York, New York 10017
(212) 655-3500
*Attorneys for Rosslyn Investors I, LLC*

1

Lehman Brothers Holdings, Inc.
c/o Diane Harvey, Esquire
Harvey R. Miller, Esquire
Jacqueline Marcus, Esquire
Shai Waisman, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Lehman Brothers Holdings, Inc.
Jerrold Lyle Bregman, Esquire
Lynn P. Harrison, III, Esquire
Steven J. Reisman, Esquire
Curtis Mallet-Prevost colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers, Inc.
c/o Jeffrey S. Margolin, Esquire
Sarah K. Loomis Cave, Esquire
1 Battery Park Plaza
New York, NY 10004

Andrew D. Velez-Rivera
Office of the U. S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Claims & Noticing Agent
Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue
3rd Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o Dennis F. Dunne, Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

#10856699 v1