**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                               :

In re                                                     :           Chapter 11 Case No.
                                                          :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :           08-13555 (JMP)
                                                         :

                        Debtors.                 :           (Jointly Administered)
                                                          :
                                                          :
-----------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE OF PAMI STATLER ARMS LLC

Upon the motion, dated May 26, 2009 (the "Motion"), of PAMI Statler Arms LLC ("PAMI Statler") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to section 1112(b) of title 11 of the United States Code (the "Bankruptcy Code") for dismissal of the chapter 11 case of PAMI Statler, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the order entered February 13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) all creditors of PAMI Statler; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

>ORDERED that the Motion is granted; and it is further

>ORDERED that the chapter 11 case of PAMI Statler Arms LLC, Case No. 08-13664, is dismissed, effective upon PAMI Statler's payment of all outstanding United States Trustee fees and entry of this Order, pursuant to section 1112(b) of the Bankruptcy Code; and it is further

>ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June __, 2009
     New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2