MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax  (212) 262-1910
Steven Wolowitz
Brian Trust
Amit Trehan
Christopher J. Houpt

*Attorneys for Libra CDO Limited,*
*by Bank of America, N.A.,*
*as successor by merger to*
*LaSalle Bank National Association,*
*as Trustee, and Société Générale,*
*New York Branch*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Christopher J. Houpt, certify that I am over eighteen (18) years of age, am not a party

to this action, and am an attorney licensed by the State Bar of New York and admitted to practice

in this Court.

I further certify that on May 22, 2009 I caused copies of the Objection To Motion for

Approval of Debtors' Letter Agreement (the "Objection") to be served by hand delivery upon

(i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green,

Courtroom 601, New York, New York, 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth

Avenue, New York, New York 10153 (Attn: Lori R. Fife, Esq.); (iii) Office of the United States

Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera,

Esq.); (iv) Cleary Gottlieb LLP, One Liberty Plaza, New York, New York 10006 (Attn: Lindsee

P. Granfield, Esq.); (v) Bingham McCutchen LLP, 399 Park Avenue, New York, New York

10022 (Attn: Joshua Dorchak, Esq.); (vi) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase

Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.); (vii) Sullivan &

Cromwell LLP, 125 Broad Street, New York, New York 10004 (Attn: Robinson B. Lacy, Esq.)

and (viii) Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor,

New York, New York 10010 (Attn: Susheel Kirpalani, Esq.).

I further certify that on May 22, 2009 I caused copies of the Objection to be served by

facsimile and overnight mail upon (i) Deutsche International Corporate Services (Delaware)

LLC, 1011 Centre Road, Suite 200, Wilmington, Delaware 19805 (Attn: Trust & Securities

Services—Corporate Services Division); (ii) CT Corporation System, 208 South LaSalle Street,

Suite 814, Chicago, Illinois 60604; (iii) LaSalle Bank National Association, 181 West Madison,

32nd Floor, Chicago, Illinois 60602 (Attn: CDO Trust Services Group—Libra CDO Limited) and

(iv) Bank of America Corporate Center, 100 North Tyron Street, Charlotte, North Carolina

28255.

I further certify that on May 22, 2009 I caused copies of the Objection to be served by

electronic notice upon all parties who receive electronic notice of filings in this case via this

Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.


Dated:   New York, New York
         May 22, 2009


                                        By:     /s/ Christopher J. Houpt
                                                Christopher J. Houpt