**ROBINSON & COLE** LLP
885 Third Avenue
28th Floor
New York, New York 10022
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
Email: cmajor@rc.com
Christopher J. Major, Esq. (CM 7218)

Attorneys for FactSet Research Systems Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re | : | |
| | : | CHAPTER 11 |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | (Jointly Administered) |
| | : | |
| | : | |
| | : | |
| Debtors. | : | |

## FACTSET RESEARCH SYSTEMS INC.'S REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. § 503

FactSet Research Systems Inc. ("FactSet"), by its undersigned counsel, Robinson & Cole LLP, hereby submits its request for payment of an administrative expense claim pursuant to Section 503 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). In support of the administrative expense claim, FactSet states as follows:

1. FactSet and several Lehman Brothers entities (collectively "Lehman")[1] are parties to that certain Master License Agreement along with certain schedules thereto (the "FactSet

---

[1] A list of the Lehman entities that are parties to the FactSet Contract is annexed hereto as Exhibit A.

STAM1-878027-1

Contract").[2] Pursuant to the FactSet Contract, FactSet provided a proprietary integrated online market data platform and related software critical to Lehman's various global business units. The customized services (a) facilitate ongoing investment banking deal-related valuation analysis and the production of presentation material in pursuit of new divisional business; (b) enable sell-side investment research operations to utilize shared services supplemented by additional specialty services to produce research report illustrations and value securities as well as to enable the division to monitor its contributions to its clients for remuneration; and (c) facilitate the client's investment management businesses through services in support of, among other things, its benchmarks and fund asset allocation decisions.

2.  On September 15, 2008, Lehman Brothers Holdings Inc. ("LBHI") filed a petition for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York. Thereafter, additional Lehman entities filed petitions for relief under the Bankruptcy Code.

3.  On September 19, 2008, the Securities Investor Protection Corporation commenced an action under the Securities Investor Protection Act of 1970 in the United States District Court for the Southern District of New York (the "SIPA Action") against Lehman Brothers, Inc., a wholly owned subsidiary of LBHI. The SIPA Action was subsequently transferred to the Bankruptcy Court.

4.  Following the bankruptcy filings, the Debtors continued to manage and operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[2] The FactSet Contract is not attached hereto because it contains confidential and proprietary information. A copy of the contract will be provided to Debtors' counsel or claims representative upon request. If required, FactSet will file copies of the FactSet Contract under seal or otherwise provide copies to the Court for an *in camera* review.

2

5.  During the month of October 2008, at the request of the Debtors, FactSet rendered services to the Debtors' estates, which are noted in the invoice annexed hereto as Exhibit B. The services conferred a post-petition benefit upon the Debtors' estates, and as such FactSet is entitled to be paid in full in the amount of $69,375.00 for the services. However, to date, FactSet has not received any payment for the post-petition services referenced in Exhibit B.

## CONCLUSION

**WHEREFORE**, FactSet requests that the Debtors pay the post-petition invoice in full.

Dated: May 27, 2009

        ROBINSON & COLE LLP
        Attorneys for FactSet Research Systems Inc.


By: /s/ Christopher J. Major
    Christopher J. Major, as agent
    885 Third Avenue
    28th Floor
    New York, New York
    Telephone: (212) 451-2900
    Facsimile: (212) 451-2999
    Email: cmajor@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2009, I caused a copy of the foregoing to be filed and served via the Court's ECF System and to be delivered to the Debtors' claim agent, Epiq Bankruptcy Solutions, LLC, via Federal Express to the following address:

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

                                                                      /s/ Christopher J. Major
                                                                     Christopher J. Major (CM 7218)

**EXHIBIT A**

08-13555-mg    Doc 3658    Filed 05/27/09    Entered 05/27/09 11:40:02    Main Document
Pg 5 of 9

08-13555-mg    Doc 3658    Filed 05/27/09    Entered 05/27/09 11:40:02    Main Document
07/31/2003    17:51    LB GLOBAL PROCUREMENT    Pg 6 of 9    912035524813    NO.306    P15

14

FactSet® Master License Agreement

### Exhibit A-1

### LEHMAN BROTHERS INC. AFFILIATES*

| | |
|---|---|
| Lehman Brothers Holdings Inc | Delaware |
| Banque Lehman Brothers S.A | France |
| DA Group Holdings Inc | Delaware |
| DL Mortgage Corp | Delaware |
| Falcon Holdings I LLC | Delaware |
| Falcon Holdings I LLC | Delaware |
| Falcon Holdings II Inc | Cayman Islands |
| Falcon Holdings II Inc | Cayman Islands |
| Global Thai Property Fund | Thailand |
| Global Thai Property Fund | Thailand |
| LB I Group Inc | Delaware |
| LBAC Holdings I Inc | Delaware |
| LBCCA Holdings I Inc | Delaware |
| LBCCA Holdings II Inc | Delaware |
| LCPI Properties Inc | New Jersey |
| Lehman ABS Corporation | Delaware |
| Lehman ALI Inc | Delaware |
| Lehman Asset Backed Caps Inc | Delaware |
| Lehman Brothers (Luxembourg) S.A | Luxembourg |
| Lehman Brothers AIM Holding LLC | Delaware |
| Lehman Brothers Alternative Investment Management LLC | Delaware |
| Lehman Brothers Asia Capital Company | Hong Kong |
| Lehman Brothers Asia Capital Company | Hong Kong |
| Lehman Brothers Asia Holdings Limited | Hong Kong |
| Lehman Brothers Asia Limited | Hong Kong |
| Lehman Brothers Asia Limited | Hong Kong |
| Lehman Brothers Bancorp Inc | Delaware |
| Lehman Brothers Bank, FSB | Delaware |
| Lehman Brothers Bankhaus Aktiengesellschaft | Germany |
| Lehman Brothers Canada Inc | Canada |
| Lehman Brothers Capital GmbH, Co | Germany |
| Lehman Brothers Commercial Corporation | Delaware |
| Lehman Brothers Commercial Corporation Asia Limited | Hong Kong |
| Lehman Brothers Commercial Corporation Asia Limited | Hong Kong |
| Lehman Brothers Derivative Products Inc | Delaware |
| Lehman Brothers Europe Limited | United Kingdom |
| Lehman Brothers Finance Limited | Hong Kong |
| Lehman Brothers Finance S.A | Switzerland |
| Lehman Brothers Financial Products Inc | Delaware |
| Lehman Brothers Futures Asia Limited | Hong Kong |
| Lehman Brothers Futures Asia Limited | Hong Kong |

