Hearing Date and Time: June 24, 2009
Objection Date and Time: June 21, 2009

Marcy E. Kurtz
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212
_____

**SPECIAL COUNSEL TO THE DEBTORS**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | § | **Chapter 11** |
| | § | |
| **LEHMAN BROTHERS HOLDINGS INC., et al** | § | **Case No. 08-13555 (JMP)** |
| | § | |
| Debtors. | § | **Jointly Administered** |

**SUMMARY OF FIRST INTERIM APPLICATION OF BRACEWELL &
GIULIANI LLP, AS SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
FOR THE PERIOD JANUARY 31, 2009 THROUGH FEBRUARY 27, 2009**

Name of Applicant:                                      Bracewell & Giuliani LLP

Authorized to Provide Professional Services to:        Debtors (Special Counsel)

Date of Retention:                                     February 6, 2009[1]

Period for Which Compensation and
Reimbursement is Sought:                               January 31 through February 27, 2009

Amount of Compensation Requested:                      $155,496.00 (80%)

---

[1] On January 31, 2009, B&G began preparing its Affidavit and Disclosure Statement and in this process submitted to B&G's computer conflicts database the (i) the Debtors and their Affiliates; (ii) Officers and Directors; (iii) Professionals; (iv) the names of the Committee members; and (v) the names of the other significant parties in interest and equity holders in this case. B&G filed its Affidavit and Disclosure Statement as timely as possible following its retention and after reviewing the conflict checks and performing due diligence regarding its employment.

| | |
|---|---|
| Amount of Expense Reimbursement Requested: | $4,122.19 (100%) |
| Total Compensation and Expense Reimbursement Requested: | $159,618.19 |
| Total Fees and Expenses to be Approved: | $159,618.19 |
| Total Compensation and Expense Reimbursement Previously Requested and Awarded: | None |

Marcy E. Kurtz
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:  713.223.2300
Facsimile:  713.221.1212

**SPECIAL COUNSEL TO THE DEBTORS**

**Hearing Date and Time: June 24, 2009**
**Objection Date and Time: June 21, 2009**

Marcy E. Kurtz
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

—————————————

**SPECIAL COUNSEL TO THE DEBTORS**


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | § | |
| In re | § | Chapter 11 |
| | § | |
| LEHMAN BROTHERS HOLDINGS INC., et al | § | Case No. 08-13555 (JMP) |
| | § | |
| Debtors. | § | Jointly Administered |


**FIRST INTERIM APPLICATION OF BRACEWELL & GIULIANI LLP, AS SPECIAL COUNSEL TO THE DEBTORS, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD JANUARY 31, 2009 THROUGH FEBRUARY 27, 2009**


TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Bracewell & Giuliani LLP ("B&G"), Special Counsel for the Debtors and Debtors in Possession, files this First Interim Application (the "Application"), for allowance and approval of interim compensation for professional services rendered to the Debtors from January 31, 2009 through February 27, 2009 (the "Compensation Period").

In support of this Application, B&G respectfully states as follows:

## JURISDICTION

1.        This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of the Debtors' reorganization cases and this Application is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are section 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Guidelines. Pursuant to the Local Guidelines, a certification of compliance is attached hereto as **Exhibit A**.

## BACKGROUND

2.        On September 15, 2008, and periodically thereafter (as applicable, the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The cases are jointly administered under case number 08-13555. The Debtors continue to operate their businesses as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. A committee of unsecured creditors was appointed September 17, 2008. On January 19, 2009, the U.S. Trustee appointed an Examiner and by Order dated January 20, 2009, the Court approved the U.S. Trustee's appointment of the Examiner.

3.        On February 6, 2009, B&G filed its Affidavit and Disclosure Statement of William T. Luedke, IV [Docket No. 2740], as set forth in the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business (the "Employment Order"), [Docket No. 1394], and the Debtor's Notice of Tenth Supplemental List of Ordinary Course Professionals [Docket No. 2739].[1]

---

[1]  On January 31, 2009, B&G began preparing its Affidavit and Disclosure Statement and in this process submitted to B&G's computer conflicts database the (i) the Debtors and their Affiliates; (ii) Officers and Directors; (iii) Professionals; (iv) the names of the Committee members; and (v) the names of the other significant parties in

(continued)

## SUMMARY OF COMPENSATION REQUESTED

4.    This Application has been prepared in accordance with the Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases adopted by the Court on June 20, 1991, and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, effective January 30, 1996 (the "UST Guidelines", and the Second Amended Order collectively with the Local Guidelines, the "Guidelines"), and the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, except as noted herein.

5.    During the Compensation Period, B&G professionals expended a total of 305.55 hours for which compensation is requested.  B&G seeks allowance and payment of eighty percent (80%) of compensation for professional services rendered to the Debtors during the Compensation Period in the amount of $155,496.00 (the "Compensation Amount"). Additionally, B&G seeks payment of 100% of expenses in the amount of $4,122.19 incurred during the Compensation Period.  A breakdown of such expenses are as follows:

---

(continued)

interest and equity holders in this case.  B&G filed its Affidavit and Disclosure Statement as timely as possible following its retention and after reviewing the conflict checks and performing due diligence regarding its employment.

| Description | Amount |
|---|---|
| Copies | $6.40 |
| Federal Express | $41.12 |
| Lexis/Nexis | $2,721.85 |
| Staff Services | $7.50 |
| Westlaw | $1,345.32 |
| **Total** | **$4,122.19** |

Expenses were charged at B&G's actual costs and comply with the Court's guidelines.

6.      The fees sought by this Application reflect a total of 296.55 hours of attorney time spent in rendering services for the Debtors and their estates during the Compensation Period, at a blended average rate of $655.44.

7.      B&G is only seeking compensation for services rendered to the Debtors and their estates as Special Counsel in these Chapter 11 cases.  B&G submits this Application pursuant to, and as a result of the requirements of the Employment Order, applicable to B&G following its retention as Special Counsel.

