WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :   **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                     :   **08-13555 (JMP)**
                                                                 :
          **Debtors.**                                           :   **(Jointly Administered)**
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF AMENDED AFFIDAVIT AND DISCLOSURE STATEMENT OF MICHAEL POPE ON BEHALF OF MCDERMOTT WILL & EMERY LLP

**PLEASE TAKE NOTICE** that on March 18, 2009, and in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394], Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), filed the ordinary course professional affidavit and retention questionnaire (together the "Affidavit and Questionnaire") of Michael Pope on behalf of McDermott Will & Emery LLP ("McDermott") [Docket No. 3159].

NY2:\2000226\01\16VD%01!.DOC\58399.0003

**PLEASE TAKE FURTHER NOTICE** that McDermott hereby supplements its Affidavit and Questionnaire to include the following additional services: update consent forms, standard bylaw, and other corporate forms under Illinois law (the "Amended McDermott Affidavit"). A copy of the Amended McDermott Affidavit is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Amended McDermott Affidavit, on (i) the Office of the United States Trustee, and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of McDermott must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, McDermott shall be deemed approved by the Court and deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: May 27, 2009
      New York, New York

_____
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

NY2:\2000226\01\16VD%01!.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                               :

In re                                     :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)

                         Debtors.           :        (Jointly Administered)

------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF MICHAEL POPE, ON BEHALF OF MCDERMOTT WILL & EMERY LLP

STATE OF ILLINOIS      )
                               ) ss:
COUNTY OF COOK       )

        Michael A. Pope, being duly sworn, upon his oath, deposes and says:

        1.        I am a Partner of McDermott Will & Emery LLP, located at 227 West Monroe Street, Chicago, Illinois 60606 (the "Firm").

        2.        On March 12, 2009, I executed an Affidavit and Disclosure Statement (the "Affidavit") in support of Debtors' retention of McDermott Will & Emery LLP as ordinary course professionals to represent Lehman Brothers Holdings, Inc. in litigation matters venued in state and federal court, including, but not limited to, a matter pending in the Circuit Court of Cook County, Illinois, Case No. 08 CH 33956; represent Lehman Brothers Holdings, Inc. in energy-related matters venued in state and federal court, and before federal, state, local and governmental entities including, but not limited to the Federal Energy Regulatory Commission; provide advice and counsel to Lehman Brothers Holdings, Inc. regarding state and local tax consequences of restructuring and other transactions; and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to

be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on March 18, 2009 [Docket No. 3159].

3. This Affidavit (the "Supplemental Affidavit") supplements the previous Affidavit, because the Firm will provide these additional services: update consent forms, standard bylaws, and other corporate forms under Illinois law for various Lehman Brothers Holdings, Inc. subsidiaries incorporated in Illinois.

By: /s/ *signature*

Subscribed and sworn to before me
this ___ day of May, 2009

/s/ *signature*
Notary Public

OFFICIAL SEAL
KAREN BOOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/21/11

NY2:\1995779\01\16RYB01!.DOC\58399.0003            2