WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 28, 2009 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

1. Debtors' Motion for Entry of Order Pursuant to Sections 363 and 365 of the Bankruptcy Code for Approval of (I) the Letter Agreement, Including the Payment of the Break-Up Fee, and (II) the Assumption, Assignment, and Sale of the Libra Credit Default Swap Agreement **[Docket No. 3495]**

    Response Deadline:    May 22, 2009 at 4:00 p.m.

    Responses Received:

    A.    Objection of Societe Generale, New York Branch, Libra CDO Limited **[Docket No. 3642]**

NY2:\2000017\01\16V8101!.DOC\58399.0003

2

Related Documents:

B.  Debtors' Reply in Support of Motion **[Docket No. 3655]**

C.  Creditors' Committee's Reply to Societe Generale's Objection **[Docket No. 3663]**

Status:  This matter is going forward.


Dated: May 27, 2009
       New York, New York

                                              /s/ Ralph I. Miller
                                              Ralph I. Miller
                                              Lori R. Fife

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for Debtors
                                              and Debtors in Possession