LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
                                                            :
———————————————————————x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF GREGORY O. LUNT

## ON BEHALF OF LATHAM & WATKINS LLP

STATE OF CALIFORNIA     )
                                           ) ss:
COUNTY OF LOS ANGELES   )

Gregory O. Lunt, being duly sworn, upon his oath, deposes and says:

1. I am a partner of Latham & Watkins LLP ("Latham" or the "Firm"), located at 355 South Grand Avenue, Los Angeles CA, 90071-1560. The Firm also has numerous other offices both in the United States and abroad, including at 885 Third Avenue, Suite 1000, New York, New York 10022-4834.

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm

represent them in the matters described on Exhibit A to this Affidavit (the "Matters"). The Firm has consented to provide such services.

3. Prior to the date on which the Debtors filed their chapter 11 petitions, the Firm was engaged by a number of clients to represent them in matters adverse or otherwise related to the Debtors. The Firm continues to represent many of these clients in these matters. In addition, since the Petition Date, the Firm has been engaged to represent several of these clients as well as other clients in matters that are adverse to the Debtors or otherwise related to the Debtors and/or their chapter 11 cases (the "Cases"). These matters are summarized in the following paragraphs.

4. The Firm has been retained to represent Fannie Mae, Asurion Corporation, NetApp, Inc. and GE Corporate Financial Services, Inc. in the Cases, including, in connection with, any claims that these clients might have or assert against one or more of the Debtors. Fannie Mae has a contract with LBHI and has claims against one or more of the Debtors. Asurion Corporation entered into financing transactions, including swaps, with certain of the Debtors and might have claims arising from these transactions. Our representation of NetApp, Inc. relates to a convertible bond offering that included a hedge from one of the Debtors. NetApp, Inc. might have or assert a claim against this Debtor. The firm has filed a statement under Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Rule 2019 Statement") with respect to these clients.

5. The Firm has been retained by Ernst & Young LLP ("EY") to represent EY in connection with matters related to the services that EY performed or was engaged to perform for LBHI or any of the other Debtors, including, without limitation, investigatory and litigation matters, which could conceivably at some point in the future and depending on a number of contingencies become adverse to one or more of the Debtors. In addition, the Firm has been retained by EY to represent it in any retention and/or compensation matters in the Cases.

6. The Firm has been retained by certain of the Debtors' non-debtor affiliates, including Lehman Brothers Bank, FSB, and Aurora Loan Services LLC, to represent them in matters arising in or relating to the Cases or otherwise involving or relating to the Debtors including, among other things, litigation matters, whether adverse to one or more of the Debtors or otherwise.

2

7. The Firm has been retained to represent Bundesverband deutscher Banken, the German deposit protection fund, in connection with certain indemnities and undertakings from and/or other arrangements with or relating to LBHI, including, among other things, potential litigation matters, whether adverse to one or more of the Debtors or otherwise.

8. The Firm has been retained to represent the insolvency administrator of Lehman Brothers Bankhaus Aktiengesellschaft i.I ("LBBA"), an affiliate of the Debtors, in the insolvency proceedings that have been commenced against LBBA in Germany, including, among other things, litigation matters, whether adverse to one or more of the Debtors or otherwise.

9. The Firm has been retained to represent a former officer of one of the Debtors in certain investigations or litigations that might be brought against him by governmental entities or regulators.

10. The Firm currently represents a number of other clients in connection with transactions that involved one or more of the Debtors and/or that may result in the assertion of claims against or by one or more of the Debtors. These matters include representations of agents, lenders, counterparties, bondholders, sponsors, borrowers and other interested parties in connection with various financing transactions, including, among others, swaps, hedges, loans, guaranties, indemnities and securities offerings, involving one or more of the Debtors. Many of these representations pre-date the commencement of the Cases. The Firm has been retained by these clients to assist them in understanding their rights in connection with these transactions, assist them in unwinding certain transactions or finding alternative arrangements, advise them on the status and implication of the Cases on their transactions and rights and, potentially, for certain of these clients, bring claims on their behalf against one or more of the Debtors in the Cases and/or otherwise represent their interests in the Cases.

11. The Firm currently represents other clients in litigations where one or more of the Debtors is a co-defendant as well as other clients in bankruptcy cases other than the Cases in which one or more of the Debtors is a creditor or other interested party.

12. The Firm also currently represents clients in matters that are adverse to the Debtors' non-debtor affiliates.

3

13. The Firm has agreed with the Debtors that it will not represent any clients, whether in connection with the foregoing matters or otherwise, in bringing any claim or cause of action against any of the Debtors that is based on any allegation of fraud by any of the Debtors.

14. To the extent that the Firm's representation of any of the clients described in paragraphs 3 through 12 above requires at some point in the future that the Firm represent them in the Cases or otherwise appear on their behalf, the Firm will file one or more supplements to its statement under Bankruptcy Rule 2019.

15. To the best of my knowledge, none of the engagements described in paragraphs 3 through 12 above relate to, or otherwise come within the scope of the services that the Firm would render to any Debtor in, any of the Matters. If the Firm determines that any of the engagements described in paragraphs 3 through 12 above directly conflicts with services to be rendered by the Firm for a Debtor, the Firm will abstain from providing services to that Debtor, seek a waiver or otherwise resolve the matter to the mutual satisfaction of the Firm, the Debtor and the other client or clients involved in such matter.

