UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven Wolowitz, Esq., and Brian Trust, Esq., of Mayer Brown LLP (the "Mayer Brown Attorneys") hereby appear in the above-captioned Chapter 11 case as attorneys for Libra CDO Limited, by Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee ("Libra") and on behalf of Société Générale, New York Branch ("SGNYB").

Pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Mayer Brown Attorneys request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon the Mayer Brown Attorneys at the office, address and telephone number set forth below, and that the Mayer Brown Attorneys be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

Steven Wolowitz
Brian Trust
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Ph: 212-506-2500
Fax: 212-262-1910
e-mail: swolowitz@mayerbrown.com
e-mail: btrust@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtors, property of such debtor, Libra or SGNYB.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
May 27, 2009

By: /s/ Brian Trust
Steven Wolowitz
Brian Trust
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Tel.: (212) 506-2500
Fax: (212) 262-1910