# **EXHIBIT 1**

**Supplemental Identified Parties**

<u>Exhibit 1</u>
Supplemental Identified Parties

1. **Debtors**
   1. LB Rose Ranch LLC
   2. Structured Asset Securities Corporation
   3. LB 2080 Kalakaua Owners LLC

2. **Significant Leases**
   4. DBSI Housing, Inc.
   5. Dewey Ballantine LLP/Dewey LeBouf LLP
   6. Financial Solutions Partners, LLC
   7. Frazee, LLC
   8. Hunter Financial Group, LLC
   9. One William Street Capital Management, L.P.

3. **Significant Lessors and Lessees**

   10. CharterMae Mortgage Capital Corporation
   11. Frenkel of New Jersey, Inc.

4. **Directors and Officers**

*Current and former (up to three years) members of a corporation's board of directors and its officers, as well as the names of the entities with whom such directors or officers were, during their tenure with the Debtor, affiliated as an employee*

   12. Aaron Guth
   13. Aida Sarmast
   14. Andrew Fischtal
   15. Andrew Yeung
   16. Ann Cairns
   17. Christine Searl
   18. Daniel Ehrmann
   19. Denise Troise
   20. E. Todd Whittemore
   21. Francine Kittredge
   22. Gerald Pietroforte
   23. Gwen J. Zeisler
   24. James Brogan
   25. Jeffrey A. Welikson
   26. Jeffrey Fitts
   27. Jeffry Ciongoli
   28. Joanne Chormanski
   29. John M. Skoba
   30. John Suckow
   31. Jonathan Harris
   32. Karen B. Corrigan
   33. Lana Franks
   34. Linda Klang

<u>Exhibit 1</u>
Supplemental Identified Parties

    35.    Madeline L. Shapiro
    36.    Martha Solinger
    37.    Martin Winter
    38.    Neill Poole
    39.    Pamela Tibbetts
    40.    Robert J. Leist
    41.    Ronn A. Pisapia
    42.    Salvatore Barbuzza
    43.    Shawnda D. Merriman
    44.    Thomas Hommel
    45.    Wendy M. Uvino
    46.    William Fox
    47.    William Gordon
    48.    William Olshan
    49.    Yvonne Stich

**5. Related Entities**
    50.    GmbH
    51.    LB 3 GmbH

**6. Potential Parties in Interest**
    52.    Aberdeen Asset Management Inc.
    53.    AG First Farm Credit Bank
    54.    AIM Advisors
    55.    Airlie CDO I
    56.    AIRLIE LCDO (AVIV LCDO 2006-3)
    57.    AIRLIE LCDO (Pebble Creek 2007-1)
    58.    American Express
    59.    American National Insurance Company
    60.    Anita Bryant
    61.    AON Consulting
    62.    Asbury Atlantic
    63.    Asbury-Solomons
    64.    Asset Backed Management Corp.
    65.    Asurion Corporation
    66.    AVIV LCDO 2006-1
    67.    AVIV LCDO 2006-2
    68.    Banif-Banco
    69.    Bank of Nova Scotia
    70.    Banque Privee Saint Dominique
    71.    Blackrock Financial Management
    72.    BRE Bank S.A.
    73.    Bryant University
    74.    Calyon
    75.    Calyon Securities
    76.    Carlos Manala

Exhibit 1
Supplemental Identified Parties

77. Carlos Manalac
78. Carlton Comm Ltd.
79. Carlton Communications Ltd.
80. Carlton Willard
81. Carmignac Gestion
82. Chicago Mercantile Exchange
83. Clearwater Capital Partners
84. Coast Electric Power Association
85. Cognizant Technology Solutions
86. Continental Airlines, Inc.
87. Cura Fixed Fund
88. DCFS Trust
89. Deere & Company
90. Dexia Belgique
91. Dexia Deutschland
92. Dexia Local
93. Dexia Luxemburg
94. Dubai International Capital LLC
95. Dynergy Power Marketing, Inc.
96. Electrabel
97. Electricite de France
98. Elliot International L.P.
99. Etihad Airways
100. Evergreen, Et. Al
101. EXUM RIDGE CBO 2006-1
102. EXUM RIDGE CBO 2006-2
103. EXUM RIDGE CBO 2006-4
104. EXUM RIDGE CBO 2006-5
105. EXUM RIDGE CBO 2007-1
106. EXUM RIDGE CBO 2007-2
107. Franklin American Mortgage Company
108. Franklin Lincoln National Corporation
109. Fubon Insurance Co.
110. Fubon Securities Co.
111. Fulton Bank
112. Fusion Funding Limited
113. Fusion Funding Luxembourg, S.A.R.L.
114. GE Corporate Financial Services, Inc.
115. Georgetown University
116. German Association of Savings Banks
117. Gesconsult S.A. SG LLC
118. Goldman Sachs & Co.
119. Goldman Sachs Credit Partners
120. Halbis Distressed Opportunity Master Fund Ltd.
121. Hank's Living Trust
122. Hellman & Friedman

