**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
                                                         :
                    Debtors.                             :    **(Jointly Administered)**
                                                         :
------------------------------------------------------------------------x    **Ref. Docket Nos. 3637, 3638**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      PAUL BELOBRITSKY, being duly sworn, deposes and says:

      1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

      2.     On May 27, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

      3.     All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               /s/ Paul Belobritsky
Sworn to before me this                       Paul Belobritsky
28th day of May, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____

LEHMAN BROTHERS TEST                              |          LEHMAN BROTHERS TEST2
                                                  |
                                                  |
                                                  |
                                                  |
                                                  |
                                                  |
                                                  |
                                                  |
_____              |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TRUSTEE
             ON BEHALF OF GENIE II FUND
             THELMA EBANKS, MUTUAL FUNDS DEPARTMENT
             PO BOX 694 GT
             11 DR ROYS DRIVE
             GEORGE TOWN, GRAND CAYMAN
             CAYMAN ISLANDS

Please note that your claim # 3352 in the above referenced case and in the amount of
        $2,227,803.99        has been transferred **(unless previously expunged by court order)**

             CVI GVF (LUX) MASTER S.A.R.L.
             TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TR
             c/o CARVAL INVESTORS UK LIMITED
             KNOWLE HILL PARK, FAIRMILE LANE
             COBHAM, SURREY    KT11 2PD
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3637        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/27/2009                        David D. Bird, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

LEHMAN BROTHERS TEST

LEHMAN BROTHERS TEST2

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TRUSTEE
ON BEHALF OF GENIE II FUND
THELMA EBANKS, MUTUAL FUNDS DEPARTMENT
PO BOX 694 GT
11 DR ROYS DRIVE
GEORGE TOWN, GRAND CAYMAN
CAYMAN ISLANDS

Please note that your claim # 3353 in the above referenced case and in the amount of
$2,227,803.99      has been transferred **(unless previously expunged by court order)**

CVI GVF (LUX) MASTER S.A.R.L.
TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TR
c/o CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FAIRMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3638      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/27/2009                              David D. Bird, Clerk of Court

                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 27, 2009.

**EXHIBIT "B"**

CIBC Bank and Trust Company
(Cayman) Limited, solely as trustee on behalf of Genie II Fund
CIBC Financial Centre
11 Dr. Roy's Drive
P.O. Box 694 GT
Grand Cayman
Cayman Islands

C.V.I G.V.F. (LUX) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
United Kingdom

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153