DECHERT LLP
Katherine A. Burroughs
90 State House Square
Hartford, Connecticut 06103
Telephone: (860) 524-3999
Fax: (860) 524-3930
Email: katherine.burroughs@dechert.com

- and –

Brian E. Greer
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Fax: (212) 698-3599
Email: brian.greer@dechert.com

Ordinary Course Professionals for
Lehman Brothers Holdings, Inc., et al.
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | ) | Bankr. Case No. 08 - 13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING**

PLEASE TAKE NOTICE that the hearing to consider the application [Docket No. 3527] of Dechert LLP for an award of compensation and reimbursement of expenses for the period March 1, 2009 through March 31, 2009 has been adjourned until June 24, 2009, at 10:00 a.m. (EST), before the Honorable James M. Peck, United States Bankruptcy Judge, at the United

15093666

States Bankruptcy Court, for the Southern District of New York, One Bowling Green, Room 601, New York, New York.

Dated: May 28, 2009
      New York, New York

    /s/ Brian E. Greer
    Katherine A. Burroughs
    Brian E. Greer
    DECHERT LLP
    1095 Avenue of the Americas
    New York, New York  10036
    Telephone: (212) 698-3500
    Facsimile: (212) 698-3599
    katherine.burroughs@dechert.com
    brian.greer@dechert.com

    Proposed Attorneys for the
    Debtor and Debtor in Possession

15093666