# EXHIBIT A

DECEMBER 2006

# LEHMAN COMMERCIAL PAPER INC

## LSTA DISTRESSED TRADE CONFIRMATION

**To:** Basso Multi-Strategy Holding Fund Ltd.
Contact: Cristin Caufield
Tel No.: 203-352-6109
Fax.:
Email: ccaufield@bassocapital.com

**From:** Lehman Commercial Paper Inc.
Contact: Tina Wong
Tel No.: 212-526-2044
Fax No.: 646-758-4993
Email: tina.wong@lehman.com

Confirms: Jenna Yoo
Tel. No.: 212-526-2081
Fax No.: 646-834-1847
Email: jenna.yoo@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | June 3, 2008 |
| **Seller:** | Lehman Commercial Paper Inc.[2] ☒ Principal[3] ☐ Agent |
| **Buyer:** | Basso Multi-Strategy Holding Fund Ltd.[4] ☒ Principal[3] ☐ Agent |
| **Credit Agreement:** | CREDIT AGREEMENT, dated as of December 2, 2005, among GREEKTOWN HOLDINGS, L.L.C. and GREEKTOWN HOLDINGS II, INC., as the Borrowers, VARIOUS FINANCIAL INSTITUTIONS, as the Lenders, KEYBANK NATIONAL ASSOCIATION, as the Existing Issuer, NATIONAL CITY BANK OF THE MIDWEST, as the Replacement Issuer, MERRILL LYNCH, PIERCE, FENNER AND SMITH INCORPORATED, as the Sole Lead Arranger, the Sole Book Runner and the Syndication Agent, MERRILL LYNCH CAPITAL CORPORATION, as the Administrative Agent, and WACHOVIA SECURITIES, NATIONAL CITY BANK OF THE MIDWEST, WELLS FARGO BANK, NATIONAL ASSOCIATION and FIFTH THIRD BANK, as the Co-Documentation Agents. |
| **Borrower:** | GREEKTOWN HOLDINGS, L.L.C.[5] |

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006. All rights reserved.

2

| | Form of Purchase: | If no election is made, "Assignment" applies.<br>☒ Assignment<br>☐ Participation<br>☐ Other: _____ |

**Purchase Amount/ Type of Debt:**

| Purchase Amount[6] | Type of Debt[7] | Facility[8] | CUSIP Number |
|---|---|---|---|
| REDACTED | Term B Loan | T/L B | N/A |

**Purchase Rate:** 95.000%

**Accrued Interest:**
☒ Settled Without Accrued Interest
☐ Trades Flat

**Credit Documentation to be provided by Seller:**
☒ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date)
☒ No

**LSTA Standard Other Terms of Trade:**
☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific Other Terms of Trade:**
☒ Unless otherwise specified herein, Lehman Commercial Paper Inc. shall not be required to pay (in the aggregate) more than one half of one Agent transfer fee for transactions specified in this or any other confirmation) allocated by an investment manager or advisor to multiple funds or accounts. [9]

---

[6] Specify amount of Debt to be transferred or, in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded.

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other.

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any.

[9] Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed Trade Confirmations; if more space is needed, attach additional pages.

3

**Subject to:**   Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jenna Yoo* at the following fax number(s) or e-mail address Jenna.yoo@lehman.com.

If you have any questions, please contact *Jenna Yoo at 212-526-2081.*

| **Lehman Commercial Paper Inc** | **Basso Multi-Strategy Holding Fund Ltd.** |
|---|---|
| By:_____ | By: *[signature]* |
| Name:_____ | Name: Joseph J. Schultz |
| Title:_____ | Title: Chief Operating Officer |
| Date:_____ | Date:_____ |

DECEMBER 2006

# LEHMAN COMMERCIAL PAPER INC
## LSTA DISTRESSED TRADE CONFIRMATION

REVISED 9.10.08

**To:** Basso Fund Ltd.
Contact: Cristin Caufield
Tel No.: 203-352-6109
Fax.:
Email: ccaufield@bassocapital.com

**From:** Lehman Commercial Paper Inc.
Contact: Tina Wong
Tel No.: 212-526-2044
Fax No.: 646-758-4993
Email:    tina.wong@lehman.com

