# EXHIBIT B

*Timeline of Material Events Relating to the Basso Motion*

| Date | Event |
|---|---|
| Nov. 7, 2008 | • LCPI emails Cristin Caufield—a Senior Associate and Equity Trade Specialist at Basso and the Debtors' primary business contact there—stating that LCPI has decided to reject the Basso Open Trade Confirmations |
| Nov. 14, 2008 | • Debtors file the Open Trades Motion and Original Exhibits |
| Nov. 21, 2008 | • LCPI emails Cristin Caufield stating that, based on additional analysis, LCPI has now decided to seek to assume, rather than reject, the Basso Open Trade Confirmations and that revised exhibits would be forthcoming |
| Nov. 28, 2008 | • Deadline for objections to the Open Trades Motion |
| Dec. 14, 2008 | • Debtors file the Notice of Revised Exhibits and Proposed Order, Revised Exhibits, and Revised Proposed Order (the "Revised Exhibits and Proposed Order")<br><br>• Epiq Systems emails Cristin Caufield the Revised Exhibits and Proposed Order, including a blacklined version of the Revised Exhibits indicating that LCPI will seek to assume, rather than reject, the Basso Open Trade Confirmations<br><br>• Epiq Systems emails Frank Jaklitsch of Esbin & Alter LLP, Basso's outside counsel, the Revised Exhibits and Proposed Order, including a blacklined version of the Revised Exhibits indicating that LCPI will seek to assume, rather than reject, the Basso Open Trade Confirmations |
| Dec. 16, 2008 | • Hearing on Open Trades Motion<br><br>• Open Trades Order entered by the Court |
| Apr. 14, 2009 | • Debtors contact Basso about closing the Basso Open Trade Confirmations |
| May 7, 2009 | • Basso files its Motion |