**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                                     :    Chapter 11 Case No.
                                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                          :
            Debtors.                                                 :    (Jointly Administered)
                                                                          :
                                                                          :
---------------------------------------------------------------------x

### DECLARATION OF AMY LEE

Amy Lee makes this declaration under 28 U.S.C. § 1746, and states:

1. I am a consultant with Alvarez & Marsal North America, LLC, a restructuring advisory services firm with numerous offices throughout the world that serves as restructuring managers for Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"). I submit this Declaration in support of the Debtors' Objection to Motion of Basso Capital Management, L.P. for Relief from the Order Approving the Assumption or Rejection of Open Trade Confirmations.

2. I have personal knowledge of the process by which the Debtors have closed the open trade confirmations that they have assumed. After the Court entered the Open Trades Order on December 16, 2008, the Debtors dutifully proceeded with the time-intensive business of closing the assumed open trade confirmations. With hundreds of trades to close, the Debtors have averaged a rather impressive pace of approximately twenty four closings per week. We have tried to give priority to the extent possible to counterparties who voiced a desire to close sooner rather than later. As of May 22, 2009,

the Debtors had closed approximately 77% of all assumed pre-petition trades; the Debtors are working diligently to close the remainder as quickly as possible.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated this 28th day of May, 2009

By: /s/ Amy Lee<br>Amy Lee