Eric E. Johnson (CO #19364)                                      Hearing Date June 3, 2009, 10:00 **a.m.**
(*Pro Hac Vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Tel.:  (303) 861-7000
Fax:  (303) 866-0200
E-Mail: eric.johnson@hro.com
*Attorneys for National CineMedia, LLC*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                               :          **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*   :          **08-13555 (JMP)**
                                                    :
                                                    :          **(Jointly Administered)**
                              Debtors.              :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Alicia Berry, of full age, certify as follows:

     I am employed with the law firm of Holme Roberts & Owen LLP, attorneys for National CineMedia, LLC, and am not a party to this action.

     On May 28, 2009, the following document was filed electronically with the United States Bankruptcy Court for the Southern District of New York:  **REQUEST FOR CLARIFICATION AND LIMITED OBJECTION BY NATIONAL CINEMEDIA, LLC WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019(b) AUTHORIZING THE ESTABLISHMENT OF PROCEDURES TO TERMINATE UNFUNDED COMMITMENTS AND RESTRUCTURE CORPORATE LOAN AGREEMENTS.**

     In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, on May 28, 2009, I placed a copy of the foregoing in overnight Federal Express priority mail to the parties on the attached <u>Exhibit A</u> service list.

     I certify that the foregoing statements made by me are true.

                                                 Holme Roberts & Owen LLP

                                               By:  */s/ Alicia Berry*
                                                   Alicia Berry

#1409414 v1 den

# EXHIBIT A
# SERVICE LIST

**By Federal Express**

The Chambers of the Hon. James M. Peck
United States Bankruptcy Court for the Southern
District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

**By Federal Express**

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq., Paul
Schwartzberg, Esq., Brian Masumoto, Esq.,
Linda Riffkin, Esq., Tracy Hope Davis, Esq.

**By Federal Express**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jacqueline Marcus, Esq.

**By Federal Express**

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis
O'Donnell, Esq., Evan Fleck, Esq.