| Owner on Tax Roll | Schedule A Property Description | Garfield County Account Number | Garfield County Parcel Number | 2008 Taxes Payable in 2009 | Interest Accrued Through May 30, 2009 | Total Due by May 30, 2009 | [3] 2009 Est. Tax Payable in 2010 | Assessor's Est. Actual Value |
|---|---|---|---|---|---|---|---|---|
| **BANKRUPTCY SCHEDULE A** | | | | | | | | |
| LB Rose Ranch LLC | Golf Course | R041513 | 239512223001 | $ 23,533.20 | $ 235.33 | $ 23,768.53 | $ 13,548.93 | $ 771,460.00 |
| LB Rose Ranch LLC | Golf Course | R041514 | 239512223002 | $ 10,783.08 | $ 107.83 | $ 10,890.91 | $ 5,878.75 | $ 334,740.00 |
| LB Rose Ranch LLC | Golf Course | R041515 | 239512123003 | $ 5,830.92 | $ 58.31 | $ 5,889.23 | $ 3,196.79 | $ 170,450.00 |
| LB Rose Ranch LLC | Golf Course | R041516 | 239512123004 | $ 5,772.76 | $ 57.73 | $ 5,830.49 | $ 3,286.70 | $ 187,120.00 |
| LB Rose Ranch LLC | Golf Course | R041517 | 239512123005 | $ 5,419.68 | $ 54.20 | $ 5,473.88 | $ 2,968.14 | $ 168,980.00 |
| LB Rose Ranch LLC | Golf Course | R041518 | 239501323006 | $ 17,915.44 | $ 179.15 | $ 18,094.59 | $ 7,578.73 | $ 431,510.00 |
| LB Rose Ranch LLC | Golf Course | R041519 | 218535423007 | $ 43,840.24 | $ 438.40 | $ 44,278.64 | $ 23,463.54 | $ 1,335,950.00 |
| LB Rose Ranch LLC | Lot 68 | R043452 | 239501429068 | $ 3,943.12 | $ 39.43 | $ 3,982.55 | $ 6,176.92 | $ 329,330.00 |
| LB Rose Ranch LLC | Lot 70 | R043454 | 239501429070 | $ 6,691.72 | $ 66.92 | $ 6,758.64 | $ 7,334.56 | $ 391,080.00 |
| LB Rose Ranch LLC | Lot 80 | R043464 | 239501429080 | $ 6,691.72 | $ 66.92 | $ 6,758.64 | $ 7,334.56 | $ 391,080.00 |
| LB Rose Ranch LLC | Lot 86 | R043340 | 239512127086 | $ 6,691.72 | $ 66.92 | $ 6,758.64 | $ 6,176.92 | $ 329,330.00 |
| LB Rose Ranch LLC | Lot 89 | R043343 | 239512127089 | $ 6,691.72 | $ 66.92 | $ 6,758.64 | $ 5,790.82 | $ 308,750.00 |
| LB Rose Ranch LLC | Lot 71 | R043455 | 239501429071 | $ 2,182.08 | $ 21.82 | $ 2,203.90 | $ 2,316.59 | $ 123,500.00 |
| LB Rose Ranch LLC | Lot 72 | R043456 | 239501429072 | $ 2,182.08 | $ 21.82 | $ 2,203.90 | $ 2,316.59 | $ 123,500.00 |
| LB Rose Ranch LLC | Lot 74 | R043458 | 239501429074 | $ 2,182.08 | $ 21.82 | $ 2,203.90 | $ 2,316.59 | $ 123,500.00 |
| LB Rose Ranch LLC | Lot 77 | R043461 | 239501429077 | $ 2,463.40 | $ 24.63 | $ 2,488.03 | $ 2,316.59 | $ 123,500.00 |
| LB Rose Ranch LLC | Lot 78 | R043462 | 239501429078 | $ 2,463.40 | $ 24.63 | $ 2,488.03 | $ 2,316.59 | $ 123,500.00 |
| LB Rose Ranch LLC | Lot 172 | R043344 | 239512127172 | $ 1,900.08 | $ 19.00 | $ 1,919.08 | $ 2,316.59 | $ 123,500.00 |
| LB Rose Ranch LLC | Lot 247 | R043440 | 239501328247 | $ 1,900.08 | $ 19.00 | $ 1,919.08 | $ 2,316.59 | $ 123,500.00 |
| LB Rose Ranch LLC | Lot 248 | R043441 | 239501328248 | $ 1,900.08 | $ 19.00 | $ 1,919.08 | $ 2,316.59 | $ 123,500.00 |
| LB Rose Ranch LLC | Lot 251 | R043467 | 239503129250 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 252 | R043468 | 239501329252 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 253 | R043469 | 239501329253 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 255 | R043471 | 239501329255 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 256 | R043472 | 239501329256 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 257 | R043473 | 239501329257 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 258 | R043474 | 239501329258 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 259 | R043475 | 239501329259 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 261 | R043477 | 239501329261 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 262 | R043478 | 239501329262 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 263 | R043479 | 239501329263 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 264 | R043480 | 239501329264 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 265 | R043491 | 239501329265 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 266 | R043482 | 239501329266 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 267 | R043483 | 239501329267 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 269 | R043485 | 239501329269 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |

