Report Date: 05/28/2009 08:19AM  **GARFIELD COUNTY TREASURER** Page: 1
**CERTIFICATE OF TAXES DUE** CERT #: 2009002006

SCHEDULE NO: R043471
ASSESSED TO:
LB ROSE RANCH LLC

VENDOR NO:
GARCO ATTORNEY

1007 WESTBANK ROAD
GLENWOOD SPRINGS, CO 81601

GLENWOOD SPRINGS, CO 81601

**LEGAL DESCRIPTION:**
SECT,TWN,RNG:1-7-89 SUB:IRONBRIDGE PUD, PHASE II, FILING 1, 2 & 3 LOT:255 PRE:R041508 BK:1596
PG:871 BK:1565 PG:600 BK:1560 PG:438 BK:1560 PG:431 BK:1057 PG:0745 BK:1028 PG:768 BK:1028 PG:597
BK:1006 PG:743 BK:1822 PG:287 RECPT:702424 BK:1822 PG:283 RECPT:702422 BK:1822 PG:250 RECPT:702421
BK:1782 PG:269 RECPT:694479 BK:1782 PG:264 RECPT:694478 BK:1747 PG:1 RECPT:686745 BK:1218 PG:738
RECPT:572583 BK:1218 PG:715 RECPT:572582 BK:1217 PG:266 RECPT:572131 BK:1206 PG:852 RECPT:569200
BK:1206 PG:780 RECPT:569199 BK:1206 PG:768 RECPT:569197 BK:1206 PG:734 RECPT:569195 BK:1206 PG:662
RECPT:569194 BK:1206 PG:637 RECPT:569192 BK:1206 PG:629 RECPT:569191 BK:1206 PG:574 RECPT:569190
BK:1063 PG:0578 BK:1063 PG:0571

**PARCEL:** 2395-013-29-255  **SITUS ADD:** 000182 RIVER VISTA GLENWOOD SPRINGS

| TAX YEAR | CHARGE | TAX AMOUNT | INTEREST | FEES | PAID | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2008 | TAX | 1,618.12 | 16.18 | 0.00 | 0.00 | 1,634.30 |
| | TOTAL TAXES | | | | | 1,634.30 |

**GRAND TOTAL DUE AS OF 05/28/2009** — 1,634.30

**ORIGINAL TAX BILLING FOR 2008 TAX DISTRICT 090 - 1R-DFRR**

| Authority | Mill Levy | Amount | Values | Actual | Assessed |
|---|---|---|---|---|---|
| GARFIELD COUNTY | 9.012 | 225.48 | VACANT LAND | 86,270 | 25,020 |
| CARBONDALE FIRE | 5.956 | 149.02 | | | |
| COLO RIVER WATER CONS | 0.199* | 4.98 | TOTAL | 86,270 | 25,020 |
| WEST DIVIDE WATER CON | 0.075* | 1.88 | | | |
| SCHOOL DISTRICT RE-1 | 25.679 | 642.48 | | | |
| COLORADO MTN COLLEGE | 3.997 | 100.01 | | | |
| ROARING FORK WATER & SAN | 4.111 | 102.86 | | | |
| GARFIELD ROAD & BRIDGE | 2.272 | 56.85 | | | |
| GARFIELD HUMAN SERVICES | 0.199 | 4.98 | | | |
| GARFIELD CAP EXPEND | 2.172 | 54.34 | | | |
| ROSE RANCH METRO DIST | 0.000 | 0.00 | | | |
| SCHOOL DISTRICT RE-1 BOND | 8.263 | 206.74 | | | |
| CARBONDALE FIRE BOND | 1.738 | 43.48 | | | |
| GARFIELD COUNTY LIBRARY | 1.000 | 25.02 | | | |
| TAXES FOR 2008 | 64.673* | 1,618.12 | | | |

* Credit Levy

**FEE FOR THIS CERTIFICATE** 10.00

ALL TAX LIEN SALE AMOUNTS ARE SUBJECT TO CHANGE DUE TO ENDORSEMENT OF CURRENT TAXES BY THE LIENHOLDER
OR TO ADVERTISING AND DISTRAINT WARRANT FEES. CHANGES MAY OCCUR AND THE TREASURER'S OFFICE WILL NEED TO BE
CONTACTED PRIOR TO REMITTANCE AFTER THE FOLLOWING DATES: PERSONAL PROPERTY AND MOBILE HOMES - SEPTEMBER 1, 2009,
REAL PROPERTY - OCTOBER 1, 2009 **TAX LIEN SALE REDEMPTION AMOUNTS MUST BE PAID BY CASH OR CASHIERS CHECK.**

SPECIAL TAXING DISTRICTS AND THE BOUNDARIES OF SUCH DISTRICTS MAY BE ON FILE WITH THE BOARD OF COUNTY
COMMISSIONERS, THE COUNTY CLERK, OR THE COUNTY ASSESSOR.

This certificate does not include land or improvements assessed under a separate account number, personal property taxes,
transfer tax or misc. tax collected on behalf of other entities, special or local improvement district assessments or
mobile homes, unless specifically mentioned.

I, the undersigned, do hereby certify that the entire amount of taxes due upon the above described parcels of real property and all
outstanding sales for unpaid taxes as shown by the records in my office from which the same may still be redeemed with the amount
required for redemption are as noted herein. In witness whereof, I have hereunto set my hand and seal this 28th day of May, 2009.

