| Report Date: 05/28/2009 10:25AM | GARFIELD COUNTY TREASURER<br>CERTIFICATE OF TAXES DUE | Page: 1<br>CERT #: 2009002008 |
|---|---|---|

SCHEDULE NO: P007345
ASSESSED TO:
IRONBRIDGE GOLF & SPORTING COMMUNITY

VENDOR NO:
GARCO ATTORNEY

430 IRONBRIDGE DRIVE
GLENWOOD SPRINGS, CO 81601

GLENWOOD SPRINGS, CO 81601

**LEGAL DESCRIPTION:**
EQUIP, FURNITURE & FIXTURES, GWS
**PARCEL:** 0000-000-00-000    **SITUS ADD:** 000430 IRONBRIDGE DR GLENWOOD SPRINGS

| TAX YEAR | CHARGE | TAX AMOUNT | INTEREST | FEES | PAID | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2008 | TAX | 12,838.88 | 0.00 | 0.00 | 6,419.44 | 6,419.44 |
| | TOTAL TAXES | | | | | 6,419.44 |

**GRAND TOTAL DUE AS OF 05/28/2009**          6,419.44

ORIGINAL TAX BILLING FOR 2008    TAX DISTRICT 090 - 1R-DFRR

| Authority | Mill Levy | Amount | Values | Actual | Assessed |
|---|---|---|---|---|---|
| GARFIELD COUNTY | 9.012 | 1,789.05 | PERSONAL PRO | 684,560 | 198,520 |
| CARBONDALE FIRE | 5.956 | 1,182.38 | | | |
| COLO RIVER WATER CONS | 0.199* | 39.51 | TOTAL | 684,560 | 198,520 |
| WEST DIVIDE WATER CON | 0.075* | 14.89 | | | |
| SCHOOL DISTRICT RE-1 | 25.679 | 5,097.79 | | | |
| COLORADO MTN COLLEGE | 3.997 | 793.48 | | | |
| ROARING FORK WATER & SAN | 4.111 | 816.12 | | | |
| GARFIELD ROAD & BRIDGE | 2.272 | 451.04 | | | |
| GARFIELD HUMAN SERVICES | 0.199 | 39.51 | | | |
| GARFIELD CAP EXPEND | 2.172 | 431.19 | | | |
| ROSE RANCH METRO DIST | 0.000 | 0.00 | | | |
| SCHOOL DISTRICT RE-1 BOND | 8.263 | 1,640.37 | | | |
| CARBONDALE FIRE BOND | 1.738 | 345.03 | | | |
| GARFIELD COUNTY LIBRARY | 1.000 | 198.52 | | | |
| TAXES FOR 2008 | 64.673* | 12,838.88 | | | |

* Credit Levy

**FEE FOR THIS CERTIFICATE**                10.00

ALL TAX LIEN SALE AMOUNTS ARE SUBJECT TO CHANGE DUE TO ENDORSEMENT OF CURRENT TAXES BY THE LIENHOLDER OR TO ADVERTISING AND DISTRAINT WARRANT FEES. CHANGES MAY OCCUR AND THE TREASURER'S OFFICE WILL NEED TO BE CONTACTED PRIOR TO REMITTANCE AFTER THE FOLLOWING DATES: PERSONAL PROPERTY AND MOBILE HOMES - SEPTEMBER 1, 2009, REAL PROPERTY - OCTOBER 1, 2009 **TAX LIEN SALE REDEMPTION AMOUNTS MUST BE PAID BY CASH OR CASHIERS CHECK.**

SPECIAL TAXING DISTRICTS AND THE BOUNDARIES OF SUCH DISTRICTS MAY BE ON FILE WITH THE BOARD OF COUNTY COMMISSIONERS, THE COUNTY CLERK, OR THE COUNTY ASSESSOR.

This certificate does not include land or improvements assessed under a separate account number, personal property taxes, transfer tax or misc. tax collected on behalf of other entities, special or local improvement district assessments or mobile homes, unless specifically mentioned.

I, the undersigned, do hereby certify that the entire amount of taxes due upon the above described parcels of real property and all outstanding sales for unpaid taxes as shown by the records in my office from which the same may still be redeemed with the amount required for redemption are as noted herein. In witness whereof, I have hereunto set my hand and seal this 28th day of May, 2009.

**TREASURER, GARFIELD COUNTY, GEORGIA CHAMBERLAIN, BY** 
P. O. Box 1069
Glenwood Springs, CO 81602-1069
(970) 945-6382


EXHIBIT F