WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE OF ADJOURNED MEETING OF CREDITORS**
**PURSUANT TO SECTION 341 OF THE BANKRUPTCY CODE**

      PLEASE TAKE NOTICE that the meeting of creditors, pursuant to section 341 of chapter 11 of title 11 of the United States Code ("341 Meeting"), of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, which started on January 29, 2009 and was adjourned, will take place on **July 8, 2009 at 10:00 a.m**. **(New York Time)** at the Hilton New York, Trianon Ballroom, 1335 Avenue of the Americas, New York, New York, 10019.

      PLEASE TAKE FURTHER NOTICE that attendance by creditors at the 341 Meeting is welcomed, but not required. The 341 Meeting may be continued or adjourned from time to time without further written notice to creditors.

Dated: May 28, 2009
      New York, New York

                                       /s/ Shai Y. Waisman
                                       Shai Y. Waisman

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       Attorneys for Debtors
                                       and Debtors in Possession