**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**               :    08-13555 (JMP)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x    Ref. Docket No. 3633

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

       PAUL BELOBRITSKY, being duly sworn, deposes and says:

       1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

       2.    On May 28, 2009, I caused to be served the "NOTICE OF ADJOURNMENT OF DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS," dated May 21, 2009 [Docket No. 3633], by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by first-class mail to those parties listed on the attached Exhibit "A".

       3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

       /s/ Paul Belobritsky
Sworn to before me this       Paul Belobritsky
29th day of May, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

| Claim Name | Address Information |
|---|---|
| ALSTON & BIRD LLP | ATTN: MARTIN G. BUNIN, ESQ., CRAIG E. FREEMAN, ESQ., WILLIAM HAO, ESQ.,COUNSEL TO BANK OF AMERICA, NATIONAL ASSOCIATION SUCCESSOR,BY MERGER WITH LASALLE BANK NATIONAL ASSOCIATION,90 PARK AVENUE, NEW YORK, NY 10016 |
| ALSTON & BIRD LLP | ATTN: JOHN C. WEITNAUER, ESQ.,COUNSEL TO BANK OF AMERICA, NATIONAL ASSOCIATIONSUCCESSOR,BY MERGER WITH LASALLE BANK NATIONAL ASSOCIATION,1201 WEST PEACHTREE STREET, ATLANTA, GA 30309 |
| ANDREWS KURTH LLP | ATTN: PETER GOODMAN, ESQ.,COUNSEL TO EPCO HOLDINGS, INC.,450 LEXINGTON AVE., 15TH FLOOR, NEW YORK, NY 10017 |
| ARENT FOX LLP | ATTN: HUNTER T. CARTER,COUNSEL TO GEORGETOWN UNIVERSITY,1675 BROADWAY, NEW YORK, NY 10019 |
| ARENT FOX LLP | ATTN: CHRISTOPHER J. GIAIMO, ESQ.,COUNSEL TO GEORGETOWN UNIVERSITY,1050 CONNECTICUT AVENUE, NW, WASHINGTON, DC 20036-5339 |
| ARNOLD & PORTER LLP | ATTN: ANTHONY D. BOCCANFUSO,COUNSEL TO DANSKE BANK A/S,399 PARK AVENUE, NEW YORK, NY 10022-4690 |
| ARNOLD & PORTER LLP | ATTN: CHARLES A. MALLOY,COUNSEL TO DANSKE BANK A/S,555 TWELFTH STREET, N.W., WASHINGTON, DC 20004 |
| BAKER & MCKENZIE LLP | ATTN: IRA A. REID,COUNSEL TO PORTFOLIO GREEN GERMAN CMBS GMBH, LINCORE LIMITED,E-CAPITAL,PROFITS LIMITED, & CHEUNG KONG BOND FINANCE LIMITED,1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| BAKER & MCKENZIE LLP | ATTN: CARMEN H. LONSTEIN,COUNSEL TO PORTFOLIO GREEN GERMAN CMBS GMBH, LINCORE LIMITED,E-CAPITAL,PROFITS LIMITED, & CHEUNG KONG BOND FINANCE LIMITED,ONE PRUDENTIAL PLAZA, SUITE 3500,130 EAST RANDOLPH DRIVE, CHICAGO, IL 60601 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: