GARFIELD COUNTY ATTORNEY
108 8th Street, Suite 219
Glenwood Springs, CO 81601
Telephone: (970) 945-9150
Facsimile: (970) 384-5005
Deborah Quinn, #7685

Attorneys for Objectors, Garfield County Treasurer and
Board of County Commissioners of Garfield County, Colorado

**IN THE UNITED STATES BANRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* ) | Case No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | (Jointly Administered |
| ) | |

**AFFIDAVIT OF SERVICE**

STATE OF COLORADO  )
                   : ss
COUNTY OF GARFIELD )

MARY LYNN STEVENS, being duly sworn, deposes and says:

1. I am employed by the Garfield County Attorney, located at 108 8th Street, Glenwood Springs, Colorado 81601. I am over the age of eighteen (18) and am not a party to the above-captioned action.

2. On May 28, 2009, the following document was filed electronically with the United States Bankruptcy Court for the Southern District of New York: OBJECTION OF GARFIELD COUNTY TREASURER AND BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY, COLORADO, TO DEBTORS' MOTION TO ESTABLISH PROCEDURES TO SELL OR ABANDON DE MINIMIS ASSETS" DATED MAY 28, 2009 (DOCKET NO. 3686).

3. In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, on May 28, 2209, I placed a copy of the foregoing in UPS overnight mail to the parties on the attached *Exhibit A* service list.

I certify that the forgoing statements made by me are true.

*/s/ Mary Lynn Stevens*
Mary Lynn Stevens
Paralegal/Office Manager

Sworn to before me this 29th day of May, 2009.

*Rebecca J. Davis*

Notary Public for the State of Colorado
Residing at Glenwood Springs, Colorado
My commission expires: 2/28/2011.



*In re: Lehman Brothers Holdings, Inc., et al.*
Case No. 08-13555 (JMP)
T:\MyFiles\LITI\LB Rose\Pleadings - ours\Affidavit of Service.docx

## Exhibit A
## SERVICE LIST

**By UPS Overnight**

The Chambers of the Hon. James M. Peck
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

**By UPS Overnight**

Weil Gotshal &Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jacqueline Marcus, Esq.

**By UPS Overnight**

The Office of the United State Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez- Rivera, Esq., Paul
Schwartzberg, Esq., Brian Masumoto, Esq.,
Linda Riffkin, Esq., Tracy Hope Davis, Esq.

**By UPS Overnight**

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis
O'Donnell, Esq., Evan Fleck, Esq.