**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,    :    08-13555 (JMP)
                                                    :
                              Debtors.              :    (Jointly Administered)
----------------------------------------------------------------x

**THIRD SUPPLEMENTAL AFFIDAVIT OF ROBERT JAY MOORE**
**IN CONNECTION WITH RETENTION AND EMPLOYMENT OF**
**MILBANK, TWEED, HADLEY & McCLOY LLP AS COUNSEL TO**
**<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

STATE OF CALIFORNIA            )
                               )   SS.:
COUNTY OF LOS ANGELES          )

ROBERT JAY MOORE, being duly sworn, says:

1.      I submit this Third Supplemental Affidavit (the "<u>Affidavit</u>") on behalf of

Milbank, Tweed, Hadley & McCloy LLP ("<u>Milbank</u>") as a supplement to the Initial Affidavit

sworn to on October 21, 2008, the First Supplemental Affidavit sworn to on November 13, 2008,

and the Second Supplemental Affidavit sworn to on January 30, 2009 (collectively, the "<u>Prior</u>

<u>Affidavits</u>")[1], pursuant to sections 328 and 1103(b) of title 11 of the United States Code, 11

U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>"), rules 2014 and 5002 of the Federal

Rules of Bankruptcy Procedure, and rule 2014-1 of the Local Bankruptcy Rules for the Southern

District of New York, in connection with Milbank's retention as counsel to the Official

Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>" or the "<u>Committee</u>") of Lehman

---

[1]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Prior
        Affidavits or the Application of Official Committee of Unsecured Creditors of Lehman Brothers Holdings
        Inc., <u>et al.</u>, Under 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for Order Authorizing Retention
        and Employment of Milbank, Tweed, Hadley & McCloy LLP as Counsel, Effective as of September 17,
        2008, dated October 21, 2008 (the "<u>Application</u>") (Docket No. 1165).

Brothers Holdings Inc. and its affiliated debtors in possession (collectively, the "Debtors" and, together with their non-Debtor affiliates, "Lehman") in their chapter 11 cases (the "Chapter 11 Cases").

2.       I am a partner in the Financial Restructuring Group of Milbank and a member of the Task Force established to oversee the continuing process of identifying to the fullest extent possible all connections that Milbank, and its attorneys and employees had in the past and presently have to the Debtors, Lehman, the Chapter 11 Cases, and the parties in interest in the Chapter 11 Cases and to gather the information required to complete this Affidavit.  I have consulted with, and relied upon the input obtained from, the members of the Task Force, and I, or other members of the Task Force, have knowledge of all facts described herein.

3.       Unless otherwise stated in this Affidavit, I have knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[2]  In preparing this Affidavit, I used the Milbank Disclosure Procedures outlined in the Initial Affidavit and, among other things, applied those procedures to a list of counterparties to various transactions with Lehman, including borrowers under loans in which Lehman is an agent, lender, or participant, and counterparties in other financing transactions, including derivatives; parties that have filed notices of appearance and pleadings in the Chapter 11 Cases; a list of parties generated by Milbank's frequent internal inquiries; and a list prepared by the Debtors' counsel and provided to Milbank.

---

[2]       Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Milbank, and are based on information provided by them to the Task Force.

## Milbank's Retention

4.      The Court authorized Milbank's retention as counsel for the Committee in these Chapter 11 Cases pursuant to the Final Order Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, Authorizing Retention And Employment Of Milbank, Tweed, Hadley & M^cCloy LLP As Counsel To Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008, entered on November 21, 2008 (Docket. No. 1654).

5.      In connection with its retention in these Chapter 11 Cases, Milbank has monitored, and will continue to monitor, its connections with the Debtors, their creditors, and other parties in interest, as well as their respective attorneys and accountants.  As set forth in the Prior Affidavits, Milbank intends to continue to file supplemental affidavits regarding its retention as and if any additional relevant information comes to its attention.

### Milbank's Additional Connections with the Debtors and Parties in Interest

6.      Based upon the information gathered by the Task Force using the Milbank Disclosure Procedures, to the best of my knowledge the following sets forth the connections, in addition to those disclosed in the Prior Affidavits, that Milbank, its attorneys and its employees have with regard to the Debtors, their creditors, and other parties in interest in these Chapter 11 Cases as of the date of this Affidavit.

Connections with the Debtors, Counsel, etc.

7.      Except as set forth below and in the Prior Affidavits, to the best of my knowledge: (a) no Milbank attorney has been, within two years before the date of filing of the Debtors' petitions, a director, officer, or employee of any of the Debtors as specified in subparagraph (C) of section 101(14) of the Bankruptcy Code, and (b) the attorneys of Milbank

(i) do not have any connection with the Debtors, the Debtors' creditors known to Milbank, or any other known party in interest, or their respective attorneys and accountants and (ii) consistent with Bankruptcy Code section 1103(b), do not represent in connection with these Chapter 11 Cases any other entity having an adverse interest.

8.      Except as set forth in this paragraph, and the related paragraphs in the Prior Affidavits, to the best of my knowledge, no attorney or employee of Milbank is related to counsel or accountants to the Debtors and other parties in interest.  In addition to the matters set forth in the Prior Affidavits, certain Milbank attorneys have relatives, spouses or domestic partners who are employed by the counsel to the Debtors or other parties in interest, as follows: a Milbank associate's brother is an associate at Clifford Chance; a Milbank associate's mother is a director at JPMorgan Chase; a Milbank associate's sister is an associate at Sonnenschein Nath & Rosenthal LLP; and a Multi National Practice assistant's husband and a Milbank associate's sister work for UBS.  In addition, a Milbank summer associate for the summer of 2009 previously interned at Neuberger Berman.  In each instance the applicable Milbank attorney and/or employee will not be assigned to any matters in these Chapter 11 Cases that involve such institution, and has been advised in writing of, and directed to maintain, his or her duty of confidentiality with respect to client matters.

9.      To the best of my knowledge, neither Milbank nor any attorney or employee at the firm is a creditor, an equity security holder, or an insider of the Debtors, except as described in the Application and Prior Affidavits.[3]

---

[3]      As disclosed in the Initial Affidavit, as of the Petition Date certain attorneys and employees of Milbank held stock issued by LBHI; each such person has either donated such shares to charity, or sold such shares and donated the proceeds to charity, as proposed in the Initial Affidavit.

10.        As described in the Application and Prior Affidavits, Milbank has agreed

not to seek to collect from Lehman, subject to approval by the Bankruptcy Court of its retention

as counsel to the Committee, any amount owing to Milbank by Lehman for accrued and unpaid

fees for services rendered or reimbursement for expenses incurred (whether or not billed) as of

the Initial Petition Date.  Without limiting the foregoing, Milbank reserves the right to seek

payment directly from third parties who may be liable to pay such amounts with respect to the

applicable transaction, but agrees that it shall not seek payment from any such third party to the

extent that, to the knowledge of Milbank, such third party has a contractual right to seek

reimbursement or indemnity from a Lehman Entity on account of a payment to Milbank.

New Debtor Filings

11.        The following new-Debtor filings have occurred in this Court:  on

February 9, 2009, both Structured Asset Securities Corporation ("SASC") and LB Rose Ranch

LLC ("LB Rose") filed for chapter 11 protection, on February 10, 2009, Lehman Brothers

Finance AG, in Liquidation ("LBF"), filed for chapter 15 protection, on March 23, 2009, LB

2080 Kalakaua Owners LLC ("LB 2080") filed for chapter 11 protection, and on April 29, 2009,

Lehman Brothers Bankhaus AG ("Bankhaus") filed for chapter 15 protection.  Pursuant to an

Order of the Court dated February 18, 2009 (Docket No. 2928), the cases of SASC (Case No. 09-

10588) and LB Rose (Case No. 09-10560) are jointly administered for procedural purposes with

the Chapter 11 Cases.  LBF's and Bankhaus's chapter 15 cases are currently pending before the

Court (Case Nos. 09-10583[4], 09-12704).  SASC, LB Rose, LBF, LB 2080, and Bankhaus were

---

[4]        LBF filed for chapter 11 protection on October 3, 2008 (under the name Lehman Brothers Finance SA),
which case was jointly administered with the Chapter 11 Cases.  On March 12, 2009, the Court entered an
Order Dismissing Chapter 11 Case of Lehman Brothers Finance AG A/K/A Lehman Brothers Finance SA
(Case No. 08-13887 (JMP)) and Granting Related Relief (Docket No. 3076).

searched in connection with this Affidavit, and, except as disclosed in <u>Exhibit B</u> hereto, no connections with Milbank were discovered.[5]

<u>Connections with Creditors and Other Parties in Interest, Counterparties</u>

12.    Using information in the Database and by making specific inquiries of Milbank personnel, Milbank attorneys under the supervision of the Task Force verified that, except as set forth below and in the Prior Affidavits, Milbank does not represent in connection with these Chapter 11 Cases any entity on the Client Match List known by Milbank to be a creditor of, or counterparty in a transaction with, the Debtors or other person or entity that has appeared as a creditor in these Chapter 11 Cases.

13.    Prior to the Initial Petition Date, Milbank had represented BRSP, LLC, the borrower under a credit facility under which Lehman Commercial Paper Inc. ("<u>LCPI</u>") served as agent and was a lender.  On information and belief, prior to the Initial Petition Date, LCPI transferred its position as a lender under the subject credit facility to a non-Debtor affiliate of Lehman.  The lender position in question represents less than 5% of the outstanding loans under the subject credit facility and less than 4% of the aggregate assets of the applicable Lehman non-Debtor affiliate (both by face amount and current value).  On information and belief, LCPI is seeking a replacement agent under the subject credit facility.  Recently, Milbank has been asked to advise the borrower in connection with a potential refinancing of the indebtedness under the subject credit facility.  The Milbank attorneys representing the borrower in any such refinancing have not and will not be assigned to any matter in these Chapter 11 Cases involving the Lehman non-Debtor affiliate or LCPI in its capacity as agent under the subject credit facility.

