# EXHIBIT A

**Loan Market Association Trade Confirmation – dated March 12, 2008**

ANNEX "A"    p 1/2

**LEHMAN BROTHERS**
**LMA TRADE CONFIRMATION (PAR)**

To       Yarpa Investimenti S.G.R. S.p.A – RP3 Fund          Date:  12th March 08

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par Trade Transactions of the Loan Market Association ("LMA") as in effect on the Trade Date, which are incorporated in this Confirmation:

1. Credit Agreement Details:
   Borrower(s):        Lavena Holding 4 GMBH
   Guarantor(s):       Lavena Holding 3 GMBH
   Agent Bank:         Bayerische Hypo- und Vereinsbank AG
   Date:               2nd March 2007
   Governing Law:      English
   Facility Amount:    EUR 501,578,000.00

2. Trade Date:        4th March 2008

3. Settlement Date:   ☒ As soon as practicable

4. Seller: Lehman Commercial Paper Inc., UK Branch
   as ☒ principal ☐ agent for
   _____

5. Buyer: Yarpa Investimenti S.G.R. S.p.A – RP3 Fund
   as ☒ principal ☐ agent for
   _____

6. Details of Traded Portion: Splits between GLG funds as per Schedule 1.
   Name of Tranche/Facility:
   Mezzanine Facility
   Nature (Revolving, Term, Acceptances) Guarantee/Letter of Credit, Other): Term
   Cash Margin:     4.00%
   Pik Margin:      4.25%
   Final Maturity:  120 months from the Closing Date
   Traded Portion of Commitment:
   - Amount:

7. Pricing
   Name of Tranche/Facility: Mezzanine Facility
   Purchase Rate:

8. Accrued Interest:
   ☒ settled without accrued interest
   ☐ paid on Settlement Date
   ☐ discounted from next roll-over date
   ☐ N/A

9. Break Costs:
   ☒ as specified in Condition 12 of LMA Terms and Conditions
   ☐ None
   ☐ Other (specify) _____

10. Transfer Costs: EUR 2,500.00
    Recordation and Transfer Payable by:
    ☐ Buyer
    ☒ Buyer and Seller in equal shares
    ☐ Seller
    ☐ N/A (participations)
    Stamp duties and other applicable transfer taxes and any costs attributable to transfer of security are:
    ☐ payable by Buyer
    ☐ payable by other
    ☒ N/A (participations)

11. Form of Purchase:
    ☒ Transfer Certificate (from Credit Agreement)
    ☐ LMA Transfer Agreement
    ☐ LMA Assignment
    ☐ LMA Funded Participation
    ☐ LMA Funded/Risk Participation
    ☐ LMA Risk Participation
    ☐ LMA Risk to Funded Participation
    ☐ Other [specify details]


ANNEX "A"        p 2/2

The transaction ☐ will, ☒ will not be, disclosed to the Borrower(s) by the Seller.

12. **Transaction Documentation:**
    To be prepared by:
    ☒ Seller
    ☒ Buyer

13. **Credit Documentation to be provided:**
    ☐ Yes  ☒ No

14. **Process Agents:**
    Buyer: ☒ No ☐ Yes
    (details) _____

    Seller: ☒ No ☐ Yes
    (details) _____

15. **Other Terms of Trade**
    ☒ This transaction is subject to the granting of any third party consents required under the terms of the Credit Agreement, or otherwise by law.

    ☐ If any required consent is not obtained by the proposed Settlement Date (or such other date as the parties may agree) each of the Buyer and the Seller agrees to use all reasonable efforts (subject to the terms of the Credit Documentation) to settle this transaction as a:
    ☐ Funded Participation
    ☐ Risk Participation
    ☐ Funded/Risk Participation
    ☐ Risk to Funded Participation

☐ This transaction is subject to a satisfactory legal review by the Buyer of the sufficiency of the Credit Documentation.

☐ This transaction is subject to a satisfactory review by the Buyer of the arrangements pursuant to which the interest of the Seller in the Traded Portion derives from the lender of record (applicable only where the Seller is not a lender of record).

☐ This transaction shall also be subject to the successful completion of the sale/purchase or participation by the Buyer/Seller of the asset to be purchased/sold or participated hereunder.

☒ This transaction is subject to compensation for delayed settlement and buy-in/sell-out damages.

Please sign and return this letter to the attention of the contact person mentioned below no later than the close of business on 13th March 08 at the fax number or electronic mail address mentioned below. Please note that, in accordance with the LMA Standard Terms and Conditions for Par Trade Transactions, any disagreement with the terms set out above must be notified to us no later than this time.

If you have any questions, please contact Sthopun Joonia at +44 (0)207 102 9826 (tel no).

SELLER Lehman Commercial Paper Inc., UK Branch        BUYER Yarpa Investimenti S.G.R. S.p.A – RP3 Fund

| | | | |
|---|---|---|---|
| Contact Person: | Emeka Ilomechina | Contact Person: | Mauro Rebutto |
| Fax No: | +44 20 7067 9506 | Fax No: | +39 010 581400 |
| E-Mail: | Emeka.ilomechina@lehman.com | E-Mail: | info@yarpa.it |
| Phone No: | +44 20 7102 8654 | Phone No: | +39 010 581061 |
| By: | | By: | |
| Name: | | Name: | |
| Title: | | Title: | DIRECTOR |
| Date: | | Date: | |