# EXHIBIT B

## Demand Letter – dated June 25, 2008



To:

Emeka Ilomechina

Lehman Commercial Paper Inc, UK Branch
25 Bank Street
London
E14 5LE

*Recorded-delivery letter with advice of receipt*

June 25th, 2008, Genova

Dear Sirs,

Re: LMA TRADE CONFIRMATION (PAR) RELATING TO THE EUR 501,378,000.00 - SUBORDINATION FACILITY AGREEMENT DATED 2nd MARCH 2007 (AS AMENDED AND RESTATED OR SUPPLEMENTED FROM TIME TO TIME THE FACILITY AGREEMENT)

We make reference to the LMA Trade Confirmation in caption executed between Lehman Commercial Paper Inc., UK Branch, as seller (the "Seller") and our company, Yarpa Investimenti S.G.R. S.p.A. - RP3 Fund, as buyer, on 12th March 2008, attached herewith under Annex "A" (the "Confirmation" whose terms defined in capital letters, unless otherwise defined herein, are incorporated in this letter).

According to the Confirmation: (i) the Trade Date has been agreed as being the 4th March 2008 and (ii) the Settlement Date has been agreed as being "as soon as practicable".

Despite several written requests via e-mails dated 11th April 2008, 24th April 2008, 19th May 2008 and 16th June 2008, so far we have not yet been provided by you with the duly completed Transfer Certificate, it being expressly provided in the Confirmation that the Settlement Date will occur ( by delivery of the Transfer Certificate to the Buyer) "as soon as practicable". As you may surely appreciate, the compliance of the obligation to deliver the Transfer Certificate to our company after c.a. 4 months as from the Trade Date cannot be deemed in any manner whatsoever as being fulfilled 'as soon as practicable'.

In light of the foregoing, we hereby formally request you the delivery of the Transfer Certificate duly completed to our company at the following address:

Yarpa Investimenti SGR SpA
Via Roma 3
1621, Genova
Italy
e-mail: info@yarpa.it
e-mail c.c.: info@rp3.it

by and not later than 7 Business Days as from the date hereof, otherwise the transaction provided under the LMA Trade Confirmation will be deemed as being terminated among the parties, thus resulting in the purchase price paid by our company in favour of the Seller undue and without prejudice, however, to our rights to claim any damage incurred by us as a consequence of the failure by the Seller to comply with the obligation provided thereunder.

Kind regards,

Yarpa Investimenti S.G.R. S.p.A. - RP3 Fund
Director: Mauro Rebutto

YARPA Investimenti – Società di Gestione del Risparmio S.p.A.
Sede di Genova –Via Roma, 3 - 16121 - Tel 010/581061 - Fax 010/581400 E-mail :info@yarpa.it
Ufficio di Milano – Via Caldera 21 – 20153
CCIAA Genova N. 360037 Capitale Sociale Euro 3.873.450,00 - Codice Fiscale e Partita IVA 03608700104 – Albo SGR n. 64
Società unipersonale soggetta ad attività di direzione e coordinamento di YARPA S.p.A.