**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE | § | |
| | § | **CASE NO. 08-13555-JMP** |
| **LEHMAN BROTHERS HOLDINGS INC.** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF LEVEL 3**
**COMMUNICATIONS, LLC TO PROPOSED CURE AMOUNTS**

Level 3 Communications, LLC ("Level 3"), creditor and party in interest, files this Notice of Withdrawal of Objection to Proposed Cure Amounts, and would show the Court as follows:

1.     On October 2, 2008, Level 3 filed its Objection to Proposed Cure Amounts ("Objection") (Docket Entry No. 536).

2.     The issues surrounding the Objection have been resolved.

3.     Level 3 hereby withdraws its Objection without prejudice to refiling same.

Dated:  June 1, 2009
Austin, Texas

Respectfully submitted,

**JACKSON WALKER L.L.P.**
100 Congress Avenue
Suite 1100
Austin, TX  78701
(512) 236-2000 - Telephone
(512) 236-2002 - Fax
Email:  msprouse@jw.com

By: _/s/Marvin E. Sprouse III_
      Marvin E. Sprouse III
      State Bar No. 24008067
      C. Wade Cooper
      State Bar No. 04772700

**ATTORNEYS FOR LEVEL 3**
**COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of June, 2009, a true and correct copy of the foregoing document was served electronically or via United States mail, postage prepaid upon the following parties:

WEIL, GOTSHAL & MANGES LLP
ATTN:  LORI R. FIFE
and SHAI Y. WAISMAN
767 Fifth Avenue
New York, NY 10153-0119

GOTTLIEB STEEN & HAMILTON LLP
ATTN:  LINDSEE P. GRANFIELD
and LISA M. SCHWEITZER
One Liberty Plaza
New York, NY  10006

HUGHES HUBBARD & REED LLP
ATTN:  JEFFREY S. MARGOLIN
One Battery Park Plaza
New York, NY  10004

BARCLAYS CAPITAL
ATTN:  NANCY STANTON
1301 Avenue of the Americas
5th Floor
New York, NY 10019

*/s/Marvin E. Sprouse III*
Marvin E. Sprouse III