

## LAHDE CAPITAL MANAGEMENT

**Delivered by Federal Express**

May 25, 2009

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Subject:     Duplicate Claims

To whom it may concern:

It has come to my attention that there are duplicate claims on your system. Please withdraw claim #2947, which is duplicative of claim #2948, and withdraw claim #2946, which is duplicative of claim #4410.

If you have any questions, please call me at (310) 571-1100 x103.

Best regards,

Andrew Springer

2400 Broadway, Suite 220 Santa Monica, CA 90404  310-571-1500