JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   Case No. 08-13555 (JMP)
                                                               :
           Debtors.                                            :   (Jointly Administered)
---------------------------------------------------------------x

## DECLARATION OF SERVICE BY ROBERT L. BYMAN

I, Robert L. Byman, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. This Declaration is submitted in compliance with this Court's February 11, 2009 Order requiring Anton R. Valukas, the Examiner in the above-captioned matter, to file with the Court an affidavit or declaration of service for each subpoena he serves. [Dkt. 2804.] This Declaration is also submitted in compliance with Local Rule 9078-1, which requires any party serving a pleading or other document to file proof of service within three (3) days of service.

2. Jenner & Block LLP ("Jenner & Block") is counsel to Anton R. Valukas, the Court-appointed Examiner in the above-captioned matter. [*See* Dkt. 2803.] As a partner at

Jenner & Block, I am duly authorized to make this Declaration ("Declaration") on behalf of the Examiner.

3.  On May 29, 2009, the Examiner, through Champion Courier, Inc., served a subpoena ("Subpoena") by hand on Ernst & Young, 5 Times Square, New York, New York, 10036-6530. On information and belief, the courier is over eighteen (18) years old and not a party to the above-captioned matter.

4.  On June 1, 2009, pursuant to this Court's February 11, 2009 Order, the Examiner's counsel served a copy of the Subpoena by First-Class United States Mail on (i) the Debtor; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the SIPA Trustee; and (iv) the United States Attorney for the Southern District of New York, with a courtesy copy to the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2009, at Chicago, Illinois.

_____
Robert L. Byman

Sworn to and subscribed before me
this 1st day of June 2009.

_____
NOTARY PUBLIC

My Commission Expires: September 30, 2010

"OFFICIAL SEAL"
Susan Cihlar
Notary Public, State of Illinois
My Commission Expires Sept. 30, 2010

2