| **Wolf-Riverwalk Square 303694/1075** | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| | Banahan, Thomas A. | 495 | 0.40 | 198.00 |
| | **Total Services** | | **0.40** | **$198.00** |
| **IBM Building 303694/1170** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 3.00 | 1485.00 |
| | **Total Services** | | **3.00** | **$1,485.00** |
| **Carillon Modifications - 303694/2044** | Attorney | Rate | Hours | Value |
| | Stein, Clifford | 450 | 56.90 | 25,605.00 |
| | Rossi, Robert A. | 525 | 39.50 | 20,737.50 |
| | Thomas, James J. | 700 | 1.60 | 1120.00 |
| | Cote, Anna | 235 | 5.80 | 1363.00 |
| | Glanz, David, L | 495 | 7.90 | 3910.50 |
| | Goldsmith, Paul | 195 | 2.50 | 487.50 |
| | Agnello, Michele | 185 | 5.40 | 999.00 |
| | Banahan, Thomas A. | 495 | 5.10 | 2524.50 |
| | **Total Services** | | **124.70** | **$56,747.00** |
| **RFR-Riande Hotel - 303694/2077** | Attorney | Rate | Hours | Value |
| | Thomas, James. J | 700 | 0.60 | 420.00 |
| | Banahan, Thomas A. | 495 | 5.60 | 2772.00 |
| | **Total Services** | | **6.20** | **$3,192.00** |
| **350 West Broadway Construction Loan 303694/2088** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 5.50 | 2722.50 |
| | Thomas James. J | 700 | 0.60 | 420.00 |
| | Glanz, David L. | 495 | 0.90 | 445.50 |
| | **Total Services** | | **7.0** | **$3,588.00** |
| **The Mark Redemption - 303694/2172** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 0.90 | 472.50 |
| | Zoffinger, Richard | 350 | 7.90 | 2765.00 |
| | Cook Jr., Wayne S. | 410 | 13.60 | 5576.00 |
| | **Total Services** | | **22.40** | **$8,813.50** |
| **Bankruptcy - 303694/2179** | Attorney | Rate | Hours | Value |
| | Simpson, Charles E. | 790 | 2.30 | 1817.00 |
| | Rossi, Robert A. | 525 | 6.00 | 3150.00 |
| | Etheridge, Derek | 315 | 40.90 | 12883.50 |
| | **Total Services** | | **49.20** | **$17,850.50** |

{10510984:1}

| **Monument Issues - 303694/2181** | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| | Rossi, Robert A. | 525 | 5.10 | 2677.50 |
| | Zoffinger, Richard | 350 | 1.30 | 455.00 |
| | Longo, Kim M. | 350 | 24.40 | 8540.00 |
| | Landzberg, Alan | 490 | 1.20 | 588.00 |
| | Fellerman, Michael J | 350 | 0.50 | 175.00 |
| | Cook Jr., Wayne S. | 410 | 6.20 | 2542.00 |
| | **Total Services** | | **38.70** | **$14,977.50** |
| **Moonlight Basin Enforcement - 303694/2184** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 0.60 | 315.00 |
| | Cook Jr., Wayne S. | 410 | 1.60 | 656.00 |
| | **Total Services** | | **2.20** | **$971.00** |
| **Hudson Yards Enforcement - 303694/2185** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 1.90 | $940.50 |
| | Boyd, Brook. | 495 | 0.40 | 198.00 |
| | **Total Services** | | **2.30** | **$1,138.50** |
| **Scout Issues - 303694/2187** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 9.70 | 5092.50 |
| | Longo, Kim M. | 350 | 4.40 | 1540.00 |
| | **Total Services** | | **14.10** | **$6,632.50** |
| **25/45 Broad Street - 303694/2192** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 3.20 | 1584.00 |
| | Hudson, Michael | 175 | 15.50 | 2712.50 |
| | Slama, Mark A. | 440 | 37.00 | 16280.00 |
| | Thomas, James J. | 700 | 12.20 | 8540.00 |
| | Dubiago, Lana | 170 | 10.90 | 1853.00 |
| | Mizrahi, Samuel | 365 | 54.50 | 19892.50 |
| | Solomon, Joel L. | 225 | 0.60 | 135.00 |
| | **Total Services** | | **133.90** | **$50,997.00** |
| **RFR Continental Bayside Hotel - 303694/2193** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 11.70 | 5791.50 |
| | Slama, Mark A. | 440 | 1.30 | 572.00 |
| | Thomas, James J. | 700 | 0.60 | 420.00 |
| | Mizrahi, Samuel | 365 | 3.50 | 1277.50 |

{10510984:1}

| | | | | |
|---|---|---|---|---|
| **RFR Continental Bayside Hotel - 303694/2193** | <u>Attorney</u> | <u>Rate</u> | <u>Hours</u> | <u>Value</u> |
| | Total Services | | 17.10 | $8,061.00 |
| **Paradise Hotel - 303694/2194** | <u>Attorney</u> | <u>Rate</u> | <u>Hours</u> | <u>Value</u> |
| | Cote, Anna | 235 | 0.30 | 70.50 |
| | Cook Jr., Wayne S. | 410 | 5.10 | 2091.00 |
| | **Total Services** | | **5.40** | **$2,161.50** |
| **215 Brazilian Avenue Enforcement - 303694/2196** | <u>Attorney</u> | <u>Rate</u> | <u>Hours</u> | <u>Value</u> |
| | Thomas James. J | 700 | 0.60 | 420.00 |
| | Banahan, Thomas A. | 495 | 2.20 | 1089.00 |
| | **Total Services** | | **2.80** | **$1,509.00** |
| **Northgate Foreclosure - 303694/2203** | <u>Attorney</u> | <u>Rate</u> | <u>Hours</u> | <u>Value</u> |
| | Rossi, Robert A. | 525 | 0.60 | 315.00 |
| | Cook Jr., Wayne S. | 410 | 15.00 | 6,150.00 |
| | Cote, Anna | 235 | 1.10 | 258.50 |
| | **Total Services** | | **16.70** | **$6,723.50** |
| **Lyon Issues – 303694/2205** | <u>Attorney</u> | <u>Rate</u> | <u>Hours</u> | <u>Value</u> |
| | Robert A. Rossi | 525 | 5.80 | 3045.00 |
| | Cook Jr., Wayne S. | 410 | 5.60 | 2296.00 |
| | Goldsmith, Paul | 195 | 10.50 | 2047.50 |
| | **Total Services** | | **21.90** | **$7,388.50** |

{10510984:1}