WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
              Debtors.                    :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

State of New York    )
                     )  ss.:
County of New York   )

      Christopher A. Stauble, being duly sworn, hereby deposes and says:

      1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

      2.    On the 22nd day of May 2009, I caused a true and correct copy of the following pleading to be served upon Mr. George E. Di Russo, 1244 SE 22 Avenue, Ocala, Florida 34471, via Federal Express Overnight Delivery.

- LBHI's Motion, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Authorization and Approval of Settlement Agreement with

the Pension Benefit Guaranty Corporation that Provides for, Inter Alia, Payment of $127,600,000 in Respect of Pension Benefits for Plan Participants and their Beneficiaries [Docket No. 3515]

/s/ Christopher A. Stauble
Christopher A .Stauble

Sworn to before me this
1st day of June 2009

/s/ Ilusion Rodriguez
Ilusion Rodriguez
Notary Public, State of New York
No. 01RO6188069
Qualified in New York County
Commission Expires June 2, 2012