UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                              :
             Debtors.                              :    (Jointly Administered)
                                                              :
                                                              :
-----------------------------------------------------------------x

### ORDER DENYING MOTION OF DNB NOR BANK ASA FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF

Upon the motion, dated September 30, 2008 [Docket No. 465] (the "Motion"), of DnB NOR Bank ASA ("DnB NOR,"), pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 4001 of the Federal Rules or Bankruptcy Procedure, for, *inter alia*, relief from the automatic stay provided under section 362(a) of the Bankruptcy Code (the "Automatic Stay") to effect a setoff; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the order entered September 22, 2008 governing case management and administrative procedures [Docket No. 285] to (i) the United States Trustee for

the Southern District of New York; (ii) the attorneys for the Official Creditors' Committee (the "Creditors' Committee"); (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and upon the objection of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), dated November 3, 2008 [Docket No. 1334 (as amended by Docket No. 1342)] (the "Initial Objection"), the joinder of the Creditors' Committee, dated November 3, 2008 [Docket No. 1336] (the "Committee Objection"), and the supplemental objection of the Debtors, dated December 2, 2008 [Docket No. 1988] (the "Supplemental Objection" and together with the Initial Objection and the Committee Objection, the "Objections"); and hearings (the "Hearings") having been held to consider the relief requested in the Motion on November 5, 2008, November 20, 2008, and December 3, 2008; and the Debtors, the Creditors' Committee, and DnB NOR having stipulated to the undisputed facts relating to the Motion and Objections pursuant to a stipulation and agreement approved by order dated January 22, 2009 [Docket No. 2605]; and upon the Debtors' supplemental brief in support of the Objections dated February 2, 2009 [Docket No. 2702], the Creditors' Committee's supplemental brief in support of the Objections dated February 2, 2009 [Docket No. 2703], and DnB NOR's supplemental letter brief in support of the Motion dated February 2, 2009 [Docket No. 2706] (collectively, the "Supplemental Briefs"); and based upon the factual findings and legal

conclusions set forth in the Court's memorandum decision, dated May 12, 2009 [Docket No. 3551] (the "Memorandum Decision"); and after due deliberation and sufficient cause appearing therefor, it is

    ORDERED that DnB NOR's request for relief from the Automatic Stay to effect a setoff is denied.

Dated:  New York, New York
         June 1, 2009

                                              *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE