WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                                        :    **(Jointly Administered)**
:
:
------------------------------------------------------------x

### NOTICE OF HEDGING TRANSACTIONS DEBTORS HAVE ENTERED THROUGH CERTAIN FUTURES AND PRIME BROKERAGE ACCOUNTS

**PLEASE TAKE NOTICE** that in accordance with the order, dated March 11, 2009 (the "Order"), authorizing Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors-in-possession (together, the "Debtors"), to grant first priority liens in cash collateral posted in connection with hedging transactions the Debtors enter through certain futures and prime brokerage accounts (the "Hedging Transactions") [Docket No. 3047], the Debtors hereby submit this notice summarizing the Hedging Transactions that have been consummated since the entry of the Order.

**PLEASE TAKE FURTHER NOTICE** that (i) the Debtors have entered into approximately 85 Hedging Transactions; (ii) the collateral posted in connection with such Hedging Transactions has an approximate aggregate value of $194,000,000; and (iii) the mark to

market value of the receivables from the corresponding open trades have an approximate aggregate value of $242,887,301.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will provide updates regarding their Hedging Transactions in accordance with the terms of the Order.

Dated:  June 1, 2009
     New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession