Eric E. Johnson (CO #19364)                          **Hearing Date June 3, 2009, 10:00 a.m.**
(*Pro Hac Vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Tel.:  (303) 861-7000
Fax:  (303) 866-0200
E-Mail: eric.johnson@hro.com
Attorneys for National CineMedia, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re**                                                     :          **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al* :          **08-13555 (JMP)**
                                                             :
                                                             :          **(Jointly Administered)**
                                        **Debtors.**      :
-----------------------------------------------------------------x

**NOTICE OF CONDITIONAL WITHDRAWAL OF OBJECTION BY NATIONAL
CINEMEDIA, LLC WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER
PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 9019(b) AUTHORIZING THE ESTABLISHMENT OF
PROCEDURES TO TERMINATE UNFUNDED COMMITMENTS AND
RESTRUCTURE CORPORATE LOAN AGREEMENTS**

National CineMedia, LLC ("**NCM**"), hereby submits the following Notice of Conditional

Withdrawal of its Request for Clarification and Limited Objection (the "**Response**") with

Respect to the Debtors' Motion for an Order Pursuant to Sections 105(a) and 363(b) of the

Bankruptcy Code and Bankruptcy Rule 9019(b) Authorizing the Establishment of Procedures to

Terminate Unfunded Commitments and Restructure Corporate Loan Agreements (the "**Motion**")

(Docket Entry No. 3573).  NCM respectfully would show the Court as follows:

      1.     On May 28, 2009, NCM filed the Response (Docket Entry No. 3684).

      2.     Through negotiations between NCM and the Debtors, the issues raised in the

Response have been resolved.

#1410802 v1 den

3.      NCM hereby withdraws the Response, without prejudice to refiling same, on the

condition that the Court's Order approving the Motion include language substantially similar to

the following:

> ORDERED that nothing in this Order shall be construed to
> authorize or empower the Debtors to (a) assign Corporate Loans
> with Unfunded Commitments or (b) terminate Unfunded
> Commitments or other obligations under credit, loan, security,
> participation or similar agreements (including, without limitation,
> obligations with respect to letters of credit), in each case, in
> violation of the provisions of the applicable agreements, without in
> any such case obtaining further court authorization on notice to the
> other parties to such agreements; and it is further
>
> ORDERED that nothing in this Order shall be construed to limit or
> otherwise affect the Debtors' ability to assume or reject any credit,
> loan, security, participation or similar agreement in accordance
> with the provisions of the Bankruptcy Code.

WHEREFORE, NCM respectfully requests that the Court accept its Conditional

Withdrawal of the Response and grant the relief requested in the Motion only on the condition

set forth above.

Dated this 1st day of June, 2009.

Respectfully submitted,

HOLME ROBERTS & OWEN LLP

By:  */s/ Eric E. Johnson*
       Eric E. Johnson, (CO #19364)
       1700 Lincoln Street, Suite 4100
       Denver, Colorado  80203-4541
       Telephone:    (303) 861-7000
       Facsimile:     (303) 866-0200
       E-Mail: eric.johnson@hro.com

Attorneys for National CineMedia, LLC

2

#1410802 v1 den