# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------- x
PNC BANK, National Association,       :
                                      :
              Plaintiff,              :
                                      :
      v.                              :  2:09-cv-245
                                      :
NEUBERGER BERMAN, LLC,                :  Judge Terrence F. McVerry
                                      :
              Defendant.              :
                                      :
------------------------------------- x

## STIPULATION REGARDING DAMAGES

Plaintiff PNC Bank, National Association ("PNC") and Defendant Neuberger Berman, LLC ("Neuberger Berman") stipulate as follows:

If Neuberger Berman is found to be liable to PNC for having breached the contract alleged in the complaint in this action, then, in lieu of specific performance, PNC shall be awarded as damages, the principal sum of $6,037,680.00 (the "Stipulated Amount") plus accrued interest from March 16, 2009, through the date of payment of the Stipulated Amount at the rate equal to the rate of return on the Neuberger Berman Treasury Portfolio, Institutional Class Money Market Fund (Symbol LHKXX).

Dated:  April 3, 2009


BUCHANAN INGERSOLL & ROONEY PC        STROOCK & STROOCK & LAVAN LLP


By    /s/ Stanley Yorsz               By    /s/ Melvin A. Brosterman
      Stanley Yorsz                         Melvin A. Brosterman
      Pa. I.D. No. 28979                    Quinlan D. Murphy
      Kathleen Jones Goldman                180 Maiden Lane

Pa. I.D. #90380  
One Oxford Centre  
301 Grant Street, 20th Floor  
Pittsburgh, PA 15219-1410  
(412) 562-8800  
Attorneys for PNC Bank, National Association

New York, NY 10038  
(212) 806-5400  
Attorneys for Neuberger Berman, LLC