UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that MANUFACTURERS AND TRADERS TRUST COMPANY, also known as M&T BANK ("M&T"), a party-in-interest in these cases, with an address as set forth below, pursuant to 11 U.S.C. §1109(b) and Rules 2002(g)(1) and 9010(b) of the Federal Rules of Bankruptcy Procedure, does hereby appear in these cases by the undersigned attorney and requests that any and all notices given or required to be served in these cases be given to and served upon:

>Mark W. Warren, Esq.
>Manufacturers and Trader Trust Company
>One M&T Plaza, 12th Floor
>Buffalo, New York 14203
>Tel. (716) 842-5667
>Fax  (716) 842-5376
>Email: mwarren@mtb.com

This notice of appearance shall not constitute a waiver of M&T's right to seek withdrawal of the reference in any non-core matter.

Dated: Buffalo, New York
       June 2, 2009

>/S/ Mark W. Warren
>Mark W. Warren, Esq.
>Manufacturers and Traders Trust Company
>One M&T Plaza, 12th Floor
>Buffalo, New York 14203
>Tel. (716) 842-5667
>Fax  (716) 842-5376
>Email: mwarren@mtb.com
>
>*Attorney for Manufacturers and*
>*Traders Trust Company*