MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax  (212) 262-1910
Steven Wolowitz
Brian Trust
Amit Trehan
Christopher J. Houpt

*Attorneys for Libra CDO Limited,*
*by Bank of America, N.A.,*
*as successor by merger to*
*LaSalle Bank National Association,*
*as Trustee, and Société Générale,*
*New York Branch*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |

## AMENDED CERTIFICATE OF SERVICE

I, Christopher J. Houpt, certify that I am over eighteen (18) years of age, am not a party to this action, and am an attorney licensed by the State Bar of New York and admitted to practice in this Court.

I further certify that on May 27, 2009, I caused copies of the Notice of Appearance of Steven Wolowitz and Brian Trust to be served by hand delivery upon (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York, 10004; and (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq.).

I further certify that on May 27, 2009, I caused copies of the Notice of Appearance to be served by first-class mail upon Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Lori R. Fife, Esq.).

I further certify that on May 27, 2009, I caused copies of the Notice of Appearance to be served by overnight mail upon (i) Cleary Gottlieb LLP, One Liberty Plaza, New York, New York 10006 (Attn: Lindsee P. Granfield, Esq.); (ii) Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022 (Attn: Joshua Dorchak, Esq.); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.); (iv) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004 (Attn: Robinson B. Lacy, Esq.) and (v) Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Susheel Kirpalani, Esq.).

I further certify that on May 27, 2009, I caused copies of the Notice of Appearance to be served by electronic notice upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         June 2, 2009

                                                    By:    /s/ Christopher J. Houpt
                                                           Christopher J. Houpt