STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman
Harold A. Olsen
Dina Kolker
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Attorneys for Basso Capital Management, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- x
*In re*                                                          :     **Chapter 11**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :     **Case No. 08-13555 (JMP)**
                                                                 :
                                                                 :     **(Jointly Administered)**
                           **Debtors.**                          :
--------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        :    ss.:
COUNTY OF NEW YORK    )

      Michael Magzamen, being duly sworn, affirms and says:

  1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

  2. On June 2, 2009, affiant served true and correct copies of *Basso Capital Management, L.P.'s Reply Memorandum of Law in Further Support of its Motion to Prevent Debtor from Assuming Certain Contracts that Debtor Moved to Reject, then Sought to Assume, Without Providing Sufficient Notice* (Docket No. 3731) via facsimile and/or hand delivery (as indicated) upon the parties set forth below.

**Via Facsimile & Hand Delivery**
Office of the United States Trustee
Attn:   Andy Velez-Rivera
        Paul Schwartzberg
        Brian Masumoto
        Linda Riffkin
        Tracy Hope Davis
33 Whitehall Street
21st Floor
New York, NY 10004
Fax No. (212) 668-2255

**Via Facsimile**
Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
Fax No. (212) 530-5219

**Via Facsimile**
Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
      Lori R. Fife, Esq.
      Shai Y. Waisman, Esq.
      Richard L. Levine, Esq.
      Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153
Fax No. (212) 310-8007

**Via Hand Delivery**
Chambers of the Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

  /s/ Michael Magzamen
Michael Magzamen

Sworn to before me this
2nd day of June, 2009

  /s/ Daniel J. Harris
NOTARY PUBLIC

Notary Public, State of New York
No. 02HA6203529
Qualified in New York County
Commission Expires April 6, 2013