**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                :

In re                                        :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :        08-13555 (JMP)

Debtors.                :        (Jointly Administered)

----------------------------------------------------------------x    Ref. Docket No. 3727

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

DAVID MALO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 1, 2009, I caused to be served the "OMNIBUS CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746 REGARDING CERTAIN MOTIONS OF DEBTORS SCHEDULED FOR HEARIN ON JUNE 3, 2009," dated June 1, 2009 [Docket No. 3727], by causing true and correct copies to be:

   a) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to Milbank, Tweed, Hadley & McCloy LLP, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq., 1 Chase Manhattan Plaza, New York, NY 10005.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ David Malo
Sworn to before me this                         David Malo
2nd day of June, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Cert of No Objection 3727_Aff 06-01-09.doc