Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220
Fax: 720-488-7711

ATTORNEYS FOR IRONBRIDGE MOUNTAIN COTTAGES, LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtor. | Jointly Administered |

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF STEVEN T. MULLIGAN

Upon the motion of Steven T. Mulligan, to be admitted *pro hac vice*, to represent Ironbridge Mountain Cottages, LLC, Ironbridge Homes, LLC, and Ironbridge Aspen Collection, LLC, in this bankruptcy proceeding; it is hereby

**ORDERED,** that Steven T. Mulligan is admitted to practice, *pro hac vice*, in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: June ____, 2009
New York, New York

BY THE COURT

_____
United States Bankruptcy Judge

00095599