Objection Deadline: June 2, 2009 at 4:00 p.m. (Prevailing Eastern Time)
Hearing Date:  June 3, 2009 at 10:00 a.m. (Prevailing Eastern Time)

| WHITE & CASE LLP | DEWEY & LEBOEUF LLP |
|---|---|
| 1155 Avenue of the Americas | 1301 Avenue of the Americas |
| New York, New York 10036-2787 | New York, New York 10019-6092 |
| Telephone: (212) 819-8200 | Telephone: (212) 259-8000 |
| Facsimile:  (212) 354-8113 | Facsimile: (212) 259-6333 |
| Gerard Uzzi (GU – 2297) | Martin Bienenstock |
| Lisa Thompson (LT – 5176) | |

Wachovia Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (*admitted pro hac vice*)

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------------x

**STATEMENT OF AD HOC GROUP OF
LEHMAN BROTHERS CREDITORS IN SUPPORT
OF DEBTORS' MOTION, AS REVISED, AUTHORIZING THE
ESTABLISHMENT OF PROCEDURES TO TERMINATE UNFUNDED
COMMITMENTS AND RESTRUCTURE CORPORATE LOAN AGREEMENTS**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

The Ad Hoc Group of Lehman Brothers Creditors, through its undersigned counsel,

hereby files this statement in support of the Motion, as revised, of the Lehman Brothers Holdings

Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors") in the above-referenced

chapter 11 cases (the "Chapter 11 Cases") for Order Pursuant to Sections 105(a) and 363(b) of

the Bankruptcy Code and Bankruptcy Rule 9019(b) Authorizing the Establishment of Procedures

to Terminate Unfunded Commitments and Restructure Corporate Loan Agreements (the

"Motion"). In support of the Motion, the Ad Hoc Group of Lehman Brothers Creditors respectfully states as follows:

**STATEMENT**

1.    The Ad Hoc Group of Lehman Brothers Creditors (the "Group") is comprised of Elliott Management Corporation, King Street Capital Management, L.P. and Paulson & Co. Inc., which, together with their affiliates, hold claims against the Debtors, including claims directly against LBHI totaling approximately $12.5 billion. While the Group was formed only recently, the members of the Group have been active, directly or indirectly, in the chapter 11 cases since nearly their inception. Going forward, the Group seeks to participate in the chapter 11 cases as a means to pursue an efficient and meaningful resolution of these cases.

2.    In light of their size and complexity alone, these chapter 11 cases are no doubt extraordinary. The Group recognizes the benefits of procedures designed to efficiently dispense with what may otherwise be routine matters and therefore did not find the procedures as proposed in the Motion to be per se objectionable in concept. The Group was concerned, however, that any such procedures implemented not unduly impair public stakeholders' basic rights to monitor and, if desired, to participate actively in these cases through transparency and due process. Unfortunately, the Motion as originally proposed did not strike the appropriate balance between efficiency on the one hand and transparency and due process on the other hand.

3.    In fact, the Motion and the procedures as originally proposed therein could be described as the proverbial "black box" in that there was little, if any, disclosure of the actual procedures to be employed other than to reference the "Committee Approval Process[1]," which itself was not described. The proposed procedures also left little practical ability for this Court

---

[1]    Terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

NEWYORK 7181681 (2K)                                    2

and public stakeholders to monitor and revisit, if necessary, the progress and success of the proposed procedures.

4.  Since the filing of the Motion, the Group worked with the Committee and the Debtors to explore whether certain modifications to the procedures could be developed that would be acceptable to the Committee and the Debtors.  As a direct result of these discussions, with the Group's suggested modifications to the proposed procedures and with the support of the Committee, the Debtors have agreed to amend the proposed procedures so that, among other things, the Debtors are now required to provide periodic subsequent reporting that permits public stakeholders and this Court to monitor the Debtors' progress and if necessary, revisit the adequacy of the relief sought at appropriate intervals.   We also understand that the Committee intends to present to the Court a description of the Committee Approval Process in a manner that will permit this Court to determine whether the Committee Approval Process contains appropriate safeguards to justify deferral to such procedures.

5.  The Group believes the resolution of the Motion as described above strikes the appropriate balance between the needs of the estates and public stakeholders.  The revised procedures will ensure increased transparency with respect to the restructuring of the Debtors' Corporate Loan portfolio that will ultimately benefit all parties in interest in these chapter 11 cases.  The Group therefore supports approval of the Motion subject to the agreed upon modifications.

WHEREFORE, for the foregoing reasons, the Group requests that the Court grant the relief set forth in the Motion, subject to the agreed upon modifications.

Dated: June 2, 2009
      New York, New York

Respectfully submitted,

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU - 2297)
Lisa Thompson (LT – 5176)

By: */s/ Gerard Uzzi*
    Gerard Uzzi

Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (205) 358-5744
Thomas E Lauria (admitted *pro hac vice*)

- And -

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Martin Bienenstock

ATTORNEYS FOR THE AD HOC GROUP OF LEHMAN BROTHERS CREDITORS