WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Anthony J. Albanese

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
Debtors.                            :    (Jointly Administered)
:
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' MOTION**
**PURSUANT TO SECTIONS 105, 363 AND 554(a) OF THE**
**BANKRUPTCY CODE FOR AUTHORIZATION TO**
**ESTABLISH PROCEDURES TO SELL OR ABANDON *DE MINIMIS* ASSETS**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the

Debtors' Motion Pursuant to Sections 105, 363 and 554(a) of the Bankruptcy Code for

Authorization to Establish Procedures to Sell or Abandon *De Minimis* Assets [Docket

No. 3572] (the "Motion"), which was scheduled for June 3, 2009, at 10:00 a.m.,

**has been adjourned to June 17, 2009 at 10:00 a.m.**, or as soon thereafter as counsel

may be heard.  The hearing on the Motion will be held before the Honorable James M.

Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 601, and such hearing on the Motion may be further

NY2:\2002752\01\16XC001!.DOC\58399.0003

adjourned from time to time without further notice other than an announcement at the hearing.

Dated:  June 2, 2009
       New York, New York

                                        /s/ Anthony J. Albanese
                                        Anthony J. Albanese

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession