WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |
| In re | Case No. |
| **LEHMAN BROTHERS INC.,** | **08-01420 (JMP) (SIPA)** |
| Debtor. | |

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS**
**<u>SCHEDULED FOR HEARING ON JUNE 3, 2009 AT 10:00 A.M.</u>**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **<u>Room 601</u>**, One Bowling Green, New York, NY 10004-1408

## I.   <u>UNCONTESTED MATTERS</u>:

1. Second Application to Employ Certain Contract Attorneys as Document Reviewers for the Examiner filed by Patrick J. Trostle on behalf of Anton R. Valukas **[Docket No. 3582]**

    <u>Response Deadline</u>:   May 29, 2009 at 4:00 p.m.

    <u>Responses Received</u>:   None.

    <u>Related Documents</u>:   None.

    <u>Status</u>:   This matter is going forward.

2. Debtors First Omnibus Motion for Authorization to Reject Certain Executory Contracts **[Docket No. 3589]**

    <u>Response Deadline</u>:   May 29, 2009 at 4:00 p.m.

    <u>Responses Received</u>:   None.

    <u>Related Documents</u>:   None.

    <u>Status</u>:   This matter is going forward.

3. Debtors' Motion for Approval of Exchange Agreement with State Street Bank and Trust Company **[Docket No. 3580]**

    <u>Response Deadline</u>:   May 9, 2009 at 4:00 p.m.

    <u>Responses Received</u>:   None.

    <u>Related Documents</u>:   None.

    <u>Status</u>:   This matter is going forward.

4. Motion of the Debtors Authorizing the Establishment of Procedures to Terminate Unfunded Commitments and Restructure Corporate Loan Agreements **[Docket No. 3573]**

   Response Deadline:   May 29, 2009 at 4:00 p.m.

   Responses Received:

   A.   Request for Clarification and Limited Objection by National CineMedia, LLC **[Docket No. 3684]**

   B.   Objection of US Bank, National Association, as Trustee **[Docket No. 3695]**

   Related Documents:

   C.   Notice of Conditional Withdrawal of Objection by National CineMedia, LLC **[Docket No. 3724]**

   Status:  This matter has been resolved.

II. **CONTESTED MATTERS:**

   A. **Lehman Brothers Holdings Inc.:**

5. LBHI's Motion for Authorization and Approval of Settlement Agreement with Pension Benefit Guaranty Corporation **[Docket No. 3515]**

   Response Deadline:   May 28, 2009 at 4:00 p.m.

   Responses Received:

   A.   Objection of George E. Di Russo **[Docket Nos. 3711 and 3729]**

   Related Documents:

   B.   Statement of Official Committee of Unsecured Creditors In Support **[Docket No. 3681]**

   Status:  This matter is going forward.

6. Motion of Unclaimed Property Recovery Service, Inc. for Relief from the Automatic Stay **[Docket No. 3345]**

   Response Deadline:   May 6, 2009 at 4:00 p.m.

   Responses Received:

   A. Objection of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. **[Docket No. 3699]**

   B. Debtors' Objection **[Docket No. 3701]**

   Related Documents:

   C. Declaration of Bernard Gelb in Support **[Docket No. 3346]**

   D. Reply Declaration of Bernard Gelb **[Docket No. 3732]**

   E. Reply of Unclaimed Property Recovery Service, Inc. **[Docket No. 3733]**

   Status:  This matter is going forward.

7. Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

   Response Deadline:   May 13, 2009.

   Responses Received:

   A. Objection of Yarpa Investmenti S.G.R. S.p.A. RP3 Fund **[Docket No. 3636]**

   B. Debtors' Reply **[Docket No. 3694]**

   Related Documents:

   C. Order Granting the Motion of Yarpa Investmenti S.G.R. S.p.A.-RP3 Fund for Limited Relief from Order Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 3568]**

   D. Exhibit and Exhibits to the Affidavit of Yarpa Investmenti S.G.R. S.p.A. RP3 Fund **[Docket No. 3707]**

   Status:  This matter is going forward.

8.  Motion of Basso Capital Management, L.P. for Relief Concerning Certain Contracts that Debtor Moved to Reject, Then Sought to Assume Without Providing Sufficient Notice and an Opportunity to Object **[Docket No. 3516]**

    Response Deadline:    May 28, 2009 at 5:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[Docket No. 3683]**

    Related Documents:

        B.    Basso Capital Management, L.P.s Reply Memorandum of Law in Further Support **[Docket No. 3731]**

    Status:  This matter is going forward.

**B.    Adversary Proceedings:**

9.  1440 LLC v. State Street, LCPI, et al **[Case No. 09-01138]**

    Pre-Trial Conference and Motion to Dismiss Adversary Proceeding

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

        B.    Amended Adversary Complaint **[Docket No. 2]**

        C.    Motion to Dismiss Adversary Proceeding of State Street Bank & Trust Company **[Docket No. 5]**

        D.    Memorandum of Law in Support of State Street Bank and Trust Company's Motion **[Docket No. 6]**

        E.    Joinder of Lehman Brothers Commercial Paper Inc. and Lehman Brothers Commercial Holdings Inc. **[Docket No. 8]**

        F.    Corrected Notice of Motion (Correcting Document # 5) of State Street Bank & Trust Company **[Docket No. 9]**

        G.    Memorandum of Law in Opposition of LH 1440, L.L.C. **[Docket No. 17]**

    Status:  This matter is going forward.

10. Debtor's Motion for Approval of an Exchange Agreement with State Street Bank and Trust Company **[Case No. 08-01743, Docket No. 65]**

    Response Deadline:    May 28, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

        A.    Order to Show Cause **[Docket No. 66]**

        B.    Declaration of Shai Y. Waisman in Support **[Docket No. 67]**

    Status:  This matter is going forward.

11. LBSF v. Ballyrock ABS CDO 2007-1, et. al. **[Case No. 09-01032]**

    Pre-Trial Conference

    Answer Deadline:    March 5, 2009.

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

        B.    Answer and Complaint in Interpleader **[Docket No. 3]**

        C.    Answer of LBSF to Counterclaim **[Docket No. 11]**

        D.    Answer of Ballyrock to Counterclaim **[Docket No. 12]**

        E.    Letter & Proposed Interpleader Order **[Docket No. 26]**

    Status:  This matter is going forward.

12. Lehman Brothers Special Financing, Inc. v. BNY Corporate Trustee Services Limited **[Adv. Proc. No. 09-01242]**

    Pre-Motion Summary Judgment Conference

    Answer Deadline:    June 22, 2009.

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

  B. Letter to the Honorable James M. Peck **[Docket No. 5]**

Status:  This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

## III. CONTESTED MATTERS:

13. Motion of Teva Pharmaceutical Works Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 766]**

Response Deadline: May 29, 2009 at 4:00 p.m.

Responses Received:

  A. Objection of the Trustee and Securities Investor Protection Corporation to Motions of Teva Pharmaceutical Works Company and Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 1146]**

  B. Response to the Objection of the Trustee and the Securities Investor Protection Corporation **[Docket No. 1160]**

Related Documents:

  C. Notice of Hearing of Motion of Teva Pharmaceutical Works Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 785]**

  D. Notice of Adjournment **[Docket No. 848]**

  E. Notice of Adjournment **[Docket No. 918]**

  F. Notice of Adjournment **[Docket No. 1070]**

  G. Statement of Newport Global Opportunities Fund L.P., Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P., Providence Equity Partners VI L.P., Providence Equity Partners VI-A L.P., and Providence TMT Special Situations Fund, L.P. in Response to the Objection of the Trustee and the Securities Investor Protection Corporation to the Motions of Teva Pharmaceutical Works Company and Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order (A) Authorizing Future Dividend Payments Be

>   Made To a Non-Lehman Brothers Inc. Account, or in the Alternative (B) Modifying the Automatic Stay **[Docket No. 1163]**

> Status:  This matter is going forward.

14. Motion of Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 767]**

    Response Deadline:    May 29, 2009 at 4:00 p.m.

    Responses Received:

    A.  Objection of the Trustee and Securities Investor Protection Corporation to Motions of Teva Pharmaceutical Works Company and Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 1146]**

    B.  Response to the Objection of the Trustee and the Securities Investor Protection Corporation **[Docket No. 1160]**

    Related Documents:

    C.  Notice of Hearing Motion of Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order (A) Authorizing Future Dividend Payments be Made to a Non-Lehman Brothers Inc. Account, or, in the Alternative (B) Modifying the Automatic Stay **[Docket No. 783]**

    D.  Notice of Adjournment **[Docket No. 848]**

    E.  Notice of Adjournment **[Docket No. 918]**

    F.  Notice of Adjournment **[Docket No. 1070]**

    G.  Statement of Newport Global Opportunities Fund L.P., Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P., Providence Equity Partners VI L.P., Providence Equity Partners VI-A L.P., and Providence TMT Special Situations Fund, L.P. in Response to the Objection of the Trustee and the Securities Investor Protection Corporation to the Motions of Teva Pharmaceutical Works Company and Teva Hungary Pharmaceutical Marketing Private Limited Company for an Order (A) Authorizing Future Dividend Payments Be

>Made To a Non-Lehman Brothers Inc. Account, or in the Alternative (B) Modifying the Automatic Stay **[Docket No. 1163]**
>
>Status: This matter is going forward.

15. Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3345]**

    Response Deadline:    May 29, 2009 at 4:00 p.m.

    Responses Received:

    A.  Objection of William Kuntz, III **[Docket No. 1074]**

    B.  Trustee's (I) Objection to Unclaimed Property Recovery Service, Inc.'s Motion to Compel and Related Relief and (II) Reply in Further Support of Rejection of Contracts **[Case No. 08-13555, Docket No. 3699, Docket No. 1147]**

    C.  Debtors' Objection to Unclaimed Property Recovery Service Inc.'s Motion to Compel and Related Relief **[Case No. 08-13555, Docket No. 3701]**

    D.  Reply in Further Support of the Motion of Unclaimed Property Recovery Service, Inc. For Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3733]**

    Related Documents:

    E.  Notice of Hearing on Motion of Unclaimed Property Recovery Service, Inc. For Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief From the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3344]**

    F.  Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3346]**

    G.  Notice of Proposed Order on Motion of Unclaimed Property Recovery Service, Inc. For Orders (A) Compelling Payment of Unclaimed Funds

      by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3347]**

    H.    Corrected Notice of Motion of Hearing on Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3424]**

    I.    Notice of Adjournment **[Docket No. 1069]**

    J.    Notice of Adjournment **[Case No. 08-13555, Docket No. 3575]**

    K.    Notice of Rejection of Executory Contracts with Unclaimed Property Recovery Service, Inc. **[Docket No. 1050]**

    L.    Objection of Unclaimed Property Recovery Service, Inc. to the SIPC Trustee's Proposed Rejection of LBI – UPRS Contracts **[Docket No. 1092]**

    M.    Reply Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3732]**

    N.    Objection of Unclaimed Property Recovery Service, Inc. to the SIPC Trustee's Proposed Rejection of LBI – UPRS Contracts **[Case No. 08-13555, Docket No. 3734]**

    <u>Status</u>:  This matter is going forward.

**IV.**    **<u>ADJOURNED MATTERS</u>:**

    **A.**    **Lehman Brothers Holdings Inc.**

16.    Debtors Motion for Authorization to Establish Procedures to Sell or Abandon De Minimis Assets **[Docket No. 3572]**

    <u>Response Deadline</u>:    June 12, 2009 at 4:00 p.m. (Barclays)
                                   June 15, 2009 at 4:00 p.m. (Creditors' Committee)

    <u>Responses Received</u>:

        A.    Objection of The Treasurer of Garfield County, Colorado **[Docket No. 3686]**

  B. Objection of Ironbridge Homes, LLC, et al. **[Docket No. 3696]**

 Related Documents: None.

 Status: This matter has been adjourned to June 17, 2009.

17. Motion of GE Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited and Fusion Funding Luxembourg, S.A.R.L., for Relief from the Automatic Stay **[Docket No. 2385]**

 Response Deadline: January 9, 2009.

 Responses Received: None.

 Related Documents: None.

 Status: This matter has been adjourned to June 24, 2009.

18. Debtors' Motion for Authorization to (i) Assume Unexpired Lease of Nonresidential Real Property and (ii) Assume and Assign Unexpired Leases of Real Property **[Docket No. 3280]**

 Response Deadline: June 1, 2009 at 12:00 p.m.

 Responses Received: None.

 Related Documents:

  A. Declaration of Shai Y. Waisman in Support **[Docket No. 3281]**

  B. Order to Show Cause **[Docket No. 3283]**

  C. Order Authorizing the Debtors to Assume Unexpired Lease of Nonresidential Real Property **[Docket No. 3316]**

 Status: This matter is adjourned to June 24, 2009.

19. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay **[Docket No. 3182]**

 Response Deadline: April 1, 2009 at 4:00 p.m.

 Responses Received:

  A. Debtors' Objection **[Docket No. 3387]**

  B. Joinder of Official Committee of Unsecured Creditors **[Docket No. 3389]**

Related Documents:

  C. Declaration of Alan Worden **[Docket No. 3184]**

Status: This matter has been adjourned to June 24, 2009.

20. Application of Dechert LLP for an Award of Compensation and Reimbursement of Expenses for the Period March 1, 2009 through March 31, 2009 **[Docket No. 3527]**

Response Deadline: May 28, 2009 at 4:00 p.m.

Responses Received: None.

Related Documents:

  A. Notice of Hearing **[Docket No. 3529]**

Status: This matter has been adjourned to June 24, 2009.

21. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order Authorizing Debtor to Obtain Postpetition Financing **[Docket No. 434]**

Response Deadline: May 7, 2009 at 5:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to July 15, 2009.

22. Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

Response Deadline: March 6, 2009 at 4:00 p.m.

Responses Received:

  A. Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

  B. Statement of the Informal Noteholder Group **[Docket No. 887]**

Related Documents:

    C.    Stipulation and Consent Order **[Docket No. 1402]**

Status:  This matter has been adjourned to July 15, 2009.

23. Debtors Motion for Authorization to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

Response Deadline:  April 20, 2009 at 4:00 p.m.

Responses Received:

    A.    Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

Related Documents:  None.

Status:  This matter has been adjourned to July 15, 2009.

24. Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

Response Deadline:  May 13, 2009.

Responses Received:

    A.    Objection of R3 Capital Management, LLC **[Docket No. 1909]**

Related Documents:  None.

Status:  This matter has been adjourned without date.

25. Motion of BLT 39 LLC for Partial Reconsideration of Order Approving the Assumption of Rejection of Open Trade Confirmations **[Docket No. 2396]**

Response Deadline:  May 7, 2009

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned without date.

**B.   Adversary Proceedings:**

26. Deutsche Bank AG v. Lehman Brothers Holdings Inc. **[Case No. 08-01706]**

    Motion for Summary Judgment

    Response Deadline:   April 24, 2009.

    Related Documents:

    - A. Deutsche Bank's Motion for Summary Judgment **[Docket No. 12]**
    - B. Lehman Brothers Holdings Inc.'s Memorandum of Law **[Docket No. 20]**
    - C. Lehman Brothers Holdings Inc.'s Response to Deutsche Bank AG's Rule 7056-1 Statement of Facts **[Docket No. 21]**
    - D. Deutsche Bank's Memorandum of Law in Support **[Docket No. 13]**
    - E. Declaration of Patrick McKenna **[Docket No. 14]**
    - F. Declaration of Jared R. Clark **[Docket No. 15]**
    - G. So Ordered Stipulation and Consent Order Between the Plaintiff and Defendant **[Docket No. 19]**
    - H. Declaration of Anthony J. Albanese **[Docket No. 22]**
    - I. Reply Memorandum of Deutsche Bank AG **[Docket No. 24]**

    Status:  This matter has been adjourned to June 24, 2009.

27. Nomura Global Financing Products Inc. v. LBSF and LBI **[Case No. 09-01061]**

    Pre-Trial Conference

    Related Documents:

    - A. Adversary Complaint **[Docket No. 1]**
    - B. Answer of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 10]**

    C.    Answer and Counterclaim of Lehman Brothers Special Financing Inc. **[Docket No. 12]**

    D.    So Ordered Stipulation and Order Extending the Time for the Plaintiff to Answer or Otherwise Respond to the Defendants' Counterclaim to May 8, 2009 **[Docket No. 18]**

    E.    Stipulation and Consent Order Permitting Intervention of Official Committee of Unsecured Creditors in Adversary Proceeding **[Docket No. 20]**

Status:  This matter has been adjourned to June 24, 2009.

28.    Aliant Bank v. Lehman Brothers Special Financing, Inc. et al **[Case No. 08-01751]**

Pre-Trial Conference

Related Documents:

    A.    Adversary Complaint **[Docket No. 1]**

    B.    Motion of Aliant Bank for an Order Directing Lehman Brothers Special Financing to Immediately Return to Aliant the Swap Collateral **[Docket No. 2]**

    C.    Disclosure Statement of Plaintiff Aliant Bank Pursuant to Rule 7007.1-1 **[Docket No. 4]**

    D.    Objection of JPMorgan Chase Bank, N.A. **[Docket No. 11]**

    E.    Declaration of Lawrence N. Chanen in Opposition to the Motion of Aliant Bank **[Docket No. 12]**

    F.    Answer to Complaint of JPMorgan Chase **[Docket No. 13]**

    G.    Declaration of Lawrence N. Chanen in Opposition to the Motion of Aliant Bank **[Docket No. 15]**

    H.    Objection of Lehman Brothers Special Financing Inc. **[Docket No. 17]**

    I.    Federal National Mortgage Association's Response **[Docket No. 19]**

    J.    Notice of Withdrawal Without Prejudice of Aliant Bank's Motion **[Docket No. 23]**

    K.    Stipulation of Dismissal Without Prejudice of Adversary Proceeding as to Federal National Mortgage Association Only **[Docket No. 26]**

Status:  This matter has been adjourned to June 24, 2009.

29. State Street Bank and Trust Company v. Lehman Commercial Paper Inc. **[Case No. 08-01743]**

   Motion for Relief from Notice Period and Pre-Motion Conference

   Response Deadline:   November 28, 2008.

   Responses Received:  None.

   Related Documents:

   A.   Motion for Relief from Rule 7056 Notice Period and Pre-Motion Conference **[Docket No. 18]**

   Status:  This matter has been adjourned to June 24, 2009.

30. Wong, et al. v. HBSC, et al. **[Case No. 09-01120]**

   Pre-Trial Conference

   Answer Deadline:   April 13, 2009.

   Related Documents:

   A.   Adversary Complaint **[Docket No. 1]**

   Status:  This matter has been adjourned to July 15, 2009 at 10:00 a.m.

**C.  Lehman Brothers Inc.:**

31. Notice of Limited Objection to Trustee's Determination of Claim and Motion for Order Directing the Trustee to Return Customer Name Securities Pursuant to 15 U.S.C. § 78fff-2(c)(2) **[Docket No. 1063]**

   Response Deadline:   June 19, 2009 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A.   Notice of Adjournment **[Docket No. 1142]**

   Status:  This matter has been adjourned to June 24, 2009.

32. Notice of Trustee's Motion for Entry of Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006 and 9019 Authorizing the Assumption and Assignment of Debtor's Rights and Obligations Under a Patent License Agreement and a Software License Agreement **[Docket No. 921]**

    Response Deadline:    June 19, 2009 at 4:00 p.m

    Responses Received:   None.

    Related Documents:

    A.   Notice of Adjournment **[Docket No. 989]**

    B.   Notice of Adjournment **[Docket No. 1082]**

    C.   Notice of Adjournment **[Docket No. 1141]**

    Status:  This matter has been adjourned to June 24, 2009.

33. Notice of Motion of Markit Group Limited for Relief From Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

    Response Deadline:    May 29, 2009 at 4:00 p.m.

    Responses Received:

    A.   Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket Nos. 1059, 1060]**

    B.   Objection of Trustee to Motion of Markit Group Limited for Relief From Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 1123]**

    Related Documents:

    C.   Notice of Adjournment **[Docket No. 409]**

    D.   Notice of Adjournment **[Docket No. 488]**

    E.   Notice of Adjournment **[Docket No. 574]**

    F.   Notice of Adjournment **[Docket No. 708]**

  G. Notice of Adjournment.  **[Docket No. 846]**

  H. Notice of Adjournment **[Docket No. 978]**

  I. Notice of Adjournment **[Docket No. 1066]**

  J. Reply in Further Support of Markit Group Limited's Motion for Limited Relief from the Automatic Stay **[Docket No. 1139]**

<u>Status</u>:  This matter has been adjourned to June 24, 2009.

Dated: June 3, 2009
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: June 3, 2009
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.