Shelley C. Chapman
Shaunna D. Jones
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Attorneys for Bloomberg L.P.,
Bloomberg Finance L.P. and their Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.** | Case No. 08-13555 (JMP) |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
BLOOMBERG L.P. AND BLOOMBERG FINANCE L.P. TO THE
DEBTORS' MOTION TO: (A) SCHEDULE A SALE HEARING;
(B) ESTABLISH SALES PROCEDURES; (C) APPROVE A BREAK-UP FEE;
AND (D) APPROVE THE SALE OF THE PURCHASED ASSETS AND THE
ASSUMPTION AND ASSIGNMENT OF CONTRACTS RELATING TO THE
PURCHASED ASSETS, AND OBJECTION TO DEBTORS' NOTICE OF ASSUMPTION
AND ASSIGNMENT OF, AND AMOUNTS NECESSARY TO CURE DEFAULTS
UNDER, CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED
TO SUCCESSFUL PURCHASER, AND SUPPLEMENT THERETO**

Bloomberg L.P., Bloomberg Finance L.P. and their affiliates (collectively,

"Bloomberg")[1] hereby withdraws their Limited Objection to the Debtors' Motion To: (A)

Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-Up Fee; and (D)

Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation and Order between James W. Giddens, as Trustee for SIPA Liquidation of Lehman Brothers Inc., Barclays Capital Inc., and Bloomberg L.P. and Bloomberg Finance L.P. Resolving Objection to Assumption and Assignment of Certain Executory Contracts (Docket No. 570).

4902536.1

Relating to the Purchased Assets [Docket No. 164]; and their Supplement to Limited Objection to the Debtors' Motion To: (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets [Docket No. 626].

For the avoidance of doubt, Bloomberg specifically reserves its rights to seek payment: (a) from the Debtors and any of their affiliates or subsidiaries (collectively, "Lehman") of all amounts that may have accrued under agreements between Lehman and Bloomberg that do not constitute Assigned Closing Date Contracts (collectively, the "Non-Assigned Contracts") through the later of (i) the cessation of the use of services or products provided thereunder, and (ii) the date upon which such Non-Assigned Contracts are rejected by the applicable Debtor pursuant to an order of the Bankruptcy Court; and (b) from Purchaser of all amounts that may have accrued under the Non-Assigned Contracts from the Closing Date through November 22, 2008, and acknowledges that all parties in interest's rights are specifically reserved with respect to all defenses to such claims.

Dated: New York, New York
       June 3, 2009

**WILLKIE FARR & GALLAGHER LLP**
*Attorneys for Bloomberg L.P., Bloomberg Finance L.P., and their Affiliates*

By: /s/ Shelley C. Chapman
    Shelley C. Chapman
    Shaunna D. Jones

787 Seventh Avenue
New York, New York 10019
(212) 728-8000