**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                :

| | |
|---|---|
| In re | :    **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | :    **08-13555 (JMP)** |
| | : |
| Debtors. | :    **(Jointly Administered)** |
| | : |
| | : |

-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FIRST OMNIBUS MOTION, PURSUANT TO SECTIONS 105(a) AND 365 OF THE BANKRUPTCY CODE, FOR AUTHORIZATION TO REJECT CERTAIN EXECUTORY CONTRACTS

Upon the motion, dated May 15, 2009 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to sections 105(a) and 365 of title 11 of the United States Code (the "Bankruptcy Code"), for authorization to reject certain contracts identified on Exhibit A to the Motion in their entirety, including, without limitation, any schedules, addendums, amendments, orders or supplements to such contracts (collectively, the "Contracts"),[1] all as more fully described in the Motion; and subsequent to the filing of the Motion, Barclays Capital Inc. ("Barclays") and the Debtors came to an understanding that certain contracts listed on Exhibit A to the Motion and identified on Exhibit B hereto were previously assumed and assigned to Barclays pursuant to, *inter alia*, the sale order entered by this Court on September 20, 2008 *Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, under 11 U.S.C. §§ 105(a), 363, and*

---

[1] The Contracts are being rejected solely to the extent that one of the Debtors is a current counterparty to such Contract.

*365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006* (the "Sale Order")

[Docket No. 258] and/or the sale procedures order entered by this Court on October 3, 2008

*Granting Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to*

*Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts*

*and Unexpired Leases of Non Residential Real Property and Abandonment of Related Personal*

*Property* (the "Sale Procedures Order") [Docket No. 628]; and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of

New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.);

and consideration of the Motion and the relief requested therein being a core proceeding pursuant

to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408

and 1409; and due and proper notice of the Motion having been provided in accordance with the

procedures set forth in the amended order entered February 13, 2009 governing case

management and administrative procedures [Docket No. 2837] to (i) the United States Trustee

for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured

Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v)

the United States Attorney for the Southern District of New York; (vi) all parties who have

requested notice in these chapter 11 cases; and (vii) each of the counterparties to the Contracts,

and it appearing that no other or further notice need be provided; and a hearing having been held

to consider the relief requested in the Motion; and the Court having found and determined that

the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors,

and all parties in interest and that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to section 365(a) of the Bankruptcy Code and

Bankruptcy Rule 6006(f), the rejection of the Contracts listed on <u>Exhibit A</u> hereto is approved,

effective as of the date of this Order; and it is further

ORDERED that the contracts identified on Exhibit B had previously been

assumed and assigned to Barclays and, therefore, the contracts identified on Exhibit B are not

being rejected pursuant to this Order; and it is further

ORDERED that, pursuant to Fed. R. Bankr. P. 6006(g) and 9014, the rejection by

the Debtors of each Contract addressed in the Motion constitutes a separate contested matter, and

any objection, stay, or appeal with respect to a particular Contract or Contracts shall not affect

the applicability or finality of this Order with respect to the other contested matters covered

hereby; and it is further

ORDERED that any rejection damage claim asserted by the counterparties to the

Contracts shall be filed on or before the deadline for filing proofs of claim in the Debtors'

chapter 11 cases to be established by order of this Court, which proofs of claim shall be filed in

accordance with the procedures set forth in such order; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good

and sufficient notice of such Motion; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.

Dated:  New York, New York
        June 3, 2009

_____*s/ James M. Peck*_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

**(Contracts To Be Rejected)**

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| 001707-LEHNY-2006 | LBHI | A. T. Kearney, Inc. | Master Consulting Services Agreement dated August 10, 2006 | Contract for consulting services. | A. T. Kearney, Inc. Attn: General Counsel or President 222 West Adams Street Chicago, IL 60606 |
| CON000000022460 | LBHI | Accenture LLP | General Terms and Conditions: IT Products and services dated September 12, 2007 | Contract for the purchase, license or lease of equipment and/or software from the supplier and for the provision of services. | Accenture LLP Attn: General Counsel or President 11 Broadway, 16th Floor New York, NY 10004 |
| 004595A | Lehman Brothers | ActiveState Tool Corporation | Master Agreement | Subscription to customer related services for tested and validated Perl software modules. | ActiveState Tool Corp. Attn: PerlDirect Manager 580 Granville Street Vancouver BC, Canada V6C 1W6 |

---

[1] LBHI – Lehman Brothers Holdings Inc.
  LBCC – Lehman Brothers Commercial Corporation
  LBSF – Lehman Brothers Special Financing Inc.
  Lehman Brothers – These contracts were executed by LBHI or one of its affiliates.  Such contracts are being rejected by the Debtors solely to the extent that one of the Debtors is a counterparty to such contract.

[2] This description is provided for informational purposes only.  To the extent there is an inconsistency between this description and the contract, the contract governs.

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| CON000000028842 | LBHI | ASX Sydney Futures Exchange Limited | MarketPoint Agreements dated September 1, 2008 | Redistribution of market data. | Street Address:<br>ASX Sydney Futures Exchange Limited<br>Attn: Company Secretary<br>Level 9, 20 Bridge Street<br>Sydney<br>New South Wales 2000<br>Australia<br><br>Postal Address:<br>ASX Sydney Futures Exchange Limited<br>Attn: Company Secretary<br>PO Box H224<br>Australia Square<br>Australia<br>NSW 1215 |
| CON000000014563 | LBHI | Avistar Communication Corp. | License Agreement dated July 13, 2006 | Contract for Avistar Products. | Avistar Communication Corp.<br>Attn: General Counsel or President<br>555 Twin Dolphin Dr.<br>Redwood Shores, CA 94065 |
| 001638-LEHNY-2006 | LBHI | Axioma, Inc. | AXIOMA Inc. Software License Agreement dated December 31, 2006 | Contract to provide licensee with product licenses and support services. | Axioma, Inc.<br>Attn: Robert Bender<br>17 State Street, Suite 800<br>New York, NY 10004 |
| 006677A | LBHI | Barnett Associates, Inc. | Master Agreement for Consulting Services dated May 1, 2003 | Contract for consulting services. | Barnett Associates, Inc.<br>Attn: General Counsel or President<br>61 Hilton Ave.<br>Garden City, NY 11530 |
| CON000000020495 | LBHI | Bobbi Trading Corp. | Consulting Agreement dated February 15, 2007 | Contract for consulting services, including macro investment strategies involving financial futures, commodities and currencies. | Bobbi Trading Corp.<br>Attn: General Counsel or President<br>224 Holbrook Rd.<br>South Burlington, VT 05403 |
| CON000000014793 | LBHI | Borsa Italiana Spa | Diffusion of Market Data Service Agreement | Contract for DDM Service and non-exclusive license for the utilization and distribution of market data | Borsa Italiana S.p.A.<br>Attn: Executive Director of New Business Unit<br>Piazza degli Affari n. 6<br>Milan, Italy 20123 |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| CON000000020873 | LBHI | Business & Technology Resource Group Inc. | Master Agreement: Non-IT Services dated July 6, 2007 | Contract for Non-IT Services. | Business & Technology Resource Group Inc. Attn: General Counsel or President 266 Elmwood Ave. #372 Buffalo, NY 14222 |
| 006547A | LBHI | C&S Marketing, Inc. | C&S Marketing Service Agreement dated May 30, 2002 | License to receive mortgage values. | C&S Marketing, Inc. Attn: Kraig Clark 9309 La Riviera Dr., Suite E Sacramento, CA 95826 |
| CON000000022387 | LBHI | CareerBuilder, LLC | Master Services Agreement dated December 17, 2007 | Contract for the provision of deliverables and performance of services. | CareerBuilder, LLC Attn: General Counsel or President 200 N. LaSalle St., Suite. 1100 Chicago, IL 60601 |
| CON000000014703 | LBHI | Columbine Cable Company, Inc. | Master Agreement: Non-IT Services dated July 1, 2006 | Contract for Non-IT Services. | Columbine Cable Company, Inc. Attn: General Counsel or President 5480 West 60th Ave., Unit A Arvada, CO 80003 |
| CON000000027225 | Lehman Brothers | DALCOMP | Master Agreement dated November 26, 1996 | Software and database services. | DALCOMP Attn: General Counsel or President 801 Plaza Three Harborside Financial Center Jersey City, NJ 07311 |
| CON000000014347 | LBHI | Datacat Media, LLC | Master Agreement: Non-IT Services dated June 15, 2006 | Contract for Non-IT Services. | Datacat Media LLC Attn: General Counsel or President 212 Durham Ave., Bldg 1A, Suite 100 Metuchen, NJ 08840 |
| CON000000024476 | LBCC | Derivatech Consulting | Exchange Pricing Matrix System End User License Agreement dated April 1, 1995 | Contract for non-exclusive license to use EPMS Ver. 1.5.0. | Derivatech Consulting Attn: General Counsel or President 3525 West Peterson Ave., Suite 415 Chicago, IL 60659  Derivatech Consulting Attn: General Counsel or President 223 W. Jackson Blvd., Suite. 802 Chicago, IL 60606 |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| CON000000024732 | LBCC | Derivatech Consulting, Inc. | Master License Agreement | Contract for non-exclusive, license to use the Over the Counter Currency Pricing System, OTC/Application Programming Interface. | Derivatech Consulting, Inc. Attn: General Counsel or President 3525 West Peterson Ave. Suite 415 Chicago, IL 60659

Derivatech Consulting Attn: General Counsel or President 223 W. Jackson Blvd. Suite. 802 Chicago, IL 60606 |
| CON000000024498 | Lehman Brothers | E-Net Corporation | Master Agreement dated September 28, 1999 | License grant for E-Net products and services. | E-Net Corporation Attn: Contract Administration 505 Sansome St., 20th Floor San Francisco, CA 94111

E-Net Corporation Attn: General Counsel or President 300 Valley Street Sausalito, CA 94965 |
| CON000000024527 | LBHI | Epiphany, Inc. | Epiphany Order Form #2 dated October 2002 and governed by the Software License and Services Agreement dated November 13, 2000 | Development license and support services. | Epiphany, Inc. Attn: General Counsel or President 1900 S. Norfolk St., Suite 310 San Mateo, CA 94403 |
| CON000000021238 | LBHI | Essential Telecommunications Corp. | Master Agreement: Non-IT Services dated June 5, 2007 | Contract for Non-IT Services. | Essential Telecommunications Corp. Attn: General Counsel or President 21 Sequin Drive Glastonbury, CT 06033 |
| 006719A | LBHI | Euromoney Institutional Investor Plc | Euronext Market Databases Distribution Agreement dated April 29, 2002 | Contract for non-exclusive and license to use, store and distribute the Market Databases to subscribers and/or subvendors. | Euromoney Institutional Investor Plc Attn: Euronext Paris S.A, Market Data Division 39 rue Cambon Paris cedex, France 75001 |

4

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| 001682-LEHNY-2006 | Lehman Brothers | F-D-C Reports, Inc. | Master Agreement dated July 1, 2005 | License grant for access to on-line publications. | F-D-C Reports, Inc.<br>Attn: General Counsel or President<br>5500 Friendship Blvd.<br>Chevy Chase, MD 20815<br><br>F-D-C Reports, Inc.<br>Attn: General Counsel or President<br>5635 Fishers Lane, Suite 6000<br>Rockville, MD 20852 |
| CON000000022645 | LBCC | Fenics Software Limited | Master Site License Agreement dated September 29, 2000 | Contract for non-exclusive, perpetual license to use FENICS modules. | Fenics Software Limited<br>Attn: Simon Rockall, Legal Dept.<br>22 Chapter Street<br>London, England SW1P 4NP<br><br>GFI Group London<br>Broadgate West<br>1 Snowden Street<br>London EC2A 2DQ<br>United Kingdom<br><br>GFI Group<br>55 Water Street<br>New York, NY 10041 |
| CON000000021003 | LBHI | Fix City Limited | Master Services Agreement dated March 12, 2008 | License grant and fixed access to ASP products and services. | Fix City Limited<br>Attn: General Counsel or President<br>The Bridge, 12-16 Clerkenwell Road<br>London, UK EC1M 5PQ |
| CON000000024599 | Lehman Brothers | FNX Limited | Master Agreement dated January 5, 1994 | Computer based risk management system to facilitate trading in commodities. | FNX Limited<br>Attn: Farid A. Naib<br>150 South Warner Rd., Ste. #118<br>King of Prussia, PA 19406<br><br>GL Consultants Inc.<br>Attn: General Counsel or President<br>261 Madison Avenue, 16th Floor<br>New York, NY 10016 |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| CON000000023763 | LBHI | Hanweck Associates, LLC | Master Consulting Services Agreement dated September 24, 2007 | Contract for Consulting Services. | Hanweck Associates, LLC<br>Attn: General Counsel or President<br>70 Battery Place, Suite 916<br>New York, NY 10280 |
| 004896-LEHNY-2005 | Lehman Brothers | iMoneynet, Inc. | Master Agreement dated October 28, 2005 | License Grant for browser based application Money Fund Analyzer. | iMoneynet, Inc.<br>Attn: General Counsel or President<br>One Research Dr., Ste. 400A<br>Westborough, MA 01581-5193 |
| 001734-LEHNY-2006 | LBHI | Indii.Com USE, LLC | Subscription Agreement dated 2006 | Contract for supply of proprietary interest-based interactive order indication "internet interactive indications" service. | Indii.com USE, LLC<br>Attn: General Counsel or President<br>47 Angelus Dr.<br>Greenwich, CT 06831 |
| CON000000025328 | LBHI | InfoImage, Inc. | InfoImage Master Agreement dated June 30, 2000. | Contract for software license and maintenance, consulting services and support services. | InfoImage, Inc.<br>Attn: Robb Silbert<br>4000 North Central Ave., Suite 2300<br>Phoenix, AZ 85012 |
| CON000000022010 | LBHI | Institutional Shareholder Services, Inc. | Letter Agreement dated January 27, 2003 | Contract for subscription to ISSue Atlas and CGQ Service. | Institutional Shareholder Services, Inc.<br>Attn: Jill E. Lyons, SVP,<br>Director of Research & Development<br>2099 Gaither Road, Suite 501<br>Rockville, MD 20850-4045 |
| CON000000021018 | LBHI | IQ Financial Systems, Inc. | Software License and Services Agreement | Contract for delivery of Licensed Product Modules and the documentation listed on the Licensed Product Order. | IQ Financial Systems, Inc.<br>Attn: Susan Simek<br>130 Liberty St., MS 2233<br>New York, NY 10006<br><br>IQ Financial Systems, Inc.<br>Attn: Corporate Counsel<br>130 Liberty St., MS 2233<br>New York, NY 10006 |
| 004405-LEHNY-2004 | LBHI | Knobias.com, LLC | Professional User Agreement dated May 3, 2004 | Contract for services consisting of access to the Knobias Professional Services Internet website and other medium, created, maintained and delivered by Knobias. | Knobias.com, LLC<br>Attn: General Counsel or President<br>875 North Park Dr., Bldg. 2, Suite 500<br>Ridgeland, MS 39157 |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| 001310-LEHNY-2006 | LBHI | Lan-Tel Communications, Inc. | Master Agreement: Non-IT Services dated April 21, 2006 | Contract for Non-IT Services. | Lan-Tel Communications, Inc.<br>Attn: General Counsel or President<br>170 Kerry Place<br>Norwood , MA 02062 |
| CON000000023561 | LBHI | Lehman Brothers Bankhaus Aktiengesellschaft | Data Processing Services agreement dated March 1, 1998 | Contract for certain data processing services | Lehman Brothers Bankhaus AG<br>Attn: Operations Manager<br>Grüneburgweg 18<br>Frankfurt/M, Germany 60322<br><br>Lehman Brothers Bankhaus AG<br>Attn: General Counsel or President<br>Rathenauplatz 1<br>Frankfurt am Main<br>Frankfurt, Germany 60313<br><br>Dr. Michael C. Frege, Rechtsanwalt<br>Barckhausstrasse 12-16<br>60325 Frankfurt am Main, Germany<br><br>Dr. Christoph Schuecking<br>CMS Hasche Sigle<br>Barckhausstrasse 12-16<br>60325 Frankfurt am Main, Germany<br><br>Sonnenschein Nath & Rosenthal LLP<br>Attn:  D. Farrington Yates, Esq.<br>Attn:  Jillian Gutman Mann<br>1221 Avenue of the Americas, 24th Floor<br>New York, New York 10020-1089 |
| Not Applicable | LBHI | Lehman Brothers Services (India) Private Limited | Master Services Agreement dated 2005 | Contract for the provision of Information Technology Enabled Services by Lehman Brothers Services | Lehman Brothers Services (India) Private Limited<br>Attn: Chief Executive Officer<br>Winchester, 10th Floor<br>Hiranandani Business Park<br>Powai, Mumbai 400 076<br>India |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| Not Applicable | LBHI | Lehman Brothers Services India Private Limited (SEZ Unit) | Master Services Agreement dated 2008 | Contract for provision of Information Technology Enabled Services from Lehman Services. | Lehman Services (SEZ Unit) Attn: General Counsel or President A-Wing, Kensington Building Hiranandani Business Park Powai, Mumbai 400 076 India |
| 006773A | LBHI | Liffe Administration and Management | Quote Data agreement dated September 5, 2003 | Market data services. | Liffe Administration and Management Cannon Bridge House 1 Cousin Lane London EC4R 3XX England |
| CON000000004964 | LBHI | Logicon Commercial Information Services, Inc. | Support Services Agreement | Contract for maintenance services. | Logicon Commercial Information Services, Inc. Attn: Contracts Manager 10 Orville Drive Bohemia, NY 11716 |
| CON000000025694 | Lehman Brothers | Macroeconomic Advisers, LLC | Master Agreement dated September 1, 1996 | Access to non real time data provided by Macroeconomic's. | Macroeconomic Advisers, LLC Attn: General Counsel or President 231 South Bemiston Ave., Suite 775 St. Louis, MO 63105

Macroeconomic Advisers, LLC Attn: General Counsel or President 231 South Bemiston Ave., Suite 900 St. Louis, MO 63105 |
| CON000000021924 | Lehman Brothers | MessageOne, Inc. | Master Agreement dated March 2, 2005 | Services provided for emergency messaging system. | MessageOne, Inc. President 11044 Research Boulevard, Suite C-500 Austin, TX 78759 |
| CON000000027596 | LBHI | Mexican Stock Exchange | License Information Agreement dated July 31, 1995 | Contract concerning BMV Information Data. | Mexican Stock Exchange Attn: General Counsel or President Paseo de la Reforma No. 255, Colonia Cuauhtémoc C.P. 06500 of Mexico City, Federal District Mexico |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| CON000000028653 | Lehman Brothers | MicroEdge, Inc. | Master Agreement dated August 1, 2000 | Training and consulting services. | MicroEdge, Inc.<br>Attn: General Counsel or President<br>619 West 54th Street, 10th Floor<br>New York, NY 10019 |
| CON000000021124 | LBHI | Microware Technologia de Informacao Ltda | General Terms and Conditions: IT Products and Services dated May 21, 2007 | Contract for the purchase, license or lease of equipment and/or for the provision of services. | Microware Technologia de Informacao Ltda<br>Attn: General Counsel or President<br>Al. Lorena 800, 140 Andar<br>Sao Paulo, SP, Brasil |
| CON000000026102 | Lehman Brothers | Newbridge Networks Inc. | Master Agreement dated May 2, 1995 | License grant and support services to use certain software programs of Newbridge Networks. | Newbridge Networks Inc.<br>Attn: General Counsel or President<br>573 Herndon Parkway<br>Suite 200<br>Herndon, VA 22070-5241<br><br>Alcatel-Lucent<br>Attn: General Counsel or President<br>600-700 Mountain Avenue<br>Murray Hill, NJ 07974 |
| CON000000006211 | Lehman Brothers | OneOffshore UK Ltd | Master Agreement dated March 1, 2001 | Non Real Time subscription services. | OneOffshore UK Ltd<br>Attn: General Counsel or President<br>Studio 1, The Warehouse, St Botolph's Lane,<br>Bary St Edmunds<br>Suffolk<br>United Kingdom<br>IP33 2AX<br><br>Oneoffshore UK Ltd<br>Attn: General Counsel or President<br>Harbour Gate House<br>26-28 Waterloo Quay<br>Aberdeen<br>United Kingdom<br>AB11 5BS |
| CON000000015823 | LBHI | Oslo Bors Informasjon AS | Standard Information Distribution Agreement | Contract to permit LBHI to use, make available and redistribute market information | Oslo Bors Informasjon AS<br>Attn: General Counsel or President<br>P.O. Box 102 Sentrum<br>N-0102, Oslo, Norway |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| CON000000025909 | LBSF | OTC Deriv/SERV, LLC. | Subscription Agreement dated June 2, 2003 | Contract by which LBSF wishes to subscribe to the OTC derivatives automated confirmation service. | OTC Deriv/SERV LLC.<br>Attn: General Counsel or President<br>55 Water St., 22nd Flr<br>New York, NY 10041-0099 |
| CON000000027289 | LBHI | RiskVal Financial Solutions, LLC | Riskval Software Subscription Agreement dated October 1, 2007 | Contract by which RiskVal provides to LBHI Fixed Income G10 package and Portfolio Management. | RiskVal Financial Solutions, LLC<br>Attn: General Counsel or President<br>120 West 31st Street, 6th Floor<br>New York, NY 10001 |
| CON000000020951 | LBHI | Rogers Wireless Partnership | Enterprise Customer Agreement | Contract for Rogers' wireless voice, data and/or messaging telecommunications services. | Rogers Wireless Partnership<br>Attn: VP, National Sales<br>One Mount Pleasant Road<br>Toronto, ON M4Y 2Y5<br>Canada |
| 001205-LEHNY-2006 | LBHI | Roscor Corporation | Master Agreement: Non-IT Services dated February 3, 2006 | Contract for Non-IT Services. | Roscor Corporation<br>Attn: General Counsel or President<br>1061 Feehanville Drive<br>Mount Prospect, IL 60056 |
| CON000000020042 | LBHI | Schroeder Advisory Services, Inc. d/b/a LatinSource | Master Services Agreement dated January 1, 2007 | Provision of Non Real Time reports and market data. | Schroeder Advisory Services, Inc. d/b/a LatinSource<br>Attn: General Counsel or President<br>641 Lexington Ave, 18th Floor<br>New York, NY 10022 |
| 007045A | Lehman Brothers | Seapine Software, Inc. | Master Agreement dated 2003 | License grant to access software development tools. | Seapine Software, Inc.<br>Attn: General Counsel or President<br>5390 Courseview Dr., Suite 115<br>Mason, OH 45040<br><br>Seapine Software, Inc.<br>Attn: General Counsel or President<br>5412 Courseview Dr., Suite 200<br>Mason, OH 45040 |
| CON000000027987 | LBHI | Smartbear Software Company | General Terms and Conditions: IT Products and Services dated September 5, 2008 | Contract for the purchase, license or lease of equipment and/or software from supplier and/or for the provision of services. | Smartbear Software Company<br>Attn: General Counsel or President<br>12885 Research Boulevard, Suite 209B<br>Austin, TX 78750-3221 |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| CON000000006214 | LBHI | Softek Partners, Inc. | Software License Agreement dated January 29, 2000 | Contract for perpetual, royalty-free, non-exclusive and non-transferable license to use Genesis FX software. | Softek Partners, Inc. Attn: General Counsel or President 47 Cambridge Street Winchester, MA 01890 |
| CON000000012750 | LBHI | Temenos Holdings NV | General Terms and Conditions: IT Products and Services dated December 29, 2005 | Contract for the purchase, license or lease of equipment and/or software from Supplier and/or for the provision of services. | Temenos Holdings NV Attn: General Counsel or President 35 Penstraat Willemstad Curacao, Netherland Antilles |
| CON000000026704 | Lehman Brothers | The Investext Group | Master Agreement | CD ROM and Software to access research market data. | The Investext Group Attn: General Counsel or President 22 Pittsburgh St. Boston, MA 02210

Thomson Reuters Attn: General Counsel or President 3 Times Square New York, NY 10036 |
| CON000000028649 | LBHI | Turquoise Services Limited | Information License Agreement dated July 31, 2008 | Contract concerning the use and receipt of licensee's information. | Turquoise Services Limited Attn: General Counsel or President 23 Austin Friars, 5th Floor London EC2N 2QP UK |
| CON000000029609 | LBHI | Unity Electric LLC | Master Agreement: Non-IT Services | Contract for Non-IT Services. | Unity Electric LLC Attn: General Counsel or President 1 Madison Street, Suite F1 East Rutherford, NJ 07073 |
| CON000000027479 | LBHI | Varolii Corporation | General Terms and Conditions: IT Products and Services | Contract for the purchase, license or lease of equipment and/or software from Supplier and/or for the provision of services. | Varolii Corporation Attn: General Counsel or President 821 2nd Avenue, Suite 1000 Seattle, WA 98104 |
| CON000000020845 | LBHI | Western Electrical Management Ltd | Master Agreement: Non-IT Services dated April 19, 2007 | Contract for Non-IT Services. | Western Electrical Management Ltd Attn: General Counsel or President 3770 12th Street NE Alberta, Canada T2E8H9 |

11

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| 001174-LEHNY-2006 | LBHI | WisdomTools, Inc. | General Terms and Conditions: IT Products and Services dated May 17, 2006 | Contract for the purchase, license or lease of equipment and/or software from the supplier and for the provision of services. | WisdomTools, Inc Attn: General Counsel or President 501 Morton, Suite 102 Bloomington, IN 47404 |
| CON000000022091 | LBHI | Xenos Group Inc. | General Terms and Conditions: IT Products and Services dated December 31, 2007 | Contract for the purchase, license or lease of equipment and/or software from the supplier and for the provision of services. | Xenos Group Inc. Attn: General Counsel or President 95 Mural St., Suite 201 Richmond Hill, Ontario Canada L4B 3Gs |
| CON000000021243 | LBHI | Zero to Five LLC | Master Agreement: Non-IT Services dated April 3, 2007 | Contract for Non-IT Services. | Zero to Five LLC Attn: General Counsel or President 650 Clovelly Lane Devon, PA 19333 |

**Exhibit B**

**(Contracts Previously Assigned to Barclays Capital Inc.)**

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| 001128-LEHNY-2006 | LBHI | ACL Services Ltd | ACL Master Software and Services Agreement dated September 1, 2006 | Contract for certain licenses for software, support and related services. | ACL Services Ltd<br>Attn: Legal Department<br>1550 Alberni St.<br>Vancouver, British Columbia<br>Canada, V6G 1A5 |
| CON000000019726 | LBHI | Alacra Inc | Master Services Agreement dated June 20, 2007 | Contract for the licensing and performance of support services. | Alacra Inc<br>Attn: Steven Goldstein, CEO<br>100 Broadway, Ste. 1101<br>New York, NY 10005 |
| CON000000024244 | Lehman Brothers | CB Commercial Real Estate Group, Inc. (Torto Wheaton Research, a division of CB Commercial Real Estate Group, Inc.) | Master Agreement dated January 1, 1994 | License for industry standard commercial real estate information. | CB Commercial Real Estate Group, Inc.<br>(Torto Wheaton Research, a division of CB Commercial Real Estate Group, Inc.)<br>Attn: General Counsel or President<br>200 High St., 3rd Floor<br>Boston, MA 02110<br><br>CB Commercial Real Estate Group, Inc.<br>(Torto Wheaton Research, a division of CB Commercial Real Estate Group, Inc.)<br>Attn: General Counsel or President<br>11150 Santa Monica Blvd., Suite 1600<br>Los Angeles, CA 90025 |

---

[1] LBHI – Lehman Brothers Holdings Inc.
   Lehman Brothers – These contracts were executed by LBHI or one of its affiliates.

[2] This description is provided for informational purposes only.  To the extent there is an inconsistency between this description and the contract, the contract governs.

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| CON000000030936 | LBHI | CRSP | CRSP Standard Data Subscription Agreement | Contract for nonexclusive license to receive and use certain CRSP Data Files. | CRSP Attn: David K. Barclay, Chief Operating Officer University of Chicago Graduate School of Business 105 West Adams St., Suite 1700 Chicago, IL 60603 |
| CON000000024591 | Lehman Brothers | Data Downlink Corporation (n/k/a Alacra, Inc.) | Master Agreement dated August 1, 1997 | Software license for on-line market research. | Data Downlink Corporation (n/k/a Alacra, Inc.) Attn: Steven Goldstein, CEO 100 Broadway, Suite 1101 New York, NY 10005  Data Downlink Corporation (n/k/a Alacra, Inc.) Attn: Steven Goldstein, CEO 101 Hudson St. 24th Floor Jersey City, NJ 07302 |
| CON000000024594 | Lehman Brothers | Datastream International, Inc. | Master Agreement dated December 22, 1994 | Software license for non-real time data. | Datastream International, Inc. Attn: General Counsel 120 Wall St., 15th Floor. New York, NY 10005 |
| CON000000022674 | Lehman Brothers | Garban LLC | Master Agreement dated September 22, 1997 | License grant to develop third party interface to Garban  Data Feed. | Garban LLC Attn: General Counsel or President 120 Broadway, 21st Floor New York, NY 10271  Garban LLC Attn: General Counsel or President Harborside Financial Center 1100 Plaza Five, 12th Floor Jersey City, NJ 07311-4996 |
| 004846-LEHNY-2005 | LBHI | Gryphon Networks Corp. | Master Agreement: Non-IT Services dated November 30, 2005 | Contract for Non-IT Services. | Gryphon Networks Corp. Attn: Contract Management 249 Vanderbilt Ave. Norwood , MA 02062 |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| 001746-LEHNY-2006 | LBHI | Informa Investment Solutions, Inc. | General Terms and Conditions: IT Products and Services dated March 5, 2007 | Contract for the purchase, license or lease of equipment and/or software from the supplier and for the provision of services. | Informa Investment Solutions, Inc. Attn: General Counsel or President 4 Gannett Dr. White Plains, NY 10604 With a copy to: Steven Konowitz, Attorney at Law Konowitz & Greenberg, P.C. 20 William Street, Suite 320 Wellesley Office Park Wellesley, MA 02481-4145 |
| CON000000021780 | LBHI | J & S Audio Visual, Inc. | Master Agreement: Non-IT Services dated November 1, 2007 | Contract for Non-IT Services. | J & S Audio Visual, Inc. Attn: General Counsel or President 3373 Towerwood Drive Dallas, TX 75234-2316 |
| 004660-LEHNY-2005 | LBHI | Macgregor Group Inc. | XIP Software License Agreement dated December 20, 2005 | Contract for licensing of XIP (v. 7.xx) and Compalert Platform to subscriber. | Macgregor Group Inc. Attn: General Counsel 321 Summer Street Boston, MA 02210 |
| CON000000027911 | LBHI | Nihon Keizai Shimbun, Inc. | Index License Agreement dated April 22, 2002 | Contract for non-exclusive license. | Nihon Keizai Shimbun, Inc. Attn: General Counsel or President 1-9-5, Ohtemachi Chiyoda-ku, Tokyo Japan |
| CON000000014881 | LBHI | Quotevision Limited | General Terms and Conditions: IT Products and Services dated May 1, 2006 | Contract for the purchase, license or lease of equipment and/or software from Supplier and/or for the provision of services. | Quotevision Limited Attn: General Counsel or President Haymarket House, 1 Oxendon Street London, SW1Y 4EE UK |
| CON000000027303 | LBHI | Standard & Poors, Div. of The McGraw-Hill Companies | Master Agreement dated July 3, 2003 | License grant for GICS (Global Industry Classification Standard). | Global Industry Classification Standard Attn: Standard & Poors, Div. of The McGraw-Hill Companies, Inc. Attn: GICS Product Manager 55 Water Street New York, NY 10041 |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| CON000000026291 | Lehman Brothers | Storage Technology Corp | Master Agreement dated February 23, 1995 | Master agreement for equipment maintenance. | Storage Technology Corp Attn: Vincent A. Fattizzi, Financial Services Manager  (or his successor) 2270 South 88th St. Louisville, CO 80028<br><br>Sun Microsystems, Inc. Attn: General Counsel or President 4150 Network Circle Santa Clara, CA 95054 |
| CON000000023789 | LBHI | Xkoto Inc. | General Terms and Conditions: IT Products and Services dated September 28, 2007 | Contract for the purchase, license or lease of equipment and/or software from the supplier and for the provision of services. | Xkoto Inc. Attn: General Counsel or President 2300 Yonge St., Suite 1902 Toronto, ON Canada M4P 1E4 |