DECHERT LLP
Katherine A. Burroughs
90 State House Square
Hartford, Connecticut 06103
Telephone: (860) 524-3999
Fax: (860) 524-3930
Email: katherine.burroughs@dechert.com

- and -

Brian E. Greer
1095 Avenue of the Americas
New York, New York  10036
Telephone: (212) 698-3500
Fax: (212) 698-3599
Email: brian.greer@dechert.com

Ordinary Course Professionals for
Lehman Brothers Holdings, Inc., *et al.*
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Bankr. Case No. 08 - 13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING TO CONSIDER APPLICATION OF DECHERT LLP**
**FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

To:   All Creditors
      All who have filed a notice of appearance
         and demand for service of papers
      The Office of the United States Trustee
      Lehman Brothers Holdings, Inc., et al.,
         Debtors in Possession

15098294

**PLEASE TAKE NOTICE** that a hearing, pursuant to 11 U.S.C. §§ 330, 331 and Rule 2002 of the Federal Rules of Bankruptcy Procedure, to consider the application (the "Application") of Dechert LLP, attorneys authorized to provide legal services as Ordinary Course Professionals to Lehman Brothers Holdings, Inc., et al. (the "Debtors"), for an award of compensation for services rendered and reimbursement of expenses incurred, shall be held on **June 24, 2009, at 10:00 a.m.**, before the Honorable, James M. Peck, at the United States Bankruptcy Court, One Bowling Green, New York, New York, 10004.

| Name and Address of Applicant | Compensation Sought | Reimbursement of Expenses |
|---|---|---|
| Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036 | $224,824.90 | $708.65 |

**PLEASE TAKE FURTHER NOTICE** that upon written request to the Applicant, a copy of the Application may be inspected by any party in interest at the office of the Applicant, Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036

**PLEASE TAKE FURTHER NOTICE** that objections to the Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for Electronic Case Filing can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all the other parties in interest, on a 3.5 inch floppy disk, preferably in Portable Document Format (PDF), Word, or any other Windows-based word processing format (in either case, with a hard copy delivered directly to Judge Peck's chambers), and shall be served upon:

>Clerk
>United States Bankruptcy Court
>The Alexander Hamilton Custom House
>One Bowling Green
>New York, New York 10004
>
>Weil, Gotshal & Manges, LLP
>767 Fifth Avenue
>New York, New York 10153
>Attn: Diane Harvey, Esq.
>
>– and –
>
>Office of the United States Trustee
>33 Whitehall Street
>21st Floor
>Attn: Andrew D. Velez-Rivera, Esq.

with a copy sent directly to the Chambers of Honorable, James M. Peck, United States

Bankruptcy Judge, at the above address and be served upon:

>Dechert LLP
>90 State House Square
>Hartford, Connecticut 06103
>Attn: Katherine A. Burroughs, Esq.
>
>– and –
>
>1095 Avenue of the Americas
>New York, New York 10036
>Attn: Brian E. Greer, Esq.

so as to be received no later than **June 21, 2009 at 4:00 p.m.** (Eastern Time).  If you do not

object to the relief sought, you need not respond nor appear at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated: June 3, 2009
      New York, New York

DECHERT LLP

/s/ Katherine A. Burroughs_____
Katherine A. Burroughs
Brian E. Greer
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
katherine.burroughs@dechert.com
brian.greer@dechert.com
Ordinary Course Professionals for Lehman Brothers Holdings, Inc., *et al.*
Debtors in Possession