## LMA FUNDED PARTICIPATION (PAR)

Date: 3 November 2005

**GRANTOR:**          **Lehman Commercial Paper Inc., UK Branch**

**PARTICIPANT:**          **Terms Loans Europe plc**

This Funded Participation is entered into pursuant to the agreed terms (the **"Agreed Terms"**) evidenced by the Confirmation dated 31 October 2005 between the Grantor and the Participant (acting directly or through their respective agents).

On and from the Settlement Date the Grantor grants to the Participant a participation in all or, as the case may be, part of the Loans subject to:

(a)      the schedule to this Funded Participation; and

(b)      the Terms and Conditions for Funded Participations of the Loan Market Association as in effect on the Trade Date (as defined in the Agreed Terms),

both of which are incorporated in this Funded Participation.

**The Grantor**                                    **The Participant**

Lehman Commercial Paper Inc., UK Branch          Term Loans Europe plc

By:                                                          By:

## The Schedule

**1.**  **Credit Agreement Details**

Borrower(s):  Project Silver and certain of its subsidiaries

Guarantor(s):  Project Silver and certain of its subsidiaries

Agent Bank:  The Royal Bank of Scotland plc
(acting through its Milan branch)

Date:  30 June 2003 as amended and restated on 4 August 2003

Facility Amount:  EUR 2,900,000,000.00 / GBP 75,000,000.00

Governing Law:  English

Security:  ✓ No     ☐ Yes

Additional Information:  None

**2.**  **Participation Details:**

Name of Tranche/Facility:  **Facility B**

Nature (Revolving or Term):  Term Loan

Contractual Margin  2.35% subject to Clause 10.4

Recurring Fees:  None

Final Maturity:  28 June 2011

Participation Commitment:  EUR ~~4,833,333.33~~ 4,916,666.67 . $\mathcal{SU}$

Settlement Date:  ~~7~~ November 2005
17 .

**3.**  **Details of outstanding Loans[1]**

Specify in respect of each Loan:

Drawn Amount:  EUR 750,000,00.00

Tranche/Facility:  Facility B

Nature:  Term

Interest Period:  29/08/05 to 28/12/05

**4.**  **Administration Details**

Grantor's Receiving Account:

Bank:  Chase Bank, Frankfurt (CHASDEFX)

A/c:  611 16 00729

Name:  Lehman Brothers Holdings Inc, UK Branch (SLHIGB2H)

IBAN:  DE62501108006111600729

Ref:  Loan Ops / Project Silver

Participant's Receiving Account:

**5.**  **Addresses**

**Grantor**                                                                                          **Participant**

Lehman Commercial Paper Inc., UK Branch  Term Loans Europe plc

Address: 25 Bank Street, London E14 5LE                          Address:
Telephone: +44 207 102 1457                                            Telephone:
Facsimile: +44 207 067 9196                                            Facsimile:
Telex:                                                                               Telex
E-Mail: loanclosinglondon@lehman.com                          E-Mail:
Attn/Ref: Keith Miller                                                     Attn/Ref:

---

[1] As at the date of the Funded Participation