## LMA FUNDED PARTICIPATION (PAR)

Date: 3 November 2005

**GRANTOR:** **Lehman Commercial Paper Inc., UK Branch**

**PARTICIPANT:** **Leveraged Loans Europe plc**

This Funded Participation is entered into pursuant to the agreed terms (the "**Agreed Terms**") evidenced by the Confirmation dated 20 October 2005 between the Grantor and the Participant (acting directly or through their respective agents).

On and from the Settlement Date the Grantor grants to the Participant a participation in all or, as the case may be, part of the Loans subject to:

(a)   the schedule to this Funded Participation; and

(b)   the Terms and Conditions for Funded Participations of the Loan Market Association as in effect on the Trade Date (as defined in the Agreed Terms),

both of which are incorporated in this Funded Participation.

**The Grantor**                                          **The Participant**

Lehman Commercial Paper Inc., UK Branch      Leveraged Loans Europe plc

By:                                                       By:  *[signature]*

## The Schedule

1. **Credit Agreement Details**
    Borrower(s): Project Silver and certain of its subsidiaries
    Guarantor(s): Project Silver and certain of its subsidiaries
    Agent Bank: The Royal Bank of Scotland plc
    (acting through its Milan branch)
    Date: 30 June 2003 as amended and restated on 4 August 2003
    Facility Amount: EUR 2,900,000,000.00 / GBP 75,000,000.00
    Governing Law: English
    Security: ✔ No  ☐ Yes
    Additional Information: None

2. **Participation Details:**
    Name of Tranche/Facility: **Facility B**
    Nature (Revolving or Term): Term Loan
    Contractual Margin: 2.35% subject to Clause 10.4
    Recurring Fees: None
    Final Maturity: 28 June 2011
    Participation Commitment: EUR 1,475,000.00
    Settlement Date: 7 November 2005

3. **Details of outstanding Loans[1]**
    Specify in respect of each Loan:
    Drawn Amount: EUR 750,000,00.00
    Tranche/Facility: Facility B
    Nature: Term
    Interest Period: 29/08/05 to 28/12/05

4. **Administration Details**
    Grantor's Receiving Account:
    Bank: Chase Bank, Frankfurt (CHASDEFX)
    A/c: 611 16 00729
    Name: Lehman Brothers Holdings Inc, UK Branch (SLHIGB2H)
    IBAN: DE62501108006111600729
    Ref: Loan Ops / Project Silver

    Participant's Receiving Account: _____

5. **Addresses**
    **Grantor**                                                                  **Participant**
    Lehman Commercial Paper Inc., UK Branch   Leveraged Loans Europe plc

    Address: 25 Bank Street, London E14 5LE            Address:
    Telephone: +44 207 102 1457                                    Telephone:
    Facsimile: +44 207 067 9196                                      Facsimile:
    Telex:                                                                                Telex
    E-Mail: loanclosinglondon@lehman.com              E-Mail:
    Attn/Ref: Keith Miller                                                Attn/Ref:

---

[1] As at the date of the Funded Participation