## LMA FUNDED PARTICIPATION (PAR)

Date: 28th April 2006

**GRANTOR:** Lehman Commercial Paper Inc., UK Branch

**PARTICIPANT:** Leveraged Loans Europe Plc

This Funded Participation is entered into pursuant to the agreed terms (the "**Agreed Terms**") evidenced by the Confirmation dated 10 April 2006 between the Grantor and the Participant (acting directly or through their respective agents).

On and from the Settlement Date the Grantor grants to the Participant a participation in all or, as the case may be, part of the Loans subject to:

(a)  the schedule to this Funded Participation; and

(b)  the Terms and Conditions for Funded Participations of the Loan Market Association as in effect on the Trade Date (as defined in the Agreed Terms),

both of which are incorporated in this Funded Participation.

**The Grantor**                                   **The Participant**

Lehman Commercial Paper Inc., UK Branch           Leveraged Loans Europe Plc

By:                                               By: _[signature]_

## The Schedule

1. **Credit Agreement Details**
   Borrower(s):                AVR Acquisitions B.V.
   Guarantor(s):
   Agent Bank:                 ABN AMRO Bank N.V.
   Date:                       1st March 2006
   Facility Amount:            EUR 975,000,000.00
   Governing Law:              English
   Security:                   ☐ No    ✔ Yes (specify)
   Additional Information:

2. **Participation Details:**
   Name of Tranche/Facility:   Facility B & Facility C
   Nature (Revolving or Term): Term Loan
   Contractual Margin          Facility B 2.25% & Facility C 2.50
   Recurring Fees:
   Final Maturity:             Facility B 31/03/14 & Facility C 31/03/15
   Participation Commitment:   Facility B EUR 2,500,000.00 & Facility C EUR 2,500,000.00
   Settlement Date:            __ May 2006

3. **Details of outstanding Loans[1]**
   Specify in respect of each Loan:
      Drawn Amount:          EUR 275,000,000.00
      Tranche/Facility:      Facility B
      Nature:                Term Loan
      Interest Period:       13/04/06 to 15/05/06

      Drawn Amount:          EUR 275,000,000.00
      Tranche/Facility:      Facility C
      Nature:                Term Loan
      Interest Period:       13/04/06 to 15/05/06

4. **Administration Details**
   Grantor's Receiving Account:
      Bank:   Chase Bank, Frankfurt (CHASDEFX)
      A/c:    611 16 00729
      Name:   Lehman Brothers Holdings Inc, UK Branch (SLHIGB2H)
      IBAN:   DE62501108006111600729
      Ref:    Loan Ops / AVR

   Participant's Receiving Account:       *** Please Provide ***

5. **Addresses**

---

[1] As at the date of the Funded Participation

| Grantor | Participant |
|---|---|
| Lehman Commercial Paper Inc., UK Branch | Leveraged Loans Europe Plc |
| Address: 25 Bank Street, London E14 5LE | Address: |
| Telephone: +44 207 102 2749 | Telephone: |
| Facsimile: +44 207 067 9506 | Facsimile: |
| Telex: | Telex |
| E-Mail: loanclosinglondon@lehman.com | E-Mail: |
| Attn/Ref: Jayshree Patel | Attn/Ref: Tina Sharkey |