## LMA FUNDED PARTICIPATION (PAR)

Date: 15 January 2008

**GRANTOR:** Lehman Commercial Paper Inc, UK Branch

**PARTICIPANT:** European Credit Luxembourg SA

This Funded Participation is entered into pursuant to the agreed terms (the "**Agreed Terms**") evidenced by the Confirmation with a trade date of November 1, 2007 between the Grantor and the Participant (acting directly or through their respective agents).

On and from the Settlement Date the Grantor grants to the Participant a participation in all or, as the case may be, part of the Loans subject to:

(a)   the schedule to this Funded Participation; and

(b)   the Terms and Conditions for Funded Participations of the Loan Market Association as in effect on the Trade Date (as defined in the Agreed Terms),

both of which are incorporated in this Funded Participation.

| The Grantor | The Participant |
|---|---|
| Lehman Commercial Paper Inc, UK Branch | European Credit Luxembourg SA |

By: _____
Christopher Wahl
Authorized Signatory

By: _____

- 1 -

## The Schedule

1. **Credit Agreement Details**
   Borrower(s):                MERLIN ENTERTAINMENTS GROUP LUXEMBOURG 3 S.à.R.L
   Agent Bank:                 BAYERISCHE HYPO- UND VEREINSBANK AG, LONDON BRANCH
   Date:                       21 May 2007
   Facility Amount:            EUR 420,000,000
   Governing Law:              English
   Security:                   As per credit agreement
   Additional Information:     English

2. **Participation Details:**
   Name of Tranche/Facility:   Facility A
   Nature (Revolving or Term): Term
   Contractual Margin          2.25%
   Final Maturity:             2 March 2012
   Participation Commitment:   EUR 4,000,000.00

   Settlement Date:            Jan. 17, 2008

3. **Details of outstanding Loans[1]**
   Specify in respect of each Loan:
        Drawn Amount:          EUR 4,000,000.00
        Tranche/Facility:      Facility A
        Nature:                Term
        Interest Period:       28 Dec 2007 – 28 March 2008

4. **Administration Details**
   Grantor's Receiving Account:

   Bank:    Chase Bank, Frankfurt (CHASDEFX)
   A/c:     611 16 00729
   Name:    Lehman Brothers Holdings Inc, UK Branch (SLHIGB2H)
   IBAN:    DE62501108006111600729
   Ref:     Loan Ops / name of deal

   Participant's Receiving Account: _____

5. **Addresses**

   | Grantor | Participant |
   |---|---|
   | Address: 25 Bank Street E14 5LB London | Address: |
   | Telephone: | Telephone: |
   | Facsimile: | Facsimile: |
   | E-Mail: loanops@lehman.com | E-Mail: |
   | Attn/Ref: Adam Willis | Attn/Ref: |

---

[1] As at the date of the Funded Participation

-2-