## LMA FUNDED PARTICIPATION (PAR)

Date: 18th October 2007

**GRANTOR:** Lehman Commercial Paper Inc, UK Branch

**PARTICIPANT:** Leveraged Loans Europe Plc

This Funded Participation is entered into pursuant to the agreed terms (the "**Agreed Terms**") evidenced by the Confirmation dated 18th October 2007 between the Grantor and the Participant (acting directly or through their respective agents).

On and from the Settlement Date the Grantor grants to the Participant a participation in all or, as the case may be, part of the Loans subject to:

(a)   the schedule to this Funded Participation; and

(b)   the Terms and Conditions for Funded Participations of the Loan Market Association as in effect on the Trade Date (as defined in the Agreed Terms),

both of which are incorporated in this Funded Participation.

| The Grantor | The Participant |
|---|---|
| Lehman Commercial Paper Inc, UK Branch | Leveraged loans Europe Plc |
| By: *[signature]* | By: *[signature]* |

- 1 -

## The Schedule

1.  **Credit Agreement Details**
    Borrower(s):               Wind Telecommunicaziono SPS
    Guarantor(s):              As per the credit agreement
    Agent Bank:                ABN Amro Bank NV
    Date:                      26th May, 2005 (as amended)
    Facility Amount:           EUR 6,850,000,000
    Governing Law:             English Law

2.  **Participation Details:**

    | | | |
    |---|---|---|
    | Name of Tranche/Facility: | Facility B | Facility C |
    | Nature (Revolving or Term): | Term | Term |
    | Participation Commitment: | EUR 402,827.92 | EUR 1,597,172.08 |
    | Settlement Date: | | |

3.  **Details of outstanding Loans**[1]
    Specify in respect of each Loan:

    | | | |
    |---|---|---|
    | Drawn Amount: | EUR 1,475,796,997.12 | EUR 1,475,796,997.12 |
    | Tranche/Facility: | Term B | Term C |
    | Interest Period: | 24.09.07–25.03.08 | |

    ☐ Details of other Loans are set out on the attached sheet

4.  **Administration Details**
    Grantor's Receiving Account:

    Bank:       Chase Bank, Frankfurt (CHASDEFX)

    A/c:        611 16 00729

    Name:       Lehman Brothers Holdings Inc, UK Branch (SLHIGB2H)

    IBAN:       DE62501108006111600729

    Ref:        Loan Ops / name of deal

    Participant's Receiving Account:

    Bank Name:   Barclays Bank Plc,    London Branch

    BIC Code:    BARCGB22

    Sort Code:   20-32-53

    Account no:  44295544

    For Further Credit:   Barclays Capital Securities Ltd, London

    BIC Code:    BARCGB33XXX

    Ref:   LOANS: LLE 500009/(Name of Credit)

    IBAN NO:   GB66BARC 203253 44295544

---

[1] As at the date of the Funded Participation

5.  Addresses

| Grantor | Participant |
|---|---|
| Lehman Commercial Paper Inc., UK Branch | Leveraged Loans Europe Plc |
| Address: | Address: |
| Telephone: | Telephone: |
| Facsimile: | Facsimile: |
| Telex: | Telex |
| E-Mail: | E-Mail: |
| Attn/Ref: | Attn/Ref: |