EUROPEAN CREDIT MANAGEMENT LIMITED

Term Loans Europe p.l.c.
One Custom House Plaza
International Financial Services Centre
Dublin 1

Lehman Commercial Paper Inc UK Branch
25 Bank Street
London
E14 5LE

Attn/Ref: **Julian Wheeler**

15 September 2008

Dear Sirs

**Funded Participation between Term Loans Europe p.l.c. ("TLE") and Lehman Commercial Paper Inc., UK Branch ("Lehman") (the "Funded Participation")**

We refer to the Funded Participation between Lehman and TLE effective 17 November 2005. Capitalised terms used but not otherwise defined herein will have the meanings assigned to them in the Funded Participation.

We are writing to request that pursuant to Clause 17 (*Elevation*) of the Funded Participation, that TLE become a Lender under the Credit Documentation with respect to the following Loans:

1.  €3,871,198.02 of Facility B of SEAT, 4th August 2003 loan;

We note that pursuant to Clause 17, TLE is entitled to become a Lender and that Lehman is under an obligation to use commercially reasonable efforts to facilitate this request. Further, we agree to prepare the relevant transfer certificates/assignment and acceptance agreement as applicable to the Loans.

We hereby agree in accordance with Clause 17 to pay all transfer fees in connection with the Elevation of the Loans.

This letter shall be governed by, and construed in accordance with, the laws of England.

Yours faithfully,

Term Loans Europe p.l.c.
By: *[signature]*
Name: T. RONBERG
Date: 15/9-2008
Title: PORTFOLIO MANAGER

34 GROSVENOR STREET, LONDON W1K 4QU
TEL +44 (0)20 7529 7400 FAX +44 (0)20 7529 7411 WWW.EUROPEANCREDIT.COM

AUTHORISED AND REGULATED BY THE FINANCIAL SERVICES AUTHORITY

**ECM | EUROPEAN CREDIT MANAGEMENT LIMITED**

Leveraged Loans Europe p.l.c.
One Custom House Plaza
International Financial Services Centre
Dublin 1

Lehman Commercial Paper Inc UK Branch
25 Bank Street
London
E14 5LE

Attn/Ref: **Julian Wheeler**

15 September 2008

Dear Sirs

**Funded Participation between Leveraged Loans Europe p.l.c. ("LLE") and Lehman Commercial Paper Inc., UK Branch ("Lehman") (the "Funded Participation")**

We refer to the Funded Participation between Lehman and LLE effective 7 November 2005. Capitalised terms used but not otherwise defined herein will have the meanings assigned to them in the Funded Participation.

We are writing to request that pursuant to Clause 17 (*Elevation*) of the Funded Participation, that LLE become a Lender under the Credit Documentation with respect to the following Loans:

1.    €1,161,308.58 of Facility B of SEAT, 4th August 2003 loan;

We note that pursuant to Clause 17, LLE is entitled to become a Lender and that Lehman is under an obligation to use commercially reasonable efforts to facilitate this request. Further, we agree to prepare the relevant transfer certificates/assignment and acceptance agreement as applicable to the Loans.

We hereby agree in accordance with Clause 17 to pay all transfer fees in connection with the Elevation of the Loans.

This letter shall be governed by, and construed in accordance with, the laws of England.

Yours faithfully,

Leveraged Loans Europe p.l.c.
By:
Name: T. CONBERG
Date: 15/9-2008
Title: PORTFOLIO MANAGER

34 GROSVENOR STREET, LONDON W1K 4QU
TEL +44 (0)20 7529 7400  FAX +44 (0)20 7529 7411  WWW.EUROPEANCREDIT.COM
AUTHORISED AND REGULATED BY THE FINANCIAL SERVICES AUTHORITY

**ecm** | EUROPEAN CREDIT
MANAGEMENT LIMITED

Leveraged Loans Europe p.l.c.
One Custom House Plaza
International Financial Services Centre
Dublin 1

Lehman Commercial Paper Inc UK Branch
25 Bank Street
London
E14 5LE

Attn/Ref: **Julian Wheeler**

15 September 2008

Dear Sirs

**Funded Participation between Leveraged Loans Europe p.l.c. ("LLE") and Lehman Commercial Paper Inc., UK Branch ("Lehman") (the "Funded Participation")**

We refer to the Funded Participation between Lehman and LLE effective 5 May 2006. Capitalised terms used but not otherwise defined herein will have the meanings assigned to them in the Funded Participation.

We are writing to request that pursuant to Clause 17 (*Elevation*) of the Funded Participation, that LLE become a Lender under the Credit Documentation with respect to the following Loans:

1. €2,500,000 of Facility B of AVR Acquisitions B.V., 1st March 2006 loan;

2. €2,500,000 of Facility C of AVR Acquisitions B.V., 1st March 2006 loan.

We note that pursuant to Clause 17, LLE is entitled to become a Lender and that Lehman is under an obligation to use commercially reasonable efforts to facilitate this request. Further, we agree to prepare the relevant transfer certificates/assignment and acceptance agreement as applicable to the Loans.

We hereby agree in accordance with Clause 17 to pay all transfer fees in connection with the Elevation of the Loans.

This letter shall be governed by, and construed in accordance with, the laws of England.

Yours faithfully,

Leveraged Loans Europe p.l.c.
By: [signature]
Name: T. FONBERG
Date: 15/9-2008
Title: PORTFOLIO MANAGER

34 GROSVENOR STREET, LONDON W1K 4QU
TEL +44 (0)20 7529 7400 FAX +44 (0)20 7529 7411 WWW.EUROPEANCREDIT.COM

AUTHORISED AND REGULATED BY THE FINANCIAL SERVICES AUTHORITY

European Credit (Luxembourg) S.A.
5 Alle Scheffer
Luxembourg L-2520

Lehman Commercial Paper Inc UK Branch
25 Bank Street
London
E14 5LE

Attn/Ref: Julian Wheeler

15 September 2008

Dear Sirs

**Funded Participation between European Credit (Luxembourg) S.A. ("ECL") and Lehman Commercial Paper Inc., UK Branch ("Lehman") (the "Funded Participation")**

We refer to the Funded Participation between Lehman and ECL effective 17 January 2008. Capitalised terms used but not otherwise defined herein will have the meanings assigned to them in the Funded Participation.

We are writing to request that pursuant to Clause 17 (*Elevation*) of the Funded Participation, that ECL become a Lender under the Credit Documentation with respect to the following Loans:

1.   €4,000,000.00 of Facility A – Merlin Entertainments Group Luxembourg 3 S.A.R.L, 21st May 2007 loan.

We note that pursuant to Clause 17, ECL is entitled to become a Lender and that Lehman is under an obligation to use commercially reasonable efforts to facilitate this request. Further, we agree to prepare the relevant transfer certificates/assignment and acceptance agreement as applicable to the Loans.

We hereby agree in accordance with Clause 17 to pay all transfer fees in connection with the Elevation of the Loans.

This letter shall be governed by, and construed in accordance with, the laws of England.

Yours faithfully,

European Credit (Luxembourg) S.A.

By:
Name: T. RONBERG
Date: 15/9-2008
Title: PORTFOLIO MANAGER

34 GROSVENOR STREET, LONDON W1K 4QU
TEL +44 (0)20 7529 7400  FAX +44 (0)20 7529 7411  WWW.EUROPEANCREDIT.COM

AUTHORISED AND REGULATED BY THE FINANCIAL SERVICES AUTHORITY

Relative European Value S.A.
5 Alle Scheffer
Luxembourg L-2520

Lehman Commercial Paper Inc UK Branch
25 Bank Street
London
E14 5LE

Attn/Ref: **Julian Wheeler**

15 September 2008

Dear Sirs

**Funded Participation between Relative European Value S.A. ("REV") and Lehman Commercial Paper Inc., UK Branch ("Lehman") (the "Funded Participation")**

We refer to the Funded Participation between Lehman and REV effective 17 January 2008. Capitalised terms used but not otherwise defined herein will have the meanings assigned to them in the Funded Participation.

We are writing to request that pursuant to Clause 17 (*Elevation*) of the Funded Participation, that REV become a Lender under the Credit Documentation with respect to the following Loans:

1.   €2,661,012.36 of Facility A – Merlin Entertainments Group Luxembourg 3 S.A.R.L, 21st May 2007 loan.

We note that pursuant to Clause 17, REV is entitled to become a Lender and that Lehman is under an obligation to use commercially reasonable efforts to facilitate this request. Further, we agree to prepare the relevant transfer certificates/assignment and acceptance agreement as applicable to the Loans.

We hereby agree in accordance with Clause 17 to pay all transfer fees in connection with the Elevation of the Loans.

This letter shall be governed by, and construed in accordance with, the laws of England.

Yours faithfully,

Relative European Value S.A.

By:
Name: T. RONBERG
Date: 15/9-2008
Title: PORTFOLIO MANAGER

34 GROSVENOR STREET, LONDON W1K 4QU
TEL +44 (0)20 7529 7400  FAX +44 (0)20 7529 7411  WWW.EUROPEANCREDIT.COM
AUTHORISED AND REGULATED BY THE FINANCIAL SERVICES AUTHORITY

ECM | EUROPEAN CREDIT
MANAGEMENT LIMITED

Leveraged Loans Europe p.l.c.
One Custom House Plaza
International Financial Services Centre
Dublin 1

Lehman Commercial Paper Inc UK Branch
25 Bank Street
London
E14 5LE

Attn/Ref: **Julian Wheeler**

15 September 2008

Dear Sirs

**Funded Participation between Leveraged Loans Europe p.l.c. ("LLE") and Lehman Commercial Paper Inc., UK Branch ("Lehman") (the "Funded Participation")**

We refer to the Funded Participation between Lehman and LLE effective 17 November 2005. Capitalised terms used but not otherwise defined herein will have the meanings assigned to them in the Funded Participation.

We are writing to request that pursuant to Clause 17 (*Elevation*) of the Funded Participation, that LLE become a Lender under the Credit Documentation with respect to the following Loans:

1. €402,897.92 of Facility B1 of Wind Telecommunicaziono SPS, 26th May 2005 (as amended) loan;

2. €1,597,172.08 of Facility C1 of Wind Telecommunicaziono SPS, 26th May 2005 (as amended) loan.

We note that pursuant to Clause 17, LLE is entitled to become a Lender and that Lehman is under an obligation to use commercially reasonable efforts to facilitate this request. Further, we agree to prepare the relevant transfer certificates/assignment and acceptance agreement as applicable to the Loans.

We hereby agree in accordance with Clause 17 to pay all transfer fees in connection with the Elevation of the Loans.

This letter shall be governed by, and construed in accordance with, the laws of England.

Yours faithfully,

Leveraged Loans Europe p.l.c.

By:
Name: T. RONBERG
Date: 15/9-2008
Title: PORTFOLIO MANAGER