UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In Re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.,*    **AFFIDAVIT OF SERVICE**

                              Debtors.    Chapter 11, Case No. 08-13555(JMP)

-------------------------------------------------------------x

STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NASSAU   )

    I, Carol A. Spatafora, being duly sworn, say: I am not a party to this action, am over 18 years of age and reside in Garden City, New York 11530.

    On June 4, 2009, I served the within **NOTICE OF HEARING ON MOTION and MOTION OF LAUREL COVE DEVELOPMENT LLC FOR AN ORDER: (i) DIRECTING DEBTOR TO ASSUME OR REJECT AN EXECUTORY CONTRACT; AND (ii) GRANTING RELATED RELIEF** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, within New York State, addressed to each of the persons set forth below at the last known address set forth after each name.

TO:

WEIL GOTSHAL & MANGES LLP
*Counsel to the Debtors*
767 Fifth Ave.
New York, NY 10153
Attn: Lori Fife, Esq.
     Shai Y. Waisman, Esq.
     Richard P. Krasnow, Esq.
     Jacqueline Marcus, Esq.

MILBANK, TWEED, HADLEY & McCLOY LLP
*Counsel to the Official Committee of Unsecured Creditors*
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
      Dennis O'Donnell, Esq.
      Evan Fleck Esq.

OFFICE OF THE U. S. TRUSTEE
33 Whitehall St., 21st Floor
New York, NY 10004
Attn: Andrew Velez-Rivera, Esq.

                                           /s/Carol A. Spatafora
                                           CAROL A. SPATAFORA

Sworn to before me this
4th day of June, 2009

    /s/Bruce D. Mael
      BRUCE D. MAEL
Notary Public, State of New York
    No. 02MA4971504
  Qualified in Nassau County
Commission Expires September 4, 2010