**Hearing Date: June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: June 21, 2009**

LEVENE, NEALE, BENDER, RANKIN & BRILL, L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
David L. Neale (DN 1948)

Attorneys for Lessor and Sublessor,
Kalaimoku-Kuhio Development Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                      :
In re                                 :     Chapter 11 Case No.
                                      :
LEHMAN BROTHERS HOLDINGS INC., et al  :     08-13555 (JMP)
                                      :
                Debtors.              :     (Jointly Administered)
                                      :
                                      :
------------------------------------------------------------x
```

### NOTICE OF MOTION FOR AN ORDER (A) COMPELLING PAYMENT OF POST-PETITION RENT AND CHARGES; (B) GRANTING RELIEF FROM THE AUTOMATIC STAY; AND (C) COMPELLING ASSUMPTION OR REJECTION OF LEASES

**PLEASE TAKE NOTICE** that Kalaimoku-Kuhio Development Corp. (the "Landlord") has filed a Motion pursuant to sections 362(d), 363(e), 365(d)(2), and 365(d)(3) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 4001(a) and 6006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") For Entry of an Order (1) compelling payment of post-petition rent and charges immediately upon the entry of an order granting this Motion, (2) prospectively vacating the automatic stay, effective on the 3rd business

day following default under the Leases (as defined herein), to exercise all of its rights and remedies under: (a) the "Amended and Restated Ground Lease" (the "Ground Lease"), pursuant to which LB 2080 Kalakaua Owners LLC, a debtor and debtor in possession in the above-captioned, jointly-administrated bankruptcy cases (the "Debtor") is the lessee, and (b) the "Amended and Restated Sublease" (the "Ground Sublease," and with the Ground Lease, collectively referred to herein as the "Leases") pursuant to which the Debtor is the sublessee, and under all applicable laws, in the event the Debtor does not timely perform its post-petition obligations under the Leases, and (3) compelling assumption or rejection of the Leases.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held in connection with the Motion (the "Hearing") on June 24, 2009 at 10:00 a.m. (prevailing Eastern Time) before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 601.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion and the relief requested therein must be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Bankruptcy Court, set forth the basis for the objection and the specific grounds therefore, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242, as amended by General Order M-269, by registered users of the Court's electronic case filing system (the User's manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), with a hard copy delivered directly to Chambers and served in accordance with General Order M-242 or by first-class mail upon each of the following: (i) the Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004;

2

(ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn:

Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq. and Jacqueline Marcus,

Esq.), attorneys for the above-captioned debtors; (iii) the Office of the United States Trustee for

the Southern District of New York, 33 Whitehall Street, 21sdt Floor, New York, New York,

10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and

Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & Mc Cloy LLP, 1 Chase Manhattan Plaza,

New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan

Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these

cases; (v) Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, (Attn:

Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.), (vi) the attorneys for any other official

committee(s) that may be appointed in the above-captioned cases; and (vii) counsel to the

Landlord, Levene, Neale, Bender, Rankin & Brill L.L.P., 10250 Constellation Blvd., Suite

1700, Los Angeles, CA 90067 (Attention: David L. Neale, Esq. and Monica Y. Kim, Esq.), **so

as to be received on or before June 21, 2009** or such shorter time as the Bankruptcy Court

may hereafter order and of which you may receive subsequent notice. Only those objections

which have been timely filed and served by the Objection Deadline in accordance with the

procedures herein may be considered by the Court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a

written objection to the relief requested in the Motion in accordance with this Notice and the

Court's Amended Order Implementing Certain Notice and Case Management Procedures

(Docket No. 2837), dated February 13, 2009, the Bankruptcy Court may deem any opposition

waived, treat the Motion as conceded, and enter an order granting the relief requested in the

Motion without further notice or hearing.

3

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained at

no   charge   at   http://www.lehman-docket.com   or   for   a   fee   via   PACER   at

http://www.nysb.uscourts.gov.

DATED: June 4, 2009                     LEVENE, NEALE, BENDER, RANKIN
                                        & BRILL L.L.P.


                                By:     */s/ David L. Neale* _____
                                        DAVID L. NEALE
                                        10250 Constellation Blvd., Suite 1700
                                        Los Angeles, CA 90067
                                        Telephone: (310) 229-1234
                                        Facsimile:  (310) 229-1244

                                        Attorneys for Lessor and Sublessor,
                                        Kalaimoku-Kuhio Development Corp.