**EXHIBIT C**

# LB 2080 Kalakaua Owners LLC

Date of Bankruptcy: 4/23/2009

| Item | Description | Period Paid | Open Balance | Process Period Begin Date | Process Period End Date | Period Days | Pre-Petition Days | % | Pre-Petition | Post-Petition Days | % | Post-Petition | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P-Tax 2nd Half 08/09 Kalaimoku / Kuhio Dev Corp | 1/1/09 - 6/30/09 | 269,664.04 | 1/1/2009 | 6/30/2009 | 181 | 112 | 62% | $ 166,863.94 | 69 | 38% | $ 102,800.10 | 269,664.04 0.00 |
|   | P-Tax Late Fee Kalaimoku / Kuhio Dev Corp (P+3.5%) | 2/20/2009 | 18,202.32 | n/a | n/a | n/a | n/a | 100% | $ 18,202.32 | n/a | 0% | n/a | 18,202.32 0.00 |
|   | P-Tax GET Kalaimoku / Kuhio Dev Corp | 1/1/09 - 6/30/09 | 13,564.26 | 1/1/2009 | 6/30/2009 | 181 | 112 | 62% | $ 8,393.36 | 69 | 38% | $ 5,170.91 | 13,564.26 0.00 |
|   | P-Tax PENALTY 2nd Half 08/09 Kalaimoku / Kuhio Dev Corp | 2/20/2009 | 13,591.07 | n/a | n/a | n/a | n/a | 100% | $ 13,591.07 | n/a | 0% | n/a | 13,591.07 0.00 |
|   | P-Tax GET Kalaimoku / Kuhio Dev Corp | 2/20/2009 | 640.41 | n/a | n/a | n/a | n/a | 100% | $ 640.41 | n/a | 0% | n/a | 640.41 0.00 |
| 2 | P-Tax BID 08/09 Kalaimoku / Kuhio Dev Corp | 1/1/09 - 6/30/09 | 10,221.13 | 1/1/2009 | 6/30/2009 | 181 | 112 | 62% | $ 6,324.68 | 69 | 38% | $ 3,896.45 | 10,221.13 0.00 |
|   | P-Tax BID Late Fee Kalaimoku / Kuhio Dev Corp (P+3.5%) | 2/20/2009 | 688.93 | n/a | n/a | n/a | n/a | 100% | $ 688.93 | n/a | 0% | n/a | 688.93 0.00 |
|   | P-Tax BID GET Kalaimoku / Kuhio Dev Corp | 1/1/09 - 6/30/09 | 514.13 | 1/1/2009 | 6/30/2009 | 181 | 112 | 62% | $ 318.14 | 69 | 38% | $ 195.99 | 514.13 0.00 |
|   | P-Tax PENALTY BID 08/09 Kalaimoku / Kuhio Dev Corp | 2/20/2009 | 515.14 | n/a | n/a | n/a | n/a | 100% | $ 515.14 | n/a | 0% | n/a | 515.14 0.00 |
|   | P-Tax BID GET Kalaimoku / Kuhio Dev Corp | 2/20/2009 | 24.27 | n/a | n/a | n/a | n/a | 100% | $ 24.27 | n/a | 0% | n/a | 24.27 0.00 |
| 3 | P-Tax 2nd Half 08/09 Oceanfront Parcel | 1/1/09 - 6/30/09 | 18,078.58 | 1/1/2009 | 6/30/2009 | 181 | 112 | 62% | $ 11,186.75 | 69 | 38% | $ 6,891.83 | 18,078.58 0.00 |
|   | P-Tax 2nd Half Late Fee Oceanfront Parcel (P+2%) | 2/20/2009 | 949.13 | n/a | n/a | n/a | n/a | 100% | $ 949.13 | n/a | 0% | n/a | 949.13 0.00 |
|   | P-Tax GET Oceanfront Parcel | 1/1/09 - 6/30/09 | 896.59 | 1/1/2009 | 6/30/2009 | 181 | 112 | 62% | $ 554.79 | 69 | 38% | $ 341.79 | 896.59 0.00 |
|   | P-Tax PENALTY 2nd Half 08/09 Oceanfront Parcel | 2/20/2009 | 911.16 | n/a | n/a | n/a | n/a | 100% | $ 911.16 | n/a | 0% | n/a | 911.16 0.00 |
|   | P-Tax BID GET Oceanfront Parcel | 2/20/2009 | 42.93 | n/a | n/a | n/a | n/a | 100% | $ 42.93 | n/a | 0% | n/a | 42.93 0.00 |
| 4 | P-Tax BID 08/09 Oceanfront Parcel | 1/1/09 - 6/30/09 | 685.23 | 1/1/2009 | 6/30/2009 | 181 | 112 | 62% | $ 424.01 | 69 | 38% | $ 261.22 | 685.23 0.00 |
|   | P-Tax BID GET Oceanfront Parcel | 1/1/09 - 6/30/09 | 32.29 | 1/1/2009 | 6/30/2009 | 181 | 112 | 62% | $ 19.98 | 69 | 38% | $ 12.31 | 32.29 0.00 |
|   | P-Tax PENALTY BID 08/09 Oceanfront Parcel | 2/20/2009 | 34.53 | n/a | n/a | n/a | n/a | 100% | $ 34.53 | n/a | 0% | n/a | 34.53 0.00 |
|   | P-Tax BID GET Oceanfront Parcel | 2/20/2009 | 1.63 | n/a | n/a | n/a | n/a | 100% | $ 1.63 | n/a | 0% | n/a | 1.63 0.00 |
| 5 | P-Tax 1st Half 08/09 GET Oceanfront Parcel | 4/23/2009 | 856.76 | n/a | n/a | | | | $ — | | 100% | $ 856.76 | 856.76 0.00 |
|   | P-Tax 1st Half 08/09 GET Late Fee Oceanfront Parcel | 4/23/2009 | 44.98 | n/a | n/a | | | | $ — | | 100% | $ 44.98 | 44.98 0.00 |
| 6 | April '09 Rent Kalaimoku / Kuhio Dev Corp | 4/1/09 - 4/30/09 | 170,000.00 | 4/1/2009 | 4/30/2009 | 30 | 22 | 73% | $ 124,666.67 | 8 | 27% | $ 45,333.33 | 170,000.00 0.00 |
|   | April '09 Rent Late Fee Kalaimoku / Kuhio Dev Corp (P+3.5%) | 4/1/2009 | 11,475.00 | n/a | n/a | | | 0% | | | 100% | $ 11,475.00 | 11,475.00 0.00 |
|   | April '09 GET Kalaimoku / Kuhio Dev Corp | 4/1/09 - 4/30/09 | 8,551.10 | 4/1/2009 | 4/30/2009 | 30 | 22 | 73% | $ 6,270.81 | 8 | 27% | $ 2,280.29 | 8,551.10 0.00 |
| 7 | April '09 Rent Oceanfront Parcel | 4/1/09 - 4/30/09 | 25,752.00 | 4/1/2009 | 4/30/2009 | 30 | 22 | 73% | $ 18,884.80 | 8 | 27% | $ 6,867.20 | 25,752.00 0.00 |
|   | April '09 Rent Late Fee Oceanfront Parcel | 4/1/2009 | 1,351.98 | n/a | n/a | | | 0% | n/a | | 100% | $ 1,351.98 | 1,351.98 0.00 |
|   | April '09 GET Oceanfront Parcel | 4/1/09 - 4/30/09 | 1,277.14 | 4/1/2009 | 4/30/2009 | 30 | 22 | 73% | $ 936.57 | 3 | 27% | $ 340.57 | 1,277.14 0.00 |
| 8 | May '09 Rent Kalaimoku / Kuhio Dev Corp | 5/1/09 - 5/31/09 | 170,000.00 | 5/1/2009 | 5/31/2009 | 31 | n/a | 0% | | 31 | 100% | $ 170,000.00 | 170,000.00 0.00 |
|   | May '09 Rent Late Fee Kalaimoku / Kuhio Dev Corp (P+3.5%) | 5/1/2009 | 11,475.00 | n/a | n/a | | | 0% | | | 100% | $ 11,475.00 | 11,475.00 0.00 |
|   | May '09 GET Kalaimoku / Kuhio Dev Corp | 5/1/09 - 5/31/09 | 8,551.10 | 5/1/2009 | 5/31/2009 | 31 | n/a | 0% | | | 100% | $ 8,551.10 | 8,551.10 0.00 |
| 9 | May '09 Rent Oceanfront Parcel | 5/1/09 - 5/31/09 | 25,752.00 | 5/1/2009 | 5/31/2009 | 31 | n/a | 0% | | 31 | 100% | $ 25,752.00 | 25,752.00 0.00 |
|   | May '09 Rent Late Fee Oceanfront Parcel (P+2%) | 5/1/2009 | 1,351.98 | n/a | n/a | | | 0% | | | 100% | $ 1,351.98 | 1,351.98 0.00 |
|   | May '09 GET Oceanfront Parcel | 5/1/09 - 5/31/09 | 1,277.14 | 5/1/2009 | 5/31/2009 | 31 | n/a | 0% | | | 100% | $ 1,277.14 | 1,277.14 0.00 |
| 10 | June '09 Rent Kalaimoku / Kuhio Dev Corp | 6/1/09 - 6/30/09 | 170,000.00 | 6/1/2009 | 6/30/2009 | 30 | n/a | 0% | | 30 | 100% | $ 170,000.00 | 170,000.00 0.00 |
|   | June '09 Rent Late Fee Kalaimoku / Kuhio Dev Corp (P+3.5%) | 6/1/2009 | 11,475.00 | n/a | n/a | | | 0% | | | 100% | $ 11,475.00 | 11,475.00 0.00 |
|   | June '09 GET Kalaimoku / Kuhio Dev Corp | 6/1/09 - 6/30/09 | 8,551.10 | 6/1/2009 | 6/30/2009 | 30 | n/a | 0% | | | 100% | $ 8,551.10 | 8,551.10 0.00 |
| 11 | June '09 Rent Oceanfront Parcel | 6/1/09 - 6/30/09 | 25,752.00 | 6/1/2009 | 6/30/2009 | 30 | n/a | 0% | | 30 | 100% | $ 25,752.00 | 25,752.00 0.00 |
|   | June '09 Rent Late Fee Oceanfront Parcel (P+2%) | 6/1/2009 | 1,351.98 | n/a | n/a | | | 0% | | | 100% | $ 1,351.98 | 1,351.98 0.00 |
|   | June '09 GET Oceanfront Parcel | 6/1/09 - 6/30/09 | 1,277.14 | 6/1/2009 | 6/30/2009 | 30 | n/a | 0% | | | 100% | $ 1,277.14 | 1,277.14 0.00 |
|   | | | 1,005,382.17 | | | | | | | | | | $1,005,382.17 | $1,005,382.17 0.00 |

|  |  |
|---|---|
| Lease | $ 897,705.01 |
| Sublease | $ 107,677.16 |
| Total | $ 1,005,382.17 |

218,407.22            $ 393,273.98            $612,108.19

Effective December 16, 2008, the prime rate for Bank of America is 3.25%.
http://www.newsroom.bankofamerica.com/index.php?s=244&item=77