| | | |
|---|---|---|
| WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2787<br>(212) 819-8200<br>Gerard Uzzi<br>J. Christopher Shore<br>Lisa Thompson | Wachovia Financial Center, Suite 4900<br>200 South Biscayne Blvd.<br>Miami, Florida 33131<br>(305) 371-2700<br>Thomas E Lauria (admitted *pro hac vice*) | DEWEY & LEBOEUF LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6092<br>(212) 259-8000<br>Martin Bienenstock |

ATTORNEYS FOR THE AD HOC GROUP OF
LEHMAN BROTHERS CREDITORS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                                       )   s.s.:
NEW YORK COUNTY  )

       Lyudmyla Polyova, being duly sworn, deposes and states that she resides in Palisades Park, New Jersey; that she is over the age of twenty-one years and that she is not a party to this proceeding.

       On the 2nd day of June, 2009, deponent caused a copy of the *Statement in Support of Debtors' Motion, as Revised, Authorizing the Establishment of Procedures to Terminate Unfunded Commitments and Restructure Corporate Loan Agreements*, to be served by FedEx servces on the parties shown on the attached Service List.

                                              */s/ Lyudmyla Polyova*
                                              Lyudmyla Polyova

Sworn to before me this
4th day of June, 2009

*/s/ Elizabeth Anne Arundel*
_____
Notary Public, State of New York
No. 01AR6182807 Qualified in New York County
Certificate Filed in New York County
Commission Expires March 10, 2012

## **SERVICE LIST**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153
EMAIL: richard.krasnow@weil.com; lori.fife@weil.com;
shai.waisman@weil.com; jacqueline.marcus@weil.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
FAX: 212-530-5219
EMAIL: ddunne@milbank.com; wfoster@milbank.com;
dodonnell@milbank.com; efleck@milbank.com

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER,
FRANLIN H. TOP, & JAMES HEISER
111 WEST MONROE STREET
CHICAGO, IL 60603
FAX: 312-701-2361
EMAIL: spiotto@chapman.com; acker@chapman.com;
heiser@chapman.com

HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ.
(COUNSEL TO M. ARTHUR GENSLER JR & ASSOC,
GENSLER
ARCHITECTURE, DESIGN & PLANNING, COSTELLO
MAIONE)
1700 LINCOLN, SUITE 4100
DENVER, CO 80203
FAX: 303-866-0200
EMAIL: brad.dempsey@hro.co