# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

## MONTHLY OPERATING REPORT

### SELECTED DEBTOR BALANCE SHEETS

| | |
|---|---|
| DEBTORS' ADDRESS: | LEHMAN BROTHERS HOLDINGS INC.<br>c/o WILLIAM J. FOX<br>1271 AVENUE OF THE AMERICAS<br>35th FLOOR<br>NEW YORK, NY 10020 |
| DEBTORS' ATTORNEYS: | WEIL, GOTSHAL & MANGES LLP<br>c/o SHAI WAISMAN<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| REPORT PREPARER: | LEHMAN BROTHERS HOLDINGS INC., A DEBTOR IN POSSESSION (IN THE SOUTHERN DISTRICT OF NEW YORK) |

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

By: /s/ William J. Fox
William J. Fox
*Executive Vice President*
*Lehman Brothers Holdings Inc.*

Indicate if this is an amended statement by checking here:    AMENDED STATEMENT ____

## TABLE OF CONTENTS

| | |
|---|---:|
| Schedule of Debtors | 3 |
| Lehman Brothers Commodity Services Inc. | |
|     Basis of Presentation | 4 |
|     Balance Sheet | 6 |
| Lehman Brothers Commercial Corporation | |
|     Basis of Presentation | 7 |
|     Balance Sheet | 9 |
| LB Rose Ranch LLC | |
|     Basis of Presentation | 10 |
|     Balance Sheet | 11 |
| LB 2080 Kalakaua Owners LLC | |
|     Basis of Presentation | 12 |
|     Balance Sheet | 13 |

# SCHEDULE OF DEBTORS

The following entities have filed for bankruptcy in the Southern District of New York:

| Lead Debtor: | Case No. | Date Filed |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| | | |
| Related Debtors: | | |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC[3] | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. | 08-13885 | 10/3/2008 |
| Lehman Brothers Finance SA[2] | 08-13887 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc. | 08-13902 | 10/5/2008 |
| Fundo de Investimento Multimercado Credito Privado Navigator Investimento[1] | 08-13903 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |

[1]  Motion was granted on February 24, 2009 to dismiss the Chapter 11 case of this entity

[2]  On February 15, 2009, the Bankruptcy Liquidator and putative foreign representative for this entity, filed a Chapter 15 Petition seeking the dismissal of the Chapter 11 case

[3]  On May 26, 2009, a motion was filed on behalf of Lehman Brothers Holdings Inc. seeking entry of an order pursuant to Section 1112(b) of the Bankruptcy Code to dismiss the Chapter 11 Case of PAMI Statler Arms LLC, with a hearing to be held on June 24, 2009

# LEHMAN BROTHERS COMMODITY SERVICES INC.

## BASIS OF PRESENTATION
## BALANCE SHEET - MONTHLY OPERATING REPORT ("MOR")
## DATED AS OF OCTOBER 2, 2008

The information and data included in this report are derived from sources available to Lehman Brothers Commodity Services Inc. (the "Company" or the "Debtor"), a subsidiary of Lehman Brothers Holdings Inc. ("LBHI"), which has filed protection under Chapter 11 of the Bankruptcy Code along with LBHI and certain of its subsidiaries (collectively, the "Debtors"). The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 101(b) of the Federal Rules of Bankruptcy Procedure. The Company has prepared this presentation, as required by the Office of the United States Trustee, based on the information available to the Company at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This MOR is not meant to be relied upon as a complete description of the Company, its business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. The Company reserves all rights to revise this report.

1. This MOR is not prepared in accordance with U.S. generally accepted accounting principles (GAAP). This MOR should be read in conjunction with previously filed financial statements and accompanying notes in the LBHI's annual and quarterly reports that are filed with the United States Securities and Exchange Commission. The MOR does not comply with GAAP and certain, but not all, of the deviations from GAAP are listed below:

    a. This MOR does not reflect normal quarterly adjustments that were generally recorded by the Company upon review of major accounts prior to the end of each quarterly accounting period.
    b. All information is as of October 2, 2008, unless otherwise indicated.
    c. This MOR does not include explanatory footnotes such as disclosures required under GAAP.
    d. This MOR is not presented in a GAAP-based SEC reporting format.
    e. Certain items presented in this MOR are under research and may be accounted for differently in future monthly reports.
    f. Fair value is determined by utilizing observable prices or pricing models utilizing a series of inputs to determine the present value of future cash flows.
    g. Derivative related assets and Derivative related liabilities represents amounts due from or to counterparties related to matured, terminated and open trades and are recorded at fair value net of cash and securities collateral received. The Company determined the fair value for derivative related assets and liabilities as follows: (1) utilized the fair values as of September 30, 2008 for trades open as of September 30, 2008, (2) utilized the fair values at the date of maturity or termination where the counterparty notified the Company prior to September 30, 2008, or (3) utilized the last valuation recorded by the Company prior to the LBHI bankruptcy filing where a fair value was unable to be determined.
    h. Subsequent to the bankruptcy filing by LBHI, certain of the Company's derivative trades were transferred to other Chicago Mercantile Exchange members and the financial impact to the Company is undetermined as of the date of this MOR filing.
    i. Receivables from Affiliates and Payables to Affiliates consists of derivative contracts recorded at fair value in the Debtor's books and records on September 14, 2008, the closing date just prior to the Chapter 11 filing of LBHI, and other intercompany receivables and payables derived from the normal course of business. Certain derivative contracts with Affiliates have been terminated subsequent to September 14, 2008.
    j. This MOR does not reflect an estimate of costs, including certain administrative services and bankruptcy related costs, incurred by the Estate which will be allocated to the Company in future monthly reports.

2. This MOR is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

4

3. This MOR has not been adjusted to reflect realizable or liquidation values. Impairment to the values of certain assets, as presented herein, may have occurred due to market conditions. Accordingly, future monthly reports may reflect write-down of such assets.

5

# LEHMAN BROTHERS COMMODITY SERVICES INC.

## Balance Sheet (Unaudited)

## October 2, 2008

*(in millions)*

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash | $ | 20 |
| Derivative Assets from Customers | | 2,735 |
| Receivables from Affiliates | | 2,931 |
| Other Assets | | 598 |
| | | |
| Total Assets | $ | 6,284 |
| | | |
| **Liabilities and Stockholder's Equity** | | |
| Derivative Liabilities to Customers | $ | 2,303 |
| Payables to Affiliates | | 2,510 |
| Long-term Payables | | 696 |
| Total Liabilities | | 5,509 |
| | | |
| Total Stockholder's Equity | | 775 |
| | | |
| Total Liabilities and Stockholder's Equity | $ | 6,284 |

6

## LEHMAN BROTHERS COMMERCIAL CORPORATION

### BASIS OF PRESENTATION
### BALANCE SHEET - MONTHLY OPERATING REPORT ("MOR")
### DATED AS OF OCTOBER 4, 2008

The information and data included in this report are derived from sources available to Lehman Brothers Commercial Corporation (the "Company" or the "Debtor"), a subsidiary of Lehman Brothers Holdings Inc. ("LBHI"), which has filed protection under Chapter 11 of the Bankruptcy Code along with LBHI and certain of its subsidiaries (collectively, the "Debtors"). The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 101(b) of the Federal Rules of Bankruptcy Procedure. The Company has prepared this presentation, as required by the Office of the United States Trustee, based on the information available to the Company at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This MOR is not meant to be relied upon as a complete description of the Company, its business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. The Company reserves all rights to revise this report.

1. This MOR is not prepared in accordance with U.S. generally accepted accounting principles (GAAP). This MOR should be read in conjunction with previously filed financial statements and accompanying notes in the LBHI's annual and quarterly reports that are filed with the United States Securities and Exchange Commission. The MOR does not comply with GAAP and certain, but not all, of the deviations from GAAP are listed below:

   a. This MOR does not reflect normal quarterly adjustments that were generally recorded by the Company upon review of major accounts prior to the end of each quarterly accounting period.
   b. All information is as of October 4, 2008, unless otherwise indicated.
   c. This MOR does not include explanatory footnotes such as disclosures required under GAAP.
   d. This MOR is not presented in a GAAP-based SEC reporting format.
   e. Certain items presented in this MOR are under research and may be accounted for differently in future monthly reports.
   f. In preparation of this MOR, in certain cases the Company has relied on certain financial information related to the Debtors and their financial condition provided by one or more third parties. Such information has not been verified in any manner.
   g. Fair value is determined by utilizing observable prices or pricing models utilizing a series of inputs to determine the present value of future cash flows.
   h. Derivative related assets and Derivative related liabilities represents amounts due from or to counterparties related to matured, terminated and open trades and are recorded at fair value net of cash collateral received. The Company determined the fair value for derivative related assets and liabilities as follows: (1) utilized the fair values as of September 30, 2008 for trades open as of September 30, 2008, (2) utilized the fair values was at the date of maturity or termination where the counterparty notified the Company prior to September 30, 2008, or (3) utilized the last valuation recorded by the Company prior to the LBHI bankruptcy filing where a fair value was unable to be determined.
   i. Receivables from affiliates and Payables to affiliates consists of derivative contracts recorded at fair value in the Debtor's books and records on September 14, 2008, the closing date just prior to the Chapter 11 filing of LBHI, and other intercompany receivables and payables derived from the normal course of business. Certain derivative contracts with Affiliates have been terminated subsequent to September 14, 2008.
   j. This MOR does not reflect an estimate of costs, including certain administrative services and bankruptcy related costs, incurred by the Estate which will be allocated to the Company in future monthly reports.

2. This MOR is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

7

3.  This MOR has not been adjusted to reflect realizable or liquidation values. Impairment to the values of certain assets, as presented herein, may have occurred due to market conditions. Accordingly, future monthly reports may reflect write-down of such assets.

## LEHMAN BROTHERS COMMERCIAL CORPORATION

### Balance Sheet (Unaudited)

### October 4, 2008

*(in millions)*

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash | $ | 11 |
| Derivative Assets from Customers | | 1,395 |
| Receivables from Affiliates | | 2,887 |
| | | |
| Total Assets | $ | 4,293 |
| | | |
| **Liabilities and Stockholder's Equity** | | |
| Derivative Liabilities to Customers | $ | 778 |
| Payables to Affiliates | | 3,015 |
| Accrued Expenses | | 58 |
| Total Liabilities | | 3,851 |
| | | |
| Total Stockholder's Equity | | 442 |
| | | |
| Total Liabilities and Stockholder's Equity | $ | 4,293 |

9

# LB ROSE RANCH LLC

## BASIS OF PRESENTATION
## BALANCE SHEET - MONTHLY OPERATING REPORT ("MOR")
## DATED AS OF FEBRUARY 8, 2009

The information and data included in this report are derived from sources available to LB Rose Ranch LLC (the "Company") which has filed protection under Chapter 11 of the Bankruptcy Code along with Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries (collectively, the "Debtors"). The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 101(b) of the Federal Rules of Bankruptcy Procedure. The Company has prepared this presentation, as required by the Office of the United States Trustee, based on the information available to the Company at this time, but notes that such information may be incomplete and may be materially deficient in certain respects. This MOR is not meant to be relied upon as a complete description of the Company, its businesses, condition (financial or otherwise), results of operations, prospects, assets or liabilities. The Company reserves all rights to revise this report.

1. This MOR is not prepared in accordance with U.S. generally accepted accounting principles (GAAP). This MOR should be read in conjunction with previously filed financial statements and accompanying notes in LBHI's annual and quarterly reports that were filed with the United States Securities and Exchange Commission. The MOR does not comply with GAAP and certain, but not all, of the deviations from GAAP are listed below:

   a. This MOR does not reflect normal quarterly adjustments that are generally recorded by the Company upon review of major accounts prior to the end of each quarterly accounting period.
   b. All information is as of February 8, 2009, unless otherwise indicated.
   c. This MOR does not include explanatory footnotes such as disclosures required under GAAP.
   d. This MOR is not presented in a GAAP-based SEC reporting format.
   e. Certain items presented in this MOR are under research and may be accounted for differently in future monthly reports.
   f. In preparation of this MOR, in certain cases the Company has relied on certain financial information related to the Debtors and their financial condition provided by one or more third parties. Such information has not been verified in any manner.
   g. Real estate held for sale is recorded at fair value. Fair value is determined by a valuation model based on the net present value of estimated cash flows, adjusted as appropriate for liquidity, credit, market and/or other risk factors.
   h. This MOR does not reflect an estimate of costs, including certain administrative services and bankruptcy related costs, incurred by the Debtor's estate which will be allocated to the Company in future monthly reports.

2. This MOR is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

3. This MOR has not been adjusted to reflect realizable or liquidation values. Accordingly, future monthly reports may reflect additional write-downs of such assets.

10

# LB ROSE RANCH LLC

## Balance Sheet   (Unaudited)

### February 8, 2009

*(in thousands)*

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash | $ | 579 |
| Real Estate Held for Sale | | 6,370 |
| Other Assets | | 2,319 |
| Total Assets | $ | 9,268 |
| | | |
| **Liabilities and Stockholder's Equity** | | |
| Payables | $ | 578 |
| Total Liabilities | | 578 |
| | | |
| Total Stockholder's Equity | | 8,690 |
| | | |
| Total Liabilities and Stockholder's Equity | $ | 9,268 |

## LB 2080 KALAKAUA OWNERS LLC

## BASIS OF PRESENTATION
## BALANCE SHEET - MONTHLY OPERATING REPORT ("MOR")
## DATED AS OF APRIL 22, 2009

The information and data included in this report are derived from sources available to LB 2080 Kalakaua LLC (the "Company") which has filed protection under Chapter 11 of the Bankruptcy Code along with Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries (collectively, the "Debtors"). The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 101(b) of the Federal Rules of Bankruptcy Procedure. The Company has prepared this presentation, as required by the Office of the United States Trustee, based on the information available to the Company at this time, but notes that such information may be incomplete and may be materially deficient in certain respects. This MOR is not meant to be relied upon as a complete description of the Company, its businesses, condition (financial or otherwise), results of operations, prospects, assets or liabilities. The Company reserves all rights to revise this report.

1. This MOR is not prepared in accordance with U.S. generally accepted accounting principles (GAAP). This MOR should be read in conjunction with previously filed financial statements and accompanying notes in LBHI's annual and quarterly reports that were filed with the United States Securities and Exchange Commission. The MOR does not comply with GAAP and certain, but not all, of the deviations from GAAP are listed below:

    a. This MOR does not reflect normal quarterly adjustments that are generally recorded by the Company upon review of major accounts prior to the end of each quarterly accounting period.
    b. All information is as of April 22, 2009, unless otherwise indicated.
    c. This MOR does not include explanatory footnotes such as disclosures required under GAAP.
    d. This MOR is not presented in a GAAP-based SEC reporting format.
    e. Certain items presented in this MOR are under research and may be accounted for differently in future monthly reports.
    f. In preparation of this MOR, in certain cases the Company has relied on certain financial information related to the Debtors and their financial condition provided by one or more third parties. Such information has not been verified in any manner.
    g. Real estate held for sale is recorded at fair value. Fair value is determined by a valuation model based on the net present value of estimated cash flows, adjusted as appropriate for liquidity, credit, market and/or other risk factors.
    h. This MOR does not reflect an estimate of costs, including certain administrative services and bankruptcy related costs, incurred by the Debtor's estate which will be allocated to the Company in future monthly reports.

2. This MOR is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

3. The Company is presently in negotiation to sell its only asset and this MOR has not been adjusted to reflect the net realizable value. Accordingly, future monthly reports may reflect additional write-downs of such assets.

12

## LB 2080 KALAKAUA OWNERS LLC

### Balance Sheet   (Unaudited)

### April 22, 2009

*(in thousands)*

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash | $ | 63 |
| Real Estate Held for Sale | | 3,650 |
| Other Assets | | 118 |
| | | |
| Total Assets | $ | 3,831 |
| | | |
| **Liabilities and Stockholder's Equity** | | |
| Payables | $ | 593 |
| Payables to Affiliates | | 30,920 |
| Total Liabilities | | 31,513 |
| | | |
| Total Stockholder's Equity (Deficit) | | (27,682) |
| | | |
| Total Liabilities and Stockholder's Equity | $ | 3,831 |