UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                            :
**In re**                                   :   **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*  :   **08-13555 (JMP)**
                                            :
            **Debtors.**                    :   **(Jointly Administered)**
                                            :
                                            :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss:
COUNTY OF LOS ANGELES        )

I, KRIKOR J. MESHEFEJIAN, being duly sworn, deposes and says:

1. I am employed by Levene, Neale, Bender, Rankin & Brill L.L.P., located at 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 4, 2009, I caused to be served the following documents upon the parties listed on "Exhibit A" attached hereto by pre-paid first class U.S. Mail:

    a. "Notice Of Motion For An Order (A) Compelling Payment Of Post-Petition Rent And Charges; (B) Granting Relief From The Automatic Stay; And (C) Compelling Assumption Or Rejection Of Leases," dated June 4, 2009, to which was attached: the "Motion For An Order (A) Compelling Assumption Or Rejection Of Leases," dated June 4, 2009; Exhibits A-D to the Motion; and the proposed "Order Granting Motion of Kalaimoku-Kuhio Devlopment Corp. (A) Compelling Payment Of Post-Petition Rent And Charges; (B) Granting Relief From The Automatic Stay; And (C) Compelling Assumption Or Rejection Of Leases" [Docket No. 3768].

                                                    */s/ Krikor J. Meshefejian*
                                                    Krikor J. Meshefejian

Sworn to me before this
4th day of June, 2009
*/s/ Marguerite Hardin*
Marguerite Hardin
Notary Public, State of California
No. 1827160
Qualified in Los Angeles County
Commission Expires January 14, 2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P KRASNOW, LORI R. FIFE
SHAI Y WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL
SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE
DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
ATTN: JAMES W. GIDDENS
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FL.
LOS ANGELES, CA 90017

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

COMMODITY FUTURES TRADING COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE ATTORNEY GENERAL OF
THE STATE OF NY
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY 10271-0332

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20549-1001

SECURITIES INVESTOR PROTECTION
CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL
CAPITAL, GMAC-IM AND RESIDENTIAL FUNDING
COMPANY LLC)
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301

ADORNO & YOSS LLP
ATTN: STEVEN D. GINSBURG, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL
CAPITAL, GMAC-IM AND RESIDENTIAL FUNDING
COMPANY LLC)
2525 PONCE DE LAON BLVD., SUITE 400
MIAMI, FL 33134

AKIN GUMP STRAUSS HAUER & FELD LLP
1 BRYANT PARK
ONE BRYANT PARK
NEW YORK, NY 10036-6715

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
(COUNSEL TO BANK OF CHINA)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
(COUNSEL TO FIRST COMMERCIAL BANK, LTD
NY AGENCY AND BANK OF TAIWAN)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN & OVERY LLP
ATTN: DANIEL GUYDER
(COUNSEL TO AOZORA BANK, LTD.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN MATKINS LECK GAMBLE & MALLORY
LLP
ATTN: MICHAEL S. GREGER AND JAMES A
TIMKO
(COUNSEL TO CONSTELLATION PL, ADV
PORTFOLIO TECH, SUN GUARD, ET AL., INF SRVS,
WALL ST CONCEPTS)
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321

ANDREWS KURTH LLP
ATTN: BASIL A. UMARI, ESQ.
(COUNSEL TO ANA FERNANDA CANALES
GONZALEZ AND ROCIO GONZALEZ DE
CANALES)
600 TRAVIS, SUITE 4200
HOUSTON, TX 77002

AOZORA BANK, LTD.
ATTN: SUSAN MINEHAN, SENIOR COUNSEL
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO 102-8660 JAPAN

AOZORA BANK, LTD.
ATTN: KOJI NOMURA, JOINT GENERAL
MANAGER
FINANCIAL INSTITUTIONS DIVISION
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO 102-8660, JAPAN

ARENT FOX LLP
ATTN: ROBERT M HIRSH AND GEORGE P
ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019

ARENT FOX LLP
ATTN: CHRISTOPHER J. GIAIMO, ESQ.
(COUNSEL TO GEORGETOWN UNIVERSITY)
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2720

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND FRANK N. WHITE
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

SR-SA-DEPO-2-000000377

| | | |
|---|---|---|
| ARNOLD & PORTER LLP<br>ATTN: CHARLES A. MALLOY<br>(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC)<br>555 12TH ST., NW<br>WASHINGTON, DC 20004 | AT&T SERVICES INC.<br>LAW GROUP COUNSEL<br>ATTN: JAMES W. GRUDUS<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | ATTORNEY GENERAL OF THE STATE OF NEW YORK<br>ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL<br>120 BROADWAY, 24TH FLOOR<br>NEW YORK, NY 10271 |
| BANKRUPTCY CREDITORS' SERVICE, INC.<br>ATTN: PETER A. CHAPMAN<br>572 FERNWOOD LANE<br>FAIRLESS HILLS, PA 19030 | BARTLETT HACKETT FEINBERG P.C.<br>ATTN: FRANK F. MCGINN (MASS. BBO# 564729)<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 | BERGER & MONTAGUE, P.C.<br>ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER, ROBIN SWITZENBAUM AND DAVID ANZISKA (COUNSEL TO STATE OF NJ, DEPARTMENT OF TREASURY)<br>1622 LOCUST STREET<br>PHILADELPHIA, PA 19103 |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>ATTN: MICHAEL J. PUCILLO, WENDY H. ZOBERMAN AND ANNE F. O'BERRY (COUNSEL TO STATE BOARD OF ADMINISTRATION OF FL.)<br>222 LAKEVIEW AVENUE, ESPERANTE BLDG., #900<br>WEST PALM BEACH, FL 33401 | BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP<br>ATTN: JOHN P. "SEAN" COFFEY, ESQ.<br>(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM. EDINBURGH COUNCIL & OPER. ENG. LCL 13)<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP<br>ATTN: DAVID R. STICKNEY, ESQ.<br>(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM. EDINBURGH COUNCIL & OPER. ENG. LCL 13)<br>12481 HIGH BLUFF DRIVE, SUITE 300<br>SAN DIEGO, CA 92130 |
| BIEGING SHAPIRO & BURNS LLP<br>ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN<br>(COUNSEL TO PAYREEL, INC.)<br>4582 SOUTH ULSTER STREET PARKWAY<br>SUITE 1650<br>DENVER, CO 80237 | BIEGING SHAPIRO & BURRUS LLP<br>ATTN: DUNCAN E. BARBER, JULIE M. WILLIAMSON AND STEVEN T. MULLIGAN<br>(COUNSEL TO IRONBRIDGE ASPEN, MOUNTAIN AND HOMES)<br>4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650<br>DENVER, CO 80237 | BINGHAM MCCUTCHEN LLP<br>ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND STEVEN WILAMOWSKY<br>(COUNSEL TO HARBINGER, HARBERT & UBS FIN SER ET AL)<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP<br>ATTN: P. SABIN WILLETT<br>(COUNSEL TO HARBINGER CAP, HARBERT, UBS FIN, UBS INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS)<br>ONE FEDERAL PLAZA<br>BOSTON, MA 02110-1726 | BINGHAM MCCUTCHEN LLP<br>ATTN: JEFFREY S. SABIN, ROBERT M. DOMBROFF AND STEVEN WILAMOWSKY<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4689 | BINGHAM MCCUTCHEN LLP<br>ATTN: MARK W. DEVENO<br>(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY)<br>ONE STATE STREET<br>HARTFORD, CT 06103 |
| BINGHAM MCCUTCHEN LLP<br>ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND JOSHUA DORCHAK<br>(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S)<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4689 | BINGHAM MCCUTCHEN LLP<br>ATTN: JEFFREY SABIN, RONALD SILVERMAN, STEVEN WILAMOWSKY AND CAROL WEINER LEVY<br>(COUNSEL TO HALBIS DISTRESSED OPP MASTER FUND LTD)<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4689 | BLANK ROME LLP<br>ATTN: ANDREW ECKSTEIN, ESQ.<br>(COUNSEL TO THOMSON REUTERS)<br>THE CHRYSLER BUILDING, 405 LEXINGTON AVE<br>NEW YORK, NY 10174 |
| BOULT, CUMMINGS, CONNERS & BERRY, PLC<br>ATTN: AUSTIN L. MCMULLEN, ROGER G. JONES<br>(COUNSEL TO FRANKLIN AMERICAN MORTGAGE COMPANY)<br>1600 DIVISION STREET, SUITE 700<br>P.O. BOX 340025<br>NASHVILLE, TN 37203 | BRACEWELL & GIULIANI LLP<br>ATTN: KURT A. MAYR<br>(COUNSEL TO MR. ALAIN BACHELOT, THE PROVISIONAL FRENCH ADMINISTRATOR OF BANQUE LEHMAN BROTHERS SA)<br>225 ASYLUM STREET, SUITE 2600<br>HARTFORD, CT 06103 | BRESLOW & WALKER, LLP<br>ATTN: ROY H. CARLIN, PC<br>(COUNSEL TO PT. BANK NEGARA INDONESIA (PERSARO))<br>767 THIRD AVENUE<br>NEW YORK, NY 10017 |
| BRICE, VANDER LINDEN & WERNICK, P.C.<br>ATTN: HILARY B. BONIAL<br>(COUNSEL TO LITTON LOAN SERVICING, LP)<br>PO BOX 829009<br>DALLAS, TX 75382-9009 | BRIGGS & MORGAN, P A<br>ATTN: MICHAEL D. GORDON<br>(COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT UNION)<br>2200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402 | BROOKFIELD PROPERTIES ONE WFC CO. LLC<br>ATTN: MONICA LAWLESS<br>(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)<br>THREE WORLD FINANCIAL CENTER<br>200 VESEY STREET<br>NEW YORK, NY 10281-1021 |
| BROWN & CONNERY, LLP<br>ATTN: DONALD K. LUDMAN, ESQ<br>(COUNSEL TO BUSINESS OBJECTS AMERICAS)<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | BROWN & CONNERY, LLP<br>ATTN: DONALD K. LUDMAN, ESQ<br>(COUNSEL TO FRICTIONLESS COMMERCE, INC.)<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>(COUNSEL TO ORACLE CREDIT CORPORATION)<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY PC<br>ATTN: CHRISTOPHER P. SCHUELL, JR. ESQ<br>(COUNSEL TO GREENBRIAR MINERALS, LLC)<br>620 EIGHTH AVENUE, 23RD FLOOR<br>NEW YORK, NY 10018 | BUCHANAN INGERSOLL & ROONEY PC<br>ATTN: TIMOTHY P. PALMER, ESQ<br>(COUNSEL TO GREENBRIAR MINERALS, LLC)<br>ONE OXFORD CENTRE<br>301 GRANT STREET, 20TH FLOOR<br>PITTSBURGH, PA 15219-1410 | BUTZEL LONG, A PROFESSIONAL CORPORATION<br>ATTN: ERIC B. FISHER AND ROBERT SIDORSKY<br>(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S A)<br>380 MADISON AVENUE<br>22ND FLOOR<br>NEW YORK, NY 10017 |

SR-SA-DEPO-2-000000378

| | | |
|---|---|---|
| CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ,<br>GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: ISRAEL DAHAN<br>(COUNSEL TO FXCM HOLDINGS LLC)<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: MARK C. ELLENBERG<br>1201 F STREET N.W., SUITE 1100<br>WASHINGTON, DC 20004 | CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.<br>(COUNSEL TO CREDIT SUISSE)<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD (COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY FUND L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND LP)<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: HOWARD R. HAWKINS, JR., ESQ.<br>(COUNSEL TO EXUM RIDGE CBO. SGS HY CRD FUND, AVIV LCDO, AIRLIE LCDO, PEBBLE CREEK AND WHITE MARLIN)<br>ONE WOLRD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CADWALADER, WICKERSHAM & TAFT, LLP<br>ATTN: HOWARD R. HAWKINS, JASON JURGENS & ELLEN M. HALSTEAD, ESQ.<br>(COUNSEL TO WESTLB AG, NEW YORK BRANCH)<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CAHILL GORDON & REINDEL LLP<br>ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON<br>(COUNSEL TO HYPO INVESTMENKBANK AG)<br>EIGHTY PINE STREET<br>NEW YORK, NY 10005 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM<br>ATTN: THOMAS NOGUEROLA, SR STAFF COUNSEL<br>PO BOX 942707<br>SACRAMENTO, CA 94229-2707 | CB RICHARD ELLIS INC<br>ATTN: WANDA N. GOODLOE, ESQ.<br>200 PARK AVENUE, 17TH FLOOR<br>NEW YORK, NY 10166 | CHADBOURNE & PARKE LLP<br>ATTN: HOWARD SEIFE, DAVID M. LEMAY & ANDREW ROSENBLATT<br>(COUNSEL TO GLG PARTNERS LP)<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10012 |
| CHAPMAN AND CUTLER LLP<br>ATTN: JAMES E. SPIOTTO, ANN E. ACKER, FRANLIN H. TOP, & JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 | CHAPMAN AND CUTLER LLP<br>ATTN: JAMES HEISER<br>(COUNSEL TO GENERAL HELICOPTERS INTERNATIONAL LLC)<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER<br>(COUNSEL TO BARCLAYS CAPITAL, INC.)<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: THOMAS J. MALONEY, ESQ.<br>(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC AND D.E. SHAW OCULUS PORTFOLIOS, LLC)<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL<br>(COUNSEL TO HELLMAN & FRIEDMAN LLC)<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: CARMINE D. BOCCUZZI JR, ESQ.<br>(COUNSEL TO GOLDMAN SACHS CREDIT PARTNERS AND GS EUROPEAN PERFORMANCE FUND LIMITED)<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: JEFFREY A. ROSENTHAL<br>(COUNSEL TO WACHOVIA BANK, WACHOVIA SECURITIES LTD AND EVERGREEN, ET AL.)<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: CARMINE D. BOCCUZZI AND THOMAS J. MOLONEY<br>(COUNSEL TO GOLDMAN, SACHS & CO., ET AL. AND<br>J. ARON & COMPANY)<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | CLIFFORD CHANCE US LLP<br>ATTN: JENNIFER C. DE MARCO<br>31 WEST 52ND STREET<br>NEW YORK, NY 10019 |
| CLIFFORD CHANCE US LLP<br>ATTN: ANDREW BROZMAN AND SARA M TAPINEKIS<br>(COUNSEL TO CALYON AND CALYON SECURITIES)<br>31 WEST 52ND STREET<br>NEW YORK, NY 10019-6131 | CLIFFORD CHANCE US LLP<br>ATTN: ADNREW BROZMAN AND WENDY ROSENTHAL (COUNSEL TO BANIF-BANCO, DEXIA LUXEMBURG, DEXIA LOCAL, DEXIA DEUTSCHLAND AND DEXIA BELGIQUE)<br>31 WEST 52ND STREET<br>NEW YORK, NY 10019-6131 | COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP<br>ATTN: PETER PEARLMAN AND JEFFREY HERRMANN<br>(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENT)<br>PARK 80 PLAZA WEST-ONE<br>SADDLE BROOK, NJ 07663 |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>ATTN: LAURENCE MAY, ESQ AND JOHN H DRUCKER, ESQ (COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)<br>900 THIRD AVENUE, 15TH FLOOR<br>NEW YORK, NY 10022 | CONTINENTAL AIRLINES, INC<br>ATTN: JEFF WITTIG<br>1600 SMITH<br>DEPT HQSGG<br>HOUSTON, TX 77019 | CONTRARIAN CAPITAL MANAGEMENT LLC<br>ATTN: ETHAN SCHWARTZ<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 |
| COUNTY OF SAN MATEO<br>ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL<br>(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF MONTEREY)<br>400 COUNTY CENTER<br>REDWOOD CITY, CA 94063-1662 | COVINGTON & BURLING LLP<br>COUNSEL FOR WILMINGTON TRUST COMPANY<br>ATTN M HOPKINS, D COFFINO, A RABOY<br>THE NEW YORK TIMES BUILDING<br>NEW YORK, NY 10018 | CRAVATH, SWAINE & MOORE LLP<br>ATTN: RICHARD LEVIN, ESQ & ROBERT TRUST ESQ<br>WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK, NY 10019 |

SR-SA-DEPO-2-000000379

| | | |
|---|---|---|
| CROCKER KUNO PLLC<br>ATTN: JOANNE R. TIPSON AND J. TODD TRACY<br>(COUNSEL TO THE CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY)<br>720 OLIVE WAY, SUITE 1000<br>SEATTLE, WA 98101 | CROWE & DUNLEVY, P.C.<br>ATTN: JUDY HAMILTON MORSE<br>(COUNSEL TO OKLAHOMA MUNICIPAL POWER AUTHORITY)<br>20 NORTH BROADWAY, SUITE 1880<br>OKLAHOMA CITY, OK 73102 | CROWELL & MORING LLP<br>ATTN: WILLIAM M. O'CONNOR AND BRUCE J. ZABARAUSKAS<br>(COUNSEL TO AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY)<br>590 MADISON AVENUE<br>NEW YORK, NY 10022 |
| CUMMINGS & LOCKWOOD LLC<br>ATTN: JOHN F. CARBERRY, ESQ.<br>(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)<br>SIX LANDMARK SQUARE<br>STAMFORD, CT 06901 | DAVIS POLK & WARDWELL<br>ATTN: KAREN E. WAGNER, ABRAHAM GESSER JAMES I. MCCLAMMY<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | DAVIS POLK & WARDWELL<br>ATTN: KAREN E. WAGNER AND JAMES I. MCCLAMMY (COUNSEL TO NATIXIS ENTITIES, ASSET BACKED MGMT CORP., AND BANQUE PRIVEE SAINT DOMINIQUE)<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| DAY PITNEY LLP<br>ATTN: RONALD S. BEACHER, ESQ.<br>(COUNSEL TO SILVER POINT CAPITAL, LP)<br>7 TIMES SQUARE<br>NEW YORK, NY 10036-7311 | DEBEVOISE & PLIMPTON LLP<br>ATTN: MY CHI TO & MAUREEN CRONIN<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | DEBEVOISE & PLIMPTON LLP<br>ATTN: MY CHI TO AND MAUREEN A. CRONIN<br>(COUNSEL TO JFK INTERNATIONAL AIR TERMINAL LLC)<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 |
| DECHERT LLP<br>ATTN: GLEN E. SIEGEL AND DONALD M. BADACZEWSKI<br>(COUNSEL TO RUSSELL INVESTEMENT GROUP, INC.)<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | DEILY, MOONEY & GLASTETTER, LLP<br>ATTN: MARTIN A. MOONEY, ESQ.<br>(COUNSEL TO DCFS TRUST)<br>8 THURLOW STREET<br>ALBANY, NY 12203 | DEWEY & LEBOEUF LLP<br>ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND<br>TIMOTHY Q. KARCHER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| DEWEY & LEBOEUF LLP<br>ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | DEWEY & LEBOEUF LLP<br>ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN & WILLIAM C. HEUER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6092 | DIAMOND MCCARTHY LLP<br>ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN<br>(COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE & MARINE INSURANCE COMPANY, LTD.)<br>909 FANNIN, SUITE 1500<br>HOUSTON, TX 77010 |
| DLA PIPER LLP (US)<br>ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER<br>(COUNSEL TO RIVER CAPITAL ADVISORS, INC.)<br>203 NORTH LASALLE STREET, SUITE 1900<br>CHICAGO, IL 60601 | DLA PIPER LLP (US)<br>ATTN: THOMAS R. CALIFANO AND JOHN P. MCNICHOLAS (COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1104 | DLA PIPER LLP (US)<br>ATTN: KAROL DENNISTON AND DEBORAH J SALTZMAN<br>(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)<br>550 SOUTH HOPE STREET, SUITE 2300<br>LOS ANGELES, CA 90071 |
| DLA PIPER LLP (US)<br>ATTN: WILLIAM GOLDMAN & JOHN MCNICHOLAS ESQS<br>(COUNSEL TO SWEDBANK AB, NEW YORK BRANCH)<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1104 | DRESDNER BANK A.G.<br>ATTN: JOSEPH SCORDATO, ESQ<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | DRINKER BIDDLE & REATH LLP<br>ATTN: ROBERT K. MALONE AND DOUGLAS J MCGILL<br>(COUNSEL TO ALLIANZ GLOBAL INVESTORS AG)<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932-1047 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: STEPHANIE WICKOUSKI, ESQ<br>(COUNSEL TO PARSEC TRADING CORP)<br>140 BROADWAY, 39TH FL<br>NEW YORK, NY 10005-1116 | DRINKER BIDDLE & REATH LLP<br>ATTN: KRISTIN K. GOING, ESQ.<br>(COUNSEL TO PARSEC CORP)<br>1500 K ST, NW - SUITE 1100<br>WASHINGTON, DC 20005-1209 | DUANE MORRIS LLP<br>ATTN: LAWRENCE J. KOTLER, ESQUIRE<br>(COUNSEL TO FPB INTERNATIONAL BANK, INC AND<br>NATIONAL AGRICULTURAL COOPERATIVE FEDERATION)<br>1540 BROADWAY<br>NEW YORK, NY 10036-4086 |
| DUFFY & ATKINS LLP<br>ATTN: TODD E. DUFFY AND JAMES E. ATKINS<br>(COUNSEL TO SOUTH MISSISSIPPI POWER ASSOCIATION AND COAST ELECTRIC POWER ASSOCIATION)<br>SEVEN PENN PLAZA, SUITE 420<br>NEW YORK, NY 10001 | EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT DEPARTMENT<br>EATON CENTER<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44114-2584 | EMMET, MARVIN & MARTIN, LLP<br>ATTN: EDWARD P. ZUJKOWSKI, ESQ.<br>(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED)<br>120 BROADWAY<br>NEW YORK, NY 10271 |
| ENTWISTLE & CAPPUCCI LLP<br>ATTN: ANDREW J. ENTWISTLE<br>(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE TRUSTEE OF THE NY STATE COMMON RETIREMENT FUND)<br>280 PARK AVENUE, 26TH FLOOR WEST<br>NEW YORK, NY 10017 | EPSTEIN BECKER & GREEN, P.C.<br>ATTN: KENNETH J. KELLEY, ESQ<br>(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)<br>250 PARK AVENUE<br>NEW YORK, NY 10177 | EPSTEIN BECKER & GREEN, P.C.<br>ATTN: DAVID B. TATGE, ESQ<br>(COUNSEL TO INFOSPACE, INC AND INTERSIL CORP.)<br>1227 25TH STREET, N W<br>SUITE 700<br>WASHINGTON, DC 20037 |

SR-SA-DEPO-2-000000380

| | | |
|---|---|---|
| EZRA BRUTZKUS GUBNER LLP<br>ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER, ESQ<br>(COUNSEL TO THE CITY OF LONG BEACH)<br>21650 OXNARD STREET, SUITE 500<br>WOODLAND HILLS, CA 91367 | FARRELL FRITZ, P.C.<br>ATTN: LOUIS A. SCARCELLA<br>(COUNSEL TO HEGEMON FUND I, LLC)<br>1320 REXCORP PLAZA<br>UNIONDALE, NY 11556-1329 | FEDERAL RESERVE BANK OF NEW YORK<br>ATTN: SHARI LEVENTHAL<br>ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES<br>33 LIBERTY STREET<br>NEW YORK, NY 10045-0001 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP<br>ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH (COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM)<br>400 CAPITOL MALL, SUITE 1450<br>SACRAMENTO, CA 95814 | FILARDI LAW OFFICES LLC<br>ATTN: CHARLES J. FILARDI JR.<br>(COUNSEL TO FEDERAL EXPRESS CORPORATION)<br>65 TRUMBULL STREET<br>NEW HAVEN, CT 06510 | FIRST TRUST PORTFOLIOS L.P.<br>ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL (COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST TRUST ADVISORS LP AND BONDWAVE LLC)<br>120 E. LIBERTY DRIVE, SUITE 400<br>WHEATON, IL 60187 |
| FOLEY & LARDNER LLP<br>ATTN: DOUGLAS S. HEFFER<br>(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)<br>90 PARK AVENUE<br>NEW YORK, NY 10016 | FOLEY & LARDNER LLP<br>ATTN: JOANNE LEE<br>(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)<br>321 N. CLARK STREET<br>SUITE 2800<br>CHICAGO, IL 60654 | FRASER STRYKER PC LLO<br>ATTN: MICHAEL L. SCHLEICH, ESQ.<br>(COUNSEL TO TATA COMMUNICATIONS SERVICES INC.)<br>500 ENERGY PLAZA<br>409 17TH STREET<br>OMAHA, NE 68102 |
| FREDERIC DORWART, LAWYERS<br>ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS<br>(COUNSEL TO BANK OF OKLAHOMA, N.A.)<br>124 EAST FOURTH STREET<br>TULSA, OK 74103 | FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER & DEVON J. EGGERT<br>(COUNSEL TO ACCENTURE LLP)<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606-6677 | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER, ESQ. AND MITCHELL EPNER, ESQ. (COUNSEL TO FEDERAL HOME LOAN BANK OF ATLANTA)<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004-1980 |
| FRIEDMAN DUMAS & SPRINGWATER LLP<br>ATTN: ELLEN A. FRIEDMAN, ESQ.<br>(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY)<br>150 SPEAR STREET, SUITE 1600<br>SAN FRANCISCO, CA 94105 | FULBRIGHT & JAWORSKI L.L.P.<br>ATTN: DAVID A. ROSENZWEIG<br>(COUNSEL TO AT&T INC.)<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103 | FULTON BANK<br>ATTN: JOHN R. MERVA, ESQ.<br>ASSOCIATE COUNSEL & VP<br>ONE PENN CENTER PO BOX 4887<br>LANCASTER, PA 17604 |
| GARDERE WYNNE SEWELL LLP<br>ATTN: JOHN P. MELKO<br>(COUNSEL TO PYRRHULOXIA LP)<br>1000 LOUISIANA, SUITE 3400<br>HOUSTON, TX 77002-5011 | GENOVESE, JOBLOVE & BATTISTA, P.A.<br>ATTN: ROBERT F. ELGIDELY<br>(COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP, JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING HEUNG)<br>BANK OF AMERICA TOWER, 100 S.E. 2ND ST, STE 4400<br>MIAMI, FL 33131 | GIBBONS P.C.<br>ATTN: DAVID N. CRAPO, ESQ.<br>(COUNSEL TO STANDARD & POOR'S)<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310 |
| GIBSON DUNN & CRUTCHER LLP<br>ATTN: MICHAEL ROSENTHAL & JANET WEISS<br>200 PARK AVENUE<br>NEW YORK, NY 10166-0193 | GILMARTIN, POSTER & SHAFTO LLP<br>ATTN: ANDREAS SEUFFERT, ESQ.<br>(COUNSEL TO PIETRO FERRERO)<br>845 THIRD AVENUE<br>NEW YORK, NY 10022 | GODFREY & KAHN, S.C.<br>ATTN: TIMOTHY F. NIXON AND JENNIFER B HERZOG<br>(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &<br>ILSLEY TRUST COMPANY, N.A.)<br>780 NORTH WATER STREET<br>MILWAUKEE, WI 53202 |
| GOULSTON & STORRS, PC<br>ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG KADEN<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110-3333 | GREEN TREE SERVICING LLC<br>ATTN: BRIAN COREY, GENERAL COUNSEL<br>345 ST. PETER STREET<br>SAINT PAUL, MN 55102-1639 | GREENBERG TRAURIG, LLP<br>ATTN: JOHN W. WEISS, ESQ.<br>(COUNSEL TO NOMURA HOLDING AMERICA, INC AND ON BEHALF OF NOMURA HOLDINGS, INC.)<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| GREER, HERZ & ADAMS, LLP<br>ATTN: FREDERICK BLACK AND TARA B. ANNWEILER (COUNSEL TO AMERICAN NATIONAL INSURANCE COMPANY)<br>ONE MOODY PLAZA, 18TH FLOOR<br>GALVESTON, TX 77550 | GSEF AL NAWRAS (CAYMAN) LIMITED<br>C/O NASREEN BULOS, LEGAL COUNSEL GLOBAL EQUITIES<br>DUBAI INTERNATIONAL CAPITAL LLC<br>DIFC BUILDING 2, 4TH FLOOR<br>SHEIKH ZAYED ROAD, PO BOX 72888<br>DUBAI, UNITED ARAB EMIRATES | HAHN & HESSEN LLP<br>ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH<br>(COUNSEL TO COMMERZBANK A.G. AND DRESDNER BANK AG)<br>488 MADISON AVENUE<br>15TH FLOOR<br>NEW YORK, NY 10022 |
| HAHN & HESSEN LLP<br>ATTN: ROSANNE THOMAS MATZAT, ESQ<br>(COUNSEL TO AVISTA CORP, CASCADE INVESTMENT LLC<br>AND POWEREX CORP)<br>488 MADISON AVE<br>NEW YORK, NY 10022 | HALPERIN BATTAGLIA RAICHT, LLP<br>ATTN: WALTER BENZIJA AND JULIE D DYAS<br>(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)<br>555 MADISON AVENUE, 9TH FLOOR<br>NEW YORK, NY 10022 | HERRICK, FEINSTEIN LLP<br>ATTN: ANDREW C. GOLD<br>(COUNSEL TO AEW CAPITAL MANAGEMENT LP AND<br>LYON CAPITAL VENTURES)<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |

SR-SA-DEPO-2-000000381

HERRICK, FEINSTEIN LLP
ATTN: STEPHEN B. SELBST
(COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA)
2 PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MS. ANNE MARIE KENNELLY, CORPORATE COUNSEL
300 HANOVER ST., M/S 1050
PALO ALTO, CA 94304

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR DEFAULT&RECOVERY ANALYST
2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA 92806

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
(COUNSEL TO VIGNETTE EUROPE LTD & DELL MARKETING)
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165-0150

HODGSON RUSS LLP
ATTN: GARRY M. GRABER AND DEBORAH J. PIAZZA
(COUNSEL TO DEERE & COMPANY)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165

HODGSON RUSS LLP
ATTN: DEBORAH J. PIAZZA AND MAUREEN T. BASS
(COUNSEL TO GESCONSULT S.A. SG LLC)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 10022

HOLLAND & KNIGHT LLP
ATTN: BARRY VASIOS, ESQ.
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006

HOLLAND & KNIGHT LLP
ATTN: FRANCOIS JANSON AND ARTHUR ROSENBERG
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
ATTN: JOHN J. MONAGHAN, ESQ.
(COUNSEL TO SINGAPORE AIRLINES, US BANK NAT ASSOC, HSBC REALTY CREDIT, CARLTON WILLARD AND SBA COMM.)
10 ST. JAMES AVENUE
BOSTON, MA 02116

HOLLAND & KNIGHT LLP
ATTN: BARBRA R. PARLIN, ESQ.
(COUNSEL TO PRICEWATERHOUSECOOPERS LLP)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007

HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ.
(COUNSEL TO M. ARTHUR GENSLER JR & ASSOC, GENSLER ARCHITECTURE, DESIGN & PLANNING, COSTELLO MAIONE)
1700 LINCOLN, SUITE 4100
DENVER, CO 80203

HOLME ROBERTS & OWEN LLP
ATTN: LAWRENCE BASS, ESQ.
(COUNSEL TO NATIONAL CINEMEDIA, INC.)
1700 LINCOLN STREET, SUITE 4100
DENVER, CO 80203

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
(COUNSEL TO HEALTH CARE SERVICES CORP D/B/A BLUE CROSS AND BLUE SHIELD OF ILLINOIS)
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202

HUNTON & WILLIAMS LLP
ATTN: RICHARD P. NORTON
(COUNSEL TO GENWORTH FINANCIAL, INC.)
200 PARK AVENUE
NEW YORK, NY 10166

HUNTON & WILLIAMS LLP
ATTN: SCOTT H. BERNSTEIN
(COUNSEL TO CATALANA EMPLEO,PREVISION,RFI,FP,CATOC VIDA, DEPSA NORTEHISPANA, REASEGUROS, SEGUROS)
200 PARK AVENUE, 53RD FLOOR
NEW YORK, NY 10166

HUNTON & WILLIAMS LLP
ATTN: KEVIN M. ECKHARDT
(COUNSEL TO CATALANA EMPLEO,PREVISION,RFI,FP,CATOC VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
1111 BRICKELL AVENUE, SUITE 2500
MIAMI, FL 33131

INFOSPACE, INC
ATTN: ALEJANDRO C. TORRES, ESQ.
GENERAL COUNSEL
601 108TH AVENUE NE
BELLEVUE, WA 98004

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
(COUNSEL TO 50 BROADWAY REALTY CORP LLC)
250 PARK AVENUE
NEW YORK, NY 10177

INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
ATTN: TOBY R. ROSENBERG
33 MAIDEN LANE, 14TH FLOOR
NEW YORK, NY 10038

INTERSIL CORPORATION
ATTN: DOUGLAS BALOG, ESQ.
ASSOCIATE GENERAL COUNSEL
1650 ROBERT A. CONLON BLVD., NE
M/S 62A309
PALM BEACH, FL 32905

INVESCO AIM MANAGEMENT GROUP, INC
ATTN: TERESA A. OXFORD, ESQ.
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
11 GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-1173

IRELL & MANELLA LLP
ATTN: ALAN J. FRIEDMAN AND KERRI LYMAN
(COUNSEL TO "PARTY-IN-INTEREST")
840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660

IVEY, BARNUM, AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
(COUNSEL TO DUKE ENERGY OHIO, INC.)
170 MASON STREET
GREENWICH, CT 06830

JAY HURST, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY AND ROBERT L. BYMAN
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
CHICAGO, IL 60611-7603

JENNINGS, STROUSS & SALMON, PLC
ATTN: GEORGE C. SPILSBURY AND BRIAN N. SPECTOR (COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.)
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

SR-SA-DEPO-2-000000382

| | | |
|---|---|---|
| JOSEPH L. FOX, ESQ.<br>(COUNSEL TO HUMBERTO G. MERCHLAND LOPEZ)<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | JOSEPH N. CORDARO<br>ASSISTANT UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>ATTN: DAVID FRIEDMAN, DAVID ROSNER,<br>ANDREW GLENN<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| KATSKY KORINS LLP<br>ATTN: STEVEN H. NEWMAN, ESQ.<br>(COUNSEL TO TUXEDO RESERVE OWNER LLC AND TUXEDOTPA OWNER LLC)<br>605 THIRD AVENUE, 16TH FLOOR<br>NEW YORK, NY 10158 | KAYE SCHOLER LLP<br>ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND<br>LAUREN ATTARD<br>425 PARK AVENUE<br>NEW YORK, NY 10022 | KAYE SCHOLER LLP<br>ATTN: ANA M. ALFONSO<br>(COUNSEL TO BANK OF AMERICA, N.A.)<br>425 PARK AVENUE<br>NEW YORK, NY 10022 |
| KAYE SCHOLER LLP<br>ATTN: MADLYN GLEICH PRIMOFF AND LAUREN ATTARD<br>(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU QUEBEC AND TOTAL GAS & POWER LIMITED)<br>425 PARK AVENUE<br>NEW YORK, NY 10022 | KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S. CARR, ESQ.,<br>BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KELLEY DRYE & WARREN LLP<br>ATTN: MARK W. PAGE, ESQ.<br>(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND IGI RESOURCES)<br>333 WEST WACKER DRIVE, 26TH FLOOR<br>CHICAGO, IL 60606 |
| KELLEY DRYE & WARREN LLP<br>ATTN: HOWARD S. STEEL, ESQ.<br>(COUNSEL TO TATA AMERICAN INTERNATIONAL CORPORATION ANDD TATA CONSULTANCY SERVICES LTD)<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KELLEY DRYE & WARREN LLP<br>ATTN: BENJAMIN BLAUSTEIN, ESQ.<br>(COUNSEL TO THE JUILLIARD SCHOOL)<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KIRKLAND & ELLIS LLP<br>ATTN: RICHARD L. WYNNE, ESQ.<br>(COUNSEL TO KAPALUA BAY, LLC)<br>777 SOUTH FIGUEROA STREET, 37TH FLOOR<br>LOS ANGELES, CA 90017 |
| KIRKLAND & ELLIS LLP<br>ATTN: ISKENDER H. CATTO, ESQ.<br>(COUNSEL TO PACIFIC SUMMIT ENERGY LLC)<br>CITIGROUP CENTER<br>153 EAST 53RD STREET<br>NEW YORK, NY 10022-4611 | KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP<br>ATTN: JEFFREY KURTZMAN, ESQ. (COUNSEL TO PJM INTERCONNECTION, L.L.C.)<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102 | KLEIN SOLOMON LLP<br>ATTN: JAY B. SOLOMON<br>(COUNSEL TO HOPE GREENFIELD)<br>275 MADISON AVE, 11TH FL.<br>NEW YORK, NY 10016 |
| KLESTADT & WINTERS, LLP<br>ATTN: JOHN E. JURELLER, JR.<br>(COUNSEL TO OVERSTOCK.COM)<br>292 MADISON AVENUE, 17TH FLOOR<br>NEW YORK, NY 10017 | KOBRE & KIM LLC<br>ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C<br>LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER, P. BRADLEY ONEILL AND AMY CATO (COUNSEL TO THE BANK OF NY MELLON TRUST CO., NA)<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER, PHILIP BENTLEY AND GORDON Z. NOVOD<br>(COUNSEL TO RUTGER SCHIMMELPENNINCK)<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | LANDMAN CORSI BALLAINE & FORD, P.C.<br>ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA REE<br>(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP. IN CONSERVATORSHIP)<br>120 BROADWAY, 27TH FLOOR<br>NEW YORK, NY 10271-0079 | LANE POWELL PC<br>ATTN: CHARLES R. EKBERG<br>1420 FIFTH AVENUE<br>SUITE 4100<br>SEATTLE, WA 98101-2338 |
| LATHAM & WATKINS LLP<br>ATTN: KEITH A. SIMON<br>(COUNSEL TO FANNIE MAE)<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 | LATHAM & WATKINS LLP<br>ATTN: DAVID S. HELLER & J. DOUGLAS BACON<br>SEARS TOWER, SUITE 5800<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | LATHAM & WATKINS LLP<br>ATTN: PETER M. GILHULY<br>(COUNSEL TO: NETAPP, INC.; ASURION CORPORATION)<br>355 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-1560 |
| LATHAM & WATKINS LLP<br>ATTN: PETER M. GILHULY<br>(COUNSEL TO ASURION CORPORATION)<br>355 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-1560 | LATHAM & WATKINS LLP<br>ATTN: RICHARD A. LEVY<br>(COUNSEL TO GE CORPORATE FINANCIAL SERVICES, INC.)<br>SEARS TOWER, SUITE 5800<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | LAW OFFICES OF GABRIEL DEL VIRGINIA<br>ATTN: GABRIEL DEL VIRGINIA, ESQ<br>(COUNSEL TO THE TAARP GROUP, LLP)<br>641 LEXINGTON AVENUE, 21ST FLOOR<br>NEW YORK, NY 10022 |
| LAW OFFICES OF NEIL MOLDOVAN, PC<br>ATTN: ELLEN ZWEIG<br>(COUNSEL TO ANITA BRYANT)<br>ONE OLD COUNTRY ROAD, SUITE 270<br>CARLE PLACE, NY 11514 | LAW OFFICES OF ROBERT E. LUNA, PC<br>ATTN: ANDREA SHEEHAN, LSO<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT<br>VERTRETEN DURCH IHREN VORSTAND<br>(MICHAEL BONACKER, HANS-MARTIN BURY, HELMUT OLIVIER, DR. PATRICK SCHMITZ MORKRAMER, CHRISTIAN SPIELER)<br>RATHENAUPLATZ 1<br>60313 FRANKFURT AM MAIN, GERMANY |

SR-SA-DEPO-2-000000383

| | | |
|---|---|---|
| LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: WALTER F. SWEARINGEN<br>(COUNSEL TO PETER J. AND MARY JANE DAPUZZO)<br>1185 AVENUE OF THE AMERICAS, 17TH FLOOR<br>NEW YORK, NY 10036 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>250 HUDSON ST<br>780 THIRD AVENUE, 48TH FLOOR<br>NEW YORK, NY 100131413 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: JOHN P. DILLMAN<br>(COUNSEL TO HARRIS COUNTY)<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET<br>SUITE 1600<br>DALLAS, TX 75201 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: DIANE W. SANDERS<br>(COUNSEL TO MCLENNAN COUNTY)<br>1949 SOUTH I H 35<br>PO BOX 17428<br>AUSTIN, TX 78760 | LOCKE LORD BISSELL & LIDDELL LLP<br>ATTN: ALLEN C. WASSERMAN, ESQ.<br>(COUNSEL TO STEPHEN N. HURLEY)<br>885 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 |
| LOCKE LORD BISSELL & LIDDELL LLP<br>ATTN: PATRICIA WILLIAMS PREWITT<br>(COUNSEL TO DYNERGY POWER MARKETING, INC.)<br>3400 JPMORGAN CHASE TOWER<br>600 TRAVIS TOWER<br>HOUSTON, TX 77002-3095 | LOEB & LOEB LLP<br>ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN AND DANIEL B. BESIKOF<br>(COUNSEL TO THOMAS COOK AG)<br>345 PARK AVENUE<br>NEW YORK, NY 10154 | LOVELLS LLP<br>ATTN: ROBIN E. KELLER AND OMECCA N. NEDD<br>(COUNSEL TO QVT FINANCIAL LP & INSTITUTO DE CREDITO OFICIAL)<br>590 MADISON AVE<br>NEW YORK, NY 10022 |
| LOVELLS LLP<br>ATTN: CHRISTOPHER R. DONOHO III<br>(COUNSEL TO STANDARD CHARTERED BANK)<br>590 MADISON AVENUE<br>NEW YORK, NY 10022 | LOVELLS LLP<br>ATTN: ROBIN E. KELLER, ESQ.<br>(COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD AND INSTITUTO CREDITO OFICIAL)<br>590 MADISON AVENUE<br>NEW YORK, NY 10022 | LOWENSTEIN SANDLER PC<br>ATTN: IRA M. LEVEE<br>(COUNSEL TO FACTIVA, INC.)<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10020 |
| LOWENSTEIN SANDLER PC<br>ATTN: IRA M. LEVEE<br>(COUNSEL TO FACTIVA, INC.)<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | LOWENSTEIN SANDLER PC<br>ATTN: KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN<br>(COUNSEL TO AVAYA INC.)<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | LOWENSTEIN SANDLER PC<br>ATTN: MICHAEL S. ETKIN AND S. JASON TEELE<br>(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 3)<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10022 |
| LOWENSTEIN SANDLER PC<br>ATTN: MICHAEL S. ETKIN AND S. JASON TEELE<br>(COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE POWER, LP)<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10022 | LOWENSTEIN SANDLER PC<br>ATTN: MICHAEL S. ETKIN AND S. JASON TEELE<br>(COUNSEL TO PNMR SERVICES COMPANY AND FIRST CHOICE POWER, LP)<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | LOWENSTEIN SANDLER PC<br>ATTN: MICHAEL S. ETKIN, ESQ.<br>(COUNSEL TO RELIANT ENERGY SERVICES, INC AND RELIANT ENERGY POWER SUPPLY, LLC)<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10020 |
| LOWENSTEIN SANDLER PC<br>ATTN: MICHAEL S. ETKIN AND S. JASON TEELE<br>(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING AND TRADING)<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10022 | LOWENSTEIN SANDLER PC<br>ATTN: MICHAEL S. ETKIN AND S. JASON TEELE<br>(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING AND TRADING)<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | LOWENSTEIN SANDLER PC<br>ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER<br>(COUNSEL TO BINDING COMPANY, INC.)<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10020 |
| LOWENSTEIN SANDLER PC<br>ATTN: JEFFREY PROL, ESQ.<br>(COUNSEL TO FUBON SECURITIES CO, FUBON INSURANCE INSURANCE CO., TAIPEI FUBON COMMERCIAL BANK CO.)<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | LOWENSTEIN SNADLER PC<br>ATTN: MICHAEL S. ETKIN AND S. JASON LEE<br>(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N IRELAND GOVT COMM, EDINGURGH COUNCIL & OPER. ENG. LCL 13)<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | MARGOLIS EDELSTEIN<br>ATTN: JAMES E. HUGGETT, ESQ.<br>750 SHIPYARD DRIVE, SUITE 102<br>WILMINGTON, DE 19801 |
| MAYER BROWN LLP<br>ATTN: FREDERICK D. HYMAN, ESQ. AMIT TREHAN, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019 | MAYER BROWN LLP<br>ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN<br>1675 BROADWAY<br>NEW YORK, NY 10019 | MAYER BROWN LLP<br>ATTN: BRIAN TRUST, FREDERICK D. HYMAN, JEFFREY G. TOUGAS, AMIT K. TREHAN<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| MAYER BROWN LLP<br>ATTN: ANTONIA GOLIANOPOULOS, ESQ<br>(COUNSEL TO SP4 190 S LASALLE, L.P.)<br>1675 BROADWAY<br>NEW YORK, NY 10019 | MAYER BROWN LLP<br>ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY<br>(COUNSEL TO SP4 190 S. LASALLE, L.P.)<br>71 S. WACKER DRIVE<br>CHICAGO, IL 60606 | MAYER BROWN LLP<br>ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS, AMIT K. TREHAN<br>(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)<br>1675 BROADWAY<br>NEW YORK, NY 10019 |

SR-SA-DEPO-2-000000384

| | | |
|---|---|---|
| MAYNARD COOPER & GALE, PC<br>ATTN: JAYNA PARTAIN LAMAR<br>(COUNSEL TO REGIONS BANK)<br>1901 SIXTH AVENUE NORTH<br>2400 REGIONS/HARBERT PLAZA<br>BIRMINGHAM, AL 35203 | MCBREEN & KOPKO<br>ATTN: KENNETH A. REYNOLDS, ESQ.<br>(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)<br>500 NORTH BROADWAY, SUITE 129<br>JERICHO, NY 11753 | MCCALLA RAYMER, LLC<br>ATTN: MATTHEW DYER<br>(COUNSEL TO AMERICA'S SERVICING COMPANY)<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA 30076-2102 |
| MCCARTER & ENGLISH, LLP<br>ATTN: EDUARDO J. GLAS, ESQ.<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ 07102-4096 | MCCARTER & ENGLISH, LLP<br>ATTN: KATHERINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 NORTH KING STREET<br>WILMINGTON, DE 19801 | MCCARTER & ENGLISH, LLP<br>ATTN: WILLIAM F. TAYLOR, ESQ.<br>(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)<br>405 NORTH KING STREET<br>RENAISSANCE CENTER, 8TH FLOOR<br>WILMINGTON, DE 19801 |
| MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO<br>(COUNSEL TO MARIE PAPILLON)<br>227 WEST MONROE STREET, SUITE 4400<br>CHICAGO, IL 60606-5096 | MCDERMOTT WILL & EMERY LLP<br>ATTN: GARY O. RAVERT<br>(COUNSEL TO MARIE PAPILLON)<br>340 MADISON AVENUE<br>NEW YORK, NY 10173-1922 | MCGUIREWOODS LLP<br>ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX<br>1345 AVENUE OF THE AMERICAS, 7TH FLOOR<br>NEW YORK, NY 10105 |
| MCGUIREWOODS LLP<br>ATTN: DION W. HAYES<br>ONE JAMES CENTER<br>901 EAST CARY STREET<br>RICHMOND, VA 23219 | MCGUIREWOODS LLP<br>ATTN: DAVID I. SWAN AND KENNETH M. MISKEN<br>(COUNSEL TO SPRINT NEXTEL CORP, SPRINT SOLUTIONS)<br>1750 TYSONS BLVD., SUITE 1800<br>MC LEAN, VA 22102 | MCGUIREWOODS LLP<br>ATTN: JOHN H. MADDOCK III AND JOSEPH S. SHEERIN<br>(COUNSEL TO CSX TRANSPORTATION, INC.)<br>ONE JAMES CENTER<br>901 EAST CARY STREET<br>RICHMOND, VA 23219 |
| MEYER SUOZZI ENGLISH & KLEIN<br>ATTN: THOMAS R. SLOME, ESQ.<br>(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)<br>900 STEWART AVENUE, SUITE 300 PO BOX 9194<br>GARDEN CITY, NY 11530 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTN: ALAN E. MARDER AND JIL MAZER-MARINO<br>(COUNSEL TO CONSTELLATION PLACE, ADV. PORTFOLIO,<br>SUNGUARD, ET AL., INF. SRVS, WALL ST CONCEPTS)<br>990 STEWART AVENUE, SUITE 300<br>GARDEN CITY, NY 11530 | MICHAEL A. COX, ATTORNEY GENERAL<br>ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL (COUNSEL TO STATE OF MICHIGAN, DEPT. OF TREASURY)<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 |
| MICHAEL C. FREGE<br>IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT<br>BARCKHAUSSTR. 12-16<br>60325 FRANKFURT AM MAIN, GERMANY | MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MOORE & VAN ALLEN PLLC<br>ATTN: DAVID B. WHEELER, ESQ.<br>(COUNSEL TO PUBLIC SERVICE OF NORTH CAROLINA)<br>40 CALHOUN STREET, SUITE 300<br>POST OFFICE BOX 22828<br>CHARLESTON, SC 29413-2828 |
| MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: NEIL E. HERMAN, ESQ.<br>(COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS)<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0600 | MORI HAMADA & MATSUMOTO<br>ATTN: KEN MIURA, ESQ.<br>(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)<br>MARUNOUCHI KITAGUCHI BUILDING<br>1-6-5 MARUNOUCHI, CHIYODA-KU<br>TOKYO 100-8222, JAPAN | MORITT HOCK HAMROFF & HOROWITZ LLP<br>ATTN: LESLIE A. BERKOFF<br>(COUNSEL TO THE HOTCHKISS SCHOOL)<br>400 GARDEN CITY<br>GARDEN CITY, NY 11530 |
| MORRISON & FOERSTER LLP<br>ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI<br>(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER LLP<br>ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI<br>(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI, ESQ. AND GARY LEE, ESQ.<br>(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP<br>ATTN: TSUGUMICHI WATANABE, ESQ.<br>SHIN-MARUNOUCHI BUILDING, 29TH FLOOR<br>5-1, MARUNOUCHI 1-CHOME<br>CHIYODA-KU<br>TOKYO 100-6529, JAPAN | MORRISON & FOERSTER LLP<br>ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.<br>(COUNSEL TO CB RICHARD ELLIS, INC.)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER LLP<br>ATTN: GARY S. LEE, ESQ. AND JOHN A. PINTARELLI, ESQ (COUNSEL TO FONDIARIA, BIM VITA, ASSICURAZIONI, MILANO, POPOLARE, BANCA SAI, SYSTEMA AND NOVARA)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP<br>ATTN: LARREN M. NASHELSKY<br>(COUNSEL TO PACIFIC COAST CUP PARTNERS, LLC,<br>MITSUBISHI UFJ SEC CO., ING REAL ESTATE FINANCE)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER, LLP<br>ATTN: BRETT H. MILLER, ESQ<br>(COUNSEL TO OVERSEA-CHINESE BANKING CORP, INF GRP OF TAIWAN FIN INST, FONDO LATINO AND AB BANKAS)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON COHEN LLP<br>ATTN: MICHAEL R. DAL LAGO, ESQ.<br>(COUNSEL TO CARMIGNAC GESTION)<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 |

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: RUSSELL L. MUNSCH
(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2900
AUSTIN, TX 78701-3057

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: KEVIN M. LIPPMAN
(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)
3800 LINCOLN PLAZA
500 NORTH AKARD STREET
DALLAS, TX 75201-6659

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ.
(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094, JAPAN

NATIONWIDE FUND ADVISORS
ATTN: ERIC E. MILLER, ESQ.
SVP/GENERAL COUNSEL
1200 RIVER ROAD - SUITE 1000
CONSHOHOCKEN, PA 19428

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL
COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY
(COUNSEL TO COUNTY OF SAN MATEO AND MONTEREY)
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS)
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN: CHRISTOPHER M. DESIDERIO
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN
(COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY)
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO BRYANT UNIVERSITY)
100 SUMMER STREET
BOSTON, MA 02110

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

OCH-ZIFF
ATTN: KEN RUBIN
9 W 57TH STREET, 39TH FLOOR
NEW YORK, NY 10019

OFFICE OF ATTORNEY GENERAL
ATTN: CHRISTOPHER R. MOMJIAN
(COUNSEL TO THE COMMONWEALTH OF PENNSYLVANIA DEPT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT)
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3693

OFFICE OF THE MINNESOTA ATTORNEY GENERAL
ATTN: JEREMY D. EIDEN, ESQ.
(COUNSEL TO MINNESOTA STATE BOARD OF INVESTMENT)
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS
(DEPUTY CHIEF COUNSEL, LITIGATION)
1700 G STREET, N.W.
WASHINGTON, DC 20552

OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311

OPPENHEIMERFUNDS, INC.
CHIEF COMPLIANCE OFFICER
6803 SOUTH TUCSON WAY
ENGLEWOOD, CO 80112-3924

OPPENHEIMERFUNDS, INC
2 WORLD FINANCIAL CENTER
225 LIBERTY STREET, 16TH FL
NEW YORK, NY 10281-1008

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR., WESTON T EGUCHI AND
COURTNEY M. ROGERS
(COUNSEL TO THE BANK OF NOVA SCOTIA)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, ESQ.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
1152 15TH STREET, NW
WASHINGTON, DC 20005-1706

ORRICK, HARRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND
DEBRA L. FELDER
(COUNSEL TO CALIFORNIA IND. SYSTEMS OPERATOR CORP)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P. GUY AND DEBRA L. FELDER
(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR. AND COURTNEY M. ROGERS
(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN (COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD)
230 PARK AVENUE
NEW YORK, NY 10169-0075

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV
(COUNSEL TO DUKE ENERGY OHIO, INC.)
THREE WACHOVIA CENTER
401 S TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY
(COUNSEL TO ASBURY ATLANTIC AND ASBURY-SOLOMONS)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL, HASTINGS JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: THOMAS L. KENT AND LAWRENCE MITTMAN
(COUNSEL TO 605 THIRD AVENUE FEE LLC)
75 EAST 55TH STREET
NEW YORK, NY 10022

SR-SA-DEPO-2-000000386

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS AND
CLAUDIA L. HAMMERMAN
(COUNSEL TO CITIGROUP, INC.)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PEITZMAN, WEG & KEMPINSKY LLP
ATTN: HOWARD J. WEG AND DEVID B. SHEMANO
(COUNSEL TO AVISTA CORP., CASCADE INVESTEMENT LLC,
AND POWEREX CORP.)
10100 SANTA MONICA BLVD., SUITE 1450
LOS ANGELES, CA 90067

PENSION BENEFIT GUARANTY CORPORATION
ATTN: STEPANIE THOMAS, ASST. CHIEF COUNSEL
SARA B. EAGLE, COLIN B. ALBAUGH
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W.
WASHINGTON, DC 20005

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276

PEPPER HAMILTON LLP
ATTN: FRANCIS J. LAWALL, ESQ.
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799

PEPPER HAMILTON LLP
ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II (COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
P.O. BOX 13430
ARLINGTON, TX 76094-0430

PFEIFER & REYNOLDS, LLP
ATTN: MICHAEL R. PFEIFER, JAMES P. FINERTY AND
LIBBY WONG (COUNSEL TO NBGI, INC.)
765 THE CITY DRIVE SOUTH, SUITE 380
ORANGE, CA 92868

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW, ESQ.
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE
(COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: PATRICK J. POTTER
(COUNSEL TO PYRRHULOXIA, LP)
2300 N. STREET, NW
WASHINGTON, DC 20037

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW
ATTN: SYDNEY G. PLATZER
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN
(COUNSEL TO ALIANT BANK)
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997

POST & SCHELL, P.C.
ATTN: BRIAN W. BISIGNANI, ESQ.
(COUNSEL TO AON CONSULTING)
17 NORTH 2ND STREET, 12TH FLOOR
HARRISBURG, PA 17101-1601

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M LOGIUDICE
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022

PROFUNDS ADVISORS LLC
ATTN: BARRY PERSHKOW
7501 WISCONSIN AVENUE
SUITE 1000
BETHESDA, MD 20814

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE
(COUNSEL TO WSG DEVELOPMENT CO.)
410 PARK AVENUE
NEW YORK, NY 10022

PURSUIT PARTNERS
ATTN: LISA ROBERTS
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND
SCOTT C. SHELLEY
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010

RABINOWITZ LUBETKIN & TULLY LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039

REED SMITH LLP
ATTN: J. ANDREW RAHL, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: LUMA AL-SHIBIB
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

REED SMITH LLP
ATTN: ERIC A. SCHAFFER, ESQ.
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.)
435 SIXTH AVENUE
PITTSBURGH, PA 15219

REED SMITH LLP
ATTN: MICHAEL J. VENDITTO
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.)
599 LEXINGTON AVE
NEW YORK, NY 10022

SR-SA-DEPO-2-000000387

REED SMITH LLP
ATTN: JOHN L. SCOTT, DAVID M. GRIMES AND RIZWAN A. QURESHI (COUNSEL TO YARPA INVESTMENTI S.G.R. S.P.A.-RP3)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E. SHICKICH
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER RHEAUME
(COUNSEL TO SALEM FIVE CENTS SAVINGS BANK)
THREE CENTER PLAZA
BOSTON, MA 02108

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103

RUSSIN VECCHI BERG & BERNSTEIN LLP
ATTN: J. FRED BERG JR, ESQ
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
380 LEXINGTON AVENUE, SUITE 1518
NEW YORK, NY 10168

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
ATTN: MARIANNE SCHIMELFENIG, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
5600 CITY AVENUE
PHILADELPHIA, PA 19131-1395

SALANS
ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN
(COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK PEKAO, GL TRADE, BNY, EZE CASTLE & LIQUIDPOINT)
620 FIFTH AVENUE
NEW YORK, NY 10020

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
(COUNSEL TO THE PENN CONVENTION CENTER AUTHORITY)
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SCHIFF HARDIN LLP
ATTN: EUGENE J. GEEKIE, JR.
(COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO. AND NISOURCE FINANCE CORP.)
6600 SEARS TOWER
CHICAGO, IL 60606

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
280 KING OF PRUSSIA ROAD
WAYNE, PA 19087

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ
(COUNSEL TO THE SUMITOMO TRUST & BANKING CO., LTD)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO GLOBAL, PANTON, CFIP, CURA, TURNBERRY, INVESTCORP ET AL, DIAMOND NOTCH AND TANG CAPITAL)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ AND NED S. SCHODEK, ESQ
(COUNSEL TO BANK OF AMERICA, N.A.)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

SHELL ENERGY NORTH AMERICA (US), L.P.
ATTN: ANN REYNAUD
909 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010

SHELL TRADING (US) COMPANY
ATTN: JENNIFER GORE
910 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010

SHENWICK & ASSOCIATES
ATTN: JAMES H. SHENWICK, ESQ.
655 THIRD AVENUE, 20TH FLOOR
26TH FLOOR
NEW YORK, NY 10017

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN & RUSSEL L REID ESQS
(COUNSEL FOR THE BANK OF NEW YORK MELLON)
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI, ESQ.
(COUNSEL TO NORTON GOLD FIELDS LIMITED)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTN: RUSSELL L. REID AND BLANKA K. WOLFE
(COUNSEL TO ISRAEL DISCOUNT BANK OF NEW YORK)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ
(COUNSEL TO GARTNER INC, GARTNER UK COMPUTER FINANCIAL CONSULTANTS, TANGOE AND OPEN SOLUTIONS)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SALLY MCDONALD HENRY
(COUNSEL TO REGION MARCHE, NASDAQ OMX, CHICAGO MERCANTILE EX. AND BLACKROCK FINANCIAL MANAGEMENT)
NEW YORK, NY 10036

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ
(COUNSEL TO THE LAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030

STAN MEHAFFEY
2043 N. MOHAWK STREET, 2S
CHICAGO, IL 60614

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1 MADISON AVENUE, 3RD FLOOR
NEW YORK, NY 10010

STEIN & LUBIN LLP
ATTN: EUGENE CHANG
(COUNSEL TO OVERSTOCK.COM)
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA 94111

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
ATTN: EDMOND P. O'BRIEN
(COUNSEL TO SLG 220 NEWS OWNER LLC)
675 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY 10017

STEPTOE & JOHNSON LLP
ATTN: JOHN H. LOVI AND LARA E. ROMANSIC
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.)
750 SEVENTH AVENUE
NEW YORK, NY 10019

SR-SA-DEPO-2-000000388

| | | |
|---|---|---|
| STEPTOE & JOHNSON LLP<br>ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER<br>(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.)<br>2121 AVENUE OF THE STARS, SUITE 2800<br>LOS ANGELES, CA 90067 | STEVENS & LEE, P.C.<br>ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS<br>485 MADISON AVE, 20TH FLOOR<br>NEW YORK, NY 10022 | STEVENS & LEE, P.C.<br>ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS<br>(COUSEL TO ROYAL BANK OF AMERICA)<br>485 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022 |
| STINSON MORRISON HECKER LLP<br>ATTN: DARRELL W. CLARK, ESQ.<br>(COUNSEL TO EXEGY INCORPORATED)<br>1150 18TH STREET, NW<br>SUITE 800<br>WASHINGTON, DC 20036 | STRADLEY RONON STEVENS & YOUNG LLP<br>ATTN: PAUL PATTERSON, MICHAEL CORDONE, MARK DORVAL (COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE FUND DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL, FRANKLIN LINCOLN NAT'L CORP AND LINCOLN VARIABLE INS.)<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103-7098 | STRADLEY RONON STEVENS & YOUNG, LLP<br>ATTN: MICHAEL J. CORDONE, ESQ.<br>(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103-7098 |
| STRADLEY RONON STEVENS & YOUNG, LLP<br>ATTN: PAUL A PATTERSON AND MICHAEL J CORDONE<br>(COUNSEL TO AIM FUNDS AND AIM ADVISORS)<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103-7098 | STREUSAND & LANDON LLP<br>ATTN: G. JAMES LANDON AND RICHARD D. VILLA<br>(COUNSEL TO VIGNETTE EUROPE LIMITED)<br>816 CONGRESS AVENUE, SUITE 1600<br>AUSTIN, TX 78701 | STREUSAND & LANDON LLP<br>ATTN: SABRINA L. STREUSAND, ESQ.<br>(COUNSEL TO DELL MARKETING, L.P.)<br>816 CONGRESS AVENUE, SUITE 1600<br>AUSTIN, TX 78701 |
| STROOCK & STROOCK & LAVAN LLP<br>ATTN: LAWRENCE M. HANDELSMAN AND DENISE K. WILDES (COUNSEL TO STAMFORD ASSOCIATES L.P.)<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | STROOCK & STROOCK & LAVAN LLP<br>ATTN: HAROLD A. OLSEN<br>(COUNSEL TO MERCURIA ENERGY TR, DEUTSCHE ZENTRAL, BASSO CAPITAL, MAGNETAR CAPITAL, AND MITSUI & CO.)<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | STROOCK & STROOK & LAVAN LLP<br>ATTN: MARK A. SPEISER & SHERRY J. MILLMAN<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 |
| SULLIVAN & CROMWELL LLP<br>ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN<br>(COUNSEL TO BARCLAYS CAPITAL, INC.)<br>125 BROAD STREET<br>NEW YORK, NY 10004 | SUTHERLAND ASBILL & BRENNAN LLP<br>ATTN: PAUL B. TURNER<br>(COUNSEL TO SHELL TRADING & SHELL ENERGY N. AMER.)<br>TWO HOUSTON CENTER<br>919 FANNIN, SUITE 2200<br>HOUSTON, TX 77010 | SUTHERLAND ASBILL & BRENNAN LLP<br>ATTN: MARK D. SHERRILL<br>(COUNSEL TO SHELL, AGBANK, AVIVA, AGRIBANK, KRAFT, PROFUNDS, AGFIRST, PHILIP MORRIS, VINING-SPARKS)<br>1275 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20004 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE,<br>BANKRUPTCY DIV.<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | THE BANK OF NEW YORK MELLON<br>ATTN: RANJIT MATHER, ROBERT BAILEY<br>ONE WALL STREET, 11TH FLOOR<br>NEW YORK, NY 10286 | THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.<br>ATTN: MONIQUE L. MORREALE<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1104 |
| THE CHUO MITSUI TRUST AND BANKING CO., LTD<br>33-1, SHIBA 3-CHOME<br>MINATO-KU<br>TOKYO 105-8574, JAPAN | THE SUMITOMO TRUST & BANKING CO., LTD<br>ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER<br>GRANTOKYO, SOUTH TOWER<br>1-9-2, MARUNOUCHI, CHIYODA-KU<br>TOKYO 100-6611, JAPAN | THE SUMITOMO TRUST & BANKING CO., LTD<br>ATTN: BRUCE A. ORTWINE, ESQ., GENERAL COUNSEL<br>527 MADISON AVENUE<br>NEW YORK, NY 10022 |
| THE WILSON LAW FIRM PC<br>ATTN: L. MATT WILSON, ESQ<br>(COUNSEL TO GREG GEORGAS & MARK GROCK)<br>950 EAST PACES FERRY ROAD<br>SUITE 3250 ATLANTA PLAZA<br>ATLANTA, GA 30326 | THOMPSON & KNIGHT LLP<br>ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS<br>919 THIRD AVENUE, 39TH FLOOR<br>NEW YORK, NY 10022-3915 | THOMPSON & KNIGHT LLP<br>ATTN: RHETT G. CAMPBELL<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX 77002-4499 |
| THOMPSON & KNIGHT LLP<br>ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER<br>(COUNSEL TO CHEVRON NATURAL GAS)<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX 77002 | THOMPSON & KNIGHT LLP<br>ATTN: DAVID M. BENNETT<br>(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP)<br>1722 ROUTH STREET<br>SUITE 1500<br>DALLAS, TX 75201-2533 | THOMPSON COBURN LLP<br>ATTN: MARK V. BOSSI<br>(COUNSEL TO ARG FUNDING CORP AND VANGUARD CAR RENTAL USA IIO)<br>ONE US BANK PLAZA<br>SAINT LOUIS, MO 63101 |
| TISHMAN SPEYER PROPERTIES, LP<br>ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND NED BENTON, CORPORATE COUNSEL<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10111 | TRAVELERS<br>NATIONAL ACCOUNTS<br>ATTN: OLGA PRESS, ACCOUNT RESOLUTION<br>1 TOWER SQUARE - 5MN<br>HARTFORD, CT 06183-4044 | TROUTMAN SANDERS LLP<br>ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH<br>(COUNSEL TO BANK OF CHINA, PT BANK NEGARA INDONESIA NEW SOUTH FED SAV BANK, RWE, AND ELECTRABEL)<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 |

SR-SA-DEPO-2-000000389

| | | |
|---|---|---|
| TUCKER ARENSBERG, P.C.<br>ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND MICHAEL A. SHINER<br>(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222 | TW TELECOM INC.<br>ATTN: LINDA BOYLE<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 | VEDDER PRICE P.C.<br>ATTN: DOUGLAS J. LIPKE, ESQ.<br>(COUNSEL TO NEWEDGE USA, LLC)<br>222 N. LASALLE STREET<br>CHICAGO, IL 60601-1003 |
| VEDDER PRICE P.C.<br>ATTN: ERIN ZAVALKOFF-BABEJ, ESQ<br>(COUNSEL TO NEWEDGE USA, LLC)<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | VEDDER PRICE PC<br>ATTN: MICHAEL J. EDELMAN<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | VENABLE LLP<br>ATTN: LISA BITTLE TANCREDI, ESQ.<br>(COUNSEL TO DELTA AIR LINES, INC.)<br>750 EAST PRATT STREET, SUITE 900<br>BALTIMORE, MD 21202 |
| VENABLE LLP<br>ATTN: EDWARD A. SMITH, ESQ.<br>(COUNSEL TO DELTA AIR LINES, INC.)<br>1270 AVENUE OF THE AMERICAS, 25TH FLOOR<br>NEW YORK, NY 10020 | VINSON & ELKINS L.L.P.<br>ATTN: STEVEN M. ABRAMOWITZ<br>(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)<br>666 FIFTH AVENUE, 27TH FLOOR<br>NEW YORK, NY 10103 | VINSON & ELKINS L.L.P.<br>ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ<br>(COUNSEL TO CONTINENTAL AIRLINES, INC.)<br>1001 FANNIN STREET, SUITE 2500<br>HOUSTON, TX 77002-6760 |
| VINSON & ELKINS LLP<br>ATTN: DOV KLEINER, ESQ.<br>(COUNSEL TO SHINSEI BANK LIMITED)<br>666 FIFTH AVENUE, 26TH FLOOR<br>NEW YORK, NY 10103 | VINSON & ELKINS RLLP<br>ATTN: JEFFREY E. ELDREDGE<br>(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)<br>CITY POINT, 33RD FLOOR<br>ONE ROPEMAKER STREET<br>LONDON EC2Y 9UE, UK | WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: HAROLD S. NOVIKOFF, ESQ, RICHARD G. MASON, ESQ<br>AND JOSHUA A. FELTMAN, ESQ<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019-6150 |
| WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: AMY WOLF, ESQ.<br>(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019-6150 | WHITE & CASE LLP<br>ATTN: PHILIP JOHN NICHOLS<br>(COUNSEL TO DNB NOR BANK ASA)<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | WHITE & CASE LLP<br>ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES<br>WACHOVIA FINANCIAL CENTER<br>SUITE 4900<br>200 SOUTH BISCAYNE BLVD<br>MIAMI, FL 33131 |
| WHITE & CASE LLP<br>ATTN: EVAN C. HOLLANDER, ESQ.<br>(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA OVERSEAS FUND, LTD.)<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | WHITE & CASE LLP<br>ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND<br>RICHARD GRAHAM<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | WHITE & CASE LLP<br>ATTN: MICHAEL RUETZEL, ULF KREPPEL, KATARINA STAHL<br>(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS)<br>BOCKENHEIMER LANDSTRASSE 20<br>60323 FRANKFURT AM MAIN, GERMANY |
| WIGGIN AND DANA LLP<br>ATTN: SHARYN B. ZUCH<br>(COUNSEL TO HOTCHKISS SCHOOL)<br>185 ASYLUM STREET<br>HARTFORD, CT 06103-3402 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: MARC ABRAMS, SHELLEY CHAPMAN<br>BENITO ROMANO, JAMIE KETTEN<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS<br>(COUNSEL TO GREEN TREE SERVICING INC.)<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP<br>ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. (COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.)<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: MARC ABRAMS, ESQ.<br>(COUNSEL TO MARSHALL WACE LLP)<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 | WILMINGTON TRUST COMPANY<br>ATTN JAMES J MCGINLEY<br>520 MADISON AVE, 33RD FL<br>NEW YORK, NY 10022 |
| WILMINGTON TRUST FSB<br>50S 6TH ST STE 1290<br>MINNEAPOLIS, MN 55402-1544 | WINSTON & STRAWN LLP<br>ATTN: CAREY D. SCHREIBER<br>(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)<br>200 PARK AVENUE<br>NEW YORK, NY 10166-4193 | WINSTON & STRAWN LLP<br>ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER<br>(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 |
| WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER<br>(COUNSEL TO PENTWATER CAPITAL MANAGEMENT LP AND PIPER JAFFRAY & CO.)<br>200 PARK AVENUE<br>NEW YORK, NY 10166-4193 | WOLFF & SAMSON PC<br>ATTN: DAVID N. RAVIN & ROBERT E. NIES<br>(COUNSEL TO MACK-CALI REALTY LP)<br>THE OFFICES AT CRYSTAL LAKE<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052 | WOLLMUTH MAHER & DEUTSCH LLP<br>ATTN: JAMES N. LAWLOR, ESQ<br>(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ) ONE GATEWAY CENTER, 9TH FLOOR<br>NEWARK, NJ 07102 |

SR-SA-DEPO-2-000000390

| | | |
|---|---|---|
| WOLLMUTH MAHER & DEUTSCH LLP<br>ATTN: JAMES N. LAWLOR, ESQ<br>(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ)<br>500 FIFTH AVENUE<br>NEW YORK, NY 10110 | YOUNG WILLIAMS P.A.<br>ATTN: ROBERT L. HOLLADAY, JR.<br>(COUNSEL TO INTECHRA LLC)<br>PO BOX 23059<br>210 E. CAPITOL STREET., SUITE 2000<br>JACKSON, MS 39201 | ZEISLER & ZEISLER, P.C.<br>ATTN: GREGORY B. SCHILLER, ESQ.<br>(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)<br>558 CLINTON AVENUE<br>BRIDGEPORT, CT 06605 |
| ZUCKERMAN SPAEDER LLP<br>ATTN: THOMAS G MACAULEY & VIRGINIA WHITEHILL GULDI (COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENT)<br>919 MARKET STREET, SUITE 990<br>PO BOX 1028<br>WILMINGTON, DE 19899 | | |

SR-SA-DEPO-2-000000391

| | | |
|---|---|---|
| ALL AROUND LIGHTING INC<br>535 WARD AVE STE 105<br>HONOLULU, HI 96814 | BELRAD GROUP, LLC<br>921 FRONT ST<br>LOWER LEVEL<br>SAN FRANSISCO, CA 94111 | BOARD OF WATER-HN<br>630 S BERETANIA ST<br>HONOLULU, HI 96843-0001 |
| CB RICHARD ELLIS<br>DEPT 8844<br>LOS ANGELES, CA 90084-8844 | CHEMSYSTEMS, INC.<br>B.O. BOX 17716<br>HONOLULU, HI 96813 | CHUN RAIR & YOSHIMOTO LLP<br>1000 BISHOP STREET SUITE 1000<br>HONOLULU, HI 96813 |
| CITY AND COUNTY OF HONOLULU<br>DIVISION OF TREASURY<br>PO BOX 4200<br>HONOLULU, HI 96812-4200 | HAWAII DEPARTMENT OF<br>TAXATION<br>PO BOX 259<br>HONOLULU, HI 96809 | |
| CM&D<br>239 MERCHANT ST STE 100<br>HONOLULU, HI 96813 | DIVERSIFIED EXTERMINATORS<br>1940 DEMOCRAT ST<br>HONOLULU, HI 96819 | ELITE MECHANICAL, INC.<br>98-055 KAMEHAMEHA HWY STE C-6<br>AIEA, HI 96701 |
| FRED LAU-HAW'N LANDSCAPE<br>MAIN-<br>PO BOX 66<br>WAIALUA, HI 96791 | THE GAS COMPANY<br>PO BOX 29850<br>HONOLULU, HI 96820-2250 | GILBERT & ASSOCIATES LLC<br>360 HOOHANA STREET, STE A202<br>KAHULUI, HI 96732 |
| HAWAII STATE TAX COLLECTIONS<br>PO BOX 1425<br>HONOLULU, HI 96806-1425 | HAWAIIAN BUILDING<br>MAINTENANCE<br>PAUAHI TOWER<br>1003 BISHOP STREET, STE 2020<br>HONOLULU, HI 96813 | HAWAIIAN ELECTRIC COMPANY INC.<br>PO BOX 3978<br>HONOLULU, HI 96812-3978 |
| HAWAIIAN TELECOM<br>PO BOX 30770<br>HONOLULU, HI 96820-0770 | THE KAULANA CORP.<br>212 MERCHANT STREET, STE 330<br>HONOLULU, HI 96813 | MITSUBISHI<br>ELECTRIC & ELECTRIC<br>ESCALATORS & ESCALATORS DIVISION<br>PO BOX 100403<br>PASDENA, CA 91189 |
| OAHU WASTE SERVICES, INC.<br>PO BOX 30490<br>HONOLULU, HI 96820-0490 | OCEANFRONT HAWAII INC<br>PO BOX 30050<br>HONOLULU, HI 96820-0050 | OCEANIC TIME WARNER CABLE<br>PO BOX 30050<br>HONOLULU, HI 96820-0050 |
| PAMI, LLC<br>1271 AVENUE OF THE AMERICAS<br>35TH FLOOR<br>NEW YORK, NY 10020 | S. MORRIS & ASSOCIATES, LLC<br>1240 ALA MOANA BLVD 305<br>HONOLULU, HI 96814 | SIMPLEX GRINNELL LLP<br>DEPT CH 10320<br>PALATINE, IL 60055-0320 |
| WAIKIKI IMPROVEMENT ASSOC.<br>2255 KUHIO AVE, STE 760<br>HONOLULU, HI 96815 | WORLDWIDE WINDOW<br>CLEANING INC<br>PO BOX 17400<br>HONOLULU, HI 96817 | ALOHA WATER CO<br>94-538 PUAHI ST<br>WAIPAHU, HI 96797 |

BOMA HAWAII
PO BOX 17040
HONOLULU, HI 96817

GREAT AMERICAN BUS.
PRODUCTS
6701 CONCORD PARK DR.
HOUSTON, TX 77210

HONOLULU RECOVERY SYSTEMS
PO BOX 30490
HONOLULU, HI 96820-0490

JAMES WATSON
PO BOX 23151
HONOLULU, HI 96823

PURCHASE POWER, INC.
PO BOX 856042
LOUISVILLE, KY 40285-6042

ROBERT C. ULMAN
403 KALAIMOKU ST.
HONOLULU, HI 96815

SENTINEL ALARM
99-1036 IWAENA ST
AIEA, HI 96701