BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stern

Attorneys for Barclays Capital Inc.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |


# Exhibit 4

# ***Excerpts***

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 08-13555

- - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


LEHMAN BROTHERS HOLDINGS, INC., et al


        Debtors.


- - - - - - - - - - - - - - - - - - - - -x


                United States Bankruptcy Court

                One Bowling Green

                New York, New York


                September 17, 2008

                4:28 PM


B E F O R E:

HON. JAMES M. PECK

U.S. BANKRUPTCY JUDGE

18

1    been incomprehensible, Your Honor, to believe that an

2    organization that has been in existence for 158 years and has

3    become a worldwide leader in the financial community with over

4    25,000 employees would basically close its doors four days

5    later.  The consequences of the economic and financial

6    conditions that all thought were contained in 2007 are a direct

7    cause of what has happened to Lehman Brothers, Your Honor.

8              For months, the company has been pursuing strategic

9    alternatives.  The objective has been to protect the public

10   customers, preserve values and assist in avoiding the

11   deterioration of the financial markets.  The parties to a

12   proposal which we think, Your Honor, will accomplish that

13   objective are the two debtors and the broker dealer subsidiary

14   Lehman Brothers Inc., Your Honor.  And I might say, Your Honor,

15   there are 630,000 accounts having a value of 138 billion

16   dollars that are dependent upon the consummation of a

17   transaction which will allow this business to continue albeit

18   under the auspices of another entity.  And since last Thursday

19   night, Your Honor, people have been working around the clock in

20   a Herculean effort to try and accomplish a transaction which

21   would protect the public interest, stabilize the public markets

22   and offer some assurance to employees.  And I think, Your

23   Honor, if Your Honor had passed the Lehman Brothers building

24   last Thursday night -- or last Friday night, I should say, Your

25   Honor, and Saturday and watch the employees filling up their

24

1       In addition to that, Your Honor, in connection with

2    the assumption and assignment of contracts, the cure amounts

3    and other payments in connection with the contracts, are

4    estimated to be a billion five hundred million dollars.  So we

5    have four billion dollars right there, Your Honor.

6       In addition, Your Honor, the purchaser is paying 250

7    million dollars for the goodwill of LBI.  So there you have

8    4,250,000,000 dollars in that respect, Your Honor.

9       And then, Your Honor, in the interim, LBI has entered

10   into an arrangement with the prospective purchaser where

11   there's a repo agreement in which they are backing up and

12   allowing these repos to be settled and to be financed.  In

13   addition, if this goes forward, there will be a support

14   agreement for this interim period of two or three days where

15   Barclays Capital will be on premises, will be offering

16   oversight and in the sole discretion, may be willing to advance

17   some monies in the interim period.

18       So the problem we had, Your Honor, there are so many

19   different elements in this transaction that to do the usual

20   calculation of whether it should be two percent, three percent,

21   etcetera, became enormously complex during the course of the

22   proceedings.  As Your Honor knows, as these transactions go up

23   in value, very often the breakup fee goes up in value.  And

24   this -- if Your Honor just took the 1.7, I would say to Your

25   Honor, it's above three percent, clearly above three percent.