UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :
In re                                                               :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                    :
                     Debtors.                                  :    (Jointly Administered)
                                                                    :
                                                                    :
-------------------------------------------------------------------x

### ORDER, PURSUANT TO SECTIONS
### 105(A) AND 363(B) OF THE BANKRUPTCY CODE
### AUTHORIZING PAYMENT OF PREPETITION FRANCHISE TAXES

Upon the motion dated May 8, 2009 (the "Motion") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced Chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to sections 105(a) and 363(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), for authorization to pay all prepetition franchise taxes and annual report fees (collectively, the "Franchise Taxes") including the various state and local authorities (the "Taxing Authorities") set forth on Exhibit A annexed hereto, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered February 13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New

York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that the Motion is granted; and it is further

      ORDERED that the Debtors are authorized to pay all prepetition Franchise Taxes, including any penalties and interest thereon, and all Franchise Taxes subsequently determined upon audit to be owed for periods prior to the Commencement Date, to the applicable Taxing Authorities, including any Franchise Taxes not set forth on Exhibit A that the Debtors determine are valid, due, and payable; and it is further

      ORDERED that nothing in this Order or the Motion waives or releases the Debtors' right to contest the amount of or basis for any Franchise Taxes allegedly due to any Taxing Authority; and it is further

      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
       June 5, 2009

                                                 *s/ James M. Peck*
                                         UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

| DEBTOR NAME | STATE | TAX OR FEE | TAX OR FEE PERIOD | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| Lehman Brothers Commercial Corporation | Illinois | Annual Report Fee | 2008 | 10/1/2008 | $100.00 |
| Lehman Brothers Holdings Inc. | Connecticut | Tax on Capital | 2007 | 10/1/2008 | $15,994.00 |
| Lehman Brothers Commercial Corporation | Indiana | Entity Report Fee | 2008 | 10/31/2008 | $9.00 |
| Lehman Brothers Holdings Inc. | South Dakota | Annual Report Fee | 2008 | 10/31/2008 | $30.00 |
| Lehman Brothers Holdings Inc. | Delaware | Third Quarter Estimated Tax | 2008 | 12/1/2008 | $34,510.00 |
| Lehman Brothers Holdings Inc. | Vermont | Annual Report Fee | 2008 | 2/15/2009 | $150.00 |
| Lehman Brothers Commercial Corporation | Delaware | Annual Franchise Tax | 2008 | 3/1/2009 | $100.00 |
| Lehman Brothers Commodity Services Inc. | Delaware | Annual Franchise Tax | 2008 | 3/1/2009 | $100.00 |
| Lehman Brothers Derivative Products Inc. | Delaware | Annual Franchise Tax | 2008 | 3/1/2009 | $100.00 |
| Lehman Brothers Financial Products Inc. | Delaware | Annual Franchise Tax | 2008 | 3/1/2009 | $100.00 |
| Lehman Brothers OTC Derivatives Inc. | Delaware | Annual Franchise Tax | 2008 | 3/1/2009 | $100.00 |
| Lehman Brothers Special Financing Inc. | Delaware | Annual Franchise Tax | 2008 | 3/1/2009 | $100.00 |
| Structured Asset Securities Corp. | Delaware | Annual Franchise Tax | 2008 | 3/1/2009 | $100.00 |
| Lehman Brothers Holdings Inc. | Connecticut | Tax on Capital | 2008 | 4/1/2009 | $16,000.00 |
| BNC Mortgage LLC | Delaware | Annual LLC/LP Tax | 2008 | 6/1/2009 | $250.00 |
| CES Aviation IX LLC | Delaware | Annual LLC/LP Tax | 2008 | 6/1/2009 | $250.00 |
| CES Aviation LLC | Delaware | Annual LLC/LP Tax | 2008 | 6/1/2009 | $250.00 |
| CES Aviation V LLC | Delaware | Annual LLC/LP Tax | 2008 | 6/1/2009 | $250.00 |
| LB 745 LLC | Delaware | Annual LLC/LP Tax | 2008 | 6/1/2009 | $250.00 |
| LB Rose Ranch LLC | Delaware | Annual LLC/LP Tax | 2008 | 6/1/2009 | $250.00 |
| PAMI Statler Arms LLC | Delaware | Annual LLC/LP Tax | 2008 | 6/1/2009 | $250.00 |
| **TOTAL:** | | | | | **$69,2430** |