Settlement Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)
Objection Deadline: June 17, 2009 at 10:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection Filed): June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                               :
                       Debtors.                :    (Jointly Administered)
----------------------------------------------------------------x

### NOTICE OF SETTLEMENT OF
### ORDER DENYING MOTION OF UNCLAIMED
### PROPERTY RECOVERY SERVICE INC. WITH RESPECT TO
### LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Order (the "Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **June 17, 2009 at 10:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that only if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Order on **June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: June 8, 2009
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                               :
                    Debtors.                              :    (Jointly Administered)
-----------------------------------------------------------------x

### ORDER DENYING MOTION OF UNCLAIMED
### PROPERTY RECOVERY SERVICE INC. WITH RESPECT TO
### LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

Upon the motion, dated April 13, 2009 [Docket Nos. 3345, 3346] (the "Motion"), of Unclaimed Property Recovery Service, Inc. ("UPRS"), for an order (i) compelling payment of certain unclaimed funds held by the New York State Comptroller Office of Unclaimed Funds; (ii) declaring that the automatic stay in the Lehman Brothers Holdings Inc. ("LBHI") cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") extant pursuant to section 362 of the Bankruptcy Code does not apply to UPRS' request, or, alternatively, granting relief from the automatic stay; and (iii) granting additional related relief, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and upon the objections of, inter alia, (i) LBHI and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Chapter 11 Debtors"), dated May 29, 2009 [Docket No. 3701] and (ii) James W. Giddens, as Trustee of the SIPA Liquidation of Lehman Brothers Inc. ("LBI"), dated May 29, 2009 [Docket No. 3699]; and a hearing (the "Hearing") having been held to consider the relief requested in the Motion on June 3, 2009; and

upon all of the proceedings had before the Court; and for all the reasons set forth by the Court on the record at the Hearing; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is hereby denied as to the Chapter 11 Debtors with respect to any relief sought therein including, without limitation, the request for a declaration that the automatic stay is inapplicable or for a modification of the automatic stay, as it relates to the Chapter 11 Debtors and property of the Chapter 11 Debtors' estates or their non-debtor affiliates.

Dated: June ___, 2009
      New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE