UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                           :

**In re**                              :      **Chapter 11 Case No.**
                                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      **08-13555 (JMP)**
                                           :

                    **Debtors.**      :      **(Jointly Administered)**
                                           :
                                           :
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF NEIL C. ERICKSON, ON BEHALF OF JEFFER, MANGELS, BUTLER & MARMARO LLP

STATE OF CALIFORNIA      )
                            ) sis:
COUNTY OF LOS ANGELES   )

       Neil C. Erickson, being duly sworn, upon his oath, deposes and says:

       1.      I am a Partner in the law firm of Jeffer, Mangels, Butler & Marmaro LLP, located at 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067 (the "Firm").

       2.      On November 7, 2008, I executed an Affidavit and Disclosure Statement (the "Affidavit") in support of Debtors' retention of the Firm as ordinary course professionals to provide transactional and litigation legal services in connection with loans to Sun Cal. I submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on November 14, 2008 [Docket No. 1524].

       3.      This Supplemental Affidavit supplements the previous Affidavit. Lehman Brothers Holdings, Inc. and its affiliates have consented to the Firm representing various

financial advisers who worked at Lehman Brothers and had received forgivable loans from

Lehman Brothers.  The representation will be in connection with negotiation of demands for

payment of the notes on behalf of advisers who went to Barclays and other firms, and defending

FINRA arbitrations on their behalf, if necessary.  None of the above mentioned matters are

adverse with respect to the matters for which the Firm has been retained by the Debtors.

By: _____

NEIL C. ERICKSON

Subscribed and sworn to before me
this 1st day of June, 2009

_____
Notary Public

JEAN ALBRIGHT
Commission # 1820203
Notary Public - California
Los Angeles County
My Comm. Expires Nov 11, 2012