WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                             :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                  :
                              Debtors.                            :    **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

**NOTICE OF FILING OF UPDATED MASTER SERVICE LIST**

Pursuant to an order of this Court dated September 22, 2008, granting the Debtors' motion for an order implementing certain notice and case management procedures [Docket No. 285], as amended [Docket No. 2837], attached hereto is the Master Service List as of June 6, 2009.

Dated: June 8, 2009
       New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

US_ACTIVE:\20983985\03\20983985_3.DOC\58399.0003