Robert J. Rosenberg
Direct Dial: (212) 906-1370
Robert.Rosenberg@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Munich |
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |
| Moscow | |

June 8, 2009

**VIA CM/ECF**

The Honorable James M. Peck, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    In re Lehman Brothers Holdings Inc., 08-13555 (JMP) (Bankr. S.D.N.Y.)

Dear Judge Peck:

    We represent Ernst & Young LLP ("EY") in connection with the above-referenced matter. On May 29, 2009, Anton R. Valukas, the Court-appointed examiner (the "Examiner") served EY with a subpoena seeking documents relating to EY's work as the independent auditor of Lehman Brothers Holdings Inc. ("LBHI").

    Enclosed with this letter are EY's Responses and Objections to the Examiner's Subpoena for Rule 2004 Examination (the "Responses and Objections"), which we submit pursuant to Paragraph 6 of Your Honor's February 11, 2009 Order granting the Examiner's Motion Directing the Production of Documents and Authorizing the Examinations of the Debtors' Current and Former Officers, Directors and Employees, and Other Persons and Entities. (Dkt. #2804 (directing parties to file with the Bankruptcy Court an objection or response to a subpoena).)

    The enclosed copy of the Responses and Objections contains minor redactions to protect the confidentiality of certain statements made by the Examiner to EY, in the course of meet and confer discussions, regarding potential claims the Examiner is investigating. Additionally, EY has filed a motion for leave of the Court to file under seal an unredacted copy of the Responses and Objections.

LATHAM&WATKINS LLP

                                        Respectfully Submitted,

                                        s/ Robert J. Rosenberg
                                        Robert J. Rosenberg

Enclosure

cc (by facsimile):  Robert L. Byman, Esq.