**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg
Miles N. Ruthberg
Jamie L. Wine
Email:   Robert.Rosenberg@lw.com
         Miles.Ruthberg@lw.com
         Jamie.Wine@lw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |

**MOTION PURSUANT TO SECTIONS 105(a) AND 107(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 FOR AN ORDER AUTHORIZING MOVANT ERNST & YOUNG LLP TO FILE UNDER SEAL AN UNREDACTED VERSION OF ITS RESPONSES AND OBJECTIONS TO THE EXAMINER'S SUBPOENA FOR RULE 2004 EXAMINATION**

TO:   THE HONORABLE JAMES M. PECK
      UNITED STATES BANKRUPTCY JUDGE

By and through its counsel, Ernst & Young LLP ("EY") hereby respectfully requests leave of Court, pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Bankruptcy Rule 9018, to file under seal an unredacted version of its Responses and Objections to the Examiner's Subpoena for Rule 2004 Examination (the "Responses and Objections") and states:

1.   On May 29, 2009, Anton R. Valukas, the appointed examiner (the "Examiner") for Lehman Brothers Holdings Inc. and its affiliated debtors, served upon EY a subpoena for Rule 2004 Examination (the "Subpoena").

2.   Pursuant to Paragraph 6 of this Court's February 11, 2009 Order granting the Examiner's Motion Directing the Production of Documents and Authorizing the Examinations of

the Debtors' Current and Former Officers, Directors and Employees, and Other Persons and Entities (Dkt. #2804 (directing parties to file with the Bankruptcy Court an objection or response to a subpoena)), EY has filed responses and objections to the Subpoena.

3. The Responses and Objections reference certain statements made by the Examiner to EY regarding potential claims the Examiner is investigating.

4. In order to maintain the confidentiality of those statements, the version of the Responses and Objections that EY has filed contains minor redactions.

5. EY respectfully requests leave to file under seal an unredacted copy of the Responses and Objections.

Dated: June 8, 2009
      New York, New York

                                 **LATHAM & WATKINS LLP**

                                 By: s/ Robert J. Rosenberg
                                       Robert J. Rosenberg

                                 885 Third Avenue
                                 New York, New York 10022-4802
                                 (212) 906-1200

                                 Counsel for Ernst & Young LLP