UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

## ORDER AUTHORIZING ERNST & YOUNG LLP TO FILE UNDER SEAL AN UNREDACTED VERSION OF ITS RESPONSES AND OBJECTIONS TO THE EXAMINER'S SUBPOENA FOR RULE 2004 EXAMINATION

PENDING BEFORE THE COURT is Ernst & Young LLP's Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Order Authorizing Ernst & Young LLP to File Under Seal an Unredacted Version of Its Responses and Objections to the Examiner's Subpoena for Rule 2004 Examination.

The Court has considered the file and pending Motion, and is fully informed. Accordingly,

**IT IS ORDERED THAT**

1.      The Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Order Authorizing Ernst & Young LLP to File Under Seal an Unredacted Version of Its Responses and Objections to the Examiner's Subpoena for Rule 2004 Examination is **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____, 2009

_____
HON. JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE