UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                           :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
:
Debtors.                                :   (Jointly Administered)
:
:
------------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF __Eric Bylin__,

ON BEHALF OF __BlueGate Partners, LLC__

STATE OF __Florida__        )
                            ) ss:
COUNTY OF __Palm Beach__    )

__Eric Bylin__, being duly sworn, upon his oath, deposes and says:

1.  I am a MANAGING PARTNER of __BlueGate Partners, LLC__, located at __250 Royal Palm Way, Suite 300, Palm Beach, FL__ (the "Firm").

2.  Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide REAL ESTATE BROKERAGE services to the Debtors, and the Firm has consented to provide such services.

3.  I submit this Affidavit in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").

NY2:\1989839\01\16NDB01!.DOC\58399.0003

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $ 0 for prepetition services.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :
                    Debtors.                   :    (Jointly Administered)
                                               :
                                               :
----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:   Jennifer Sapp
             Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   BlueGate Partners, LLC

   250 Royal Palm Way, Suite 300

   Palm Beach, FL 33480

   _____

2. Date of retention:    N/A

NY2:\1989839\01\16NDB01!.DOC\58399.0003

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _Blue Gate Partners, LLC_
by Eric M. Bylin its
Member or Managing Partner
_Eric M. Bylin_

Subscribed and sworn to before me
this __2nd__ day of __June__, 200_9_
_Abigail Boldt_
_Abigail Boldt_
Notary Public
State of Florida
County of Palm Beach



---
[1] If necessary.

3. Type of services provided (accounting, legal, etc.):

   Real estate brokerage services

4. Brief description of services to be provided:

   Owner engages Broker as Owner's exclusive agent with respect to the sale of the 734 NW 6th Avenue in Miami, Florida ("Property").

5. Arrangements for compensation (hourly, contingent, etc.)

   Contingent based on Gross Purchase Price of Property

   (a) Average hourly rate (if applicable):

   N/A

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   Commission of 300 Basis Points (3.00%) of the Gross Purchase Price or a minimum of $150,000, whichever amount is greater plus marketing expenses. Cooperating Agent Fee of 300 Basis Points (3.00%) if used. Incentive fee of 500 Basis Points (5.00%) of the additional Gross Purchase Price above $2,000,000.

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    N/A

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status:

   Amount of Claim: $

   Date claim arose:

Source of claim: _____

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: _____

   Kind of shares: _____

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    N/A

    _____

    _____

    _____

11. Name of individual completing this form:

    Eric Bylin