UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                       :
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*           :        **08-13555 (JMP)**
                                                       :
                    **Debtors.**                       :        **(Jointly Administered)**
                                                       :
                                                       :
------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF JANEL YOSHIMOTO

### ON BEHALF OF CHUN RAIR & YOSHIMOTO LLP

STATE OF HAWAII                              )
                                             ) ss:
CITY AND COUNTY OF HONOLULU                  )

JANEL YOSHIMOTO, being duly sworn, upon her oath, deposes and says:

1.      I am a partner of the law firm of CHUN RAIR & YOSHIMOTO LLP, a

Hawaii limited liability law partnership, located at 1000 Bishop Street, Suite 1000, Honolulu,

Hawaii 96813 (the "Firm").

2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"

and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm

provide legal services relating to Hawaii real estate law to the Debtors, and the Firm has

consented to provide such services.

3.      The Firm may have performed services in the past and may perform

services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties

in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is

retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.      Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.      The Debtors owe the Firm $5,281.67 for prepetition services.

7.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
JANEL YOSHIMOTO

Subscribed and sworn to before me
this 3rd day of June, 2009

_Edna Sagudang_
Notary Public, State of Hawaii
Edna Sagudang
My Commission Expires June 21, 2010

Doc. Date: _undated_          # Pages: _2_
Name: _Edna Sagudang_        _First_  Circuit
Doc. Description: _Affidavit and Disclosure_
_Statement of Janel Yoshimoto on behalf of Chun Rex & Yoshimoto LLP_
_Edna Sagudang_                    _06-03-09_
Signature                          Date

**NOTARY CERTIFICATION**

---

[1] If necessary.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | | : |
| | : | |

-----------------------------------------------------------------x

<u>**RETENTION QUESTIONNAIRE**</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "<u>Debtors</u>")


<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT FOR FILING BY THE DEBTORS, TO:</u>

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn:  Jennifer Sapp
              Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

    1.      Name and address of firm:

          CHUN RAIR & YOSHIMOTO LLP

          1000 BISHOP STREET, SUITE 1000

          HONOLULU, HAWAII 96813


    2.      Date of retention:   December 18, 2008

    3.      Type of services provided (accounting, legal, etc.):

LEGAL _____

_____

_____

4.    Brief description of services to be provided:

LEGAL RESEARCH, ANALYSIS, ADVICE AND DOCUMENTATION

RELATING TO REAL ESTATE LAW IN THE STATE OF HAWAII

_____

_____

5.    Arrangements for compensation (hourly, contingent, etc.)

HOURLY _____

(a)    Average hourly rate (if applicable):

$240.00 _____

(b)    Estimated average monthly compensation based on prepetition
retention (if firm was employed prepetition):

$2,500 _____

6.    Prepetition claims against the Debtors held by the firm:

Amount of claim:    $5,281.67 _____

Date claim arose:    December 18, 2008 _____

Source of Claim:    Legal services performed for LB 2080 Kalakaua
Owners LLC that filed for bankruptcy on April 23, 2009

7.    Prepetition claims against the Debtors held individually by any member,
associate, or professional employee of the firm:

Name: NONE _____

Status: NOT APPLICABLE _____

Amount of Claim:  $NOT APPLICABLE _____

Date claim arose: <u>NOT APPLICABLE</u>

Source of claim: <u>NOT APPLICABLE</u>

_____

_____

_____

8.    Stock of the Debtors currently held by the firm:

Kind of shares: <u>NONE</u>

No. of shares: <u>NOT APPLICABLE</u>

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>NONE</u>

Status: <u>NOT APPLICABLE</u>

_____

Kind of shares: <u>NOT APPLICABLE</u>

No. of shares: <u>NOT APPLICABLE</u>

10.   Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

<u>NONE</u>

_____

_____

_____

11.   Name of individual completing this form:

<u>JANEL YOSHIMOTO</u>