Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)
Objection Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :     08-13555 (JMP)
                                                                  :
          Debtors.                                           :     (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL SIGNATURE
PAGE TO CROSS-BORDER INSOLVENCY PROTOCOL**

      PLEASE TAKE NOTICE that the proposed Cross-Border Insolvency Protocol for the Lehman Brothers Group of Companies dated as of May 12, 2009 (the "Protocol"), a copy of which is attached as Exhibit B to the Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of a Cross-Border Insolvency Protocol [Docket No. 3647] (the "Motion"), is hereby supplemented by the supplemental signature page signed by Rutger Schimmelpenninck, the bankruptcy trustee ("curator") of Lehman Brothers Treasury Co. B.V. (attached hereto as Exhibit A).  Accordingly, as of the date hereof, the following Official Representatives (as defined in the Motion) are parties to the Protocol:

    1.    **Lehman Brothers Holdings Inc.**, on its own behalf and on behalf of its affiliates that are debtors in cases pending under chapter 11 of Title 11 of the United States Code.

    2.    Rutger Schimmelpenninck in his capacity as bankruptcy trustee ("curator") for **Lehman Brothers Treasury Co. B.V.**

    3.    Dr. Michael C. Frege in his capacity as insolvency administrator ("Insolvenzverwalter") of **Lehman Brothers Bankhaus AG (In Insolvenz)**

    4.    Chay Fook Yuen for himself, Yap Cheng Ghee and Tay Puay Cheng, as

        Joint and Several Liquidators, without personal liability, of

    a. **Lehman Brothers Investments Pte. Ltd. (In Creditors' Voluntary Liquidation)**

    b. **Lehman Brothers Finance Asia Pte. Ltd. (In Creditors' Voluntary Liquidation)**

    c. **Lehman Brothers Commodities Pte. Ltd. (In Creditors' Voluntary Liquidation)**

    d. **Lehman Brothers Pacific Holdings Pte. Ltd. (In Creditors' Voluntary Liquidation)**

    e. **Sail Investors Pte. Ltd. (In Creditors' Voluntary Liquidation)**

    f. **Lehman Brothers Asia Pacific Holdings Pte. Ltd. (In Creditors' Voluntary Liquidation)**

5. Neil Singleton, as one of the joint and several administrators of:

    a. **Lehman Brothers Australia Granica Pty Limited** (Administrators Appointed)

    b. **Lehman Brothers Real Estate Australia Commercial Pty Limited** (Administrators Appointed)

    c. **Lehman Brothers Australia Real Estate Holdings Pty Limited** (Administrators Appointed)

    d. **Lehman Brothers Australia Finance Pty Limited** (Administrators Appointed)

    e. **Lehman Brothers Australia Holdings Pty Limited** (Administrators Appointed)

    f. **Lehman Brothers Australia Limited (Administrators Appointed)**

    g. **LBHV 1 Pty Limited (Administrators Appointed)**

    h. **HV 1 Pty Limited (Administrators Appointed)**

    i. **HV 2 Pty Limited (Administrators Appointed)**

6. Edward Simon Middleton as one of the Joint and Several Liquidators, without personal liability, of

    a. **Lehman Brothers Asia Holdings Limited (In Liquidation)**

    b. **Lehman Brothers Asia Limited (In Liquidation)**

    c.    **Lehman Brothers Futures Asia Limited (In Liquidation)**

    d.    **Lehman Brothers Securities Asia Limited (In Liquidation)**

    e.    **LBQ Hong Kong Funding Limited (In Liquidation)**

    f.    **Lehman Brothers Nominees (H.K.) Limited (In Liquidation)**

    g.    **Lehman Brothers Asia Capital Company (In Liquidation)**

    h.    **Lehman Brothers Commercial Corporation Asia Limited (In Liquidation)**

Dated: June 9, 2009  
New York, New York

/s/ Richard P. Krasnow  
Richard P. Krasnow  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007  
Attorneys for Debtors  
and Debtors in Possession

**Exhibit A**
(Supplemental Signature Page)

08-13555-mg    Doc 3797    Filed 06/09/09    Entered 06/09/09 14:52:40    Main Document
Pg 5 of 5

**EXECUTION COPY**

IN WITNESS WHEREOF, the parties hereto have caused this Protocol to be executed either individually or by their respective attorneys or representatives hereunto authorized.

Dated: As of May 12, 2009

**LEHMAN BROTHERS HOLDINGS INC.,**
**on its own behalf and on behalf of its affiliates that**
**are debtors in cases pending under chapter 11 of**
**Title 11 of the United States Code.**

By: _____
    Name: Daniel Ehrmann
    Title: Vice President

_____
Rutger Schimmelpenninck in his capacity as
bankruptcy trustee ("curator") for **LEHMAN BROTHERS**
**TREASURY CO. B.V.**

_____
Dr. Michael C. Frege in his capacity as insolvency
administraton ("Insolvenzverwalter") of **LEHMAN**
**BROTHERS BANKHAUS AG (IN INSOLVENZ)**