**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

May 08, 2009

Ralph I, Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue,
New York, NY 10153

Re: In Re: Lehman Brothers Holdings Inc., et al., Debtors/Pltf. vs. Libra CDO Limited, et al. including Bank of America, N.A., Dfts.

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Bank of America, N.A..

Accordingly, we are returning the documents received from you.

Very truly yours,

Joanne Holmes
Sr. Process Specialist



MAY 1 8 2009

Log# 514831575

FedEx Tracking# 798100505018

cc: Southern District of New York: United States Bankruptcy Court
One Bowling Green,
New York, NY 10004