# EXHIBIT A

**From:**    Basil, Matt D
**Sent:**    Monday, April 13, 2009 7:43 PM
**To:**      JAMIE.WINE@lw.com
**Subject:** Lehman - E&Y Docs

Jamie:

Following up on our conversation last week and the voicemail I left you earlier today, we have discussed with Duff & Phelps ("D&P"), the Examiner's independent financial consultants, D&P's request for the production of historical audit work papers from Ernst & Young for the 2007 fiscal year end audit as well as all workpapers for interim work for 2008 fiscal year end.  As I mentioned on my voicemail today, D&P has advised that these materials are relevant to its work in support of the Examiner's investigation.  Obtaining the information is a priority for the Examiner.

Please advise as soon as possible whether E&Y will voluntarily produce the requested information.

Thanks.

Matt Basil

---

**Matt D. Basil**
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 840-8636
Fax (312) 840-8736
MBasil@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.