# EXHIBIT B

From: Byman, Robert L [mailto:RByman@jenner.com]
Sent: Wednesday, May 27, 2009 8:44 AM
To: Ruthberg, Miles (LA/NY); Wine, Jamie (NY)
Subject: Lehman Examiner; Ernst & Young

Miles, Jamie --

It has been two weeks since we met.  Please understand that we have no desire to litigate with E&Y, but absent some affirmative word from you that E&Y will voluntarily provide the work papers Duff & Phelps needs to do its work for us, we see no choice but to continue the discussion in the context of a subpoena, which we intend to issue by the end of the week if we have not heard from you.

Bob

_____

Robert L. Byman
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 923-2679
Fax (312) 840-7679
RByman@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

_____