UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                                ) ss.:
COUNTY OF NEW YORK   )

Laura E. Raposo, being duly sworn, deposes and says:

1. I am an employee of Curtis, Mallet-Prevost, Colt & Mosle, LLP, having offices at 101 Park Avenue, New York, New York 10178. I am not a party to this action, am over 18 years of age, and reside in Deer Park, New York.

2. On June 10, 2009, I served true and correct copies of the *Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Notice of Presentment of Debtors' Motion for an Order Pursuant to Sections 105(a) and 365 of the Bankruptcy Code Authorizing Assumption of Certain Swap Agreements and Subsequent Assignment Pursuant to Derivative Procedures Orders* [Docket No. 3803] by facsimile upon the following parties:

> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153
> Fax No.: (212) 310-8007
> Attn:   Harvey R. Miller, Esq.
>             Richard P. Krasnow, Esq.
>             Robert J. Lemons, Esq.
>
>             and

6073784

        Milbank, Tweed, Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York, NY 10005
        Fax No.: (212) 530-5219
        Attn:   Dennis F. Dunne, Esq.
                  Dennis O'Donnell, Esq.
                  Evan R. Fleck, Esq.
                  Neda Matar, Esq.

                                        */s/ Laura E. Raposo*
                                        Laura E. Raposo

Sworn to before me this
10th day of June 2009

*/s/ James V. Drew*
Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02-DR6079092**
**Qualified in Queens County**
**Commission Expires August 12, 2010**