UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                            :
In re                                       :   Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC.               :   Case No. 08-13555 (JMP)
                                            :
                                            :
             Debtor                         :
-----------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Short Credit Master Fund, LP |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Proof of Claim Amount | Proof of Claim No. |
| $2,891,503.83 | 4410 |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE: Merrill Lynch Credit Products, LLC
Address:    c/o Bank of America Merrill Lynch
            Bank of America Tower, 3rd Floor
            One Bryant Park
            New York, NY 10036
            Attention: Gary Cohen, Ronald Torok

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**Merrill Lynch Credit Products, LLC**

By: _____                Date: June 9, 2009
Name: Ronald Torok
Title: Vice President

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

12580337.1

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: SHORT CREDIT MASTER FUND, LP

Short Credit Master Fund, LP, a limited partnership organized under the laws of Cayman Islands, with offices located at 12100 Wilshire Blvd., Suite 1040, Los Angeles, CA 90025 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally, irrevocably and without recourse sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at 4 World Financial Center, 7th Floor, New York, NY 10080 ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings, Inc., docketed as Claim No. 4410 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 5th day of FEBRUARY 2009.

SHORT CREDIT MASTER FUND, LP

WITNESS:
_(Signature)_

Name: RICHARD ECKERT
Title: CFO
(Print name and title of witness)

By: _(Signature of authorized corporate officer)_

Name: Andrew Lahde
Title: Managing Member of its General Partner
Tel.: (310)571-1100

MERRILL LYNCH CREDIT PRODUCTS, LLC

WITNESS:
_(Signature)_

Name: Gary Cohen
Title:
(Print name and title of witness)

By: _(Signature of authorized corporate officer)_

Name: Ronald Torok
Title: Vice President
Tel.:

EAST\42340719.1