SUTHERLAND ASBILL & BRENNAN LLP
Mark D. Sherrill
1275 Pennsylvania Avenue, NW
Washington, DC  20004

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **LEHMAN BROTHERS HOLDINGS** | § | Case No. 08-13555 (JMP) |
| **INC.**, *et al.*, | § | |
| | § | |
| **Debtors.** | § | |

## MOTION FOR ADMISSION TO
## PRACTICE PRO HAC VICE

Mark D. Sherrill ("Movant") hereby moves this Court to enter an Order admitting him to practice *pro hac vice* before this Court in the above-captioned bankruptcy case (the "Bankruptcy Case"), pursuant to Rule 2090-1(b) of the Local Rules of Bankruptcy Procedure.  In support of such motion (the "Motion"), the Movant states as follows:

1.  Movant is an Associate with the law firm of Sutherland Asbill & Brennan LLP, and is a member in good standing with the bars of the Commonwealth of Virginia (inactive), State of Ohio (inactive), State of Texas (inactive) and the District of Columbia.

2.  Movant is not under any order of disbarment, suspension or any other form of discipline.

3.  To the extent not already paid, Movant agrees to pay the fee of $25.00 upon the entry of an order admitting him to practice *pro hac vice* in the Bankruptcy Case.

4.  Movant's business address is:  Sutherland Asbill & Brennan LLP, 1275 Pennsylvania Avenue, NW, Washington, DC  20004.  Movant's email address is mark.sherrill@sutherland.com and his telephone number is (202) 383-0100.

8406216.1

WHEREFORE, Movant respectfully requests that this Court enter an Order (a) granting this Motion, (b) admitting Movant to practice *pro hac vice*, and (c) granting Movant such further relief as the Court deems just.

Dated:  June 11, 2009
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark D. Sherrill　　　　　　　　　．
　　　　　　　　　　　　　　　　　　　　　　　Mark D. Sherrill
　　　　　　　　　　　　　　　　　　　　　　　Sutherland Asbill & Brennan LLP
　　　　　　　　　　　　　　　　　　　　　　　1275 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20004
　　　　　　　　　　　　　　　　　　　　　　　Tel:  (202) 383-0119
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (202) 357-3593

8406216.1