**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEHMAN BROTHERS HOLDINGS | § | Case No. 08-13555 (JMP) |
| INC., *et al.*, | § | |
| | § | |
| Debtors. | § | |

**ORDER GRANTING MOTION OF MARK D. SHERRILL**
**FOR ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion (the "Motion") of Mark D. Sherrill for admission to practice *pro hac vice*, due and proper notice having been given in accordance with the applicable provisions of the Local and Federal Rules of Bankruptcy Procedure; and other good cause appearing;

It is hereby ORDERED:

1.   The Motion is granted.

2.   Pursuant to Rule 2090-1(b) of the Local Rules of Bankruptcy Procedure, Mark D. Sherrill is authorized to practice *pro hac vice* in connection with the above-captioned bankruptcy case.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

8406216.1