HUNTON & WILLIAMS LLP
Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

and

J.R. Smith (*pro hac vice* pending)
Tara L. Elgie (*pro hac vice* pending)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Counsel for Bank of America, National Association,
successor by merger to LaSalle Bank National Association, as Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

I, Tara L. Elgie, request admission **pro hac vice** before the Honorable James M. Peck to represent in the above-captioned bankruptcy cases Bank of America, National Association, successor by merger to LaSalle Bank National Association, in its capacity as a trustee.

I certify that I am a member in good standing of the bar of the Commonwealth of Virginia and the United States District and Bankruptcy Courts for the Eastern and Western Districts of Virginia.

I have electronically paid the filing fee of $25 with this motion for *pro hac vice* admission.

Dated:  June 10, 2009
        New York, New York

Respectfully submitted,


_____ */s/ Tara L. Elgie* _____
        Tara L. Elgie

HUNTON & WILLIAMS, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
E-mail Address:  telgie@hunton.com
Telephone:  (804) 788-8200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | ) | Case No. 08-13555 (JMP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

## ORDER GRANTING MOTION FOR ADMISSION
## TO PRACTICE, *PRO HAC VICE*

Upon the motion of Tara L. Elgie, to be admitted, *pro hac vice*, to represent Bank of America, National Association, successor by merger to LaSalle Bank National Association, in its capacity as a trustee (the "Client"), a party in interest, in the above-captioned cases, and upon the movant's certification that the movant is a member of good standing of the bar of the Commonwealth of Virginia and the United States District and Bankrutpcy Courts for the Eastern and Western Districts of Virginia and, the $25 filing fee having been paid, it is hereby

**ORDERED**, that Tara L. Elgie, Esq. is admitted to practice, *pro hac vice* in the above-captioned cases to represent the Client in the United States Bankruptcy Court for Southern District of New York.

Dated:  June __, 2009
        New York, New York

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE