HUNTON & WILLIAMS LLP
Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

and

J.R. Smith (*pro hac vice* pending)
Tara L. Elgie (*pro hac vice* pending)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Counsel for Bank of America, National Association,*
*successor by merger to LaSalle Bank National Association, as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) ) | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, J.R. Smith, request admission ***pro hac vice*** before the Honorable James M. Peck to represent in the above-captioned bankruptcy cases Bank of America, National Association, successor by merger to LaSalle Bank National Association, in its capacity as a trustee.

    I certify that I am a member in good standing of the bar of the Commonwealth of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern and Western Districts of Virginia.

    I have electronically paid the filing fee of $25 with this motion for *pro hac vice* admission.

2

Dated:  June 10, 2009       Respectfully submitted,
      New York, New York

                                            */s/ J.R. Smith*
                                               J.R. Smith

                                      HUNTON & WILLIAMS, LLP
                                      Riverfront Plaza, East Tower
                                      951 East Byrd Street
                                      Richmond, Virginia 23219-4074
                                      E-mail Address:  jrsmith@hunton.com
                                      Telephone:  (804) 788-8200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | ) | Case No. 08-13555 (JMP) |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION**
**TO PRACTICE, *PRO HAC VICE***

Upon the motion of J.R. Smith, to be admitted, *pro hac vice*, to represent Bank of America, National Association, successor by merger to LaSalle Bank National Association, in its capacity as a trustee (the "Client"), a party in interest, in the above-captioned cases, and upon the movant's certification that the movant is a member of good standing of the bar of the Commonwealth of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern and Western Districts of Virginia and, the $25 filing fee having been paid, it is hereby

**ORDERED**, that J.R. Smith, Esq., is admitted to practice, *pro hac vice* in the above-captioned cases to represent the Client in the United States Bankruptcy Court for Southern District of New York.

Dated: June __, 2009
       New York, New York

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE