Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Facsimile:  (212) 225-3999

*Attorneys for Barclays Capital Inc., Barclays Bank PLC
and their affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

In re:                                                                                        :        Chapter 11

                                                                                                  :        Case No. 08-13555(JMP)

Lehman Brothers Holdings Inc., et al.                                 :

                                                                                                          CERTIFICATE OF
                                           Debtors.                              :        SERVICE

------------------------------------------------------------------------ X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 11th of June 2009, the Objection to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form with Exhibits A and B was served by hand upon:

        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
        Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY  10153

        Andy Velez-Rivera
        Paul Schwartzberg
        Brian Masumoto
        Linda Rifkin
        Tracy Hope Davis
        Office of the United States Trustee
        For the Southern District of New York
        33 Whitehall Street, 21st Floor
        New York, NY  10004

        Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
        Milbank, Tweed, Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York, NY  10005

        2.  This service was made by assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
        June 11, 2009

                              /s/Richard V. Conza
                                Richard V. Conza