David Dunn
Katie M. Lachter
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

    and

Stuart G. Stein
Craig H. Ulman
Khang V. Tran
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Westernbank Puerto Rico*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                         :
                                                           :  Chapter 11
    LEHMAN BROTHERS HOLDINGS INC., *et al.*, :  Case No. 08-13555 (JMP)
                           Debtors.                       :  (Jointly Administered)
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

DISTRICT OF COLUMBIA      )
                                      ) ss.:
CITY OF WASHINGTON        )

        I, Khang V. Tran, having been duly sworn, hereby depose and say:

        1.     I am not a party to this action and am over 18 years of age.

2

      2.    On the 11th day of June, 2009, I caused a true and correct copy of the Joinder of Westernbank Puerto Rico to the Motion of Debtor and Debtor in Possession for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing Discovery from Barclays Capital, Inc. to be served by electronic mail, facsimile or Federal Express upon the persons on the attached service list.

/s/ Khang V. Tran  
Khang V. Tran

Sworn to before me this  
11th day of June, 2009:

/s/ Ailsa W. Fenton  
Notary Public

My Commission Expires: December 14, 2011

# EXHIBIT A
## SERVICE LIST

Chambers of the Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
Courtroom 601
New York, NY 10004
(*Via Federal Express*)

Jones Day
222 East 41st Street
New York, NY 10017
Attn: Robert W. Gaffey, William J. Hine, and Tracy Schaffer
rwgaffey@jonesday.com
wjhine@jonesday.com
tschaffer@jonesday.com
(*Via Electronic Mail*)

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, and Jacqueline Marcus
richard.krasnow@weil.com
lori.fife@weil.com
shai.waisman@weil.com
jacqueline.marcus@weil.com
(*Via Electronic Mail*)

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis
Facsimile: (212) 668-2255
(*Via Facsimile*)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza,
New York, NY 10005
Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan Fleck
DDunne@milbank.com
DODonnell@milbank.com
EFleck@milbank.com
(*Via Electronic Mail*)

Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: Susheel Kirpalani
susheelkirpalani@quinnemanuel.com
(*Via Electronic Mail*)

Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Attn: Jonathan D. Schiller and Jack G. Stern
jschiller@bsfllp.com
jstern@bsfllp.com
(*Via Electronic Mail*)

3