Barbra R. Parlin, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

Counsel for Singapore Airlines Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                  :    Chapter 11
                                       :
LEHMAN BROTHERS, INC., et al.,         :    Case No. 08-13555 (JMP)
                                       :
              Debtors.                 :    Jointly Administered
------------------------------------------------------------x

### OBJECTION TO DEBTORS' MOTION FOR THE ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE CLAIM FORM

Singapore Airlines Ltd. ("Singapore Airlines"), by and through its counsel, Holland & Knight LLP, hereby joins in and adopts the objections filed by Aviva S.p.A., Aviva Italia Holdings S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A., Aviva Assicurazioni S.p.A., Aviva Previdenza S.p.A. and by US AGBank, FCB (collectively the "Objections") to the Motion of the Debtors pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Proof of Claim Motion"). Singapore Airlines' claims are based on derivative contracts with debtors. In addition, Singapore Airlines already has filed its Proofs of Claim on official form B10, and thus a requirement that it file revised proofs of claim on Debtors' proposed form and prepare the additional information required by the proposed questionnaire would be highly prejudicial and burdensome.

WHEREFORE Singapore Airlines respectfully requests that this Court deny the Proof of Claim Motion for all the reasons set forth in the Objections, and grant its such other and further relief as this Court deems just and proper.

Dated: New York, New York
June 11, 2009

                                    HOLLAND & KNIGHT LLP

                                    By:  /s/ Barbra R. Parlin
                                             Barbra R. Parlin
                                    195 Broadway
                                    New York, New York
                                    (212) 513-3500 (telephone)
                                    (212) 385-9080 (facsimile)

                                    Attorneys for Singapore Airlines Ltd.

# 6381882_v1