**Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)**
**Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)**

Michael E. Wiles
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
*Counsel for Carlyle Credit Partners Master Fund,*
*Carlyle High Yield Partners IX, Ltd. and Carlyle Loan Investment Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** <u>et al</u>. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**JOINDER OF CARLYLE CREDIT PARTNERS MASTER FUND, CARLYLE HIGH YIELD PARTNERS IX, LTD. AND CARLYLE LOAN INVESTMENT LTD. TO OBJECTION OF BARCLAYS CAPITAL INC., BARCLAYS BANK PLC AND THEIR AFFILIATES TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND <u>APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Carlyle Credit Partners Master Fund, Carlyle High Yield Partners IX, Ltd. and Carlyle Loan Investment Ltd. hereby join in the foregoing objection by Barclays Capital Inc., Barclays Bank PLC and their affiliates dated June 11, 2009, for all the reasons stated therein.

Dated: New York, New York   Respectfully submitted,
June 12, 2009

DEBEVOISE & PLIMPTON LLP

/s/ Michael E. Wiles
Michael E. Wiles
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
*Counsel for Carlyle Credit Partners Master Fund, Carlyle High*
*Yield Partners IX, Ltd. and Carlyle Loan Investment Ltd.*