**Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)**
**Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)**

Thomas J. Moloney
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for D. E. Shaw Composite Portfolios, L.L.C., D. E. Shaw Oculus Portfolios, L.L.C., and their affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**OBJECTION TO MOTION OF THE DEBTORS, PURSUANT
TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING
PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
<u>NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

D. E. Shaw Composite Portfolios, L.L.C., D. E. Shaw Oculus Portfolios, L.L.C., and their affiliates (together, the "Objectors"), by their undersigned attorneys, object to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Bar Date Motion"), and aver as follows:

1. The Objectors are counterparties to derivative contracts entered into with Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers International (Europe) ("LBIE"), and guaranteed by Lehman Brothers Holding Inc. ("LBHI").

2. Due to the termination of these derivative contracts, the Objectors are creditors of LBSF and LBIE, and LBHI as guarantor.

3. It is the intention of the Objectors to file proofs of claim in LBSF's and LBHI's Chapter 11 proceedings.

4. To avoid burdening the court with identical pleadings, the Objectors join and incorporate by reference the arguments, in their entirety, made in the Barclays Capital Inc., Barclays Bank PLC and their affiliates' Objection to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form ("Counterparties Objection") [Dkt No. 3820].

WHEREFORE, the Objectors respectfully request that this Court (i) deny the Bar Date Motion, (ii) enter a bar date order substantially in the form attached to the Counterparties Objection as <u>Exhibit A</u> (clean) and <u>Exhibit B</u> (blackline), and (iii) and grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
June 12, 2009

Respectfully submitted,

  /s/ Thomas J. Moloney
Thomas J. Moloney, Esq.
tmoloney@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for D. E. Shaw Composite Portfolios, L.L.C., D. E. Shaw Oculus Portfolios, L.L.C., and their affiliates*