**Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)**
**Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for Abu Dhabi Investment Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                           :
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                           :
          Debtors.                         :     (Jointly Administered)
                                           :
                                           :
-------------------------------------------------------------------x
```

**JOINDER OF ABU DHABI INVESTMENT AUTHORITY TO THE OBJECTION OF**
**BARCLAYS CAPITAL INC. TO THE MOTION OF THE DEBTORS, PURSUANT TO**
**SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE**
**3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING**
**PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF**
**NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

Abu Dhabi Investment Authority ("ADIA"), by and through their undersigned

counsel, hereby join in the Objection Of Barclays Capital Inc. To The Motion Of The Debtors,

Pursuant To Section 502(B)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(C)(3), For

Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner

Of Notice Thereof And Approval Of The Proof Of Claim Form (the "Objection"), dated June 11,

2009 [D.I. 3820], filed on behalf of Barclay's Capital Inc., Barclay's Bank PLC, and their

affiliates (the "Claimants") and incorporates the objections raised therein by reference as if set

forth fully herein, and respectfully represent as follows:

> 1.      Like the Claimants to the pending Objection, ADIA is a creditor of

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned cases.

ADIA has claims against LBHI arising from, inter alia, commercial paper, floating rate notes and

transactions that may be considered derivatives contracts and guarantees (depending on how

those terms are ultimately defined).

> 2.      ADIA reserves all rights and nothing herein shall be construed as an

admission or waiver of any rights or claims that ADIA may be entitled to assert.

> 3.      ADIA hereby joins with, and incorporates by reference herein, all

arguments and assertions the Objection made with respect to the Claimants.  ADIA reserves all

rights to be heard before the Court with regard to the issues raised in the Objection.

> WHEREFORE, for the reasons set forth herein, ADIA respectfully joins in the

Objection and requests that the relief sought therein be made fully applicable to ADIA; and that

this Court grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
June 12, 2009

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By:   /s/ Sean A. O'Neal
Sean A. O'Neal
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Abu Dhabi Investment Authority*