**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*   :    Case No. 08-13555 (JMP)
                                                    :
                             Debtor.                :    (Jointly Administered)
                                                    :
------------------------------------------------------------ x

**ORDER DENYING MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND <u>APPROVAL OF THE PROOF OF CLAIM</u>**

For the reasons set forth in the Omnibus Objection of Derivative Claimants to Motion of the Debtors, pursuant to section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim (the "Motion"), and based on the record of the hearing held on June 17, 2009, and it appearing that due and sufficient notice of the Objection having been given, and after due deliberation and for good cause appearing therefore, it is hereby:

**ORDERED**, that the Motion is denied, without prejudice to the Debtors' refiling the Motion with a revised bar date order, proof of claim form and processes in respect of claims asserted based on Derivative Contracts and Guarantees.[1]

Dated: New York, New York
           June ____, 2009

_____
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein have the meanings ascribed to those terms in the Motion.