Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)
Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)

George E.B. Maguire
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836
*Counsel for Juice Energy, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

**LEHMAN BROTHERS HOLDINGS INC.,
et al**.

                 **Debtors.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Chapter 11**

**Case No. 08-13555 (JMP)**

**(Jointly Administered)**

**JOINDER OF JUICE ENERGY, INC. TO OBJECTION OF BARCLAYS
CAPITAL INC., BARCLAYS BANK PLC AND THEIR AFFILIATES TO MOTION OF
THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE
FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
<u>NOTICE THEREOF AND</u> <u>APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Juice Energy, Inc. hereby joins in the foregoing objection by Barclays Capital Inc., Barclays Bank PLC and their affiliates dated June 11, 2009, for all the reasons stated therein.

Dated: New York, New York
       June 12, 2009

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

/s/ George E.B. Maguire _____
George E.B. Maguire
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836
*Counsel for Juice Energy, Inc.*