**Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)**
**Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for PB Capital Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                     :
**In re**                                            :      **Chapter 11 Case No.**
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :      **08-13555 (JMP)**
                                                     :
            **Debtors.**                             :       **(Jointly Administered)**
                                                     :
                                                     :
-------------------------------------------------------------------x

**JOINDER OF PB CAPITAL CORPORATION TO THE OBJECTION OF BARCLAYS
CAPITAL INC. TO THE MOTION OF THE DEBTORS, PURSUANT TO SECTION
502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3),
FOR ESTABLISHMENT OF THE DEADLINE FOR FILING
PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

PB Capital Corporation ("PB Capital"), by and through their undersigned counsel,

hereby join in the Objection Of Barclays Capital Inc. To The Motion Of The Debtors, Pursuant

To Section 502(B)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(C)(3), For

Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner

Of Notice Thereof And Approval Of The Proof Of Claim Form (the "Objection"), dated June 12,

2009 [D.I. 3820], filed on behalf of Barclay's Capital Inc., Barclay's Bank PLC, and their

affiliates (the "Claimants") and incorporates the objections raised therein by reference as if set

forth fully herein, and respectfully represent as follows:

       1.      Like the Claimants to the pending Objection, PB Capital is a creditor of

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned cases.

PB Capital has claims against LBHI arising from, inter alia, transactions that may be considered

derivative contracts and guarantees (depending on how those terms are ultimately defined).

       2.      PB Capital reserves all rights and nothing herein shall be construed as an

admission or waiver of any rights or claims that PB Capital may be entitled to assert.

       3.      PB Capital hereby joins with, and incorporates by reference herein, all

arguments and assertions the Objection made with respect to the Claimants.  PB Capital reserves

all rights to be heard before the Court with regard to the issues raised in the Objection.

       WHEREFORE, for the reasons set forth herein, PB Capital respectfully joins in

the Objection and requests that the relief sought therein be made fully applicable to PB Capital;

and that this Court grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
June 12, 2009

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By:    /s/ Sean A. O'Neal
Sean A. O'Neal
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for PB Capital Corporation*