Presentment Date and Time: June 12, 2009 at 4:00 p.m.
Objection Date and Time: June 12, 2009 at 12:00 p.m.
Hearing Date and Time: June 17, 2009 at 2:00 p.m.

James H. Millar (JM 6091)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 230-8800

Craig Goldblatt
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

| | |
|---|---|
| **In re:**<br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al*.<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br><br>**(Jointly Administered)** |

## JOINDER OF TACONIC CAPITAL PARTNERS 1.5 L.P. AND TACONIC OPPORTUNITY FUND L.P. TO BARCLAY'S OBJECTION TO THE DEBTORS' BAR DATE MOTION

Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P. hereby join in the objection by Barclays Capital Inc., Barclays Bank PLC and their affiliates, dated June 11, 2009, [D.I. 3820] to the Debtors' Bar Date Motion [D.I. 3654].

Dated: New York, New York
       June 12, 2009

Respectfully submitted,

  /s/ James H. Millar_____
James H. Millar (JM 6091)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 230-8800

*Counsel for Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P.*