Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)
Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)

George E.B. Maguire
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836
*Counsel for Ross Financial Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:                                                    :    **Chapter 11**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,**            :    **Case No. 08-13555 (JMP)**
**et al.**                                                :
                                                          :    **(Jointly Administered)**
                    **Debtors.**                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**JOINDER OF ROSS FINANCIAL CORPORATION TO OBJECTION OF
BARCLAYS CAPITAL INC., BARCLAYS BANK PLC AND THEIR AFFILIATES TO
MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR
ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM,
APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND
<u>APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Ross Financial Corporation hereby joins in the foregoing objection by Barclays Capital

Inc., Barclays Bank PLC and their affiliates dated June 11, 2009, for all the reasons stated

therein.

Dated: New York, New York     Respectfully submitted,
       June 12, 2009

                              DEBEVOISE & PLIMPTON LLP


                              <u>/s/ George E.B. Maguire                   </u>
                              George E.B. Maguire
                              919 Third Avenue
                              New York, New York 10022
                              Telephone:  (212) 909-6000
                              Facsimile:  (212) 909-6836
                              *Counsel for Ross Financial Corporation*