Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)
Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for AB Svensk Exportkredit*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                           :
In re                                      :      Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :      08-13555 (JMP)
                                           :
         Debtors.                          :      (Jointly Administered)
                                           :
                                           :
-------------------------------------------------------------------x
```

**JOINDER OF AB SVENSK EXPORTKREDIT TO THE OBJECTION OF BARCLAYS
CAPITAL INC. TO THE MOTION OF THE DEBTORS, PURSUANT TO SECTION
502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3),
FOR ESTABLISHMENT OF THE DEADLINE FOR FILING
PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

AB Svensk Exportkredit ("SEK"), by and through their undersigned counsel,

hereby joins in the Objection Of Barclays Capital Inc. To The Motion Of The Debtors, Pursuant

To Section 502(B)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(C)(3), For

Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner

Of Notice Thereof And Approval Of The Proof Of Claim Form (the "Objection"), dated June 11,

2009 [D.I. 3820] , filed on behalf of Barclay's Capital Inc., Barclay's Bank PLC, and their

08-13555-mg   Doc 3855   Filed 06/12/09   Entered 06/12/09 11:19:10   Main Document
Pg 2 of 3

affiliates (the "Claimants") and incorporates the objections raised therein by reference as if set

forth fully herein, and respectfully represent as follows:

     1.    Like the Claimants to the pending Objection, SEK is a creditor of Lehman

Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned cases.  SEK

has claims against LBHI and LBSF arising from, inter alia, derivative contracts and guarantees.

     2.    SEK reserves all rights and nothing herein shall be construed as an

admission or waiver of any rights or claims that SEK may be entitled to assert.

     3.    SEK hereby joins with, and incorporates by reference herein, all

arguments and assertions the Objection made with respect to the Claimants.  SEK reserves all

rights to be heard before the Court with regard to the issues raised in the Objection.

     WHEREFORE, for the reasons set forth herein, SEK respectfully joins in the

Objection and requests that the relief sought therein be made fully applicable to SEK; and that

this Court grant such other and further relief as this Court may deem just or proper.

2

Dated: New York, New York
June 12, 2009

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP


        By:   /s/ Sean A. O'Neal
        Sean A. O'Neal
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        *Attorneys for AB Svensk Exportkredit*