DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
William M. Goldman (WMG-2013)
Vincent J. Roldan (VR-7450)

Attorneys for Banco Banif, SA: Banco Inversis, S.A; Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja; Österreichische Volksbanken Aktiengesellschaft; Investkredit AG; Volksbank Slovenia; Österreichische Volksbanken Aktiengesellschaft; GHB Kärnten AG; Volksbank Tullnerfeld eG; Volksbank Bad Goisern; Volksbank Osttirol; Volksbank Vöklabruck-Gmunden e.Gen; Volksbank Enns-St.Valentin; Niederösterreich-Mitte; Volksbank Obersdorf-Wolkersdorf-Dt;Wagram; Volksbank Feldkirchen; Volksbank Gmuend; Volksbank Aichfeld- Murboden; Volksbank Schaerding; Volksbank Ried im Innkreis; Almtaler Volksbank; Volksbank Oetscherland; and Volksbank Graz-Bruck

Hearing Date: June 17, 2009
Objection Deadline: June 12, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
In re                                 :   Chapter 11
                                      :
LEHMAN BROTHERS HOLDINGS INC., et al., :   Case No. 08-13555 (JMP)
                                      :
          Debtor.                     :   (Jointly Administered)
                                      :
                                      :
------------------------------------- X

**OBJECTION OF CERTAIN HOLDERS OF NOTES ISSUED PURSUANT TO
THE DEBTORS' $100 BILLION EURO MEDIUM-TERM NOTE PROGRAM
TO THE MOTION OF THE DEBTORS PURSUANT TO SECTION 502(b)(9)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3),
FOR ESTABLISHMENT OF THE DEADLINE FOR FILING
PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER
OF NOTICE THEREOF AND APPROVAL OF THE DRAFT OF CLAIM FORM**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Banco Banif, SA; Banco Inversis, S.A.; Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja d/b/a Ibercaja; Österreichische Volksbanken Aktiengesellschaft; Investkredit AG; Volksbank Slovenia; Österreichische Volksbanken Aktiengesellschaft; GHB Kärnten AG; Volksbank Tullnerfeld eG; Volksbank Bad Goisern; Volksbank Osttirol; Volksbank Vöklabruck-Gmunden e.Gen; Volksbank Enns-St.Valentin; Niederösterreich- Mitte; Volksbank Obersdorf-Wolkersdorf-Dt;Wagram; Volksbank Feldkirchen; Volksbank Gmuend; Volksbank Aichfeld- Murboden; Volksbank Schaerding; Volksbank Ried im Innkreis; Almtaler Volksbank; Volksbank Oetscherland; and Volksbank Graz-Bruck (collectively, the "Objectants"), as individual holders of, and as agent for certain of their customers holding claims against Lehman Brothers Holdings Inc. ("LBHI") relating to the Debtors' U.S. $100,000,000,000 Euro Medium-Term Note Program (the "Euro MTN Program") as and for their objection to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), For Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Draft of Claim Form (the "Bar Date Motion"), respectively avers as follows:[1]

## THE EURO MTN PROGRAM[2]

1. One of the vehicles used by the Debtors to finance their business was through the Euro MTN Program. Objectants believe that in excess of $35 billion of medium term notes issued pursuant to the Euro MTN Program (the "Notes") are currently outstanding. Many of the Notes were sold to individuals, so that there are thousands of individuals and other entities (the "Euro Noteholders") that own the Notes.

---

[1] Capitalized terms that are not defined herein, but which are defined in the Bar Date Motion shall have the meaning given to those terms in the Bar Date Motion.

[2] The information relating to the Euro MTN Program is based upon Objectants' review of documents relating to the Euro MTN Program and, therefore, is alleged upon information and belief based on that review.

2. The Notes were issued in series, a partial list of which is annexed hereto as Exhibit "A". The terms of the Euro MTN Program and each Note are set forth in a series of documents, including a Base Prospectus dated July 24, 2008 (the "<u>Base Prospectus</u>"),³ the "Final Terms" of each Note, the Notes themselves, the LBHI guarantee, and the Fiscal Agency Agreement (defined below).

3. Under the terms of the Euro MTN Program, LBHI, Lehman Brothers Treasury Co. B.V. ("<u>LBT</u>"), and Lehman Brothers Bankhaus AG ("<u>LBB</u>") sold the Notes. LBHI unconditionally guaranteed the payment of all principal, premium and interest due under the Notes issued by LBT and LBB. <u>See</u> Base Prospectus at 7. As a result, the Euro Noteholders hold claims against LBHI for the amount owed under the Notes.

4. The Euro MTN Program was directed and sold primarily to individuals and other entities that are not residents, citizens or domiciles of the United States ("<u>non-U.S. persons</u>"). In fact, because the Notes were not registered under the Securities Act of 1933 (the "<u>'33 Act</u>"), it would have been unlawful for the Issuers to sell any of the Notes in the United States or to anyone other than a non-U.S. person unless the transaction was exempt from the registration requirements of the '33 Act. <u>See</u> Base Prospectus at 1, 265.

5. The Issuers are located in three different countries. LBHI is located in the United States, LBT in the Netherlands and LBB in Germany. On October 8, 2008, LBT was declared bankrupt by the Amsterdam District Court and Rutger Schimmelpenninck was appointed as bankruptcy trustee (the "<u>Dutch Trustee</u>"). On or about November 12, 2008 an insolvency proceeding was commenced in Frankfurt, Germany with respect to LBB and Michael C. Frege has been appointed LBB's insolvency administrator.

---

³ A copy of the Base Prospectus is annexed hereto as Exhibit "B".

-3-

6. Notes issued in global form under the Euro MTN Program were deposited with either a common depositary for Euroclear Bank S.A./N.V. ("Euroclear"), Clearstream Banking S.A., Luxembourg ("Clearstream") and/or a custodian for the Depository Trust Company ("DTC") and registered in the name of such common depositary or its nominee and/or in the name of a nominee of DTC (Euroclear, Clearstream and DTC are collectively referred to as the "Clearing Houses").

7. There is no indenture governing the Notes. Instead, the Notes are subject to an Amended and Restated Fiscal Agency Agreement dated July 24, 2008 (the "Fiscal Agency Agreement"). Under the terms of the Fiscal Agency Agreement, BNY Mellon serves as the fiscal agent of the Euro MTN Program.

## THE BAR DATE MOTION

8. The Debtors filed the Bar Date Motion on May 26, 2009.

9. Apparently recognizing the chaos that would result if the thousands of holders of LBHI securities were forced to file proofs of claim, the Bar Date Motion proposed that holders of securities listed on the "Master List of Securities" need not file proofs of claim at this time. See Bar Date Motion ¶ 14(h).

10. The Bar Date Motion also proposed that holders of Derivatives Contracts (as defined in the Bar Date Motion) must complete certain procedures set forth in the Bar Date Motion (including the completion of an online questionnaire) in addition to filing proofs of claim. See Bar Date Motion ¶ 21-25.

11. The Objectants object to the Bar Date Motion to the extent that (a) the Debtors seek to treat holders of the Notes differently than holders of notes issued to residents, citizens and domiciles of the Unites States, (b) the Debtors seek to require that the holders of the Notes comply with the procedures outlined in paragraphs 21 through 25 of the Bar Date Motion; and

-4-

(c) the Debtors seek to fix the deadline for filing claims by Euro Noteholders as August 24, 2009.

## OBJECTION

### Disparate Treatment of EMTN's

12. Although as of the date hereof, the Debtors have not filed the Master List of Securities referred to in Paragraph 14(h) of the Bar Date Motion, the Debtors have informed Objectants that the Euro MTN Notes will not be included on the Master List of Securities because most of the Notes are not issued by the Debtors. However, certain of the Notes were issued by LBHI and all of the Notes are guaranteed by LBHI.

13. LBHI issued numerous securities in the U.S. that are similar to the Notes. Compare Schedule F: Creditors Holding Unsecured Nonpriority Claims Debt of LBHI's Schedules of Assets and Liabilities (Docket No. 3078) at 7-14, 23-53, 55 with Exhibit "A".[4] It appears those securities will be listed on the Master List of Securities, so that holders of those securities will not have to file proofs of claim. Objectants submit that it is manifestly unfair to require the thousands of holders of the Notes (virtually all of which are non-U.S. persons) to file individual proofs of claims while individuals and other entities that hold similar notes that were sold to residents, citizens and domiciles of the United States are not required to filed proofs of claim.

### Medium Term Notes Are Not Derivatives

14. Although many of the Notes are structured, i.e., the recovery under the Note is linked to one or more indices, the Notes are securities that can be traded through the Clearing Houses.[5] Consequently, the Notes are not typically considered derivatives and the holders

---

[4] A copy of the relevant pages of LBHI's Schedules is annexed hereto as Exhibit "C".

[5] In fact, many of the Notes were supposed to be listed for trading on the Irish or other stock exchange. See Base Prospectus at 18.

thereof should not be required to comply with the derivative procedures described in Paragraphs 21 through 25 of the Bar Date Motion.[6] Furthermore, because Lehman Brothers International (Europe) is the calculation agent for most (if not all of the Notes), it would be difficult for institutional holders of the Notes and impossible for the individual holders of the Notes to comply with the procedures outlined in paragraphs 21 through 25 of the Bar Date Motion.

Claims Bar Date Is Too Soon

15. Virtually all of the Euro Noteholders are non-U.S. persons. Upon information and belief, English is not the primary language of most of the Euro Noteholders. As a result, a Bar Date of August 24, 2009 is just too soon to allow the thousands of Euro Noteholders to complete the claims filing process, especially since many European are on holiday for a significant position of the month of August.

16. Prior to the date the Bar Date Motion was filed, Objectants met with the Debtors to discuss the claims filing problems associated with the Euro MTN Program. Upon information and belief, the Dutch Trustee has also met with the Debtor to discuss these problems. Given time, Objectants believe that a reasonable solution to these problems can be developed. However, to the extent that (a) the Debtors seek to treat holders of the Notes differently than holders of notes issued to residents, citizens and domiciles of the United States, (b) the Debtors seek to require that the holders of the Notes comply with the procedures outlined in paragraphs 21 through 25 of the Bar Date Motion, or (c) the Bar Date for Euro Noteholders is fixed as August 24, 2009, the Bar Date Motion should be denied.

---

[6] Many of the securities issued by LBHI that do not have to file proofs of claim are structured similarly. See Paragraph 13 supra.

-6-

## CONCLUSION

**WHEREFORE**, the Objectants respectfully requests entry of an order denying the Bar Date Motion for the reasons set forth herein, and granting such other relief as the Court deems just and proper.

Dated: New York, New York  
       June 12, 2009

DLA PIPER LLP (US)

By: /s/ William M. Goldman
    William M. Goldman (WG - 2013)
    Vincent J. Roldan (VR-7450)
    1251 Avenue of the Americas
    New York, New York 10020
    Tel: (212) 335-4500
    Fax: (212) 335-4501

Attorneys for Banco Banif, SA: Banco Inversis, S.A; Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja; Österreichische Volksbanken Aktiengesellschaft; Investkredit AG; Volksbank Slovenia; Österreichische Volksbanken Aktiengesellschaft; GHB Kärnten AG; Volksbank Tullnerfeld eG; Volksbank Bad Goisern; Volksbank Osttirol; Volksbank Vöklabruck-Gmunden e.Gen; Volksbank Enns-St.Valentin; Niederösterreich- Mitte; Volksbank Obersdorf-Wolkersdorf-Dt;Wagram; Volksbank Feldkirchen; Volksbank Gmuend; Volksbank Aichfeld- Murboden; Volksbank Schaerding; Volksbank Ried im Innkreis; Almtaler Volksbank; Volksbank Oetscherland; and Volksbank Graz-Bruck

42466603

7

## List of Exhibits

A. Partial List of Notes

B. Base Prospectus

C. Excerpt from LBHI's Schedules