**Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)**
        **Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)**
        **Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for Autonomy Capital Research LLP,*
*Autonomy Master Fund Limited and Autonomy*
*Rochevera One Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                      :

In re                                           :       Chapter 11 Case No.
                                                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :       08-13555 (JMP)
                                                       :

            Debtors.                              :       (Jointly Administered)
                                                       :
                                                       :
------------------------------------------------------------------x

**JOINDER OF AUTONOMY MASTER FUND LIMITED AND**
**AUTONOMY ROCHEVERA ONE LIMITED TO THE OBJECTION**
**OF BARCLAYS CAPITAL INC. AND BARCLAYS BANK PLC**
<u>**AND THEIR AFFILIATES TO THE BAR DATE MOTION**</u>

        Autonomy Capital Research LLP, Autonomy Master Fund Limited and

Autonomy Rochevera One Limited (together with their affiliates, "<u>Autonomy</u>"), by and through

the undersigned counsel, hereby join in the Objection To Motion Of The Debtors, Pursuant To

Section 502(B)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(C)(3), For

Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner

Of Notice Thereof And Approval Of The Proof Of Claim Form (the "<u>Objection</u>"), dated June 11,

2009 [D.I. 3820], filed on behalf of Barclays Capital Inc., Barclays Bank PLC and their affiliates

(the "Claimants") and incorporates the objections raised therein by reference as if set forth fully herein.

1. Like the Claimants to the pending Objection, Autonomy is a creditor of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned cases. Autonomy has claims against LBHI and Lehman Brothers Special Financing, Inc. ("LBSF") arising from, inter alia, a commodity option sold by LBSF to Autonomy and guarantees provided by LBHI in respect of the obligations and liabilities of Lehman Brothers International (Europe) ("LBIE") under certain ISDA and other derivative agreements entered into between LBIE and Autonomy.

2. In addition, Autonomy Capital Research LLP ("Autonomy Capital") anticipates that it may file claims as agent on behalf of various funds for which it acts as investment manager under various investment management agreements. In Paragraph 19 of the Bar Date Motion, the Debtors say "the Bar Date Order will explicitly provide that third parties are not permitted to assert claims on behalf of another party, and that claims asserted by persons other than those are [sic] legally entitled and authorized to assert such claim [sic] shall be disallowed," which raises some question about the ability of third parties, including investment managers like Autonomy Capital, to file claims. The language of the Debtors' proposed Bar Date Order, which provides in the last full paragraph of page 9 that "any claims asserted, other than claims asserted by parties that are legally entitled and authorized to assert such claim, shall be disallowed;" does not appear to contain the absolute bar to claims filing by third parties that the Debtors' described (although the meaning of the term "entitled" in this context is unclear). Autonomy believes that the last full paragraph of page 9 is unnecessary to the extent it simply repeats the requirements of Bankruptcy Rule 3001(b) ("[a] proof of claim shall be executed by

2

the creditor or the creditor's authorized agent except as provided in Rules 3004 and 3005") and inappropriate to the extent it attempts to place restrictions of an uncertain scope on who may file a claim beyond those in the Bankruptcy Rules.  Accordingly, Autonomy respectfully requests that the Court omit the last paragraph of page 9 of the Debtors' proposed Bar Date Order from the Bar Date Order issued by the Court.  In the alternative, to the extent that the Court believes it appropriate to remind creditors of the requirements of Bankruptcy Rule 3001(b), Autonomy requests the Court to replace that paragraph with the following:

> ORDERED that, as provided in Bankruptcy Rule 3001(b), each proof of claim shall be executed by the creditor or the creditor's authorized agent except as provided in Rules 3004 ("Filing of Claims by Debtor or Trustee") and 3005 ("Filing of Claim ... by Guarantor, Surety, Indorser, or Other Codebtor").

3.    Autonomy reserves all rights and nothing herein shall be construed as an admission or waiver of any rights or claims that Autonomy may be entitled to assert.

WHEREFORE, Autonomy respectfully joins in the Objection and requests that: (i) the relief sought therein be made fully applicable to Autonomy; (ii) the Debtors' motion be denied to the extent set forth in the Objection as amended by this Joinder; (iii) this Court enter a bar date order substantially in the form attached to the Objection, as amended to strike or replace the paragraph discussed in enumerated point 2 of this Joinder; and (iv) this Court grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
June 12, 2008

                        Respectfully submitted,

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP


                        By:   /s/ Sean A. O'Neal
                        Sean A. O'Neal
                        One Liberty Plaza
                        New York, New York 10006
                        Telephone: (212) 225-2000
                        Facsimile: (212) 225-3999

                        *Attorneys for Autonomy Capital Research LLP,
Autonomy Master Fund Limited and Autonomy
Rochevera One Limited*