Objection Deadline: June 12, 2009 at 12:00 p.m. (Eastern)
Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Eastern)

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Brian Trust
Jeffrey G. Tougas
Amit K. Trehan

*Attorneys for Société Générale*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**JOINDER TO OBJECTIONS OF (I) BARCLAYS CAPITAL, ET AL. AND (II) WELLS FARGO & COMPANY, ET AL. TO DEBTORS' MOTION PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

TO:   THE HONORABLE JUDGE JAMES M. PECK
      UNITED STATES BANKRUPTCY JUDGE:

Société Générale ("**SG**"), by and through its undersigned counsel, hereby files this Joinder to (I) the Objection (Docket No. 3820) (the "**Barclays Objection**") filed by Barclays Capital Inc., Barclays Bank PLC and their affiliates (collectively, "**Barclays**") and (II) the Objection (Docket No. 3830) (the "**Wells Fargo Objection**") filed by Wells Fargo & Company and Wells Fargo Bank, National Association (collectively, "**Wells Fargo**") to the Debtors'

17572692

Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (Docket No. 3654) (the "**Bar Date Motion**")[1], and in support thereof, respectfully states as follows:

1. On September 15, 2008, the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in this Court.

2. SG is a creditor of certain the Debtors and has one or more claims based upon ISDA Master Agreements, Derivative Contracts, Guarantees and other claims.

3. On May 26, 2009, the Debtors filed the Bar Date Motion.

4. On June 11, 2009, Barclays filed the Barclays Objection.

5. On June 11, 2009, Wells Fargo filed the Wells Fargo Objection.

6. SG hereby joins in and adopts (I) the Barclays Objection, and (II) the Wells Fargo Objection, and requests that this Court deny the Bar Date Motion for the reasons set forth in the Barclays Objection and the Wells Fargo Objection.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Bar Date Motion.

17572692

## CONCLUSION

WHEREFORE, SG requests that this Court grant the relief requested herein, in the Barclays Objection, and in the Wells Fargo Objection, and otherwise grant such other and future relief as this Court deems appropriate.

Dated:   New York, New York
         June 12, 2009

>                              Respectfully submitted,
>
>                              /s/     Brian Trust
>                              MAYER BROWN LLP
>                              Brian Trust
>                              Jeffrey G. Tougas
>                              Amit K. Trehan
>                              1675 Broadway
>                              New York, New York 10019
>                              (212) 506-2500 (phone)
>                              (212) 262-1910 (fax)
>
>                              *Attorneys for Société Générale*

\*   \*   \*

17572692