Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)
Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.

*Attorneys for Electrabel n.v./s.a.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

---------------------------------------------------------------------

**JOINDER OF ELECTRABEL N.V./S.A.'S TO THE OBJECTION OF
BARCLAYS CAPITAL INC., BARCLAYS BANK PLC AND THEIR
AFFILIATES TO DEBTORS' MOTION, PURSUANT TO SECTION
502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE
3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING
PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

Electrabel n.v./s.a. ("Electrabel"), by and through its undersigned attorneys, hereby joins in the Objection of Barclays Capital Inc., Barclays Bank PLC and their affiliates (the "Barclays Objection") to Debtors' Motion, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Debtors' Proof of Claim Motion"), and states as follows:

1353145v3

1.  Electrabel and Lehman Brothers Commodity Services, Inc. ("LBCS") are parties to that certain Fuel Oil Swap Transaction, dated September 14, 2007, between Electrabel and LBCS ("Fuel Oil Swap Transaction"), and that certain EFET form General Agreement Concerning the Delivery and Acceptance of Electricity, effective February 15, 2008, between Electrabel and LBCS (the "General Agreement" and, collectively with the Fuel Oil Swap Transaction, the "Transaction Agreements").

2.  Lehman Brothers Holdings, Inc. has guaranteed the obligations of LBCS arising under the Transaction Agreements pursuant to that certain Guarantee of Lehman Brothers Holdings, Inc., dated June 11, 2007 (the "Guarantee" and, collectively with Transaction Agreements, the "Agreements").

3.  Electrabel and LBCS have entered into a series of derivative transactions under and subject to the Agreements.

4.  The Debtors' Proof of Claim Motion seeks to establish special procedures and requirements for claims based on derivative contracts and guarantees of derivative contracts. Pursuant to the Agreements, Electrabel has derivative contract claims and guarantee claims against LBCS and LBHI that are the subject of the Debtors' Proof of Claim Motion. Electrabel intends to file proofs of claim against both LBCS and LBHI with respect to such derivative contract claims and guarantee claims.

5.  Electrabel has reviewed the Debtors' Proof of Claim Motion and joins in the Barclays Objection on the basis that the Debtor has proposed a bankruptcy claims filing process for derivative contract claims and guarantee claims that, <u>inter alia</u>, (i) is unjustified and contravenes the letter and spirit of the Bankruptcy Code and Bankruptcy Rules; (ii) is tantamount

-2-

1353145v3

to "one-sided" discovery in favor of the Debtors; and (iii) is extremely onerous, costly and unnecessary.

WHEREFORE, for the reasons set forth in the Barclays Objection, Electrabel respectfully requests that this Court (i) deny the Debtors' Proof of Claim Motion, (ii) enter a bar date order substantially in the form attached to the Barclays Objection as Exhibit "A", and (iii) grant such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 12, 2009

                                  Respectfully submitted,

                                  TROUTMAN SANDERS LLP

                                  By: /s/Hollace T. Cohen
                                       Hollace T. Cohen
                                       Paul H. Deutch
                                       The Chrysler Building
                                       405 Lexington Avenue
                                       New York, New York  10174
                                       (212) 704-6000

                                       *Attorneys for Electrabel n.v./s.a.*