**Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)**
**Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)**

LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
(212) 407-4000
Walter H. Curchack (WC-3177)
Vadim J. Rubinstein (VR-5896)
Daniel B. Besikof (DB-6872)

*Counsel for Thomas Cook AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered) |

**JOINDER OF THOMAS COOK AG TO OBJECTIONS TO MOTION OF THE
DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE
FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER
OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

Thomas Cook AG ("**Thomas Cook**"), by and through its undersigned counsel, hereby joins in (i) the Objection of Barclay's Capital, Inc., Barclay's Bank PLC and their affiliates to Motion of the Debtors (the "**Motion**"), Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner Notice Thereof and Approval of the Proof of Claim Form (ECF No. 3820), (ii) the Objection of Federal Home Loan Bank of New York, Institutional Benchmarks Series (Master Feeder) Limited Acting Solely With Respect to the Centaur, Taks

NY783516.1
213583-10001

and Augustus Global Rates Series, Casam ADI CD Arbitrage Fund Limited, Royal Bank of Canada, and Caja De Castilla La Mancha Vida Y Pensiones S.A. De Seguros Y Reaseguros to Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Claim Form (ECF No. 3828), and (iii) the Objection of Wells Fargo & Company and Wells Fargo Bank, National Association to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (ECF No. 3830) (collectively, the "**Objections**").  Thomas Cook adopts the arguments and authorities cited in the Objections and reserves its right to be heard at the scheduled hearing on this matter.

## CONCLUSION

WHEREFORE, Thomas Cook respectfully requests that the Court deny the Motion; or, in the alternative, approve the Motion as modified in a manner consistent with the Objections; and grant Thomas Cook such other and further relief as is just and proper.

Dated: June 12, 2009
     New York, New York

                              Respectfully submitted,

                              **LOEB & LOEB LLP**

                              By: /s/
                                 Walter H. Curchack (WH-3177)
                                 Vadim J. Rubinstein (VR-5896)
                                 Daniel B. Besikof (DB-6872)
                                 345 Park Avenue
                                 New York, New York  10154
                                 (212) 407-4000