Objection Date and Time: June 12, 2009 at 12:00 p.m.
Hearing Date and Time: June 17, 2009 at 2:00 p.m.

| | |
|---|---|
| ALSTON & BIRD LLP | HUNTON & WILLIAMS LLP |
| Martin G. Bunin | Peter S. Partee |
| 90 Park Avenue | Scott H. Bernstein |
| New York, N.Y. 10016 | 200 Park Avenue, 53rd Floor |
| Telephone: (212) 210-9400 | New York, New York 10166-0136 |
| Facsimile: (212) 210-9444 | (212) 309-1000 |
| | |
| and | and |
| | |
| J. William Boone | J.R. Smith (*pro hac vice* pending) |
| 1201 West Peachtree Street | Riverfront Plaza, East Tower |
| Atlanta, Georgia 30309 | 951 East Byrd Street |
| Telephone: (404) 881-7000 | Richmond, Virginia 23219-4074 |
| Fax: (404) 881-7777 | (804) 788-8200 |

*Co-Counsel for Bank of America, National Association,
successor by merger to LaSalle Bank National Association, as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re:                                                      : Chapter 11
                                                            : Case No. 08-13555
**LEHMAN BROTHERS HOLDINGS, INC.,**                         :
*et al.*                                                    : **(JMP)**
                                                            : **(Jointly Administered)**
    Debtor.                                                 :
------------------------------------------------------------x

**JOINDER OF BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE UNDER CERTAIN TRUST AGREEMENTS TO THE LIMITED OBJECTION OF BANK OF AMERICA, N.A., MERRILL LYNCH & CO., INC. AND THEIR RESPECTIVE AFFILIATES TO THE DEBTORS' MOTION PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

   Bank of America, National Association, successor by merger to LaSalle Bank

National Association, in its capacity as trustee (the "Trustee") under certain Trust Agreements, Pooling and Servicing Agreements, Indentures and similar agreements (collectively, the "Trust Agreements") relating to the securitization transactions set forth on Exhibit A hereto, hereby joins the limited objection (the "Limited Objection") filed by Bank of America, N.A., and Merrill Lynch & Co., Inc. and their respective affiliates to the Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form. The Trustee joins the Limited Objection and incorporates each of the objections made in the Limited Objection as if stated in full herein.

Respectfully submitted this 12th day of June 2009.

| | |
|---|---|
| /s/ Martin G. Bunin | /s/ Scott H. Bernstein |
| ALSTON & BIRD LLP | HUNTON & WILLIAMS LLP |
| Martin G. Bunin | Peter S. Partee |
| 90 Park Avenue | Scott H. Bernstein |
| New York, N.Y. 10016 | 200 Park Avenue, 53rd Floor |
| Telephone: (212) 210-9400 | New York, New York 10166-0136 |
| Facsimile: (212) 210-9444 | (212) 309-1000 |
| and | and |
| J. William Boone | J.R. Smith (*pro hac vice* pending) |
| 1201 West Peachtree Street | Riverfront Plaza, East Tower |
| Atlanta, Georgia 30309 | 951 East Byrd Street |
| Telephone: (404) 881-7000 | Richmond, Virginia 23219-4074 |
| Fax: (404) 881-7777 | (804) 788-8200 |

*Co-Counsel for Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee*

# EXHIBIT A

**Transaction Name**

ARC Series 2004-1
FFMLT 2005-FFH2 NIM
First Franklin MLT 2004-FFA
LABS Series 2004-1XCF
Lehman ABS 2003-1
Lehman ABS 2004-1
Lehman ABS Corp. 2005-1
Lehman ABS Green Point 2005-HE3
Lehman Mortgage Trust Series 2005-3
Lehman Mortgage Trust Series 2006-2
Lehman XS NIM 2005-2
Lehman XS NIM 2005-4
Lehman XS Trust 2005-4
Lehman XS Trust 2006-11
Lehman XS Trust 2006-15
Lehman XS Trust 2006-19
Lehman XS Trust 2007-8H
SAIL 2003-BC1
SAIL 2003-BC2
SAIL 2003-BC5
SAIL 2003-BC6
SAIL 2003-BC7
SAIL 2003-BC8
SAIL 2003-BC9
SAIL 2003-BC10
SAIL 2003-BC11
SAIL 2003-BC13
SAIL 2004-2
SAIL 2004-3
SAIL 2004-4
SAIL 2004-5
SAIL 2004-6
SAIL 2004-7
SAIL 2004-8
SAIL 2004-9
SAIL 2004-10
SAIL 2004-11
SAIL 2004-BNC1
SAIL 2004-BNC2
SAIL 2005-1
SAIL 2005-2
SAIL 2005-NC1
SAIL 2005-WF1

SARM NIM Series 2005-AXS
SASCO 2002-15
SASCO 2002-6
SASCO 2003-1
SASCO Series 2003-10
SASCO Series 2003-16
SASCO Series 2003-21
SASCO Series 2003-4
SASCO Series 2003-8
SASCO Series 2004-11XS NIM
SASCO Series 2004-13
SASCO Series 2004-20
SASCO Series 2004-21XS
SASCO Series 2004-21XS NIM
SASCO Series 2004-9XS NIM
SASCO Series 2004-9XS NIM 2
SASCO Series 2005-3
SASCO Series 2005-4XS
SASCO Series 2005-AXS NIM
SASCO Series 2005-NC1
SASCO Series 2005-RM1
SASCO Series 2005-WF1
SASCO Series 2006-RF1
SASCO Series 2005-NC1 NIM
SASCO Series ARM Series 2005-6XS
SASCO Series ARM Series 2005-8XS
Wells Fargo Home Equity Trust 2004-1
1166 Avenue of the Americas 2002-C5
1166 Avenue of the Americas 2005-C6
CaLSTRS Trust Series 2002-C6
CD Comm. Mtg. 2002-FX1
Chrysler 2001-C3A
Dadeland Mall Trust 2002-C2A
Fashion Valley Mall Trust 2002-C1A
First Union Series 1997-C2
Gallery at Harborplace 2000-C5C
GMAC Series 1998-C2
Greenwich Capital Series 2007-GG9
GSMC 2007-GG10
LB Comm. Mtg. Trust 1999-C1
LB Commercial Mortgage Series 1999-C2
LB Commercial Mortgage Series 2007-C3
LBCMT Series 1995-C2
LBCMT Series 1996-C2
LBCMT Series 1997-LL1
LBCMT Series 1998-C1
LBCMT Series 1998-C4

LB Floating Rate 2006-CCL C2  
LB-UBS Comm. Mtge. Trust 2000-C3  
LB-UBS Comm. Mtge. Trust 2000-C4  
LB-UBS Comm. Mtge. Trust 2000-C5  
LB-UBS Comm. Mtge. Trust 2001-C2  
LB-UBS Comm. Mtge. Trust 2001-C3  
LB-UBS Comm. Mtge. Trust 2001-C7  
LB-UBS Comm. Mtge. Trust 2002-C1  
LB-UBS Comm. Mtge. Trust 2002-C2  
LB-UBS Comm. Mtge. Trust 2002-C4  
LB-UBS Comm. Mtge. Trust 2002-C7  
LB-UBS Comm. Mtge. Trust 2003-C1  
LB-UBS Comm. Mtge. Trust 2003-C3  
LB-UBS Comm. Mtge. Trust 2003-C5  
LB-UBS Comm. Mtge. Trust 2003-C7  
LB-UBS Comm. Mtge. Trust 2003-C8  
LB-UBS Comm. Mtge. Trust 2004-C1  
LB-UBS Comm Mtge Trust 2004-C4  
LB-UBS Comm. Mtge. Trust 2004-C6  
LB-UBS Comm. Mtge. Trust 2004-C7  
LB-UBS Comm. Mtge. Trust 2004-C8  
LB-UBS Comm. Mtge. Trust 2005-C1  
LB-UBS Comm. Mtge. Trust 2005-C2  
LB-UBS Comm. Mtge. Trust 2005-C3  
LB-UBS Comm. Mtge. Trust 2005-C5  
LB-UBS Comm. Mtge. Trust 2005-C7  
LB-UBS Comm. Mtge. Trust 2006-C1  
LB-UBS Comm. Mtge. Trust 2006-C3  
LB-UBS Comm. Mtge. Trust 2006-C4  
LB-UBS Comm. Mtge. Trust 2006-C6  
LB-UBS Comm. Mtge. Trust 2006-C7  
LB-UBS Comm. Mtge. Trust 2007-C1  
LB-UBS Comm. Mtge. Trust 2007-C6  
LB-UBS Comm. Mtge. Trust 2007-C7  
LB-UBS Comm. Mtge. Trust 2008-C1  
Lehman Brothers Series 2004-LLF C5  
Lehman Brothers Series 2005-LLF C4  
Lehman Brothers Series 2006-LLF C5  
Lehman Brothers Series 2007-LLF C5  
Meristar Series 1999-C1  
Park Square Series 2000-C5B  
SASCO Series 1996-CFL  
Southbury Credit Lease 1999-CTL1  
SunAmerica Mortgage Trust 1999-C2B  
Tuckahoe Credit Lease 2001 - CTL1  
Westfield Valley Fair 2002-C4A