# Exhibit A

08-13555-mg    Doc 3875-1    Filed 06/12/09    Entered 06/12/09 12:09:50    Exhibit A
Pg 1 of 7

ATTACHMENT A

LBCC_MSIP Settlement Summary

| Morgan Stanley & Co International PLC ("MSIP") | February 17, 2009 |
|---|---|
| LEHMAN BROTHERS COMMERCIAL CORPORATION ("LBCC") | |
| Early Termination Amount & Related Calculations | |
| in USD | |

| | MS Rec / (Pays) Total |
|---|---|
| Transactions terminated on Early Termination Date of September 15, 2008 (see attached schedules for Close-out Amount of each Terminated Transaction) | |
| Foreign Exchange Transactions | |
| **Total Close-out Amount:** | |
| Unpaid Amounts Payable by LBCC prior to but excluding Early Termination Date of September 15, 2008 | |
| Unpaid Amounts Payable by MSIP prior to but excluding Early Termination Date of September 15, 2008 | |
| **Net Unpaid Amounts:** | |
| **Total Close-out Amount and Net Unpaid Amounts** | |
| Interest on Unpaid Amounts Payable by LBCC at Default Rate from payment date up to but excluding Early Termination Date | REDACTED |
| Interest on Unpaid Amounts Payable by MSIP at MSIP funding rate from payment date up to but excluding Early Termination Date | |
| Accrue Interest on Total Close-out Amount and Net Unpaid Amounts at MSIP funding rate from and including Early Termination Date to but excluding the date hereof | |
| **Total Interest:** | |
| **Total Close-out Amount, Net Unpaid Amounts and Interest** | |
| Cash Collateral Balance Posted to LBCC by MSIP | |
| Interest on cash collateral at Federal Funds Rate through but excluding the date hereof | |
| **Total of Cash Collateral Balance and Interest:** | |
| **Sub Total Net Amount Due to / (Payable by) MSIP after deducting Collateral held by LBCC** | |
| Legal expenses [1] | |
| **Total Net Amt Due** | |

**Notes:**
[1] See Section 11 of Agreement

LBCC_MSIP_Schedule 1

| Lehman Brothers Commercial Corporation | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Portfolio: | | | | | | | | | | |
| Early Termination Date | | | | | | | | | | |
| * Amounts in parantheses represent amounts payable by MSIP and amounts without parantheses represent amounts payable to MSIP. | | | | | | | | | | |
| Deal ID | MS Side | Ccy1 | Ccy1 Amount | Ccy2 | Ccy2 Amount | Trade Rate | Trade Date | Fixing Date | Value Date | Closeout Values |
| QFNX0I | Sell | EUR | | JPY | | 163.43 | 8/12/2008 | | 9/16/2008 | |
| SCO9RG | Buy | EUR | | JPY | | 148.59 | 9/11/2008 | | 9/16/2008 | |
| SCPJYL | Buy | EUR | | JPY | | 148.07 | 9/11/2008 | | 9/16/2008 | |
| QFJATX | Sell | USD | | SEK | | 6.10 | 8/1/2008 | | 9/30/2008 | |
| QFJXAL | Buy | NZD | | USD | | 0.72 | 8/4/2008 | | 9/30/2008 | |
| QFJAUP | Buy | NZD | | USD | | 0.72 | 8/1/2008 | | 9/30/2008 | |
| QFJXAZ | Buy | USD | | NOK | | 5.16 | 8/4/2008 | | 9/30/2008 | |
| QFJAVQ | Sell | USD | | NOK | | 5.17 | 8/1/2008 | | 9/30/2008 | |
| QFJXAE | Sell | USD | | JPY | | 107.86 | 8/4/2008 | | 9/30/2008 | |
| QFJW9U | Buy | EUR | | USD | | 1.55 | 8/4/2008 | | 9/30/2008 | |
| QFKI1S | Buy | AUD | | NZD | | 1.27 | 8/5/2008 | | 9/17/2008 | |
| QFKI1P | Buy | AUD | | NZD | | 1.27 | 8/5/2008 | | 9/17/2008 | |
| SN9TIF | Buy | AUD | | USD | | 0.95 | 7/1/2008 | | 9/17/2008 | |
| QFJAHG | Sell | EUR | | USD | | 1.55 | 8/1/2008 | | 9/30/2008 | |
| QFJAVN | Buy | USD | | CHF | | 1.05 | 8/1/2008 | | 9/30/2008 | |
| QFJAWB | Sell | AUD | | USD | | 0.93 | 8/1/2008 | | 9/30/2008 | |
| QFJW9A | Buy | USD | | CAD | | 1.04 | 8/4/2008 | | 9/30/2008 | |
| QFJAVE | Sell | USD | | CAD | | 1.03 | 8/1/2008 | | 9/30/2008 | |
| SCUFRB | Sell | USD | | PEN | | 2.97 | 9/17/2008 | | 9/16/2008 | |
| R4N95G | Sell | AUD | REDACTED | USD | REDACTED | 0.94 | 6/23/2008 | | 9/17/2008 | REDACTED |
| R4JX2Q | Sell | AUD | | USD | | 0.93 | 6/17/2008 | | 9/17/2008 | |
| R43WUR | Buy | AUD | | USD | | 0.96 | 7/11/2008 | | 9/17/2008 | |
| QFYQQP | Buy | AUD | | USD | | 0.81 | 9/5/2008 | | 9/17/2008 | |
| QFHAER | Sell | AUD | | USD | | 0.95 | 7/29/2008 | | 9/17/2008 | |
| RIP5UA | Sell | EUR | | CHF | | 1.63 | 8/6/2008 | | 9/17/2008 | |
| RIP43J | Buy | EUR | | CHF | | 1.63 | 8/6/2008 | | 9/17/2008 | |
| QFCREV | Sell | EUR | | CHF | | 1.61 | 7/17/2008 | | 9/17/2008 | |
| SN77DN | Buy | EUR | | GBP | | 0.79 | 6/27/2008 | | 9/17/2008 | |
| SCUFSC | Buy | USD | | PEN | | 2.97 | 9/17/2008 | | 9/16/2008 | |
| RUKC7I | Sell | USD | | INR | | 45.44 | | 9/11/2008 | 9/15/2008 | |
| RUKC7R | Sell | USD | | INR | | 45.44 | | 9/11/2008 | 9/15/2008 | |
| QFSNHC | Sell | EUR | | GBP | | 0.80 | 8/22/2008 | | 9/17/2008 | |
| SXE0EG | Buy | USD | | INR | | 43.31 | 9/11/2008 | 7/11/2008 | 9/15/2008 | |
| SXE0ET | Buy | USD | | INR | | 43.31 | 9/11/2008 | 7/11/2008 | 9/15/2008 | |
| QF3OTI | Sell | USD | | EGP | | 5.45 | 9/15/2008 | | 9/17/2008 | |
| SN88UF | Sell | EUR | | USD | | 1.57 | 6/30/2008 | | 9/17/2008 | |
| SN88UE | Sell | EUR | | USD | | 1.57 | 6/30/2008 | | 9/17/2008 | |
| RIP5ZJ | Sell | EUR | | USD | | 1.54 | 8/6/2008 | | 9/17/2008 | |
| QF3OTJ | Sell | USD | | EGP | | 5.45 | 9/15/2008 | | 9/17/2008 | |
| QFC72P | Buy | USD | | EGP | | 5.33 | 7/18/2008 | 9/15/2008 | 9/17/2008 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| QFC7QL | Buy | USD | | EGP | | 5.33 | 7/18/2008 | 9/15/2008 | 9/17/2008 |
| R4TUFC | Buy | EUR | | USD | | 1.57 | 6/30/2008 | | 9/17/2008 |
| QFZ5YA | Buy | EUR | | USD | | 1.42 | 9/9/2008 | | 9/17/2008 |
| QFUY3Q | Buy | EUR | | USD | | 1.47 | 8/29/2008 | | 9/17/2008 |
| QFR3XC | Sell | EUR | | USD | | 1.49 | 8/21/2008 | | 9/17/2008 |
| QFI00X | Buy | EUR | | USD | | 1.55 | 8/1/2008 | | 9/17/2008 |
| QFI00N | Buy | EUR | | USD | | 1.55 | 8/1/2008 | | 9/17/2008 |
| QFFPON | Buy | EUR | | USD | | 1.56 | 7/24/2008 | | 9/17/2008 |
| QFYGZN | Sell | USD | | TRY | | 1.30 | 9/5/2008 | | 12/17/2008 |
| QFWTVO | Sell | USD | | ZAR | | 7.98 | 9/3/2008 | | 11/5/2008 |
| QFWTVT | Sell | USD | | ZAR | | 7.98 | 9/3/2008 | | 11/5/2008 |
| SN46GN | Sell | GBP | | USD | | 1.96 | 6/20/2008 | | 9/17/2008 |
| QF044E | Buy | USD | | TRY | | 1.26 | 9/10/2008 | | 11/5/2008 |
| RIJSGV | Buy | GBP | | USD | | 1.97 | 7/30/2008 | | 9/17/2008 |
| QFJCFU | Sell | USD | | TRY | | 1.20 | 8/1/2008 | | 11/5/2008 |
| QFRE0I | Buy | USD | | TRY | | 1.23 | 8/19/2008 | | 11/5/2008 |
| R43TJC | Buy | GBP | | USD | | 1.98 | 7/11/2008 | | 9/17/2008 |
| QJ88BU | Buy | GBP | | USD | | 1.94 | 6/5/2008 | | 9/17/2008 |
| QFCRFF | Sell | GBP | | USD | | 1.99 | 7/17/2008 | | 9/17/2008 |
| SN88TK | Sell | NZD | | USD | | 0.75 | 6/30/2008 | | 9/17/2008 |
| SN88TI | Sell | NZD | | USD | | 0.75 | 6/30/2008 | | 9/17/2008 |
| RIK3MN | Buy | NZD | | USD | | 0.73 | 7/31/2008 | | 9/17/2008 |
| R4WIEH | Buy | NZD | REDACTED | USD | REDACTED | 0.75 | 7/2/2008 | | 9/17/2008 | REDACTED |
| QFWC8T | Sell | USD | | TRY | | 1.22 | 9/2/2008 | | 11/5/2008 |
| R4TUEP | Buy | NZD | | USD | | 0.75 | 6/30/2008 | | 9/17/2008 |
| QFWTVE | Sell | USD | | SKK | | 21.03 | 9/3/2008 | | 11/5/2008 |
| R4O9YI | Buy | NZD | | USD | | 0.75 | 6/24/2008 | | 9/17/2008 |
| QF1PYA | Buy | USD | | RUB | | 25.89 | 9/11/2008 | 10/10/2008 | 10/14/2008 |
| QF1PYE | Buy | USD | | RUB | | 25.89 | 9/11/2008 | 10/10/2008 | 10/14/2008 |
| SXEIPO | Buy | USD | | CAD | | 1.01 | 7/10/2008 | | 9/17/2008 |
| RIP51M | Sell | USD | | CAD | | 1.05 | 8/6/2008 | | 9/17/2008 |
| RIJSGG | Sell | USD | | CAD | | 1.02 | 7/30/2008 | | 9/17/2008 |
| QFIPIG | Buy | USD | | ZAR | | 7.39 | 7/31/2008 | | 9/17/2008 |
| QFM3NT | Sell | USD | | ZAR | | 7.78 | 8/11/2008 | | 9/17/2008 |
| SN88UG | Buy | USD | | ZAR | | 7.98 | 6/30/2008 | | 9/17/2008 |
| SN88UI | Buy | USD | | ZAR | | 7.98 | 6/30/2008 | | 9/17/2008 |
| R4JX2V | Buy | USD | | CAD | | 1.02 | 6/17/2008 | | 9/17/2008 |
| QFGR4D | Sell | USD | | TRY | | 1.23 | 7/28/2008 | | 9/17/2008 |
| SN88TQ | Buy | USD | | TRY | | 1.26 | 6/30/2008 | | 9/17/2008 |
| SN88TR | Buy | USD | | TRY | | 1.26 | 6/30/2008 | | 9/17/2008 |
| QFZ6KC | Buy | USD | | CAD | | 1.06 | 9/9/2008 | | 9/17/2008 |
| QFWWAH | Buy | USD | | CAD | | 1.08 | 9/3/2008 | | 9/17/2008 |
| QFVMWS | Buy | USD | | CAD | | 1.07 | 9/1/2008 | | 9/17/2008 |
| QFTMQU | Buy | USD | | CAD | | 1.04 | 8/26/2008 | | 9/17/2008 |
| QFF9BD | Sell | USD | | CAD | | 1.02 | 7/25/2008 | | 9/17/2008 |
| QF1S3M | Sell | USD | | CAD | | 1.07 | 9/11/2008 | | 9/17/2008 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QF0XQD | Sell | USD | | CAD | | 1.07 | 9/10/2008 | 9/17/2008 | |
| SN8Y3V | Buy | USD | | CHF | | 1.02 | 6/30/2008 | 9/17/2008 | |
| SN88UL | Sell | USD | | CHF | | 1.02 | 6/30/2008 | 9/17/2008 | |
| SN88UK | Sell | USD | | CHF | | 1.02 | 6/30/2008 | 9/17/2008 | |
| RIK3MK | Sell | USD | | CHF | | 1.05 | 7/31/2008 | 9/17/2008 | |
| RIBCEQ | Buy | USD | | CHF | | 1.02 | 7/21/2008 | 9/17/2008 | |
| QFMASN | Sell | USD | | CHF | | 1.08 | 8/8/2008 | 9/17/2008 | |
| QFAI0K | Buy | USD | | CHF | | 1.02 | 7/14/2008 | 9/17/2008 | |
| SN7OYU | Buy | USD | | JPY | | 106.73 | 6/26/2008 | 9/17/2008 | |
| RIP5QP | Sell | USD | | JPY | | 108.91 | 8/6/2008 | 9/17/2008 | |
| RI5NZV | Buy | USD | | JPY | | 109.77 | 8/22/2008 | 9/17/2008 | |
| RI221K | Sell | USD | | JPY | | 109.88 | 8/20/2008 | 9/17/2008 | |
| R4WICX | Sell | USD | | JPY | | 105.51 | 7/2/2008 | 9/17/2008 | |
| QFM41M | Buy | USD | | PLN | | 2.20 | 8/11/2008 | 9/17/2008 | |
| QJ88DV | Sell | USD | | JPY | | 105.45 | 6/5/2008 | 9/17/2008 | |
| QFZ6JJ | Buy | USD | | JPY | | 107.96 | 9/9/2008 | 9/17/2008 | |
| QFWXCJ | Buy | USD | | JPY | | 108.62 | 9/3/2008 | 9/17/2008 | |
| QFE34Y | Sell | USD | | JPY | | 107.44 | 7/23/2008 | 9/17/2008 | |
| QFB4XK | Buy | USD | | JPY | | 104.01 | 7/16/2008 | 9/17/2008 | |
| QFUV1E | Sell | EUR | | AUD | | 1.71 | 8/29/2008 | 9/18/2008 | |
| QFUJDE | Sell | EUR | | AUD | | 1.71 | 8/28/2008 | 9/18/2008 | |
| QF1KVJ | Buy | EUR | | AUD | | 1.76 | 9/11/2008 | 9/18/2008 | |
| QFVF1J | Sell | EUR | REDACTED | CHF | REDACTED | 1.61 | 9/1/2008 | 9/18/2008 | REDACTED |
| QFTYAU | Sell | EUR | | CHF | | 1.61 | 8/27/2008 | 9/18/2008 | |
| QFVF1G | Buy | EUR | | JPY | | 157.79 | 9/1/2008 | 9/18/2008 | |
| QFUV4E | Buy | EUR | | JPY | | 160.45 | 8/29/2008 | 9/18/2008 | |
| QFTYAR | Buy | EUR | | NOK | | 7.94 | 8/27/2008 | 9/18/2008 | |
| QF1KVS | Sell | EUR | | NZD | | 2.16 | 9/11/2008 | 9/18/2008 | |
| QFVF1N | Buy | EUR | | SEK | | 9.47 | 9/1/2008 | 9/18/2008 | |
| QF1KVM | Buy | EUR | | SEK | | 9.50 | 9/11/2008 | 9/18/2008 | |
| QFUJDB | Buy | EUR | | USD | | 1.47 | 8/28/2008 | 9/18/2008 | |
| SN88TG | Sell | USD | | PLN | | 2.14 | 6/30/2008 | 9/17/2008 | |
| SN88TH | Sell | USD | | PLN | | 2.14 | 6/30/2008 | 9/17/2008 | |
| QFUNUF | Buy | AUD | | USD | | 0.86 | 8/28/2008 | 10/2/2008 | |
| QFZ74E | Sell | EUR | | USD | | 1.41 | 9/9/2008 | 10/14/2008 | |
| QFWUNY | Sell | AUD | | USD | | 0.82 | 9/3/2008 | 11/5/2008 | |
| QFWTXC | Sell | GBP | | USD | | 1.76 | 9/3/2008 | 11/5/2008 | |
| QFJBRL | Buy | GBP | | USD | | 1.96 | 8/1/2008 | 11/5/2008 | |
| QFWUNL | Sell | USD | | CHF | | 1.12 | 9/3/2008 | 11/5/2008 | |
| QF044J | Buy | USD | | NOK | | 5.73 | 9/10/2008 | 11/5/2008 | |
| QFWTVJ | Buy | USD | | SEK | | 6.59 | 9/3/2008 | 11/5/2008 | |
| QF2ZZW | Buy | AUD | | USD | | 0.80 | 9/12/2008 | 12/17/2008 | |
| SCN6SR | Sell | EUR | | USD | | 1.40 | 9/10/2008 | 12/17/2008 | |
| QF2HWD | Sell | EUR | | USD | | 1.40 | 9/12/2008 | 12/17/2008 | |
| QF2HWA | Sell | EUR | | USD | | 1.40 | 9/12/2008 | 12/17/2008 | |
| QF0BEB | Buy | EUR | | USD | | 1.41 | 9/9/2008 | 12/17/2008 | |

08-13555-mg    Doc 3875-1    Filed 06/12/09    Entered 06/12/09 12:09:50    Exhibit A
Pg 6 of 7

LBCC_MSIP_Schedule 1

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SCN7TR | Buy | NZD | | USD | | 0.66 | 9/10/2008 | | 12/17/2008 |
| SCN7PE | Buy | NZD | | USD | | 0.66 | 9/10/2008 | | 12/17/2008 |
| QFYF5Q | Sell | NZD | | USD | | 0.65 | 9/5/2008 | | 12/17/2008 |
| SCPKXP | Sell | USD | | CAD | | 1.08 | 9/11/2008 | | 12/17/2008 |
| SCN6UA | Buy | USD | | CAD | | 1.07 | 9/10/2008 | | 12/17/2008 |
| SCKK8T | Buy | USD | | CAD | | 1.07 | 9/8/2008 | | 12/17/2008 |
| SCN7XU | Buy | USD | | JPY | | 107.09 | 9/10/2008 | | 12/17/2008 |
| SCMCFS | Sell | USD | | JPY | | 106.85 | 9/9/2008 | | 12/17/2008 |
| QF1MWE | Sell | USD | | JPY | | 106.90 | 9/10/2008 | | 12/17/2008 |
| QF1MWD | Sell | USD | | JPY | | 106.90 | 9/10/2008 | | 12/17/2008 |
| SXC1GQ | Sell | USD | | HUF | | 149.47 | 7/8/2008 | | 9/17/2008 |
| SXC1GS | Sell | USD | | HUF | | 149.47 | 7/8/2008 | | 9/17/2008 |
| QFQC3V | Buy | EUR | | PLN | | 3.34 | 8/18/2008 | | 9/17/2008 |
| QFQC4B | Buy | EUR | | PLN | | 3.34 | 8/18/2008 | | 9/17/2008 |
| QFU0CG | Sell | EUR | | PLN | | 3.36 | 8/29/2008 | | 9/17/2008 |
| QFU0CI | Sell | EUR | | PLN | | 3.36 | 8/29/2008 | | 9/17/2008 |
| QF12CH | Sell | USD | | PEN | | 3.00 | 9/11/2008 | 12/15/2008 | 12/17/2008 |
| QF12CK | Buy | USD | | CLP | | 539.00 | 9/11/2008 | 12/15/2008 | 12/17/2008 |
| QF1WUE | Sell | USD | | BRL | | 1.87 | 9/11/2008 | 12/15/2008 | 12/17/2008 |
| QF1XRU | Sell | USD | | MXN | | 10.81 | 9/11/2008 | | 12/17/2008 |
| QFQ8OX | Sell | USD | | BRL | | 1.68 | 8/19/2008 | 11/3/2008 | 11/5/2008 |
| QFJBQA | Sell | USD | | MXN | | 10.12 | 8/1/2008 | | 11/5/2008 |
| QFMYUX | Buy | USD | REDACTED | MXN | REDACTED | 10.25 | 8/8/2008 | | 11/5/2008 | REDACTED |
| QFRJRS | Sell | USD | | MXN | | 10.25 | 8/20/2008 | | 11/5/2008 |
| QFE6CE | Sell | USD | | BRL | | 1.62 | 7/23/2008 | 10/31/2008 | 11/4/2008 |
| QFE6DJ | Sell | USD | | BRL | | 1.62 | 7/23/2008 | 10/31/2008 | 11/4/2008 |
| QF0EBH | Sell | USD | | BRL | | 1.78 | 9/9/2008 | 10/9/2008 | 10/14/2008 |
| QF0EBM | Sell | USD | | BRL | | 1.78 | 9/9/2008 | 10/9/2008 | 10/14/2008 |
| QFPAIT | Sell | USD | | CLP | | 516.00 | 8/14/2008 | 9/16/2008 | 9/22/2008 |
| QFIPRK | Buy | USD | | PEN | | 2.81 | 7/31/2008 | 9/15/2008 | 9/17/2008 |
| QFM41X | Sell | USD | | PEN | | 2.89 | 8/11/2008 | 9/15/2008 | 9/17/2008 |
| QFJV7I | Sell | USD | | CLP | | 512.25 | 8/4/2008 | 9/15/2008 | 9/17/2008 |
| SCTVBK | Buy | USD | | CLP | | 532.42 | 9/15/2008 | | 9/17/2008 |
| QFGU5U | Sell | USD | | BRL | | 1.59 | 7/28/2008 | 9/15/2008 | 9/17/2008 |
| QFJABZ | Buy | USD | | BRL | | 1.58 | 8/1/2008 | 9/15/2008 | 9/17/2008 |
| QFM41U | Sell | USD | | BRL | | 1.62 | 8/11/2008 | 9/15/2008 | 9/17/2008 |
| SCTR3W | Sell | USD | | BRL | | 1.81 | 9/15/2008 | | 9/17/2008 |
| SCTR5Y | Buy | USD | | BRL | | 1.81 | 9/15/2008 | | 9/17/2008 |
| SCTSQU | Buy | USD | | BRL | | 1.81 | 9/15/2008 | | 9/17/2008 |
| QFV48L | Sell | USD | | MYR | | 3.43 | 9/2/2008 | 12/2/2008 | 12/4/2008 |
| QFV48W | Sell | USD | | MYR | | 3.43 | 9/2/2008 | 12/2/2008 | 12/4/2008 |
| QFK0JO | Sell | USD | | TWD | | 30.81 | 8/6/2008 | 11/6/2008 | 11/10/2008 |
| QFK0JR | Sell | USD | | TWD | | 30.81 | 8/6/2008 | 11/6/2008 | 11/10/2008 |
| QFRXSN | Buy | USD | | TWD | | 31.35 | 8/21/2008 | 11/3/2008 | 11/5/2008 |
| QFRXSS | Buy | USD | | TWD | | 31.36 | 8/21/2008 | 11/3/2008 | 11/5/2008 |
| QFWW9S | Buy | USD | | PHP | | 47.45 | 9/3/2008 | 11/4/2008 | 11/5/2008 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QFWXAS | Buy | USD | | PHP | | 47.45 | 9/3/2008 | 11/4/2008 | 11/5/2008 | |
| QFI7QI | Buy | USD | | INR | | 42.87 | 8/1/2008 | 11/3/2008 | 11/5/2008 | |
| QFWXBW | Sell | USD | | IDR | | 9,310.00 | 9/3/2008 | 11/3/2008 | 11/5/2008 | |
| QFWXCB | Sell | USD | | IDR | | 9,307.00 | 9/3/2008 | 11/3/2008 | 11/5/2008 | |
| QFIQ5G | Sell | USD | | TWD | | 30.60 | 7/31/2008 | 10/31/2008 | 11/4/2008 | |
| QFIQ5O | Sell | USD | | TWD | | 30.60 | 7/31/2008 | 10/31/2008 | 11/4/2008 | |
| QFV37Z | Sell | USD | | MYR | | 3.43 | 9/2/2008 | 10/31/2008 | 11/4/2008 | |
| QFV38A | Sell | USD | | MYR | | 3.43 | 9/2/2008 | 10/31/2008 | 11/4/2008 | |
| QFVYMU | Sell | USD | | MYR | | 3.43 | 9/2/2008 | 10/31/2008 | 11/4/2008 | |
| QFVYMV | Sell | USD | | MYR | | 3.43 | 9/2/2008 | 10/31/2008 | 11/4/2008 | |
| SXEHSZ | Buy | USD | | IDR | | 9,241.60 | 7/10/2008 | 10/10/2008 | 10/14/2008 | |
| SXEHTL | Buy | USD | | IDR | | 9,241.60 | 7/10/2008 | 10/10/2008 | 10/14/2008 | |
| RUJWMY | Buy | USD | REDACTED | THB | REDACTED | 34.75 | 9/10/2008 | | 10/14/2008 | REDACTED |
| SXB8LG | Buy | USD | | IDR | | 9,315.00 | 7/7/2008 | 10/7/2008 | 10/9/2008 | |
| SXB8LT | Buy | USD | | IDR | | 9,315.00 | 7/7/2008 | 10/7/2008 | 10/9/2008 | |
| QFYALU | Buy | USD | | TWD | | 31.92 | 9/5/2008 | 9/30/2008 | 10/2/2008 | |
| QFTZ7D | Sell | USD | | MYR | | 3.38 | 8/27/2008 | 9/24/2008 | 9/26/2008 | |
| QFTZ7K | Sell | USD | | MYR | | 3.38 | 8/27/2008 | 9/24/2008 | 9/26/2008 | |
| QFM0SN | Buy | USD | | INR | | 42.34 | 8/11/2008 | 9/23/2008 | 9/25/2008 | |
| QFM0SV | Buy | USD | | INR | | 42.34 | 8/11/2008 | 9/23/2008 | 9/25/2008 | |
| SN53FV | Sell | USD | | INR | | 43.65 | 6/24/2008 | 9/23/2008 | 9/25/2008 | |
| SN53FX | Sell | USD | | INR | | 43.65 | 6/24/2008 | 9/23/2008 | 9/25/2008 | |