LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
(973) 597-2478
Paul Kizel, Esq. (PK4176)

-and-

1251 Avenue of the Americas
18th Floor
New York, New York 10020
(212) 262-6700

*Counsel for BlueMountain Capital*
*Management LLC and Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS, INC.**, *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**OBJECTION TO DEBTORS' MOTION FOR THE ESTABLISHMENT OF THE**
**DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND**
**MANNER OF NOTICE THEREOF AND APPROVAL OF THE CLAIM FORM**

BlueMountain Capital Management LLC ("BlueMountain"), a creditor of the captioned debtors, by and through its counsel, Lowenstein Sandler PC, hereby joins in and adopts the objections filed by Aviva S.p.A., Aviva Italia Holdings S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A., Aviva Assicurazioni S.p.A., Aviva Previdenza S.p.A., US AGBank, FCB and Barclays Bank PLC (collectively the "Objections") to the Motion of the Debtors pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Proof of Claim Motion").

-2-

WHEREFORE BlueMountain respectfully requests that this Court deny the Proof of Claim Motion for all the reasons set forth in the Objections, and grant it such other and further relief as this Court deems just and proper.

Dated: New York, New York
June 12, 2009

**LOWENSTEIN SANDLER PC**

By: ___/s/ Paul Kizel_____
Paul Kizel (PK4176)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Attorneys for BlueMountain Capital Management LLC and Affiliates