James H. Millar (JM 6091)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue, 31st Floor
New York, New York 10022
Telephone:  (212) 230-8800

Craig Goldblatt
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

| **In re:** <br> **LEHMAN BROTHERS HOLDINGS INC.,** *et al*. <br><br> **Debtors.** | **Chapter 11** <br><br> **Case No. 08-13555 (JMP)** <br><br> **(Jointly Administered)** |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June 2009, a true and correct copy of the *Joinder of Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P. to Barclay's Objection to the Debtors' Bar Date Motion* was served via hand delivery upon the parties listed on the attached Service List.

Dated: New York, New York           /s/ James H. Millar
          June 12, 2009                James H. Millar (JM 6091)
                                       WILMER CUTLER PICKERING
                                         HALE AND DORR LLP
                                       399 Park Avenue, 31st Floor
                                       New York, New York 10022
                                       Telephone:  (212) 230-8800

                                       *Counsel for Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P.*

# SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green, Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
*(Attorneys for the Debtors)*

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
*(Attorneys for the Official Committee of Unsecured Creditors)*