**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Thomas R. Califano (TC-5283)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                   :     **Chapter 11**
                                                        :     **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC., et al**, :
                                                        :     **Jointly Administered**
                                        Debtors.        :
                                                        :
----------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2009, I caused to be served true copies of the *Objection of Certain Holders of Notes Issued Pursuant to the Debtors' $100 Billion Euro Medium-Term Note Program to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* (the "Objection"), via facsimile, on the parties listed on the annexed service list.

DATED this 12th day of June, 2009

                                        _/s/ Robert T. Ware_____
                                            Robert T. Ware

EAST\42401478.1

**Milbank, Tweed, Hadley & McCloy LLP**
**1 Chase Manhattan Plaza**
**New York, New York, 10005**
**Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and**
**Evan Fleck, Esq.**
**F: (212) 530-5219**

**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, New York 10153**
**Attn: Lori R. Fife, Esq., Shai Y. Waisman, Esq., and**
**Jacqueline Marcus, Esq.**
**F: (212) 310-8007**

**Office of the United States Trustee**
**33 Whitehall Street, 21st Floor**
**New York, New York, 10004**
**Attn: Andy Velez-Rivera Esq., Paul Schwartzberg, Esq.,**
**Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy**
**Hope Davis, Esq.**
**F: (212) 668-2255**

EAST\42401478.1