Andrea J. Pincus, Esq.
John L. Scott, Esq.
Rizwan A. Qureshi, Esq.
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Counsel to Intesa Sanpaolo S.p.A*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    Case No. 08-13555 (JMP)
                                                            :    (Jointly Administered)
                                              Debtors.    :
                                                            :    Refers to Dkt. No. 3654
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    )    ss.:
COUNTY OF NEW YORK    )

Anne C. Suffern, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age and employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

On June 12, 2009, I served a true and correct copy of the Objection by Intesa Sanpaolo S.p.A to Debtors' Motion Pursuant to Section 502(B)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (Docket No. 3837), upon the attached service list by placing a copy thereof in a securely sealed and duly postpaid

envelopes and depositing said envelopes in a mail depositary under the exclusive care and custody of the United States Postal Service.

_Anne C. Suffern_

Sworn to me this
12th day of June 2009

_Amanda Leonard_
Notary Public

AMANDA L. LEONARD
Notary Public, State of New York
No. 01LE6142036
Qualified in New York County
Commission Expires March 13, 2010

- 2 -

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attention:  Lori R. Fife
            Robert J. Lemons
            Richard P. Krasnow
            Shai Y. Waisman
            Jacqueline Marcus

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
Attention:  Steven J. Reisman
            L. P. Harrison 3rd

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attention:  Andy Velez-Rivera
            Paul Schwartzberg
            Brian Masumoto
            Linda Riffkin
            Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Attention:  Dennis F. Dunne
            Dennis O'Donnell
            Evan Fleck, Esq.

Cleary Gotliebb LLP
One Liberty Plaza
New York, New York 10006
Attention:  Lindsee P. Granfield
            Lisa Schweiger

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attention:  Robinson B. Lacy
            Hydee R. Feldstein