UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
In re                                                                                  :
                                                                                              :     Chapter 11 Case No.
**LEHMAN BROTHERS HOLDINGS, INC.,** *et*      :
*al.*,                                                                                    :     08-13555 (JMP)
                                                                                              :
                          **Debtors.**                                       :     (Jointly Administered)
                                                                                              :
----------------------------------------------------------------- X

### AFFIDVIT OF SERVICE

STATE OF NEW YORK    )
                                            )    SS.
COUNTY OF NEW YORK  )

      TIMOTHY B. CUMMINS, being duly sworn, deposes and says:

1.     I am not a party to this action and am over 18 years of age.

2.     On June 12, 2009, I served true copies of the Joinder of Thomas Cook AG to Objections to Motion of the Debtors, Pursuant to Section 502(B)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(C)(3), for Establishment of the Deadline for Filing Proofs Of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof Of Claim Form by hand delivery to the below listed parties:

            Lori R. Fife, Esq.
            Weil, Gotshal & Manges LLP
            767 Fifth Avenue
            New York, New York 10153
            Attorneys for Debtors

            Office of the United States Trustee
            Andy Valez-Rivera, Esq.
            33 Whitehall Street
            New York, New York 10004

NY783583.1
213583-10001

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attorneys for Official Committee
of Unsecured Creditors

*Timothy B. Cummins*

Sworn to before me thi
12th Day of June, 2009

*Notary Public*

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires January 7, 2011

NY783583.1
213583-10001