**Objection Deadline: June 12, 2009 at 12:00 p.m. (Eastern)**
**Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Eastern)**

WHITE & CASE LLP
Abraham L. Zylberberg, Esq.
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Counsel for Tiger Asia Fund L.P. and Tiger Asia Overseas Fund, Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | 08-13555(JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | | (Jointly Administered) |
| **DEBTORS.** | : | |
| | : | |

---------------------------------------------------------------x

**JOINDER OF TIGER ASIA FUND L.P. AND TIGER ASIA OVERSEAS FUND, LTD. IN OBJECTIONS OF US AGBANK FCB AND OF BARCLAYS CAPITAL INC., BARCLAYS BANK PLC AND THEIR AFFILIATES, TO MOTION PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Tiger Asia Fund L.P. and Tiger Asia Overseas Fund, Ltd. (together, the "Tiger Asia Entities"),

for their joinder in the objections (the "Objections") of (i) US AgBank FCB [Docket No 3814]

and (ii) Barclays Capital Inc., Barclays Bank PLC [Docket No 3820] and their affiliates, to the

Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule

NEWYORK 7198922 v1 (2K)

3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof Of Claim Form (the "Motion") [Docket No 3654], state as follows:

1. The Tiger Asia Entities each hold claims against Lehman Brothers Holdings Inc. ("LBHI") as beneficiaries of its guarantees to each of them of obligations of Lehman Brothers International (Europe) arising under various derivative contracts.

2. The Tiger Asia Entities hereby join in the Objections.

WHEREFORE, for the reasons set forth in each of the Objections, the Tiger Asia Entities request that the Court deny the Motion to the extent that it would authorize a proof of claim to be disallowed on the basis of any failure to file, submit or upload anything beyond what the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (including the Official Form) or other applicable law requires.

Dated: June 12, 2009
New York, New York

Respectfully submitted,

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Abraham L. Zylberberg

By: _____
Abraham L. Zylberberg

ATTORNEYS FOR TIGER ASIA FUND L.P.
AND TIGER ASIA OVERSEAS FUND, LTD.