CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew P. Brozman (AB-2456)
Sara M. Tapinekis (ST-4382)

Attorneys for Calyon

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                             :
                                                                  :  Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                         :
                                                                  :  Case No. 08-13555 (JMP)
Debtors.                                                          :
                                                                  :  (Jointly Administered)
------------------------------------------------------------------x

## DECLARATION OF ANDREW BROZMAN

Andrew Brozman, an attorney licensed to practice before this Court, declares under penalty of perjury as follows:

1. I am an attorney with the firm of Clifford Chance US LLP, counsel for Calyon, and I submit this declaration in support of Calyon's objection to the Debtors' Motion Pursuant To Section 502(b)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(c)(3) For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner Of Notice Thereof And Approval Of The Proof Of Claim Form, dated May 26, 2009.

2. Annexed hereto as Exhibit A is a true and correct copy of the standard 1992 ISDA Master Agreement.

2.  Annexed hereto as Exhibit B is a true and correct copy of an e-mail from Donald E. Petrow of Lehman Brothers Holdings Inc. to Xavier Richard of Calyon, dated May 20, 2009.

Dated: New York, New York
       June 12, 2009

                                                    Respectfully submitted,

                                                    */s/ Andrew P. Brozman*
Andrew P. Brozman (AB-2456)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 878-8000
Fax: (212) 878-8375

Attorney for Calyon