# EXHIBIT B

## TO THE DECLARATION OF ANDREW BROZMAN

**From:** Petrow, Donald E (Corp)
**To:** RICHARD, Xavier (CALYON)
**Cc:** DE LA MOTTE, Gabriel (CALYON); WALDBERG-BULHOUT, Sophie (CALYON); Guinaudeau, Denis (CALYON); Cohen, Alec (CALYON); Cook, Doug (CALYON); Koneval, Mark (CALYON); ASSELIN, Sylvia (CALYON); MAHAMEDBHAY, Kim (CALYON)
**Sent:** Wed May 20 18:31:31 2009
**Subject:** Lehman Brothers Special Financing - Early termination amount - Calyon's statement

3888-2   Filed 06/12/09   Entered 06/12/09 12:40:51   Exhibit
B Pt 2 of 8

Hello Xavier,

Hope all is well!

We have made substantial progress in the reconciliation of the Calyon - LBSF trade population, and I'm pleased to report, we have reconciled/matched virtually all of the trade data with very few exceptions and additional information requests. For this, we thank you for your assistance and, I must say, the quality of your data.

A short list of (initial) exceptions and request for additional data follows (as process proceeds there may be further requests):

- We found one Emerging Market trade (CPM3225HK) with an incorrect Lehman counterparty. It appears to us that the trade was between Calyon and Lehman Brothers International Europe ("LBIE") not with Lehman Brothers Special Financing ("LBSF"). If true - we should remove from the trade population.

<<3016325.pdf>>

- There's one Calyon trade (Calyon ID 1880342) not found in our population. We would appreciate it if you would forward documentation and other support for the trade.
- We identified two Emerging Market trades not picked up in Calyon's population. To assist in your research - see attached confirms.

<<4030293 confirm.pdf>>   <<3920969 confirm.pdf>>

- Lastly, there are 17 trades (see list of Calyon Ref # below), in which, the trade details differ in such a manner causing us to seek "additional data" and "comfort." With respect to "additional data," it would be helpful to receive, for the CDS trades, the underlying credit/obligation (reference asset) along with the fixed rate or bps (premium) at the time of the trade. With respect to "comfort" - specifically for the 17 trades, please let us know if your comfortable with the trade details as presented in your population (we believe there's a match).

| Calyon Reference | | |
|---|---|---|
| 256900 | 87635CA | 315771/737120 |
| 256908 | 2340255 | 315771/737409 |
| 1381804 | 2340218 | 315771/741747 |
| 256924 | 1724648 | 2918865 |
| 256923 | 1431217G | 2920280 |
| 2296944 | 315771/732400 | |

As we proceed through the trade and valuation reconciliation process, the need for access will most likely increase. It is my hope and intent to proceed as quickly as possible to ultimately reach a resolution concerning the valuation of the trade portfolio. I look forward to receiving you and your firm's on-going support in this matter.

Kind Regards,
Donald


Donald E. Petrow
Lehman Brothers Holdings Inc
1.646.333.9519


----------------------------------------- This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.