David J. Adler, Esquire (# DA0048)
Eduardo J. Glas, Esquire (# EG7027)
McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
*Attorneys for Occidental Energy Marketing, Inc.*
*and Occidental Power Services, Inc.*

**Obj Date: June 12, 2009 @ 12:00 pm**
**Hrg Date: June 17, 2009 at 2:00 pm**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | Chapter 11 |
| | : | |
| In re: | : | Case Nos. 08-13555(JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et. al., | : | (Jointly Administered) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

**JOINDER OF OCCIDENTAL POWER SERVICES, INC. AND OCCIDENTAL ENERGY MARKETING, INC. TO OBJECTIONS TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF <u>NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Occidental Power Services, Inc. ("OPSI") and Occidental Energy Marketing, Inc. ("OEMI" and and jointly with OPSI, "Occidental"), by and through their undersigned counsel, hereby joins in the objections filed to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filng Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Bar Date Motion"), and aver as follows:

ME1 8689230v.1

## **OBJECTION AND JOINDER**

1. Occidental and the Debtors were parties to certain derivative contracts. The agreements were terminated in late 2008.

2. Occidental hereby joins and incorporates by reference the arguments, in their entirety, made by those certain "Derivative Claimants" in their Objection to the Bar Date Motion [D.I. # 3842].

WHEREFORE, Occidental respectfully requests that the Court deny the Bar Date Motion, and grant such other and further relief as deemed just and proper.

/s/ Eduardo J. Glas
Eduardo J. Glas, Esquire (# EG7027)
McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
eglas@mccarter.com

and

Katharine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19899
(302) 984-6300 - Telephone
(302) 984-6399 - Facsimile
kmayer@mccarter.com

*Attorneys for Occidental Energy Marketing, Inc.
and Occidental Power Supply, Inc.*

Dated: June 12, 2009

ME1 8689230v.1