McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
*Attorneys for Occidental Energy Marketing, Inc.*
*and Occidental Power Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re<br><br>Lehman Brothers Holdings, Inc.,<br><br>　　　　　　　Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11 |

### CERTIFICATE OF SERVICE

　　　　I, Eduardo J. Glas, hereby certify that on June 12, 2009, I caused a true and correct copy of the foregoing **JOINDER OF OCCIDENTAL POWER SERVICES, INC. AND OCCIDENTAL ENERGY MARKETING, INC. TO OBJECTIONS TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM** to be served via the Court's ECF system upon all parties requesting electronic service, and upon the following service list via First Class U.S. Mail.

　　　　　　　　　　　　　　　　　　McCARTER & ENGLISH, LLP

　　　　　　　　　　　　　　　By:　/s/Eduardo J. Glas
　　　　　　　　　　　　　　　　　　Eduardo J. Glas (EG7027)
　　　　　　　　　　　　　　　　　　Gateway Four
　　　　　　　　　　　　　　　　　　100 Mulberry Street
　　　　　　　　　　　　　　　　　　Newark, NJ  07102

Dated:  June 12, 2009

ME1 8689395v.1

## SERVICE LIST

The Honorable James M. Peck
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY  10004

Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Andrew D. Velez-Rivera, Esq.
Paul K. Schwartzberg, Esq.
Brian S. Masumoto, Esq.
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005