**BINGHAM McCUTCHEN LLP**
Jeffrey S. Sabin
Joshua Dorchak
399 Park Avenue
New York, NY 10022
(212) 705-7000

Attorneys for Putnam Investments, LLC and Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                               :
                                                               :
                                                               :
In re                                                          : Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                       : Case No. 08-13555 (JMP)
                                                               :
                                       Debtors.                : (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE** that pursuant to rule 9010(b) of the Federal Rules of

Bankruptcy Procedure Putnam Investments, LLC and Affiliates, by its counsel, Bingham

McCutchen LLP, hereby appears in these proceedings and demands that all notices given in

these cases and all papers served or required to be served in these cases, be given to and served

A/71176095.1

upon the undersigned attorneys, at the address set forth below.

Dated: New York, New York
June 12, 2009

                                        **BINGHAM McCUTCHEN LLP**

By: /s/ Joshua Dorchak
Jeffrey S. Sabin
jeffrey.sabin@bingham.com
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
Telephone No.: (212) 705-7000
Facsimile No.: (212) 752-5378

Attorneys for Putnam Investments, LLC and Affiliates

2

A/71176095.1