| | |
|---|---|
| ALSTON & BIRD LLP | HUNTON & WILLIAMS LLP |
| Martin G. Bunin | Peter S. Partee |
| 90 Park Avenue | Scott H. Bernstein |
| New York, N.Y. 10016 | 200 Park Avenue, 53rd Floor |
| Telephone: (212) 210-9400 | New York, New York 10166-0136 |
| Facsimile: (212) 210-9444 | (212) 309-1000 |
| and | and |
| J. William Boone | J.R. Smith (*pro hac vice* pending) |
| 1201 West Peachtree Street | Riverfront Plaza, East Tower |
| Atlanta, Georgia 30309 | 951 East Byrd Street |
| Telephone: (404) 881-7000 | Richmond, Virginia 23219-4074 |
| Fax: (404) 881-7777 | (804) 788-8200 |

*Co-Counsel for Bank of America, National Association,
successor by merger to LaSalle Bank National Association, as Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re: : Chapter 11
: Case No. 08-13555
:
**LEHMAN BROTHERS HOLDINGS, INC.,** :
*et al.* : **(JMP)**
: **(Jointly Administered)**
 Debtor. :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA

COUNTY OF FULTON

    BEVERLY A. RASTON, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

1.      I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

2.      On the 12th day of June 2009, I have caused true and correct copies of the following document:

- **Joinder of Bank of America, National Association, Successor By Merger to LaSalle Bank National Association, Solely in its Capacity as Trustee Under Certain Trust Agreements to the Limited Objection of Bank of America, N.A., Merrill Lynch & Co., Inc. and their Respective Affiliates to the Debtors' Motion Pursuant to Section 502(B)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form**

to be delivered by the United States Postal Service, first-class, postage prepaid to those parties listed on the attached Exhibit A.

FURTHER AFFIANT SAYETH NOT.

/s/ Beverly A. Raston
BEVERLY A. RASTON

Sworn to and subscribed before me
this 12th day of June 2009.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2012

# EXHIBIT A

## LEHMAN BROTHERS
## SERVICE LIST

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Attn: The Honorable James M. Peck<br>One Bowling Green, Courtroom 601<br>New York, NY  10004 | Office of the US Trustee<br>Andrew D. Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Rifkin<br>Tracy Hope Davis<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |
| Milbank, Tweed, Hadley<br>  & McCloy LLP<br>Dennis Dunne<br>Wilbur Foster, Jr.<br>Dennis O'Donnell<br>Evan Fleck<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | Weil Gotshal & Manges LLP<br>Attn: Richard P. Krasnow<br>Lori Fife<br>Shai Y. Waisman<br>Jacqueline Marcus<br>767 Fifth Avenue<br>New York, NY  10153 |