HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200
Jeffrey L. Schwartz
Joseph Orbach
*Counsel for Commerzbank AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

|  |  |
|---|---|
| In re | Chapter 11 |
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am employed by Hahn & Hessen LLP, counsel for Commerzbank AG, and that on June 12, 2009, I caused a true and correct copy of the *OBJECTION TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM* to be served upon the parties set forth below in the manner indicated:

                            */s/ Jason W. Smith*
                               Jason W. Smith

**By First Class Mail**

| | |
|---|---|
| Honorable James M. Peck | Weil, Gotshal & Manges LLP |
| One Bowling Green | 767 Fifth Avenue |
| New York, New York 10004 | New York, New York 10153 |
| Courtroom 601 | Attn: Lori R. Fife, Esq. |
| | Shai Y. Waisman, Esq. |
| | Jacqueline Marcus, Esq. |

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.