Presentment Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)
Objection Date and Time: June 12, 2009 at 12:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
:
   In re                                                   :        Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.   :        Case No. 08-13555 (JMP)
:
                                      Debtors.       :        (Jointly Administered)
:
------------------------------------------------------------------------ x

**JOINDER OF FRANKLIN AMERICAN MORTGAGE COMPANY TO OBJECTION OF BARCLAYS CAPITAL INC., BARCLAYS BANK PLC AND THEIR AFFILIATES TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL FOR THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

Franklin American Mortgage Company hereby joins in the foregoing objection by Barclays Capital, Inc., Barclays Bank PLC and their affiliates dated June 11, 2009, for all the reasons stated therein.

                                              Respectfully submitted,

                                              /s/ Austin L. McMullen_____
                                              Austin L. McMullen
                                              BRADLEY ARANT BOULT CUMMINGS LLP
                                              1600 Division Street, Suite 700
                                              P. O. Box 340025
                                              Nashville, Tennessee 37203
                                              Phone: (615) 252-2307
                                              Fax: (615) 252-6307
                                              email: AMcMullen@BABC.com

                                              *Attorneys for Franklin American Mortgage Company*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 12, 2009, a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing system.

                                         /s/ Austin L. McMullen_____
                                         Austin L. McMullen