**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                          )
                                                                )
LEHMAN BROTHERS HOLDINGS INC., et al.                           ) Chapter 11
                                                                )
                                                                ) Case No. 08-13555
Debtors.                                                        )
                                                                ) (Jointly Administered)
                                                                )
---------------------------------------------------------------- x

STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

I, Rebecca Blake Chaikin, being duly sworn say:

1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

2. On June 12, 2009, I caused a true copy of the ***Joinder of The Bank Of New York Mellon Trust Company, N.A., as Indenture Trustee, to The Motion Of Lehman Brothers Holdings Inc. for an Order, Pursuant To Fed. R. Bankr. P. 2004, Authorizing Discovery from Barclays Capital, Inc. and Exhibits thereto***, dated June 11, 2009, and the ***Limited Objection of The Bank of New York Mellon Trust Company, N.A. as Indenture Trustee, to Debtors Motion Pursuant to Section 502(B)(9) of The Bankruptcy Code and Bankruptcy Rule 3003(C)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form And Manner Of Notice Thereof and Approval of The Proof of Claim Form***, dated June 12, 2009, in the above-captioned matter to be served by electronic mail, United States Mail, facsimile or hand delivery upon the addresses set forth in the attached service list.

        /s/ Rebecca Chaikin
        Rebecca Blake Chaikin

Sworn to before me this
12th day of June, 2009

/s/ Michael Makinde        Michael Makinde
Michael Makinde        Notary Public, State of New York
Notary Public        No. 1MA6192562
        Qualified in New York County
        Commission Expires September 2, 2012

**SERVICE LIST**

**Via Electronic Mail:**

Weil Gotshal & Manges LLP
richard.krasnow@weil.com
lori.fife@weil.com
shai.waisman@weil.com
jacqueline.marcus@weil.com

Milbank, Tweed, Hadley & McCloy LLP
DDunne@milbank.com
DODonnell@milbank.com
EFleck@milbank.com

Boies, Schiller & Flexner LLP
jschiller@bsfllp.com
jstern@bsfllp.com

Quinn Emanuel Urquhart Oliver & Hedges, LLP
susheelkirpalani@quinnemanuel.com

Jones Day
rwgaffey@jonesday.com
wjhine@jonesday.com
tschaffer@jonesday.com

Pepper Hamilton LLP
lawallf@pepperlaw.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
jbregman@curtis.com
lharrison@curtis.com
sreisman@curtis.com

**Via United States Mail:**

**Weil Gotshal & Manges LLP**
Attn: Richard P. Krasnow, Lori R. Fife,
Shai Y. Waisman, and Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

**Milbank, Tweed, Hadley & McCloy LLP**
Attn: Dennis F. Dunne, Dennis O'Donnell,
and Evan Fleck
1 Chase Manhattan Plaza,
New York, NY 10005

**Boies, Schiller & Flexner LLP**
Attn: Jonathan D. Schiller and Jack G. Stern
575 Lexington Avenue, 7th Floor
New York, NY 10022

**Jones Day**
Attn: Robert W. Gaffey, William J. Hine, and
Tracy Schaffer
222 East 41st Street
New York, NY 10017

**Office of the United States Trustee for the Southern District of New York**
Attn: Andy Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Riffkin, and Tracy
Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
Attn: Susheel Kirpalani
51 Madison Avenue, 22nd Floor
New York, NY 10010

**Cleary Gottlieb Steen & Hamilton LLP**
Attn: Lisa Schweitzer & Lindsee Granfield
One Liberty Plaza
New York, NY 10006

**<u>Via Facsimile</u>:**

Andy Velez-Rivera
Office of the United States Trustee for the
Southern District of New York
Facsimile: (212) 668-2255

**<u>Via Hand Delivery</u>:**

Chambers of the Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
Courtroom 601
New York, NY 10004