Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212)704-6000

*Attorneys for*   Electrabel n.v./s.a
             New South Federal Savings Bank, F.S.B.
             RWE Supply & Trading GmbH


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                  :     Chapter 11
                                                        :     Case No. 08-13555 (JMP)
                                                        :     Jointly Administered
LEHMAN BROTHERS HOLDINGS, INC, et al.,                  :
                                                        :
                    Debtors.                            :
                                                        :
------------------------------------------------------------X


STATE OF NEW YORK     )
                      )   s.s.:
COUNTY OF NEW YORK    )

Harriet E. Cohen, being duly sworn, deposes and says:

I am not a party to this action, I am over the age of twenty-one years and I reside in Queens, New York.

On June 12, 2009 I served a copy of the:

(i) *Joinder of Electrabel n.v./s.a.s to the Objection of Barclays Capital Inc., Barclays Bank PLC and Their Affiliates to Debtors Motion, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* [Doc. No. 3863];

(ii) *Joinder of New South Federal Savings Bank, F.S.B. to the Objection of Barclays Capital Inc., Barclays Bank PLC and Their Affiliates to Debtors Motion, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* [Doc. No. 3867]; and

      (iii) *Joinder of RWE Supply & TradingGmbH to the Objection of Barclays Capital Inc., Barclays Bank PLC and Their Affiliates to Debtors Motion, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* [Doc. No. 3873]

      upon the parties listed on the Service List annexed hereto via HAND DELIVERY.

                                                         /s/ Harriet E. Cohen
                                                             Harriet E. Cohen

Sworn to before me this
12th day of June, 2009

      /s/ Anthony Cardillo
          Notary Public

Anthony Cardillo
Notary Public, State of New York
No. 03-486-0234
Qualified in Bronx County
Commission Expires March 18, 2010

1353349v1 999994.111778

## SERVICE LIST

**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, New York, 10153**
**Attn: Lori R. Fife, Esq.**
**Shai Y. Waisman, Esq.**
**Jacqueline Marcus, Esq.**

**Office of the United States Trustee**
**33 Whitehall Street, 21st Floor**
**New York, New York, 10004**
**Attn: Andy Velez-Rivera,**
**Esq., Paul Schwartzberg, Esq.**
**Brian Masumoto, Esq.**
**Linda Riffkin, Esq.**
**Tracy Hope Davis, Esq.**

**Milbank, Tweed, Hadley & McCloy LLP**
**One Chase Manhattan Plaza**
**New York, New York, 10005**
**Attn: Dennis F. Dunne, Esq.**
**Dennis O'Donnell, Esq.**
**Evan Fleck, Esq.**

1353349v1 999994.111778