BLANK ROME LLP
Attorneys for The Delaware River Port Authority
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
In re:                                  Chapter 11
                                        Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
                                        (Jointly Administered)
                        Debtors.
------------------------------ X

**JOINDER OF THE DELAWARE RIVER PORT AUTHORITY TO OBJECTIONS TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND <u>APPROVAL OF THE PROOF OF CLAIM FORM</u>**

The Delaware River Port Authority (the "Authority"), by and through its undersigned counsel, hereby joins in the objections filed to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Bar Date Motion"), and asserts as follows:

<u>**OBJECTION AND JOINDER**</u>

1. The Authority and the Debtors were parties to certain derivative contracts which were terminated.

2. The Authority hereby joins and incorporates by reference the arguments, in their entirety, made by those certain "Derivative Claimants" in their Objection to the Bar Date Motion [D.I.# 3842].

103374.00318/6754245v.1

**WHEREFORE,** the Authority respectfully requests that the Court deny the Bar Date Motion, and grant such other and further relief as deemed just and proper.

Dated:  New York, New York
        June 12, 2008

                BLANK ROME LLP
                Attorneys for The Delaware River
                Port Authority

                By:  */s/ Andrew B. Eckstein*
                     Andrew B. Eckstein
                     Rocco A. Cavaliere
                     The Chrysler Building
                     405 Lexington Avenue
                     New York, New York 10174
                     (212) 885-5000

                     and

                Robert I. Tuteur
                Karen Du Brul
                One Logan Square
                Philadelphia, Pennsylvania 19103
                (215) 569-5500