BLANK ROME LLP
Attorneys for Iconix Brand Group, Inc.
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.
------------------------------ X

Chapter 11
Case No. 08-13555 (JMP)

(Jointly Administered)

# JOINDER OF ICONIX BRAND GROUP, INC. TO OBJECTIONS TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL <u>OF THE PROOF OF CLAIM FORM</u>

Iconix Brand Group, Inc. ("Iconix"), by and through its undersigned counsel, hereby joins in the objections filed to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Bar Date Motion"), and asserts as follows:

## <u>OBJECTION AND JOINDER</u>

1. Iconix and the Debtors were parties to certain derivative contracts which were terminated.

2. Iconix hereby joins and incorporates by reference the arguments, in their entirety, made by those certain "Derivative Claimants" in their Objection to the Bar Date Motion [D.I.# 3842].

521949.01111/6754367v.1

2̶

**WHEREFORE,** Iconix respectfully requests that the Court deny the Bar Date Motion, and grant such other and further relief as deemed just and proper.

Dated: New York, New York
June 12, 2008

BLANK ROME LLP
Attorneys for Iconix Brand Group, Inc.

By: */s/ Andrew B. Eckstein*
Andrew B. Eckstein
Rocco A. Cavaliere
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

2̶

521949.01111/6754367v.1