UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                       :
                                                               :    Case No. 08-13555 (JMP)
                                                               :
                        Debtors.                               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

CERTIFICATE OF SERVICE

Amanda Raboy certifies:

1. I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

2. On June 12, 2009, I caused to be served true and correct copies of the Objection And Response Of Wilmington Trust Company, As Indenture Trustee (the "Objection"), To Motion Of The Debtors, Pursuant To Section 502(B)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(C)(3), For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner Of Notice Thereof And Approval Of The Proof Of Claim Form upon the following parties by overnight mail: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors.

3. On June 12, 2009, I caused copies of the Objection to be served by electronic notice upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

Dated: New York, New York
       June 12, 2009

                                                               /s/ Amanda Raboy
                                                               Amanda Raboy