# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |
| | ) Related to Docket No. 3859 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  
                    s.s.:  
COUNTY OF NEW YORK

Elizabeth Anne Arundel, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 12th day of June, 2009, I caused a copy of the following documents to be served via first class mail upon the parties included on Exhibit A

   a) Objection of Korea Development Bank to Motion, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form [Docket No. 3859].

Additionally, copies of the above documents were submitted to the court for transmittal to Chambers and the Office of the United States Trustee pursuant to Local Rule 9070-1(i).

                    */s/ Elizabeth Anne Arundel*  
                    Elizabeth Anne Arundel

Sworn to before me this 12th day of June, 2009

*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444  
Qualified in Bronx County  
Certificate Filed in New York County  
My commission expires December 11, 2010.

# EXHIBIT A

### Local Rule 9070-1(i).

The Office Of The United States Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street 21st Floor
New York NY 10004

The Honorable James M. Peck
Courtroom 601
One Bowling Green,
New York, New York 10004

### First Class Mail

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006.

Dennis F. Dunne, Esq.,
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005,

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004