BLANK ROME LLP
Attorneys for ITALEASE FINANCE S.p.A.
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
In re:                                                  Chapter 11
                                                        Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
                                                        (Jointly Administered)
                                    Debtors.
------------------------------ X

**JOINDER OF ITALEASE FINANCE S.P.A. TO OBJECTIONS TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

ITALEASE FINANCE S.p.A., by and through its undersigned counsel, hereby joins in the objections filed to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Bar Date Motion"), and asserts as follows:

**OBJECTION AND JOINDER**

1. ITALEASE FINANCE S.p.A. and the Debtors were parties to certain derivative contracts which were terminated.

2. ITALEASE FINANCE S.p.A. hereby joins and incorporates by reference the arguments, in their entirety, made by those certain "Derivative Claimants" in their Objection to the Bar Date Motion [D.I.# 3842].

**WHEREFORE,** ITALEASE FINANCE S.p.A. respectfully requests that the Court deny the Bar Date Motion, and grant such other and further relief as deemed just and proper.

Dated: New York, New York
June 12, 2008

            BLANK ROME LLP
            Attorneys for ITALEASE FINANCE S.p.A.

            By: */s/ Andrew B. Eckstein*
              Andrew B. Eckstein
              Rocco A. Cavaliere
              The Chrysler Building
              405 Lexington Avenue
              New York, New York 10174
              (212) 885-5000

130686.00401/6754403v.1