STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Jeremy S. Rosof
Francis C. Healy
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Derivative Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC, *et al.*, | : | Case Nos. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                          : ss.:
COUNTY OF NEW YORK   )

      Mark R. Wojcik, being duly sworn, affirms and says:

    1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

    2.    On June 12, 2009, affiant served true and correct copies of the *Omnibus Objection of Derivative Claimants to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim*

*Form* (Docket No. 3842) via Hand Delivery and/or Facsimile and/or Overnight Mail upon the

parties listed on the Service List .

/s/ Mark R. Wojcik
Mark R. Wojcik

Sworn to before me this
12th day of June, 2009

/s/ Ethel Earley
NOTARY PUBLIC

Ethel Earley
Notary Public, State of New York
No. 03-4650662
Qualified in Westchester County
Commission Expires March 30, 2011

## Service List

*Via Hand Delivery*
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

*Via Facsimile and Overnight Mail*
Lori R. Fife, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Fax (212) 310-8007

*Via Facsimile and Overnight Mail*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax (212) 822-5287
Fax (212) 822-5770
Fax (212) 822-5567