TERRY GODDARD
Attorney General
Firm Bar No. 14000

ROBERT R. HALL, 012163
APRIL J. THEIS, 020720
Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7774/(602) 542-8387
Facsimile: (602) 542-1726
Email: robert.hall@azag.gov
       april.theis@azag.gov
Attorney for the State of Arizona
  *ex rel* Arizona State Treasurer

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR SOUTHERN DISTRICT OF NEW YORK (NEW YORK)

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.<br>TAX ID: 13-3216325<br><br>Debtor. | In Proceedings Under<br>Chapter 11<br><br>Case No. 08-13555(JMP)<br><br>**STATE OF ARIZONA'S JOINDER IN OBJECTION TO DEBTOR'S MOTION PURSUANT TO 502(B)(9) FOR THE ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF CLAIM FORM** |

The State of Arizona *ex rel* Arizona State Treasurer joins in the objection to the process and manner described in the Debtor's motion. The amended procedure places an undue and unfair burden on the creditors. For the reasons outlined in the pleadings filed by the other creditors, the State of Arizona also objects.

WHEREFORE, the State of Arizona respectfully request that this Court deny the Debtor's above described motion.

TERRY GODDARD
Arizona Attorney General

 /s/RRH No.012163
ROBERT R. HALL
APRIL J. THEIS
Assistant Attorney General
Attorneys for the State of Arizona
*ex rel* Arizona State Treasurer

ORIGINAL of the foregoing filed electronically
this 12th day of June, 2009, with

United States Bankruptcy Court
Southern District of New York
615-3 Alexander Hamilton
Custom House
One Bowling Green
New York, NY 10004-1408

COPY of the foregoing sent
for mailing by first class mail
this 12th day of June, 2009, to

Diane Harvey
Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Debtor

Jeffrey S. Margolin
Sarah K. Loomis Cave
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
Attorneys for Trustee

| | |
|---|---|
| 1 | Andrew D. Velez-Rivera |
| 2 | United States Trustee |
|   | Office of the United States Trustee |
| 3 | 33 Whitehall Street, 21st Floor |
|   | New York, NY 10004 |
| 4 | |
| 5 | /s/ Nitasha Ogle |
| 6 | 485469/ BCE08-02019 |