| | |
|---|---|
| Michael S. Etkin (ME 0570) | **Objection Date: June 12, 2009 at 12:00 p.m.** |
| LOWENSTEIN SANDLER, PC | **Hearing Date: June 17, 2009 at 2:00 p.m.** |
| 1251 Avenue of the Americas, 18th Floor | |
| New York, New York  10020 | |
| (212) 262-6700 (Telephone) | |
| (212) 262-7402 (Facsimile) | |
| *Attorneys for Optim Energy, LLC f/k/a* | |
| *EnergyCo, LLC and First Choice Power, LP* | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., | : | Case No. 08-13555 (JMP) |
|     et al., | : | |
| | : | (Jointly Administered) |
| Debtor. | : | |
| | : | |

## JOINDER OF OPTIM ENERGY, LLC F/K/A ENERGYCO, LLC AND FIRST CHOICE POWER, LP TO OBJECTIONS TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF <u>AND APPROVAL OF THE PROOF OF CLAIM FORM</u>

Optim Energy, LLC f/k/a EnergyCo, LLC and First Choice Power, LP, by and through their undersigned counsel, hereby join in the objections filed to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Bar Date Motion"), and state as follows:

## **OBJECTION AND JOINDER**

1.      Optim Energy, LLC f/k/a EnergyCo, LLC and First Choice Power, LP and certain of the Debtors were parties to ISDA Master Agreements and Guarantees (the "Agreements"). The Agreements were properly terminated shortly after the Debtors commenced these Chapter 11 proceedings.

2.      Optim Energy, LLC f/k/a EnergyCo, LLC and First Choice Power, LP hereby join and incorporate by reference the arguments, in their entirety, made by those certain "Derivative Claimants" in their Objection to the Bar Date Motion [D.I. #3842] as well as the substantive objections generally of various counterparties filed in connection with the Bar Date Motion.

**WHEREFORE,** Optim Energy, LLC f/k/a EnergyCo, LLC and First Choice Power, LP respectfully request that the Court deny the Bar Date Motion, and grant such other and further relief as deemed just and proper.

/s/ Michael S. Etkin
Michael S. Etkin (ME 0570)
LOWENSTEIN SANDLER, PC
1251 Avenue of the Americas, 18th Floor
New York, New York  10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
*Attorneys for Optim Energy, LLC f/k/a
EnergyCo, LLC and First Choice Power, LP*

June 12, 2009