Michael S. Etkin (ME 0570)
LOWENSTEIN SANDLER, PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
*Attorneys for Optim Energy, LLC f/k/a*
*EnergyCo, LLC and First Choice Power, LP.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., | : | |
| et al., | : | (Jointly Administered) |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATION OF SERVICE

JANE M. WOJSLAWOWICZ, of full age, being duly sworn on her oath according to law, deposes and says:

1. I am a legal secretary employed by the law firm of Lowenstein Sandler PC, counsel to Optim Energy, LLC f/k/a EnergyCo, LLC and First Choice Power, LLC, in the above captioned matter.

2. On Friday, June 12, 2009, this firm caused a true and correct copy of the following documents to be electronically filed with the Clerk of the Court, United States Bankruptcy Court for the Southern District of New York:

    a. Joinder of Reliant Energy, Inc. and Reliant Energy Power Services, Inc. to Objections to Motion of the Debtors, Pursuant to Section 502(b)(9) for Establishment of

22199/2
06/12/2009 11847985.1

Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form.

3. On June 12, 2009, I caused a true and correct copy of the aforementioned document to be served on the Honorable James M. Peck **via overnight delivery and to the attached service list annexed hereto via facsimile to the United States Trustees Office and via e-mail and United States Postal Service, postage prepaid**.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 12, 2009

                                              Respectfully submitted,

                                              /s/ Jane M. Wojslawowicz
                                                Jane M. Wojslawowicz

In re Lehman Brothers Holdings, Inc.
Case No. 08-13555 (JMP)

**SERVICE LIST**

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
Courtroom 601
New York, New York  10004
*Via Overnight Delivery*

Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York, 10153
*Attorneys for the Debtors*

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank Tweed Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, New York  10005
*Attorneys for the Official Committee of Unsecured Creditors*