Michael S. Etkin (ME 0570)  
LOWENSTEIN SANDLER, PC  
1251 Avenue of the Americas, 18th Floor  
New York, New York 10020  
(212) 262-6700 (Telephone)  
(212) 262-7402 (Facsimile)  
*Attorneys for Reliant Energy, Inc. and Reliant Energy Power Services, Inc.*

Objection Date: June 12, 2009 at 12:00 p.m.  
Hearing Date: June 17, 2009 at 2:00 p.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtor. | |

### JOINDER OF RELIANT ENERGY, INC. AND RELIANT ENERGY POWER SERVICES, INC. TO OBJECTIONS TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM

Reliant Energy, Inc. and Reliant Energy Power Services, Inc., by and through their undersigned counsel, hereby join in the objections filed to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Bar Date Motion"), and state as follows:

## OBJECTION AND JOINDER

1.    Reliant Energy, Inc. and Reliant Energy Power Services, Inc. and certain of the Debtors were parties to ISDA Master Agreements and Guarantees (the "Agreements"). The Agreements were properly terminated shortly after the Debtors commenced these Chapter 11 proceedings.

2.    Reliant Energy, Inc. and Reliant Energy Power Services, Inc. hereby join and incorporate by reference the arguments, in their entirety, made by those certain "Derivative Claimants" in their Objection to the Bar Date Motion [D.I. #3842] as well as the substantive objections generally of various counterparties filed in connection with the Bar Date Motion.

**WHEREFORE,** Reliant Energy, Inc. and Reliant Energy Power Services, Inc. respectfully request that the Court deny the Bar Date Motion, and grant such other and further relief as deemed just and proper.

/s/ Michael S. Etkin
Michael S. Etkin (ME 0570)
LOWENSTEIN SANDLER, PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
*Attorneys for Reliant Energy, Inc. and*
*Reliant Energy Power Services, Inc.*

June 12, 2009