Hearing Date: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)

| | |
|---|---|
| WHITE & CASE LLP | DEWEY & LEBOEUF LLP |
| 1155 Avenue of the Americas | 1301 Avenue of the Americas |
| New York, New York 10036-2787 | New York, New York 10019-6092 |
| Telephone: (212) 819-8200 | Telephone: (212) 259-8000 |
| Facsimile: (212) 354-8113 | Facsimile: (212) 259-6333 |
| Gerard Uzzi (GU – 2297) | Martin Bienenstock |
| Lisa Thompson (LT – 5176) | |

Wachovia Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (*admitted pro hac vice*)

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------------x

**STATEMENT OF AD HOC GROUP OF**
**LEHMAN BROTHERS CREDITORS IN SUPPORT OF DEBTORS'**
**MOTION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY**
**CODE FOR APPROVAL OF A CROSS-BORDER INSOLVENCY PROTOCOL**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

   The Ad Hoc Group of Lehman Brothers Creditors, through its undersigned counsel,

hereby files this statement in support of the above-referenced debtors' (collectively, the

"Debtors") Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of a

Cross-Border Insolvency Protocol (the "Motion") [Docket No. 3647]. In support thereof, the

Ad Hoc Group of Lehman Brothers Creditors (the "Group") respectfully states as follows:

**STATEMENT**

1. The Group supports approval by this Court of the Protocol[1] for the reasons provided by the Debtors in the Motion and enumerated by the Official Committee of Unsecured Creditors (the "Committee") in its Statement in Support of the Motion [Docket No. 3896].

2. The Group agrees also with the Committee's observations that the Committee and its professionals must be permitted to have robust participation in the Debtors' interaction with Foreign Debtors and other Official Representatives under the Protocol to ensure that the views of the Debtors' unsecured creditors (the true economic parties in interest) are heard and their interests promoted.

3. The Group further shares the Committee's concerns regarding LBIE's and the LBI Trustee's refusal to become parties to the Protocol. The Group believes that the LBI Trustee should agree to the Protocol because the Protocol's goals of cooperation and transparency are consistent with SIPA's mandate and the oversight provided by this Court's jurisdiction. In light of the efforts of the Debtors, the Committee, the Official Representatives of the Foreign Debtors' estates and this Court to encourage parties to develop a workable process of international cooperation, the Group urges the LBI Trustee to reconsider its decision and join the Protocol.

4. Finally, notwithstanding that "the Protocol is not a legally binding document; it is a statement of intentions and guidelines …. imposes no duties or obligations on anyone, and is not intended to be enforceable against any of the parties," (Motion ¶ 18) the Group also shares the Committee's concerns that certain sections of the Protocol, including sections 8.3 and 9.4 as well as other parts of section 9, could be construed as determining substantive rights. The Group does note that section 9.7 of the Protocol recognizes the rights of parties in interest to be heard

---

[1] Defined terms used but not defined herein shall have the meanings ascribed to such terms in Motion or the Protocol.

with respect to (i) the application of the Accounting Methodology, or (ii) the application of the Derivatives Methodology, or (iii) any of the Procedures Committee Findings (Protocol at 9). Accordingly, the Group reserves its right to be heard with respect to each of these matters at the appropriate time.

WHEREFORE, for the foregoing reasons, the Group supports the relief requested in the Motion, but reserves its rights with respect to the Protocol as provided herein.

Dated: June 12, 2009
New York, New York

Respectfully submitted,

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU - 2297)
Lisa Thompson (LT - 5176)

By: */s/ Gerard Uzzi*
Gerard Uzzi

Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (205) 358-5744
Thomas E Lauria (admitted pro hac vice)

- And -

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Martin Bienenstock

ATTORNEYS FOR THE AD HOC GROUP
OF LEHMAN BROTHERS CREDITORS