SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
J. Gregory Milmoe

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------- x

**<u>CERTIFICATE OF SERVICE</u>**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

    I, Andrew Thau, certify that I am over eighteen (18) years of age, am not a party to this action, and am an attorney licensed by the State Bar of New York and admitted to practice in this Court.

    I further certify that on June 12, 2009 I caused copies of the *Reservation of Rights of Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. Regarding the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* (the "Reservation of Rights") to be served by hand delivery upon (i) the chambers of the Honorable James M. Peck, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton

Customs House, Courtroom 601, One Bowling Green, New York, New York, 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., and Tracy Hope Davis, Esq.; (iv)  Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors.

    I further certify that on June 11, 2009 I caused copies of the Reservation of Rights to be served by electronic notice upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

Dated: New York, New York
       June 15, 2009

By:    */s/ Andrew Thau*
      Andrew Thau