BLANK ROME LLP
Attorneys for New Jersey Housing
and Mortgage Finance Agency
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | |
| | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**JOINDER OF THE NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY TO OBJECTIONS TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

New Jersey Housing and Mortgage Finance Agency ("NJHMFA"), by and through its undersigned counsel, hereby joins in the objections filed to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Bar Date Motion"), and asserts as follows:

**OBJECTION AND JOINDER**

1. NJHMFA and the Debtors were parties to certain derivative contracts.

2. NJHMFA hereby joins and incorporates by reference the arguments, in their entirety, made by those certain "Derivative Claimants" in their Objection to the Bar Date Motion [D.I.# 3842].

067949.00333/6754541v.1

2

**WHEREFORE,** NJHMFA respectfully requests that the Court deny the Bar Date Motion, and grant such other and further relief as deemed just and proper.

Dated: New York, New York
June 15, 2008

BLANK ROME LLP
Attorneys for New Jersey Housing and
Mortgage Finance Agency

By: */s/ Andrew B. Eckstein*
Andrew B. Eckstein
Rocco A. Cavaliere
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000