EMMET, MARVIN & MARTIN. LLP
Edward P. Zujkowski (EZ-3095)
120 Broadway
New York, New York  10271
Telephone:  212-238-3021
Facsimile:   212-238-3100
Attorneys for Australia and New Zealand Banking Group Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                                  :         Chapter 11

**LEHMAN BROTHERS HOLDING INC., et al.** :         Case No. 08-13555 (JMP)

                                                          Debtors.    :         (Jointly Administered)
-------------------------------------------------------------x

STATE OF NEW YORK    )
                                          )  ss.:
COUNTY OF NEW YORK  )

The undersigned, being duly sworn, deposes and says:

I am over eighteen years of age, am not a party to this action, and I reside in New York, New York.

That on June 12, 2009 deponent served a true copy of the **Objection of Australia and New Zealand Banking Group Limited to Debtor's Motion Pursuant to Section 502(B)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(C)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form** to be delivered by hand to the following addresses below:

    Honorable James M. Peck                Lori R. Fife, Esq, et al
    Southern District Bankruptcy Court       Weil Gotshal & Manges LLP
    One Bowling Green                         767 Fifth Avenue
    New York, New York 10004              New York, New York 10153

980921_1

| | |
|---|---|
| Andy Velez-Rivera, et al<br>Office of the United States Trustee<br>  for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | Dennis F. Dunne, Esq., et al<br>Milbank Tweed Hadley<br>  & McCloy<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |

*[signature]*
Robert Lah

Sworn to before me this
15th day of June, 2009

*[signature]*
Notary Public

PATRICIA M. DEL RIO
NOTARY PUBLIC, State of New York
No. 01DE6002871
Qualified in Nassau County
Filed in New York County
Commission Expires May 17, 2010

980921-1