Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Daniel J. Guyder
John W. Kibler

Attorneys for Banca Akros S.p.A., Mediolanum Vita S.p.A.,
Banca Monte dei Paschi di Siena S.p.A.,
Banca Popolare di Milano Società Cooperativa a r.l. and
Banco Popolare Soceità Cooperativa

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
                                                     :
                                                     : (Jointly Administered)
                         Debtors.                    :
                                                     :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2009, I caused to be served true and correct copies of the *OBJECTION OF BANCA AKROS, MEDIOLANUM VITA, BANCA MONTE DEI PASCHI DI SIENA, BANCA POPOLARE DI MILANO AND BANCO POPOLARE TO DEBTORS' MOTION FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE FORM OF CLAIM FORM*, via hand delivery on the parties listed on the attached Schedule 1, and also via email on the parties on the attached Schedule 2.

DATED this 15th day of June, 2009

                                                          */s/ Daniel J. Guyder*
                                                           Daniel J. Guyder

## Schedule 1

**Honorable James M. Peck**
**United States Bankruptcy Judge**
**United States Bankruptcy Court**
**One Bowling Green, Courtroom 601**
**New York, New York 10004**

**Office of the United States Trustee**
**for the Southern District of New York**
**33 Whitehall Street, 21st Floor**
**New York, New York, 10004**
**Attn: Andy Velez-Rivera Esq., Paul Schwartzberg, Esq.,**
**Brian Masumoto, Esq., Linda Riffkin, Esq.,**
**and Tracy Hope Davis, Esq.**

**Milbank, Tweed, Hadley & McCloy LLP**
**1 Chase Manhattan Plaza**
**New York, New York, 10005**
**Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.**

**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, New York 10153**
**Attn: Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.**

## Schedule 2

**Milbank, Tweed, Hadley & McCloy LLP**
**1 Chase Manhattan Plaza**
**New York, New York, 10005**
**Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.**


**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, New York 10153**
**Attn: Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.**