UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered<br><br>**CERTIFICATE OF SERVICE** |

BRYANT M. YU hereby certifies the following under the penalties of perjury:

I am over the age of 18 years, not a party to this action and reside at 27 Millman Drive, East Brunswick, New Jersey 08816.

In accordance with ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1015(c) AND 9007 IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES, signed on September 22, 2008 (the "Order") and the NOTICE OF FILING OF UPDATED MASTER SERVICE LIST, dated June 8, 2009 (the "Service List);

On the 12th day of June, 2009, I served the

**Limited Objection of Credit Suisse and Certain Subsidiaries to Motion of the Debtors for Establishment of Deadline for Filing Proofs of Claim and for Related Relief**

upon:

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

by delivering true copies of the above-listed documents to a
courier for FEDERAL EXPRESS, an overnight delivery service,
for delivery the next business day, to wit: Monday, June 15,
2009 as per the Order;

On the 12th day of June, 2009 I served the above-
listed document upon counsel registered with the Court's
CM/ECF system by delivering a copy of the Court's Notice of
Electronic Filing for the above-listed document via
electronic mail.

Dated, this 15th day of June, 2009, at New
York, New York.

___                                          /s Bryant M. Yu
                                             Bryant M. Yu
                                             Law Clerk