UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | § | Case No. 08-13555 (JMP) |
| | § | |
| Debtor | § | (Jointly Administered) |
| | § | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK )

  Patricia A. Wright, being duly sworn deposes and says:

  1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

  2. That on the 12th day of June, 2009, I caused to be served by email transmission a true copy of the documents listed below upon those parties listed on the attached Service List A.

  3. That on the 15th day of June, 2009, I caused to be served by hand delivery a true copy of the documents listed below upon the Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10022.

  a. Objection of UBS AG and Affiliates to Motion of Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form;

  b. Objection of State Street Bank and Trust to Motion of Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form;

  c. Objection of Putnam Investments, LLC and Affiliates to Motion of Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3),

A/72752031.1

for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form; and

        d.     Objection of the Harbinger Funds to Motion of Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form.

        /s/Patricia A. Wright
        Patricia A. Wright

Sworn to before me this
15th day of June, 2009

/s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2010

A/72752031.1

## Service List A

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Fax. No.: 212.310.8007<br>Attn:  Richard P. Kransnow<br>      Lori R. Fife<br>      Shai Y. Waisman<br>      Jacqueline Marcus | MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Fax No.: 212.530.5219<br>Attn: Dennis F. Dune<br>      Dennis O'Donnell<br>      Evan Fleck<br>      Wilbur F. Foster, Jr. |