**BLANK ROME LLP**
Andrew B. Eckstein
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5000
Facsimile: (212) 885-5001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al*., | Case No. 08-13555 (JMP) Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

       I, *Andrew B. Eckstein*, hereby certify that on or about June 12, 2009 and June 15, 2009, I caused a copy of the following documents:

1. *Joinder of the Delaware River Port Authority to Objections to Motion of the Debtors, Pursuant to Section 502(B)(9) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form [Dkt. No. 3900];*

2. *Joinder of Banca Italease S.p.A. to Objections to Motion of the Debtors, Pursuant to Section 502(B)(9) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form [Dkt. No. 3905];*

3. *Joinder of Italease Finance S.p.A. to Objections to Motion of the Debtors, Pursuant to Section 502(B)(9) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form [Dkt. No. 3907]; and*

4. *Corrected Joinder of Iconix Brand Group, Inc. to Objections to Motion of the Debtors, Pursuant to Section 502(B)(9) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form [Dkt. No. 3910].*

To be served upon the individuals listed on the attached Service List in the method(s) indicated thereon.

Dated:  June 15, 2009

                        **BLANK ROME LLP**

                        By:   */s/ Andrew B. Eckstein*
                             Andrew B. Eckstein
                             The Chrysler Building
                             405 Lexington Avenue
                             New York, NY  10174-0208
                             Telephone:  (212) 885-5000
                             Facsimile:  (212) 885-5001

## SERVICE LIST

### June 12, 2009

| **BY ELECTRONIC MAIL:** |
|---|
| Lori Fife, Esq.<br>Shai Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>lori.fife@weil.com<br>shai.waisman@weil.com |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Dennis C. O'Donnell<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>DDunne@milbank.com<br>EFleck@milbank.com<br>DODonnell@milbank.com |

067949.00333/6754724v.1

## SERVICE LIST

### June 15, 2009

| **BY HAND DELIVERY:** |
|---|
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Linda Riffkin, Esq.<br>Tracey Hope Davis, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004-2112 |

2

067949.00333/6754724v.1