UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.*, | Case No. 08-13555 (JMP)<br>Jointly Administered |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

**NORA E. MORALES**, being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, counsel for The New Jersey Housing and Mortgage Finance Agency in the above-captioned Chapter 11 proceedings, and that on the 15th day of June, 2009, she caused a copy of the following document to be served as indicated upon the parties listed on the attached service list:

1. *Joinder Of The New Jersey Housing And Mortgage Finance Agency To Objections To Motion Of The Debtors, Pursuant To Section 502(B)(9) For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner Of Notice Thereof And Approval Of The Proof Of Claim Form [Dkt. No. 3922].*

_____
Nora E. Morales

Sworn to and subscribed before
me this 15th day of June 2009

_____
Notary Public

ANA L. ZAMPINO
County - New York
Registration Number is 02ZA6184279
Expiration Date is 03/31/20__

130668.01600/6695382v.1

**SERVICE LIST**

| **BY ELECTRONIC MAIL:** |
|---|
| Lori Fife, Esq.<br>Shai Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>lori.fife@weil.com<br>shai.waisman@weil.com |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Dennis C. O'Donnell<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>DDunne@milbank.com<br>EFleck@milbank.com<br>DODonnell@milbank.com |

| **BY HAND DELIVERY:** |
|---|
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Linda Riffkin, Esq.<br>Tracey Hope Davis, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112 |



130668.01600/6695382v.1