Hearing Date and Time: June 17, 2009 at 2:00 p.m. (Prevailing Eastern Time)
Objection Date and Time: June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
:
Debtors.                       :    (Jointly Administered)
:
:
-------------------------------------------------------------------x

**NOTICE OF SECOND SUPPLEMENTAL SIGNATURE
PAGE TO CROSS-BORDER INSOLVENCY PROTOCOL**

PLEASE TAKE NOTICE that the proposed Cross-Border Insolvency Protocol for the Lehman Brothers Group of Companies dated as of May 12, 2009 (the "Protocol"), a copy of which is attached as Exhibit B to the Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of a Cross-Border Insolvency Protocol [Docket No. 3647] (the "Motion"), is hereby supplemented by the supplemental signature page signed by James W. Giddens, as Trustee for the Liquidation of Lehman Brothers Inc. under the Securities Investor Protection Act (attached hereto as Exhibit A). Accordingly, as of the date hereof, the following Official Representatives (as defined in the Motion) are parties to the Protocol:

1. **Lehman Brothers Holdings Inc.**, on its own behalf and on behalf of its affiliates that are debtors in cases pending under chapter 11 of Title 11 of the United States Code.

2. Rutger Schimmelpenninck in his capacity as bankruptcy trustee ("curator") for **Lehman Brothers Treasury Co. B.V.**

3. Dr. Michael C. Frege in his capacity as insolvency administrator ("Insolvenzverwalter") of **Lehman Brothers Bankhaus AG (In Insolvenz)**

4. Chay Fook Yuen for himself, Yap Cheng Ghee and Tay Puay Cheng, as

        Joint and Several Liquidators, without personal liability, of

        a. **Lehman Brothers Investments Pte. Ltd. (In Creditors' Voluntary Liquidation)**

        b. **Lehman Brothers Finance Asia Pte. Ltd. (In Creditors' Voluntary Liquidation)**

        c. **Lehman Brothers Commodities Pte. Ltd. (In Creditors' Voluntary Liquidation)**

        d. **Lehman Brothers Pacific Holdings Pte. Ltd. (In Creditors' Voluntary Liquidation)**

        e. **Sail Investors Pte. Ltd. (In Creditors' Voluntary Liquidation)**

        f. **Lehman Brothers Asia Pacific Holdings Pte. Ltd. (In Creditors' Voluntary Liquidation)**

5. Neil Singleton, as one of the joint and several administrators of:

        a. **Lehman Brothers Australia Granica Pty Limited** (Administrators Appointed)

        b. **Lehman Brothers Real Estate Australia Commercial Pty Limited** (Administrators Appointed)

        c. **Lehman Brothers Australia Real Estate Holdings Pty Limited** (Administrators Appointed)

        d. **Lehman Brothers Australia Finance Pty Limited** (Administrators Appointed)

        e. **Lehman Brothers Australia Holdings Pty Limited** (Administrators Appointed)

        f. **Lehman Brothers Australia Limited (Administrators Appointed)**

        g. **LBHV 1 Pty Limited (Administrators Appointed)**

        h. **HV 1 Pty Limited (Administrators Appointed)**

        i. **HV 2 Pty Limited (Administrators Appointed)**

6. Edward Simon Middleton as one of the Joint and Several Liquidators, without personal liability, of

        a. **Lehman Brothers Asia Holdings Limited (In Liquidation)**

        b. **Lehman Brothers Asia Limited (In Liquidation)**

      c.    **Lehman Brothers Futures Asia Limited (In Liquidation)**

      d.    **Lehman Brothers Securities Asia Limited (In Liquidation)**

      e.    **LBQ Hong Kong Funding Limited (In Liquidation)**

      f.    **Lehman Brothers Nominees (H.K.) Limited (In Liquidation)**

      g.    **Lehman Brothers Asia Capital Company (In Liquidation)**

      h.    **Lehman Brothers Commercial Corporation Asia Limited (In Liquidation)**

7.    James W. Giddens, as Trustee for the Liquidation of **Lehman Brothers Inc.** under the Securities Investor Protection Act.

Dated: June 15, 2009
New York, New York

                                                                                        /s/ Richard P. Krasnow
                                                                                       Richard P. Krasnow
                                                                                       WEIL, GOTSHAL & MANGES LLP
                                                                                      767 Fifth Avenue
                                                                                      New York, New York 10153
                                                                                      Telephone: (212) 310-8000
                                                                                      Facsimile: (212) 310-8007
                                                                                      Attorneys for Debtors
                                                                                      and Debtors in Possession

**Exhibit A**
(Supplemental Signature Page)

US_ACTIVE:\43071171\01\43071171_1.DOC\58399.0003

# AMENDMENT
# TO CROSS-BORDER INSOLVENCY PROTOCOL
# FOR THE LEHMAN BROTHERS GROUP OF COMPANIES

Pursuant to section 12.1 of that certain Cross-Border Insolvency Protocol for the Lehman Brothers Group of Companies dated May 12, 2009 (the "Protocol"), this is to acknowledge that the undersigned hereby agrees to be a party to the Protocol.

Dated: June 15, 2009

*/s/ James W. Giddens*
_____
James W. Giddens, as Trustee for the Liquidation of
**LEHMAN BROTHERS INC.** under the Securities Investor
Protection Act.