WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU 2297)
Lisa Thompson (LT 5176)

Wachovia Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (admitted *pro* *hac* *vice*)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
**In re**                                                    :    **Chapter 11**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :    **Case No. 08-13555 (JMP)**
                                                             :
                              **Debtors.**          :    **Jointly Administered**
------------------------------------------------------------------x

**VERIFIED STATEMENT OF WHITE & CASE LLP**
**PURSUANT TO BANKRUPTCY RULE 2019(a)**

**GERARD UZZI,** being duly sworn, deposes and says:

1.      I am an attorney at law and a partner in the law firm of White & Case LLP ("White & Case").  I make this verified statement on behalf of White & Case in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

2.      White & Case serves as co-counsel to the Ad Hoc Group of Lehman Brothers Creditors (the "Group") consisting of certain unaffiliated holders of claims against Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates.  I am the attorney at White & Case responsible for this engagement and have knowledge of White & Case's representation of the Group in the above-captioned chapter 11 cases.

3.      The members of the Group are:

Elliott Capital Management Corporation
712 Fifth Avenue
New York, NY 10019

King Street Capital Management, L.P.
65 East 55th Street, 30th Floor
New York, NY 10022

Paulson & Co. Inc.
1251 Avenue of the Americas, 50th Floor
New York, NY 10020

4.      White & Case has been advised by the members of the Group that, as of the date hereof, they collectively, together with their affiliates, hold claims against LBHI and its affiliated Debtors, including claims directly against LBHI totaling approximately $12.5 billion, based in large part on the beneficial ownership or management of various accounts with investment authority, contractual authority, or voting authority for notes issued or otherwise guaranteed by LBHI.

5.      In addition, I have been informed that White & Case represents certain members and customers of members of the Deutscher Sparkassen-und Giroverband ("DSGV"), based at Charlottenstrasse 47, Berlin 10117, Germany.  DSGV is the umbrella organization of the Sparkassen-Finanzgruppe and its 477 savings banks, 11 Landesbanken, 11 Landesbausparkassen, 13 public insurance companies and many other financial service providers (collectively, the "DSGV Members"). Through DSGV's organizational efforts, about 45 DSGV Members and 10,000 of the retail customers of DSGV Members (collectively, the "DSGV Group") that hold debt securities and other debt instruments issued by the Debtors and their affiliates (the "Debt Instruments") and, in some cases, guaranteed by LBHI, have joined together to efficiently protect their rights and assert their claims.

6.      The vast majority of the DSGV Members' claims are based on various guarantees issued by LBHI for payments to be made by its Dutch subsidiary, Lehman Brothers Treasury Co. B.V. ("<u>LBT</u>").  Moreover, some of the DSGV Members hold claims based on Debt Instruments issued by LBHI. The Debt Instruments are generally governed by German law and do not provide for indenture trustees or similar agents that can act on behalf of holders.

7.      I have also been informed that, in matters unrelated to the Group or DSGV, White & Case represents the following entities each acting individually and not as part of the above-mentioned Group or any other group in connection with these cases (collectively, the "<u>Creditors</u>"):

CommerzBank AG
New York and Grand Cayman Branches
2 World Financial Center
New York, NY 10281-1050

DnB NOR Bank ASA
200 Park Avenue, 31st Floor
New York, NY 10166-0396

Great Bay Condominium Owners Association, Inc.
6900 Great Bay
St. Thomas, VI 00802

Korea Development Bank
16-3 Yeoido-dong, Yeongdeungpo-gu
Seoul, Korea 150-973

MTR Corporation Limited
MTR Tower, Telford Plaza
33 Wai Yip Street
Kowloon Bay GPO Box 991, Hong Kong

RR Investment Company Limited and Rovida Holdings
London & Amsterdam Trust Company
3rd Floor, Century Yard Cricket Square, Eligin Avenue
Grand Cayman, Cayman Islands

Tiger Asia Fund, L.P.
101 Park Avenue
New York, NY 10178

Tiger Asia Overseas Fund, Ltd.
101 Park Avenue
New York, NY 10178

8.      White & Case may file proofs of claim on behalf of one ore more of the Creditors against one or more of the Debtors as and to the extent necessary.  In addition, White & Case intends to file proofs of claim against one or more of the Debtors on its own behalf for legal services rendered to certain Debtors prior to the commencement of the Debtors' cases.

9.      White & Case may also represent or advise, or may have represented or advised, other parties in interest in these cases that have not been included in this statement because such parties do not currently intend to appear in these cases or such representations have been concluded.  These parties in interest may include commercial and investment banks, private equity and hedge funds, and other financial institutions, exchanges, and clearing organizations.

10.    In the event that White & Case undertakes additional representation of other clients in these cases, this statement shall be supplemented in accordance with Bankruptcy Rule 2019.

Dated: New York, New York
June 15, 2009

WHITE & CASE LLP

By: /s/ Gerard Uzzi
    Gerard Uzzi (GU-2297)

1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Lisa Thompson (LT – 5176)

Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone:  (305) 371-2700
Facsimile:   (205) 358-5744
Thomas E Lauria (*admitted pro hac vice*)

Sworn to before me this
15th day of June, 2009

By: Elizabeth Anne Arundel
    Notary Public, State of New York
    No. 01AR6182807
    Qualified in New York County
    Commission Expires March 10, 2012