Daniel M. Silver, Esquire
McCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300 - Telephone
(302) 984-6399 - Facsimile
*Attorneys for Occidental Energy Marketing, Inc.*
*and Occidental Power Services, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | : | Chapter 11 |
|  | : |  |
| In re: | : | Case Nos. 08-13555 (JMP) |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS | : | (Jointly Administered) |
| INC., et. al., | : |  |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | : |  |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Daniel M. Silver, a member in good standing of the bar in the State of Delaware and

the bar of the U.S. District Court for the District of Delaware, request admission ***pro hac vice***

before the Honorable James M. Peck, to represent Occidental Energy Marketing, Inc. and

Occidental Power Services, Inc. in the above referenced case.

Mailing address:        McCarter & English, LLP
                        Renaissance Centre
                        405 N. King Street, 8th Floor
                        Wilmington, DE  19801
Email address:          dsilver@mccarter.com
Telephone number:   (302) 984-6300

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 16, 2009
       Wilmington, Delaware

                                        /s/ Daniel M. Silver
                                        Daniel M. Silver (DE Bar No. 4758)
                                        MCCARTER & ENGLISH, LLP
                                        Renaissance Centre
                                        405 N. King Street, 8th Floor
                                        Wilmington, DE  19801
                                        (302) 984-6300 - Telephone
                                        (302) 984-6399 - Facsimile
                                        dsilver@mccarter.com

                                        -and-

                                        /s/ Eduardo J. Glas
                                        Eduardo J. Glas, Esquire (# EG7027)
                                        McCARTER & ENGLISH, LLP
                                        245 Park Avenue
                                        27th Floor
                                        New York, New York  10167
                                        (212) 609-6800 - Telephone
                                        (212) 609-6921 - Facsimile
                                        eglas@mccarter.com

                                        Attorneys for *Occidental Energy Marketing, Inc.*
                                        *and Occidental Power Services, Inc.*

_____

### **ORDER**

**ORDERED**,
that Daniel M. Silver, Esq., is admitted to practice ***pro hac vice*** in the above referenced case, in
the United States Bankruptcy Court, Southern District of New York, provided that the filing fee
has been paid.

Dated: June _____, 2009

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

2