UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Brooke Filler, being duly sworn, deposes, and says:

    1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

    2.    On June 15, 2009, I caused to be served copies of **Citibank's Joinder in Barclays's Objection to the Debtors' Motion to Establish the Deadline for Filing Proofs of Claim and Related Relief** on the parties listed on the attached service list.

3. I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent in the manner shown thereon.

/s/ Brooke Filler
Brooke Filler

Sworn to before me this
16th day of June, 2009

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Dec. 21, 2010

## **SERVICE LIST**

**BY HAND**

The Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004-1408

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq.
    Paul Schwartzbertg, Esq.
    Brian Masumoto, Esq.
    Linda Riffkin, Esq.
    Tracy Hope Davis, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.