Presentment Date and Time: June 26, 2009 at 10:00 a.m.
Objection Deadline: June 25, 2009 at 4:00 p.m.

Martin N. Flics (#MF 9718)
Mary K. Warren (#MW 5215)
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
(+1) 212 903 9000 (tel)
(+1) 212 903 9100 (fax)
Attorneys for the Joint Administrators of the
Lehman European Group Administration Companies

-and-

Lindsee P. Granfield
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(+1) 212 225 2000 (tel)
(+1) 212 225 3999 (fax)
Attorneys for Barclays Capital, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>     Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>     Debtor. | Case No. 08-01420 (JMP) SIPA |

## NOTICE OF PRESENTMENT OF STIPULATION AND AGREED ORDER REGARDING CERTAIN CONTRACTS

PLEASE TAKE NOTICE that the *Stipulation and Agreed Order Between Barclays*

*Capital Inc. and the Joint Administrators for the Lehman European Group Administration*

*Companies Regarding Certain Contracts* annexed hereto (the "Stipulation") will be presented

A10063032

to the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy

Court for the Southern District of New York (the "Bankruptcy Court") for approval and

signature on June 26, 2009 at 10:00 a.m. (ET).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in

the Stipulation must comply with the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and the Local Rules of the United States Bankruptcy Court for the

Southern District of New York, must be set forth in a writing describing the basis thereof and

must be filed with the Bankruptcy Court electronically in accordance with General Orders M-

182 and M-193 by registered users of the Bankruptcy Court's electronic case filing system

(the User's Manual for the Electronic Case Filing System can be found at

http://www.nysb.uscourts.gov, the official website of the Bankruptcy Court) and, by all other

parties in interest, on a 3 and 1/2 inch disk, preferably in Portable Document Format (PDF),

WordPerfect or any other Windows-based word-processing format (with a hard copy

delivered directly to Chambers (as defined below) and served in accordance with General

Order M-182 or by first-class mail upon each of the following: (i) the chambers of the

Honorable James M. Peck ("Chambers"), One Bowling Green, New York, New York 10004,

Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York

10153, (Attn: Richard P. Krasnow, Eq., Lori R. Fife, Esq., Shai Waisman, Esq. and

Jacqueline Marcus, Esq.) attorneys for the debtors; (iii) the Office of the United States Trustee

for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York

10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riftkin and

Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy, 1 Chase Manhattan Plaza, New

York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan

Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors; (v) Cleary Gottlieb

Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: Lindsee P.

Granfield, Esq. and Lisa Schweitzer, Esq.), attorneys for Barclays Capital Inc.; (vi) Hughes

Hubbard and Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B.

Kobak, Esq. and David Wiltenberg, Esq.); and (vii) Linklaters LLP, 1345 Avenue of the

Americas, New York, New York 10105 (Attn: Martin N. Flics, Esq. and Mary K. Warren,

Esq.), attorneys for the Joint Administrators of the Lehman European Group Administration

Companies, **so as to be received not later than 4:00 p.m. (ET) on June 25, 2009**.

PLEASE TAKE FURTHER NOTICE that if no objections to the Stipulation are timely

filed, served and received in accordance with this notice, the Court may enter an order

approving the Stipulation without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed and

served, a hearing will be held to consider the Stipulation, along with any written objection

timely received, on July 15, 2009 at 10:00 (ET) at the United States Bankruptcy Court for the

Southern District of New York, Honorable James M. Peck, United States Bankruptcy Judge,

One Bowling Green, New York, New York 10004-1408, 6th Floor.  The moving and objecting

parties are required to attend the hearing and failure to attend in person or by counsel may

result in relief being granted or denied upon default.


Dated:  New York, New York
        June 16, 2009

                                             CLEARY GOTTLIEB STEEN &
                                             HAMILTON LLP

                                             By:  /s/ Lisa M. Schweitzer
                                                  Lindsee P. Granfield
                                                  Lisa M. Schweitzer
                                             One Liberty Plaza
                                             New York, New York 10006
                                             Telephone: (212) 225-2000
                                             Facsimile: (212) 225-3999

                                             Counsel to Barclays Capital Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                                    Debtors.

In re

LEHMAN BROTHERS INC.,

                                    Debtor.

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

Case No. 08-01420 (JMP) SIPA

## STIPULATION AND AGREED ORDER BETWEEN BARCLAYS CAPITAL INC. AND THE JOINT ADMINISTRATORS FOR THE LEHMAN EUROPEAN GROUP ADMINISTRATION COMPANIES REGARDING CERTAIN CONTRACTS

The Joint Administrators of the Lehman European Group Administration Companies[1]

(the "Joint Administrators") and Barclays Capital Inc. ("Barclays" and together the "Parties"),

by and through their respective counsel, hereby enter into this stipulation and agreed order

and stipulate and agree as follows:

## BACKGROUND

A.    Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC ("745") filed

petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code") with the United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court") on September 15, 2008, and September 17, 2008, respectively (Case

Nos. 08-13555 and 08-13600, such cases, the "Chapter 11 Cases"). On September 16, 2008,

---

[1]    The Lehman European Group Administration Companies include Lehman Brothers International Europe, Lehman Brothers Holding Plc, Lehman Brothers Limited, LB UK RE Holdings Limited, Storm Funding Limited, Mable Commercial Funding Limited, Lehman Brothers Europe Limited and the other Lehman group companies in insolvency processes in the UK over which partners in PricewaterhouseCoopers LLP are appointed.

1

the Debtors (defined below) entered into an Asset Purchase Agreement (as amended, modified or clarified, the "Purchase Agreement") with Barclays. On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI," together with LBHI and 745, the "Debtors") and James W. Giddens was appointed as Trustee under SIPA (the "SIPC Trustee") to administer LBI's estate (Case No. 08-01420, such proceeding, the "SIPA Proceeding").

B.    Section 2.5 of the Purchase Agreement provides, inter alia, that for a period of sixty days after the Closing (as defined in the Purchase Agreement), Barclays may designate contracts related to the assets purchased ("Related Contracts") for assumption and assignment to Barclays. On September 18, 2008, the Debtors designated certain executory contracts and unexpired leases for assumption and assignment to Barclays as of the Closing (the "Closing Date Contracts") by listing those contracts in schedules (the "Schedules") posted on http://chapter11.epiqsystems.com/lehman (the "Website"). On September 20, 2008, the Court entered (i) an order (the "Chapter 11 Sale Order") approving the Purchase Agreement and the various transactions contemplated therein in the Chapter 11 Cases and (ii) an order approving, and incorporating by reference, the Chapter 11 Sale Order in the SIPA Proceeding.

C.    On October 1, 2008 revised and updated Schedules (the "Revised Schedules") were posted to the Website. The Revised Schedules designated as Closing Date Contracts, among others, (i) a "Master Agreement" between the Lehman entity "LBL" and "PINACL SOLUTIONS UK LTD" with a contact address of Optic Technium Centre, Ford William Morgan, St. Asaph Business Park, St. Asaph LL17 OJD (the "Pinacl Solutions Contract"), (ii) a "Standalone Agreement" between "LBL" and "WM Company" with a

contact address at World Markets House, Crewe Toll, Edinburgh EH4 2PY (the "WM

Company Contract"), (iii) a "Master Agreement" between CQGI Limited and an unknown

Lehman entity, as well as an "Amendment / Addendum / Schedule" between CQGI Limited

and "Lehman Brothers", each with a contact address at 21 St. Thomas Street, London, SE1

9RY (collectively, the "CQGI Contract"), (iv) an unspecified agreement with Maxcor (the

"Maxcor Contract"), (v) an unspecified agreement between an unknown Lehman entity and

"SunGard Business Integration (UK) Limited" (the "SunGard Contract"), (vi) various

agreements with SimCorp Ltd, for which Lehman Brothers Holdings Inc. was referenced as

the Lehman counterparty (collectively, the "SimCorp Contracts"), and (vii) various

agreements between an unspecified Lehman entity and "Radianz" (collectively, the "Radianz

Contracts").

        D.    The Parties have since confirmed that (i) the parties to the WM Company

Contract are The World Markets Company plc and Lehman Brothers Limited, a company

incorporated in England and Wales, with registered number 846922 ("LBL"), (ii) the parties

to the Pinacl Solutions Contract are Pinacl Solutions U.K. Limited and LBL, (iii) the parties

to the CQGI Contract are CQGI Limited and LBL, (iv), the parties to the Maxcor Contract are

Maxcor Financial Inc. and Lehman Brothers International (Europe), a company incorporated

in England and Wales, with registered number 02538254 ("LBIE"), (v) the parties to the

SunGard Contract are SunGard Business Integration (UK) Limited and LBL, (vi) the parties

to the SimCorp Contracts are SimCorp Ltd. and LBL, and (vii) the parties to the Radianz

Contracts are Radianz Global Sales Limited and LBL. LBL and LBIE are each a Lehman

European Group Administration Company, over which the Joint Administrators have been

appointed. Consequently, the Parties have concluded that the Pinacl Solutions Contract, the

---

3

WM Company Contract, the CQGI Contract, the MaxCor Contract, the SunGard Contract, the

SimCorp Contracts, and the Radianz Contracts were each erroneously designated as Closing

Date Contracts.

        E.    In addition, the Revised Schedules designate as a Closing Date Contract a

contract between "LBSF" and an unknown Lehman entity (the "LBSF Contract", and together

with the Pinacl Solutions Contract, the WM Company Contract, the CQGI Contract, the

MaxCor Contract, the SunGard Contract, the SimCorp Contracts, and the Radianz Contracts,

the "Excluded Contracts")).  LB SF No. 1 is a company incorporated in England and Wales,

with registered number 06001928, and is a Lehman European Group Administration

Company, over which the Joint Administrators have been appointed.  Barclays has concluded

that the LBSF Contract was erroneously designated as a Closing Date Contract.

        NOW, THEREFORE, it is STIPULATED AND AGREED, subject to the

approval of the Bankruptcy Court, by and between the undersigned parties as follows:

        1.    The Excluded Contracts are not Related Contracts.  Accordingly, notwithstanding

any prior notice given by Barclays or the Debtors: (a) none of the Excluded Contracts is a

Closing Date Contract; and (b) the Excluded Contracts have not been assumed by the

Debtors, nor assigned to Barclays.  For the avoidance of doubt, this Stipulation supersedes

any designation of the Excluded Contracts as Related Contracts or as Closing Date Contracts.

        2.    Inclusion of the Excluded Contracts in the Schedules shall not modify or otherwise

affect whatever property rights the relevant Lehman Group Joint Administration Company

has in the Excluded Contracts under applicable law.

3.     Except as expressly set forth herein, the Parties reserve all of their rights and defenses against each other, including with respect to the Closing Date Contracts, the Related Contracts and the Excluded Contracts.

4.     This Stipulation may be executed in counterparts, each of which, when so executed and delivered, shall be deemed to be an original and shall be binding on the Party who, through its counsel, signed the counterpart, all of which together shall constitute a single agreement.

5.     The person who executes this Stipulation by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each such Party.

6.     This Stipulation shall be governed by the laws of the State of New York, without regard to the application of New York's conflict of law principles.

7.    The terms and conditions of this Stipulation shall be immediately effective and

enforceable upon its approval by the Bankruptcy Court.

Dated:    New York, New York
          June 16, 2009

                                        Linklaters LLP


                                         /s/ Martin N. Flics
                                        Martin N. Flics, Esquire (# MF 9718)
                                        Mary K. Warren (#MW 5215)
                                        1345 Avenue of the Americas
                                        New York, NY 10105
                                        (212) 903-9000 (tel)
                                        (212) 903-9100 (fax)
                                        martin.flics@linklaters.com

                                        *Attorneys for the Joint Administrators of the
                                        Lehman European Group Administration
                                        Companies*



                                        Cleary Gottlieb Steen & Hamilton LLP


                                         /s/ Lisa M. Schweitzer
                                        Lindsee P. Granfield, Esq.
                                        Lisa M. Schweitzer, Esq.
                                        One Liberty Plaza
                                        New York, NY 1006
                                        (212) 225 2000 (tel)
                                        (212) 225 3999 (fax)

                                        *Attorneys for Barclays Capital Inc*




SO ORDERED


_____
Hon James M. Peck, U.S.B.J.


_____
6