# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Related to Docket No. 3914 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

                s.s.:

COUNTY OF NEW YORK

Elizabeth Anne Arundel, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 13th day of June, 2009, I caused a copy of the following documents to be served upon the parties included on Exhibit A in the manner indicated.

   a) Statement of Ad Hoc Group of Lehman Brothers Creditors In Support of Debtors Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of a Cross-Border Insolvency Protocol [Docket No. 3914].

Additionally, copies of the above documents were submitted to the court for transmittal to Chambers and the Office of the United States Trustee pursuant to Local Rule 9070-1(i).

                                               */s/ Elizabeth Anne Arundel*
                                               Elizabeth Anne Arundel

Sworn to before me this 16th day of June, 2009

*/s/ Carrol Marshall*

---

Notary Public State of New York, No. 01MA5040847
Qualified in Westchester County
Certificate Filed in New York County
My commission expires March 29, 2011

# EXHIBIT A

**Local Rule 9070-1(i).**

The Office Of The United States Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street 21st Floor
New York NY 10004

The Honorable James M. Peck
Courtroom 601
One Bowling Green,
New York, New York 10004

**Via Federal Express**

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq.,
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005,