WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | : | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | |

------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL AFFIDAVIT**
**AND DISCLOSURE STATEMENT OF JOHN W. MADDEN III**
**ON BEHALF OF THE MADDEN LAW FIRM**

**PLEASE TAKE NOTICE** that on March 18, 2009, and in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394], Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), filed the ordinary course professional affidavit and retention questionnaire (together the "Affidavit and Questionnaire") of John W. Madden III on behalf of the Madden Law Firm ("Madden") [Docket No. 3157].

US_ACTIVE:\43071200\01\43071200_1.DOC\

**PLEASE TAKE FURTHER NOTICE** that Madden hereby supplements its Affidavit and Questionnaire to include the following additional services: legal services regarding corporate work in Colorado (the "Amended Madden Affidavit"). A copy of the Amended Madden Affidavit is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Amended Madden Affidavit, on (i) the Office of the United States Trustee, and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of Madden must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, Madden shall be deemed approved by the Court and deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: June 16, 2009
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## **<u>Exhibit A</u>**

US_ACTIVE:\43071200\01\43071200_1.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF JOHN W. MADDEN, III,

## ON BEHALF OF THE MADDEN LAW FIRM

STATE OF COLORADO     )
                      ) ss:
COUNTY OF DENVER      )

John W. Madden, III, being duly sworn, upon his oath, deposes and says:

1.  I am a Sole Proprietor of The Madden Law Firm, located at 370 17th Street, Suite 3500, Denver, Colorado 80202 (the "Firm").

2.  On March 12, 2009, I executed an Affidavit and Disclosure Statement (the "Affidavit") in support of Debtors' retention of The Madden Law Firm as ordinary course professionals to provide legal services regarding real estate and litigation matters in Colorado and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on March 18, 2009 [Docket No. 3157].

NY2:\1953498\01\15VB%01!.DOC\58399.0003

3. This Affidavit (the "Supplemental Affidavit") supplements the previous Affidavit as the debtor has requested The Madden Law Firm to also provide legal services regarding corporate matters in Colorado.

By: _____

Subscribed and sworn to before me
this 8th day of June, 2009

_____ comm. exp: 4-4-12
Notary Public