**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

**LEHMAN BROTHERS HOLDINGS INC.,
et al.**

Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Chapter 11**

**Case No. 08-13555 (JMP)**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

I, Jessica Katz, state as follows:

1.    I am over 18 years of age and am not a party to this action.

2.    I am employed by Debevoise & Plimpton LLP at 919 Third Avenue, New York, NY 10022.

3.    On June 12, 2009, I caused to be served a true and correct copy of the *Joinder of Ross Financial Corporation to Objection of Barclays Capital Inc., Barclays Bank PLC and their affiliates to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* (Docket No. 3852) by electronic notice upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system and by hand delivery upon the service list attached hereto as **Exhibit A**.

    Additionally, copies of the above document were submitted to the court for transmittal to Chambers and the Office of the United States Trustee pursuant to Local Rule 9070-1.


Dated: June 16, 2009

                             /s/ Jessica Katz___
                              Jessica Katz

22989456v1

## EXHIBIT A

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn: Lori R. Fife, Esq., Shai Waisman, Esq. and Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq.