# EXHIBIT A

(Ordinary Course Professional Affidavit)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (JMP)
                                          :
                    Debtors.              :   (Jointly Administered)
                                          :
                                          :
---------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF Spencer Summerfield,

ON BEHALF OF Travers Smith LLP

City of London              )
                            ) ss:
COUNTRY OF United Kingdom   )

Spencer Summerfield, being duly sworn, upon his oath, deposes and says:

1. I am a partner of Travers Smith LLP, located at 10 Snow Hill, London, EC1A 2AL, UK (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors with regard to their direct and indirect interests in Chancerygate (Business Centre) Limited and Chancerygate Lehman LLP, and the Firm has consented to provide such services ("Chancerygate Matter"). The Debtors have also requested that the Firm provide legal services to the Debtors, including Lehman Commercial Paper Inc. ("LCPI"), United Kingdom Branch as senior lender and mezzanine lender to subsidiaries of Rockstart Limited (including its

subsidiary Boultbee (Longton) Limited). The advice to be given is in relation to the rights of LCPI under senior and mezzanine facility agreements ("Banking Matter"). The legal services provided in both matters will include the provision of advice on the interpretation of existing documentation, preparation and drafting of documentation and the provision of general legal advice regarding the relevant matter.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.

4. The Firm is currently acting for a number of clients (including hedge funds and custodians) in relation to their general and proprietary claims in the administration of Lehman Brothers International Europe ("LBIE") ("Creditor Claims"). As far as I am aware, the Creditor Claims are not related to the Chancerygate Matter or the Banking Matter. It is possible such claims may lead to similar claims against LBHI and, indeed, the Firm has already been and continues to be involved in claims on behalf of clients in the bankruptcy of LBHI. In addition, the Firm has also been involved in advising on the filing of protective claims in the Lehman Brothers Inc. proceedings under the Securities Investor Protection Act. Other than as set out in paragraphs 3 and 4 of this affidavit and in Exhibit B, so as far as I am aware, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor so far as I am aware, any partner of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the partners and regular employees of the Firm.

6. Subject to the details set out in paragraphs 3 and 4 and Exhibit B, neither I, nor any partner of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $0 for prepetition services.

8. The Firm will conduct further inquiries regarding its retention by any creditors of the Debtors if any time during the period of its employment the Firm should discover any facts bearing on the matters described herein and in such case, the Firm will supplement the information contained in this Affidavit.

By: SPENCER SUMMERFIELD

Subscribed and sworn to before me
this 15th day of June, 2009

_____
Notary Public

**Notary Public, London, England**
**(Andrew J. Claudet)**
**My Commission Expires with Life**



**CHEESWRIGHTS**
NOTARIES PUBLIC

Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

15 June 2009 10:10

# EXHIBIT B

**(Retention Questionnaire)**

# EXHIBIT B

**(Retention Questionnaire)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                               :
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :   08-13555 (JMP)
                                               :
                     Debtors.                  :   (Jointly Administered)
                                               :
                                               :
-------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Zaw Win
            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    TRAVERS SMITH LLP

    10 SNOW HILL

    LONDON

    EC1A 2AL, UK

2. Date of retention: 13 MAY 2009

3. Type of services provided (accounting, legal, etc.):

Legal

4.  Brief description of services to be provided:

    Legal advice in relation to Debtors' direct and indirect interests in Chancerygate (Business Centre) Limited and Chancerygate Lehman LLP ("**Chancerygate Matter**")

    The Debtors have also requested that the Firm provide legal services to the Debtors, including Lehman Commercial Paper Inc. ("LCPI"), United Kingdom Branch as senior lender and mezzanine lender to subsidiaries of Rockstart Limited (including its Boultbee (Longton) Limited). The advice to be given is in relation to the rights of LCPI under a senior and mezzanine facility agreements ("Banking Matter").

    The legal services provided will include the provision of advice on the interpretation of existing documentation, preparation and drafting of documentation and the provision of general legal advice regarding the Chancerygate Matter and Banking Matter.

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly

    (a)  Average hourly rate (if applicable):

         SRS - £630

         AAK - £580

        PAL - £580

        FHS - £385

        SDF - £270

        HLW - £230

    (b)    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

        NIL

6.    Prepetition claims against the Debtors held by the firm:  NONE

    Amount of claim:    $ N/A

    Date claim arose:    N/A

    Source of Claim:    N/A

7.    Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:  NONE

    Name: N/A

    Status: N/A

    Amount of Claim:  $ N/A

    Date claim arose:  N/A

    Source of claim:  N/A

8.    Stock of the Debtors currently held by the firm:

    Kind of shares:  NONE

    No. of shares:  NONE

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: NONE

Status: N/A

Kind of shares: N/A

No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

The Firm is currently acting for a number of clients (including hedge funds and custodians) in relation to their general and proprietary claims in the administration of Lehman Brothers International Europe ("LBIE") ("Creditor Claims"). As far as I am aware, the Creditor Claims are not related to the Chancerygate Matter or the Banking Matter. It is possible such claims may lead to similar claims against Lehman Brothers Holding Inc ("LBHI"). The Firm has already been and continues to be involved in claims on behalf of clients in the bankruptcy of LBHI. The Firm is also involved in advising on the filing of protective claims in the Lehman Brothers Inc. proceedings under the Securities Investor Protection Act).

I note that in order to complete this questionnaire an email was sent to all partners and professional staff of the Firm on 27 May 2009 requesting details of whether the Firm or any partner or professional employee of the

Firm had any adverse interests to the Debtors or their estates.

11. Name of individual completing this form:

SPENCER ROBERT SUMMERFIELD

*SR [signature]*

Subscribed and sworn to before me
this 15th day of June, 2009

*[signature]*

Notary Public, London, England
(Andrew J. Claudet)
My Commission Expires with Life

