**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                             :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:
                Debtors.                           :    (Jointly Administered)
:
:
---------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF Joseph E. Anderson,

## ON BEHALF OF PetroVal, Inc.

STATE OF ~~Georgia~~ Florida    )
                                ) ss:
COUNTY OF ~~Gwinnett~~ Sarasota )

        Joseph E. Anderson, being duly sworn, upon his oath, deposes and says:

        1.      I am a President of PetroVal, Inc., located at 2289 Glenmore Lane, Snellville, GA 30078 (the "Firm").

        2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide appraisal services to the Debtors, and the Firm has consented to provide such services.

        3.      I submit this Affidavit in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $_0_ for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 10th day of June, 2009

_____
Notary Public

DEBBIE M. MCDERMOTT
Notary Public - State of Florida
My Commission Expires Aug 16, 2010
Commission # DD 586138
Bonded By National Notary Assn.

---
[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

>   Weil, Gotshal & Manges LLP
>   767 Fifth Avenue
>   New York, New York 10153
>   Attn:    Jennifer Sapp
>           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.  Name and address of firm:

    PetroVal, Inc.

    2289 Glenmore Lane

    Snellville, GA 30078


2.  Date of retention:    June 10, 2009

3.  Type of services provided (accounting, legal, etc.):

Appraisal services
_____
_____
_____

4. Brief description of services to be provided:

Appraisals of 53 convenience store/gas stations
_____
_____

5. Arrangements for compensation (hourly, contingent, etc.)

On the 45-60 day project: $82,812 at commencement; $41,407 after 35 days, and $41,406 within 30 days of completion

   (a) Average hourly rate (if applicable):

       n/a

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

       n/a

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $0

   Date claim arose:   n/a

   Source of Claim:    n/a

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: n/a

   Status: n/a

   Amount of Claim: $0

   Date claim arose: n/a

      Source of claim: n/a

8. Stock of the Debtors currently held by the firm:

      Kind of shares: none

      No. of shares: none

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

      Name: none

      Status: none

      Kind of shares: n/a

      No. of shares: none

10. Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

      none

11. Name of individual completing this form:

      Joseph E. Anderson