**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | § § | Case No. 08-13555 (JMP) |
| Debtor | § § § | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 15th day of June, 2009, I caused to be served by email transmission a true copy of the *Objection of Deutsche Bank AG to Motion of Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* upon those parties listed on the attached Service List A.

3. That on the 15th day of June, 2009, I caused to be served by facsimile transmission a true copy of the *Objection of Deutsche Bank AG to Motion of Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for*

A/72752031.2

*Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* upon the Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10022.

          /s/Patricia A. Wright
          Patricia A. Wright

Sworn to before me this
16th day of June, 2009

/s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2010

A/72752031.2

## Service List A

WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Fax. No.: 212.310.8007
Attn: Richard P. Kransnow
     Lori R. Fife
     Shai Y. Waisman
     Jacqueline Marcus

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax No.: 212.530.5219
Attn: Dennis F. Dune
     Dennis O'Donnell
     Evan Fleck
     Wilbur F. Foster, Jr.

A/72752031.2