Paul Batista, Esq.
PAUL BATISTA, P.C.
New York, New York 10004
26 Broadway – Suite 1900
Telephone: (212) 980-0070
Facsimile: (212) 344-7677
E-mail: Batista007@aol.com

*Attorney for Unclaimed Property Recovery Service, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* | **Case No. 08-13555 (JMP)** |
| | **Jointly Administered** |
| **Debtors.** | |

-----------------------------------------------------------x

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | |
| Plaintiff-Appellant, | **Case No. 08-01420 (JMP) SIPA** |
| v. | **SIPA Liquidation Proceeding.** |
| **LEHMAN BROTHERS, INC.,** | |
| Defendant. | |

-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused a true and correct copy of the Declaration of Bernard Gelb and the Objection of Unclaimed Property Recovery Service, Inc. to the Settlement of the Proposed Order of Lehman Brothers Holdings, Inc. and its affiliated debtors in the above-referenced chapter 11 case, and its non-debtor affiliates in the above-referenced SIPA Liquidation of Lehman Brothers, Inc. with respect to the motion of Unclaimed Property Recovery Service, Inc. [Docket 3345] to be served by email and/or by first class Mail, postage prepaid, as follows:

See Attached Service List

Dated:   June 16, 2009
         New York, New York

                              **PAUL BATISTA, P.C.**
                              *Attorneys Unclaimed Property Recovery Service, Inc.*

                                _____/s/ Paul Batista_____
                              Paul Batista, Esq.
                              26 Broadway – Suite 1900
                              New York, New York 10004
                              Telephone: (212) 980-0070
                              Facsimile: (212) 344-7677
                              E-mail: Batista007@aol.com

**PARTIES SERVICE LIST – First Class Mail**

| | |
|---|---|
| Attorneys for Debtors<br>Weil Gotshal & Manges LLP<br>Harvey R. Miller<br>Jacqueline Marcus<br>Shai Waisman<br>Richard Krasnow<br>767 Fifth Ave.<br>New York, NY 10153<br>Email: harvey.miller@weil.com<br>Email: jacqueline.marcus@weil.com<br>Email: shai.waisman@weil.com | Honorable James M. Peck ("Chambers")<br>Courtroom 601<br>One Bowling Green<br>New York, New York 10004 |
| U.S. Trustee<br>U.S. Trustee<br>Andy Velez-Rivera<br>Paul Schwartzberg,<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Milbank, Tweed, Hadley &<br>McCloy LLP,<br>Dennis F. Dunne<br>Dennis O'Donnell<br>Evan Fleck<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| Attorneys for Unsecured Creditors Committee<br>Quinn Emanuel Urquhart Oliver & Hedges<br>James Tecce<br>Susheel Kirpalani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>212-849-7000<br>Fax : 212 849-7100<br>Email: jamestecce@quinnemanuel.com<br>Email: susheelkirpalani@quinnemanuel.com | Attorneys for DIP Lenders<br>Cleary Gotliebb LLP<br>Lindsee P. Granfield<br>**Lisa M. Schweitzer**<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>(212) 225-3999 (fax)<br>lschweitzer@cgsh.com<br>maofiling@cgsh.com |
| Attorneys for the SIPC Trustee<br>Hughes Hubbard & Reed LLP<br>Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 837-6375<br>Fax : (212) 422-4726<br>Email: margolin@hugheshubbard.com | |