GARFIELD COUNTY ATTORNEY
108 8th Street, Suite 219
Glenwood Springs, CO  81601
Telephone:  (970) 945-9150
Facsimile:  (970) 384-5005
Deborah Quinn, #7685

Attorneys for Objectors
Garfield County Treasurer and
Board of County Commissioners of
Garfield County, Colorado

**IN THE UNITED STATES BANRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | ) | **Case No. 08-13555 (JMP)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered** |
| | ) | |

-----------------------------------------------------------------

**NOTICE OF WITHDRAWAL OF OBJECTION OF**
**GARFIELD COUNTY TREASURER AND**
**BOARD OF COUNTY COMMISSIONERS OF GARFIELD**
**COUNTY, COLORADO, TO DEBTORS' MOTION TO ESTABLISH**
**PROCEDURES TO SELL OR ABANDON *DE MINIMIS* ASSETS**

Georgia Chamberlain, the Garfield County, Colorado Treasurer, and the Board of County Commissioners of Garfield County, Colorado, by and through their undersigned counsel, hereby withdraws its *OBJECTION OF GARFIELD COUNTY TREASURER AND BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY, COLORADO, TO DEBTORS' MOTION TO ESTABLISH PROCEDURES TO SELL OR ABANDON DE MINIMIS ASSETS* in that the dispute that was the subject of the Objection has been resolved as shown in paragraphs 4 and 7 of the Revised Proposed Order (Docket No. 3967).

DATED this 16th day of June, 2009.

        OFFICE OF THE COUNTY ATTORNEY
        OF GARFIELD COUNTY, COLORADO

*/s/ Deborah Quinn, original signature on file*
Deborah Quinn
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO  81601
(970) 945-9150
E-mail: dquinn@garfield-county.com
ATTORNEY FOR GARFIELD COUNTY
TREASURER AND BOARD OF COUNTY
COMMISSIONERS OF GARFIELD COUNTY,
COLORADO

---

*In re: Lehman Brothers Holdings, Inc., et al.;* Case No. 08-13555 (JMP)
NOTICE OF WITHDRAWAL OF OBJECTION OF GARFIELD
COUNTY TREASURER AND BOARD OF COUNTY
COMMISSIONERS OF GARFIELD COUNTY, COLORADO, TO
DEBTOR'S' MOTION TO ESTABLISH PROCEDURES TO SELL
OR ABANDON  *DE MINIMIS* ASSETS

T:\MyFiles\LITI\LB Rose\Pleadings - ours\Notice of Withdrawal of Objection.docx