STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman
Harold A. Olsen
Dina Kolker
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Attorneys for Basso Capital Management, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| **Debtors.** | : | |

---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :   ss.:
COUNTY OF NEW YORK   )

Michael Magzamen, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On June 16, 2009, affiant served true and correct copies of *Objection of Basso Capital Management, L.P. to Debtors Notice of Settlement of Order Granting in Part and Denying in Part the Motion of Basso Capital Management, L.P. for Relief Concerning Certain Contracts that Debtor Moved to Reject, then Sought to Assume without Providing Sufficient Notice and an*

*Opportunity to Object* (Docket No. 3970) via facsimile and/or overnight mail and/or hand delivery (as indicated) upon the parties set forth below.

**Via Facsimile & Overnight Mail**
Weil Gotshal & Manges LLP
Attn:  Richard L. Levine, Esq.
    Fax No. (212) 833-3928
    Jacqueline Marcus, Esq.
    Fax No. (212) 310-8007
767 Fifth Avenue
New York, NY 10153

**Via Hand Delivery**
Chambers of the Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

  /s/ Michael Magzamen
  Michael Magzamen

Sworn to before me this
16th day of June, 2009

 /s/ Daniel J. Harris
  NOTARY PUBLIC

 Notary Public, State of New York
 No. 02HA6203529
 Qualified in New York County
 Commission Expires April 6, 2013