Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO  80237
Phone:  720-488-0220
Fax:  720-488-7711

ATTORNEYS FOR IRONBRIDGE MOUNTAIN COTTAGES, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                    :    Case No. 08-13555 (JMP)
                                                            :
        Debtor.                                             :    Jointly Administered
                                                            :
------------------------------------------------------------x

**WITHDRAWAL OF OBJECTION TO**
**DEBTORS' MOTION PURSUANT TO SECTIONS 105, 363 AND**
**554(a) OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO**
**ESTABLISH PROCEDURES TO SELL OR ABANDON *DE MINIMIS* ASSETS**

Ironbridge Homes, LLC, a Colorado limited liability company ("Ironbridge Homes"), Ironbridge Mountain Cottages, LLC, a Colorado limited liability company, ("Mountain Cottages") and Ironbridge Aspen Collection, LLC, a Colorado limited liability company (Aspen Collection"), (collectively, the "Ironbridge Entities"), by their counsel, Bieging Shapiro & Burrus LLP, hereby withdraw their Objection (docket no. 3696) to Debtors' Motion Pursuant to Sections 105, 363 and 554(a) of the Bankruptcy Code for Authorization to Establish Procedures to Sell or Abandon *De Minimis* Assets (the "Motion"), filed by Lehman Brothers Holdings, Inc. ("LBHI").

96673

DATED this 16th day of June, 2009.

          BIEGING SHAPIRO & BURRUS LLP

By: /s/ Duncan E. Barber
Duncan E. Barber, #16768
Steven T. Mulligan, #199101
4582 South Ulster St. Parkway, Suite 1650
Denver, CO 80237
Telephone: (720) 488-0220
Fax: (720) 488-7711
E-mail dbarber@bsblawyers.com
E-mail: smulligan@bsblawyers.com

Attorneys for Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC, and Ironbridge Aspen Collection, LLC

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on June 16, 2009, a true and correct copy of the foregoing **WITHDRAWAL OF OBJECTION TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 363 AND 554(a) OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO ESTABLISH PROCEDURES TO SELL OR ABANDON *DE MINIMIS* ASSETS,** was placed in the United States mail, first-class, postage prepaid and addressed to the following:

| | |
|---|---|
| Andrew D. Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq.<br>Office of the U. S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Ian T. Lowitt, CFO<br>Lehman Brothers Holdings, Inc.<br>245 Seventh Avenue<br>New York, NY 10019 | Jeffrey S. Margolin, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Lehman Brothers Holdings, Inc.<br>c/o Prentice Hall Corporation System, Inc.<br>80 State Street<br>Albany, NY 12207 | Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y Waisman, Esq.<br>Weil Gotshal & Manages LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Lindsee P. Grandfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Deborah Quinn, Esq.<br>Assistant Garfield County Attorney<br>108 8th Street, Suite 219<br>Glenwood Springs, CO  81601 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn:    Dennis F. Dunne Esq.<br>            Evan Fleck, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |

/s/ Mary Anne Lenzi

96673