GARFIELD COUNTY ATTORNEY
108 8th Street, Suite 219
Glenwood Springs, CO  81601
Telephone:  (970) 945-9150
Facsimile:  (970) 384-5005
Deborah Quinn, #7685

Attorneys for Objectors, Garfield County Treasurer and
Board of County Commissioners of Garfield County, Colorado

**IN THE UNITED STATES BANRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | ) | **Case No. 08-13555 (JMP)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered** |
| | ) | |

---------------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF COLORADO    )
                     : ss
COUNTY OF GARFIELD   )

CAROLYN COTTRELL, being duly sworn, deposes and says:

1. I am employed by the Garfield County Attorney, located at 108 8th Street, Glenwood Springs, Colorado 81601.  I am over the age of eighteen (18) and am not a party to the above-captioned action.

2. On June 16, 2009, the following document was filed electronically with the United States Bankruptcy Court for the Southern District of New York: **NOTICE OF WITHDRAWAL OF OBJECTION OF GARFIELD COUNTY TREASURER AND BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY, COLORADO, TO DEBTORS' MOTION TO ESTABLISH PROCEDURES TO SELL OR ABANDON DE MINIMIS ASSETS** dated June 16, 2009 (Docket No. 3987).

3. In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, on June 16, 2009, I placed a copy of the foregoing in the U.S. Mail, postage prepaid, to the parties on the attached *Exhibit A* service list.

I certify that the forgoing statements made by me are true.

*/s/ Carolyn Cottrell, original signature on file*
Carolyn Cottrell
Legal Assistant

Sworn to before me this 16th day of June, 2009.

    */s/ Rebecca J. Davis, original signature on file*
Notary Public for the State of Colorado
Residing at Glenwood Springs, Colorado
My commission expires:  2/28/2011.

*In re: Lehman Brothers Holdings, Inc., et al.;* Case No. 08-13555 (JMP)
AFFIDAVIT OF SERVICE
T:\MyFiles\LITI\LB Rose\Pleadings - ours\Affidavit of Service.docx

EXHIBIT A
SERVICE LIST

The Chambers of the Hon. James M. Peck
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Jacqueline Marcus, Esq.
Weil Gotshal &Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez- Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
The Office of the United State Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004


Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*In re: Lehman Brothers Holdings, Inc., et al.;* Case No. 08-13555 (JMP)
AFFIDAVIT OF SERVICE
T:\MyFiles\LITI\LB Rose\Pleadings - ours\Affidavit of Service.docx

3