Presentment Date and Time: June 24, 2009 at 12:00 p.m. (Prevailing Eastern Time)
Objection Deadline:  June 23, 2009 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection Filed):  June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                     :    Chapter 11 Case No.
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                                          :
                    Debtors.                              :    (Jointly Administered)
------------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF STIPULATION, AGREEMENT AND ORDER BETWEEN THE DEBTORS AND TENANT IN COMMON OWNERS EXTENDING THE TIME TO ASSUME OR REJECT LEASE OF NONRESIDENTIAL REAL PROPERTY AT HERITAGE PARK II

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Stipulation, Agreement and Order (the "Stipulation, Agreement and Order") among Lehman Brothers Holdings Inc. and its affiliated debtors and debtors-in-possession, and the tenant in common owners of the nonresidential real property at Heritage Park II, 6666 East 75th Street, Indianapolis, Indiana, to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **June 24, 2009 at 12:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Stipulation, Agreement and Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by no later than **June 23, 2009 at 11:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed as set forth above, a hearing (the "Hearing") will be held to consider the Stipulation, Agreement and Order on **June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: June 16, 2009
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
------------------------------------------------------------------x

**STIPULATION, AGREEMENT AND ORDER**
**BETWEEN DEBTORS AND TENANT IN COMMON**
**OWNERS EXTENDING THE TIME TO ASSUME OR REJECT**
**LEASE OF NONRESIDENTIAL REAL PROPERTY AT HERITAGE PARK II**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

This stipulation, agreement and order ("Stipulation, Agreement and Order") is entered into by and between Lehman Brothers Holdings Inc. ("LBHI" and, together with its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, the "Debtors"), on the one hand, and the tenant in common owners (the "TIC Owners"), on the other hand.

**RECITALS**

A.    On September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B.    Pursuant to that certain lease, dated as of March 18, 2003 (as amended on June 18, 2003 and September 29, 2007, the "Lease"), by and between the TIC Owners, as landlord (the "Landlord), and LBHI, as tenant, all as successors in interest, Landlord leases to LBHI certain office space in a building located at Heritage Park II, 6666 East 75th Street, Indianapolis, Indiana.

C.    By motion dated December 29, 2008, the Debtors moved the Court, pursuant to section 365(d)(4) of the Bankruptcy Code, for an extension of the period within which the Debtors must assume or reject unexpired leases of nonresidential real property through and including April 13, 2009 (the "Extension Motion") [Docket No. 2406].  By order dated January 15, 2009, the Court granted the Extension Motion [Docket No. 2548].

D.    By stipulation dated April 7, 2009, Landlord and LBHI agreed, pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, to an extension of the period within which LBHI may move to assume or reject the Lease through and including June 30, 2009 (the "First Stipulation").  On April 10, 2009, the Court approved the First Stipulation [Docket No. 3323].

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE DEBTORS AND LANDLORD, THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL AND, UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT:**

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which LBHI may determine to assume or reject the Lease hereby is extended through and including August 31, 2009.

2. The TIC Owners represent to the Debtors that they are the owners of the Heritage Park II property, located at Heritage Park II, 6666 East 75th Street, Indianapolis, Indiana, and the Landlord under the Lease.

3. Each person who executes this Stipulation, Agreement and Order on behalf of a party or parties hereto represents that he is duly authorized to execute this Stipulation, Agreement and Order on behalf of such party or parties.

4. This Stipulation, Agreement and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

5. This Stipulation, Agreement and Order is subject to approval of the Court and shall be of no force and effect unless and until it is approved.

6. This Stipulation, Agreement and Order may not be amended or modified except by further order of the Court.

7. This Stipulation, Agreement and Order and all of the provisions hereof shall be binding upon, and inure to the benefit of, the parties hereto and their respective successors and assigns.

8. Each of the parties hereto irrevocably consents to the jurisdiction of the Court with respect to any action to interpret or enforce the terms and provisions of this Stipulation, Agreement and Order and expressly waives any right to commence any such action in another forum.

Dated: June 15, 2009

| **WEIL, GOTSHAL & MANGES LLP** | **TAYLOR ENGLISH DUMA LLP** |
|---|---|
| /s/ Shai Y. Waisman | /s/ Thomas W. Dickson |
| Shai Y. Waisman | Thomas W. Dickson |
| 767 Fifth Avenue | 1600 Parkwood Circle, Suite 400 |
| New York, New York 10153 | Atlanta, Georgia 30339 |
| Telephone: (212) 310-8000 | Telephone: (678) 336-7136 |
| Facsimile: (212) 310-8007 | Facsimile: (770) 434-7376 |
| Attorneys for Debtors and Debtors in Possession | Attorneys for the TIC Owners other than TIC Heritage Park, LLC |

**TIC Heritage Park, LLC**

/s/ John W. Boyd
By:  TIC Retained Interest, LLC
Its:  Sole Member

By:  John W. Boyd
Its:   Manager

101 N. Main St., 12th Floor
Greenville, SC 29601
Telephone: (800) 577-4842
Facsimile: (864) 672-4842

SO ORDERED this ___ day of June, 2009

_____
HONORABLE JAMES PECK
UNITED STATES BANKRUPTCY JUDGE