SHEARMAN & STERLING LLP

599 Lexington Avenue

New York, New York  10022

Telephone:  (212) 848-4000

Facsimile:  (212) 848-7179

Fredric Sosnick

William J.F. Roll, III

Attorneys for Bank of America, N.A. and its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
       :
       :
       :

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **Case No. 08 – 13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

      Kerri N. Silver, being duly sworn, deposes and says, under the penalty of perjury:

      1.  I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2.    On June 12, 2009, I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the, "**Limited Objection of Bank of America, N.A., Merrill Lynch & Co., Inc. and Their Respective Affiliates to the Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form**."

 /s/ Kerri N. Silver_____
Kerri N. Silver

SWORN TO AND SUBSCRIBED before me on this 16th day of June, 2009.

/s/ Marian D. Luketić_____
Marian D. Luketić
Notary Public, State of New York
No. 02LU5083644
Qualified in Nassau County,

Certificate Filed in NY County
My commission expires: August 18, 2009

**Exhibit A**

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York  10004

Office of the United States Trustee for
  the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

WEIL, GOTSHAL & MANGES LLP
(Counsel for the Debtors)
767 Fifth Avenue
New York, New York  10153
Attn:   Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

MILBANK, TWEED, HADLEY & McCLOY
LLP
(Counsel to the Official Committee of Unsecured
Creditors)
1 Chase Manhattan Plaza
New York, New York  10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.