Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Facsimile:  (212) 225-3999

*Attorneys for Barclays Capital Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

In re:                                                                  :     Chapter 11

Lehman Brothers Holdings Inc., et al.                                   :     Case No. 08-13555(JMP)

                        Debtors.                                        :     CERTIFICATE OF
                                                                              SERVICE
                                                                        :

------------------------------------------------------------------------ X

    I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

    On the 15th of June 2009, the Limited Objection of Barclays Capital Inc. to Debtors' Motion for Authorization to Establish Procedures to Sell or Abandon De Minimis Assets, dated June 15, 2009 including Exhibit A (Clean) and Exhibit B (Blacklined) was served by hand, by facsimile and by First Class Mail upon:

        BY HAND

        Shai Y. Waisman, Esq.
        Anthony J. Albanese, Esq.
        Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY  10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Rifkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

FACSIMILE

Duncan E. Barber, Esq.
Steven T. Mulligan, Esq.
Bieging Shapiro & Burrus LLP
Fax No.:  720-488-7711

Deborah Quinn, Esq.
Garfield County
Fax No.:  970-384-5005

<u>FIRST CLASS MAIL</u>

Duncan E. Barber, Esq.
Steven T. Mulligan, Esq.
Bieging Shapiro & Burrus LLP
4582 S. Ulster St. Parkway, Suite 1650
Denver, CO  80237

Deborah Quinn, Esq.
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO

Dated:  New York, New York
        June 16, 2009

                                                            s/Richard V. Conza
                                                              Richard V. Conza