UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         : 08-13555 (JMP)
:
                              Debtors.               : (Jointly Administered)
:
---------------------------------------------------------------x  Ref. Docket No. 3948

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 15, 2009, I caused to be served the "NOTICE OF ADJOURNMENT OF DEBTORS' MOTION PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM," dated June 15, 2009 [Docket No. 3948], by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A",

   b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

   c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
16th day of June, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Notice of Adjournment of Bar Date Hearing 3948_Aff 06-15-09.doc

**Exhibit "A"**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
basilumari@andrewskurth.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com

davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com

efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gauchb@sec.gov
gbray@milbank.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com

| | |
|---|---|
| hsnovikoff@wlrk.com | jlawlor@wmd-law.com |
| hweg@pwkllp.com | jlee@foley.com |
| ian.levy@kobrekim.com | jlevitin@cahill.com |
| icatto@kirkland.com | jlipson@crockerkuno.com |
| igoldstein@dl.com | jliu@dl.com |
| ilevee@lowenstein.com | jlovi@steptoe.com |
| info2@normandyhill.com | jlscott@reedsmith.com |
| ira.herman@tklaw.com | jmaddock@mcguirewoods.com |
| isgreene@hhlaw.com | jmazermarino@msek.com |
| israel.dahan@cwt.com | jmcginley@wilmingtontrust.com |
| iva.uroic@dechert.com | jmelko@gardere.com |
| jacobsonn@sec.gov | jmerva@fult.com |
| jafeltman@wlrk.com | jmr@msf-law.com |
| james.mcclammy@dpw.com | john.mcnicholas@dlapiper.com |
| jamestecce@quinnemanuel.com | john.monaghan@hklaw.com |
| jason.jurgens@cwt.com | john.rapisardi@cwt.com |
| jatkins@duffyandatkins.com | jorbach@hahnhessen.com |
| jay.hurst@oag.state.tx.us | Joseph.Cordaro@usdoj.gov |
| jay@kleinsolomon.com | joseph.scordato@dkib.com |
| Jbecker@wilmingtontrust.com | joshua.dorchak@bingham.com |
| jbeemer@entwistle-law.com | jowen769@yahoo.com |
| jbird@polsinelli.com | JPintarelli@mofo.com |
| jbromley@cgsh.com | jpintarelli@mofo.com |
| jcarberry@cl-law.com | jporter@entwistle-law.com |
| Jdrucker@coleschotz.com | jprol@lowenstein.com |
| jdyas@halperinlaw.net | jrabinowitz@rltlawfirm.com |
| jeff.wittig@coair.com | jrsmith@hunton.com |
| jeffrey.sabin@bingham.com | jschwartz@hahnhessen.com |
| jeldredge@velaw.com | jsheerin@mcguirewoods.com |
| jennifer.demarco@cliffordchance.com | jshickich@riddellwilliams.com |
| jennifer.gore@shell.com | jsmairo@pbnlaw.com |
| jeremy.eiden@state.mn.us | jtimko@allenmatkins.com |
| jessica.fink@cwt.com | jtougas@mayerbrown.com |
| jfalgowski@reedsmith.com | judy.morse@crowedunlevy.com |
| jfinerty@pfeiferlaw.com | jwallack@goulstonstorrs.com |
| jflaxer@golenbock.com | jwang@sipc.org |
| jfox@joefoxlaw.com | jweiss@gibsondunn.com |
| jg5786@att.com | jwest@velaw.com |
| jgarrity@shearman.com | jwh@njlawfirm.com |
| jgenovese@gjb-law.com | jwhitman@entwistle-law.com |
| jgutmanmann@sonnenschein.com | jwishnew@mofo.com |
| jguy@orrick.com | k4.nomura@aozorabank.co.jp |
| jherzog@gklaw.com | kaf@msf-law.com |
| jhiggins@fdlaw.com | karen.wagner@dpw.com |
| jhs7@att.net | karol.denniston@dlapiper.com |
| jhuggett@margolisedelstein.com | KDWBankruptcyDepartment@kelleydrye.com |
| jhuh@ffwplaw.com | keckhardt@hunton.com |
| jjureller@klestadt.com | keith.simon@lw.com |
| jkehoe@sbtklaw.com | Ken.Coleman@allenovery.com |
| jketten@willkie.com | ken.higman@hp.com |
| jkurtzman@klehr.com | kgwynne@reedsmith.com |
| jlamar@maynardcooper.com | kiplok@hugheshubbard.com |

| | |
|---|---|
| kkelly@ebglaw.com | masaki_konishi@noandt.com |
| Klippman@munsch.com | matthew.dyer@prommis.com |
| klyman@irell.com | matthew.klepper@dlapiper.com |
| kmayer@mccarter.com | Mbass@HodgsonRuss.com |
| kmisken@mcguirewoods.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mbienenstock@dl.com |
| KOstad@mofo.com | mbossi@thompsoncoburn.com |
| kovskyd@pepperlaw.com | mcademartori@sheppardmullin.com |
| kpiper@steptoe.com | mcordone@stradley.com |
| kressk@pepperlaw.com | mcto@debevoise.com |
| KReynolds@mklawnyc.com | mdorval@stradley.com |
| kristin.going@dbr.com | meltzere@pepperlaw.com |
| krosen@lowenstein.com | metkin@lowenstein.com |
| krubin@ozcap.com | mgordon@briggs.com |
| kstahl@whitecase.com | mgreger@allenmatkins.com |
| kurt.mayr@bgllp.com | mhopkins@cov.com |
| lacyr@sullcrom.com | michael.kim@kobrekim.com |
| lalshibib@reedsmith.com | mimi.m.wong@irscounsel.treas.gov. |
| Landon@StreusandLandon.com | mitchell.ayer@tklaw.com |
| lattard@kayescholer.com | mjacobs@pryorcashman.com |
| lawallf@pepperlaw.com | mjedelman@vedderprice.com |
| lberkoff@moritthock.com | mkjaer@winston.com |
| lbtancredi@venable.com | mlahaie@akingump.com |
| lgranfield@cgsh.com | MLandman@lcbf.com |
| lhandelsman@stroock.com | mmendez@hunton.com |
| linda.boyle@twtelecom.com | mmickey@mayerbrown.com |
| lisa.kraidin@allenovery.com | mmooney@deilylawfirm.com |
| LJKotler@duanemorris.com | mmorreale@us.mufg.jp |
| lmarinuzzi@mofo.com | mmurphy@co.sanmateo.ca.us |
| Lmay@coleschotz.com | mneier@ibolaw.com |
| lmcgowen@orrick.com | monica.lawless@brookfieldproperties.com |
| lml@ppgms.com | mpage@kelleydrye.com |
| lnashelsky@mofo.com | mpfeifer@pfeiferlaw.com |
| lromansic@steptoe.com | mpucillo@bermanesq.com |
| lscarcella@farrellfritz.com | mrosenthal@gibsondunn.com |
| lschweitzer@cgsh.com | mruetzel@whitecase.com |
| lthompson@whitecase.com | mschimel@sju.edu |
| lubell@hugheshubbard.com | MSchleich@fraserstryker.com |
| lwhidden@salans.com | mshiner@tuckerlaw.com |
| lwong@pfeiferlaw.com | mspeiser@stroock.com |
| mabrams@willkie.com | mstamer@akingump.com |
| macronin@debevoise.com | mvenditto@reedsmith.com |
| MAOFILING@CGSH.COM | mwarren@mtb.com |
| Marc.Chait@standardchartered.com | Nasreen.Bulos@dubaiic.com |
| margolin@hugheshubbard.com | ncoco@mwe.com |
| mark.deveno@bingham.com | neal.mann@oag.state.ny.us |
| mark.ellenberg@cwt.com | ned.schodek@shearman.com |
| mark.houle@pillsburylaw.com | newyork@sec.gov |
| mark.sherrill@sutherland.com | nfurman@scottwoodcapital.com |
| martin.davis@ots.treas.gov | Nherman@morganlewis.com |
| Marvin.Clements@ag.tn.gov | nissay_10259-0154@mhmjapan.com |

notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com

Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
schannej@pepperlaw.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com

steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| ALLEN & OVERY; Attn: John Kibler | 212-610-6399 |
| Allen & Overy; Attn: Joshua Cohn, Vinod Aravind | 212-610-6399 |
| ALSTON & BIRD; Attn: J.William Boone | 404-881-7777 |
| ALSTON & BIRD; Attn: Martin G. Bunin | 212-210-9444 |
| Attorney General; Attn: ROBERT HALL, APRIL THEIS | 602-542-1726 |
| BINGHAM; Attn: Rheba Rutkowski | 212-752-5378 |
| BRADLEY; Attn: Austin L. McMullen | 615-252-6307 |
| CADWALADER; Attn: John Thompson | 202-862-2400 |
| Covington: Susan Johnston, Martin Beeler | 212-841-1010 |
| DEBEVOISE; Attn: George E.B. Maguire | 212-909-6836 |
| DEBEVOISE; Attn: Michael E. Wiles | 212-909-6836 |
| DLA PIPER; Attn: Vincent Roldan | 212-335-4501 |
| HAYNES AND BOONE; Attn: Jason Nagi | 212-918-8989 |
| HEWLETT-PACKARD; Attn: ANNE MARIE KENNELLY | 650-852-8617 |
| HUNTON; Attn: Peter Partee, Scott Bernstein | 212-309-1100 |
| KATTEN; Attn: Jeff J. Friedman, Merritt A. Pardini | 212-940-8776 |
| KAYE; Madlyn Gleich Primoff | 212-836-6525 |
| KRAMER; Attn: Gregory A. Horowitz | 212-715-8000 |
| LOWENSTEIN; Attn: Paul Kizel | 973-597-2479 |
| McCARTER; Attn: David J. Adler | 212-609-6921 |
| NIXON; Attn: Joseph M. Gitto | 212-940-3111 |
| NIXON; Attn: Richard C. Pedone | 617-345-1300 |
| REED SMITH; Attn: Andrea Pincus, Rizwan Qureshi | 212-521-5450 |
| SALANS LLP; Attn: Michael Kauffman | 212-632-5555 |
| SHEARMAN; Attn: William J.F. Roll III | 212-848-7179 |
| Skadden; Attn: J. GregoryMilmoe, Andrew Thau | 212-735-2000 |
| STROOCK; Attn: Claude Szyfer, Jeremy Rosof | 212-806-6006 |
| STROOCK; Attn: Francis Healy | 212-806-6006 |
| STROOCK; Attn: Irina Gomelskaya | 212-806-6006 |
| WILMER CUTLER; Attn: Craig Goldblatt | 202-663-6363 |
| WILMER CUTLER; Attn: James H. Millar | 212-230-8888 |

**Exhibit "C"**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLEN & OVERY LLP | ATTN: JOHN W. KIBLER,1221 AVENUE OF THE AMERICAS,   NEW YORK, NY 10020 |
| ALLEN & OVERY LLP | ATTN: JOSHUA COHN, VINOD ARAVIND,1221 AVENUE OF THE AMERICAS,   NEW YORK, NY 10020 |
| ALSTON & BIRD LLP | ATTN: MARTIN G. BUNIN,90 PARK AVENUE,   NEW YORK, NY 10016 |
| ALSTON & BIRD LLP | ATTN: J.WILLIAM BOONE,1201 WEST PEACHTREE STREET,   ATLANTA, GA 30309 |
| ATTORNEY FOR THE STATE OF ARIZONA | ATTN: ROBERT R. HALL, APRIL J. THEIS,ASSISTANT ATTORNEY GENERAL,1275 WEST WASHINGTON STREET,   PHOENIX, AZ 85007-2926 |
| BINGHAM MCCUTCHEN LLP | ATTN: RHEBA RUTKOWSKI,399 PARK AVENUE,   NEW YORK, NY 10022 |
| BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: AUSTIN L. MCMULLEN,1600 DIVISION STREET, SUITE 700,P. O. BOX 340025,   NASHVILLE, TN 37203 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: JOHN H. THOMPSON, ESQ.,1201 F STREET N.W., SUITE 1100,   WASHINGTON, DC 20004 |
| COVINGTON & BURLING LLP | ATTN: SUSAN POWER JOHNSTON,MARTIN BEELER,620 EIGHTH AVE, THE NEW YORK TIME BLDG,   NEW YORK, NY 10018 |
| DEBEVOISE & PLIMPTON LLP | ATTN: MICHAEL E. WILES,919 THIRD AVENUE,   NEW YORK, NY 10022 |
| DEBEVOISE & PLIMPTON LLP | ATTN: GEORGE E.B. MAGUIRE,919 THIRD AVENUE,   NEW YORK, NY 10022 |
| DLA PIPER LLP | ATTN: VINCENT ROLDAN,1251 AVENUE OF THE AMERICAS,   NEW YORK, NY 10020 |
| HAYNES AND BOONE, LLP | ATTN: JASON A. NAGI,1221 AVENUE OF THE AMERICAS,26TH FLOOR,   NEW YORK, NY 10020 |
| HUNTON & WILLIAMS LLP | ATTN: PETER S. PARTEE,SCOTT H. BERNSTEIN,200 PARK AVENUE, 53RD FLOOR,   NEW YORK, NY 10166-0136 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: JEFF J. FRIEDMAN,MERRITT A. PARDINI,575 MADISON AVENUE,   NEW YORK, NY 10022 |
| KAYE SCHOLER LLP | ATTN: MADLYN GLEICH PRIMOFF,425 PARK AVENUE,   NEW YORK, NY 10022 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: GREGORY A. HOROWITZ,1177 AVENUE OF THE AMERICAS,   NEW YORK, NY 10036 |
| LOWENSTEIN SANDLER PC | ATTN: PAUL KIZEL, ESQ.,65 LIVINGSTON AVENUE,   ROSELAND, NJ 07068 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER, ESQUIRE,245 PARK AVENUE,27TH FLOOR,   NEW YORK, NY 10167 |
| NIXON PEABODY LLP | ATTN: JOSEPH M. GITTO,437 MADISON AVENUE,   NEW YORK, NY 10022 |
| NIXON PEABODY LLP | ATTN: RICHARD C. PEDONE,100 SUMMER STREET,   BOSTON, MA 02110 |
| REED SMITH LLP | ATTN: ANDREA J. PINCUS,RIZWAN A. QURESHI,599 LEXINGTON AVENUE,   NEW YORK, NY 10022 |
| SALANS LLP | ATTN: MICHAEL KAUFFMAN,ROCKEFELLER CENTER,620 FIFTH AVENUE,   NEW YORK, NY 10020-2457 |
| SHEARMAN & STERLING LLP | ATTN: WILLIAM J.F. ROLL III,599 LEXINGTON AVENUE,   NEW YORK, NY 10022 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: J. GREGORY MILMOE, ANDREW M. THAU,FOUR TIMES SQUARE,   NEW YORK, NY 10036 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: CLAUDE G. SZYFER, JEREMY S. ROSOF,FRANCIS C. HEALY,180 MAIDEN LANE,   NEW YORK, NY 10038 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: IRINA GOMELSKAYA,180 MAIDEN LANE,   NEW YORK, NY 10038 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: JAMES H. MILLAR,399 PARK AVENUE, 31ST FLOOR,   NEW YORK, NY 10022 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: CRAIG GOLDBLATT,1875 PENNSYLVANIA AVE., N.W.,   WASHINGTON, DC 20006 |

**Total Creditor Count 29**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004