Jeffrey A. Rosenthal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Wachovia Bank, National Association and its
Affiliates and Evergreen Investment Management Company,
LLC acting as agent for various funds.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

In re:                                                                                   :         Chapter 11

Lehman Brothers Holdings Inc., et al.                          :         Case No. 08-13555(JMP)

                                    Debtors.                                  :         CERTIFICATE OF
                                                                                              SERVICE
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       On the 15th of June 2009, the Corrected Joinder of Wachovia to the Objection of Barclays Capital Inc. to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice thereof and Approval of the Proof of Claim Form, dated June 12, 2009 was served by hand, by First Class Mail and by facsimile, as indicated, upon:

**BY HAND**

Shai Y. Waisman, Esq.
Anthony J. Albanese, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Rifkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

**BY FIRST CLASS MAIL**

Duncan E. Barber, Esq.
Steven T. Mulligan, Esq.
Bieging Shapiro & Burrus LLP
4285 S. Ulster St. Parkway, Suite 1650
Denver, CO  80237

Deborah Quinn, Esq.
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO

**BY FACSIMILE**

| | | | |
|---|---|---|---|
| Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
| Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq. | Office of the United States Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |

| Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq. | | | |
|---|---|---|---|
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5219 | 212-530-5000 |

Dated: New York, New York
       June 16, 2009

                                                    s/Richard V. Conza
                                                    Richard V. Conza