WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Shai Y. Waisman
Anthony J. Albanese

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------x
                                                                            :
**In re**                               :    **Chapter 11 Case No.**
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :    **08-13555 (JMP)**
                                        :
             Debtors.                   :    **(Jointly Administered)**
                                        :
----------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 17, 2009 AT 2:00 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

   1.    Motion Seeking Authorization of Intercompany Funding of ARS Holdings II LLC by Lehman Brothers Holdings Inc. **[Docket No. 3872]**

        Response Deadline:    June 17, 2009 at 2:00 p.m.

        Responses Received:   None.

        Related Documents:

            A.    Order to Show Cause **[Docket No. 3889]**

            B.    Declaration of Shai Y. Waisman in Support **[Docket No. 3877]**

        Status:  This matter is going forward.

2. Debtors Motion for Approval of a Cross-Border Insolvency Protocol **[Docket No. 3647]**

    Response Deadline:    June 12, 2009 at 4:00 p.m.

    Responses Received:

    A.    LBI Trustee's Response **[Docket No. 3919]**

    Related Documents:

    B.    Notice of Supplemental Signature Page to Cross-Border Insolvency Protocol **[Docket No. 3797]**

    C.    Statement of Official Committee of Unsecured Creditors in Support **[Docket No. 3896]**

    D.    Statement of Ad Hoc Group of Lehman Brothers Creditors in Support **[Docket No. 3914]**

    E.    Notice of Second Supplemental Signature Page to Cross-Border Insolvency Protocol **[Docket No. 3952]**

    Status:  This matter is going forward.

3. Debtors Motion for Authorization to Establish Procedures to Sell or Abandon *De Minimis* Assets **[Docket No. 3572]**

    Response Deadline:    June 3, 2009 at 10:00 a.m.
                          June 15, 2009 at 4:00 p.m. (Barclays/Creditors' Committee)

    Responses Received:

    A.    Objection of The Treasurer of Garfield County, Colorado **[Docket No. 3686]**

    B.    Objection of Ironbridge Homes, LLC, et al. **[Docket No. 3696]**

    C.    Limited Objection of Barclays Capital Inc. **[Docket No. 3929]**

    Related Documents:

    D.    Declaration of Anthony J. Albanese in Support of Motion **[Docket No. 3968]**

    E.    Notice of Revised Proposed Order **[Docket No. 3967]**

   F.  Notice of Withdrawal of Objection of The Treasurer of Garfield County, Colorado **[Docket No. 3987]**

   G.  Notice of Withdrawal of Ironbridge Homes, LLC **[Docket No. 3989]**

 Status:  All objections to this matter have been resolved.  The Debtors will submit a revised order to the Court.

## II. ADJOURNED MATTERS:

4. Debtors Motion for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof, and Approval of the Proof of Claim Form **[Docket No. 3654]**

 Response Deadline: June 12, 2009 at 12:00 p.m.

 Status:  This matter has been adjourned to June 24, 2009.

Dated:  June 16, 2009
   New York, New York

        /s/ Shai Y. Waisman
        Richard P. Krasnow
        Shai Y. Waisman
        Anthony J. Albanese

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession