**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                                 :   Chapter 11 Case No.
                                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :   08-13555 (JMP)
                                                                      :
                    Debtors.                                    :   (Jointly Administered)
                                                                      :
---------------------------------------------------------------------x   Ref. Docket No. 3960

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK   )

   JUSTINA BETRO, being duly sworn, deposes and says:

  1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

  2. On June 15, 2009, I caused to be served the "NOTICE OF PRESENTMENT OF SECOND STIPULATION, AGREEMENT AND ORDER BETWEEN THE DEBTORS AND HISTORIC TW INC. EXTENDING THE TIME TO ASSUME OR REJECT LEASE OF NONRESIDENTIAL REAL PROPERTY AT 1271 AVENUE OF THE AMERICAS," dated June 15, 2009 [Docket No. 3960], by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A",

   b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

   c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

  3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                /s/ Justina Betro
Sworn to before me this         Justina Betro
16th day of June, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Notice of Presentment TW 3960_Aff 06-15-09.doc

**Exhibit "A"**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
basilumari@andrewskurth.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com

davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov

davids@blbglaw.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gauchb@sec.gov
gbray@milbank.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com

| | |
|---|---|
| hweg@pwkllp.com | hsnovikoff@wlrk.com |
| ian.levy@kobrekim.com | jlee@foley.com |
| icatto@kirkland.com | jlevitin@cahill.com |
| igoldstein@dl.com | jlipson@crockerkuno.com |
| ilevee@lowenstein.com | jliu@dl.com |
| info2@normandyhill.com | jlovi@steptoe.com |
| ira.herman@tklaw.com | jlscott@reedsmith.com |
| isgreene@hhlaw.com | jmaddock@mcguirewoods.com |
| israel.dahan@cwt.com | jmazermarino@msek.com |
| iva.uroic@dechert.com | jmcginley@wilmingtontrust.com |
| jacobsonn@sec.gov | jmelko@gardere.com |
| jafeltman@wlrk.com | jmerva@fult.com |
| james.mcclammy@dpw.com | jmr@msf-law.com |
| jamestecce@quinnemanuel.com | john.mcnicholas@dlapiper.com |
| jason.jurgens@cwt.com | john.monaghan@hklaw.com |
| jatkins@duffyandatkins.com | john.rapisardi@cwt.com |
| jay.hurst@oag.state.tx.us | jorbach@hahnhessen.com |
| jay@kleinsolomon.com | Joseph.Cordaro@usdoj.gov |
| Jbecker@wilmingtontrust.com | joseph.scordato@dkib.com |
| jbeemer@entwistle-law.com | joshua.dorchak@bingham.com |
| jbird@polsinelli.com | jowen769@yahoo.com |
| jbromley@cgsh.com | JPintarelli@mofo.com |
| jcarberry@cl-law.com | jpintarelli@mofo.com |
| Jdrucker@coleschotz.com | jporter@entwistle-law.com |
| jdyas@halperinlaw.net | jprol@lowenstein.com |
| jeff.wittig@coair.com | jrabinowitz@rltlawfirm.com |
| jeffrey.sabin@bingham.com | jrsmith@hunton.com |
| jeldredge@velaw.com | jschwartz@hahnhessen.com |
| jennifer.demarco@cliffordchance.com | jsheerin@mcguirewoods.com |
| jennifer.gore@shell.com | jshickich@riddellwilliams.com |
| jeremy.eiden@state.mn.us | jsmairo@pbnlaw.com |
| jessica.fink@cwt.com | jtimko@allenmatkins.com |
| jfalgowski@reedsmith.com | jtougas@mayerbrown.com |
| jfinerty@pfeiferlaw.com | judy.morse@crowedunlevy.com |
| jflaxer@golenbock.com | jwallack@goulstonstorrs.com |
| jfox@joefoxlaw.com | jwang@sipc.org |
| jg5786@att.com | jweiss@gibsondunn.com |
| jgarrity@shearman.com | jwest@velaw.com |
| jgenovese@gjb-law.com | jwh@njlawfirm.com |
| jgutmanmann@sonnenschein.com | jwhitman@entwistle-law.com |
| jguy@orrick.com | jwishnew@mofo.com |
| jherzog@gklaw.com | k4.nomura@aozorabank.co.jp |
| jhiggins@fdlaw.com | kaf@msf-law.com |
| jhs7@att.net | karen.wagner@dpw.com |
| jhuggett@margolisedelstein.com | karol.denniston@dlapiper.com |
| jhuh@ffwplaw.com | KDWBankruptcyDepartment@kelleydrye.com |
| jjureller@klestadt.com | keckhardt@hunton.com |
| jkehoe@sbtklaw.com | keith.simon@lw.com |
| jketten@willkie.com | Ken.Coleman@allenovery.com |
| jkurtzman@klehr.com | ken.higman@hp.com |
| jlamar@maynardcooper.com | kgwynne@reedsmith.com |
| jlawlor@wmd-law.com | kiplok@hugheshubbard.com |

Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lbtancredi@venable.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com

kkelly@ebglaw.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com

oipress@travelers.com
notice@bkcylaw.com
omeca.nedd@lovells.com
robertdakis@quinnemanuel.com
paronzon@milbank.com
Robin.Keller@Lovells.com
patrick.potter@pillsburylaw.com
ronald.silverman@bingham.com
paul.deutch@troutmansanders.com
rreid@sheppardmullin.com
paul.turner@sutherland.com
RTrust@cravath.com
pbattista@gjb-law.com
rwasserman@cftc.gov
pbentley@kramerlevin.com
rwynne@kirkland.com
pbosswick@ssbb.com
rwyron@orrick.com
pdublin@akingump.com
s.minehan@aozorabank.co.jp
peter.gilhuly@lw.com
sabin.willett@bingham.com
peter.simmons@friedfrank.com
sabramowitz@velaw.com
peter@bankrupt.com
sagolden@hhlaw.com
pfeldman@oshr.com
Sally.Henry@skadden.com
phayden@mcguirewoods.com
sandyscafaria@eaton.com
pmaxcy@sonnenschein.com
Sara.Tapinekis@cliffordchance.com
pnichols@whitecase.com
sbernstein@hunton.com
ppascuzzi@ffwplaw.com
schannej@pepperlaw.com
ppatterson@stradley.com
schapman@willkie.com
pprewitt@lockelord.com
Schepis@pursuitpartners.com
psp@njlawfirm.com
schristianson@buchalter.com
ptrostle@jenner.com
scottshelley@quinnemanuel.com
pwirt@ftportfolios.com
scousins@armstrongteasdale.com
pwright@dl.com
sdnyecf@dor.mo.gov
r.stahl@stahlzelloe.com
sean@blbglaw.com
ramona.neal@hp.com
sehlers@armstrongteasdale.com
ranjit.mather@bnymellon.com
sfelderstein@ffwplaw.com
rbeacher@daypitney.com
sfineman@lchb.com
rbyman@jenner.com
sfox@mcguirewoods.com
rcarlin@breslowwalker.com
sgordon@cahill.com
rdaversa@orrick.com
SGross@HodgsonRuss.com
relgidely@gjb-law.com
sgubner@ebg-law.com
rfleischer@pryorcashman.com
sharbeck@sipc.org
rfrankel@orrick.com
shari.leventhal@ny.frb.org
rgmason@wlrk.com
sheehan@txschoollaw.com
rgraham@whitecase.com
shumaker@pursuitpartners.com
rhett.campbell@tklaw.com
shumaker@pursuitpartners.com
richard.lear@hklaw.com
sidorsky@butzel.com
richard.levy@lw.com
slerner@ssd.com
ritkin@steptoe.com
SLoden@DiamondMcCarthy.com
RJones@BoultCummings.com
smayerson@ssd.com
RLevin@cravath.com
smillman@stroock.com
rmatzat@hahnhessen.com
smulligan@bsblawyers.com
rmunsch@munsch.com
snewman@katskykorins.com
rnetzer@willkie.com
sory@fdlaw.com
rnies@wolffsamson.com
spiotto@chapman.com
rnorton@hunton.com
splatzer@platzerlaw.com
robert.bailey@bnymellon.com
SRee@lcbf.com
robert.dombroff@bingham.com
sselbst@herrick.com
robert.henoch@kobrekim.com
sshimshak@paulweiss.com
robert.malone@dbr.com
steele@lowenstein.com
Robert.yalen@usdoj.gov
stephanie.wickouski@dbr.com

steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Additional Parties**
blangman@paulweiss.com
bhermann@paulweiss.com

# Exhibit "B"

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | 212-757-3990 |

# Exhibit "C"

**THE HONORABLE JAMES M. PECK**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**ONE BOWLING GREEN, COURTROOM 601**
**ALEXANDER CUSTOM HOUSE**
**NEW YORK, NY 10004**

**OFFICE OF THE US TRUSTEE**
**ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG**
**BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS**
**33 WHITEHALL STREET, 21ST FLOOR**
**NEW YORK, NY 10004**

**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**
**BARRY LANGMAN**
**BRIAN S. HERMANN**
**1285 AVENUE OF THE AMERICAS**
**NEW YORK, NEW YORK 10019**