**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                        :
In re                                                   :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :        **08-13555 (JMP)**
                                                        :
                            **Debtors.**                :        **(Jointly Administered)**
                                                        :
                                                        :
-------------------------------------------------------------------x

### ORDER APPROVING THE PROPOSED
### CROSS-BORDER INSOLVENCY PROTOCOL
### FOR THE LEHMAN BROTHERS GROUP OF COMPANIES

Upon the motion, dated May 26, 2009 (the "Motion"), of Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "Debtors" and, together with their non-debtor

affiliates, "Lehman"), pursuant to sections 105(a) and 363(b) of title 11 of the United States

Code (the "Bankruptcy Code") for an order approving the proposed Cross-Border Insolvency

Protocol for the Lehman Brothers Group of Companies (the "Protocol"), all as more fully

described in the Motion; and the Court having jurisdiction to consider the Motion and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61

Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings

Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided in accordance with the procedures set forth in the amended

order entered February 13, 2009 governing case management and administrative procedures

[Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the

attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern

District of New York; (vi) the Initial Signatories (as defined in the Motion); and (vi) all parties

who have requested notice in these chapter 11 cases, and it appearing that no other or further

notice need be provided; and a hearing having been held to consider the relief requested in the

Motion; and the Court having found and determined that the relief sought in the Motion is in the

best interests of the Debtors, their estates and creditors, and all parties in interest and that the

legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Protocol is approved in all respects; and it is further

ORDERED that the ALI Guidelines Applicable to Court-to-Court

Communication in Cross-Border Cases are approved for use in these chapter 11 cases; and it is

further

ORDERED that the appointment of Daniel Ehrmann to the Procedures Committee

(as defined in the Protocol), or such other person(s) that he may delegate or may otherwise be

delegated by the Debtors, is approved.

Dated: New York, New York
      June 17, 2009

_s/ James M. Peck_
UNITED STATES BANKRUPTCY JUDGE