SUTHERLAND ASBILL & BRENNAN LLP
Mark D. Sherrill (*pro hac vice* pending)
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

*Counsel for Aviva Italia Holding S.p.A., Aviva S.p.A.,*
*Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A.,*
*Aviva Assicurazioni S.p.A. and Aviva Previdenza S.p.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **LEHMAN BROTHERS HOLDINGS** | § | **Case No. 08-13555 (JMP)** |
| **INC.,** *et al.,* | § | |
| | § | |
| Debtors. | § | |

**<u>Certificate of Service</u>**

On June 11, 2009, I caused the *Objection of Aviva S.p.A., Aviva Italia Holding S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A., Aviva Assicurazioni S.p.A. and Aviva Previdenza S.p.A. to Motion, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* to be delivered by electronic notice upon all parties who receive electronic notice of filings in the above-captioned case via the Court's ECF system and by hand delivery upon the parties listed below:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori R. Fife, Esq., Shai Waisman, Esq. and Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn:  Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn:  Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Linda Riffkin, Esq.

/s/ Mark D. Sherrill
Mark D. Sherrill

8414768.1