Mark S. Landman, Esq. (ML 7654)
William G. Ballaine, Esq. (WB 4344)
Sophia Ree (SR 3820)
**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, NY 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

- and -

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive  -- MS202
McLean, Virginia 22102
Telephone:  (703) 903-2640
Facsimile:  (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

### TWELFTH NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery [Docket No. 1180] (the "Motion"), which was scheduled to be heard on June 24, 2009, at 10:00 a.m. (Eastern Time), has been adjourned indefinitely without prejudice, subject to being reset by

482919.1 DocsNY

Federal Home Loan Mortgage Corporation or the Debtors upon 20 days notice to the other party and all parties entitled to receive notice in these Chapter 11 cases as set forth in the amended order entered on February 13, 2009 governing case management and administrative procedures for these cases [Docket No. 2837].

PLEASE TAKE FURTHER NOTICE that the deadline to respond or object to the Motion shall be adjourned to the date that is 3 business days in advance of any hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that this adjournment is without prejudice to any right, claim, remedy or defense of any of the parties with respect to the Motion.

Dated: June 18, 2009
New York, New York

**LANDMAN CORSI BALLAINE & FORD P.C.**

By: /s/ Sophia Ree
Mark S. Landman
William G. Ballaine
Sophia Ree
120 Broadway, 27th Floor
New York, N.Y. 10271
Telephone (212) 238-4800
Facsimile (212) 238-4848

-and-

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone (703) 903-2640
Facsimile (703)-903-4160

*Counsel to the Federal Home Loan
Mortgage Corporation in Conservatorship*