WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (JMP)
                                                :
                        Debtors.                :   (Jointly Administered)
                                                :
                                                :
-------------------------------------------------------------------x
```

## SECOND NOTICE OF FILING OF AGENCY TERMINATIONS

On October 5, 2008, Lehman Commercial Paper Inc. ("LCPI"), as debtor and debtor in possession (the "Debtor" and, together with Lehman Brothers Holdings Inc. and its other affiliated debtors, the "Debtors") filed the Debtor's Motion Pursuant to Sections 105(a), 363(b), 363(c) and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 for Authority to (A) Continue to Utilize its Agency Bank Account, (B) Terminate Agency Relationships, and (C) Elevate Loan Participations [Docket No. 3 in Case No. 08-13900] (the "Motion").

On October 6, 2008, the Court entered the Order Pursuant to Sections 105(a), 363(b), 363(c), and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 Authorizing the Debtor to (A) Continue to Utilize its Agency Bank Account, (B)

Terminate Agency Relationships, and (C) Elevate Loan Participations [Docket No. 11 in Case No. 08-13900 ] (the "Order").

Pursuant to the Order, LCPI is required to file with the Court a notice of the transfer, assignment or resignation from any administrative agent position, which notice shall include the name of the specific entity to which the position is being transferred or assigned.

On February 17, 2009, the Debtors filed the first Notice of Filing of Agency Terminations [Docket No. 2854] (the "First Notice"). Since the filing of the First Notice, the Debtors have transferred, assigned or resigned from additional administrative agent positions.

Accordingly, attached hereto as Exhibit A is LCPI's Second Notice of Agency Terminations, which specifies, as of June 18, 2009, those administrative agent positions that the Debtor has terminated by transfer, assignment or resignation since the date of the filing of the First Notice and the specific entities to which such positions were transferred or assigned.

LCPI expects to file additional Notices of Agency Termination approximately every 60 days.

Dated: June 18, 2009
      New York, New York

    /s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

## DEBTOR'S SECOND NOTICE
## OF AGENCY TERMINATIONS

| Borrower | Date | New Agent |
|---|---|---|
| Alliance Laundry Holdings LLC | 3/12/2009 | Bank of America |
| Domino's Pizza VFN | 3/24/2009 | No agent |
| Entegra TC LLC | 3/26/2009 | Barclays |
| Delek US Holdings Inc. | 3/30/2009 | Repaid |
| CDW Corporation | 3/31/2009 | Morgan Stanley |
| Archstone-Smith Trust | 4/1/2009 | Bank of America |
| Syniverse Holdings Inc. | 5/4/2009 | Bank of America |
| Capital Automotive LLC (CARS) | 6/1/2009 | Barclays |
| Verint Systems Inc. | 6/4/2009 | Credit Suisse |
| MEG Energy | 6/8/2009 | Barclays |