UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――x
                                        :
In re:                                  :
                                        :     Chapter 11
                                        :     Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC.          :
                                        :
           Debtor                       :
                                        :
――――――――――――――――――――x

**NOTICE PURSUANT TO 11 U.S.C. §546(b) IN LIEU OF SEIZURE OF PROPERTY OR COMMENCEMENT OF ACTION**

Pursuant to 11 U.S.C. §546(b) in Lieu of Seizure of Property or Commencement of Action, Tetra Tech, Inc. hereby provides notice of its intent to perfect its previously recorded mechanic's lien on certain real property and improvements thereon located in San Miguel, Colorado to wit:

> Lot 161 C-R, Town of Mountain Village, according to plat of Lots 56A, 56B, 57, 58, 99 and 161C, and Tract A-6, A-6A, OS-3 and OS-3B, Town of Mountain Village, located with Section 3, Township 42 North, Range 9 West of the New Mexico Prime Meridian (NMPM), San Miguel County, Colorado, containing 2.842 acres, Plat Book 1, page 2529-2530, filed 4-2-1999, Reception No. 377694;

and commonly known as: 691 Mountain Village Boulevard, Mountain Village, Colorado 81435 and/or 693 Mountain Village Boulevard, Mountain Village, Colorado 81435 and/or 891 Mountain Village Boulevard, Mountain Village, Colorado 81435 and/or One Gondola Place, Mountain Village, Colorado 81435.

Tetra Tech, Inc.'s interest in the property is evidenced by Tetra Tech, Inc.'s Lien Statement, copy of which is attached hereto as Exhibit A. The debt secured by this mechanic's lien under Colorado law is in default, and Tetra Tech, Inc. hereby provides notice of its interest in the property pursuant to 11 U.S.C. §546(b), and its intent to commence an action to foreclose its mechanic's lien.

Respectfully submitted this 17th day of June, 2009.

_____
David E. Leavenworth, 27372
Brian Molzahn, 33856
Hall & Evans, LLC
1125 Seventeenth Street, Suite 600
Denver, Colorado 80202

303-628-3300

Address of Creditor Lien
Tetra Tech, Inc.
1900 South Sunset Street, Suite 1F
Longmont, CO 80501

# CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing **NOTICE PURSUANT TO 11 U.S.C. §546(b) IN LIEU OF SEIZURE OF PROPERTY OR COMMENCEMENT OF ACTION** has been mailed to the following this 17th day of June, 2009, by placing same in the United States mail, postage prepaid, addressed to the following Debtor and Debtor's Attorneys:

| | |
|---|---|
| **Lehman Brothers Holdings Inc.**<br>745 Seventh Avenue<br>New York, NY 10019 | **Benjamin Rosenblum**<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| **Diane Harvey**<br>**Shai Waisman**<br>**Harvey R. Miller**<br>**Jacqueline Marcus**<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Francis J. Lawall**<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103-2799 |
| **Jerrold Lyle Bregman**<br>**Lynn P. Harrison, III**<br>**Steven J. Reisman**<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | **Ralph I. Miller**<br>Weil, Gotshal & Manges, LLP<br>1300 Eye Street, N.W. Suite 900<br>Washington, DC 20005 |

_Charlene Novak_
Charlene Novak

404234
Page 1 of 2
SAN MIGUEL COUNTY, CO
PEGGY NERLIN CLERK-RECORDER
10-15-2008 11:15 AM Recording Fee $11.00

## STATEMENT OF LIEN

In accordance with Article 22 of Title 38 of the Colorado Revised Statutes,

Tetra Tech, Inc.

makes the following statement of lien.

**FIRST.** That the name of the owner or reputed owner of such property to be charged with the lien is MR 1.81 LLC - Monument Realty
1700 K Street, NW, Suite 600
Washington, DC 20006

**SECOND.** That the name and mailing address of the person claiming the lien is
Tetra Tech, Inc.
1900 South Sunset Street, Suite 1F
Longmont, CO 80501

☐ a subcontractor
☐ Principal Contractor.

That the name of the person who furnished the laborers or material, or performed the labor or services, or supplied the machinery, tools or equipment for which said lien is claimed is

Tetra Tech, Inc.

That the name of the principal contractor is

Tetra Tech Inc.

**THIRD.** That the property to be charged with such lien is described as follows:
Lot 161, C-R, Town of Mountain Village, according to replat of lot 56A, 56B, 57, 58, 99 and 161C, and Tract A-6, A-6A, OS-3, and OS-3B, Town of Mountain Village, located within Section 3, Township 42 North, Range 9 West of the New Mexico Prime Meridian (NMPM), San Miguel County, Colorado, containing 2.842 acres, plat book 1, pages 2529-2530, filed 4-2-1999, reception number 377694.

also known by street number as

situate in the County of San Miguel    State of Colorado. That the said lien is held for and on account of services performed and materials provided.

**FOURTH.** That the amount of indebtedness due or owing the claimant for which said lien is claimed, for laborers or material furnished, labor and services performed, machinery, tools and equipment supplied is $ 37,402.00 together with interest thereon at the legal rate.

Tetra Tech Inc.
_____
Claimant
By _____

STATE OF COLORADO
                       } ss.
Said    County of Boulder

I, Tom Hesemann, being of lawful age and being first duly sworn upon oath, do say that I am president of Tetra Tech Inc. the claimant herein named; that I have read the within statement of lien and abstract of indebtedness and know the contents thereof; and that the same is true and correct, to the best of my knowledge, information and belief, and is made on behalf of the claimant.

_____

Subscribed and sworn to before me in the said County of Boulder, State of Colorado this 24th day of September, 2008.

My Commission expires October 20, 2011   Witness my hand and official seal
_____
Notary Public

[Notary seal: PRUDENCE WEBB, NOTARY PUBLIC, STATE OF COLORADO]

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

Exhibit A

No. 180A. Rev. 7-00.    STATEMENT OF LIEN WITH NOTICE OF INTENT TO FILE A LIEN STATEMENT AND AFFIDAVITS OF SERVICE ©
Bradford Publishing, 1743 Wazee St., Denver, CO 80202 — 303-292-2590 — www.bradfordpublishing.com — 1-08

404234 10-15-2008 11:15 AM Page 2 of 2

# NOTICE OF INTENT TO FILE A LIEN STATEMENT

TO THE OWNER AND TO THE PRINCIPAL CONTRACTOR:

Take Notice that the Lien Claimant set forth on the Statement of Lien contained on the reverse of this Notice claims a Mechanic's Lien for laborers or material or equipment supplied to or labor performed on the project situate upon the real property described on said Statement of Lien, for the amount stated. If payment is not made within ten (10) days, the Claimant intends to record said Statement of Lien in the County where the real property is located. This notice is given pursuant to Section 38-22-109(3) C.R.S.***

_____
Signature

_____
Attorney's Name and Address

Tetra Tech Inc.
1900 South Sunset St., Suite 1F
Longmont, CO 80501
Type Name and Address of Claimant Above

## AFFIDAVIT OF SERVICE OR MAILING — OWNER

STATE OF COLORADO } ss.
Said County of Boulder

The undersigned, being of lawful age and being first duly sworn upon oath, deposes and says that this Notice of Intent to File a Lien Statement was (personally served upon)* (mailed by fully prepaid registered* or certified* mail, return receipt requested, to the last known address of)* the owner or reputed owner or his agent, as follows: MR 1.81 LLC - Monument Realty, 1700 K St., NW, Suite 600, Washington, DC 20006
on the 24th day of September, 20 08

_____

Subscribed and sworn to before me in the said County of Boulder
State of Colorado, this 24th day of September, 20 08.
My commission expires: October 20, 2011
Witness my hand and official seal.

_____
Notary Public

## AFFIDAVIT OF SERVICE OR MAILING — CONTRACTOR

STATE OF COLORADO } ss.
County of _____

The undersigned, being of lawful age and being first duly sworn upon oath, deposes and says that this Notice of Intent to File a Lien Statement was (personally served upon)* (mailed by fully prepaid registered* or certified* mail, return receipt requested, to the last known address of)* the principal or prime contractor or his agent, as follows: _____

on the ____ day of _____, 20 ____

Subscribed and sworn to before me in the _____ County of _____
State of _____, this ____ day of _____, 20 ____.
My commission expires: _____
Witness my hand and official seal.

_____
Notary Public

## AFFIDAVIT OF SERVICE OR MAILING PRIOR TO FILING LIEN STATEMENT**

STATE OF COLORADO } ss.
Said County of Boulder

The undersigned, being of lawful age and being first duly sworn, deposes and says that this Notice of Intent to File a Lien Statement, was served pursuant to Section 38-22-109(3) C.R.S.***, as evidenced by the Affidavits of Service or Mailing, at least ten (10) days before the time of filing the Lien Statement with the County Clerk and Recorder.

_____

Subscribed and sworn to before me in the said County of Boulder
State of Colorado, this 24th day of September, 20 08.
My commission expires: October 20, 2011
Witness my hand and official seal.

_____
Notary Public

* Strike out inapplicable words. ** Service of the Notice of Intent to File a Lien Statement must be made 10 or more days after mailing or service of Notice of Intent to File a Lien Statement, but prior to filing lien statement. *** 38-22-109(3) C.R.S. Lien Statement. (3) In order to preserve any lien for work performed or laborers or materials furnished, there must be a notice of intent to file a lien statement served upon the owner or reputed owner of the property or the owner's agent and the principal or prime contractor or his or her agent at least ten days before the time of filing the lien statement with the county clerk and recorder. Such notice of intent shall be served by personal service or by registered or certified mail, return receipt requested, addressed to the last known address of such persons, and an affidavit of such service or mailing at least ten days before filing of the lien statement with the county clerk and recorder shall be filed for record with said statement and shall constitute proof of such service.

No. 180A. Rev. 7-00. (Page 2 of 2)