**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                         :    **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    **08-13555 (JMP)**
                                                              :
        Debtors.       :    **(Jointly Administered)**
                                                              :
----------------------------------------------------------------x    **Ref. Docket No. 3973**
                                                              :
In re                                                         :
                                                              :
**LEHMAN BROTHERS INC.,**                                     :    **Case No. 08-01420 (JMP) SIPA**
                                                              :
        Debtor.        :
                                                              :
----------------------------------------------------------------x    **Ref. Docket No. 1206**

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      PAUL BELOBRITSKY, being duly sworn, deposes and says:

      1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

      2.    On June 18, 2009, I caused to be served the "NOTICE OF PRESENTMENT OF STIPULATION AND AGREED ORDER REGARDING CERTAIN CONTRACTS," dated June 16, 2009 [Docket No. 3973 in Case No. 08-13555; Docket No. 1206 in Case no. 08-01420], by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "A".

      3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           /s/ Paul Belobritsky
Sworn to before me this                              Paul Belobritsky
18th day of June, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

MaxCor Financial Inc. (EuroBrokers)
One Seaport Plaza, 19th Floor
New York, NY 10038-3526

MaxCor Financial Inc. (EuroBrokers)
133 Houndsditch
London EC3A 7AJ
England