UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
In re:                                  :   Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC.,          :   Case No. 08-13555 (JMP)
                                        :
                    Debtor.             :   (Jointly Administered)
                                        :
---------------------------------------x

## CERTIFICATE OF SERVICE

I, Shannon M. Casey, hereby certify that I am not less than 18 years of age, and that on June 17, 2009, I caused to be sent a true and correct copy of the Limited Joinder of the New York State Comptroller in the Examiner's Response to Ernst & Young LLP's Objections to the Examiner's Rule 2004 Subpoena, dated June 17, 2009, via overnight delivery, on counsel for interested parties follows:

**LATHAM & WATKINS LLP**
Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York 10022

**JENNER & BLOCK LLP**
Robert L. Byman, Esq.
330 North Wabash Avenue
Chicago, Illinois 44114

**WEIL, GOTSHAL & MANGES LLP**
Lori R. Fife, Esq.
767 Fifth Avenue
New York, New York 10153

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Dennis F. Dunne, Esq.
One Chase Manhattan Plaza
New York, New York 10004

**OFFICE OF THE UNITED STATES TRUSTEE**
Andrew Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Under penalty of perjury, I declare that the foregoing is true and correct.

June 18, 2009

/s/
Shannon M. Casey

EC.21496.1