IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Lehman Brothers Holdings, Inc., et al., | ) |
| | ) Case No. 08-13555 (JMP) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**THIRD SUPPLEMENTAL AFFIDAVIT OF MICHAEL EISENBAND
IN SUPPORT OF APPLICATION FOR AN ORDER FOR
RETENTION OF FTI CONSULTING, INC. AS
FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss. |
| COUNTY OF NEW YORK | ) |

I, Michael Eisenband, being duly sworn, hereby depose and say:

1. I am a senior managing director at FTI Consulting, Inc. ("FTI"), which maintains offices at various locations around the country, including Three Times Square, 10th Floor, New York, NY 10036, USA. I submit this affidavit (the "Eisenband Third Supplemental Affidavit" or "Affidavit") to supplement my prior affidavits that were submitted in connection with FTI's retention in the above mentioned chapter 11 cases (collectively the "Debtors"). Unless otherwise stated in this Eisenband Third Supplemental Affidavit, I have personal knowledge of the facts set forth herein.

3. On October 21, 2008, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases filed an Application for Employment of FTI Consulting, Inc. as its Financial Advisors (the "Application"). In support of the Application, FTI filed an affidavit executed by the undersigned on behalf of FTI in accordance with the applicable

Page 1

sections of title 11 of the United States Code, 11 U.S.C. § § 101-1532 (as amended, the "Bankruptcy Code") (the "Original Affidavit"). On November 21, 2008, a Final Order was signed authorizing the Retention and Employment of FTI, effective as of September 17, 2008. On January 23, 2009, FTI filed a supplemental affidavit executed by the undersigned on behalf of FTI in accordance with the applicable sections of the Bankruptcy Code ("Eisenband Supplemental Affidavit"). On April 6, 2009, FTI filed a supplemental affidavit executed by the undersigned on behalf of FTI in accordance with the applicable sections of the Bankruptcy Code ("Eisenband Second Supplemental Affidavit", collectively the "Prior Affidavits")

4. In connection with the preparation of the Original Affidavit, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. Subsequent to the filing of the Original Affidavit, it has come to my attention that FTI has been engaged to provide services unrelated to the Debtors' Chapter 11 cases for various entities with some level of known involvement with the Debtors and/or their affiliates.

    a. Lehman Brothers Holdings, Inc. holds senior debt and mezzanine positions in a real estate property and 100% non voting equity interest in the real estate property's holding company. FTI has been retained by counsel as a financial advisor to a lender in the property's credit facility.

    b. FTI's strategic communications practice in Australia, FD Third Person, was engaged in April 2008 by Lehman Brothers Australia Limited, a non Debtor affiliate that is under an administrative proceeding in Australia and has been sold. The engagement was completed in September 2008 and total fees were approximately $114,031.

  c. Exhibit A hereto sets forth a list of entities that were searched in connection with this Affidavit and includes derivative, loan and other transaction counterparties, entities that have appeared as creditors or parties in interest in the Chapter 11 Cases since the Petition Dates and/or parties appearing on a list prepared by the Debtors' counsel and provided to FTI, to the extent such parties have not already been searched and disclosed in the Prior Affidavits. Exhibit B to this Affidavit sets forth a list of the present and former clients of FTI that was generated in connection with this process. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support and/or engineering and scientific investigation consulting services. To the best of my knowledge, no services have been provided to these parties in interest which are adverse to the rights of the Committee, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

5. Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings. FTI has provided and could reasonably expect to continue to provide services unrelated to the Debtors' cases for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support and/or engineering and scientific investigation consulting services. To the best of my knowledge, no services have been provided to these parties in interest which are adverse to the rights of the Committee, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

6.  Insofar as I have been able to ascertain and subject to the disclosures herein and in my prior affidavit, FTI does not represent any interests adverse to the Official Committee of Unsecured Creditors and, to the best of my knowledge, remains a "disinterested person" as that term is defined in Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code.

_____
Michael Eisenband

SUBSCRIBED AND SWORN TO BEFORE ME this 17 day of June 2009.

_____
Notary Public

My Commission Expires:

Oct. 19th 2009

KARIN JACOBSON
Notary Public, State of New York
No. 31-4900115
Qualified in New York County
Commission Expires Oct. 19, 2009

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

4086 Advisors
AAA Investments L.P
Abu Dhabi National Energy Company Puss
Accellent Inc.
Accuride Corporation
ACI Operations Pty Limited
Activant Solutions Inc
Acts Aero Tech Support
Adagio III CLO Plc
Adagio IV CLO Limited
AES Corporation
Aetna Inc.
AFE
AGA Medical Corporation
AIG
Alabama Power Company
Alcoa Inc.
Alenco Inc
Algoma Steel Inc
AlixPartners LLP
Allegheny Energy Supply Company, LLC
Alliance Imaging, Inc.
Alliance Laundry Holdings LLC
Alliance Resource Operating Partners, L.P.
Alliancebernstein L.P.
Alliant Energy Corporation
Allianz SE
Allied Holdings, Inc.
Allied Waste Industries Inc.
Allied World Assurance Company Limited
Allison Transmission, Inc.
Allsport Management Sa
Allstate Corporation
Alltel Communications
ALPHA D2 Limited
Altos Hornos De Mexico SA De CV
Altria Group, Inc.
Amadeus Holdings Limited
Ambac
Ameren Corporation
Ameren Resources Gen Co
Amerenenergy Resources Generating Company
American Airlines, Inc
American Axle & Manufacturing Inc.
American Electric Power Company Inc

BEIG Midco Limited
BEIG Pikco Limited
Best Buy Co., Inc.
BHM Technologies, LLC
Biogen Iden Inc.

American Express Bank, Fib
American Express Company
American International Group, Inc.
American Intlgrp Inc
American Transmission Company LLC
Amerisourcebergen Corporation
Amgen Inc.
ANC Rental Corporation
Antero Resources Corporation
Apax Summer Bidco Limited
Apollo Management Holdings, L.P.
Apollo Management Leveragesource Iv, LLC
Aramark Corporation
Area Giochi Holding S.P.A
ARINC Incorporated
Arizona Public Service Company
Arvinmeritor, Inc.
Arysta Lifescience
AS Propulsion Capital BV
Ashmore Energy International
Assurant, Inc
Asurion Corporation
AT&T Inc. (F/K/A SBC Communications Inc.)
Atlas Pipeline Partners
Atmos Energy Corporation
Atrium Cos Inc. (Atrcos)
Audio Visual Services Corporation
Avago Technologies Finance Pte. Ltd.
Aveos
Avio Holding Spa
Avio Investments S.P.A.
Avio S.P.A
Avro Industrial Waste B.V.
Avro Industrie N.V.
Axon Financial Funding Ltd.
B & G Foods
BAE Systems Holdings Inc.
Ball Corporation
Ball Packaging Products Canada Corp. Inc.
Banco Santander SA
Bank of America Corporation
Barclays
Bausch and Lomb
BCM Ireland Holdings Limited
BCV Investments SCA
Biomet, Inc.
Black Lion Beverages III B.V.
Blackrock
Blackstone Capital Partners V L.P.
Block Financial Corporation
BNP Paribas

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Boardwalk Pipelines, LP
Bonten Media Group, Inc.
Booz Allen Hamilton Inc.
Boston Generating, LLC
BPC Holding Corporation (f.k.a. BPC Acquisition Corp.)
Breitburn Operating L.P.
Brickman Group
British Airways PLC
British Sky Broadcasting Group PLC
Buckeye Partners, L.P.
Buffets, Inc.,
Buildings Materials Holdings
Burger King Corporation
Cableuropa S.A.U
Cablevision Systems Corp
Calpine Corporation
Cammell Laird Holdings PLC
Campbell Soup Company
Capital 18
Capmark Financial Group Inc.
Carbone S.A.R.L.
Caribe Media Inc.
Carlsberg Breweries A/S 27oct07
Castex Energy 1995, L.P.
Cavalier Telephone
CBBI Italian NPL
CBR Textile GmbH
CBS Corp (f.n.a. Viacom, Inc.)
CCMP Acquisition
CDW Corp.
Cebridge 2nd Lien PIK
Cedar Fair
CEI/Kensington Ltd.
CellCap Securities Ltd
Centennial Cellular
Centennial Communications Corp
Center Energy Resources Corp
Centerpoint Energy Resource
Central CATV Inc.
Central Illinois Light Company
Central Illinois Public Service Company
Centurytel, Inc
Cenveo Corporation
Cequel Comm
Cessna
Chart Industries, Inc.
Charter Communications Operating LLC
Chequer Finance 1 S.A.
Chequer Finance 2 S.A.
Chequer Finance 3 S.A.
Chesapeake Appalachia, L.L.C.
Chesapeake Energy Corp

Chevron Corporation
Choctaw Investors B.V.
CIFG
CILCORP Inc., An Illinois Corporation
Cinemark USA, Inc.
Cisco Systems, Inc.
CIT Group
CITIC International Financial Holdings
Citigroup
Citrus Corporation
CKX, Inc
Claire's Stores, Inc.
Clio European CLO B.V/Eur Facility/Euribor
Clondalkin Acquisition B.V.
CME Group Inc.
Coditel Brabant
Coditel SARL
Colfax Corporation
Collins & Aikman Products
Colonial Realty Limited Partnership
Commerzbank AG
Community Health Sys
Conocophillips
Conseco Inc
Consolidated Container Company LLC
Consolidated Edison Company Of New York (Cecony)
Constellation Energy Group, Inc.
Continental Airlines Inc.
Continental Aktiengesellschaft
Convenience Food System
Cooper-Standard Automotive Inc.
Corrections Corporation Of America
Cortefiel, S.A.
Covanta Energy Corporation
Coventry Health Care, Inc.
Cox Communications, Inc.
Cox Enterprises, Inc.
COX Radio, Inc.
CPQ Midco II Corporation C/O The Carlyle Group
Credit Agricole
Credit Suisse Group
Crimson Exploration Inc.
CRJ 200
Crown Americas, Inc.
Crown Castle
CSC Holdings
CSG Systems International, Inc.
DAE Aviation Holdings, Inc.
Dana Holding Corporation
Danaher Corporation
Danish Holdco A/S
Darden Restaurants Inc.

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

David H. Arlington Oil And Gas, Inc.
DBP NPLS
DCP Midstream Operating, LP
Debitel (Netherlands) Holding B.V
Del Monte Corporation
Delek Benelux B.V.
Delek Luxembourg Holding SARL
Delphi Acquisition Holding I.B.V.
Delphi Corporation
Delta Airlines
Deutsche Bank AG
Deutsche Telekom AG
Dexia
DHS Drilling Company
Diageo Finance PLC
Dido Erste Vermoegensverwaltun GS
Digicel International Finance Limited
Discover Financial Services
Dollar General Corporation
Dominion Resources Inc
Domtar Inc
Drake Management LLC
Dresser, Inc.
Duncan Energy Partners L.P.
Dynegy Holdings. Inc.
E.On AG
Eagle Rock Energy Partners, L.P.
Ebay Inc.
Edam Acquisition Holdings B.V.
Edgen Murray
Edison International
Edison Mission Energy
Edscha AG
Educational Management Corp
El Paso Corporation
El Paso Pipeline Partners
Electrabel S.A.
Enbridge (U.S.) Inc.
Enbridge Energy Partners, L.P.
Enel Sp.A
Energy Xxi Gulf Coast, Inc
Enron Corp.
Entegra Holdings LLC
Entegra TC LLC
Entergy Corp
Enterprise GP Holdings L.P.
Enterprise Products Operating L.P.
Envirosolutions Real Property Holdings, Inc.
EPCO Holdings Inc.
Equitable Resources, Inc.
ERP Operating Limited Partnership
Escaline S.A.R.L

Exco Partners Operating Partnership L.P.
Exco Resources, Inc.
Express Energy Services Holding, LP
Extendicare Health Services Inc.
Exterran Holdings, Inc.
FA SUB 3 Limited
Fadesa Inmobiliaria, S.A.
Fairpoint Communications, Inc.
Falcon Senior
Federazione Italiana Del Consorzi Agrari S.R.L.
Ferretti
Fidelity Investments
Fidelity Management Research LLC
Fidelity National Information Services, Inc.
Financiere Daunou 9 SARL
Financiers CVT
Finartex
Finmeccanica Finance SA
First Chemical Holding Vagyonkezelo Korlatolt Felelossegu
First Data Bridge
First Data Corporation
Firstenergy Corp.
Flextronics International Ltd
Florida Gas Transmission Company, LLC
Florida Power & Light Company
Ford Motor Company
Ford Motor Credit Company
Fortis Group
Fortress Investment Group LLC
FPL Group Capital Inc.
FR Acquisitions Corporation (Europe) Limited
Freescale Semiconductor, Inc. (f.k.a. Freescale Acquisition Corporation
Fresenius Medical Holdings Inc.
Frontier Drilling ASA
FXCM Holdings LLC
Gala Group Finance Limited
Gaming Invest SARL
Gate Gourmet Borrower LLC
G-BNWE Aircraft Pty Ltd
G-BNWF Aircraft Pty Ltd
G-BNWG Aircraft Pty Ltd
G-BNWJ Aircraft Pty Ltd
G-BNWK Aircraft Pty Ltd
Genentech, Inc.
General Electric Capital Corporation
General Mills, Inc.
General Motors Corporation
General Nutrition Centers, Inc.
Gentiva Health Services, Inc.
Genworth Financial, Inc.

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Georgia Gulf
Georgia Pacific Corporation
Georgia-Pacific Expansion S.A.S
Ginn Clubs
Givaudan S.A.
GLG Partners
Global Cash Access, Inc.
Globe Pub Management Limited
GMAC LLC
Goldman Sachs Group, Inc.
Graham Packaging Company, L.P.
Graphic Packaging International Corp
Great Lakes Dredge & Dock Corporation
Greektown Holdings LLC
Green Valley Ranch Gaming LLC
Greenbrier Minerals, LLC
Gulf Stream Asset Management
H3C Holdings Ltd
Halliburton Company
Hanger Orthopedic Group, Inc.
Harbison Station Apts L.P.
Harrah's Operating Co Inc
Hawaiian Telecom Communications, Inc.
Hawker Beechcraft Acquisition Company LLC (f.k.a. Hawker Beechcraft, Inc.)
HCA Inc.
HD Supply
Heating Finance Plc
Henry Schein, Inc.
Herbst Gaming, Inc.
Hertz Corporation, The
Hewlett-Packard Company
Hexion
Highbridge LD Acquisition LLC
Highbridge Principal Strategies Mezzanine Partners
Highmount Exploration & Production LLC
Hilite Germany GmbH & Co. KG
HMH Publishers LLC
Horizon Merger Corporation
Houghton Mifflin Harcourt Publishers Inc.
HSBC
HSBC Finance Corporation
Hudson CLO 3 B.V.
Huish Detergents Inc.
Huntsman International LLC
Iasis Healthcare LLC
Ibertravel Vacations Holding SL
Iconix Brand Group, Inc.
Icopal A/S
Idaho Housing And Finance Association
Idearc Inc.
Illinois Power Company

Imo Carwash
Imperial Tobacco Entertainment Finance Limited
Ineos Group Limited
Inergy, L.P.
Infineon Technologies AG
Infonxx Inc
ING Groep NV
Innovia Films (Holding 3) Limited
Intelsat (Bermuda), Ltd.
Intelsat Subsidiary Holding Company, Ltd.
Intergen N.V.
Interline Brands, Inc.
International Business Machines Corporation
International Lease Finance Corporation
International Transmission Company
Interstate Brands Corporation
Interstate Fibernet, Inc.
Interstate Power And Light Company
Intesa
Inverness Medical Innovations Inc.
Invesco CLO
Investcorp S.A., Luxembourg
Iowa Telecommunications Services, Inc.
Iridium Satellite LLC
Iron Mountain Incorporated
Islavista Spain S.A.
ISS Holding A/S
Istar Financial Inc.
ITC Holdings Corporation
ITC Midwest LLC
Iusacell
Jarden Corporation
JFB Firth Rixson, Inc
Journal Register
JP Morgan Chase
JSC Rosgosstrakh
Kabel Deutschland GmbH
KBR Holdings, LLC
Kelson Holding LLC
Kerasotes Theatres Inc
Key Energy Services, Inc.
Keystone Inc 6/13/89
KGB
Kimberly-Clark Corporation
Kinder Morgan Energy Partners L.P.
Kirchholding GmbH & Co. Kg
KKR Private Equity Investors L.P.
Kleopatra Lux 2 S.A.R.L
Knight Capital Group Inc.
Knight Debtco Ltd
Koninklijke Philips Electronics NV
Kraft Foods Inc.

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Kubber Investments (Mauritius) Pvt Ltd
Laboratory Corporation Of America Holdings.
Lake Las Vegas Resort (Laslas)
LAN Dale Asset Purchasing Company No.2 Limited
Landsource
Lanxess AG
Las Vegas Sands, LLC
Latshaw Drilling Company, LLC
Lavena Holding 3 GmbH
Lavena Holding 4 GmbH
Legal & General Group Plc
Legendre Holdings 17 SA
Lehman Brothers European Mezzanine Lb S.A.R.L
Level 3 Financing, Inc.
LFIGXG LLC
Liberator Bidco Limited
Liberty Global Inc
Liberty Mutual Group Inc.
LIM Finance II, Inc.
Lincoln National Corporation
LKQ Corporation
Local Insight Regatta Holdings, Inc.
Local Media Finance LLC
Lufthansa AG
Lukoil Finance Limited
LW Securities, Ltd.
Lyondell
M.B.H. Emprunteur
Mach Gen LLC
Mackinaw Power Holdings, LLC
Macquarie Group Limited
Man Group Finance Inc.
Mapco Express, Inc.
Marathon Oil Company
Marina Bay-2nd Deal
Marina District Finance Company, Inc.
Mark IV
Market Place Apts
Marriott International Inc.
Massachusetts Mutual Life Insurance (Borrower)
Materis Sas
MC Communications, LLC
McJunkin Corporation
McJunkin Red Man Holding Corporation
MedAssets, Inc.
Meg Energy Corp.
Merlin Entertainments Group Luxembourg 2 S.A.R.L
Merlin Entertainments Group Luxembourg 3 S.A.R.L.
Merlin Italian
Merrill Lynch & Co. Inc.
Metavante Corporation
MF Global Finance

MF Global Ltd. / Man Financial
MF Global Finance Europe Limited
Michael Stores
Michigan Electric Transmission Co.
Midamerican Energy Company
Midamerican Energy Holdings Company
Midcontinent Express Pipeline LLC
Minera Del Norte S.A.
Mirant Corporation
Mirant North America, LLC
Misys Plc
Mitsubishi UFJ Financial Group PLC
Mizuho Financial Group
Moderna Finance AB (Publ)
Morgan Stanley
Morgan Stanley Investment Management Limited
Mountain Drilling Company
Movie Gallery Inc First Lien
Msn (Msn 7024)
Mueller Water Products Inc
N.V. Luchthaven Schipol
Nakilat Inc
Namrun Finance S.A.
National Cinemedia
National Rural Utilities Cooperative Finance Corporation
Natixis
Neff Corp
Neggio Holding 3 GmbH
Nelnet, Inc.
Nevada Power Company
New Center Asset Trust
New Edge
New England Power Company
New Holdco BV
New York Life Investment Management LLC
Newell Rubbermaid Inc.
Newpage Corporation
NFI Luxco SCA
NIBC Bank NV
Nokia Corporation
Nomura
Nortek Holdings, Inc.
Northeast Utilities
Northern State Power Company
Northwest Airlines, Inc.
Novartis Finance Corporation
NPL
NRG Energy, Inc.
NSG Holdings LLC
NTL Cable Plc
NTL Communications Ltd
Nuance Communications, Inc.

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Nustar Logistics, L.P.
Nycomed Germany Holding GmbH
Nycomed Holding A/S
NYSE Euronext
Oceania Cruises, Inc.
Oceania Vessel Finance, Ltd.
OCM Mezzanine Fund II Holdings, L.P.
OGE Energy Corp.
Oklahoma Gas And Electric Company
OI Canada Corp (Owens Illinois Canada Corp)
Omnicare, Inc
Onebeacon US Holdings
Opal Leasing Limited
Oracle Corporation
Orangina
Orbitz Worldwide
Orchard Supply Hardware LLC
O'reilly Automotive, Inc.
Owens & Minor, Inc.
Owens Illinois Inc
Oz Management LP
Pacific Gas And Electric Co.
Pacific Investment Management Company LLC
Pacificorp
Pages Jaunes
Pages Jaunes Groupe S.A.
Panamsat Corporation/Re-Name Intelsat Corporation
Pangea Ltd
Park Place Apartments L.P.
Parker Drilling Company
Parmalat Participacoes Promissory Note
Parmalat Participates Do Brasil Ltda
Partnerre Ltd
Peabody Energy Corporation
Pecos Investors LLC
Penn National Gaming
Pepsi Bottling Group, Inc.
Perstorp AB
Pertus Sechzehnte Gbmh
Petsec Energy Inc.
PG&E Corporation
PGA Holdings, Inc.
Pharmaerica Corporation
Philip Morris International Inc
PHS Group Plc
Pinnacle Entertainment, Inc.
Pinnacle Foods Finance LLC
Pinnacle West Capital Corp
Pivotal Promontory
Planet Acquisition Holdco 1 Ltd
Planet Acquisitions Holdco 2 Ltd
Plastech Engineered Products, Inc.

Plinius Investments B.V.
Pnm Resources, Inc.
Portland General Electric Company
PQ Corporation
Precis Corporation
Precision Partners
Prestige Cruise Holdings, Inc. C/O Apollo Management, L.P.
Primedia
Principal Financial Group, Inc.
Project Knight
Prosiebensaf1. Media AG
Protection One Alarm Monitoring, Inc.
Prudential Financial Inc.
PSEG Energy Holdings L.L.C
PSEG Power LLC
Psychiatric Solutions Inc.
PT MNC Sky Vision
PTG Grande Asset
PTG Tango Kingfisher
Public Service Company Of Colorado
Public Service Electric & Gas Company
Public Service Enterprise Group Incorporated
Puget Sound Energy Inc.
Qatar Liquefied Gas Company Limited (II)
QVC, Inc.
Qwest Services Corporation
RAS Laffan Liquified Natural Gas Company Limited
Reddy Ice Corporation (f.k.a. Reddy Ice Group, Inc)
Regal Cinemas, Inc.
Regency Gas Services LP
Regent Seven Seas Cruises
Reliant Energy Inc.
Renal Advantage, Inc.
Rent-A-Center, Inc.
Resona Holdings Inc.
Rexnord Corporation
RFC Midco A/S
RFG Holding (France) SAS
RH Dennelley Corporation
RJ Reynolds Tobacco Holdings, Inc.
RJO Holdings Corp.
Rockies Express Pipeline LLC
Roofing Holding Inc
Royal & Sun Alliance Insurance Group Plc
Royal Bank of Canada
Royal Bank of Scotland Group PLC
RWE AG
Saad Investments Company Limited
Sabmiller Finance B.V.
Sabmiller Plc
Sabre Holdings Corporation

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Sacher Funding Ltd.
Salt Lake Neighborhood Housing Services, Inc.
Sandridge Energy, Inc.
SBA Senior Finance, Inc.
Schefenacker AG
Schieder Moebel Holding GmbH
Sealed Air Corporation
Sears Roebuck Acceptance Corp
Semcrude LP
Semgroup Energy Partners, L.P.
Sequa Corporation
Serena Software, Inc.,
Serpering Investments B.V.
Service Corp Int'l
SGS International, Inc.
Sheridan Holdings, Inc.
SHPS, Inc
Siemens AG
Sierra Pacific Power Company
Silicon Graphics Inc
Silver Springs Apts
Sinclair Television Group, Inc.
Sisal S.P.A
Six Flags Theme Parks Inc.
SLM Corporation
Societe General
Solo Cup Company
Solutia Inc.
Sourcecorp, Inc
Southern California Edison
Southern Company
Southwestern Public Service Company
Spanish Broadcasting Systems, Inc.
Spectra Energy Capital, LLC (f.n.a. Duke Capital)
Spectra Energy Partners OLP, LP
Spiegel Inc
Stahl Acquisition BV
Stallion Oilfield Services Ltd.,
Standard Chartered
Standard Life Bank PLC
Standard Pacific
Star Tribune Co
Starwood Hotels & Resorts
STF Thsrc
Stony Brook Court Whole Loan
Sumitomo Mitsui Financial Group INC
Sumitomo Trust & Banking Co Ltd
Sunamerica Asset Management
Sungard Data Systems Inc.
Sunoco Inc.
Sunoco Logistics Partners Operations, LP
Sunshine Holdings Limited

Supervalu Inc
Swift Transportation Co., Inc.
Swiss Reinsurance Company
Symetra Financial Corporation
Synagro Technologies, Inc.
Syncora
Syncora Holdings Ltd. (f.k.a. Security Capital Assurance Ltd)
SYNIVERSE Technologies, Inc (f.k.a. TSI Telecommunication Services Inc)
Targa Resources, Inc
Target Corporation
TC Group Investment Holdings, L.P.
TDS Investor Corporation
Team Finance LLC
Telecom Italia S.P.A.
Telefonica Europe BV
Telefonica, S.A.
Telekom Austria Finance B.V.
Tembec
Teppco Partners, L.P.
Tesoro Corporation
Thalia CLO/Sacher
Thalia Credit FAC
The Carlyle Group
The Clorox Company
The Hartford Financial Services Group, Inc.
The Home Depot, Inc.
The Neiman Marcus Group, Inc.
The Pemex Project Funding Master Trust
The Rhodes Companies, LLC
The Sports Authority, Inc
The Williams Companies, Inc.
Ticknor Corner LLC
Time Warner Cable, Inc.
Time Warner Inc.
Time Warner Telecom Inc.
Tomtom N.V.
Toronto Dominion Bank
Tousa, Inc. (F/K/A Technical Olympic USA Inc)
Toys R Us Inc
TPF Generation Holdings, LLC
Trademarks LLC
Trans World Airlines Inc.
Transamerica Asset Funding Corp I
Transdigm Inc
Transocean Inc
TravelPort Inc
Tribune Company
Tri-State Generation And Transmission Association, Inc.
Tronox Worldwide LLC
Tropicana Entertainment

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

TRW Automotive Holdings Corp.
TXU Electric Delivery Company
TXU Energy Company LLC
TXU Us Holding Company
Tyco International Group S.A.
Tyco Intl
U.S. Shipping Partners L.P.
UBS
Unicredito Italiano SPA
United Air Lines, Inc.
United Components, Inc.
United States Steel Corporation
United Surgical Partners International, Inc.
UnitedHealth Group Inc
Univision Communications Inc.
UPC Broadband Holding B.V.
UPC Media
US Airways Group, Inc.
US Investigations Services, Inc.
USAA Capital Corporation
USI Holdings Corp.
USPF Holdings, LLC
Utah Housing Corporation
Valero Energy Corporation
Van Gansewinkel Holding B.V.
Varel Funding Corp.
Varig S.A. (Vicao Aerea Rio-Grandense)
Venetian Macau Limited
Venise Acquisition
Venoco, Inc
Ventas Realty
Verifone, Inc.
Verint Systems Inc.
Verizon Communications Inc.
Verso Paper Holding LLC
Vertrue Incorporated
Veyance Technologies, Inc.
Virginia Electric And Power Company
Visteon Corporation
Vodafone Group PLC
Vornado Realty
Vought Aircraft Industries, Inc.

Wachovia
Walmart Stores
Walt Disney Company
Warburg Pincus Equity Partners L.P.
Washington Metro Transit A
Waterfall European Clo S.A.
WCI Capital Corp
WCI Communities
Weetabix Mills
WellPoint Inc
Wells Fargo & Company
Werra Papier
Wesco Aircraft Hardware Corp.
West Corporation
Westar Energy, Inc.
WestLB
Whippoorwill Associates Inc
White Mountains Insurance Group, Ltd.,
Williams Partners L.P
Wimar
Wind Telecomunicazioni S.P.A.
Wisconsin Electric Power Company
Wisconsin Energy Corporation
WISCONSIN GAS LLC (f.k.a Wisconsin Gas Company)
Wisconsin Power And Light Company
WMG Acquisition Corp.
Wolf Hollow 2nd Lien
Wolf Hollow I LP
Wolters Kluwer NV
Woodmarkion
Woori SPC - HYOK
World Directories Acquisition Corp.
Wyeth
Xcel Energy Inc.
Xerox Corporation
Xl Capital Ltd.
Yankee Candle Company, Inc.
Yellowstone Club
Young Broadcasting
YPSO France S.A.S
Yuma Hospital District
Zephyrus Investments LLC

# EXHIBIT B

## Potential Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

None

**Relationships in Unrelated Matters**

- 4086 Advisors
- Accuride Corporation
- Activant Solutions Inc
- AES Corporation
- Aetna Inc.
- AFE
- AIG
- Alabama Power Company
- Alcoa Inc.
- Allegheny Energy Supply Company, LLC
- Alliancebernstein L.P. (MASTER)
- Alliant Energy Corporation
- Allianz SE
- Allstate Corporation
- Alltel Communications
- Altos Hornos De Mexico SA De CV
- Altria Group, Inc.
- Ambac
- Ameren Resources Gen Co
- Amerenenergy Resources Generating Company
- American Airlines, Inc
- American Axle & Manufacturing Inc.
- American Electric Power Company Inc
- American Express Bank, Fib
- American Express Company
- American International Group, Inc.
- American Intlgrp Inc
- American Transmission Company LLC
- Amerisourcebergen Corporation
- Amgen Inc.
- Apax Summer Bidco Limited
- Apollo Management Leveragesource Iv, LLC
- Aramark Corporation
- Area Giochi Holding S.P.A
- ARINC Incorporated
- Arizona Public Service Company
- Arvinmeritor, Inc.
- Assurant, Inc
- AT&T Inc. (F/K/A SBC Communications Inc.)
- Atmos Energy Corporation
- Audio Visual Services Corporation
- Axon Financial Funding Ltd.
- Ball Corporation
- Banco Santander SA
- Bank of America Corporation
- Barclays
- Bausch and Lomb
- Best Buy Co., Inc.
- BHM Technologies, LLC
- Biomet, Inc.
- Blackrock
- Blackstone Capital Partners V L.P.
- Block Financial Corporation
- BNP Paribas
- Booz Allen Hamilton Inc.
- Brickman Group
- British Airways PLC
- Buffets, Inc.,
- Burger King Corporation
- Cablevision Systems Corp
- Calpine Corporation
- Campbell Soup Company
- Capmark Financial Group Inc.
- Carbone S.A.R.L.
- Cavalier Telephone
- CBS Corp (f.n.a. Viacom, Inc.)
- CDW Corp.
- Centennial Communications Corp
- Central Illinois Public Service Company
- Centurytel, Inc
- Cenveo Corporation
- Cessna
- Charter Communications Operating LLC
- Chesapeake Appalachia, L.L.C.
- Chesapeake Energy Corp
- Chevron Corporation
- CIFG
- CILCORP Inc., An Illinois Corporation
- Cinemark USA, Inc.
- Cisco Systems, Inc.
- CIT Group
- Citigroup
- Claire's Stores, Inc.
- CME Group Inc.
- Colonial Realty Limited Partnership
- Commerzbank AG

## EXHIBIT B

## Potential Parties-in-Interest Noted for Court Disclosure

Community Health Sys
Conocophillips
Conseco Inc
Consolidated Edison Company Of New York (Cecony)
Constellation Energy Group, Inc.
Continental Airlines Inc.
Cooper-Standard Automotive Inc.
Coventry Health Care, Inc.
Cox Communications, Inc.
Cox Enterprises, Inc.
COX Radio, Inc.
Credit Agricole
Credit Suisse Group
Crown Castle
CSC Holdings
CSG Systems International, Inc.
Dana Holding Corporation
Danaher Corporation
Delphi Corporation
Delta Airlines
Deutsche Bank AG
Deutsche Telekom AG
Dexia
Discover Financial Services
Dollar General Corporation
Dominion Resources Inc
Domtar Inc
Drake Management LLC
Dynegy Holdings. Inc.
E.On AG
Ebay Inc.
Edison Mission Energy
El Paso Corporation
Enbridge (U.S.) Inc.
Enel Sp.A
Enron Corp.
Entergy Corp
Exterran Holdings, Inc.
Fidelity Management Research LLC
Flextronics International Ltd
Florida Power & Light Company
Ford Motor Company
Fortress Investment Group LLC
Freescale Semiconductor, Inc. (f.k.a. Freescale Acquisition Corporation
FXCM Holdings LLC
Genentech, Inc.
General Electric Capital Corporation
General Mills, Inc.

General Motors Corporation
Genworth Financial, Inc.
Georgia Pacific Corporation
Goldman Sachs Group, Inc.
Graham Packaging Company, L.P.
Graphic Packaging International Corp
Great Lakes Dredge & Dock Corporation
Halliburton Company
Harrah's Operating Co Inc
Hawaiian Telecom Communications, Inc.
HCA Inc.
Herbst Gaming, Inc.
Hertz Corporation, The
Hewlett-Packard Company
Hexion
HSBC
HSBC Finance Corporation
Huntsman International LLC
Iconix Brand Group, Inc.
Idearc Inc.
Illinois Power Company
Infineon Technologies AG
Infonxx Inc
ING Groep NV
Intelsat (Bermuda), Ltd.
Interline Brands, Inc.
International Business Machines Corporation
Interstate Fibernet, Inc.
Intesa
Invesco CLO
Iridium Satellite LLC
Istar Financial Inc.
Jarden Corporation
Journal Register
JP Morgan Chase
Key Energy Services, Inc.
Kinder Morgan Energy Partners L.P.
Kraft Foods Inc.
Landsource
Lanxess AG
Las Vegas Sands, LLC
Lyondell
Marathon Oil Company
Mark IV
Marriott International Inc.
Massachusetts Mutual Life Insurance (Borrower)
MC Communications, LLC
Merrill Lynch & Co. Inc.
Metavante Corporation

## EXHIBIT B

### Potential Parties-in-Interest Noted for Court Disclosure

MF Global Finance
MF Global Ltd. / Man Financial
MF Global Finance Europe Limited
Midamerican Energy Holdings Company
Misys Plc
Mitsubishi UFJ Financial Group PLC
Morgan Stanley
Morgan Stanley Investment Management Limited
Natixis
Nelnet, Inc.
Nevada Power Company
New Edge
New York Life Investment Management LLC
Newell Rubbermaid Inc.
Nokia Corporation
Nomura
Northeast Utilities
Northwest Airlines, Inc.
Nuance Communications, Inc.
Nycomed Germany Holding GmbH
Nycomed Holding A/S
Oklahoma Gas And Electric Company
Omnicare, Inc
Onebeacon US Holdings
Oracle Corporation
Orbitz Worldwide
Owens & Minor, Inc.
Owens Illinois Inc
Pacific Investment Management Company LLC
Peabody Energy Corporation
Pepsi Bottling Group, Inc.
Portland General Electric Company
Prestige Cruise Holdings, Inc. C/O Apollo Management, L.P.
Primedia
Prudential Financial Inc.
PSEG Power LLC
Puget Sound Energy Inc.
QVC, Inc.
Reliant Energy Inc.
RJ Reynolds Tobacco Holdings, Inc.
Royal Bank of Canada
Royal Bank of Scotland Group PLC
RWE AG
Sabmiller Finance B.V.
Sandridge Energy, Inc.
Sealed Air Corporation
Sears Roebuck Acceptance Corp
Semcrude LP

Semgroup Energy Partners, L.P.
Sequa Corporation
SGS International, Inc.
Siemens AG
Sierra Pacific Power Company
SLM Corporation
Societe General
Solo Cup Company
Solutia Inc.
Sourcecorp, Inc
Southern California Edison
Southern Company
Spiegel Inc
Stahl Acquisition BV
Standard Chartered
Standard Pacific
Star Tribune Co
Starwood Hotels & Resorts
Sumitomo Trust & Banking Co Ltd
Sunoco Inc.
Supervalu Inc
Swift Transportation Co., Inc.
Swiss Reinsurance Company
Syncora
Syncora Holdings Ltd. (f.k.a. Security Capital Assurance Ltd)
SYNIVERSE Technologies, Inc (f.k.a. TSI Telecommunication Services Inc)
Target Corporation
Telecom Italia S.P.A.
Telefonica, S.A.
Tembec
Tesoro Corporation
The Carlyle Group (Master)
The Clorox Company
The Hartford Financial Services Group, Inc.
The Home Depot, Inc.
The Neiman Marcus Group, Inc.
The Pemex Project Funding Master Trust
The Rhodes Companies, LLC
The Sports Authority, Inc
The Williams Companies, Inc.
Ticknor Corner LLC
Time Warner Cable, Inc.
Time Warner Inc.
Time Warner Telecom Inc.
Tomtom N.V.
Toronto Dominion Bank
Tousa, Inc. (F/K/A Technical Olympic USA Inc)

# EXHIBIT B

## Potential Parties-in-Interest Noted for Court Disclosure

Toys R Us Inc
Transdigm Inc
Transocean Inc
TravelPort Inc
Tribune Company
Tropicana Entertainment
Tyco International Group S.A.
Tyco Intl
UBS
Unicredito Italiano SPA
United Air Lines, Inc.
United Components, Inc.
United Surgical Partners International, Inc.
UnitedHealth Group Inc
Univision Communications Inc.
US Airways Group, Inc.
Valero Energy Corporation
Varig S.A. (Vicao Aerea Rio-Grandense)
Venoco, Inc
Verifone, Inc.
Verint Systems Inc.
Verizon Communications Inc.
Virginia Electric And Power Company

Visteon Corporation
Vodafone Group PLC
Vornado Realty
Vought Aircraft Industries, Inc.
Wachovia
Walt Disney Company
WCI Communities
Wells Fargo & Company
West Corporation
WestLB
Whippoorwill Associates Inc
Wisconsin Electric Power Company
Wisconsin Energy Corporation
WISCONSIN GAS LLC (f.k.a Wisconsin Gas Company)
Wisconsin Power And Light Company
Wolters Kluwer NV
Wyeth
Xerox Corporation
Xl Capital Ltd.
Yankee Candle Company, Inc.
Yellowstone Club