UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc., *et al*.<br><br>Debtors. | Case No. 08-13555 (JMP)<br><br>(Jointly Administered)<br><br>Chapter 11 |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 595 AND 596

PLEASE TAKE NOTICE that KeyBank National Association ("Claimant") hereby withdraws Proof of Claim No. 595, filed by Claimant against Debtor Lehman Brothers Holdings, Inc. ("LBHI") in Case No. 08-13555 on November 12, 2008 ("Claim No. 595").

PLEASE TAKE FURTHER NOTICE that Claimant also withdraws Proof of Claim No. 596, filed by Claimant against Debtor Lehman Brothers Special Financing, Inc. ("LBSF") in Case No. 08-13888 on November 12, 2008 ("Claim No. 596").

Nothing herein shall, nor shall be deemed to, have any affect on any proofs of claim and the rights and interests of Claimant therein, other than Claim No. 595 and Claim No. 596, filed or asserted in these cases by Claimant against any of the above-captioned Debtors, including, without limitation, Proof of Claim No. 537, filed by Claimant against LBHI in Case No. 08-13555 on November 6, 2008, and Proof of Claim No. 538, filed by Claimant against LBSF in Case No. 08-13888 on November 6, 2008, each of which Proofs of Claim remains in full force and effect and as to which Claimant reserves all rights and interests.

CINCINNATI/77706

-2-

| Dated: June 19, 2009<br>New York, New York | Respectfully Submitted,<br><br> /s/ Stephen D. Lerner<br>Stephen D. Lerner (2067841)<br>Squire, Sanders & Dempsey, LLP<br>1095 Avenue of the Americas, 31st Floor<br>New York, NY 10036<br>Telephone:  (212) 872-9800<br>Facsimile:   (212) 872-9815<br>Email:   slerner@ssd.com<br><br>*Attorneys for KeyBank National Association* |
|---|---|