STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman
Mark A. Speiser
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
*In re*                                                                      :    Chapter 11
                                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                                                                   :
                                                    Debtors.         :    (Jointly Administered)
                                                                                   :
---------------------------------------------------------------- x

# SECOND SUPPLEMENTAL VERIFIED STATEMENT OF STROOCK & STROOCK & LAVAN LLP PURSUANT TO BANKRUPTCY RULE 2019

   1.   Stroock & Stroock & Lavan LLP ("Stroock"), is counsel to each of the parties-in-interest ("Lehman Creditor Entities") listed on Exhibit A hereto of one or more of the above-captioned debtors, makes the following disclosure pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019").

   2.   Each of the Lehman Creditor Entities has retained Stroock to represent its interests in connection with the chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtor entities (collectively, the "Debtors").

   3.   The mailing address for each of the Lehman Creditor Entities is listed on Exhibit A hereto.

4. Each of the Lehman Creditor Entities holds substantial claims against the Debtors, but Stroock cannot, at this time, specify the amount or type of these claims. The specific nature and amounts of the claims held by the Lehman Creditor Entities will be set forth in proofs of claims filed against the Debtors' estates.

5. On November 12, 2008, Stroock filed the Verified Statement of Stroock & Stroock & Lavan LLP Pursuant to Bankruptcy Rule 2019 (the "Statement") in connection with its representation of the Parties in these chapter 11 cases.

6. On December 12, 2008, Stroock filed the Supplemental Verified Statement of Stroock & Stroock & Lavan LLP Pursuant to Bankruptcy Rule 2019 (the "Supplemental Statement") in connection with its representation of the Parties in these chapter 11 cases.

7. Since the time that the Supplemental Statement was filed, Stroock has been retained by additional Lehman Creditor Entities. Therefore, pursuant to Rule 2019, Stroock submits this second supplemental verified statement (the "Second Supplemental Statement") to supersede the Supplemental Statement. The names and addresses of the additional Lehman Creditor Entities as of the date hereof are set forth on Exhibit B attached hereto.

8. Except for its own interest, Stroock does not hold any interests in, or positions with respect to, any of the claims or interest held by the Lehman Creditor Entities with respect to the Debtors.

9. Stroock does not perceive any actual or potential conflict of interest with respect to the representation of the Parties in these cases.

10.     All of the information contained herein is intended only to comply with Rule 2019 and is not intended for any other purpose.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

The undersigned certifies that this Statement is true and accurate, to the best of his knowledge and belief. Stroock reserves the right to revise and supplement this Statement as needed.

Dated: New York, New York
June 19, 2009

          STROOCK & STROOCK & LAVAN LLP

          By: /s/ Mark A. Speiser
              Melvin A. Brosterman
              Mark A. Speiser
              180 Maiden Lane
              New York, New York 10038
              Tel: (212) 806-5400
              Fax: (212) 806-6006

*Counsel to Basso Capital, Basso Fund Ltd., Basso Holdings Ltd., Basso Multi-Strategy Holding Fund Ltd., Brigade Capital Management, Cheyne Capital Management Limited, Cheyne Capital International Limited, Constellation Energy Commodities Group, Inc., DZ BANK AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main, DKR Capital Inc., CEDAR DKR Holding Fund Ltd., DKR IBEX Holding Fund Ltd., DKR Soundshore Oasis Holding Fund Ltd., EFG Eurobank Ergasias S.A., Eni U.K. Ltd. (f/k/a AGIP (U.K.) Ltd.), Hess Corporation, Hess Energy Power and Gas Company (U.K.) Limited, Hess Energy Trading Co., (U.K.) Ltd., Hess Energy Trading Company, LLC, Latigo Partners, L.P., Magnetar Capital LLC, Magnetar Capital Master Fund, Ltd., Magnetar Constellation Master Fund, Ltd., Magnetar Constellation Fund II, Ltd., Magnetar Constellation Master Fund III, Ltd.,*

*Magnetar Structured Credit Fund, L.P., Mitsui & Co. (U.S.A.), Inc., Mitsui & Co. Energy Risk Management Ltd., Mizuho Corporate Bank, Ltd. and Affiliates, Neuberger Berman, LLC, Nordea Bank AB (Publ), Norges Bank, Pulsar Re, Ltd., RBS Sempra Commodities, and Stamford Associates L.P.*

# EXHIBIT A

|   | **PARTIES NAMES & ADDRESSES** |
|---|---|
| 1. | Basso Capital<br>1266 East Main Street<br>Stanford, CT 06902 |
| 2. | Brigade Capital Management<br>717 Fifth Avenue<br>Suite 1301<br>New York, NY 10022 |
| 3. | Cheyne Capital Management Limited<br>Stornoway House<br>13 Cleveland Row<br>London<br>SW1A 1DH<br>United Kingdom<br><br>-and-<br><br>Cheyne Capital International Limited<br>Clarendon House<br>P.O. Box HM 1022<br>2 Church Street<br>Hamilton HM11<br>Bermuda |
| 4. | Constellation Energy Commodities Group, Inc.<br>111 Market Place, Suite 500<br>Baltimore, MD 21202 |
| 5. | DZ BANK AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main<br>Platz der Republik<br>60265 Frankfurt am Main<br>Germany<br><br>-and-<br><br>Deutsche Zentral-Genossenschaftsbank AG<br>609 Fifth Avenue<br>New York, NY 10017-1021 |

| | **PARTIES NAMES & ADDRESSES** |
|---|---|
| 6. | DKR Capital Inc.<br>1281 East Main Street<br>3rd Floor<br>Stamford, CT 06902 |
| 7. | EFG Eurobank Ergasias S.A.<br>c/o Tom Coates<br>Lewis Silkin Solicitors<br>12 Gough Square<br>London EC4A 3DW<br>United Kingdom<br><br>-and-<br><br>EFG Eurobank Ergasias S.A.<br>8 Othonos Street<br>GR-105 57 Athens<br>Greece |
| 8. | Eni U.K. Limited (f/k/a AGIP (U.K.) Limited)<br>Ebury Bridge House<br>10 Ebury Bridge Road<br>London, SW1W 8PZ<br>United Kingdom |
| 9. | Hess Corporation<br>c/o Hess Energy Trading Company, LLC<br>1185 Avenue of the Americas<br>New York, NY 10036 |
| 10. | Hess Energy Trading Company, (U.K.) Limited<br>33 Grosvenor Place<br>London<br>SW1X 7HY<br>United Kingdom |
| 11. | Latigo Partners, L.P.<br>590 Madison Avenue<br>9th Floor<br>New York, NY 10022 |

|     | **PARTIES NAMES & ADDRESSES** |
| --- | --- |
| 12. | Magnetar Capital LLC<br>623 Fifth Avenue<br>26th Floor<br>New York, NY 10022 |
| 13. | Mitsui & Co. (U.S.A.), Inc.<br>200 Park Avenue<br>New York, NY 10166 |
| 14. | Mizuho Corporate Bank, Ltd., as Agent,<br>and on Behalf of Itself and Its Affiliates<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| 15. | Norges Bank<br>Bankplassen 2<br>P.O Box 1179 Sentrum<br>N-0107 Oslo<br>Norway |
| 16. | RBS Sempra Commodities<br>58 Commerce Road<br>Stamford, CT 06902 |
| 17. | Stamford Associates L.P.<br>555 California Street, 4th Floor<br>San Francisco, CA 94104 |

# EXHIBIT B

| | **PARTIES NAMES & ADDRESSES** |
|---|---|
| 1. | Basso Fund Ltd.<br>Basso Holdings Ltd.<br>Basso Multi-Strategy Holding Fund Ltd.<br>c/o Basso Capital<br>1266 East Main Street<br>Stanford, CT 06902 |
| 2. | CEDAR DKR Holding Fund Ltd.<br>DKR IBEX Holding Fund Ltd.<br>DKR Soundshore Oasis Holding Fund Ltd.<br>c/o DKR Capital Inc.<br>1281 East Main Street<br>3rd Floor<br>Stamford, CT 06902 |
| 3. | Hess Energy Power and Gas Company (U.K.) Limited<br>c/o Hess Energy Trading Company, (U.K.) Limited<br>33 Grosvenor Place<br>London<br>SW1X 7HY<br>United Kingdom |
| 4. | Magnetar Capital Master Fund, Ltd.<br>Magnetar Constellation Master Fund, Ltd.<br>Magnetar Constellation Fund II, Ltd.<br>Magnetar Constellation Master Fund III, Ltd.<br>Magnetar Structured Credit Fund, L.P.<br>Pulsar Re, Ltd.<br>c/o Magnetar Capital LLC<br>623 Fifth Avenue<br>26th Floor<br>New York, NY 10022 |
| 5. | Mitsui & Co. Energy Risk Management Ltd.<br>c/o Mitsui & Co. (U.S.A.), Inc.<br>200 Park Avenue<br>New York, NY 10166 |

|    | **PARTIES NAMES & ADDRESSES** |
|----|-------------------------------|
| 6. | Neuberger Berman, LLC<br>605 Third Avenue<br>New York, NY 10158-3698 |
| 7. | Nordea Bank AB (Publ)<br>and on Behalf of Itself and Its Affiliates<br>Christiansbro, Strandgade 3<br>P.O. Box 850<br>DK-0900 Copenhagen C<br>Denmark |