| | |
|---|---|
| WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York  10036<br>(212) 819-8200<br>J. Christopher Shore | Hearing Date:  July 15, 2009 at 10:00 a.m.<br>(prevailing Eastern Time)<br>Objections Due:  July 10, 2009, at 4:00 p.m.<br>(prevailing Eastern Time) |

Wachovia Financial Center, Suite 4900
Miami, Florida  33131
(305) 371-2700
Thomas E Lauria (admitted pro hac vice)

ATTORNEYS FOR DNB NOR BANK ASA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re                                                                : Chapter 11
                                                                         :
LEHMAN BROTHERS HOLDINGS INC.,    : Case No. 08-13555 (JMP)
<u>et</u> <u>al.</u>,                                                          :
                                                                         : Jointly Administered
                                    Debtors.               :
---------------------------------------------------------- x

**NOTICE OF MOTION OF DNB NOR BANK ASA**
**PURSUANT TO 11 U.S.C. §§ 503(b), 507(b) FOR ALLOWANCE AND PAYMENT OF**
<u>**ADMINISTRATIVE EXPENSE CLAIM AND ALLOWING SETOFF OF SUCH CLAIM**</u>

PLEASE TAKE NOTICE that a hearing (the "Hearing") shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **July 15, 2009 at 10:00 a.m.** (Prevailing Eastern Time), or as soon thereafter as counsel may be heard (the "Hearing") to consider the Motion of DnB NOR Bank ASA Pursuant to 11 U.S.C. §§ 503(b), 507(b) for Allowance and Payment of Administrative Expense Claim and Allowing Setoff of Such Claim (the "Motion") filed by DnB NOR Bank ASA ("DnB NOR").

PLEASE TAKE FURTHER NOTICE that the Motion was filed electronically with the Bankruptcy Court on June 19, 2009 and was served on all parties who have requested notice in the above referenced chapter 11 cases on the same day. The Motion may also be examined and inspected by interested parties on (i) the Court's website (http://www.nysb.uscourts.gov) or (ii) Epiq's website (http://chapter11.epiqsystems.com).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn: Robert W. Gaffey, William J. Hine, and Tracy Schaffer) and Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, and Jacqueline Marcus), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan Fleck) and Quinn

Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Susheel Kirpalani), attorneys for the official committee of unsecured creditors appointed in these cases; and (v) White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Attn: J. Christopher Shore) and White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Attn: Thomas E Lauria), attorneys for DnB NOR; so as to be received no later than **July 10, 2009 at 4:00 p.m.** (Prevailing Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated: New York, New York
June 19, 2009

> WHITE & CASE LLP
> 1155 Avenue of the Americas
> New York, NY 10036-2787
> (212) 819-8200
>
> By:  /s/ J. Christopher Shore
> J. Christopher Shore
>
> Wachovia Financial Center
> 200 South Biscayne Blvd., Suite 4900
> Miami, Florida 33131
> (305) 371-2700
> Thomas E Lauria (admitted pro hac vice)