David J. Molton, Esq. (DM 1106)
Edward S. Weisfelner, Esq. (EW 5581)
Andrew S. Dash, Esq. (AD 7913)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities*
*Fund LP, Newport Global Credit Fund*
*(Master) L.P., PEP Credit Investor L.P. and*
*Providence TMT Special Situations Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    Case No. 08-13555 (JMP)
                                                               :
                              Debtors.        :    (Jointly Administered)
---------------------------------------------------------------x

**JOINDER OF NEWPORT GLOBAL OPPORTUNITITES FUND LP, NEWPORT GLOBAL CREDIT FUND (MASTER) L.P., PEP CREDIT INVESTOR L.P. AND PROVIDENCE TMT SPECIAL SITUATIONS FUND L.P. TO OBJECTION TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. (collectively, the "Funds"), by and through their undersigned counsel, hereby join in the objection filed to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Bar Date Motion"), and assert as follows:

## OBJECTION AND JOINDER

1. The Funds are creditors of Lehman Brothers Holdings Inc. and its affiliated debtors ("Debtors") in the above-captioned cases.

2. The Funds hereby join and incorporate by reference all arguments and assertions, in their entirety, made in the Objection to the Bar Date Motion filed on behalf of Barclays Capital Inc., Barclays Bank PLC and their affiliates [D.I.# 3820].

**WHEREFORE,** the Funds respectfully request that the Court deny the Bar Date Motion, and grant such other and further relief as deemed just and proper.

Dated: New York, New York
June 19, 2009

**BROWN RUDNICK LLP**

By: /s/ David J. Molton
David J. Molton, Esq. (DM 1106)
Edward S. Weisfelner, Esq. (EW 5581)
Andrew S. Dash, Esq. (AD 7913)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P.*