Fabyanske, Westra, Hart & Thomson, P.A.
Paul L. Ratelle (MN Bar No. 127632)
Admitted *Pro Hac Vice*
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 359-7600

*Attorneys for Bremer Financial Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

LEHMAN BROTHERS HOLDINGS, INC.,
*et al.*,

Debtors.

Case No. 08-13555 (JMP)

(Jointly Administered)

(Chapter 11)

---

**JOINDER OF BREMER FINANCIAL CORPORATION
TO THE OBJECTION OF WELLS FARGO & COMPANY
AND WELLS FARGO BANK, NATIONAL ASSOCIATION TO THE MOTION OF
THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF
THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM
AND MANNER OF NOTICE THEREOF AND
<u>APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Bremer Financial Corporation, acting as agent for various funds ("Bremer"), by and through their undersigned counsel, for their joinder to the objection (the "Objection") of Wells Fargo & Company and Wells Fargo Bank, National Association (together, "Wells Fargo"), to the Debtors' motion (the "Bar Date Motion"), pursuant to section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for establishment of the deadline for filing proofs of claim, approval of the form and manner of notice thereof, and approval of the proof of claim form, respectfully states as follows:

1.  Bremer and Lehman Brothers Special Financing Inc. are counterparties to certain swap agreements that are guaranteed by Lehman Brothers Holdings Inc.

2.  Bremer has reviewed the Objection filed by Wells Fargo and hereby joins in Wells Fargo's Objection and adopts the various positions set forth therein.

WHEREFORE, for the reasons set forth herein, Bremer respectfully requests that this Court (i) deny the Bar Date Motion, (ii) establish a bar date to occur on or following October 31, 2009, (iii) provide that the submission of Official Form No. 10 shall be sufficient for purposes of satisfying the proof of claim requirement, and (iv) grant such other and further relief as this Court may deem just or proper.

Dated: Minneapolis, Minnesota.
       June 19, 2009.

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**

By: /s/ Paul L Ratelle, Esq.
Paul L. Ratelle
Admitted *Pro Hac Vice*
Suite 1900
800 LaSalle Avenue
Minneapolis, Minnesota
Telephone: (612) 359-7600
Facsimile: (612) 359-7602

*Attorneys for Bremer Financial Corporation*