# **Exhibit C**

## Guido, Laura

**From:** Goren, Todd M.
**Sent:** Wednesday, June 03, 2009 3:50 PM
**To:** 'ErikaFinn@andrewskurth.com'
**Cc:** 'Bellomo, Minnie'; 'Lubell, Daniel S.'; 'richard.krasnow@weil.com'; 'jacqueline.marcus@weil.com'; Johnstone, Kathryn I.; Marinuzzi, Lorenzo; Miller, Brett H.; 'Jason Schauer'
**Subject:** Plastech Lehman to LLCP (CD 2/19/09)

Erika,

After consideration, Levine Leichtman Capital Partners ("LLCP") has requested a conference call among the bankruptcy counsel for the SIPC Trustee and bankruptcy counsel for LCPI. They would like to be able to ask questions about what actions have been taken to date, what actions are contemplated, and would like some assurance regarding the ultimate transfer of the Units. Jason Schauer of LLCP should be included in the call, and Jason will advise if others from LLCP need to be on the call.

Please advise of the best time for a call.

Best Regards,

Todd


Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: 212 336-4325
Fax: 212-209-1836
tgoren@mofo.com
www.mofo.com

---

**From:** Finn, Erika [mailto:ErikaFinn@andrewskurth.com]
**Sent:** Friday, May 29, 2009 8:59 AM
**To:** Johnstone, Kathryn I.
**Cc:** Hoyt, David
**Subject:** Plastech Lehman to LLCP (CD 2/19/09)

Hi Kathy,

Lehman Commercial Paper Inc. ("LCPI") has been using, and will continue to use, reasonable commercial efforts to deliver 32,989 Class B Units to LLCP DV Plastech B, LLC (the "Class B Units") and 40,630 Class C Units to LLCP DV Plastech C, LLC (the "Class C Units" and, together with the Class B Units, the "Units").

The SIPC Trustee's counsel is currently reviewing LCPI's directive to Lehman Brothers Inc. to transfer the Units. LCPI has been actively working with the SIPC Trustee to obtain the necessary consents from the SIPC Trustee for the transfer of the Units. Given the complexity of the

bankruptcy case and the SIPC proceeding, it is not reasonably practicable that the SIPC Trustee will be able to consent to the transfer of the Units by June 15, 2009.

LCPI kindly requests that your clients, LLCP DV Plastech B, LLC and LLCP DV Plastech C, LLC, extend the date pursuant to which LCPI shall deliver the Units to your clients to **September 15, 2009**, with the understanding that LCPI will continue to use reasonable commercial efforts to deliver the Units as soon as reasonably practicable.

Do not hesitate to contact me directly with any questions or to discuss further.

Thanks,

_____

Erika N. Finn
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
212-850-2865 (office)
212-850-2929 (fax)

Confidentiality Notice: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this e-mail or its attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender of that fact by return e-mail and permanently delete the e-mail and any attachments to it immediately. Please do not retain, copy or use this e-mail or its attachments for any purpose, nor disclose all or any part of its contents to any other person. Thank you.


Treasury Circular 230 Disclosure - To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by Andrews Kurth LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).

6/17/2009