# **<u>Exhibit D</u>**

## Guido, Laura

**From:** Goren, Todd M.
**Sent:** Wednesday, June 10, 2009 3:06 PM
**To:** 'Finn, Erika'; 'Nancoz, Sally'; 'Hoyt, David'; 'jacqueline.marcus@weil.com'
**Cc:** Miller, Brett H.
**Subject:** RE: Wednesday, June 10th call *PLASTECH*

Given the status of discussions between LBI and LCPI, we've agreed to adjourn today's call.  Can we pencil something in for tomorrow?  Assuming we get confirmation from LBI and LCPI that an agreement to transfer the units has been reached and the party's have agreed to finalize documentation of that transfer by month's end, I believe LLCP will agree to the requested extension and to cancel the call.

---

**From:** Goren, Todd M.
**Sent:** Wednesday, June 10, 2009 12:05 PM
**To:** 'Finn, Erika'; Nancoz, Sally; Hoyt, David; jacqueline.marcus@weil.com
**Cc:** Miller, Brett H.
**Subject:** RE: Wednesday, June 10th call *PLASTECH*

After speaking with my client, we are fine proceeding without Hughes Hubbard today if that is how LCPI would like to proceed.  The most important thing from our perspective is hearing from Andrews Kurth and particularly Weil.

I apologize for any confusion.

Regards,

Todd

---

**From:** Finn, Erika [mailto:ErikaFinn@andrewskurth.com]
**Sent:** Wednesday, June 10, 2009 10:51 AM
**To:** Goren, Todd M.; Nancoz, Sally; Hoyt, David; jacqueline.marcus@weil.com
**Subject:** Wednesday, June 10th call *PLASTECH*

All,
Below please find the dial-in information for the conference call set for 3 p.m. today, Wednesday, June 10th:

Dial 1 (877) 322-9648
Enter Code #  187406

Please feel free to call me with any questions.

Regards,

_____
Erika N. Finn
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

6/17/2009

212-850-2865 (office)
212-850-2929 (fax)

Confidentiality Notice: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this e-mail or its attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender of that fact by return e-mail and permanently delete the e-mail and any attachments to it immediately. Please do not retain, copy or use this e-mail or its attachments for any purpose, nor disclose all or any part of its contents to any other person. Thank you.

Treasury Circular 230 Disclosure - To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by Andrews Kurth LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).

6/17/2009