# Exhibit E

## Guido, Laura

| | |
|---|---|
| **From:** | Miller, Brett H. |
| **Sent:** | Thursday, June 11, 2009 5:04 PM |
| **To:** | 'jacqueline.marcus@weil.com' |
| **Cc:** | 'jschauer@llcp.com'; 'jklinge@llcp.com'; 'bstewart@llcp.com'; Goren, Todd M.; Johnstone, Kathryn I. |
| **Subject:** | Lehman - PLASTECH |
| **Attachments:** | Docket _2258 - Document _1[1].pdf; Plastech P&S Agr.pdf |

Jackie:

As you know, Lehman Commercial Paper ("LCP") assumed a trade confirm with Levine Leichtman Capital Partners Deep Value Fund ("LLCP"), a copy of the order assuming the trade confirmation and the relevant post-petition purchase and sale agreement are attached.  In connection with that trade, LCP asked for additional time to procure certain units from Lehman Brothers, Inc. ("LBI"), which LCP agreed to transfer to LLCP, and LLCP agreed to a more than reasonable extension.  We were scheduled to have a call yesterday as LCP has asked for additional time and we wanted to know the status of the transfer of the units.  That call was cancelled at the last minute, we believe by LCP, and we have been unable to confirm any progress of any sort.  While we had been advised that LCP and LBI had reached a tentative agreement on the transfer of the units, it appears that it is no longer the case.  Based upon the facts before us, we can reach no other conclusion than LCP is not willing or able to transfer the units to LLCP as agreed.

We appear to have hit a wall in our discussions, leaving us with no choice but to to immediately file a motion to compel completion of LCP's trade with LLCP.  Our client is extremely frustrated as it has taken nearly one year to close this transaction.  LLCP will seek to recover its fees and costs incurred in connection with the motion.  In addition, if LCP is not willing or able to take the actions necessary to procure the units from LBI, LLCP will formally request standing to bring any actions necessary on behalf of the LCP estate against LBI to procure the relevant units.

While we would obviously prefer not to involve the Court, the lack of progress leaves LLCP with no other alternative.  I am available today if you would like to discuss this further.

Regards,
Brett

**Brett H. Miller | Partner**
**Morrison & Foerster LLP** | www.mofo.com
1290 Avenue of the Americas | New York, NY  10104-0050
T: 212-468-8051| F: 212-468-7900
E: bmiller@mofo.com