WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF DEBTORS SEEKING ENTRY**
**OF AN ORDER PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY**
**CODE DISMISSING CHAPTER 11 CASE OF PAMI STATLER ARMS LLC**

　　　　**PLEASE TAKE NOTICE** that the hearing on the Motion of Debtors Seeking Entry
of an Order, Pursuant To Section 1112(b) of title 11 of The United States Code, Dismissing The
Chapter 11 Case of PAMI Statler Arms LLC [Docket No. 3650] (the "Motion"), which was scheduled
for June 24, 2009 at 10:00 a.m., **has been adjourned without date**.   The Debtors may reschedule the
Motion for a hearing by filing of a notice of hearing with the Court (the "Notice") and serving such
Notice at least 20 days prior to the proposed hearing date on all parties entitled to receive notice in
these cases as provided by the amended order entered on February 13, 2009 governing case
management and administrative procedures for these cases [Docket No. 2837].

Dated:　June 19, 2009
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　/s/ Jacqueline Marcus
　　　　　　　　　　　　　　　　　　　Jacqueline Marcus

　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　　　　Attorneys for Debtors
　　　　　　　　　　　　　　　　　　　and Debtors in Possession

US_ACTIVE:\43073982\01\43073982_1.DOC\.