

| | | |
|---|---|---|
| MICHAEL DERGARABEDIAN<br>HON. DENIS DILLON<br>GREGORY GRIZOPOULOS<br>HEATHER B. NATHAN<br>JOSEPH G. COLUCCIO | **DERGARABEDIAN, DILLON, GRIZOPOULOS & NATHAN**<br>ATTORNEYS AT LAW<br>11 CLINTON AVENUE<br>ROCKVILLE CENTRE, NY 11570<br>(516) 766-1619 FAX (516) 766-6121 | CHARLES F. BRENNAN<br>JESSICA TIRINO<br>DANIELLE PAPA<br>LILLIAN T. POMBO<br>ROXANNE PAQUETTE |

June 18, 2009

United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, New York 10004



Attn:  Hon. James M. Peck

    Re:  Lehman Brothers, Inc. Debtor
         Motion to Modify Automatic Stay
         Docket No.: 08-13555
         <u>Returnable: June 24, 2009</u>

Dear Judge Peck:

    As you are aware, this office represents Matthew Hudson on account of personal injuries sustained in an accident which occurred on March 27, 2006.

    A Motion to Modify Automatic Stay is presently returnable on June 24, 2009. However, this motion was filed with the incorrect docket number and we are, therefore, requesting that this motion be withdrawn from the court's calendar.

    Thank you for your courtesy and cooperation.

                                  Very truly yours,

                                  Charles F. Brennan

CFB/lg
cc:  Law Office of Edward Garfinkel
      VIA FACSIMMILE- Fax: 718-250-1168
      Weil, Gotshal & Manges, LLP
      VIA FACSIMILE-212-310-8000