Edward S. Weisfelner, Esq. (EW 5581)
David J. Molton, Esq. (DM 1106)
Andrew S. Dash, Esq. (AD 7913)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
:
In re                                                                  :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
:
Debtors.    :    (Jointly Administered)
--------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF ONTARIO    )

Carol S. Ennis being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Canandaigua, New York.

On the 19th day of June, 2009, I caused to be served a true copy of the *Joinder of Newport Global Opportunities Fund L.P., Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P., Providence Equity Partners VI L.P., Providence Equity Partners VI-A L.P., and Providence TMT Special Situations Fund, L.P. to Objection to Motion of the Debtors, Pursuant to Section 502(b)(9) for Establishment of the Deadline for Filing Proofs of Claim, Approval of*

1660245

*the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* on the parties listed on the attached Exhibit A by electronic mail.

Carol S. Ennis

Sworn to before me this
22nd day of June, 2009.

Notary Public

LAURA KNAPP
Notary Public, State of New York
Ontario County Reg. #01KN6203139
Commission Expires 03/30/__

2

## EXHIBIT A

Lori R. Fife, Esq.
Lori.Fife@weil.com

Shai Y. Waisman, Esq.
Shai.Waisman@weil.com

Jacqueline Marcus, Esq.
Jacqueline.Marcus@weil.com

Paul Schwartzberg, Esq.
Paul.Schwartzberg@usdoj.gov

Dennis F. Dunne, Esq.
ddunne@milbank.com

Dennis O'Donnell, Esq.
dodonnell@milbank.com

Evan Fleck, Esq.
efleck@milbank.com

# 1664027 v1 - ENNISCS - 027899/0002