KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-6525
Madlyn Gleich Primoff
Lauren Attard

Attorneys for Galliard Capital Management, Inc.,
acting as agent for various funds

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., <u>et al</u>. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**JOINDER OF GALLIARD CAPITAL MANAGEMENT, INC., ACTING AS AGENT FOR VARIOUS FUNDS TO THE OBJECTION OF BARCLAYS CAPITAL INC., BARCLAYS BANK PLC AND THEIR AFFILIATES TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF <u>NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Galliard Capital Management, Inc., acting as agent for various funds ("<u>Galliard</u>"), by and through their undersigned counsel, for their joinder to the objection (the "<u>Objection</u>") of Barclays Capital Inc., Barclays Bank PLC and their affiliates (together, "<u>Barclays</u>"), to the Notice of Evidentiary Hearing (the "<u>Notice</u>") of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") in connection with the Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of

the Proof of Claim Form (the "Motion"), respectfully states that Galliard has reviewed the Objection filed by Barclays and hereby joins in Barclays' Objection and adopts the various positions set forth therein.

WHEREFORE, for the reasons set forth herein, Galliard respectfully requests that this Court (i) hold that the Notice was filed in violation of Local Bankruptcy Rule 9014-2, (ii) direct that the first hearing on the Motion to be held on June 24, 2009 shall not be an evidentiary hearing, and (iii) and grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
       June 22, 2009

                                                /s/ Lauren Attard
                                              KAYE SCHOLER LLP
                                              425 Park Avenue
                                              New York, New York 10022
                                              Telephone:  (212) 836-8000
                                              Facsimile:  (212) 836-6157
                                              Madlyn Gleich Primoff
                                              Lauren Attard

                                              Attorneys for Galliard Capital Management, Inc., acting as agent for various funds