KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-6525
Madlyn Gleich Primoff
Lauren Attard

Attorneys for Banco Popular Español, S.A. and Popular
Gestión S.G.I.I.C., S.A., acting as agent for various funds

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., <u>et al</u>. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**JOINDER OF BANCO POPULAR ESPAÑOL, S.A. AND POPULAR GESTIÓN
S.G.I.I.C., S.A., ACTING AS AGENT FOR VARIOUS FUNDS, TO THE OBJECTION
OF BARCLAYS CAPITAL INC., BARCLAYS BANK PLC AND THEIR
AFFILIATES TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN
CONNECTION WITH MOTION OF THE DEBTORS, PURSUANT TO
SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING
PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
<u>NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Banco Popular Español, S.A. and Popular Gestión S.G.I.I.C., S.A., acting as agent

for various funds ("<u>Banco Popular</u>"), by and through their undersigned counsel, for their joinder

to the objection (the "<u>Objection</u>") of Barclays Capital Inc., Barclays Bank PLC and their

affiliates (together, "<u>Barclays</u>"), to the Notice of Evidentiary Hearing (the "<u>Notice</u>") [D.I. 4063]

of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") in connection with the

Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule

3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form

and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "<u>Motion</u>"),

respectfully states that Banco Popular has reviewed the Objection filed by Barclays and hereby

joins in Barclays' Objection and adopts the various positions set forth therein.

WHEREFORE, for the reasons set forth herein, Banco Popular respectfully

requests that this Court (i) hold that the Notice was filed in violation of Local Bankruptcy Rule

9014-2, (ii) direct that the first hearing on the Motion to be held on June 24, 2009 shall not be an

evidentiary hearing, and (iii) and grant such other and further relief as this Court may deem just

or proper.

Dated: New York, New York
       June 22, 2009

/s/ Lauren Attard
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone:  (212) 836-8000
Facsimile:  (212) 836-6157
Madlyn Gleich Primoff
Lauren Attard

Attorneys for Banco Popular Español, S.A. and
Popular Gestión S.G.I.I.C., S.A., acting as agent for
various funds

31845443.DOC