Hearing Date and Time: June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)

Jeffrey A. Rosenthal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Wachovia Bank, National Association and its affiliates and Evergreen Investment Management Company, LLC, acting as agent for various funds.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
::
**In re** : **Chapter 11 Case No.**
::
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
::
Debtors. : (Jointly Administered)
::
::
-----------------------------------------------------------------x

**JOINDER OF WACHOVIA TO THE OBJECTION OF BARCLAYS CAPITAL INC. TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
<u>NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Wachovia Bank, National Association and its affiliates and Evergreen Investment Management Company, LLC, acting as agent for various funds (together "Wachovia"), by and through their undersigned counsel, hereby join in the Objection To Debtors' Notice Of Evidentiary Hearing in Connection with Motion Of The Debtors, Pursuant To Section 502(b)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(c)(3), For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner Of Notice Thereof And Approval Of The Proof Of Claim Form (the "<u>Objection</u>"), dated June 22, 2009 [D.I. 4065], filed

on behalf of Barclays Capital Inc., Barclays Bank PLC and their affiliates and incorporate the objections raised therein by reference as if set forth fully herein, and respectfully represent as follows:

1. Wachovia is a creditor of Lehman Brothers Holdings Inc. and its affiliated debtors ("Debtors") in the above-captioned cases. Wachovia has claims against Debtors arising from, inter alia, derivative contracts and guarantees. The trades underlying these claims number in the thousands.

2. Wachovia hereby joins with, and incorporates by reference herein, all arguments and assertions made in the Objection. Wachovia reserves all rights to be heard before the Court with regard to the issues raised in the Objection and this Joinder.

3. Wachovia reserves all rights and nothing herein shall be construed as an admission or waiver of any rights or claims that Wachovia may be entitled to assert.

WHEREFORE, for the reasons set forth herein, Wachovia respectfully joins in the Objection and requests that the relief sought therein be made fully applicable to Wachovia and that this Court grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
June 22, 2009

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ Jeffrey A. Rosenthal
    Jeffrey A. Rosenthal
    A Member of the Firm

One Liberty Plaza
New York, New York 10006
(212) 225-2000
jrosenthal@cgsh.com

*Attorneys for Wachovia Bank, National Association and its affiliates and Evergreen Investment Management Company, LLC, acting as agent for various funds.*