WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
              Debtors.                    :   (Jointly Administered)
                                          :
                                          :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF DEBTORS' MOTION, PURSUANT
TO SECTIONS 105(A), 362 AND 365 OF THE BANKRUPTCY CODE, TO
COMPEL PERFORMANCE OF METAVANTE CORPORATION'S OBLIGATIONS
<u>UNDER AN EXECUTORY CONTRACT AND TO ENFORCE THE AUTOMATIC STAY</u>**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Debtors' Motion, Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code, to Compel Performance of Metavante Corporation's Obligations Under an Executory Contract and to Enforce the Automatic Stay [Docket No. 3691] (the "<u>Motion</u>"), which was scheduled for June 24, 2009, at 10:00 a.m., **<u>has been adjourned to July 14, 2009 at 2:00 p.m.</u>**, or as soon thereafter as counsel may be heard.  The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 601, and such hearing on the Motion may be further

adjourned from time to time without further notice other than an announcement at the hearing.

Dated: June 22, 2009
      New York, New York

                                    /s/ Lori R. Fife
                                    Lori R. Fife

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession