Hearing Date and Time: June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)

STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Jeremy S. Rosof
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Derivative Claimants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                            :    Chapter 11
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*     :    Case No. 08-13555 (JMP)
                                                                 :
                                               Debtors.          :    (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

**JOINDER OF DERIVATIVE CLAIMANTS TO OBJECTION TO DEBTORS'
NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION OF THE
DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR
FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
<u>NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Claimants, certain creditors pursuant to Derivative Contracts and Guarantees of

Derivative Contracts ("Derivative Claimants"),[1] by their undersigned attorneys, hereby join in

the objections filed to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing

---

[1] The Derivative Claimants consist of the following: Basso Fund Ltd.; Basso Holdings Ltd.; Basso Multi-Strategy Holding Fund Ltd.; CEDAR DKR Holding Fund Ltd.; DKR IBEX Holding Fund Ltd.; DKR Soundshore Oasis Holding Fund Ltd.; DZ BANK AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main; Hess Corporation; Hess Energy Power and Gas Company (UK) Limited; Hess Energy Trading Company, LLC; Magnetar Capital Master Fund, Ltd.; Magnetar Constellation Master Fund, Ltd.; Magnetar Constellation Fund II, Ltd.; Magnetar Constellation Master Fund III, Ltd.; Magnetar Structured Credit Fund, L.P.; Mitsui & Co. Energy Risk Management Ltd.; Mizuho Capital Markets Corp.; Mizuho Corporate Bank, Ltd., as Holder of Derivative Claims; Mizuho Alternative Investments LLC; Nordea Bank Finland Plc; Nordea Bank AB (Publ); and Pulsar Re, Ltd.

Proofs of Claim, Approval of the Form and Manner of Notice Thereof (the "Evidentiary Hearing Motion"), and respectfully represent as follows:

## OBJECTION AND JOINDER

1.      Derivative Claimants have reviewed the Objection to the Notice of Evidentiary Hearing (the "Notice") [D.I.# 4065] filed by Barclays Capital, Inc., Barclays Bank PLC and their affiliates (collectively, "Barclays"), and hereby join and incorporate by reference the arguments, in their entirety, made by Barclays in their Objection.

**WHEREFORE,** Derivative Claimants respectfully request that the Court enter an order (i) holding that the Notice was filed in violation of Local Bankruptcy Rule 9014-2, (ii) directing that the first hearing on the Motion to be held on June 24, 2009 shall not be an evidentiary hearing, and (iii) and granting such other and further relief as this Court may deem just or proper.

Dated:  New York, New York
        June 22, 2009

**STROOCK & STROOCK & LAVAN LLP**

By: /s/ Claude G. Szyfer
    Claude G. Szyfer
    Jeremy S. Rosof
    Francis C. Healy
180 Maiden Lane
New York, New York 10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006

*Attorneys for Derivative Claimants*