UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                :
In re                           :   Chapter 11 Case No.
                                :
LEHMAN BROTHERS HOLDINGS INC., *et al* :   08-13555 (JMP)
                                :
                Debtors.        :   (Jointly Administered)
                                :
                                :
-------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss:
COUNTY OF LOS ANGELES          )

    I, KRIKOR J. MESHEFEJIAN, being duly sworn, deposes and says:

1.     I am employed by Levene, Neale, Bender, Rankin & Brill L.L.P., located at 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067. I am over the age of eighteen years and am not a party to the above-captioned action.

2.     On June 22, 2009, I caused to be served the following documents upon the parties listed on "Exhibit A" attached hereto by priority overnight mail via Federal Express:

    a.   "Reply of Kalaimoku-Kuhio Development Corp. To Debtors' Objection To Motion For An Order (A) Compelling Payment of Post-Petition Rent And Charges; (B) Granting Relief From The Automatic Stay; And (C) Compelling Assumption Or Rejection Of Leases" [Docket No. 4078].

                                              */s/ Krikor J. Meshefejian*
                                                Krikor J. Meshefejian

Sworn to me before this
22nd day of June, 2009
*/s/ Marguerite Hardin*
Marguerite Hardin
Notary Public, State of California
No. 1827160
Qualified in Los Angeles County
Commission Expires January 14, 2013

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

PAMI, LLC
1271 AVENUE OF THE AMERICAS
35th FLOOR
NEW YORK, NEW YORK 10020