Barbra R. Parlin, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

*Counsel for Singapore Airlines Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
LEHMAN BROTHERS, INC., et al.,                 :    Case No. 08-13555 (JMP)
                                               :
                         Debtors.              :    Jointly Administered
-----------------------------------------------------------x

## OBJECTION TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION FOR THE ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE CLAIM FORM

Singapore Airlines Limited ("Singapore Airlines"), by and through its counsel, Holland & Knight LLP, hereby joins in and adopts the objection filed by Barclays Capital, Inc., Barclays Bank PLC and their affiliates to the Notice of Evidentiary Hearing (the "Notice") filed by the above-captioned Debtors in connection with their Motion pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Proof of Claim Motion"). Singapore Airlines' claims are based on derivative contracts with debtors.

WHEREFORE Singapore Airlines respectfully requests that this Court find that the Notice was filed in violation of Local Bankruptcy Rule 9014-2, direct that the first hearing on

the Motion to be held on June 24, 2009 will not be an evidentiary hearing and grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
      June 22, 2009

                                HOLLAND & KNIGHT LLP

                                By: /s/ Barbra R. Parlin
                                      Barbra R. Parlin
                                195 Broadway
                                New York, New York
                                (212) 513-3500 (telephone)
                                (212) 385-9080 (facsimile)

                                Attorneys for Singapore Airlines Limited

# 8669696_v1