Barbra R. Parlin, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

*Counsel for Teachers' Retirement System*
*of the State of Illinois*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS, INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------x

**OBJECTION TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN
CONNECTION WITH MOTION FOR THE ESTABLISHMENT OF THE DEADLINE
FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
NOTICE THEREOF AND APPROVAL OF THE CLAIM FORM**

Teachers' Retirement System of the State of Illinois ("Illinois Teachers'"), by and

through its counsel, Holland & Knight LLP, hereby joins in and adopts the objection filed by

Barclays Capital, Inc., Barclays Bank PLC and their affiliates to the Notice of Evidentiary

Hearing (the "Notice") filed by the above-captioned Debtors in connection with their Motion

pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for

Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of

Notice Thereof and Approval of the Proof of Claim Form (the "Proof of Claim Motion").

Illinois' Teachers' claims are based on derivative contracts with debtors.

WHEREFORE Illinois Teachers' respectfully requests that this Court find that the

Notice was filed in violation of Local Bankruptcy Rule 9014-2, direct that the first hearing on the

Motion to be held on June 24, 2009 will not be an evidentiary hearing and grant such other and

further relief as this Court may deem just or proper.

Dated: New York, New York
       June 22, 2009

                    HOLLAND & KNIGHT LLP

                    By: /s/ Barbra R. Parlin
                            Barbra R. Parlin
                    195 Broadway
                    New York, New York
                    (212) 513-3500 (telephone)
                    (212) 385-9080 (facsimile)

                    Attorneys for Teachers' Retirement System
                    of the State of Illinois

# 8669348_v1

2