Barbra R. Parlin, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

*Counsel for Kantatsu Co. Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS, INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------x

## OBJECTION TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION FOR THE ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE CLAIM FORM

Kantatsu Co. Ltd. ("Kantatsu"), by and through its counsel, Holland & Knight LLP, hereby joins in and adopts the objection filed by Barclays Capital, Inc., Barclays Bank PLC and their affiliates to the Notice of Evidentiary Hearing (the "Notice") filed by the above-captioned Debtors in connection with their Motion pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Proof of Claim Motion"). Kantatsu's claim is based on a guarantee by debtor Lehman Brothers Holdings Inc..

WHEREFORE Kantatsu respectfully requests that this Court find that the Notice was filed in violation of Local Bankruptcy Rule 9014-2, direct that the first hearing on the

Motion to be held on June 24, 2009 will not be an evidentiary hearing and grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
      June 22, 2009

                              HOLLAND & KNIGHT LLP

                              By: /s/ Barbra R. Parlin
                                   Barbra R. Parlin
                              195 Broadway
                              New York, New York
                              (212) 513-3500 (telephone)
                              (212) 385-9080 (facsimile)

                              Attorneys for Kantatsu Co. Ltd.

# 8669706_v1