Hearing Date and Time: June 24, 2009 at 10:00 a.m. (prevailing Eastern Time)

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas,
New York, New York 10019
Telephone: 212-259-8000
Facsimile: 212-259-6333
Martin J. Bienenstock, Esq.
Irena Goldstein, Esq.

Attorneys for The Royal Bank of Scotland plc
and Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
:
**In re**                                                     :   **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**              :   **Case No. 08-13555 (JMP)**
:
Debtors.                                             :   **(Jointly Administered)**
:
------------------------------------------------------------- x

**REQUEST OF THE ROYAL BANK OF SCOTLAND PLC AND AFFILIATES FOR
ADJOURNMENT OF DEBTORS' MOTION FOR ESTABLISHMENT OF DEADLINE
FOR FILING PROOFS OF CLAIM, APPROVAL OF FORM AND MANNER OF
NOTICE THEREOF, AND APPROVAL OF PROOF OF CLAIM FORM**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

The Royal Bank of Scotland plc, on behalf of itself and affiliates, including ABN Amro Bank N.V., ABN Amro Incorporated, Sempra Energy Trading LLC, Sempra Energy Solutions LLC and Sempra Oil Trading Sarl (together, "RBS"), hereby requests that this Court adjourn the hearing on the Motion (the "Motion") of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases (together, the "Debtors") for the establishment of the deadline for filing proofs of claim, approval of the form and manner of notice thereof, and approval of the proof of claim form, and respectfully represents as follows:

BACKGROUND

1.  On June 4, 2009, the Debtors filed the Motion seeking entry of an order approving the Debtors' proposed bar date procedures ("Proposed Procedures"). The hearing on the Motion was originally scheduled for June 17, 2009. After more than 80 objections (and joinders to objections) were filed, the Debtors adjourned the hearing to June 24, 2009.[1] *In the afternoon of June 22, 2009,* the Debtors served notice that the June 24 hearing will be an evidentiary hearing.

### REQUEST FOR AN ADJOUNRMENT

2.  The Debtors have had the entire case, or at least since June 4, to prepare for an evidentiary hearing. RBS and other creditors, in contrast, will have less than two days to prepare for a hearing. This is simply too short a time. Because the Debtor's Proposed Procedures bear no resemblance whatsoever to the claim filing requirements set forth in the Federal Rules of Bankruptcy Procedure and the Official Forms, the Debtors now believe that they must make an evidentiary showing as to why this Court should allow the Debtors relief from the applicable rules to impose onerous requirements on thousands of creditors. It is the Debtors, therefore, which have made this a complicated matter.

3.  RBS requires additional time to prepare for the hearing to be able to make an evidentiary showing as to the burden placed on RBS by the Proposed Procedures and to cross-examine the Debtors' witnesses. In this regard, the Debtors should provide parties who filed objections to the Motion, at the very least, declarations setting forth all direct testimony and documents the debtors plan to propound. Indeed, the Debtors' proposed mode of procedure here is telling. Rather than attempt to formulate a claims procedure acceptable to all interested parties, they seek to strong-arm parties by not providing sufficient time to prepare for a hearing which would otherwise be perfunctory if the Debtors had followed the Bankruptcy Rules.

---

[1] Thereafter, the Debtors circulated proposed changes to the Proposed Procedures which were not acceptable to RBS and presumably other creditors.

2

4. There would be substantial prejudice to RBS and other creditors if this Court holds an evidentiary hearing on less than two days notice without prior discovery of the Debtors' evidentiary case. Conversely, the Debtors will suffer no prejudice: Indeed, there is no emergency relief required.

WHEREFORE RBS requests that this Court, order the Debtors to provide all objectors with declarations setting forth all direct testimony they will propound and copies of all documents they intend to offer, adjourn the hearing on the Motion to at least 10 days after the date the Debtors provide such declarations and documents, and grant RBS such other and further relief as is just and proper.

| | |
|---|---|
| Dated: New York, New York<br>June 23, 2009 | DEWEY & LEBOEUF LLP<br><br>/s/Martin J. Bienenstock<br>Martin J. Bienenstock, Esq.<br>Irena Goldstein, Esq.<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: 212-259-8000<br>Facsimile: 212-259-6333<br><br>Attorneys for The Royal Bank of Scotland plc and Affiliates |

NY3 3031567.1