Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Barclays Capital Inc., Barclays Bank PLC and their affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
In re:                                                              :   Chapter 11
                                                                    :   Case No. 08-13555(JMP)
Lehman Brothers Holdings Inc., et al.                               :
                                                                    :   CERTIFICATE OF
                         Debtors.                                   :   SERVICE
                                                                    :
------------------------------------------------------------------- X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 22nd of June 2009, the Objection of Debtors' Notice of Evidentiary Hearing in Connection with the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form, dated June 22, 2009 was served by hand upon:

                              Lori R. Fife, Esq.
                              Shai Y. Waisman, Esq.
                              Jacqueline Marcus, Esq.
                              Weil Gotshal & Manges LLP
                              767 Fifth Avenue
                              New York, NY 10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Rifkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
June 23, 2009

_____
Richard V. Conza