STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Jeremy S. Rosof
Francis C. Healy
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Derivative Claimants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case Nos. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

    Mark R. Wojcik, being duly sworn, affirms and says:

  1.    I am over 18 years of age and am not a party to the above-captioned proceedings.  I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

  2.    On June 22, 2009, affiant served true and correct copies of the *Joinder of Derivative Claimants to Objection to Debtors' Notice of Evidentiary Hearing in Connection With Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form*

*and Manner of Notice Thereof and Approval of the Proof of Claim Form* (Docket No. 4077) via Facsimile upon the parties listed on the Service List "A."

3. On June 23, 2009, affiant served true and correct copies of the *Joinder of Derivative Claimants to Objection to Debtors' Notice of Evidentiary Hearing in Connection With Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* (Docket No. 4077) via Hand Delivery upon the parties listed on the Service List "B."

/s/ Mark R. Wojcik  
Mark R. Wojcik

Sworn to before me this  
23rd day of June, 2009

/s/ Ethel Earley  
NOTARY PUBLIC

Ethel Earley  
Notary Public, State of New York  
No. 03-4650662  
Qualified in Westchester County  
Commission Expires March 30, 2011

**Service List "A"**

*Via Facsimile*
Lori R. Fife, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007

*Via Facsimile*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Facsimile: (212) 822-5287
Facsimile: (212) 822-5770
Facsimile: (212) 822-5567

*Via Facsimile*
Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY10006
Facsimile: (212) 225-3999

## Service List "B"

*<u>Via Hand Delivery</u>*
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004