**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related to Docket No. 4079 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

                s.s.:

COUNTY OF NEW YORK

      Elizabeth Anne Arundel, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 22nd day of June, 2009, I caused a copy of the following documents to be served via the indicated manner upon the parties listed on Exhibit A

    A) Statement Of Ad Hoc Group Of Lehman Brothers Creditors In Support Of Debtors' Motion For An Order, Pursuant To Fed. R. Bankr. 2004, Authorizing Discovery From Barclays Capital, Inc. [Docket No. 4079].

    Additionally, copies of the above documents were submitted to the court for transmittal to Chambers and the Office of the United States Trustee pursuant to Local Rule 9070-1(i).

                                          */s/ Elizabeth Anne Arundel*
                                          Elizabeth Anne Arundel

Sworn to before me this 23rd day of June, 2009

*/s/ Patricia A. Ashman*

Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2010.

# EXHIBIT A

### Local Rule 9070-1(i).

The Office Of The United States Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street 21st Floor
New York NY 10004

The Honorable James M. Peck
Courtroom 601
One Bowling Green,
New York, New York 10004

### Federal Express

Richard P. Krasnow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

The Office Of The United States Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street 21st Floor
New York NY 10004

David Dunn
Katie M. Lachter
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022

Gregory A. Horowitz
Amy Caton
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

Stuart G. Stein
Craig H. Ulman
Khang V. Tran
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stern
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022