BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stern

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>              Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

State of New York )
         ) ss.:
County of New York )

  NICHOLAS KEMP, being duly sworn, deposes and says:

  1. I am not a party to this action and I am over 18 years of age.

  2. I am employed by the law firm of Boies Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, attorneys for Barclays Capital Inc.

  3. On June 23, 2009, at around 11:30 a.m., I caused to be served true copies of the *Objection of Barclays Capital Inc. to Proposed Joinders in Debtors' Motion for an Order Under Rule 2004 Authorizing Discovery of Barclays Capital Inc.* in this

proceeding via the court's ECF filing system and by personal delivery to the following postal addresses:

    a. Jones Day
       222 East 41st Street
       New York, NY 10017
       (Attn: Robert Gaffey)

       and

       Weil Gotshal & Manges LLP
       767 Fifth Avenue
       New York, NY 10153
       (Attn: Richard Krasnow)

       *Attorneys for the Debtors*

    b. Office of the Unites States Trustee
       for the Southern District of New York
       33 Whitehall Street, 21st Floor
       New York, NY 10004
       (Attn: Andy Velez-Rivera)

    c. Milbank Tweed, Hadley & McCloy LLP
       1 Chase Manhattan Plaza
       New York, NY 10005
       (Attn: Dennis Dunne)

       and

       Quinn Emanuel Urquhart Oliver & Hedges LLP
       51 Madison Avenue, 22nd Floor
       New York, NY 10010
       (Attn: Susheel Kirpalani)

       *Attorneys for the Official Committee of Unsecured Creditors*

    d. Hogan and Hartson LLP
       875 Third Avenue
       New York, NY 10022
       (Attn: David Dunn)

       *Attorneys for Westernbank Puerto Rico*

  e. Kramer Levin Naftalis & Frankel LLP
   1177 Avenue of the Americas
   New York, NY 10036
   (Attn: Amy Caton)

  *Attorneys for Bank of New York Mellon Trust Company*

              _____
                NICHOLAS KEMP

Sworn to before me this
23rd day of June, 2009

_____
Notary Public

  JOHN A. PASTERICK
NOTARY PUBLIC, STATE OF NEW YORK
   NO.01PA6082750
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 11/04/2010