Ira M. Levee (IL 9958)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

  and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2841 (Facsimile)

*Attorneys for Factiva, Inc.,*
*Factiva Limited and Dow Jones & Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., Debtors. | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION**
**TO CURE AMOUNTS AND RESERVATION OF RIGHTS**
**[Docket No. 539]**

  Factiva, Inc., as successor in interest to Dow Jones Reuters Business Interactive LLC, Factiva Limited, f/k/a Dow Jones Reuters Business Interactive Limited, and Dow Jones & Company Inc., by and through its counsel, Lowenstein Sandler P.C., hereby withdraw the objection to Cure Amounts and Reservation of Rights filed on October 3, 2008, Docket No. 539, in response to the Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser,

-2-

dated September 18, 2008, as supplemented by, *inter alia,* the Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser, dated October 1, 2008.

| | |
|---|---|
| Dated:  June 23, 2009 | **LOWENSTEIN SANDLER PC** |
| | |
| | /s/ Ira M. Levee |
| | Ira M. Levee (IL9958) |
| | 1251 Avenue of the Americas, 18th Floor |
| | New York, New York 10020 |
| | (212) 262-6700 (Telephone) |
| | (212) 262-7402 (Facsimile) |
| | |
| | and |
| | |
| | 65 Livingston Avenue |
| | Roseland, New Jersey 07068 |
| | (973) 597-2500 (Telephone) |
| | (973) 597-2481 (Facsimile) |
| | |
| | *Attorneys for Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc.* |

# **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading was sent by first-class United States mail, postage prepaid, on June 23, 2009, to the following:

>Lori R. Fife, Esq.
>Shai Y. Waisman, Esq.
>**Weil, Gotshal & Manges LLP**
>767 Fifth Avenue
>New York, NY 10153-0119
>*Counsel to the Debtors*
>
>Jeffrey S. Margolin, Esq.
>**Hughes Hubbard & Reed LLP**
>One Battery Park Plaza
>New York, NY 10004
>*Counsel to the SIPC Trustee*
>
>Seth J. Kleinman, Esq.
>**Cleary Gottlieb Steen & Hamilton LLP**
>One Liberty Plaza
>New York, NJ 10006
>*Counsel to the BarCap*
>
>Tracy Hope Davis, Esq.
>Office of the United States Trustee
>33 Whitehall Street, 21st Floor
>New York, NY 10004-2112
>
>Dennis F. Dunne, Esq.
>Wilbur F. Foster, Jr., Esq.
>**Milbank, Tweed, Hadley & McCloy, LLP**
>1 Chase Manhattan Plaza
>New York, NY 10005-1401
>*Counsel to the Official Committee of Unsecured Creditors*

>/s/ Ira M. Levee
>Ira M. Levee