**Hearing Date and Time: June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for Deutsche Postbank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                              :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (JMP)
                                                                  :
         **Debtors.**                                  :    (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

**JOINDER OF DEUTSCHE POSTBANK AG TO THE OBJECTION OF BARCLAYS CAPITAL INC. TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH THE MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

Deutsche Postbank AG ("Postbank"), by and through its undersigned counsel, hereby joins in the Objection Of Barclays Capital Inc. To Debtors' Notice Of Evidentiary Hearing in Connection with The Motion Of The Debtors, Pursuant To Section 502(B)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(C)(3), For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner Of Notice Thereof And Approval Of The Proof Of Claim Form (the "Objection"), dated June 22, 2009 [D.I. 4065], filed on behalf of Barclays Capital Inc., Barclays Bank PLC, and their affiliates (the "Claimants") and

incorporates the objections raised therein by reference as if set forth fully herein, and respectfully represent as follows:

    1.    Like the Claimants to the pending Objection, Postbank is a creditor of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned cases. Postbank has claims against LBHI arising from, inter alia, derivative contracts and guarantees.

    2.    Postbank reserves all rights and nothing herein shall be construed as an admission or waiver of any rights or claims that Postbank may be entitled to assert.

    3.    Postbank hereby joins with, and incorporates by reference herein, all arguments and assertions the Objection made with respect to the Claimants. Postbank reserves all rights to be heard before the Court with regard to the issues raised in the Objection.

    WHEREFORE, for the reasons set forth herein, Postbank respectfully joins in the Objection and requests that the relief sought therein be made fully applicable to Postbank; and that this Court grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
June 23, 2009

                Respectfully submitted,

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                By:  /s/ Sean A. O'Neal
                Sean A. O'Neal
                One Liberty Plaza
                New York, New York 10006
                Telephone: (212) 225-2000
                Facsimile: (212) 225-3999

                *Attorneys for Deutsche Postbank AG*