Hearing Date and Time: June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for PB Capital Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                         :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                  :    **08-13555 (JMP)**
                                                                  :
             **Debtors.**                                         :     **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

**JOINDER OF PB CAPITAL CORPORATION TO THE OBJECTION OF BARCLAYS CAPITAL INC. TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH THE MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

PB Capital Corporation ("PB Capital"), by and through its undersigned counsel, hereby joins in the Objection Of Barclays Capital Inc. To Debtors' Notice Of Evidentiary Hearing in Connection with The Motion Of The Debtors, Pursuant To Section 502(B)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(C)(3), For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner Of Notice Thereof And Approval Of The Proof Of Claim Form (the "Objection"), dated June 22, 2009 [D.I. 4065], filed on behalf of Barclays Capital Inc., Barclays Bank PLC, and their affiliates (the "Claimants") and

incorporates the objections raised therein by reference as if set forth fully herein, and respectfully represent as follows:

1. Like the Claimants to the pending Objection, PB Capital is a creditor of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned cases. PB Capital has claims against LBHI arising from, inter alia, transactions that may be considered derivative contracts and guarantees (depending on how those terms are ultimately defined).

2. PB Capital reserves all rights and nothing herein shall be construed as an admission or waiver of any rights or claims that PB Capital may be entitled to assert.

3. PB Capital hereby joins with, and incorporates by reference herein, all arguments and assertions the Objection made with respect to the Claimants. PB Capital reserves all rights to be heard before the Court with regard to the issues raised in the Objection.

WHEREFORE, for the reasons set forth herein, PB Capital respectfully joins in the Objection and requests that the relief sought therein be made fully applicable to PB Capital; and that this Court grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
June 23, 2009

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By:   /s/ Sean A. O'Neal
        Sean A. O'Neal
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        *Attorneys for PB Capital Corporation*