**Hearing Date and Time: June 24, 2009 at 10:00 a.m. (Eastern time)**

CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew P. Brozman (AB-2456)
Sara M. Tapinekis (ST-4382)

Attorneys for Calyon

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                              :
                                                                   :   Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                          :
                                                                   :   Case No. 08-13555 (JMP)
Debtors.                                                           :
                                                                   :   (Jointly Administered)
-------------------------------------------------------------------x

**JOINDER OF CALYON TO OBJECTION TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

Calyon, by and through its undersigned counsel, respectfully submits this joinder (the "Joinder") to the Objection of Barclays Capital Inc., Barclays Bank PLC and their affiliates (the "Barclays Objection") to the Debtors' Notice of Evidentiary Hearing in Connection With the Motion of the Debtors Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form, dated June 22, 2009 (the "Notice"). In support of its Joinder, Calyon respectfully states as follows:

1.  Calyon is a commercial and investment bank domiciled in France and conducting business in the United States, among other places, through a branch office. Calyon is a creditor

of various of the above-captioned debtors and debtors in possession (the "Debtors") and affiliates of the Debtors that are in insolvency proceedings in other jurisdictions. Calyon has several economic relationships with the Debtors and their affiliates, including those arising out of in excess of 8,000 derivatives transactions.

3. On June 12, 2009, Calyon filed with this Court the Objection to the Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form, dated June 12, 2009 (the "Calyon Objection")[D.I. 3884] and the Declaration of Andrew Brozman in support of the Calyon Objection, dated June 12, 2009 [D.I. 3888].

4. Calyon agrees with the statements and legal arguments set forth in, and hereby joins with and incorporates by reference herein, all arguments and assertions set forth in the Barclays Objection.

5. Calyon reserves all rights to be heard before the Court with respect to this Joinder, the Notice, the Calyon Objection and the Barclays Objection.

Dated: New York, New York
       June 23, 2009

                                        Respectfully submitted,

                                        __/s/ Andrew P. Brozman_____
                                        Andrew P. Brozman (AB-2456)
                                        Sara M. Tapinekis (ST-4382)
                                        CLIFFORD CHANCE US LLP
                                        31 West 52nd Street
                                        New York, NY 10019
                                        Tel: (212) 878-8000

                                        *Attorneys for Calyon*

2