Hearing Date and Time: June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for Autonomy Capital Research LLP,
Autonomy Master Fund Limited and Autonomy
Rochevera One Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
          Debtors.                                                :    (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

**JOINDER OF AUTONOMY MASTER FUND LIMITED AND
AUTONOMY ROCHEVERA ONE LIMITED TO THE OBJECTION OF BARCLAYS
CAPITAL INC. TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN
CONNECTION WITH THE MOTION OF THE DEBTORS, PURSUANT TO SECTION
502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR
ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM,
APPROVAL OF THE FORM AND MANNER OF
NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

Autonomy Capital Research LLP, Autonomy Master Fund Limited and

Autonomy Rochevera One Limited (together with their affiliates, "Autonomy"), by and through

the undersigned counsel, hereby join in the Objection Of Barclays Capital Inc. To Debtors'

Notice Of Evidentiary Hearing in Connection with The Motion Of The Debtors, Pursuant To

Section 502(B)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(C)(3), For

Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner

Of Notice Thereof And Approval Of The Proof Of Claim Form (the "Objection"), dated June 22, 2009 [D.I. 4065], filed on behalf of Barclays Capital Inc., Barclays Bank PLC, and their affiliates (the "Claimants") and incorporates the objections raised therein by reference as if set forth fully herein.

1. Like the Claimants to the pending Objection, Autonomy is a creditor of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned cases. Autonomy has claims against LBHI and Lehman Brothers Special Financing, Inc. ("LBSF") arising from, inter alia, a commodity option sold by LBSF to Autonomy and guarantees provided by LBHI in respect of the obligations and liabilities of Lehman Brothers International (Europe) ("LBIE") under certain ISDA and other derivative agreements entered into between LBIE and Autonomy.

2. Autonomy reserves all rights and nothing herein shall be construed as an admission or waiver of any rights or claims that Autonomy may be entitled to assert.

WHEREFORE, Autonomy respectfully joins in the Objection and requests that the relief sought therein be made fully applicable to Autonomy and that this Court grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
June 23, 2009

                    Respectfully submitted,

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    By:  /s/ Sean A. O'Neal
                    Sean A. O'Neal
                    One Liberty Plaza
                    New York, New York 10006
                    Telephone: (212) 225-2000
                    Facsimile: (212) 225-3999

                    *Attorneys for Autonomy Capital Research LLP,*
                    *Autonomy Master Fund Limited and Autonomy*
                    *Rochevera One Limited*