Hearing Date and Time: June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)

Carmine D. Boccuzzi
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Goldman, Sachs & Co., for itself and on behalf of certain funds and accounts for which it acts as investment manager, Goldman Sachs (Asia) Finance, Goldman Sachs Bank USA, Goldman Sachs Credit Partners L.P., Goldman Sachs International, Goldman Sachs International Bank, Seoul Branch, Goldman Sachs Japan Co. Ltd., Goldman Sachs (Japan) Ltd., GS European Performance Fund Limited, GSW Grundbesitz GmbH & Co. KG, Harpen Immobilien GmbH & Co. KG, J. Aron & Company, WH 2005 / NIAM III East Holding OY, Zwinger Opco 6 BV, Goldman Sachs Asset Management, L.P., on behalf of certain funds and accounts for which it acts as investment manager, Goldman Sachs Asset Management International, on behalf of certain funds and accounts for which it acts as investment manager, and GS Investment Strategies, LLC on behalf of certain funds and accounts for which it acts as investment manager*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                   :
**In re**                                                          :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :    08-13555 (JMP)
                                                                   :
        Debtors.                                                   :    (Jointly Administered)
                                                                   :
                                                                   :
-------------------------------------------------------------------x

**JOINDER OF GOLDMAN TO THE OBJECTION OF BARCLAYS CAPITAL INC. TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
<u>NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Goldman,[1] by and through their undersigned counsel, hereby join in the Objection To Debtors' Notice Of Evidentiary Hearing in Connection with Motion Of The Debtors, Pursuant To Section 502(b)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(c)(3), For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner Of Notice Thereof And Approval Of The Proof Of Claim Form (the "Objection"), dated June 22, 2009 [D.I. 4065], filed on behalf of Barclays Capital Inc., Barclays Bank PLC and their affiliates and incorporate the objections raised therein by reference as if set forth fully herein, and respectfully represent as follows:

1. Goldman is a creditor of the Debtors in the above-captioned cases. Goldman has claims against Debtors arising from, inter alia, derivative contracts and guarantees. The trades underlying these claims number in the thousands.

2. Goldman hereby joins with, and incorporates by reference herein, all arguments and assertions made in the Objection. Goldman reserves all rights to be heard before the Court with regard to the issues raised in the Objection and this Joinder.

3. Goldman reserves all rights and nothing herein shall be construed as an admission or waiver of any rights or claims that Goldman may be entitled to assert.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Joinder Of Goldman To The Objection Of Barclays Capital Inc. To The Motion Of The Debtors, Pursuant To Section 502(B)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(C)(3), For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner Of Notice Thereof And Approval Of The Proof Of Claim Form, dated June 12, 2009 [D.I. 3846].

WHEREFORE, for the reasons set forth herein, Goldman respectfully joins in the Objection and requests that the relief sought therein be made fully applicable to Goldman and that this Court grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
June 23, 2009

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ Carmine D. Boccuzzi
Carmine D. Boccuzzi
A Member of the Firm

One Liberty Plaza
New York, New York 10006
(212) 225-2000
cboccuzzi@cgsh.com

*Attorneys for Goldman, Sachs & Co., for itself and on behalf of certain funds and accounts for which it acts as investment manager, Goldman Sachs (Asia) Finance, Goldman Sachs Bank USA, Goldman Sachs Credit Partners L.P., Goldman Sachs International, Goldman Sachs International Bank, Seoul Branch, Goldman Sachs Japan Co. Ltd., Goldman Sachs (Japan) Ltd., GS European Performance Fund Limited, GSW Grundbesitz GmbH & Co. KG, Harpen Immobilien GmbH & Co. KG, J. Aron & Company, WH 2005 / NIAM III East Holding OY, Zwinger Opco 6 BV, Goldman Sachs Asset Management, L.P., on behalf of certain funds and accounts for which it acts as investment manager, Goldman Sachs Asset Management International, on behalf of certain funds and accounts for which it acts as investment manager, and GS Investment Strategies, LLC on behalf of certain funds and accounts for which it acts as investment manager*