Hearing Date and Time: June 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)

Stephen J. Shimshak
Douglas R. Davis
Claudia L. Hammerman
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000

*Counsel for Citigroup, Inc.*
*and its respective affiliates and subsidiaries*
*(including, without limitation, Citibank, N.A.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**JOINDER OF CITIBANK TO THE OBJECTION OF BARCLAYS CAPITAL INC. TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE <u>THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Citigroup, Inc. and its respective affiliates and subsidiaries, including Citibank, N.A. (jointly hereinafter "<u>Citibank</u>"), by and through their undersigned counsel, hereby join in the objection (the "<u>Objection</u>") [D.I. 4065] filed on behalf of Barclays Capital Inc., Barclays Bank PLC and their affiliates (jointly hereinafter "<u>Barclays</u>") to the Notice of Evidentiary Hearing (the "<u>Notice</u>") [D.I. 4063] filed by the above-captioned debtors (the "<u>Debtors</u>") in connection with the Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline

for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Motion") [D.I. 3654], and respectfully represent as follows:

1. Like Barclays, Citibank is a creditor of the Debtors in these and other cases around the world. Citibank's claims against the Debtors include claims arising from tens of thousands of Derivative Contracts (as defined in the Motion) supported by LBHI guarantees.

2. Citibank filed an objection to the Motion on June 15, 2009 [D.I. 3956].

3. Citibank hereby joins with, and incorporates by reference herein, all of the arguments and assertions made by Barclays in the Objection. Citibank reserves all rights to be heard before the Court with regard to the issues raised in the Objection and this Joinder.

4. Citibank reserves all of its rights and remedies, and nothing contained in this objection shall constitute an admission by Citibank for any other purpose or a waiver of any rights or remedies available to Citibank.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, for the reasons set forth herein, Citibank respectfully joins in, and adopts the substance of Barclays's Objection as its own; Citibank requests that this Court, (i) hold that the Notice was filed in violation of Local Bankruptcy Rule 9014-2; (ii) direct that the first hearing on the Motion to be held on June 24, 2009 shall not be an evidentiary hearing, and; (iii) granting such other and further relief as this Court deems just or proper.

Dated: New York, New York
       June 23, 2009

                         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                         /s/ Stephen J. Shimshak

                         Stephen J. Shimshak
                         (sshimshak@paulweiss.com)

                         Douglas R. Davis
                         (ddavis@paulweiss.com)
                         Claudia L. Hammerman
                         (chammerman@paulweiss.com)
                         1285 Avenue of the Americas
                         New York, New York 10019-6064
                         Telephone: (212) 373-3000
                         Facsimile: (212) 757-3990

                         *Attorneys for Citigroup, Inc.*
                         *and its respective affiliates and subsidiaries*
                         *(including, without limitation, Citibank, N.A.)*