**EXHIBIT E**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
                                                        :
                                                        :
IN RE EPHEDRA PRODUCTS LIABILITY ACTION                 :      04 M. D. NO. 1598 (JSR)
-----------------------------------------------------------------       :
                                                        :
                                                        :
IN RE TWINLABS PERSONAL INJURY ACTIONS                  :
                                                        :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PLAINTIFFS' FACT SHEET

Please provide the following information for each individual on whose behalf a claim is being made.  In filling out this form, please use the following definitions:  (1) "health care provider" means any hospital, clinic, center, physician's office, infirmary, medical, diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, mental, emotional, or psychological care or advice, and any pharmacy, weight loss center, counselor, dentist, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, therapist, nurse, herbalist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, or treatment of you; (2) "document" means any writing or record of every type that is in your possession or the possession of your counsel, including but not limited to written documents, e-mails, cassettes, videotapes, photographs, charts, computer discs or tapes, x-rays, drawings, graphs, phono-records, nonidentical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.  You may attach as many sheets of paper as necessary to fully answer these questions.  If you have any remaining samples of an ephedra-containing dietary supplement ("Ephedra") allegedly ingested by you or any documents (as defined above), including, but not limited to, packaging, instructions, labels, receipts or other proof of purchase for an Ephedra product allegedly ingested by you or other materials or items that you are requested to produce as part of answering this fact sheet or that relate to Ephedra, any Ephedra product you allegedly took, or the incident, injuries, claims, or damages that are the subject of your complaint, you must NOT dispose of, alter, or modify those products, documents or materials in any way.  You also are required to give all of those documents and materials to your attorney as soon as possible.  If you are unclear about these obligations please contact your attorney.

Pursuant to Section IX.B. of Case Management Order No. 1, if you have provided sworn answers to prior interrogatories responding to <u>all</u> information requested in this Fact Sheet, you are not required to provide answers to the Fact Sheet.  If you have provided sworn answers to prior interrogatories responding to some, but not all, information requested in the Fact Sheet, you are required to answer only those portions of the Fact Sheet for which no prior interrogatory answer has been provided.

172076-2

I.    <u>CASE INFORMATION</u>

    A.    Please state the following for the civil action which you filed:

        1.    Case Caption:_____

        2.    Civil Action No. in Southern District of New York:_____

        3.    Transferor Court and Civil Action No. in that court _____

        4.    Please state name, address, telephone number, fax number, and e-mail address of principal attorney representing you.

           _____

           Attorney Name

           _____

           Firm

           _____

           Street Address

           _____

           City, State and Zip Code

           _____

           Telephone number          Fax Number

           _____

           e-mail address

    B.    If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

        1.    _____

           Your Name

        2.    _____

           Street Address

        3.    _____

           City, State and Zip Code

         4.    In what capacity are you representing the individual

           _____

5.    If you were appointed by a court, state the:

_____        _____
Court                                          Date of Appointment

6.    Your relationship to deceased or represented person:

_____

7.    If you represent a decedent's estate, state the date of death of the decedent.

_____

      If you are completing this questionnaire in a representative capacity, please respond to the remaining questions with respect to the person who used Ephedra.  Those questions using the term "You" refer to the person who used Ephedra.  If the individual is deceased, please respond as of the time immediately prior to his or her death unless a different time period is specified.

II.    PERSONAL INFORMATION

A.    Last Name:_____

First Name:_____

Middle Name or Initial:_____

B.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names:

_____

C.    Present Street Address:_____

_____

D.    Current or last employer

_____
Name

_____
Street Address, City, State and Zip Code

_____
Dates of Employment

_____
Occupation

E.    Prior Employers

_____
Name

_____
Street Address, City, State and Zip Code

_____
Dates of Employment

_____
Occupation

_____
Name

_____
Street Address, City, State and Zip Code

_____
Dates of Employment

_____
Occupation

_____
Name

_____
Street Address, City, State and Zip Code

_____
Dates of Employment

_____
Occupation

[Attach additional sheets as necessary to describe other prior employers]

F.    Social Security Number:_____

G.    Driver's License Number:_____

H.    Date and Place of Birth:_____

I.    Sex:        Male_____            Female_____

J.    Racial and Ethnic Background:_____

K.    Have you ever served in any branch of the military?

        Yes_____    No_____

    1.    Branch and dates of service:

        _____

    2.    Were you discharged for any reason relating to your medical, physical, psychiatric, or emotional condition?

        Yes_____    No_____

        If "yes", state what that condition was.

        _____

    3.    Have you ever served overseas?

        Yes_____    No_____

        If "yes", state location and dates.

        _____

L.    Have you ever been rejected from military service for any reason relating to your health or physical condition?

        Yes_____    No_____

M.    Have you ever filed a worker's compensation claim?

        Yes_____    No_____

    If "yes", please state:

    1.    Year claim was filed:_____

    2.    Where claim was filed:_____

3.      Claim/docket number, if applicable_____

4.      Nature of disability:_____

5.      Period of disability:_____

6.      Address of the office which is most likely to have records concerning your
        claim:_____

[Attach additional sheets as necessary to describe more than one claim.]

N.      Have you ever filed a social security disability claim?

                Yes_____    No_____

If "yes", please state:

1.      Year claim was filed:_____

2.      Where claim was filed:_____

3.      Nature of disability:_____

4.      Period of disability:_____

5.      Address of the office which is most likely to have records concerning your
        claim:_____

[Attach additional sheets as necessary to describe more than one claim.]

O.      Have you ever filed any other form of disability claim?

                Yes_____    No_____

If "yes", please state:

1.      Year claim was filed:_____

2.      Where claim was filed:_____

3.      Name of insurer/employer or other party to whom
        claim was made:_____

4.      Nature of disability:_____

5.      Period of disability:_____

6.      Address of the office which is most likely to have records concerning your
        claim:_____

P.    Have you ever been denied life insurance for reasons relating to your medical, physical, psychiatric, or emotional condition?

Yes_____    No_____

If "yes", please state when, the name of the company and the company's stated reason for denial.

_____

_____

Q.    Have you ever filed a lawsuit or made a claim, other than in the present suit, seeking damages?

Yes_____    No_____

If "yes", state the court in which such claim was filed, the caption, case name, names of adverse parties, and the civil action or docket number assigned to each such claim, action, or suit, and a brief description of the claims asserted.

_____

_____

R.    Have you been convicted of a felony within the last 10 years?

Yes_____    No_____

S.    Identify each address at which you have resided during the last ten (10) years, including time periods of residence

_____

_____

_____

_____

T.    Has any insurance or other company provided medical coverage to you (either directly or through a group including any employer of yours) or paid medical bills on your behalf at any time, beginning ten (10) years before your alleged injury through the present?

Yes ____No_____

If "yes," then as to each such Company, separately state:

1.    Name of company:_____

    2.    Address of company:_____

    3.    The account/policy number or designation:_____

    4.    Dates of coverage: _____

    5.    When claim was made_____

U.    Have you ever been out of work for more than thirty (30) days for reasons related to your health?

    Yes_____    No_____

    If "yes", please state the dates, employer, and health condition:

_____

_____

_____

V.    Is English your primary language?

    Yes _____    No_____

    If "no," then answer the following:

    1.    Can you speak English?    Yes _____    No _____

    2.    Can you read English?    Yes _____    No _____

    3.    Are you fluent in English?    Yes _____    No _____

III.    <u>EDUCATIONAL HISTORY</u>

Identify each school, college, university, or other educational institution you have attended, the dates of attendance, courses of study pursued beyond high school, and diplomas or degrees awarded:

_____

_____

_____

_____

IV.    <u>FAMILY INFORMATION</u>

A.    Have you ever been married?

        Yes_____    No_____

B.    If "yes", for each spouse/former spouse state:

    1.  Spouse's name:_____

    2.  Dates of marriage:_____

    3.  Spouse's date of birth:_____

    4.  Spouse's occupation:_____

    5.  Spouse's address:_____

    6.  Nature of termination of marriage:_____

    7.  Date of dissolution of marriage:_____

B.    Has your spouse filed a loss of consortium claim?

        Yes_____    No_____

C.    Please provide the following information for your grandparents, parents, siblings, and children:

| Name | Relationship | Date of Birth | Date Of Death (if applicable) | Occupation |
|------|-------------|---------------|-------------------------------|------------|
|      |             |               |                               |            |

D.    Did any of your family members ever ingest Ephedra?

Yes _____    No _____    Do Not Know _____

If "yes", did you ever discuss their use of Ephedra with them before or during the time that you ingested Ephedra?

Yes _____    No _____    Do Not Know _____

If "yes," please provide the following information:

| Name | Relationship | Name of Product | Date(s) of Use |
|------|--------------|-----------------|----------------|

V.    <u>CURRENT & PAST MEDICAL CONDITION</u>

    A.    Are you currently diagnosed with any illnesses or disabilities?

        Yes\_\_\_\_\_    No\_\_\_\_\_

    Identify the illness(es) or disability(ies) and date(s) of onset:

    _____
    Illness(es) or disability(ies)

    By whom first diagnosed:

    _____
    Physician's Name

    _____
    Physician's Name

    B.    Other than any current illness or disability identified in response to A above, were you previously been diagnosed with any illnesses or disabilities during the 10 years prior to your alleged injury that you believe was caused by Ephedra?

        Yes\_\_\_\_\_    No\_\_\_\_\_

    1.    Identify the illness(es) or disability(ies) and date(s) of onset:

    _____
    Illness(es) or disability(ies)

    2.    By whom first diagnosed:

    _____
    Physician's Name

    _____
    Physician's Name

VI.    MEDICAL BACKGROUND

A.    Height:_____

B.    Current Weight:_____

C.    Lowest and highest weight since age 18:_____

D.    What diets do you recall being on during the 10 years prior to your alleged injury through the present, listing them from the earliest to the most recent?

_____

_____

_____

_____

_____

E.    Exercise History:

    1.    Do you exercise regularly?

       Yes _____          No _____

       If so, for how many minutes a day? _____

       If so, for how many days a week? _____

    2.    Describe the forms of exercise in which you engage regularly

       _____

       _____

F.    To the best of your knowledge, have you used any of the following medications or substances from 10 years prior to the date of your injury through the present?

1.    Oral contraceptives (e.g., Triphasil, Ortho    Yes ___    No_____    Do Not Know ___
Novum, Loestrin, Estrostep)

2.    Monoamine Oxidase ("MAO") inhibitors    Yes ___    No_____    Do Not Know ___
(e.g.,
Nardil/Phenelzine,Parnate/Tranylcypromine,
moclobemide)

| 3. | Anticoagulants (e.g., Coumadin, Warfarin, Heparin, Lovenox) | Yes ___ | No____ | Do Not Know ___ |
|----|----|----|----|----|
| 4. | Antidepressants (SSRIs- e.g., Wellbutrin, Zoloft, Effexor, Paxil, Celexa, Lexapro) | Yes ___ | No____ | Do Not Know ___ |
| 5. | Heart medications (Antiarrhythmics- e.g., Tambocor, Digoxin) | Yes ___ | No____ | Do Not Know ___ |
| 6. | Blood pressure medications (e.g., Altace, Lotensin, Prinivil, Vasotec; Cardizem, Procardia; Inderal, Toprol-XL) | Yes ___ | No____ | Do Not Know ___ |
| 7. | Thyroid medications (e.g., Synthroid, Armour, Levoxyl) | Yes ___ | No____ | Do Not Know ___ |
| 8. | Diuretics/water pills (e.g., Maxzide, Hydrochlorothiazide/HCTZ) | Yes ___ | No____ | Do Not Know ___ |
| 9. | Hormones/Steroids (e.g., growth hormone, anabolic steroids, estrogens) | Yes ___ | No____ | Do Not Know ___ |
| 10. | Psychiatric medications/Antipsychotics (e.g., Haldol, Risperdal, Zyprexa) | Yes ___ | No____ | Do Not Know ___ |
| 11. | Asthma/breathing medications (e.g., Albuterol, Advair Diskus, Azmacort, Serevent) | Yes ___ | No____ | Do Not Know ___ |
| 12. | Nasal sprays/preparations (e.g., Atrovent, Bactroban, Astelin, Nasacort, Rhinocort) | Yes ___ | No____ | Do Not Know ___ |
| 13. | Attention deficit medications (e.g., Dextro-amphetamin/Adderall, Methylphenidate/Ritalin) | Yes ___ | No____ | Do Not Know ___ |
| 14. | Cocaine/crack cocaine | Yes ___ | No____ | Do Not Know ___ |
| 15. | Heroin | Yes ___ | No____ | Do Not Know ___ |
| 16. | Methadone | Yes ___ | No____ | Do Not Know ___ |
| 17. | Marijuana or hashish | Yes ___ | No____ | Do Not Know ___ |
| 18. | LSD and/or Ecstasy and/or ICE and/or PCP and/or MDMA | Yes ___ | No____ | Do Not Know ___ |
| 19. | Amphetamines | Yes ___ | No____ | Do Not Know ___ |
| 20. | Inhaled nonprescription substances (e.g., inhalation of glue or toluene) | Yes ___ | No____ | Do Not Know ___ |

| | | | | |
|---|---|---|---|---|
| 21. | Methysergide (Sansert) | Yes ___ | No____ | Do Not Know ___ |
| 22. | Ergotamine preparations (e.g., Cafergot) | Yes ___ | No____ | Do Not Know ___ |
| 23. | L-tryptophan | Yes ___ | No____ | Do Not Know ___ |
| 24. | Any medication for migraine headaches (e.g., Inderal, Midrin, Excedrin, Imitrex, Maxalt, Zomig) | Yes ___ | No____ | Do Not Know ___ |

Yes___  No___  Do Not Know____

| | | | | |
|---|---|---|---|---|
| 25. | Caffeine-containing stimulants (e.g. No-Doz, Vivarin) | Yes ___ | No____ | Do Not Know ___ |
| 26. | Steroids | Yes ___ | No____ | Do Not Know ___ |
| 27. | Phenylpropanalomine (PPA) or products containing PPA | Yes ___ | No____ | Do Not Know ___ |
| 28. | Prescription allergy medications (e.g., Claritin-D, Seldane) | Yes ___ | No____ | Do Not Know ___ |
| 29. | Antibiotics prior to dental procedure (e.g., Erythromycin, Clindamycin, Cefazolin) | Yes ___ | No____ | Do Not Know ___ |
| 30. | Anticonvulsants (e.g., carbamazepine/Tegretol, Dilantin) | Yes ___ | No____ | Do Not Know ___ |
| 31. | Antilipemic agents (cholesterol reducers) (e.g., Lipitor, Lopid, Pravachol) | Yes ___ | No____ | Do Not Know ___ |
| 32. | Antiplatelet agents (e.g., Plavix) | Yes ___ | No____ | Do Not Know ___ |
| 33. | Antithrombotics (prevent clots) | Yes ___ | No____ | Do Not Know ___ |
| 34. | Antivertigo agents (prevent dizziness; e.g. Antivert) | Yes ___ | No____ | Do Not Know ___ |
| 35. | Blood derivatives/blood transfusion (e.g., red blood cells, platelets, cryoprecipitate, Factor VIII, plasma, albumin) | Yes ___ | No____ | Do Not Know ___ |
| 36. | Blood formers/Hematopoietic growth factors (Procrit, Erythropoietin) | Yes ___ | No____ | Do Not Know ___ |
| 37. | Endothelin receptor antagonists (e.g., Bosentan) | Yes ___ | No____ | Do Not Know ___ |
| 38. | Impotence agents (e.g., Viagra) | Yes ___ | No____ | Do Not Know ___ |
| 39. | Nitric Oxide | Yes ___ | No____ | Do Not Know ___ |

| 40. | Prostacyclin (e.g., Beraprost, Remodulin, Iloprost) | Yes ___ | No ___ | Do Not Know ___ |
|---|---|---|---|---|
| 41. | Procarbazine (e.g., Matulane) | Yes ___ | No ___ | Do Not Know ___ |
| 42. | Theophylline (e.g., Elixophyllin, Slo-Phyllin, Theo-Dur, Thoechron) | Yes ___ | No ___ | Do Not Know ___ |
| 43. | Aminophylline (e.g., Truphylline) | Yes ___ | No ___ | Do Not Know ___ |
| 44. | Furazolindone (e.g. Furoxone) | Yes ___ | No ___ | Do Not Know ___ |
| 45. | General Anesthetics (e.g., during surgery) | Yes ___ | No ___ | Do Not Know ___ |
| 46. | Prostaglandin (e.g., Flolan) | Yes ___ | No ___ | Do Not Know ___ |
| 47. | Promethazine (e.g., Phenergan) | Yes ___ | No ___ | Do Not Know ___ |
| 48. | Prochlorperazine (e.g., Compazine) | Yes ___ | No ___ | Do Not Know ___ |
| 49. | Perphenazine (e.g., Trilafon) | Yes ___ | No ___ | Do Not Know ___ |
| 50. | Trifluoperazine (e.g., Stelazine) | Yes ___ | No ___ | Do Not Know ___ |
| 51. | Tricyclic Antidepressant (e.g., Norpramin) | Yes ___ | No ___ | Do Not Know ___ |
| 52. | Doxepin (e.g., Sinequan) | Yes ___ | No ___ | Do Not Know ___ |
| 53. | Imipramine (e.g., Tofranil) | Yes ___ | No ___ | Do Not Know ___ |
| 54. | Nortriptyline (e.g., Pamelor, Aventyl) | Yes ___ | No ___ | Do Not Know ___ |
| 55. | Trimipramine (e.g., Surmontil) | Yes ___ | No ___ | Do Not Know ___ |
| 56. | Protriptyline (e.g., Vivactil) | Yes ___ | No ___ | Do Not Know ___ |
| 57. | Oral or Injectible Diabetes Medication (e.g., Insulin, glyburide) | Yes ___ | No ___ | Do Not Know ___ |
| 58. | Haloperidol (e.g., Haldol) | Yes ___ | No ___ | Do Not Know ___ |
| 59. | Digoxin (e.g., Lanoxin) | Yes ___ | No ___ | Do Not Know ___ |
| 60. | Linezolid (e.g., Zyvox) | Yes ___ | No ___ | Do Not Know ___ |
| 61. | Vasodilators / Vasoconstrictors (e.g., nitroglycerin) | Yes ___ | No ___ | Do Not Know ___ |
| 62. | Dextroamphetamine (e.g., Adderall) | Yes ___ | No ___ | Do Not Know ___ |
| 63. | Pemoline (e.g., Cylert) | Yes ___ | No ___ | Do Not Know ___ |

64. Methylphenidate (e.g., Ritalin, Metadate, Methylin, Concerta)          Yes ___   No____   Do Not Know ___

65. Dexmethylpenidate (e.g., Focalin)          Yes ___   No____   Do Not Know ___

66. Amphetamine, dextroamphetamine (e.g., Dexedrine, Dextrostat)          Yes ___   No____   Do Not Know ___

67. Methamphetamine (e.g., Desoxyn)          Yes ___   No____   Do Not Know ___

68. Atomoxetine (e.g., Strattera)          Yes ___   No____   Do Not Know ___

69. Ergot Alkaloids (e.g., Ergomar, Cafergot, Wigraine, Ercaf, Methysergide/Sansert)          Yes ___   No____   Do Not Know ___

70. Dihydroegotamine (e.g., D.H.E., Migranal)          Yes ___   No____   Do Not Know ___

71. Acetazolamide (e.g., Diamox)          Yes ___   No____   Do Not Know ___

72. Dichlorphenamide (e.g., Daranide)          Yes ___   No____   Do Not Know ___

73. Methazolamide (e.g., Glauctabs, MSM, Neptazane)          Yes ___   No____   Do Not Know ___

74. Aptropine (e.g., Sal-Tropine)          Yes ___   No____   Do Not Know ___

75. Phenothiazine / Chlorpromazine (e.g., Thorazine)          Yes ___   No____   Do Not Know ___

76. Fluphenazine (e.g., Permitil, Prolixin)          Yes ___   No____   Do Not Know ___

If the answer to any of the above questions was "yes," for each such medication or substance provide the name of the healthcare provider, if any, that prescribed or recommended the medication or substance.

_____

_____

_____

_____

_____

_____

_____

G.    Smoking history and tobacco use (check wherever appropriate)

    1.    Have you ever smoked cigarettes?          Yes___  No___

If no, skip to G.4.

2.      Do you currently smoke cigarettes?                          Yes___ No___

        If "yes", state amount smoked: _____ packs per day for _____ years

        If no, state date on which smoking ceased _____ and state amount smoked: _____ packs per day for _____ years

3.      At the time that you sustained the injuries alleged in the complaint, were you a smoker of cigarettes?                          Yes___ No___

        If "yes", state amount smoked: _____ packs per day for _____ years

4.      Have you ever smoked cigars or pipe tobacco?          Yes___ No___

        If no, skip to H.

5.      Do you currently smoke cigars or pipe tobacco?          Yes___ No___

        If "yes", state amount smoked: ____ cigars/pipes per day for_____ years

        If no, state date on which smoking ceased _____ and state amount smoked: _____ cigars/pipes per day for _____ years

6.      At the time that you sustained the injuries alleged in the Complaint, were you a smoker of cigars or pipe tobacco?          Yes___ No___

        If "yes", state amount smoked: _____ packs per day for _____ years

7.      Have you ever used any other type of tobacco product?      Yes__ No ___

        If "yes," answer the following:

        Type of product _____

        Dates of Use _____

        Frequency of Use _____

H.  Drinking History

    1.  Do you currently drink alcohol (beer, wine, whiskey, etc.)?
        Yes_____      No_____

If "yes", check which represents your current alcohol consumption:

\_\_\_\_\_ 1-5 drinks per week

\_\_\_\_\_ 6-10 drinks per week

\_\_\_\_\_ 11-14 drinks per week

\_\_\_\_\_ 15 or more drinks per week

\_\_\_\_\_ Other (Describe -_____)

2.      Have you ever drunk alcohol (beer, wine, whiskey, etc.)?
Yes\_\_\_\_\_    No\_\_\_\_\_

If "yes", please check which represents your greatest alcohol consumption over an extended (six (6) months or greater) period within the last 10 Years?

\_\_\_\_\_ 1-5 drinks per week

\_\_\_\_\_ 6-10 drinks per week

\_\_\_\_\_ 11-14 drinks per week

\_\_\_\_\_ 15 or more drinks per week

\_\_\_\_\_Other (Describe-_____)

When was this period?   \_\_/\_\_/\_\_ -- \_\_/\_\_/\_\_

3.      Check which represents your weekly alcohol consumption for the month prior to the time that you sustained the injuries alleged in the complaint?

\_\_\_\_\_ 0 drinks per week

\_\_\_\_\_ 1-5 drinks per week

\_\_\_\_\_ 6-10 drinks per week

\_\_\_\_\_ 11-14 drinks per week

\_\_\_\_\_ 15 or more drinks per week-

\_\_\_\_\_ Other (Describe-_____)

I.      Caffeine history

1.      Do you currently drink caffeinated beverages (coffee, tea, sodas, etc.)?

Yes\_\_\_\_\_    No\_\_\_\_\_

If "yes", check which represents your current caffeine consumption

\_\_\_\_\_ 1-3 drinks per day

_____ 3-5 drinks per day

_____ 6 or more drinks per day

2.    Have you ever drunk caffeinated beverages (coffee, tea, sodas, etc.)?

Yes_____    No_____

If "yes", check which represents your greatest caffeine consumption over an extended period.

_____ 1-3 drinks per day

_____ 3-5 drinks per day

_____ 6 or more drinks per day

When was this period?  __/__/__ -- __/__/__

3.    Check which represents your daily caffeine consumption for the month prior to the time that you sustained the injuries alleged in the complaint?

_____ 0 drinks per day

_____ 1-3 drinks per day

_____ 3-5 drinks per day

_____ 6 or more drinks per day

J.    Have you ever experienced or been diagnosed or treated for any of the following:

| | | |
|---|---|---|
| 1. | Hypertension or high blood pressure | Yes___ No___ Don't Know___ |
| 2. | Aneurysm | Yes___ No___ Don't Know___ |
| 3. | Obesity | Yes___ No___ Don't Know___ |
| 4. | Eating disorders (e.g. anorexia, bulimia) | Yes___ No___ Don't Know___ |
| 5. | Arteriovenous malformation ("AVM") | Yes___ No___ Don't Know___ |
| 6. | Abnormality of blood vessels or circulatory system | Yes___ No___ Don't Know___ |
| 7. | Blood clots or thrombosis | Yes___ No___ Don't Know___ |
| 8. | Blood disorders or dyscrasias (abnormal blood cells) | Yes___ No___ Don't Know___ |
| 9. | Autoimmune disease | Yes___ No___ Don't Know___ |
| 10. | Collagen vascular disease | Yes___ No___ Don't Know___ |
| 11. | Coagulopathy | Yes___ No___ Don't Know___ |
| 12. | Any clotting disorder | Yes___ No___ Don't Know___ |
| 13. | Hepatic (liver) disease or dysfunction | Yes___ No___ Don't Know___ |
| 14. | Kidney disease | Yes___ No___ Don't Know___ |

| | | | | |
|---|---|---|---|---|
| 15. | Prostate enlargement | Yes___ | No___ | Don't Know____ |
| 16. | Stroke of any type (e.g., hemorrhagic stroke, ischemic stroke, intracranial hemorrhage, intracerebral hemorrhage, subarachnoid hemorrhage) | Yes___ | No___ | Don't Know____ |
| 17. | Transient ischemic attack | Yes___ | No___ | Don't Know____ |
| 18. | Cardiovascular disease or condition | Yes___ | No___ | Don't Know____ |
| 19. | Heart or heart valve disease (e.g., heart valve prolapse or regurgitation, lesions | Yes___ | No___ | Don't Know____ |
| 20. | Heart attack/myocardial infarction | Yes___ | No___ | Don't Know____ |
| 21. | Brain tumors | Yes___ | No___ | Don't Know____ |
| 22. | Seizure disorder or epilepsy | Yes___ | No___ | Don't Know____ |
| 23. | Lupus | Yes___ | No___ | Don't Know____ |
| 24. | Diabetes | Yes___ | No___ | Don't Know____ |
| 25. | Atherosclerosis | Yes___ | No___ | Don't Know____ |
| 26. | Vasculitis | Yes___ | No___ | Don't Know____ |
| 27. | Neurological disease or condition | Yes___ | No___ | Don't Know____ |
| 28. | High cholesterol | Yes___ | No___ | Don't Know____ |
| 29. | Elevated triglycerides | Yes___ | No___ | Don't Know____ |
| 30. | Irregular heartbeat, arrhythmia, heart palpitations, tachycardia, and bradycardia | Yes___ | No___ | Don't Know____ |
| 31. | Angina, chest pain | Yes___ | No___ | Don't Know____ |
| 32. | Bleeding disorder | Yes___ | No___ | Don't Know____ |
| 33. | Fainting, dizziness or lightheadedness | Yes___ | No___ | Don't Know____ |
| 34. | Head pounding | Yes___ | No___ | Don't Know____ |
| 35. | Migraine headaches | Yes___ | No___ | Don't Know____ |
| 36. | Memory Loss | Yes___ | No___ | Don't Know____ |
| 37. | Arthritis or joint pain | Yes___ | No___ | Don't Know____ |
| 38. | Shortness of breath | Yes___ | No___ | Don't Know____ |
| 39. | Alcoholism | Yes___ | No___ | Don't Know____ |
| 40. | Elevated homocysteine level | Yes___ | No___ | Don't Know____ |
| 41. | Aortic dissection involving the aortic root or aortic valve | Yes___ | No___ | Don't Know____ |
| 42. | Aortic root dilation | Yes___ | No___ | Don't Know____ |
| 43. | Aortic sclerosis | Yes___ | No___ | Don't Know____ |
| 44. | Aortic stenosis | Yes___ | No___ | Don't Know____ |
| 45. | Bacterial endocarditis | Yes___ | No___ | Don't Know____ |
| 46. | Pulmonary embolism (blood clot in lung) | Yes___ | No___ | Don't Know____ |
| 47. | Carcinoid syndrome | Yes___ | No___ | Don't Know____ |
| 48. | Chordae tendineae rupture or papillar muscle rupture | Yes___ | No___ | Don't Know____ |
| 49. | Chronic lung disease (e.g., C.O.P.D., | Yes___ | No___ | Don't Know____ |

emphysema)

| | | | |
|---|---|---|---|
| 50. | Congenital aortic valve abnormalities (e.g., unicuspid, bicuspid, or quadricuspid aortic valve, ventricular septal defect associated with aortic regurgitation | Yes___ No___ Don't Know___ | |
| 51. | Connective tissue disease | Yes___ No___ Don't Know___ | |
| 52. | Heart murmur | Yes___ No___ Don't Know___ | |
| 53. | Immune system disease or dysfunction (including AIDS or HIV) | Yes___ No___ Don't Know___ | |
| 54. | Other congenital heart abnormality | Yes___ No___ Don't Know___ | |
| 55. | Primary pulmonary hypertension | Yes___ No___ Don't Know___ | |
| 56. | Pulmonary hypertension | Yes___ No___ Don't Know___ | |
| 57. | Pulmonary venous hypertension | Yes___ No___ Don't Know___ | |
| 58. | Rheumatic fever | Yes___ No___ Don't Know___ | |
| 59. | Rheumatoid arthritis | Yes___ No___ Don't Know___ | |
| 60. | Scarlet fever | Yes___ No___ Don't Know___ | |
| 61. | Sleep apnea | Yes___ No___ Don't Know___ | |
| 62. | Any loss of consciousness | Yes___ No___ Don't Know___ | |
| 63. | Aura consisting of strange sensation (e.g., tingling, smell, or emotional changes) | Yes___ No___ Don't Know___ | |
| 64. | Automatism (automatic performance of complex behaviors without conscious awareness) | Yes___ No___ Don't Know___ | |
| 65. | Brief sudden loss of awareness or conscious activity, changes in alertness, confusion | Yes___ No___ Don't Know___ | |
| 66. | Incontinence of urine | Yes___ No___ Don't Know___ | |
| 67. | Delusions (false beliefs) or grandeur | Yes___ No___ Don't Know___ | |
| 68. | Depression with thoughts of suicide | Yes___ No___ Don't Know___ | |
| 69. | Mania (extreme excitement) | Yes___ No___ Don't Know___ | |
| 70. | Serious injury to any part of the body | Yes___ No___ Don't Know___ | |
| 71. | Thyroid Disease | Yes___ No___ Don't Know___ | |
| 72. | Glaucoma | Yes___ No___ Don't Know___ | |

K.    If you responded "yes" to any of the above, please identify the condition, the date of onset, and state the name of the physician or other person who made the diagnosis or informed you of the condition. Also list each physician or other person identified below on the attached "List of Medical Providers and Other Sources of Information" form and provide all information required on that form.

1.    Condition:_____

Onset:_____

Name of diagnosing physician or other person: _____

2.    Condition:_____

     Onset:_____

     Name of diagnosing physician or other person: _____

3.    Condition:_____

     Onset:_____

     Name of diagnosing physician or other person:_____

4.    Condition:_____

     Onset:_____

     Name of diagnosing physician or other person:_____

L.    To the best of your knowledge, have your parents or siblings experienced, been diagnosed with or treated for any of the following:

| | | |
|---|---|---|
| 1. | Hypertension or high blood pressure | Yes___ No___ Don't Know___ |
| 2. | Aneurysm | Yes___ No___ Don't Know___ |
| 3. | Obesity | Yes___ No___ Don't Know___ |
| 4. | Eating disorders (e.g. anorexia, bulimia) | Yes___ No___ Don't Know___ |
| 5. | Arteriovenous malformation ("AVM") | Yes___ No___ Don't Know___ |
| 6. | Abnormality of blood vessels or circulatory system | Yes___ No___ Don't Know___ |
| 7. | Blood clots or thrombosis | Yes___ No___ Don't Know___ |
| 8. | Blood disorders or dyscrasias (abnormal blood cells) | Yes___ No___ Don't Know___ |
| 9. | Autoimmune disease | Yes___ No___ Don't Know___ |
| 10. | Collagen vascular disease | Yes___ No___ Don't Know___ |
| 11. | Coagulopathy | Yes___ No___ Don't Know___ |
| 12. | Any clotting disorder | Yes___ No___ Don't Know___ |
| 13. | Hepatic (liver) disease or dysfunction | Yes___ No___ Don't Know___ |
| 14. | Kidney disease | Yes___ No___ Don't Know___ |
| 15. | Prostate enlargement | Yes___ No___ Don't Know___ |
| 16. | Stroke of any type (e.g., hemorrhagic stroke, ischemic stroke, intracranial hemorrhage, intracerebral hemorrhage, subarachnoid hemorrhage) | Yes___ No___ Don't Know___ |

| | | |
|---|---|---|
| 17. | Transient ischemic attack | Yes___ No___ Don't Know___ |
| 18. | Cardiovascular disease or condition | Yes___ No___ Don't Know___ |
| 19. | Heart or heart valve disease (e.g., heart valve prolapse or regurgitation, lesions | Yes___ No___ Don't Know___ |
| 20. | Heart attack/myocardial infarction | Yes___ No___ Don't Know___ |
| 21. | Brain tumors | Yes___ No___ Don't Know___ |
| 22. | Seizure disorder or epilepsy | Yes___ No___ Don't Know___ |
| 23. | Lupus | Yes___ No___ Don't Know___ |
| 24. | Diabetes | Yes___ No___ Don't Know___ |
| 25. | Atherosclerosis | Yes___ No___ Don't Know___ |
| 26. | Vasculitis | Yes___ No___ Don't Know___ |
| 27. | Neurological disease or condition | Yes___ No___ Don't Know___ |
| 28. | High cholesterol | Yes___ No___ Don't Know___ |
| 29. | Elevated triglycerides | Yes___ No___ Don't Know___ |
| 30. | Irregular heartbeat, arrhythmia, heart palpitations, tachycardia, and bradycardia | Yes___ No___ Don't Know___ |
| 31. | Angina, chest pain | Yes___ No___ Don't Know___ |
| 32. | Bleeding disorder | Yes___ No___ Don't Know___ |
| 33. | Fainting, dizziness or lightheadedness | Yes___ No___ Don't Know___ |
| 34. | Head pounding | Yes___ No___ Don't Know___ |
| 35. | Migraine headaches | Yes___ No___ Don't Know___ |
| 36. | Memory Loss | Yes___ No___ Don't Know___ |
| 37. | Arthritis or joint pain | Yes___ No___ Don't Know___ |
| 38. | Shortness of breath | Yes___ No___ Don't Know___ |
| 39. | Elevated homocysteine level | Yes___ No___ Don't Know___ |
| 40. | Aortic dissection involving the aortic root or aortic valve | Yes___ No___ Don't Know___ |
| 41. | Aortic root dilation | Yes___ No___ Don't Know___ |
| 42. | Aortic sclerosis | Yes___ No___ Don't Know___ |
| 43. | Aortic stenosis | Yes___ No___ Don't Know___ |
| 44. | Bacterial endocarditis | Yes___ No___ Don't Know___ |
| 45. | Pulmonary embolism (blood clot in lung) | Yes___ No___ Don't Know___ |
| 46. | Carcinoid syndrome | Yes___ No___ Don't Know___ |
| 47. | Chordae tendineae rupture or papillar muscle rupture | Yes___ No___ Don't Know___ |
| 48. | Chronic lung disease (e.g., C.O.P.D., emphysema) | Yes___ No___ Don't Know___ |
| 49. | Congenital aortic valve abnormalities (e.g., unicuspid, bicuspid, or quadricuspid aortic valve, ventricular septal defect associated with aortic regurgitation | Yes___ No___ Don't Know___ |
| 50. | Connective tissue disease | Yes___ No___ Don't Know___ |

| | | | | |
|---|---|---|---|---|
| 51. | Heart murmur | Yes___ | No___ | Don't Know___ |
| 52. | Immune system disease or dysfunction (including AIDS or HIV) | Yes___ | No___ | Don't Know___ |
| 53. | Other congenital heart abnormality | Yes___ | No___ | Don't Know___ |
| 54. | Primary pulmonary hypertension | Yes___ | No___ | Don't Know___ |
| 55. | Pulmonary hypertension | Yes___ | No___ | Don't Know___ |
| 56. | Pulmonary venous hypertension | Yes___ | No___ | Don't Know___ |
| 57. | Rheumatic fever | Yes___ | No___ | Don't Know___ |
| 58. | Rheumatoid arthritis | Yes___ | No___ | Don't Know___ |
| 59. | Scarlet fever | Yes___ | No___ | Don't Know___ |
| 60. | Sleep apnea | Yes___ | No___ | Don't Know___ |
| 61. | Aura consisting of strange sensation (e.g., tingling, smell, or emotional changes) | Yes___ | No___ | Don't Know___ |
| 62. | Depression with thoughts of suicide | Yes___ | No___ | Don't Know___ |
| 63. | Mania (extreme excitement) | Yes___ | No___ | Don't Know___ |
| 64. | Thyroid Disease | Yes___ | No___ | Don't Know___ |
| 65. | Glaucoma | Yes___ | No___ | Don't Know___ |

M.     If you answered "yes" to any of the preceding, please identify the person who experienced, was diagnosed with, or was treated for that condition:

1.     Person _____

       Relationship _____

       Condition _____

       Date of onset _____

       Name of any medication prescribed:_____

       _____

2.     Person _____

       Relationship _____

       Condition _____

       Date of onset _____

       Name of any medication prescribed:_____

       _____

3.    Person _____

Relationship _____

Condition _____

Date of onset _____

Name of any medication prescribed:_____

_____

_____

4.    Person _____

Relationship _____

Condition _____

Date of onset _____

Name of any medication prescribed:_____

_____

_____

N.    Please indicate whether you have received any of the following procedures or surgeries and also list each treating physician on the attached List of Medical Providers and Other Sources of Information form and provide all information required on that form:

1.    Heart, lung, or other chest surgery    Yes___ No___
When?_____

Treating physician:_____

2.    Treatment for heart attack or angina                Yes___ No___

When?_____

Treating physician:_____

3.    Pacemaker                                Yes___ No___

When?_____

Treating physician:_____

4.    By-pass surgery                     Yes___ No___

When?_____

Treating physician:_____

5.    Cranial (brain) surgery          Yes___ No___

When?_____

Treating physician:_____

6.    Vascular surgery                 Yes___ No___

When?_____

Treating physician:_____

O.    Have you ever received any traumatic injury to your head, neck, or chest?            Yes___ No___

If "yes", please state when and describe the injury.

_____    _____
When                        Injury

Name of doctor or hospital providing treatment:_____

Medications taken:_____

P.    To the best of your knowledge, state whether any of the following tests were administered BEFORE your use of the Ephedra at issue in this lawsuit.

| | | |
|---|---|---|
| 1. | Echocardiogram | Yes___ No___ Don't Know___ |
| 2. | Electrocardiogram | Yes___ No___ Don't Know___ |
| 3. | Electroencephalogram | Yes___ No___ Don't Know___ |
| 4. | Arterial or cranial angiogram | Yes___ No___ Don't Know___ |
| 5. | MRI, cat-scan or x-ray of the head, neck or brain | Yes___ No___ Don't Know___ |
| 6. | MRA (magnetic resonance angiography) | Yes___ No___ Don't Know___ |
| 7. | Other diagnostic test or imaging of the brain | Yes___ No___ Don't Know___ |

Q.    To the best of your knowledge, state which of the following tests was administered AFTER your use of Ephedra at issue in this lawsuit.

| | | |
|---|---|---|
| 1. | Echocardiogram | Yes___ No___ Don't Know___ |

| 2. | Electrocardiogram | Yes___ No___ Don't Know___ |
|----|----|----|
| 3. | Electroencephalogram | Yes___ No___ Don't Know___ |
| 4. | Arterial or cranial angiogram | Yes___ No___ Don't Know___ |
| 5. | MRI, cat-scan or x-ray of the head, neck or brain | Yes___ No___ Don't Know___ |
| 6. | MRA (magnetic resonance angiography) | Yes___ No___ Don't Know___ |
| 7. | Other diagnostic test or imaging of the brain | Yes___ No___ Don't Know___ |

VII.   **USE OF EPHEDRA PRODUCTS**

Please complete the following chart with respect to each Ephedra product you have taken before your alleged Ephedra injury and through the present.  Use additional sheets for additional products if necessary.

A.   Product Description, Purchase & Usage

Ephedra Product # 1

| | |
|---|---|
| Name of Product and Manufacturer (if known) | |
| Date(s) of Purchase | |
| If name of product not known, provide a physical description of the product, including shape and color (for example, round blue tablets) | |
| Description of Packaging | |
| Location Where Purchased or Obtained (identifying by address and store name) | |
| Name and Address of Witness(es) Who Saw You Purchase Product | |
| Dates of Use | |
| Single Dosage or Serving Size Taken | |
| Typical Dosage in 24 Hour Period | |

| | |
|---|---|
| Taken with Other Products? | |
| Taken on Whose Advice Or Suggestion, if anyone (Name and Address) | |
| Reason for Ingestion (e.g., weight loss, energy, etc. . .) | |
| If There Was a Seal on the Product, Was It Broken? | |
| If you have the label, please attach a copy of it. If you do not have the label, please describe what you recall from the labeling, including any warnings. | |

Use copies of the next page for <u>each</u> additional Ephedra product you ingested.

Ephedra Product # ___

| | |
|---|---|
| Name of Product and Manufacturer (if known) | |
| Date(s) of Purchase | |
| If name of product is not known, provide a physical description of the product, including shape and color (for example, round blue tablets) | |
| Description of Packaging | |
| Location Where Purchased or Obtained (identifying by address and store name) | |
| Name and Address of Witness(es) Who Saw You Purchase Product | |
| Dates of Use | |
| Single Dosage or Serving Size Taken | |
| Typical Dosage in 24 Hour Period | |
| Taken with Other Products? | |
| Taken on Whose Advice Or Suggestion, if anyone (Name and Address) | |
| Reason for Ingestion (e.g., weight loss, energy, etc. . .) | |
| If There Was a Seal on the Product, Was It Broken? | |
| If you have the label, please attach a copy of it. If you do not have the label, please describe what you recall from the labeling, including any warnings. | |

B.     Additional Questions Regarding Ephedra Products

With respect to the Ephedra product(s) that you claimed caused your injury, please answer all of the following questions:

1.     Who has possession of any remaining product and/or the packaging, inserts, and labeling of the Ephedra product(s) that you claim caused your injuries?  Please provide the name(s) and address(es).

_____

_____

_____

_____

2.     Did you ever see any magazine, newspaper or other advertisements relating to the Ephedra product you allegedly took or any other Ephedra product before or during the time you were taking Ephedra?  _____   If so, please provide the following information:

| Magazine/ Publication/ Advertisement | Date/Issue | Product Discussed |
|---|---|---|
| | | |

3.     Did you ever see or hear any television or radio program, television or radio new program, or television or radio advertisement or informercial relating to the Ephedra product you allegedly took or any other Ephedra product before or during the time that you were taking Ephedra?  _____   If so, please provide the following information:

| TV/Radio Show/Station/ Advertisement | Date of Show/Program | Product Discussed |
|---|---|---|
| | | |

4.    Specifically, have you ever seen any stories about Ephedra on any of the following television shows:

Dateline                     Yes ____        No ____      Don't Know ____

20/20                        Yes ____        No ____      Don't Know ____

ESPN Outside the Lines       Yes ____        No ____      Don't Know ____

5.    Have you ever seen or reviewed any Internet sites (excluding information supplied in communications with your attorney) that discussed the Ephedra product you allegedly took or any other Ephedra product?

Yes____    No _____

If "yes," please provide the following information:

| Internet Site(s) | Approximate Date(s) You Reviewed | Product Discussed |
|---|---|---|
|  |  |  |

6.    Have you ever communicated via email or chat room regarding Ephedra?

Yes____    No _____

7.    Have you ever seen any store displays or posters that discussed the Ephedra product you allegedly took or any other Ephedra product?

Yes ____    No _____    If "yes," please provide the following information:

| Retail Store Name & Address | Date(s) You Reviewed | Product Discussed |
|---|---|---|
|  |  |  |

VIII.    USE OF NON-EPHEDRA WEIGHT LOSS, DIET, OR APPETITE SUPPRESSANT PRODUCTS OR MEDICATIONS

If you have used weight loss, diet, or appetite suppressant products or medications during the 10 years before your alleged injury through the present, please complete the chart respect to each such medication or product you have taken within that time.  Use additional sheets for additional products if necessary.

Non-Ephedra Weight Loss, Diet, or Appetite Suppressant Product or Medication # 1

| | |
|---|---|
| Name of Product or Prescription Medication | |
| Manufacturer (if known) | |
| Dates of Use | |
| Dosage or Serving Size Taken (i.e., customary use) | |
| Prescribed By Who? (if a prescription medication) | |
| Location Where Purchased /Obtained (Name and Address) | |

Use copies of the next page for each additional non-ephedra weight loss, diet, or appetite suppressant product or medication you ingested during the 10 years before your alleged injury through the present.

Non-Ephedra Weight Loss, Diet, or Appetite Suppressant Product or Medication # ____

| | |
|---|---|
| Name of Product or Prescription Medication | |
| Manufacturer (if known) | |
| Dates of Use | |
| Dosage or Serving Size Taken (i.e., customary use) | |
| Prescribed By Who? (if a prescription medication) | |
| Location Where Purchased /Obtained (Name and Address) | |

IX.    UNDERLINE USE OF OTHER PRESCRIPTION AND OTC MEDICATIONS

A.    Prescription Medications

Please complete the following chart with respect to each other non-ephedra and non-weight loss, diet, or appetite suppressant prescription medication you have taken during the 5 years before your alleged Ephedra injury through the present.  Use additional sheets for additional products if necessary.

Prescription Product # 1

| | |
|---|---|
| Generic Name | |
| Brand Name | |
| Dates of Use | |
| Prescribed By Who? | |
| Location Where Purchased /Obtained (Name and Address) | |

Use copies of the next page for each other non-ephedra and non-weight loss, diet, or appetite suppressant prescription medication you have taken during the 5 years before your alleged Ephedra injury through the present.

Prescription Product # ____

| | |
|---|---|
| Generic Name | |
| Brand Name | |
| Dates of Use | |
| Prescribed By Who? | |
| Location Where Purchased /Obtained (Name and Address) | |

B.    <u>Over-The-Counter Products</u>

Please complete the following chart with respect to <u>each</u> other non-ephedra and non-weight loss, diet, or appetite suppressant over-the-counter (OTC) product you took during the 5 years before your alleged Ephedra injury through the present.  <u>Use additional sheets for additional products if necessary</u>.

OTC Product # 1

| Generic Name | |
|---|---|
| Brand Name | |
| Dates of Use (if necessary, approximate dates) | |
| Condition or Symptoms Being Treated | |

Use copies of the next page for <u>each</u> other non-ephedra and non-weight loss, diet, or appetite suppressant OTC product you took during the 5 years before your alleged Ephedra injury.

OTC Product # ___

| Generic Name | |
|---|---|
| Brand Name | |
| Dates of Use (if necessary, approximate dates) | |
| Condition or Symptoms Being Treated | |

X.    THE INJURY

A.    Identify the specific injury you allege resulted from your ingestion of Ephedra. [If death, identify the underlying condition resulting in death (i.e., heat stroke resulting in death).

_____

B.    Please identify all persons who you know possess information concerning your injury or your current medical conditions (other than medical providers listed on the attached "Fact Sheet or the Attached List of Medical Providers and Other Sources of Information" form) and for each, state their name, address, and telephone number.

_____

_____

_____

_____

_____

_____

_____

_____

C.    When did you first contact a doctor or healthcare professional concerning the alleged injury?

_____

_____

_____

D.    Identify by name and address each doctor or healthcare professional you consulted concerning the alleged injury.

_____

_____

_____

E.      If you were taken to a doctor or health care facility for the injury alleged in the complaint, state the name and address of the persons, police department, fire department, emergency medical workers, or ambulance company who took you to the doctor or health care facility.

_____

_____

_____

F.      Do you claim psychological, psychiatric (including depression), cognitive, or emotional injury (exclusive of general damages) as a consequence of using Ephedra or as a consequence of the physical injuries you claim were caused by Ephedra?

Yes _____      No _____      Do Not Know _____

If "yes," state whether you have experienced or been treated for any psychological, psychiatric (including depression), cognitive, or emotional problem (exclusive of general damages) prior to the use of Ephedra.

Yes _____      No _____

If "yes," please state:

1.      Name and address of each person who treated you:

a.   _____
Name

_____
Street Address (if not otherwise provided)

b.   _____
Name

_____
Street Address (if not otherwise provided)

c.   _____
Name

_____
Street Address (if not otherwise provided)

2.      Condition(s) for which treated

_____

_____

3.      When treated: _____

In addition, identify the following with respect to any psychological, psychiatric (including depression), or emotional problem (exclusive of general damages) which you claim was caused by the use of the Ephedra:

4.      Name and address of each person who treated you for such condition:

     a.     _____
            Name

           _____
            Street Address (if not otherwise provided)

     b.     _____
            Name

           _____
            Street Address (if not otherwise provided)

     c.     _____
            Name

           _____
            Street Address (if not otherwise provided)

5.      Condition(s) for which treated

_____

_____

6.      When treated:_____

G.    For each product (prescription or over the counter), drug (licit or illicit), chemical, dietary supplement, appetite suppressant, or herbal remedy you recall taking at any time during the thirty (30) days preceding your injury, complete the following table.

| Name of Substance | |
|---|---|
| Brand Name | |
| Date and Time Taken | |
| Amount Taken | |
| Amount Consumed Within 6 Hours of the Incident | |

For additional products attach extra sheets.

H.    For each caffeine-containing substance you recall taking during the 72 hours preceding the incident (including coffee, tea, colas, etc.), complete the following table.

| Name of Substance | |
|---|---|
| Brand Name | |
| Date and Time Taken | |
| Amount Taken | |
| Amount Consumed Within 6 Hours of the Incident | |

For additional products attach extra sheets.

I.    Have you had discussions with any physician(s) about whether your condition is related to the use of Ephedra?

Yes_____    No_____   Do Not Recall_____

If "yes," please identify:

Name of doctor:_____

Address:_____

Specialty:_____

Date of discussion:_____

and, check one of the following:

1.    I was told my condition is related to the use
of Ephedra.                                                          _____

2.    I was told my condition is not related to the use
of Ephedra.                                                          _____

3.    I was told my condition may be related to the use
of Ephedra.                                                          _____

4.    I was told by the doctor that he does not know
whether my condition is related to the use of
Ephedra.                                                             _____

5.    Other (See Narrative)

6.    I don't recall what I was told.                           _____

Narrative

_____

_____

_____

_____

_____

If discussed with more than one doctor, please copy and complete the above for each.

XI.    DAMAGE CLAIMS

    A.    If you claim or expect to claim that you lost earnings or suffered impairment of earnings capacity as a result of any condition which you believe was caused by Ephedra:

        1.    Complete the following information with respect to your employment for ten years prior to your alleged injury to the present.

| Employer | Address | Type of Business/Position | Dates of Employment | Salary (with tips) | Overtime | Bonus |
|----------|---------|---------------------------|---------------------|--------------------|----------|-------|
|          |         |                           |                     |                    |          |       |
|          |         |                           |                     |                    |          |       |
|          |         |                           |                     |                    |          |       |
|          |         |                           |                     |                    |          |       |
|          |         |                           |                     |                    |          |       |

        2.    State the total amount of time which you have lost from work as a result of any condition that you claim caused by your use of Ephedra and the amount of income that you lost.

_____

_____

_____

B.   Have you paid or incurred any medical expenses, including amounts billed or paid by insurers and other third party payors that are related to any condition which you claim was caused by your use of Ephedra?

Yes_____    No_____

If "yes," please state the total amount of such expenses at this time.  $_____

XII.    DOCUMENTS

Please attach the following documents to this declaration, to the extent that such documents currently are in your possession or in the possession of your lawyers.

a.      TEN ORIGINAL SIGNED authorizations for the release of records in the forms appended hereto.

b.      A copy of all medical records from any physician, herbalist, diet center, weight loss clinic, mental health care provider, health care provider or other healing arts practitioner who treated you, including each hospital, clinic, sanitarium, or other medical or health care facility in which you confined or  treated, who treated you for any disease or medical condition, including the symptoms referred to in any or your responses to the questions above.

c.      A copy of all medical records from any physician, herbalist, diet center, weight loss clinic, hospital, or health care provider who treated you at any time for any neurological or cardiovascular disease, condition, or symptom referred to in your response to the questions above.

d.      To the extent not included in the foregoing, all records relating to any examination by a physician or other health care provider conducted for any purpose up through the date you completed this Fact Sheet.

e.      If you have been the claimant or subject of any workers' compensation, Social Security, or other disability proceeding, all documents relating to such proceeding.

f.      All diagnostic tests or test results, including reports of echocardiograms, angiograms, cat-scans, MRIs, MRAs, or electroencephalograms performed on you.

g.      All diagnostic tests or test results, including reports of echocardiograms, angiograms, cat-scans, MRIs, MRAs, or electroencephalograms done at any time relating to any neurological or cardiovascular condition of yours.

h.      Copies of all documents from physicians, healthcare providers, or others relating to your use of Ephedra or to any condition you claim is related to your use of Ephedra.

i.      All documents constituting, concerning, or relating to product use instructions, product warnings, package inserts, height and weight charts, pharmacy handouts, or other materials distributed with or provided to you in connection with your use of Ephedra.

j.      All documents regarding any ephedra-containing product, including but not limited to advertisements and promotional material, reviewed or seen by you prior to your ingestion of the Ephedra that you claim resulted in your alleged injury.

k.      The entire packaging, including the bottle, box, carton, vial, container and label for the Ephedra you allege caused your injury and for other ephedra-containing products obtained for use by you.

l.      All documents relating to your purchase of Ephedra, including, but not limited to, receipts, prescriptions, or records of purchase.

m.     All documents relating to Ephedra or any alleged health risks or hazards related to Ephedra in your possession at or before the time of your alleged injury

n.      All documents you obtained directly or indirectly from any defendant.

o.      All photographs, drawings, journals, slides, or videos relating to your alleged injury after the incident, including "day-in-the-life" videotapes.

p.      Copies of all documents you obtained from any source related to Ephedra or to the alleged effects of ingesting Ephedra.

q.      If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the years from ten (10) years prior to your injury to the present.

r.      If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy, or other health care provider.

s.      Copies of letters testamentary or letters of administration relating to your status as plaintiff.

t.      Decedent's death certificate (if applicable).

u.      All journals, diaries, notes, letters, emails, or other documents written by you or received by you which refer any health complaints which you allege resulted from your use of Ephedra-containing products or any other injuries or illnesses, or which refer to Ephedra, the risks or benefits of Ephedra, or your alleged injury or condition.

v.      All documents evidencing or otherwise relating to your weight, including documents relating to weight gain or loss, treatment, or consultation obtained regarding your weight, injury, or other adverse health effects experienced as a result of your weight.

w.      All remaining Ephedra product that you allege caused your injury and all other ephedra-containing product obtained for use by you. (Subject of a stipulation to be entered into by the parties.)

x.      All documents constituting, evidencing, or otherwise relating to any communication between you or anyone acting on your behalf with any defendant.

y.      All documents constituting, evidencing, or otherwise relating to any communication between you or anyone acting on your behalf with any person (other than any expert retained by any of your attorneys or any medical providers listed on the attached "List of Medical Providers and Other Sources of Information") regarding any injury, increased risk of future injury, or damages that you claim as a result of your alleged use of Ephedra.

z.      All documents constituting, evidencing, or otherwise relating to any notice of breach of warranty provided by you or on your behalf to any defendant in this action.

aa.      All prescriptions, receipts, and records for any drug, prescription, medication, vitamin, mineral, or other dietary supplement that you have taken in the last 10 years.

bb.      All correspondence, letters, medical reports, records, or other documents that in any way relate to, refer to or reflect any care, treatment, examination, or consultation by you for any alcohol, drug, or other substance abuse problems during the past 10 years.

cc.      Any documents, audio tape, videotape, or other tangible things that relate to, refer to, or reflect any written or oral statement that you or your attorneys have or possess that allegedly was made by any defendant in this action or any of its agents, concerning the subject matter of the complaint, together with any notes purporting to give a substantially verbatim account or any such statement.

dd.      All articles, editorials, pamphlets, brochures, or other documents relating to Ephedra or other ephedra-containing product received or reviewed by you including, but not limited to, any information obtained by newspapers, magazines, or other sources.

## DECLARATION

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part XI of this declaration, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have supplied the authorizations attached to this declaration.


_____            _____
Signature                                                                      Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                      :
                                                                      :
                                                                      :
IN RE EPHEDRA PRODUCTS LIABILITY ACTION          :          04 M. D. NO. 1598 (JSR)
-----------------------------------------------------------------    :
                                                                      :
IN RE TWINLABS PERSONAL INJURY ACTIONS           :
                                                                      :
                                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LIST OF MEDICAL PROVIDERS
AND OTHER SOURCES OF INFORMATION

EACH PLAINTIFF WHO IS REQUIRED TO COMPLETE A DECLARATION MUST FULLY
AND ACCURATELY COMPLETE THIS FORM LISTING MEDICAL CARE PROVIDERS
AND OTHER SOURCES OF INFORMATION AS REQUESTED.

List the name and address of each of the following:

A.     Your current primary care physician(s):

_____
Name

_____
Street Address

_____
City, State, Zip Code

B.     To the best of your ability, identify each of your primary care physicians for the 10 years
       prior to your injury through the present:

1.     _____          _____
       Name                                       Approximate dates


       _____
       Last known address


       _____
       City, State, Zip Code

2.  _____          _____
    Name                                Approximate dates

    _____
    Last known address

    _____
    City, State, Zip Code

3.  _____          _____
    Name                                Approximate dates

    _____
    Last known address

    _____
    City, State, Zip Code

4.  _____          _____
    Name                                Approximate dates

    _____
    Last known address

    _____
    City, State, Zip Code

C.    Each cardiologist or neurologist who has ever seen or treated you:

1.  _____
    Name

    _____
    Specialty

    _____
    Street Address

    _____
    City, State, Zip Code

2. _____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

3. _____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

4. _____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

D.    Each nutritionist/dietician or other weight loss counselor who has seen or treated you during the 10 years prior to your alleged injury though the present.

1. _____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

2. _____
   Name

   _____
   Specialty

   _____
   Street Address

   _____
   City, State, Zip Code

3. _____
   Name

   _____
   Specialty

   _____
   Street Address

   _____
   City, State, Zip Code

4. _____
   Name

   _____
   Specialty

   _____
   Street Address

   _____
   City, State, Zip Code

E.    Each hospital where you have received inpatient treatment during the 10 years prior to your alleged injury through the present:

1.    _____
       Name

       _____
       Specialty

       _____
       Street Address

       _____
       City, State, Zip Code

2.    _____
       Name

       _____
       Specialty

       _____
       Street Address

       _____
       City, State, Zip Code

3.    _____
       Name

       _____
       Specialty

       _____
       Street Address

       _____
       City, State, Zip Code

4.    _____

Name

_____

Specialty

_____

Street Address

_____

City, State, Zip Code

F.    Each hospital or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the 10 years prior to your alleged injury through the present:

1.    _____

Name

_____

Specialty

_____

Street Address

_____

City, State, Zip Code

2.    _____

Name

_____

Specialty

_____

Street Address

_____

City, State, Zip Code

3. _____

   Name

   _____

   Specialty

   _____

   Street Address

   _____

   City, State, Zip Code

4. _____

   Name

   _____

   Specialty

   _____

   Street Address

   _____

   City, State, Zip Code

5. _____

   Name

   _____

   Specialty

   _____

   Street Address

   _____

   City, State, Zip Code

G.    Each other physician or healthcare provider from whom you have received treatment, with whom you have consulted regarding your health, or who has examined you in the 10 years prior to your alleged injury through the present:

1.    _____
      Name

      _____
      Specialty

      _____
      Street Address

      _____
      City, State, Zip Code

2.    _____
      Name

      _____
      Specialty

      _____
      Street Address

      _____
      City, State, Zip Code

3.    _____
      Name

      _____
      Specialty

      _____
      Street Address

      _____
      City, State, Zip Code

4.    _____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

5.    _____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

6.    _____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

7.    _____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

8.    _____

      Name

      _____

      Specialty

      _____

      Street Address

      _____

      City, State, Zip Code

9.    _____

      Name

      _____

      Specialty

      _____

      Street Address

      _____

      City, State, Zip Code

10.   _____

      Name

      _____

      Specialty

      _____

      Street Address

      _____

      City, State, Zip Code

H.     Each pharmacy, drugstore, and the like where you have had prescriptions filled during the 10 years prior to your alleged injury through the present:

1.    _____

      Name

      _____

      Street Address

      _____

      City, State, Zip Code

2.    _____

      Name

      _____

      Street Address

      _____

      City, State, Zip Code

3.    _____

      Name

      _____

      Street Address

      _____

      City, State, Zip Code

4.    _____

      Name

      _____

      Street Address

      _____

      City, State, Zip Code

5. _____
Name

_____
Street Address

_____
City, State, Zip Code

I.    If you claim that you suffered psychological or emotional injuries as a result of using Ephedra, list each psychiatrist, psychologist, mental health counselor, therapist, or social worker from whom you have received treatment or with whom you have consulted regarding your health during the 10 years prior to your alleged injury through the present:

1. _____
Name

_____
Street Address

_____
City, State, Zip Code

2. _____
Name

_____
Street Address

_____
City, State, Zip Code

3. _____
Name

_____
Street Address

_____
City, State, Zip Code

[ATTACH ADDITIONAL SHEETS, IF NECESSARY
TO COMPLETE EACH SUBSECTION]

_____

Full Name

_____

Social Security Number

_____

Date of Birth

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
                                                        :
IN RE EPHEDRA PRODUCTS LIABILITY ACTION                 :        04 M. D. NO. 1598 (JSR)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  :
                                                        :
                                                        :
IN RE TWINLABS PERSONAL INJURY ACTIONS                  :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## __AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS__

### __In compliance with HIPAA, 45 CFR § 164.508__

TO:    _____

       Name of Entity


       _____

       Address


       _____

       City, State and Zip Code

You are hereby authorized to release my entire medical records file to the defendant or its authorized representative listed below ("Record Requestor"). This release authorizes you to furnish copies of all medical records, including but not limited to medical reports and notes, laboratory reports, pathology slides, reports, notes and specimens, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, insurance, Medicaid, Medicare, and disability records, and medical bills regarding my injuries, diseases, diagnoses, or treatment, specifically including but not limited to HIV/AIDS treatment, drug testing, drug or alcohol abuse treatment, marriage or family counseling, as well as psychological/psychiatric treatment, notes and evaluations. Please note that this authorization is not limited in any way to the records or treatments specified above. This authorization does not permit you to disclose anything other than documents and records to anyone.

262807-1

This authorization is being given at my request in conjunction with the civil litigation matter listed above.  You are hereby authorized to release these records to the following Record Requestor for their use in the above-entitled litigation.  The defendants have agreed to pay reasonable charges to supply copies of such records.  All documents should be provided to:

*(Records Requestor)*

_____

_____

_____

_____

I intend that this authorization shall be continuing in nature.  If information responsive to this authorization is created, learned or discovered at any time in the future, either by you or another party, you must produce such information to the requestor at that time.  Further, I hereby agree that a photostatic copy of this authorization may serve as an original.

This authorization shall not be valid unless the Record Requestor named above has executed the acknowledgement at the bottom of this authorization.

I understand that this authorization pertains directly to the civil litigation referenced above.  Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including, but not limited to the resolution of any and all appeals.

I understand that any documents or records released by you could potentially be re-disclosed by the aforementioned Record Requestor, and that any information re-disclosed by that party is not subject to this authorization or the regulations imposed by 45 CFR § 164.508.

I understand that you will not condition treatment, payment, enrollment or eligibility for benefits on my signing this authorization.

I understand that I have the right to revoke this authorization at any time by providing to you a written revocation stating my intentions, and if I do exercise such revocation, I agree to simultaneously provide a copy of such revocation to the Record Requestor.   I also understand that any revocation of this authorization shall not affect any disclosures that were made prior to my written revocation.

This authorization is executed and served in compliance with the Federal Regulations governing the release of private health information as outlined under 45 CFR § 164.508.


_____     Date: _____
Claimant, Guardian or Personal
Representative Signature


_____
Description of the Guardian's or Personal Representative's Authority to Act for the Claimant.

_____     Date: _____
Witness Signature

## ACKNOWLEDGEMENT

The undersigned, as the Record Requestor named in the above medical authorization, hereby declares under penalty or perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given fifteen (15) days advanced notice that the authorization will be used to request records from the person or entity to whom it is addressed and has been afforded an opportunity to object to the request, and any objections have been resolved.  The attorney for or the person named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requestor at a reasonable cost.

Record Requestor Signature: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                     :
                     :
IN RE EPHEDRA PRODUCTS LIABILITY ACTION   :   04 M. D. NO. 1598 (JSR)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                     :
IN RE TWINLABS PERSONAL INJURY ACTIONS  :
                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AUTHORIZATION FOR RELEASE OF EMPLOYMENT
AND UNEMPLOYMENT INFORMATION AND RECORDS**

To:   _____
       Name

       _____
       Address

       _____
       City, State and Zip Code

This will authorize you to furnish copies of all applications for employment, resumes, records of all positions held, job descriptions of positions held, salary and/or compensation records, performance evaluations and reports, statements and comments of fellow employees, attendance records, W-2's, workers' compensation files; all hospital, physician, clinic, infirmary, nurse, psychiatric and dental records; x-rays, test results, physical examination records; any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms, questionnaires, records of payments made to me or on my behalf; and any other records relating to my employment with the above-named institution concerning _____

Name of Employee

whose date of birth is _____ and whose social security number is _____

_____.

      You are authorized to release the above records to the following representatives of defendants in the above-entitled matter who have agreed to pay reasonable charges made by you to supply copies of such records.

_____

Name of Representative

_____

Representative Capacity (e.g. attorney, records requestor, agent, etc.)

_____

Street Address

_____

City, State and Zip Code

      This authorization does not authorize you to disclose anything other than documents and records to anyone.

      This authorization is not valid unless the record requestor named above has executed the acknowledgment at the bottom of this authorization.

      This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof.  It is expressly understood by the undersigned and you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

Date:_____

                      _____

                      Employee or Guardian Signature

Date:_____

                      _____

                      Witness Signature

262807-1

## AUTHORIZATION

The undersigned, as the record requestor named in the above authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the employee named in the foregoing authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, the attorney for the employee named has been given ten (15) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the employee named in the foregoing authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requestor at a reasonable cost.

_____

262807-1

<u>AUTHORIZATION FOR RELEASE OF RECORDS PERTAINING TO
CLAIMS FOR WORKERS' COMPENSATION OR
SOCIAL SECURITY DISABILITY</u>

**[NOTE:  PLEASE COMPLETE <u>FORM SSA-3288</u> IF YOU HAVE MADE A WORKERS' COMPENSATION OR SOCIAL SECURITY DISABILITY CLAIM DURING THE 10 YEARS PRIOR TO YOUR ALLEGED INJURY THROUGH THE PRESENT.]**

<u>AUTHORIZATION FOR RELEASE OF INCOME TAX RECORDS</u>

**[NOTE:   PLEASE   COMPLETE <u>FORM 4506</u> IF YOU ARE MAKING A CLAIM FOR LOST EARNING OR LOST EARNING CAPACITY.]**