# EXHIBIT F

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                           :
                                                                :      **Chapter 11 Case No.**
**TL ADMINISTRATION CORPORATION,**                              :
<u>et al.</u> (f/k/a TWINLAB CORPORATION, <u>et al.</u>),       :      **03-15564 (CB)**
                                                                :
                                                                :      **(Jointly Administered)**
                               Debtors.                         :
----------------------------------------------------------------x

**ORDER IDENTIFYING CLAIMS EXPUNGED PURSUANT
TO THE APRIL 26, 2004 CASE MANAGEMENT ORDER #1
OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK IN THE LITIGATION ENCAPTIONED
IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION AND AUTHORIZING
<u>THE DEBTORS' CLAIMS AGENT TO EXPUNGE RELATED CLAIMS</u>**

Upon consideration of Case Management Order No. 1 ("<u>CMO No. 1</u>") dated April

26, 2004, as it pertains to all cases in the multi-district proceeding before the United States

District Court for the Southern District of New York (the "<u>District Court</u>") in the above-

captioned case, as CMO No. 1 relates to the proofs of claim attached hereto as Exhibit A (the

"<u>Expunged Claims</u>"); and CMO No. 1 having provided that any holders of ephedra-related

personal injury and wrongful-death claims timely filed in the Debtors' chapter 11 cases that were

not then plaintiffs before the District Court and that intended to prosecute a claim shall convert it

into a civil action by filing a complaint and a verified Fact Sheet (as provided in CMO No. 1)

within sixty (60) days of the mailing of a written notice of said claimant's obligations and time

deadlines; and CMO No. 1 having provided that any such claim which is not so converted within

the prescribed time shall be deemed waived and treated as expunged, invalid and/or disallowed;

and the prescribed period having expired on July 19, 2004; and it appearing that the Personal

Injury Claims were not properly converted on or before July 19, 2004; and good and sufficient

notice of this order having been provided to (i) the Office of the United States Trustee for the

Southern District of New York, (ii) the attorneys for the General Unsecured Creditors

Committee, (iii) the attorneys for the Committee of Ephedra Claimants, (iv) the holders of the

Expunged Claims listed on Exhibit A attached hereto, and (v) those parties entitled to notice

pursuant to this Court's order dated September 12, 2003 establishing certain notice procedures in

these chapter 11 cases, and it appearing that no other or further notice need be provided; and it

appearing that the; and the Court having jurisdiction to disallow and expunge the Personal Injury

Claims pursuant to sections 157 and 1334 of title 28 of the United States Code; and after due

deliberation and sufficient cause appearing therefor, it is

       ORDERED that Expunged Claims identified on Exhibit A attached hereto are

expunged and disallowed in their entirety.

Dated:  November 3, 2004           */s/Cornelius Blackshear*       
                              UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT A**

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| ALLOR, CHRISTINA<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 26 |
| ALLOR, CHRISTINA<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 482 |
| ANA MEJIA REP. HERLINDA GUITIERREZ<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 300 |
| AYERS, ALAN<br>2220 S. 133RD AVENUE<br>TULSA, OK 74134 | 536 |
| AYERS, ALAN<br>2220 S. 133RD AVENUE<br>TULSA, OK 74134 | 631 |
| AYERS, ALAN<br>2220 S. 133RD AVENUE<br>TULSA, OK 74134 | 632 |
| AYERS, ALAN<br>2220 S. 133RD AVENUE<br>TULSA, OK 74134 | 633 |
| BAKER, MARY SHANNON<br>KENNETH B. MOLL & ASSOCIATES, LTD.<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 277 |
| BEATTY, MARY E.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 279 |
| BERTHA J. MCINTOSH REP. WILLIAM MCINTOSH<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 298 |
| BOGGESS, KEITH<br>5123 WINDERMERE ST.<br>HOUSTON, TX 77033 | 539 |
| BOGGESS, KEITH<br>5123 WINDERMERE ST.<br>HOUSTON, TX 77033 | 625 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| BOGGESS, KEITH<br>5123 WINDERMERE ST.<br>HOUSTON, TX 77033 | 626 |
| BOGGESS, KEITH<br>5123 WINDERMERE ST.<br>HOUSTON, TX 77033 | 627 |
| BORRELL, JEANNINE<br>629 PICADILLY DR.<br>HAGERSTOWN, MD 21740 | 538 |
| BORRELL, JEANNINE<br>629 PICADILLY DR.<br>HAGERSTOWN, MD 21740 | 679 |
| BORRELL, JEANNINE<br>629 PICADILLY DR.<br>HAGERSTOWN, MD 21740 | 680 |
| BORRELL, JEANNINE<br>629 PICADILLY DR.<br>HAGERSTOWN, MD 21740 | 681 |
| BRADLEY, ROY<br>P.O. BOX 874<br>LEAKESVILLE, MS 39451 | 533 |
| BRADLEY, ROY<br>P.O. BOX 874<br>LEAKESVILLE, MS 39451 | 594 |
| BRADLEY, ROY<br>P.O. BOX 874<br>LEAKESVILLE, MS 39451 | 595 |
| BRADLEY, ROY<br>P.O. BOX 874<br>LEAKESVILLE, MS 39451 | 596 |
| BRIDGES, WALTER ALLEN<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 282 |
| BROWNE, DAUNA B.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 283 |
| BURKHARDT, PEGGY ANN<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 284 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| BURT, GILBERT<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 286 |
| CANNON, WANDA G.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 287 |
| CARDAMONE, NICHOLAS<br>129 CAMPBELL RD<br>MOCKSVILLE, NC  27028 | 628 |
| CARDAMONE, NICHOLAS<br>129 CAMPBELL RD<br>MOCKSVILLE, NC  27028 | 629 |
| CARDAMONE, NICHOLAS<br>129 CAMPBELL RD<br>MOCKSVILLE, NC  27028 | 630 |
| CARDAMONE, NICHOLAS<br>129 CAMPBELL RD<br>MOCKVILLE, NC  27028 | 547 |
| CHANDA, ALKA AND HAYDEN, MARCIA D. AND<br>HAYDEN, JAMES H ET AL (SETTLEMENT CLASS)<br>MARK A. GRIFFIN - KELLER ROHRBACK, LLP<br>1201 THIRD AVENUE #3200<br>SEATTLE, WA  98101 | 57 |
| CLARK, SALLY<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 27 |
| CLARK, SALLY<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 473 |
| CONNOLLY, KARIN<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 25 |
| CONNOLLY, KARIN<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 483 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| DARRELL BURNS REPRESENTING EDITH BURNS<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 285 |
| DAWSON, REBECCA<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 24 |
| DAWSON, REBECCA<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 474 |
| DERRELL, MCKENZIE<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 299 |
| EHLING, DEBORAH S.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 289 |
| EVERETT, MELLISSA A.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 290 |
| FONTENOT, JUSTIN<br>PAUL C. COOK<br>WATERS & KRAUS, LLP<br>200 OCEANGATE, SUITE 520<br>LONG BEACH, CA 90802 | 31 |
| FOSTER, MICHAEL<br>3186 IDLEWILD ROAD<br>SUAMICO, WI 54173 | 534 |
| FOSTER, MICHAEL<br>3186 IDLEWILD ROAD<br>SUAMICO, WI 54173 | 591 |
| FOSTER, MICHAEL<br>3186 IDLEWILD ROAD<br>SUAMICO, WI 54173 | 592 |
| FOSTER, MICHAEL<br>3186 IDLEWILD ROAD<br>SUAMICO, WI 54173 | 593 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| FRANCHVILLE, ROBERT<br>SCOTT K. JOHNSON<br>SCHIFFRIN & BARROWAY, LLP<br>THREE BALA PLAZA EAST, SUITE 400<br>BALA CYNWYD, PA  19004 | 268 |
| FREEMAN, CHARLES<br>5239 SW TREECE RD<br>BAXTER SPRINGS, KS  66713 | 549 |
| FREEMAN, CHARLES<br>5239 SW TREECE RD<br>BAXTER SPRINGS, KS  66713 | 609 |
| FREEMAN, CHARLES<br>5239 SW TREECE RD<br>BAXTER SPRINGS, KS  66713 | 623 |
| FREEMAN, CHARLES<br>5239 SW TREECE RD<br>BAXTER SPRINGS, KS  66713 | 624 |
| GARCIA, FAVIOLA<br>532 SHIPMAN AVENUE<br>LA PUENTE, CA  91744 | 691 |
| GARCIA, FAVIOLA<br>532 SHIPMAN AVENUE<br>LA PUENTE, CA  91744 | 692 |
| GARCIA, FAVIOLA<br>532 SHIPMAN AVENUE<br>LA PUENTE, CA  91744 | 693 |
| GARDIA, FAVIOLA<br>532 SHIPMAN AVENUE<br>LA PUENTE, CA  91744 | 535 |
| GARDNER, MIDDLEBROOKS, GIBBONS ET AL.<br>C/O SAMUEL M. HILL; S.C. MIDDLEBROOKS<br>RE: BRYSON V. TWINLAB CORPORATION<br>SUITE 400, MCADORY BLDG 2013 1ST AVE N<br>BIRMINGHAM, AL  35203 | 174 |
| GOMES, KATHLEEN MARIE<br>KENNETH B. MOLL & ASSOCIATES, LTD.<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 450 |
| GOMEZ, OMAR<br>71 NORTH LOCUST AVENUE<br>MARLTON, NJ  08053 | 550 |
| GOMEZ, OMAR<br>71 NORTH LOCUST AVENUE<br>MARLTON, NJ  08053 | 712 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| GOMEZ, OMAR<br>71 NORTH LOCUST AVENUE<br>MARLTON, NJ  08053 | 713 |
| GOMEZ, OMAR<br>71 NORTH LOCUST AVENUE<br>MARLTON, NJ  08053 | 714 |
| GREEN, ROBERT<br>820 SOUTH CATON AVENUE, APT. E.<br>BALTIMORE, MD  21229 | 551 |
| GREEN, ROBERT<br>820 SOUTH CATON AVENUE, APT. E.<br>BALTIMORE, MD  21229 | 655 |
| GREEN, ROBERT<br>820 SOUTH CATON AVENUE, APT. E.<br>BALTIMORE, MD  21229 | 656 |
| GREEN, ROBERT<br>820 SOUTH CATON AVENUE, APT. E.<br>BALTIMORE, MD  21229 | 657 |
| HART, SAMUEL L.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 295 |
| HEITMAN, STEPHANIE<br>ROSILAND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL  62024 | 486 |
| HILE, LIBBY<br>10 AUDREY LANE<br>JONESBOROUGH, TN  37659 | 516 |
| HILE, LIBBY<br>10 AUDREY LANE<br>JONESBOROUGH, TN  37659 | 673 |
| HILE, LIBBY<br>10 AUDREY LANE<br>JONESBOROUGH, TN  37659 | 674 |
| HILE, LIBBY<br>10 AUDREY LANE<br>JONESBOROUGH, TN  37659 | 675 |
| HURST, HUBERT<br>1587 HENDERSON RD<br>MACON, GA  31217 | 524 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| HURST, HUBERT<br>1587 HENDERSON RD<br>MACON, GA  31217 | 676 |
| HURST, HUBERT<br>1587 HENDERSON RD<br>MACON, GA  31217 | 677 |
| HURST, HUBERT<br>1587 HENDERSON RD<br>MACON, GA  31217 | 678 |
| IVORY, DEREK<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL  62024 | 487 |
| JEFFRIES, DARRON<br>12102 JUTLAND DR.<br>HOUSTON, TX  77048 | 518 |
| JEFFRIES, DARRON<br>12102 JUTLAND DR.<br>HOUSTON, TX  77048 | 670 |
| JEFFRIES, DARRON<br>12102 JUTLAND DR.<br>HOUSTON, TX  77048 | 671 |
| JEFFRIES, DARRON<br>12102 JUTLAND DR.<br>HOUSTON, TX  77048 | 672 |
| JOANNE K EDWARDS REP. MICHAEL W. EDWARDS<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 288 |
| JOCHIMS, CHRISTOPHER<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL  62024 | 488 |
| JONES, ANDRE<br>C/O ANDREWS & THORNTON<br>820 N PARTON AVE, 2ND FL<br>SANTA ANA, CA  92701 | 341 |
| JONES, ANDRE<br>C/O ANDREWS & THORNTON<br>820 N PARTON AVE, 2ND FL<br>SANTA ANA, CA  92701 | 342 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| JONES, BEATA<br>630 IRISH AMERICAN ROAD<br>LOVELOCK, NV  84919 | 528 |
| JONES, BEATA<br>630 IRISH AMERICAN ROAD<br>LOVELOCK, NV  84919 | 606 |
| JONES, BEATA<br>630 IRISH AMERICAN ROAD<br>LOVELOCK, NV  84919 | 607 |
| JONES, BEATA<br>630 IRISH AMERICAN ROAD<br>LOVELOCK, NV  84919 | 608 |
| KAVA KAVA LITIGATION<br>C/O MILBERG WEISS BERSHAD ET AL.<br>C/O BONNY E SWEENEY/CHRISTOPHER M. BURKE<br>401 B STREET SUITE 1700<br>SAN DIEGO, CA  92101 | 315 |
| KESLING, JOSHUA<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 22 |
| KESLING, JOSHUA<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 472 |
| KINDELL, RAMON<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 21 |
| KINDELL, RAMON<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 476 |
| KOCOT, FORD<br>137 GERMAIN STREET<br>BUFFALO, NY  14207 | 513 |
| KOCOT, FORD<br>137 GERMAIN STREET<br>BUFFALO, NY  14207 | 588 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| KOCOT, FORD<br>137 GERMAIN STREET<br>BUFFALO, NY  14207 | 589 |
| KOCOT, FORD<br>137 GERMAIN STREET<br>BUFFALO, NY  14207 | 590 |
| KOLAR, CHRIS<br>7458 JOHNNYCAKE RIDGE RD<br>MENTOR, OH  44060 | 512 |
| KOLAR, CHRIS<br>7458 JOHNNYCAKE RIDGE RD<br>MENTOR, OH  44060 | 682 |
| KOLAR, CHRIS<br>7458 JOHNNYCAKE RIDGE RD<br>MENTOR, OH  44060 | 683 |
| KOLAR, CHRIS<br>7458 JOHNNYCAKE RIDGE RD<br>MENTOR, OH  44060 | 684 |
| KYLE L. GREEN REP. ANNA MAE DOSECK<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 291 |
| KYUKENDALL, TAMARA R.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 292 |
| LANGE & KONCIUS, LLP         C/O<br>JOSEPH J.M. LANGEC/O JEFFREY A. KONCIUS<br>1880 CENTURY PARK EAST, SUITE 900<br>LOS ANGELES, CA  90067 | 554 |
| LOIS M. MCGINN REP. DARRYL PAUL MANJIN<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 297 |
| LOMAX, BRYAN<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 20 |
| LOMAX, BRYAN<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 471 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| LOWDERMILK, BRIEN<br>C/O ANDREWS & THORNTON<br>820 N. PARTON AVENUE, 2ND FL<br>SANTA ANA, CA  92701 | 389 |
| LOWDERMILK, BRIEN<br>C/O ANDREWS & THORNTON<br>820 N. PARTON AVENUE, 2ND FL<br>SANTA ANA, CA  92701 | 390 |
| MACGARVIE, SANDRA<br>257 PRINCIPAL<br>EEL RIVER CROS, NB,<br>CANADA E8E1S4 | 514 |
| MACGARVIE, SANDRA<br>257 PRINCIPAL<br>EEL RIVER CROS, NB,<br>CANADA E8E1S4 | 688 |
| MACGARVIE, SANDRA<br>257 PRINCIPAL<br>EEL RIVER CROS, NB,<br>CANADA E8E1S4 | 689 |
| MACGARVIE, SANDRA<br>257 PRINCIPAL<br>EEL RIVER CROS, NB,<br>CANADA E8E1S4 | 690 |
| MAHUGH, BRAD<br>8048 NE BOTHELL WAY<br>KENMORE, WA  98028 | 515 |
| MAHUGH, BRAD<br>8048 NE BOTHELL WAY<br>KENMORE, WA  98028 | 652 |
| MAHUGH, BRAD<br>8048 NE BOTHELL WAY<br>KENMORE, WA  98028 | 653 |
| MAHUGH, BRAD<br>8048 NE BOTHELL WAY<br>KENMORE, WA  98028 | 654 |
| MARGARET ROSADA REP. ISMAEL MARRERO<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 307 |
| MARTIN, SANDRA<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 296 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| MATTRESSMAN, JESTORN<br>28806 E. MORELAND SCHOOL RD<br>BLUE SPRINGS, MO 64014 | 532 |
| MATTRESSMAN, JESTORN<br>28806 E. MORELAND SCHOOL RD<br>BLUE SPRINGS, MO 64014 | 603 |
| MATTRESSMAN, JESTORN<br>28806 E. MORELAND SCHOOL RD<br>BLUE SPRINGS, MO 64014 | 604 |
| MATTRESSMAN, JESTORN<br>28806 E. MORELAND SCHOOL RD<br>BLUE SPRINGS, MO 64014 | 605 |
| MELTON, COREY<br>7611 HAWTHORNE PLACE<br>ST. LOUIS, MO 63121 | 414 |
| MELTON, COREY<br>C/O ANDREW & THORNTON<br>820 N PARTON AVE, 2ND<br>SANTA ANA, CA 92701 | 415 |
| MICHAEL G. MUNDY, AS REPRESENTATIVE<br>OF STEPHANI L. MUNDY<br>KENNETH B. MOLL & ASSOCIATES, LTD.<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 755 |
| MODY, DIANE E.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 301 |
| MONROE, LEONARD<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 19 |
| MONROE, LEONARD<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 470 |
| MOORE, MALCOLM<br>1510 S. 4TH STREET<br>MUSKOGEE, OK 74401 | 517 |
| MOORE, MALCOLM<br>1510 S. 4TH STREET<br>MUSKOGEE, OK 74401 | 700 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| MOORE, MALCOLM<br>1510 S. 4TH STREET<br>MUSKOGEE, OK  74401 | 701 |
| MOORE, MALCOLM<br>1510 S. 4TH STREET<br>MUSKOGEE, OK  74401 | 702 |
| MURPHY, MELISSA<br>1600 WEST 143RD STREET, APT. 221<br>BURNSVILLE, MN  55306 | 519 |
| MURPHY, MELISSA<br>1600 WEST 143RD STREET, APT. 221<br>BURNSVILLE, MN  55306 | 706 |
| MURPHY, MELISSA<br>1600 WEST 143RD STREET, APT. 221<br>BURNSVILLE, MN  55306 | 707 |
| MURPHY, MELISSA<br>1600 WEST 143RD STREET, APT. 221<br>BURNSVILLE, MN  55306 | 708 |
| NEAL, DIANE<br>7508 CLAASON AVENUE<br>CLEVELAND, OH  44105 | 520 |
| NEAL, DIANE<br>7508 CLASSON AVENUE<br>CLEVELAND, OH  44105 | 697 |
| NEAL, DIANE<br>7508 CLASSON AVENUE<br>CLEVELAND, OH  44105 | 698 |
| NEAL, DIANE<br>7508 CLASSON AVENUE<br>CLEVELAND, OH  44105 | 699 |
| NIDA MOSS REPRESENTING RICHARD MOSS<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 302 |
| NISSENBAUM, MICHAEL<br>2727 N. UNIVERSITY DRIVE, APT. 202<br>WAUKESHA, WI  53188 | 521 |
| NISSENBAUM, MICHAEL<br>2727 N. UNIVERSITY DRIVE, APT. 202<br>WAUKESHA, WI  53188 | 694 |
| NISSENBAUM, MICHAEL<br>2727 N. UNIVERSITY DRIVE, APT. 202<br>WAUKESHA, WI  53188 | 695 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| NISSENBAUM, MICHAEL<br>2727 N. UNIVERSITY DRIVE, APT. 202<br>WAUKESHA, WI  53188 | 696 |
| NIX, RON E.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 303 |
| PAHL, ARTHUR<br>KENNETH B. MOLL & ASSOCIATES, LTD.<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 786 |
| PHILLIPS, ANNA<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL  62024 | 489 |
| PHIPPS, TERRY<br>1215 WATERS EDGE<br>EATON PARK, FL  33840 | 715 |
| PHIPPS, TERRY<br>1215 WATERS EDGE<br>EATON PARK, FL  33840 | 716 |
| PHIPPS, TERRY<br>1215 WATERS EDGE<br>EATON PARK, FL  33840 | 717 |
| PHIPPS, TERRY<br>1215 WATERS EDGE<br>LAKELAND, FL  33840 | 527 |
| PIERSOL, CHRIS<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 18 |
| PIERSOL, CHRIS<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 469 |
| PIPKIN-VIEGAS, SUZANNE R.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 306 |
| PRATT, NINA<br>4238 E. COOK AVENUE<br>SAINT LOUIS, MO  63113 | 525 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| PRATT, NINA<br>4238 E. COOK AVENUE<br>SAINT LOUIS, MO 63113 | 703 |
| PRATT, NINA<br>4238 E. COOK AVENUE<br>SAINT LOUIS, MO 63113 | 704 |
| PRATT, NINA<br>4238 E. COOK AVENUE<br>SAINT LOUIS, MO 63113 | 705 |
| QUINN, AUDREY B.<br>KENNTH B. MOLL & ASSOCIATES, LTD.<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL 60602 | 785 |
| RHEINGOLD VALET RHEINGOLD SHKOLNIK &<br>MCCARTNEY LLP, C/O DAVID B. RHEINGOLD<br>RE: CAPATI V. TWIN LABORATORIES INC.<br>113 EAST 37TH STREET<br>NEW YORK, NY 10016 | 168 |
| RHEINGOLD VALET RHEINGOLD SHKOLNIK<br>C/O DAVID B. RHEINGOLD, ESQ.<br>DAVID SCOTT JONES<br>113 EAST 37TH STREET<br>NEW YORK, NY 10016 | 166 |
| ROBINSON, LEON<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL 62024 | 490 |
| RODGERS, NANETTE<br>SCOTT K. JOHNSON<br>SCHIFFRIN & BARROWAY, LLP<br>THREE BALA PLAZA EAST, SUITE 400<br>BALA CYNWYD, PA 19004 | 568 |
| RODRIGUEZ, LINDA R.<br>23000 EDMONDS WAY, #301<br>EDMONDS, WA 98020 | 553 |
| RUSSELL, TYLER<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 17 |
| RUSSELL, TYLER<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 485 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| SALSBURY, HAMILTON<br>4637 E. 10TH ST.<br>TUCSON, AZ  85711 | 526 |
| SALSBURY, HAMILTON<br>4637 E. 10TH ST.<br>TUCSON, AZ  85711 | 718 |
| SALSBURY, HAMILTON<br>4637 E. 10TH ST.<br>TUCSON, AZ  85711 | 719 |
| SALSBURY, HAMILTON<br>4637 E. 10TH ST.<br>TUCSON, AZ  85711 | 720 |
| SHARFENAKER, SANDRA<br>805 LONDON GROVE PORT ROAD<br>LOCKBOURNE, OH  43137 | 542 |
| SHARFENAKER, SANDRA<br>805 LONDON GROVE PORT ROAD<br>LOCKBOURNE, OH  43137 | 709 |
| SHARFENAKER, SANDRA<br>805 LONDON GROVE PORT ROAD<br>LOCKBOURNE, OH  43137 | 710 |
| SHARFENAKER, SANDRA<br>805 LONDON GROVE PORT ROAD<br>LOCKBOURNE, OH  43137 | 711 |
| SIMMONS, FREDERICK<br>429 GOVERNOR HEYWARD<br>EASTOVER, SC  29044 | 531 |
| SIMMONS, FREDERICK<br>429 GOVERNOR HEYWARD<br>EASTOVER, SC  29044 | 634 |
| SIMMONS, FREDERICK<br>429 GOVERNOR HEYWARD<br>EASTOVER, SC  29044 | 635 |
| SIMMONS, FREDERICK<br>429 GOVERNOR HEYWARD<br>EASTOVER, SC  29044 | 636 |
| SIMPSON, LUANN<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 16 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| SIMPSON, LUANN<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 478 |
| SMITH, PAMELA<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL 62024 | 491 |
| SMITH, TERRY<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 15 |
| SMITH, TERRY<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 475 |
| SNYDER, DONALD<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 14 |
| SNYDER, DONALD<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 477 |
| SOLES, MICHAEL<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL 62024 | 13 |
| SOLES, MICHAEL<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD,<br>EAST ALTON, IL 62024 | 468 |
| STEWART, CLIFFORD<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL 62024 | 492 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| THE SHARP FIRM  C/O LANCE D. SHARP, ESQ<br>THE SHARP FIRM<br>3307 NORTHLAND DR STE 470<br>AUSTIN, TX  787314943 | 401 |
| THE SHARP FIRM<br>2307 NORTHLAND DR STE 470<br>AUSTIN, TX  787314943 | 402 |
| THIBODEAU, WILLIAM<br>1129 MAIN STREET<br>WALTHAM, MA  02451 | 540 |
| THIBODEAU, WILLIAM<br>1129 MAIN STREET<br>WALTHAM, MA  02451 | 661 |
| THIBODEAU, WILLIAM<br>1129 MAIN STREET<br>WALTHAM, MA  02451 | 662 |
| THIBODEAU, WILLIAM<br>1129 MAIN STREET<br>WALTHAM, MA  02451 | 663 |
| TINA E. LETT REP. TERRI M. LETT<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 293 |
| TRASK, CHAD<br>325 REVERE DRIVE<br>LAS VEGAS, NV  89107 | 546 |
| TRASK, CHAD<br>325 REVERE DRIVE<br>LAS VEGAS, NV  89107 | 658 |
| TRASK, CHAD<br>325 REVERE DRIVE<br>LAS VEGAS, NV  89107 | 659 |
| TRASK, CHAD<br>325 REVERE DRIVE<br>LAS VEGAS, NV  89107 | 660 |
| TRUE, CHELSEA<br>3366 LINDA MESA WAY<br>NAPA, CA  94558 | 545 |
| TRUE, CHELSEA<br>3366 LINDA MESA WAY<br>NAPA, CA  94558 | 667 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| TRUE, CHELSEA<br>3366 LINDA MESA WAY<br>NAPA, CA  94558 | 668 |
| TRUE, CHELSEA<br>3366 LINDA MESA WAY<br>NAPA, CA  94558 | 669 |
| UNTIED, RAMONA<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 11 |
| UNTIED, RAMONA<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 479 |
| WARDEN, BRENDA<br>253 JEAN MARIE STREET<br>RESERVE, LA  70084 | 543 |
| WARDEN, BRENDA<br>253 JEAN MARIE STREET<br>RESERVE, LA  70084 | 664 |
| WARDEN, BRENDA<br>253 JEAN MARIE STREET<br>RESERVE, LA  70084 | 665 |
| WARDEN, BRENDA<br>253 JEAN MARIE STREET<br>RESERVE, LA  70084 | 666 |
| WATSON, PETRISE A.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 309 |
| WEBER STUMPO, BONNIE J.<br>KENNETH B. MOLL & ASSOCIATES, LTD.<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 783 |
| WELCH, CORA<br>5300 ENLOW ROAD<br>ATHENS, OH  45701 | 537 |
| WELCH, CORA<br>5300 ENLOW ROAD<br>ATHENS, OH  45701 | 643 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| WELCH, CORA<br>5300 ENLOW ROAD<br>ATHENS, OH  45701 | 644 |
| WELCH, CORA<br>5300 ENLOW ROAD<br>ATHENS, OH  45701 | 645 |
| WHITE, JAMES<br>631 CHIPLEY WAY<br>CHARLOTTE, NC  28205 | 544 |
| WHITE, JAMES<br>631 CHIPLEY WAY<br>CHARLOTTE, NC  28205 | 646 |
| WHITE, JAMES<br>631 CHIPLEY WAY<br>CHARLOTTE, NC  28205 | 647 |
| WHITE, JAMES<br>631 CHIPLEY WAY<br>CHARLOTTE, NC  28205 | 648 |
| WHITEHURST, CHARLES RICHARD<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 311 |
| WIDDIFIELD, GREGORY D.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 312 |
| WINTERS, VALERIE<br>PO BOX 10952<br>TERRA BELLA, CA | 541 |
| WINTERS, VALERIE<br>PO BOX 10952<br>TERRA BELLA, CA | 640 |
| WINTERS, VALERIE<br>PO BOX 10952<br>TERRA BELLA, CA | 641 |
| WINTERS, VALERIE<br>PO BOX 10952<br>TERRA BELLA, CA | 642 |
| WOODY, JENIFER L.<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 313 |

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER |
|---|---|
| ZACK BIGGS REPRESENTING TERRY BIGGS<br>KENNETH B. MOLL & ASSOCIATES, LTD<br>THREE FIRST NATIONAL PLAZA, 50TH FLOOR<br>CHICAGO, IL  60602 | 280 |
| ZINEVICH, MATTHEW<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 10 |
| ZINEVICH, MATTHEW<br>ROSALIND M. ROBERTSON<br>THE SIMMONS FIRM<br>707 BERKSHIRE BLVD, PO BOX 521<br>EAST ALTON, IL  62024 | 481 |