**EXHIBIT G**

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | **EMPLOYEE PROOF OF CLAIM** |
|---|---|
| Enron Corp. et al., Case Number: 01-16034 (AJG) | |

| Debtor Name and Case Number as Scheduled: | NOTICE OF SCHEDULED CLAIM: |
|---|---|
| _____ | Your claim is scheduled by the Debtor as: |

Indicate Debtor Name and Case Number, if other than above (see Exhibit A to the Bar Date Notice for a complete list of debtors, case numbers, and petition dates): _____

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Employee Name and Address: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| | ☐ Check box if you have never received any notices from the bankruptcy court in this case. | IF YOU AGREE WITH THE AMOUNT SCHEDULED BY THE DEBTOR AND HAVE NO OTHER CLAIMS AGAINST THE DEBTOR, YOU DO NOT NEED TO FILE THIS PROOF OF CLAIM, EXCEPT AS FOLLOWS: If the amount shown above is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed. |
| Beneficiary Name and Address, if applicable: | ☐ Check box if the address information provided is incorrect or incomplete. Please provide correct information by striking through the preprinted address and writing the correct information. | |
| | Check here if this claim ☐ supplements ☐ replaces ☐ amends a previously filed claim, dated: _____ | |
| Telephone Number of Employee/Beneficiary: | Name of Enron company where most recently employed: | |
| Social Security Number of Employee: | Date(s) of employment: | |

1. Basis for Claim

| | | Total Claim | Amount Entitled to Priority* | | | Total Claim | Amount Entitled to Priority* |
|---|---|---|---|---|---|---|---|
| A. | ☐ Salary or Wages | $_____ | $_____ | E. | ☐ Bonuses/Incentive Plans | $_____ | $_____ |
| B. | ☐ Vacation | $_____ | $_____ | F. | ☐ Sales Commissions | $_____ | $_____ |
| C. | ☐ Severance/ Separation Pay | $_____ | $_____ | G. | ☐ Reimbursable Expenses | $_____ | $_____ |
| D. | ☐ Employee Benefit Plans | $_____ | $_____ | H. | ☐ Other Unpaid Amounts | $_____ | $_____ |
| | | | | | Total: | $_____ | $_____ |

(Use the attached Worksheet to calculate your claims.)
*Please refer to attached instructions for a definition of Priority Claim.

| 2. Supporting Documents: *Attach copies of the attached Worksheet and all supporting documents.* DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| 3. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim. | |
| Date: | Sign and print the name and title, if any, of the employee, beneficiary or other person authorized to file this claim: | |

*Penalty for presenting a fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

EPOC

# INSTRUCTIONS FOR EMPLOYEE PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## — DEFINITIONS —

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Employee*
An employee is any current or former employee of the debtor, to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the Enron Claims Docketing Center, Mega Case Unit, One Bowling Green, New York, New York 10004-1408.

*Unsecured Priority Claim*
Employee claims are entitled to priority payment if they are (1) allowed unsecured claims, but only to the extent of $4,650 for each individual or corporation, as the case may be, earned within 90 days before the date of the filing of the petition or the date of the cessation of the debtor's business, whichever occurs first, for (A) wages, salaries, or commissions, including vacation, severance, and sick leave pay earned by an individual; or (B) sales commissions earned by an individual or by a corporation with only 1 employee, acting as an independent contractor in the sale of goods or services for the debtor in the ordinary course of the debtor's business if, and only if, during the 12 months preceding that date, at least 75 percent of the amount that the individual or corporation earned by acting as an independent contractor in the sale of goods or services was earned from the debtor; or (2) allowed unsecured claims for contributions to an employee benefit plan (A) arising from services rendered within 180 days before the date of the filing of the petition or the date of the cessation of the debtor's business, whichever occurs first; but only (B) for each such plan, to the extent of (i) the number of employees covered by each such plan multiplied by $4,650; less (ii) the aggregate amount paid to such employees under sentence (1) above, plus the aggregate amount paid by the estate on behalf of such employees to any other employee benefit plan.

## Items to be completed in Proof of Claim form (if not already filled in)

**Name of Debtor and Case Number:**
The form indicates the name of the debtor against whom you have a scheduled claim. If you have a claim against a different debtor, please indicate the correct debtor in the blank provided in the top left hand corner of the Proof of Claim form. IF YOU HAVE CLAIMS AGAINST ADDITIONAL DEBTORS, YOU MUST COMPLETE A SEPARATE PROOF OF CLAIM FORM FOR EACH CLAIM AND AGAINST EACH DEBTOR. A complete list of debtors is provided in the Bar Date Notice accompanying this form.

**Information about Employee:**
The section giving the name and address of the current or former employee to whom the debtor owes money or property has been completed for you, based on the debtor's books and records. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about these cases, if your address differs from the information printed on the form, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form. Please update the address information if it is incorrect or incomplete.

**Information about Beneficiary, if any:**
If you are a surviving beneficiary of an Enron employee, complete this section.

**Information about Scheduled Claim:**
If there is a claim amount shown in the upper right hand corner of the Proof of Claim form, the debtor has scheduled your claim in that amount in its Schedules and Statements filed with the Bankruptcy Court. IF YOU AGREE WITH THE AMOUNT SCHEDULED BY THE DEBTOR AND HAVE NO OTHER CLAIMS AGAINST THE DEBTOR, YOU DO NOT NEED TO FILE A PROOF OF CLAIM, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in or order to recover any distributions in respect of your claim. If you have already filed your claim with the Bankruptcy Court, you do not need to file again.

**1. Basis for Claim, Total Claim and Priority Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were **not** an employee of the debtor, you should complete the Standard Proof of Claim form rather than this form. The Standard Proof of Claim form is available at www.enron.com.

Fill in the amounts requested, as calculated on the attached Worksheet.

If a portion of your total claim is an unsecured priority claim (see DEFINITIONS, above), then state the amount entitled to priority. The date of filing for each of the debtors is provided in the Bar Date Notice accompanying this form. A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law.

**2. Supporting Documents:**
COMPLETE THE ATTACHED WORKSHEET AND ATTACH IT TO THIS PROOF OF CLAIM FORM ALONG WITH COPIES OF DOCUMENTS THAT SHOW THE DEBTOR OWES THE DEBT CLAIMED OR, IF THE DOCUMENTS ARE TOO LENGTHY, A SUMMARY OF THOSE DOCUMENTS. If documents are not available, you must attach an explanation of why they are not available.

You need not complete all parts of the Worksheet; certain parts may not apply to you. Exact dollar amounts should be used, but if you are not sure, estimate the amounts as best you can. If you are unable to state the exact amount you are claiming is owed to you because the information necessary to computing the exact amount is known only by the company, please state so next to the appropriate category on the Worksheet.

# EXHIBIT A

| | Debtor | Tax/Federal ID Number | Case Number | Petition Date | Bar Date |
|---|---|---|---|---|---|
| 1. | Enron Metals & Commodity Corp. | 13-3910153 | 01-16033 | 12/2/01 | 10/15/02 |
| 2. | Enron Corp. | 47-0255140 | 01-16034 | 12/2/01 | 10/15/02 |
| 3. | Enron North America Corp. | 76-0318139 | 01-16035 | 12/2/01 | 10/15/02 |
| 4. | Enron Power Marketing, Inc. | 76-0413675 | 01-16036 | 12/2/01 | 10/15/02 |
| 5. | PBOG Corp. | 76-0698198 | 01-16037 | 12/2/01 | 10/15/02 |
| 6. | Smith Street Land Company | 76-0348670 | 01-16038 | 12/2/01 | 10/15/02 |
| 7. | Enron Broadband Services, Inc. | 93-1205987 | 01-16039 | 12/2/01 | 10/15/02 |
| 8. | Enron Energy Services Operations, Inc. | 76-0551327 | 01-16040 | 12/2/01 | 10/15/02 |
| 9. | Enron Energy Marketing Corp. | 94-3240290 | 01-16041 | 12/2/01 | 10/15/02 |
| 10. | Enron Energy Services, Inc. | 76-0551325 | 01-16042 | 12/2/01 | 10/15/02 |
| 11. | Enron Energy Services, LLC | 52-2074178 | 01-16043 | 12/2/01 | 10/15/02 |
| 12. | Enron Transportation Services Company | 76-0323922 | 01-16044 | 12/2/01 | 10/15/02 |
| 13. | BAM Leasing Company | 76-0673771 | 01-16045 | 12/2/01 | 10/15/02 |
| 14. | ENA Asset Holdings, L.P. | 76-0629563 | 01-16046 | 12/2/01 | 10/15/02 |
| 15. | Enron Gas Liquids, Inc. | 76-0193183 | 01-16048 | 12/3/01 | 10/15/02 |
| 16. | Enron Global Markets LLC | 47-0255140 | 01-16076 | 12/4/01 | 10/15/02 |
| 17. | Enron Net Works L.L.C. | 76-0255140 | 01-16078 | 12/4/01 | 10/15/02 |
| 18. | Enron Industrial Markets LLC | 76-0255140 | 01-16080 | 12/4/01 | 10/15/02 |
| 19. | Operational Energy Corp. | 95-4168461 | 01-16109 | 12/6/01 | 10/15/02 |
| 20. | Enron Engineering & Construction Company | 76-0172740 | 01-16110 | 12/6/01 | 10/15/02 |
| 21. | Enron Engineering & Operational Services Company | 52-2328736 | 01-16111 | 12/6/01 | 10/15/02 |
| 22. | Garden State Paper Company LLC | 76-0684706 | 01-16280 | 12/17/01 | 10/15/02 |
| 23. | Palm Beach Development Company, L.L.C. | 76-0318139 | 01-16319 | 12/18/01 | 10/15/02 |
| 24. | Tenant Services, Inc. | 52-2205414 | 01-16428 | 12/20/01 | 10/15/02 |
| 25. | Enron Energy Information Solutions, Inc. | 25-1642266 | 01-16429 | 12/21/01 | 10/15/02 |
| 26. | EESO Merchant Investments, Inc. | 52-2310215 | 01-16430 | 12/21/01 | 10/15/02 |
| 27. | Enron Federal Solutions, Inc. | 76-0571895 | 01-16431 | 12/21/01 | 10/15/02 |
| 28. | Enron Freight Markets Corp. | 36-4308789 | 01-16467 | 12/21/01 | 10/15/02 |
| 29. | Enron Broadband Services, L.P. | 93-1311605 | 01-16483 | 12/24/01 | 10/15/02 |
| 30. | Enron Energy Services North America, Inc. | 94-2331224 | 02-10007 | 01/02/02 | 10/15/02 |
| 31. | Enron LNG Marketing LLC | 52-0406201 | 02-10038 | 01/04/02 | 10/15/02 |
| 32. | Calypso Pipeline, LLC | 76--0486649 | 02-10059 | 01/07/02 | 10/15/02 |
| 33. | Enron Global LNG LLC | 76--0486649 | 02-10060 | 01/07/02 | 10/15/02 |
| 34. | Enron International Fuel Management Company | 76-0616051 | 02-10061 | 01/07/02 | 10/15/02 |
| 35. | Enron Natural Gas Marketing Corp. | 76-0481290 | 02-10132 | 01/11/02 | 10/15/02 |
| 36. | ENA Upstream Company LLC | 76-0318139 | 02-10232 | 01/17/02 | 10/15/02 |
| 37. | Enron Liquid Fuels, Inc. | 76-0387023 | 02-10252 | 01/18/02 | 10/15/02 |
| 38. | Enron LNG Shipping Company | None | 02-10346 | 01/24/02 | 10/15/02 |
| 39. | Enron Property & Services Corp. | 76-0487744 | 02-10464 | 02/01/02 | 10/15/02 |
| 40. | Enron Capital & Trade Resources International Corp. | 76-0482792 | 02-10613 | 02/11/02 | 10/15/02 |
| 41. | Enron Communications Leasing Corp. | 76-0611232 | 02-10632 | 02/12/02 | 10/15/02 |
| 42. | Enron Wind Corp. | 77-0085374 | 02-10743 | 02/20/02 | 10/15/02 |
| 43. | Enron Wind Systems, Inc. | 95-3595766 | 02-10747 | 02/20/02 | 10/15/02 |
| 44. | Enron Wind Energy Systems Corp. | 77-0086291 | 02-10748 | 02/20/02 | 10/15/02 |
| 45. | Enron Wind Maintenance Corp. | 77-0397106 | 02-10751 | 02/20/02 | 10/15/02 |
| 46. | Enron Wind Constructors Corp. | 77-0102514 | 02-10755 | 02/20/02 | 10/15/02 |
| 47. | EREC Subsidiary I, LLC | 01-0599698 | 02-10757 | 02/20/02 | 10/15/02 |
| 48. | EREC Subsidiary II, LLC | 03-0388962 | 02-10760 | 02/20/02 | 10/15/02 |
| 49. | EREC Subsidiary III, LLC | 04-3602747 | 02-10761 | 02/20/02 | 10/15/02 |
| 50. | EREC Subsidiary IV, LLC | 04-3603054 | 02-10764 | 02/20/02 | 10/15/02 |
| 51. | EREC Subsidiary V, LLC | 04-3603062 | 02-10766 | 02/20/02 | 10/15/02 |
| 52. | Intratex Gas Company | 74-1652491 | 02-10939 | 03/01/02 | 10/15/02 |
| 53. | Enron Processing Properties, Inc. | 76-0531858 | 02-11123 | 03/12/02 | 10/15/02 |
| 54. | Enron Methanol Company | 76-0266629 | 02-11239 | 03/18/02 | 10/15/02 |
| 55. | Enron Ventures Corp. | 76-0525820 | 02-11242 | 03/18/02 | 10/15/02 |
| 56. | Enron Mauritius Company | None | 02-11267 | 03/19/02 | 10/15/02 |
| 57. | Enron India Holdings Ltd. | None | 02-11268 | 03/19/02 | 10/15/02 |
| 58. | Offshore Power Production C.V. | None | 02-11272 | 03/20/02 | 10/15/02 |

# WORKSHEET FOR EMPLOYEE PROOF OF CLAIM

> Please print or type all information. You may not need to complete all parts of the worksheet; certain parts may not apply to you. Exact dollar amounts should be used, but if you are not sure, estimate the amounts as best you can. Please submit a copy of this worksheet with your Employee Proof of Claim form.

Employee Name: _____  SSN _____

Beneficiary Name, if applicable: _____  SSN _____

Debtor Name: _____  Case No. _____

    **(A)**    **Salary or Wages**

        (i) Amount you claim is owed to you for unpaid salary or wages:

        _____ x $_____ = $_____
          Time         Rate        Total Claim

        (ii) Amount of your claim that is entitled to priority:

        _____ x $_____ = $_____
          Time         Rate        Priority Claim

        (iii) Period of work performed and unpaid:

        from   _____   _____   _____
                    month     day     year

        to     _____   _____   _____
                    month     day     year

---

    **(B)**    **Vacation Pay**

        (i) Amount you claim is owed to you for unpaid vacation:

        _____ x $_____ = $_____
          Time         Rate        Total Claim

        (ii) Amount of your claim that is entitled to priority:

        _____ x $_____ = $_____
          Time         Rate        Priority Claim

(C) **Severance/Separation Pay**

(i) Amount you claim is owed to you for unpaid severance/separation pay:

_____ x $_____ = $_____
Time            Rate              Total

Less severance amounts paid: _____

Total Claim: _____

(ii) Amount of your claim entitled to priority: $_____

(iii) Period for severance calculation:

from _____ _____ _____
     month      day        year
to   _____ _____ _____
     month      day        year

(iv) Date you believe you became entitled to severance/separation pay:

_____ _____ _____
month      day        year

Note: Attach copies of any agreements, letters or forms supporting your claim.

---

(D) **Employee Benefit Plans**

(i) Amount you claim is owed to you for unpaid benefits due from employee benefit plans:

$_____

(ii) Amount of your claim that is entitled to priority: $_____

(iii) Name or type of employee benefit plans under which you are entitled to claim(s):
_____

(iv) State, in detail, how you computed the unpaid amount you claim is owed to you under employee benefit plan(s):
_____
_____
_____

Note: Attach copies of any plan agreements that describe how payment is calculated.

5

(E)   **Bonuses/Incentive Plans**

    (i)  Amount you claim is owed to you for unpaid bonuses/incentives: $_____

    (ii) Amount of your claim that is entitled to priority: $_____

    (iii) Incentive program(s) or plan(s) you participated in to entitle you to the unpaid bonus/incentive sought, *i.e.* annual bonus or long-term incentive:
    _____
    _____

    (iv) Dates you performed the services that entitle you to the unpaid bonus:
    from _____  _____  _____
            month    day    year
    to _____  _____  _____
           month    day    year

    (v)  State how you computed the amount you claim is owed to you for unpaid bonus(es).
    _____
    _____

Note: Attach copies of any plans, programs, or award agreements that describe the applicable payout formula.

(F)   **Sales Commissions**

    (i)  Amount you claim is owed to you for unpaid sales commissions:
    _____ x $_____ = $_____
    Percentage   Total amount on   Total Claim
                 which you claim the
                 commissions were earned

    (ii) Amount of your claim that is entitled to priority:
    _____ x $_____ = $_____
    Percentage   Total amount on   Priority Claim
                 which you claim the
                 commissions were earned

    (iii) Period covered by unpaid sales commissions:
    from _____  _____  _____
            month    day    year
    to _____  _____  _____
           month    day    year

Note: Attach copies of any agreements, letters or forms supporting your claim.

**(G)  Reimbursable Expenses**

(i) Amount you claim is owed to you for unpaid reimbursable expenses: $_____

List items for which you are seeking to be reimbursed:

| Description of Item | Date Incurred | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
|  | Total: | _____ |

(If more space is needed, please attach a separate sheet of paper.)

(ii) Amount of your claim that is entitled to priority: $_____

Note: Attach copies of receipts and/or expense reports.

---

**(H)  Other Unpaid Amounts**

(i) Amount you claim for any other unpaid amounts not listed above: $_____

(ii) Basis of claim that this amount is owed to you (include applicable dates):

_____
_____

Note: Attach copies of any applicable agreement.

---

**Total amount you claim is owed to you** ............................. $_____
**Amount of your claims entitled to priority** ......................... $_____

7

**List each Enron company by which you were employed:**

| Employer 1 | From: _____ Month/Year | To: _____ Month/Year |

| Employer 2 | From: _____ Month/Year | To: _____ Month/Year |

| Employer 3 | From: _____ Month/Year | To: _____ Month/Year |

| Employer 4 | From: _____ Month/Year | To: _____ Month/Year |

Note:   Attach separate sheet if more than four.

**If employee name changed after termination, provide name during employment period:**

_____
Last                              First

**CLAIMANT SIGNATURE:** _____ **DATE:** _____

*Penalty for presenting a fraudulent claim*: **Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**