# EXHIBIT H

DUE MARCH 3, 2003

# PROOF OF CLAIM FORM FOR ASBESTOS-RELATED PROPERTY DAMAGE CLAIMS AGAINST FEDERAL-MOGUL CORPORATION OR ANY RELATED DEBTORS

| United States Bankruptcy Court for the District of Delaware | PROOF OF CLAIM |
|---|---|
| Federal-Mogul Global, Inc. et al., Case Number: 01-10578 (AMW) Jointly Administered | |

This form should be used to assert an ASBESTOS-RELATED PROPERTY DAMAGE CLAIM against Federal-Mogul Corporation or any related Debtor(s). To assert such a claim, YOU MUST COMPLETE AND EXECUTE THIS FORM BY MARCH 3, 2003 OR YOU WILL BE FOREVER BARRED FROM ASSERTING THE CLAIM. See Instruction No. 1 for a definition of Asbestos-Related Property Damage Claim and Instruction No. 3 for a list of Debtors, and how to obtain additional information concerning Debtors.

If you wish to file another claim against the Debtor(s), please visit the Federal-Mogul Claims website at www._____.com or call the Federal-Mogul Claims toll-free number at 800-___-____ for information and instructions.

❏ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
❏ Check box if you have never received any notices from the bankruptcy court in this case
❏ Check box if the address differs from the address on the envelope sent to you by the court.
❏ Check here if this claim
  ❏ Replaces
  ❏ Amends a previously filed claim, dated: _____

Name of Debtor against which this claim is asserted: _____

Name of Claimant (the person or other entity to whom the debtor owes money or property):

_____
_____

Name and address where notices should be sent:

_____
_____
_____

Telephone Number: _____

**QUESTIONS 1-10 BELOW <u>MUST</u> BE COMPLETED FOR <u>EACH SITE OR BUILDING OR STRUCTURE (THE "SITE")</u> THAT IS THE BASIS OF AN ASBESTOS PROPERTY DAMAGE CLAIM. IF YOU ARE ASSERTING AN ASBESTOS PROPERTY DAMAGE CLAIM FOR MORE THAN ONE SITE, THEN YOU MUST COPY THIS PAGE AND THE NEXT PAGE BEFORE FILLING THEM OUT AND SUBMIT SEPARATE ANSWERS TO EACH QUESTION FOR EACH SITE THAT IS A BASIS OF YOUR CLAIM.**

1. What is the exact location, including, if applicable, the name and street address, of the Site:

   Name: _____

   Address: _____

   _____

2. What is your property interest in the Site (for example, owner, operator, lessee) and when did you acquire that interest?

   Interest: _____

   Date Acquired: _____

3. When was the Site built?  (Please check)
   Before 1968 _____    Between 1968 and 1973 _____    After 1973 _____.

4. What is the product type and trade or brand name of the asbestos-containing product of Debtor(s) which you claim is or was installed at the Site?

   _____

5. When did you or someone on your behalf install and, if applicable, remove the product set forth in (4) at the Site.

   Date Installed: _____

   Date Removed: _____

6. If you or someone on your behalf did not install and, if applicable, remove the product set forth in (4) at the Site, then, to the best of your knowledge, when was the product listed in (4) installed and, if applicable, removed at the Site.

   Date Installed: _____        Don't Know Date Installed: _____
   Date Removed: _____         Don't Know Date Removed: _____

7. What is the basis for your identification of the product listed in (4) which you claim is or was installed at the Site, (for example, documentary evidence such as a specification, purchase order, invoice or contract; or an expert's or consultant's report; or a testing or sampling result; etc.) .

   _____

   _____

8. When did you first know of the presence of the product listed in (4), and how did you acquire such knowledge (for example, from documentary evidence; or an expert's or consultant's report; or a testing or sampling result; etc.)

   Date of Knowledge _____

   Basis of Knowledge _____
   _____

9. State whether your claim is for expenses that have already been incurred or for expenses that are anticipated, and describe the nature of the expenses incurred or anticipated?

   Incurred: _____   Anticipated: _____

   Nature of Expenses: _____

10. What is the amount of your claim for this Site? $ _____

| **Supporting Documents and Materials** | This space is for Court Use Only |
|---|---|
| *Attach copies of all supporting documents or materials,* such as purchase orders, invoices, contracts, specifications, architectural drawings, appraisals, environmental reports, product samples or test results, relating or referring to your claim. **DO NOT SEND ORIGINAL DOCUMENTS.**<br><br>If the documents are not available, explain why not. If the documents are too voluminous to attach, attach a summary of the documents identifying and providing a brief description of each document, identifying the location of the document and who has possession and control of it.<br><br>If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to the Debtors upon the Debtors' further request. | |

**Signature**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any):

_____   Date _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571

KEEP A COPY OF THIS PROOF OF CLAIM FORM AND ALL ATTACHMENTS FOR YOUR FILES AND MAIL AN ORIGINAL PROOF OF CLAIM FORM AND COPIES OF ALL ATTACHMENTS TO:

        FEDERAL-MOGUL CLAIMS PROCESSING
        [ADDRESS]

# INSTRUCTIONS

1. **WHO SHOULD USE THIS ASBESTOS-RELATED PROPERTY DAMAGE PROOF OF CLAIM FORM**

    You must complete this Asbestos-Related Property Damage Proof of Claim form if you wish to assert an Asbestos-Related Property Damage Claim against Federal-Mogul Corporation or any of its related Debtors arising from or related to property located in the United States or Canada (see Instruction No. 3 for a list of all Debtors). **An "Asbestos-Related Property Damage Claim" is any claim alleging, arising out of, or in any way relating to physical, economic, or any other damage or injury to any property or property interest for which any Debtor is alleged to be liable, arising out of or in any way relating to the installation, presences, removal of, or release of asbestos from any products or materials containing asbestos. Asbestos-Related Property Damage Claims include all such claims whether in tort, contract, warranty, restitution, conspiracy, contribution, indemnity, guarantee, subrogation, or any other theory of law, equity, or admiralty; whether seeking compensatory, special, economic and non-economic, punitive, exemplary, administrative, or any other costs or damages; or whether seeking any legal, equitable, or other relief of any kind whatsoever.**

    If you wish to file an Asbestos-Related Property Damage Claim against more than one Debtor, you must complete an additional form for each Debtor and submit the forms separately.

    You should NOT use this form for claims other than Asbestos-Related Property Damage Claims. For information about how and when to file other types of claims against the Debtors, please contact the Federal-Mogul Claims Website at www._____.com or call the Federal-Mogul Claims toll-free number at (800) ____-____.

2. **WHERE TO OBTAIN A PROOF OF CLAIM FORM AND INFORMATION FOR ASBESTOS-RELATED PROPERTY DAMAGE CLAIMS**

    If you need a Proof of Claim form or related information, you may contact the Federal-Mogul Claims Website at www._____.com or call the Federal-Mogul Claims toll-free number at (800) ____-____.

3. **DEBTORS**

    Four Debtors have traditionally been sued in Asbestos-Related Property Damage Litigation. They are:

    > T&N Limited
    > J.W. Roberts Limited
    > TAF International Limited
    > Federal-Mogul Corporation

    For a complete list of the 157 Debtors, please visit the Federal-Mogul Claims website at www._____.com or call the Federal-Mogul Claims toll-free number at (800) -____-____.

4. **GENERAL INSTRUCTIONS**

    YOU MUST COMPLETE AND SIGN THIS FORM. THE ORIGINAL, COMPLETED FORM AND COPIES OF REQUIRED DOCUMENTATION MUST BE RECEIVED ON OR BEFORE 4:00 P.M. EASTERN TIME ON MARCH 3, 2003, or you shall be forever barred, estopped, and enjoined from asserting any Asbestos-Related Property Damage Claim against the Debtors arising from or related to property located in the United States or Canada; or voting upon, or receiving any distributions under any plan or plans of reorganization in the Debtors' chapter 11 cases in respect of such claim.

This form must be signed by you or your authorized agent. If you cannot fit all information in any particular section or page, copy the page before completing it, and attach as many additional pages as needed. Neatly type or print all answers on the form.

Be **accurate** and **truthful**. A Proof of Claim Form is an official court document that may be used as evidence in any legal proceeding regarding your claim. The penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to five years or both under 18 U.S.C. §§ 152 & 3571.

If you need additional Proof of Claim forms, you may obtain them by downloading them from the Federal-Mogul Claims Website at www._____.com or by contacting the Federal-Mogul Claims toll-free number at (800) ___-____.

## 5. WHERE AND HOW TO SUBMIT CLAIM FORMS

Make a copy of your completed Proof of Claim form for your records. Send only the **original** proof of claim forms and copies of all attachments to the Debtors' Claims Agent at the following address:

**FEDERAL-MOGUL CLAIMS PROCESSING**
[address]

The proof of claim form may be submitted in person, by courier service, hand delivery, or mail addressed to the Claims Agent above. In returning this form, allow sufficient time so that this form is received on or before March 3, 2003. Forms that are postmarked before March 3, 2003 but **received** after March 3, 2003 will not be accepted. Only original forms will be accepted for filing. Forms transmitted by facsimile or e-mail will not be accepted and will not be deemed filed.

## 6. ADDITIONAL DOCUMENTATION AND INFORMATION

In addition to the completed, original Proof of Claim form, you must provide copies of all supporting documents in your possession referenced in Questions 1-10, or you may provide summaries of those documents in they are voluminous. If documents are not available, you must attach an explanation of why they are not available.

You may attach any additional documentation that supports your claim. However, such information will not be a substitute or information provided in the Proof of Claim form itself.

## 7. DEADLINE FOR RECEIPT OF PROOF OF CLAIM FORMS

Proof of Claim forms for Asbestos-Related Property Damage Claims must be **received** on or before 4:00 p.m. Eastern Time on March 3, 2003.

## 8. QUESTIONS AND ASSISTANCE

For additional questions and assistance, please visit the Federal-Mogul Claims Website at www._____.com or contact the Federal-Mogul Claims toll-free number at (800) ___-____.