WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                         :
**In re**                                                 :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :    **08-13555 (JMP)**
                                                         :
                    Debtors.                              :    **(Jointly Administered)**
                                                         :
                                                         :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF LBHI'S MOTION, PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND RULE 6004(h) OF THE BANKRUPTCY RULES, FOR AUTHORIZATION TO MAKE A CAPITAL CONTRIBUTION TO AURORA BANK FSB

**PLEASE TAKE NOTICE** that the hearing on LBHI's motion, pursuant to sections 105(a) and 363 of the Bankruptcy Code and Rule 6004 of the Federal Rules of Bankruptcy Procedure, for authorization to make a capital contribution to Aurora Bank FSB [Docket No. 3962], which was scheduled for June 24, 2009, at 10:00 a.m., **has been adjourned to June 29, 2009 at 2:00 p.m.** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

US_ACTIVE:\43079357\01\43079357_1.DOC\58399.0003

Dated: June 23, 2009
       New York, New York

/s/ Alfredo R. Perez
Alfredo R. Perez

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession