**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | | |

-------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Heather Elizabeth Allen, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Federal Home Loan Bank of New York, Institutional Benchmarks Series (Master Feeder) Limited acting solely with respect to the Centaur, Taks and Augustus Global Rates Series, CASAM ADI CD Arbitrage Fund Limited, Royal Bank of Canada and Caja de Castilla la Mancha Vida Y Pensiones S.A. de Seguros Y Reaseguros, claimants in the above-referenced ☒case ☐adversary proceeding.

***I certify that I am a member in good standing*** of the bar of the State of New Jersey and the bar of the U.S. District Court for the District of New Jersey.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: New York, New York
       June 23, 2009

**KATTEN MUCHIN ROSENMAN LLP**
*Attorneys for Federal Home Loan Bank of New York, Institutional Benchmarks Series (Master Feeder) Limited acting solely with respect to the Centaur, Taks and Augustus Global Rates Series, CASAM ADI CD Arbitrage Fund Limited, Royal Bank of Canada and Caja de Castilla la Mancha Vida Y Pensiones S.A. de Seguros Y Reaseguros*

By:   */s/ Heather Elizabeth Allen*

   Heather Elizabeth Allen, Esq.
   575 Madison Avenue
   New York, New York  10022-2585
   heather.allen@kattenlaw.com
   Telephone: (212) 940-6567
   Facsimile: (212) 894-5573

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., | : | (Jointly Administered) |
| et al., | | |
| | : | |
| Debtors. | | |

-----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Heather Elizabeth Allen to be admitted, *pro hac vice*, to represent Federal Home Loan Bank of New York, Institutional Benchmarks Series (Master Feeder) Limited acting solely with respect to the Centaur, Taks and Augustus Global Rates Series, CASAM ADI CD Arbitrage Fund Limited, Royal Bank of Canada and Caja de Castilla la Mancha Vida Y Pensiones S.A. de Seguros Y Reaseguros (the "Clients"), claimants in the above referenced ☒case ☐adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Jersey and the bar of the U.S. District Court for the District of New Jersey, it is hereby

**ORDERED**, that Heather Elizabeth Allen, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒case ☐adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York                                          /s/ _____
                                                                          UNITED STATES BANKRUPTCY JUDGE