**DLA PIPER LLP (US)**  Hearing Date: June 24, 2009
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
William M. Goldman (WMG-2013)
Vincent J. Roldan (VR-7450)

Attorneys for Banco Banif, SA: Banco Inversis, S.A; Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja; Österreichische Volksbanken Aktiengesellschaft; Investkredit AG; Volksbank Slovenia; Österreichische Volksbanken Aktiengesellschaft; GHB Kärnten AG; Volksbank Tullnerfeld eG; Volksbank Bad Goisern; Volksbank Osttirol; Volksbank Vöklabruck-Gmunden e.Gen; Volksbank Enns-St.Valentin; Niederösterreich-Mitte; Volksbank Obersdorf-Wolkersdorf-Dt;Wagram; Volksbank Feldkirchen; Volksbank Gmuend; Volksbank Aichfeld- Murboden; Volksbank Schaerding; Volksbank Ried im Innkreis; Almtaler Volksbank; Volksbank Oetscherland; and Volksbank Graz-Bruck

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------- X
In re                                       :    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,       :    Case No. 08-13555 (JMP)

      Debtor.                              :    (Jointly Administered)

                                            :
------------------------------------------- X

**JOINDER OF CERTAIN HOLDERS OF NOTES ISSUED PURSUANT TO
THE DEBTORS' $100 BILLION EURO MEDIUM-TERM NOTE PROGRAM
TO THE OBJECTION OF BARCLAYS CAPITAL INC. TO DEBTORS' NOTICE
OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION
OF THE DEBTORS PURSUANT TO SECTION 502(b)(9)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3),
FOR ESTABLISHMENT OF THE DEADLINE FOR FILING
PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER
<u>OF NOTICE THEREOF AND APPROVAL OF THE DRAFT OF CLAIM FORM</u>**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Banco Banif, SA; Banco Inversis, S.A.; Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja d/b/a Ibercaja; Österreichische Volksbanken Aktiengesellschaft; Investkredit AG; Volksbank Slovenia; Österreichische Volksbanken Aktiengesellschaft; GHB Kärnten AG; Volksbank Tullnerfeld eG; Volksbank Bad Goisern; Volksbank Osttirol; Volksbank Vöklabruck-Gmunden e.Gen; Volksbank Enns-St.Valentin; Niederösterreich- Mitte; Volksbank Obersdorf-Wolkersdorf-Dt;Wagram; Volksbank Feldkirchen; Volksbank Gmuend; Volksbank Aichfeld- Murboden; Volksbank Schaerding; Volksbank Ried im Innkreis; Almtaler Volksbank; Volksbank Oetscherland; and Volksbank Graz-Bruck (collectively, the "Joining Objectants"), as individual holders of, and as agent for certain of their customers holding claims against Lehman Brothers Holdings Inc. ("LBHI") relating to the Debtors' U.S. $100,000,000,000 Euro Medium-Term Note Program (the "Euro MTN Program"), as and for their joinder (the "Joinder") to the Objection of Barclays Capital Inc. to Debtors' Notice of Evidentiary Hearing in Connection with Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), For Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Draft of Claim Form filed by Barclays Capital, Inc., Barclays Bank PLC and their affiliates (the "Objection"), respectfully represent as follows:

**Joinder**

1. The Joining Objectants join with, and incorporate by reference herein, all arguments and assertions made in the Objection. The Joining Objectants reserve the right to be heard before the Court with regard to the issues raised in the Objection and in this Joinder.

2. The Joining Objectants reserve all rights and nothing herein shall be construed as an admission or waiver of any rights or claims that the Joining Objectants may be entitled to assert.

## Conclusion

**WHEREFORE**, the Joining Objectants respectfully join in the Objection and request that the relief sought therein be made fully applicable to the Joining Objectants, and that this Court grant such other relief as is deemed just and proper.

Dated: New York, New York
June 23, 2009

DLA PIPER LLP (US)

By:   /s/  William M. Goldman
William M. Goldman (WG - 2013)
Vincent J. Roldan (VR-7450)
1251 Avenue of the Americas
New York, New York  10020
Tel:  (212) 335-4500
Fax:  (212) 335-4501

Attorneys for Banco Banif, SA: Banco Inversis, S.A; Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja; Österreichische Volksbanken Aktiengesellschaft; Investkredit AG; Volksbank Slovenia; Österreichische Volksbanken Aktiengesellschaft; GHB Kärnten AG; Volksbank Tullnerfeld eG; Volksbank Bad Goisern; Volksbank Osttirol; Volksbank Vöklabruck-Gmunden e.Gen; Volksbank Enns-St.Valentin; Niederösterreich- Mitte; Volksbank Obersdorf-Wolkersdorf-Dt;Wagram; Volksbank Feldkirchen; Volksbank Gmuend; Volksbank Aichfeld- Murboden; Volksbank Schaerding; Volksbank Ried im Innkreis; Almtaler Volksbank; Volksbank Oetscherland; and Volksbank Graz-Bruck