FAEGRE & BENSON LLP
Stephen M. Mertz
Michael M. Krauss (MK-9699)
Michael F. Doty
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR WELLS FARGO
BANK, NATIONAL ASSOCIATION,
IN ITS CAPACITY AS TRUSTEE
PURSUANT TO VARIOUS TRUST
AGREEMENTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                                :
**In re**                                                                  :        **Chapter 11 Case No.**
                                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                                                                :
                    Debtors.                                       :        **(Jointly Administered)**
                                                                                :
                                                                                :
-------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Tuesday, June 23, 2009, true and correct copies of the Joinder Of Wells Fargo Bank, National Association, In Its Capacity As Trustee Pursuant To Various Trust Agreements, To The Objection Of Barclay's Capital Inc. To The Motion Of The Debtors, Pursuant To Section 502(b)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(c)(3), For Establishment Of The  Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner Of Notice Thereof, And Approval Of The Proof Of Claim Form, dated

- 2-

June 23, 2009, were caused to be served via the Court's ECF system upon all parties requesting electronic service, and upon the following service list via overnight delivery.

June 23, 2009

/s/ Michael M. Krauss
Stephen M. Mertz
Michael M. Krauss (MK-9699)
Michael F. Doty
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR WELLS FARGO
BANK, NATIONAL ASSOCIATION, IN
ITS CAPACITY AS TRUSTEE
PURSUANT TO VARIOUS TRUST
AGREEMENTS

fb.us.4152747.01

## SERVICE LIST

Lori R. Fife
Shai Y. Waisman
Jaqueline Marcus
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

fb.us.4152747.01