UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                        )
In re:                                  )    Chapter 11
                                        )
LEHMAN BROTHERS HOLDINGS INC., et al.   )    Case No. 08-13555 (JMP)
                                        )
Debtors.                                )    (Jointly Administered)
                                        )
_____)


# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Brooke Filler, being duly sworn, deposes, and says:

      1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

      2.    On June 23, 2009, I caused to be served copies of the **Joinder of Citibank to the Objection of Barclays Capital Inc. to Debtors' Notice of Evidentiary Hearing in Connection with Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form** on the parties listed on the attached service list.

       3.     I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent in the manner shown thereon.

/s/ Brooke Filler  
Brooke Filler

Sworn to before me this  
23rd day of June, 2009

/s/ Maurice Tattnall  
Notary Public  
State of New York  
No. 01TA6018000  
Qualified in Kings County  
Certificate Filed in New York County  
Commission Expires Dec. 21, 2010

# SERVICE LIST

**BY HAND**

The Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004-1408

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq.
     Paul Schwartzberg, Esq.
     Brian Masumoto, Esq.
     Linda Riffkin, Esq.
     Tracy Hope Davis, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Lori R. Fife, Esq.
     Shai Y. Waisman, Esq.
     Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
     Dennis O'Donnell, Esq.
     Evan Fleck, Esq.