BLANK ROME LLP
Attorneys for New Jersey Housing
and Mortgage Finance Agency
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | |
| | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**OBJECTION TO DEBTOR'S NOTICE OF EVIDENTIARY HEARING IN
CONNECTION WITH MOTION FOR THE ESTABLISHMENT OF THE
DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM
AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE CLAIM FORM**

New Jersey Housing and Mortgage Finance Agency ("NJHMFA"), by and through its undersigned counsel, Blank Rome LLP, hereby joins and adopts the objection filed by Barclays Capital, Inc., Barclays Bank PLC and their affiliates to the Notice of Evidentiary Hearing (the "Notice") filed by the above-captioned Debtors in connection with their Motion pursuant to § 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Proof of Claim Motion").  NJHMFA's claim is based on certain derivatives contracts.

WHEREFORE, NJHMFA respectfully requests that the Court find that the Notice was filed in violation of Local Bankruptcy Rule 9014-2, direct that the first hearing on the

Motion to be held on June 24, 2009 will not be an evidentiary hearing and grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
June 23, 2008

BLANK ROME LLP
Attorneys for New Jersey Housing and Mortgage Finance Agency

By: */s/ Andrew B. Eckstein*
Andrew B. Eckstein (AE 6142)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000