BLANK ROME LLP
Attorneys for Italease Finance S.p.A.
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
In re:                                                                    Chapter 11
                                                                              Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
                                                                              (Jointly Administered)
                                                     Debtors.
--------------------------------------------------------- X

### OBJECTION TO DEBTOR'S NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION FOR THE ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE CLAIM FORM

Italease Finance S.p.A., by and through its undersigned counsel, Blank Rome LLP, hereby joins and adopts the objection filed by Barclays Capital, Inc., Barclays Bank PLC and their affiliates to the Notice of Evidentiary Hearing (the "Notice") filed by the above-captioned Debtors in connection with their Motion pursuant to § 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Proof of Claim Motion").  Italease Finance S.p.A.'s claim is based on certain derivatives contracts.

WHEREFORE, Italease Finance S.p.A. respectfully requests that the Court find that the Notice was filed in violation of Local Bankruptcy Rule 9014-2, direct that the first

130686.00401/6757380v.1

hearing on the Motion to be held on June 24, 2009 will not be an evidentiary hearing and grant

such other and further relief as this Court may deem just or proper.

Dated:  New York, New York
        June 23, 2008

                              BLANK ROME LLP
                              Attorneys for Italease Finance S.p.A.


                  By:  /s/ Andrew B. Eckstein
                        Andrew B. Eckstein (AE 6142)
                        The Chrysler Building
                        405 Lexington Avenue
                        New York, New York 10174
                        (212) 885-5000