BLANK ROME LLP
Attorneys for Iconix Brand Group, Inc.
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – X
In re:                                           Chapter 11
                                                 Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
                                                 (Jointly Administered)
                              Debtors.
– – – – – – – – – – – – – – – – – – – – – – – – – – – X

### OBJECTION TO DEBTOR'S NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION FOR THE ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE CLAIM FORM

Iconix Brand Group, Inc. ("Iconix"), by and through its undersigned counsel, Blank Rome LLP, hereby joins and adopts the objection filed by Barclays Capital, Inc., Barclays Bank PLC and their affiliates to the Notice of Evidentiary Hearing (the "Notice") filed by the above-captioned Debtors in connection with their Motion pursuant to § 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Proof of Claim Motion").  Iconix's claim is based on certain derivatives contracts.

WHEREFORE, Iconix respectfully requests that the Court find that the Notice was filed in violation of Local Bankruptcy Rule 9014-2, direct that the first hearing on the

521949.01111/6757385v.1

Motion to be held on June 24, 2009 will not be an evidentiary hearing and grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
 June 23, 2008

        BLANK ROME LLP
        Attorneys for Iconix Brand Group, Inc.

By: */s/ Andrew B. Eckstein*
    Andrew B. Eckstein (AE 6142)
    The Chrysler Building
    405 Lexington Avenue
    New York, New York 10174
    (212) 885-5000