CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Sarah N. Campbell
Jennifer B. Premisler

Attorneys for Pacific Investment Management Company LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                      :
                                                               :   Case No. 08-13555 (JMP)
Debtors.                                                       :
                                                               :   (Jointly Administered)
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

Vitold J. de Stronie, hereby certifies, under the penalty of perjury, that:

I am not a party in the above-captioned proceeding and am employed by the law firm of Clifford Chance US LLP;

On June 23, 2009, I caused a true copy of Pacific Investment Company LLC's Objection to the Debtors' Motion Pursuant To Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice thereof and Approval of the Proof of Claim Form, dated May 26, 2009 (the "Objection"), dated, June 23, 2009, to be served, by hand delivery, upon: (i) the chambers of the Honorable James M. Peck, The United States Bankruptcy Court, Southern District of New York, Alexander Custom House, One Bowling Green, New York, New York 10004; (ii) Weil, Gotshal & Manges LLP, Attn: Lori R. Fife, Esq., Shai Y. Waisman, Esq. and

Jacqueline Marcus, Esq., 767 Fifth Avenue, New York, New York 10153; (iii) Office of the United States Trustee for the Southern District of New York, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq., 33 Whitehall Street, 21st Floor, New York, New York 10004 and (iv) Milbank, Tweed, Hadley & McCloy LLP, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., 1 Chase Manhattan Plaza, New York, New York 10005; in addition,

On June 23, 2009, I caused a true copy of the Objection to be served by electronic mail upon (i) Lori R. Fife, Esq. at lori.fife@weil.com; (ii) Shai Y. Waisman, Esq. at shai.waisman@weil.com; (iii) Jacqueline Marcus, Esq. at jacqueline.marcus@weil.com; (iv) Dennis F. Dunne, Esq. at DDunne@milbank.com; (v) Dennis O'Donnell, Esq. at DODonnell@milbank.com; and (vi) Evan Fleck, Esq. at EFleck@milbank.com.

Dated: New York, New York
June 23, 2009

_____
Vitold J. de Stronie

AMR #200042-v1