Hearing Date and Time: June 24, 2009 at 10:00 a.m. (Eastern)

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Brian Trust
Jeffrey G. Tougas
Amit K. Trehan

*Attorneys for Société Générale*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                         Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**JOINDER TO OBJECTION OF BARCLAYS CAPITAL INC., ET AL. TO
DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION
WITH MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3),
FOR ESTABLISHMENT OF THE DEADLINE FOR FILING
PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER
OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

TO:    THE HONORABLE JUDGE JAMES M. PECK
       UNITED STATES BANKRUPTCY JUDGE:

Société Générale ("**SG**"), by and through its undersigned counsel, hereby files this Joinder to the Objection (Docket No. 4065) (the "**Barclays Evidentiary Hearing Objection**") filed by Barclays Capital Inc., Barclays Bank PLC and their affiliates (collectively, "**Barclays**") to the Debtors' Notice of Evidentiary Hearing (the "**Notice**") (Docket No. 4063) in connection with the Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy

17574454

Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (Docket No. 3654) (the "**Bar Date Motion**")[1], and in support thereof, respectfully states as follows:

1. On September 15, 2008, the Debtors filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code in this Court.

2. SG is a creditor of certain of the Debtors and has one or more claims based upon ISDA Master Agreements, Derivative Contracts, Guarantees and other claims.

3. On May 26, 2009, the Debtors filed the Bar Date Motion.

4. On June 12, 2009, SG filed a Joinder to the objections filed by (I) Barclays (Docket No. 3820) and (II) Wells Fargo & Company and Wells Fargo Bank, National Association (Docket No. 3830) to the Bar Date Motion.

5. On June 22, 2009, the Debtors filed the Notice.

6. On June 22, 2009, Barclays filed the Barclays Evidentiary Hearing Objection.

7. SG hereby joins in and adopts the Barclays Evidentiary Hearing Objection and requests that this Court deny the Debtors' noticed evidentiary hearing on the Bar Date Motion scheduled for June 24, 2009 for the reasons set forth in the Barclays Objection.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Bar Date Motion.

17574454

## **CONCLUSION**

WHEREFORE, SG requests that this Court grant the relief requested herein and in the Barclays Objection, and otherwise grant such other and future relief as this Court deems appropriate.

Dated:   New York, New York
         June 23, 2009

Respectfully submitted,

/s/      Brian Trust
MAYER BROWN LLP
Brian Trust
Jeffrey G. Tougas
Amit K. Trehan
1675 Broadway
New York, New York 10019
(212) 506-2500 (phone)
(212) 262-1910 (fax)

*Attorneys for Société Générale*

\*   \*   \*

17574454