Jeff J. Friedman
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., | : | (Jointly Administered) |
| et al., | | |
| | : | |
| Debtors. | | |

------------------------------------------------------------x

**JOINDER OF FEDERAL HOME LOAN BANK OF NEW YORK, INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LIMITED ACTING SOLELY WITH RESPECT TO THE CENTAUR, TAKS AND AUGUSTUS GLOBAL RATES SERIES, CASAM ADI CD ARBITRAGE FUND LIMITED, ROYAL BANK OF CANADA, AND CAJA DE CASTILLA LA MANCHA VIDA Y PENSIONES S.A. DE SEGUROS Y REASEGUROS TO THE OBJECTION OF BARCLAYS CAPITAL INC., BARCLAYS BANK PLC AND THEIR AFFILIATES TO DEBTORS' NOTICE OF EVIDENTIARY HEARING IN CONNECTION WITH MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF <u>NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Federal Home Loan Bank of New York, Institutional Benchmarks Series (Master Feeder) Limited acting solely with respect to the Centaur, Taks and Augustus Global Rates Series, CASAM ADI CD Arbitrage Fund Limited, Royal Bank of Canada and Caja de Castilla la Mancha Vida Y Pensiones S.A. de Seguros Y Reaseguros, through their undersigned counsel, hereby join in the objection of Barclays Capital Inc., Barclays Bank PLC and their affiliates to the Notice of Evidentiary Hearing of the above-captioned debtors and debtors in possession in connection with the debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and

1

84383507_1

Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form.

Dated: June 23, 2009

                **KATTEN MUCHIN ROSENMAN LLP**

                By: */s/ Merritt Pardini*
                    A Member of the Firm
                Jeff J. Friedman
                Merritt Pardini
                575 Madison Avenue
                New York, New York 10022
                Telephone: (212) 940-8800
                Facsimile: (212) 940-8776

                Attorneys for Federal Home Loan Bank Of New York, Institutional Benchmarks Series (Master Feeder) Limited acting solely with respect to the Centaur, Taks and Augustus Global Rates Series, CASAM ADI CD Arbitrage Fund Limited, Royal Bank of Canada, and Caja de Castilla la Mancha Vida Y Pensiones S.A. de Seguros Y Reaseguros

84383507_1