Hearing Date: June 24, 2009 at 10:00 a.m. (Eastern)

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (MAR-7006)
Rachel F. Castelino (RFC-8356)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4015

*Attorneys for PricewaterhouseCoopers AG, Zurich,*
*as Bankruptcy Liquidator and Foreign Representative of*
*Lehman Brothers Finance AG, in Liquidation,*
*a/k/a Lehman Brothers Finance SA, in Liquidation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
In re:                               :  Chapter 11
                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :  Case No. 08-13555 (JMP)
                                     :
Debtors.                             :  (Jointly Administered)
                                     :
------------------------------------ x

**JOINDER OF PRICEWATERHOUSECOOPERS, AG ZURICH, AS BANKRUPTCY
LIQUIDATOR AND FOREIGN REPRESENTATIVE OF LEHMAN BROTHERS
FINANCE, AG, IN LIQUIDATION, TO THE RESPONSE OF THE JOINT
ADMINISTRATORS FILED WITH RESPECT TO MOTION OF THE DEBTORS,
PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 3003(c)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR
FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

PricewaterhouseCoopers, AG Zurich (the "Swiss Administrator"), in its capacity as the

duly authorized bankruptcy liquidator and duly appointed foreign representative of Lehman

Brothers Finance AG, in Liquidation, also known as Lehman Brothers Finance SA, in

Liquidation, a Swiss corporation ("LBF"), a debtor in a bankruptcy proceeding (the "Swiss

Bankruptcy") that is pending before, and under the supervision of, the Swiss Federal Banking

Commission, now known as the Financial Market Supervisory Authority (the "Swiss

Commission") and a case under chapter 15 of title 11 of the United States Code (the "Bankruptcy

Code"), that is pending before, and under the supervision of, this Court,[1] hereby joins in the Response of the Joint Administrators (the "Joint Administrators") of The Lehman European Group Administration Companies to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form[2] (Docket No. 4057) (the "Response"); and in support thereof states as follows:

## **OBJECTION AND JOINDER**

1.      The Swiss Administrator has reviewed the Response, and hereby joins and incorporates by reference the objections and arguments made in the Response (the "Joinder").

2.      Without limiting the generality of the foregoing, the Swiss Administrator requests that, to the extent any changes to the Bar Date Order are made, such changes should benefit all creditors of a specified type (such as derivative or guarantee claimants) rather than individual objectors. To the extent that a formal objection would be required to receive the benefit of any changes, the Swiss Administrator hereby requests that this Joinder be treated as an objection on the bases generally discussed in the objections already filed to the Bar Date Motion including: (1) Objection of Barclays Capital Inc., Barclays Bank PLC and Affiliates to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3),

---

[1]   The chapter 15 case of Lehman Brothers Finance AG, in Liquidation, a/k/a Lehman Brothers Finance SA, in Liquidation, is pending before this Court as Case No. 09-B-10583 (JMP).

[2]   Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (Docket No. 3654) (the "Bar Date Motion").

for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (Docket No. 3820); (2) Objection of Royal Bank of Scotland Plc and Affiliates to Debtors Motion for Establishment of Deadline for Filing Proofs of Claim, Approval of Form and Manner of Notice Thereof, and Approval of Proof of Claim Form (Docket No. 3851); (3) Limited Objection of Morgan Stanley & Co. Incorporated and Certain of its Affiliates to Motion of the Debtors Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (Docket No. 3875); (4) the Omnibus Objection of Derivative Claimants to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (Docket No. 3842); and (5) the Brief and Memorandum of Law of Amicus Curiae in Support of Various Derivative Counterparties Objections filed by the International Swaps and Derivatives Association, Inc. (Docket No. 3874).

3.  The Swiss Administrator also respectfully requests that any order granting the Bar Date Motion confirm that nothing in such order modifies, or shall be interpreted to modify, the long-standing legal principles governing the rights to file, amend and supplement claims under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, and applicable law.

4.  The Swiss Administrator hereby reserves its rights regarding the filing, amending and supplementing of proofs of claim in these chapter 11 cases.

5.  Finally, the Swiss Administrator specifically agrees with the Joint Administrators that the complex nature of intercompany claims between LBF and the other Lehman affiliates

should be addressed between the administrators of the various insolvency proceedings, currently pending in several jurisdictions, rather than in an order granting the Bar Date Motion. The Swiss Administrator agrees with the revision to the order granting the Bar Date Motion, filed by the Debtors on June 23, 2009, which provides that entities affiliated with the Debtors that are involved in a bankruptcy, insolvency proceeding or similar proceeding in a foreign jurisdiction, such as LBF, that file a claim against a Debtor shall not be required to complete the Derivative Questionnaire.

## CONCLUSION

WHEREFORE, for the reasons set forth above, the Swiss Administrator respectfully requests that the rights of the Swiss Administrator and LBF, as a claimant, be safeguarded in the manner set forth herein, and that this Court grant the Swiss Administrator such other or further relief as is just and proper.

Dated: New York, New York
      June 23, 2009

By: /s/ Michael A. Rosenthal
Michael A. Rosenthal (MAR - 7006)
Rachel F. Castelino (RFC - 8376)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Telecopy: (212) 351-4035

*Attorneys for PricewaterhouseCoopers AG, Zurich, as Bankruptcy Liquidator and Foreign Representative of Lehman Brothers Finance AG, in Liquidation, a/k/a Lehman Brothers Finance SA, in Liquidation.*