**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
William M. Goldman (WG-2013)
Vincent J. Roldan (VR-7450)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :
                            Debtors.                        :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, William Coleman, hereby certify that on the 23rd day of June, 2009, I caused to be served true copies of the Joinder of Certain Holders of Notes Issued Pursuant to the Debtors' $100 Billion Euro Medium-Term Note Program to the Objection of Barclays Capital Inc. to Debtors' Notice of Evidentiary Hearing in Connection with Motion of the Debtors Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Draft of Claim Form (a) by UPS overnight delivery, on the parties on the annexed service list and (b) by automatic ECF notice to those parties receiving ECF notifications in the above-captioned case.

_____
William Coleman

## LEHMAN BROTHERS SERVICE LIST FOR JOINDER TO BARCLAYS OBJECTION

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn.: Lori R. Fife, Esq.
    Shai Waisman, Esq.
    Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn.: Andy Velez-Rivera, Esq.
    Paul Schwartzber, Esq.
    Linda Rifkin, Esq.
    Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn.: Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.

EAST\42484136.1