LOVELLS LLP
Christopher R. Donoho III
Matthew P. Morris
590 Madison Avenue
New York, New York 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

*Attorneys for Centerbridge Credit Partners LP and
Centerbridge Credit Partners Master LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDING INC., et. al.,

                    Debtors.

Chapter 11

Case No. 08-13555 (jmp)

(Jointly Administered)

------------------------------------------------------------------------X

**JOINDER OF CENTERBRIDGE CREDIT PARTNERS LP AND
CENTERBRIDGE CREDIT PARTNERS MASTER LP TO THE
OBJECTION OF MIZUHO INVESTORS SECURITIES CO., LTD TO
THE MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(b)(9)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3),
FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS
OF CLAIM, APPROVAL OF THE FORM AND MANNER OF
<u>NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

Centerbridge Credit Partners LP and Centerbridge Credit Partners Master LP ("Centerbridge"), by and through its undersigned counsel, hereby joins the objection (the "Objection") of Mizuho Investors Securities Co., Ltd. ("Mizuho") to the motion of Lehman Brothers Holdings, Inc. ("LBHI") and its affiliates as debtors and debtors-in-possession (the "Debtors") for entry of an order (i) establishing a bar date by which proofs of claim based on pre-petition claims must be filed against the Debtors, (ii) approving the proof of claim form and (iii) approving the proposed bar date notice and related notice procedures (the "Motion"), and incorporates the objections raised therein by reference as if set forth fully herein, and respectfully represents as follows:

- 2 -

1. Centerbridge is a beneficial holder of certain medium term notes, including those issued under the $100,000,000,000 Euro Medium-Term Note Program (the "Notes") by Lehman Brothers Treasury Co. B.V., an affiliate of the Debtors, which is currently in its own insolvency proceedings in the Netherlands. The obligations under the Notes were guaranteed by LBHI, which gives rise to guarantee claims against LBHI in these proceedings.

2. Centerbridge has reviewed the Objection filed by Mizuho and hereby joins in Mizuho's Objection and adopts the assertions and arguments set forth therein.

3. In its Objection, Mizuho requests "language in the Proposed Bar Order that the Record Holders are expressly, but not exclusively, authorized to file the Guarantee Claims ... ." Objection at ¶ 3. Centerbridge submits that, in addition to record holders and for the same reasons put forth by Mizuho, beneficial holders of notes subject to LBHI guarantees also be expressly authorized to file proofs of claim. The proof of claim process should be straightforward and equitable and beneficial noteholders should not be prejudiced because of ambiguity in the note documentation as to the identity of the party authorized to file a claim. Moreover, in the event a party purportedly authorized to file a guarantee claim related to the Notes fails to do so, the beneficial holders must have recourse to file a claim on their own behalf.

3. Centerbridge reserves all rights to be heard before the Court with respect to this Joinder, the Motion and Mizuho's Objection.

- 3 -

WHEREFORE, for the reasons set forth herein, Centerbridge respectfully joins in the Objection and requests that the relief sought therein be granted and that beneficial holders of notes subject to LBHI guarantees be expressly authorized to file proofs of claim; and that this Court grant such other and further relief as may be just or proper.

Dated: June 23, 2009  
New York, New York

Respectfully submitted,

Lovells LLP

By: /s/ *Matthew P. Morris*  
Christopher R. Donoho  
Matthew P. Morris  
590 Madison Avenue  
New York, NY 10022  
Telephone: 212-909-0600  
Facsimile: 212-909-0660

*Attorneys for Centerbridge Credit Partners LP and Centerbridge Credit Partners Master LP*