UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

|  |  |  |
|---|---|---|
| In re | : | |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Chapter 11 |
| | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

———————————————————————

**Declaration OF JOSEPH FOY IN SUPPORT OF APPLICATION
FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
PRICEWATERHOUSECOOPERS LLP AS TAX ADVISOR FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION PURSUANT TO 11 U.S.C. §§ 327(A)
NUNC PRO TUNC TO JANUARY 21, 2009**

I, Joseph Foy, declare:

I am a partner at PricewaterhouseCoopers LLP, an accounting and

financial services firm within the United States ("PwC US").  For the purposes of this

declaration, PwC US is the United States firm of the global network of separate and

independent member firms (the "PwC US Worldwide Organization") which operate

locally in countries around the world.  PwC US Worldwide Organization encompasses

independent professional services practices conducted by PwC US Worldwide

Organization member firms throughout the world.   Such firms are members of

PricewaterhouseCoopers International Limited (PwC IL), a UK membership based

company, and limited by guarantee, with no shareholders and no capital.  The member

firms of PwC IL have agreed to operate certain of their professional services in

accordance with agreed standards, but remain separate legal entities with each member

firm being locally owned and managed.  PwC US is a member of PwC IL and maintains

offices at 300 Madison Avenue, New York, New York, 10017.

I make this affidavit (the "Affidavit") on behalf of PwC US in support of

the application (the "Application") of the above-captioned debtors and debtors-in-

possession (collectively, the "Debtors"), including Lehman Brothers Holdings Inc.

("LBHI"), for an order authorizing the employment and retention of PwC US as a tax

advisor as described in the Application and as more fully set forth in the Engagement

Letters.[3]  Except as otherwise noted, I have personal knowledge of the matters set forth

herein.[4]

## PWC US' PROFESSIONAL QUALIFICATIONS

PwC US is an accounting firm that provides, among other things, auditing

services, accounting advice, tax compliance and consulting, financial consulting and

advisory services to clients in a variety of industries, including the Debtors' industries.

The Debtors understand that PwC US has a wealth of experience in

providing accounting, tax and advisory services in restructurings and reorganizations and

enjoys an excellent reputation for services it has rendered in large and complex

chapter 11 cases on behalf of debtors and creditors throughout the United States.

Moreover, PwC US has served, or is serving, as an accountant and/or advisor to

numerous debtors-in-possession or official creditors' committees in various chapter 11

proceedings, including Sea Containers Ltd., American Home Mortgage Holdings, Inc.,

---

[3] All capitalized terms not otherwise defined herein are to be given the meanings ascribed
to them in the Application.

[4] Certain of the disclosures used herein relate to matters within the personal knowledge of
other professionals at PwC US and are based upon information provided by them.

Buffets Holdings, Inc., Calpine Corporation, Delphi Corporation, Foamex International

Inc., Meridian Automotive Systems Composites Operations, Inc., Adelphia

Communications Corp., Crown Pacific Partners, KB Toys, TouchAmerica and many

others.

## PWC US' RELATIONSHIP WITH THE DEBTORS

PwC US has already served as the Debtors' tax advisor in 2007-08.

During such time, PwC US has developed substantial institutional knowledge and an

intimate understanding of the Debtors' businesses, finances, operations, systems and

capital structure.

## SCOPE OF SERVICES

As set forth in further detail in the Engagement Letters, PwC US has

agreed to provide certain tax services (the "Tax Services") to the Debtors in connection

with these Chapter 11 cases upon approval of the Court, a summary description of which

is set forth below and fully described in the Engagement Letters.

PwC US will provide Tax Services to the Debtors, to the extent the

Debtors request, pursuant to the terms of the Engagement Letters attached hereto as

Exhibits A-E:

Engagement Letter # 1 (attached hereto as Exhibit A) – PwC US will assist the Debtors in
addressing various tax issues as they relate to future dispositions of the Debtors' assets.
Such Tax Services may include but are not limited to:

    i.  Assistance with Federal, state and international tax issues as they relate
       to the disposition of the remaining assets of the Debtors, which may
       include but are not limited to:

- Banking and the assets within the banks;
- Commercial real estate;
- Derivatives; and
- International legal entities controlled by Debtors and the assets
  held by these entities;

ii.  Assistance with the analysis of availability and limitations of tax attributes with respect to the specific businesses mentioned above;

iii.  Assistance with any documentation and necessary legal support regarding any issues that may arise with respect to the dispositions of such businesses;

iv.  Assistance with resolving any tax-related issues with respect to the foreign-based assets which Debtors have control over; and

v.  Assistance with any other tax-related services with respect to the disposition of these assets to the extent Ernst & Young LLP cannot render such services due to limitations under the Sarbanes-Oxley Act.

Engagement Letter # 2 (attached hereto as Exhibit B) – PwC US will assist the Debtors in addressing various tax issues in connection with federal tax controversy matters, accounting for income taxes and preparation of tax return filings. Such Tax Services may include but are not limited to:

i.  Certain PwC US personnel have specialized and historic knowledge regarding the Debtors and will provide assistance to the Debtors and its Special Counsel, McKee Nelson, LLP regarding tax controversy matters;

ii.  Certain PwC US personnel have specialized and historic knowledge regarding the Debtors and will provide assistance to the Debtors regarding accounting for income taxes including, but not limited to, interpretation and documentation of the tax accounting policies and assistance with documentation to financial statement preparation as it relates to income taxes for the Debtors;

iii.  Certain PwC US personnel have specialized and historic knowledge regarding the Debtors and will provide assistance to the Debtors regarding preparation of 2008 federal, state & local, and international income tax returns.

Engagement Letter # 3 (attached hereto as Exhibit C) – PwC US will assist the Debtors in addressing all transfer pricing-related tax issues. Such Tax Services may include but are not limited to:

i.  Assisting with the reconciliation of global allocation of trading profits or losses for formerly-related global Debtors' entities. Business units formerly subject to such global allocations include:

- Equity Derivatives
- Fixed Income Derivatives
- Structured Credit Transactions
- Collateralized Debt Obligations

6

- Foreign Exchange Options
- Investment Banking
- Private Equity

ii. Preparation of transfer pricing documentation for fiscal year 2008 in accordance with U.S. Internal Revenue Code Section 6662(e) for the Debtors' business units with material intercompany transactions;

iii. Assistance with any US federal and state income tax audits in connection with aforementioned intercompany pricing issues as subject to U.S. Internal Revenue Code Section 482; and

iv. Assistance with negotiations amongst Debtors and trustees, administrators or other representatives of related Debtors entities operating in Europe and Asia relating to allocation of profits/losses from global trading operations.

<u>Engagement Letter # 4 (attached hereto as Exhibit D)</u> – PwC US will assist LBHI in addressing various tax issues as they relate to income/franchise taxes, sales/use taxes, excise taxes, abandoned and unclaimed property ("AUP"), credits and incentives and employment taxes.  Such Tax Services may include but are not limited to:

*Income/Franchise Taxes*

i. Nexus study – analysis, determination and documentation of all jurisdictions where LBHI is filing income or franchise tax returns, and all jurisdictions where LBHI is doing business;

ii. Allocation and apportionment study – analysis, review and documentation of how LBHI sources its receipts in all state and local tax jurisdictions and the implementation of any change in methodology of how LBHI sources its receipts;

iii. Income and franchise tax controversy and audit defense, including the research, analysis and preparation of correspondence in support of LBHI's positions;

iv. Assistance with income and franchise taxes as they apply to banks and insurance companies;

v. Assistance with the performance of a unitary study, and the application of those documented findings to assist the client in analyzing and choosing the most beneficial method of filing its income and franchise tax returns (*e.g.* separate, combined, consolidated, etc.) in all applicable state and local jurisdictions;

vi. Voluntary disclosure agreements in all jurisdictions PwC identifies, as a result of any of PwC's work covered in Engagement Letter #4;

7

*Sales/Use Taxes*

vii. Nexus study – analysis and determination of where LBHI is doing business and where it should be filing sales or use tax returns;

viii. Sale and use tax matrix to assist LBHI in its tax decision process relating to, but not limited to, its fixed asset and expense purchases;

ix. Sales and use controversy and audit defense, including the research, analysis and preparation of correspondence in support of LBHI's positions;

x. Tax planning and structuring assistance for all business transactions as it relates to sales and use taxes;

xi. Voluntary disclosure agreements in all jurisdictions PwC identifies, as a result of any of PwC's work covered in Engagement Letter #4;

xii. Reverse sales and use tax audit to determine if client underpaid or overpaid any sales or use taxes to any state or local jurisdictions;

xiii. Providing assistance to LBHI with the completion and/or review of LBHI's sales and use tax returns;

*Excise Taxes*

xiv. Providing assistance to LBHI relating to the research, analysis, calculation and documentation of state and local excise or transactional taxes, including but not limited to (as applicable) the real estate transfer taxes, mortgage recording taxes and utility taxes;

*AUP*

xv. AUP review – providing LBHI with assistance to identify its exposures and liabilities relating to its AUP, including research, analysis and any kind of written correspondence necessary;

xvi. Preparation of the AUP reports for all applicable jurisdictions for all applicable years;

xvii. AUP controversy and audit defense, including the research, analysis and preparation of correspondence in support of LBHI's positions;

*Credits and Incentives*

xviii. Multistate tax credit review ("MTC Review") – identify, quantify and obtain the credits, both tax (Federal, state and local) and non-tax (Federal, state and local), available to LBHI;

xix.  Credit and incentives controversy and audit defense, including the
research, analysis and preparation of correspondence in support of
LBHI's positions;

*Employment Taxes*

xx.  Employment tax recovery review – review of an employer's past
transactions, such as mergers and reorganizations, to identify overpaid
employment taxes and to determine if any refunds are available;

xxi.  Employment tax process review – implementation of best practices and
improved policies and procedures, as they relate to the process of
determining and reporting employment tax liabilities for both employers
and employees;

xxii.  Employment tax controversy and audit defense for Federal, state, and
local jurisdictions; and

xxiii.  Employment tax reorganization services – assist employers with all
Federal, state and local employment tax laws relating to reorganizations
(mergers, acquisitions, conversions, etc.) to determine the proper and
most beneficial treatment of its employment issues.

Engagement Letter # 5 (attached hereto as Exhibit E) – PwC US will provide
international assignment tax services to the Debtors, including US and foreign income tax
preparation, related tax compliance services and tax consulting services.

LBHI has agreed that it would not request PwC US to perform any

services under the Engagement Letters that would duplicate any services provided or to

be provided by Ernst & Young LLP or Huron Consulting Group under the Orders

approving LBHI's employment of Ernst & Young LLP and Huron Consulting Group

entered by the United States Bankruptcy Court for the Southern District of New York in

the Chapter 11 case of In re Lehman Brothers Holdings Inc., case no. 08-13555-jmp, on

January 15, 2009 and March 12, 2009, respectively, or by any other professional that may

in the future be employed at the expense of the estates to provide services for the estates.

## PROFESSIONAL COMPENSATION

Subject to approval of this Court, and in accordance with the applicable

provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure,

9

applicable U.S. Trustee fee guidelines and the local rules of this Court, PwC US will seek payment for compensation on the terms set forth in the Engagement Letters and Application.

PwC US will seek payment for compensation for work performed under the Engagement Letters on an hourly basis, plus reimbursement of actual and necessary expenses incurred by PwC US in connection with such services as well as our internal per-ticket charges for booking travel. PwC US's customary hourly rates as charged to both bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted annually. Such rate adjustments will be disclosed to this Court and the Debtors.

The PwC US professionals providing the tax advisory services will consult with internal PwC US bankruptcy retention and billing advisors to ensure compliance with the requirements of the Bankruptcy Code, as well as to decrease the overall fees associated with the administrative aspects of PwC US engagements. The services provided by these PwC US bankruptcy retention and billing advisors shall include, but are not limited to, assistance with the bankruptcy retention documents; assistance with the required disinterestedness disclosures; assistance with completion of the requisite fee applications, and assistance with compliance with the other applicable Bankruptcy Rules, Local Rules, orders of this Court and guidelines established by the United States Trustee. Due to the specialized nature of the services, and consistency between bankruptcy venues, specific billing rates have been established for these bankruptcy advisors.[5]

---

[5] The rate per hour for these PwC US bankruptcy advisors by level of experience will be as follows: Partner: $780; Managing Director: $650; Director/Senior Manager: $550;

No commitments have been made or received by PwC US, nor any partner or employee associate thereof, as to compensation or payment in connection with these cases, other than in accordance with the provisions of the Bankruptcy Code. Further, in accordance with Section 504 of the Bankruptcy Code, PwC US has no agreement with any other entity to share with such entity any compensation received by PwC US in connection with these chapter 11 cases.

In addition, PwC US agrees, notwithstanding the provision in each of the Engagement Letters providing for arbitration of any disputes arising under the Engagement Letters, that any such disputes shall be heard in this Court and that the arbitration provisions shall apply if and only if this Court does not have jurisdiction over the dispute or determines not to hear and determine the dispute.

### DISINTERESTEDNESS AND ELIGIBILITY

Based on the results of the relationship search conducted to date as described below, PwC US insofar as I have been able to ascertain has no connection with the above-captioned Debtors, their creditors, equity security holders, other parties-in-interest (as reasonably known to us) or their respective attorneys, except as disclosed or otherwise described herein (the "Interested Parties"). Further, to the best of my knowledge, no one involved in this case has any connection to the U.S. Trustee or any person employed in the Office of the U.S. Trustee in this District or to the bankruptcy Judge assigned to this case.

To check and clear potential conflicts of interest in these cases, PwC US performed a conflicts search on the Debtors and the Interested Parties, as provided to

---

Manager: $400; Senior Associate: $290; Associate: $225 and Paraprofessional: $150. These rates are subject to periodic adjustments.

PwC US by the Debtors.[6] Our review, completed under my supervision, consisted of queries of an internal computer database containing names of individuals and entities that are present or recent former clients of PwC US in order to identify potential relationships.

To the extent that I have been able to ascertain that PwC US has been retained within the last three years to represent any of the Interested Parties (or their apparent affiliates, as the case may be) in matters unrelated to these cases, such parties are listed on Schedule 1 annexed hereto. Due to the significant amount of entities searched, PwC US' review of its relationships with the Interested Parties is continuing and PwC US will file a supplemental declaration disclosing the result of the remaining entities in an expedient manner

PwC US's representation of each entity listed on Schedule 1 (or its apparent affiliate, as the case may be), however, was or is only on matters that are unrelated to the Debtors and these cases.   PwC US confirms it is not providing and will not provide services to any of the clients that are listed on Schedule 1 that are adverse to the Debtors or related to issues connected to the Debtors' bankruptcy.  Further, we are not providing and will not provide services to the Debtors that would be adverse to any of the entities listed on Schedule 1.  Our assistance to these parties has been primarily related to auditing, tax and/or other consulting and advisory services.

Despite the size or significance of the relationships with the entities listed on Schedule 1, none of those relationships will compromise in any way PwC US's ability to serve as the Debtors' tax advisor. To the best of my knowledge, no services have been

---

[6] The Interested Parties list provided by the Debtors, Master Conflict List, dated February 6, 2009, consists of thousands of creditors and other relationships, as such, PwC US has only provided the categories of the entities being searched as a reference.

provided to these Interested Parties which could impact their rights in the Debtors' case,
nor does PwC US's involvement in this case compromise its ability to continue such tax
advisory services. With respect to those Interested Parties listed on Schedule 1 who are
PwC US clients, only two of those clients accounted for more than 1.0% of PwC US
revenues for the fiscal year ended June 30, 2008, and these clients did not account for
more than 1.5% of PwC US's revenues for the fiscal year ended June 30, 2008.

Further, as part of its diverse practice, PwC US appears in numerous
cases, proceedings and transactions that involve many different professionals, including
attorneys, accountants and financial consultants, who may represent claimants and
parties-in-interest in the Debtors' chapter 11 cases. Also, PwC US has performed in the
past, and may perform in the future, audit, tax and consulting services for various
attorneys and law firms in the legal community, and has been represented by several
attorneys and law firms in the legal community, some of whom may be involved in these
proceedings. In addition, PwC US has in the past, may currently and will likely in the
future be working with or against other professionals involved in these cases in matters
unrelated to the Debtors and these cases. Based on our current knowledge of the
professionals involved, and to the best of my knowledge, none of these business
relationships create interests materially adverse to the Debtors herein in matters upon
which PwC US is to be employed, and none are in connection with this case.

To the best of our knowledge, information and belief, formed after
reasonable inquiry, PwC US is currently not a party to or participant in any litigation
matters involving Interested Parties in this case.

Although it is possible that certain affiliate members of the PwC US Worldwide Organization may assist PwC US in connection with PwC US' engagement, as PwC US is the only entity being retained by the Debtors, we have researched only the electronic client files and records of PwC US and not the entire PwC US Worldwide Organization to determine connections with any Interested Parties.

To the extent that PwC US seeks assistance from PwC US Worldwide Organization, such assistance will be limited to helping PwC US provide tax auditing services regarding international tax inquiries. For such inquiries, PwC US, on behalf of the Debtors, will utilize local professionals who specialize in the local tax jurisdictions and issues from PwC US Worldwide Organization.

### Specific Disclosures

As specifically set forth below, PwC US represents certain of the Interested Parties in ongoing matters unrelated to the Debtors and these chapter 11 cases. None of these representations described herein are materially adverse to the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, PwC US is not disqualified from acting as the Debtors' tax advisor merely because it represents the Debtors' creditors, equity security holders or other parties in interest in matters unrelated to these chapter 11 cases.

*A.*    *Disclosures of other PricewaterhouseCoopers member firms*

PricewaterhouseCoopers LLP, United Kingdom ("PwC UK") is the administrator to the Lehman Brothers International Europe and other entities ("LBI Europe").

PricewaterhouseCoopers Corporate Advisory & Restructuring LLC ("PwC CAR LLC"), which is a wholly-owned subsidiary of PwC US, formerly has provided services to PwC UK relating to assistance in selling some real estate associated with Lehman Brothers Asset Management and LBI Europe. Specifically PwC CAR LLC has been asked to approach possible U.S. parties regarding the disposal of such assets. Additionally, PwC CAR LLC formerly has provided to PwC UK structuring, analysis, promotion and sale of certain non-performing loans. PwC CAR LLC has completed its work on the engagement described above and it is not contemplated or intended for PwC CAR LLC to be providing such services to PwC UK in the future.

PricewaterhouseCoopers AG, Zurich ("PwC Zurich") is the bankruptcy liquidator and putative foreign representative of Lehman Brothers Finance AG, in Liquidation, also known as Lehman Brothers Finance SA, in Liquidation, a Swiss corporation.

PwC US has been retained to assist PwC UK in extracting and processing certain LBI Europe related data from shared Lehman databases. The services to be provided by PwC US are limited to extracting, processing and analysis of such data. Additionally, PwC US will assist PwC UK with development of the methodology to extract the relevant data, as well as review and test such methodology.

PwC US will ensure it will comply with its policies and procedure regarding the protection of confidential information and the use of ethical walls between engagement teams whenever necessary. In particular, those professionals from PwC UK that are involved in assisting PwC US in providing Tax Services will not be providing services related to PwC UK's engagement as administrator of LBI Europe, or any other

15

support services to LBI Europe's estate and those PwC US professionals assisting with

PwC UK's engagement as administrator of LBI Europe will not be assisting with the

provision of the Tax Services.

Other than described above, it is not contemplated or intended for PwC

US to be communicating or working with PwC UK in providing any Tax Services.

**B.        Services provided to related entities of the Debtors**

PwC US currently represents, formerly has represented and in the future

will likely represent Neuberger Berman ("Neuberger"), which is not a Chapter 11 debtor,

in a number of different matters unrelated to this chapter 11 case. Neuberger has served

as the asset management arm of the Debtors. Neuberger Berger Group, LLC ("NBG") is

anticipated to be spun off from the Debtors in early 2009.[7] PwC US specifically provides

assurance and tax compliance services to Neuberger and NBG through audit services to

certain Private Equity Fund of Funds and Direct Funds of the NBG, as well as advisory

and tax advisory work associated with supporting NBG's efforts to become a stand alone

entity as well as the tax implications and structure of Neuberger Management.  PwC US

also has some of its retirement funds invested in Neuberger.

PwC US currently represents, formerly has represented and in the future

will likely represent various Lehman related private equity fund / investment vehicle,

including Lehman Crossroads Group II, LP.  PwC US provides external auditing and tax

preparation services associated with these private equity funds / investment vehicles.

PwC US currently provides services, formerly has provided services and

in the future will likely provide services to LB Skypower Inc., in a number of different

matters unrelated to these chapter 11 cases. LB SkyPower Inc. is a nondebtor, indirect

subsidiary of LBHI. LB SkyPower Inc. is directly owned by LB1 Group Inc., which in

turn is owned by Lehman Ali Inc, that is owned by LBHI. LB SkyPower Inc. holds

interest in a Canadian company, LB SkyPower ULC, which in turn holds an 80% interest

in SkyPower Corp, a company involved in wind and solar energy supply. PwC US

provides tax consulting and compliance services for the years ended December 31, 2009

and December 31, 2008.

PwC US currently provides services, formerly has provided services and

in the future will likely provide services to Aurora Bank, FSB (formerly, Lehman

Brothers Bank FSB) in assisting Aurora Bank, FSB with the development of accounting,

valuation, and risk management policy and procedural documentation related to various

accounting activities. Aurora Bank, FSB is a nondebtor, indirect subsidiary of LBHI.

Aurora Bank, FSB is directly owned by Lehman Brothers Bancorp Inc., that is in turn

owned by LBHI.

I do not believe that PwC US' current and prior service relationship with

these entities precludes PwC US from being a disinterested person under the Bankruptcy

Code.

C.    **Services provided to Former Lehman Brothers Holdings Inc. Entities**

PwC US currently provides services, formerly has provided services and

in the future will likely provide services to Lehman Brothers Trust Company of Delaware

and Lehman Brothers Trust Company N.A. (collectively, the "Lehman Brothers Trust

Companies") in a number of different matters unrelated to these chapter 11 cases.

---

[7] The management team retains 51 percent of the new firm, while the Debtors will retain

Lehman Brothers Trust Companies are indirect subsidiaries of LBHI (via Lehman

Brothers Bancorp Inc.) and continue to operate. PwC US provides tax return preparation

services to Lehman Brothers Trust Companies. In the capacity of a tax return preparer,

PwC prepares Forms 1041 and related tax returns for trusts held at Lehman Brothers

Trust Companies.

PwC US currently represents, formerly has represented and in the future

will likely represent various former Lehman related private equity fund / investment

vehicles, including Lehman Crossroads Investment Company, LP. PwC US provides

external auditing and tax preparation services associated with these private equity funds /

investment vehicles.

I do not believe that PwC US' current and prior service relationship with

these entities precludes PwC US from being a disinterested person under the Bankruptcy

Code.

### D.    Additional Disclosures of Services Provided to Interested Parties

During September 2008, Barclays Plc agreed to purchase the core U.S.

business of the Debtors, as well as other assets in other regions. PwC US currently

represents, formerly has represented and in the future will likely represent Barclays, in a

number of different matters unrelated to these chapter 11 cases. Barclays Plc is a global

assurance client to PwC US and related member firms. PwC US provides audit and tax

compliance engagements for various private hedge funds which were purchased by

Barclays Wealth from the Debtors as a result of the bankruptcy. I do not believe that PwC

---

49 percent stake and also received preferred shares in the new company.

US' current and prior representation of Barclays precludes PwC US from being a
disinterested person under the Bankruptcy Code.

### E.      Potential Connections

To the best of our knowledge, information and belief, formed after
reasonable inquiry, PwC US is currently not providing services to former employees of
the Debtors or affiliates of the Debtors, except for preparing tax returns for certain former
employees of the Debtors.  The Debtors' estates are not paying for PwC US's services
related to the preparation of such tax returns.

Despite the efforts described above to identify and disclose PwC US'
connections with the Interested Parties, because the Debtors and their non-debtor
affiliates have thousands of creditors and other relationships, PwC US is unable to state
with certainty that every client relationship or other connection has been disclosed.  In
this regard, if PwC US discovers additional information that requires disclosure, PwC US
will file a supplemental disclosure with the Court as promptly as possible.

Upon approval of PwC US' retention in these cases, PwC US shall waive
its right to receive any prepetition fees incurred on the Debtors' behalf.  Such prepetition
fees total $3,795,639.  Further, PwC US is not a holder of any shares of the Debtors'
stock.

Thus, to the best of my knowledge, PwC US is a "disinterested person" as
that term is defined in section 101(14) of the Bankruptcy Code, as modified by section
1107(b) of the Bankruptcy Code, in that PwC US:

(a)      is not a creditor, equity security holder or insider of the Debtors;

19

(b)     is not and was not an investment banker for any outstanding
security of the Debtors;

(c)     has not been, within three years before the date of the filing of the
Debtors' chapter 11 petition, (i) an investment banker for a
security of the Debtors or (ii) an attorney for such an investment
banker in connection with the offer, sale, or issuance of a security
of the Debtors; and

(d)     was not, within two years before the date of filing of the Debtors'
chapter 11 petitions, a director, officer, or employee of the Debtors
or of any investment banker as specified in subparagraph (b) or (c)
of this paragraph.

In addition, to the best of my knowledge and based upon the results of the

relationship search described above, PwC US neither holds nor represents an interest

adverse to the Debtors within the meaning of Section 327(a) of the Bankruptcy Code.

It is PwC US's policy and intent to update and expand its ongoing

relationship search for additional parties in interest in an expedient manner.  If any new

relevant facts or relationships are discovered or arise, PwC US will promptly file a

Bankruptcy Rule 2014(a) Supplemental Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of June, 2009.

[ _(signature)_ ]

JOSEPH FOY, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017

[[3125978]]

## Schedule 1 - PwC US Relationships with Interested Parties

PwC US has submitted the Master Conflicts List provided by Weil Gotshal & Manges
LLP ("Debtors Counsel"), dated February 6, 2009 to its Relationship Check Team.

50 Largest Bond Holders
100 Largest Unsecured Creditors other than Bondholders
Significant Leases
Secured Creditors
Government and State Regulatory Agencies.
Members of Ad Hoc or Unofficial Creditors' Committees – Those formed prior to the
Commencement Date, to the extent known at the Commencement Date.
Significant Stockholders – If Debtor is a corporation, any significant stockholders (greater than
5%).
Directors and Officers – Current and former (up to three years) members of the corporation's
board of directors and its officers.
Underwriting Investment Bankers for Debtor's securities for all securities issued or outstanding
on the Commencement Date or during the three years prior to the Commencement Date.
Related Entities
Former Lehman Brothers Holdings Inc. Entities
Potential Parties in Interest
Affiliations of Outside Directors
Professionals Employed by the Company
Litigation Claimants
100 Largest Holders of Trade Debt
Professionals Retained by Significant Creditor Groups
Utilities
Committee Members

PwC US currently performs or has previously performed services as described in

the Declaration and/or in matters unrelated to these Chapter 11 Cases to the following

individuals or entities or have other relationships with such entities, such as banking

relationships.

PwC US's review of its relationships with Interested Parties is continuing and

PwC US will file a supplemental declaration disclosing the result of the remaining

entities in an expedient manner.

**RELATIONSHIPS KNOWN AS OF MARCH 2, 2009**

(Attached as table)

**50 Largest Bond Holders**

PIMCO Advisors LP

Barclays Global Fund Advisors

Vanguard Group Incorporated

UBS Investment KAG

American Life Insurance Company

Metropolitan Life Insurance Company

Loomis Sayles & Company L.P.

Phillips Hager & North Investment
Management

Teachers Insurance and Annuity Association

Northwest Mutual Life Insurance Company

AXA Equitable Life Insurance Company

BBVA Gestion SA SGIIC (Spain)

Allianz Life Insurance Company of North
America

Prudential Insurance Company of America

Riversource Life Insurance Company

Van Kampen Asset Management

Zurich American Insurance Company

Jackson National Life Insurance

PIMCO Funds Global Investors

AETNA Life Insurance Company

NATIXIS  Asset Management Advisors

Guardian Life Insurance Company

T. Rowe Price Associates

Principal Life Insurance Company

Western Asset Management Company

Continental Casualty Company

Thrivent Financial for Lutherans

Metlife Insurance Company of Connecticut

Transamerica Life Insurance Company

ING Investment LLC

Prudential Financial Inc.

Blackrock Advisors

Liberty National Life Insurance Company

**100 Largest Unsecured Creditors other than
Bondholders**

Citibank, NA

The Bank of New York

Mizuho Corporate Bank Ltd.

Shinsei Bank Ltd.

UFJ Bank Limited

Sumitomo Mitsui Banking Corp

Lloyds Bank, PLC

KBC Bank

Shinkin Central Bank

The Bank of Nova Scotia

Nippon Life Insurance Co.

Microsoft Licensing, GP

ANZ Banking Group Limited

Standard Chartered Bank

DnB NOR Bank ASA

Australia and New Zealand Banking Group Limited

HSBC Bank

Origin HR Consulting Limited

Banctec Ltd.

The British Land Company PLC

Standard & Poor's

Reuters America Inc.

IBM Corporation

Ernst & Young

Hewlett-Packard AP (HONG KONG) LIMITED

Virtx

NYSE Market, Inc.

Reuters Limited

Tata Consultancy Services

Standard and Poors Corp.

Deutsche Borsche AG

FT Interactive Data

Thompson Financial

Pricoa Relocation UK Limited

National Commerce bank

ZKB (Zurcher Kantonalbank)

TIBCO Software, Inc.

Sungard Securities Finance Inc.

Vertex Mortgage Services

Bank of America Plaza STE 3500 *

Canary Warf Management Limited

WIPRO Infotech Enterprise Solutions

**Significant Leases**

WPGH, LLC

Monarch Centre Associates, LLC

Eastrich No. 167 Corporation

1111 Brickell Office, LLC

Telwares, Inc.

Teachers Insurance and Annuity Assoc. of America

San Diego - Frazee, LLC

Southern Pacific FundingS. LaSalle, L.P.

Crescent TC Investors LP

Board of Trade of the City of Chicago, Inc.

Normandy Real Estate Partners

Pricewaterhouse Coopers, LLP

Lehman Brothers Holdings, Inc.

Mackenzie Financial Corporation

Legacy III Centennial, LLC

Wacker Drive Limited Partnership

Mack-Cali CW Realty Associates L.L.C.

Legacy III Centennial, LLC

Liberty Property Limited Partnership

American Center

Brookfield Properties One WFC Co. LLC

San Diego- Frazee, LLC

Galleria Properties, LLC

Sunray Investments

National Union Fire Insurance Company of
Pittsburgh, PA

Wasserstein Perella Group Holdings, LLC

Lehman Brothers Commercial Bank

Willkie Farr & Gallagher LLP

Level 3 Communications, LLC

DBSI Housing, Inc.

**Secured Creditors**

JPMorgan Chase

State Street

MetLife

SMBC

Danske Bank

**Members of Ad Hoc or Unofficial Creditors'
Committees – Those formed prior to the
Commencement Date, to the extent known at the
Commencement Date.**

Franklin Federal Intermediate-Term-Tax-Free Income
Fund

Franklin Georgia Tax-Free Income Fund

Franklin High-Yield Tax-Free Income Fund

Oppenheimer Funds, Inc.

The Vanguard Group

Allstate Insurance Co.

**Underwriting Investment Bankers for Debtor's
securities for all securities issued or outstanding on the
Commencement Date or during the three years prior
to the Commencement Date.**

Lehman Brothers

UBS Investment Bank

Merrill Lynch

ABN AMRO Rothschild

LB Skypower Inc.

Lehman Crossroads Corporate Investors II, LP

Neuberger & Berman Agency, Inc.

Neuberger Berman Asset Management, LLC

Neuberger Berman Inc.

Neuberger Berman Investment Services, LLC

Neuberger Berman Pty Ltd.

Neuberger Berman, LLC

Lehman Brothers Trust Company of Delaware

Lehman Brothers Trust Company, National Association

Lehman Crossroads Corporate Investors, LP

Lehman Crossroads Investment Advisers, LP

Lehman Crossroads Investment Company, LP

Neuberger Berman Management Inc.

**Potential Parties in Interest**

The Vanguard Group, Inc.

Ameren et al.

Iron Mountain Information Management

Harbert

UBS Financial Services

UBS International Inc.

UBS Financial Services of Puerto Rico

Thomson Reuters Plc & Thomson Reuters Corp.

Citigroup, Inc.

Morgan Stanley & Co.

Glg Partners LP

Wilmington Trust Company

Royal Bank of Scotland

Accenture LLP

Interactive Data Corp.

Monument Realty LLC

Wells Fargo Bank, NA

Wells Fargo & Co.

BP North America

BP Canada

4Kids Entertainment, Inc.
Fannie Mae
Dallas County
Factiva, Inc.
SP4 190 S. Lasalle, L.P.
Canadian Imperial Bank
CIBC Wolrd Market.
CIBC Wolrd Markets Inc.
Sumitomo Mitsui Banking Corp.
SMBC Capital Markets
Sumitomo Mitsui Brussels Branch
Societe Generale
Washington Mutual Bank
Washington Mutual, Inc.
National Bank of Canada
Toronto-Dominion Bank
General Electric Capital Corp
ING bank, FSB
East 46th Borrower LLC
Microsoft Corporation
Microsoft Licensing
Moody's Investors Service
IBM
Mizuho Corporate Bank LTD
Aig Global Investment Corporation
Wilmington Trust Company
Wilmington Trust FSB
Mack-Cali Realty LP
J P Morgan Chase Bank, N.A.
Mizuho Corporate Bank
Providence Equity Partners
Verizon Communications Inc.
Brookfield Properties One WFC Co. LLC
Caixa Geral De Depositos, S.A.
Morgan Stanley & Co. Incorporated
US Bank Natl Assoc.
Bank Of Montreal
Natl Australia Bank Limited
Barclays Capital, Inc.
Allianz Global  Investors AG
Marshall Funds, Inc.
Marshall & Ilsley Trust Company, N.A.
Institutional Benchmarks

Avaya Inc.

Brookfield Properties One WFC Co. LLC

Vollers Excavating & Construstion,Inc

The Bank Of Tokyo-Mitsubishi UFJ, Ltd

Tishman Speyer Properties, L.P.

Shinsei Bank Limited

Dnb Nor Bank Asa

Cap Gemini Financial Services USA, Inc

Godiva Chocolatier, Inc.

Russell Investment Group, Inc.

Telecom Italia Capital S.A.

Oracle Credit Corporation

Eaton Corporation

Tiger Asia Fund, L.P.

Tiger Asia Overseas Fund, Ltd.

Travelers National Accounts

Oversea-Chinese Banking Corp. Ltd.

Gartner UK Limited

Tangoe, Inc.

Open Solutions Inc.

Sprint Nextel Corp

PJM Interconnection, L.L.C.

Newedge USA, LLC

Bank of America N.A.

Duke Energy Ohio, Inc.

Alameda County (CA) Employees' Retirement
Association

Parsec Trading Corp.

Parsec Corp.

Nomura Holding America Inc.

Nomura Holdings Inc.

Reliant Energy Services, Inc.

Reliant Energy Power Supply, LLC

Fondiaria

BIM

Assicurazioni

Popolare

Systema

Novara

Arab Bank

GL Trade

PT Bank Negara Indonesia

Cognizant Technology Solutions

Sumitomo Trust & Banking Co., LTD

D.E. Shaw Composite Portfolios, LLC

Caisse De Depot et Placement du Quebec

GMAC Residential Capital

GMAC-IM

Residential Funding Company LLC

Wall St Concepts

The Central Puget Sound Regional Transit
Authority

Global Thematic

Panton Fund

Royal Bank of America

State Street Bank

UBS Securities LLC

US Bank National Association

AB Bankas

Och-Ziff

Lloyds Bank

Sun Trust Banks, Inc.

National Cinemedia, Inc.

Meridian Company of New York

CNX Gas Co.

Commerzbank A.G. (New York and Grand
Cayman Branches)

Avista Corp.

Cascade Investment LLC

Powerex Corp.

Mitsubishi UFJ, Ltd.

ING Real Estate Finance

EXUM RIDGE CBO 2007-1

EXUM RIDGE CBO 2007-2

AVIV LCDO 2006-1

AVIV LCDO 2006-2

AIRLIE LCDO (AVIV LCDO 2006-3)

AIRLIE LCDO (Pebble Creek 2007-1)

Pebble Creek LCDO 2006-1

Pebble Creek LCDO 2007-3

Airlie CDO I

Pebble Creek LCDO 2007, LLC

Hellman & Friedman

Goldman Sachs Credit Partners

GS European Performance Fund Limited

Wachovia Bank

Wachovia Securities Ltd.
Calyon
Calyon Securities
Dexia Luxemburg
Dexia Local
Dexia Deutschland
Dexia Belgique
Natixis Entities
Banque Privee Saint Dominique
Westport Capital Management
Osterreichische
American National Insurance Company
Singapore Airlines
AIM Funds
AIM Advisors
Overstock.com
Asurion Corporation
QVT Financial LP
Standard Chartered Bank
Metropolitan Transit Authority
Minnesota State Board of Investment
Oppenheimer Funds Inc.
Bank of Nova Scotia
Rizal Commercial Banking Corporation
Shell Energy North America (US) L.P.
Shell Trading (US) Company
Region Marche
Nasdaq OMX
Chicago Mercantile Exchange
Aberdeen Asset Management Inc.
Nationwide Fund Advisors
Pentwater Capital Management, LP
AT&T Services Inc.
Goldman Sachs & Co.
AT&T Incorporated
Pyrrhuloxia, LP
Tata Consultancy Services LTD
GE Corporate Financial Services, Inc.
Regions Bank
Profunds Advisors LLC
Templeton Global
Lincoln Variable Insurance
Stamford Associates L.P.

US AG Bank

RWE

Piper Jaffray and Co.

**Professionals Employed by the Company**

Simpson Thacher & Bartlett LLP

Ernst & Young

PricewaterhouseCoopers

DLA Piper

White & Case

Windels Marx Lane & Mittendorf, LLP

Willkie Farr & Gallagher LLP

Mercer Marsh & McLennan Companies

Paul, Weiss, Rifkind, Wharton & Garrison LLP

Squire, Sanders & Dempsey L.L.P.,

Sills Cummis & Gross P.C.

Mitsui Company

Sills Cummis Epstein & Gross P.C.

Tompkins, McGuire, Wachenfeld & Barry LLP

Gibson, Dunn & Crutcher LLP

Momo-o, Matsuo & Namba

Richards, Layton & Finger, P.A.

**Litigation Claimants**

Overstock.Com Inc.

Rye Select Broad Market XL Portfolio Limited

Rye Select Broad Market Portfolio Limited

State Street Bank and Trust Company

Bank of America, N.A.

Massachusetts Water Resources Authority

The Options Clearing Corporation

BP Energy Company & BP Corporation North
America Inc.

**100 Largest Holders of Trade Debt**

Microsoft Corporation

IBMorporation

Iron Mountain Digital Archives

FTInteractive Data

Tibco Software, Inc.

Sungard Securities Finance Inc

Thomson Financial

Ernst & Young LLP

Northrop Grunman

Hewlett Packard Company

Storage Technology Corp

RR Donnelley Receivables Inc.
Triple Point Technology, Inc.
Iron Mountain Digital Archives
Cushman & Wakefield Inc.
CHD Meridian Healthcare
Wipro Technologies
Interactive Data Corp.
Acronis, Inc.
Wombat Financial Software, Inc.
Ikon Office Solutions Inc.
Liquid Engines, Inc.
Cyveillance
Swets Information Services Inc.
IBM Corporation
Gotham Technology Group
Quest Software Inc.
Iron Mountain Records Management
Agilysys Nj, Inc.
Mellon Analytical Solutions
SAS Institute Inc
Lexis-Nexis
Lexis Nexis
Polaris Software Lab (India), Ltd.
Hewlett Packard Company
The Bank Of New York
KPMG, LLP
**Utilities**
NSTAR Electirc
AT&T
Cleveland Public Power
Cleveland Division of Water
Dominion
Illuminating
Time Warner
**Committee Members**
Wilmington Trust Company
Mizuho Corporate Bank, Ltd.
RR Donnelley & Sons
The Bank of NY Mellon
The Royal Bank of Scotland, PLC
Shinsei Bank, Limited
Metlife

**<u>Exhibit A</u>**

March 23, 2009


Mr. Jeff Ciongoli
Lehman Brothers Holdings, Inc.
70 Hudson Street, 10th Floor
Jersey City, NJ 07302


Dear Mr. Cingoli:

This letter confirms that Lehman Brothers Holdings, Inc. and its affiliated debtors and debtors in possession ("LBHI", "you" or "Client") has engaged PricewaterhouseCoopers LLP ("we" or "us" or "PwC") to provide the services described below.

**Scope of Our Services**

You are engaging us to provide the following services (the "Services"):

PwC will assist LBHI in addressing various tax issues as it relates to future dispositions of the LBHI's assets.  Such services will include but shall not be limited to:

- Assistance with federal, state and international tax issues as it relates to the disposition of the remaining assts of the LBHI which include but are not limited to:
  - Banking and the assets within the banks
  - Commercial real estate
  - Derivatives
  - International legal entities controlled by LBHI and the assets held by these entities;
- Assistance with the analysis of available and limitations of tax attributes with respect to the specific businesses mentioned above;
- Assistance with any documentation and necessary legal support regarding any issues that may arise with respect to the dispositions of such businesses;
- Assistance with resolving any tax related issue with respect to the foreign based assets which LBHI has control over; and
- Assistance with any other tax related services with respect to the disposition of these assets to the extent Ernst & Young LLP cannot render such services due to limitations under Sarbanes Oxley.

LBHI also agrees that it will not request PwC to perform any services under this engagement agreement that would duplicate any services provided or to be provided by Ernst & Young LLP under the Order approving LBHI's employment of Ernst & Young LLP entered by the United States Bankruptcy Court for the Southern District of New York in the chapter 11 case of In re Lehman Brothers Holdings Inc., case no. 08-13555-jmp, on January 15, 2009.

**Other PricewaterhouseCoopers Firms and Subcontractors**

We may subcontract portions of the Services to non-U.S. members of the PricewaterhouseCoopers international network of firms, and you authorize us to provide information we receive in connection with this engagement, including your entire tax return information, to such other member firms located outside the United States for the purpose of providing the Services and for related administration and regulatory compliance purposes.  We will be responsible for those subcontracted Services being performed in accordance with all of the requirements of this letter.  Each member of the

PricewaterhouseCoopers international network of firms is a separate and independent legal entity and you agree to bring any proceeding arising from the Services against us and not other member firms.

We may engage (a) subcontractor(s), other than non-U.S. members of the PricewaterhouseCoopers international network of firms, to perform services in connection with this engagement.  You agree that we may subcontract any of the Services hereunder provided that we shall be responsible for the fulfillment of our obligations under this agreement.  You acknowledge that we may disclose your information, including your entire tax return information, to our subcontractor involved in the provision of the Services, including any subcontractor located outside of the United States.

**Consent to Disclose Client Information**

Client authorizes PwC to participate in discussions with and to disclose your information, including your tax return information, to your agents and representatives acting on your behalf (including accountants, attorneys, financial and other professional advisors), their respective officers, directors or employees, (collectively, "Professional Advisors"), provided that: they have a need to know the information to assist or advise you in connection with the transaction or subject matter described in this letter (and not for the Professional Advisors' own benefit or any other purpose); you first advise such Professional Advisors that: (a) they do not acquire any benefits in or rights as a result of their access to, use of, or reliance on the Deliverables or Services; and (b) that PwC shall have no duty, liability or responsibility to such Professional Advisors in connection with the Deliverables and/or Services.

You have the ability to request a more limited disclosure than that authorized by this consent, as you may direct.  This consent is valid for a period of three years following receipt of your information.

**Ownership and Use**

We are providing these Services solely for your use and benefit and pursuant to a client relationship exclusively with you.  We disclaim any contractual or other responsibility to others based upon these Services or upon any deliverables or advice we provide.

You will own all tangible written material delivered to you under this engagement letter, except as follows:  PwC will own its working papers and preexisting materials and any general skills, know-how, processes, or other intellectual property (including a non-client specific version of any deliverables) which may have been discovered or created by PwC as a result of its provision of the Services.  You will have a nonexclusive, non-transferable license to use such materials included in the deliverables for your own use as part of such deliverables.

**Our Responsibilities**

We will perform the Services in accordance with the Statements on Standards for Tax Services established by the American Institute of Certified Public Accountants.  Accordingly, we will not provide an audit or attest opinion or other form of assurance, and we will not verify or audit any information provided to us.  Any spreadsheets or software tools that PwC provides to Client are for Client's convenience and are provided as is.  PwC will not be responsible for results obtained by anyone other than PwC from the use of those items.

**Your Responsibilities**

To facilitate our work, you will need to provide the following assistance:

- Providing relevant company and financial information as requested;
- Participating in discussions with PwC regarding proposed approaches and methodologies;
- Reviewing all documents and submissions and providing comments.

You are responsible for all management functions and decisions relating to this engagement, including evaluating and accepting the adequacy of the scope of the Services in addressing your needs. You are also responsible for the results achieved from using any Services or deliverables, and it is your responsibility to establish and maintain internal controls. You will designate a competent member of your management to oversee the Services.

We expect that you will provide timely, accurate and complete information and reasonable assistance, and we will perform the engagement on that basis.

### Fees and Expenses

We will bill you for our services based upon actual time spent on this engagement at our hourly rates for transfer pricing professionals, which are as follows:

| Professional Staff Class | General Tax Consulting Rate | National Office/Other |
|---|---|---|
| Partner | 704 | 560 - 890 |
| Managing Director | 583 | 450 - 700 |
| Director | 501 | 330 - 600 |
| Manager | 402 | |
| Senior Associate | 319 | |
| Associate | 231 | |
| Administrative/Other | 143 | |

Please note that the hourly rates listed above are revised annually and therefore are subject to change.

We also will bill LBHI for our reasonable out-of-pocket expenses and our internal per ticket charges for booking travel. Our internal per ticket travel charge is an allocation of estimated costs of running our travel department in a manner to maximize cost savings.

This agreement and the payment of any fees or expenses under this agreement are subject to the approval of the United States Bankruptcy Court for the Southern District of New York in the chapter 11 case of In re Lehman Brothers Holdings Inc., case no 08-13555-JMP.

### Payment Schedule

Our standard practice is to render our invoices on a monthly basis. Payment of our invoices is due on presentation and expected to be received within 30 days of the invoice date.

We reserve the right to charge interest on any past due balances at a rate of 1% per month or part thereof.

### Termination and Dispute Resolution

Either party may terminate the Services by giving notice to that effect. Any dispute relating in any way to the Services or this letter shall be resolved by arbitration, except that either party shall be free to seek equitable relief in court. The arbitration will be conducted in accordance with the Rules for Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution then in effect. The arbitration will be conducted before a panel of three arbitrators. The arbitration panel shall have no power to award non-monetary or equitable relief of any sort. It shall also have no power to award damages inconsistent with the Limitations on Liability provisions below. You accept and acknowledge that any demand for arbitration arising from or in connection with the Services must be issued within one year from the date you became aware or should reasonably have become aware of

the facts that give rise to our alleged liability and in any event no later than two years after any such cause of action accrued.

This engagement letter and any dispute relating to the Services will be governed by and construed, interpreted and enforced in accordance with the laws of the State of New York without giving effect to any provisions relating to conflict of laws that would require the laws of another jurisdiction to apply.

### Limitations on Liability

Except to the extent finally determined to have resulted from our gross negligence or intentional misconduct, our liability to pay damages for any losses incurred by you as a result of breach of contract, negligence or other tort committed by us, regardless of the theory of liability asserted, is limited to no more than the total amount of annual fees paid to us for the particular service provided under this engagement letter. In addition, we will not be liable in any event for lost profits or any consequential, indirect, punitive, exemplary or special damages. Also, we shall have no liability to you arising from or relating to any third party hardware, software, information or materials selected or supplied by you.

### Indemnification

You agree to indemnify and hold us and other PricewaterhouseCoopers firms engaged as subcontractors hereunder, and our respective partners, principals and employees harmless from and against any and all third party claims resulting from any of the Services or Deliverables under this agreement, except to the extent determined to have resulted from our gross negligence or other intentional misconduct relating to such Services and/or Deliverables.

### Regulatory Matters

Notwithstanding anything to the contrary in this agreement, you have no obligation of confidentiality with respect to any materials, advice or portions of Deliverables to the extent they concern the tax structure or tax treatment of any transaction.

**Other Written Advice.** Based on our discussions, it is anticipated that the written advice PricewaterhouseCoopers provides during the course of this engagement will be Other Written Advice as defined by Circular 230. Accordingly, unless otherwise prohibited or we agree to issue a Covered Opinion as defined by Circular 230, our written advice may include a disclosure stating that the advice was not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed. Our advice will contain any other disclosures required by Circular 230.

**Tax Return Disclosure and Tax Advisor Listing Requirements.** Treasury Regulations Section 1.6011-4 requires that taxpayers disclose to the IRS their participation in certain reportable transactions. Additionally, certain states have adopted rules with purposes similar to Treasury Regulations under Internal Revenue Code Section 6011. You agree to advise us if you determine that any matter covered by this agreement is a reportable transaction that is required to be disclosed under Section 1.6011-4, or is a transaction requiring disclosure to a particular state under such state's particular statutes or regulations.

Similar rules under Internal Revenue Code Sections 6111 and 6112 require that we submit information returns and maintain lists of certain client engagements if we are material advisors to clients that have participated in a reportable transaction. Additionally, certain states have adopted rules similar in scope to Internal Revenue Code Sections 6111 and 6112, thereby