WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :    **08-13555 (JMP)**
                                                    :
            **Debtors.**                            :    **(Jointly Administered)**
                                                    :
------------------------------------------------------------------------------x
                                                    :
**In re**                                           :
                                                    :    **Case No.**
**LEHMAN BROTHERS INC.,**                           :
                                                    :    **08-01420 (JMP) (SIPA)**
            **Debtor.**                             :
                                                    :
------------------------------------------------------------------------------x

US_ACTIVE:\43073572\08\43073572_8.DOC\.

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS**
**<u>SCHEDULED FOR HEARING ON JUNE 24, 2009 AT 10:00 A.M.</u>**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, <u>**Room 601**</u>, One Bowling Green, New York, NY 10004-1408

## I.    <u>UNCONTESTED MATTERS:</u>

1.    Debtors' Motion for Authorization to (i) Assume Unexpired Lease of Nonresidential Real Property and (ii) Assume and Assign Unexpired Leases of Real Property **[Docket No. 3280]**

   <u>Response Deadline</u>:    June 1, 2009 at 12:00 p.m.

   <u>Responses Received</u>:  None.

   <u>Related Documents</u>:

        A.    Order Authorizing the Debtors to Assume Unexpired Lease of Nonresidential Real Property **[Docket No. 3316]**

   <u>Status</u>:  This matter is going forward.

2.    Debtors' Motion to Restructure Certain Loans with Broadway Partners Fund Manager, LLC, et. al. **[Docket No. 3773]**

   <u>Response Deadline</u>:    June 19, 2009 at 4:00 p.m.

   <u>Responses Received</u>:  None.

   <u>Related Documents</u>:  None.

   <u>Status</u>:  This matter is going forward.

3.    Motion of Unclaimed Property Recovery Service, Inc. for Compelling Payment of Unclaimed Funds by the New York State Comptroller **[Docket No. 3345]**

   <u>Response Deadline</u>:    May 6, 2009 at 4:00 p.m.

   <u>Related Documents</u>:

        A.    Objection of Unclaimed Property Recovery Service, Inc. **[Docket No. 3983]**

Related Documents:

        B.     Notice of Settlement of Order **[Docket No. 3785]**

Status:  This matter has been resolved and the parties will present a consensual order to the Court for approval.

## II.    CONTESTED MATTERS:

### A.    Lehman Brothers Holdings Inc.:

4.    Motion Authorizing Discovery from Barclays Capital, Inc. **[Docket No. 3596]**

Response Deadline:    May 29, 2009 at 4:00 p.m.

Responses Received:

        A.     Objection of Barclays Capital Inc. **[Docket No. 3776]**

        B.     Response of Official Committee of Unsecured Creditors **[Docket No. 3778]**

        C.     Debtors' Reply **[Docket No. 4067]**

        D.     Objection of Barclays Capital Inc. to Proposed Joinders **[Docket No. 4093]**

Related Documents:

        E.     Motion of Westernbank Puerto Rico to Join Debtors' Motion **[Docket No. 3819]**

        F.     Joinder of The Bank of New York Mellon Trust Company, N.A., **[Docket No. 3829]**

        G.     Trustee's Statement **[Docket No. 4074]**

        H.     Declaration of Robert W. Gaffey in Support **[Docket No. 4081]**

Status:  This matter is going forward.

5.      Motion of Kalaimoku-Kuhio Development Corp for an Order Compelling Payment of Post-Petition Rent and Charges and (B) Granting Relief from the Automatic Stay **[Docket No. 3768]**

        Response Deadline:    June 21, 2009

        Responses Received:

                A.      Debtors' Objection **[Docket No. 4061]**

                B.      Reply of Kalaimoku-Kuhio Development Corp 4078 **[Docket No. 4078]**

        Related Documents:    None.

        Status:  This matter is going forward.

6.      Debtors Motion for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof, and Approval of the Proof of Claim Form **[Docket No. 3654]**

        Response Deadline:    June 12, 2009 at 12:00 p.m.

        Responses Received:

                A.      Debtors' Notice of Evidentiary Hearing **[Docket No. 4063]**

                B.      Debtors' Omnibus Reply **[Docket No. 4113]**

                C.      Exhibits to Debtors' Omnibus Reply **[Docket No. 4117]**

                D.      Objection of US AgBank, FCB **[Docket No. 3814]**

                E.      Objection of Aviva S.p.A., et al. **[Docket No. 3818]**

                F.      Objection of Barclays Bank PLC, Barclays Capital, Inc. **[Docket No. 3820]**

                G.      Objection of Teachers' Retirement System of the State of Illinois **[Docket No. 3821]**

                H.      Objection of Singapore Airlines Ltd. **[Docket No. 3824]**

                I.      Reservation of Rights of Silver Point Capital Fund, L.P., et al. **[Docket No. 3825]**

J.    Objection of Kantatsu Co. Ltd. **[Docket No. 3826]**

K.    Objection of Teachers' Retirement System of the State of Illinois **[Docket No. 3827]**

L.    Objection of Federal Home Loan Bank of New York, et al. **[Docket No. 3828]**

M.    Objection of Wells Fargo & Co. **[Docket No. 3830]**

N.    Joinder of Galliard Capital Management, Inc. **[Docket No. 3832]**

O.    Joinder of Carlyle Loan Investment Ltd., et al. **[Docket No. 3833]**

P.    Objection of Banca Popolare di Milano Societa Coopertiva a r.l., et al. **[Docket No. 3834]**

Q.    Objection of BNY Corporate Trustee Services Limited, et al. **[Docket No. 3835]**

R.    Limited Objection of Bank of America, N.A., et al. **[Docket No. 3836]**

S.    Objection of Intesa Sanpaolo S.p.A. **[Docket No. 3837]**

T.    Objection of D.E. Shaw Composite Portfolios, L.L.C., et al. **[Docket No. 3838]**

U.    Objection of Abu Dhabi Investment Authority **[Docket No. 3839]**

V.    Objection of Banco Bilbao Vizcaya Argentaria, S.A. **[Docket No. 3841]**

W.    Omnibus Objection of Derivative Claimants **[Docket No. 3842]**

X.    Objection of Joinder of Banco Popular Espanol, S.A., et al. **[Docket No. 3843]**

Y.    Joinder of Deutsche Postbank AG **[Docket No. 3844]**

Z.    Joinder of Juice Energy, Inc. **[Docket No. 3845]**

AA.    Joinder of Goldman, Sachs & Co. **[Docket No. 3846]**

BB.    Joinder of PB Capital Corporation **[Docket No. 3847]**

CC.    Objection of UBS AG **[Docket No. 3848]**

DD.      Objection of Mizuho Investors Securities Co., Ltd. **[Docket No. 3849]**

EE.      Joinder of Taconic Capital Partners 1.5 L.P., et al. **[Docket No. 3850]**

FF.      Objection of Royal Bank of Scotland, plc **[Docket No. 3851]**

GG.      Joinder of Ross Financial Corporation **[Docket No. 3852]**

HH.      Joinder of Wachovia Bank, N.A., et al. **[Docket No. 3853]**

II.      Objection of Wilmington Trust Company **[Docket No. 3854]**

JJ.      Objection of AB Svensk Exportkredit **[Docket No. 3855]**

KK.      Objection of State Street Bank and Trust Company **[Docket No. 3856]**

LL.      Objection of Putnam Investments, LLC, et al. **[Docket No. 3857]**

MM.      Objection of DLA Piper LLP **[Docket No. 3858]**

NN.      Objection of Korea Development Bank **[Docket No. 3859]**

OO.      Objection of Harbinger Capital Partners Master Fund I, Ltd., et al. **[Docket No. 3860]**

PP.      Joinder of Autonomy Master Fund Limited, et al. **[Docket No. 3861]**

QQ.      Joinder of Societe Generale **[Docket No. 3862]**

RR.      Joinder of Electrabel n.v./s.a **[Docket No. 3863]**

SS.      Joinder of E*TRADE Bank **[Docket No. 3864]**

TT.      Objection of The Bank of New York Mellon Trust Company, N.A. **[Docket No. 3865]**

UU.      Objection of Credit Suisse **[Docket No. 3866]**

VV.      Objection of New South Federal Savings Bank, F.S.B. **[Docket No. 3867]**

WW.      Objection of Deutsche Bank Trust Company Americas **[Docket No. 3868]**

XX.      Objection of Thomas Cook AG **[Docket No. 3869]**

YY.        Objection of Genworth Life Insurance Company **[Docket No. 3870]**

ZZ.        Objection of Bank of America, N.A. **[Docket No. 3871]**

AAA.        Objection of RWE Supply & TradingGmbH **[Docket No. 3873]**

BBB.        Motion for Leave to File a Brief and Memorandum of Law of International Swaps and Derivatives Association, Inc. **[Docket No. 3874]**

CCC.        Objection of Morgan Stanley & Co. Incorporated, et al. **[Docket No. 3875]**

DDD.        Objection of BlueMountain Capital Management LLC, et al. **[Docket No. 3876]**

EEE.        Objection of Steven G. Holder Living Trust, et al. **[Docket No. 3879]**

FFF.        Objection of The Deutscher Sparkassen Und Giroverband **[Docket No. 3883]**

GGG.        Objection of Australia and New Zealand Banking Group Limited **[Docket No. 3884]**

HHH.        Objection of Calyon **[Docket No. 3885]**

III.        Objection of Swedbank AB **[Docket No. 3886]**

JJJ.        Objection of Tiger Asia Fund, L.P, et al. **[Docket No. 3887]**

KKK.        Declaration of Andrew Brozman in Support of Calyon's Objection **[Docket No. 3888]**

LLL.        Objection of Svenska Handelsbanken AB **[Docket No. 3890]**

MMM.        Objection of Occidental Energy Marketing, Inc., et al. **[Docket No. 3891]**

NNN.        Objection of CommerzBank A.G. **[Docket No. 3894]**

OOO.        Objection of Franklin American Mortgage Company **[Docket No. 3895]**

PPP.        Objection of Delaware River Port Authority **[Docket No. 3900]**

| | |
|---|---|
| QQQ. | Objection of Iconix Brand Group, Inc. **[Docket No. 3901]** |
| RRR. | Objection of Banca Italease S.p.A. **[Docket No. 3905]** |
| SSS. | Objection of Attorneys for Italease Finance S.p.A. **[Docket No. 3907]** |
| TTT. | Objection of Iconix Brand Group, Inc. **[Docket No. 3910]** |
| UUU. | Objection of State of Arizona **[Docket No. 3911]** |
| VVV. | Objection of EnergyCo, LLC, et al. **[Docket No. 3912]** |
| WWW. | Objection of Reliant Energy Services, Inc., et al. **[Docket No. 3913]** |
| XXX. | Joinder of The New Jersey Housing and Mortgage Finance Agency **[Docket No. 3922]** |
| YYY. | Corrected Joinder of Wachovia **[Docket No. 3931]** |
| ZZZ. | Objection of Deutsche Bank AG **[Docket No. 3947]** |
| AAAA. | Citibank's Joinder in Barclays' Objection **[Docket No. 3956]** |
| BBBB. | Joinder of Bank of Montreal, BMO Nesbitt Burns, Inc. et al. **[Docket No. 4026]** |
| CCCC. | Joinder of U.S. Bank National Association **[Docket No. 4027]** |
| DDDD. | Joinder of National Australia Bank Limited **[Docket No. 4028]** |
| EEEE. | Joinder of Newport Global Opportunities Fund L, et al. **[Docket No. 4056]** |
| FFFF. | Response of the Joint Administrators of The Lehman European Group Administration Companies **[Docket No. 4057]** |
| GGGG. | Joinder of Bremer Financial Corporation to Objection of Wells Fargo Bank, National Association **[Docket No. 4058]** |
| HHHH. | Objection of Barclays Bank PLC, et al. **[Docket No. 4065]** |
| IIII. | Joinder of Wells Fargo & Company, et al. **[Docket No. 4071]** |
| JJJJ. | Joinder of Galliard Capital Management, Inc. **[Docket No. 4072]** |
| KKKK. | Joinder of Banco Popular Espanol, S.A., et al **[Docket No. 4073]** |

LLLL.          Joinder of Wachovia **[Docket No. 4075]**

MMMM.          Joinder of Derivative Claimants **[Docket No. 4077]**

NNNN.          Objection of Singapore Airlines Ltd. **[Docket No. 4082]**

OOOO.          Objection of Teachers' Retirement System of the State of Illinois.
               **[Docket No. 4083]**

PPPP.          Objection of Kantatsu Co. Ltd. **[Docket No. 4084]**

QQQQ.          Request of The Royal Bank of Scotland PLC and Affiliates for
               Adjournment of Debtors' Motion **[Docket No. 4085]**

RRRR.          Objection of Deutsche Bank AG and Affiliates **[Docket No. 4095]**

SSSS.          Joinder of Banco Bilbao Vizcaya Argentaria, S.A. **[Docket No. 4107]**

TTTT.          Joinder of Abu Dhabi Investment Authority **[Docket No. 4108]**

UUUU.          Joinder of Deutsche Postbank AG **[Docket No. 4109]**

VVVV.          Joinder of PB Capital Corporation **[Docket No. 4110]**

WWWW.          Joinder of AB Svensk Exportkredit **[Docket No. 4111]**

XXXX.          Joinder of Calyon **[Docket No. 4112]**

YYYY.          Joinder of Autonomy Master Fund Limited, et al. **[Docket No. 4114]**

ZZZZ.          Joinder of Goldman, Sachs & Co. **[Docket No. 4115]**

AAAAA.         Joinder of Citibank **[Docket No. 4116]**

BBBBB.         Joinder of Certain Holders of Notes Issued **[Docket No. 4123]**

CCCCC.         Joinder of Wells Fargo Bank, National Association **[Docket No. 4125]**

DDDDD.         Objection of Banca Italease S.p.A. **[Docket No. 4133]**

EEEEE.         Objection of New Jersey Housing and Mortgage Finance Agency
               **[Docket No. 4134]**

FFFFF.         Objection of Delaware River Port Authority **[Docket No. 4135]**

| GGGGG. | Objection of Italease Finance S.p.A. **[Docket No. 4136]** |
| HHHHH. | Objection of Iconix Brand Group, Inc. **[Docket No. 4138]** |
| IIIII. | Joinder of Morgan Stanley **[Docket No. 4140]** |
| JJJJJ. | Objection of Pacific Investment Management Company LLC **[Docket No. 4142]** |
| KKKKK. | Joinder of Societe Generale **[Docket No. 4144]** |
| LLLLL. | Joinder of Federal Home Loan Bank of New York, Institutional Benchmarks Series (Master Feeder) Limited **[Docket No. 4148]** |
| MMMMM. | Joinder of PricewaterhouseCoopers, AG Zurich **[Docket No. 4149]** |
| NNNNN. | Joinder of Centerbridge Credit Partners LP **[Docket No. 4151]** |

Status:  This matter is going forward.

**B.    Adversary Proceedings:**

7.    Deutsche Bank AG v. Lehman Brothers Holdings Inc. **[Case No. 08-01706]**

Motion for Summary Judgment

Response Deadline:    April 24, 2009.

Related Documents:

A.    Deutsche Bank's Motion for Summary Judgment **[Docket No. 12]**

Status:  This matter has been resolved in principal and the parties will provide a status update to the Court at the hearing.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**III.        UNCONTESTED MATTERS**

8.    Trustee's Application for an Order Pursuant to Section 365(D)(1) of the Bankruptcy Code Further Extending the Time Within Which the Trustee may Assume or Reject Executory Contracts and Certain Unexpired Leases **[Docket No. 1193]**
Response Deadline:  June 19, 2009 at 4:00 p.m.

Responses Received:

A. Assent LLC's Limited Objection To Trustee's Application For an
Order Pursuant To Section 365(D)(1) Of The Bankruptcy Code
Further Extending The Time Within Which The Trustee May Assume
Or Reject Executory Contracts And Certain Unexpired Leases.
**[Docket No. 1220]**

Related Documents:

B. Notice of Hearing on Trustee's Application for an Order Pursuant to
Section 365(D)(1) of the Bankruptcy Code Further Extending the
Time Within Which the Trustee May Assume or Reject Executory
Contracts and Certain Unexpired Leases **[Docket No. 1194]**

C. Notice of Reject of Assent LLC's Contract with Lehman Brothers Inc.
**[Docket No. 1228]**

D. Notice of Withdrawal of Assent's Limited Objection **[Docket No.
1231]**

Status:  This matter is going forward.

IV.    **ADJOURNED MATTERS:**

A.    **Lehman Brothers Holdings Inc.**

9.    LBHI's Motion for Authorization to Make a Capital Contribution to Aurora Bank
FSB **[Docket No. 3962]**

Response Deadline:    June 19, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A. Declaration of Alfredo R. Perez in Support **[Docket No. 3963]**

B. Order to Show Cause **[Docket No. 3965]**

Status:  This matter has been adjourned to June 29, 2009 at 2:00 p.m.

10.    Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay
**[Docket No. 3182]**

Response Deadline:    April 1, 2009 at 4:00 p.m.

Responses Received:

       A.      Debtors' Objection **[Docket No. 3387]**

       B.      Joinder of Official Committee of Unsecured Creditors **[Docket No. 3389]**

Related Documents:

       C.      Declaration of Alan Worden **[Docket No. 3184]**

Status:  This matter has been adjourned to July 15, 2009.

11.      Debtors Motion to Compel Performance of Metavante Corporations Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 3691]**

Response Deadline:    June 16, 2009 at 4:00 p.m.

Responses Received:

       A.      Objection of Metavante Corporation **[Docket No. 3951]**

Related Documents:

       B.      Statement of Official Committee of Unsecured Creditors **[Docket No. 3958]**

Status:  This matter has been adjourned to July 15, 2009.

12.      Motion of Laurel Cove Development for an Order Directing Debtor to Assume or Reject an Executory Contract [**Docket No. 3755**]

Response Deadline:    June 19, 2009 at 5:00 p.m.

Responses Received:

       A.      Debtors' Objection **[Docket No. 4055]**

Related Documents:  None.

Status:  This matter has been adjourned to July 15, 2009.

13.      Motion of GE Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited and Fusion Funding Luxembourg, S.A.R.L., for Relief from the Automatic Stay **[Docket No. 2385]**

Response Deadline:    July 31, 2009.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to August 5, 2009.

14.    Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:

       A.    Objection of GE Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited **[Docket No. 2383]**

       B.    Hartford Investment Management **[Docket No. 2474]**

Status:  This matter has been adjourned to August 5, 2009.

15.    Application of Dechert LLP for an Award of Compensation and Reimbursement of Expenses for the Period March 1, 2009 through March 31, 2009 **[Docket No. 3527]**

Response Deadline:    May 28, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

       A.    Notice of Hearing **[Docket No. 3529]**

Status:  This matter has been adjourned to August 5, 2009.

16.    Application of Dechert LLP for an Award of Compensation and Reimbursement of Expenses for the Period April 1, 2009 through April 30, 2009 **[Docket No. 3761]**

Response Deadline:    June 21, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

       A.    Notice of Hearing **[Docket No. 3763]**

Status:  This matter has been adjourned to August 5, 2009.

17.    Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 3360]**

   Response Deadline: May 6, 2009 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:   None.

   Status:  This matter has been adjourned to August 5, 2009.

18.    Debtors' Motion Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 1541]**

   Response Deadline:    May 13, 2009.

   Responses Received:

      A.    Objection of R3 Capital Management, LLC **[Docket No. 1909]**

   Related Documents:   None.

   Status:  This matter has been adjourned without date.

19.    Motion of BLT 39 LLC for Partial Reconsideration of Order Approving the Assumption of Rejection of Open Trade Confirmations **[Docket No. 2396]**

   Response Deadline:    May 7, 2009

   Responses Received:  None.

   Related Documents:   None.

   Status:  This matter has been adjourned without date.

20.    Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

   Response Deadline:    June 19, 2009 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

      A.    Declaration of George Kielman **[Docket No. 1181]**

Status:  This matter has been adjourned without date.

21.     Motion of Debtors Seeking Entry of an Order Dismissing Chapter 11 Case of PAMI Statler Arms **[Docket No. 3650]**

Response Deadline:    June 19, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned without date.

**B.     Adversary Proceedings:**

22.     State Street Bank and Trust Company v. Lehman Commercial Paper Inc. **[Case No. 08-01743]**

Motion for Relief from Notice Period and Pre-Motion Conference

Response Deadline:    November 28, 2008.

Responses Received:  None.

Related Documents:

        A.     Motion for Relief from Rule 7056 Notice Period and Pre-Motion Conference **[Docket No. 18]**

Status:  This matter has been adjourned to July 15, 2009.

23.     Aliant Bank v. Lehman Brothers Special Financing, Inc. et al **[Case No. 08-01751]**

Pre-Trial Conference

Related Documents:

        A.     Adversary Complaint **[Docket No. 1]**

        B.     Motion of Aliant Bank for an Order Directing Lehman Brothers Special Financing to Immediately Return to Aliant the Swap Collateral **[Docket No. 2]**

        C.     Disclosure Statement of Plaintiff Aliant Bank Pursuant to Rule 7007.1-1 **[Docket No. 4]**

     D.      Objection of JPMorgan Chase Bank, N.A. **[Docket No. 11]**

     E.      Declaration of Lawrence N. Chanen in Opposition to the Motion of Aliant Bank **[Docket No. 12]**

     F.      Answer to Complaint of JPMorgan Chase **[Docket No. 13]**

     G.      Declaration of Lawrence N. Chanen in Opposition to the Motion of Aliant Bank **[Docket No. 15]**

     H.      Objection of Lehman Brothers Special Financing Inc. **[Docket No. 17]**

     I.      Federal National Mortgage Association's Response **[Docket No. 19]**

     J.      Notice of Withdrawal Without Prejudice of Aliant Bank's Motion **[Docket No. 23]**

     K.      Stipulation of Dismissal Without Prejudice of Adversary Proceeding as to Federal National Mortgage Association Only **[Docket No. 26]**

Status:  This matter has been adjourned to July 15, 2009.

24.     Turnberry et al v. LBHI **[Case No. 09-01062]**

Pre-Trial Conference

     A.      Adversary Complaint **[Docket No. 1]**

     B.      Answer of Lehman Brothers Bank, FSB, et al. **[Docket No. 8]**

     C.      Answer to Counterclaim Jacquelyn Soffer, et al. **[Docket No. 21]**

Status:  This matter has been adjourned to August 5, 2009.

25.     Berenshteyn v. LBHI **[Case No. 08-01654]**

Answer Deadline:     July 10, 2009.

Pre-Trial Conference

     A.      Adversary Complaint **[Docket No. 1]**

Status:  This matter is has been adjourned to August 26, 2009.

26.     LBHI/LBSF v. Libra CDO Limited **[Case No. 09-01177]**

Pre-Trial Conference

        A.      Adversary Complaint **[Docket No. 1]**

        B.      Letter of Lehman Brothers Holdings Inc. Requesting Leave to File Motion for Summary Judgment **[Docket No. 4]**

        C.      Answer to Complaint of Bank of America, N.A., et al. **[Docket No. 5]**

        D.      Response Letter of Bank of America, N.A., et al. **[Docket No. 6]**

        E.      Plaintiffs Motion for Summary Judgment **[Docket No. 9]**

<u>Status</u>:  This matter is has been adjourned to August 26, 2009.

27.     Libra CDO Limited v. LBSF **[Case No. 09-01178]**

Pre-Trial Conference

        A.      Adversary Complaint **[Docket No. 1]**

        B.      Answer of Lehman Brothers Special Financing Inc. **[Docket No. 6]**

        C.      Letter of Libra CDO Limited, et al. **[Docket No. 7]**

        D.      Letter of Lehman Brothers Special Financing Inc. **[Docket No. 8]**

<u>Status</u>:  This matter is has been adjourned to August 26, 2009.

28.     BP Energy Company and BP Corporation North America Inc. v. Lehman Brothers Holding Inc. and Lehman Brothers Commodity Services Inc. **[Case No. 08-01792]**

Pre-Trial Conference

        A.      Adversary Complaint **[Docket No. 1]**

        B.      Order to Show Cause for Temporary Restraining Order and for Setting of Hearing on Motion for Preliminary Injunction of BP Energy Company **[Docket No. 3]**

        C.      Memorandum of Law in Support **[Docket No. 4]**

<u>Status</u>:  This matter is has been adjourned to August 26, 2009.

29.    Nomura Global Financing Products Inc. v. LBSF and LBI **[Case No. 09-01061]**

Pre-Trial Conference

Related Documents:

      A.    Adversary Complaint **[Docket No. 1]**

      B.    Answer of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 10]**

      C.    Answer and Counterclaim of Lehman Brothers Special Financing Inc. **[Docket No. 12]**

      D.    So Ordered Stipulation and Order Extending the Time for the Plaintiff to Answer or Otherwise Respond to the Defendants' Counterclaim to May 8, 2009 **[Docket No. 18]**

      E.    Stipulation and Consent Order Permitting Intervention of Official Committee of Unsecured Creditors in Adversary Proceeding **[Docket No. 20]**

Status:  This matter has been adjourned without date.

**C.    Lehman Brothers Inc.:**

30.    Notice of Motion of Markit Group Limited for Relief From Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

Response Deadline:  June 10, 2009 at 4:00 p.m.

Responses Received:

      A.    Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1059]**

      B.    Objection of Trustee to Motion of Markit Group Limited for Relief From Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 1123]**

Related Filings:

      C.    Notice of Adjournment **[Docket No. 409]**

      D.    Notice of Adjournment **[Docket No. 488]**

E.       Notice of Adjournment **[Docket No. 574]**

F.       Notice of Adjournment **[Docket No. 708]**

G.      Notice of Adjournment **[Docket No. 846]**

H.      Notice of Adjournment **[Docket No. 978]**

I.       Exhibit A to Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1060]**

J.       Notice of Adjournment **[Docket No. 1066]**

K.      Reply to Motion Reply In Further Support of The Motion of Markit Group Limited For Relief From Automatic Stay To Terminate Data Services Agreement And Associated Addenda **[Docket No. 1139]**

L.       Notice of Adjournment **[Docket No. 1141]**

M.     Notice of Adjournment **[Docket No. 1223]**

Status:  This matter has been adjourned to July 15, 2009.

31.    Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3345]**

Response Deadline: May 29, 2009 at 4:00 p.m.

Responses Received:

A.      Objection of William Kuntz, III **[Docket No. 1074]**

B.      Trustee's (I) Objection to Unclaimed Property Recovery Service, Inc.'s Motion to Compel and Related Relief and (II) Reply in Further Support of Rejection of Contracts **[Case No. 08-13555, Docket No. 3699; Docket No. 1147]**

C.      Debtors' Objection to Unclaimed Property Recovery Service Inc.'s Motion to Compel and Related Relief **[Case No. 08-13555, Docket No. 3701]**

D.      Reply in Further Support of the Motion of Unclaimed Property Recovery Service, Inc. For Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the

Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3733]**

E.    Notice of Settlement of Order Denying Motion of Unclaimed Property Recovery Service Inc. with Respect to Lehman Brothers Holdings Inc. and its Affiliated Debtors **[Case No. 08-13555, Docket No. 3785]**

F.    Objection of Unclaimed Property Recovery Service, Inc. to Notice of Settlement of Proposed Order Denying Motion of Unclaimed Property Recovery Service, Inc. With Respect to Lehman Brothers Holdings Inc., Its Affiliated Debtors, and Non-Debtor Affiliates **[Case No. 08-13555, Docket No. 3983]**

<u>Related Documents</u>:

G.    Notice of Hearing on Motion of Unclaimed Property Recovery Service, Inc. For Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief From the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3344]**

H.    Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3346]**

I.    Notice of Proposed Order on Motion of Unclaimed Property Recovery Service, Inc. For Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3347]**

J.    Corrected Notice of Motion of Hearing on Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3424]**

K.    Notice of Adjournment **[Docket No. 1069]**

L.    Notice of Adjournment **[Case No. 08-13555, Docket No. 3575]**

M.    Notice of Rejection of Executory Contracts with Unclaimed Property Recovery Service, Inc. **[Docket No. 1050]**

N.      Objection of Unclaimed Property Recovery Service, Inc. to the SIPC Trustee's Proposed Rejection of LBI – UPRS Contracts **[Docket No.1092]**

O.      Reply Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3732]**

P.      Objection of Unclaimed Property Recovery Service, Inc. to the SIPC Trustee's Proposed Rejection of LBI – UPRS Contracts **[Case No. 08-13555, Docket No. 3734; Docket No. 1207]**

Q.      Declaration of Bernard Gelb in Support of Objection of Unclaimed Property Recovery Service, Inc. to Notice of Settlement of Proposed Order Denying Motion of Unclaimed Property Recovery Service, Inc. with Respect to Lehman Brothers Holdings Inc., Its Affiliated Debtors, and Non-Debtor Affiliates. **[Case No. 08-13555, Docket No. 3984; Docket No. 1208]**

R.      Notice of Adjournment **[Docket No. 1224]**

Status:  This matter is going forward.

## V.    **WITHDRAWN MATTERS:**

32.    Motion of Matthew Hudson for Relief from the Automatic Stay **[Docket No. 3728]**

Response Deadline:

Responses Received:  None.

Related Documents:

A.      Notice of Withdrawal **[Docket No. 4064]**

Status:  This matter has been withdrawn.

Dated:  June 24, 2009
        New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated:  June 24, 2009
        New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.