UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:        Chapter 11 Case No.
In re                                                            :
:        08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*                          :
:        (Jointly Administered)
Debtors.                              :
:
---------------------------------------------------------------- x

### SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT
### OF KATHERINE A. BURROUGHS, ON BEHALF OF DECHERT LLP

STATE OF CONNECTICUT        )
                            ) ss:
COUNTY OF HARTFORD          )

Katherine A. Burroughs, being duly sworn, upon her oath, deposes and says:

1. I am a partner in the law firm of Dechert LLP (the "Firm"), with offices in several locations, including an office located at 1095 Avenue of the Americas, 28th Floor, New York, New York 10022.

2. I submit this affidavit to supplement the affidavit and disclosure statement filed on January 22, 2009 [Docket No. 2599], as well as the supplemental affidavit and disclosure statement filed on April 14, 2009 (the "Supplemental Affidavit") [Docket No. 3361].

3. The Firm received from the counsel for the above captioned chapter 11 debtors (the "Debtors") a list (the "Master List") of potential parties-in-interest (collectively, the "Interested Parties"). The Firm conducted a review of its conflicts databases to ascertain any "connections" with the Debtors, their creditors, or any other Interested Parties, their respective attorneys and accountants, the U.S. trustee, or any person employed in the office of the U.S.

15105464

Trustee. After completing its conflicts review, the Firm determined that it could ethically represent the Debtors so long as certain ethical screens were established and certain conflict waivers were obtained. The Firm has established the ethical screens and obtained the conflict waivers it believes are reasonably necessary to represent ethically the Debtors.

4. The Firm has conducted ongoing review of potential conflicts. Upon receiving an updated Master List from the Debtors' counsel, the Firm reviewed its databases for potential connections to entities added to the Master List (collectively, the "Recently Added Interested Parties") since I caused the Supplemental Affidavit to be filed.

5. As previously disclosed in the Affidavit and Disclosure Statement of Katherine A. Burroughs, on Behalf of Dechert LLP [Docket No. 2599], the Firm represents Russell Financial Group ("Russell") in connection with the transfer of certain of their agreements to Barclays as part of the LBI sale, the unwinding of certain foreign exchange and other derivative transactions with Lehman entities and general unsecured indebtedness. Russell is an affiliate of two of the Recently Added Interested Parties: Russell Implementation Services Inc. and Russell Investment Group. The Firm has established ethical walls screening those individuals representing Russell from those individuals who represent the Debtors' estates as ordinary course professionals.

6.   Exhibit "1" to this affidavit lists the Firm's connections to the other Recently Added Interested Parties. Neither the term "connection," as used in Fed. R. Bankr. P. 2014, nor the proper scope of a professional's search for a "connection" has been defined, and I am therefore uncertain what this Court may consider a "connection" requiring disclosure. Out of an abundance of caution, I have disclosed many representations, which are not, to my understanding, disqualifying or problematic under either Section 327(e) of the Bankruptcy Code or applicable standards or professional ethics.

By: _____

Subscribed and sworn to before me
this 19th day of June, 2009

_____
Notary Public

ANN MARIE COTHARIN
Notary Public
State of Connecticut
Commission Expires August 31, 2009

15105464

## EXHIBIT 1: REPRESENTATIONS OF RECENTLY ADDED PARTIES IN MATTERS UNRELATED TO THE DEBTORS' CASES

| Category | Entity | Description |
|---|---|---|
| Selected Derivative Counterparties | Aviva Life Insurance Company | Certain affiliates of Aviva Life Insurance Company are current and former clients with respect to certain unrelated corporate and finance and real estate matters. |
| Selected Derivative Counterparties | Aviva Life Insurance Company | Certain affiliates of Aviva Life Insurance Company are current and former clients with respect to certain unrelated corporate and finance and real estate matters. |
| Selected Derivative Counterparties | Banco Espirito Santo | Certain affiliates of Banco Espirito Santo are current and former clients with respect to certain unrelated financial services matters. |
| Selected Derivative Counterparties | Indianapolis Life Insurance Company (Inc) | Certain affiliates of Indianapolis Life Insurance Company (Inc) are former clients with respect to certain unrelated finance and real estate matters. |
| Selected Derivative Counterparties | ING Life Insurance and Annuity Company | Certain affiliates of ING Life Insurance and Annuity Company are former clients with respect to certain unrelated finance and real estate and litigation matters. |

15106933

| Category | Entity | Description |
|---|---|---|
| Selected Derivative Counterparties | New York Life Insurance Company Inc. | Certain affiliates of New York Life Insurance Company Inc. are current and former clients with respect to certain unrelated bankruptcy, corporate, finance and real estate and financial services matters. |
| Selected Derivative Counterparties | Pacific Life and Annuity Co. | Certain affiliates of Pacific Life and Annuity Co. are current and former clients with respect to certain unrelated finance and real estate matters. |
| Selected Derivative Counterparties | Pacific Lifecorp | Certain affiliates of Pacific Life and Annuity Co. are current and former clients with respect to certain unrelated finance and real estate matters. |
| Selected Derivative Counterparties | Principal Financial Services Inc. | Certain affiliates of Principal Financial Services Inc. are current and former clients with respect to certain unrelated finance and real estate matters. |
| Selected Derivative Counterparties | Putnam (183 ISDA's) | Certain affiliates of Putnam are current and former clients with respect to certain unrelated corporate, intellectual property, financial services, litigation and tax matters. |

| Category | Entity | Description |
|---|---|---|
| Selected Derivative Counterparties | Transamerica Occidental Life Insurance Co. | Certain affiliates of Transamerica Financial Life Insurance Co. are current and former clients with respect to certain unrelated financial services and litigation matters. |
| Selected Derivative Counterparties | Zeeland Aluminum Company AG | Zeeland Aluminum Company AG is a former client with respect to certain unrelated litigation matters. |