CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew P. Brozman (AB-2456)
Sara M. Tapinekis (ST-4382)

Attorneys for Calyon

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               : Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                      :
                                                               : Case No. 08-13555 (JMP)
Debtors.                                                       :
                                                               : (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DAMIEN A. MORRIS, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Clifford Chance US LLP, counsel for Calyon.

On June 23, 2009, I served, by hand delivery, a copy of (a) Calyon's Joinder to Objection to the Debtors' Notice of Evidentiary Hearing in Connection with Motion of the Debtors, Pursuant To Section 502(b)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(c)(3) For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner Of Notice Thereof And Approval Of The Proof Of Claim Form, dated June 22, 2009 (the

AMR #200829-v1

"Notice"), dated, June 23, 2009, upon: (i) the chambers of the Honorable James M. Peck, The United States Bankruptcy Court, Southern District of New York, Alexander Custom House, One Bowling Green, New York, New York 10004; (ii) Weil, Gotshal & Manges LLP, Attn: Lori R. Fife, Esq., Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq., 767 Fifth Avenue, New York, New York 10153; (iii) Office of the United States Trustee for the Southern District of New York, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq., 33 Whitehall Street, 21st Floor, New York, New York 10004 and (iv) Milbank, Tweed, Hadley & McCloy LLP, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., 1 Chase Manhattan Plaza, New York, New York 10005.

In addition, on June 23, 2009, I caused a copy of the Joinder to be served by electronic mail upon (i) Lori R. Fife, Esq. at lori.fife@weil.com; (ii) Shai Y. Waisman, Esq. at shai.waisman@weil.com; (iii) Jacqueline Marcus, Esq. at jacqueline.marcus@weil.com; (iv) Dennis F. Dunne, Esq. at DDunne@milbank.com; (v) Dennis O'Donnell, Esq. at DODonnell@milbank.com; and (vi) Evan Fleck, Esq. at EFleck@milbank.com.

Dated: New York, New York
June 24, 2009

_____
Damien A. Morris

SWORN TO AND SUBSCRIBED before
Me this 24th day of June, 2009

_____
TRISH KEATS
Notary Public, State of New York
No. 01KE5067157
Qualified in Nassau County
Commission Expires October 15, 20 _10_

2

AMR #200829-v1