Jeffrey Kurtzman (JK-7689)
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
260 S. Broad Street
Philadelphia, PA 19102
Telephone: (215) 569-4493
Facsimile: (215) 568-6603
Attorneys for PJM Interconnection, L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND DEMAND FOR SERVICE**

PLEASE TAKE NOTICE that Jeffrey Kurtzman, Esquire, of the firm of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, hereby withdraws his appearance and demand for service of papers on behalf of PJM Interconnection, L.L.C. in the above captioned action. Mr. Kurtzman requests the removal of his name from all service lists and further requests the discontinuance of electronic notification with regard to this case via the Court's ECF system to his email address at jkurtzma@klehr.com.

Dated: June 24, 2009

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By: _____
Jeffrey Kurtzman, Esquire (JK-7689)
260 S. Broad Street
Philadelphia, PA 19102
Telephone: (215) 569-4493
Facsimile: (215) 568-6603

PHIL1 851370-1