UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-13555 (JMP) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of June, 2009, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Demand for Service of Papers to be served on all parties listed below by first-class mail, postage prepaid as follows:

| | |
|---|---|
| Shai Waisman, Esquire<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | James W. Giddens, as Trustee for<br>SIPA Liquidation of Lehman Brothers, Inc.<br>c/o Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 |
| Andrew D. Velez-Rivera,<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | James Tecce, Esquire<br>Sushell Kirpalani, Esquire<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | Robinson B. Lacy, Esquire<br>Hydee R. Feldstein, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |

PHIL1 851370-1

| Lindsee P. Grandfield, Esquire<br>Lisa Schweiger, Esquire<br>Cleary Gotlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY  10006 | |
|---|---|

_____
JEFFREY KURTZMAN, ESQUIRE

PHIL1 851370-1