United States Bankruptcy Court
Southern District Of New York
One Bowling Green
New York, NY 10004


June 16, 2009



Re: Withdrawal of Claim
    Case # 08-13555, Claim # 4162

To The Court;

This is to notify the court of my inadvertent submission of a duplicate claim relating to the Lehman Brothers Holdings, Inc. chapter 11 filing and my request for immediate withdrawal of said claim number 4162, case number 08-13555 in the amount of $105,000. The claim is filed on my behalf and is, in fact, a duplicate claim. My original claim of the same amount, number 3767, should remain on file.

Should you have questions please contact me at 479-243-0080 or my home address;

Randolph H. Emerson
2400 Michelle Drive
Mena, Ar. 71953

Thank you for your assistance in this matter.


Sincerely,

*[signature]*

Randolph H. Emerson