UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | § | Case No. 08-13555 (JMP) |
| | § | |
| Debtor | § | (Jointly Administered) |
| | § | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1.   That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2.   That on the 23rd day of June, 2009, I caused to be served by email transmission a true copy of the *Objection of Deutsche Bank AG and Affiliates, Harbinger Capital Partners Special Situations Fund, L.P. and Harbinger Capital Partners Master Fund I, Ltd., Putnam Investments, LLC and Affiliates, State Street Bank and Trust Company, and UBS AG and Affiliates to Debtors' Notice of Evidentiary Hearing in Connection with Debtors Motion for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form* upon those parties listed on the attached Service List A.

A/73074084.1

-2-

3. That on the 23rd day of June, 2009, I caused to be served by hand delivery a true copy of the ***Objection of Deutsche Bank AG and Affiliates, Harbinger Capital Partners Special Situations Fund, L.P. and Harbinger Capital Partners Master Fund I, Ltd., Putnam Investments, LLC and Affiliates, State Street Bank and Trust Company, and UBS AG and Affiliates to Debtors' Notice of Evidentiary Hearing in Connection with Debtors Motion for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form*** upon the Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10022.

    /s/Patricia A. Wright  
    Patricia A. Wright

Sworn to before me this  
24th day of June, 2009

/s/Steven Sarnotsky  
Notary Public, State of New York  
No. 01SA6008581  
Qualified in New York County  
Commission Expires August 1, 2010

A/73074084.1

## Service List A

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Fax. No.: 212.310.8007<br>Attn: Richard P. Kransnow<br>     Lori R. Fife<br>     Shai Y. Waisman<br>     Jacqueline Marcus | MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Fax No.: 212.530.5219<br>Attn: Dennis F. Dune<br>     Dennis O'Donnell<br>     Evan Fleck<br>     Wilbur F. Foster, Jr. |