**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                :
            Debtors.                            :    (Jointly Administered)
                                                :
                                                :
----------------------------------------------------------------------x

**ORDER PURSUANT TO SECTIONS 105(a) AND 363(b)(1)**
**OF THE BANKRUPTCY CODE AUTHORIZING LEHMAN**
**BROTHERS HOLDINGS INC. TO PAY OFF PROMISSORY**
**NOTE FOR THE BENEFIT OF LB CARILLON CONSTRUCTION LLC**

Upon the motion, dated June 3, 2009 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to sections 105 and 363 of title 11 of the United States Code (the "Bankruptcy Code") for authorization to pay off that certain Promissory Note (the "Fortress Promissory Note"), dated as of April 30, 2008, by and between LB Carillon Construction LLC and Fortress Credit Corp. (the "Loan Pay-Off"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered February 13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to sections 105(a) and 363(b)(1) of the Bankruptcy Code, the Loan Pay-Off is approved, and LBHI is authorized (i) to consummate all of the transactions contemplated thereby, including the payment to Fortress of all amounts due and owing under the Fortress Promissory Note, and execute and deliver such documents and instruments of transfer and to take such other actions as may be reasonably necessary to consummate such transactions; and it is further

ORDERED that this Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed pursuant to Bankruptcy Rule 6004; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
      June 25, 2009

                                          *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE