UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                           :

In re                                               :        Chapter 11 Case No.
                                                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                                           :

                          Debtors.                  :        (Jointly Administered)
                                                           :
------------------------------------------------------------------x

**ORDER PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE
AUTHORIZING LEHMAN BROTHERS HOLDINGS INC. TO PURCHASE CERTAIN
FURNITURE, FIXTURES AND EQUIPMENT FROM BARCLAYS CAPITAL INC.**

        Upon the motion, dated June 4, 2009 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to sections 105(a) and 363 of title 11 of the United States Code (the "Bankruptcy Code"), for authorization to purchase certain furniture, fixtures and equipment from Barclays Capital Inc. ("Barclays"), pursuant to that certain letter agreement, dated as of June 4, 2009, between LBHI and Barclays (the "Letter Agreement") all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered February 13, 2009 governing case management and administrative procedures

[Docket No. 2837] to (i) the United States Trustee for the Southern District of New York, (ii) the attorneys for the Official Committee of Unsecured Creditors, (iii) the Securities and Exchange Commission, (iv) the Internal Revenue Service, (v) the United States Attorney for the Southern District of New York, (vi) Barclays; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and it appearing that the Letter Agreement has been negotiated and entered into in good faith and at arms' length; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

        ORDERED that the Motion is granted; and it is further

        ORDERED that, in accordance with section 105(a) and 363 of the Bankruptcy Code, LBHI is authorized to enter into the Letter Agreement and to perform the obligations thereunder including, but not limited to, the payment of the consideration described in the Letter Agreement and the purchase of the Transferred FF&E on the terms described therein; and it is further

        ORDERED that any stay imposed by Bankruptcy Rule 6004(h) is hereby waived and this Order shall be immediately effective and enforceable; and it is further

        ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are satisfied; and it is further

3

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
June 25, 2009

           *s/ James M. Peck*
           UNITED STATES BANKRUPTCY JUDGE