**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| _____ ) | | |
| In re: ) | | Chapter 11 |
| ) | | |
| **LEHMAN BROTHERS** ) | | Case No. 08-13555 (JMP) |
| **HOLDINGS INC.,** *et al.*, ) | | |
| ) | | Jointly Administered |
| Debtors. ) | | |
| _____ ) | | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that the undersigned hereby withdraws its appearance in this case on behalf of the Pension Benefit Guaranty Corporation, and requests that the undersigned be removed from the ECF and any other service in this case. Please remove the names, mailing addresses, and e-mail addresses listed below from the mailing lists and the Court's ECF system for this case:

| | |
|---|---|
| Colin B. Albaugh, Esq. | Sara B. Eagle, Esq. |
| Office of the Chief Counsel | Office of the Chief Counsel |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation |
| 1200 K Street, N.W. | 1200 K Street, N.W. |
| Washington, D.C. 20005-4026 | Washington, D.C. 20005-4026 |
| albaugh.colin@pbgc.gov | eagle.sara@pbgc.gov |
| efile@pbgc.gov | efile@pbgc.gov |

Dated: Washington, D.C.
       June 24, 2009

Respectfully submitted,

  /s/ Colin B. Albaugh
SARA B. EAGLE
COLIN B. ALBAUGH (CA 3283)
Attorneys
PENSION BENEFIT GUARANTY
 CORPORATION
Office of the Chief Counsel
Ph: (202) 326-4020, ext. 3176
Fax: (202) 326-4112

Attorneys for the Pension Benefit Guaranty
 Corporation