UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | Case No 08-13555 (JMP) |
| | : | |
| **Debtors.** | : | (Jointly Administered) |

---------------------------------------------------------------------x

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES AND RESERVATION OF RIGHTS

   Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Nixon Peabody, LLP, hereby gives notice of their entry of appearance on behalf of Mitsui-MOL, and requests that all notices, pleadings, motions, applications and other documents filed and/or served in this case (including, without limitation, all notices described in Rule 2002 of the Bankruptcy Rules, all disclosure statements and all plans of reorganization) be sent to the following address:

> Dennis J. Drebsky
> Nixon Peabody LLP
> 437 Madison Avenue
> New York, New York  10022
> Fax No. (212) 940-3111
> E-mail:  ddrebsky@nixonpeabody.com

   Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this creditor's right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this creditor's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) this creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this creditor is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this creditor expressly reserves.

Dated this 25th day of June, 2009

> Nixon Peabody LLP
>
> By: /s/ Dennis J. Drebsky_____
>   Dennis J. Drebsky
>   (ddrebsky@nixonpeabody)
>   437 Madison Avenue
>   New York, NY  10022
>   Tel. (212) 940-3091
>   Fax (212) 940-3111
>
> *Attorneys for Mitsui-MOL*

N1119543.1