Richard L. Wynne (RW-5630)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Kapalua Bay, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re:                                              )
                                                    )   Case No. 1:08-bk-13555
LEHMAN BROTHERS HOLDINGS, INC.,  )
et al.,                                             )   Chapter 11
                                                    )
        Debtors.                                    )
                                                    )
------------------------------------------------------- x

**WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM ECF SERVICE**

PLEASE TAKE NOTICE that the undersigned, formerly a partner with Kirkland & Ellis LLP, hereby withdraws his appearance in this case on behalf of Kapalua Bay, LLC, and requests that the undersigned be removed from the ECF and any other service in this case.  Please remove the name, mailing address and email address listed below from the mailing lists and the Court's ECF system for this case:

Richard L. Wynne
Kirkland & Ellis LLP
777 S. Figueroa Street, #3700
Los Angeles, CA 90017
rwynne@kirkland.com

Dated: Los Angeles, California          JONES DAY
       June 22, 2009


                                        By:  /s/ *Richard L. Wynne*
                                             Richard L. Wynne  (RW-5630)

                                        Attorneys for Kapalua Bay, LLC

LAI-3031909v1