David I. Swan
Kenneth M. Misken (KM1257)
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102
Tel:   703.712.5481
Fax:   703.712.5287
dswan@mcguirewoods.com
kmisken@mcguirewoods.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>Debtors. | Chapter 11<br>Case No. 08-13555(JPM)<br>Jointly Administered |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Kenneth M. Misken hereby gives notice of the withdrawal of his appearance on behalf of Sprint Solutions, Inc.

Dated:  June 26, 2009                       Respectfully submitted,

*/s/ Kenneth M. Misken*
David I. Swan
Kenneth M. Misken (KM1257)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Tel:   703.712.5000
Fax:   703.712.5050
dswan@mcguirewoods.com
kmisken@mcguirewoods.com

*Counsel for Sprint Solutions, Inc.*

### CERTIFICATE OF SERVICE

I certify that on June 26, 2009, a copy of the foregoing Notice of Withdrawal was served electronically on those interested parties by the Court's CM/ECF notification service.

*/s/ Kenneth M. Misken*

\9551101.1                                      1