LOVELLS LLP
Christopher R. Donoho, III
Matthew P. Morris
590 Madison Avenue
New York, New York 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

*Attorneys for Centerbridge Credit Partners LP and Centerbridge Credit Partners Master LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDING INC., et. al.,

              Debtors.

Chapter 11

Case No. 08-13555 (jmp)

(Jointly Administered)

---------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

    I, Kevin Sketch, being duly sworn, depose and say that I am over the age of eighteen years, am employed at the law firm of Lovells LLP, and am not a party to this action.

    That on the 26th day of June, 2009, I caused true and correct copies of a Joinder of Centerbridge Credit Partners LP and Centerbridge Credit Partners Master LP to the Objection of Mizuho Investors Securities Co., Ltd to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and manner of Notice Thereof and Approval of the Proof of Claim Form, to be served via hand delivery upon the chambers of Honorable James M. Peck, The United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004.

    In addition, on the 25th day of June, 2009, I caused true and correct copies of a Joinder of Centerbridge Credit Partners LP and Centerbridge Credit Partners Master LP to the Objection of

- 2 -

Mizuho Investors Securities Co., Ltd to the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and manner of Notice Thereof and Approval of the Proof of Claim Form, to be served via first-class mail upon the following: (i) Weil Gotshal & Manges LLP, Attn: Richard P. Krasnow, Esq. Lori R. Fife, Esq., Shai Y. Waisman, Esq., Jacqueline Marcus, Esq., 767 Fifth Avenue, New York, New York, 10153; (ii) Office of the United States Trustee for the Southern District of New York, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., Tracy Hope Davis, Esq., 33 Whitehall Street, 21st Floor, New York, New York 10004; and (iii) Milbank, Tweed, Hadley, & McCloy LLP, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, 1 Chase Manhattan Plaza, New York, New York 10005; and (iv) Stroock & Stroock & Lavan LLP, Attn: Lawrence M. Handelsman, Esq., Irina Gomelskaya, Esq., 180 Maiden Lane, New York, New York 10038.

_____
Kevin Sketch

Sworn to before me this
26th day of June, 2009

_____
Notary Public

Yevgenia Paikine
Notary Public, State of New York
No. 02PA6180726
Qualified in New York County
Term Expires: January 14, 2012