CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for Autonomy Capital Research LLP,
Autonomy Master Fund Limited and Autonomy
Rochevera One Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                         :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                      :    **08-13555 (JMP)**
:
**Debtors.**                                                      :    **(Jointly Administered)**
:
:    **CERTIFICATE OF SERVICE**
------------------------------------------------------------------x

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 23rd day of June 2009, the Joinder of Autonomy Master Fund Limited and Autonomy Rochevera One Limited to the Objection of Barclays Capital Inc. to Debtors' Notice of Evidentiary Hearing in Connection with the Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form dated June 23, 2009 was served by facsimile upon:

| To | At | Fax | Phone |
|---|---|---|---|
| Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |

| To | At | Fax | Phone |
|---|---|---|---|
| Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq. | Office of the United States Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5219 | 212-530-5000 |

Dated: New York, New York
June 24, 2009

/s/Richard V. Conza
Richard V. Conza