DUANE MORRIS LLP
Lawrence J. Kotler, Esq.
John Dellaportas, Esq.
Junghye June Yeum, Esq.
1540 Broadway
New York, New York 10036
Tel: (212) 692-1000
Fax: (212) 692-1020
*Attorneys for National Agricultural Cooperative Federation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                     :    Chapter 11
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*                :    08-13555 (JMP)
                                                           :
                    Debtors.                               :    Jointly Administered
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND DEMAND FOR SERVICE

PLEASE TAKE NOTICE that John Dellaportas, Esq., of the firm of Duane Morris LLP, hereby withdraws his appearance and demand for service of papers in the above-captioned action on behalf of **National Agriculture Cooperative Federation**. Mr. Dellaportas further respectfully requests the removal of his name from all service lists and the discontinuance of electronic notification with regard to this case via the Court's ECF system to his email addresses at dellajo@duanemorris.com.

Dated: June 26, 2009

                                        DUANE MORRIS, LLP
                                                    /s/
                                        By: _____
                                        John Dellaportas, Esq. (JD-5427)
                                        1540 Broadway
                                        New York, NY 10036
                                        Tele.: (212) 692-1000

DM3\1045524.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                               :     Chapter 11
                                                     :
LEHMAN BROTHERS HOLDINGS INC., et al.                :     Case No. 08-13555 (JMP)
                                                     :
         Debtors.                                    :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of June, 2009, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Demand for Service of Papers to be served upon all parties listed below by first-class mail, postage prepaid, and upon all other parties by ECF electronic notice:

| Counsel for Debtors: | Counsel for Official Committee of Unsecured Creditors: |
|---|---|
| Harvey R. Miller, Esquire<br>Jacqueline Marcus, Esquire<br>Shai Waisman, Esquire<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | James Tecce, Esquire<br>Susheel Kirpalani, Esquire<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| United States Trustee<br>Andrew D. Velez-Rivera, Esquire<br>33 Whitehall Street, 21st floor<br>New York, NY 10004 | Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.<br>Jeffery S. Margolin, Esquire<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 |

/s/
_____
John Dellaportas, Esq.

DM3\1045507.1