Hearing Date: June 29, 2009 at 2:00 p.m. (EST)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Brett H. Miller
Todd M. Goren

*Attorneys for Chinatrust Commercial Bank, Cathay United Bank Company Limited, UBS AG, Taipei Branch, Bank SinoPac Co., Ltd., Ta Chong Bank Ltd., Chinfon Commercial Bank, Bank of Kaohsiung Co., Ltd., Entie Commercial Bank, First Commercial Bank, Union Bank of Taiwan, Far Eastern International Bank, Taichung Commercial Bank Co., Ltd., Citibank, Taipei Branch, Citibank Taiwan Limited, Taishin International Bank, Taishin International Bank, Hong Kong Branch, Taishin Securities Co., Ltd., Taishin Securities (Hong Kong) Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

**JOINDER TO THE OBJECTION OF MIZUHO INVESTORS SECURITIES CO., LTD. TO MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(C)(3), FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER OF NOTICE THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM**

Chinatrust Commercial Bank, Cathay United Bank Company Limited, UBS AG, Taipei Branch, Bank SinoPac Co., Ltd., Ta Chong Bank Ltd., Chinfon Commercial Bank, Bank of Kaohsiung Co., Ltd., Entie Commercial Bank, First Commercial Bank, Union Bank of Taiwan, Far Eastern International Bank, Taichung Commercial Bank Co., Ltd., Citibank, Taipei Branch, Citibank Taiwan Limited, Taishin International Bank, Taishin International Bank, Hong Kong Branch, Taishin Securities Co., Ltd., Taishin Securities (Hong Kong) Co. (collectively, the

ny-878148

"Institutions"), by and through their undersigned counsel, submit this joinder (the "Joinder") to the Objection (the "Mizuho Objection") of the Mizuho Investors Securities Co., Ltd. to the Debtors' motion for establishment of the deadline for filing proofs of claim, approval of the form and manner of notice thereof and approval of the proof of claim form (the "Bar Date Motion"). In support thereof, the Institutions respectfully represent as follows:[1]

1. On May 26, 2009, the Debtors filed the Bar Date Motion. Following a hearing on June 24, 2009, the Court adjourned the Bar Date Motion and scheduled an evidentiary hearing for June 29, 2009 (the "Evidentiary Hearing") to consider the relief requested therein.

2. The Institutions agree with the legal arguments and assertions set forth in the Mizuho Objection. In particular, the Institutions object to the relief requested in the Bar Date Motion to the extent that it requires the individual beneficial holders of guarantee claims to each file separate proofs of claim. As set forth in the Mizuho Objection, the Proposed Bar Order should clearly state that the Record Holders shall be considered authorized parties to file proofs of claim with respect to guarantee claims. Absent such language, the claims register will undoubtedly be flooded with claims by the beneficial holders, thereby requiring substantial additional effort by both the Debtors and the claims register to sort through the duplicative claims.

3. The Institutions therefore join in the Mizuho Objection and incorporate by reference all arguments raised in the Mizuho Objection. The Institutions further reserve all rights to be heard before the Court at the Evidentiary Hearing with respect to the Bar Date Motion, the Mizuho Objection and this Joinder.

---

[1] All capitalized terms not otherwise defined herein have the meaning ascribed to them in the Bar Date Motion and the Mizuho Objection.

WHEREFORE, the Institutions respectfully request that the Court sustain the Mizuho Objection, and grant such other and further relief as this Court deems just and proper.

Dated: New York, New York
June 26, 2009

                    MORRISON & FOERSTER LLP

By:    */s/ Brett Miller*_____
Brett H. Miller
Todd M. Goren
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for Chinatrust Commercial Bank, Cathay United Bank Company Limited, UBS AG, Taipei Branch, Bank SinoPac Co., Ltd., Ta Chong Bank Ltd., Chinfon Commercial Bank, Bank of Kaohsiung Co., Ltd., Entie Commercial Bank, First Commercial Bank, Union Bank of Taiwan, Far Eastern International Bank, Taichung Commercial Bank Co., Ltd., Citibank, Taipei Branch, Citibank Taiwan Limited, Taishin International Bank, Taishin International Bank, Hong Kong Branch, Taishin Securities Co., Ltd., Taishin Securities (Hong Kong) Co.*