UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | ) Case No. 08-13555 (JMP) |
|  | ) |
|  | ) Jointly Administered |
|  | ) |
| Debtors. | ) |
|  | ) |

**AFFIDAVIT OF SERVICE**

State of New York  )
                   )  ss.:
County of New York )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas, New York, NY 10104.

2. On June 26, 2009, I caused to be served a true and correct copy of the following document upon the parties listed on Exhibit A attached hereto by overnight courier:

- Joinder to the Objection of Mizuho Investors Securities Co., Ltd. to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form [Docket No. 4196]

/s/ Laura Guido
Laura Guido

Sworn to before me on this
26th day of June 2009

/s/ Robin Riley
Notary Public

ROBIN RILEY
Notary Public, State of New York
No. 01RI6127004
Qualified in New York County
Commission Expires May 23, 2013

ny-878530

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004
Attn:   Chambers of Hon. James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn:   Andrew D. Velez-Rivera, Esq.
        Paul K. Schwartzberg, Esq.
        Brian S. Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Shai Waisman, Esq.
        Jacqueline Marcus, Esq.
        Lori R. Fife, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

ny-878530