**UNOFFICIAL TRANSLATION**

<u>By registered mail</u>

4 June 2009,

Dear Shareholder and/or Warrantholder,

Re:    <u>Easdaq N.V. – Annual General Meeting of Shareholders of June 25, 2009</u>

The Annual General Meeting of the Shareholders of Easdaq N.V. (the "Company") will take place on **June 25, 2009 at 10 a.m**. at the registered offices of the Company.

In this respect, please find enclosed the notice for this meeting and the annexes in Dutch and in English.

If, as a shareholder, you cannot attend the meeting, you may give a power of attorney by letter, facsimile or any other written instrument. The proxyholder does not have to be a shareholder. A proxy form to be executed by you if you chose to be represented at the meeting is attached to the notice. Please ensure that a duly signed proxy is returned by <u>June 22, 2008</u> to my attention.

Please do not hesitate to contact us (tel: +49(0)30 31109137, fax: +49(0)30 31109178; email:  <u>investor-relations@equiduct-systems.com)</u>,  should  you  require  any  further information.

Sincerely yours,



Artur Fischer
Chief Executive Officer



# EASDAQ

Lehman Brothers Holdings Plc
Mr. Xavier Rolet
Managing Director
25 Bank street
London E14 5LE
United Kingdom

<u>Per Aangetekend Schrijven</u>

4 Juni 2009,

Geachte aandeelhouder en/of warranthouder,

<u>Betreft</u>: Easdaq N.V. – Jaarvergadering van Aandeelhouders van 25 Juni 2009

De jaarlijkse algemene vergadering van de aandeelhouders van Easdaq N.V. (de "Vennootschap") en zal plaatsvinden op **25 juni 2009** om **10 uur** op de zetel van de vennootschap.

Gelieve in dat verband als bijlage de oproeping tot de algemene vergadering aan te treffen, alsmede de bijlagen in het Nederlands en het Engels.

Indien u als aandeelhouder niet aan de vergaderingen kan deelnemen, dan kan u een volmacht geven per brief, fax of op enige andere schriftelijke wijze. De volmachthouder hoeft geen aandeelhouder te zijn. Een vorm van volmachtformulier dat daartoe door u ondertekend moet worden – indien u ervoor kiest om op de vergadering vertegenwoordigd te zijn – is aangehecht bij deze oproeping. Gelieve een ingevulde en ondertekende volmacht aan ons te bezorgen <u>tegen 22 juni 2007</u>, ter mijner attentie.

Aarzel niet om contact met ons op te nemen (tel: +49(0)30 31109137, fax: +49(0)30 31109178; email: <u>investor-relations@equiduct-systems.com</u>), indien u bijkomende informatie behoeft.

Met de meeste hoogachting,



Artur Fischer
Gedelegeerd Bestuurder

RECEIVED
JUN 16 2009
U.S. BANKRUPTCY COURT, SDNY

EASDAQ n.v.
De Jonge St. Jacob
Lei 19/11 • B-3000 Leuven • Belgium
Tel.: +32 (0)16 28 41 10 • Fax: +32 (0)16 28 41 11

# EASDAQ NV

Maatschappelijke zetel: Lei 19 Bus 11,

B-3000 Leuven, België

RPR Leuven 0455.240.893

---

## UITNODIGING VOOR DE GEWONE ALGEMENE VERGADERING VAN AANDEELHOUDERS VAN EASDAQ NV VAN 25 JUNI 2009

---

Per aangetekend schrijven.
De Bijlagen maken integraal uit van deze uitnodiging.

Hierbij worden de aandeelhouders, warranthouders, bestuurders en commissaris van EASDAQ NV (de "**Vennootschap**") uitgenodigd voor een gewone algemene vergadering van de Vennootschap die zal plaatsvinden op de maatschappelijke zetel van de Vennootschap (Lei 19, Bus 11, 3000 Leuven) **om 10u op 25 juni 2009**, om te beraadslagen en te beslissen over de punten en voorstellen die hierna zijn uiteengezet.

## AGENDA

1. Kennisname van het Gecombineerd Verslag, bestaande uit het Jaarverslag van de Raad van Bestuur van de Vennootschap voor het boekjaar eindigend op 31 december 2008 en het Bijzonder Verslag van de Raad van Bestuur overeenkomstig artikel 633 van het Wetboek van Vennootschappen in verband met de voortzetting van de activiteiten van de Vennootschap indien het netto-actief gedaald is tot minder dan een vierde van het maatschappelijk kapitaal (Bijlage 1); kennisname van de maatregelen die door de Raad van Bestuur worden voorgesteld om de financiële situatie van de Vennootschap te herstellen.

2. Beslissing ingevolge artikel 633 van het Wetboek van Vennootschap; voorstel om het voorstel tot voortzetting van de activiteiten van de Vennootschap goed te keuren.

3. Kennisname van het verslag van de commissaris voor het boekjaar eindigend op 31 december 2008 (Bijlage 2).

4. Kennisname en goedkeuring van de jaarrekening van de Vennootschap (Bijlage 3) voor het boekjaar eindigend op 31 december 2008 en beslissing over de bestemming van het verlies.

5. Kwijting te verlenen aan bestuurders en aan de commissaris.

6. Ontslag en benoeming van bestuurders voor een maximumtermijn van zes jaar.

7. Bepaling van de bezoldiging van bestuurders.

8. Machtiging aan mevrouw Diane Bils, vertegenwoordiger van Accounting & Tax Partners BVBA, met mogelijkheid tot indeplaatsstelling, om de nodige formaliteiten te vervullen bij de Kruispuntbank voor Ondernemingen, het ondernemingsloket en de administratie van de belasting over de toegevoegde waarde, indien noodzakelijk.

9. Varia.

In overeenstemming met artikel 30 van de statuten, heeft de Raad van Bestuur de vorm van de volmacht vastgesteld. Gelieve als <u>Bijlage 4</u> een kopie te vinden van het volmachtformulier dat kan ingevuld en overgemaakt worden aan de maatschappelijke zetel van de Vennootschap, <u>ten laatste tegen 22 juni 2009</u>.

De Raad van Bestuur stelt voor dat de aandeelhouders bovenstaande voorstellen goedkeuren; in dat verband wordt verwezen naar wat is uiteengezet in de aangehechte verslagen van de Raad van Bestuur en de commissaris.

4 juni 2009,

Voor de Raad van Bestuur,

Door:            Artur Fischer
Functie:         Afgevaardigd bestuurder

Bijlage 1:    Gecombineerd verslag van de Raad van Bestuur, bestaande uit het Jaarverslag van de Raad van Bestuur voor het boekjaar eindigend op 31 december 2008 en het Bijzonder Verslag van de Raad van Bestuur ingevolge artikel 633 van het Wetboek van Vennootschappen in verband met de voortzetting van de activiteiten van de Vennootschap ingeval het netto-actief van de Vennootschap minder bedraagt dan een vierde van het maatschappelijk kapitaal;

Bijlage 2:    Verslag van de commissaris van het boekjaar eindigend op 31 december 2008;

Bijlage 3:    Jaarrekening voor het boekjaar eindigend op 31 december 2008;

Bijlage 4:    Volmachtformulier.

# EASDAQ NV

Registered office: Lei 19 Box 11,

B-3000 Leuven, Belgium

RPR Leuven 0455.240.893

---

### NOTICE FOR THE ANNUAL GENERAL MEETING OF THE SHAREHOLDERS OF EASDAQ NV OF JUNE 25, 2009

---

By registered mail.
The Exhibits are an integral part of this notice.

Notice is hereby given to the shareholders, warrantholders, directors and statutory auditor of EASDAQ NV (the "**Company**") for the annual general meeting of the Company's shareholders to be held in the registered office of the Company (Lei 19, Box 11, 3000 Leuven) at **10.00 a.m.** on **June 25, 2009**, to discuss and decide on the points and proposals set out in the following agenda.

## AGENDA

1. Consideration of the Combined report, comprising the Annual Report of the Board of Directors of the Company for the financial year ending December 31, 2008 and the Special Report of the Board of Directors pursuant to Article 633 of the Belgian Company Code regarding the continuation of the activities of the Company in case the net assets of the Company are reduced to less than a quarter of the capital (Exhibit 1); consideration of the measures proposed by the Board of Directors for the restoration of the Company's financial situation.

2. Decision pursuant to Article 633 of the Belgian Company Code; proposal to approve the continuation of the activities of the Company.

3. Consideration of the Auditor's Report for the financial year ending December 31, 2008 (Exhibit 2).

4. Consideration and approval of the Company's annual accounts (Exhibit 3) for the financial year ending on December 31, 2008 and decision on attribution of net loss.

5. Discharge of the Directors and of the Auditor.

6. Dismissal and Appointment of Directors for a maximum term of six years.

7. Determination of remuneration of Directors.

8. Authorization to Ms. Diane Bils, representative of Accounting & Tax Partners, with power of substitution, to fulfill the necessary formalities in connection with the "Kruispuntbank voor

-1-

# EASDAQ N.V.

Lei 19 Bus 11, B-3000 Leuven, België
RPR Leuven 0455.240.893

## GECOMBINEERD VERSLAG VAN DE RAAD VAN BESTUUR AAN DE AANDEELHOUDERS VAN DE VENNOOTSCHAP OPGESTELD OVEREENKOMSTIG ARTIKEL 95 AND ARTIKEL 633 VAN HET BELGISCH WETBOEK VAN VENNOOTSCHAPPEN TEN BEHOEVE VAN DE JAARLIJKSE VERGADERING VAN AANDEELHOUDERS VAN 25 JUNI 2009

**Dit jaarverslag geeft een overzicht van de financiële prestaties van Easdaq gedurende 2008 en bevat ook een overzicht van de maatregelen die de Raad van Bestuur zal ondernemen om de financiële situatie van de Vennootschap te herstellen.**

Beste aandeelhouders:

Terwijl wij verleden jaar nog optimistisch konden vooruitkijken naar de opportuniteiten die zich aandienden in de markt en dus naar de toekomst van de Vennootschap, nopen de ontwikkelingen over het voorbije jaar er ons toe om veel meer voorzichtig te zijn en een minder rooskleurig beeld van de toestand van de Vennootschap te schetsen. Het is namelijk een feit dat de Vennootschap haar vastgelegde doelstellingen voor het boekjaar 2008 niet heeft gehaald en aldus niet in staat was haar Ondernemingsplan uit te voeren zoals was voorgenomen.

In april 2008 slaagde de Vennootschap er wel in om haar VBBO-produkt ("Volume Weighted Best Bid and Offer" of "Beste Gewogen Bied- en Laat Prijs") te verspreiden via haar website (ook wel een zgn. "consolidated tape" of "geconsolideerde prijsverschaffing" genoemd). Sinds juni 2008 wordt deze informatie ook via Reuters verspreid en via andere distributeurs van marktinformatie middels contracten aangegaan door Börse Berlin AG. De verspreiding van deze informatie toonde voor het eerst op een duidelijke en objectieve manier dat er wel degelijk significante fragmentatie bestaat in de Europese verhandeling van aandelen. Het toonde meteen ook de potentiële voordelen van het gebruik van zogenaamde "smart order routers" om de orders op de best mogelijke plaats te verhandelen (inclusief de nieuwe MTFs) of om het PartnerEx systeem van Equiduct te gebruiken om steeds de garantie te hebben van de best mogelijke prijs. De mogelijke financiële voordelen van dergelijke verhandelingsstrategie voor de eind-investeerder waren, op basis van deze informatie, aanzienlijk. Dit produkt werd op het voorziene tijdstip opgeleverd, maar het kreeg pas de nodige aandacht in het vierde kwartaal van 2008 toen het beter beschikbaar werd (o.a. via Bloomberg) en toen de discussies omtrent de noodzaak van een geconsolideerde Europese prijslijst ("consolidated tape") het publieke debat begonnen te beheersen. Börse Berlin, onze hoofdaandeelhouder en zakenpartner, ondersteunde het produkt verder door een marketing campagne vanaf december 2008. De VBBO werd ook de hefboom voor de ontwikkeling van een serie geconsolideerde marktinfomatieprodukten die momenteel aan potentiële distributeurs van marktinformatie en grote financiële instellingen worden aangeboden. Daardoor zijn de marktinformatie-produkten, die uiteindelijk een neven-effect waren van de verhandeling van aandelen, uitgegroeid tot een aparte onafhankelijke activiteit met haar eigen winst- en verliesrekening.

De ontwikkeling van verhandelingsdiensten is minder positief verlopen in 2008, omdat de lancering van het verhandelingsplatform, oorspronkelijk voorzien voor de zomer van 2008, verschillende keren diende uitgesteld te worden.   Vanuit technologisch oogpunt werd de aanzienlijke upgrade van het platform dat werd opgestart in 2006 binnen budget opgeleverd in 2008.   Als gevolg daarvan beschikt de Vennootschap nu over een geavanceerd functioneel platform dat kan wedijveren met de beste verhandelingssystemen in de wereld op gebied van performantie, capaciteit en robuustheid.   Het herhaaldelijk uitstel waarvan hoger sprake is essentieel te wijten aan drie externe factoren.   De belangrijkste uitdaging bestond erin om de beursleden tijdig technisch aan te sluiten op het nieuw platform.  In de optiek werd het Equiduct project gehinderd door het feit dat een aantal andere multilaterale verhandelingsplatformen (MTFs), die bovendien meer invloedrijke sponsors hadden, op hetzelfde moment werden gelanceerd, met name Turquoise (oorspronkelijk initiatief van negen grote investeringsbanken), BATS Europe en NasdaqOMX Europe.  Omdat er een zekere overlapping was tussen de leden van deze 3 MTFs en de potentiële leden van Equiduct, hadden de beslissingen over de prioritisatie van de diverse projecten binnen deze firma's een negatieve impact op de timing van het Equiduct project. Ten tweede werd de lancering van het Equiduct-project gehinderd door het Duitse regelgevend kader waaraan de markt is onderworpen.   Doordat er geen geharmoniseerde Europese wetgeving bestaat voor vereffeningsdiensten ("clearing"), koos de Duitse toezichthouder ervoor om een zeer strikte houding aan te nemen ten opzichte van niet-Duitse instellingen die vereffeningsdiensten wilden aanbieden aan de leden van een Duitse gereglementeerde markt. Daardoor moesten zowel de Franse vereffenaar LCH.Clearnet SA als de Engelse vereffenaar LCH.Clearnet Ltd. een langdurig proces ondergaan om de toelating te verkrijgen als vereffeningsinstellingen voor Börse Berlin AG (die het regelgevend kader voor de Equiduct-markt voorziet).  De laatste toelating werd pas in maart 2009 verleend.   De derde en misschien meest belangrijkste reden had te maken met de enorme chaos waarin de financiële markten terecht kwamen na het faillissement van Lehman Brothers.   De financiële crisis had op verschillende manieren een impact op onze activiteiten, met name door de vermindering van de totale handelsvolumes met meer dan de helft, de opschorting van nieuwe projecten bij de banken en investeringsfirma's en de focus van deze firma's op de kernactiviteiten.

Omwille van die redenen kon de Vennootschap slechts op 20 maart 2009 starten met een zogenaamde technische lancering ("soft launch") van het verhandelingssysteem en het zal nog verschillende maanden duren vooraleer basisliquiditeit beschikbaar zal zijn.

Los van de hoger vermelde redenen voor de vertraging, werd het Equiduct project ook gehinderd door een gebrek aan gevoeligheid van bemiddelaars voor de "beste uitvoeringsverplichting" (best execution) van MiFID.  Bemiddelaars zijn eerst en vooraleer gefocust op de beperking van hun eigen kosten en veel minder – sommigen zelfs helemaal niet – op het verkrijgen van de beste deal voor hun cliënten.   Daardoor was het moeilijker dan verwacht om ons premium-product, PartnerEx, aan de man te brengen.   PartnerEx garandeert namelijk een betere prijs (en dus een kostenbesparing voor) de eindbelegger, maar op een manier die in licht hogere verwerkingskosten kan resulteren voor de bemiddelaar.

Tenslotte dient vermeld dat de gelijktijdige start van verschillende nieuwe MTFs in een krimpende markt, samen met defensieve reacties van de traditionele beurzen, een prijsoorlog hebben veroorzaakt waarbij bepaalde platformen hun diensten gratis aanbieden of zelfs een deel van hun diensten tijdelijk subsidiëren. Hoewel deze situatie slechts tijdelijk kan zijn, zal ze toch tot gevolg hebben dat

platformen die niet over de aanzienlijke reserves beschikken die nodig zijn om te wachten op de terugkeer van een meer rationele en duurzame prijsstructuur hun activiteiten zullen moeten stopzetten.

Als gevolg van hetgeen hierboven werd vermeld verkeert Easdaq momenteel in een tegenstrijdige situatie. Voor het eerst in 6 jaar is de Vennootschap in staat om een volledig pakket verhandelingsdiensten aan te bieden en dan nog middels een systeem dat ideaal geschikt is in de gefragmenteerde markt die we sinds de inwerkingtreding van MiFID kennen. Anderzijds heeft de Vennootschap niet de financiële reserves om te kunnen concurreren in het huidig klimaat zonder bijkomende financiering van de huidige aandeelhouders of van nieuwe strategische partners. De meerderheidsaandeelhouder van de Vennootschap, Börse Berlin AG, heeft intussen besloten om geen verdere financiering te voorzien voor de Vennootschap.

Onder de leiding van de Raad van Bestuur is de Vennootschap daarom bezig om verschillende alternatieven te bestuderen om de overlevingskansen van de onderneming in deze moeilijke omstandigheden veilig te stellen. Aldus werden al belangrijke stappen gezet om de kosten van de Vennootschap aanzienlijk te verminderen en om de aandacht toe te spitsen op de activiteiten die op korte termijn de noodzakelijke inkomsten kunnen genereren. Onder meer werd een collectieve ontslagprocedure opgestart bij de dochtervennootschap Equiduct Systems Ltd. op 8 mei 2009. De Vennootschap is ook momenteel in gesprek met diverse partijen met het oog op het verkrijgen van bijkomende financiering en/of samenwerking bij de verdere ontwikkeling van bepaalde of alle van de door de Vennootschap aangeboden producten. Hoewel er geen garantie is op het succesvol afronden van deze gesprekken, is de Raad van Bestuur momenteel van oordeel dat de toekomst van de Vennootschap kan veilig gesteld worden – desnoods in een veel beperktere omvang – zodat haar technologie verder kan gebruikt worden om een breed gamma aan diensten aan te bieden in de toekomst.

KM Services NV
Vertegenwoordigd door Rob Kuijpers
Voorzitter

**WETTELIJKE INFORMATIE**

**3.1  Resultatenrekening (art. 96, 1° Wetboek Vennootschappen)**

Net zoals in 2007, genereerde de Vennootschap geen inkomsten uit verhandelings- of marktinformatiediensten in 2008. De Vennootschap had evenwel andere bedrijfsopbrengsten ten bedrage van EUR 1.064.393,05, voornamelijk ten gevolge van diensten verricht ten behoeve van de meerderheidsaandeelhouder Börse Berlin AG. De Vennootschap had ook uitzonderlijke opbrengsten van EUR 174.317,77, voornamelijk als gevolg van een schikking met een verzekeringsfirma die een procedure van vrijwillige en ordelijke vereffening was opgestart.

De kosten in verband met de verloning van werknemers bleven nagenoeg onveranderd op EUR 342.635,4 in 2008 vergeleken met EUR 324.681,17 in het vorig boekjaar. Dit reflecteert het feit dat de Vennootschap slechts 2 werknemers had, gezien het personeel hoofdzakelijk wordt tewerkgesteld door de dochteronderneming Equiduct Systems Ltd.

Ingevolge een dienstenovereenkomst tussen de Vennootschap en Equiduct Ltd. voor technologie- en aanverwante diensten, die op 1 januari 2006 in werking is getreden, worden alle kosten die verband houden met de werking van de Engelse dochtervennootschap aan de Vennootschap gefactureerd met een redelijke marge. Het merendeel van de kosten van de Vennootschap geboekt onder diensten (Post 61) heeft dan ook betrekking op voormelde overeenkomst. In 2008 werd een totaal bedrag van EUR 8.992.190,04 gefactureerd door Equiduct Systems Ltd aan de Vennootschap, meer dan dubbel het bedrag van het vorige boekjaar (EUR 4.219.840,22). Deze evolutie is het gevolg van uitzonderlijke kosten die gemaakt werden in de "project fase" van het Equiduct project: een aanzienlijk deel van deze kosten zijn eenmalige ontwikkelingskosten die in 2009 niet zullen terugkeren.

De financiële kosten van de Vennootschap zijn aanzienlijk gestegen van EUR 245.894,45 tot EUR 597.438,65. Deze stijging is uitsluitend te wijten aan de uitzonderlijke wisselkoersverliezen van EUR 492.159,03 die werden veroorzaakt door wisselkoers hedging contracten die de Vennootschap in oktober 2007 heeft aangegaan om de blootstelling te verminderen aan de EUR/GBP wisselkoers (zie hieronder 3.4.5 voor meer details). Kosten in verband met schulden verminderden tot EUR 95.900 als gevolg van de terugbetaling of conversie van converteerbare obligaties in januari 2008.

Het verlies uit de gewone bedrijfsuitoefening voor belastingen bedraagt **EUR 10.071.366,11**, een aanzienlijke stijging ten aanzien van het verlies van EUR 5.585.217,36 in het vorige boekjaar. Het netto-verlies voor het boekjaar was **EUR 10.358.922,11** vergeleken met een netto-verlies van EUR 5.456.698,22 in het vorige boekjaar. Het verschil is voornamelijk te wijten aan de toename van de uitgaven in verband met de verdere ontwikkeling van het verhandelingssysteem, zoals dit tot uiting komt in de merkelijk hogere factuur voor diensten vanwege onze dochteronderneming Equiduct Systems Ltd.

**3.2   Ontwikkeling van de Vennootschap (art. 96, 3° Wetboek Vennootschappen)**

Gedurende 2006 en tot aan het begin van 2007, heeft de Vennootschap alle warranten toegekend die beschikbaar waren onder het Aandelenoptieplan goedgekeurd door de Buitengewone Algemene Vergadering van de Vennootschap



van 27 juli 2005 of 496.142 warranten in totaal.    Deze warranten werden toegekend als een instrument van aanmoediging voor de leden van de Raad van Bestuur, senior management en bepaalde adviseurs van de Vennootschap aan een uitoefenprijs van EUR 0,2 per aandeel. Al de toegekende warranten zijn definitief verworven tengevolge van de wijziging van de controle over de vennootschap op 25 september 2007. Gedurende de eerste uitoefenperiode na de wijziging in controle (van 1 tot 31 maart 2008) hebben houders van 265.252 warranten hun rechten uitgeoefend om op een zelfde aantal aandelen van Categorie B in te schrijven. Gedurende de tweede uitoefenperiode (van 1 tot 31 maart 2009) hebben geen bijkomende warranthouders hun inschrijvingsrechten uitgeoefend.

### 3.3.    Belangrijke gebeurtenissen na het einde van het boekjaar (art. 96, 2° Wetboek Vennootschappen)

In maart 2009 heeft de Vennootschap een Achtergestelde Leningsovereenkomst ondertekend met haar meerderheidsaandeelhouder, Börse Berlin AG, voor een bedrag van EUR 1.650.000,2.    Het betreft hier de laatste schijf van een totaal bedrag van EUR 20 miljoen in financiering waartoe Börse Berlin zich contractueel had verbonden in een overeenkomst van 7 september 2007. Zoals hoger vermeld heeft Börse Berlin, de meerderheidsaandeelhouder, intussen beslist geen verdere financiering ter beschikking van de Vennootschap te stellen.

Op 28 april 2009 heeft de Raad van Bestuur gevraagd aan haar vertegenwoordigers in de Raad van Bestuur van de dochteronderneming Equiduct Systems Ltd. om een procedure voor collectief ontslag op te starten teneinde de werkingskosten drastisch te verminderen.    De procedure werd daadwerkelijk opgestart op 8 mei 2009.

### 3.4.    Balans

*1.    Activa*

De waarde van de vaste activa verminderde van EUR 534.744,99 tot EUR 731,12. Deze scherpe vermindering is vooral het gevolg van de beslissing van de Raad van Bestuur om de waarde van de immateriële vaste activa (voornamelijk software licenties) – die in het vorig boekjaar op EUR 532.000 stonden – af te boeken tot EUR 1, ingevolge de onzekerheid omtrent het vermogen om voldoende inkomsten te halen uit deze licenties in de toekomst. Het restbedrag van EUR 730,12 heeft betrekking op kantoormateriaal en computer hardware (verminderd door afschrijving ten opzichte van bedrag van EUR 2.744,99 vorig jaar).

Vlottende active bedroegen EUR 7.429.272,92, een vermeerdering van meer dan 2 miljoen euro ten opzichte van het vorige boekjaar (EUR 5.033.335,84), voornamelijk als gevolg van de stijging van de liquide middelen en geldbeleggingen op het einde van het jaar (EUR 4.280.305,51 versus EUR 2.643.579,28 in het vorig boekjaar).  De rest van het bedrag betreft vorderingen op derden, voornamelijk Equiduct Systems Ltd. (EUR 761.932,50) en tegen de Belgische Staat (FOD Financiën) voor een bedrag van EUR 2.211.631,37. Deze laatste vordering vormt een tegenboeking voor een schuld van hetzelfde bedrag onder Post 450/3 van de jaarrekening (vermeerderd met een kleinere vordering voor een BTW-terugbetaling) en heeft betrekking op een juridisch geschil tussen de Vennootschap en de fiscale autoriteiten in verband met de belastingaanslag voor het boekjaar 2004.

2.    *Passiva*

Het eigen vermogen verbeterde van EUR -2.026.122,92 tot EUR 2.896.626,91, zijnde het netto-effect van de bestemming van de vroegere en huidige verliezen enerzijds en de volstorting van het restant van de kapitaalverhoging van 25 september 2007 (EUR 13.124.999,30) alsmede twee bijkomende kapitaalverhogingen op 26 juni 2008 (van respectievelijk EUR 849.997,82 en EUR 53.050,40) anderzijds.

Op 31 december 2008 had de Vennootschap een totaal aan schulden van EUR 4.224.478,49 (vergeleken met EUR 7.199.788,75 vorig jaar) die voornamelijk bestaan uit:

- Een lening van EUR 1.370.000 vanwege Börse Berlin AG;
- Een belastingschuld van EUR 2.182.785,17 die door de Vennootschap wordt betwist en tegengeboekt is door een vordering voor hetzelfde bedrag onder Post 41 van de jaarrekening;
- Handelsschulden van EUR 447.392,59 die betrekking hebben op uitgaven gemaakt in 2008.

Het bedrag aan voorzieningen verminderde van EUR 394.415 in het vorige boekjaar to EUR 308.898,94.   Deze voorzieningen hebben betrekking op lopende geschillen waar de Vennootschap bij betrokken is.

3.    *Bestemming van het resultaat (artikel 96, 6° Wetboek Vennootschappen)*

Er wordt voorgesteld om het verlies op het einde van het boekjaar van EUR 10.358.922,11 over te dragen.

Doordat de balans van de Vennootschap een overgedragen verlies vertoont, heeft de Raad van Bestuur de toepassing van de waarderingsregels onder de veronderstelling van continuïteit opnieuw bestudeerd in overeenstemming met artikel 96, 6° van het Wetboek van Vennootschappen.  De Raad is van oordeel dat, hoewel er een risico kan bestaan voor de continuïteit van de Vennootschap ingevolge de mogelijke nood aan bijkomende middelen indien de doelstellingen van het huidig ondernemingsplan niet worden gehaald, de waarderingsregels die hieronder (IV.4) worden beschreven aangepast zijn gelet op de huidige stand van zaken van de Vennootschap.

4.    *Waarderingsregels*

Omdat het succes van de herlancering van de activiteiten van de Vennootschap nog steeds onduidelijk is, stelt de Raad van Bestuur voor om de huidige waarderingsregels voor activa niet aan te passen.   Daarenboven heeft de Raad van Bestuur beslist, gelet op de evolutie van de onderneming en de beslissing van de meerderheidsaandeelhouder om geen verdere middelen ter beschikking van de Vennootschap te stellen, om ook de waarde van immateriële vaste activa verworven van derden (software licenties) af te schrijven tot een symbolisch bedrag van 1 euro, omwille van de onzekerheid dat ooit voldoende inkomsten kunnen gehaald worden uit deze licenties.

5.    *Financiële Instrumenten / Hedge Contracten (artikel 96, 8° Wetboek Vennootschappen)*

In 2007, heeft de Vennootschap een aantal hedge-contracten gesloten om het risico van koersfluctuaties aangaande de pond/euro omwisselingskoers te beperken, gelet op het feit dat de kapitaaltoezeggingen en toekomstige



inkomsten in euro zijn terwijl de meeste kosten van de Vennootschap, vooral deze met betrekking tot haar Engelse dochteronderneming Equiduct Systems Ltd, in ponden moeten betaald worden.

In oktober 2007, heeft de Vennootschap met Fortis contracten gesloten in verband met zgn. Barrier Options ("Reverse Knock-In").   Er is geen kost verbonden aan deze put- en call opties die de Vennootschap beschermen tegen een appreciatie van de pond tegenover de euro aan de omwisselingskoers van oktober 2007 (EUR/GBP koers van 0.69). Dit werd op dat ogenblik geacht een voorzichtige maatregel te zijn omdat de inkomsten van de vennootschap in euro zijn (inclusief de nog te volstorten kapitaalinbreng), terwijl de kosten meestal in ponden zijn (voornamelijk door het dienstencontract dat de Vennootschap met Equiduct Systems Ltd. heeft afgesloten).   Doordat de euro sindsdien enkel in waarde is gestegen (tot een koers van 0.97 aan het einde van 2008) heeft de Vennootschap evenwel aanzienlijke verliezen geleden op deze contracten ten bedrage van EUR – 492.159,03.  De Barrier Options warden aangegaan voor een periode van 18 maanden en zullen dus een minder belangrijke impact hebben in 2009 (laatste contract is in maart 2009).

6.     *Onderzoek en ontwikkeling (artikel 96, 4° Wetboek Vennootschappen)*

De Vennootschap heeft geen specifieke onderzoeks- en ontwikkelingsactiviteiten uitgevoerd gedurende het boekjaar 2008, anders dan de ontwikkeling van software om haar ETS verhandelingsplatform verder op punt te zetten.  Geen kosten in verband met deze ontwikkeling werden geactiveerd voor het jaar 2008. De Vennootschap heeft enkel kosten geactiveerd indien deze betrekking hebben op de aankoop van software of licenties van derden: dit laatste vertegenwoordigde voor boekjaar 2008 een bedrag van EUR 84.000, maar dit werd vervolgens afgeschreven samen met de waarde van de andere immateriële activa verkregen van derden tot een waarde van 1 euro.

### 3.5.  Vrijstelling van de verplichting om een geconsolideerde jaarrekening op te stellen overeenkomstig artikel 112 van het Wetboek van Vennootschappen

De Vennootschap geniet van een vrijstelling onder artikel 112 van het Wetboek van Vennootschappen, waardoor ze gerechtigd is om geen geconsolideerde jaarrekening op te stellen omdat ze deel uitmaakt van een "kleine groep" zoals gedefinieerd in artikel 16 van het Wetboek van Vennootschappen.

### 3.6.  Mededeling van mogelijke belangenconflicten ingevolge artikel 523, §1, alinea 2 van het Wetboek Vennootschappen

Volgende verklaringen werden gemaakt:

Raad van Bestuur van 15 April 2008

*Voorgestelde wijzigingen aan de Onderschrijvingsovereenkomst van 7 september 2007*

*Twee bestuurders, AF en JW, delen aan de Raad mee dat zij een mogelijk belangenconflict hebben omtrent deze materie.*

AF deelt aan de Raad de door Börse Berlin AG voorgestelde prijszetting tegenover klanten mee. De prijs-structuur wordt door de leden van de Raad in het algemeen positief onthaald doordat ze wordt gezien als concurrentieel (ten opzichte van andere platformen). Aan de andere kant leidt deze prijs-zetting tot een lagere inkomst per uitgevoerde vehandeling dan diegene die was voorzien in het Gezamenlijk Ondernemingsplan dat deel uitmaakte van de Onderschrijvingsovereenkomst van 7 september 2007. Om die reden wordt door Börse Berlin AG voorgesteld om de prijs die door Börse Berlin AG aan Easdaq NV moet betaald worden per transactie wordt gewijzigd van een vaste prijs (EUR 0.9) in een variabele prijs die wordt uitgedrukt als een percentage van de bruto-inkomsten per uitgevoerde transactie. Dit percentage zou dan worden bepaald aan de hand van de ratio van de vaste kosten van Easdaq NV ten opzichte van de gezamenlijke vaste kosten van Easdaq NV en Börse Berlin AG voor de uitbating van het Equiduct Trading segment. Onder die berekening zouden aan Easdaq NV 59% van de totale inkomsten worden toebedeeld (voor 2008 en 2009), hetgeen identiek is aan de proportie van inkomsten die aan Easdaq NV werden toebedeeld in het oorspronkelijk Gezamenlijk Ondernemingsplan.

JBP vermeldt twee bekommernissen in verband met de nieuwe projecties inzake de resultaten en kasstroomrekeningen. De eerste bekommernis heeft betrekking op het product genaamd "PartnerEx Institutional" hetgeen een nieuw marktconcept is dat nog niet werd getest en gevalideerd, maar waarop toch een deel van de projecties zijn gebaseerd. De tweede heeft betrekking op de negatieve kaspositie voor Easdaq NV die resulteert uit het nieuwe ondernemingsplan en de nieuwe financiële vooruitzichten. Hij vraagt of Börse Berlin bereid zou zijn een bijkomende buffer te voorzien middels een kredietfaciliteit. JW en AF zijn akkoord om dergelijk voorstel voor te leggen aan de Raad van Toezicht van Börse Berlin AG.

---

**Beslissing van de Raad nummer 8**

Na mededeling van mogelijke belangenconflicten zoals voorzien in artikel 523 Wetboek Vennootschappen, neemt de Raad volgende beslissingen:

2.1 De voorgestelde wijzigingen aan de Onderschrijvingsovereenkomst van 7 September 2007 worden goedgekeurd. Het management wordt gemachtigd dit te formaliseren aan de hand van een Overeenkomst tot Wijzing van de Onderschrijvingsovereenkomst.

2.2 De commissaris zal op de hoogte gebracht worden van dit strijdig belang.

2.3 Het jaarverslag van de Vennootschap voor 2008 zal de aard van de verrichting omschrijven, alsmede het belangenconflict en de verantwoording ervan gelet op de mogelijke vermogensrechtelijke gevolgen.

---

## 3.7. Bespreking voorzien in artikel 633 Wetboek van Vennootschappen

Dit onderdeel van het jaarverslag is bedoeld als bijzonder verslag van de Raad van Bestuur zoals voorzien in artikel 633 Wetboek van Vennootschappen.

Vermits de overgedragen verliezen van de Vennootschap niet werden geïncorporeerd door een formele kapitaalvermindering, is het bedrag van het netto-actief van de Vennootschap nog steeds lager dan een vierde van het maatschappelijk kapitaal door de overgedragen verliezen uit het verleden. De

Vennootschap blijft derhalve voldoen aan de voorwaarden uiteengezet in artikel 633, derde lid van het Wetboek van Vennootschappen.

Niettegenstaande de kapitaalverhoging van EUR 17.500.000 van 25 september 2007 (die volledig werd volstort in de loop van 2008) en de bijkomende kapitaalverhogingen van 26 juni 2008 van EUR 903.048,22, heeft de Vennootschap bijkomende financiële middelen nodig om haar activiteiten te kunnen voortzetten totdat ze het break-even punt bereikt, zoals reeds vermeld in het vorig jaarverslag en bijzonder verslag. Daarenboven is het op basis van huidige prognoses en de huidige marktomstandigheden niet langer redelijk om aan te nemen dat dat break-even punt kan bereikt worden in de loop van 2010 op basis van het huidig ondernemingsplan.

Omwille van de bijzonder moeilijke marktomstandigheden van de laatste 9 maanden is de Vennootschap er niet in geslaagd bijkomende kapitaalverschaffers te vinden of bestaande aandeelhouders ervan te overtuigen om deel te nemen aan een kapitaalverhoging. Zoals contractueel was overeengekomen in de Onderschrijvingsovereenkomst van 7 september 2007, heeft de meerderheidsaandeelhouder Börse Berlin AG een bijkomend bedrag van EUR 1.650.002,18 ter beschikking van de Vennootschap gesteld in de vorm van een achtergestelde lening. De meerderheidsaandeelhouder heeft echter recent ook aangegeven dat het geen bijkomende financiering zal voorzien. De Vennootschap is daarom alternatieve bronnen van financiering of mogelijke vormen van samenwerking met derden aan het onderzoeken.

Daarenboven heeft de Raad van Bestuur van de Vennootschap op 28 april 2009 beslist om haar bedrijvigheid drastisch in te krimpen, onder meer door aan haar vertegenwoordigers in de Raad van Bestuur van Equiduct Systems Ltd. te vragen om een procedure van collectief ontslag te starten. Equiduct Systems Ltd. heeft de procedure van collectief ontslag effectief gestart op 8 mei 2009 en de afwikkeling van deze procedure zal afhangen van de vraag of tijdens het consultatieproces met de werknemers bijkomende financiele middelen kunnen worden gevonden. Daarenboven zullen stappen worden ondernomen om ook bepaalde commerciële overeenkomsten te beëindigen vanaf einde mei 2009 om de operationele kosten verder te verminderen. Deze gezamenlijke maatregelen zouden moeten toelaten dat de Vennootschap, desgevallend met een geringe omvang, haar financiële verplichtingen kan blijven voldoen en gesprekken met mogelijke strategische partners kan blijven voortzetten.

Deze maatregelen zijn bedoeld om de solvabiliteit van de Vennootschap veilig te stellen.

Wij stellen dan ook voor aan de aandeelhouders dat zij stemmen om de activiteiten van de Vennootschap voort te zetten.

### 3.8.   Kwijting aan de leden van de Raad van Bestuur en de Commissaris

Er wordt voorgesteld aan de aandeelhouders om, bij de goedkeuring van de jaarrekening van de Vennootschap, kwijting te verlenen aan de leden van de Raad van Bestuur en de Commissaris-revisor voor hun activiteiten tijdens het boekjaar 2008.



Er wordt voorgesteld aan de aandeelhouders om, bij de goedkeuring van de jaarrekening van de Vennootschap, kwijting te verlenen aan de volgende leden van de Raad van Bestuur van de Vennootschap:

| Lid Raad van Bestuur | Titel | Periode |
|---|---|---|
| Dr. Jörg Franke | Voorzitter (vorig) (C) | Tot 26.06.2008 |
| Dr. Jos B/ Peeters | Bestuurder (*) (A) | Volledig jaar |
| KM Services NV, vertegenwoordigd door Rob Kuijpers | Voorzitter (huidig) (C) | Volledig jaar, Voorzitter sinds 10.09.2008 |
| Patrick de Bellefroid | Bestuurder (A) | Volledig jaar |
| Artur Fischer | Gedelegeerd bestuurder (C) | Volledig jaar |
| Dr. Jörg Walter | Bestuurder (C) | Volledig jaar |

(*) Jos nam ontslag als gedelegeerd bestuurder op 11.1.2008 en is niet-uitvoerend bestuurder sindsdien.

Er wordt voorgesteld aan de aandeelhouders om, bij de goedkeuring van de jaarrekening van de Vennootschap, kwijting te verlenen aan de Commissaris-revisor voor zijn activiteiten tijdens het boekjaar 2008.

27 mei 2009

Namens de Raad van Bestuur,

KM Services NV
Vertegenwoordigd      door      Rob
Kuijpers
*Voorzitter van de Raad van Bestuur*

# EASDAQ N.V.

Lei 19 Box 11, B-3000 Leuven, Belgium
RPR Leuven 0455.240.893

## COMBINED REPORT OF THE BOARD OF DIRECTORS TO THE SHAREHOLDERS OF THE COMPANY PREPARED PURSUANT TO ARTICLE 95 AND ARTICLE 633 OF THE BELGIAN COMPANY CODE TO BE PRESENTED AT THE ANNUAL SHAREHOLDERS' MEETING OF JUNE 25, 2009

**This annual report summarises the financial performance of Easdaq over 2008 and sets forth the actions the Board plans to undertake to restore the financial situation of the Company.**

Dear shareholders:

While a year ago we could look optimistic towards the opportunities available in the market and the future of the Company, events over the past year force us to be much more cautious and provide a more downbeat assessment of the state of affairs. In fact, the Company did not achieve its stated objectives in fiscal year 2008 and as a result was not able to execute its business plan as intended.

During 2008, the Company managed to roll-out its "Volume Weighted Best Bid and Offer" (VBBO) product (a "consolidated tape") as of April via its website and as of June via Reuters and later to other information vendors (through Börse Berlin). The availability of this product showed for the first time in a clear and objective manner the level of fragmentation in the European cash equities market and the potential benefit of using smart order routers to connect to the new MTFs or to use the Equiduct PartnerEx functionality to be always guaranteed the best available price. The potential savings from such trading strategy for the end-customer were shown to be significant. The roll-out of this product was executed on schedule, but it only gained traction in Q4 2008 when it became widely available (including through Bloomberg) and when discussions regarding the need for a European consolidated tape began to dominate the European policy debate. Börse Berlin, our main shareholder and business partner, sustained the product through a marketing campaign as of December 2008 and used it as a launch-pad for a wide range of consolidated data products that are currently being marketed to information vendors and large financial institutions. As a result, while the market data business was originally a by-product of the trading services, it has developed into a potential stand-alone business with its own P&L.

The development of the trading services over 2008 was less propitious, as the launch of the system had to be postponed several times from its original target date of the Summer of 2008. From a technology point of view, the substantial upgrade of the system that was started in 2006 was completed in 2008 within budget and as a result the company now disposes of a state-of-the-art functional platform that can rival the world's most competitive trading systems in terms of performance, capacity and resilience. The various delays were due to three important external factors. The over-riding problem was to get potential trading members technically connected to the trading system. In this sense, the Equiduct project was hampered by the fact that at the same time a number of other MTFs, which had more powerful backers, were being launched, namely Turquoise

(initiative of nine leading investment banks), BATS Europe and NasdaqOMX Europe. Since there was some overlap between the potential members of these three MTFs and Equiduct, the resulting prioritisation decisions at the trading firms negatively impacted the timing for the Equiduct project. Secondly, the Equiduct roll-out was hampered by the German regulatory framework to which the market is subjected. In fact, in the absence of a European legal framework for clearing services, the German regulator had adopted a strict position towards the offering of clearing services by non-German clearing providers to German exchanges. As such, both LCH.Clearnet SA and LCH.Clearnet Ltd, have had to go through a lengthy process to obtain authorisation to be able to be active as clearing providers of Börse Berlin AG (which provides our regulatory umbrella), with the last authorisation only granted in March 2009. Thirdly and perhaps most importantly, as of September 2008, after the default of Lehman Brothers, the financial markets have been in the greatest turmoil since the 1920's which impacted our business in a variety of ways, since it reduced the available "pie" of equity trading volume by half and it led to a suspension of new projects and a focus on core activities at the banks and investment firms.

Because of these three reasons, the Company was only able to initiate a "soft launch" of its trading services on 20 March 2009 and it will take several more months to build base liquidity on the platform.

Apart from the delaying factors mentioned above, the Equiduct project has been hampered by the lack of sensitivity of trading firms to the "best execution" obligation of MiFID. Trading firms are focused first and foremost on their own costs and much less – some not at all – on achieving the best deal for their clients. Hence, our difficulty in promoting our prime product, PartnerEx, which delivers a better price (and thus a cost saving) to the end-investor, but which may result in slightly higher costs for the participating trading firm.

Lastly, the simultaneous advent of several new MTFs in a shrinking market, together with defensive moves by the incumbents, have led to the start of a price war, with certain venues offering their services for free or even subsidising part of their offering. While this can only last during a transition period, it will still lead to casualties amongst trading platforms that do not have the substantial reserves needed to wait for the return of a more rational and sustainable pricing structure.

As a result of the above, Easdaq is in a contradictory situation. For the first time in 6 years it is again able to offer full services and it has a product set that is ideally suited to the post-MiFID fragmented market. However, it does not have the financial means to compete in the current environment without additional funding from either its current shareholders or new strategic partners. The Company's main shareholder, Börse Berlin AG, has in the meantime decided not to provide any further financing to the Company.

Under the guidance of the Board, the Company is therefore currently considering various alternatives to ensure its survival in these difficult circumstances. As such, it has already taken important steps to significantly reduce its costs and focus on activities that could generate revenues in a short timeframe, *inter alia* by initiating a collective dismissal process on 8 May 2009 at its subsidiary Equiduct Systems Ltd. In addition, the Company is in talks with various parties with a view to obtaining additional funding and/or to co-operate in the further development of some or all of its product offerings. While there cannot be any assurance of success of these negotiations, the Board currently believes that the Company will be able to safeguard its existence – albeit in a much reduced size – in order to be able to deploy its technology in offering a range of services in the future.

KM Services NV
Represented by Rob Kuijpers
Chairman

---

**LEGAL INFORMATION**

### 3.1 Profit and loss accounts (art. 96, 1° Belgian Companies Code)

During 2008 as in 2007, the Company did not generate any revenues from its trading or market data activities. It had EUR 1,064,393.05 in other income, mainly as a result of services provided to its parent company Börse Berlin AG. It also had extraordinary income of EUR 174,317.77, mainly as a result of a settlement with an insurance firm that went into voluntary and orderly liquidation.

Costs relating to remuneration of employees remained virtually unchanged at EUR 342,635.4 in 2008 compared to EUR 324,681.17 in the previous accounting period. This reflects the fact that the Company had only 2 employees, since most of the staff is hired by its subsidiary Equiduct Systems Ltd.

Pursuant to a services agreement for technology and ancillary services between the Company and Equiduct Ltd. which is effective as of 1 January 2006, all costs in relation to the operation of the UK subsidiary are invoiced to the Company with a reasonable mark-up. As a result, the bulk of the Company's costs booked under services (Item 61) result from this agreement with its subsidiary. In 2008, a total amount of EUR 8,992,190.04 was invoiced by Equiduct Systems Ltd to the Company, more than double the amount of 2007 (EUR 4,219,840.22). This reflects the exceptional costs relating to the "project phase" of the Equiduct project; a significant part of these costs relate to one-off set-up expenses that will not recur in 2009.

The financial costs for the Company increased significantly from EUR 245,894.45 to EUR 597,438.65. This increase is due exclusively to exceptional currency losses of EUR 492,159.03 which were caused by currency hedge contracts entered into by the Company in October 2007 to decrease the exposure to the EUR/GBP exchange rate (see below under 3.4.5 for more details). Costs relating to debts decreased to EUR 95,900 as a result of the reimbursement or conversion of the convertible bonds in January 2008.

Losses from ordinary activities before taxes were **EUR 10,071,366.11**, a significant increase from EUR 5,585,217.36 in losses of the previous accounting period. The net operating loss for the year was **EUR 10,358,922.11** compared to a net operating loss of EUR 5,456,698.22 over the previous period. The difference is related mainly to the increased expenditure relating to the

development of the trading system, reflected by the increased invoice from our subsidiary Equiduct Systems Ltd.

## 3.2    Corporate Development (art. 96, 3° Belgian Companies Code)

During 2006 and through to the beginning of 2007, the Company granted all of the warrants available to it under the warrant pool created by decision of the Extraordinary Shareholders' Meeting of 27 July 2005, or 496,142 warrants. These warrants were granted as an incentive tool to Board members, senior management and consultants of the Company at an exercise price of EUR 0.2 per share. All of the warrants granted have vested on 25 September 2007 as a result of the change in control. During the first exercise period following this vesting (from 1 March to 31 March 2008), holders of 265,252 have exercised their rights to subscribe to the same number of Class B Common Shares. During the second exercise period (from 1 March to 31 March 2009), no further warrantholders have exercised their conversion rights.

## 3.3.   Significant post-balance sheet events (article 96, 2° Belgian Companies Code)

In March 2009, the Company entered into a Subordinated Loan Agreement with its main shareholder, Börse Berlin AG, for an amount of EUR 1,650,000.2. This constitutes the last tranche of the total of EUR 20 million in financing that Börse Berlin contractually committed to provide in the agreement of 7 September 2007. As stated above, Börse Berlin AG, the Company's main shareholder, has in the meantime decided not to provide any further financing to the Company.

On 28 April 2009, the Board decided to request its representatives on the Board of its subsidiary Equiduct Systems Ltd. to initiate a collective redundancy procedure in order to drastically reduce operating costs. The collective redundancy process was started on 8 May 2009.

## 3.4.   Balance sheet

### 1.    Assets

Fixed assets decreased from EUR 534,744.99 to EUR 731.12. This sharp decrease is mainly due to the decision by the Board to write down the value of its intangible fixed assets (mostly software licenses) – which stood at EUR 532,000 in the last accounting period - to EUR 1, in view of the uncertainty that sufficient revenues will be generated against these licenses in the future. The remainder of EUR 730.12 relates to office equipment and computer hardware (down from EUR 2,744.99 last year).

Current assets stood at EUR 7,429,272.92, an increase of more than EUR 2 million versus last year (EUR 5,033,335.84) which mainly reflects the increase in the available cash and deposits at the end of the year (EUR 4,280,305.51 versus EUR 2,643,579.28 last year). The remainder of the amount consists mostly of claims against third parties, notably against Equiduct Systems Ltd. (EUR 761,932.50) and against the Belgian tax authorities for an amount of EUR 2,211,631.37. The latter amount offsets the corresponding debt under Item 450/3 of the annual accounts and also contains a claim for a VAT refund and reflects the legal dispute between the Company and the Belgian Tax Authorities relating to the 2004 tax assessment.

2.    *Liabilities*

The equity position improved from EUR -2,026,122.92 to EUR 2,896,626.91, as the net effect of the appropriation of historic and current losses over the period countered by the payment of the remainder of the capital increase of 25 September 2007 (EUR 13,124,999.30) as well as the effect of two new capital increases on 26 June 2008 (of EUR 849,997.82 and EUR 53,050.40 respectively).

As of 31 December 2008, the Company had debts of EUR 4,224,478.49 (compared to EUR 7,199,788.75 last year) consisting mainly of:

- a loan of EUR 1,370,000 to Börse Berlin AG;
- a tax debt of EUR 2,182,785.17 which is disputed by the Company and offset by a counterclaim for the same amount Under Item 41 of the annual accounts;
- trade debts of EUR 447,392.59 covering expenditures made in 2008.

The amount of provisions was reduced from EUR 394,415 last year to EUR 308,898.94.   This relates to outstanding litigation to which the Company is a party.

3.    *Appropriation account (article 96, 6° Belgian Companies Code)*

It is proposed that the loss at year-end of EUR 10,358,922.11 be carried forward.

As the balance sheet of the Company shows a loss carried forward, the Board of Directors reviewed the application of the valuation rules assuming continuity of the activities of the Company in accordance with article 96, 6° of the Belgian Companies Code.   The Board is of the opinion that, while there may be a risk to the continuity of the Company in view of the potential need to raise additional funds if the assumptions underlying the current business plan are not met, the current valuation rules as described in IV, 4 below remain relevant to the current state of the Company's business.

4.    *Valuation Rules*

As the success of the relaunch of the activities of the Company is still unclear today the Board of Directors proposes not to change to valuation of the assets. In addition, because of the evolution of the business and the decision of the majority shareholder not to invest any further funds into the Company, the Board has also decided to write down third-party acquired immaterial assets (software licenses) to a symbolic value of EUR 1, because of the uncertainty that revenues can be generated against the cost of these licenses.

5.    *Financial Instruments / Hedging Contracts (article 96, 8° Belgian Companies Code)*

In 2007 the Company entered into a number of hedging contracts to limit its exposure to the fluctuations between the euro (currency of the committed capital contributions) and the pound (currency in which most costs of the Company, notably under its service contract with its subsidiary Equiduct Ssytems Ltd., must be born).

In October 2007, the Company entered into Barrier Options ("Reverse Knock-In") with Fortis at zero cost in order to protect against an appreciation of the pound versus the euro from the rate achieved in October 2007 (EUR/GBP rate of 0.69). This was considered a prudent course of action since most of the income of the

Company is in euro (including the remainder of the capital contribution that was paid up in 2008), while its costs are mostly labelled in pounds (through the service contract it has entered into with its subsidiary Equiduct Systems Ltd.). As the euro has continued to appreciate against the pound in 2008 (to a rate of 0.97 at the end of 2008), the Company has however suffered significant losses under these contracts equal to EUR – 492,159.03. The Barrier Options contracts were entered into for a period of 18 months and subsequently will have a less significant impact in 2009 (last contract is in March 2009).

6.      *Research and Development (article 96, 4° Belgian Companies Code)*

The company did not carry out any research or development activities during the year 2008.   The Company did undertake software development to upgrade its ETS platform, but no costs in relation with this development have been capitalised for the year 2008.   The Company capitalised costs relating to the purchase of third party software and licenses: this represented an amount of EUR 84,000 for the year 2008, but these were subsequently written down together with the remaining value of the third party immaterial assets to EUR 1.

## 3.5. Exemption from preparing consolidated accounts pursuant to article 112 of the Belgian Company Code

The Company benefits from the exemption under article 112 of the Belgian Company Code, which allows it not to prepare any consolidated accounts because it is part of a "small group" as defined in article 16 of the Belgian Company Code.

## 3.6.   Declaration of potential conflicts of interest pursuant to article 523, par. 2 of the Belgian Company Code

Following statements were made:

Board meeting of 15 April 2008

   *Proposed amendments to the Subscription Agreement of 7 September 2007*

AF and JW inform the Board that they have a potential conflict of interest regarding this matter.

*AF informs the Board of the pricing structure as decided by Börse Berlin AG [towards customers]. This pricing structured is generally viewed as positive and competitive by the members of the Board. However, it leads to a lower overall income per trade execution than originally envisaged under the Joint Business Plan that was attached to the Subscription Agreement of 7 September 2007. Therefore it is proposed that the fee to be paid to Easdaq NV by Börse Berlin AG is adjusted from a fixed fee of EUR 0.9 per executed trade, to a percentage of the overall revenue per such executed trade, whereby the share for Easdaq NV will be equal to the proportion of its fixed costs versus the overall fixed costs of Easdaq NV and Börse Berlin AG for the operation of the Equiduct Trading segment. Under this calculation, Easdaq would still receive 59% of overall fees (for 2008 and 2009), which is unchanged from the proportion it received under the original Business Plan.*

*JBP mentions two concerns regarding the new P&L and cash forecasts. The first is related to "PartnerEx" Institutional which is an untested new market model that still has to be validated, but on which part of the forecast is based. The second concern relates to the negative cash position for Easdaq NV as a result of the new business plan and financial forecast. He asks whether Börse Berlin is willing to ensure a buffer through a credit facility. JW and AF agree to make a proposal to the Supervisory Board of Börse Berlin to create such a financial buffer.*

---

**_Board Decision 8_**

*After having been notified of a potential conflict of interest pursuant to article 523 of the Companies Code, the Board takes the following decisions:*

*2.1 The proposed amendments to the Subscription Agreement of 7 September 2007 are approved. Management is mandated to formalize this through an amendment to the Subscription Agreement.*

*2.2 The auditor will be notified of the abovementioned conflict of interest.*

*2.3 The company's annual report for 2008 will mention the nature of this transaction, the conflict of interest and the justification for this transaction as set forth in these minutes.*

---

## 3.7.    Discussion in the context of article 633 of the Belgian Company Code

This section is intended as special report regarding Article 633 of the Belgian Company Code.

As the losses of the Company were not incorporated by way of a capital reduction, the net equity position of the Company remains below a quarter of the amount of the paid-in capital of the company due to accumulated losses from the past, and hence the company continues to satisfy the conditions set forth in article 633 of the Belgian Company Code.

Despite the capital increase of EUR 17,500,000 of 25 September 2007 (which was paid up in full during 2008) and despite the additional capital increases of 26 June 2008 of EUR 903,048.22, the Company requires additional funds to be able to continue its activities until break-even as already announced in last year's annual report. Moreover, on the basis of the current forecasts and the current market environment, it is no longer reasonable to assume that the Company can achieve the break-even point in 2010 on the basis of its current business case.

Because of the market circumstances that have prevailed over the last 9 months, the Company has not yet been able to find additional equity partners or to convince existing shareholders to participate in a capital increase. As was contractually agreed in the Subscription Agreement of 7 September 2007, the majority shareholder Börse Berlin AG made available a further amount of EUR 1,650,002.18 in the form of a subordinated loan, but it has in the meantime indicated that it will not provide any further financing to the Company. The Company is therefore seeking alternative sources of funding or potential forms of co-operation with third parties.

In addition, the Board decided in its meeting of 28 April 2009 to drastically scale down its operations and costs by asking its representatives on the Equiduct

Systems Ltd. Board to initiate a collective dismissal process. Equiduct Systems Ltd. initiated the collective redundancy procedure on 8 May 2009 and the resolution of this procedure will depend on whether additional funds can be found pending the negotiation process with the employees. In addition, steps will be taken to terminate commercial agreements as of the end of May 2009 in order to further reduce operational costs. These combined measures should allow the company, in a downsized form, to continue to meet its financial obligations while simultaneously continuing discussions with potential strategic partners.

These actions are intended to enable to safeguard the solvency of the Company.

Therefore we propose to the shareholders that they vote in favour of continuing the activities of the Company.

### 3.8.    Discharge of the Board of Directors and the Statutory Auditor

Upon approval of the annual accounts of the Company, it is proposed to the shareholders to discharge the Board of Directors and of the Statutory Auditor for their work during the accounting year 2008.

Upon approval of the annual accounts of the Company, it is proposed to the shareholders to grant discharge to the following members of the Board of Directors:

| Board member | Title | Period |
|---|---|---|
| Dr. Jörg Franke | Chairman (previous) (C) | Until 26.06.2008 |
| Dr. Jos B/ Peeters | Director (*) (A) | Full year |
| KM Services NV, represented by Rob Kuijpers | Chairman (current) (C) | Full year, Chairman since 10.09.2008 |
| Patrick de Bellefroid | Director (A) | Full year |
| Artur Fischer | Managing Director (C) | Full year |
| Dr. Jörg Walter | Director (C) | Full year |

(*) Jos resigned as managing director on 11.1.2008 and is a non-executive director since then.

Upon approval of the annual accounts of the Company, it is also proposed to the shareholders to discharge the Statutory Auditor for his work during the accounting year 2008.

27 May 2009

On behalf of the Board of Directors,

---

KM Services NV
Represented by Rob Kuijpers
*Chairman of the Board of Directors*

| 40 | | | | | 1 | EUR | |
|---|---|---|---|---|---|---|---|
| NAT. | Datum neerlegging | Nr. 0455.240.893 | | Blz. | E. | D. | VOL 1.1 |

## JAARREKENING IN EURO (2 decimalen)

NAAM: **EASDAQ**

**Rechtsvorm:** NV

**Adres:** LEI

**Postnummer:** 3000      Gemeente: **Leuven**      Nr.: **19 Bus 11**

**Land:** België

Rechtspersonenregister (RPR) - Rechtbank van Koophandel van **Leuven**

Internetadres *:

Ondernemingsnummer      **0455.240.893**

DATUM    **9/10/2007**    van de neerlegging van de oprichtingsakte OF van het recentste stuk dat de datum van bekendmaking van de oprichtingsakte en van de akte tot statutenwijziging vermeldt.

JAARREKENING goedgekeurd door de algemene vergadering van    **25/06/2009**

met betrekking tot het boekjaar dat de periode dekt van    **1/01/2008**    tot    **31/12/2008**

Vorig boekjaar van    **1/01/2007**    tot    **31/12/2007**

De bedragen van het vorige boekjaar zijn / ~~zijn niet~~ ** identiek met die welke eerder openbaar werden gemaakt.

VOLLEDIGE LIJST met naam, voornamen, beroep, woonplaats (adres, nummer, postnummer en gemeente) en functie in de onderneming, van de BESTUURDERS, ZAAKVOERDERS EN COMMISSARISSEN

**ERNST & YOUNG BEDRIJFSREVISOREN    CVBA    0446.334.711**

De Kleetlaan 2 , 1831 Diegem, België

Functie : Commissaris, Lidmaatschapsnummer : B00160

Mandaat : 28/06/2007- 24/06/2010

Vertegenwoordigd door :
VAN STEENVOORT Marc
Steenweg op Blaasveld 96 , 2801 Heffen, België
Revisor
Lidmaatschapsnummer : A01159

**KM Services    NV    0474.240.522**

Rue du Try-au-Chêne 6 , 1470 Genappe, België

Functie : Voorzitter van de raad van bestuur

Mandaat : 12/01/2007- 28/06/2013

Vertegenwoordigd door :
KUIJPERS Robert M.
Rue du Try-au-Chêne 6 , 1470 Genappe, België

Zijn gevoegd bij deze jaarrekening:

Totaal aantal neergelegde bladen:    31    Nummers van de secties van het standaardformulier die niet werden neergelegd omdat ze niet dienstig zijn:  5.1, 5.2.1, 5.2.3, 5.2.4, 5.3.1, 5.3.4, 5.3.5, 5.3.6, 5.4.2, 5.4.3, 5.5.2, 5.13, 5.16, 5.17.2, 8, 9

Handtekening
(naam en hoedanigheid)
**KM Services NV**
**Voorzitter Raad van Bestuur**

Handtekening
(naam en hoedanigheid)
**FISCHER Arthur Klaus Alfred**
**Gedelegeerd bestuurder**

* Facultatieve vermelding.

LIJST VAN DE BESTUURDERS, ZAAKVOERDERS EN COMMISSARISSEN (vervolg van de vorige bladzijde)

**WALTER Jörg**
Beskidenstrasse 42 , 14129 Berlin, Duitsland
Functie : Bestuurder
Mandaat : 25/09/2007- 28/06/2013

**FISCHER Artur Klaus**
Jänickestrasse 121 , 14167 Berlin, Duitsland
Functie : Gedelegeerd bestuurder
Mandaat : 25/09/2007- 28/06/2013

**DE BELLEFROID Patrick**
Rue de Bossut 10 , 1390 Archennes, België
Functie : Bestuurder
Mandaat : 12/01/2007- 28/06/2013

**FRANKE Jörg Henning**
Klaus-Groth Strasse 12 , 60320 Frankfurt am Main, Duitsland
Functie : Voorzitter van de raad van bestuur
Mandaat : 25/09/2007- 26/06/2008

**PEETERS Jos**
Haachtstraat 136 , bus A, 3020 Herent, België
Functie : Bestuurder
Mandaat : 22/06/2006- 28/06/2013

| Nr. | 0455.240.893 | | VOL 1.2 |
|---|---|---|---|

## VERKLARING BETREFFENDE EEN AANVULLENDE OPDRACHT VOOR NAZICHT OF CORRECTIE

Het bestuursorgaan verklaart dat geen enkele opdracht voor nazicht werd gegeven aan iemand die daar wettelijk niet toe gemachtigd is met toepassing van de artikelen 34 en 37 van de wet van 22 april 1999 betreffende de boekhoudkundige en fiscale beroepen.

Werd de jaarrekening geverifieerd of gecorrigeerd door een externe accountant of door een bedrijfsrevisor die niet de commissaris is? JA / NEE *.

Indien JA, moeten hierna worden vermeld: naam, voornamen, beroep en woonplaats van elke externe accountant of bedrijfsrevisor en zijn lidmaatschapsnummer bij zijn Instituut, evenals de aard van zijn opdracht:

- A.  Het voeren van de boekhouding van de onderneming **,
- B.  Het opstellen van de jaarrekening **,
- C.  Het verifiëren van de jaarrekening en/of
- D.  Het corrigeren van de jaarrekening.

Indien taken bedoeld onder A. of onder B. uitgevoerd zijn door erkende boekhouders of door erkende boekhouders-fiscalisten, kunnen hierna worden vermeld: naam, voornamen, beroep en woonplaats van alle erkende boekhouder of erkende boekhouder-fiscalist en zijn lidmaatschapsnummer bij het Beroepsinstituut van erkende Boekhouders en Fiscalisten, evenals de aard van zijn opdracht.

| Naam, voornamen, beroep en woonplaats | Lidmaatschaps-nummer | Aard van de opdracht (A, B, C en/of D) |
|---|---|---|
| **ACCOUNTING & TAX PARTNERS BVBA**      0475.026.024<br>Industrieweg 4 , bus 5, 3001 Heverlee, België<br>Functie : Externe accountant | 221955-N-01 | A B |

| Nr. | 0455.240.893 | | VOL 2.1 |

## BALANS NA WINSTVERDELING

| | Toel. | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|---|
| **ACTIVA** | | | | |
| **VASTE ACTIVA** ............................................ | | 20/28 | 731,12 | 534.744,99 |
| **Oprichtingskosten** ..................................... | 5.1 | 20 | | |
| **Immateriële vaste activa** ............................ | 5.2 | 21 | 1,00 | 532.000,00 |
| **Materiële vaste activa** ............................... | 5.3 | 22/27 | 730,12 | 2.744,99 |
| Terreinen en gebouwen ............................... | | 22 | | |
| Installaties, machines en uitrusting ............... | | 23 | 730,12 | 2.744,99 |
| Meubilair en rollend materieel ..................... | | 24 | | |
| Leasing en soortgelijke rechten .................... | | 25 | | |
| Overige materiële vaste activa ..................... | | 26 | | |
| Activa in aanbouw en vooruitbetalingen .......... | | 27 | | |
| | 5.4/ | | | |
| **Financiële vaste activa** ............................. | 5.5.1 | 28 | | |
| Verbonden ondernemingen ......................... | 5.14 | 280/1 | | |
| Deelnemingen ...................................... | | 280 | | |
| Vorderingen ......................................... | | 281 | | |
| Ondernemingen waarmee een deelnemingsverhouding bestaat ............................................. | 5.14 | 282/3 | | |
| Deelnemingen ...................................... | | 282 | | |
| Vorderingen ......................................... | | 283 | | |
| Andere financiële vaste activa ..................... | | 284/8 | | |
| Aandelen ............................................. | | 284 | | |
| Vorderingen en borgtochten in contanten ......... | | 285/8 | | |
| **VLOTTENDE ACTIVA** ................................. | | 29/58 | 7.429.272,92 | 5.033.335,84 |
| **Vorderingen op meer dan één jaar** ............. | | 29 | | |
| Handelsvorderingen ................................. | | 290 | | |
| Overige vorderingen ................................ | | 291 | | |
| **Voorraden en bestellingen in uitvoering** ...... | | 3 | | |
| Voorraden ............................................ | | 30/36 | | |
| Grond- en hulpstoffen ............................. | | 30/31 | | |
| Goederen in bewerking ............................. | | 32 | | |
| Gereed product ...................................... | | 33 | | |
| Handelsgoederen ................................... | | 34 | | |
| Onroerende goederen bestemd voor verkoop ..... | | 35 | | |
| Vooruitbetalingen ................................... | | 36 | | |
| Bestellingen in uitvoering .......................... | | 37 | | |
| **Vorderingen op ten hoogste één jaar** .......... | | 40/41 | 3.136.082,55 | 2.357.674,39 |
| Handelsvorderingen ................................. | | 40 | 118.477,91 | 13.074,02 |
| Overige vorderingen ................................ | | 41 | 3.017.604,64 | 2.344.600,37 |
| **Geldbeleggingen** .................................... | 5.5.1/ 5.6 | 50/53 | 1.700.000,00 | |
| Eigen aandelen ...................................... | | 50 | | |
| Overige beleggingen ................................ | | 51/53 | 1.700.000,00 | |
| **Liquide middelen** .................................... | | 54/58 | 2.580.305,51 | 2.643.579,28 |
| **Overlopende rekeningen** ........................... | 5.6 | 490/1 | 12.884,86 | 32.082,17 |
| **TOTAAL DER ACTIVA** ............................... | | 20/58 | 7.430.004,04 | 5.568.080,83 |

VOL 2.2

Nr. | 0455.240.893

| PASSIVA | Toel. | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|---|
| | | 10/15 | 2.896.626,61 | -2.026.122,92 |
| EIGEN VERMOGEN ................................................ | 5.7 | 10 | 113.526.848,90 | 98.245.177,26 |
| Kapitaal .......................................................... | 5.7 | 100 | 113.526.848,90 | 111.370.176,56 |
| Geplaatst kapitaal ....................................... | | 101 | | 13.124.999,30 |
| Niet-opgevraagd kapitaal .............................. | | 11 | | |
| Uitgiftepremies ................................................. | | 12 | | |
| Herwaarderingsmeerwaarden ............................ | | 13 | | |
| Reserves ........................................................... | | 130 | | |
| Wettelijke reserve ........................................ | | 131 | | |
| Onbeschikbare reserves ............................... | | 1310 | | |
| Voor eigen aandelen ................................ | | 1311 | | |
| Andere ...................................................... | | 132 | | |
| Belastingvrije reserves ................................ | | 133 | | |
| Beschikbare reserves .................................. | | 14 | -110.630.222,29 | -100.271.300,18 |
| Overgedragen winst (verlies) .....................(+)/(-) | | 15 | | |
| Kapitaalsubsidies ............................................. | | | | |
| Voorschot aan de vennoten op de verdeling van het netto-actief ...................................................... | | 19 | | |
| VOORZIENINGEN EN UITGESTELDE BELASTINGEN ......... | | 16 | 308.898,94 | 394.415,00 |
| Voorzieningen voor risico's en kosten ................ | | 160/5 | 308.898,94 | 394.415,00 |
| Pensioenen en soortgelijke verplichtingen ........ | | 160 | | |
| Belastingen .................................................. | | 161 | | |
| Grote herstellings- en onderhoudswerken .......... | | 162 | | |
| Overige risico's en kosten ................................. | 5.8 | 163/5 | 308.898,94 | 394.415,00 |
| Uitgestelde belastingen ................................. | | 168 | | |
| SCHULDEN ........................................................ | | 17/49 | 4.224.478,49 | 7.199.788,75 |
| Schulden op meer dan één jaar ......................... | 5.9 | 17 | 1.370.000,00 | 1.370.000,00 |
| Financiële schulden .......................................... | | 170/4 | 1.370.000,00 | 1.370.000,00 |
| Achtergestelde leningen ............................. | | 170 | | |
| Niet-achtergestelde obligatieleningen ............... | | 171 | | |
| Leasingschulden en soortgelijke schulden .......... | | 172 | | |
| Kredietinstellingen ...................................... | | 173 | | |
| Overige schulden ......................................... | | 174 | 1.370.000,00 | 1.370.000,00 |
| Handelsschulden .............................................. | | 175 | | |
| Leveranciers ............................................... | | 1750 | | |
| Te betalen wissels ....................................... | | 1751 | | |
| Ontvangen vooruitbetalingen op bestellingen .................... | | 176 | | |
| Overige schulden ............................................. | | 178/9 | | |
| Schulden op ten hoogste één jaar ..................... | | 42/48 | 2.666.617,84 | 5.356.896,63 |
| Schulden op meer dan één jaar die binnen het jaar vervallen | 5.9 | 42 | | |
| Financiële schulden .......................................... | | 43 | | 2.575.000,00 |
| Kredietinstellingen ...................................... | | 430/8 | | |
| Overige leningen ......................................... | | 439 | | 2.575.000,00 |
| Handelsschulden .............................................. | | 44 | 447.392,59 | 174.717,62 |
| Leveranciers ............................................... | | 440/4 | 447.392,59 | 174.717,62 |
| Te betalen wissels ....................................... | | 441 | | |
| Ontvangen vooruitbetalingen op bestellingen ................. | | 46 | | |
| Schulden met betrekking tot belastingen, bezoldigingen en sociale lasten | 5.9 | 45 | 2.219.225,25 | 2.211.527,73 |
| Belastingen .................................................. | | 450/3 | 2.183.140,46 | 2.183.069,23 |
| Bezoldigingen en sociale lasten ....................... | | 454/9 | 36.084,79 | 28.458,50 |
| Overige schulden ............................................. | | 47/48 | | 395.651,28 |
| Overlopende rekeningen ................................. | 5.9 | 492/3 | 187.860,65 | 472.892,12 |
| TOTAAL DER PASSIVA ................................... | | 10/49 | 7.430.004,04 | 5.568.080,83 |



| Nr. | 0455.240.893 | | VOL 3 |

## RESULTATENREKENING

| | Toel. | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|---|
| **Bedrijfsopbrengsten** ................................................. | | 70/74 | 1.064.393,05 | 126.205,48 |
| Omzet .............................................................. | 5.10 | 70 | | |
| Toename (afname) in de voorraad goederen in bewerking en gereed product en in de bestellingen in uitvoering ..........................................(+)/(-) | | 71 | | |
| Geproduceerde vaste activa ................................. | | 72 | | |
| Andere bedrijfsopbrengsten ................................ | 5.10 | 74 | 1.064.393,05 | 126.205,48 |
| **Bedrijfskosten** ...................................................... | | 60/64 | 10.651.925,12 | 5.527.025,06 |
| Handelsgoederen, grond- en hulpstoffen ............ | | 60 | | |
| Aankopen ..................................................... | | 600/8 | | |
| Afname (toename) van de voorraad ...................(+)/(-) | | 609 | | |
| Diensten en diverse goederen ............................ | | 61 | 10.237.007,38 | 5.188.308,46 |
| Bezoldigingen, sociale lasten en pensioenen ............(+)/(-) | 5.10 | 62 | 342.635,40 | 324.681,17 |
| Afschrijvingen en waardeverminderingen op oprichtingskosten, op immateriële en materiële vaste activa ................................................. | | 630 | 156.140,10 | 2.014,87 |
| Waardeverminderingen op voorraden, bestellingen in uitvoering en handelsvorderingen - Toevoegingen (terugnemingen) ...........................................(+)/(-) | | 631/4 | | -3.750,00 |
| Voorzieningen voor risico's en kosten - Toevoegingen (bestedingen en terugnemingen) ..........................(+)/(-) | 5.10 | 635/7 | -85.516,06 | 13.500,00 |
| Andere bedrijfskosten ........................................ | 5.10 | 640/8 | 1.658,30 | 2.270,56 |
| Als herstructureringskosten geactiveerde bedrijfs-kosten ............................................................. (-) | | 649 | | |
| **Bedrijfswinst(verlies)** ......................................(+)/(-) | | 9901 | -9.587.532,07 | -5.400.819,58 |
| **Financiële opbrengsten** ....................................... | | 75 | 113.604,61 | 61.496,67 |
| Opbrengsten uit financiële vaste activa ............... | | 750 | | |
| Opbrengsten uit vlottende activa ......................... | | 751 | 112.565,41 | |
| Andere financiële opbrengsten ........................... | 5.11 | 752/9 | 1.039,20 | 61.496,67 |
| **Financiële kosten** ................................................. | 5.11 | 65 | 597.438,65 | 245.894,45 |
| Kosten van schulden ........................................ | | 650 | | |
| Waardeverminderingen op vlottende activa andere dan voorraden, bestellingen in uitvoering en handels-vorderingen - Toevoegingen (Terugneming) ..............(+)/(-) | | 651 | | |
| Andere financiële kosten .................................... | | 652/9 | 597.438,65 | 245.894,45 |
| **Winst (Verlies) uit de gewone bedrijfsuitoefening voor belasting** ......................................................... (+)/(-) | | 9902 | -10.071.366,11 | -5.585.217,36 |

,

| Nr. | 0455.240.893 | | | VOL 3 |
|---|---|---|---|---|

| | Toel. | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|---|
| **Uitzonderlijke opbrengsten** ............................................... | | 76 | 174.317,77 | 146.473,64 |
| Terugneming van afschrijvingen en van waardeverminderingen op immateriële en materiële vaste activa ............................................................ | | 760 | | |
| Terugneming van waardeverminderingen op financiële vaste activa ............................................................ | | 761 | | |
| Terugneming van voorzieningen voor uitzonderlijke risico's en kosten ............................................... | | 762 | | |
| Meerwaarde bij de realisatie van vaste activa .................. | | 763 | 1.653,00 | |
| Andere uitzonderlijke opbrengsten ..................................... | | 764/9 | 172.664,77 | 146.473,64 |
| **Uitzonderlijke kosten** ............................................ | | 66 | 461.873,77 | 17.954,50 |
| Uitzonderlijke afschrijvingen en waardeverminderingen op oprichtingskosten, op immateriële en materiële vaste activa ............................................................ | | 660 | 461.873,77 | |
| Waardeverminderingen op financiële vaste activa ............ | | 661 | | |
| Voorzieningen voor uitzonderlijke risico's en kosten Toevoegingen (bestedingen) ...................................(+)/(-) | | 662 | | |
| Minderwaarden bij de realisatie van vaste activa .............. | | 663 | | 17.954,50 |
| Andere uitzonderlijke kosten ........................................... | 5.11 | 664/8 | | |
| Als herstructureringskosten geactiveerde uitzonderlijke kosten ........................................................ (-) | | 669 | | |
| **Winst (Verlies) van het boekjaar voor belasting**..........(+)/(-) | | 9903 | -10.358.922,11 | -5.456.698,22 |
| **Onttrekkingen aan de uitgestelde belastingen** .................... | | 780 | | |
| **Overboeking naar de uitgestelde belastingen** ................... | | 680 | | |
| **Belastingen op het resultaat** ......................................(+)/(-) | 5.12 | 67/77 | | |
| Belastingen ................................................................ | | 670/3 | | |
| Regularisering van belastingen en terugneming van voorzieningen voor belastingen ......................................... | | 77 | | |
| **Winst (Verlies) van het boekjaar** ....................................(+)/(-) | | 9904 | -10.358.922,11 | -5.456.698,22 |
| **Onttrekking aan de belastingvrije reserves** ........................ | | 789 | | |
| **Overboeking naar de belastingvrije reserves** ...................... | | 689 | | |
| **Te bestemmen winst (verlies) van het boekjaar** ..........(+)/(-) | | 9905 | -10.358.922,11 | -5.456.698,22 |

| Nr. | 0455.240.893 | | | VOL 4 |

## RESULTAATVERWERKING

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| Te bestemmen winst(verlies)saldo ...........................(+)/(-) | 9906 | -110.630.222,29 | -100.271.300,18 |
| Te bestemmen winst (verlies) van het boekjaar ...............(+)/(-) | (9905) | -10.358.922,11 | -5.456.698,22 |
| Overgedragen winst (verlies) van het vorige boekjaar ............(+)/(-) | 14P | -100.271.300,18 | -94.814.601,96 |
| Onttrekking aan het eigen vermogen ........................ | 791/2 | | |
| aan het kapitaal en aan de uitgiftepremies ................ | 791 | | |
| aan de reserves ....................................... | 792 | | |
| Toevoeging aan het eigen vermogen ........................ | 691/2 | | |
| aan het kapitaal en aan de uitgiftepremies ............... | 691 | | |
| aan de wettelijke reserves ............................. | 6920 | | |
| aan de overige reserves ............................... | 6921 | | |
| Over te dragen winst (verlies) ...........................(+)/(-) | (14) | -110.630.222,29 | -100.271.300,18 |
| Tussenkomst van de vennoten (of de eigenaar) in het verlies ............ | 794 | | |
| Uit te keren winst ...................................... | 694/6 | | |
| Vergoeding van het kapitaal ............................ | 694 | | |
| Bestuurders of zaakvoerders ........................... | 695 | | |
| Andere rechthebbenden ................................ | 696 | | |

Nr. | 0455.240.893

VOL 5.2.2

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **CONCESSIES, OCTROOIEN, LICENTIES, KNOWHOW, MERKEN EN SOORTGELIJKE RECHTEN** | | | |
| **Aanschaffingswaarde per einde van het boekjaar** ................................. | 8052P | xxxxxxxxxxxxxxx | 34.411.645,85 |
| **Mutaties tijdens het boekjaar** | | | |
| Aanschaffingen, met inbegrip van de geproduceerde vaste activa ............ | 8022 | 84.000,00 | |
| Overdrachten en buitengebruikstellingen ................................... | 8032 | | |
| Overboeking van een post naar een andere ....................................(+)/(-) | 8042 | | |
| **Aanschaffingswaarde per einde van het boekjaar** ................................. | 8052 | 34.495.645,85 | |
| **Afschrijvingen en waardeverminderingen per einde van het boekjaar** ...... | 8122P | xxxxxxxxxxxxxxx | 33.879.645,85 |
| **Mutaties tijdens het boekjaar** | | | |
| Geboekt .................................................................... | 8072 | 615.999,00 | |
| Teruggenomen want overtollig .............................................. | 8082 | | |
| Verworven van derden ..................................................... | 8092 | | |
| Afgeboekt na overdrachten en buitengebruikstellingen ......................... | 8102 | | |
| Overgeboekt van een post naar een andere ....................................(+)/(-) | 8112 | | |
| **Afschrijvingen en waardeverminderingen per einde van het boekjaar** ...... | 8122 | 34.495.644,85 | |
| **NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR** ........................ | 211 | 1,00 | |

## INSTALLATIES, MACHINES EN UITRUSTING   .

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| Aanschaffingswaarde per einde van het boekjaar ................................. | 8192P | xxxxxxxxxxxxxxx | 6.044,73 |
| **Mutaties tijdens het boekjaar** | | | |
| Aanschaffingen, met inbegrip van de geproduceerde vaste activa ........... | 8162 | | |
| Overdrachten en buitengebruikstellingen ................................................ | 8172 | | |
| Overboeking van een post naar een andere ...................................(+)/(-) | 8182 | | |
| Aanschaffingswaarde per einde van het boekjaar........................................ | 8192 | 6.044,73 | |
| Meerwaarde per einde van het boekjaar ...................................................... | 8252P | xxxxxxxxxxxxxxx | |
| **Mutaties tijdens het boekjaar** | | | |
| Geboekt ................................................................................................... | 8212 | | |
| Verworven van derden ............................................................................. | 8222 | | |
| Afgeboekt ................................................................................................ | 8232 | | |
| Overgeboekt van een post naar een andere ...................................(+)/(-) | 8242 | | |
| Meerwaarde per einde van het boekjaar.................................................... | 8252 | | |
| Afschrijvingen en waardeverminderingen per einde van het boekjaar ····· | 8322P | xxxxxxxxxxxxxxx | 3.299,74 |
| **Mutaties tijdens het boekjaar** | | | |
| Geboekt ................................................................................................... | 8272 | 2.014,87 | |
| Teruggenomen want overtollig ................................................................. | 8282 | | |
| Verworven van derden ............................................................................. | 8292 | | |
| Afgeboekt na overdrachten en buitengebruikstellingen ........................... | 8302 | | |
| Overgeboekt van een post naar een andere ...................................(+)/(-) | 8312 | | |
| Afschrijvingen en waardeverminderingen per einde van het boekjaar ...... | 8322 | 5.314,61 | |
| NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR .......................... | (23) | 730,12 | |

Nr. | 0455.240.893

VOL 5.3.3

## MEUBILAIR EN ROLLEND MATERIEEL

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **Aanschaffingswaarde per einde van het boekjaar** ................................. | 8193P | xxxxxxxxxxxxxxx | 3.205,00 |
| **Mutaties tijdens het boekjaar** | | | |
| Aanschaffingen, met inbegrip van de geproduceerde vaste activa ............ | 8163 | | |
| Overdrachten en buitengebruikstellingen ................................................. | 8173 | 3.205,00 | |
| Overboeking van een post naar een andere ...................................(+)/(-) | 8183 | | |
| **Aanschaffingswaarde per einde van het boekjaar** ................................. | 8193 | | |
| **Meerwaarde per einde van het boekjaar** ................................................ | 8253P | xxxxxxxxxxxxxxx | |
| **Mutaties tijdens het boekjaar** | | | |
| Geboekt .................................................................................................... | 8213 | | |
| Verworven van derden ............................................................................... | 8223 | | |
| Afgeboekt ................................................................................................. | 8233 | | |
| Overgeboekt van een post naar een andere ...................................(+)/(-) | 8243 | | |
| **Meerwaarde per einde van het boekjaar** ............................................... | 8253 | | |
| **Afschrijvingen en waardeverminderingen per einde van het boekjaar** ...... | 8323P | xxxxxxxxxxxxxxx | 3.205,00 |
| **Mutaties tijdens het boekjaar** | | | |
| Geboekt .................................................................................................... | 8273 | | |
| Teruggenomen want overtollig ................................................................. | 8283 | | |
| Verworven van derden ............................................................................... | 8293 | | |
| Afgeboekt na overdrachten en buitengebruikstellingen ............................ | 8303 | 3.205,00 | |
| Overgeboekt van een post naar een andere ...................................(+)/(-) | 8313 | | |
| **Afschrijvingen en waardeverminderingen per einde van het boekjaar** ...... | 8323 | | |
| **NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR** .......................... | (24) | | |

## STAAT VAN DE FINANCIËLE VASTE ACTIVA

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **VERBONDEN ONDERNEMINGEN - DEELNEMINGEN EN AANDELEN** | | | |
| Aanschaffingswaarde per einde van het boekjaar ................................ | 8391P | xxxxxxxxxxxxxx | 9,00 |
| **Mutaties tijdens het boekjaar** | | | |
| Aanschaffingen, met inbegrip van de geproduceerde vaste activa ........... | 8361 | | |
| Overdrachten en buitengebruikstellingen ................................................ | 8371 | | |
| Overboeking van een post naar een andere ..........................(+)/(-) | 8381 | | |
| Aanschaffingswaarde per einde van het boekjaar ................................ | 8391 | 9,00 | |
| Meerwaarde per einde van het boekjaar ................................................ | 8451P | xxxxxxxxxxxxxx | |
| **Mutaties tijdens het boekjaar** | | | |
| Geboekt ................................................................................................ | 8411 | | |
| Verworven van derden ........................................................................... | 8421 | | |
| Afgeboekt ............................................................................................. | 8431 | | |
| Overgeboekt van een post naar een andere ..........................(+)/(-) | 8441 | | |
| Meerwaarde per einde van het boekjaar ................................................ | 8451 | | |
| Waardeverminderingen per einde van het boekjaar ............................... | 8521P | xxxxxxxxxxxxxx | 9,00 |
| **Mutaties tijdens het boekjaar** | | | |
| Geboekt ................................................................................................ | 8471 | | |
| Teruggenomen want overtollig ............................................................... | 8481 | | |
| Verworven van derden ........................................................................... | 8491 | | |
| Afgeboekt na overdrachten en buitengebruikstellingen ........................... | 8501 | | |
| Overgeboekt van een post naar een andere ..........................(+)/(-) | 8511 | | |
| Waardeverminderingen per einde van het boekjaar ............................... | 8521 | 9,00 | |
| Niet-opgevraagde bedragen per einde van het boekjaar .......................... | 8551P | xxxxxxxxxxxxxx | |
| Mutaties tijdens het boekjaar ...........................................(+)/(-) | 8541 | | |
| Niet-opgevraagde bedragen per einde van het boekjaar .......................... | 8551 | | |
| **NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR ....................** | (280) | | |
| **VERBONDEN ONDERNEMINGEN - VORDERINGEN** | | | |
| **NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR ....................** | 281P | xxxxxxxxxxxxxx | |
| **Mutaties tijdens het boekjaar** | | | |
| Toevoegingen ......................................................................................... | 8581 | | |
| Terugbetalingen....................................................................................... | 8591 | | |
| Geboekte waardeverminderingen ........................................................... | 8601 | | |
| Teruggenomen waardeverminderingen .................................................... | 8611 | | |
| Wisselkoersverschillen ....................................................(+)/(-) | 8621 | | |
| Overige mutaties .............................................................(+)/(-) | 8631 | | |
| **NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR ....................** | (281) | | |
| **GECUMULEERDE WAARDEVERMINDERINGEN OP VORDERINGEN PER EINDE BOEKJAAR ....................................** | 8651 | | |

| Nr. | 0455.240.893 | | VOL 5.5.1 |
|-----|--------------|--|-----------|

# INLICHTINGEN OMTRENT DE DEELNEMINGEN

## DEELNEMINGEN EN MAATSCHAPPELIJKE RECHTEN AANGEHOUDEN IN ANDERE ONDERNEMINGEN

Hieronder worden de ondernemingen vermeld waarin de onderneming een deelneming bezit (opgenomen in de posten 280 en 282 van de activa), alsmede de andere ondernemingen waarin de onderneming maatschappelijke rechten bezit (opgenomen in de posten 284 en 51/53 van de activa) ten belope van ten minste 10 % van het geplaatste kapitaal.

| NAAM, volledig adres van de ZETEL en zo het een onderneming naar Belgisch recht betreft, het ONDERNEMINGSNUMMER | Aangehouden maatschappelijke rechten | | | Gegevens geput uit de laatst beschikbare jaarrekening | | | |
|---|---|---|---|---|---|---|---|
| | rechtstreeks | | dochters | Jaarrekening per | Muntcode | Eigen vermogen | Nettoresultaat |
| | Aantal | % | % | | | (+) of (-) *(in eenheden)* | |
| EQUIDUCT SYSTEMS LTD BO St Mary Axe 70 EC3A8BE London Verenigd Koninkrijk | | | | 31/12/2007 | GBP | -22.834.006 | -1.674.327 |
| GEWONE AANDELEN | 1 | 100,00 | 0,00 | | | | |

# OVERIGE GELDBELEGGINGEN EN OVERLOPENDE REKENINGEN (ACTIVA)

## OVERIGE GELDBELEGGINGEN

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| Aandelen | 51 | | |
| Boekwaarde verhoogd met het niet-opgevraagde bedrag | 8681 | | |
| Niet-opgevraagd bedrag | 8682 | | |
| Vastrentende effecten | 52 | | |
| Vastrentende effecten uitgegeven door kredietinstellingen | 8684 | | |
| Termijnrekeningen bij kredietinstellingen | 53 | 1.700.000,00 | |
| Met een resterende looptijd of opzegtermijn van | | | |
| hoogstens één maand | 8686 | 1.700.000,00 | |
| meer dan één maand en hoogstens één jaar | 8687 | | |
| meer dan één jaar | 8688 | | |
| Hierboven niet-opgenomen overige geldbeleggingen | 8689 | | |

## OVERLOPENDE REKENINGEN

| Boekjaar |
|---|
| |

Uitsplitsing van de post 490/1 van de activa indien daaronder een belangrijk bedrag voorkomt.

| Nr. | 0455.240.893 | | VOL 5.7 |
| --- | --- | --- | --- |

## STAAT VAN HET KAPITAAL EN DE AANDEELHOUDERSSTRUCTUUR

**STAAT VAN HET KAPITAAL**

### Maatschappelijk kapitaal

| Codes | Boekjaar | Vorig boekjaar |
| --- | --- | --- |
| | | |
| 100P | XXXXXXXXXXXXXX | 111.370.176,56 |
| (100) | 113.526.848,90 | |

Geplaatst kapitaal per einde van het boekjaar......................................................  — 100P — XXXXXXXXXXXXXX
Geplaatst kapitaal per einde van het boekjaar......................................................  — (100) — 113.526.848,90

| Codes | Bedragen | Aantal aandelen |
| --- | --- | --- |
| | | |
| | | |
| Wijzigingen tijdens het boekjaar | | |
| Conversie obligaties dd. 28/01/2008 | 1.253.624,12 | 443.290 |
| Kapitaalverhoging dd. 26/06/2008 | 849.997,82 | 300.565 |
| Uitoefening warrants dd. 26/06/2008 | 53.050,40 | 265.252 |
| Samenstelling van het kapitaal | | |
| Soorten aandelen | | |
| AANDELEN TYPE A | 6.253.209,11 | 500.000 |
| AANDELEN TYPE B | 53.099.800,55 | 4.245.804 |
| AANDELEN TYPE C | 54.173.839,24 | 4.331.683 |
| Op naam.......... 8702 | XXXXXXXXXXXXXX | 9.077.487 |
| Aan toonder....... 8703 | XXXXXXXXXXXXXX | |

| Codes | Niet-opgevraagd bedrag | Opgevraagd, niet-gestort bedrag |
| --- | --- | --- |
| **Niet-gestort kapitaal** | | |
| Niet-opgevraagd kapitaal ...... (101) | | XXXXXXXXXXXXXX |
| Opgevraagd, niet-gestort kapitaal ...... 8712 | XXXXXXXXXXXXXX | |
| Aandeelhouders die nog moeten volstorten | | |

## STAAT VAN HET KAPITAAL EN DE AANDEELHOUDERSSTRUCTUUR

| | Codes | Boekjaar |
|---|---|---|
| **Eigen aandelen** | | |
| Gehouden door de vennootschap zelf | | |
| Kapitaalbedrag | 8721 | |
| Aantal aandelen | 8722 | |
| Gehouden door haar dochters | | |
| Kapitaalbedrag | 8731 | |
| Aantal aandelen | 8732 | |
| **Verplichtingen tot uitgifte van aandelen** | | |
| Als gevolg van de uitoefening van CONVERSIERECHTEN | | |
| Bedrag van de lopende converteerbare leningen | 8740 | |
| Bedrag van het te plaatsen kapitaal | 8741 | |
| Maximum aantal uit te geven aandelen | 8742 | |
| Als gevolg van de uitoefening van INSCHRIJVINGSRECHTEN | | |
| Aantal inschrijvingsrechten in omloop | 8745 | 230.890 |
| Bedrag van het te plaatsen kapitaal | 8746 | 46.178,00 |
| Maximum aantal uit te geven aandelen | 8747 | 230.890 |
| **Toegestaan, niet-geplaatst kapitaal** | 8751 | |

| | Codes | Boekjaar |
|---|---|---|
| **Aandelen buiten kapitaal** | | |
| Verdeling | | |
| Aantal aandelen | 8761 | |
| Daaraan verbonden stemrecht | 8762 | |
| Uitsplitsing van de aandeelhouders | | |
| Aantal aandelen gehouden door de vennootschap zelf | 8771 | |
| Aantal aandelen gehouden door haar dochters | 8781 | |

**AANDEELHOUDERSSTRUCTUUR VAN DE ONDERNEMING OP DE DATUM VAN DE JAARAFSLUITING, ZOALS DIE BLIJKT UIT DE KENNISGEVINGEN DIE DE ONDERNEMING HEEFT ONTVANGEN**

Börse Berlin AG: 54,27%
Jos B. Peeters: 24,24%
Strategic Investors 2001: 8,69%
Former Bondholders: 4,78%
Management/directors Easdaq 2007: 2,87%
Knight Capital Group: 3,23%
Remaining 115 shareholders: 1,93%

| Nr. | 0455.240.893 | | VOL 5.8 |

## VOORZIENINGEN VOOR OVERIGE RISICO'S EN KOSTEN

**UITSPLITSING VAN DE POST 163/5 VAN DE PASSIVA INDIEN DAARONDER EEN BELANGRIJK BEDRAG VOORKOMT.**

Provisie voor risico 's en kosten

| Boekjaar |
|---|
| 308.898,94 |

VOL 5.9

# STAAT VAN DE SCHULDEN EN OVERLOPENDE REKENINGEN (PASSIVA)

**UITSPLITSING VAN DE SCHULDEN MET EEN OORSPRONKELIJKE LOOPTIJD VAN MEER DAN EEN JAAR, NAARGELANG HUN RESTERENDE LOOPTIJD**

| | Codes | Boekjaar |
|---|---|---|
| **Schulden op meer dan één jaar die binnen het jaar vervallen** | | |
| Financiële schulden | | |
| Achtergestelde leningen | 8801 | |
| Niet-achtergestelde obligatieleningen | 8811 | |
| Leasingschulden en soortgelijke schulden | 8821 | |
| Kredietinstellingen | 8831 | |
| Overige leningen | 8841 | |
| Handelsschulden | 8851 | |
| Leveranciers | 8861 | |
| Te betalen wissels | 8871 | |
| Ontvangen vooruitbetalingen op bestellingen | 8881 | |
| Overige schulden | 8891 | |
| Totaal der schulden op meer dan één jaar die binnen het jaar vervallen | 8901 | |
| | (42) | |
| **Schulden met een resterende looptijd van meer dan één jaar doch hoogstens 5 jaar** | | |
| Financiële schulden | | |
| Achtergestelde leningen | 8802 | 1.370.000,00 |
| Niet-achtergestelde obligatieleningen | 8812 | |
| Leasingschulden en soortgelijke schulden | 8822 | |
| Kredietinstellingen | 8832 | |
| Overige leningen | 8842 | |
| Handelsschulden | 8852 | 1.370.000,00 |
| Leveranciers | 8862 | |
| Te betalen wissels | 8872 | |
| Ontvangen vooruitbetalingen op bestellingen | 8882 | |
| Overige schulden | 8892 | |
| | 8902 | |
| Totaal der schulden met een resterende looptijd van meer dan één jaar doch hoogstens 5 jaar | 8912 | 1.370.000,00 |
| **Schulden met een resterende looptijd van meer dan 5 jaar** | | |
| Financiële schulden | | |
| Achtergestelde leningen | 8803 | |
| Niet-achtergestelde obligatieleningen | 8813 | |
| Leasingschulden en soortgelijke schulden | 8823 | |
| Kredietinstellingen | 8833 | |
| Overige leningen | 8843 | |
| Handelsschulden | 8853 | |
| Leveranciers | 8863 | |
| Te betalen wissels | 8873 | |
| Ontvangen vooruitbetalingen op bestellingen | 8883 | |
| Overige schulden | 8893 | |
| | 8903 | |
| Totaal der schulden met een resterende looptijd van meer dan 5 jaar | 8913 | |

**GEWAARBORGDE SCHULDEN** *(begrepen in de posten 17 en 42/48 van de passiva)*

| | Codes | Boekjaar |
|---|---|---|
| **Door Belgische overheidsinstellingen gewaarborgde schulden** | | |
| Financiële schulden ....................... | 8921 | |
|    Achtergestelde leningen ................ | 8931 | |
|    Niet-achtergestelde obligatieleningen ......... | 8941 | |
|    Leasingschulden en soortgelijke schulden ....... | 8951 | |
|    Kredietinstellingen .................... | 8961 | |
|    Overige leningen .................... | 8971 | |
| Handelsschulden ....................... | 8981 | |
|    Leveranciers ....................... | 8991 | |
|    Te betalen wissels ................... | 9001 | |
| Ontvangen vooruitbetalingen op bestellingen ....... | 9011 | |
| Schulden met betrekking tot bezoldigingen en sociale lasten ... | 9021 | |
| Overige schulden ....................... | 9051 | |
| **Totaal door Belgische overheidsinstellingen gewaarborgde schulden** ..... | 9061 | |
| **Schulden gewaarborgd door zakelijke zekerheden of onherroepelijk beloofd op activa van de onderneming** | | |
| Financiële schulden ....................... | 8922 | |
|    Achtergestelde leningen ................ | 8932 | |
|    Niet-achtergestelde obligatieleningen ......... | 8942 | |
|    Leasingschulden en soortgelijke schulden ....... | 8952 | |
|    Kredietinstellingen .................... | 8962 | |
|    Overige leningen .................... | 8972 | |
| Handelsschulden ....................... | 8982 | |
|    Leveranciers ....................... | 8992 | |
|    Te betalen wissels ................... | 9002 | |
| Ontvangen vooruitbetalingen op bestellingen ....... | 9012 | |
| Schulden met betrekking tot belastingen, bezoldigingen en sociale lasten .... | 9022 | |
|    Leveranciers ....................... | 9032 | |
|    Te betalen wissels ................... | 9042 | |
| Overige schulden ....................... | 9052 | |
| **Totaal der schulden gewaarborgd door zakelijke zekerheden of onherroepelijk beloofd op activa van de onderneming** ........... | 9062 | |
| **SCHULDEN MET BETREKKING TOT BELASTINGEN, BEZOLDIGINGEN EN SOCIALE LASTEN** | | |
| **Belastingen** *(post 450/3 van de passiva)* | | |
| Vervallen belastingschulden ................ | 9072 | |
| Niet-vervallen belastingschulden .............. | 9073 | 2.183.140,46 |
| Geraamde belastingschulden ................ | 450 | |
| **Bezoldigingen en sociale lasten** *(post 454/9 van de passiva)* | | |
| Vervallen schulden ten aanzien van de Rijksdienst voor Sociale Zekerheid .... | 9076 | |
| Andere schulden met betrekking tot bezoldigingen en sociale lasten ........ | 9077 | 36.084,79 |

## OVERLOPENDE REKENINGEN

Uitsplitsing van de post 492/3 van de passiva indien daaronder een belangrijk bedrag voorkomt.

| | Boekjaar |
|---|---|
| Bestuurdersvergoedingen | |
| Intresten lening BSX | 26.000,00 |
| Auditkosten | 146.735,34 |
| Ereloon accountant | 6.500,00 |
| Neerlegging jaarrekening | 3.000,00 |
| Intresten factuur BSX | 312,73 |
| Intresten en kosten bankrekeningen | 4.559,00 |
| | 753,58 |

Nr. | 0455.240.893

VOL 5.10

## BEDRIJFSRESULTATEN

|  | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **BEDRIJFSOPBRENGSTEN** | | | |
| **Netto-omzet** | | | |
| Uitsplitsing per bedrijfscategorie | | | |
| Uitsplitsing per geografische markt | | | |
| **Andere bedrijfsopbrengsten** | | | |
| Exploitatiesubsidies en vanwege de overheid ontvangen compenserende bedragen .................. | 740 | | |
| **BEDRIJFSKOSTEN** | | | |
| **Werknemers ingeschreven in het personeelsregister** | | | |
| Totaal aantal op de afsluitingsdatum ................. | 9086 | 2 | 2 |
| Gemiddeld personeelsbestand berekend in voltijdse equivalenten .......... | 9087 | 2,0 | 2,5 |
| Aantal daadwerkelijk gepresteerde uren ............... | 9088 | 3.762 | 4.302 |
| **Personeelskosten** | | | |
| Bezoldigingen en rechtstreekse sociale voordelen ................. | 620 | 254.805,60 | 205.177,67 |
| Werkgeversbijdragen voor sociale verzekeringen ............... | 621 | 61.841,21 | 50.887,88 |
| Werkgeverspremies voor bovenwettelijke verzekeringen ............... | 622 | 16.712,52 | 32.686,24 |
| Andere personeelskosten ................. | 623 | 9.276,07 | 35.929,38 |
| Ouderdoms- en overlevingspensioenen ................. | 624 | | |
| **Voorzieningen voor pensioenen** | | | |
| Toevoegingen (bestedingen en terugnemingen) ............... (+)/(-) | 635 | | |
| **Waardeverminderingen** | | | |
| Op voorraden en bestellingen in uitvoering | | | |
| Geboekt ................. | 9110 | | |
| Teruggenomen ................. | 9111 | | |
| Op handelsvorderingen | | | |
| Geboekt ................. | 9112 | | |
| Teruggenomen ................. | 9113 | | 3.750,00 |
| **Voorzieningen voor risico's en kosten** | | | |
| Toevoegingen ................. | 9115 | | 92.000,00 |
| Bestedingen en terugnemingen ................. | 9116 | 85.516,06 | 78.500,00 |
| **Andere bedrijfskosten** | | | |
| Bedrijfsbelastingen en -taksen ................. | 640 | 347,60 | 893,06 |
| Andere ................. | 641/8 | 1.310,70 | 1.377,50 |
| **Uitzendkrachten en ter beschikking van de ondernemng gestelde personen** | | | |
| Totaal aantal op de afsluitingsdatum ................. | 9096 | | |
| Gemiddeld personeelsbestand berekend in voltijdse equivalenten .......... | 9097 | | |
| Aantal daadwerkelijk gepresteerde uren ................. | 9098 | | |
| Kosten voor de onderneming ................. | 617 | | |

| Nr. | 0455.240.893 | VOL 5.11 |

# FINANCIËLE EN UITZONDERLIJKE RESULTATEN

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **FINANCIËLE RESULTATEN** | | | |
| **Andere financiële opbrengsten** | | | |
| Door de overheid toegekende subsidies, aangerekend op de resultatenrekening | | | |
| Kapitaalsubsidies ............................................................................... | 9125 | | |
| Interestsubsidies ............................................................................... | 9126 | | |
| Uitsplitsing van de overige financiële opbrengsten | | | |
| VOORDELIGE KOERSVERSCHILLEN | | 1.039,20 | 1.179,38 |
| **Afschrijvingen van kosten bij uitgifte van leningen en van disagio** .................... | 6501 | | |
| **Geactiveerde interesten** ....... | 6503 | | |
| **Waardeverminderingen op vlottende activa** | | | |
| Geboekt ............................................................................................ | 6510 | | |
| Teruggenomen .................................................................................. | 6511 | | |
| **Andere financiële kosten** | | | |
| Bedrag van het disconto ten laste van de onderneming bij de verhandeling van vorderingen ...................................................................................... | 653 | | |
| **Voorzieningen met financieel karakter** | | | |
| Toevoegingen ................................................................................... | 6560 | | |
| Bestedingen en terugnemingen ........................................................... | 6561 | | |
| **Uitsplitsing van de overige financiële kosten** | | | |
| NADELIGE KOERSVERSCHILLEN | | 492.159,03 | 4.429,03 |
| BANKKOSTEN | | 4.549,46 | 1.872,41 |
| NADELIGE BETALINGSVERSCHILLEN | | | 9,22 |

| | Boekjaar |
|---|---|
| **UITZONDERLIJKE RESULTATEN** | |
| **Uitsplitsing van de andere uitzonderlijke opbrengsten** | |
| Vergoeding verzekering | 172.664,77 |
| **Uitsplitsing van de andere uitzonderlijke kosten** | |

| Nr. | 0455.240.893 | | VOL 5.12 |

## BELASTINGEN EN TAKSEN

### BELASTINGEN OP HET RESULTAAT

| | Codes | Boekjaar |
|---|---|---|
| Belastingen op het resultaat van het boekjaar .................................................................................. | 9134 | |
| Verschuldigde of betaalde belastingen en voorheffingen ............................................... | 9135 | 16.540,39 |
| Geactiveerde overschotten van betaalde belastingen en voorheffingen ...................................... | 9136 | 16.540,39 |
| Geraamde belastingsupplementen ................................................................................ | 9137 | |
| **Belastingen op het resultaat van vorige boekjaren** ............................................................ | 9138 | |
| Verschuldigde of betaalde belastingsupplementen ..................................................................... | 9139 | |
| Geraamde belastingsupplementen of belastingen waarvoor een voorziening werd gevormd .................. | 9140 | |

**Belangrijkste oorzaken van de verschillen tussen de winst voor belastingen, zoals die blijkt uit de jaarrekening, en de geraamde belastbare winst**

**Invloed van de uitzonderlijke resultaten op de belastingen op het resultaat van het boekjaar**

| | Codes | Boekjaar |
|---|---|---|
| **Bronnen van belastinglatenties** | | |
| Actieve latenties ........................................................................................................ | 9141 | 135.541.302,88 |
| Gecumuleerde fiscale verliezen die aftrekbaar zijn van latere belastbare winsten ............................ | 9142 | 135.541.302,88 |
| Andere actieve latenties | | |
| Passieve latenties ....................................................................................................... | 9144 | |
| Uitsplitsing van de passieve latenties | | |

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **BELASTINGEN OP DE TOEGEVOEGDE WAARDE EN BELASTINGEN TEN LASTE VAN DERDEN** | | | |
| **In rekening gebrachte belasting op de toegevoegde waarde** | | | |
| Aan de onderneming (aftrekbaar) ................................................................ | 9145 | 74.523,26 | 74.986,23 |
| Door de onderneming .................................................................................. | 9146 | 3.908,92 | |
| **Ingehouden bedragen ten laste van derden als** | | | |
| Bedrijfsvoorheffing ..................................................................................... | 9147 | 84.797,84 | 60.519,60 |
| Roerende voorheffing .................................................................................. | 9148 | | |

**BETREKKINGEN MET VERBONDEN ONDERNEMINGEN EN MET ONDERNEMINGEN WAARMEE EEN DEELNEMINGSVERHOUDING BESTAAT**

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **VERBONDEN ONDERNEMINGEN** | | | |
| Financiële vaste activa | (280/1) | | |
| Deelnemingen | (280) | | |
| Achtergestelde vorderingen | 9271 | | |
| Andere vorderingen | 9281 | | |
| Vorderingen | 9291 | 866.817,25 | 117.538,45 |
| Op meer dan één jaar | 9301 | | |
| Op hoogstens één jaar | 9311 | 866.817,25 | 117.538,45 |
| Geldbeleggingen | 9321 | | |
| Aandelen | 9331 | | |
| Vorderingen | 9341 | | |
| Schulden | 9351 | 1.655.007,40 | 1.799.835,88 |
| Op meer dan één jaar | 9361 | 1.370.000,00 | 1.370.000,00 |
| Op hoogstens één jaar | 9371 | 285.007,40 | 429.835,88 |
| Persoonlijke en zakelijke zekerheden | | | |
| Door de onderneming gestelde of onherroepelijk beloofd als waarborg voor schulden of verplichtingen van verbonden ondernemingen | 9381 | | |
| Door verbonden ondernemingen gestelde of onherroepelijk beloofd als waarborg voor schulden of verplichtingen van de onderneming | 9391 | | |
| Andere betekenisvolle financiële verplichtingen | 9401 | | |
| Financiële resultaten | | | |
| Opbrengsten uit financiële vaste activa | 9421 | | |
| Opbrengsten uit vlottende activa | 9431 | | |
| Andere financiële opbrengsten | 9441 | | |
| Kosten van schulden | 9461 | | |
| Andere financiële kosten | 9471 | 100.459,00 | |
| Realisatie van vaste activa | | | |
| Verwezenlijkte meerwaarden | 9481 | 1.653,00 | |
| Verwezenlijkte minderwaarden | 9491 | | 17.954,50 |
| **ONDERNEMINGEN WAARMEE EEN DEELNEMINGSVERHOUDING BESTAAT** | | | |
| Financiële vaste activa | (282/3) | | |
| Deelnemingen | (282) | | |
| Achtergestelde vorderingen | 9272 | | |
| Andere vorderingen | 9282 | | |
| Vorderingen | 9292 | | |
| Op meer dan één jaar | 9302 | | |
| Op hoogstens één jaar | 9312 | | |
| Schulden | 9352 | | |
| Op meer dan één jaar | 9362 | | |
| Op hoogstens één jaar | 9372 | | |

| Nr. | 0455.240.893 | | VOL 5.15 |

## FINANCIËLE BETREKKINGEN MET

**BESTUURDERS EN ZAAKVOERDERS, NATUURLIJKE OF RECHTSPERSONEN DIE DE ONDERNEMING RECHTSTREEKS OF ONRECHTSTREEKS CONTROLEREN ZONDER VERBONDEN ONDERNEMINGEN TE ZIJN, OF MET ANDERE ONDERNEMINGEN DIE DOOR DEZE PERSONEN RECHTSTREEKS OF ONRECHTSTREEKS GECONTROLEERD WORDEN**

| | Codes | Boekjaar |
|---|---|---|
| **Uitstaande vorderingen op deze personen** | 9500 | |
| Voorwaarden betreffende de uitstaande vorderingen | | |
| **Waarborgen toegestaan in hun voordeel** | 9501 | |
| Waarborgen toegestaan in hun voordeel - Voornaamste voorwaarden | | |
| **Andere betekenisvolle verplichtingen aangegaan in hun voordeel** | 9502 | |
| Voornaamste voorwaarden van deze verplichtingen | | |
| **Rechtstreekse en onrechtstreekse bezoldigingen en ten laste van de resultatenrekening toegekende pensioenen, voor zover deze vermelding niet uitsluitend of hoofdzakelijk betrekking heeft op de toestand van een enkel identificieerbaar persoon** | | |
| Aan bestuurders en zaakvoerders ................................................................................................. | 9503 | |
| Aan oud-bestuurders en oud-zaakvoerders ................................................................................. | 9504 | |

## DE COMMISSARIS(SEN) EN DE PERSONEN MET WIE HIJ (ZIJ) VERBONDEN IS (ZIJN)

| | Codes | Boekjaar |
|---|---|---|
| **Bezoldiging van de commissaris(sen)** ................................................................................. | 9505 | 6.500,00 |
| **Bezoldiging voor uitzonderlijke werkzaamheden of bijzondere opdrachten uitgevoerd binnen de vennootschap door de commissaris(sen)** | | |
| Andere controleopdrachten .......................................................................................... | 95061 | |
| Belastingadviesopdrachten .......................................................................................... | 95062 | |
| Andere opdrachten buiten de revisorale opdrachten ................................................... | 95063 | 6.500,00 |
| **Bezoldiging voor uitzonderlijke werkzaamheden of bijzondere opdrachten uitgevoerd binnen de vennootschap door personen met wie de commissaris(sen) verbonden is (zijn)** | | |
| Andere controleopdrachten .......................................................................................... | 95081 | |
| Belastingadviesopdrachten .......................................................................................... | 95082 | |
| Andere opdrachten buiten de revisorale opdrachten ................................................... | 95083 | |

**Vermeldingen in toepassing van het artikel 133, paragraaf 6 van het Wetboek van vennootschappen**

| Nr. | 0455.240.893 | | VOL 5.17.1 |
|---|---|---|---|

## VERKLARING BETREFFENDE DE GECONSOLIDEERDE JAARREKENING

**INLICHTINGEN TE VERSTREKKEN DOOR ELKE ONDERNEMING DIE ONDERWORDEN IS AAN DE BEPALINGEN VAN HET WETBOEK VAN VENNOOTSCHAPPEN INZAKE DE GECONSOLIDEERDE JAARREKENING**

~~De onderneming heeft een geconsolideerde jaarrekening en een geconsolideerd jaarverslag opgesteld en openbaar gemaakt*~~

**De onderneming heeft geen geconsolideerde jaarrekening een een geconsolideerd jaarverslag opgesteld, omdat zij daarvan vrijgesteld is om de volgende reden(en)***

De onderneming en haar dochterondernemingen overschrijden op geconsolideerde basis niet meer dan één van de in artikel 16 van het Wetboek van vennootschappen vermelde criteria*

~~De onderneming is zelf dochteronderneming van een moederonderneming die een geconsolideerde jaarrekening, waarin haar jaarrekening door consolidatie opgenomen is, opstelt en openbaar maakt*~~

Indien ja, motivering dat aan alle voorwaarden tot vrijstelling, opgenomen in artikel 113, paragrafen 2 en 3 van het Wetboek van vennootschappen, is voldaan:

Naam, volledig adres van de zetel en, zo het een onderneming naar Belgisch recht betreft, het ondernemingsnummer van de moederonderneming die de geconsolideerde jaarrekening opstelt en openbaar maakt, op grond waarvan de vrijstelling is verleend:

## INLICHTINGEN DIE MOETEN WORDEN VERSTREKT DOOR DE ONDERNEMING INDIEN ZIJ DOCHTERONDERNEMING OF GEMEENSCHAPPELIJKE DOCHTERONDERNEMING IS

Naam, volledig adres van de zetel en, zo het een onderneming naar Belgisch recht betreft, het ondernemingsnummer van de moederonderneming(en) en de aanduiding van deze moederonderneming(en) een geconsolideerde jaarrekening, waarin haar jaarrekening door consolidatie opgenomen is, opstelt (opstellen) en openbaar maakt (maken)**:

**BOERSE BERLIN AG**

**FASANENSTRASSE 85**

**10623 BERLIN, Duitsland**

**209581286**

**De moederonderneming stelt geen geconsolideerde jaarrekening op.**

Indien de moederonderneming(en) (een) onderneming(en) naar buitenlands recht is (zijn), de plaats waar de hiervoor bedoelde geconsolideerde jaarrekening verkrijgbaar is**

---

\*    Schrappen wat niet van toepassing is.

\**   Wordt de jaarrekening van de onderneming op verschillende niveaus geconsolideerd, dan worden deze gegevens verstrekt, enerzijds voor



| Nr. | 0455.240.893 | | VOL 6 |
|---|---|---|---|

## SOCIALE BALANS

Nummers van de paritaire comités die voor de onderneming bevoegd zijn: 218

---

### STAAT VAN DE TEWERKGESTELDE PERSONEN
### WERKNEMERS INGESCHREVEN IN HET PERSONEELSREGISTER

| Tijdens het boekjaar en het vorige boekjaar | Codes | 1. Voltijds (boekjaar) | 2. Deeltijds (boekjaar) | 3. Totaal (T) of totaal in voltijdse equivalenten (VTE) (boekjaar) | 3P. Totaal (T) of totaal in voltijdse equivalenten (VTE) (vorig boekjaar) |
|---|---|---|---|---|---|
| Gemiddeld aantal werknemers .............. | 100 | 2,0 | | 2,0  (VTE) | 2,5  (VTE) |
| Aantal daadwerkelijke gepresteerde uren | 101 | 3.762 | | 3.762  (T) | 4.302  (T) |
| Personeelskosten ................................. | 102 | 342.635,40 | | 342.635,40  (T) | 324.681,17  (T) |
| Bedrag van de voordelen bovenop het loon ...................................................... | 103 | xxxxxxxxxxxxxx | xxxxxxxxxxxxxx | (T) | (T) |

| Op de afsluitingsdatum van het boekjaar | Codes | 1. Voltijds | 2. Deeltijds | 3. Totaal in voltijdse equivalenten |
|---|---|---|---|---|
| **Aantal werknemers ingeschreven in het personeelsregister** ..................................... | 105 | 2 | | 2,0 |
| **Volgens de aard van de arbeidsovereenkomst** | | | | |
| Overeenkomst voor een onbepaalde tijd ......................... | 110 | 2 | | 2,0 |
| Overeenkomst voor een bepaalde tijd ............................ | 111 | | | |
| Overeenkomst voor een duidelijk omschreven werk ........ | 112 | | | |
| Vervangingsovereenkomst ............................................. | 113 | | | |
| **Volgens het geslacht** | | | | |
| Mannen ......................................................................... | 120 | 2 | | 2,0 |
| lager onderwijs ............................................................ | 1200 | | | |
| secundair onderwijs ..................................................... | 1201 | 1 | | 1,0 |
| hoger niet-universitair onderwijs ............................... | 1202 | | | |
| universitair onderwijs ................................................... | 1203 | 1 | | 1,0 |
| Vrouwen ........................................................................ | 121 | | | |
| lager onderwijs ............................................................ | 1210 | | | |
| secundair onderwijs ..................................................... | 1211 | | | |
| hoger niet-universitair onderwijs ............................... | 1212 | | | |
| universitair onderwijs ................................................... | 1213 | | | |
| **Volgens de beroepscategorie** | | | | |
| Directiepersoneel ......................................................... | 130 | | | |
| Bedienden ..................................................................... | 134 | 2 | | 2,0 |
| Arbeiders ....................................................................... | 132 | | | |
| Andere ........................................................................... | 133 | | | |

## UITZENDKRACHTEN EN TER BESCHIKKING VAN DE ONDERNEMING GESTELDE PERSONEN

| Tijdens het boekjaar | Codes | 1. Uitzendkrachten | 2. Ter beschikking van de onderneming gestelde personen |
|---|---|---|---|
| Gemiddeld aantal tewerkgestelde personen ........................................................ | 150 | | |
| Aantal daadwerkelijk gepresteerde uren ........................................... | 151 | | |
| Kosten voor de onderneming ........................................................... | 152 | | |

## TABEL VAN HET PERSONEELSVERLOOP TIJDENS HET BOEKJAAR

### INGETREDEN

| | Codes | 1. Voltijds | 2. Deeltijds | 3. Totaal in voltijdse equivalenten |
|---|---|---|---|---|
| **Aantal werknemers die tijdens het boekjaar in het personeelsregister werden ingeschreven** ........................... | 205 | | | |
| **Volgens de aard van de arbeidsovereenkomst** | | | | |
| Overeenkomst voor een onbepaalde tijd ........................... | 210 | | | |
| Overeenkomst voor een bepaalde tijd ............................... | 211 | | | |
| Overeenkomst voor een duidelijk omschreven werk .......... | 212 | | | |
| Vervangingsovereenkomst ............................................... | 213 | | | |

| UITGETREDEN | Codes | 1. Voltijds | 2. Deeltijds | 3. Totaal in voltijdse equivalenten |
|---|---|---|---|---|
| **Aantal werknemers met een in het personeelsregister opgetekende datum waarop hun overeenkomst tijdens het boekjaar een einde nam** ..................... | 305 | | | |
| **Volgens de aard van de arbeidsovereenkomst** | | | | |
| Overeenkomst voor een onbepaalde tijd ........................... | 310 | | | |
| Overeenkomst voor een bepaalde tijd ............................... | 311 | | | |
| Overeenkomst voor een duidelijk omschreven werk .......... | 312 | | | |
| Vervangingsovereenkomst ............................................... | 313 | | | |
| **Volgens de reden van beëindiging van de overeenkomst** | | | | |
| Pensioen ....................................................................... | 340 | | | |
| Brugpensioen .................................................................. | 341 | | | |
| Afdanking ...................................................................... | 342 | | | |
| Andere reden .................................................................. | 343 | | | |
| Waarvan: het aantal werknemers dat als zelfstandige ten minste op halftijdse basis diensten blijft verlenen aan de onderneming ................... | 350 | | | |

| Nr. | 0455.240.893 | | VOL 6 |

**INLICHTINGEN OVER DE OPLEIDING VOOR DE WERKNEMERS TIJDENS HET BOEKJAAR**

| | Codes | Mannen | Codes | Vrouwen |
|---|---|---|---|---|
| **Totaal van de formele voortgezette beroepsopleidingsinitiatieven voor de werknemers ten laste van de werkgever** | | | | |
| Aantal betrokken werknemers ................................................................. | 5801 | | 5811 | |
| Aantal gevolgde opleidingsuren .................................................. | 5802 | | 5812 | |
| Nettokosten voor de onderneming .................................................. | 5803 | | 5813 | |
| waarvan brutokosten rechtstreeks verbonden met de opleiding ........... | 58031 | | 58131 | |
| waarvan betaalde bijdragen en stortingen aan collectieve fondsen ..... | 58032 | | 58132 | |
| waarvan ontvangen tegemoetkomingen (in mindering).. ....................... | 58033 | | 58133 | |
| | | | | |
| **Totaal van de minder formele en informele voortgezette beroeps-opleidingsinitiatieven voor de werknemers ten laste van de werkgever** | | | | |
| Aantal betrokken werknemers .................................................. | 5821 | | 5831 | |
| Aantal gevolgde opleidingsuren .................................................. | 5822 | | 5832 | |
| Nettokosten voor de onderneming .......................................... | 5823 | | 5833 | |
| | | | | |
| **Totaal van de initiële beroepsopleidingsinitiatieven ten laste van de werkgever** | | | | |
| Aantal betrokken werknemers .................................................. | 5841 | | 5851 | |
| Aantal gevolgde opleidingsuren .................................................. | 5842 | | 5852 | |
| Nettokosten voor de onderneming ............................................. | 5843 | | 5853 | |

## WAARDERINGSREGELS

Samenvatting van de waarderingsregels

I. Beginsel

De waarderingsregels zijn opgesteld in lijn met de Internationale Boekhoudstandaarden,
voor zover deze niet in strijd zijn met de bepalingen van het Belgisch Koninklijk Besluit
van 30 januari 2001 tot uitvoering van het Wetboek van vennootschappen.

II. Bijzondere regels

Oprichtingskosten:
------------------
Worden onmiddellijk ten laste genomen van het resultaat van het boekjaar.

Immateriële vaste activa:
-------------------------
De immateriële vaste activa die door derden werden ontwikkeld worden geboekt tegen aanschaffingsprijs en afgeschreven
over de verwachte levensduur, of gewaardeerd aan de geschatte marktwaarde indien
lager. Afschrijvingen worden geboekt volgens de 'pro rata temporis' regeling, vanaf
het moment dat de activa in productie worden genomen.
De afschrijvingen gebeuren lineair volgens volgende percentages:
- Licenties    33.33%
- Software  33.33%
De kosten in verband met immateriele vaste activa die door de vennootschap zelf of de met haar verbonden vennootschappen worden
ontwikkeld, worden onmiddellijk ten laste genomen van het resultaat van het boekjaar waarin ze werden gemaakt.

Materiële vaste activa:
-----------------------
Materiële vaste activa worden ten laste genomen tegen kostprijs en afgeschreven over de
verwachte levensduur, of gewaardeerd aan de geschatte marktwaarde indien lager.
Afschrijvingen worden geboekt volgens de 'pro rata temporis' regeling, vanaf het moment
van aanschaf.
De afschrijvingen gebeuren lineair volgens volgende percentages:
- Kantoorbenodigdheden  25%
- Computers (hardware)  33.33%
- Kantoormeubels    20%
- Verbouwingswerken     33.33%

Financiële Vaste Activa:
------------------------
Financiële Vaste Activa worden gewaardeerd tegen aanschaffingswaarde. Waardeverminderingen
worden toegekend in geval van permanente dalingen van de waarde ten overstaanvan de boekwaard,
gejustificeerd door de financiële positie, winstgevensheid en vooruitzichten van de activiteiten
van de dochteronderneming. Deze waardeverminderingen zullen worden tegengedraaid in het geval
een permanente stijging in waarde wordt vastgesteld.

Handelsvorderingen:
-------------------
Worden gewaardeerd aan nominale waarde. Provisies zullen worden aangelegd op een
individuele basis in het geval een betaling, geheel of gedeeltelijk, wordt beschouwd als
onzeker of twijfelachtig.

Liquide middelen:
-----------------
Worden gewaardeerd aan nominale waarde.

Aandelenopties plan:
--------------------
De vennootschap beschikt over een stock option plan onder dewelke aandelenopties
worden toegekend aan de leden van de Raad van Bestuur, alsook aan consultants en
personeel in sleutelposities van de vennootschap.

Voorzieningen voor risico's en kosten:
--------------------------------------
Geïndividualiseerde voorzieningen zullen worden aangelegd teneinde duidelijk omschreven
verliezen of kosten te dekken, die op balansdatum waarschijnlijk of zeker zijn, maar
waarvan het bedrag niet vaststaat. Rekening wordt gehouden met alle voorzienbare risico's,
mogelijke verliezen en ontwaardingen, ontstaan tijdens het boekjaar of voorgaande boekjaren,
zelfs indien slechts gekend tussen balansdatum en ogenblik waarop het bestuursorgaan de
jaarrekening opstelt.

Schulden op meer dan één jaar of op minder dan één jaar:
--------------------------------------------------------
Worden gewaardeerd aan nominale waarde.

Nr. | 0455.240.893 | VOL 7

## WAARDERINGSREGELS

Wisselkoersverschillen:
--------------------

Transacties uitgevoerd in vreemde munten (andere dan de EUR) worden omgerekend naar de EUR tegen een maandelijkse vaste wisselkoers. Gerealiseerde wisselkoersverschillen worden geboekt als inkomsten of kosten op het moment dat ze zich voordoen.

Revenue Recognition:
------------------

Inkomsten worden herkend over de periode dat de diensten werden uitgevoerd.



| 40 | | | | 1 | EUR | | |
|---|---|---|---|---|---|---|---|
| Nr. | Date of the deposition | No. 0455.240.893 | PP. | B. | D. | | C 1.1 |

### ANNUAL ACCOUNT IN EURO (2 decimals)

NAME: **EASDAQ**

Legal form: **PLC**

Address: **LEI**                                                          Nr.: **19 Bus 11**

Postal Code: **3000**          City: **Leuven**

Country: **Belgium**

Register of Legal Persons (RLP) - Office of the commercial court at: **Leuven**

Internet address *:

Company number: | **0455.240.893**

DATE | **9/10/2007** | of the deposition of the partnership deed OR of the most recent document mentioning the date of publication of the partnership deed and the act changing the articles of association.

ANNUAL ACCOUNT approved by the General Meeting of | **25/06/2009**

concerning the financial year covering the period from | **1/01/2008** | till | **31/12/2008**

Previous period from | **1/01/2007** | till | **31/12/2007**

The amounts of the previous financial year  are  / ~~are not~~ ** identical to those which have been previously published.

COMPLETE LIST WITH name, first name, profession, residence-address (address, number, postal code, municipality) and position with the enterprise, OF DIRECTORS, MANAGERS AND AUDITORS

**ERNST & YOUNG BEDRIJFSREVISOREN   CALL   0446.334.711**

De Kleetlaan 2, 1831 Diegem, Belgium

Title : Auditor, Number of membership : B00160

Mandate : 28/06/2007- 24/06/2010

Represented by:

VAN STEENVOORT Marc

Steenweg op Blaasveld 96 , 2801 Heffen, Belgium

Auditor

Number of membership : A01159

**KM Services   PLC   0474.240.522**

Rue du Try-au-Chêne 6, 1470 Genappe, Belgium

Title : President of the board of directors

Mandate : 12/01/2007- 28/06/2013

Represented by:

KUIJPERS Robert M.

Rue du Try-au-Chêne 6 , 1470 Genappe, Belgium

Enclosed to these annual accounts:

Total number of pages deposited:          **29**          Number of the pages of the standard form not deposited for not being of service:   5.1, 5.2.1, 5.2.3, 5.2.4, 5.3.1, 5.3.4, 5.3.5, 5.3.6, 5.4.2, 5.4.3, 5.5.2, 5.13, 5.16, 5.17.2, 7, 8, 9

|  Signature<br>(name and position)  |  Signature<br>(name and position)  |
|---|---|

* Optional statement

LIST OF DIRECTORS, MANAGERS AND AUDITORS (continuation of the previous page)

**WALTER Jörg**
Beskidenstrasse 42, 14129 Berlin, Germany
Title : Director
Mandate : 25/09/2007- 28/06/2013

**FISCHER Artur Klaus**
Jänickestrasse 121, 14167 Berlin, Germany
Title : Delegated director
Mandate : 25/09/2007- 28/06/2013

**DE BELLEFROID Patrick**
Rue de Bossut 10, 1390 Archennes, Belgium
Title : Director
Mandate : 12/01/2007- 28/06/2013

**FRANKE Jörg Henning**
Klaus-Groth Strasse 12, 60320 Frankfurt am Main, Germany
Title : President of the board of directors
Mandate : 25/09/2007- 26/06/2008

**PEETERS Jos**
Haachtstraat 136, box A, 3020 Herent, Belgium
Title : Director
Mandate : 22/06/2006- 28/06/2013

| Nr. | 0455.240.893 | | C 1.2 |

## DECLARATION ABOUT SUPPLEMENTARY AUDITING OR ADJUSTMENT MISSION

The managing board declares that the assignment neither regarding auditing nor adjusting has been given to a person who was not authorised by law pursuant to art. 34 and 37 of the Law of 22nd April 1999 concerning the auditing and tax professions.

Have the annual accounts been audited or adjusted by an external accountant or auditor who is not a statutory auditor ?    YES / NO  *.

If YES, mention here after: name, first names, profession, residence-address of each external accountant or auditor, the number of membership with the professional Institute ad hoc and the nature of this engagement:

      A. Bookkeeping of the undertaking**,
      B. Preparing the annual accounts**,
      C. Auditing the annual accounts and/or .
      D. Adjusting the annual accounts.

If the assignment mentioned either under A or B is performed by authorised accountants or authorised accountants-tax consultants, information will be given on: name, first names, profession and residence-address of each authorised accountant or accountant-tax consultant, his number of membership with the Professional Institute of Accountants and Tax consultants and the nature of this engagement.

| Name, first name, profession, residence-address | Number of membership | Nature of the engagement (A, B, C and/or D) |
|---|---|---|
| **ACCOUNTING & TAX PARTNERS BVBA**    0475.026.024<br>Industrieweg 4 , box 5, 3001 Heverlee, Belgium<br>Title : External accountant | 221955-N-01 | A B |

---

*   Delete where appropriate.
**  Optional disclosure

## BALANCE SHEET

| | Notes | Codes | Period | Previous period |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **FIXED ASSETS** ......................................... | | 20/28 | 731,12 | 534.744,99 |
| **Formation expenses** ........................... | 5.1 | 20 | | |
| **Intangible fixed assets** ..................... | 5.2 | 21 | 1,00 | 532.000,00 |
| **Tangible fixed assets** ....................... | 5.3 | 22/27 | 730,12 | 2.744,99 |
| Land and buildings ............................ | | 22 | | |
| Plant, machinery and equipment ............. | | 23 | 730,12 | 2.744,99 |
| Furniture and vehicles ....................... | | 24 | | |
| Leasing and other similar rights ............. | | 25 | | |
| Other tangible fixed assets .................. | | 26 | | |
| Assets under construction and advance payments ........... | | 27 | | |
| **Financial fixed assets** ..................... | 5.4/ 5.5.1 | 28 | | |
| Affiliated enterprises ....................... | 5.14 | 280/1 | | |
| Participating interests ................... | | 280 | | |
| Amounts receivable ..................... | | 281 | | |
| Other enterprises linked by participating interests ........... | 5.14 | 282/3 | | |
| Participating interests .................. | | 282 | | |
| Amounts receivable ..................... | | 283 | | |
| Other financial assets ....................... | | 284/8 | | |
| Shares ..................................... | | 284 | | |
| Amounts receivable and cash guarantees ................. | | 285/8 | | |
| **CURRENT ASSETS** .............................. | | 29/58 | 7.429.272,92 | 5.033.335,84 |
| **Amounts receivable after more than one year** ................. | | 29 | | |
| Trade debtors ............................... | | 290 | | |
| Other amounts receivable ................... | | 291 | | |
| **Stocks and contracts in progress** ................. | | 3 | | |
| Stocks ..................................... | | 30/36 | | |
| Raw materials and consumables ............. | | 30/31 | | |
| Work in progress .......................... | | 32 | | |
| Finished goods ........................... | | 33 | | |
| Goods purchased for resale ............... | | 34 | | |
| Immovable property intended for sale ......... | | 35 | | |
| Advance payments ....................... | | 36 | | |
| Contracts in progress ....................... | | 37 | | |
| **Amounts receivable within one year** ................. | 5.5.1/ 5.6 | 40/41 | 3.136.082,55 | 2.357.674,39 |
| Trade debtors ............................... | | 40 | 118.477,91 | 13.074,02 |
| Other amounts receivable ................... | | 41 | 3.017.604,64 | 2.344.600,37 |
| **Current investments** ......................... | | 50/53 | 1.700.000,00 | |
| Own shares ................................. | | 50 | | |
| Other investments and deposits ............. | | 51/53 | 1.700.000,00 | |
| **Cash at bank and in hand** ..................... | | 54/58 | 2.580.305,51 | 2.643.579,28 |
| **Deferred charges and accrued income** ........... | 5.6 | 490/1 | 12.884,86 | 32.082,17 |
| **TOTAL ASSETS** ................................. | | 20/58 | 7.430.004,04 | 5.568.080,83 |

| Nr. | 0455.240.893 | | | C 2.2 |

## EQUITY AND LIABILITIES

| | Notes | Codes | Period | Previous period |
|---|---|---|---|---|
| **EQUITY** | | 10/15 | 2.896.626,61 | -2.026.122,92 |
| **Capital** | 5.7 | 10 | 113.526.848,90 | 98.245.177,26 |
| Issued capital | | 100 | 113.526.848,90 | 111.370.176,56 |
| Uncalled capital | | 101 | | 13.124.999,30 |
| **Share premium account** | | 11 | | |
| **Revaluation surpluses** | | 12 | | |
| **Reserves** | | 13 | | |
| Legal reserve | | 130 | | |
| Reserves not available | | 131 | | |
| In respect of own shares held | | 1310 | | |
| Other | | 1311 | | |
| Untaxed reserves | | 132 | | |
| Available reserves | | 133 | | |
| **Accumulated profits (losses)** .........(+)/(-) | | 14 | -110.630.222,29 | -100.271.300,18 |
| **Investment grants** | | 15 | | |
| **Advance to associates on the sharing out of the assets** | | 19 | | |
| **PROVISIONS AND DEFERRED TAXES** | | 16 | 308.898,94 | 394.415,00 |
| **Provisions for liabilities and charges** | | 160/5 | 308.898,94 | 394.415,00 |
| Pensions and similar obligations | | 160 | | |
| Taxation | | 161 | | |
| Major repairs and maintenance | | 162 | | |
| Other liabilities and charges | 5.8 | 163/5 | 308.898,94 | 394.415,00 |
| **Deferred taxes** | | 168 | | |
| **AMOUNTS PAYABLE** | | 17/49 | 4.224.478,49 | 7.199.788,75 |
| **Amounts payable after more than one year** | 5.9 | 17 | 1.370.000,00 | 1.370.000,00 |
| Financial debts | | 170/4 | 1.370.000,00 | 1.370.000,00 |
| Subordinated loans | | 170 | | |
| Unsubordinated debentures | | 171 | | |
| Leasing and other similar obligations | | 172 | | |
| Credit institutions | | 173 | | |
| Other loans | | 174 | 1.370.000,00 | 1.370.000,00 |
| Trade debts | | 175 | | |
| Suppliers | | 1750 | | |
| Bills of exchange payable | | 1751 | | |
| Advances received on contracts in progress | | 176 | | |
| Other amounts payable | | 178/9 | | |
| **Amounts payable within one year** | | 42/48 | 2.666.617,84 | 5.356.896,63 |
| Current portion of amounts payable after more than one year falling due within one year | 5.9 | 42 | | |
| Financial debts | | 43 | | 2.575.000,00 |
| Credit institutions | | 430/8 | | |
| Other loans | | 439 | | 2.575.000,00 |
| Trade debts | | 44 | 447.392,59 | 174.717,62 |
| Suppliers | | 440/4 | 447.392,59 | 174.717,62 |
| Bills of exchange payable | | 441 | | |
| Advances received on contracts in progress | | 46 | | |
| Taxes, remuneration and social security | 5.9 | 45 | 2.219.225,25 | 2.211.527,73 |
| Taxes | | 450/3 | 2.183.140,46 | 2.183.069,23 |
| Remuneration and social security | | 454/9 | 36.084,79 | 28.458,50 |
| Other amounts payable | | 47/48 | | 395.651,28 |
| **Deferred charges and accrued income** | 5.9 | 492/3 | 187.860,65 | 472.892,12 |
| **TOTAL LIABILITIES** | | 10/49 | 7.430.004,04 | 5.568.080,83 |

# INCOME STATEMENT

| | Notes | Codes | Period | Previous period |
|---|---|---|---|---|
| **Operating income** ................................................ | 5.10 | 70/74 | 1.064.393,05 | 126.205,48 |
| Turnover ................................................................ | | 70 | | |
| Increase (decrease) in stocks of finished goods, work and contracts in progress .........(+)/(-) | | 71 | | |
| Own construction capitalised   ........................................ | | 72 | | |
| Other operating income .......................................... | | 74 | 1.064.393,05 | 126.205,48 |
| **Operating charges** ................................................ | | 60/64 | 10.651.925,12 | 5.527.025,06 |
| Raw materials, consumables .............................................. | | 60 | | |
| Purchases   ............................................................ | | 600/8 | | |
| Decrease (increase) in stocks  ...........................(+)/(-) | | 609 | | |
| Services and other goods  ................................................ | | 61 | 10.237.007,38 | 5.188.308,46 |
| Remuneration, social security costs and pensions ....(+)/(-) | 5.10 | 62 | 342.635,40 | 324.681,17 |
| Depreciation of and amounts written off formation expenses, intangible and tangible fixed assets ................... | | 630 | 156.140,10 | 2.014,87 |
| Amounts written down stocks, contracts in progress and trade debtors - Appropriations (write-backs)  ...........(+)/(-) | 5.10 | 631/4 | | -3.750,00 |
| Provisions for risks and charges - Appropriations (uses and write-backs) .........................................(+)/(-) | 5.10 | 635/7 | -85.516,06 | 13.500,00 |
| Other operating charges  .......................................... | 5.10 | 640/8 | 1.658,30 | 2.270,56 |
| Operation charges carried to assets as restructuring costs ................................................................ (-) | | 649 | | |
| **Operating profit (loss)**  ................................................(+)/(-) | | 9901 | -9.587.532,07 | -5.400.819,58 |
| **Financial income**  ................................................ | | 75 | 113.604,61 | 61.496,67 |
| Income from financial fixed assets   ....................................... | | 750 | | |
| Income from current assets   .......................................... | | 751 | 112.565,41 | |
| Other financial income  ...................................... | 5.11 | 752/9 | 1.039,20 | 61.496,67 |
| **Financial charges**  ................................................ | 5.11 | 65 | 597.438,65 | 245.894,45 |
| Debt charges  ......................................................... | | 650 | | |
| Amounts written down on current assets except stocks, contracts in progress and trade debtors .....................................................(+)/(-) | | 651 | | |
| Other financial charges  .......................................... | | 652/9 | 597.438,65 | 245.894,45 |
| **Gain (loss) on ordinary activities before taxes**  ........ (+)/(-) | | 9902 | -10.071.366,11 | -5.585.217,36 |

| Nr. | 0455.240.893 | | C 3 |

| | Codes | Period | Previous period |
|---|---|---|---|
| **Extraordinary income** ........................................ | 76 | 174.317,77 | 146.473,64 |
| Write-back of depreciation and of amounts written down intangible and tangible fixed assets ...................... | 760 | | |
| Write-back of amounts written down financial fixed assets .. | 761 | | |
| Write-back of provisions for extraordinary liabilities and charges ...................................................... | 762 | | |
| Gains on disposal of fixed assets ...................... | 763 | 1.653,00 | |
| Other extraordinary income ................................. | 764/9 | 172.664,77 | 146.473,64 |
| **Extraordinary charges** ...................................... | 66 | 461.873,77 | 17.954,50 |
| Extraordinary depreciation of and extraordinary amounts written off formation expenses, intangible and tangible fixed assets ...................................................... | 660 | 461.873,77 | |
| Amounts written down financial fixed assets .................... | 661 | | |
| Provisions for extraordinary liabilities and charges - Appropriations (uses) .................................(+)/(-) | 662 | | |
| Loss on disposal of fixed assets ...................... | 663 | | 17.954,50 |
| Other extraordinary charges .........................5.11 | 664/8 | | |
| Extraordinary charges carried to assets as restructuring costs ................................................(-) | 669 | | |
| **Profit (loss) for the period before taxes** .................(+)/(-) | 9903 | -10.358.922,11 | -5.456.698,22 |
| **Transfer from postponed taxes** ............................. | 780 | | |
| **Transfer to postponed taxes** ............................... | 680 | | |
| **Income taxes** ............................................5.12 | 67/77 | | |
| Income taxes ...................................................... | 670/3 | | |
| Adjustment of income taxes and write-back of tax provisions ...................................................... | 77 | | |
| **Profit (loss) for the period** ............................(+)/(-) | 9904 | -10.358.922,11 | -5.456.698,22 |
| **Transfer from untaxed reserves** ........................... | 789 | | |
| **Transfer to untaxed reserves** ............................. | 689 | | |
| **Profit (loss) for the period available for appropriation (+)/(-)** | 9905 | -10.358.922,11 | -5.456.698,22 |

| Nr. | 0455.240.893 | | C 4 |

## APPROPRIATION ACCOUNT

| | Codes | Period | Previous period |
|---|---|---|---|
| **Profit (loss) to be appropriated** ........................................................(+)/(-) | 9906 | -110.630.222,29 | -100.271.300,18 |
| Gain (loss) to be appropriated .......................................................(+)/(-) | (9905) | -10.358.922,11 | -5.456.698,22 |
| Profit (loss) to be carried forward ...............................................(+)/(-) | 14P | -100.271.300,18 | -94.814.601,96 |
| **Transfers from capital and reserves** ............................................................ | 791/2 | | |
| from capital and share premium account  .............................................. | 791 | | |
| from reserves  ....................................................................................... | 792 | | |
| **Transfers to capital and reserves**  ............................................................... | 691/2 | | |
| to capital and share premium account .................................................... | 691 | | |
| to the legal reserve ............................................................................... | 6920 | | |
| to other reserves .................................................................................... | 6921 | | |
| **Profit (loss) to be carried forward**  .....................................................(+)/(-) | (14) | -110.630.222,29 | -100.271.300,18 |
| **Owner's contribution in respect of losses**  ............................................... | 794 | | |
| **Profit to be distributed**  .............................................................................. | 694/6 | | |
| Dividends ................................................................................................ | 694 | | |
| Director's or manager's entitlements ...................................................... | 695 | | |
| Other beneficiaries ................................................................................. | 696 | | |

Nr. | 0455.240.893

C 5.2.2

**CONCESSIONS, PATENTS, LICENCES, KNOWHOW, BRANDS AND SIMILAR RIGHTS**

| | Codes | Period | Previous period |
|---|---|---|---|
| **Acquisition value at the end of the period** ............................................ | 8052P | xxxxxxxxxxxxxx | 34.411.645,85 |
| **Movements during the period** | | | |
| Acquisitions, including produced fixed assets ..................... | 8022 | 84.000,00 | |
| Sales and disposals ................................................. | 8032 | | |
| Transfers from one heading to another ........................... (+)/(-) | 8042 | | |
| **Acquisition value at the end of the period** ............................................ | 8052 | 34.495.645,85 | |
| **Depreciation and amounts written down at the end of the period** ....... | 8122P | xxxxxxxxxxxxxx | 33.879.645,85 |
| **Movements during the period** | | | |
| Recorded .............................................................. | 8072 | 615.999,00 | |
| Written back .......................................................... | 8082 | | |
| Acquisitions from third parties ...................................... | 8092 | | |
| Cancelled owing to sales and disposals ........................... | 8102 | | |
| Transfers from one heading to another ........................... (+)/(-) | 8112 | | |
| **Depreciation and amounts written down at the end of the period** ....... | 8122 | 34.495.644,85 | |
| **NET BOOK VALUE AT THE END OF THE PERIOD** ................................ | 211 | 1,00 | |

| Nr. | 0455.240.893 | | C 5.3.2 |

|  | Codes | Period | Previous period |
|---|---|---|---|
| **PLANT, MACHINERY AND EQUIPMENT** | | | |
| Acquisition value at the end of the period .......................................... | 8192P | xxxxxxxxxxxxxxx | 6.044,73 |
| **Movements during the period** | | | |
| Acquisitions, including produced fixed assets ...................................... | 8162 | | |
| Sales and disposals ............................................................................ | 8172 | | |
| Transfers from one heading to another ......................................... (+)/(-) | 8182 | | |
| Acquisition value at the end of the period .......................................... | 8192 | 6.044,73 | |
| Revaluation surpluses at the end of the period ................................... | 8252P | xxxxxxxxxxxxxxx | |
| **Movements during the period** | | | |
| Recorded ............................................................................................. | 8212 | | |
| Acquisitions from third parties ............................................................. | 8222 | | |
| Cancelled ............................................................................................. | 8232 | | |
| Transfers from one heading to another .........................................(+)/(-) | 8242 | | |
| Revaluation surpluses at the end of the period ................................... | 8252 | | |
| Depreciation and amounts written down at the end of the period ....... | 8322P | xxxxxxxxxxxxxxx | 3.299,74 |
| **Movements during the period** | | | |
| Recorded ............................................................................................. | 8272 | 2.014,87 | |
| Written back ......................................................................................... | 8282 | | |
| Acquisitions from third parties ............................................................. | 8292 | | |
| Cancelled owing to sales and disposals ............................................. | 8302 | | |
| Transfers from one heading to another .........................................(+)/(-) | 8312 | | |
| Depreciation and amounts written down at the end of the period ....... | 8322 | 5.314,61 | |
| **NET BOOK VALUE AT THE END OF THE PERIOD** ................................. | (23) | 730,12 | |

| Nr. | 0455.240.893 | | C 5.3.3 |

| | Codes | Period | Previous period |
|---|---|---|---|
| **FURNITURE AND VEHICLES** | | | |
| Acquisition value at the end of the period ............................................... | 8193P | xxxxxxxxxxxxxx | 3.205,00 |
| **Movements during the period** | | | |
| Acquisitions, including produced fixed assets ......................................... | 8163 | | |
| Sales and disposals ................................................................. | 8173 | 3.205,00 | |
| Transfers from one heading to another ........................................ (+)/(-) | 8183 | | |
| Acquisition value at the end of the period ............................................... | 8193 | | |
| Revaluation surpluses at the end of the period ....................................... | 8253P | xxxxxxxxxxxxxx | |
| **Movements during the period** | | | |
| Recorded ............................................................................ | 8213 | | |
| Acquisitions from third parties ............................................... | 8223 | | |
| Cancelled ........................................................................... | 8233 | | |
| Transfers from one heading to another ......................................(+)/(-) | 8243 | | |
| Revaluation surpluses at the end of the period ....................................... | 8253 | | |
| Depreciation and amounts written down at the end of the period ....... | 8323P | xxxxxxxxxxxxxx | 3.205,00 |
| **Movements during the period** | | | |
| Recorded ............................................................................ | 8273 | | |
| Written back ........................................................................ | 8283 | | |
| Acquisitions from third parties ............................................... | 8293 | | |
| Cancelled owing to sales and disposals ................................. | 8303 | 3.205,00 | |
| Transfers from one heading to another ......................................(+)/(-) | 8313 | | |
| Depreciation and amounts written down at the end of the period ....... | 8323 | | |
| **NET BOOK VALUE AT THE END OF THE PERIOD** .................................. | (24) | | |

| Nr. | 0455.240.893 | | C 5.4.1 |
|-----|--------------|---|---------|

## STATEMENT OF FINANCIAL FIXED ASSETS

|  | Codes | Period | Previous period |
|---|---|---|---|
| **AFFILIATED ENTERPRISES - PARTICIPATING INTERESTS AND SHARES** | | | |
| **Acquisition value at the end of the period** ............................................. | 8391P | xxxxxxxxxxxxxx | 9,00 |
| **Movements during the period** | | | |
| Acquisitions, including produced fixed assets ........................................ | 8361 | | |
| Sales and disposals ............................................................................... | 8371 | | |
| Transfers from one heading to another ........................................ (+)/(-) | 8381 | | |
| **Acquisition value at the end of the period** ............................................. | 8391 | 9,00 | |
| **Revaluation surpluses at the end of the period** ..................................... | 8451P | xxxxxxxxxxxxxx | |
| **Movements during the period** | | | |
| Recorded ................................................................................................ | 8411 | | |
| Acquisitions from third parties ............................................................... | 8421 | | |
| Cancelled ............................................................................................... | 8431 | | |
| Transfers from one heading to another .........................................(+)/(-) | 8441 | | |
| **Revaluation surpluses at the end of the period** ..................................... | 8451 | | |
| **Amounts written down at the end of the period** ..................................... | 8521P | xxxxxxxxxxxxxx | 9,00 |
| **Movements during the period** | | | |
| Recorded ................................................................................................ | 8471 | | |
| Written back .......................................................................................... | 8481 | | |
| Acquisitions from third parties ............................................................... | 8491 | | |
| Cancelled owing to sales and disposals ............................................... | 8501 | | |
| Transfers from one heading to another .........................................(+)/(-) | 8511 | | |
| **Amounts written down at the end of the period** ..................................... | 8521 | 9,00 | |
| **Uncalled amounts at the end of the period** ............................................ | 8551P | xxxxxxxxxxxxxx | |
| **Movements during the period** ...........................................................(+)/(-) | 8541 | | |
| **Uncalled amounts at the end of the period** ............................................ | 8551 | | |
| **NET BOOK VALUE AT THE END OF THE PERIOD** ................................... | (280) | | |
| **AFFILIATED ENTERPRISES - AMOUNTS RECEIVABLE** | | | |
| **NET BOOK VALUE AT THE END OF THE PERIOD** ................................... | 281P | xxxxxxxxxxxxxx | |
| **Movements during the period** | | | |
| Additions ............................................................................................... | 8581 | | |
| Repayments ........................................................................................... | 8591 | | |
| Amounts written down ............................................................................ | 8601 | | |
| Amounts written back ............................................................................. | 8611 | | |
| Exchange differences .....................................................................(+)/(-) | 8621 | | |
| Other .............................................................................................(+)/(-) | 8631 | | |
| **NET BOOK VALUE AT THE END OF THE PERIOD** ................................... | (281) | | |
| **ACCUMULATED AMOUNTS WRITTEN OFF ON AMOUNTS RECEIVABLE AT THE END OF THE PERIOD** ............................................ | 8651 | | |

Nr. | 0455.240.893

C 5.5.1

# INFORMATION RELATING TO THE SHARE IN THE CAPITAL

## SHARE IN THE CAPITAL AND OTHER RIGHTS IN OTHER COMPANIES

List of both enterprises in wich the enterprise holds a participating interest (recorded in the heading 28 of assets)
and other enterprises in which the enterprise holds rights (recorded in the headings 28 and 50/53 of assets)
in the amount of at least 10% of the capital issued.

| NAME, full address of the REGISTERED OFFICE and for the enterprise governed by Belgian law, the COMPANY NUMBER | Shares held by | | | Information from the most recent period for which annual accounts are available | | | |
|---|---|---|---|---|---|---|---|
| | directly | | subsidiaries | Primary financial statement | Monetary unit | Capital and reserves | Net result |
| | Number | % | % | | | (+) or (-) *(in monetary units)* | |
| **EQUIDUCT SYSTEMS LTD FC** St Mary Axe 70 EC3A8BE London United Kingdom | 1 | 100,00 | 0,00 | 31/12/2007 | GBP | -22.834.006 | -1.674.327 |

Nr. | 0455.240.893

C 5.6

## OTHER INVESTMENTS AND DEPOSIT, DEFFERED CHARGES AND ACCRUED INCOME (ASSETS)

### INVESTMENTS: OTHER INVESTMENTS AND DEPOSITS

| | Codes | Period | Previous period |
|---|---|---|---|
| Shares | 51 | | |
| Book value increased with the uncalled amount | 8681 | | |
| Uncalled amount | 8682 | | |
| Fixed income securities | 52 | | |
| Fixed income securities issued by credit institutions | 8684 | | |
| Fixed term deposit with credit institutions | 53 | 1.700.000,00 | |
| Falling due | | | |
| less or up to one month | 8686 | 1.700.000,00 | |
| between one month and one year | 8687 | | |
| over one year | 8688 | | |
| Other investments not yet shown seperately | 8689 | | |

### DEFFERED CHARGES AND ACCRUED INCOME

Allocation of heading 490/1 of assets if the amount is significant.

| Period |
|---|
| |

| Nr. | 0455.240.893 |
|-----|--------------|

C. 5.7

# STATEMENT OF CAPITAL AND STRUCTURE OF SHAREHOLDINGS

**STATEMENT OF CAPITAL**

**Social capital**

| Codes | Period | Previous period |
|-------|--------|-----------------|
| 100P | XXXXXXXXXXXXXX | 111.370.176,56 |
| (100) | 113.526.848,90 | |

Issued capital at the end of the period ...........................................

Issued capital at the end of the period ...........................................

| Codes | Amounts | Number of shares |
|-------|---------|------------------|
| | 1.253.624,12 | 443.290 |
| | 849.997,82 | 300.565 |
| | 53.050,40 | 265.252 |
| | | |
| | 6.253.209,11 | 500.000 |
| | 53.099.800,55 | 4.245.804 |
| | 54.173.839,24 | 4.331.683 |
| 8702 | XXXXXXXXXXXXXX | 9.077.487 |
| 8703 | XXXXXXXXXXXXXX | |

Changes during the period:

Structure of the capital
Different categories of shares

Registered ...........................................................................

Bearer ...............................................................................

**Capital not paid**

| Codes | Uncalled capital | Capital called, but not paid |
|-------|------------------|------------------------------|
| (101) | | XXXXXXXXXXXXXX |
| 8712 | XXXXXXXXXXXXXX | |

Uncalled capital .....................................................................

Capital called, but not paid ........................................................

Shareholders having yet to pay up in full

C. 5.7

# STATEMENT OF CAPITAL AND STRUCTURE OF SHAREHOLDINGS

| | Codes | Period |
|---|---|---|
| **OWN SHARES** | | |
| Held by the company itself | | |
|   Amount of capital held | | |
|   Number of shares held | 8721 | |
| Held by the subsidiaries | 8722 | |
|   Amount of capital held | | |
|   Number of shares held | 8731 | |
| | 8732 | |
| **Commitments to issue shares** | | |
| Following the exercising of CONVERSION RIGHTS | | |
|   Amount of outstanding convertible loans | | |
|   Amount of capital to be subscribed | 8740 | |
|   Corresponding maximum number of shares to be issued | 8741 | |
| Following the exercising of SUBSCRIPTION RIGHTS | 8742 | |
|   Number of outstanding subscription rights | | |
|   Amount of capital to be subscribed | 8745 | 230.890 |
|   Corresponding maximum number of shares to be issued | 8746 | 46.178,00 |
| | 8747 | 230.890 |
| **Authorized capital, not issued** | 8751 | |

| | Codes | Period |
|---|---|---|
| **Shared issued, not representing capital** | | |
| Distribution | | |
|   Number of shares held | 8761 | |
|   Number of voting rights attached thereto | 8762 | |
| Allocation by shareholder | | |
|   Number of shares held by the company itself | 8771 | |
|   Number of shares held by its subsidairies | 8781 | |

**STRUCTURE OF SHAREHOLDINGS OF THE ENTERPRISE AS AT THE ANNUAL BALANCING OF THE BOOKS, AS IT APPEARS FROM THE STATEMENT RECEIVED BY THE ENTERPRISE**

| Nr. | 0455.240.893 |
|---|---|

C 5.8

## PROVISIONS FOR OTHER LIABILITIES AND CHARGES

**ALLOCATION OF THE HEADING 163/5 OF LIABILITIES IF THE AMOUNT IS CONSIDERABLE**

| Period |
|---|
| 308.898,94 |

## STATEMENT OF AMOUNTS PAYABLE, ACCRUED CHARGES AND DEFERRED INCOME

**ANALYSIS BY CURRENT PORTIONS OF AMOUNTS INITIALLY PAYABLE AFTER MORE THAN ONE YEAR**

| | Codes | Period |
|---|---|---|
| **Amounts payable after more than one year, not more than one year** | | |
| Financial debts | 8801 | |
| Subordinated loans | 8811 | |
| Unsubordinated debentures | 8821 | |
| Leasing and other similar obligations | 8831 | |
| Credit institutions | 8841 | |
| Other loans | 8851 | |
| Trade debts | 8861 | |
| Suppliers | 8871 | |
| Bills of exchange payable | 8881 | |
| Advance payments received on contracts in progress | 8891 | |
| Other amounts payable | 8901 | |
| **Total amounts payable after more than one year, not more than one year** | (42) | |
| **Amounts payable after more than one year, between one and five years** | | |
| Financial debts | 8802 | 1.370.000,00 |
| Subordinated loans | 8812 | |
| Unsubordinated debentures | 8822 | |
| Leasing and other similar obligations | 8832 | |
| Credit institutions | 8842 | |
| Other loans | 8852 | 1.370.000,00 |
| Trade debts | 8862 | |
| Suppliers | 8872 | |
| Bills of exchange payable | 8882 | |
| Advance payments received on contracts in progress | 8892 | |
| Other amounts payable | 8902 | |
| **Total amounts payable after more than one year, between one and five years** | 8912 | 1.370.000,00 |
| **Amounts payable after more than one year, over five years** | | |
| Financial debts | 8803 | |
| Subordinated loans | 8813 | |
| Unsubordinated debentures | 8823 | |
| Leasing and other similar obligations | 8833 | |
| Credit institutions | 8843 | |
| Other loans | 8853 | |
| Trade debts | 8863 | |
| Suppliers | 8873 | |
| Bills of exchange payable | 8883 | |
| Advance payments received on contracts in progress | 8893 | |
| Other amounts payable | 8903 | |
| **Total amounts payable after more than one year, over five years** | 8913 | |

Nr. 0455.240.893

C 5.9

| | Codes | Period |
|---|---|---|
| **AMOUNTS PAYABLE GUARANTEED** *(headings 17 and 42/48 of liabilities)* | | |
| **Amounts payable guaranteed by Belgian public authorities** | | |
| Financial debts ............................................................................ | 8921 | |
| Subordinated loans ............................................................ | 8931 | |
| Unsubordinated debentures ............................................... | 8941 | |
| Leasing and other similar obligations ................................ | 8951 | |
| Credit institutions ............................................................. | 8961 | |
| Other loans ........................................................................ | 8971 | |
| Trade debts ................................................................................. | 8981 | |
| Suppliers ........................................................................... | 8991 | |
| Bills of exchange payable .................................................. | 9001 | |
| Advance payments received on contracts in progress | 9011 | |
| Remuneration and social security | 9021 | |
| Other amounts payable ................................................................ | 9051 | |
| **Total amounts payable guaranteed by Belgian public authorities** ............... | 9061 | |
| **Amounts payable guaranteed by real guarantees given or irrevocably promised by the enterprise on its own assets** | | |
| Financial debts ............................................................................ | 8922 | |
| Subordinated loans ............................................................ | 8932 | |
| Unsubordinated debentures ............................................... | 8942 | |
| Leasing and other similar obligations ................................ | 8952 | |
| Credit institutions ............................................................. | 8962 | |
| Other loans ........................................................................ | 8972 | |
| Trade debts ................................................................................. | 8982 | |
| Suppliers ........................................................................... | 8992 | |
| Bills of exchange payable .................................................. | 9002 | |
| Advance payments received on contracts in progress | 9012 | |
| Taxes, remuneration and social security ..................................... | 9022 | |
| Taxes ................................................................................. | 9032 | |
| Remuneration and social security ..................................... | 9042 | |
| Other amounts payable ................................................................ | 9052 | |
| **Total amounts payable guaranteed by real guarantees given or irrevocably promised by the enterprise on its own assets** | 9062 | |
| **AMOUNTS PAYABLE FOR TAXES, REMUNERATION AND SOCIAL SECURITY** | | |
| **Taxes** *(heading 450/3 of the liabilities)* | | |
| Expired taxes payable ................................................................. | 9072 | |
| Non expired taxes payable ........................................................... | 9073 | 2.183.140,46 |
| Estimated taxes payable .............................................................. | 450 | |
| **Remuneration and social security** *(heading 454/9 of the liabilities)* | | |
| Amount due to the National Office of Social Security ...................... | 9076 | |
| Other amounts payable relating to remuneration and social security | 9077 | 36.084,79 |

| Nr. | 0455.240.893 | | C 5.9 |
|-----|--------------|--|-------|

## ACCRUED CHARGES AND DEFERRED INCOME

**Allocation of the heading 492/3 of liabilities if the amount is considerable**

| Period |
|-------------|
| 26.000,00 |
| 146.735,34 |
| 6.500,00 |
| 3.000,00 |
| 312,73 |
| 4.559,00 |
| 753,58 |

| Nr. | 0455.240.893 | | C 5.10 |

# OPERATING RESULTS

|  | Codes | Period | Previous period |
|---|---|---|---|
| **OPERATING INCOME** | | | |
| **Net turnover** | | | |
| Broken down by categories of activity | | | |
| Allocation into geographical markets | | | |
| **Other operating income** | | | |
| Total amount of subsidies and compensatory amounts obtained from public authorities ............................................................................................ | 740 | | |
| **OPERATING COSTS** | | | |
| **Employees recorded in the personnel register** | | | |
| Total number at the closing date ............................................................ | 9086 | 2 | 2 |
| Average number of employees calculated in full-time equivalents ......................... | 9087 | 2,0 | 2,5 |
| Number of actual worked hours ............................................................ | 9088 | 3.762 | 4.302 |
| **Personnel costs** | | | |
| Remuneration and direct social benefits ................................................. | 620 | 254.805,60 | 205.177,67 |
| Employers' social security contributions ................................................ | 621 | 61.841,21 | 50.887,88 |
| Employers' premiums for extra statutory insurances ...................................... | 622 | 16.712,52 | 32.686,24 |
| Other personnel costs .................................................................... | 623 | 9.276,07 | 35.929,38 |
| Old-age and widows' pensions ............................................................. | 624 | | |
| **Provisions for pensions** | | | |
| Additions (uses and write-back) ..................................................... (+)/(-) | 635 | | |
| **Amounts written off** | | | |
| Stocks and contracts in progress | | | |
| Recorded ............................................................................. | 9110 | | |
| Written back ......................................................................... | 9111 | | |
| Trade debtors | | | |
| Recorded ............................................................................. | 9112 | | |
| Written back ......................................................................... | 9113 | | 3.750,00 |
| **Provisions for risks and charges** | | | |
| Additions ............................................................................ | 9115 | | 92.000,00 |
| Uses and write-back ................................................................. | 9116 | 85.516,06 | 78.500,00 |
| **Other operating charges** | | | |
| Taxes related to operation .......................................................... | 640 | 347,60 | 893,06 |
| Other charges ....................................................................... | 641/8 | 1.310,70 | 1.377,50 |
| **Hired temporary staff and persons placed at the enterprise's disposal** | | | |
| Total number at the closing date ................................................... | 9096 | | |
| Average number calculated as full-time equivalents ................................. | 9097 | | |
| Number of actual worked hours ...................................................... | 9098 | | |
| Charges to the enterprise .......................................................... | 617 | | |

| Nr. | 0455.240.893 | | C 5.11 |

# FINANCIAL AND EXTRAORDINARY RESULTS

|  | Codes | Period | Previous period |
|---|---|---|---|
| **FINANCIAL RESULTS** | | | |
| **Other financial income** | | | |
| Amount of subsidies granted by public authorities, credited to income for the period | | | |
| Capital subsidies ............................................................. | 9125 | | |
| Interest subsidies ............................................................ | 9126 | | |
| Allocation of other financial income | | | |
| | | 1.039,20 | 1.179,38 |
| **Amounts written down off loan issue expenses and repayment premiums** ....... | 6501 | | |
| **Interests recorded as assets** ............................................................ | 6503 | | |
| **Value adjustments to current assets** | | | |
| Appropriations .................................................................. | 6510 | | |
| Write-backs ....................................................................... | 6511 | | |
| **Other financial charges** | | | |
| Amount of the discount borne by the enterprise, as a result of negotiating amounts receivable ................................................................. | 653 | | |
| **Provisions of a financial nature** | | | |
| Appropriations .................................................................. | 6560 | | |
| Uses and write-backs ....................................................... | 6561 | | |
| **Allocation of other financial income** | | | |
| | | 492.159,03 | 4.429,03 |
| | | 4.549,46 | 1.872,41 |
| | | | 9,22 |

| | Period |
|---|---|
| **EXTRAORDINARY RESULTS** | |
| **Allocation other extraordinary income** | |
| | 172.664,77 |
| **Allocation other extraordinary charges** | |

| Nr. | 0455.240.893 |

C 5.12

# INCOME TAXES AND OTHER TAXES

## INCOME TAXE

| | Codes | Period |
|---|---|---|
| **Income taxes on the result of the current period** | 9134 | |
| Income taxes paid and withholding taxes due or paid ................................... | 9135 | 16.540,39 |
| Excess of income tax prepayments and withholding taxes recorded under assets ............. | 9136 | 16.540,39 |
| Estimated additional taxes ................................................... | 9137 | |
| **Income taxes on previous periods** | 9138 | |
| Taxes and withholding taxes due or paid ......................................... | 9139 | |
| Estimated additional taxes estimated or provided for ................................. | 9140 | |

**In so far as income taxes of the current period are materially affected by differences between the profit before taxes, as stated in the annual accounts, and the estimated taxable profit**

**An indication of the effect of extraordinary results on the amount of income taxes relating to the current period**

| | Codes | Period |
|---|---|---|
| **Status of deferred taxes** | | |
| Deferred taxes representing assets ............................................. | 9141 | 135.541.302,88 |
| Accumulated tax losses deductible from future taxable profits .......................... | 9142 | 135.541.302,88 |
| Other deferred taxes representing assets | | |
| Deferred taxes representing liabilities | 9144 | |
| Allocation of deferred taxes representing liabilities | | |

| | Codes | Period | Previous Period |
|---|---|---|---|
| **THE TOTAL AMOUNT OF VALUE ADDED TAX AND TAXES BORNE BY THIRD PARTIES** | | | |
| **The total amount of value added tax charged** | | | |
| To the enterprise (deductible) .......................................... | 9145 | 74.523,26 | 74.986,23 |
| By the enterprise .................................................... | 9146 | 3.908,92 | |
| **Amounts retained on behalf of third parties for** | | | |
| Payroll withholding taxes ............................................. | 9147 | 84.797,84 | 60.519,60 |
| Withholding taxes on investment income ................................... | 9148 | | |

| Nr. | 0455.240.893 | | C 5.14 |

## RELATIONSHIPS WITH AFFILIATED ENTERPRISES AND ENTERPRISES LINKED BY PARTICIPATING INTERESTS

| | Codes | Period | Previous period |
|---|---|---|---|
| **AFFILIATED ENTERPRISES** | | | |
| **Financial fixed assets** ............................................. | (280/1) | | |
| Investments ............................................. | (280) | | |
| Amounts receivable subordinated ............................................. | 9271 | | |
| Other amounts receivable ............................................. | 9281 | | |
| **Amounts receivable** ............................................. | 9291 | 866.817,25 | 117.538,45 |
| After one year ............................................. | 9301 | | |
| Within one year ............................................. | 9311 | 866.817,25 | 117.538,45 |
| **Current investments** ............................................. | 9321 | | |
| Shares ............................................. | 9331 | | |
| Amounts receivable ............................................. | 9341 | | |
| **Amounts payable** ............................................. | 9351 | 1.655.007,40 | 1.799.835,88 |
| After one year ............................................. | 9361 | 1.370.000,00 | 1.370.000,00 |
| Within one year ............................................. | 9371 | 285.007,40 | 429.835,88 |
| **Personal and real guarantees** | | | |
| Provided or irrevocably promised by the enterprise, as security for debts or commitments of affiliated enterprises ............................................. | 9381 | | |
| Provided or irrevocably promised by affiliated enterprises as security for debts or commitments of the enterprise ............................................. | 9391 | | |
| **Other substantial financial commitments** ............................................. | 9401 | | |
| **Financial results** | | | |
| Income from financial fixed assets ............................................. | 9421 | | |
| Income from current assets ............................................. | 9431 | | |
| Other financial income ............................................. | 9441 | | |
| Debts charges ............................................. | 9461 | | |
| Other financial charges ............................................. | 9471 | 100.459,00 | |
| **Gains and losses on disposal of fixed assets** | | | |
| Obtained capital gains ............................................. | 9481 | 1.653,00 | |
| Obtained capital losses ............................................. | 9491 | | 17.954,50 |
| **ENTERPRISES LINKED BY PARTICIPATING INTERESTS** | | | |
| **Financial fixed assets** ............................................. | (282/3) | | |
| Investments ............................................. | (282) | | |
| Amounts receivable subordinated ............................................. | 9272 | | |
| Other amounts receivable ............................................. | 9282 | | |
| **Amounts receivable** ............................................. | 9292 | | |
| After one year ............................................. | 9302 | | |
| Within one year ............................................. | 9312 | | |
| **Amounts payable** ............................................. | 9352 | | |
| After one year ............................................. | 9362 | | |
| Within one year ............................................. | 9372 | | |

| Nr. | 0455.240.893 | | C 5.15 |

# FINANCIAL RELATIONSHIPS WITH

**DIRECTORS AND MANAGERS, INDIVIDUALS OR BODIES CORPORATE WHO CONTROL THE ENTERPRISE WITHOUT BEING ASSOCIATED THEREWITH OR OTHER ENTERPRISES CONTROLLED BY THESE PERSONS, OTHER ENTERPRISES CONTROLLED BY THE SUB B. MENTIONED PERSONS WITHOUT BEING ASSOCIATED THEREWITH**

|  | Codes | Period |
|---|---|---|
| **Amounts receivable from these persons** | 9500 | |
| Conditions on amounts receivable | | |
| **Guarantees provided in their favour** | 9501 | |
| Guarantees provided in their favour - Main condition | | |
| **Other significant commitments undertaken in their favour** | 9502 | |
| Other significant commitments undertaken in their favour - Main condition | | |
| **Amount of direct and indirect remunerations and pensions, included in the income statement, as long as this disclosure does not concern exclusively or mainly, the situation of a single identifiable person** | | |
| To directors and managers ......................................................................................... | 9503 | |
| To former directors and former managers ................................................................ | 9504 | |

## AUDITORS OR PEOPLE THEY ARE LINKED TO

|  | Codes | Period |
|---|---|---|
| **Auditor's fees** .................................................................................................... | 9505 | 6.500,00 |
| **Fees for exceptional services or special missions executed in the company by the auditor** | | |
| Other attestation missions ..................................................................................... | 95061 | |
| Tax consultancy ..................................................................................................... | 95062 | |
| Other missions external to the audit ...................................................................... | 95063 | 6.500,00 |
| **Fees for exceptional services or special missions executed in the company by people they are linked to** | | |
| Other attestation missions ..................................................................................... | 95081 | |
| Tax consultancy ..................................................................................................... | 95082 | |
| Other missions external to the audit ...................................................................... | 95083 | |

**Mention related to article 133 paragraph 6 from the Companies Code**

| Nr. | 0455.240.893 | | C 5.17.1 |

## INFORMATION RELATING TO CONSOLIDATED ACCOUNTS

**INFORMATION THAT MUST BE PROVIDED BY EACH COMPANY, THAT IS SUBJECT OF COMPANY LAW ON THE CONSOLIDATED ANNUAL ACCOUNTS OF ENTERPRISES**

~~The enterprise has drawn up publiced a consolidated annual statement of accounts and a management report*~~

**The enterprise has not published a consolidated annual statement of accounts and a management report, since it is exempt for this obligation for the following reason***

The enterprise and its subsidiaries on consolidated basis exceed not more than one of the limits mentioned in art. 16 of Company Law*

~~The enterprise itself is a subsidiary of an enterprise which does prepare and publish consolidated accounts, in which her yearly statement of accounts is included*~~

If yes, justification of the compliance with all conditions for exemption set out in art. 113 par. 2 and 3 of Company Law:

Name, full address of the registered office and, for an enterprise governed by Belgian Law, the company number of the parent company preparing and publishing the consolidated accounts required:

## INFORMATION TO DISCLOSE BY THE REPORTING ENTERPRISE BEING A SUBSIDIARY OR A JOINT SUBSIDIARY

Name, full address of the registered office and, for an enterprise governed by Belgian Law, the company number of the parent company(ies) and the specification whether the parent company(ies) prepare(s) and publish(es) consolidated annual accounts in which the annual accounts of the enterprise are included**

**BOERSE BERLIN AG**

**FASANENSTRASSE 85**

**10623 BERLIN, Germany**

**209581286**

**The enterprise doesn't draw up consolidated annual account**

If the parent company(ies) is (are) (an) enterprise(s) governed by foreign law disclose where the consolidated accounts can be obtained**

,

---

* Delete where no appropriate.
** Where the accounts of the enterprise are consolidated at different levels, the information should be given for the

Nr. | 0455.240.893 | C 6

## SOCIAL REPORT

Numbers of joint industrial committees which are competent for the enterprise:  218

### STATEMENT OF THE PERSONS EMPLOYED
### EMPLOYEES RECORDED IN THE STAFF REGISTER

| During the period and the previous period | Codes | 1. Full-time (period) | 2. Part-time (period) | 3. Total (T) or total of full-time equivalents (FTE) (period) | 3P.Total (T) or total of full-time equivalents (FTE) (previous period) |
|---|---|---|---|---|---|
| Average number of employees .......... | 100 | 2,0 | | 2,0   (FTE) | 2,5      (FTE) |
| Number of hours actually worked ....... | 101 | 3.762 | | 3.762   (T) | 4.302   (T) |
| Personnel costs ................................. | 102 | 342.635,40 | | 342.635,40   (T) | 324.681,17   (T) |
| Advantages in addition to wages ........ | 103 | xxxxxxxxxxxxxxx | xxxxxxxxxxxxxxx | (T) | (T) |

| At the closing date of the period | Codes | 1. Full-time | 2. Part-time | 3. Total in full-time equivalents |
|---|---|---|---|---|
| Number of employees recorded in the personnel register | 105 | 2 | | 2,0 |
| By nature of the employment contract | | | | |
| Contract for an indefinite period ...................................... | 110 | 2 | | 2,0 |
| Contract for a definite period .......................................... | 111 | | | |
| Contract for the execution of a specifically assigned work | 112 | | | |
| Replacement contract ...................................................... | 113 | | | |
| According to the gender and by level of education | | | | |
| Male ................................................................. | 120 | 2 | | 2,0 |
| primary education ...................................... | 1200 | | | |
| secondary education ................................... | 1201 | 1 | | 1,0 |
| higher education (non-university) ............................. | 1202 | | | |
| university education ...................................... | 1203 | 1 | | 1,0 |
| Female ............................................................. | 121 | | | |
| primary education ...................................... | 1210 | | | |
| secondary education ................................... | 1211 | | | |
| higher education (non-university) ............................. | 1212 | | | |
| university education ...................................... | 1213 | | | |
| By professional category | | | | |
| Management staff ........................................... | 130 | | | |
| Employees ................................................... | 134 | 2 | | 2,0 |
| Workers ....................................................... | 132 | | | |
| Other ........................................................... | 133 | | | |

| Nr. | 0455.240.893 | | C 6 |

## HIRED TEMPORARY STAFF AND PERSONNEL PLACED AT THE ENTERPRISE'S DISPOSAL

| During the period | Codes | 1. Temporary personnel | 2. Persons placed at the disposal of the enterprise |
|---|---|---|---|
| Average number of employees ............................................................ | 150 | | |
| Number of hours actually worked ...................................................... | 151 | | |
| Charges of the enterprise ................................................................... | 152 | | |

## TABLE OF PERSONNEL CHANGES DURING THE PERIOD

### ENTRIES

| | Codes | 1. Full-time | 2. Part-time | 3. Total in full-time equivalents |
|---|---|---|---|---|
| Number of employees recorded on the personnel register during the financial year ......................................... | 205 | | | |
| **By nature of the employment contract** | | | | |
| Contract for an indefinite period ........................... | 210 | | | |
| Contract for a definite period ............................... | 211 | | | |
| Contract for the execution of a specifically assigned work .. | 212 | | | |
| Replacement contract ....................................... | 213 | | | |

### DEPARTURES

| | Codes | 1. Full-time | 2. Part-time | 3. Total in full-time equivalents |
|---|---|---|---|---|
| The number of employees with a in the staff register listed date of termination of the contract during the period ........ | 305 | | | |
| **By nature of the employment contract** | | | | |
| Contract for an indefinite period ......................... | 310 | | | |
| Contract for a definite period ............................. | 311 | | | |
| Contract for the execution of a specifically assigned work . | 312 | | | |
| Replacement contract ..................................... | 313 | | | |
| **According to the reason for termination of the employment contract** | | | | |
| Retirement ................................................. | 340 | | | |
| Early retirement ........................................... | 341 | | | |
| Dismissal .................................................. | 342 | | | |
| Other reason .............................................. | 343 | | | |
| Of which    the number of persons who continue to render services to the enterprise at least half-time on a self-employed basis .......... | 350 | | | |

## INFORMATION WITH REGARD TO TRAINING RECEIVED BY EMPLOYEES DURING THE PERIOD

| | Codes | Male | Codes | Female |
|---|---|---|---|---|
| **Total number of official advanced professional training projects received by employees at company expense** | | | | |
| Number of participating employees ........................................ | 5801 | | 5811 | |
| Number of training hours ...................................................... | 5802 | | 5812 | |
| Costs for the company ........................................................... | 5803 | | 5813 | |
| of which gross costs directly linked to the training ................ | 58031 | | 58131 | |
| of which paid contributions and deposits in collective funds .... | 58032 | | 58132 | |
| of which received subsidies (to be deducted)........................ | 58033 | | 58133 | |
| **Total number of less official and unofficial advance professional training projects received by employees at company expense** | | | | |
| Number of participating employees ........................................ | 5821 | | 5831 | |
| Number of training hours ...................................................... | 5822 | | 5832 | |
| Costs for the company ........................................................... | 5823 | | 5833 | |
| **Total number of initial professional training projects at company expense** | | | | |
| Number of participating employees ........................................ | 5841 | | 5851 | |
| Number of training hours ...................................................... | 5842 | | 5852 | |
| Costs for the company ........................................................... | 5843 | | 5853 | |



Ernst & Young
Réviseurs d'Entreprises
Bedrijfsrevisoren
De Kleetlaan 2
B - 1831 Diegem

Tel: +32 (0)2 774 91 11
Fax: +32 (0)2 774 90 90
www.ey.com/be

## Verslag van de commissaris aan de algemene vergadering der aandeelhouders van Easdaq nv over de jaarrekening over het boekjaar afgesloten op 31 december 2008

Overeenkomstig de wettelijke en statutaire bepalingen, brengen wij u verslag uit in het kader van ons mandaat van commissaris. Dit verslag omvat ons oordeel over de jaarrekening evenals de vereiste bijkomende vermeldingen.

### Verklaring over de jaarrekening zonder voorbehoud, met een toelichtende paragraaf

Wij hebben de controle uitgevoerd van de jaarrekening over het boekjaar afgesloten op 31 december 2008, opgesteld overeenkomstig het in België van toepassing zijnde boekhoudkundig referentiestelsel, met een balanstotaal van € 7.430.004,04 en waarvan de resultatenrekening afsluit met een verlies van het boekjaar van € 10.358.922,11.

*Verantwoordelijkheid van de raad van bestuur voor het opstellen en de getrouwe weergave van de jaarrekening*

Het opstellen van de jaarrekening valt onder de verantwoordelijkheid van de raad van bestuur. Deze verantwoordelijkheid omvat: het opzetten, implementeren en in stand houden van een interne controle met betrekking tot het opstellen en de getrouwe weergave van de jaarrekening die geen afwijkingen van materieel belang als gevolg van fraude of het maken van fouten bevat; het kiezen en toepassen van geschikte waarderingsregels; en het maken van boekhoudkundige schattingen die onder de gegeven omstandigheden redelijk zijn.

*Verantwoordelijkheid van de commissaris*

Het is onze verantwoordelijkheid een oordeel over deze jaarrekening tot uitdrukking te brengen op basis van onze controle. Wij hebben onze controle uitgevoerd overeenkomstig de wettelijke bepalingen en volgens de in België geldende controlenormen, zoals uitgevaardigd door het Instituut van de Bedrijfsrevisoren. Deze controlenormen vereisen dat onze controle zo wordt georganiseerd en uitgevoerd dat een redelijke mate van zekerheid wordt verkregen dat de jaarrekening geen afwijkingen van materieel belang bevat.

Overeenkomstig deze controlenormen hebben wij controlewerkzaamheden uitgevoerd ter verkrijging van controle-informatie over de in de jaarrekening opgenomen bedragen en toelichtingen. De keuze van deze controlewerkzaamheden hangt af van onze beoordeling alsook van onze inschatting van het risico dat de jaarrekening afwijkingen van materieel belang bevat als gevolg van fraude of het maken van fouten.



Société civile ayant emprunté la forme d'une société coopérative
à responsabilité limitée
Burgerlijke vennootschap die de rechtsvorm van een coöperatieve



*Verslag van de commissaris van 28 mei 2009*
*over de jaarrekening van Easdaq nv over het boekjaar*
*afgesloten op 31 december 2008 (vervolg)*

Bij het maken van onze risico-inschatting houden wij rekening met de bestaande interne controle van de vennootschap met betrekking tot het opstellen en de getrouwe weergave van de jaarrekening ten einde in de gegeven omstandigheden de gepaste werkzaamheden te bepalen, maar niet om een oordeel te geven over de effectiviteit van de interne controle van de vennootschap. Wij hebben tevens de gegrondheid van de waarderingsregels, de redelijkheid van de betekenisvolle boekhoudkundige schattingen gemaakt door de vennootschap, alsook de voorstelling van de jaarrekening, als geheel beoordeeld. Ten slotte hebben wij van de raad van bestuur en van de verantwoordelijken van de vennootschap de voor onze controlewerkzaamheden vereiste ophelderingen en inlichtingen verkregen. Wij zijn van mening dat de door ons verkregen controle-informatie een redelijke basis vormt voor het uitbrengen van ons oordeel.

*Oordeel*

Naar ons oordeel, geeft de jaarrekening afgesloten op 31 december 2008 een getrouw beeld van het vermogen, de financiële toestand en de resultaten van de vennootschap, overeenkomstig het in België van toepassing zijnde boekhoudkundig referentiestelsel.

Niettegenstaande de vennootschap aanzienlijke verliezen heeft geleden die de financiële toestand van de vennootschap aantasten, is de jaarrekening opgesteld in de veronderstelling van verderzetting van de activiteiten van de onderneming. Zonder de hierboven vermelde verklaring zonder voorbehoud in het gedrang te brengen, vestigen wij de aandacht op het jaarverslag, waarin de raad van bestuur overeenkomstig de Belgische wettelijke verplichtingen, de toepassing van de waarderingsregels in de veronderstelling van continuïteit verantwoordt. Deze veronderstelling is slechts verantwoord in de mate dat de vennootschap erin slaagt de gecombineerde maatregelen, vermeld in paragraaf 3.7 van het verslag van de raad van bestuur, uit te voeren.

Bijkomende vermeldingen

Het opstellen en de inhoud van het jaarverslag, alsook het naleven door de vennootschap van het Wetboek van vennootschappen en van de statuten, vallen onder de verantwoordelijkheid van de raad van bestuur.

Het is onze verantwoordelijkheid om in ons verslag de volgende bijkomende vermeldingen op te nemen die niet van aard zijn om de draagwijdte van onze verklaring over de jaarrekening te wijzigen:

· Het jaarverslag behandelt de door de wet vereiste inlichtingen en stemt overeen met de jaarrekening. Wij kunnen ons echter niet uitspreken over de beschrijving van de voornaamste risico's en onzekerheden waarmee de vennootschap wordt geconfronteerd, alsook van haar positie, haar voorzienbare evolutie of de aanmerkelijke invloed van bepaalde feiten op haar toekomstige ontwikkeling. Wij kunnen evenwel bevestigen dat de





**⊒⫴ ERNST & YOUNG**

*Verslag van de commissaris van 28 mei 2009*
*over de jaarrekening van Easdaq nv over het boekjaar*
*afgesloten op 31 december 2008 (vervolg)*

verstrekte gegevens geen onmiskenbare inconsistenties vertonen met de informatie waarover wij beschikken in het kader van ons mandaat.

- Onverminderd formele aspecten van ondergeschikt belang, werd de boekhouding gevoerd overeenkomstig de in België van toepassing zijnde wettelijke en bestuursrechtelijke voorschriften.

- Wij dienen u geen verrichtingen of beslissingen mede te delen die in overtreding met de statuten of het Wetboek van vennootschappen zijn gedaan of genomen. De verwerking van het resultaat die aan de algemene vergadering wordt voorgesteld, stemt overeen met de wettelijke en statutaire bepalingen.

- Overeenkomstig artikel 523 van het Wetboek van vennootschappen dienen wij tevens melding te maken van een potentieel conflict in hoofde van de vertegenwoordigers van de hoofdaandeelhouder in de raad van bestuur betreffende de voorgestelde aanpassingen aan de "Subscription Agreement" van 7 september 2007. De impact van de voorgestelde aanpassingen op de financiële positie van de onderneming is accuraat beschreven in paragraaf 3.6 van het verslag van de raad van bestuur.

Brussel, 28 mei 2009

Ernst & Young Bedrijfsrevisoren bcvba
Commissaris
Vertegenwoordigd door

Marc Van Steenvoort
Vennoot

09MVS0217

3

Free translation from the Dutch original

## Statutory auditor's report to the general meeting of shareholders of Easdaq nv on the financial statements for the year ended 31 December 2008

In accordance with the legal and statutory requirements, we report to you on the performance of our mandate of statutory auditor. This report contains our opinion on the financial statements as well as the required additional comments.

### Unqualified opinion on the financial statements with emphasis of matter

We have audited the financial statements for the year ended 31 December 2008, prepared in accordance with the financial reporting framework applicable in Belgium, which show a balance sheet total of € 7.430.004,04 and a net loss for the year of € 10.358.922,11.

*Responsibility of the board of directors for the preparation and fair presentation of the financial statements*

The board of directors is responsible for the preparation and fair presentation of the financial statements. This responsibility includes: designing, implementing and maintaining internal control relevant to the preparation and fair presentation of financial statements that are fee from material misstatement, whether due to fraud or error; selecting and applying appropriate accounting policies; and making accounting estimates that are reasonable in the circumstances.

*Responsibility of the statutory auditor*

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with the legal requirements and the auditing standards applicable in Belgium, as issued by the Institute of Registered Auditors (Institut des Réviseurs d'Entreprises/Instituut van de Bedrijfsrevisoren). Those standards require that we plan and perform the audit to obtain reasonable assurance whether the financial statements are free from material misstatement.

In accordance with these standards, we have performed procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on our judgment, including the assessment of the risk of material misstatement of the financial statements, whether due to fraud or error.

*Audit report dated 28 may 2009 on the statutory financial statements*
*of Easdaq nv for the year ended 31 December 2008*

In making those risk assessments, we have considered internal control relevant to the company's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control. We have evaluated the appropriateness of accounting policies used, the reasonableness of significant accounting estimates made by the company and the presentation of the financial statements, taken as a whole. Finally, we have obtained from the board of directors and the company's officials the explanations and information necessary for executing our audit procedures. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

*Opinion*

In our opinion, the financial statements for the year ended 31 December 2008 give a true and fair view of the company's financial position and the results of its operations in accordance with the financial reporting framework applicable in Belgium.

Notwithstanding the fact that the Company has incurred significant losses that adversely affect its financial position, the financial statements have been prepared under the going concern assumption. Without qualifying our opinion, we draw attention to the board report, which, according to Belgian legal requirements, justifies the application of the valuation rules under the going concern assumption. Such going concern assumption is only justified to the extent the Company will be successful in realising the combined measures set out in section 3.7. of the board report.

**Additional comments**

The preparation and the assessment of the information that should be included in the director's report and the company's compliance with the requirements of the Company Code (Wetboek van vennootschappen/Code des sociétés) and its articles of association are the responsibility of the board of directors.

Our responsibility is to include in our report the following additional comments, which do not modify the scope of our opinion on the financial statements:

- The director's report deals with the information required by law and is consistent with the financial statements. We are, however, unable to comment on the description of the principal risk and uncertainties which the company is facing, and on its financial situation, its foreseeable evolution or the significant influence of certain facts on its future development. We can nevertheless confirm that the matters disclosed do not present any obvious inconsistencies with the information that we became aware of during the performance of our mandate.

- Without prejudice to formal aspects of minor importance, the accounting records were maintained in accordance with the legal an regulatory requirements applicable in Belgium.

- We do not report any transaction undertaken or decisions taken in violation of the company's articles of association or the Company Code. The appropriation of the results proposed to the shareholder's meeting complies with the legal and statutory provisions.

- In accordance with article 523 of the Company Code, we also report the existence of a potential conflict of interest in the head of the representatives of the major shareholder in the board, regarding the proposed amendments to the Subscription Agreement of 7 September 2007. The

*Audit report dated 28 may 2009 on the statutory financial statements*
*of Easdaq nv for the year ended 31 December 2008*

impact of the proposed amendments on the financial position of the Company is accurately described in section 3.6 of the board report.

Brussels, 28 May 2009

Ernst & Young Bedrijfsrevisoren bcvba
Statutory auditor
represented by

Marc Van Steenvoort
Partner

*09MVS0204*

3

Free translation from the Dutch original

## Statutory auditor's report to the general meeting of shareholders of Easdaq nv on the financial statements for the year ended 31 December 2008

In accordance with the legal and statutory requirements, we report to you on the performance of our mandate of statutory auditor. This report contains our opinion on the financial statements as well as the required additional comments.

### Unqualified opinion on the financial statements with emphasis of matter

We have audited the financial statements for the year ended 31 December 2008, prepared in accordance with the financial reporting framework applicable in Belgium, which show a balance sheet total of € 7.430.004,04 and a net loss for the year of € 10.358.922,11.

### *Responsibility of the board of directors for the preparation and fair presentation of the financial statements*

The board of directors is responsible for the preparation and fair presentation of the financial statements. This responsibility includes: designing, implementing and maintaining internal control relevant to the preparation and fair presentation of financial statements that are fee from material misstatement, whether due to fraud or error; selecting and applying appropriate accounting policies; and making accounting estimates that are reasonable in the circumstances.

### *Responsibility of the statutory auditor*

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with the legal requirements and the auditing standards applicable in Belgium, as issued by the Institute of Registered Auditors (Institut des Réviseurs d'Entreprises/Instituut van de Bedrijfsrevisoren). Those standards require that we plan and perform the audit to obtain reasonable assurance whether the financial statements are free from material misstatement.

In accordance with these standards, we have performed procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on our judgment, including the assessment of the risk of material misstatement of the financial statements, whether due to fraud or error.

*Audit report dated 28 may 2009 on the statutory financial statements*
*of Easdaq nv for the year ended 31 December 2008*

In making those risk assessments, we have considered internal control relevant to the company's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control. We have evaluated the appropriateness of accounting policies used, the reasonableness of significant accounting estimates made by the company and the presentation of the financial statements, taken as a whole. Finally, we have obtained from the board of directors and the company's officials the explanations and information necessary for executing our audit procedures. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

*Opinion*

In our opinion, the financial statements for the year ended 31 December 2008 give a true and fair view of the company's financial position and the results of its operations in accordance with the financial reporting framework applicable in Belgium.

Notwithstanding the fact that the Company has incurred significant losses that adversely affect its financial position, the financial statements have been prepared under the going concern assumption. Without qualifying our opinion, we draw attention to the board report, which, according to Belgian legal requirements, justifies the application of the valuation rules under the going concern assumption. Such going concern assumption is only justified to the extent the Company will be successful in realising the combined measures set out in section 3.7. of the board report.

**Additional comments**

The preparation and the assessment of the information that should be included in the director's report and the company's compliance with the requirements of the Company Code (Wetboek van vennootschappen/Code des sociétés) and its articles of association are the responsibility of the board of directors.

Our responsibility is to include in our report the following additional comments, which do not modify the scope of our opinion on the financial statements:

- The director's report deals with the information required by law and is consistent with the financial statements. We are, however, unable to comment on the description of the principal risk and uncertainties which the company is facing, and on its financial situation, its foreseeable evolution or the significant influence of certain facts on its future development. We can nevertheless confirm that the matters disclosed do not present any obvious inconsistencies with the information that we became aware of during the performance of our mandate.

- Without prejudice to formal aspects of minor importance, the accounting records were maintained in accordance with the legal an regulatory requirements applicable in Belgium.

- We do not report any transaction undertaken or decisions taken in violation of the company's articles of association or the Company Code. The appropriation of the results proposed to the shareholder's meeting complies with the legal and statutory provisions.

- In accordance with article 523 of the Company Code, we also report the existence of a potential conflict of interest in the head of the representatives of the major shareholder in the board, regarding the proposed amendments to the Subscription Agreement of 7 September 2007. The

*Audit report dated 28 may 2009 on the statutory financial statements*
*of Easdaq nv for the year ended 31 December 2008*

impact of the proposed amendments on the financial position of the Company is accurately described in section 3.6 of the board report.

Brussels, 28 May 2009

Ernst & Young Bedrijfsrevisoren bcvba
Statutory auditor
represented by

Marc Van Steenvoort
Partner

*09MVS0204*

3

**Gelieve deze volmacht in te vullen op de daartoe voorziene plaatsen indien u wenst vertegenwoordigd te worden op de algemene vergadering van aandeelhouders van EASDAQ NV, die zal gehouden worden op 25 juni 2009. Gelieve deze volledig ingevulde en ondertekende volmacht, onmiddellijk na ontvangst, per aangetekend schrijven of per fax (+49(0)30 31109178) over te maken aan EASDAQ NV, 3000 Leuven, Lei 19, Box 11, ter attentie van de heer Artur Fischer.**

*VOLMACHT OM DE GEWONE ALGEMENE VERGADERING BIJ TE WONEN*

ONDERGETEKENDE,
[volledige naam en adres van de aandeelhouder]

Houder van _____ aandelen op naam van de naamloze vennootschap European Association of Securities Dealers Automated Quotation ("**EASDAQ**"), met maatschappelijke zetel te 3000 Leuven, Lei 19, Bus 11, en ingeschreven in het Register van Rechtspersonen van Leuven onder het nummer 0455.240.893,

Na de agenda (met bijlagen) gelezen te hebben van de algemene vergadering van aandeelhouders van EASDAQ, die zal doorgaan op **25 juni 2009** om **10u** op de zetel van de vennootschap, zoals vermeld in de oproepingsbrief van 4 juni 2009,

STELT   HIERBIJ   ALS   VOLMACHTHOUDER   AAN,   met   mogelijkheid   tot indeplaatsstelling,

Timothy Verhoest, wonende te Chemin de Pomone 13, 1228 Genève, Zwitserland, <u>of</u>
Artur Fischer, wonende te Jänickestrasse 121, 14167 Berlin, Steglitz-Zehlendorf, Duitsland,

Aan wie alle bevoegdheden worden toegekend om hem/haar te vertegenwoordigen op deze buitengewone algemene vergadering van aandeelhouders, evenals op enige andere vergadering die op een andere plaats of een ander tijdstip zou plaatsvinden met dezelfde agenda, indien de eerste vergadering niet geldig kon beraadslagen zoals gepland.

De volmachthouder is gemachtigd om de voorgestelde beslissingen te wijzigen en om, naar eigen inzicht, de (eventueel gewijzigde) beslissingen goed te keuren of af te keuren, of zich te onthouden van de stemming hierover.  De volmachthouder is eveneens gemachtigd om alle akten, documenten of notulen in dit verband te tekenen, om woonstkeuze te doen, om indeplaatsstelling te doen, en om, in het algemeen, alles te doen wat nuttig is voor de uitvoering van deze volmacht, met de belofte van bekrachtiging.

Ondertekend op _____ 2009, te _____

[indien het gaat om een rechtspersoon]

Voor :

Vertegenwoordigd door :

Titel :

**[Voor   iedere   ondertekenaar:   de handtekening moet voorafgegaan worden door de handgeschreven woorden "Goed voor volmacht"]**

**Handtekening :**

---

**Please fill out and sign this proxy in the appropriate spaces if you wish to be represented at the meeting of the shareholders of EASDAQ NV, to be held on June 25, 2009. Please send this proxy, duly completed and signed, immediately upon receipt by express courier or telefax (+49(0)30 31109178) to EASDAQ NV, 3000 Leuven, Lei 19, Box 11, for the attention of Mr. Artur Fischer.**

---

*PROXY TO ATTEND AN EXTRAORDINARY GENERAL MEETING*

THE UNDERSIGNED,
[full name and address of the principal]

Holder of _____ registered shares of the limited liability company European Association of Securities Dealers Automated Quotation (**"EASDAQ"**), having its registered office at 3000 Leuven, Lei 19, Box 11, and registered with the Leuven Register of Legal Entities under no. 0455.240.893,

Having read the agenda (with attachments) of the general meeting of shareholders of EASDAQ, to be held on June 25, 2009 at 10 a.m. at the registered offices of the Company, as mentioned in the notice dated 4 June 2009,

HEREBY APPOINTS AS ATTORNEY-IN-FACT, with power of substitution,

Timothy Verhoest, Chemin de Pomone 13, 1228 Genève, Switzerland, <u>or</u>
Artur Fischer, Jänickestrasse 121, 14167 Berlin, Steglitz-Zehlendorf, Germany,

to whom it confers all powers to represent him/her at this extraordinary general meeting of shareholders, as well as at all other meetings which take place at a later date but with the same agenda, in case the first meeting could not validly proceed as planned.

The attorney-in-fact is entitled to amend the proposed resolutions, and to approve or disapprove, at its own discretion, any of the (possibly amended) resolutions, or to abstain from the vote thereon. To this end, the attorney-in-fact is entitled to sign and execute all deeds, documents or minutes, to elect domicile, to substitute, and, in general, to do whatever is necessary or useful for the performance of this proxy, with promise of ratification.

Signed on _____ 2009, at _____

[if the represented person is a legal entity]

For :

**[For each principal: signature to be preceded by the words "Bon pour pouvoir" or "Goed voor volmacht"]**

Represented by :

**Signature :**

Title :