MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax  (212) 262-1910
Brian Trust
Jeffrey G. Tougas
Amit K. Trehan

*Attorneys for Société Générale*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                            Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on June 23, 2009, I caused copies of the Joinder to Objection (the "Joinder") of Barclays Capital Inc., et al. to Debtors' Notice of Evidentiary Hearing in Connection with Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form to be served by facsimile upon (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), and (iii) Office of the

United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.).

    I further certify that on June 24, 2009, I caused a copy of the Joinder to be served by hand delivery upon The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004.

    I further certify that on June 23, 2009, I caused copies of the Joinder to be served by electronic mail upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

    I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
           June 25, 2009

                                                  /s/ James Hennessey
                                                  James Hennessey