```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
In re:                                    Chapter 11

                                          Case No. 08-13555(JMP)

LEHMAN BROTHERS HOLDINGS INC., et al.,    (Jointly Administered)

                                          NOTICE OF APPEARANCE
                                          AND DEMAND FOR
                    Debtor.               NOTICES AND PAPERS

-----------------------------------------x
```

**PLEASE TAKE NOTICE THAT** STATE BANK OF LONG ISLAND ("Claimant") hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the person listed below at the following address and telephone number:

> Frank C. Dell'Amore, Esq.
> Jaspan Schlesinger LLP
> 300 Garden City Plaza
> Garden City, New York 11530
> Telephone: (516) 393-8289

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition,

monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of Claimant:(1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Claimant is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Claimant expressly reserves.

Dated: Garden City, New York
       June 26, 2009

                                              Yours, etc.

                                              JASPAN SCHLESINGER LLP
                                              *Attorneys for*
                                              *State Bank of Long Island*

                                    By: /s/ Frank C. Dell'Amore
                                        Frank C. Dell'Amore, Esq. (FD 1841)
                                        Attorneys for State
                                        300 Garden City Plaza
                                        Garden City, NY 11530
                                        (516) 393-8289