WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
----------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 29, 2009 AT 2:00 P.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1. LBHI's Motion for Authorization to Make a Capital Contribution to Aurora Bank FSB **[Docket No. 3962]**

    Response Deadline:   June 26, 2009 at 4:00 p.m.
                         June 28, 2009 at 12:00 p.m. (Creditors' Committee)

    Responses Received:   None.

    Related Documents:

        A.    Declaration of Alfredo R. Perez in Support **[Docket No. 3963]**

        B.    Order to Show Cause **[Docket No. 3965]**

   C.  Supplement to LBHI's Motion **[Docket No. 4146]**

 Status:  This matter is going forward.

## II. CONTESTED MATTERS:

2. Debtors Motion for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof, and Approval of the Proof of Claim Form **[Docket No. 3654]**

 Response Deadline: June 12, 2009 at 12:00 p.m.

 Responses Received:

   A.  Debtors' Notice of Evidentiary Hearing **[Docket No. 4063]**

   B.  Debtors' Omnibus Reply **[Docket No. 4113]**

   C.  Exhibits to Debtors' Omnibus Reply **[Docket No. 4117]**

   D.  Supplemental Declaration of Gary H. Mandelblatt in Support of Debtors Motion **[Docket No. 4203]**

   E.  Declaration of Gregory F. Eickbush in Support of Debtors Motion **[Docket No. 4204]**

   F.  Statement Regarding Recommended Bar Date Order **[Docket No. 4205]**

   G.  Debtors' Reply to Objections Regarding Euro Medium-Term Note Program **[Docket No. TBD]**

   H.  Objection of US AgBank, FCB **[Docket No. 3814]**

   I.  Objection of Aviva S.p.A., et al. **[Docket No. 3818]**

   J.  Objection of Barclays Bank PLC, Barclays Capital, Inc. **[Docket No. 3820]**

   K.  Objection of Teachers' Retirement System of the State of Illinois **[Docket No. 3821]**

   L.  Objection of Singapore Airlines Ltd. **[Docket No. 3824]**

   M.  Reservation of Rights of Silver Point Capital Fund, L.P., et al. **[Docket No. 3825]**

N. Objection of Kantatsu Co. Ltd. **[Docket No. 3826]**

O. Objection of Teachers' Retirement System of the State of Illinois **[Docket No. 3827]**

P. Objection of Federal Home Loan Bank of New York, et al. **[Docket No. 3828]**

Q. Objection of Wells Fargo & Co. **[Docket No. 3830]**

R. Joinder of Galliard Capital Management, Inc. **[Docket No. 3832]**

S. Joinder of Carlyle Loan Investment Ltd., et al. **[Docket No. 3833]**

T. Objection of Banca Popolare di Milano Societa Coopertiva a r.l., et al. **[Docket No. 3834]**

U. Objection of BNY Corporate Trustee Services Limited, et al. **[Docket No. 3835]**

V. Limited Objection of Bank of America, N.A., et al. **[Docket No. 3836]**

W. Objection of Intesa Sanpaolo S.p.A. **[Docket No. 3837]**

X. Objection of D.E. Shaw Composite Portfolios, L.L.C., et al. **[Docket No. 3838]**

Y. Objection of Abu Dhabi Investment Authority **[Docket No. 3839]**

Z. Objection of Banco Bilbao Vizcaya Argentaria, S.A. **[Docket No. 3841]**

AA. Omnibus Objection of Derivative Claimants **[Docket No. 3842]**

BB. Objection of Joinder of Banco Popular Espanol, S.A., et al. **[Docket No. 3843]**

CC. Joinder of Deutsche Postbank AG **[Docket No. 3844]**

DD. Joinder of Juice Energy, Inc. **[Docket No. 3845]**

EE. Joinder of Goldman, Sachs & Co. **[Docket No. 3846]**

FF. Joinder of PB Capital Corporation **[Docket No. 3847]**

GG. Objection of UBS AG **[Docket No. 3848]**

HH. Objection of Mizuho Investors Securities Co., Ltd. **[Docket No. 3849]**

II. Joinder of Taconic Capital Partners 1.5 L.P., et al. **[Docket No. 3850]**

JJ. Objection of Royal Bank of Scotland, plc **[Docket No. 3851]**

KK. Joinder of Ross Financial Corporation **[Docket No. 3852]**

LL. Joinder of Wachovia Bank, N.A., et al. **[Docket No. 3853]**

MM. Objection of Wilmington Trust Company **[Docket No. 3854]**

NN. Objection of AB Svensk Exportkredit **[Docket No. 3855]**

OO. Objection of State Street Bank and Trust Company **[Docket No. 3856]**

PP. Objection of Putnam Investments, LLC, et al. **[Docket No. 3857]**

QQ. Objection of DLA Piper LLP **[Docket No. 3858]**

RR. Objection of Korea Development Bank **[Docket No. 3859]**

SS. Objection of Harbinger Capital Partners Master Fund I, Ltd., et al. **[Docket No. 3860]**

TT. Joinder of Autonomy Master Fund Limited, et al. **[Docket No. 3861]**

UU. Joinder of Societe Generale **[Docket No. 3862]**

VV. Joinder of Electrabel n.v./s.a **[Docket No. 3863]**

WW. Joinder of E*TRADE Bank **[Docket No. 3864]**

XX. Objection of The Bank of New York Mellon Trust Company, N.A. **[Docket No. 3865]**

YY. Objection of Credit Suisse **[Docket No. 3866]**

ZZ. Objection of New South Federal Savings Bank, F.S.B. **[Docket No. 3867]**

AAA. Objection of Deutsche Bank Trust Company Americas **[Docket No. 3868]**

BBB. Objection of Thomas Cook AG **[Docket No. 3869]**

CCC. Objection of Genworth Life Insurance Company **[Docket No. 3870]**

DDD. Objection of Bank of America, N.A. **[Docket No. 3871]**

EEE. Objection of RWE Supply & TradingGmbH **[Docket No. 3873]**

FFF. Motion for Leave to File a Brief and Memorandum of Law of International Swaps and Derivatives Association, Inc. **[Docket No. 3874]**

GGG. Objection of Morgan Stanley & Co. Incorporated, et al. **[Docket No. 3875]**

HHH. Objection of BlueMountain Capital Management LLC, et al. **[Docket No. 3876]**

III. Objection of Steven G. Holder Living Trust, et al. **[Docket No. 3879]**

JJJ. Objection of The Deutscher Sparkassen Und Giroverband **[Docket No. 3883]**

KKK. Objection of Australia and New Zealand Banking Group Limited **[Docket No. 3884]**

LLL. Objection of Calyon **[Docket No. 3885]**

MMM. Objection of Swedbank AB **[Docket No. 3886]**

NNN. Objection of Tiger Asia Fund, L.P, et al. **[Docket No. 3887]**

OOO. Declaration of Andrew Brozman in Support of Calyon's Objection **[Docket No. 3888]**

PPP. Objection of Svenska Handelsbanken AB **[Docket No. 3890]**

QQQ. Objection of Occidental Energy Marketing, Inc., et al. **[Docket No. 3891]**

RRR. Objection of CommerzBank A.G. **[Docket No. 3894]**

SSS. Objection of Franklin American Mortgage Company **[Docket No. 3895]**

TTT. Objection of Delaware River Port Authority **[Docket No. 3900]**

UUU.  Objection of Iconix Brand Group, Inc. **[Docket No. 3901]**

VVV.  Objection of Banca Italease S.p.A. **[Docket No. 3905]**

WWW.  Objection of Attorneys for Italease Finance S.p.A. **[Docket No. 3907]**

XXX.  Objection of Iconix Brand Group, Inc. **[Docket No. 3910]**

YYY.  Objection of State of Arizona **[Docket No. 3911]**

ZZZ.  Objection of EnergyCo, LLC, et al. **[Docket No. 3912]**

AAAA.  Objection of Reliant Energy Services, Inc., et al. **[Docket No. 3913]**

BBBB.  Joinder of The New Jersey Housing and Mortgage Finance Agency **[Docket No. 3922]**

CCCC.  Corrected Joinder of Wachovia **[Docket No. 3931]**

DDDD.  Objection of Deutsche Bank AG **[Docket No. 3947]**

EEEE.  Citibank's Joinder in Barclays' Objection **[Docket No. 3956]**

FFFF.  Joinder of Bank of Montreal, BMO Nesbitt Burns, Inc. et al. **[Docket No. 4026]**

GGGG.  Joinder of U.S. Bank National Association **[Docket No. 4027]**

HHHH.  Joinder of National Australia Bank Limited **[Docket No. 4028]**

IIII.  Joinder of Newport Global Opportunities Fund L, et al. **[Docket No. 4056]**

JJJJ.  Response of the Joint Administrators of The Lehman European Group Administration Companies **[Docket No. 4057]**

KKKK.  Joinder of Bremer Financial Corporation to Objection of Wells Fargo Bank, National Association **[Docket No. 4058]**

LLLL.  Objection of Barclays Bank PLC, et al. **[Docket No. 4065]**

MMMM.  Joinder of Wells Fargo & Company, et al. **[Docket No. 4071]**

NNNN.  Joinder of Galliard Capital Management, Inc. **[Docket No. 4072]**

OOOO.  Joinder of Banco Popular Espanol, S.A., et al **[Docket No. 4073]**

| | |
|---|---|
| PPPP. | Joinder of Wachovia **[Docket No. 4075]** |
| QQQQ. | Joinder of Derivative Claimants **[Docket No. 4077]** |
| RRRR. | Objection of Singapore Airlines Ltd. **[Docket No. 4082]** |
| SSSS. | Objection of Teachers' Retirement System of the State of Illinois. **[Docket No. 4083]** |
| TTTT. | Objection of Kantatsu Co. Ltd. **[Docket No. 4084]** |
| UUUU. | Request of The Royal Bank of Scotland PLC and Affiliates for Adjournment of Debtors' Motion **[Docket No. 4085]** |
| VVVV. | Objection of Deutsche Bank AG and Affiliates **[Docket No. 4095]** |
| WWWW. | Joinder of Banco Bilbao Vizcaya Argentaria, S.A. **[Docket No. 4107]** |
| XXXX. | Joinder of Abu Dhabi Investment Authority **[Docket No. 4108]** |
| YYYY. | Joinder of Deutsche Postbank AG **[Docket No. 4109]** |
| ZZZZ. | Joinder of PB Capital Corporation **[Docket No. 4110]** |
| AAAAA. | Joinder of AB Svensk Exportkredit **[Docket No. 4111]** |
| BBBBB. | Joinder of Calyon **[Docket No. 4112]** |
| CCCCC. | Joinder of Autonomy Master Fund Limited, et al. **[Docket No. 4114]** |
| DDDDD. | Joinder of Goldman, Sachs & Co. **[Docket No. 4115]** |
| EEEEE. | Joinder of Citibank **[Docket No. 4116]** |
| FFFFF. | Joinder of Certain Holders of Notes Issued **[Docket No. 4123]** |
| GGGGG. | Joinder of Wells Fargo Bank, National Association **[Docket No. 4125]** |
| HHHHH. | Objection of Banca Italease S.p.A. **[Docket No. 4133]** |
| IIIII. | Objection of New Jersey Housing and Mortgage Finance Agency **[Docket No. 4134]** |
| JJJJJ. | Objection of Delaware River Port Authority **[Docket No. 4135]** |

| | |
|---|---|
| KKKKK. | Objection of Italease Finance S.p.A. **[Docket No. 4136]** |
| LLLLL. | Objection of Iconix Brand Group, Inc. **[Docket No. 4138]** |
| MMMMM. | Joinder of Morgan Stanley **[Docket No. 4140]** |
| NNNNN. | Objection of Pacific Investment Management Company LLC **[Docket No. 4142]** |
| OOOOO. | Joinder of Societe Generale **[Docket No. 4144]** |
| PPPPP. | Joinder of Federal Home Loan Bank of New York, Institutional Benchmarks Series (Master Feeder) Limited **[Docket No. 4148]** |
| QQQQQ. | Joinder of PricewaterhouseCoopers, AG Zurich **[Docket No. 4149]** |
| RRRRR. | Joinder of Centerbridge Credit Partners LP **[Docket No. 4151]** |
| SSSSS. | Joinder of Chinatrust Commercial Bank, et al. **[Docket No. 4196]** |

Status:  This matter is going forward.

Dated:  June 29, 2009
        New York, New York

                                        /s/ Shai Y. Waisman
                                        Richard P. Krasnow
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession