Hearing Date and Time: June 29, 2009 at 2:00 p.m. (Prevailing Eastern Time)

Stephen J. Shimshak
Douglas R. Davis
Claudia L. Hammerman
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000

*Counsel for Citigroup Inc.
and its respective affiliates and subsidiaries
(including, without limitation, Citibank, N.A.)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF STEPHEN J. SHIMSHAK
IN SUPPORT OF CITIBANK'S JOINDER IN BARCLAYS'S
OBJECTION TO THE DEBTORS' MOTION TO ESTABLISH
THE DEADLINE FOR FILING PROOFS OF CLAIM AND RELATED RELIEF**

STEPHEN J. SHIMSHAK declares:

1. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and I am Counsel for Citigroup Inc. and its respective affiliates and subsidiaries (including, without limitation, Citibank, N.A.) (collectively, "Citibank"). I make this declaration in support of Citibank's Joinder in Barclays's Objection to the Debtors' Motion, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proofs of Claim Form.

2. Attached as Exhibit A is a true and correct copy of the Second Notice of Creditors, dated October 8, 2008, issued by the Bankruptcy Trustee for Lehman Brothers Treasury Co. B.V., which was downloaded from the Bankruptcy Trustee's website at http://www.lehmanbrotherstreasury.com/pdf/english/LBT%20Second%20notice%20(8%20October%202008).pdf.

3. Attached as Exhibit B is a true and correct copy of the Notice to Holders of Notes Issued Under the USD 100,000,000,000 Euro Medium Term Note Program, dated December 22, 2008, issued by the Bankruptcy Trustee for Lehman Brothers Treasury Co. B.V., which was downloaded from the Bankruptcy Trustee's website at http://www.lehmanbrotherstreasury.com/pdf/english/LBT_%20Notice%20to%20holders%20of%20EMTN%20notes%2022%20Dec%202008%20pdf.PDF.

Dated: June 28, 2009

_____
STEPHEN J. SHIMSHAK