**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **Lehman Brothers Holdings Inc.,** | § | Case No. 08-13555 (JMP) |
| *et al.,* | § | |
| | § | **Jointly Administered** |
| Debtors. | § | |

**VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019 OF**
**<u>SUTHERLAND ASBILL & BRENNAN LLP</u>**

Sutherland Asbill & Brennan LLP ("Counsel"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, file this statement ("Statement") in connection with the Counsel's representation of multiple creditors in the above-captioned jointly administered cases of Lehman Brothers Holdings Inc., *et al.* ("Debtors"), and makes the following disclosure as counsel for multiple parties:

1.  Counsel appears in these cases on behalf of the following (the "Entities"):

| *Entity* | *Address* |
|---|---|
| Shell Energy North America (US), LP<br>Shell Trading (US) Company | Two Houston Center<br>909 Fannin Street<br>Plaza Level 1<br>Houston, TX 77010 |
| Cargill, Incorporated<br>Cargill Power Markets, LLC | P.O. Box 5653<br>Minneapolis, MN 55440-5653 |
| AgriBank, FCB | P.O. Box 64949<br>Saint Paul, MN 55164-0949 |
| US AgBank, FCB | 245 N. Waco<br>Wichita, KS 67202 |
| AgFirst Farm Credit Bank | 1401 Hampton Street<br>P.O. Box 1499<br>Columbia SC 29202- 1499 |

8389602.1

| | |
|---|---|
| ProFund Advisors LLC | 7501 Wisconsin Avenue<br>Suite #1000<br>Bethesda MD 20814-3343 |
| Kraft Foods Finance Europe AG | Three Lakes Drive – NF584<br>Northfield, IL 60093 |
| Philip Morris Finance S.A | Chollerstrasse 4<br>P.O. Box 855<br>CH -6301 Zug, Switzerland |
| American Equity Investment Life Insurance Company | 5000 Westown Parkway<br>West Des Moines, IA 50266 |
| Aviva Italia Holding, S.p.A.<br>Aviva S.p.A.<br>Aviva Vita S.p.A.<br>Aviva Life S.p.A.<br>Aviva Italia S.p.A.<br>Aviva Assicurazioni S.p.A.<br>Aviva Previdenza S.p.A. | Viale Abruzzi 94<br>20131 Milano, Italy |
| Vining-Sparks IBG, Limited Partnership | 775 Ridge Lake Boulevard<br>Memphis TN 38120 |
| MidFirst Bank | 501 NW Grand Blvd.<br>Oklahoma City OK 73118-6054 |
| Luminus Partners Energy Master Fund Ltd. | 1700 Broadway<br>34th Floor<br>New York, NY 10019 |
| Arizona Public Service Company | 400 N-5th Street<br>18th Floor<br>Phoenix AZ 85004 |
| Tenor Opportunity Master Fund, Ltd. | 1180 Avenue of the Americas<br>Suite 1940<br>New York, NY 10036 |
| Targa Resource Partners LP<br>Targa Resources, Inc. | 1000 Louisiana, Suite 4700<br>Houston TX 77002 |

2. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

8389602.1                                                        2

3. Each of the Entities separately requested that Counsel represent them in connection with the Debtors' chapter 11 cases.

4. The undersigned hereby verifies under oath that this Statement is true and accurate, to the best of the undersigned's knowledge and belief. Counsel reserves the right to revise and supplement these statements.

Dated this 29th day of June, 2009
Houston, Texas

                        SUTHERLAND ASBILL & BRENNAN LLP

                        /s/ Paul B. Turner
                        Paul B. Turner
                        Two Houston Center
                        909 Fannin, Suite 2200
                        Houston, Texas  77010
                        (713) 470-6100