## **Exhibit C**

| Counterparty and Notice Address | Description of Contract or Lease | Contract or Lease Date | Estimated Cure Amount[1] |
|---|---|---|---|
| HSH 2100 LLC<br>c/o Metropole Realty Advisors, Inc.<br>520 Madison Avenue, 9th Floor<br>New York, NY 10022 | Parking License – Amended Declaration of Covenants and Supplemental Parking Agreement | 11/30/2004 | $0 |
| Kalaimoku-Kuhio Development Corp<br>c/o Robertson Property Group<br>120 N Robertson Blvd.<br>Los Angeles, CA 90048-3120<br>Attn: Neil Haltrecht<br>Attn: David Kwock | Amended and Restated Sublease | 7/1/2003 | $1,053,790.08 |
| Kalaimoku-Kuhio Development Corp<br>c/o Robertson Property Group<br>120 N Robertson Blvd.<br>Los Angeles, CA 90048-3119 | Amended and Restated Ground Lease | 7/1/2003 | $100,397.07 |
| Nike Retail Services, Inc.<br>One Bowerman Drive<br>Beaverton, OR 97005-6453 | Agreement to Lease Space to Nike Retail Services, Inc. | 8/7/1995 | $0 |
| Oceanfront Hawaii, Inc.<br>c/o Hong & Kwock<br>220 South King Street, Suite 1220<br>Honolulu, Hawaii 96813<br>Attn: David Kwock | Supplemental Payment Agreement | 7/1/2003 | $0 |

---

[1] All estimated cure amounts are as of July 14, 2009.