REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon,
The Bank of New York Mellon Trust
Company, N.A., and BNY Corporate Trustee
Services Limited, in their representative
capacities*

**Hearing: June 29, 2009 at 2:00 p.m. (Eastern)**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | **Case No. 08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : | Refers to Dkt. Nos. 3654 and 3835 |

**JOINDER OF THE BANK OF NEW YORK MELLON,
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AND BNY
CORPORATE TRUSTEE SERVICES LIMITED IN THE OBJECTIONS AND JOINDER
OF CITIGROUP INC. TO DEBTORS' MOTION PURSUANT TO SECTION 502(b)(9)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(c)(3) FOR
ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM,
APPROVAL OF THE FORM AND MANNER OF NOTICE
<u>THEREOF AND APPROVAL OF THE PROOF OF CLAIM FORM</u>**

The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A.,

and any affiliate thereof, through its Corporate Trust Department, and BNY Corporate Trustee

Services Limited, each as trustee, indenture trustee, agent, or in its other representative capacity

(collectively, the "Trustee") for the holders (the "Holders") of certain notes, certificates, bonds, or other interests (collectively, the "Notes") issued by certain issuers pursuant to structures created by the Debtors or their affiliates that have entered into derivative contracts with one or more Debtors, having asserted a Limited Objection [D.I. 3835] to the Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof Of Claim Form (the "Motion;" D.I. 3654).

1.      The Trustee has previously filed its objection [D.I. 3835] to the entry of an order approving the Motion to the extent that the proposed bar date of August 24, 2009 (the "Bar Date") and related claim filing procedures described in the Motion (the "Procedures") apply to claims of the Trustee and the Holders.[1]

2.      Since the initial hearing on the Motion, the parties have filed additional evidence either in support of the Motion in opposition thereto.

3.      The Trustee joins in and supports the supplemental joinder of Citigoup, Inc., including, specifically, (i) Declaration of Stephen J. Shimshak in Support of Citibank's Joinder in Barclays's Objection to the Debtors' Motion to Establish the Deadline for Filing Proofs of Claims and Related Relief [D.I. 4207]; (ii) the Declaration of Craig S. Dudsak in Support of Citibank's Joinder in Barclays's Objection to the Debtors' Motion to Establish the Deadline for Filing Proofs of Claims and Related Relief [D.I. 4208]; and (iii) the Declaration of Christopher Bottiglieri in Support of Citibank's Joinder in Barclays's Objection to the Debtors' Motion to

---

[1] Pursuant to the Motion, the Proposed Bar Date does not apply to parties listed on the Master List of Securities or Exempt Entities List (as those terms are defined in the Motion).

US_ACTIVE-101854870.1-600318-60036

Establish the Deadline for Filing Proofs of Claims and Related Relief [D.I. 4209].

    4.    The Trustee further requests that the Court take judicial notice of the following: (i) Declaration Of Sanjay Jobanputra In Support Of Motion For Dismissal Of Complaint Or Other Relief, docket in Lehman Brothers Special Financing Inc. v. BNY Corporate Trustee Services Limited, Adversary Pro. Number: 09-01242-jmp [D.I. 15], a copy of which is annexed as Exhibit A, hereto; and (ii) Declaration of Robert Major In Support of The Limited Objection of The Bank Of New York Mellon, The Bank Of New York Mellon Trust Company, N.A., and BNY Corporate Trustee Services Limited To Debtors' Motion For An Order Pursuant To Sections 105 And 365 of The Bankruptcy Code To Establish Procedures For The Settlement or Assumption And Assignment of Prepetition Derivative Contracts [D.I. 1892], a copy of which is annexed as Exhibit B.

**WHEREFORE**, the Trustee objects to the Motion and respectfully requests that this Court (i) deny the Motion with respect to claims related to the Notes or the Trustee Transactions and (ii) grant such further relief to the Trustee as is appropriate.

Dated: June 29, 2009
New York, New York     Respectfully Submitted,

    By:   */s/ Michael J. Venditto*
          Eric A. Schaffer (ES-6415)
          Michael J. Venditto (MV-6715)
          599 Lexington Avenue
          New York, NY 10022
          Tel: (212) 521-5400
          Fax: (212) 521-5450

          Counsel to The Bank of New York Mellon,
          The Bank of New York Mellon Trust Company, N.A.
          and BNY Corporate Trustee Services Limited,
          in their representative capacities

US_ACTIVE-101854870.1-600318-60036

TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
   Attention:    Lori R. Fife
                      Robert J. Lemons
                      Richard P. Krasnow
                      Shai Y. Waisman
                      Jacqueline Marcus

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
   Attention:    Steven J. Reisman
                      L. P. Harrison 3rd

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
   Attention:    Andy Velez-Rivera
                      Paul Schwartzberg
                      Brian Masumoto
                      Linda Riffkin
                      Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
   Attention:    Dennis F. Dunne
                      Dennis O'Donnell
                      Evan Fleck, Esq.

Cleary Gotliebb LLP
One Liberty Plaza
New York, New York 10006
   Attention:    Lindsee P. Granfield
                      Lisa Schweiger

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
   Attention:    Robinson B. Lacy
                      Hydee R. Feldstein