**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | ) | Case No. 08-13555 (JMP) |
| Debtors. | ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On June 29, 2009, I caused to be served copies of the following documents on the persons set forth on the attached service list:

(i) **Declaration of Christopher Bottiglieri in Support of Citibank's Joinder in Barclays's Objection to the Debtors' Motion to Establish the Deadline for Filing Proofs of Claim and Related Relief**;

(ii) **Declaration of Craig S. Dudsak in Support of Citibank's Joinder in Barclays's Objection to the Debtors' Motion to Establish the Deadline for Filing Proofs of Claim and Related Relief**; and

(iii) **Declaration of Stephen J. Shimshak in Support of Citibank's Joinder in Barclays's Objection to the Debtors' Motion to Establish the Deadline for Filing Proofs of Claim and Related Relief** (together with accompanying exhibits)

3. I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent by hand delivery.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
29th day of June, 2009

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2010

**SERVICE LIST**

**By Hand Delivery**

Paul Schwartzberg
Brian Masumoto
Linda Rifkind
Tracy Hope Davis
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Lori R. Fife
Shai Y. Waisman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne
Dennis O'Donnell
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005