MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re:                                                :
                                                      :
Lehman Brothers Holdings, Inc., et al.                :    Chapter 11
                                                      :
    Debtor.                                         :    Case No. 08-13555  (JMP)
                                                      :
                                                      :
------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
### SERVICE OF ALL PLEADINGS AND DOCUMENTS

PLEASE TAKE NOTICE that on September 30, 2008, Gary S. Lee, a partner with the firm of Morrison & Foerster LLP, filed a notice of appearance on behalf of Fondiara – Sai S.P.A. and its affiliates, and on October 13, 2008, Gary S. Lee filed a notice of appearance on behalf of Nippon Life Insurance Company.  In each of these notices of appearance, service of all pleadings and documents was requested upon the following address:

      **MORRISON & FOERSTER LLP**
      Attn: Gary S. Lee, Esq.
      1290 Avenue of the Americas
      New York, New York 10104
      Telephone: (212) 468-8000
      Facsimile: (212) 468-7900
      E-mail:  GLee@mofo.com

PLEASE TAKE FURTHER NOTICE that Gary S. lee hereby gives notice of the withdrawal of his appearance on behalf of the above referenced entities, and respectfully requests

ny-878726

the removal of his name from all service lists and the discontinuance of electronic notification to his email address at GLee@mofo.com with regard to this case via the Court's ECF system and Epiq Systems' noticing list.

| | |
|---|---|
| Dated: New York, New York<br>June 29, 2009 | /s/ Gary S. Lee<br>Gary S. Lee<br><br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900 |