# United States Bankruptcy Court
# For the Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc.</u>   Case No. <u>08-13555 (Jointly Administered)</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED OR DEEMED FILED IN THIS CASE under 11 U.S.C. § 1111 (a) against **Lehman Brothers Holdings, Inc.** Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>OCM Opportunities Fund VII Delaware, L.P.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

OCM Opportunities Fund VII Delaware, L.P.
c/o Oaktree Capital Management, L.P.
333 South Grand Ave. 28th Floor
Los Angeles, CA 90071
Atten: Jeff Arnold
Phone: 213-830-6233
Email: jarnold@oaktreecapital.com

Atten: Penny Robbins
Phone: 213-830-6238
Email: bankloans@oaktreecapital.com

Atten: Annette Sing
Phone: 213-830-6343
Email: tradesupport@oaktreecapital.com

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above): N/A

Phone: _____
Last Four Digits of Acct. #: _____

Court Claim # (if known): 537
Amount of Claims:
general unsecured claim in the amount of $30,489,845.00 against **Lehman Brothers Holdings, Inc., Case No. 08-13555**

Date Claim Filed: _____

Goldman Sachs Lending Partners LLC
c/o Goldman Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attention: Andrew Caditz
Phone: 212-357-6240
Fax: 212-428-1243
Email: Andrew.Caditz@gs.com

Last Four Digits of Acct. #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OCM OPPORTUNITIES FUND VII DELAWARE, L.P.
By: Oaktree Fund GP, LLC, its General Partner
By: Oaktree Fund GP I, L.P., its Managing Member

By: _____   Date: 6/26/09
   Transferee/Transferee's Agent

By: _____   Date: 6/26/09
   Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-1000/COURT/2124847.1

# United States Bankruptcy Court
# For the Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc.</u>   Case No. <u>08-13555 (Jointly Administered)</u>

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM No. <u>537</u> (if known) was filed or deemed filed under 11 U.S.C. § 111 (a) in this case against **Lehman Brothers Holdings, Inc.** by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on _____ (date).

| Goldman Sachs Lending Partners LLC<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Goldman Sachs Lending Partners LLC<br>c/o Goldman Sachs & Co.<br>30 Hudson Street, 36th Floor<br>Jersey City, NJ 07302<br>Attention: Andrew Caditz<br>Phone: 212-357-6240<br>Fax: 212-428-1243<br>Email: Andrew.Caditz@gs.com | OCM Opportunities Fund VII Delaware, L.P.<br>Name of Transferee<br><br>Address of Transferee:<br><br>OCM Opportunities Fund VII Delaware, L.P.<br>c/o Oaktree Capital Management, L.P.<br>333 South Grand Ave. 28th Floor<br>Los Angeles, CA 90071<br>Atten: Jeff Arnold<br>Phone: 213-830-6233<br>Email: jarnold@oaktreecapital.com<br><br>Atten: Penny Robbins<br>Phone: 213-830-6238<br>Email:bankloans@oaktreecapital.com<br><br>Atten: Annette Sing<br>Phone: 213-830-6343<br>Email:tradesupport@oaktreecapital.com |
|---|---|

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: _____          _____
                                                        CLERK OF THE COURT

032-1000/COURT/2124847.1

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Goldman Sachs Lending Partners LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to OCM Opportunities Fund VII Delaware, L.P. ("Assignee"), all of Assignor's right, title, interest, claims[2] and causes of action in and to, or arising under or in connection with KeyBank National Association's claims set forth in Proof of Claim Number 537 in an amount of not less than $30,489,845.00 (the "Claim"), against Lehman Brothers Holdings, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of its ownership interest in and to the Claim assigned to Assignee (the "Assigned Claim") on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 22, 2009.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name of person signing: _____
Title of person signing: _____
Authorized Signatory

OCM OPPORTUNITIES FUND VII DELAWARE, L.P.

By: _____
Name of person signing: Kenneth Liang
Title: Authorized Signatory

By: _____
Name of person signing: Kelvin Ting
Title: Authorized Signatory

---

[2] As that term is defined in 11 USC § 101(5).