# EXHIBIT B

```
----- Original Message -----
From: robert.lemons@weil.com <robert.lemons@weil.com>
To: Mayer, Katharine
Cc: maurice.horwitz@weil.com <maurice.horwitz@weil.com>
Sent: Mon Jan 26 11:47:28 2009
Subject: Re: Lehman - objection to motion for consensual assignment of derivative
contracts
```

To resolve both objections, the Debtors confirm that they agree that both of the OEMI and OPSI contracts were validly terminated.

Robert Lemons
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
212-310-8924 (phone)
212-310-8007 (fax)


"Mayer, Katharine" <KMayer@McCarter.com>

01/26/2009 07:09 AM
To
    robert.lemons@weil.com
cc

Subject
    Re: Lehman - objection to motion for consensual assignment of derivative contracts



On behalf of Occidental, we were previously in negotiations with Lehmans to resolve another objection scheduled for wednesday. The debtors had confirmed that the OEMI contract was terminated but had not yet reviewed the OPSI contract. We are authorized to resolve both the original objection and this objection on the same terms -- If Lehmans confirms that both Occidental contracts were validly terminated then we will withdraw the objections. Please let me know if you can provide that confirmation. Thanks


```
----- Original Message -----
From: robert.lemons@weil.com <robert.lemons@weil.com>
To: Glas, Eduardo J.; Mayer, Katharine
Cc: lori.fife@weil.com <lori.fife@weil.com>; amanda.hendy@weil.com
<amanda.hendy@weil.com>; Mark.Bernstein@weil.com <Mark.Bernstein@weil.com>;
maurice.horwitz@weil.com <maurice.horwitz@weil.com>
Sent: Sun Jan 25 09:26:34 2009
Subject: Lehman - objection to motion for consensual assignment of derivative contracts
```

1