# EXHIBIT D

   

Lehman Final    Lehman 09 2008    Lehman 09 2008    Lehman Aug
Analysis.xls (246...  Inv_phy.xls (38...  Inv_swap.xls (3... voice.PDF (107 KB.

From:       Kahrhoff, James C
Sent:       Tuesday, January 27, 2009 3:48 PM
To:         michael.vaughn@lehman.com
Cc:         Wu, Andrew; McCoy, Marc
Subject:    Transaction amounts between Lehman and OEMI and OPSI at Termination
Importance: High

Michael,

Per our phone conversation, please find attached our calculation of the positions held
between Lehman Brothers Commodity Services and Occidental Energy Marketing, Inc and
Occidental Power Services Inc. Let me know if you have any questions.


Regards,

James

James Kahrhoff
Occidental Energy Marketing, Inc.
Sr. Credit Analyst
5 Greenway Plaza Ste. 110
Houston, TX 77046
Phone:713-215-7009
Cell: 713-298-8437
Fax: 713-350-4802
James_Kahrhoff@Oxy.com

1

## LEHMAN BROTHERS COMMODITY SERVICES, INC.
### OPEN POSITIONS as of 10/13/08 for OEM)

| Transaction Date | Transaction Number | Commencement Date | Expiration Date | Customer Name | Product Name | Instrument Description | Transaction Index Price Name | Transaction Qty/Day | Quantity Unit M | Transaction Total Qty | Transaction Price | MTM Price | MTM Dollar Exposure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/2008 | 244855 | 10/1/2008 | 10/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | NW-Rockies | 7,500 | MMBtu | 232,500 | $ 12.25 | $ (4.05) | $ (657,495.00) |
| 02/24/2008 | 273809 | 10/1/2008 | 10/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | (2,500) | MMBtu | (77,500) | $ 6.38 | $ 8.23 | $ 597,865.00 |
| 06/30/2008 | 274483 | 10/1/2008 | 10/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | SoCal | (5,000) | MMBtu | (155,000) | $ (1.60) | $ (1.80) | $ 8,000.00 |
| 08/12/2008 | 274583 | 12/1/2008 | 12/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | SoCal | (2,500) | MMBtu | (77,500) | $ (1.01) | $ (1.30) | $ (22,475.00) |
| 07/02/2008 | 277074 | 1/1/2009 | 01/31/2009 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | (2,500) | MMBtu | (77,500) | $ 8.23 | $ 14.27 | $ 497,887.50 |
| 07/03/2008 | 277078 | 1/1/2009 | 01/31/2009 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | (2,500) | MMBtu | (77,500) | $ 8.23 | $ 14.27 | $ 497,887.50 |
| 07/03/2008 | 277078 | 1/1/2009 | 01/31/2009 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | (2,500) | MMBtu | (77,500) | $ 8.23 | $ 14.27 | $ 497,887.50 |
| 07/03/2008 | 277079 | 1/1/2009 | 01/31/2009 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | (2,500) | MMBtu | (77,500) | $ 8.23 | $ 14.27 | $ 497,887.50 |
| 07/15/2008 | 278160 | 10/1/2008 | 10/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | NW-Rockies | 2,500 | MMBtu | 77,500 | $ (5.19) | $ (4.06) | $ 87,420.00 |
| 07/15/2008 | 278161 | 11/1/2008 | 11/30/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | PGE-Cgate | (2,500) | MMBtu | (75,000) | $ (0.06) | $ (0.91) | $ (11,250.00) |
| 07/15/2008 | 278161 | 12/1/2008 | 12/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | PGE-Cgate | (2,500) | MMBtu | (77,500) | $ (0.06) | $ (0.91) | $ (90,225.00) |
| 07/15/2008 | 278161 | 11/1/2008 | 11/30/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | PGE-Cgate | (2,500) | MMBtu | (75,000) | $ (0.06) | $ (0.91) | $ (30,225.00) |
| 07/15/2008 | 278160 | 1/1/2009 | 01/31/2009 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | PGE-Cgate | (2,500) | MMBtu | (77,500) | $ (0.06) | $ (0.27) | $ (27,300.00) |
| 07/15/2008 | 278161 | 2/1/2009 | 02/28/2009 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | PGE-Cgate | (2,500) | MMBtu | (70,000) | $ (0.06) | $ (0.27) | $ (27,300.00) |
| 02/28/2008 | 278161 | 3/1/2009 | 03/31/2009 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | PGE-Cgate | (2,500) | MMBtu | (77,500) | $ (0.06) | $ (0.27) | $ (30,225.00) |
| 07/15/2008 | 278161 | 1/1/2009 | 01/31/2009 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | PGE-Cgate | (2,500) | MMBtu | (77,500) | $ (0.09) | $ (0.27) | $ (30,225.00) |
| 07/15/2008 | 280004 | 11/1/2008 | 11/30/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | (2,500) | MMBtu | (75,000) | $ 10.59 | $ 7.73 | $ 213,000.00 |
| 07/22/2008 | 280035 | 11/1/2008 | 11/30/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | (2,500) | MMBtu | (75,000) | $ 10.59 | $ 7.73 | $ 214,275.00 |
| 07/22/2008 | 280062 | 11/1/2008 | 11/30/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | (2,500) | MMBtu | (75,000) | $ 10.59 | $ 7.73 | $ 214,350.00 |
| 07/22/2008 | 280004 | 3/1/2009 | 03/31/2009 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | (2,500) | MMBtu | (77,500) | $ 8.31 | $ 7.47 | $ 62,000.00 |
| 07/18/2008 | 280004 | 10/1/2008 | 10/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | (2,500) | MMBtu | (77,500) | $ 7.47 | $ 7.66 | $ 64,840.00 |
| 08/21/2008 | 280036 | 10/1/2008 | 10/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | 2,500 | MMBtu | 77,500 | $ 7.47 | $ 7.47 | $ — |
| 09/29/2008 | 280559 | 10/1/2008 | 10/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | 2,500 | MMBtu | 77,500 | $ 7.47 | $ 7.47 | $ — |
| 09/29/2008 | 288552 | 10/1/2008 | 10/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | 2,500 | MMBtu | 77,500 | $ 7.47 | $ 7.47 | $ 30,070.00 |
| 04/25/2008 | 287302 | 10/1/2008 | 10/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Fixed/Floating Swap | LD | 2,500 | MMBtu | 77,500 | $ 7.47 | $ 7.47 | $ — |
| 09/03/2008 | 288108 | 10/1/2008 | 10/31/2008 00:00:00 | Lehman Brothers Commodity Services Inc. | Natural Gas | Basis Swap | SoCal | 2,500 | MMBtu | 77,500 | $ (1.45) | $ (1.60) | $ (50,917.50) |

**Amounts Owed to OEM    $ 1,802,435.00**

NOTE: LD--Means NYMEX Last Day.



# LEHMAN BROTHERS COMMODITY SERVICES, INC.
## OPSI

**Transaction Terminated:**

Per letter sent to Lehman on 9/17/08, OPSI Terminated all outstanding transactions with Lehman effective 9/17/08

| Trade Number | Trade Date | Buy/Sell | Trader | Trade Status | Counterpart | Broker | Location Trade Type | Instrument Type | Schedule | Day Start Date | End Date | Service Level | Price | Broker |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72617/75601/75007 | | Buy | Lars Hall | Locked | (Alstom/Iso) Tronovt Well Trade) | 38FG | Group (P) | (Spindel) Swap | West Peak T.20 | 10/01/2008 | 12/27/2008 | Cal-ISO | Firm W | 06.73 USD/MWh | Firebno |

**Balance of Month Liquidation Impact**

| | volume (tmwhr) | liquidated price | liquidated price source |
|---|---|---|---|
| 11-Sep-08 | 400 | $ 63.34 | settled index |
| 18-Sep-08 | 400 | $ 62.07 | settled index |
| 22-Sep-08 | 400 | $ 59.37 | settled index |
| 23-Sep-08 | 400 | $ 56.03 | replacement purchase price |
| 24-Sep-08 | 400 | $ 55.00 | replacement purchase price |
| 25-Sep-08 | 400 | $ 55.00 | replacement purchase price |
| 26-Sep-08 | 400 | $ 55.00 | replacement purchase price |
| 27-Sep-08 | 400 | $ 55.00 | replacement purchase price |
| 28-Sep-08 | 400 | $ 55.00 | replacement purchase price |
| 29-Sep-08 | 400 | $ 55.00 | replacement purchase price |
| 30-Sep-08 | 400 | $ 54.43 | replacement purchase price |
| **Total OPSI Liquidation Impact** | **4,400** | | |

**Replacement Transactions**

| | volume (tmwhr) | contract price | Replacement price | Liquidation Impact |
|---|---|---|---|---|
| Sept. 16 - 30 | 4,600 | $ 96.75 | $ 96.48 | $ 96,946 |
| October | 16,600 | $ 96.75 | $ 70.00 | $ 160,900 |
| November | 8,000 | $ 96.75 | $ 70.00 | $ 150,000 |
| December | 16,400 | $ 96.75 | $ 70.00 | $ 174,300 |
| | | | | $ 615,342 |
| | | | Less Marketing Costs | $ (998,003) |
| | | | | $ 615,149 |

broker fee: $16
closing fee: $565, broker fee: $564

Replacement Transactions
Sept. 16 - 30   POI, # 102855
Q4 '08   POI, # 102858

**Amounts for Previous Periods**

| | | | |
|---|---|---|---|
| | 4/1/2008 | $ 1,479,930 | invoice Attached |
| | 9/1/2008 | $ 607,511 | invoice Attached |
| | Total | $ 2,087,432 | |

Total Amount due to LBCS from OPSI

| | | |
|---|---|---|
| Liquidation Gain | $ | 615,149 |
| invoices for Aug and Sep | $ | 2,087,432 |
| | $ | 2,700,581 |

# Occidental Power Services, Inc

## INVOICE

TO: Lehman Brothers Commodity Services Inc.
Att: Energy Operations
745 Seventh Avenue
New York, NY 10019
USA

**Delivery Period: Sep 2008**
**Invoice Number: C7134-Sep 2008**
**Invoice Date: 11/5/08**
**Payment Terms:**

Payment is due the later of 10 days after receipt
of the invoice or the 20th of the month.

| Instrument | Contract | Start/End Dates | Quantity | Dollar |
|---|---|---|---|---|
| Physical Buy Primary Settlement | 331 | 9/8/2008 - 9/14/2008 | (9,984) MWh | $ (45,792.00) |
| Physical Sell Primary Settlement | 331 | 9/3/2008 - 9/10/2008 | 800 MWh | $ 32,800.00 |

| | | |
|---|---|---|
| **Statement Total:** | $ | (512,992.00) |

| Total Due to LBCS $ | (512,992.00) |
|---|---|

For questions relating to this invoice please contact Kristie Barak @ (713) 215-7725 or Carla Nguyen @ (713) 215-7717
Or e-mail them at Kristie_barak@oxy.com and carla_nguyen@oxy.com

Please Remit Via Wire Transfer or ACH to:

Direct Correspondence to:

Occidental Power Services, Inc.
P.O. Box 27570
Houston, TX 77227-7570
Attn: Power Marketing Accounting

# Occidental Power Services, Inc

## INVOICE

**TO:** Lehman Brothers Commodity Services Inc.
**Att:** Energy Operations
745 Seventh Avenue
New York, NY 10019
USA

**Delivery Period:** Sep 2008
**Invoice Number:** C7135-Sep 2008
**Invoice Date:** 11/3/08
**Payment Terms:**

Payment is due the later of 10 days after receipt of the Invoice or the 20th of the month.

| Instrument | Contract | Start/End Dates | Quantity | Dollar |
|---|---|---|---|---|
| Swap | | | | |
| Buy | | | | |
| Primary Settlement | 332 | 9/1/2008 – 9/17/2008 | (5,600) MWh | $ (94,520.00) |

**Statement Total:** $ (94,520.00)

Total Due to LBCS $ (94,520.00)

For questions relating to this invoice please contact Kristie Bacak @ (713) 215-7725 or Carla Nguyen @ (713) 215-7317
Or e-mail them at Kristie_bacak@oxy.com and carla_nguyen@oxy.com

**Direct Correspondence to:**

Occidental Power Services, Inc.
P.O. Box 27570
Houston, TX 77227-7570
Attn: Power Marketing Accounting

# LEHMAN BROTHERS

Lehman Brothers Commodity Services Inc.
745 7th Ave, 16th Floor
New York, NY 10019

**Invoice Summary**

**Customer Information:**
Occidental Power Services Inc
Attn: Janeene Jackson
Phone: (713) 215-7082
Fax: (713) 215-7082
Email: Janeene_Jackson@oxy.com

**Remit by wire to:**
Acct Name:
Lehman Brothers Commodity Services Inc.
Bank: JPMorgan Bank NA
Acct: 66-647517
ABA: 021000021
SWIFT: CHASUS33XXX

**Invoice Information:**
Invoice Number: 32088-1
Invoice Date: Sep 08, 2008

Due Date: Sep 22, 2008

Contact: Matthew Collins
Phone: (212) 526-4870
Fax: (646) 834-4515
Email: matcoll@lehman.com

| Description | Quantity | Amount |
|---|---|---|
| Physical Fixed Buy | 5200.00 MWh | USD (419,200.00) |
| Physical Fixed Sell | -25200.00 MWh | USD 1,899,120.00 |

| | | |
|---|---|---|
| Total Amount Due LBCS/(Occidental Power Services Inc): | | USD 1,479,920.00 |
| Payment Date: | | Sep 22, 2008 |

You are kindly requested to pay the amount shown to LBCS on Payment Date in immediately available funds, as per the instructions if Total Amount is due Occidental Power Services Inc.
Please send invoice with payment instructions so payment may be processed timely if Total Amount is due LBCS.

Page 1 of 4

Lehman Brothers Commodity Services Inc.
745 7th Ave, 16th Floor
New York, NY 10019

# LEHMAN BROTHERS

## Invoice Detail

| Trade ID | Trade Date | Trade Type | Buy/Sell | Quantity | UOM | Term | Location/Index | Price | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 1960810 | 8/1/08 | ERCOT Houston Pk | Buy | 800 | MWh | Aug 04, 2008 - Aug 04, 2008 | ERCOT Houston | 147.00 | (117,600.00) |
| 1971151 | 8/5/08 | ERCOT West Pk | Sell | 1,600 | MWh | Aug 05, 2008 - Aug 05, 2008 | ERCOT West | 79.00 | 126,400.00 |
| 1980633 | 8/6/08 | Physical Fixed (P) at ERCOT West | Sell | 800 | MWh | Aug 07, 2008 - Aug 07, 2008 | ERCOT West | 55.00 | 44,000.00 |
| 1980434 | 8/6/08 | Physical Fixed (P) at ERCOT West | Sell | 1,600 | MWh | Aug 07, 2008 - Aug 07, 2008 | ERCOT West | 85.00 | 136,000.00 |
| 1965914 | 8/7/08 | ERCOT SC Off | Buy | 800 | MWh | Aug 08, 2008 - Aug 08, 2008 | ERCOT SC | 55.50 | (44,400.00) |
| 1965915 | 8/7/08 | ERCOT West Off | Sell | 800 | MWh | Aug 08, 2008 - Aug 08, 2008 | ERCOT West | 55.75 | 44,600.00 |
| 1965983 | 8/7/08 | ERCOT SC Off | Sell | 400 | MWh | Aug 08, 2008 - Aug 08, 2008 | ERCOT SC | 55.80 | 22,320.00 |
| 1983348 | 8/6/08 | ERCOT West Off 3x16 | Sell | 2,400 | MWh | Aug 09, 2008 - Aug 11, 2008 | ERCOT West | 53.75 | 129,000.00 |
| 1993486 | 8/8/08 | Physical Fixed (P) at ERCOT West | Sell | 3,200 | MWh | Aug 09, 2008 - Aug 10, 2008 | ERCOT West | 86.50 | 276,800.00 |
| 1993512 | 8/8/08 | Physical Fixed (P) at ERCOT West | Sell | 1,600 | MWh | Aug 11, 2008 - Aug 11, 2008 | ERCOT West | 103.00 | 164,800.00 |
| 2006845 | 8/8/08 | Physical Fixed (P) at ERCOT West | Sell | 1,600 | MWh | Aug 12, 2008 - Aug 12, 2008 | ERCOT West | 83.00 | 132,800.00 |
| 2007478 | 8/11/08 | ERCOT South Off | Buy | 400 | MWh | Aug 13, 2008 - Aug 13, 2008 | ERCOT South | 55.00 | (22,000.00) |
| 2007501 | 8/12/08 | Physical Fixed (P) at ERCOT South | Buy | 1,600 | MWh | Aug 13, 2008 - Aug 13, 2008 | ERCOT South | 91.00 | (145,600.00) |

You are kindly requested to pay the amount shown in LBCS on Payment Date in immediately available funds, as per the instructions if Total Amount is due LBCS.
Please send invoice with payment instructions so payment may be processed timely if Total Amount is due Occidental Power Services Inc.

# LEHMAN BROTHERS

Lehman Brothers Commodity Services Inc.
745 7th Ave, 16th Floor
New York, NY 10019

| Trade ID | Trade Date | Trade Type | Buy/ Sell | Quantity | UOM | Term | Location/Index | Price | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 2007802 | 8/12/2008 | Physical Fixed (P) at ERCOT West | Sell | 1,600 | MWh | Aug 13, 2008 - Aug 13, 2008 | ERCOT West | 86.00 | 137,600.00 |
| 2014864 | 8/13/08 | Physical Fixed (P) at ERCOT West | Sell | 1,600 | MWh | Aug 14, 2008 - Aug 14, 2008 | ERCOT West | 85.00 | 136,000.00 |
| 2015165 | 8/13/08 | Physical Fixed (P) at Palo Verde Pk | Buy | 400 | MWh | Aug 14, 2008 - Aug 14, 2008 | Palo Verde | 80.00 | (32,000.00) |
| 2021380 | 8/14/08 | Physical Fixed (P) at ERCOT West | Sell | 1,600 | MWh | Aug 15, 2008 - Aug 15, 2008 | ERCOT West | 83.00 | 132,800.00 |
| 2028801 | 8/15/08 | Physical Fixed (P) at ERCOT West | Sell | 3,200 | MWh | Aug 16, 2008 - Aug 17, 2008 | ERCOT West | 63.00 | 201,600.00 |
| 2034391 | 8/18/08 | Physical Fixed (P) at ERCOT North Month | Sell | 1,600 | MWh | Aug 19, 2008 - Aug 19, 2008 | ERCOT West | 65.00 | 104,000.00 |
| 2034402 | 8/18/08 | Physical ERCOT South Off 3x8 | Sell | 800 | MWh | Aug 19, 2008 - Aug 19, 2008 | ERCOT West | 44.00 | 35,200.00 |
| 2055449 | 8/22/08 | ERCOT West Pk | Buy | 1,200 | MWh | Aug 23, 2008 - Aug 25, 2008 | ERCOT South | 48.00 | (57,600.00) |
| 2064094 | 8/26/08 | ERCOT West Pk | Sell | 800 | MWh | Aug 27, 2008 - Aug 27, 2008 | ERCOT West | 94.00 | 75,200.00 |

| Total Amount Due LBCS/(Occidental Power Services Inc: | USD 1,479,920.00 |
|---|---|
| Payment Date: | Sep 22, 2008 |

You are kindly requested to pay the amount shown to LBCS on Payment Date in immediately available funds, as per the instructions if Total Amount is due. If Total Amount is due Occidental Power Services Inc.
Please send invoice with payment instructions so payment may be processed timely if Total Amount is due LBCS.

Lehman Brothers Commodity Services Inc.
745 7th Ave, 16th Floor
New York, NY 10019

LEHMAN BROTHERS

You are kindly requested to pay the amount shown to LBCS on Payment Date in immediately available funds, as per the instructions if Total Amount is due Occidental Power Services Inc.
Please send invoice with payment instructions so payment may be processed timely if Total Amount is due LBCS.

Page 4 of 4