# EXHIBIT F

| Date | Overnight LIBOR | Base Rate | Lehman Margin | Lehman Total Int. Rate | OXY Margin | OXY Total Int Rate | Termination Rate | Beg Payable Bal | Int Rate | Int Charge | End Bal | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/18/2008 | 3.84 | 3.84 | 6.50 | 10.34 | 0.25 | 4.09 | 7.22 | 2,700,581 | 7.22 | 534 | 2,701,115 | |
| 9/19/2008 | 3.25 | 3.50 | 6.50 | 10.00 | 0.25 | 3.50 | 6.75 | 2,701,115 | 6.75 | 500 | 2,701,615 | |
| 9/20/2008 | 3.25 | 3.50 | 6.50 | 10.00 | 0.25 | 3.50 | 6.75 | 2,701,615 | 6.75 | 500 | 2,702,114 | |
| 9/21/2008 | 3.25 | 3.50 | 6.50 | 10.00 | 0.25 | 3.50 | 6.75 | 2,702,114 | 6.75 | 500 | 2,702,614 | |
| 9/22/2008 | 2.97 | 3.50 | 6.50 | 10.00 | 0.25 | 3.22 | 6.61 | 2,702,614 | 6.61 | 489 | 2,703,103 | |
| 9/23/2008 | 2.95 | 3.50 | 6.50 | 10.00 | 0.25 | 3.20 | 6.60 | 2,703,103 | 6.60 | 489 | 2,703,592 | |
| 9/24/2008 | 2.69 | 3.50 | 6.50 | 10.00 | 0.25 | 2.94 | 6.47 | 2,703,592 | 6.47 | 479 | 2,704,071 | |
| 9/25/2008 | 2.56 | 3.50 | 6.50 | 10.00 | 0.25 | 2.81 | 6.41 | 2,704,071 | 6.41 | 475 | 2,704,546 | |
| 9/26/2008 | 2.31 | 3.50 | 6.50 | 10.00 | 0.25 | 2.56 | 6.28 | 2,704,546 | 6.28 | 465 | 2,705,011 | |
| 9/27/2008 | 2.31 | 3.50 | 6.50 | 10.00 | 0.25 | 2.56 | 6.28 | 2,705,011 | 6.28 | 466 | 2,705,477 | |
| 9/28/2008 | 2.31 | 3.50 | 6.50 | 10.00 | 0.25 | 2.56 | 6.28 | 2,705,477 | 6.28 | 466 | 2,705,942 | |
| 9/29/2008 | 2.57 | 3.50 | 6.50 | 10.00 | 0.25 | 2.82 | 6.41 | 2,705,942 | 6.41 | 475 | 2,706,418 | |
| 9/30/2008 | 6.88 | 6.88 | 6.50 | 13.38 | 0.25 | 7.13 | 10.25 | 2,706,418 | 10.25 | 760 | 2,707,178 | |
| 10/1/2008 | 3.79 | 3.79 | 6.50 | 10.29 | 0.25 | 4.04 | 7.17 | 2,707,178 | 7.17 | 532 | 2,707,709 | |
| 10/2/2008 | 2.68 | 3.50 | 6.50 | 10.00 | 0.25 | 2.93 | 6.47 | 2,707,709 | 6.47 | 480 | 2,708,189 | |
| 10/3/2008 | 2.00 | 3.50 | 6.50 | 10.00 | 0.25 | 2.25 | 6.12 | 2,708,189 | 6.12 | 454 | 2,708,643 | |
| 10/4/2008 | 2.00 | 3.50 | 6.50 | 10.00 | 0.25 | 2.25 | 6.12 | 2,708,643 | 6.12 | 454 | 2,709,098 | |
| 10/5/2008 | 2.00 | 3.50 | 6.50 | 10.00 | 0.25 | 2.25 | 6.12 | 2,709,098 | 6.12 | 454 | 2,709,552 | |
| 10/6/2008 | 2.37 | 3.50 | 6.50 | 10.00 | 0.25 | 2.62 | 6.31 | 2,709,552 | 6.31 | 468 | 2,710,020 | |
| 10/7/2008 | 3.94 | 3.94 | 6.50 | 10.44 | 0.25 | 4.19 | 7.31 | 2,710,020 | 7.31 | 543 | 2,710,563 | |
| 10/8/2008 | 5.38 | 5.38 | 6.50 | 11.88 | 0.25 | 5.63 | 8.75 | 2,710,563 | 8.75 | 650 | 2,711,213 | |
| 10/9/2008 | 5.09 | 5.09 | 6.50 | 11.59 | 0.25 | 5.34 | 8.47 | 2,711,213 | 8.47 | 629 | 2,711,842 | |
| 10/10/2008 | 2.47 | 3.50 | 6.50 | 10.00 | 0.25 | 2.72 | 6.36 | 2,711,842 | 6.36 | 472 | 2,712,315 | |
| 10/11/2008 | 2.47 | 3.50 | 6.50 | 10.00 | 0.25 | 2.72 | 6.36 | 2,712,315 | 6.36 | 473 | 2,712,787 | |
| 10/12/2008 | 2.47 | 3.50 | 6.50 | 10.00 | 0.25 | 2.72 | 6.36 | 2,712,787 | 6.36 | 473 | 2,713,260 | |
| 10/13/2008 | 2.47 | 3.50 | 6.50 | 10.00 | 0.25 | 2.72 | 6.36 | 2,713,260 | 6.36 | 473 | 2,713,733 | |
| 10/14/2008 | 2.18 | 3.50 | 6.50 | 10.00 | 0.25 | 2.43 | 6.22 | 911,298 | 6.22 | 155 | 911,453 | Netting of Power with Nat Gas |
| 10/15/2008 | 2.14 | 3.50 | 6.50 | 10.00 | 0.25 | 2.39 | 6.20 | 911,453 | 6.20 | 155 | 911,608 | |
| 10/16/2008 | 1.94 | 3.50 | 6.50 | 10.00 | 0.25 | 2.19 | 6.09 | 911,608 | 6.09 | 152 | 911,760 | |
| 10/17/2008 | 1.67 | 3.50 | 6.50 | 10.00 | 0.25 | 1.92 | 5.96 | 911,760 | 5.96 | 149 | 911,909 | |
| 10/18/2008 | 1.67 | 3.50 | 6.50 | 10.00 | 0.25 | 1.92 | 5.96 | 911,909 | 5.96 | 149 | 912,058 | |
| 10/19/2008 | 1.67 | 3.50 | 6.50 | 10.00 | 0.25 | 1.92 | 5.96 | 912,058 | 5.96 | 149 | 912,206 | |
| 10/20/2008 | 1.51 | 3.50 | 6.50 | 10.00 | 0.25 | 1.76 | 5.88 | 912,206 | 5.88 | 147 | 912,353 | |
| 10/21/2008 | 1.28 | 3.50 | 6.50 | 10.00 | 0.25 | 1.53 | 5.77 | 912,353 | 5.77 | 144 | 912,498 | |
| 10/22/2008 | 1.12 | 3.50 | 6.50 | 10.00 | 0.25 | 1.37 | 5.68 | 912,498 | 5.68 | 142 | 912,640 | |
| 10/23/2008 | 1.21 | 3.50 | 6.50 | 10.00 | 0.25 | 1.46 | 5.73 | 912,640 | 5.73 | 143 | 912,783 | |
| 10/24/2008 | 1.28 | 3.50 | 6.50 | 10.00 | 0.25 | 1.53 | 5.77 | 912,783 | 5.77 | 144 | 912,927 | |
| 10/25/2008 | 1.28 | 3.50 | 6.50 | 10.00 | 0.25 | 1.53 | 5.77 | 912,927 | 5.77 | 144 | 913,071 | |
| 10/26/2008 | 1.28 | 3.50 | 6.50 | 10.00 | 0.25 | 1.53 | 5.77 | 913,071 | 5.77 | 144 | 913,216 | |
| 10/27/2008 | 1.27 | 3.50 | 6.50 | 10.00 | 0.25 | 1.52 | 5.76 | 913,216 | 5.76 | 144 | 913,360 | |

| Date | Overnight LIBOR | Base Rate | Lehman Margin | Lehman Total Int. Rate | OXY Margin | OXY Total Int Rate | Termination Rate | Beg Payable Bal | Int Rate | Int Charge | End Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2008 | 1.24 | 3.50 | 6.50 | 10.00 | 0.25 | 1.49 | 5.74 | 913,360 | 5.74 | 144 | 913,503 |
| 10/29/2008 | 1.14 | 3.50 | 6.50 | 10.00 | 0.25 | 1.39 | 5.70 | 913,503 | 5.70 | 143 | 913,646 |
| 10/30/2008 | 0.73 | 3.50 | 6.50 | 10.00 | 0.25 | 0.98 | 5.49 | 913,646 | 5.49 | 137 | 913,783 |
| 10/31/2008 | 0.41 | 3.50 | 6.50 | 10.00 | 0.25 | 0.66 | 5.33 | 913,783 | 5.33 | 133 | 913,917 |
| 11/1/2008 | 0.41 | 3.50 | 6.50 | 10.00 | 0.25 | 0.66 | 5.33 | 913,917 | 5.33 | 133 | 914,050 |
| 11/2/2008 | 0.41 | 3.50 | 6.50 | 10.00 | 0.25 | 0.66 | 5.33 | 914,050 | 5.33 | 133 | 914,183 |
| 11/3/2008 | 0.39 | 3.50 | 6.50 | 10.00 | 0.25 | 0.64 | 5.32 | 914,183 | 5.32 | 133 | 914,317 |
| 11/4/2008 | 0.38 | 3.50 | 6.50 | 10.00 | 0.25 | 0.63 | 5.31 | 914,317 | 5.31 | 133 | 914,450 |
| 11/5/2008 | 0.32 | 3.50 | 6.50 | 10.00 | 0.25 | 0.57 | 5.29 | 914,450 | 5.29 | 132 | 914,582 |
| 11/6/2008 | 0.33 | 3.50 | 6.50 | 10.00 | 0.25 | 0.58 | 5.29 | 914,582 | 5.29 | 133 | 914,715 |
| 11/7/2008 | 0.33 | 3.50 | 6.50 | 10.00 | 0.25 | 0.58 | 5.29 | 914,715 | 5.29 | 133 | 914,847 |
| 11/8/2008 | 0.33 | 3.50 | 6.50 | 10.00 | 0.25 | 0.58 | 5.29 | 914,847 | 5.29 | 133 | 914,980 |
| 11/9/2008 | 0.33 | 3.50 | 6.50 | 10.00 | 0.25 | 0.58 | 5.29 | 914,980 | 5.29 | 133 | 915,113 |
| 11/10/2008 | 0.35 | 3.50 | 6.50 | 10.00 | 0.25 | 0.60 | 5.30 | 915,113 | 5.30 | 133 | 915,245 |
| 11/11/2008 | 0.35 | 3.50 | 6.50 | 10.00 | 0.25 | 0.60 | 5.30 | 915,245 | 5.30 | 133 | 915,378 |
| 11/12/2008 | 0.38 | 3.50 | 6.50 | 10.00 | 0.25 | 0.63 | 5.32 | 915,378 | 5.32 | 133 | 915,512 |
| 11/13/2008 | 0.40 | 3.50 | 6.50 | 10.00 | 0.25 | 0.65 | 5.33 | 915,512 | 5.33 | 134 | 915,645 |
| 11/14/2008 | 0.41 | 3.50 | 6.50 | 10.00 | 0.25 | 0.66 | 5.33 | 915,645 | 5.33 | 134 | 915,779 |
| 11/15/2008 | 0.41 | 3.50 | 7.50 | 11.00 | 0.25 | 0.66 | 5.83 | 915,779 | 5.83 | 146 | 915,925 |
| 11/16/2008 | 0.41 | 3.50 | 7.50 | 11.00 | 0.25 | 0.66 | 5.83 | 915,925 | 5.83 | 146 | 916,072 |
| 11/17/2008 | 0.40 | 3.50 | 7.50 | 11.00 | 0.25 | 0.65 | 5.83 | 916,072 | 5.83 | 146 | 916,218 |
| 11/18/2008 | 0.40 | 3.50 | 7.50 | 11.00 | 0.25 | 0.65 | 5.83 | 916,218 | 5.83 | 146 | 916,364 |
| 11/19/2008 | 0.44 | 3.50 | 7.50 | 11.00 | 0.25 | 0.69 | 5.84 | 916,364 | 5.84 | 147 | 916,511 |
| 11/20/2008 | 0.44 | 3.50 | 7.50 | 11.00 | 0.25 | 0.69 | 5.85 | 916,511 | 5.85 | 147 | 916,658 |
| 11/21/2008 | 0.70 | 3.50 | 7.50 | 11.00 | 0.25 | 0.95 | 5.98 | 916,658 | 5.98 | 150 | 916,808 |
| 11/22/2008 | 0.70 | 3.50 | 7.50 | 11.00 | 0.25 | 0.95 | 5.98 | 916,808 | 5.98 | 150 | 916,958 |
| 11/23/2008 | 0.70 | 3.50 | 7.50 | 11.00 | 0.25 | 0.95 | 5.98 | 916,958 | 5.98 | 150 | 917,108 |
| 11/24/2008 | 0.81 | 3.50 | 7.50 | 11.00 | 0.25 | 1.06 | 6.03 | 917,108 | 6.03 | 151 | 917,259 |
| 11/25/2008 | 0.93 | 3.50 | 7.50 | 11.00 | 0.25 | 1.18 | 6.09 | 917,259 | 6.09 | 153 | 917,412 |
| 11/26/2008 | 0.99 | 3.50 | 7.50 | 11.00 | 0.25 | 1.24 | 6.12 | 917,412 | 6.12 | 154 | 917,566 |
| 11/27/2008 | 0.99 | 3.50 | 7.50 | 11.00 | 0.25 | 1.24 | 6.12 | 917,566 | 6.12 | 154 | 917,720 |
| 11/28/2008 | 1.16 | 3.50 | 7.50 | 11.00 | 0.25 | 1.41 | 6.21 | 917,720 | 6.21 | 156 | 917,876 |
| 11/29/2008 | 1.16 | 3.50 | 7.50 | 11.00 | 0.25 | 1.41 | 6.21 | 917,876 | 6.21 | 156 | 918,032 |
| 11/30/2008 | 1.16 | 3.50 | 7.50 | 11.00 | 0.25 | 1.41 | 6.21 | 918,032 | 6.21 | 156 | 918,188 |
| 12/1/2008 | 1.09 | 3.50 | 7.50 | 11.00 | 0.25 | 1.34 | 6.17 | 918,188 | 6.17 | 155 | 918,343 |
| 12/2/2008 | 1.00 | 3.50 | 7.50 | 11.00 | 0.25 | 1.25 | 6.13 | 918,343 | 6.13 | 154 | 918,497 |
| 12/3/2008 | 0.88 | 3.50 | 7.50 | 11.00 | 0.25 | 1.13 | 6.07 | 918,497 | 6.07 | 153 | 918,650 |
| 12/4/2008 | 0.52 | 3.50 | 7.50 | 11.00 | 0.25 | 0.77 | 5.88 | 918,650 | 5.88 | 148 | 918,798 |
| 12/5/2008 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.77 | 918,798 | 5.77 | 145 | 918,943 |
| 12/6/2008 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.77 | 918,943 | 5.77 | 145 | 919,089 |

| Date | Overnight LIBOR | Base Rate | Lehman Margin | Lehman Total Int. Rate | OXY Margin | OXY Total Int Rate | Termination Rate | Beg Payable Bal | Int Rate | Int Charge | End Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/7/2008 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.77 | 919,089 | 5.77 | 145 | 919,234 |
| 12/8/2008 | 0.19 | 3.50 | 7.50 | 11.00 | 0.25 | 0.44 | 5.72 | 919,234 | 5.72 | 144 | 919,378 |
| 12/9/2008 | 0.14 | 3.50 | 7.50 | 11.00 | 0.25 | 0.39 | 5.70 | 919,378 | 5.70 | 143 | 919,521 |
| 12/10/2008 | 0.13 | 3.50 | 7.50 | 11.00 | 0.25 | 0.38 | 5.69 | 919,521 | 5.69 | 143 | 919,665 |
| 12/11/2008 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.68 | 919,665 | 5.68 | 143 | 919,808 |
| 12/12/2008 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.68 | 919,808 | 5.68 | 143 | 919,951 |
| 12/13/2008 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.68 | 919,951 | 5.68 | 143 | 920,094 |
| 12/14/2008 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.68 | 920,094 | 5.68 | 143 | 920,238 |
| 12/15/2008 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.68 | 920,238 | 5.68 | 143 | 920,381 |
| 12/16/2008 | 0.16 | 3.50 | 7.50 | 11.00 | 0.25 | 0.41 | 5.70 | 920,381 | 5.70 | 144 | 920,525 |
| 12/17/2008 | 0.13 | 3.50 | 7.50 | 11.00 | 0.25 | 0.38 | 5.69 | 920,525 | 5.69 | 144 | 920,668 |
| 12/18/2008 | 0.11 | 3.50 | 7.50 | 11.00 | 0.25 | 0.36 | 5.68 | 920,668 | 5.68 | 143 | 920,812 |
| 12/19/2008 | 0.11 | 3.50 | 7.50 | 11.00 | 0.25 | 0.36 | 5.68 | 920,812 | 5.68 | 143 | 920,955 |
| 12/20/2008 | 0.11 | 3.50 | 7.50 | 11.00 | 0.25 | 0.36 | 5.68 | 920,955 | 5.68 | 143 | 921,098 |
| 12/21/2008 | 0.11 | 3.50 | 7.50 | 11.00 | 0.25 | 0.36 | 5.68 | 921,098 | 5.68 | 143 | 921,241 |
| 12/22/2008 | 0.11 | 3.50 | 7.50 | 11.00 | 0.25 | 0.36 | 5.68 | 921,241 | 5.68 | 143 | 921,385 |
| 12/23/2008 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.68 | 921,385 | 5.68 | 143 | 921,528 |
| 12/24/2008 | 0.15 | 3.50 | 7.50 | 11.00 | 0.25 | 0.40 | 5.70 | 921,528 | 5.70 | 144 | 921,672 |
| 12/25/2008 | 0.15 | 3.50 | 7.50 | 11.00 | 0.25 | 0.40 | 5.70 | 921,672 | 5.70 | 144 | 921,816 |
| 12/26/2008 | 0.15 | 3.50 | 7.50 | 11.00 | 0.25 | 0.40 | 5.70 | 921,816 | 5.70 | 144 | 921,960 |
| 12/27/2008 | 0.15 | 3.50 | 7.50 | 11.00 | 0.25 | 0.40 | 5.70 | 921,960 | 5.70 | 144 | 922,104 |
| 12/28/2008 | 0.15 | 3.50 | 7.50 | 11.00 | 0.25 | 0.40 | 5.70 | 922,104 | 5.70 | 144 | 922,248 |
| 12/29/2008 | 0.14 | 3.50 | 7.50 | 11.00 | 0.25 | 0.39 | 5.69 | 922,248 | 5.69 | 144 | 922,392 |
| 12/30/2008 | 0.14 | 3.50 | 7.50 | 11.00 | 0.25 | 0.39 | 5.69 | 922,392 | 5.69 | 144 | 922,536 |
| 12/31/2008 | 0.14 | 3.50 | 7.50 | 11.00 | 0.25 | 0.39 | 5.69 | 922,536 | 5.69 | 144 | 922,680 |
| 1/1/2009 | 0.14 | 3.50 | 7.50 | 11.00 | 0.25 | 0.39 | 5.69 | 922,680 | 5.69 | 144 | 922,823 |
| 1/2/2009 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.69 | 922,823 | 5.69 | 144 | 922,967 |
| 1/3/2009 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.69 | 922,967 | 5.69 | 144 | 923,111 |
| 1/4/2009 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.69 | 923,111 | 5.69 | 144 | 923,255 |
| 1/5/2009 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.68 | 923,255 | 5.68 | 144 | 923,399 |
| 1/6/2009 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.69 | 923,399 | 5.69 | 144 | 923,543 |
| 1/7/2009 | 0.11 | 3.50 | 7.50 | 11.00 | 0.25 | 0.36 | 5.68 | 923,543 | 5.68 | 144 | 923,686 |
| 1/8/2009 | 0.10 | 3.50 | 7.50 | 11.00 | 0.25 | 0.35 | 5.68 | 923,686 | 5.68 | 144 | 923,830 |
| 1/9/2009 | 0.10 | 3.50 | 7.50 | 11.00 | 0.25 | 0.35 | 5.68 | 923,830 | 5.68 | 144 | 923,974 |
| 1/10/2009 | 0.10 | 3.50 | 7.50 | 11.00 | 0.25 | 0.35 | 5.68 | 923,974 | 5.68 | 144 | 924,117 |
| 1/11/2009 | 0.10 | 3.50 | 7.50 | 11.00 | 0.25 | 0.35 | 5.68 | 924,117 | 5.68 | 144 | 924,261 |
| 1/12/2009 | 0.10 | 3.50 | 7.50 | 11.00 | 0.25 | 0.35 | 5.68 | 924,261 | 5.68 | 144 | 924,405 |
| 1/13/2009 | 0.10 | 3.50 | 7.50 | 11.00 | 0.25 | 0.35 | 5.68 | 924,405 | 5.68 | 144 | 924,548 |
| 1/14/2009 | 0.11 | 3.50 | 7.50 | 11.00 | 0.25 | 0.36 | 5.68 | 924,548 | 5.68 | 144 | 924,692 |
| 1/15/2009 | 0.12 | 3.50 | 7.50 | 11.00 | 0.25 | 0.37 | 5.68 | 924,692 | 5.68 | 144 | 924,836 |

| Date | Overnight LIBOR | Base Rate | Lehman Margin | Lehman Total Int. Rate | OXY Margin | OXY Total Int Rate | Termination Rate | Beg Payable Bal | Int Rate | Int Charge | End Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/16/2009 | 0.14 | 3.50 | 7.50 | 11.00 | 0.25 | 0.39 | 5.69 | 924,836 | 5.69 | 144 | 924,981 |
| 1/17/2009 | 0.14 | 3.50 | 7.50 | 11.00 | 0.25 | 0.39 | 5.69 | 924,981 | 5.69 | 144 | 925,125 |
| 1/18/2009 | 0.14 | 3.50 | 7.50 | 11.00 | 0.25 | 0.39 | 5.69 | 925,125 | 5.69 | 144 | 925,269 |
| 1/19/2009 | 0.14 | 3.50 | 7.50 | 11.00 | 0.25 | 0.39 | 5.69 | 925,269 | 5.69 | 144 | 925,413 |
| 1/20/2009 | 0.14 | 3.50 | 7.50 | 11.00 | 0.25 | 0.39 | 5.70 | 925,413 | 5.70 | 144 | 925,558 |
| 1/21/2009 | 0.19 | 3.50 | 7.50 | 11.00 | 0.25 | 0.44 | 5.72 | 925,558 | 5.72 | 145 | 925,703 |
| 1/22/2009 | 0.21 | 3.50 | 7.50 | 11.00 | 0.25 | 0.46 | 5.73 | 925,703 | 5.73 | 145 | 925,848 |
| 1/23/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 925,848 | 5.74 | 146 | 925,994 |
| 1/24/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 925,994 | 5.74 | 146 | 926,140 |
| 1/25/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 926,140 | 5.74 | 146 | 926,285 |
| 1/26/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 926,285 | 5.74 | 146 | 926,431 |
| 1/27/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.74 | 926,431 | 5.74 | 146 | 926,577 |
| 1/28/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.74 | 926,577 | 5.74 | 146 | 926,722 |
| 1/29/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.74 | 926,722 | 5.74 | 146 | 926,868 |
| 1/30/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 926,868 | 5.78 | 147 | 927,015 |
| 1/31/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 927,015 | 5.78 | 147 | 927,161 |
| 2/1/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 927,161 | 5.78 | 147 | 927,308 |
| 2/2/2009 | 0.29 | 3.50 | 7.50 | 11.00 | 0.25 | 0.54 | 5.77 | 927,308 | 5.77 | 147 | 927,455 |
| 2/3/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 927,455 | 5.78 | 147 | 927,601 |
| 2/4/2009 | 0.32 | 3.50 | 7.50 | 11.00 | 0.25 | 0.57 | 5.78 | 927,601 | 5.78 | 147 | 927,748 |
| 2/5/2009 | 0.32 | 3.50 | 7.50 | 11.00 | 0.25 | 0.57 | 5.78 | 927,748 | 5.78 | 147 | 927,895 |
| 2/6/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 927,895 | 5.78 | 147 | 928,042 |
| 2/7/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 928,042 | 5.78 | 147 | 928,189 |
| 2/8/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 928,189 | 5.78 | 147 | 928,336 |
| 2/9/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 928,336 | 5.78 | 147 | 928,483 |
| 2/10/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 928,483 | 5.78 | 147 | 928,630 |
| 2/11/2009 | 0.30 | 3.50 | 7.50 | 11.00 | 0.25 | 0.55 | 5.78 | 928,630 | 5.78 | 147 | 928,777 |
| 2/12/2009 | 0.30 | 3.50 | 7.50 | 11.00 | 0.25 | 0.55 | 5.77 | 928,777 | 5.77 | 147 | 928,924 |
| 2/13/2009 | 0.30 | 3.50 | 7.50 | 11.00 | 0.25 | 0.55 | 5.78 | 928,924 | 5.78 | 147 | 929,071 |
| 2/14/2009 | 0.30 | 3.50 | 7.50 | 11.00 | 0.25 | 0.55 | 5.78 | 929,071 | 5.78 | 147 | 929,218 |
| 2/15/2009 | 0.30 | 3.50 | 7.50 | 11.00 | 0.25 | 0.55 | 5.78 | 929,218 | 5.78 | 147 | 929,365 |
| 2/16/2009 | 0.30 | 3.50 | 7.50 | 11.00 | 0.25 | 0.55 | 5.78 | 929,365 | 5.78 | 147 | 929,512 |
| 2/17/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 929,512 | 5.78 | 147 | 929,659 |
| 2/18/2009 | 0.30 | 3.50 | 7.50 | 11.00 | 0.25 | 0.55 | 5.78 | 929,659 | 5.78 | 147 | 929,807 |
| 2/19/2009 | 0.29 | 3.50 | 7.50 | 11.00 | 0.25 | 0.54 | 5.77 | 929,807 | 5.77 | 147 | 929,954 |
| 2/20/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.76 | 929,954 | 5.76 | 147 | 930,100 |
| 2/21/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.76 | 930,100 | 5.76 | 147 | 930,247 |
| 2/22/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.76 | 930,247 | 5.76 | 147 | 930,394 |
| 2/23/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 930,394 | 5.76 | 147 | 930,541 |
| 2/24/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 930,541 | 5.76 | 147 | 930,688 |

| Date | Overnight LIBOR | Base Rate | Lehman Margin | Lehman Total Int. Rate | OXY Margin | OXY Total Int Rate | Termination Rate | Beg Payable Bal | Int Rate | Int Charge | End Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 930,688 | 5.76 | 147 | 930,835 |
| 2/26/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.77 | 930,835 | 5.77 | 147 | 930,982 |
| 2/27/2009 | 0.36 | 3.50 | 7.50 | 11.00 | 0.25 | 0.61 | 5.81 | 930,982 | 5.81 | 148 | 931,130 |
| 2/28/2009 | 0.36 | 3.50 | 7.50 | 11.00 | 0.25 | 0.61 | 5.81 | 931,130 | 5.81 | 148 | 931,278 |
| 3/1/2009 | 0.36 | 3.50 | 7.50 | 11.00 | 0.25 | 0.61 | 5.81 | 931,278 | 5.81 | 148 | 931,426 |
| 3/2/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 931,426 | 5.78 | 147 | 931,574 |
| 3/3/2009 | 0.32 | 3.50 | 7.50 | 11.00 | 0.25 | 0.57 | 5.78 | 931,574 | 5.78 | 148 | 931,721 |
| 3/4/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 931,721 | 5.78 | 148 | 931,869 |
| 3/5/2009 | 0.32 | 3.50 | 7.50 | 11.00 | 0.25 | 0.57 | 5.79 | 931,869 | 5.79 | 148 | 932,016 |
| 3/6/2009 | 0.32 | 3.50 | 7.50 | 11.00 | 0.25 | 0.57 | 5.79 | 932,016 | 5.79 | 148 | 932,164 |
| 3/7/2009 | 0.32 | 3.50 | 7.50 | 11.00 | 0.25 | 0.57 | 5.79 | 932,164 | 5.79 | 148 | 932,312 |
| 3/8/2009 | 0.32 | 3.50 | 7.50 | 11.00 | 0.25 | 0.57 | 5.79 | 932,312 | 5.79 | 148 | 932,460 |
| 3/9/2009 | 0.33 | 3.50 | 7.50 | 11.00 | 0.25 | 0.58 | 5.79 | 932,460 | 5.79 | 148 | 932,608 |
| 3/10/2009 | 0.33 | 3.50 | 7.50 | 11.00 | 0.25 | 0.58 | 5.79 | 932,608 | 5.79 | 148 | 932,756 |
| 3/11/2009 | 0.33 | 3.50 | 7.50 | 11.00 | 0.25 | 0.58 | 5.79 | 932,756 | 5.79 | 148 | 932,904 |
| 3/12/2009 | 0.33 | 3.50 | 7.50 | 11.00 | 0.25 | 0.58 | 5.79 | 932,904 | 5.79 | 148 | 933,051 |
| 3/13/2009 | 0.33 | 3.50 | 7.50 | 11.00 | 0.25 | 0.58 | 5.79 | 933,051 | 5.79 | 148 | 933,199 |
| 3/14/2009 | 0.33 | 3.50 | 7.50 | 11.00 | 0.25 | 0.58 | 5.79 | 933,199 | 5.79 | 148 | 933,347 |
| 3/15/2009 | 0.33 | 3.50 | 7.50 | 11.00 | 0.25 | 0.58 | 5.79 | 933,347 | 5.79 | 148 | 933,495 |
| 3/16/2009 | 0.33 | 3.50 | 7.50 | 11.00 | 0.25 | 0.58 | 5.79 | 933,495 | 5.79 | 148 | 933,643 |
| 3/17/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 933,643 | 5.78 | 148 | 933,791 |
| 3/18/2009 | 0.31 | 3.50 | 7.50 | 11.00 | 0.25 | 0.56 | 5.78 | 933,791 | 5.78 | 148 | 933,939 |
| 3/19/2009 | 0.30 | 3.50 | 7.50 | 11.00 | 0.25 | 0.55 | 5.77 | 933,939 | 5.77 | 148 | 934,087 |
| 3/20/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.77 | 934,087 | 5.77 | 148 | 934,235 |
| 3/21/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.77 | 934,235 | 5.77 | 148 | 934,382 |
| 3/22/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.77 | 934,382 | 5.77 | 148 | 934,530 |
| 3/23/2009 | 0.29 | 3.50 | 7.50 | 11.00 | 0.25 | 0.54 | 5.77 | 934,530 | 5.77 | 148 | 934,677 |
| 3/24/2009 | 0.29 | 3.50 | 7.50 | 11.00 | 0.25 | 0.54 | 5.77 | 934,677 | 5.77 | 148 | 934,825 |
| 3/25/2009 | 0.29 | 3.50 | 7.50 | 11.00 | 0.25 | 0.54 | 5.77 | 934,825 | 5.77 | 148 | 934,973 |
| 3/26/2009 | 0.29 | 3.50 | 7.50 | 11.00 | 0.25 | 0.54 | 5.77 | 934,973 | 5.77 | 148 | 935,121 |
| 3/27/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.76 | 935,121 | 5.76 | 148 | 935,268 |
| 3/28/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.76 | 935,268 | 5.76 | 148 | 935,416 |
| 3/29/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.76 | 935,416 | 5.76 | 148 | 935,564 |
| 3/30/2009 | 0.29 | 3.50 | 7.50 | 11.00 | 0.25 | 0.54 | 5.77 | 935,564 | 5.77 | 148 | 935,712 |
| 3/31/2009 | 0.51 | 3.50 | 7.50 | 11.00 | 0.25 | 0.76 | 5.88 | 935,712 | 5.88 | 151 | 935,862 |
| 4/1/2009 | 0.30 | 3.50 | 7.50 | 11.00 | 0.25 | 0.55 | 5.77 | 935,862 | 5.77 | 148 | 936,010 |
| 4/2/2009 | 0.29 | 3.50 | 7.50 | 11.00 | 0.25 | 0.54 | 5.77 | 936,010 | 5.77 | 148 | 936,158 |
| 4/3/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 936,158 | 5.76 | 148 | 936,306 |
| 4/4/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 936,306 | 5.76 | 148 | 936,454 |
| 4/5/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 936,454 | 5.76 | 148 | 936,602 |

| Date | Overnight LIBOR | Base Rate | Lehman Margin | Lehman Total Int. Rate | OXY Margin | OXY Total Int Rate | Termination Rate | Beg Payable Bal | Int Rate | Int Charge | End Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/6/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.77 | 936,602 | 5.77 | 148 | 936,750 |
| 4/7/2009 | 0.28 | 3.50 | 7.50 | 11.00 | 0.25 | 0.53 | 5.76 | 936,750 | 5.76 | 148 | 936,898 |
| 4/8/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 936,898 | 5.76 | 148 | 937,045 |
| 4/9/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 937,045 | 5.76 | 148 | 937,193 |
| 4/10/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 937,193 | 5.76 | 148 | 937,341 |
| 4/11/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 937,341 | 5.76 | 148 | 937,489 |
| 4/12/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 937,489 | 5.76 | 148 | 937,636 |
| 4/13/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 937,636 | 5.76 | 148 | 937,784 |
| 4/14/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 937,784 | 5.76 | 148 | 937,932 |
| 4/15/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 937,932 | 5.76 | 148 | 938,080 |
| 4/16/2009 | 0.25 | 3.50 | 7.50 | 11.00 | 0.25 | 0.50 | 5.75 | 938,080 | 5.75 | 148 | 938,228 |
| 4/17/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 938,228 | 5.74 | 148 | 938,376 |
| 4/18/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 938,376 | 5.74 | 148 | 938,523 |
| 4/19/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 938,523 | 5.74 | 148 | 938,671 |
| 4/20/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.74 | 938,671 | 5.74 | 148 | 938,818 |
| 4/21/2009 | 0.21 | 3.50 | 7.50 | 11.00 | 0.25 | 0.46 | 5.73 | 938,818 | 5.73 | 147 | 938,966 |
| 4/22/2009 | 0.21 | 3.50 | 7.50 | 11.00 | 0.25 | 0.46 | 5.73 | 938,966 | 5.73 | 147 | 939,113 |
| 4/23/2009 | 0.20 | 3.50 | 7.50 | 11.00 | 0.25 | 0.45 | 5.73 | 939,113 | 5.73 | 147 | 939,261 |
| 4/24/2009 | 0.21 | 3.50 | 7.50 | 11.00 | 0.25 | 0.46 | 5.73 | 939,261 | 5.73 | 147 | 939,408 |
| 4/25/2009 | 0.21 | 3.50 | 7.50 | 11.00 | 0.25 | 0.46 | 5.73 | 939,408 | 5.73 | 147 | 939,555 |
| 4/26/2009 | 0.21 | 3.50 | 7.50 | 11.00 | 0.25 | 0.46 | 5.73 | 939,555 | 5.73 | 147 | 939,703 |
| 4/27/2009 | 0.21 | 3.50 | 7.50 | 11.00 | 0.25 | 0.46 | 5.73 | 939,703 | 5.73 | 148 | 939,850 |
| 4/28/2009 | 0.21 | 3.50 | 7.50 | 11.00 | 0.25 | 0.46 | 5.73 | 939,850 | 5.73 | 148 | 939,998 |
| 4/29/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 939,998 | 5.74 | 148 | 940,146 |
| 4/30/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 940,146 | 5.74 | 148 | 940,294 |
| 5/1/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 940,294 | 5.74 | 148 | 940,441 |
| 5/2/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 940,441 | 5.74 | 148 | 940,589 |
| 5/3/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 940,589 | 5.74 | 148 | 940,737 |
| 5/4/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 940,737 | 5.74 | 148 | 940,885 |
| 5/5/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 940,885 | 5.74 | 148 | 941,034 |
| 5/6/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.75 | 941,034 | 5.75 | 148 | 941,182 |
| 5/7/2009 | 0.24 | 3.50 | 7.50 | 11.00 | 0.25 | 0.49 | 5.74 | 941,182 | 5.74 | 148 | 941,330 |
| 5/8/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 941,330 | 5.74 | 148 | 941,478 |
| 5/9/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 941,478 | 5.74 | 148 | 941,626 |
| 5/10/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 941,626 | 5.74 | 148 | 941,774 |
| 5/11/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 941,774 | 5.74 | 148 | 941,922 |
| 5/12/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.74 | 941,922 | 5.74 | 148 | 942,070 |
| 5/13/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.74 | 942,070 | 5.74 | 148 | 942,218 |
| 5/14/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.74 | 942,218 | 5.74 | 148 | 942,366 |
| 5/15/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 942,366 | 5.74 | 148 | 942,514 |

| Date | Overnight LIBOR | Base Rate | Lehman Margin | Lehman Total Int. Rate | OXY Margin | OXY Total Int Rate | Termination Rate | Beg Payable Bal | Int Rate | Int Charge | End Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/16/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 942,514 | 5.74 | 148 | 942,663 |
| 5/17/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 942,663 | 5.74 | 148 | 942,811 |
| 5/18/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.73 | 942,811 | 5.73 | 148 | 942,959 |
| 5/19/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.73 | 942,959 | 5.73 | 148 | 943,107 |
| 5/20/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.74 | 943,107 | 5.74 | 148 | 943,255 |
| 5/21/2009 | 0.22 | 3.50 | 7.50 | 11.00 | 0.25 | 0.47 | 5.73 | 943,255 | 5.73 | 148 | 943,403 |
| 5/22/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 943,403 | 5.74 | 148 | 943,552 |
| 5/23/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 943,552 | 5.74 | 148 | 943,700 |
| 5/24/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 943,700 | 5.74 | 148 | 943,848 |
| 5/25/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 943,848 | 5.74 | 148 | 943,997 |
| 5/26/2009 | 0.23 | 3.50 | 7.50 | 11.00 | 0.25 | 0.48 | 5.74 | 943,997 | 5.74 | 148 | 944,145 |
| 5/27/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 944,145 | 5.76 | 149 | 944,294 |
| 5/28/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 944,294 | 5.76 | 149 | 944,443 |
| 5/29/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 944,443 | 5.76 | 149 | 944,592 |
| 5/30/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 944,592 | 5.76 | 149 | 944,741 |
| 5/31/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 944,741 | 5.76 | 149 | 944,890 |
| 6/1/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 944,890 | 5.76 | 149 | 945,039 |
| 6/2/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 945,039 | 5.76 | 149 | 945,188 |
| 6/3/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 945,188 | 5.76 | 149 | 945,337 |
| 6/4/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 945,337 | 5.76 | 149 | 945,486 |
| 6/5/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 945,486 | 5.76 | 149 | 945,636 |
| 6/6/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 945,636 | 5.76 | 149 | 945,785 |
| 6/7/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 945,785 | 5.76 | 149 | 945,934 |
| 6/8/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 945,934 | 5.76 | 149 | 946,083 |
| 6/9/2009 | 0.27 | 3.50 | 7.50 | 11.00 | 0.25 | 0.52 | 5.76 | 946,083 | 5.76 | 149 | 946,232 |
| 6/10/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 946,232 | 5.76 | 149 | 946,381 |
| 6/11/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 946,381 | 5.76 | 149 | 946,531 |
| 6/12/2009 | 0.26 | 3.50 | 7.50 | 11.00 | 0.25 | 0.51 | 5.76 | 946,531 | 5.76 | 149 | 946,680 |
| | | | | | | | | | | 48,634 | 946,680 |