## Exhibits C38-C70

**Affidavits of Disinterestedness**

# EXHIBIT C-38

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
-----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY JEFFREY W. APEL

I, Jeffrey W. Apel pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have represented Duke Energy on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Jeffrey W. Apel
Illinois Bar No. 6292294

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2010

# <u>EXHIBIT C-39</u>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
-----------------------------------------------------------------------x

## <u>AFFIDAVIT OF DISINTERESTEDNESS BY CHRISTINE C. BAKER</u>

I, Christine C. Baker pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the states of Illinois, Indiana and California.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have represented National Union Insurance on matters unrelated to

Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Christine C. Baker
Illinois Bar No. 6788987
Indiana Bar No. 23222-49
California Bar No. 207745

Sworn to and subscribed before me
this 23ʳᵈ day of June 2009.



NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/23/2009

2

# **EXHIBIT C-40**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                               :

In re                             :      Chapter 11

                               :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :      Case No. 08-13555 (JMP)

                               :

                    Debtors.        :      (Jointly Administered)
-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY JONATHAN BEATO

     I, Jonathan Beato pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

     1.     I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated

with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

     2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors"). I do not hold any claim, debt or equity security of the Debtors.

     3.     I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

     4.     I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

     5.     I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

     6.     I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⟨23⟩ day of June, 2009, at Chicago, Illinois.

Jonathan Beato
Illinois Bar No. 6289027

Sworn to and subscribed before me
this ⟨23⟩ day of June 2009.

NOTARY PUBLIC



"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/200_

# EXHIBIT C-41

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                          :

In re                                  :         Chapter 11
                                          :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :         Case No. 08-13555 (JMP)
                                          :

                       Debtors.         :         (Jointly Administered)
-------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY DANIELLE BLONDIN

     I, Danielle Blondin pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

     I am a lawyer admitted to practice law in the State of Illinois. I am employed by Strategic Legal Solutions, a staffing agency, and I also am a sole practitioner in my own law firm, the Law Office Danielle M. Blondin, L.L.C.

     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have represented Accenture and BP on matters unrelated to Lehman

Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of June, 2009, at Chicago, Illinois.

Danielle Blondin
Illinois Bar No. 6292409

Sworn to and subscribed before me
this 25 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

# EXHIBIT C-42

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                          :

In re                          :       Chapter 11
                          :

LEHMAN BROTHERS HOLDINGS INC., et al.,  :       Case No. 08-13555 (JMP)
                          :

                 Debtors.     :       (Jointly Administered)
------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY JEREMY R. BROOKS

     I, Jeremy R. Brooks pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

     1.    I am a lawyer admitted to practice law in the states of Illinois and Michigan.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

     2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

     3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

     4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

     5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

     6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have nothing relevant to disclose.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at Chicago, Illinois.

Jeremy R. Brooks
Illinois Bar No. 6295976
Michigan Bar No. P67865


Sworn to and subscribed before me
this 23rd day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# EXHIBIT C-43

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY MICHELLE R. DUNHAM

I, Michelle R. Dunham pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: While employed as in-house counsel at my former employer, I had a

number of non-client, professional relationships with various professional firms and other parties

on the list of Identified Parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at Chicago, Illinois.

Michelle R. Dunham
Illinois Bar No. 6288123

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 09/22/2009

# EXHIBIT C-44

**INTENTIONALLY OMITTED**

# **EXHIBIT C-45**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                 :

In re                            :        Chapter 11
                                 :

LEHMAN BROTHERS HOLDINGS INC., et al.,   :        Case No. 08-13555 (JMP)
                                 :

                  Debtors.        :        (Jointly Administered)

------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY BRUCE M. EMORY

I, Bruce M. Emory pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within three years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I worked for First Commercial Bank on matters unrelated to Lehman

Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at Chicago, Illinois.

Bruce M. Emory
Illinois Bar No. 6239307

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 09/22/2009

# EXHIBIT C-46

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    Case No. 08-13555 (JMP)
                                              :
                        Debtors.              :    (Jointly Administered)
                                              :
------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY SARAH J. FREY

I, Sarah J. Frey pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.   I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I have represented Bank One (n/k/a JPMorgan) on matters unrelated to

Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Sarah J. Frey
Illinois Bar No. 6282901

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

# EXHIBIT C-47

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    Case No. 08-13555 (JMP)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY ALEXIS NICOLE GABAY

I, Alexis Nicole Gabay pursuant to 28 U.S.C. § 1746, hereby declare that the following is

true to the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated

with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457]. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009. at Chicago, Illinois.

Alexis Nicole Gabay
Illinois Bar No. 6199478

Sworn to and subscribed before me
this 23rd day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
THERESE P. O'HARA
Notary Public, State of Illinois
My Commission Expires 09/22/2009

# EXHIBIT C-48

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
                                   :

In re                          :       Chapter 11

                                   :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :       Case No. 08-13555 (JMP)

                                   :

                    Debtors.        :       (Jointly Administered)

--------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY TIMOTHY GLEASON

I, Timothy Gleason pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457].  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:  I worked for Sonneschein Nath & Rosenthal and Sidley & Austin on matters unrelated to Lehman Brothers.  I have represented Principal Life Insurance and BP on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **23** day of June, 2009, at Chicago, Illinois.

Timothy Gleason
Illinois Bar No. 6275000

Sworn to and subscribed before me
this **23** day of June, 2009.

NOTARY PUBLIC


"OFFICIAL SEAL"
THERESE P. O'HARA
Notary Public, State of Illinois
My Commission Expires 08/22/2009

# EXHIBIT C-49

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :        Case No. 08-13555 (JMP)
                                          :
                          Debtors.        :        (Jointly Administered)
-------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY SCOTT L. GLIEBERMAN

I, Scott L. Glieberman pursuant to 28 U.S.C. § 1746, hereby declare that the following is

true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated

with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457]. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:  I worked as a contract attorney at Sidley Austin LLP on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at Chicago, Illinois.

Scott L. Glieberman
Illinois Bar No. 6180249

Sworn to and subscribed before me
this 23rd day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

# **EXHIBIT C-50**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY SAM S. HONG

I, Sam S. Hong pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked for Locke Lord Bissell & Liddell on matters unrelated to Lehman

Brothers.  I have represented Allianz Risk Transfer on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25ᵗʰ day of June, 2009, at Chicago, Illinois.

Sam S. Hong
Illinois Bar No. 6296757

Sworn to and subscribed before me
this 25ᵗʰ day of June 2009

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 09/22/2009

2

# **<u>EXHIBIT C-51</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re                                                   :        Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :        Case No. 08-13555 (JMP)
                                                        :
                        Debtors.                        :        (Jointly Administered)

------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY JACKIE JALLEY

I, Jackie Jalley pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at Chicago, Illinois.

Jackie Jalley
Illinois Bar No. 6277715

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# EXHIBIT C-52

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :        Case No. 08-13555 (JMP)
                                                    :
                              Debtors.              :        (Jointly Administered)
-----------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY SUNIL KHEDKAR

    I, Sunil Khedkar pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

    1.    I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

    6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I was an employee of Merrill Lynch for eleven months and had no

assignments related to Lehman Brothers.  I have represented AT&T on matters unrelated to

Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **23** day of June, 2009, at Chicago, Illinois.

Sunil Khedkar
Illinois Bar No. 6294381

Sworn to and subscribed before me
this **23** day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 09/22/2009

# EXHIBIT C-53

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

In re                                                 :        Chapter 11
                                                      :
LEHMAN BROTHERS HOLDINGS INC., et al.,                :        Case No. 08-13555 (JMP)
                                                      :
                            Debtors.                  :        (Jointly Administered)

---------------------------------------------------------------------x

### <u>AFFIDAVIT OF DISINTERESTEDNESS BY JASON KNAPP</u>

I, Jason Knapp pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "<u>Debtors</u>").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have represented Travelers on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at Chicago, Illinois.

                                        Jason Knapp
                                        Illinois Bar No. 6295604

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

# EXHIBIT C-54

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                        :

In re                         :        Chapter 11
                              :

LEHMAN BROTHERS HOLDINGS INC., et al.,   :        Case No. 08-13555 (JMP)
                              :

                Debtors.       :        (Jointly Administered)

-------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY JEFFREY EVAN LEEB

I, Jeffrey Evan Leeb pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I was an employee of Walt Disney Parks and Resorts/Disney Destinations,

a subsidiary of The Walt Disney Company, as Planning Manager on matters unrelated to

Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at Chicago, Illinois.

Jeffrey Evan Leeb
Illinois Bar No. 6201487


Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 09/22/2009

# EXHIBIT C-55

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                              :

In re                              :       Chapter 11
                              :

LEHMAN BROTHERS HOLDINGS INC., et al.,     :       Case No. 08-13555 (JMP)
                              :

                     Debtors.        :       (Jointly Administered)
------------------------------------------------------------------------x

## <u>AFFIDAVIT OF DISINTERESTEDNESS BY LAURA L. MCKINNEY</u>

I, Laura L. McKinney pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "<u>Debtors</u>"). I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457].  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Laura L. McKinney
Illinois Bar No. 6283500

Sworn to and subscribed before me this 23 day of June 2009.

NOTARY PUBLIC

# EXHIBIT C-56

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re                                                                  :        Chapter 11
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                                 :        Case No. 08-13555 (JMP)
                                                                       :
                              Debtors.                                 :        (Jointly Administered)

------------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY KATHLEEN OLIVI

I, Kathleen Olivi pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated

with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Kathleen Olivi
Illinois Bar No. 6193616

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# **EXHIBIT C-57**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                    :
In re                                                               :       Chapter 11
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,                              :       Case No. 08-13555 (JMP)
                                                                    :
                                    Debtors.                        :       (Jointly Administered)
-------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY JON PFEFFER

    I, Jon Pfeffer pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

    1.    I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

    6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Jon Pfeffer
Illinois Bar No. 6287088

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

# EXHIBIT C-58

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
                                                    :
In re                                               :       Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :       Case No. 08-13555 (JMP)
                                                    :
                    Debtors.                        :       (Jointly Administered)
                                                    :
----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY BRIAN RADEK

I, Brian Radek pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to
the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated
with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the
"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a
director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an
investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an
investment banker for a security of any of the Debtors, or an attorney for any such investment
banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States
Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region
2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked for Office Tiger and RRD Co., subsidiaries of RR Donnelly, on

matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **23** day of June, 2009, at Chicago, Illinois.

Brian Radek
Illinois Bar No. 6288534

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# EXHIBIT C-59

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                  :

In re                               :      Chapter 11
                                  :

LEHMAN BROTHERS HOLDINGS INC., et al.,  :      Case No. 08-13555 (JMP)
                                  :

                       Debtors.      :      (Jointly Administered)
-------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY THOMAS N. RADEK

    I, Thomas N. Radek pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

    1.    I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

    6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457]. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:  I represented Sprint on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23ʳᵈ day of June, 2009, at Chicago, Illinois.

Thomas N. Radek
Illinois Bar No. 6206135

Sworn to and subscribed before me this 23ʳᵈ day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# EXHIBIT C-60

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

In re                                              :        Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :        Case No. 08-13555 (JMP)
                                                   :
                            Debtors.               :        (Jointly Administered)
-------------------------------------------------------------------x

<u>**AFFIDAVIT OF DISINTERESTEDNESS BY HENRY RAU**</u>

     I, Henry Rau pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

    1.    I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "<u>Debtors</u>"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

    6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457].  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at Chicago, Illinois.

Henry Rau
Illinois Bar No. 6298641

Sworn to and subscribed before me
this 23th day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# **EXHIBIT C-61**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                 :

In re                                 :       Chapter 11
                                 :

LEHMAN BROTHERS HOLDINGS INC., et al.,   :       Case No. 08-13555 (JMP)
                                 :

                    Debtors.         :       (Jointly Administered)
-------------------------------------------------------------------x

## <u>AFFIDAVIT OF DISINTERESTEDNESS BY SUSAN RANKIN SANSONE</u>

I, Susan Rankin Sansone pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

    1.     I am a lawyer admitted to practice law in the states of Illinois and New York.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

    2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "<u>Debtors</u>").  I do not hold any claim, debt or equity security of the Debtors.

    3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

    4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

    5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

    6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I represented Allstate Insurance on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Susan Rankin Sansone
Illinois Bar No. 6294578
New York Bar No. 4530481

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# EXHIBIT C-62

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                    :
In re                                               :     Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :     Case No. 08-13555 (JMP)
                                                    :
                        Debtors.                    :     (Jointly Administered)
                                                    :
------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY JACLYN SAPER

I, Jaclyn Saper pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to

the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated

with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457]. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: I worked as a contract attorney for Sidley & Austin and JPMorgan Chase on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Jaclyn Saper
Illinois Bar No. 6204250

Sworn to and subscribed before me
this 23 day of June 2009

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 09/22/2009

2

# EXHIBIT C-63

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                    :
In re                                               :            Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :            Case No. 08-13555 (JMP)
                                                    :
                            Debtors.                :            (Jointly Administered)
                                                    :
------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY DAVID SCRIVEN-YOUNG

I, David Scriven-Young pursuant to 28 U.S.C. § 1746, hereby declare that the following

is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated

with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.       I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I represented Bain & Co. and Citigroup on matters unrelated to Lehman

Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June, 2009, at Chicago, Illinois.

David Scriven-Young
Illinois Bar No. 6279761

Sworn to and subscribed before me
this 29 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

# EXHIBIT C-64

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :        Case No. 08-13555 (JMP)
                                              :
                            Debtors.          :        (Jointly Administered)
--------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY LEONARD J. SOLFA, JR.

I, Leonard J. Solfa, Jr. pursuant to 28 U.S.C. § 1746, hereby declare that the following is

true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated

with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have nothing relevant to disclose.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at Chicago, Illinois.

Leonard J. Solla,
Illinois Bar No. 2669307


Sworn to and subscribed before me
this 23rd day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# EXHIBIT C-65

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                    :
In re                                               :          Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,       :          Case No. 08-13555 (JMP)
                                                    :
                                    Debtors.        :          (Jointly Administered)
                                                    :
------------------------------------------------------------------------x

### <u>AFFIDAVIT OF DISINTERESTEDNESS BY JOAN STRZELCZYK</u>

I, Joan Strzelczyk pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated

with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"<u>Debtors</u>").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I worked as a contract attorney at Sidley Austin LLP and Sonnenschein

Nath & Rosenthal on matters unrelated to Lehman Brothers. I represented BP on matters

unrelated to Lehman Brothers.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24ᵗʰ day of June, 2009, at Chicago, Illinois.

Joan Strzelczyk
Illinois Bar No. 3128353


Sworn to and subscribed before me
this 24 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# EXHIBIT C-66

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                    :

In re                                   :         Chapter 11
                                      :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :         Case No. 08-13555 (JMP)
                                      :

                    Debtors.      :         (Jointly Administered)
------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY BRENT TARNOW

I, Brent Tarnow pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

    1.    I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

    6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Brent Tarnow
Illinois Bar No. 6279911

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 09/22/2009

# EXHIBIT C-67

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

## <u>AFFIDAVIT OF DISINTERESTEDNESS BY BRIAN TARNOW</u>

I, Brian Tarnow pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "<u>Debtors</u>").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I worked for Locke Lord Bissell & Liddell on matters unrelated to Lehman

Brothers. I represented Accenture and AT&T on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at Chicago, Illinois.

Brian Tarnow
Illinois Bar No. 6273400

Sworn to and subscribed before me
this 23rd day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/23/2009

# EXHIBIT C-68

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY ADAM TULLIER

I, Adam Tullier pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Adam Tullier
Illinois Bar No. 6297799

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

# EXHIBIT C-69

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
| | : | |
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

--------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY SUSANNE D. VASIC

    I, Susanne D. Vasic pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

    1.    I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

    6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I was employed as a contract attorney by BP North America on matters

unrelated to Lehman Brothers..

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Susanne D. Vasic
Illinois Bar No. 6211889

Sworn to and subscribed before me
this 23ʳᵈ day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 09/22/2009

2

# **EXHIBIT C-70**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                 :

In re                            :        Chapter 11

                                   :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :        Case No. 08-13555 (JMP)

                                   :

                   Debtors.        :        (Jointly Administered)

---------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY GREGORIO VEZA

I, Gregorio Veza pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I worked for Sidley & Austin on matters unrelated to Lehman Brothers. I

have represented Credit Suisse, Deutsche Bank, Metlife, Barclays Capital and HSBC Bank on

matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June, 2009, at Chicago, Illinois.

Gregorio Veza
Illinois Bar No. 6288677

Sworn to and subscribed before me
this 23 day of June 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2