---

* Certain subsidiaries of Lehman Brothers Holdings Inc. have been omitted which, considered in the aggregate as a single subsidiary, would not constitute a significant subsidiary (as defined in Rule 1-02(w) of Regulation S-X of the Securities Exchange Act of 1934) as of November 30, 2001.

Licensor Initials: _____    Licensee Initials: _MKM_

©2003. FactSet Research Systems Inc. All Rights Reserved.

15

| | |
|---|---|
| Lehman Brothers Futures Asia Limited | Hong Kong |
| Lehman Brothers Futures Asset Management Corp | Delaware |
| Lehman Brothers Global Asset Management Inc | Delaware |
| Lehman Brothers Holdings Plc | United Kingdom |
| Lehman Brothers Inc | Delaware |
| Lehman Brothers Insurance Agency L.L.C | Delaware |
| Lehman Brothers International (Europe | United Kingdom |
| Lehman Brothers International S.A | Spain |
| Lehman Brothers International SIM SpA | Italy |
| Lehman Brothers Investment Holding Company Inc | Delaware |
| Lehman Brothers Investments Pte Limited | Singapore |
| Lehman Brothers Japan Inc | Cayman Islands |
| Lehman Brothers Luxembourg Investments Sarl | Luxembourg |
| Lehman Brothers Nominees (H.K.) Limited | Hong Kong |
| Lehman Brothers Nominees (H.K.) Limited | Hong Kong |
| Lehman Brothers Nominees (H.K.) Limited | Hong Kong |
| Lehman Brothers Private Equity Advisers L.L.C | Delaware |
| Lehman Brothers Pte Ltd | Singapore |
| Lehman Brothers Realty Corp | Delaware |
| Lehman Brothers Securities Asia Limited | Hong Kong |
| Lehman Brothers Securities Asia Limited | Hong Kong |
| Lehman Brothers Spain Holdings Limited | United Kingdom |
| Lehman Brothers Special Financing Inc | Delaware |
| Lehman Brothers Treasury Co. B.V | The Netherlands |
| Lehman Brothers U.K. Holdings (Delaware) Inc | Delaware |
| Lehman Brothers U.K. Holdings Ltd | United Kingdom |
| Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH | Germany |
| Lehman CMBS Funding Inc | Delaware |
| Lehman CMO Inc | Maryland |
| Lehman Commercial Paper Inc | New York |
| Lehman Insurance Company | Arizona |
| Lehman Pass-Through Securities Inc | Delaware |
| Lehman Re Ltd | Bermuda |
| Lehman Risk Advisors Inc | Delaware |
| Lehman Structured Assets Inc | Delaware |
| Lehman Structured Securities Corp | Delaware |
| Lehman Syndicated Loan Funding Inc | Delaware |
| Lehman Syndicated Loan Inc | Delaware |
| Lehman VIP Holdings Inc | Delaware |
| LUBS Inc | Delaware |
| LW-LP Inc | Delaware |
| Property Asset Management Inc | Delaware |
| RIBCO LLC | Delaware |
| RIBCO SPC, Inc | Delaware |
| Structured Asset Securities Corporation | Delaware |

**EXHIBIT B**

**EXHIBIT B**

FactSet Research Systems Inc.
601 Merritt 7
Norwalk, CT 06851

203.810.1000


Page 1 of 1

# INVOICE OF SERVICES

| | |
|---|---:|
| INVOICE # | 30330904a |
| INVOICE DATE | October 1, 2008 |
| ACCOUNT # | 3033 |

Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

ATTN: Accounts Payable

### SERVICES DETAIL - OCTOBER 1, 2008 - OCTOBER 31, 2008

| ID | DESCRIPTION | QTY | UNIT PRICE | DISCOUNT | SUBTOTAL |
|---|---|---|---|---|---|
| **Workstations** | | | | | |
| 1364 | FactSet Workstation - IBC Analyst | 185 | 375.00 | | 69,375.00 |

| | |
|---|---:|
| INVOICE 30330904a TOTAL | 69,375.00 |

**NOTES:**
PAYMENT TERMS: DUE UPON RECEIPT

PAYMENTS

**Wiring Instructions:**
Bank of America
1 Fleet Way
Scranton, PA 18507
ABA# 026009593
Swift Code: BOFAUS3N
A/C# 003851259586

**ACH Instrucitons:**
Bank of America
Elm Place
1401 Elm Street
Dallas, TX
ABA# 011900254
A/C # 003851259586

**Mail:**
FactSet Research Systems, Inc
PO Box 414756
Boston, MA 02241-4756