8.      B&G maintains computerized records of the time expended in the rendition of the professional services required by the Debtors and their estates.  These records are maintained in the ordinary course of B&G's practice and are attached hereto as **Exhibit B**.  For the convenience of the Court and all parties in interest, the following is a billing summary for the Compensation Period, setting forth the name of each professional for whose work on these Chapter 11 cases compensation is sought, each attorney's year of admission and area of practice concentration, the time expended by each professional, the hourly billing rate for each professional at B&G's current billing rates and an indication of the individual amounts requested as part of the total amount of compensation requested:

| PROFESSIONAL | POSITION | ADMITTED | GROUP/SECTION | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| William T. Luedke, IV | Partner | 1978 | Corporate & Securities | $750.00 | 103.15 | $77,362.50 |

| PROFESSIONAL | POSITION | ADMITTED | GROUP/SECTION | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| Sanford M. Brown | Partner | 1993 | Corporate & Securities | $700.00 | 75.60 | $52,920.00 |
| Marcy E. Kurtz | Partner | 1982 | Financial Restructuring | $625.00 | 6.00 | $3,750.00 |
| Charlotte M. Rasche | Partner | 1997 | Corporate & Securities | $600.00 | 42.30 | $25,380.00 |
| Bryan S. Dumesnil | Partner | 1995 | Trial | $575.00 | 6.50 | $3,737.50 |
| Justin M. Long | Associate | 2000 | Corporate & Securities | $500.00 | 52.20 | $26,100.00 |
| Joshua B. Bock | Associate | 2003 Michigan | Corporate & Securities | $400.00 | 1.60 | $640.00 |
| Patrick R. Hanchey | Associate | 2008 | Corporate & Securities | $300.00 | 4.20 | $1,260.00 |
| Kausar Patel | Associate | 2008 | Corporate & Securities | $275.00 | 5.00 | $1375.00 |
| Gale Williams Gattis | Paralegal | NA | Financial Restructuring | $205.00 | 9.00 | $1,845.00 |
| **TOTAL** | | | | | **305.55** | **$194,370.00** |
| | | | | | **80%** | **$155,496.00** |

9.      The hourly rates charged by B&G for services rendered in these Chapter 11 cases are the same as the rates charged on similar matters, without considering the size and degree of responsibility, difficulty, complexity, and results achieved.   Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.      No agreement or understanding exists between B&G and any other person with respect to the sharing of compensation sought herein, except that the compensation approved by the Court will be shared among B&G's partners, associates, and personnel as authorized under the Bankruptcy Code.

## SUMMARY OF PROFESSIONAL SERVICES RENDERED

11.      All of the work performed by B&G during this compensation period related to B&G's retention as special counsel for corporate governance, transactional and regulatory services.

## REASONABLE AND NECESSARY SERVICES RENDERED BY B&G

12.      The detail of the specific time entries found in **Exhibit B** reflects the reasonableness of the compensation being requested.

13.      The majority of the services performed by the professionals of B&G were rendered by B&G's Corporate and Securities Group.  During the Compensation Period, B&G's hourly billing rates for attorneys ranged from $275 to $700.  Allowance of compensation in the amount requested by B&G would result in a blended hourly billing rate for attorneys of approximately $655.44 based on 296.55 hours.

## B&G'S REQUESTED COMPENSATION SHOULD BE ALLOWED

14.      Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of Section 330 to govern the Court's award of such compensation.  11 U.S.C. § 331.  Section 330 provides that a Court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actually necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S. C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)      the time spent on such services;
> (B)      the rates charged for such services;

(C)    whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

15.    B&G respectfully submits that the services rendered for which it seeks compensation were necessary for and beneficial to the Debtors and their estates and were provided in order to protect and preserve the Debtors' estates and the unsecured creditor body as a whole.  B&G further submits that the compensation requested is reasonable in light of the nature, extent and value of services to the Debtors, their estates and all parties in interest.

16.    B&G attorneys spent a total 305.55 hours during the Compensation Period, which services have a fair market value of $194,370.00.  As demonstrated by this Application, B&G spent its time economically and without duplication.  All work conducted was assigned to appropriate attorneys according to the experience and level of expertise required for each particular task.

17.    B&G's services were necessary and beneficial to the Debtors, and their estates, and were performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved.  Accordingly, approval of the compensation sought herein warranted.

## NOTICE

18.     Notice of this Application has been provided to: (a) the United States Trustee for the Southern District of New York, (b) counsel to the Debtors, and (c) counsel for the statutory committee of unsecured creditors appointed in these cases (the "Committee").

## CONCLUSION

WHEREFORE, B&G respectfully requests the entry of an order allowing and awarding compensation for professional services rendered and expenses incurred during the Compensation Period in the amount of $155,496.00, and $4,122.19, respectively, without prejudice to B&G's right to seek additional compensation for services performed during the Compensation Period, and granting B&G such other and further relief as just and proper.

Dated: May 27, 2009

**BRACEWELL & GIULIANI LLP**

By:    */s/ Marcy E. Kurtz*
Marcy E. Kurtz
New York Bar No. 744473
Federal ID 5381
Texas Bar No. 11768600
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:    (713) 223-2300
Facsimile:    (713) 221-1212

**SPECIAL COUNSEL TO THE DEBTORS**

**EXHIBIT A**

Marcy E. Kurtz
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

SPECIAL COUNSEL TO THE DEBTORS

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | § | |
| **In re** | § | **Chapter 11** |
| | § | |
| **LEHMAN BROTHERS HOLDINGS INC., et al** | § | **Case No. 08-13555 (JMP)** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

## <u>CERTIFICATION OF MARCY E. KURTZ</u>

I, Marcy E. Kurtz, certify as follows:

1.      I am a partner in the law firm of Bracewell & Giuliani LLP ("<u>B&G</u>").  I make this certification in accordance with General Order M-151, the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on June 20, 1991 (the "Fee and Disbursement Guidelines") and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy cases, adopted by the United States Bankruptcy Court for the Southern District of New York on April 19, 1995 (the "<u>Local Guidelines</u>"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), and the Second Amended Order Pursuant to Sections 105(a) and 331 Of the Bankruptcy Code and Bankruptcy Rule

2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 3102] (the "Administrative Order," and together with the Local Guidelines and the UST Guidelines, the "Guidelines").

2.    I submit this certification with respect to the Application of B&G, as Special Counsel for the Debtors in the above-captioned cases, for first interim allowance of compensation for professional services rendered during the Compensation Period. In connection therewith, I hereby certify that:

(a)    I have read the Application;

(b)    To the best of my knowledge, information and belief formed after reasonable inquiry, the fees sought in the Application fall within the Local Guidelines,

(c)    The fees sought in the Application are billed at rates customarily charged by B&G and generally accepted by B&G's clients;

(d)    In providing a reimbursable service, B&G does not make a profit on that service, whether the service is performed by B&G in-house or through a third party.

5.    Pursuant to the Local Guidelines, the Debtors, the United States Trustee and the counsel for the statutory committee of unsecured creditors appointed in these cases (the "Committee") will each be provided with a copy of the Application.

Dated: May 21, 2009

Marcy E. Kurtz

Marcy E. Kurtz

**EXHIBIT B**

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

**P. O. Box 848566**
**Dallas, TX 75284-8566**
**713 223-2300**
**TAX ID 74-1024827**

Page 1

Lehman Brothers Holdings, Inc.
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

March 18, 2009
Invoice: 21403899
B/A: 01096

Our Matter #:    049775.000001 For Services Through February 28, 2009
Regulatory

| Date | Description | Attorney | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| 01/31/09 | Conference call Golden, Lambert, S Brown (.80); review Bankruptcy petition (.50) | William T. Luedke, IV | 1.30 | 750.00 | 975.00 |
| 01/31/09 | Conference call with S Golden, D Lambert and W Luedke (.8); work on Lehman bank regulatory issues (.7) | Sanford M. Brown | 1.50 | 700.00 | 1,050.00 |
| 02/01/09 | Review bankruptcy pleadings (.80); e-mails to Golden, Lambert (.20) | William T. Luedke, IV | 1.00 | 750.00 | 750.00 |
| 02/01/09 | Work on engagement issues (.2); correspond with S Golden (.2); telephone conference with W Luedke (.2); review Weil documents (.9) | Sanford M. Brown | 1.50 | 700.00 | 1,050.00 |
| 02/02/09 | Review Lehman bankruptcy filings (.60); conferences S Brown (.40) | William T. Luedke, IV | 1.00 | 750.00 | 750.00 |
| 02/02/09 | Telephone conference with S Golden, D Lambert and W Luedke (1.5); begin receiving and reviewing documents from Weil and Lehman (1.5); telephone conference with W Luedke (.4); telephone conference with J Long (.4); correspond with S Golden (.2) | Sanford M. Brown | 4.00 | 700.00 | 2,800.00 |
| 02/03/09 | Conference calls Golden, Lambert (1.00); e-mails to group (.20); review FSB enforcement orders and correspondence (1.20); preparation of Ordinary Coverage Professional filings (3.50); research corporate governance issues (.80); review D&O policy (.80); review Articles and Bylaws (1.00) | William T. Luedke, IV | 8.50 | 750.00 | 6,375.00 |
| 02/03/09 | Assist with preparation of retention papers by preparing and revising required affidavit and communicating with counsel regarding | Marcy E. Kurtz | 3.00 | 625.00 | 1,875.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

### ATTORNEYS AT LAW

Page 2

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|
| | disclosures and privacy/conflict issues | | | |
| 02/03/09 | Continue receiving and reviewing documents from Weil and Lehman (1.0); conference call with S Golden, D Lambert, W Luedke and others (1.0); telephone conference with J Long (.2); correspond with S Golden (.1); work on conflicts issues (.5); correspond with W Luedke (.2) — Sanford M. Brown | 3.00 | 700.00 | 2,100.00 |
| 02/03/09 | Telephone conference with S Brown re: engagement, director matters, regulatory issues associated with banks (.3); telephone conference with W Luedke re: same (.2); review various correspondence from S Brown and W Luedke re: bank and industrial loan bank matters (1.1) — Justin M. Long | 1.60 | 500.00 | 800.00 |
| 02/03/09 | Assist in preparation and due diligence of disclosures for retention as special counsel, review and revise disclosures(4.5); numerous emails and telephone calls regarding same (.5) — Gale W. Gattis | 5.00 | 205.00 | 1,025.00 |
| 02/04/09 | Revise OCP filing (1.80); conferences M Kurtz regarding OCP filing (.20); conference call Weil Gotshal (.70); review exam reports for ILC and FSB (.30); review FSB Articles and Bylaws (.20); research director indemnification; letter to Weil Gotshal (.10); review Master Forwarding Agreement (2.00) — William T. Luedke, IV | 7.25 | 750.00 | 5,437.50 |
| 02/04/09 | Work on disclosure form for retention — Marcy E. Kurtz | 3.00 | 625.00 | 1,875.00 |
| 02/04/09 | Work on issues regarding replacing old directors and indemnifying new ones (2.3); conference call with Lehman, Weil and A&M teams (.7); correspond with S Golden (.2); telephone conference with W Luedke (.2); conference call with C Rasche and J Long (.2); work on conflicts issues (.2) — Sanford M. Brown | 3.80 | 700.00 | 2,660.00 |
| 02/04/09 | Begin research regarding Board composition and removal matters — Charlotte M. Rasche | 2.50 | 600.00 | 1,500.00 |
| 02/04/09 | Correspond with W Luedke, S Brown and C Rasche re: federal savings charter board matters, shareholder matters and indemnification issues (.3); research re: — Justin M. Long | 1.00 | 500.00 | 500.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

Page 3

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| Date | Description | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| | indemnification regulations for OTS regulated institutions (.7) | | | | |
| 02/04/09 | Assist in finalizing disclosures and submitting for approval (.3.5); numerous telephone calls and emails regarding same (.5) | Gale W. Gattis | 4.00 | 205.00 | 820.00 |
| 02/05/09 | Review OTS letter (.10); conference call Missineo, et al. (.90); meeting with Golden (1.00); conference call Lambert (.30); indemnification research (.50); draft and revise response to OTS letter (4.50); telephone conference Finn (.20); telephone conferences Golden, Lambert (.40); review FSB Bylaws (1.20); review PCA directors (.50); review ILC Bankruptcy motion (.70) | William T. Luedke, IV | 10.25 | 750.00 | 7,687.50 |
| 02/05/09 | Participate in conference call with Lehman, Weil and A&M teams (.9); work on issues regarding replacing old directors and indemnifying new ones (.5); telephone conference with W Luedke (.6); correspond with S Golden (.3); telephone conference with C Rasche and J Long (.2); work on disclosure issues (.2); correspond with B Reinhardt (.1); review documents from Weil and A&M (.5) | Sanford M. Brown | 3.30 | 700.00 | 2,310.00 |
| 02/05/09 | Conference with W. Luedke regarding Board composition matters (.3); telephone conference with J. Long regarding same (.2) | Charlotte M. Rasche | 0.50 | 600.00 | 300.00 |
| 02/05/09 | Correspond with W Luedke re: federal savings bank organizational documents, board matters and regulations of OTS (.4); review organizational documents of federal savings bank, correspondence with OTS, cease and desist and OTS regulations and work on draft of summary and recommendation (3.0) | Justin M. Long | 3.40 | 500.00 | 1,700.00 |
| 02/06/09 | Telephone conferences Golden, Lambert (.50); conference call OTS New York and FSB (1.20); revise letter to Finn (1.00); review Bankruptcy Court filings (1.10); conferences J Long regarding indemnification issues (.20); conferences regarding FSB's capital restoration plan (1.20); research contribution of non-cash assets (1.80); telephone conferences Messineo | William T. Luedke, IV | 7.20 | 750.00 | 5,400.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

### ATTORNEYS AT LAW

Page 4

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| Date | Description | Attorney | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| | (.20) | | | | |
| 02/06/09 | Participate in conference call with OTS (1.2); work on letter to M Finn (.8); meet with W Luedke and C Rasche (.3); correspond with S Golden (.1); review documents from Lehman and Weil (.6); correspond with J Long (.1); work on indemnification issues and capital contribution (.4) | Sanford M. Brown | 3.50 | 700.00 | 2,450.00 |
| 02/06/09 | Research regarding ILC ability to indemnify directors and director removal and election matters (2.5); conferences with S. Brown regarding same (.3) | Charlotte M. Rasche | 2.80 | 600.00 | 1,680.00 |
| 02/06/09 | Correspond with W Luedke, S Brown and C Rasche re: federal savings bank board matters and review of organizational documents, OTS examination materials, OTS regulations and indemnification; correspond with C Rasche re: industrial loan bank board matters, savings and loan holding company matters and indemnification of board members (.7); research re: indemnification matters for board members of industrial loan bank and correspond with S Brown and C Rasche re: same (4.2); telephone conferences with C Rasche re: same (.4); review correspondence from W Luedke and S Brown re: noncash contribution to capital (.2) | Justin M. Long | 5.50 | 500.00 | 2,750.00 |
| 02/07/09 | Review enforcement orders (1.00); research ILC and FSB indemnification issues (2.30) | William T. Luedke, IV | 3.25 | 750.00 | 2,437.50 |
| 02/07/09 | Work on OTS issues (1.7); correspond with W Luedke (.1); telephone conference with B Messineo (.5); correspond with S Golden (.2) | Sanford M. Brown | 2.50 | 700.00 | 1,750.00 |
| 02/07/09 | Correspond with W Luedke re: corporate structure matters and strategy for board of directors of subsidiary banks (.2) | Justin M. Long | 0.20 | 500.00 | 100.00 |
| 02/08/09 | Research corporate governance issues for ILC and FSB (2.10); e-mails to Golden et al. (.20) | William T. Luedke, IV | 2.30 | 750.00 | 1,725.00 |
| 02/08/09 | Correspond with B Messineo (.3); work on issues regarding Woodlands Bank (.7); correspond with W Luedke, C Rasche and J | Sanford M. Brown | 2.80 | 700.00 | 1,960.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

Page 5

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| | | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| | Long (.5); work on issues regarding replacing old directors and indemnifying new ones (.5); correspond with S Golden (.2); work on OTS issues (.6) | | | | |
| 02/08/09 | Continue research on Utah corporate law (1.5); draft memo regarding analysis of same (2.0) | Charlotte M. Rasche | 3.50 | 600.00 | 2,100.00 |
| 02/08/09 | Research re: OTS requirements for non cash capital contribution and affiliate matters (1.2); review correspondence from S Brown and W Luedke re: and including various OTS correspondence to bank and enforcement matters (1.3) | Justin M. Long | 2.50 | 500.00 | 1,250.00 |
| 02/09/09 | Prepare for conference call (.20); conference call with Messineo et al. (1.50); review memos regarding corporate governance and indemnification (2.00); comments to J Long, C Rasche (1.10) | William T. Luedke, IV | 4.80 | 750.00 | 3,600.00 |
| 02/09/09 | Conference call with Lehman, Weil and A&M team (1.5); work on capital contribution issues (.5); telephone conference with J Long (.2); work on indemnification issues (.4); correspond with A&M team (.2); telephone conference with B Messineo (.5); work on ILC issues (.4); telephone conference with W Luedke and C Rasche (.3) | Sanford M. Brown | 4.00 | 700.00 | 2,800.00 |
| 02/09/09 | Correspondence and call with J Long to discuss issues related to officers and directors insurance coverage matters (.50); analyze XL management liability policy and endorsements to determine nature and scope of coverage (.50); call with J Long to advise on same (.50) | Bryan S. Dumesnil | 1.50 | 575.00 | 862.50 |
| 02/09/09 | Continue research and analysis of Utah corporate law and FDIC regulations (2.5); continue drafting memo regarding same (2.5); begin drafting indemnification memo (2.0); telephone conferences with J. Long regarding same (.4); telephone conference with K. Patel regarding Utah law research (.6) | Charlotte M. Rasche | 8.00 | 600.00 | 4,800.00 |
| 02/09/09 | Telephone conference with S Brown and C Rasche re: board matters and indemnification | Justin M. Long | 4.60 | 500.00 | 2,300.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

### ATTORNEYS AT LAW

Page 6

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| | | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| | issues (.2); revise notes re: directors of federal savings banks and related conclusions (2.3); correspond with C Rasche, W Luedke and S Brown re: same (.5); research and correspond with S Brown re: noncash capital contribution by LBHI and regulatory requirements (1.0); telephone conference and correspond with B Dumesnil re: director and officer insurance policy and potential change in directors (.2); various conferences with C Rasche re: director analysis (.4) | | | | |
| 02/09/09 | Research Ulan case law to determine shareholder corporate rights (project for C. Rasche) (3.50); draft memo (.50) | Kausar Patel | 4.00 | 275.00 | 1,100.00 |
| 02/10/09 | Finalize memos regarding corporate governance and indemnification issues for ILC and FSB (1.00); participation in PCA capital plan conference call (1.50) | William T. Luedke, IV | 2.50 | 750.00 | 1,875.00 |
| 02/10/09 | Conference call regarding capital restoration plan (1.5); telephone conference with J Long (.2); work on issues regarding non-cash contribution to LBB's capital (1.0); correspond with B Messineo (.3); work on regulatory issues with S Golden (.3); correspond with W Luedke and A&M team (.3); telephone conference with C Rasche (.2) | Sanford M. Brown | 3.80 | 700.00 | 2,660.00 |
| 02/10/09 | Continue research on indemnification matters (3.50); draft memo regarding same; finalize memo on Board control analysis (1.30); conferences with K. Patel regarding Utah case law analysis (.20) | Charlotte M. Rasche | 5.00 | 600.00 | 3,000.00 |
| 02/10/09 | Review and revise notes re: potential actions to change board of directors of federal savings bank and related conclusions and analysis (1.2); correspond and conference with C Rasche re: same and related analysis for industrial loan bank (.8); correspond with S Brown, W Luedke and C Rasche re: director analysis (.2); prepare correspondence to B Dumesnil re: indemnification matters for bank directors and analysis of director and officer | Justin M. Long | 5.20 | 500.00 | 2,600.00 |

# Bracewell & Giuliani LLP
### ATTORNEYS AT LAW

Page 7

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|
| | insurance policy (.3); correspond with W Luedke and S Brown re: prompt corrective action powers of OTS (.5); research re: OTS authority and capitalized status under prompt corrective action matters (1.0); correspond with W Luedke and S Brown re: noncash capital contribution matters and holding company guarantee issues (.5); research re: same (.5); prepare correspondence to D Lambert re: noncash capital contribution matters and OTS review factors (.2) | | | |
| 02/10/09 | Finish drafting memorandum on Utah case law about shareholder corporate rights (.80); discussed results with C. Rasche (.20) — Kausar Patel | 1.00 | 275.00 | 275.00 |
| 02/11/09 | Review Bankruptcy Court motion (.30); research PCA and capital plan issues (1.70) — William T. Luedke, IV | 2.00 | 750.00 | 1,500.00 |
| 02/11/09 | Correspond with B Messineo (.2); review motions (.8); work on issues regarding non-cash capital contributions (1.0); telephone conference with W Luedke and J Long (.2); correspond with S Golden (.1) — Sanford M. Brown | 2.30 | 700.00 | 1,610.00 |
| 02/11/09 | Continue analysis of directors and officers management liability policy and related indemnity issues (.150) — Bryan S. Dumesnil | 1.50 | 575.00 | 862.50 |
| 02/11/09 | Conferences with W. Luedke (.20); analyze indemnification matters and restrictions (2.60); conference with B. Dumesnil regarding D&O policy and regulatory limits (.20) — Charlotte M. Rasche | 3.00 | 600.00 | 1,800.00 |
| 02/11/09 | Correspond with J Stiklorius re: capital contribution and review various information re: same, settlement agreement and bankruptcy filing (1.4); telephone conferences and correspond with P Hanchey re: research on OTS powers under Prompt Corrective Action statutes and OTS authority to put bank into receivership (.7); work on draft of letter to OTS seeking approval for non cash capital contribution and settlement agreement and prepare related correspondence to S Brown, W Luedke and C Rasche (2.1) — Justin M. Long | 4.20 | 500.00 | 2,100.00 |

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| | | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| 02/11/09 | Research ability and authority of OTS to place an "undercapitalized" thrift into receivership | Patrick R. Hanchey | 4.20 | 300.00 | 1,260.00 |
| 02/12/09 | Review and revise non-cash contribution letter (1.30); indemnification research (.50); review and revise capital contribution agreement (1.00); conference call with Golden, Lambert, et al. (.50) | William T. Luedke, IV | 3.30 | 750.00 | 2,475.00 |
| 02/12/09 | Conference call with Lehman, A&M and Weil teams (.5); work on indemnification issues (.7); work on memo regarding civil money penalties (.8); correspond with S Golden (.2); meet with J Long (.3); telephone conference with W Luedke and C Rasche (.1); correspond with B Messineo (.2) | Sanford M. Brown | 2.80 | 700.00 | 1,960.00 |
| 02/12/09 | Continue analysis of directors and officers management liability policy and related indemnity issues (2.00); prepare written analysis and summary of coverages and exclusions in the policy and circulate to rest of team for review and comment (1.50) | Bryan S. Dumesnil | 3.50 | 575.00 | 2,012.50 |
| 02/12/09 | Review/comment on letter to OTS regarding capital contribution (.50); telephone conferences with J. Long regarding same (.25); finalize indemnification analysis for ILC and research related matters (4.00) | Charlotte M. Rasche | 4.75 | 600.00 | 2,850.00 |
| 02/12/09 | Correspond and conference with C Rasche re: draft letter to OTS re: capital contribution (.3); review and revise draft of letter to OTS re: capital contribution and correspond with S Brown, W Luedke and C Rasche re: same (1.8); correspond with J Stiklorius of Alvarez & Marsal re: capital contribution matters (.2); review correspondence from C Rasche re: indemnification matters for industrial loan bank and related notes (.4); revise indemnification notes for FSB (1.2); review various correspondence from S Brown re: regulatory enforcement authority and related memorandum (.4); correspond with W Luedke, C Rasche and S Brown re: capital contribution to ILC and bankruptcy filings (.2) | Justin M. Long | 4.50 | 500.00 | 2,250.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| Date | Description | Attorney | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| 02/13/09 | Review letter regarding non-cash contributions (.50); mortgage servicing rights research (2.30); e-mails to work group (.20); telephone conference Messineo (.30) | William T. Luedke, IV | 3.30 | 750.00 | 2,475.00 |
| 02/13/09 | Work on indemnification issues (.5); correspond with S Golden and W Luedke (.2); work on memo regarding civil money penalties (.7); correspond with C Rasche (.1); telephone conference with J Long (.2); correspond with B Messineo (.2); telephone conference with W Luedke (.1) | Sanford M. Brown | 2.00 | 700.00 | 1,400.00 |
| 02/13/09 | Review/comment on revised letter regarding capital contribution (1.00); prepare and participate in conference call regarding capital contribution and valuation matters (1.00); conference call with OTS, FDIC, Alvarez and Marsal and others regarding ILC matters (1.00); telephone conferences with J. Stiklorius regarding capital plan submittal and non-cash contribution letter (.50); research regarding LBB board control matters (4.00) | Charlotte M. Rasche | 7.50 | 600.00 | 4,500.00 |
| 02/13/09 | Correspond and with C Rasche re: indemnification matters and notes (.2); correspond with J Stiklorius re: noncash capital contribution, draft letter, valuation matters and bankruptcy issues (.7); prepare for and participate in extended conference call with representatives from Alvarez & Marsal, Riskspan, Weil and C Rasche re: noncash capital contribution (.7); review correspondence from and various conferences with C Rasche draft of letter to OTS seeking approval of Settlement Agreement and noncash capital contribution and revise same (1.5); review correspondence from C Rasche re: change in directors of FSB, research same and prepare response (.5); correspond with C Rasche and S Brown re: conference call with representatives of regulatory agencies re: capital contribution matters and regulatory orders, prepare for call and participate in call (1.5); conference and correspond with J Bock | Justin M. Long | 6.30 | 500.00 | 3,150.00 |

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

Page 10

---

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|
| | re: affiliate transaction regulations and noncash capital contribution (.4); correspond with S Brown re: capital plan matters and conference with regulatory agencies (.2); telephone conference with J Stiklorius, R Messineo and C Rasche re: capital plan, capital contribution letters and extension letter for submission to OTS and review related correspondence from J Stiklorius (.6) | | | |
| 02/13/09 | Research into 23A issues with LBHI and LBB (1.0); review of letter to OTS (.4); discussions with J Long (.2)  —  Joshua B. Bock | 1.60 | 400.00 | 640.00 |
| 02/14/09 | Review proposed cease and desist order (1.00); review stipulation and board resolutions (1.50); review and revise capital contribution agreement (.60); e-mails to Messineo, et al. (.80); revise extension request for capital plan (1.20); review director indemnification (1.20)  —  William T. Luedke, IV | 6.30 | 750.00 | 4,725.00 |
| 02/14/09 | Correspond with S Golden, B Messineo and W Luedke (.8); work on issues regarding proposed C&D (.7)  —  Sanford M. Brown | 1.50 | 700.00 | 1,050.00 |
| 02/14/09 | Correspond with W Luedke, S Brown and C Rasche re: change in directors and potential change in bank control act issues (.2)  —  Justin M. Long | 0.20 | 500.00 | 100.00 |
| 02/15/09 | Prepare for conference call (.50); conference call Messineo, et al. (1.30); review OTS correspondence (1.00)  —  William T. Luedke, IV | 2.80 | 750.00 | 2,100.00 |
| 02/15/09 | Conference call with S Golden, D Lambert, B Messineo and W Luedke (1.3); work on OTS C&D, capital contributions and PCA directive (.5); correspond with S Golden, B Messineo and W Luedke (.2)  —  Sanford M. Brown | 2.00 | 700.00 | 1,400.00 |
| 02/16/09 | Review Cease and Desist regulations (1.50); telephone conference S Brown (.20); conference C Rasche, J Long on corporate governess issues (.30); telephone conferences Golden regarding enforcement matters (.50); review Capital Contribution Agreement (.50)  —  William T. Luedke, IV | 3.00 | 750.00 | 2,250.00 |
| 02/16/09 | Receive and review proposed C&D from the OTS (1.2); work on issues regarding non-cash  —  Sanford M. Brown | 3.50 | 700.00 | 2,450.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

Page 11

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| Date | Description | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| | contribution to capital (.5); correspond with S Golden (.2); review bankruptcy pleadings (.7); telephone conference with B Messineo (.5); correspond with J Long (.1); work on indemnification issues and D&O policy (.2); correspond with W Luedke (.1) | | | | |
| 02/16/09 | Work on matters regarding capital contribution and director positions (.50) | Charlotte M. Rasche | 0.50 | 600.00 | 300.00 |
| 02/16/09 | Telephone conference with C Rasche re: change in control matters (.2); conference with W Luedke re: change in bank control matters, change in directors and noncash capital contribution (.2); review draft of proposed cease and desist letter from OTS and related regulatory matters (.4) | Justin M. Long | 0.80 | 500.00 | 400.00 |
| 02/17/09 | Conference calls Golden, Lambert (.70); review capital contribution letter (.10); telephone conference OTS regarding Cease & Desist Order (1.00); e-mail updates on Cease & Desist to working group (.20); draft letter transmitting Southern District New York Bankruptcy Order to OTS and FDIC (.20); e-mails to Messineo (.20) | William T. Luedke, IV | 2.40 | 750.00 | 1,800.00 |
| 02/17/09 | Correspond with S Golden (.3); conference call with S Golden, D Lambert and W Luedke (.7); work on issues regarding proposed C&D (1.0); telephone conference with J Long regarding non-cash capital contribution (.2); correspond with B Messineo ( .1); receive and review Bankruptcy Court Order (.4); work on regulatory correspondence (.3); correspond with W Luedke (.2); telephone conference with C Rasche (.1) | Sanford M. Brown | 3.30 | 700.00 | 2,310.00 |
| 02/17/09 | Review Board control matters for FSB (.50); review/revise non-cash contribution letter (.50); conferences with J Long regarding same (.25) | Charlotte M. Rasche | 1.25 | 600.00 | 750.00 |
| 02/17/09 | Various telephone conferences and correspond with B Messineo re: bankruptcy court order, revisions to settlement agreement, letter to OTS re: noncash capital contribution and | Justin M. Long | 3.80 | 500.00 | 1,900.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| | | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| | related matters (.8); review correspondence from S Brown re: OTS letter (.1); prepare correspondence to W Luedke, S Brown and C Rasche re: revised letter to OTS and conferences with B Messineo (.4); revise draft of letter to OTS and prepare related correspondence to working group re: same (.8); review draft of letter from RiskSpan re: review of valuation report, conference with J Stiklorius re: same, prepare comments to letter and related correspondence to J Stiklorius and P Phillips of Riskspan (1.4); various telephone conferences with C Rasche re: directors matters for FSB and capital contribution letter (.5) | | | | |
| 02/18/09 | E-mails to Golden, Lambert (.20); e-mails to Messineo (.10); conference calls Messineo, et al. (1.10); telephone conferences OTS regarding Cease & Desist Order (2.00); review capital contribution letter (.20); revise memo to Finn and Spoth transmitting Order (.10) | William T. Luedke, IV | 3.70 | 750.00 | 2,775.00 |
| 02/18/09 | Work on issues regarding non-cash capital contributions and proposed C&D (1.0); conference call with Lehman, Weil and A&M teams (1.10); correspond with S Golden (.1); telephone conference with C Rasche (.2); correspond with W Luedke (.1); telephone conference with J Long (.1); correspond with B Messineo (.2); work on regulatory correspondence (.8) | Sanford M. Brown | 3.50 | 700.00 | 2,450.00 |
| 02/18/09 | Review comments to non-cash contribution letter and related matters (.75) | Charlotte M. Rasche | 0.75 | 600.00 | 450.00 |
| 02/18/09 | Correspond with P Phillips of RiskSpan re: evaluation of MSRs and related letter for OTS application (.3); correspond with C Rasche, W Luedke and S Brown re: same (.5); correspond with B Messineo re: draft letter to OTS for noncash capital contribution, revisions to settlement agreement and related matters (.3); review correspondence from W Luedke re: OTS correspondence and draft cease and desist order (.1); review correspondence from J | Justin M. Long | 1.50 | 500.00 | 750.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| Date | Description | Attorney | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| | Stiklorius re: revised pro forma statements for OTS submission and correspond with C Rasche re: same (.2); telephone conference with C Rasche re: capital contribution matters (.1) | | | | |
| 02/19/09 | E-mails to Golden (.20); review capital contribution letter (.50) | William T. Luedke, IV | 0.70 | 750.00 | 525.00 |
| 02/19/09 | Work on letter to the OTS regarding non-cash capital contributions (1.2); correspond with S Golden, D Lambert, B Messineo, W Luedke, J Long and C Rasche (1.0); telephone conference with B Messineo (.4); work on issues regarding proposed C&D (.5); work on indemnification of new directors (.4) | Sanford M. Brown | 3.50 | 700.00 | 2,450.00 |
| 02/19/09 | Review/comment on revised letter to OTS (1.25) | Charlotte M. Rasche | 1.25 | 600.00 | 750.00 |
| 02/19/09 | Prepare analysis re: director matters and related correspondence to C Rasche (1.0); review revised draft of submission to the OTS re: noncash capital contribution from R Messineo of Weil Gotshal and prepare comments to same and related correspondence to C Rasche (.9); correspond and conference with R Messineo re: revised version of OTS letter and affiliate transaction matters (.8); review cease and desist order and affiliate transaction matters and correspond with C Rasche, W Luedke and S Brown re: same (.7); prepare related correspondence to B Messineo (.3) | Justin M. Long | 3.70 | 500.00 | 1,850.00 |
| 02/20/09 | Conference call Messineo, et al. (.80); finalize capital contribution letter to OTS (.40); telephone conference Golden (.50); conference call with OTS and A&M team (1.10) | William T. Luedke, IV | 2.80 | 750.00 | 2,100.00 |
| 02/20/09 | Correspond with D Lambert, S Golden, B Messineo and W Luedke (.6); conference call with A&M and Weil teams (.8); work on letter regarding non-cash capital contribution (1.2); telephone conference with J Long (.1); conference call with OTS (1.1) | Sanford M. Brown | 3.80 | 700.00 | 2,660.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

Page 14

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| Date | Description | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| 02/20/09 | Revise non-cash contribution letter (.80); conferences with J Long regarding same and Board analysis matters (.20) | Charlotte M. Rasche | 1.00 | 600.00 | 600.00 |
| 02/20/09 | Telephone conference with W Luedke re: regulatory matters and draft cease and desist order issued by OTS (.1); extended telephone conferences with C Rasche re: draft letter to OTS requesting approval for non cash capital contribution and director matters (.3); telephone conference with B Messineo re: same and prepare correspondence to him re: director of FSB matters (.6); telephone conference with S Brown re: regulatory matters and draft cease and desist order issued by OTS (.1); | Justin M. Long | 1.10 | 500.00 | 550.00 |
| 02/21/09 | Review correspondence with OTS (.50); draft letter to OTS regarding capital support and proposed cease & desist order (4.00) | William T. Luedke, IV | 4.50 | 750.00 | 3,375.00 |
| 02/21/09 | Work on letter to the OTS regarding proposed C&D (1.0); correspond with W Luedke (.2); work on issues regarding non-cash capital contribution (.3) | Sanford M. Brown | 1.50 | 700.00 | 1,050.00 |
| 02/22/09 | Draft and revise letter to OTS regarding capital support and cease & desist order (2.00) | William T. Luedke, IV | 2.00 | 750.00 | 1,500.00 |
| 02/22/09 | Work on issues regarding proposed C&D from the OTS (.8); correspond with W Luedke (.2) | Sanford M. Brown | 1.00 | 700.00 | 700.00 |
| 02/23/09 | Telephone conference Golden (.10); revise draft letter to OTS (3.30); memo to working group (.30); review OTS correspondence (.50); review LBB Prompt Corrective Action (.30) | William T. Luedke, IV | 4.50 | 750.00 | 3,375.00 |
| 02/23/09 | Work on letter to the OTS regarding proposed C&D (1.0); correspond with W Luedke (.2); work on issues regarding non-cash capital contribution (.8) | Sanford M. Brown | 2.00 | 700.00 | 1,400.00 |
| 02/24/09 | Review comments to OTS letter (1.00); section 914 research (.40); revise letter to OTS (1.00); e-mails to Messineo, et al. (.20) | William T. Luedke, IV | 2.60 | 750.00 | 1,950.00 |
| 02/24/09 | Work on letter to the OTS (1.0); correspond with B Messineo (.2); work on issues | Sanford M. Brown | 2.80 | 700.00 | 1,960.00 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP

ATTORNEYS AT LAW

Page 15

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| | | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| | regarding new officers and directors (.7); telephone conference with B Messineo (.5); telephone conference with W Luedke (.1); correspond with S Golden (.2); telephone conference with J Long (.1) | | | | |
| 02/24/09 | Review draft correspondence to OTS re: proposed cease and desist from W Luedke and conference with him re: same (.2) | Justin M. Long | 0.20 | 500.00 | 100.00 |
| 02/25/09 | Conference calls Lambert, Golden (.50); research PCA directives (1.20); revise and circulate letter to OTS (2.00); prepare outline for addition of new directors (.30); research Section 914 issues (.30) | William T. Luedke, IV | 4.30 | 750.00 | 3,225.00 |
| 02/25/09 | Telephone conference with W Luedke (.2); work on letter to OTS (1.1); telephone conference with B Messineo (.7); work on issues regarding new directors (.4); telephone conference with J Long (.1) | Sanford M. Brown | 2.50 | 700.00 | 1,750.00 |
| 02/25/09 | Review correspondence from W Luedke and S Brown re: timing of capital commitment matters and changes to board of directors (.2); review regulatory materials and cease and desist order applicable to FSB (.5); telephone conference with S Brown re: change in directors matters at ILC and conference wit C Rasche re: same (.2) | Justin M. Long | 0.90 | 500.00 | 450.00 |
| 02/26/09 | E-mails to Messineo (.20); revise letter to OTS (.60); research PCA capital measurement standards (.80); conferences S Brown (.20) | William T. Luedke, IV | 1.80 | 750.00 | 1,350.00 |
| 02/26/09 | Work on letter to the OTS (.8); telephone conference with B Messineo (.4); correspond with S Golden (.3); telephone conference with W Luedke (.2) | Sanford M. Brown | 1.70 | 700.00 | 1,190.00 |
| 02/26/09 | Correspond with S Brown and W Luedke re: non cash capital contribution matters and regulatory order applicable to FSB (.3); telephone conference and correspond with S Brown re: change in director matters (.2); conference with C Rasche re: ILC matters applicable to directors (.1) | Justin M. Long | 0.60 | 500.00 | 300.00 |

# Bracewell & Giuliani LLP

### ATTORNEYS AT LAW

Page 16

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

| Date | Description | Attorney | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| 02/27/09 | Conference call Messineo, et al. (1.00); conference call Golden, Lambert, OTS regarding capital status of LBB (1.00); revise letter to OTS regarding Cease & Desist Order (1.20); PCA research (.40); conference J Long, C Rasche regarding ILC and LBB corporate governance issues (.20) | William T. Luedke, IV | 3.80 | 750.00 | 2,850.00 |
| 02/27/09 | Conference call with D Lambert, S Golden, B Messineo and W Luedke (1.0); work on letter to OTS (.1); conference call with OTS (1.0); work on issues regarding new directors (.1) | Sanford M. Brown | 2.20 | 700.00 | 1,540.00 |
| 02/27/09 | Telephone conference with B Messineo re: change in director matters (.2); prepare correspondence to C Rasche re: same (.2) | Justin M. Long | 0.40 | 500.00 | 200.00 |

### Summary of Fees

| | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Sanford M. Brown | 75.60 | 700.00 | 52,920.00 |
| Bryan S. Dumesnil | 6.50 | 575.00 | 3,737.50 |
| Marcy E. Kurtz | 6.00 | 625.00 | 3,750.00 |
| William T. Luedke, IV | 103.15 | 750.00 | 77,362.50 |
| Charlotte M. Rasche | 42.30 | 600.00 | 25,380.00 |
| Joshua B. Bock | 1.60 | 400.00 | 640.00 |
| Patrick R. Hanchey | 4.20 | 300.00 | 1,260.00 |
| Justin M. Long | 52.20 | 500.00 | 26,100.00 |
| Kausar Patel | 5.00 | 275.00 | 1,375.00 |
| Gale W. Gattis | 9.00 | 205.00 | 1,845.00 |
| Total | 305.55 | 493.00 | 194,370.00 |

**Total Fees for Professional Services**                     **$ 194,370.00**

### Costs

| | | Amount |
|---|---|---|
| **Courier** | | |
| 02/13/09 | Courier FEDEX 021309 798082728353 908788437 2810 | 12.96 |
| 02/13/09 | Courier FEDEX 021309 790647836884 908788437 2810 | 14.08 |
| 02/13/09 | Courier FEDEX 021309 790156270781 908788437 2810 | 14.08 |

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS

# Bracewell & Giuliani LLP
ATTORNEYS AT LAW

Page 17

Lehman Brothers Holdings, Inc.

March 18, 2009
Invoice: 21403899

*Total: Courier*                                                                    *41.12*

**Database Search - LEXIS**
02/27/09          Database Search - LEXIS 02    022709 Lexis Search      767 02        2,721.85
                  022709003154.00000141X8TQU 00000000002721

**Database Searches - Westlaw**
02/27/09          Database Searches - Westlaw 01    090227 WESTLAW  M/E      695        1,345.32
                  01 090227003154.0000016699244 00000000001078

**Photocopies**
02/28/09          Photocopies EQUITRAC COPIES      9 pages BATCH 2681HO                    1.80
02/28/09          Photocopies EQUITRAC COPIES     23 pages BATCH 2681HO                    4.60

                  *Total: Photocopies*                                                   *6.40*

**Staff Service**
02/28/09          Staff Service Staff22 2/17/2009 > 041SO1 LA                             7.50

Fees for Professional Services ............................................................$ 194,370.00

Costs ....................................................................................................4,122.19

### Total Current Billing for this Matter                                    $ 198,492.19

# Bracewell & Giuliani LLP

### ATTORNEYS AT LAW

**P. O. Box 848566**
**Dallas, TX 75284-8566**
**713 223-2300**
**TAX ID 74-1024827**

## Remittance Page

March 18, 2009
049775
INVOICE NO:  21403899
01096

Client:       Lehman Brothers Holdings, Inc.
Matter:       Regulatory
Matter No:    049775.000001

**Please Remit Total Balance Due**                                              **$ 198,492.19**

## **Please Return this Remittance Page with Your Payment**

WIRE TRANSFER INFORMATION

Wire to:  Bank of America,  901 Main Street,  Dallas, Texas
Name on Account:  Bracewell & Giuliani LLP
Bank Account No:  001390004197
ABA Number (For **Wire Transfers Only**): 026009593;  (For **ACH'S Only**): 111000025
*For International Wires Also Include:*
Swift Code **(U.S. Funds): BOFAUS3N;**  Swift Code **(Foreign Funds): BOFAUS6S**
Please include the invoice number as a reference when sending the wire.

STATEMENT FOR PROFESSIONAL SERVICES IS PAYABLE UPON PRESENTATION
INVOICE AMOUNT DUE IN UNITED STATES DOLLARS