16. It is possible that in the future the Firm will accept additional engagements that are related to the Cases or otherwise adverse or potentially adverse to the Debtors and/or their non-debtor affiliates. The Debtors have agreed that the Firm can accept these future engagements so long as such engagements (i) do not entail litigation against any of the Debtors other than the assertion of claims in the Cases that are not based on fraud and (ii) do not relate to, or otherwise come within the scope of the services that the Firm would render to any Debtor in, any of the Matters.

17. Insofar as I have been able to ascertain, none of the engagements described in paragraphs 3 through 12 above would cause the Firm or any of its principals or professionals to represent or hold any interest adverse to the Debtors or their estates with respect to the Matters.

18. As part of its customary practice, the Firm is also retained in cases, proceedings, and transactions not related to the Cases involving many different parties, some of whom may represent or be claimants, shareholders or employees of the Debtors, or other parties in interest in the Cases.

4

19. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

20. The Debtors owe the Firm approximately $4,360,000 for prepetition services.

21. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in the Cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

_____
Gregory O. Lunt

Subscribed and sworn to before me
this 27th day of May, 2009

_____
Notary Public

F. REIDELBACH
Commission # 1679300
Notary Public - California
Los Angeles County
My Comm. Expires Jul 29, 2010

5

# Exhibit A
# Latham Representations of Lehman Debtor Entities

Representation of Lehman Commercial Paper Inc. as Administrative Agent, Collateral Agent, and Swing Line Lender under a credit facility for Pinnacle Entertainment, Inc.

Representation of Lehman Commercial Paper Inc. as Administrative Agent under Term Loan and Revolver Credit Agreement with Syniverse Technologies, Inc.

Representation of Lehman Commercial Paper Inc. as Administrative Agent, Collateral Agent, Swing Line Lender and L/C Issuer under Term Loan and Revolver Credit Agreement with Pinnacle Foods.

Representation of Lehman Commercial Paper Inc. as Syndication Agent and Administrative Agent under first and second lien credit agreements with Edgen-Murray Corporation.

Representation of Lehman Brothers Commercial Paper Inc. as Administrative Agent under credit facilities for Gentiva Health Services.

Representation of Lehman Brothers Commercial Paper Inc. as Administrative Agent under credit facilities for Alix Partners,

Representation of Lehman Brothers Commercial Paper Inc. as Administrative Agent under credit facilities for B&G Foods.

Representation of Lehman Brothers Commercial Paper Inc. as Administrative Agent under second lien credit facilities for Entegra.

Representation of Lehman Commercial Paper Inc. as Administrative Agent under first and second lien credit facilities for Precision Partners, Inc. and its subsidiaries.

Representation of Lehman Brothers Commercial Paper Inc. and Lehman Brothers Holdings Inc. as agent on a mortgage loan facility, workout and restructuring for same for Moonlight Mortgage Financing.

LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                :
In re                  :      Chapter 11 Case No.
                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                :
       Debtors.     :      (Jointly Administered)
                :
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:</u>

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Jennifer Sapp
            Christopher Stauble

All questions must be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

      Latham & Watkins LLP

      885 Third Avenue

      New York, NY 10022-4834

8. Stock of the Debtors currently held by the firm:

   Kind of shares: NA

   No. of shares: None

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: L&W sent a questionnaire to its more than 4,600 attorneys, professionals and other staff inquiring whether any of them, in their individual capacities, have prepetition claims against the Debtors. To date, more than 2,800 of these professionals have responded to the questionnaire. Based on the responses received to date, there are approximately seven professionals of L&W who directly hold stock in the Debtors, ranging from around 40 to 200 common shares of Lehman Brothers Holdings, Inc. L&W employees more than 4,600 partners, counsel, associates, professionals and other staff and it is not practical to determine whether any such persons, in their individual capacities, may own stock held through mutual funds, blind trusts, retirement accounts or other indirect investment portfolios.

   Status: See above.

   Kind of shares: common shares of Lehman Brothers Holdings, Inc.

   No. of shares: around 40 to 200 shares per owner

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    Please see Affidavit and Disclosure Statement of Gregory O. Lunt on behalf of Latham & Watkins

11. Name of individual completing this form:

    Gregory O. Lunt

LA\1916003.9

# Exhibit A
# Latham Representations of Lehman Debtor Entities

Representation of Lehman Commercial Paper Inc. as Administrative Agent, Collateral Agent, and Swing Line Lender under a credit facility for Pinnacle Entertainment, Inc.

Representation of Lehman Commercial Paper Inc. as Administrative Agent under Term Loan and Revolver Credit Agreement with Syniverse Technologies, Inc.

Representation of Lehman Commercial Paper Inc. as Administrative Agent, Collateral Agent, Swing Line Lender and L/C Issuer under Term Loan and Revolver Credit Agreement with Pinnacle Foods.

Representation of Lehman Commercial Paper Inc. as Syndication Agent and Administrative Agent under first and second lien credit agreements with Edgen-Murray Corporation.

Representation of Lehman Brothers Commercial Paper Inc. as Administrative Agent under credit facilities for Gentiva Health Services.

Representation of Lehman Brothers Commercial Paper Inc. as Administrative Agent under credit facilities for Alix Partners,

Representation of Lehman Brothers Commercial Paper Inc. as Administrative Agent under credit facilities for B&G Foods.

Representation of Lehman Brothers Commercial Paper Inc. as Administrative Agent under second lien credit facilities for Entegra.

Representation of Lehman Commercial Paper Inc. as Administrative Agent under first and second lien credit facilities for Precision Partners, Inc. and its subsidiaries.

Representation of Lehman Brothers Commercial Paper Inc. and Lehman Brothers Holdings Inc. as agent on a mortgage loan facility, workout and restructuring for same for Moonlight Mortgage Financing.