Exhibit 1  
Supplemental Identified Parties

123. Hope Greenfield
124. HSBC Realty Credit
125. HSBC Realty Credit
126. Infospace Inc.
127. Instituto de Credito Oficial
128. Instituto de Credito Oficial
129. Internal Revenue Service
130. Intersil Corporation
131. J. Aron & Company
132. Joseph Cordaro, Assistant U.S. Attorney, SDNY
133. LAHDE Capital Management
134. LBREP /L-Suncal Master I LLC
135. Lincoln Variable Insurance
136. Linden Advisors LP
137. Lloyds TSB Bank plc
138. Malaysian Airline System
139. Metropolitan Transit Authority
140. Millennium Automotive Group
141. Minnesota State Board of Investment
142. Mitsubishi UFJ, Ltd.
143. Motors Insurance Corp 361. MP Bank HF
144. Nasdaq OMX
145. New South Federal Savings Bank
146. Oklahoma Municipal Power Authority
147. Osterreichische
148. Pebble Creek LCDO 2006-1
149. Pebble Creek LCDO 2007, LLC
150. Pebble Creek LCDO 2007-3
151. Penn Convention Center Authority
152. Pentwater Capital Management, LP
153. Peter J. and Mary Jane Dapuzzo
154. Pietro Ferrero
155. Pietro Ferrero
156. Profunds Advisors LLC 424.
157. Pyrrhuloxia, LP
158. QVT Financial LP
159. Region Marche
160. Regions Bank
161. Rizal Commercial Banking Corporation
162. Robert Teller
163. RWE
164. SABMi11er Plc
165. Saint Joseph's University
166. Salem Five Cents Savings Bank
167. SBA Comm
168. SGS HY Credit Fund I (Exum Ridge CBO 2006-3)

<u>Exhibit 1</u>
Supplemental Identified Parties

169. Singapore Airlines
170. South Mississippi Power Association
171. Stamford Associates L.P.
172. Stan Mehaffey
173. State Board of Administration of Florida
174. State of Michigan, Department of Treasury
175. Stephen N. Hurley
176. SunGard Availability Services LP
177. Taipei Fubon Commercial Bank Co.
178. Templeton Global
179. Tennessee Department of Revenue
180. The Hotchkiss School
181. The Kiyo Bank
182. The Kyoei Fire and Marine Insurance Company Ltd.
183. The Provisional French Administrator to Banque Lehman Brothers SA
184. Thomas Cook AG
185. Total Gas & Power Limited
186. TPG-Austin Portfolio Holdings LLC
187. US AG Bank
188. US Securities and Exchange Commission
189. VBS Investment Bank
190. Wachovia Bank
191. Wachovia Securities Ltd.
192. WestLB AG, New York Branch
193. White Marlin CDO 2007-1

**7. Professionals Employed by the Company**
194. Andrews & Kurth LLP
195. Appleby Global
196. Bar & Karrer AG
197. Bedell Cristin
198. Berkman Wechsler Bloom & Co., Law Offices
199. Bortstein Legal LLC
200. Bracewell & Giulliani LLP
201. Brownstein Hyatt Farber Schreck, LLP
202. Bulboaca & Associatii
203. Cassels Brock & Blackwell LLP
204. Chiomenti Studio Legale
205. Curtis, Mallet-Prevost, Colt & Mosle LLP
206. Davis & Gilbert LLP
207. De Brauw Blackstone Westbroek
208. Duff and Phelps
209. Evergreen Law Group
210. Fragomen, Del Rey, Bernsen & Loewy, LLP
211. Fried Frank
212. Fulbright & Jaworski L.L.P.

5

<u>Exhibit 1</u>
Supplemental Identified Parties

213. Herbert Smith CIS LLP
214. Houser & Allison, APC
215. Kahrl Roberts & Wutcher LLP
216. Kellerhals Hess
217. Klavins & Slaidins
218. Locke Lord Bissell & Liddell LLP
219. Luboja & Thau, LLP
220. Maples and Calder (Cayman Office)
221. Meitar, Liquornik, Geva & Leshem Brandwein
222. MMOR Consulting
223. Momo-o, Matsuo & Namba
224. NautaDutilh N.V.
225. Ogier
226. Pekin & Pekin
227. Raja & Tann
228. Richards, Layton & Finger, P.A.
229. Smith Dollar
230. Stamford Law Corporation
231. Tozzini Freire Advogados
232. Woodbury & Santiago, P.A. Deloitte & Touch USA LLP

**8. Litigation Claimants**
233. Carolina First Bank
234. Declan Kelly
235. Evergreen Solar, Inc.
236. Massachusetts Water Resources Authority
237. Miron Berenshteyn
238. Rye Select Broad Market Portfolio Limited
239. Rye Select Broad Market XL Portfolio Limited
240. Securities Investor Protection Corporation
241. Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
242. Southern Community Financial Corporation, Southern Community Bank and Trust
243. The Options Clearing Corporation

**9. 100 Largest Holders of Trade Debt**
244. Canary Wharf Management Limited

**10. Selected Derivative Counterparties**
245. A.M. McGregor Home
246. AIG CDS, Inc.
247. Aircraft Finance Trust
248. Banca Italease S.p.A.
249. Bayview Financial, L.P.
250. Bayview Opportunity Master Fund, L.P.
251. Bremer Financial Corporation

6

Exhibit 1  
Supplemental Identified Parties

252. BRM Group, Ltd.
253. Canadian National Resources Limited
254. Capital Automotive L.P.
255. Cheung Kong Bond Finance Limited
256. Chevron U.S.A. Inc.
257. City of Milwaukee, Wisconsin
258. Deer Park Road Corporation
259. Delaware River Port Authority
260. Deutsche Bank National Trust Company
261. Deutsche Bank Trust Company Americas
262. Dexia Bank Internationale a Luxembourg SA
263. Dexia Banque Belgique SA
264. Dexia Credit Local, Dexia Kommunalbank Deutschland AG
265. E-Capital Profits Limited
266. Emigrant Bank
267. Energy America LLC
268. Enterprise Products Operating, LLC
269. EPCO Holdings, Inc.
270. Federal Home Loan Bank of Dallas
271. FirstBank of Puerto Rico
272. Florida Power & Light Company
273. FPL Energy Power Marketing, Inc.
274. Gaston Christian School, Inc.
275. HarbourView CDO III, Limited
276. HFF I, LLC
277. Iconix Brand Group, Inc.
278. Italease Finance S.p.A.
279. JA Solar Holdings Co., LTD.
280. Lexington Insurance Company
281. Lincore Limited
282. Linn Energy, LLC
283. MEG Energy Corp.
284. Metavante Corporation
285. Natixis Environment & Infrastructures
286. New Jersey Housing and Mortgage Finance Agency
287. Northcrest, Inc.
288. Occidental Power Services, Inc.
289. OHP Opportunity Limited Partnership
290. Pacific Life Insurance Company
291. Portfolio Green German CMBS GMBH
292. Reynolds American Defined Benefit Master Trust
293. Simpson Meadows
294. Southern California Edison Company
295. Standard Credit Group LLC
296. TFS (Germany)
297. TFS (TX)

<u>Exhibit 1</u>
Supplemental Identified Parties

298. TFS Derivatives Corporation
299. TFS Derivatives Total
300. TFS Oil
301. TFS Oil Floor
302. TFS PWR NG
303. TFS Sing
304. TFS UK
305. TFS UK Cleared
306. TFS-ICAP
307. Tobacco Settlement Financing Corporation
308. Tradition (North America) Inc.
309. Tradition Asiel Securities Inc.
310. Tradition Services S.A. DE C.V. Mex
311. Tullett Prebon Holdings Corporation
312. University of Pittsburgh
313. Verde CDO Ltd.
314. Verde CDO, LLC
315. Wellmont Health System
316. West Corporation