**Confirms:** Jenna Yoo
Tel. No.:  212-526-2081
Fax No.:   646-834-1847
Email:     jenna.yoo@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

**Trade Date:** June 3, 2008

**Seller:** Lehman Commercial Paper Inc.[2] ☒ Principal[3] ☐ Agent

**Buyer:** Basso Fund Ltd.[4] ☒ Principal[3] ☐ Agent

**Credit Agreement:** CREDIT AGREEMENT, dated as of December 2, 2005, among GREEKTOWN HOLDINGS, L.L.C. and GREEKTOWN HOLDINGS II, INC., as the Borrowers, VARIOUS FINANCIAL INSTITUTIONS, as the Lenders, KEYBANK NATIONAL ASSOCIATION, as the Existing Issuer, NATIONAL CITY BANK OF THE MIDWEST, as the Replacement Issuer, MERRILL LYNCH, PIERCE, FENNER AND SMITH INCORPORATED, as the Sole Lead Arranger, the Sole Book Runner and the Syndication Agent, MERRILL LYNCH CAPITAL CORPORATION, as the Administrative Agent, and WACHOVIA SECURITIES, NATIONAL CITY BANK OF THE MIDWEST, WELLS FARGO BANK, NATIONAL ASSOCIATION and FIFTH THIRD BANK, as the Co-Documentation Agents.

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

**LSTA EFFECTIVE DECEMBER 2006** Copyright © LSTA 2006. All rights reserved.

| | | | | |
|---|---|---|---|---|
| **Borrower:** | GREEKTOWN HOLDINGS, L.L.C.[5] | | | |
| **Form of Purchase:** | If no election is made, "Assignment" applies. | | | |
| | ☒ Assignment | | | |
| | ☐ Participation | | | |
| | ☐ Other: _____ | | | |

| **Purchase Amount/ Type of Debt:** | Purchase Amount[6] | Type of Debt[7] | Facility[8] | CUSIP Number |
|---|---|---|---|---|
| | REDACTED | Term B Loan | T/L B | N/A |

**Purchase Rate:** 95.000%

**Accrued Interest:**
☒ Settled Without Accrued Interest
☐ Trades Flat

**Credit Documentation to be provided by Seller:**
☒ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date)
☒ No

**LSTA Standard Other Terms of Trade:**
☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific Other Terms of Trade:**
☒ Unless otherwise specified herein, Lehman Commercial Paper Inc. shall not be required to pay (in the aggregate) more than one half of one Agent transfer fee for transactions specified in this or any other confirmation) allocated by an investment manager or advisor to multiple funds or accounts. [9]

---

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

[6] Specify amount of Debt to be transferred or, in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded.

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other.

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any.

[9] Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from

3

**Subject to:** See Rider below (pg 4)

Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jenna Yoo* at the following fax number(s) or e-mail address Jenna.yoo@lehman.com.

If you have any questions, please contact *Jenna Yoo at 212-526-2081*.

| **Lehman Commercial Paper Inc** | **Basso Fund Ltd.** |
|---|---|
| By:_____ | By: *[signature]* _____ |
| Name:_____ | Name: Joseph J. Schultz |
| Title:_____ | Title: Chief Operating Officer |
| Date:_____ | Date:_____ |

(..continued)

the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed Trade Confirmations; if more space is needed, attach additional pages.

4

**Rider 1**

Seller and Buyer agree that Buyer's Representation 5.1(j) in the PSA shall be deleted in its entirety and replaced with the following:

"Either (i) no interest in the Transferred Rights is being acquired by or on behalf of an Entity that is, or at any time while the Transferred Rights are held thereby will be, one or more Benefit Plans or (ii) the funds being used by Buyer to purchase the Transferred Rights are from a fund managed by a Qualified Professional Asset Manager (the "Manager"), within the meaning of Part V of PTE 84-14, the Manager made the investment decision on behalf of Buyer to purchase the Transferred Rights from the Seller as contemplated by this Agreement, and the purchase of the Transferred Rights hereunder satisfies the requirements of sub-sections (b) through (g) of Part I of PTE 84-14, and the individual making the investment decision to transfer the Transferred Rights on behalf of the Buyer has no actual knowledge (after reasonable inquiry and investigation) that the requirements of subsection (a) of Part I of PTE 84-14 are not satisfied. Buyer and Basso Capital Management, in its capacity as Manager of Buyer, each represent and warrant to Seller that Seller has not acted and will not act as a fiduciary, as such term is defined in Section 3(21) of ERISA, with respect to the purchase and holding of the Transferred Rights by the Buyer and the exercise of Seller's or Buyer's rights related thereto."

DECEMBER 2006

# LEHMAN COMMERCIAL PAPER INC
## LSTA DISTRESSED TRADE CONFIRMATION

**To:**   Basso Credit Opportunities Holding Fund Ltd.
    Contact: Cristin Caufield
    Tel No.: 203-352-6109
    Fax.:
    Email: ccaufield@bassocapital.com

**From:** Lehman Commercial Paper Inc.
    Contact: Tina Wong            Confirms:   Jenna Yoo
    Tel No.:  212-526-2044        Tel. No.:   212-526-2081
    Fax No.:  646-758-4993        Fax No.:    646-834-1847
    Email:    tina.wong@lehman.com  Email:    jenna.yoo@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | June 3, 2008 |
| **Seller:** | Lehman Commercial Paper Inc.[2]  ☒ Principal[3]  ☐ Agent |
| **Buyer:** | Basso Credit Opportunities Holding Fund Ltd.[4]  ☒ Principal[3]  ☐ Agent |
| **Credit Agreement:** | CREDIT AGREEMENT, dated as of December 2, 2005, among GREEKTOWN HOLDINGS, L.L.C. and GREEKTOWN HOLDINGS II, INC., as the Borrowers, VARIOUS FINANCIAL INSTITUTIONS, as the Lenders, KEYBANK NATIONAL ASSOCIATION, as the Existing Issuer, NATIONAL CITY BANK OF THE MIDWEST, as the Replacement Issuer, MERRILL LYNCH, PIERCE, FENNER AND SMITH INCORPORATED, as the Sole Lead Arranger, the Sole Book Runner and the Syndication Agent, MERRILL LYNCH CAPITAL CORPORATION, as the Administrative Agent, and WACHOVIA SECURITIES, NATIONAL CITY BANK OF THE MIDWEST, WELLS FARGO BANK, NATIONAL ASSOCIATION and FIFTH THIRD BANK, as the Co-Documentation Agents. |
| **Borrower:** | GREEKTOWN HOLDINGS, L.L.C.[5] |

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

**LSTA EFFECTIVE DECEMBER 2006** Copyright © LSTA 2006. All rights reserved.

2

| | | | |
|---|---|---|---|
| **Form of Purchase:** | If no election is made, "Assignment" applies. | | |
| | ☒ Assignment | | |
| | ☐ Participation | | |
| | ☐ Other: _____ | | |

| **Purchase Amount/ Type of Debt:** | Purchase Amount[6] | Type of Debt[7] | Facility[8] | CUSIP Number |
|---|---|---|---|---|
| | **REDACTED** | Term B Loan | T/L B | N/A |

**Purchase Rate:**    95.000%

**Accrued Interest:**
☒ Settled Without Accrued Interest
☐ Trades Flat

**Credit Documentation to be provided by Seller:**
☒ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date)
☒ No

**LSTA Standard Other Terms of Trade:**
☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific Other Terms of Trade:**
☒ Unless otherwise specified herein, Lehman Commercial Paper Inc. shall not be required to pay (in the aggregate) more than one half of one Agent transfer fee for transactions specified in this or any other confirmation) allocated by an investment manager or advisor to multiple funds or accounts. [9]

---

[6] Specify amount of Debt to be transferred or, in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded.

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other.

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any.

[9] Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed Trade Confirmations; if more space is needed, attach additional pages.

3

**Subject to:**       Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jenna Yoo* at the following fax number(s) or e-mail address Jenna.yoo@lehman.com.

If you have any questions, please contact *Jenna Yoo at 212-526-2081.*

**Lehman Commercial Paper Inc**           **Basso Credit Opportunities Holding Fund Ltd.**

By:_____           By: *[signature]* _____

Name:_____           Name:_____

Title:_____           Title: Joseph J. Schultz

Date:_____           Date: Chief Operating Officer