sladelBANKRUPTCYt0-LB Rose Ranch10-LB Rose Ranch

EXHIBIT

tabbies

D

| Owner on Tax Roll | Schedule A Property Description | Garfield County Account Number | Garfield County Parcel Number | 2008 Taxes Payable in 2009 | Interest Accrued Through May 30, 2009 | Total Due by May 30, 2009 | [3] 2009 Est. Tax Payable in 2010 | Assessor's Est. Actual Value |
|---|---|---|---|---|---|---|---|---|
| LB Rose Ranch LLC | Lot 270 | R043486 | 239501329270 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 272 | R043488 | 239501329272 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 273 | R043489 | 239501329273 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 275 | R043491 | 239501329275 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 276 | R043492 | 239501429276 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 277 | R043493 | 239501429277 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 278 | R043494 | 239501329278 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 279 | R043495 | 239501329279 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 280 | R043496 | 239501329280 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 281 | R043497 | 239501329281 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 282 | R043498 | 239501329282 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 283 | R043499 | 239501329283 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 284 | R043500 | 239501329284 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 285 | R043501 | 239501329285 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 287 | R043503 | 239501429287 | $ 1,547.64 | $ 51.48 | $ 1,599.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 289 | R043505 | 239501429289 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 291 | R043507 | 239501429291 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 292 | R043508 | 239501429292 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 293 | R043509 | 239501429293 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 294 | R043510 | 239501429294 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 295 | R043511 | 239501429295 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 1,868.40 | $ 99,620.00 |
| LB Rose Ranch LLC | Lot 297 | R043383 | 239501327297 | $ 1,547.64 | $ 15.48 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 298 | R043384 | 239501327298 | $ 1,547.64 | $ 15.48 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 299 | R043385 | 239501327299 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 300 | R043386 | 239501327300 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 301 | R043387 | 239501327301 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 302 | R043388 | 239501327302 | $ 1,547.64 | $ 15.48 | $ 1,563.12 | $ 3,751.03 | $ 200,000.00 |

F:\tsladet\BANKRUPTCY\0-LB Rose Ranch\0-LB Rose Ranch

08-13555-mg    Doc 3686-4    Filed 05/28/09    Entered 05/28/09 18:40:22    Exhibit D to
Objection of Garfield County Treasurer    Pg 3 of 3

3

| Owner on Tax Roll | Schedule A Property Description | Garfield County Account Number | Garfield County Parcel Number | 2008 Taxes Payable in 2009 | Interest Accrued Through May 30, 2009 | Total Due by May 30, 2009 | [3] 2009 Est. Tax Payable in 2010 | Assessor's Est. Actual Value |
|---|---|---|---|---|---|---|---|---|
| LB Rose Ranch LLC | Lot 303 | R043389 | 239501327303 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 304 | R043390 | 239501327304 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 305 | R043391 | 239501327305 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 306 | R043392 | 239501327306 | $ 1,759.12 | $ 17.59 | $ 1,776.71 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 307 | R043393 | 239501327307 | $ 1,759.12 | $ 17.59 | $ 1,776.71 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 308 | R043394 | 239501327308 | $ 2,040.44 | $ 20.40 | $ 2,060.84 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 309 | R043395 | 239501327309 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 310 | R043396 | 239501327310 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 311 | R043397 | 239501327311 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 312 | R043398 | 239501327312 | $ 1,759.12 | $ 17.59 | $ 1,776.71 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 313 | R043399 | 239501327313 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 314 | R042400 | 239501327314 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 315 | R043443 | 239501327315 | $ 1,618.12 | $ 16.18 | $ 1,634.30 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Lot 316 | R043444 | 239501327316 | $ 1,759.12 | $ 17.59 | $ 1,776.71 | $ 3,751.03 | $ 200,000.00 |
| LB Rose Ranch LLC | Phase III Lots 9,12 & 16 | R041511 [2] | 239501226001 | $ 33,975.96 | $ 339.76 | $ 34,315.72 | $ 42,470.11 | $ 2,284,450.00 |
| LB Rose Ranch LLC | (Phase III) Lots 17 & 26 | R111338 | 239512100004 | $ 5.64 | $ 0.06 | $ 5.70 | $ 5.65 | $ 40.00 |
| LB Rose Ranch LLC | (Phase III) Personal Property | R060059 | 218535400012 | $ 17.56 | $ 0.18 | $ 17.74 | $ 17.56 | $ 1,000.00 |
| LB Rose Ranch LLC dba Ironbridge Golf & Sporting Community | Personal Property Equipment | P007345 | | $ 6,419.44 [4] | | $ 6,419.44 | $ 12,456.67 | $ 664,160.00 |

TOTAL DUE BY MAY 30, 2009:  $ 295,398.86
TOTAL EST. TAX DUE 2010:  $ 310,369.47
TOTAL VALUE OF SECURITY:  $ 16,753,370.00

[1] The Assessor's records are not broken out this way. There are 7 Accounts that encompass the first 5 properties in Debtor's "Schedule A", located at 1007 Westbank Road, Glenwood Springs, CO 81601

[2] R041511 is the undivided parcel of the 56 lots listed for Phase III. These lots start on page 2 of "schedule A" and end on page 4. While this property has PUD Zoning, the separate lots listed by the Debtor do not currently exist and cannot yet be separately conveyed.

[3] Tax lien relates back to January 1, 2009, even though taxes are not due until 2010.

[4] The Debtor Paid one half these taxes, the balance of $6,419.44 is due by June 15, 2009. The Debtor has listed this debt as an unsecured non-priority claim. It is a secured claim with a first lien on all the personal property listed in the schedule, attachment 2, secured as of the date of assesment, January 1, 2008

F:\bslade\BANKRUPTCY\0-LB Rose Ranch\0-LB Rose Ranch