**TREASURER, GARFIELD COUNTY, GEORGIA CHAMBERLAIN, BY** _E. Olson_
P. O. Box 1069
Glenwood Springs, CO 81602-1069
(970) 945-6382



EXHIBIT E

| Report Date: 05/28/2009 08:23AM | GARFIELD COUNTY TREASURER<br>CERTIFICATE OF TAXES DUE | Page: 1<br>CERT #: 2009002007 |
|---|---|---|

SCHEDULE NO: R043386
ASSESSED TO:
LB ROSE RANCH LLC

1007 WESTBANK ROAD
GLENWOOD SPRINGS, CO 81601

VENDOR NO:
GARCO ATTORNEY

GLENWOOD SPRINGS, CO 81601

**LEGAL DESCRIPTION:**
SECT,TWN,RNG:1-7-89 SUB:IRONBRIDGE PUD, PHASE II, FILING 1, 2 & 3 LOT:300 PRE:R041510 BK:1596
PG:871 BK:1565 PG:600 BK:1560 PG:438 BK:1560 PG:431 BK:1057 PG:0745 BK:1028 PG:768 BK:1028 PG:597
BK:1006 PG:743 BK:1822 PG:287 RECPT:702424 BK:1822 PG:283 RECPT:702422 BK:1822 PG:250 RECPT:702421
BK:1782 PG:269 RECPT:694479 BK:1782 PG:264 RECPT:694478 BK:1747 PG:1 RECPT:686745 BK:1218 PG:738
RECPT:572583 BK:1218 PG:715 RECPT:572582 BK:1217 PG:266 RECPT:572131 BK:1206 PG:852 RECPT:569200
BK:1206 PG:780 RECPT:569199 BK:1206 PG:768 RECPT:569197 BK:1206 PG:734 RECPT:569195 BK:1206 PG:662
RECPT:569194 BK:1206 PG:637 RECPT:569192 BK:1206 PG:629 RECPT:569191 BK:1206 PG:574 RECPT:569190
BK:1063 PG:0578 BK:1063 PG:0571

**PARCEL:** 2395-013-27-300    **SITUS ADD:** 000588 FOX RUN CT GLENWOOD SPRINGS

| TAX YEAR | CHARGE | TAX AMOUNT | INTEREST | FEES | PAID | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2008 | TAX | 1,547.64 | 15.48 | 0.00 | 0.00 | 1,563.12 |
|  | TOTAL TAXES |  |  |  |  | 1,563.12 |

### GRAND TOTAL DUE AS OF 05/28/2009        1,563.12

**ORIGINAL TAX BILLING FOR 2008    TAX DISTRICT 090 - 1R-DFRR**

| Authority | Mill Levy | Amount | Values | Actual | Assessed |
|---|---|---|---|---|---|
| GARFIELD COUNTY | 9.012 | 215.65 | VACANT LAND | 82,510 | 23,930 |
| CARBONDALE FIRE | 5.956 | 142.53 |  |  |  |
| COLO RIVER WATER CONS | 0.199* | 4.76 | TOTAL | 82,510 | 23,930 |
| WEST DIVIDE WATER CON | 0.075* | 1.79 |  |  |  |
| SCHOOL DISTRICT RE-1 | 25.679 | 614.51 |  |  |  |
| COLORADO MTN COLLEGE | 3.997 | 95.65 |  |  |  |
| ROARING FORK WATER & SAN | 4.111 | 98.38 |  |  |  |
| GARFIELD ROAD & BRIDGE | 2.272 | 54.37 |  |  |  |
| GARFIELD HUMAN SERVICES | 0.199 | 4.76 |  |  |  |
| GARFIELD CAP EXPEND | 2.172 | 51.98 |  |  |  |
| ROSE RANCH METRO DIST | 0.000 | 0.00 |  |  |  |
| SCHOOL DISTRICT RE-1 BOND | 8.263 | 197.74 |  |  |  |
| CARBONDALE FIRE BOND | 1.738 | 41.59 |  |  |  |
| GARFIELD COUNTY LIBRARY | 1.000 | 23.93 |  |  |  |
| TAXES FOR 2008 | 64.673* | 1,547.64 |  |  |  |

* Credit Levy

**FEE FOR THIS CERTIFICATE**        10.00

ALL TAX LIEN SALE AMOUNTS ARE SUBJECT TO CHANGE DUE TO ENDORSEMENT OF CURRENT TAXES BY THE LIENHOLDER
OR TO ADVERTISING AND DISTRAINT WARRANT FEES. CHANGES MAY OCCUR AND THE TREASURER'S OFFICE WILL NEED TO BE
CONTACTED PRIOR TO REMITTANCE AFTER THE FOLLOWING DATES: PERSONAL PROPERTY AND MOBILE HOMES - SEPTEMBER 1, 2009,
REAL PROPERTY - OCTOBER 1, 2009 **TAX LIEN SALE REDEMPTION AMOUNTS MUST BE PAID BY CASH OR CASHIERS CHECK.**

SPECIAL TAXING DISTRICTS AND THE BOUNDARIES OF SUCH DISTRICTS MAY BE ON FILE WITH THE BOARD OF COUNTY
COMMISSIONERS, THE COUNTY CLERK, OR THE COUNTY ASSESSOR.

This certificate does not include land or improvements assessed under a separate account number, personal property taxes,
transfer tax or misc. tax collected on behalf of other entities, special or local improvement district assessments or
mobile homes, unless specifically mentioned.

I, the undersigned, do hereby certify that the entire amount of taxes due upon the above described parcels of real property and all
outstanding sales for unpaid taxes as shown by the records in my office from which the same may still be redeemed with the amount
required for redemption are as noted herein. In witness whereof, I have hereunto set my hand and seal this 28th day of May, 2009.

**TREASURER, GARFIELD COUNTY, GEORGIA CHAMBERLAIN, BY** _E. Olson_
**P. O. Box 1069**
**Glenwood Springs, CO 81602-1069**
**(970) 945-6382**