DERYCK A. PALMER, ESQ., JOHN J. RAPISARDI, ESQ.,GEORGE A. DAVIS, ESQ., ANDREW TROOP, ESQ.,COUNSEL TO CITIGROUP INC. AND ALL OF ITS AFFILIATES, INCLUDING,CITIBANK, N.A.,ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CHAPMAN AND CUTLER LLP | ATTN: JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III,COUNSEL TO U.S. BANK NATIONAL ASSOC.,111 WEST MONROE STREET, CHICAGO, IL 60603 |
| CLIFFORD CHANCE US LLP | ATTN: ANDREW P. BROZMAN, JENNIFER C. DEMARCO,COUNSEL TO CALYON; DEXIA BANQUE INTERNATIONALE  LUXEMBOURG SA; DEXIA,CREDIT LOCAL DEXIAKOMMUNALBANK DEUTSCHLAND AG; DEXIA BANQUE BELGIQUE,AND BANIF - BANCO DE INVESTIMENTO, S.A.,31 WEST 52ND STREET, NEW YORK, |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | ATTN: ERIN E. WIETECHA, ESQ.,COUNSEL TO NORTHCREST, INC.,900 THIRD AVENUE, 16TH FLOOR, NEW YORK, NY 10022-4728 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN J. BIENENSTOCK, ESQ., IRENA GOLDSTEIN, ESQ.,COUNSEL TO THE WALT DISNEY COMPANY,1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DICKINSON, MACKAMAN, TYLER & HAGEN, P.C. | ATTN: JEFFREY ANDERSEN,COUNSEL TO NORTHCREST, INC.,699 WALNUT STREET,SUITE 1600, DES MOINES, IA 50309-3986 |
| DLA PIPER LLP (US) | ATTN: WILLIAM M. GOLDMAN, JOHN P. MCNICHOLAS,COUNSEL TO LAHDE CAPITAL MANAGEMENT INC.,1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| FABYANSKE, WESTRA, HART & THOMSON, P.A. | ATTN: PAUL L. RATELLE,COUNSEL TO BREMER FINANCIAL CORPORATION,800 LASALLE AVENUE, SUITE 1900, MINNEAPOLIS, MN 55402 |
| GIBBONS PC | ATTN: GERALDINE E. PONTO,COUNSEL TO TOBACCO SETTLEMENT FINANC ING CORPORATION,250 WEST 34TH STREET, NEW YORK, NY 10119-3701 |
| GREENBERG TRAURIG, LLP | ATTN: MARIA J. DICONZA,COUNSEL TO FPL ENERGY POWER MARKETING, INC.,AND FLORIDA POWER & LIGHT COMPANY,200 PARK AVENUE, NEW YORK, NY 10166 |
| KAYE SCHOLER LLP | ATTN: MADLYN GLEICH PRIMOFF, LAUREN ATTARD,COUNSEL TO WELLS FARGO BANK, N.A. AND WELLS FARGO & CO.,425 PARK AVENUE, NEW YORK, NY 10022 |
| KUTAK ROCK LLP | ATTN: JOHN J. JOLLEY, JR., ESQ., PETER J. BARRETT, ESQ.,THOMAS T. ROUBIDOUX, ESQ,COUNSEL TO THE CITY AND COUNTY OF DENVER, COLORADO,1650 FARNAM STREET, OMAHA, NE 68102-2186 |
| LOVELLS LLP | ATTN: ROBIN E. KELLER, MATTHEW P. MORRIS,COUNSEL TO CARLTON COMMUNICATIONS LTD, QVT FINANCIAL LP, STANDARD,CHARTERED BANK, INSTITUTO DE CREDITO OFICIAL, BRE BANK SA,590 MADISON AVENUE, NEW YORK, NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN, S. JASON TEELE, ESQ.,COUNSEL TO FIRST CHOICE POWER, |

| Claim Name | Address Information |
|---|---|
| LOWENSTEIN SANDLER PC | L.P., ENERGYCO MARKETING AND TRADING, AND RELIANT ENERGY POWER SUPPLY, LLC, 65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN, S. JASON TEELE, ESQ., COUNSEL TO FIRST CHOICE POWER, L.P., ENERGYCO MARKETING AND TRADING, AND RELIANT ENERGY POWER SUPPLY, LLC, 1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10022 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, JEFFREY G. TOUGAS, AMIT TREHAN, COUNSEL TO SOCIÉTÉ GÉNÉRALE AND CANADIAN IMPERIAL BANK COMMERCE, 1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: STEVEN WOLOWITZ, BRIAN TRUST, COUNSEL TO SOCIETE GENERALE, 1675 BROADWAY, NEW YORK, NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: EDUARDO J. GLAS, ESQUIRE, COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC., 245 PARK AVENUE, 27TH FLOOR, NEW YORK, NY 10167 |
| MCGUIREWOODS LLP | ATTN: PATRICK L. HAYDEN, COUNSEL TO THE TORONTO-DOMINION BANK, 1345 AVENUE OF THE AMERICAS, SEVENTH FLOOR, NEW YORK, NY 10105 |
| MCGUIREWOODS LLP | ATTN: DION W. HAYES, COUNSEL TO THE TORONTO-DOMINION BANK, ONE JAMES CENTER, 901 EAST CARY STREET, RICHMOND, VA 23219 |
| MORRISON & FOERSTER LLP | ATTN: LORENZO MARINUZZI, NORMAN S. ROSENBAUM, COUNSEL TO BRM GROUP, LTD., 1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| NIXON PEABODY, LLP | ATTN: CHRISTOPHER M. DESIDERIO, COUNSEL TO DEUTSCHE BANK NATIONAL TRUST COMPANY, 437 MADISON AVENUE, NEW YORK, NY 10022 |
| NIXON PEABODY, LLP | ATTN: AMANDA DARWIN, RICHARD C. PEDONE, COUNSEL TO DEUTSCHE BANK NATIONAL TRUST COMPANY, 100 SUMMER STREET, BOSTON, MA 02110 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, MICHAEL J. VENDITTO, COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LIMITED, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| ROPES & GRAY LLP | ATTN: DAVIS S. ELKIND, W. JANE ROGERS, MORGAN E. BRADYLYONS, COUNSEL TO WEST CORPORATION, 1211 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-8704 |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: EDWARD H. TILLINGHAST, III, MALANI J. CADEMARTORI, COUNSEL TO NORTON GOLD FIELDS LIMITED, 30 ROCKEFELLER PLAZA, 24TH FLOOR, NEW YORK, NY 10112 |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: CARREN SHULMAN, RUSSELL REID, COUNSEL TO THE BANK OF NEW YORK MELLON, AND THE BANK OF NEW YORK, MELLON TRUST COMPANY, N.A., 30 ROCKEFELLER PLAZA, 24TH FLOOR, NEW YORK, NY 10112 |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: KYLE MATHEWS, COUNSEL TO THE BANK OF NEW YORK MELLON, AND THE BANK OF NEW YORK, MELLON TRUST COMPANY, N.A., 333 SOUTH HOPE STREET, 48TH FLOOR, LOS ANGELES, CA 90071-1448 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: MARK A. MCDERMOTT, COUNSEL TO JA SOLAR HOLDINGS CO., LTD., FOUR TIMES SQUARE, NEW YORK, NY 10036 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: VAN C. DURRER II, COUNSEL TO JA SOLAR HOLDINGS CO., LTD., 300 S. GRAND AVE. #3400, LOS ANGELES, CA 90046 |
| VENABLE LLP | ATTN: CAROLLYNN H.G. CALLARI, GREGORY A. CROSS, EDWARD A. SMITH, COUNSEL TO DANSKE BANK A/S, LONDON BRANCH, ROCKEFELLER CENTER, 25TH FLOOR, 1270 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| WHYTE HIRSCHBOECK DUDEK S.C. | ATTN: BRUCE G. ARNOLD, ESQ., DARYL L. DIESING, ESQ., DANIEL J. MCGARRY, ESQ., COUNSEL TO METAVANTE CORPORATION, 555 EAST WELLS STREET, SUITE 1900, MILWAUKEE, WI 53202-3819 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS, SHELLEY C. CHAPMAN, COUNSEL TO LEXINGTON INSURANCE COMPANY, AIG CDS, INC., SUNAMERICA LIFE, INSURANCE COMPANY AND AFFILIATES, HARBOURVIEW CDO III, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |

**Total Creditor Count 42**