---

[5]    All references in this Affidavit to the Debtors, and all searches conducted by Milbank in connection with the submission of this Affidavit, include SASC, LB Rose, LBF, LB 2080, and Bankhaus as Debtors.

14.      Except as disclosed in the Prior Affidavits, no single creditor or party in interest client of Milbank referenced in this Affidavit accounted for more than 1.25% of Milbank's gross revenues for the year ending December 31, 2007 or for the year ending December 31, 2008, and, in the aggregate, such representations (each representing less than 1.25%) represented 7.81% of Milbank's gross revenues for the year ending December 31, 2007 and 8.01% of Milbank's gross revenues year to date as of December 31, 2008.[6]

15.      Exhibit A sets forth a list of entities that were searched in connection with this Affidavit (the "Second Supplemental Potential Party List"), and includes derivative, loan, and other transaction counterparties, entities that have appeared as creditors or parties in interest in the Chapter 11 Cases since the Initial Petition Date and/or parties appearing on a list prepared by the Debtors' counsel and provided to Milbank, to the extent such parties have not already been searched and disclosed in the Prior Affidavits.  Exhibit B to this Affidavit sets forth a list of the current and former clients of Milbank that was generated in connection with the Second Supplemental Potential Party List.[7]  To the extent that the interests of the Creditors' Committee and a known Milbank client in an unrelated matter give rise to a conflict in respect of Lehman, Milbank either will procure a waiver from such client or the conflicts matter will be handled by Conflicts Counsel.  If any litigation arises between the Creditors' Committee and any of these clients in connection with the Chapter 11 Cases, the Creditors' Committee will be represented by Conflicts Counsel in such litigation.

---

[6]      The applicable revenue percentages for parties in interest disclosed in this Affidavit that have affiliates that were disclosed in Prior Affidavits were excluded from these calculations as the revenue percentages attributed to such parties in interest have been included with their respective affiliates in such Prior Affidavits.

[7]      Entities on Exhibit B identified as former clients of Milbank may in the future become current clients of Milbank.

16.     Milbank is carrying on further inquiries of its partners, counsel, and associates with respect to the matters contained herein and in the Prior Affidavits.  As indicated above, Milbank will file supplemental declarations as and if any additional relevant information comes to its attention.

_____
ROBERT JAY MOORE


Sworn to before me this ____ day
of _____

_____

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_ }

On _May 29, 2009_ before me, _Bonita J. Paul, Notary Public_,

personally appeared _Robert Jay Moore_

Name(s) of Signer(s)

☑ personally known to me

☐ (or proved to me on the basis of satisfactory evidence)

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Place Notary Seal Above

Signature _Bonita J. Paul_

Signature of Notary Public

**BONITA J. PAUL**
Commission # 1779251
Notary Public - California
Los Angeles County
My Comm. Expires Nov 10, 2011

—————————— **OPTIONAL** ——————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer(s)

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Individual | ☐ Individual |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Attorney in Fact | ☐ Attorney in Fact |
| ☐ Trustee | ☐ Trustee |
| ☐ Guardian or Conservator | ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2006 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5907 v609    Reorder: Call Toll-Free 1-800-876-6827

## EXHIBIT A

## Potential Parties In Interest

- 13D Research Inc.
- 1407 Broadway Real Estate LLC
- 2027 Collections Center Drive
- 25 Broad LLC
- 4086 Advisors
- 4Cast Inc.
- A.M. McGregor Home
- Aaron Guth
- ABN Ambro Holding N.V.
- AboveNet Communications Inc.
- Abu Dhabi National Energy Company
- Accel Capital Corporation
- Accellent Inc.
- ACCLARA
- Accredited Home Lenders, Inc.
- Accuride Corporation
- ACI Operations Pty Limited
- Acorn Partners LP
- Activant Solutions Inc.
- Acts Aero Tech Support
- Adagio IV CLO Limited
- Advanced Graphic Printing, Inc.
- AES Corporation
- AG First Farm Credit Bank
- AGA Medical Corporation
- Agribank
- Aida Sarmast
- AIG CDS, Inc.
- AIG Financial Products Corp.
- Airclaims Limited
- Aircraft Finance Trust
- Alabama Power Company
- Alan J. Worden
- Alcoa Inc.
- Alenco
- Alex E. Rhinehart
- Algoma Stell Inc.
- Alix Partners LLP

- Allegheny Energy
- Allen Matkins Leck Gamble Mallory and Natsis
- Alliance Imaging, Inc.
- Alliance Laundry Holdings LLC
- Alliance Laundry Systems
- Alliance Resource Operating Partners, L.P.
- Alliant Energy Corporation
- Allianz
- Allied Holdings, Inc.
- Allied Waste Industries Inc.
- Allied World Assurance Company Limited
- Allison Transmission, Inc.
- Allsport Management SA
- Alltel Communications
- Alltel Corp.
- Alpha D2 Limited
- Alpha III
- Altos Hornos de Mexico SA de CV
- Altra Group, Inc.
- Amadeus Holdings Limited
- AMBAC
- Ameren Corporation
- Amerenergy Resources Generating Company / Ameren Resources Gen Co
- American Airlines 1st Lien
- American Airlines Inc.
- American Axle & Manufacturing Inc.
- American Electric Power Company Inc.
- American European Insurance Company
- American Intlgrp Inc.
- American Transmission Company LLC

- AmeriSourceBergen Corporation
- Amgen Inc.
- ANC Rental Corporation
- Andrew Fischtal
- Andrew Yeung
- Ann Cairns
- Ann Lee
- Antero Resources Corporation
- ANZ Securities, Inc.
- Apax Summer Bidco Limited
- Apollo Management Holdings, L.P.
- Appleby Global
- Aracruz
- Aramark Corporation
- Arapahoe International Limited
- Area Giochi Holding S.p.A
- ARINC Incorporated
- Arizona Public Service Company
- ArvinMeritor, Inc.
- Arysta Lifescience
- AS Propulsion Capital BV
- Ashmore Energy International / AEI
- Assurant, Inc.
- Atlas Pipeline Partners
- Atmos Energy Corporation
- Atrium Companies Inc.
- Audio Visual Services Corporation
- Autodesk Inc.
- Avago Technologies Finance Pte. Ltd.
- Aveos
- Avio
- Aviva Life and Annuity Company
- AVR Acquisitions B.V.
- AVR Industrial Waste B.V.
- AVR Industrie N.V.
- Axon Financial
- B & G Foods
- BAE Systems Holdings Inc.
- Ball Corporation
- Ball Packaging Products Canada Corp. Inc.
- Ballyrock ABS CDO 2007-1 Limited
- Banca Italease S.p.A.

- Banco Santander
- Bank of America Mellon
- Bank of New York Trust Co., N.A.
- Bar & Karrer AG
- Bausch and Lomb
- Bayview Financial, L.P.
- Bayview Opportunity Master Fund, L.P.
- BBVA Securities Inc.
- BCM Ireland Holdings Limited
- BCV Investments SCA
- BEA Systems, Inc.
- Bedell Cristin
- Beig Midco Limited
- Beig Pikco Limited
- Belmont Holdings Corp.
- Berkman Wechsler Bloom & Co., Law Offices
- Berry Plastics Corporation
- Best Buy
- BHM Exit Financing Facility
- BHM Exit Term Loan
- BHM Technologies, LLC
- Biogen Iden Inc.
- Biomet, Inc.
- Black Lion Beverages III B.V.
- BlackRock
- Blackstone / Blackstone Capital partners V L.P.
- Block Financial Corporation
- BLT 39 LLC
- BMO Capital Markets Corp.
- BNC Mortgage Loan Trust
- BNY Capital Markets, Inc.
- Boardwalk Pipelines, LP
- Bonten Media Group, Inc.
- Booz Allen Hamilton Inc.
- Bortstein Legal LLC
- Boston Generating, LLC
- BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
- Bracewell & Giuliani LLP
- BreitBurn Operating L.P.
- Bremer Financial Corporation

- Brickman Group
- British Airways Plc
- British Sky Broadcasting Group plc
- BRM Group, Ltd.
- Brockton Contributory Retirement System
- Brooks Family Partnership, LLC
- Brownstein Hyatt Farber Schreck, LLP
- Buckeye Partners, L.P.
- Buffets, Inc.
- Building Materials - Wells
- Buildings Materials Holdings
- Bulboaca & Associatii
- Burger King Corporation
- Cableuropa S.A.U.
- Cablevision Systems Corp.
- Cabrera Capital Markets, LLC
- Cains
- Caja de Ahorros y Monte de Piedad de Madrid
- Cammell Laird Holdings Plc
- Campbell Soup Company
- Canadian National Resources Limited
- Canary Wharf Management Limited
- Capital Automotive L.P.
- Capital IQ, Inc.
- Capmark Financial Group Inc.
- Carbone S.A.R.L.
- Caribe Media Inc.
- Carlsberg Breweries
- Carolina First Bank
- Casema Mezzanine
- Casema/Euribor
- Cassels Brock & Blackwell LLP
- Castex Energy 1995, L.P.
- Castex Energy 2007 L.P.
- Cavalier Telephone
- CBI Italian Receivables
- CBI-Italian NPL
- CBR Textile GMBH
- CBS Corp.
- CCMP Acquisition
- CDC IXIS Financial Guaranty Services Inc.
- CDW Corporation
- CEAGO ABS CDO 2007-1, LLC
- CEAGO ABS CDO 2007-1, Ltd.
- Cebridge 2nd Lien PIK
- Cedar Fair
- Cede & Co.
- CEI/Kensington Ltd.
- Cellcap Securities Limited
- Centennial Cellular Corp.
- Centennial Communications Corp.
- Center Energy Resources Corp.
- Centerpoint Energy Company
- Centra Park, LLC
- Central CATV Inc.
- Central Illinois Light Company
- Central Illinois Public Service Company
- Centurytel, Inc.
- Cenveo Corporation
- Cequel Comm
- Cereita Lawrence
- Cessna
- CFS Holding NV
- Charise Carroll
- Charles Schwab & Co., Inc.
- Chart Industries, Inc.
- Charter Communications
- Chequer Finance 1 S.A.
- Chequer Finance 2 S.A.
- Chequer Finance 3 S.A.
- Chesapeake Appalachia, L.L.C.
- Chesapeake Energy Corp.
- Cheung Kong Bond Finance Limited
- Chiomenta Studio Legale
- Choctaw Investors B.V.
- Chorion (Project Planet) PIK
- Christine Searl
- Chun IP
- CIFG
- CIFG Services, Inc.
- Cilcorp Inc.
- Cinemark USA, Inc.

- CIT Group (Master)
- Citic International Financial Holdings
- Citrus Corporation
- City of Auburn
- City of Burbank
- City of Fremont
- City of Milwaukee, Wisconsin
- City of San Buenaventura
- City of South San Francisco
- City of Tuolumne
- CKX Inc.
- Claire's Stores, Inc.
- Cleveland Barrett
- Clio European CLO B.V.
- Clondalkin Acquisition B.V.
- CME Group Inc.
- Coditel Sarl
- Colfax Corporation
- Collins & Aikman Products
- Colonial Realty Limited Partnership
- Commerzbank Capital Markets Corp.
- Community Health System
- Concord Development Properties Ltd.
- Conocophillips
- Conseco Inc.
- Consolidated Container Company LLC
- Constellation Energy Group, Inc.
- Continental AG / Continental Aktiengesellschaft
- Continental Airlines Inc.
- Convenience Food System
- Converteam
- Cooper-Standard Automotive Inc.
- Cooperative Centrale Raiffeisen-Boerenleenbank, B.A.
- Corrections Corporation of America
- Cortefiel, S.A.
- Coughlin Stoia Geller Rudman & Robbins, LLP
- Covanta Energy Corporation
- Coventry Health Care, Inc.
- Coviden Intl
- Cox Communications, Inc.
- Cox Enterprises, Inc.
- Cox Radio, Inc.
- CPQ Midco II Corporation
- CRA Rogerscasey, LLC
- Credit Agricole
- Crimson Exploration Inc.
- CRJ 200 Whole Loan
- CROSSMAR, Inc.
- Crown Americas, Inc.
- Crown Castle
- CSC Holdings
- CSG Systems International, Inc.
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- CWT Senior
- Dae Aviation Holdings, Inc.
- Dana Holding Corporation
- Danaher Corporation
- Daniel Ehrmann
- Danish Holdco
- Darden Restaurants Inc.
- Darryl Steinberg
- Data Down Link Corporation
- David A. Rosenfeld
- David C. Cimo
- David C. Walton
- David H. Arlington Oil and Gas, Inc.
- Davis & Gilbert LLP
- Dayco
- DBP NPLS
- De Brauw Blackstone Westbroek
- Debitel (Netherlands) Holding B.V.
- Declan Kelly
- Deer Park Road Corporation
- Deere & Company
- Del Monte Corporation
- Delaware River Port Authority
- Delek Benelux B.V.
- Delek Luxembourg Holding Sarl
- Delphi
- Delta Airlines

- Denise Troise
- Deutsche Bank Trust Company Americas
- Deutsche Telekom AG
- DHS Drilling Company
- Diageo Finance PLC
- Dido Erste Vermoegensverwaltun GS
- Digicel International Finance Limited
- Discover Financial Services
- Diversified Software Systems, Inc.
- DK Acquisition Partners
- Dollar General Corporation
- Dominion Resources Inc.
- Domtar Inc.
- Dovenmuehle Mortgage Inc.
- Drake Management LLC
- Dresser, Inc.
- Duff & Phelps
- Duncan Energy Parnters L.P.
- Dynegy Holdings, Inc.
- Dynergy Power Marketing, Inc.
- DZ Financial Markets LLC
- E. Todd Whittemore
- E.On AG
- Eagle Rock Energy Partners, L.P.
- Ebay Inc.
- E-Capital Profits Limited
- Edam Acquisition Holdings B.V.
- Edgen Murray
- Edison International
- Edison Mission Energy
- Edscha A.G.
- Educational Management Corp.
- Edward D. Jones & Co., LP
- Edward Grieb
- El Paso Corporation
- El Paso Pipeline Partners
- Electrabel
- Electrabel S.A.
- Electricite de France
- EMI Entertainment World, Inc.
- Emigrant Bank

- Enbridge (U.S.) Inc.
- Enbridge Energy Partners
- Endemol Mezz
- Endemol Sen
- Enel SPA
- Energy America LLC
- Energy XXI Gulf Coast, Inc.
- E-NET Corporation
- Enron Corp.
- Entegra Holdings LLC
- Entegra TC LLC
- Entegra TC LLC
- Entergy Corp.
- Enterprise GP Holdings L.P.
- Enterprise Products LLC
- Enterprise Products Operating L.P.
- Enterprise Products Operating, LLC
- Envirosolutions Real Property Holdings, Inc.
- EPCO Holdings Inc.
- Equitable Resources, Inc.
- ERP Operating Limited Partnership
- Escaline S.a.r.l.
- E-Source, Inc.
- Evergreen Law Group
- Evergreen Solar, Inc.
- Exco Partners Operating Partnership L.P.
- Exco Resources Inc.
- Express Energy Services Holding, LP
- Extendicare Health Services Inc.
- Exterran Holdings, Inc.
- FA Sub 3 Limited
- Fadesa Inmobiliaria, S.A.
- Faegre & Benson
- Fairpoint Communications, Inc.
- Falcon Senior
- FCAR
- Federazione Italiana del Consorzi Agrari S.r.l.
- Federconsorzi
- Ferretti
- Fidelity Capital Markets Services

- Fidelity Investments
- Financial Security Assurance
- Financiere Daunou
- Financiers CVT
- Finartex
- Finmeccanica Finance SA
- FINOVA Loan Administration
- Fire & Police Pension of Colorado
- First Chemical Holding
- First Chemical Mexxanine
- First Chemical Senior
- First Data Corporation
- First Franklin Mortgage Lona Trust 2006-FFA
- First Trust Advisors L.P.
- FirstBank of Puerto Rico
- FirstEnergy Corp
- Firth Rixson Mezz
- Flextronics International Ltd
- Florida Gas Transmission Company, LLC
- Florida Power & Light Company
- Ford Motor Company
- Ford Motor Credit
- Fortis Group
- Fortress Investment Group LLC
- FPL Energy Power Marketing, Inc.
- FPL Group Capital Inc.
- FR Acquisitions Corporation (Europe) Limited
- Fragomen, Del Rey, Bernsen & Loewy, LLP
- Francine Kittredge
- Francisco Perez
- Fred Telling
- Freenet
- Freescale Semiconductor, Inc.
- Fresenius Medical Holdings Inc.
- Fried Frank
- Frontier Drilling
- Frost & Sullivan
- Fulbright & Jaworski L.L.P.
- G-BNWK Aircraft Pty Ltd.
- Gables Marquis
- Gala
- Gala Group Finance Limited
- Gala Mezz
- Gaming Invest Sarl
- Gaston Christian School, Inc.
- Gate Gourmet
- G-BNWE Aircraft Pty Ltd
- G-BNWF Aircraft Pty Ltd
- G-BNWG Aircraft Pty Ltd
- G-BNWJ Aircraft Pty Ltd
- G-BNWK Aircraft Pty Ltd
- G-BNWL Aircraft Pty Ltd
- G-BNWS Aircraft Pty Ltd
- G-BNWT Aircraft Pty Ltd
- Gemstone CDO VI Ltd
- Gemstone CDO VI Ltd
- GenenTech, Inc.
- General Mills, Inc.
- General Nutrition Centers, Inc.
- Genovese Joblove & Battista, P.A.
- Gentiva Health Services, Inc.
- Genworth Financial inc.
- Genworth Financial, Inc.
- Georgia Gulf
- Georgia Pacific Corporation
- Georgia-Pacific Expansion S.A.S
- Gerald Pietroforte
- German Association of Savings Banks
- Gesconsult S.A. SG LLC
- Ginn Clubs
- Givaudan S.A.
- Global Cash Access, Inc.
- Globe Pub Management Limited
- Government of Singapore
- Grace Wang
- Graham Packaging Company, L.P.
- Graphic Packaging International Corp
- Great Lakes Dredge & Dock Corporation
- Greektown Holdings LLC
- Green Valley Ranch Gaming LLC

- Greenbrier Minerals, LLC
- Greenpoint Mortgage Funding Trust Series
- Greenwich Insurance Company
- Grupo Iusacell
- Gulf Stream Asset Management
- Gwen J. Zeisler
- H3C Holdings Ltd
- Halbis Distressed Opportunity Master Fund Ltd.
- Halliburton Company
- Hanger Orthopedic Group, Inc.
- Harbison Station Apts L.P.
- HarbourView CDO III, Limited
- Harrah's Operating Co. Inc.
- Harris Nesbit Corp.
- Hawaiian Telcom Communications, Inc.
- Hawaiian Telcom Holdco, Inc.
- Hawaiian Telcom, Inc.
- Hawaiian Telcom IP Service Delivery Investment, LLC
- Hawaiian Telcom IP Service Delivery Research, LLC
- Hawaiian Telcom IP Video Investment, LLC
- Hawaiian Telcom IP Video Research, LLC
- Hawaiian Telcom Services Company, Inc.
- Hawker Beechcraft
- HBK Investments LP
- HCA Inc.
- HD Supply
- Heating Finance PLC
- Henry Schein, Inc.
- Herbert Smith CIS LLP
- Herbst Gaming, Inc.
- Heritage Fields
- Hexion
- HFF I, LLC
- Highbridge LD Acquisition LLC
- Highbridge Principal Strategies – Mezzanine Partners
- Highmount Exploration & Production LLC
- Hilite German GMBH & Co. KG
- Hilite Intl 2nd Lien
- HMH Publishers LLC
- HMH Publishing Mezzanine
- Horizon Merger Corporation
- Houghton Mifflin Harcourt Publishers Inc.
- Howard W. Tomlinson
- HSBC Finance Corporation
- Hudson CLO 3 B.V.
- Huish Detergents Inc. (Huish)
- Huntsman International LLC
- HVB Capital Markets, Inc.
- Iasis Healthcare LLC
- Ibertravel Vacations (MEZZ)
- Ibertravel Vacations Holding LS
- ICAP North America Inc.
- Iconix Brand Group, Inc.
- Icopal
- Idaho Housing and Finance Association
- Idearc Inc.
- Illinois National Insurance
- Illinois Power Company
- IM US Hold Inverness Medical
- IMO Carwash
- Imperial Tobacco Entertainment Finance Limited
- Incapital LLC
- Inergy, L.P.
- INEOS Group Limited
- Infineon Technologies AG
- Infonxx Inc.
- Infospace Inc.
- ING Financial Markets LLC
- ING Groep
- Innovia Films (Holding 3) Limited
- Intelsat (Bermuda), Ltd.
- Intelsat Corporation (FKA Panamsat)
- Intelsat Jackson (FKA Bermuda)

- Intelsat Subsidiary Holding Company
- Intergen N.V.
- Interline Brands, Inc.
- Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters
- Internal Revenue Service
- International Lease Finance Corporation
- International Transmission Company
- Intersil Corporation
- Interstate Brands Corporation
- Interstate Fibernet, Inc.
- Interstate Power and Light Company
- Intesa
- Inverness Medical Innovations Inc.
- INVESCO CLO
- INVESCO Real Estate
- Investment Corporation PTE, LTD.
- Iowa Telecommunications Services, Inc.
- Iridium Satellite LLC
- Iron Mountain Incorporated
- Island Medical Group
- Islavista Spain S.A.
- ISS Holding
- iStar Financial Inc.
- Italease Finance S.p.A.
- ITC Holdings Corporation
- ITC Midwest LLC
- ITC Transco
- Iusacell
- J. Aron & Company
- JA Solar Holdings Co., LTD.
- Jack McCarthy
- Jacquelyn Soffer
- James Brogan
- James J. Sullivan
- Janet Crawshaw
- Jason C. Davis
- Jeffrey A. Welikson
- Jeffrey Fitts

- Jeffrey Soffer
- Jeffry Ciongoli
- Jenner and Block LLP
- Jerry A. Grundhofer
- JFB Firth Rixson, Inc.
- Jin Liu
- Jo Anne Buzzo
- Joanne Chormanski
- John J. Genovese
- John M. Skoba
- John Suckow
- Jonathan Harris
- Joseph Cordaro
- Journal Register
- JSC Rosgosstrakh
- Jung Development Co., Ltd.
- Jung Developments (Infinity 2) Inc.
- Jung Developments Inc.
- Ka Kin Wong
- Kabel Deutschland
- Kahrl Roberts & Wutcher LLP
- Karen B. Corrigan
- Karim Kano
- Kaupthing Bank
- KBC Financial Products UK Limited
- KBC Financial Products USA, Inc.
- KBC Investments Cayman Islands V Limited
- KBC Investments Limited
- KBR Holdings, LLC
- KDP Investment Advisors, Inc.
- Kellerhals Hess
- Kelson Finance LLC
- Kelson Holding LLC
- Kerasotes Theatres Inc.
- Key Energy Services, Inc.
- Keystone Inc.
- KGB
- KGT Inc.
- Kimberly-Clark Corporation
- Kinder Morgan Energy Partners L.P.
- Kirch Holding GMBH & Co. KG
- KKR Private Equity Investors L.P.
- Klavins & Slaidins

- Kleopatra Lux 2 Mezz
- Kleopatra Lux 2 S.A.R.L
- Kleopatra Senior
- Knight Capital Group
- Knight Debtco Ltd.
- KPMG
- Kristine Smith
- Kubber Investments
- Laboratory Corporation of America Holdings
- Lai Mei Chan
- Lake Las Vegas Resort (Laslas)
- Lan Dale Asset Purchasing
- Lana Franks
- Landale Liquidity Facility
- Landsource
- Lanxess AG
- Las Vegas Resort
- Las Vegas Sands, LLC
- LaSalle Bank National Association
- LaSalle Global Trust Services
- Latshaw Drilling Company, LLC
- Lavena Holding GMBH 3
- Lavena Holding GMBH 4
- Lavena Mezz
- Lavena Senior
- LB 2080 Kalakaua Owners LLC
- LBT Loan Funding
- LBT Varlik Yonetim Anonim Sirketi
- LeaseDimensions
- Legal & General Group Plc
- Legendre Holdings 17 SA
- Lehman Brothers Alpha Funds PLC
- Lehman Brothers Bankhaus AG
- Lehman Brothers European Mezzanine LB S.A.R.L
- Lehman Brothers First Trust Income Opportunity Fund Inc.
- Lehman Brothers High Yield Bond Fund
- Lehman Brothers Income Funds
- Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund
- Lehman Brothers Merchant Banking Partners IV LP
- Lehman Mortgage Trust
- Lehman XS Trust
- Leo C. Trautman, Jr.
- Leticia Chau
- Level 3 Financing, Inc.
- Lexington Insurance Company
- LFIGXG LLC
- LH 1440 LLC
- Liberator Bidco Limited
- Liberator Jr Mezz
- Liberator Mezz
- Liberator Senior Facilities Dtd
- Liberty Global Inc.
- Liberty Mutual Group Inc.
- Libra CDO LLC
- Libra CDO Ltd
- Lim Finance II, Inc.
- Lincoln National Corporation
- Lincoln Variable Insurance
- Lincore Limited
- Linda Demizio
- Linda Klang
- Linden Advisors LP
- Linn Energy, LLC
- LKQ Corporation
- Lloyds TSB Bank plc
- Local Insight Media
- Local Insight Regatta Holdings, Inc.
- Local Media Finance LLC
- Locke Lord Bissell & Liddell LLP
- Loop Capital markets, LLC
- Luboja & Thau, LLP
- Lufthansa AG
- Lukoil Finance Limited
- LW Securities, Ltd.
- Lyondell
- LyondellBasell Industries
- M.B.H. Emprunteur
- M.R. Beal & Company
- Mach Gen LLC
- Mackinaw Power Holdings, LLC
- Macquarie

- Madeline Dimodica
- Madeline L. Shapiro
- Man Group Finance Inc.
- Manzoni/Prêt D?Acquisition VLM
- Mapco Express, Inc.
- Maples and Calder
- Maples Finance Limited
- Marathon Oil Company
- Maria DeSouza
- Marina Bay-2nd Deal
- Marina District Finance Company, Inc.
- Mark IV
- Mark L. Zusy
- Mark Mazzatta
- Mark T. Millkey
- Market Place Apts
- Marriott International Inc.
- Marsha Kosseff
- Martha Solinger
- Martin Winter
- Massachusetts Mutual Life Insurance
- Massachusetts Water Resources Authority
- Materis SAS
- Maximilian Coreth
- MC Communications, LLC
- McJunkin Corporation
- McJunkin Red Man Holdings Corporation
- Medassets
- Medco Health Solutions Inc.
- MEG Energy Corp.
- MEG Energy Corp.
- Meitar, Liquornik, Geva & Leshman Brandwein
- MEP II S.A.R.L.
- Merit Floors Inc.
- Merlin Entertainments Group Luxembourg 3 S.a.R.L.
- Merlin Italian SNR
- Merlin Row SNR
- Metavante Corporation
- Metropolitan West Asset Management, LLC
- Metropolitan West Total Return Bond Fund
- MF Global Finance / MF Global Finance Europe Limited
- MF Global Ltd. / Man Financial
- Michael Karfunkel
- Michael Stores
- Michele McHugh-Mazzatta
- Michigan Electric Transmission Co.
- Midamerican Energy Company
- Midcontinent Express Pipeline LLC
- MidCountry Bank
- Midwest Independent System Operator
- Millennium International, Ltd.
- Minera Del Norte S.A.
- Mirant Corporation
- Mirant North America, LLC
- Miron Berenshteyn
- Misys PLC
- Mizuho Financial Group
- MKP Capital Management, LLC
- MKP Vela CBO, LLC
- MKP Vela CDO Ltd
- MMOR Consulting
- Moana Properties
- Moderna Finance
- Momo-o, Matsuo & Namba
- Monique Miller Fong
- Moody's Corp.
- Mountain Drilling Company
- Movie Gallery, Inc.
- MSN
- Mueller Water Products Inc.
- Muriel Siebert & Co., Inc.
- Myung Soo Jung
- N.V. Luchthaven Schipol
- Na'alehu Ventures
- nabCapital Securities LLC
- Nakilat Inc.
- Namrun Finance S.A.
- Nathan W. Bear

- National Rural Utilities Cooperative Finance Corporation
- Natixis Bleichroeder Inc.
- Natixis Environment & Infrastructures
- NautaDutilh N.V.
- NCAT-New Center Asset Trust
- Neff Corp.
- Neggio Holding 3 GMBH
- Neill Poole
- Nelnet, Inc.
- Neuberger Berman Advisers Management
- Neuberger Berman Income Opportunity Fund Inc.
- Nevada Power Company
- New Center Asset Trust
- New Edge
- New England Power Company
- New Generation Funding Trust 15, 16, 37, 38, 39 and 83
- New Holdco BV
- New Jersey Housing and Mortgage Finance Agency
- New South Federal Savings Bank
- New York Life Insurance Co
- New York Life Investment Management LLC
- New York State Office of Unclaimed Funds
- Newell Rubbermaid Inc.
- Newpage Corporation
- NFI Luxco SCA
- NIBC Bank NV
- Nokia Corporation
- Nortek Holdings, Inc.
- Northcrest, Inc.
- Northern State Power Company
- Northwest Airlines, Inc.
- Norton Rose LLP
- Novartis Finance Corporation
- NPL
- NRG Energy, Inc.
- NSG Holdings LLC

- nTAG Interactive Corporation
- NTL Cable Plc
- NTL Communications Ltd
- Nuance Communications, Inc.
- NuStar Logistics, L.P.
- Nybron Refi
- Nycomed Germany Holding GMBH
- Nycomed Holding A/S
- O'Reilly Automotive, Inc.
- Occidental Power Services, Inc.
- Oceania Cruises, Inc.
- Oceania Vessel Finance, Ltd.
- OCM Mezzanine Fund II Holdings, L.P.
- OGE Energy Corp.
- Ogier
- OHP Opportunity Limited Partnership
- OI Canada Corporation
- Oklahoma Gas And Electric Company
- OMX Timber Finance Investments
- Omnicare, Inc.
- Oncor
- OneBeacon US Holdings
- Opal Leasing Limited
- Openwave Systems Inc.
- Oracle Corporation
- Orangina
- Orbitz Worldwide
- Orion Cable
- Owens & Minor, Inc.
- Owens Illinois Inc.
- Oz Management LP
- Pacific International Finance Limited
- Pacific International Limited
- Pacific Investment Management LLC
- Pacific Life Insurance Company
- PacifiCorp
- Pages Jaunes Groupe
- Pamela Tibbetts
- PanAmSat Corporation
- Pangea Ltd

- Park Place Apartments L.P.
- Parker Drilling Company
- Parmalat Participacoes Do Brasil Ltda
- Parmalat Participacoes Promissory Note
- Partnerre Ltd.
- Patrick J. Coughlin
- Patrick W. Daniels
- Paul J. Battista
- Peabody Energy Corporation
- Pebble Creek 2007-2, LLC
- Pebble Creek 2007-2, LTD
- Pecos Investors LLC
- Pekin & Pekin
- Penn National Gaming
- Pension Plan and Trust
- Pepsi Bottling Group, Inc.
- Perstorp AB
- Pertus Sechzehnt GmbH
- Pertus Sechzehnte GBMH
- Petsec Energy Inc.
- PGA Holdings, Inc.
- PGRS 1407 BWAY LLC
- Pharmerica Corporation
- Philip Morris International Inc
- Philips Electronics NV
- PHS Group PLC
- PHS Senior
- Pinnacle Entertainment, Inc.
- Pinnacle Foods Finance LLC
- Pinnacle West Capital Corp.
- Pipeline Data, LLC
- Pivotal Promontory
- Planet Acquisition Holdco 1 Ltd
- Planet Acquisition Holdco 2 Ltd
- Plastech Engineered Products, Inc.
- Plinius Investments B.V.
- PNM Resources, Inc.
- Police and Fire Retirement System of the City of Detroit
- Portfolio CDS Trust 18, 103-105, 162, 187, 191-196, 208-214, and 233-244
- Portfolio Green German CMBS GMBH
- Portland General Electric Company
- PQ Corporation
- Precis Corporation
- Precision Partners
- Primedia Inc.
- Principal Financial Group, Inc.
- Profunds Advisors LLC 424
- Project Cabellero
- Project Knight Senior
- ProSiebenSat.
- Protection One Alarm Monitoring, Inc.
- PSEG Power LLC
- Psychiatric Solutions Inc.
- PT Mnc Sky Vision
- PTG Grande Asset DEB KF
- PTG Tanco Kingfisher
- Public Service Company of Colorado
- Public Service Enterprise Group Incorporated
- Puget Sound Energy Inc.
- Pyrrhuloxia, LP
- Qantas Aircraft Leases
- Qatar Liquefied Gas Company Limited
- QVC, Inc.
- Qwest Services Corporation
- Raja & Tann
- Ras Laffan Liquefied Natural Gas Company Limited (II)
- RasGas
- Raymond James & Associates, Inc.
- RBC Dain Rauscher Inc.
- RBS Greenwich Capital
- Reddy Ice Corporation
- Regal Cinemas, Inc.
- Regency Gas Services LP
- Regent Seven Seas Cruises
- Regions
- Regulated Utilities
- Reliant Energy Inc.

- Renal Advantage, Inc.
- Rent-A-Center, Inc.
- Resona Holdings
- Restructured Asset Certificates with Enhanced Returns, Series 2005-15-C Trust
- Rexnord Corporation
- Reynolds American
- Reynolds American Defined Benefit Master Trust
- RFG Holding (France) SAS
- RFG Midco A/S
- RH Donnelley
- Richard McKinney
- Richards, Layton & Finger, P.A.
- Rick Fleischman
- RJ Reynolds Tobacco Holdings, Inc.
- RJO Holdings Corp.
- Robert J. Leist
- Robert M. Rothman
- Rockies Express Pipeline LLC
- Ronald Profili
- Ronn A. Pisapia
- Rony Seikaly
- Roofing Holding Inc.
- Royal Bank of Canada
- Royal & Sun Alliance Insurance Group Plc
- RSA Insurance Group Plc
- RWE AG
- Rye Select Broad Market Portfolio Limited
- Rye Select Broad Market XL Portfolio Limited
- Saad Investments Company Limited
- SABMiller / SAB Miller
- SABMiller Finance B.V.
- Sabre Holdings Corporation
- Sacher Funding Ltd.
- Sailfish Structured Investment Management (G4), LLC
- Salt Lake Neighborhood Housing Services, Inc.
- Salvatore Barbuzza
- Samir Tabet
- Samuel H. Rudman
- Sandridge Energy, Inc.
- Santander Investment Securities Inc.
- Sarah Coombs
- SBA Senior Finance
- Schefenacker AG
- Schieder Moebel Holding GMBH
- Scotia Capital (USA) Inc.
- Scott Aitken
- Sears Holdings Corp.
- Sears Roebuck Acceptance Corp.
- SEB Enskilda, Inc.
- Securities Investor Protection Corporation
- Semcrude LP
- SemGroup Energy Partners, L.P.
- Sengent, Inc. – d/b/a ClariFI
- Sentinel Management Group, Inc.
- Sequa Corporation
- Serena Software, Inc.
- Service Corp Int'l
- Serpering Investments B.V.
- SG Americas Securities LLC
- SGS International, Inc.
- Shawnda D. Merriman
- Shea-Edwards Limited Partnership
- Sheridan Holdings, Inc.
- Sherrill-Lubinksi Corporation
- SHPS, Inc.
- Siebert Capital Markets
- Siemens AG
- Sierra Pacific Power Company
- Silicon Graphics Inc.
- Silver Sprints Apts
- Simpson Meadows
- Sinclair Television Group, Inc.
- Sing Heung
- Sisal Mezz
- Sisal S.p.A
- Sistema Universitario Ana G. Mendez
- Siu Lui Ching
- Six Flags Theme Parks Inc.

- Sixth Gear
- SLM Corporation
- Smith Dollar
- Soffer Turnberry/South Strip, LLC
- Sola Ltd.
- Solo Cup Company
- Solutia Inc.
- Somers Dublin Ltd. A/C KBC Pledged
- Sourcecorp, Inc.
- Southern California Edison
- Southern Community Bank and Trust
- Southern Community Financial Corporation
- Southern Company
- Southwestern Public Service Company
- Sovereign Securities Corporation, LLC
- Spanish Broadcasting Systems, Inc.
- Spectra Energy Capital, LLC (f/k/a Duke Capital)
- Spectra Energy Partners OLP, LP
- Spiegel Inc.
- Stahl Acquisition BV
- Stallion Oilfield Services Ltd.
- Stamford Associates L.P.
- Stamford Law Corporation
- Standard Credit Group LLC
- Standard Life Bank Plc
- Standard Pacific
- Star Tribune Co.
- Starwood Hotels & Resorts
- State of Michigan, Department of Treasury
- Stephen Gott
- Stephen Green
- Stephen N. Hurley
- STF THSRC
- Stone Tower Capital LLC
- Stone Tower Debt Advisors LLC
- Stony Brook Court

- Structured Adjustable Rate Mortgage Loan Trust
- Structured Asset Securities Corporation Mortgage Loan Trust
- Structured Products Transaction Management Group
- Sullivan & Company Marketing
- Sumitomo Mitsui Financial Group
- Sumitomo Trust & Banking
- SunAmerica Asset Management
- Sungard Data Systems Inc.
- Sunoco Inc.
- Sunoco Logistics Partners Operations, LP
- Sunshine Holdings Limited
- SunTrust Robinson Humphrey, Inc.
- Supervalu Inc.
- Susan Sayers
- Swift Transportation Co., Inc.
- Swiss Reinsurance Company
- Sylvia Lewis
- Symetra Financial Corporation
- Synagro Technologies, Inc.
- Synatech
- Syncora
- Syncora Holdings Ltd.
- Syniverse Holdings Inc.
- Syniverse Technologies
- T&W Funding Company
- Targa Resources, Inc.
- Target Corporation
- Tata Consultancy Services
- TD Securities (USA) LLC
- TDS Investor Corporation
- Team Finance LLC
- Teamsters Allied Benefit Funds
- Technical & Scientific Application, Inc.
- Telefonica Europe B.V.
- Telefonica, S.A.
- Tembec
- Tembec Industries Inc.
- Templeton Global
- Teppco Partners, L.P.

- Terry L. Gentry
- Tesoro Corporation
- Teva Hungary Pharmaceutical Marketing Private Limited Company
- Teva Pharmaceutical Works Company
- TFS
- Thalia CLO
- Thalia Credit FAC
- The Adelphia Recovery Trust
- The Blackstone Group
- The Carlyle Group
- The Clorox Company
- The Hartford Financial Services Group, Inc.
- The Hertz Corporation
- The Home Depot, Inc.
- The Lightstone Group
- The McGraw-Hill Companies, Inc.
- The Neiman Marcus Group, Inc.
- The Options Clearing Corporation
- The Pemex Project Funding Master Trust
- The Pension Fund Group
- The Provisional French Administrator to Banque Lehman Brothers
- The Rhodes Companies, LLC
- The Sports Authority, Inc.
- The Williams Companies
- Thomas Hommel
- Ticknor Corner LLC
- Tobacco Settlement Financing Corporation
- TomTom N.V.
- TOUSA, Inc. (f/k/a Technical Olympic USA Inc.)
- Town Sports International, Inc.
- Toys R Us
- Tozzini Freire Advogados
- TPF Generation Holdings, LLC
- Trademarks LLC
- Tradition (North America) Inc.
- Tradition Asiel Securities Inc.
- Tradition Services S.A. DE C.V. Mex
- Transamerica Asset Funding Corp. I
- Transdigm Inc
- Transocean Inc.
- Trans World Airlines Inc.
- Travelport 2nd A&R
- Travelport Holdings Ltd.
- Travelport Inc.
- Tribune Company
- Tri-State Generation And Transmission Association, Inc.
- Tronox Worldwide
- Tronox Worldwide LLC
- Tropicana Entertainment
- TRW Automotive Holdings Corp.
- TRW Automotive Inc.
- Tullett Prebon Holdings Corporation
- Turnberry Associates
- Turnberry Retail Holding, L.P.
- Turnberry/Centra Crossroads, LLC
- Turnberry/Centra Development, LLC
- Turnberry/Centra Office Sub, LLC
- Turnberry/Centra Quad, LLC
- Turnberry/Centra Sub, LLC
- Turnberry/South Strip, LP
- TXU / Texas Utilities
- TXU Energy Company
- Tyco Electronics
- Tyco International Group S.A.
- U.S. AgBank
- U.S. Shipping Partners L.P.
- Unclaimed Property Recovery Service, Inc.
- Unicredito Italiano
- United Air Lines
- United Components, Inc.
- United of Omaha Life Insurance
- United States Steel Corporation / US Steel Corp
- United Surgical Partners International, Inc.
- UnitedHealth Group Inc

- University of Pittsburgh
- Univision Communications Inc.
- UPC Broadband Holding B.V.
- UPC Media
- US Airways Group, Inc.
- US Investigations Services, Inc.
- USAA Capital Corporation
- USI Holdings Corp.
- USPF Holdings, LLC
- Utah Housing Corporation
- Utendahl Capital Partners, L.P.
- Valero Energy Corporation
- Van Der Moolen Specialists
- Van Gansewinkel Holding B.V.
- Varel Funding Corp.
- Varig S.A. (Vicao Aerea Rio-Grandense)
- VBS Investment Bank
- Venetian Macau Limited
- Venise Acquisition
- Venoco, Inc.
- Venstar Leasing
- Verde CDO
- Verint Systems Inc.
- Verso Paper Holding LLC
- Vertex Mortgage Services
- Vertrue Incorporated
- Veyance Technologies, Inc.
- Virginia Electric And Power Company
- Virtix
- Visteon Corporation
- Vodafone Group Plc
- Vornado Realty L.P.
- Vought Aircraft Industries, Inc.
- Walmart Stores
- Warburg Pincus Equity Partners L.P.
- Washington Metro
- Washington State Tobacco Settlement Authority
- Waterfall European CLO S.A.
- WCI Capital Corp.
- WCI Communities
- WDAC Intermediate

- Weetabix Mills
- Wellmont Health System
- Wellpoint Inc
- Wells Fargo Bank Minnesota
- Wendy M. Uvino
- Werra Papier
- Wesco Aircraft Hardware Corp.
- West Corporation
- Westar Energy, Inc.
- Wexford Capital LLC
- Whippoorwill Associates Inc
- White Mountains Insurance Group, Ltd.
- William Capital Group, L.P.
- William Fox
- William Gordon
- William Olshan
- William P. White
- Williams Partners L.P.
- Wilmar Landco LLC
- Wimar Opco
- Wind Telecommunicazioni S.P.A.
- Windwalker Hawaii
- Wintergreen Orchard House
- Winstar
- Wisconsin Electric Power Company
- Wisconsin Energy Corporation
- Wisconsin Gas LLC (f/k/a Wisconsin Gas Company)
- Wisconsin Power And Light Company
- WMG Acquisition Corp.
- Wolf Hollow 2nd Lien
- Wolf Hollow I LP
- Wolters Kluwer NV
- Woodmark
- World Directories
- World Directories Acquisition Corp.
- WWK Hawaii
- Wyeth
- Xcel Energy Inc.
- Xerox Corporation
- XL Capital
- XL Specialty Insurance Company

- XLCA Admin, LLC
- XLCDS, LLC
- Yankee Candle Company, Inc.
- Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund
- Yellowstone Club
- Yellowstone Mtn Club
- Yin Ying Leung
- Young Broadcasting
- YPSO France S.A.S.
- YPSO Senior
- Yuksung Korea Co., Ltd.
- Yuma Hospital District
- Yvonne Stich
- Zahniser Trus
- Zephyrus Investments LLC

## EXHIBIT B

## Connections to Potential Parties in Interest[1]

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| ABN Ambro Holding N.V. | Former client on unrelated matter | Potential party in interest |
| Accredited Home Lenders, Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| AES Corporation | Affiliate of current clients on unrelated matters | Potential party in interest |
| AIG CDS, Inc. | Affiliate of current client on unrelated matters | Potential party in interest |
| AIG Financial Products Corp. | Current client on unrelated matters | Potential party in interest |
| Aircraft Finance Trust | Former client on unrelated matters | Potential party in interest |
| AMBAC | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Alcoa Inc. | Former client on unrelated matter | Potential party in interest |
| Allegheny Energy | Current client on unrelated matter | Potential party in interest |
| Alliance Imaging, Inc. | Former client on unrelated matters | Potential party in interest |
| Alliant Energy Corporation | Former client on unrelated | Potential party in interest |

---

[1]    The following parties were inadvertently listed as former clients of Milbank attorneys on unrelated matters in the Application:  Ashurst Morris Crisp; Cadwalader, Wickersham & Taft; and Clifford Chance.

[2]    A "current client" is an entity for which there are, as of the Petition Date, active matters on which Milbank is engaged; a "former client" is an entity for which there were no active matters as of the Petition Date, but there may in the future be active matters; and a "former client of Milbank attorney" is an entity that was a client of a Milbank attorney prior to such attorney's employment by Milbank.

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| | matters | |
| Allianz SE | Current client on unrelated matter | Potential party in interest |
| Allied Waste Industries Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Allied World Assurance Company Limited | Affiliate of current client on unrelated matters | Potential party in interest |
| Allison Transmission, Inc. | Affiliate of current clients on unrelated matters | Potential party in interest |
| Ameren Corporation | Former client on unrelated matter | Potential party in interest |
| American Airlines, Inc. | Former client on unrelated matters | Potential party in interest |
| American Axle & Manufacturing Inc. | Affiliate of former client on unrelated matter | Potential party in interest |
| American Electric Power Company Inc. | Current client on unrelated matter | Potential party in interest |
| AmeriSourceBergen Corporation | Current client on unrelated matter | Potential party in interest |
| Amgen Inc. | Former client on unrelated matters | Potential party in interest |
| Apollo Management | Current client on unrelated matters | Potential party in interest |
| Aramark Corporation | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Arysta Lifescience | Former client on unrelated matters | Potential party in interest |
| Ashmore Energy International / AEI | Former client of Milbank attorney on unrelated matter | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| Assurant, Inc. | Current client on unrelated matter | Potential party in interest |
| Asurion Corporation | Former client on unrelated matters | Potential party in interest |
| Autodesk Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Aviva Life and Annuity Company | Current client on unrelated matters | Potential party in interest |
| Banca Italease S.p.A. | Former client on unrelated matter | Potential party in interest |
| Banco Santander | Current client on unrelated matter | Potential party in interest |
| Bank of Taiwan, New York Agency | Affiliate of former client on unrelated matter[3] | Potential party in interest |
| Bausch and Lomb | Former client on unrelated matter | Potential party in interest |
| BBVA Securities Inc. | Current client on unrelated matters | Potential party in interest |
| BEA Systems Inc. | Current client on unrelated matters | Potential party in interest |
| Berry Plastics Corporation | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Best Buy | Former client on unrelated matter | Potential party in interest |
| BlackRock | Affiliate of current and former clients on unrelated matters | Potential party in interest |
| Blackstone Capital Partners | Affiliate of current client on | Potential party in interest |

---

[3]    This party's relationship with Milbank was inadvertently omitted in the Application.

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| V L.P. | unrelated matters | |
| BMO Capital Markets Corp. | Current client on unrelated matter | Potential party in interest |
| BNY Capital Markets, Inc. | Current client on unrelated matters | Potential party in interest |
| Booz Allen Hamilton Inc. | Former client on unrelated matters | Potential party in interest |
| British Sky Broadcasting Group plc | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| BRSP, LLC | Current client on unrelated matter[4] | Potential party in interest |
| Buckeye Partners, L.P. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Buffets, Inc. | Current client on unrelated matter | Potential party in interest |
| Cablevision Systems Corp. | Current client on unrelated matter | Potential party in interest |
| Calpine Corporation | Former client on unrelated matters | Potential party in interest |
| CALYON f/k/a Credit Agricole | Current client on unrelated matter | Potential party in interest |
| Campbell Soup Company | Former client on unrelated matter | Potential party in interest |
| Carlsberg Breweries | Affiliate of former client on unrelated matters | Potential party in interest |
| CBS Corp. | Former client on unrelated | Potential party in interest |

---

[4]    See supra ¶ 13 for additional information on Milbank's connection to BRSP, LLC.

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| | matters | |
| CDC IXIS Financial Guaranty Services Inc. | Affiliate of current client on unrelated matters | Potential party in interest |
| Centerpoint Energy Resources | Former client on unrelated matter | Potential party in interest |
| Cessna | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Charles Schwab & Co., Inc. | Current client on unrelated matters | Potential party in interest |
| Cheung Kong Bond Finance Limited | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Chiomenti Studio Legale | Current client on unrelated matter | Potential party in interest |
| CIT Group | Current client on unrelated matters | Potential party in interest |
| Citic International Financial Holdings | Affiliate of former client on unrelated matters | Potential party in interest |
| Colfax Corporation | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Commerzbank Capital Markets Corp. | Former client on unrelated matter and affiliate of current client on unrelated matters | Potential party in interest |
| Conseco Inc. | Former client on unrelated matter and affiliate of current and former clients on unrelated matters | Potential party in interest |
| Constellation Energy Group, Inc. | Former client on unrelated matter | Potential party in interest |
| Continental Airlines Inc. | Former client of Milbank attorneys on unrelated matters | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| Cooperative Centrale Raiffeisen-Boerenleenbank, B.A. | Current client on unrelated matters | Potential party in interest |
| Coventry Health Care, Inc. | Current client on unrelated matter | Potential party in interest |
| Cox Enterprises, Inc. | Former client on unrelated matter | Potential party in interest |
| CROSSMAR, Inc. | Affiliate of current client on unrelated matters | Potential party in interest |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Former client on unrelated matter | Potential party in interest |
| Darden Restaurants Inc. | Former client on unrelated matter | Potential party in interest |
| Del Monte Corporation | Current client on unrelated matter | Potential party in interest |
| Deere & Company | Former client on unrelated matter | Potential party in interest |
| Delta Airlines | Former client on unrelated matter | Potential party in interest |
| Deutsche Bank Trust Company Americas | Affiliate of current clients on unrelated matters | Potential party in interest |
| Deutsche Telekom AG | Former client, and affiliate of former client, on unrelated matters | Potential party in interest |
| DK Acquisition Partners | Current client on unrelated matter | Potential party in interest |
| Dominion Resources Inc. | Affiliate of current client on unrelated matter | Potential party in interest |
| Dresser, Inc. | Successor to former client, and affiliate of former clients, on unrelated matters | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| Duff & Phelps | Former client on unrelated matters | Potential party in interest |
| Dun & Bradstreet Ltd. | Former client on unrelated matters[5] | Potential party in interest |
| Dynegy Holdings, Inc. | Former client on unrelated matter | Potential party in interest |
| E.On AG | Affiliate of current client on unrelated matter | Potential party in interest |
| Eagle Rock Energy Partners, L.P. | Affiliate of former clients on unrelated matters | Potential party in interest |
| Edison International | Former client on unrelated matters | Potential party in interest |
| Edison Mission Energy | Current client on unrelated matters | Potential party in interest |
| Edscha A.G. | Current client on unrelated matters | Potential party in interest |
| Edward D. Jones & Co., LP | Former client on unrelated matters | Potential party in interest |
| Electrabel, S.A. | Former client on unrelated matters | Potential party in interest |
| Electricite de France | Former client on unrelated matters | Potential party in interest |
| El Paso Corporation | Former client on unrelated matter | Potential party in interest |
| Embarcadero Aircraft Securitization Trust | Former client on unrelated matter[6] | Potential party in interest |

---

[5]     This party's relationship with Milbank was inadvertently omitted in the Application.

[6]     This party's relationship with Milbank was inadvertently omitted in the Application.

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| Enbridge | Former client on unrelated matter | Potential party in interest |
| ENEL SPA | Affiliate of current client on unrelated matters | Potential party in interest |
| Energy America LLC | Affiliate of former client on unrelated matter | Potential party in interest |
| Enron Corp. | Current client on unrelated matter | Potential party in interest |
| Entergy Corp. | Current client on unrelated matters | Potential party in interest |
| Faegre & Benson | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Fidelity Capital Markets | Current client on unrelated matters | Potential party in interest |
| Fidelity Investments | Current client on unrelated matters | Potential party in interest |
| Financial Security Assurance | Former client on unrelated matters | Potential party in interest |
| First Data Corporation | Former client on unrelated matters | Potential party in interest |
| FirstEnergy Corp | Former client on unrelated matter | Potential party in interest |
| Florida Power & Light Company | Former client on unrelated matter | Potential party in interest |
| Ford Motor Credit | Affiliate of former client on unrelated matter | Potential party in interest |
| Ford Motor Company | Former client on unrelated matter | Potential party in interest |
| Fortis Group | Current client on unrelated matters | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| Fortress Investment Group LLC | Current client on unrelated matters | Potential party in interest |
| FPL Group Capital Inc. | Affiliate of former client on unrelated matter | Potential party in interest |
| Freescale Semiconductor, Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Gate Gourmet | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| GenenTech, Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| General Mills, Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Genworth Financial, Inc. | Former client on unrelated matters | Potential party in interest |
| Georgia Gulf | Former client on unrelated matter | Potential party in interest |
| Georgia Pacific Corporation | Former client on unrelated matter | Potential party in interest |
| Government of Singapore Investment Corporation Pte Ltd. | Current client on unrelated matter | Potential party in interest |
| Green Valley Ranch Gaming LLC | Current client on unrelated matter | Potential party in interest |
| Greenpoint Mortgage Funding Trust Series | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Halliburton Company | Current client on unrelated matter | Potential party in interest |
| Harrah's Operating Co. Inc. | Affiliate of former client on unrelated matter | Potential party in interest |
| Harris Nesbit Corp. | Former client on unrelated | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| | matter | |
| HBK Investments LP | Former client on unrelated matters | Potential party in interest |
| HCA, Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Herbert Smith CIS LLP | Affiliate of former client on unrelated matter | Potential party in interest |
| Herbst Gaming, Inc. | Former client on unrelated matters | Potential party in interest |
| Hewlett Packard | Current client on unrelated matter[7] | Potential party in interest |
| Houghton Mifflin | Former client of Milbank attorney in unrelated matter | Potential party in interest |
| HSBC Finance Corporation | Affiliate of current client on unrelated matter | Potential party in interest |
| HVB Capital Markets, Inc. | Affiliate of former client on unrelated matter | Potential party in interest |
| Iasis Healthcare LLC | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Illinois Power Company | Former client on unrelated matter | Potential party in interest |
| Imperial Tobacco | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Incapital LLC | Former client on unrelated matter | Potential party in interest |
| INEOS Group Limited | Affiliate of former client on unrelated matter | Potential party in interest |

---

[7]     This party was inadvertently listed as a former client on an unrelated matter in the Application.

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| ING Financial Markets LLC | Affiliate of current clients on unrelated matters | Potential party in interest |
| ING Groep NV | Affiliate of current clients on unrelated matters | Potential party in interest |
| Intelsat Corporation | Current client and affiliate of current client on unrelated matters | Potential party in interest |
| Intelsat (Bermuda) Ltd. | Former client on unrelated matters | Potential party in interest |
| Intergen N.V. | Affiliate of former client on unrelated matters | Potential party in interest |
| International Lease Finance | Affiliate of current client on unrelated matters | Potential party in interest |
| International Transmission Company | Former client on unrelated matters | Potential party in interest |
| Intersil Corporation | Former client on unrelated matter | Potential party in interest |
| Intesa | Former client on unrelated matters | Potential party in interest |
| INVESCO CLO | Affiliate of current client on unrelated matter | Potential party in interest |
| INVESCO Real Estate | Affiliate of current client on unrelated matter | Potential party in interest |
| Iridium Satellite LLC | Current client on unrelated matter | Potential party in interest |
| ITC Holdings Corporation | Former client on unrelated matters | Potential party in interest |
| ITC Midwest LLC | Affiliate of former client on unrelated matters | Potential party in interest |
| J Aron & Company | Current client on unrelated | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| | matter | |
| Kabel Deutscheland | Former client on unrelated matters | Potential party in interest |
| Kelson Holding LLC | Current client on unrelated matter | Potential party in interest |
| Kelson Finance LLC | Affiliate of current client on unrelated matter | Potential party in interest |
| Keystone Inc. | Affiliate of former client on unrelated matters | Potential party in interest |
| Kimberly-Clark Corporation | Current client on unrelated matter | Potential party in interest |
| Kinder Morgan Energy Partners L.P. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Knight Capital Group | Current client on unrelated matters | Potential party in interest |
| KPMG | Former client of Milbank attorneys on unrelated matters | Potential party in interest |
| KKR Private Equity Investors L.P. | Former client on unrelated matters | Potential party in interest |
| Las Vegas Sands, LLC | Affiliate of current client on unrelated matters | Potential party in interest |
| LaSalle Bank National Association | Former client on unrelated matters | Potential party in interest |
| Legal & General Group Plc | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Lexington Insurance | Affiliate of current client on unrelated matter | Potential party in interest |
| Liberty Mutual Group Inc. | Former client on unrelated matter | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| Lloyds TSB Bank plc | Current client on unrelated matter | Potential party in interest |
| Lyondell | Former client on unrelated matter | Potential party in interest |
| Mac Gen LLC | Current client on unrelated matters | Potential party in interest |
| Macquarie | Affiliate of current clients on unrelated matters | Potential party in interest |
| Marathon Oil Company | Former client on unrelated matter | Potential party in interest |
| Marriott International Inc. | Former client on unrelated matter | Potential party in interest |
| Massachusetts Mutual Life Insurance | Current client on unrelated matters | Potential party in interest |
| McGraw-Hill Companies, Inc. | Former client on unrelated matters | Potential party in interest |
| Metropolitan West Asset Management, LLC | Affiliate of former client on unrelated matter | Potential party in interest |
| Metropolitan West Total Return Bond Fund | Affiliate of former client on unrelated matter | Potential party in interest |
| Mirant Corporation | Affiliate of former client on unrelated matters | Potential party in interest |
| Misys PLC | Former client on unrelated matter | Potential party in interest |
| Mizuho Financial Group | Affiliate of current client on unrelated matter | Potential party in interest |
| Moody's Corp. | Affiliate of former client on unrelated matter | Potential party in interest |
| Muriel Siebert & Co., Inc. | Current client on unrelated matters | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| National Rural Utilities Cooperative Finance Corporation | Former client on unrelated matters | Potential party in interest |
| NautaDutilh N.V. | Former client on unrelated matters | Potential party in interest |
| Nevada Power Company | Former client on unrelated matter | Potential party in interest |
| New England Power Company | Former client on unrelated matters | Potential party in interest |
| New York Life Insurance Co | Current client on unrelated matters | Potential party in interest |
| New York Life Investment Management LLC | Former client on unrelated matter | Potential party in interest |
| Newell Rubbermaid Inc. | Former client on unrelated matter | Potential party in interest |
| Newpage Corporation | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Nokia Corporation | Affiliate of former clients on unrelated matters | Potential party in interest |
| Northeast Utilities | Current client on unrelated matter | Potential party in interest |
| Northwest Airlines, Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| NRG Energy, Inc. | Current client on unrelated matters | Potential party in interest |
| Nuance Communications, Inc. | Former client of Milbank attorneys on unrelated matters | Potential party in interest |
| Omnicare, Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| OneBeacon US Holdings | Affiliate of former client on | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| | unrelated matters | |
| Oracle Corporation | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| PacifiCorp | Former client on unrelated matters | Potential party in interest |
| Pacific Investment Management Company LLC | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Pacific Life Insurance Company | Current client on unrelated matters | Potential party in interest |
| PanAmSat Corporation | Former client on unrelated matters | Potential party in interest |
| Pangea Ltd | Affiliate of current clients on unrelated matters | Potential party in interest |
| Peabody Energy Corporation | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Pinnacle Entertainment, Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Pinnacle West Capital Corp | Current client on unrelated matter | Potential party in interest |
| Philip Morris International Inc | Former client on unrelated matter | Potential party in interest |
| Philips Electronics NV | Affiliate of former client on unrelated matter | Potential party in interest |
| Plastech Engineered Products, Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Portland General Electric Company | Former client on unrelated matters | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| PricewaterhouseCoopers LLP | Current client on unrelated matter[8] | Accountant employed or retained during the two years prior to the Petition Date, and affiliate of Bankruptcy Liquidator for Lehman Brothers Finance, AG, in Liquidation |
| Pricoa Relocation UK Limited | Affiliate of current client on unrelated matter | Potential party in interest |
| Principal Financial Group, Inc. | Former client on unrelated matters | Potential party in interest |
| ProSiebenSat. | Current client on unrelated matters | Potential party in interest |
| Public Service Enterprise Group Incorporated | Former client on unrelated matter | Potential party in interest |
| Puget Sound Energy Inc. | Affiliate of former client on unrelated matter | Potential party in interest |
| Qwest Services Corporation | Current client on unrelated matter | Potential party in interest |
| Raymond James & Associates, Inc. | Current client on unrelated matter | Potential party in interest |
| RBC Dain Rauscher Inc. | Current client on unrelated matters | Potential party in interest |
| RBS Greenwich Capital | Former client on unrelated matters | Potential party in interest |
| Rexnord Corporation | Affiliate of former client on unrelated matter | Potential party in interest |
| Reynolds American | Former client on unrelated matter | Potential party in interest |

---

[8]    This party's relationship with Milbank was inadvertently omitted in the Application.

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| RJ Reynolds Tobacco Holdings, Inc. | Affiliate of former clients on unrelated matters | Potential party in interest |
| Rockefeller Center Management Corporation | Former client on unrelated matters | Potential party in interest |
| Royal Bank of Canada | Current client on unrelated matters | Potential party in interest |
| Sabre Holdings Corporation | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Santander Investment Securities Inc. | Current client on unrelated matters | Potential party in interest |
| Scotia Capital Inc. | Current client on unrelated matters | Potential party in interest |
| Sequa Corporation | Former client on unrelated matter | Potential party in interest |
| SG Americas Securities LLC | Current client on unrelated matters | Potential party in interest |
| Siemens AG | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Sierra Pacific Power Company | Former client on unrelated matter | Potential party in interest |
| Silicon Graphics Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Six Flags Theme Parks Inc. | Affiliate of former client on unrelated matter | Potential party in interest |
| SkyPower Corporation | Current client on unrelated matters[9] | Potential party in interest |
| Southern California Edison | Former client on unrelated | Potential party in interest |

---

[9]    This party's relationship with Milbank was inadvertently omitted in the Application.

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| | matters | |
| Southern Company | Current client on unrelated matter | Potential party in interest |
| Sovereign Securities Corporation, LLC | Affiliate of current client on unrelated matter | Potential party in interest |
| Starwood Hotels & Resorts | Former client on unrelated matters | Potential party in interest |
| Structured Asset Securities Corporation II | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Sumitomo Mitsui Financial Group | Affiliate of current client on unrelated matters | Potential party in interest |
| Sumitomo Trust & Banking Co Ltd | Affiliate of current client on unrelated matter | Potential party in interest |
| SunAmerica Asset Management | Affiliate of current client on unrelated matter | Potential party in interest |
| Sunoco, Inc. | Current client on unrelated matters | Potential party in interest |
| Swiss Reinsurance | Current client on unrelated matter | Potential party in interest |
| Target Corporation | Current client on unrelated matter | Potential party in interest |
| Tata Consultancy Services | Current client on unrelated matter | Potential party in interest |
| TD Securities (USA) LLC | Former client on unrelated matters | Potential party in interest |
| Telefonica Europe B.V. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Telefonica, S.A. | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| The Carlyle Group | Current client on unrelated matters | Potential party in interest |
| The Clorox Company | Current client on unrelated matter | Potential party in interest |
| The Hartford Financial Services Group, Inc. | Current client on unrelated matters | Potential party in interest |
| The Home Depot, Inc. | Current client on unrelated matters | Potential party in interest |
| The Pemex Project Funding Master Trust | Affiliate of former client of Milbank attorney | Potential party in interest |
| The Williams Companies | Former client on unrelated matters | Potential party in interest |
| Tesoro Corporation | Affiliate of former client on unrelated matter | Potential party in interest |
| Toys R Us | Former client on unrelated matter | Potential party in interest |
| Tradition (North America) Inc. | Former client on unrelated matters | Potential party in interest |
| Transamerica Asset Funding Corp. I | Affiliate of current client on unrelated matter | Potential party in interest |
| Trans World Airlines Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Travelport Inc. | Former client on unrelated matter | Potential party in interest |
| Tribune Company | Current client on unrelated matter | Potential party in interest |
| Tropicana Entertainment | Current client on unrelated matters | Potential party in interest |
| TXU / Texas Utilities | Current client on unrelated matters | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| Tyco Electronics | Former client on unrelated matter | Potential party in interest |
| Tyco International Group S.A. | Affiliate of former client on unrelated matter | Potential party in interest |
| United of Omaha Life Insurance | Current client on unrelated matters | Potential party in interest |
| United Surgical Partners International, Inc. | Former client on unrelated matter | Potential party in interest |
| UnitedHealth Group Inc | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| US Airways Group, Inc. | Former client on unrelated matters | Potential party in interest |
| Valero Energy Corporation | Former client on unrelated matter | Potential party in interest |
| Varig S.A. (Vicao Aerea Rio-Grandense) | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Vertex Mortgage Services | Affiliate of former client on unrelated matters | Potential party in interest |
| Virginia Electric And Power Company | Former client on unrelated matters | Potential party in interest |
| Visteon Corp. | Former client on unrelated matter | Potential party in interest |
| Vodafone Group Plc | Former client on unrelated matter | Potential party in interest |
| Vornado Realty L.P. | Affiliate of former clients on unrelated matters | Potential party in interest |
| Walmart Stores | Former client on unrelated matter | Potential party in interest |
| Warburg Pincus Equity Partners L.P. | Former client, and affiliate of former client, on unrelated | Potential party in interest |

| Party In Interest | Relationship with Milbank[2] | Relationship with Debtors |
|---|---|---|
| | matters | |
| Wellpoint Inc | Former client of Milbank attorneys on unrelated matter | Potential party in interest |
| Wells Fargo Bank Minnesota | Former client on unrelated matters | Potential party in interest |
| Wesco Aircraft Hardware Corp. | Former client on unrelated matter | Potential party in interest |
| Westar Energy, Inc. | Current client on unrelated matter | Potential party in interest |
| Wexford Capital LLC | Affiliate of former client on unrelated matters | Potential party in interest |
| Wisconsin Power And Light Company | Former client on unrelated matter | Potential party in interest |
| Wolters Kluwer | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Wyeth | Current client on unrelated matters | Potential party in interest |
| Xerox Corporation | Former client on unrelated matters | Potential party in interest |
| XL Capital | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |