## **Exhibit D**

**Identified Parties**

## List of Identified Parties

### 1. Debtors

1. BNC Mortgage LLC
2. CES Aviation IX LLC
3. CES Aviation LLC
4. CES Aviation V LLC
5. East Dover Limited
6. Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
7. LB 745 LLC
8. LB Rose Ranch LLC
9. Lehman Brothers Commercial Corporation
10. Lehman Brothers Commodity Services Inc.
11. Lehman Brothers Derivative Products Inc.
12. Lehman Brothers Finance SA
13. Lehman Brothers Financial Products Inc.
14. Lehman Brothers Holdings Inc.
15. Lehman Brothers OTC Derivatives Inc.
16. Lehman Brothers Special Financing Inc.
17. Lehman Commercial Paper Inc.
18. Lehman Scottish Finance L.P.
19. Luxembourg Residential Properties Loan Finance S.a.r.l.
20. PAMI Statler Arms LLC
21. Structured Asset Securities Corporation

### 2. 50 Largest Bond Holders

22. Advanced Series Trust
23. AETNA Life Insurance Company
24. AIG Annuity Insurance Company
25. ALFA Mutual Fire Insurance Company
26. Allianz Life Insurance Company of North America
27. Alpha Mutual Fund Management
28. American Family Life Assurance Company
29. American Life Insurance Company
30. AXA Equitable Life Insurance Company
31. Barclays Global Fund Advisors
32. BBVA Gestion SA SGIIC (Spain)
33. Blackrock Advisors
34. Capital Research and Management
35. Continental Casualty Company
36. Federated Investors
37. Fidelity Management and Research
38. Franklin Advisors Inc.

39.   Franklin Templeton Investments
40.   Guardian Life Insurance Company
41.   Hartford Life Insurance Company
42.   ING Investment LLC
43.   Jackson National Life Insurance
44.   John Hancock Investment Management Services
45.   John Hancock Life Insurance Company
46.   Liberty National Life Insurance Company
47.   Loomis Sayles & Company L.P.
48.   Medical Liability Mutual Insurance Company
49.   Metlife Insurance Company of Connecticut
50.   Metropolitan Life Insurance
51.   Metropolitan West Capital Management
52.   NATIXIS Asset Management Advisors
53.   Northwest Mutual Life Insurance Company
54.   Phillips Hager & North Investment Management
55.   PIMCO Advisors L.P.
56.   PIMCO Funds Global Investors
57.   Principal Life Insurance Company
58.   Prudential Financial Inc.
59.   Prudential Insurance Company of America
60.   Riversource Life Insurance Company
61.   Sun Life Assure Co. of Canada
62.   T. Rowe Price Associates
63.   Teachers Insurance and Annuity Association
64.   Thrivent Financial for Lutherans
65.   Transamerica Life Insurance Company
66.   UBS Investment KAG
67.   United States – Indices
68.   Van Kampen Asset Management
69.   Vanguard Group Incorporated
70.   Western Asset Management Company
71.   Zurich American Insurance Company

**3.  100 Largest Unsecured Creditors other than Bondholders**

72.   55 Broadway
73.   125 Broad Street
74.   767 Fifth Ave
75.   1221 Avenue of the Americas
76.   1301 Properties Owner L.P.
77.   Allen & Overy
78.   Anjarlekar & Associates
79.   ANZ Banking Group Limited
80.   Aozora Bank

| | |
|---|---|
| 81. | Ashurst Morris Crisp |
| 82. | Australia and New Zealand Banking Group Limited |
| 83. | Banctec Ltd. |
| 84. | Bank of America Plaza STE 3500 |
| 85. | Bank of China, New York Branch |
| 86. | Bank of Taiwan, New York Agency |
| 87. | Bats Trading, Inc. |
| 88. | Bloomberg Finance L.P. |
| 89. | Bloomberg L.P. |
| 90. | BNP Paribas |
| 91. | Broadridge Securities Processing |
| 92. | Caldwalader, Wickersham, and Taft |
| 93. | Canary Warf Management Limited |
| 94. | CB Richard Ellis Client Account RE Gloa |
| 95. | CDW Direct LLC |
| 96. | Chuo Mitsui Trust & Banking |
| 97. | Citibank, N.A., Hong Kong Branch |
| 98. | Citibank, N.A. |
| 99. | Clifford Chance |
| 100. | Commonwealth Bank of Australia, Tokyo Branch |
| 101. | Compucenter (UK) Ltd. |
| 102. | CW Lending II Limited |
| 103. | Davis, Polk and Wardwell |
| 104. | Dell Marketing L.P. |
| 105. | Deutsche Borsche AG |
| 106. | Dimension Data |
| 107. | DnB NOR Bank ASA |
| 108. | Drowst Trading, LLC |
| 109. | Ernst & Young |
| 110. | Ernst & Young Private Limited |
| 111. | Fidessa Plc. |
| 112. | First Commercial Bank Co., Ltd., New York Agency |
| 113. | FT Interactive Data |
| 114. | Haworth Singapore PTE Ltd. |
| 115. | Henegan Construction Co., Inc. |
| 116. | Hewlett Packard AP (Hong Kong) Limited |
| 117. | HSBC Bank |
| 118. | Hua Nan Commercial Bank, Ltd. |
| 119. | IBM Corporation |
| 120. | ICAP Securities Limited |
| 121. | Information Builders Inc. |
| 122. | JQ Network PTD Limited |
| 123. | KBC Bank |
| 124. | Kim & Chang |
| 125. | Kingston Communications PLC |

126.    Linklaters
127.    Linklaters, S.L.
128.    Lloyds Bank, PLC
129.    London & European Title Insurance Services Ltd.
130.    London Borough of Tower Hamlets Rates
131.    Mace Limited
132.    McKee Nelson LLP
133.    Microsoft Licensing, GP
134.    Millennium Developers Pvt Ltd
135.    Mizuho Corporate Bank Ltd.
136.    Morse Group Limited
137.    Morse Service Holdings Limited
138.    National Bank of Australia
139.    National Commerce Bank
140.    Network Appliance
141.    Nippon Life Insurance Co.
142.    NYSE Market, Inc.
143.    Origin HR Consulting Limited
144.    Paul Weiss
145.    Pricoa Relocation UK Limited
146.    Reuters America Inc.
147.    Reuters Ltd.
148.    Shinkin Central Bank
149.    Shinsei Bank Ltd.
150.    Sidley Austin Brown & Wood
151.    Standard & Poors
152.    Standard and Poors Corp.
153.    Standard Chartered Bank
154.    Sumitomo Mitsubishi Banking Corp
155.    Sungard Securities Finance Inc.
156.    Svenska Handelsbanken
157.    Swapswire Limited
158.    Taipei Fubon Bank, New York Agency
159.    Tata Consultancy Services
160.    The Bank of New York
161.    The Bank of Nova Scotia
162.    The British Land Company PLC
163.    Thompson Financial
164.    TIBCO Software, Inc.
165.    UFJ Bank Limited
166.    Vertex Mortgage Services
167.    Virtx
168.    WIPRO Infotech Enterprise Solutions
169.    YXIME
170.    ZKB (Zurcher Kantonalbank)

**4. Bank Lenders**

171.    J.P. Morgan Chase
172.    Metlife
173.    Mizuho Corporate Bank, Ltd.
174.    RR Donnelley & Sons
175.    Shinsei Bank, Limited
176.    The Bank of NY Mellon
177.    The Royal Bank of Scotland, PLC
178.    Wilmington Trust Company

**5. Significant Lessors and Lessees**

179.    101 Hudson Leasing Associates
180.    1111 Brickell Office, LLC
181.    125 High Street L.P.
182.    1301 Properties Owner LLC
183.    20 CCC Business Trust
184.    300 Main L.L.C.
185.    50 Broadway Realty Corp.
186.    5450 West Sahara LLC
187.    600 Partners Co., L.P.
188.    605 Third Avenue Fee LLC
189.    70 Hudson Street, LLC
190.    8 Sound Shore Associates, LLC
191.    85 Tenth Avenue Associates, LLC
192.    AIG Technologies, Inc.
193.    American Center
194.    Archipelago Holdings, Inc.
195.    Argonne Capital Group
196.    B&R 919, LLC
197.    Beneficiaries of North Star Trust Company Title Holding Land Trust
198.    BNC Mortgage
199.    Board of Trade of the City of Chicago, Inc.
200.    BP 399 Park Avenue LLC
201.    Brandywine Office Investments LLC
202.    Brookfield Properties One WFC Co. LLC
203.    CA-10880 Wilshire Limited Partnership
204.    CB Office 10, Ltd.
205.    Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
206.    Clifford Chance US LLP
207.    CMD ST Financial Centre, LLC
208.    Columbia Center Property LLC
209.    Constellation Place, LLC
210.    Consultatio Inversora S.A.

<u>List of Identified Parties</u>
Lehman Brothers Holdings Inc., <u>et al.</u>
Case No. 08-13555

211. Corporate Park Associates
212. Corridors I & II/Loudoun II SPE Feeco, L.L.C.
213. Courtside West, LLC
214. CPR (USA) Inc.
215. Creekside Business Mall LLC
216. Crescent TC Investors L.P.
217. Crown Point, L.L.C.
218. CT Tower Investments Inc.
219. Custer Court, L.P.
220. Denver United LLC
221. Deutsche Bank AG, New York Branch
222. Deutsche Bank Securities, Inc.
223. Deutsche Immobilien Fonds Aktiengesellschaft
224. Eastrich No. 167 Corporation
225. For 1031 Heritage II LLC
226. Four Point Star Operating Company, L.P.
227. Galleria Properties, LLC
228. GRE Glendale LLC
229. Guggenheim Concourse, L.P.
230. Hanover Moving & Storage Co., Inc.
231. Historic TW Inc.
232. HQ Global Workplaces
233. Huron Consulting Group, LLC
234. HWA 555 Owners, LLC
235. JBC Funds 200 West Monroe LLC
236. JDJ Properties, Inc.
237. Legacy III Centennial, LLC
238. Lehman Brothers Holdings, Inc.
239. Lempira S.R.L., R.U.C.
240. Liberty Property Limited Partnership
241. Mack-Cali CW Realty Associates L.L.C.
242. Mackenzie Financial Corporation
243. MCPR Unit V LP, S.E.
244. Middlefield Park Associates
245. Millennium De Investimentos Imobiliarios LTDA
246. MJH Wacker LLC
247. Monarch Centre Associates, LLC
248. Mountain Towers Properties, LLC
249. National Union Fire Insurance Company of Pittsburgh, PA
250. NBS Brookside 700/800, L.L.C.
251. New Tower Trust Company Multi-Employer Property Trust
252. Nine Penn Center Associates, LP
253. Normandy Real Estate Partners
254. Palm Beach Centre 4, LLC
255. PCC Properties (Calgary) Ltd.

<u>List of Identified Parties</u>
Lehman Brothers Holdings Inc., <u>et al.</u>
Case No. 08-13555

256.   Piedmont Operating Partnership, L.P.
257.   PricewaterhouseCoopers, LLP
258.   Regus do Brasil, Ltd
259.   Rock Forty Ninth LLC
260.   Rosemead Properties, Inc.
261.   San Diego - Frazee, LLC
262.   Sandtrap II, Ltd.
263.   Sharon Land Company, LLC
264.   SLG 220 News Owner LLC
265.   SP4 190 S. LaSalle, L.P.
266.   Stillwater Development, LLC
267.   Sunray Investments
268.   Teachers Insurance and Annuity Assoc. of America
269.   Telwares, Inc.
270.   Tempe Fountainhead Corporate, LLC
271.   Texas Tower Limited
272.   The Irvine Company
273.   The Realty Associates Fund VIII, L.P.
274.   Triple Net Properties, LLC
275.   Trizec Westwood Center LLC
276.   WA 555 Owners, LLC
277.   Wacker Drive Limited Partnership
278.   WA-Columbia Center Property LLC
279.   WLA UPU 1 and 2, LLC
280.   WPGH, LLC

**6.  Secured Creditors**

281.   Danske Bank
282.   Fenway Funding LLC
283.   JPMorgan Chase
284.   MetLife
285.   SMBC
286.   State Street
287.   Swedbank

**7.  Government and State Regulatory Agencies – U.S. Regulation**

288.   Commodity Futures Trading Commission (LBI, NB LLC)
289.   Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
290.   Federal Energy Regulatory Commission (Lehman Brothers Commodity Services
        Inc.)
291.   Financial Industry Regulatory Authority (non-governmental)
292.   National Futures Association (non-governmental)
293.   New York Stock Exchange (non-governmental)

294. Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
295. Office of Thrift Supervision (LB Bank)
296. Securities and Exchange Commission
297. State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
298. State Blue Sky Laws in all 50 states and Puerto Rico
299. Utah Commissioner of Financial Institutions (LB Commercial Bank)

**8. Members of Ad Hoc or Unofficial Creditors' Committees (formed prior to the Commencement Date, to the extent known at the Commencement Date)**

*The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc., Gas Project Revenue Bonds*

300. Allstate Insurance Co.
301. Capital Research Management Co.
302. Franklin Advisors L.P.
303. Franklin Federal Intermediate-Term-Tax-Free Income Fund
304. Franklin Federal Tax-Free Income Fund
305. Franklin Georgia Tax-Free Income Fund
306. Franklin High-Yield Tax-Free Income Fund
307. Independence Holding Co.
308. Main Street Natural Gas, Inc., Gas Project Revenue Bonds
309. Oppenheimer Funds, Inc.
310. The Vanguard Group

*Informal LBHI Bondholder Group*

311. Alliance Bernstein
312. Capital Guardian Trust Company
313. Cyrus Capital Partners, L.P.
314. King Street Capital Management, L.L.C.
315. Pacific Management Investment Company
316. Wexford Capital LLC
317. York Capital Management

**9. Significant Stockholders (greater than 5%)**

318. AXA and related parties - 7.25%
319. Clearbridge Advisors, LLC and related parties - 6.33%
320. FMR LLC and related parties - 5.87

## 10. Directors and Officers

*Current and former (up to three years) members of a corporation's board of directors and its officers, as well as the names of the entities with whom such directors or officers were, during their tenure with the Debtor, affiliated as an employee*

Current Board of Directors

321.    Henry Kaufman
322.    Jerry A. Grundhofer
323.    John D. Macomber
324.    John F. Akers
325.    Marsha Johnson Evans
326.    Michael L. Ainslie
327.    Richard S. Fuld, Jr.
328.    Roger S. Berlind
329.    Roland A. Hernandez
330.    Sir Christopher Gent
331.    Thomas H. Cruikshank

Current Officers

332.    Alex Kirk
333.    Bryan Marsal
334.    Christian Meissner
335.    David Coles
336.    David Goldfarb
337.    Eric Felder
338.    George H. Walker
339.    Gerald A Donini
340.    Herbert H. McDade III
341.    Hugh E. McGee III
342.    Hyung S. Lee
343.    Ian T Lowitt
344.    James Fogarty
345.    Jasjit S. Bhattal
346.    Michael Geband
347.    Riccardo Banchetti
348.    Richard S. Fuld, Jr.
349.    Scott J. Freidheim
350.    Stephen M. Lessing
351.    Thomas A. Russo

Former Officers

352.    Christopher O'Mera
353.    Erin Callen
354.    Jonathan Beyman
355.    Jospeh M. Gregory

**11. Underwriting Investment Bankers for Debtor's securities for all securities issued or outstanding on the Commencement Date or during the three years prior to the Commencement Date.**

356.    ABN AMRO Rothschild
357.    Hoare Govett, Ltd.
358.    Lehman Brothers
359.    Merrill Lynch
360.    UBS Investment Bank

**12. Accountants employed or retained during the two years prior to the Commencement Date**

361.    Deloitte & Touch USA LLP
362.    Ernst & Young
363.    PWC (PricewaterhouseCoopers)

**13. Related Entities**

364.    737 Portfolio Services LLC
365.    737 Portfolio Trust
366.    Area Assignor Corp. (dissolved)
367.    Area Depository Corporation (dissolved)
368.    Area GP Corporation Aristos LLC
369.    Aristos LLC
370.    ASB LLC
371.    Bixen Limited
372.    BK I Realty Inc. (dissolved)
373.    BK II Properties Inc. BK III Properties Inc.
374.    Blue Jay Realty Corporation
375.    Bromley LLC
376.    Brookson Corp.
377.    Brookwood Energy & Properties Inc.
378.    Canope Credit Corp.
379.    Central Funding (Concord) Corporation (dissolved) Clarks Summit I, LLC
380.    Clarks Summit II, LLC
381.    CP1 Real Estate Services Inc.
382.    CP4 Real Estate Services Inc. (dissolved)
383.    Dimont Corporation
384.    DL Mortgage Corp.

385. DRA Management, Inc. (dissolved)
386. Eagle Energy Management, LLC
387. Eagle Energy Partners I, L.P.
388. East Dover Limited
389. Edibrook Corp.
390. EHP/GP Inc. (dissolved)
391. Embarcadero Aircraft Securitization Trust
392. Equipment Management Inc.
393. Equity Strategies Loans LLC
394. Equity Strategy Loans LLC
395. First Ward Properties Inc.
396. Flight Sim I LLC
397. Flight Sim II LLC
398. Flight Sim III LLC
399. Flight Sim IV LLC
400. Flight Sim V Inc.
401. FRAH Special Services Inc.
402. Fundo De Investimento Multimercado Credito Privado Navigator Investmento
403. GA Dekalb Inc.
404. Global Principal Strategies Loans Inc.
405. GRA Finance Corporation Ltd.
406. Growth Partners Inc. (dissolved)
407. Hydrocarbon Capital II LLC
408. IL Lombard Inc. (dissolved)
409. Ivanhoe Lan Pty Limited
410. Jet Aircraft Leasing Inc. (dissolved)
411. Jet Partners, LLC
412. JFM Aviation Once LLC
413. KM-I Real Estate Company VII (sold)
414. Laminar Holdings LLC
415. LB Alberta Holdings Inc.
416. LB GPS Lightfoot LLC
417. LB Holdings Intermediate 2 LtdLB I Group Inc
418. LB I Group Inc.
419. LB India Holdings Mauritius I Limited
420. LB India Holdings Mauritius II Limited
421. LB India Holdings Mauritius III Limited
422. LB Investment Corp., Inc.
423. LB Investment Holding Company Limited (dissolved)
424. LB Leasing Inc.
425. LB Maritim Investor GmbH
426. LB Memphis Brownestone LLC
427. LB Military Housing LLC
428. LB Note Corp.
429. LB Ohana, LLC

430. LB Skypower Inc.
431. LB Trade Corp.
432. LB3 GmbH
433. LB-NL Holdings (Cayman) Limited
434. LB-NL Holdings I Inc.
435. LB-NL Holdings L.P.
436. LB-NL U.S. Investor Inc.
437. LBQ Hong Kong Funding Ltd.
438. LBQ Hong Kong Services Limited
439. LCP LTU LLC
440. LCPI Properties Inc.
441. LCPI Properties Inv.
442. Leesburg ACG LLC
443. Lehman ABS Corporation
444. Lehman Aircraft Securitization Holdings LLC
445. Lehman Asset Backed Caps Inc.
446. Lehman Brother Venture Capital 2003 Partnership
447. Lehman Brothers (Israel) Inc.
448. Lehman Brothers (Spain) S.A.
449. Lehman Brothers 1999 Venture Managers' Partnership L.P.
450. Lehman Brothers 1999 Vernture GP Partnership L.P.
451. Lehman Brothers AIM Holding II LLC
452. Lehman Brothers Alternative Investment Management LLC
453. Lehman Brothers Argentina S.A.
454. Lehman Brothers Asset Management Asia, Inc. (dissolved)
455. Lehman Brothers Asset Securitization LLC
456. Lehman Brothers Capital Partners I, L.P.
457. Lehman Brothers Capital Partners II, L.P.
458. Lehman Brothers Capital Partners IV, L.P.
459. Lehman Brothers CDO 2003 L.P.
460. Lehman Brothers CDO Associates (Cayman), Ltd.
461. Lehman Brothers CDO Associates 2003 L.P.
462. Lehman Brothers CDO Associates 2004 L.P.
463. Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
464. Lehman Brothers Commodity Service Inc.
465. Lehman Brothers Communications Partnership
466. Lehman Brothers de Chile, S.A. (dissolved)
467. Lehman Brothers de Venezuela C.A. (inactive)
468. Lehman Brothers Derivative Finance LLC
469. Lehman Brothers Derivative Products Inc.
470. Lehman Brothers Diversified Private Equity Fund 2004, L.P.
471. Lehman Brothers Energy Canada, ULC
472. Lehman Brothers Europe Inc.
473. Lehman Brothers European Mezzanine 2002 Associates L.P.
474. Lehman Brothers European Mezzanine 2002 L.P.

| | |
|---|---|
| 475. | Lehman Brothers European Venture Capital Associates L.P. |
| 476. | Lehman Brothers European Venture Capital L.P. |
| 477. | Lehman Brothers Finance (Japan) Inc. |
| 478. | Lehman Brothers Financial Products Inc. |
| 479. | Lehman Brothers Fund of Funds Associates L.P. |
| 480. | Lehman Brothers Fund of Funds L.P. |
| 481. | Lehman Brothers Global Asset Management K.K. (liquidated) |
| 482. | Lehman Brothers Healthcare Venture Capital Associates L.P. |
| 483. | Lehman Brothers Healthcare Venture Capital L.P. |
| 484. | Lehman Brothers Holdings Inc. |
| 485. | Lehman Brothers Holdings International Inc. |
| 486. | Lehman Brothers Inc. |
| 487. | Lehman Brothers International Services, Inc. |
| 488. | Lehman Brothers Investment Holding Company Inc. |
| 489. | Lehman Brothers Investment Management Asia Limited |
| 490. | Lehman Brothers LBO Inc. |
| 491. | Lehman Brothers MBG Associates III LLC |
| 492. | Lehman Brothers MBG Associates L.P. |
| 493. | Lehman Brothers MBG Capital Partners 1998 (C) L.P. |
| 494. | Lehman Brothers MBG Finders 1999 (A) L.P. |
| 495. | Lehman Brothers MBG Finders 1999 (B) L.P. |
| 496. | Lehman Brothers MBG Finders 2000 (B) L.P. |
| 497. | Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved) |
| 498. | Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved) |
| 499. | Lehman Brothers MBG Partners 1998 (A) L.P. |
| 500. | Lehman Brothers MBG Partners 1998 (B) L.P. |
| 501. | Lehman Brothers MBG Partners 1998 (C) L.P. |
| 502. | Lehman Brothers MBG Partners 1999 (A) L.P. |
| 503. | Lehman Brothers MBG Partners 1999 (B) L.P. |
| 504. | Lehman Brothers MBG Partners 1999 (C) L.P. |
| 505. | Lehman Brothers MBG Partners L.P. |
| 506. | Lehman Brothers MBG Venture Capital Partners 1997 |
| 507. | Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P. |
| 508. | Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P. |
| 509. | Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P. |
| 510. | Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P. |
| 511. | Lehman Brothers MLP Associates, L.P. |
| 512. | Lehman Brothers MLP Partners, L.P. |
| 513. | Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd. |
| 514. | Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd. |
| 515. | Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P. |
| 516. | Lehman Brothers Offshore Investment Partnership L.P. |
| 517. | Lehman Brothers Offshore Investment Partnership-Japan L.P. |
| 518. | Lehman Brothers Offshore Long/Short Fund, Ltd. |
| 519. | Lehman Brothers Offshore Long/Short Master Fund Ltd. |

| | |
|---|---|
| 520. | Lehman Brothers Offshore Partners Ltd. |
| 521. | Lehman Brothers Offshore Partnership Account 2000/2001, L.P. |
| 522. | Lehman Brothers Offshore Partnership GP 2000/2001 L.P. |
| 523. | Lehman Brothers Overseas Inc. |
| 524. | Lehman Brothers Participation Fund Associates, L.P. |
| 525. | Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved) |
| 526. | Lehman Brothers Secondary Fund of Funds Associates L.P. |
| 527. | Lehman Brothers Secondary Fund of Funds L.P. |
| 528. | Lehman Brothers Securities Taiwan Limited |
| 529. | Lehman Brothers South Asia Limited (Inactive) |
| 530. | Lehman Brothers Special Financing Inc. |
| 531. | Lehman Brothers Sudamerica S.A. |
| 532. | Lehman Brothers Uruguay S.A. |
| 533. | Lehman Brothers VC Partners L.P. |
| 534. | Lehman Brothers Venture Associates Inc. |
| 535. | Lehman Brothers Venture Bankers' Partnership L.P. |
| 536. | Lehman Brothers Venture Capital Partners I, L.P. |
| 537. | Lehman Brothers Venture GP Partnership L.P. |
| 538. | Lehman Brothers Venture Partners L.P. |
| 539. | Lehman CMO Inc. |
| 540. | Lehman Commercial Paper Inc. |
| 541. | Lehman Commodities Services, Inc. |
| 542. | Lehman Finance, S.A. |
| 543. | Lehman Insurance Company |
| 544. | Lehman Loan Funding I LLC |
| 545. | Lehman Mortgage Company of Canada (surrendered) |
| 546. | Lehman Mortgage Holdings Canada I Inc. (inactive) |
| 547. | Lehman Mortgage Holdings Canada II Inc. (inactive) |
| 548. | Lehman Municipal ABS Corp. |
| 549. | Lehman OPC LLC |
| 550. | Lehman Pass-Through Securities Inc. |
| 551. | Lehman Queens Center Inc. (inactive) |
| 552. | Lehman Queens Limited Inc. (inactive) |
| 553. | Lehman Realty & Development Corp. |
| 554. | Lehman Receivables Corp. (dissolved) |
| 555. | Lehman Risk Management, Inc. (dissolved) |
| 556. | Lehman Structured Financings, Inc. |
| 557. | Lehman Structured Securities Corp. |
| 558. | Lehman Syndicated Loan Inc. |
| 559. | Lehman VIP Holdings Inc. |
| 560. | Lehman VIP Investment LDC |
| 561. | Liberty Corner Inc. (sold) |
| 562. | Liberty GP II Inc. (sold) |
| 563. | Libro Companhia Securitizadora de Creditos |
| 564. | Long Point Funding Pty Ltd. |

565.    LPTG Inc.
566.    LPTG Intermediate LLC
567.    LPTG LLC
568.    lvanhoe Lan Pty Limited
569.    LW-LP Inc.
570.    LW-LP Properties Inc.
571.    M&L Debt Investments Holdings Pty Limited
572.    M&L Debt Investments Pty Limited
573.    Mast Depositor Corp
574.    MBR/GP Corp.
575.    Merit, LLC
576.    Metro Realty Corporation (dissolved)
577.    Morganberry Corporation
578.    Newark Properties One Inc.
579.    Nexity Investment Partnership L.P.
580.    NL Funding, L.P.
581.    NL GP Inc.
582.    Northstar Equipment Leasing Income Inc. (dissolved)
583.    NPC Inc. (dissolved)
584.    O.M.B. Limited Partner Ltd.
585.    OSD Corp.
586.    PAC Aircraft Management Inc.
587.    Pentaring, Inc.
588.    Pindar Pty Ltd.
589.    QP80 Real Estate Services Inc.
590.    Quality Pork Partners, Inc.
591.    Real Estate Investors Inc. (dissolved)
592.    Real Estate Services I Inc. (dissolved)
593.    Real Estate Services VII Inc. (dissolved)
594.    Reliance Energy E&P, LLC
595.    RIBCO LLC
596.    RIBCO SPC, Inc.
597.    Rock Hill Real Estate, Inc.
598.    Sambar Properties Inc.
599.    SASCO ARC Corporation
600.    Scranzay, Inc.
601.    Select Asset Inc.
602.    Senior Income Fund Inc. (dissolved)
603.    Serafino Investments Pty Limited
604.    Shearson Lehman Brothers Capital Partners II, L.P.
605.    Shearson Lehman Hutton Capital Partners II
606.    Skratook LLC
607.    Small Business Assets I LLC
608.    Stamford Investment Realty Inc.
609.    STRATUS I Inc.

610.    Structure Asset Securities Corporation II
611.    Structured Asset Securities Corporation
612.    Structured Options Inc.
613.    STUIE CORP.
614.    TAL Europe, LLC
615.    Tallus
616.    Townsend Analytics Japan Ltd.
617.    Townsend Analytics, Ltd.
618.    TX Tower Inc. (sold)
619.    West Dover, LLC

## 14. Former Lehman Brothers Holdings Inc. Entities

620.    000 Lehman Brothers
621.    314 Commonwealth Ave. Inc.
622.    Aegis Finance LLC
623.    Alnwick Investments (UK) Limited
624.    Alnwick Investments (UK) Ltd. Kingdom
625.    Appalachian Asset Management Corp.
626.    ARS Holdings I LLC
627.    Aurora Loan Services LLC
628.    Ballybunion Investments No. 2 Ltd.
629.    Ballybunion Investments No. 3 Ltd.
630.    Ballybunion Investments No. Ltd.
631.    Ballybunion Partnership
632.    Bamburgh Investments (UK) Ltd.
633.    Banque Lehman Brothers S.A.
634.    Blixen U.S.A.
635.    Blue Way Finance Corporation U.A.
636.    BNC Holdings Inc.
637.    Brasstown Entrada I SCA
638.    Brasstown LLC
639.    Brasstown Mansfield I SCA
640.    Capital Analytics II, L.P.
641.    Capstone Mortgage Services Ltd.
642.    CIMT Limited
643.    Cohort Investments Limited
644.    Commonwealth Ave. Inc.
645.    Dynamo Investments Ltd.
646.    Eldon Street Holdings Limited
647.    ELQ Holdings B.V.
648.    ELQ Hypothekan N.V.
649.    Entrada II Sarl
650.    Erin Asset
651.    e-Valuate, L.P.

| | |
|---|---|
| 652. | Executive Monetary Management, Inc. |
| 653. | Falcon Holdings I LLC |
| 654. | Falcon Holdings II Inc. |
| 655. | Falcon Investor I-X Inc. |
| 656. | Falcon LB Sarl |
| 657. | Furno & Del Castano CapitalPartners LLP |
| 658. | Gainsborough Investments BV |
| 659. | GKI Korea Development Limited |
| 660. | Global Korea Investments Ltd. |
| 661. | Global Thai Property Fund |
| 662. | Hills Funding One, Ltd. |
| 663. | Kayenta L.P |
| 664. | Kenilworth Investments Ltd. |
| 665. | L.B.C. YK |
| 666. | L.B.C. YK Hearn Street Holdings Limited |
| 667. | LB 745 Leaseco I LLC |
| 668. | LB 745 LLC |
| 669. | LB Alpha Finance Cayman Limited |
| 670. | LB Asia Issuance Company Ltd. |
| 671. | LB Asset Management Ltd. |
| 672. | LB Australia and Asia Investments Limited |
| 673. | LB Beta Finance Cayman Limited |
| 674. | LB Capital Investments Ltd. |
| 675. | LB Delta (Cayman) No 1 Ltd. |
| 676. | LB Delta (Cayman) No Ltd. |
| 677. | LB Delta Funding |
| 678. | LB Holdings Intermediate 1 Ltd. |
| 679. | LB Holdings Intermediate 2 LtdLB I Group Inc |
| 680. | LB Holdings Intermediate Ltd. |
| 681. | LB India Holdings Cayman I Limited |
| 682. | LB India Holdings Cayman II Limited |
| 683. | LB Investments (UK) Limited |
| 684. | LB Lease & Finance No. Ltd. |
| 685. | LB Leaseco I |
| 686. | LB LLC |
| 687. | LB Lomond Investments Limited |
| 688. | LB Russia Holdings Inc. |
| 689. | LB Russia Holdings LLC |
| 690. | LB SF No. Ltd. |
| 691. | LB SPV SCA |
| 692. | LB UK Financing Limited |
| 693. | LB UK RE Holdings Ltd. |
| 694. | LB Vin Co Inc. |
| 695. | LBA Funding (Cayman) Limited |
| 696. | LBAC Holdings I Inc. |

| | |
|---|---|
| 697. | LBASC LLC |
| 698. | LBCCA Holdings I Inc. |
| 699. | LBCCA Holdings I LLC |
| 700. | LBCCA Holdings II Inc. |
| 701. | LBCCA Holdings II LLC |
| 702. | LBHK Funding (Cayman) No. 1 Ltd |
| 703. | LBHK Funding (Cayman) No. 2 Ltd. |
| 704. | LBHK Funding (Cayman) No. 4 Ltd |
| 705. | LBHK Funding (Cayman) No. Ltd. |
| 706. | LBO Funding (Cayman) Limited |
| 707. | LBO Investments Limited |
| 708. | LBQ Funding (UK) |
| 709. | LBS Holdings SARL |
| 710. | LCPI Properties Inc. |
| 711. | Lehman (Cayman Islands) Ltd. |
| 712. | Lehman Aircraft Securitization Holdings Inc. |
| 713. | Lehman ALI Inc. |
| 714. | Lehman Brothers (PTG) Limited |
| 715. | Lehman Brothers AIM Holding III LLC |
| 716. | Lehman Brothers Asia Capital Company |
| 717. | Lehman Brothers Asia Capital Company Kong |
| 718. | Lehman Brothers Asia Holdings Limited |
| 719. | Lehman Brothers Asia Limited |
| 720. | Lehman Brothers Asia Pacific (Singapore) Pte. Ltd. |
| 721. | Lehman Brothers Asset Management (Europe) Ltd. |
| 722. | Lehman Brothers Asset Management France |
| 723. | Lehman Brothers Asset Management Inc. |
| 724. | Lehman Brothers Asset Management, LLC |
| 725. | Lehman Brothers Australia Granica Pty Limited |
| 726. | Lehman Brothers Australia Holdings Pty Limited. |
| 727. | Lehman Brothers Australia Limited |
| 728. | Lehman Brothers Bancorp Inc |
| 729. | Lehman Brothers Bancorp UK Holdings Limited |
| 730. | Lehman Brothers Bank, FSB |
| 731. | Lehman Brothers Bankhaus Aktiengesellschaft |
| 732. | Lehman Brothers Canada Inc. |
| 733. | Lehman Brothers Capital GmbH, Co. |
| 734. | Lehman Brothers Capital Private Limited |
| 735. | Lehman Brothers Co-Investment Associates LLC |
| 736. | Lehman Brothers Commercial Bank |
| 737. | Lehman Brothers Commercial Corporation |
| 738. | Lehman Brothers Commercial Corporation Asia Limited |
| 739. | Lehman Brothers Commercial Mortgage K.K. |
| 740. | Lehman Brothers Commodity Services Inc. |
| 741. | Lehman Brothers do Brasil Ltda |

742.  Lehman Brothers Equity Finance (Cayman) Limited
743.  Lehman Brothers Europe Limited
744.  Lehman Brothers Finance S.A.
745.  Lehman Brothers Fixed Income Securities Private Limited
746.  Lehman Brothers Futures Asia Limited
747.  Lehman Brothers Futures Asset Management Corp.
748.  Lehman Brothers Global Investments LLC
749.  Lehman Brothers Holdings Capital Trust IV
750.  Lehman Brothers Holdings Japan Inc.
751.  Lehman Brothers Holdings Plc.
752.  Lehman Brothers Holdings Scottish LP
753.  Lehman Brothers Hy Opportunities Inc.
754.  Lehman Brothers Hy Opportunities Korea Inc.
755.  Lehman Brothers Inc.
756.  Lehman Brothers Insurance Agency L.L.0
757.  Lehman Brothers International (Europe)
758.  Lehman Brothers Investment Korea Inc.
759.  Lehman Brothers Investments PTE Ltd.
760.  Lehman Brothers Japan Inc.
761.  Lehman Brothers Limited
762.  Lehman Brothers Luxembourg Investments Sari
763.  Lehman Brothers Management LLC
764.  Lehman Brothers Offshore Real Estate Associates, Ltd
765.  Lehman Brothers OTC Derivatives Inc.
766.  Lehman Brothers P.A. LLC
767.  Lehman Brothers Pacific Holdings Pte. Ltd.
768.  Lehman Brothers Private Equity Advisers
769.  Lehman Brothers Private Equity Advisers LLC
770.  Lehman Brothers Private Fund Advisers L.P.
771.  Lehman Brothers Private Fund Advisers LPD
772.  Lehman Brothers Private Fund Management L.P.
773.  Lehman Brothers Private Funds Investment Company GP, LLC
774.  Lehman Brothers Private Funds Investment Company LP, LLC
775.  Lehman Brothers Securities Asia Limited
776.  Lehman Brothers Securities N.V.
777.  Lehman Brothers Securities Private Limited
778.  Lehman Brothers Services India Private Limited
779.  Lehman Brothers Singapore PTE Ltd.
780.  Lehman Brothers South East Asia Investments PTE Limited
781.  Lehman Brothers Spain Holdings Limited
782.  Lehman Brothers Special Financing Inc.
783.  Lehman Brothers Treasury Co. B.V.
784.  Lehman Brothers Trust Company of Delaware
785.  Lehman Brothers Trust Company, National Association
786.  Lehman Brothers U.K. Holdings (Delaware) Inc.

787.  Lehman Brothers U.K. Holdings Ltd.
788.  Lehman Brothers UK Investments Limited
789.  Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
790.  Lehman Capital Investments Ltd.
791.  Lehman Commercial Mortgage Conduit Ltd.
792.  Lehman Crossroads Corporate Investors II, L.P.
793.  Lehman Crossroads Corporate Investors, L.P.
794.  Lehman Crossroads Investment Advisers, L.P.
795.  Lehman Crossroads Investment Company, L.P.
796.  Lehman Re Ltd.
797.  Lehman Risk Advisors Inc.
798.  Lehman Risk Services (Bermuda) Ltd.
799.  Lehman Structured Assets Inc.
800.  Lehman Syndicated Loan Funding Inc.
801.  LIBRO Holdings I Inc.
802.  Lincoln Capital Fixed Income Management Company, LLC
803.  Longmeade Limited
804.  Louise Y.K.
805.  LUBS Inc.
806.  Lunar Constellation Limited Partnership
807.  MABLE Commercial Funding Limited
808.  Maewha K-STARS Ltd.
809.  MBAM Investor Limited
810.  MICT Limited
811.  MMP Funding Corp.
812.  Nai Harn Hotel 1 Company Limited
813.  Nale Trust
814.  Neuberger & Berman Agency, Inc.
815.  Neuberger Berman Asset Management, LLC
816.  Neuberger Berman Inc.
817.  Neuberger Berman Investment Services, LLC
818.  Neuberger Berman Management Inc.
819.  Neuberger Berman Pty Ltd.
820.  Neuberger Berman, LLC
821.  New Century Finance Co., Ltd.
822.  OCI Holdings Limited
823.  Opal Finance Holdings Ireland Limited
824.  Pentaring Inc.
825.  Pentaring Inc. Long Point Funding Pty Ltd
826.  Phuket Hotel 1 Holdings Company Limited.
827.  Pike International Y.K.
828.  Pindar Pty Ltd.
829.  Portsmouth Investment Company Pty Ltd.
830.  Preferred Group Limited
831.  Preferred Holdings Limited

832.    Preferred Mortgages Limited
833.    Principal Transactions Inc.
834.    Property Asset Management Inc.
835.    Real Estate Private Equity Inc.
836.    REPE LBREP II LLC
837.    REPE LBREP III LLC
838.    Resetfan Limited
839.    Resetfan Limited Capstone Mortgage Services Ltd.
840.    Revival Holdings Limited
841.    Sage Partners, LLC
842.    SAIL Investor Pte Ltd.
843.    Security Assurance Advisers, L.P.
844.    SkyPower Corporation
845.    SOGKI Development Inc.
846.    Southern Pacific Funding
847.    Southern Pacific Funding 5 Ltd.
848.    Southern Pacific Mortgage Limited
849.    SPML Mortgage Funding Limited
850.    Stockholm Investments Limited
851.    Storm Funding Ltd.
852.    Storm Funding Ltd. Lehman (Cayman Islands) Ltd.
853.    Sunrise Finance Co., Ltd.
854.    Thayer Group Limited
855.    Thayer Properties (Jersey) Ltd.
856.    Thayer Properties Limited
857.    The Main Office Management Company, LP
858.    TMIC Limited
859.    Wharf Reinsurance Inc.
860.    Woori-LB Fifth Asset Securitization Specialty Co., Ltd.
861.    Woori-LB First Asset Securitization Specialty Co., Ltd.
862.    Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
863.    Woori-LB Sixth Asset Securitization Specialty Co., Ltd
864.    Y.K Tower Funding
865.    Y.K. Park Funding

## 15. Potential Parties in Interest

866.    1301 Properties Owner, LP
867.    250 East Borrower LLC
868.    4Kids Entertainment, Inc.
869.    50 Broadway Realty Corp. LLC
870.    AB Bankas
871.    Abm Industries, Inc.
872.    Accenture LLP
873.    Account Temps

874.  ADV Portfolio Tech
875.  AIG Global Investment Corporation
876.  Alameda County (CA) Employees' Retirement Association
877.  Aliant Bank
878.  Allianz Global Investors AG
879.  Altova, Inc.
880.  Amber Capital Investment Management
881.  Ameren et., al.
882.  America's Servicing Company
883.  Anthony Victor Lomas
884.  Arab Bank
885.  Arapahoe County Attorney's Office
886.  Arapahoe County Treasurer
887.  Assicurazioni
888.  AT&T
889.  Automated Securities Clearance LLC
890.  Automobile Club Insurance Association
891.  Avaya Inc.
892.  Avista Corp.
893.  Banca Sai
894.  Banesco Holding C.A.
895.  Bank of America Mellon
896.  Bank of China
897.  Bank of Montreal
898.  Bank of New York Mellon
899.  Bank of Taiwan
900.  Bank Pekao
901.  Bankruptcy Creditors' Service, Inc.
902.  Bats Holdings, Inc.
903.  Bay Harbour Management LC
904.  Bay Harbour Master Ltd.
905.  Bel Air Investment Advisors LLC
906.  Best Karpet
907.  BHCO Master Ltd.
908.  BIM
909.  Binding Company, Inc.
910.  Bondwave LLC
911.  BP Canada
912.  BP Energy
913.  BP North America
914.  Burleson, ISD
915.  Business Objects Americas
916.  Caisse De Depot et Placement du Quebec
917.  Caixa Geral De Depositos, S.A.
918.  California Ind. Systems Operator Corp.

919.    California Public Employees Retirement System
920.    Canadian Imperial Bank
921.    Cap Gemini Financial Services USA, Inc
922.    Carrollton-Farmers Branch Independent School District
923.    Cascade Investment LLC
924.    Cattolica Assicurazioni S.p.A
925.    CB Richard Ellis, Inc.
926.    CD Representative
927.    CFIP Fund
928.    Chevron Natural Gas
929.    Chicago Board Options Exchange, Incorporated
930.    CIBC World Market.
931.    CIBC World Markets Inc.
932.    Cisco Systems Capital Corporation / Cisco Systems, Inc. / Cisco
933.    Citibank, NA
934.    Citigroup, Inc.
935.    City of Edinburgh Council as Administrating Authority of the Lothian Pension
Fund
936.    City Of Farmers Branch
937.    CNX Gas Co.
938.    Cognizant Technology Solutions US Corporation
939.    Collins Building Services, Inc.
940.    Commerzbank A.G.
941.    Commerzbank A.G. (New York and Grand Cayman Branches)
942.    Community Trust Bancorp Inc.
943.    Compagnie Financiere Trdaition SA
944.    Constellation PL
945.    Contrarian Capital Management, LLC
946.    CorrectNet, Inc.
947.    Costello Maione Schuch Inc.
948.    Counsel To Australia And New Zealand Banking
949.    County of Monterey (CA)
950.    County of San Mateo (CA)
951.    Credit Suisse
952.    Crossmark Investment Advisers, LP
953.    Crossroads Investment Advisors
954.    Curd Fixed Fund
955.    Currenex
956.    Customer Asset Protection
957.    D.E. Shaw Composite Portfolios, LLC
958.    D.E. Shaw Oculus Portfolios, LLC
959.    Dallas County
960.    Dan Yoram Schwarzmann
961.    DCI Umbrella Fund PLC
962.    DE Shaw

963.  Delaware Management Holdings, Inc.
964.  Demann
965.  DG3 Holdings LLC
966.  Direct Energy Business LLC
967.  Direct Energy LLC
968.  Diversified Credit Investments LLC as agent for the Government of Singapore Investment Corporation PTE, LTD.
969.  Division Water
970.  Dresdner Bank A.G.
971.  Dresdner Kleinwort Group Holdings LLC
972.  Duke Corporate Education
973.  Duke Energy Ohio, Inc.
974.  Dun & Bradstreet
975.  East 46th Borrower LLC
976.  Eaton Corporation
977.  EHMD, LLC
978.  Elliott Associates, L.P.
979.  Elliott International L.P.
980.  EMC Corporation
981.  EnergyCo Marketing and Trading
982.  Essex Equity Holdings USA, LLC
983.  European Bank For Reconstruction
984.  Executive Fliteways, Inc.
985.  Exegy Incorporated
986.  EZE Castle
987.  Factiva, Inc.
988.  Fannie Mae
989.  Federal Express Corporation
990.  Federal Home Loan
991.  Federal Home Loan Bank of Atlanta
992.  Federal Home Loan Bank Of Pittsburgh
993.  Federal Home Loan Mortgage Corp
994.  Federal Reserve Bank of New York
995.  Fir Tree Capital Opportunity Master Fund, L.P.
996.  Fir Tree Value Master Fund, L.P.
997.  First Choice Power, LP
998.  First Trust Advisors L.P.
999.  First Trust Portfolios L.P.
1000. Fondiaria
1001. Fondo Latinoamesicano De Reservas
1002. Fred Hutchinson Cancer Research Center
1003. Frictionless Commerce, Inc.
1004. Friedman, Billings, Ramsey & Group, Inc.
1005. FX Alliance, LLC
1006. Fxcm Holdings LLC

1007.  Galleon Buccaneer's Offshore Ltd
1008.  Gartner UK Limited
1009.  Gartner, Inc.
1010.  GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial
Services
1011.  General Electric Capital Corp
1012.  Gensler Architecture, Design And Planning LLC
1013.  GL Trade
1014.  Glg Partners LP
1015.  Global Thematic
1016.  GM Canada Foreign Trust
1017.  GMAC LLC
1018.  GMAC Residential Capital
1019.  GMAC-IM
1020.  GMAM Investment Funds Trust
1021.  Godiva Chocolatier, Inc.
1022.  Government of Guam Retirement Fund
1023.  Green Tree Servicing Inc.
1024.  Green Tree Servicing LLC
1025.  Greenbriar Minerals, LLC
1026.  Greg Georgas & Mark Grock/ Greg Georgas et, al.
1027.  Hale Avenue Borrower LLC
1028.  Hanover Moving & Storage Co. Inc
1029.  Harbert
1030.  Harbinger Capital Partners
1031.  Harbinger Capital Partners Special Situations Fund LP
1032.  Harris County
1033.  Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
1034.  Henegan Construction Co., Inc.
1035.  Hilliard Farber & Co., Inc
1036.  Hughes Hubbard
1037.  Hypo Investment Bank Ag
1038.  IBM
1039.  IGI Resources
1040.  IGS
1041.  Illuminating
1042.  Independence Holding Co.
1043.  INF SRVS
1044.  Informal Group Of Taiwan Financial Institutions
1045.  ING Bank, FSB
1046.  ING Real Estate Finance
1047.  Institutional Benchmarks
1048.  Intechra LLC
1049.  Interactive Data Corp.
1050.  Intercall Inc.

1051. Interface Cable Assemblies and Services Corp. a/k/a ICAS
1052. IntraLinks, Inc.
1053. Investcorp, Et. Al.
1054. Iris Software, Inc.
1055. Iron Mountain Information Management
1056. J.P. Morgan Chase Bank, N.A.
1057. James W. Giddens
1058. Jarden Corporation
1059. JFK InternationaI Air Terminal LLC
1060. Johnson County Arlington ISD
1061. Kapalua Bay, LLC
1062. Keane, Inc.
1063. Korea Investment & Securities Co., LTD
1064. Kraft Foods Inc.
1065. Landamerica Financial Group, Inc.
1066. LB Co-Investment Partners Cayman AIV I LP
1067. LB Merchant Banking Partners III Cayman AIV LP
1068. LB Offshore GP Holdings (PE) Ltd
1069. LB Offshore Investment Partners II LP
1070. LB Secondary OPP Offshore Fund II LP
1071. LB Secondary OPP Offshore Fund LP
1072. LB VC Partners LP (VC Fund II)
1073. LBAYK
1074. LBREP Lakeside SC Master I, LLC
1075. LBREP/L-SUNCAL MASTER I LLC.
1076. Lehman Brothers Private Equity Funds
1077. Lewtan Technologies, Inc.
1078. LiquidPoint
1079. Los Angeles City Employees' Retirement System
1080. Lyon Capital Ventures
1081. M&B Maher
1082. M. Arthur Gensler Jr and Assoc, Inc.
1083. M. Brian Maher & Basil Maher
1084. Mack-Cali Realty LP
1085. Main Street Natural Gas, Inc.
1086. Mansfield ISD
1087. Marble Care
1088. Margolis Edelstein
1089. Marshall & Ilsley Trust C
1090. Marshall Funds, Inc.
1091. Mclennan County
1092. Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV
         01-1971 DOC
1093. Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare
1094. Michael John Andrew Jervis

1095.  Microsoft Corporation
1096.  Microsoft Licensing
1097.  Midwest Realty Advisors, LLC
1098.  Milano
1099.  Minardi Capital Corp
1100.  Missouri Department Of Revenue, Bankruptcy Unit
1101.  Misys IQ LLC
1102.  Mitsubishi UGJ SEC CO.
1103.  Mizuho Corporate Bank
1104.  Mizuho Corporate Bank LTD
1105.  Monument Realty LLC
1106.  Moody's Investors Service
1107.  Morgan Stanley & Co.
1108.  Motors Insurance Corp.
1109.  MSS Distressed & Opportunities 2
1110.  MSTD, Inc.
1111.  National Australia Bank Limited
1112.  National Bank of Canada
1113.  National Cinemedia, Inc.
1114.  NetApp, Inc.
1115.  Newedge USA, LLC
1116.  Newport Global Advisors LP
1117.  Nomura Holding America Inc.
1118.  Nomura Holdings Inc.
1119.  Normandy Hill Capital, L.P.
1120.  NorthEast
1121.  Northern Ireland Governmental Officers Superannuation Committee
1122.  Northgate Minerals Corporation
1123.  Northrup Grumman
1124.  Novara
1125.  NPD Group Inc.
1126.  NY State Department Of Taxation and Finance
1127.  NYSE Euronext, Inc.
1128.  Occidental Energy Marketing, Inc.
1129.  Och-Ziff
1130.  Office of the U.S. Trustee
1131.  Office of the United States Attorney
1132.  Office of Thrift Supervision
1133.  Office of Thrift Supervision, Northeast Region
1134.  Open Solutions Inc.
1135.  Operating Engineers Local 3 Trust Fund
1136.  Oracle Credit Corporation
1137.  Oversea-Chinese Banking Corp. Ltd.
1138.  Pacific Coast Cap. Partners, LLC
1139.  Pacific Gas & Electric Company Bank of America N.A.

<u>List of Identified Parties</u>
Lehman Brothers Holdings Inc., <u>et al.</u>
Case No. 08-13555

1140.   Panton Fund
1141.   Parsec Corp.
1142.   Parsec Trading Corp.
1143.   Payreel, Inc.
1144.   Pension Benefit Guaranty Corporation
1145.   PJM Interconnection, L.L.C.
1146.   Plumbers and Pipefitters National Pension Fund
1147.   Popolare
1148.   Powerex Corp.
1149.   Providence Equity Partners
1150.   PT Bank Negara Indonesia
1151.   Public Service of North Carolina
1152.   Pursuit Capital Partners Master
1153.   Pursuit Capital Partners Master (Cayman) Ltd.
1154.   Pursuit Opportunity Fund I Master Ltd.
1155.   Pursuit Partners
1156.   R3
1157.   Reliance Globalcom Services, Inc.
1158.   Reliant Energy Power Supply, LLC
1159.   Reliant Energy Services, Inc.
1160.   Rentokil
1161.   Republic Waste
1162.   Residential Funding Company LLC
1163.   River Capital Advisors Inc.
1164.   RMC
1165.   Rockefeller Center Management Corporation
1166.   Rockefeller Center North, Inc.
1167.   Rockefeller Group Development Corporation
1168.   Rock-Forty Ninth LLC, Rockefeller Center et, al.
1169.   Royal Bank of America
1170.   Royal Bank of Scotland
1171.   Russell Investment Group, Inc.
1172.   Shareholders of Novastar Financial, Inc.
1173.   SMBC Capital Markets
1174.   Societe Generale
1175.   Somerset Properties SPE, LLC
1176.   SP4 190 S. Lasalle, L.P.
1177.   Sprint Nextel Corp
1178.   State Street Bank
1179.   Statler Arms Garage LLC
1180.   Steingass
1181.   Steven Anthony Pearson
1182.   Structure Consulting Group, LLC
1183.   Structure Tone Inc.
1184.   SuccessFactors, Inc.

1185.    Sumitomo Mitsui Banking Corp.
1186.    Sumitomo Mitsui Brussels Branch
1187.    Sumitomo Trust & Banking Co., LTD
1188.    Summit Systems, Inc.
1189.    Sun Guard, ET AL.
1190.    Sun Microsystems, Inc.
1191.    Sun Trust Banks, Inc.
1192.    SunGard
1193.    Svenska Handelsbanken AB
1194.    Tangoe, Inc.
1195.    Tarrant County
1196.    Tata American International
1197.    TD Security
1198.    Telecom Italia Capital S.A.
1199.    The Central Puget Sound Regional Transit Authority
1200.    The Chuo Mitsui Trust And Banking Co., Ltd
1201.    The City of Long Beach
1202.    The Informal Noteholder Group
1203.    The Joint Administrators of the Lehman European Group Administration
          Companies
1204.    The Juilliard School
1205.    The Liverpool Limited Partnership
1206.    The TAARP Group, LLP
1207.    The Vanguard Group, Inc.
1208.    The Walt Disney Company / Disney
1209.    Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
1210.    Thomson Reuters Plc & Thomson Reuters Corp.
1211.    ThruPoint, Inc.
1212.    Tiger Asia Fund, L.P.
1213.    Tiger Asia Overseas Fund, Ltd.
1214.    Time Warner
1215.    Tishman Speyer Properties, L.P.
1216.    Toronto-Dominion Bank
1217.    Tradeweb Markets LLC
1218.    Trading Technologies International
1219.    Training the Street, Inc.
1220.    TransCanada Pipelines Limited
1221.    Travelers National Accounts
1222.    Trophy Hunter Investments Ltd.
1223.    True Friend 4th Securitization Specialty Co.
1224.    Turnberry Fund
1225.    Tuxedo Reserve Owner LLC
1226.    Tuxedo TPA Owner LLC
1227.    TW Telecom Inc.
1228.    UBS Financial Services

1229.  UBS Financial Services of Puerto Rico
1230.  UBS International Inc.
1231.  Union Bank Of California, N.A.
1232.  United Bank Of California, N.A.
1233.  United Parcel Service, Inc. / UPS
1234.  US Bank, National Association
1235.  Verizon Communications Inc.
1236.  Vignette Europe Limited
1237.  VITA
1238.  Vollers Excavating & Construstion,Inc
1239.  Wall St Concepts
1240.  Washington Mutual Bank
1241.  Washington Mutual, Inc.
1242.  WCCV
1243.  Wells Fargo & Co.
1244.  Wells Fargo Bank, N.A.
1245.  Wilmington Trust Company
1246.  Wilmington Trust FSB
1247.  WSG Development Co.
1248.  Yildiz Holdings, Inc.
1249.  Deutsche Bank Securities Inc.
1250.  Brookfield Properties One WFC Co. LLC
1251.  Barclays Capital, Inc.
1252.  8 Sound Shore Associates LLC
1253.  Marshall & Ilsley Trust Company, N.A.
1254.  The Bank of Tokyo-Mitsubishi UFJ, Ltd.
1255.  Shinsei Bank Limited
1256.  Dnb Nor Bank Asa
1257.  A-V Services, Inc.
1258.  Computer Financial Consultants Inc.
1259.  AEW Capital Management, LP
1260.  Broadridge Processing Solutions, Inc.
1261.  Bank of America N.A.
1262.  PNMR Services Co.
1263.  EnergyCo, LLC
1264.  Systema
1265.  Swedbank
1266.  UBS Securities LLC
1267.  Lloyds Bank
1268.  Dell Marketing L.P.
1269.  Access Data
1270.  Meridian Company of New York
1271.  First Commercial Bank Co., Ltd. New York Agency

### 16. Affiliations of Outside Directors

1272. Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
1273. America's Development Foundation.
1274. Atlantic Council
1275. Bain & Company, Inc.
1276. Board of Directors of The Posse Foundation, Inc.
1277. Board of Governors of Tel Aviv University treasurer (and former trustee) of The Economic Club of New York
1278. Board of Overseers of the Stern School of Business of New York University
1279. Board of Trustees of New York University
1280. Board of Trustees of the Animal Medical Center
1281. Board of Trustees of the Institute of International Education
1282. Carnegie Institution of Washington
1283. Collexis Holdings, Inc.
1284. Council for Excellence in Government
1285. David Rockefeller Center for Latin American Studies at Harvard University
1286. Ferrari SpA
1287. Folger Library
1288. Harvard Law School
1289. Henry Kaufman & Company
1290. Huntsman Corporation
1291. International Advisory Committee of the Federal Reserve Bank of Nev York
1292. Lehman Brothers Bank, FSB
1293. LPGA
1294. MGM Mirage
1295. Naval Academy Foundation
1296. Office Depot, Inc.
1297. Pew Partnership for Civic Change
1298. President's Council on International Activities — Yale University
1299. Reform
1300. Sony Corporation
1301. Stewart & Stevenson LLC
1302. The Broadway League
1303. The Ryland Group, Inc.
1304. The St. Joe Company
1305. Vail Resorts, Inc.
1306. Vanderbilt University
1307. W.R. Grace & Co
1308. Weight Watchers International, Inc.

**17. Professionals Employed by the Company**

1309.   Akerman Senterfitt
1310.   Allen & Overy LLP
1311.   Alvarez & Marsal
1312.   Andrew & Kurth LLP
1313.   Baker & McKenzie LLP
1314.   Ballard Spahr Anders & Ingersoll, LLP
1315.   Benesch, Fiedlander, Coplan & Arnoff LLP
1316.   Blake Cassels & Graydon LLP
1317.   Bloom Murr & Accomazzo, P.C.
1318.   Brand Law Group, PC
1319.   Burns, White & Hickton
1320.   Cadwalader, Wickersgam & Taft LLP
1321.   Carrington, Coleman, Sloman & Blumenthal, L.L.P.
1322.   Cederquist
1323.   Click & Null, P.C.
1324.   Conway and Mrowiec
1325.   Cox Castle Nicholson
1326.   Davies Ward Phillips & Vineberg
1327.   Dechert LLP
1328.   DLA Piper
1329.   Dorsey & Whitney LLP
1330.   Einstein Malanchuk LLP
1331.   Ernst & Young
1332.   Foster, Graham, Milstein & Calisher, LLP
1333.   Freshfields Bruckhaus Deringer
1334.   Gianni, Origoni Grippo & Partners
1335.   Gibson, Dunn & Crutcher LLP
1336.   Hahn Loeser & Parks LLP
1337.   HBN Law
1338.   Heller Ehrman LLP
1339.   Herbert Smith Ltd.
1340.   Herrick & Feinstein MMOR Consulting
1341.   Hogan & Hartson
1342.   Houses & Allison, APC
1343.   Hunton & Williams LLP
1344.   Jeffer, Mangels, Butler & Marrnaro
1345.   Jones Day
1346.   Kepley Brouscious & Biggs
1347.   Kleyr Grasso Associes
1348.   Kramer Levin Naftalis & Frankel LLP
1349.   Krieg Devault LLP
1350.   L.B. Smithplein 3
1351.   Latham & Watkins, LLP

1352. Lazard
1353. Lewis and Roca LLP
1354. LS Horizon Ltd.
1355. McKee Nelson
1356. McKenna Long & Aldridge LLP
1357. Menter, Rudin & Trivelpiece, P.C.
1358. Mercer Marsh & McLennan Companies
1359. Miller Canfield Paddock Stone
1360. Mitsui Company
1361. MM Arizona Holdings LLC
1362. Morrison & Foerster LLP
1363. NBP Clems
1364. Oh-Ebashi LPC & Partners
1365. Paul, Hastings, Janofsky & Walker LLP
1366. Paul, Weiss, Rifkind, Wharton & Garrison LLP
1367. Pite Duncan
1368. PricewaterhouseCoopers
1369. Prickett Jones & Elliott, P.A.
1370. Reilly Pozner & Connelly LLP
1371. Schulte, Roth, & Zabel LLP
1372. Sidley Austin LLP
1373. Sills Cummis & Gross P.C.
1374. Sills Cummis Epstein & Gross P.C.
1375. Simpson Thacher & Bartlett LLP
1376. Skadden, Arps, Slate, Meagher & Flom LLP
1377. Snell & Wilmer
1378. Sonnenschein Nath & Rosenthal
1379. Squire, Sanders & Dempsey L.L.P.,
1380. Stroock, Stroock & Lavan
1381. Thacher Proffitt & Wood LLP
1382. Tompkins, McGuire, Wachenfeld & Barsy LLP
1383. Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
1384. Weil Gotshal& Mages LLP
1385. White & Case
1386. Willkie Farr & Gallagher LLP
1387. Windels Marx Lane & Mittendorf, LLP
1388. Woodbury & Santiago, P.A.

## 18. Litigation Claimants

1389. Alaska Electrical Pension Fund
1390. Alex E. Rinehart
1391. Annuity Fund
1392. Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
1393. Avenius, et, al. v. Banc of America Securities LLC, et., al.

1394.  Bader and Yakaitis P.S.P. and Trust, et, al. v. Michael L. Ainslie, et. al.
1395.  BHL Capital Partners L.P.
1396.  Breakaway Solutions Inc.
1397.  City of Cleveland, Ohio
1398.  David Trent
1399.  Electronic Trading Group, LLC
1400.  Elizabeth Foster
1401.  First Alliance Mortgage Company Class Action
1402.  Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
1403.  Fogel Capital Management, Inc.
1404.  Forza Capital Management, L.L.C.
1405.  Hugh D. Barton
1406.  In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
1407.  In re Lehman Brothers Holdings, Inc., Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
1408.  In re Mirant Corporation Securities Litigation (class action)
1409.  In re Public Offering Antitrust Litigation (consolidated class action)
1410.  In re Short Sale Antitrust Litigation.
1411.  IPO Class Actions
1412.  J. Bader
1413.  Keith Carpenter
1414.  Keith Cheng
1415.  Locals 302 & 612 of the International Union of Operating Engineers-Employers
1416.  Mark Montag
1417.  Mary Helbeyn
1418.  Oliver Cheng
1419.  Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
1420.  Overstock.com, Inc., et., al. v. Morgan Stanley & Co., Inc., et, al.
1421.  Research Analyst Independence Litigations
1422.  Sentinel Management Group, Inc.
1423.  The Adelphia Recovery Trust
1424.  Wright et al. v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## 19. 100 Largest Holders of Trade Debt (List Filed By Milbank)

1425.  1221 Avenue of the Americas
1426.  125 Broad Street
1427.  1301 Properties Owner L.P.
1428.  1301 Properties Owner L.P.
1429.  2027 Collections Center Drive

1430.  425 Lexington Ave.
1431.  515 South Flower Street
1432.  55 Broadway
1433.  767 Fifth Ave
1434.  77 West Wacker
1435.  Allen & Overy
1436.  Anjarlekar & Associates
1437.  ANZ Banking Group Limited
1438.  Ashurst Morris Crisp
1439.  Australia and New Zealand Banking Group Limited
1440.  Banctec Ltd.
1441.  Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency
1442.  Bank One Plaza
1443.  Bats Trading, Inc.
1444.  Bloomberg Finance L.P.
1445.  Bloomberg L.P.
1446.  Broadridge Securities Processing
1447.  BT Americas, Inc.
1448.  Caldwalader, Wickersham, and Taft
1449.  Canary Warf Management Limited
1450.  CB Richard Ellis Client Account RE Gloa
1451.  CDW Direct LLC
1452.  Centrale Attivita Finanziarie SPA
1453.  Clifford Chance
1454.  Compucenter (UK) Ltd.
1455.  Cushman and Wakefield, Inc.
1456.  Davis Polk and Wardwell
1457.  Dell Marketing L.P.
1458.  Department 0723
1459.  Dept. 7247-6838
1460.  Deutsche Borsche AG
1461.  Dimension Data
1462.  DnB NOR Bank ASA
1463.  Drowst Trading, LLC
1464.  Elyo Services Limited
1465.  Ernst & Young
1466.  Ernst and Young Private Limited
1467.  Fidessa Plc.
1468.  File No. 72497
1469.  First Commercial Bank Co., Ltd, New York Agency
1470.  FT Interactive Data
1471.  Hatfield Philips International Limited
1472.  Haworth Singapore PTE Ltd.
1473.  Henegan Construction Co., Inc.
1474.  Hewlett Packard AP (Hong Kong) Limited

1475.  HSBC Bank
1476.  IBM Corporation
1477.  ICAP Securities Limited 1078. Information Builders Inc. Intuition Publishing
1478.  IPC Information Systems Inc.
1479.  JQ Network PTD Limited 1082. Kim & Chang
1480.  Kingston Communications PLC
1481.  Lancaster Office Cleaning Co.
1482.  Linklaters
1483.  Linklaters, S.L.
1484.  London & European Title Insurance Services Ltd.
1485.  London Borough of Tower Hamlets Rates
1486.  London Eastern Railway Limited
1487.  Mace Limited
1488.  McKee Nelson LLP
1489.  Meridian IT, Inc.
1490.  Microsoft Licensing, GP
1491.  Millennium Developers PVT Ltd.
1492.  Morse Group Limited
1493.  Morse Service Holdings Limited
1494.  National Bank of Australia
1495.  National Commerce bank
1496.  Net One Systems
1497.  Network Appliance
1498.  NYSE Market, Inc.
1499.  Origin HR Consulting Limited
1500.  P.O. Box 60000
1501.  Paul Weiss
1502.  Pricoa Relocation UK Limited
1503.  Reuters America Inc.
1504.  Reuters Ltd.
1505.  Standard & Poors
1506.  Standard and Poors Corp.
1507.  Standard Chartered Bank
1508.  Sungard Securities Finance Inc.
1509.  Sungard Securities Finance Ltd.
1510.  Swapswire Limited
1511.  Taipei Fubon Bank, New York Agency
1512.  Tata Consultancy Services
1513.  The British Land Company PLC
1514.  Thompson Financial
1515.  TIBCO Software, Inc.
1516.  Vertex Mortgage Services
1517.  Virtx
1518.  WIPRO Infotech Enterprise Solutions 1122. YXIME
1519.  ZKB (Zurcher Kantonalbank)

**20. 100 Largest Holders of Trade Debt  (List Filed by Quinn Emanuel)**

1520.   1301 Properties Owner LP
1521.   4 Connections LLC
1522.   A V Services Inc.
1523.   AC Nielsen Company
1524.   Acronis, Inc.
1525.   AFD Contract Furniture Inc.
1526.   Agilysys Nj, Inc.
1527.   Allen. & Overy
1528.   Alpha Office Supplies Inc.
1529.   Aperture Technologies
1530.   Automated Securities Clearance Ltd.
1531.   Ayco Services Agency Inc.
1532.   Bloomberg Finance LP
1533.   Broadridge Securities Processing
1534.   CDW Direct LLC
1535.   CDW Direct LLC
1536.   CHD Meridian Healthcare
1537.   Clayton Fixed Income Services., Inc.
1538.   Compliance Data Center Inc.
1539.   Computer Associates International Inc.
1540.   Computer Associates International Inc.
1541.   Computer Financial Consultants, Inc.
1542.   Cushman & Wakefield Inc.
1543.   Cyveillance
1544.   DBRS Inc.
1545.   DBRS, Inc.
1546.   Dell Marketing LP.
1547.   DGWB, Inc.
1548.   Dimension Data
1549.   Diversified Global Graphics Group DG3
1550.   Emil Werr
1551.   Enterprise Solution Providers Inc.
1552.   Ernst & Young LLP
1553.   EXLservice Holdings Inc.
1554.   FTInteractive Data
1555.   Gartner Group Inc,
1556.   Gotham Technology Group
1557.   Greenline Financial Technologies Inc.
1558.   Hanover Moving & Storage Co Inc.
1559.   Headstrong Services, LLC
1560.   Hewlett Packard Company

1561.  IBM Corporation
1562.  Ikon Office Solutions Inc.
1563.  ILOG Inc.
1564.  Inconit Corporation.
1565.  Information Builders Inc.
1566.  Infusion Development Corp
1567.  Integreon Managed Solutions
1568.  Interactive Data Corp.
1569.  Intuition Publishing Inc.
1570.  Iron Mountain Digital Archives
1571.  Iron Mountain Records Management
1572.  Kepner Tregoe Inc.
1573.  Key Systems
1574.  KPMG, LLP
1575.  Lexis-Nexis
1576.  Liquid Engines, Inc.
1577.  Logical Information Machines
1578.  Mellon Analytical Solutions
1579.  Meridian IT, Inc.
1580.  Michael Stapleton Associates
1581.  Microsoft Corporation
1582.  Network Appliance Inc.
1583.  Nishimura & Partners
1584.  Northrop Grunman
1585.  Polaris Software Lab (India), Ltd.
1586.  Quest Software Inc.
1587.  Rainmaker Group LLC
1588.  Restaurant Associates
1589.  Rittal Corporation
1590.  Rockefeller Center North, Inc.
1591.  Rolfe & Nolan Systems Inc.
1592.  RR Donnelley Receivables Inc.
1593.  SAS Institute Inc
1594.  Sharon Land Company, LLC
1595.  SOS Security Inc.
1596.  Standard Register
1597.  Storage Technology Corp
1598.  Structure Group
1599.  Sungard Securities Finance Inc
1600.  Swets Information Services Inc.
1601.  Tac Americas, Inc.
1602.  The Bank Of New York
1603.  Thomson Financial
1604.  Tibco Software, Inc.
1605.  Transaction Network Services

    1606.   Trilogy Leasing Co. LLC
    1607.   Trimont Real Estate Advisors Inc.
    1608.   Triple Point Technology, Inc.
    1609.   Verrazano Consulting Solutions, LLC
    1610.   Video Corporation Of America
    1611.   Wipro Technologies
    1612.   Wombat Financial Software, Inc.

## 21. Professionals Retained by Significant Creditor Groups

    1613.   Akin Gump Strauss Hauer & Feld LLP
    1614.   FTI Consulting, Inc.
    1615.   Houlihan Lokey Howard & Zukin Capital, Inc.
    1616.   Milbank, Tweed, Hadley & McCloy LLP
    1617.   Munsch Hardt Kopf & Harr, P.C.
    1618.   The Wilson Law Firm, P.C.
    1619.   Quinn Emanuel Urquhart Oliver and Hedges LLP

## 22. Utilities

    1620.   AT&T
    1621.   Cleveland Division of Water
    1622.   Cleveland Public Power
    1623.   ComEd
    1624.   Con Edison
    1625.   Dominion
    1626.   Illuminating
    1627.   Interstate Gas
    1628.   NEORSD
    1629.   NSTAR Electric
    1630.   NYC Water Board
    1631.   Sempra Energy Solutions
    1632.   The Hess Corporation
    1633.   Time Warner

## 23. Competitors

    1634.   Bank of America Securities LLC
    1635.   Barclays Capital Inc.
    1636.   BNP Paribas Securities Corp.
    1637.   Cantor Fitzgerald & Co.
    1638.   Citigroup Global Markets Inc.
    1639.   Credit Suisse Securities (USA) LLC
    1640.   Daiwa Securities America Inc.
    1641.   Deutsche Bank Securities Inc.

1642.  Dresdner Kleinwort Securities LLC Goldman, Sachs & Co.
1643.  Greenwich Capital Markets, Inc.
1644.  HSBC Securities (USA) Inc.
1645.  J.P. Morgan Securities Inc.
1646.  Merrill Lynch Governmental Securities Inc.
1647.  Mizuho Securities USA Inc.
1648.  Morgan Stanley & Co., Incorporated
1649.  UBS Securities LLC

## 24. Strategic Partners

1650.  Barclays Capital, Inc.

## 25. Committee Members

*Present*

1651.  Metlife
1652.  Mizuho Corporate Bank, Ltd.
1653.  Shinsei Bank, Limited
1654.  The Bank of NY Mellon
1655.  Wilmington Trust Company
1656.  The Vanguard Group Inc.
1657.  Aegon USA Investment Management

*Former*

1658.  RR Donnelley & Sons
1659.  The Royal Bank of Scotland, plc

## 26. Additional Entities Searched by Quinn Emanuel

1660.  555 Owners LLC
1661.  AboveNet Communications Inc.
1662.  Account Temps
1663.  Aegon USA Investment Management
1664.  AIG Financial Products Corp,.
1665.  Alverez & Marsal
1666.  Amber Capital investment Management
1667.  Anthony Victor Lomas
1668.  AT&T
1669.  Australia National .Bank
1670.  Automated Securities Clearance LLC
1671.  Automobile Club Insurance Association
1672.  Avaya Inc.

<u>List of Identified Parties</u>
Lehman Brothers Holdings Inc., <u>et al.</u>
Case No. 08-13555

1673.   Bay Harbour Management LC
1674.   Bay Harbour Master ltd.
1675.   Best Karpet
1676.   BHCO Master Ltd.
1677.   Capgomini Financial Services USA, INC
1678.   Chicago Board Options Exchange, Incorporated
1679.   Cisco Systems Capital Corporation Cisco Systems, Inc. / Cisco
1680.   Community Trust Bancorp Inc.
1681.   CorrectNet, Inc.
1682.   Dan Yoram Schwarzmann
1683.   DCI Umbrella Fund PLC
1684.   Demann
1685.   Diversified Credit Investments LLC as agent for the Government of Singapore
        Investment
1686.   Division Water
1687.   Dun & Bradstreet
1688.   Elliott Associates, L.P.
1689.   Elliott International L.P.
1690.   Embarcadero Aircraft Securitizadon Trust
1691.   EMC Corporation
1692.   Engineers-Employers Construction Industry Retirement Trust/Saginaw Police &
        Fire Pension Board
1693.   Federal Home Loan
1694.   Friedman, Billings Ramsey & Group Inc.
1695.   FX Alliance, LLC
1696.   FTI Consulting
1697.   Garber, Staeihr, Locals 302 & 612 of the International Union of Operating
1698.   GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial
        Services
1699.   GM Canada Foreign Trust
1700.   GMAM Investment Funds Trust
1701.   Harbinger Capital Partners Master Fund I, Ltd.
1702.   Hilliard Farber & Co., Inc.
1703.   Houlihan Lokev
1704.   Hughes Hubbard
1705.   ICAP North America Inc.
1706.   IGS
1707.   Illuminating
1708.   Institutional Benchmarks
1709.   Interface Cable Assemblies and Services Corp. aka ICAS
1710.   IntraLinks, Inc.
1711.   Iris Software, Inc.
1712.   James W. Giddens
1713.   Jarden Corporation
1714.   Keane Inc.

1715.   Lazard
1716.   LBAYK
1717.   LBREP Lakeside SC Master I LLC
1718.   LBREP/L-SUNCAL MASTER I LLC
1719.   Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
1720.   Lehman Brothers First Trust Income Opportunity Fund Inc.
1721.   Lehman Brothers High Yield Bond Fund LLC
1722.   Lehman Brothers Income Funds For Lehman .Brothers High Income Bond Funds
1723.   Lehman Brothers income Funds For Lehman Brothers Strategic Income Fund
1724.   Lehman Brothers Merchant Banking Partners IV LP
1725.   Lewtan Technologies, Inc.
1726.   LiquidPoint
1727.   LosAngcles City Employees' Refirrerent System
1728.   M. Brian Maher & Basil Maher
1729.   Main Street Natural Gas, Inc.
1730.   Marble Care
1731.   Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare
1732.   Michael John Andrew Jervis
1733.   Midwest Realty Advisors, LLC
1734.   Mirant Corporation
1735.   Misys IQ, LLC
1736.   Motors Insurance Corp,
1737.   MSS Distressed & Opportunites 2
1738.   MSTD, Inc.
1739.   Neuberger Berman Advisers Management Trust For Lehman Brothers High Income Bond Fund
1740.   Neuberger Berman Income Opportunity Fund Inc.
1741.   North-East
1742.   NPD Group Inc.
1743.   NYSE Euronext, Inc.
1744.   Overstock.com, Inc.
1745.   Plumbers and Pipefitters National Pension Fund
1746.   R3
1747.   Reliance Globalcom Services, Inc.
1748.   Rentokil
1749.   Republic Waste
1750.   RMC
1751.   Rooketaer Center Management Corporation
1752.   Rockefeller Group Development Corporation
1753.   Shareholders of Novastar Financial, Inc.
1754.   Sky Power Corporation
1755.   Statler Arms Garage LLC
1756.   Statler Arms Garage LLC
1757.   Steingass
1758.   Steven Anthony Pearson

1759.  Structure Consulting Group, LLC
1760.  Structure Tone Inc.
1761.  SuccessFactors, Inc.
1762.  Summit Systems, Inc.
1763.  Sun Microsystems, Inc.
1764.  SunGard
1765.  SunGard Asset Management Systems LLC
1766.  SunGand Availability Services LP
1767.  SunGard Business Integration Ltd.
1768.  SunGard Expert Solutions LLC
1769.  SunGard Institutional Brokerage Inc.
1770.  SunGard Investment Systems LLC
1771.  TD Security
1772.  The Joint Administrators of the Lehman European Group Administration
        Companies
1773.  The Liverpool Limited Partnership
1774.  The Walt Disney Company / Disney
1775.  ThruPoint, Inc.
1776.  Time Warner
1777.  Tradeweb Markets LLC
1778.  Training the Street, Inc.
1779.  TransCanada Pipelines Limited
1780.  Trophy Hunter Investments Ltd.
1781.  United Parcel Service, Inc. / UPS
1782.  Verizon Communications Inc.
1783.  WCCV
1784.  Weil Gotshal & Manges LLP

## 27.  Additional Entities Identified by Milbank (February 2009)

1785.  Aberdeen Asset Management Inc.
1786.  AON Consulting
1787.  Banif-Banco
1788.  Banque Privee Saint Dominique
1789.  Blackrock Financial Management
1790.  BRE Bank S.A.
1791.  Calyon
1792.  Carlos Manalac
1793.  Carlton Comm Ltd.
1794.  Carlton Willard
1795.  Carmignac Gestion
1796.  CharterMae Mortgage Capital Corporation
1797.  Dexia Belgique
1798.  Dexia Deutschland
1799.  Dexia Local

1800.   Dexia Luxemburg
1801.   Dubai International Capital LLC
1802.   Etihad Airways
1803.   Evergreen, Et. Al
1804.   EXUM RIDGE CBO 2006-1
1805.   Frenkel of New Jersey, Inc.
1806.   HSBC Realty Credit
1807.   Instituto de Credito Oficial
1808.   Pebble Creek LCDO 2007-3
1809.   Pietro Ferrero
1810.   SBA Comm
1811.   SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
1812.   Singapore Airlines
1813.   South Mississippi Power Association
1814.   Stan Mehaffey
1815.   State Board of Administration of Florida
1816.   Taipei Fubon Commercial Bank Co.
1817.   Tennessee Department of Revenue
1818.   The Hotchkiss School
1819.   The Kiyo Bank
1820.   The Kyoei Fire and Marine Insurance Company Ltd.
1821.   Thomas Cook AG
1822.   Total Gas & Power Limited
1823.   WestLB AG, New York Branch
1824.   White Marlin CDO 2007-1

## 28.   Additional Entities Identified by Weil Gotshal (February 2009)

1825.   A.M. McGregor Home
1826.   Aaron Guth
1827.   AG First Farm Credit Bank
1828.   Aida Sarmast
1829.   AIG CDS, Inc.
1830.   AIM Advisors
1831.   Aircraft Finance Trust
1832.   Airlie CDO I
1833.   AIRLIE LCDO (AVIV LCDO 2006-3)
1834.   AIRLIE LCDO (Pebble Creek 2007-1)
1835.   American Express
1836.   American National Insurance Company
1837.   Andrew Fischtal
1838.   Andrew Yeung
1839.   Andrews & Kurth LLP
1840.   Anita Bryant
1841.   Ann Cairns

1842. Appleby Global
1843. Asbury Atlantic
1844. Asbury-Solomons
1845. Asset Backed Management Corp.
1846. Asurion Corporation
1847. AVIV LCDO 2006-1
1848. AVIV LCDO 2006-2
1849. Banca Italease S.p.A.
1850. Bank of Nova Scotia
1851. Bar & Karrer AG
1852. Bayview Financial, L.P.
1853. Bayview Opportunity Master Fund, L.P.
1854. Bedell Cristin
1855. Berkman Wechsler Bloom & Co., Law Offices
1856. Bortstein Legal LLC
1857. Bracewell & Giulliani LLP
1858. Bremer Financial Corporation
1859. BRM Group, Ltd.
1860. Brownstein Hyatt Farber Schreck, LLP
1861. Bryant University
1862. Bulboaca & Associatii
1863. Calyon Securities
1864. Canadian National Resources Limited
1865. Canary Wharf Management Limited
1866. Capital Automotive L.P.
1867. Carlos Manala
1868. Carlton Communications Ltd.
1869. Carolina First Bank
1870. Cassels Brock & Blackwell LLP
1871. Cheung Kong Bond Finance Limited
1872. Chevron U.S.A. Inc.
1873. Chicago Mercantile Exchange
1874. Chiomenti Studio Legale
1875. Christine Searl
1876. City of Milwaukee, Wisconsin
1877. Clearwater Capital Partners
1878. Coast Electric Power Association
1879. Cognizant Technology Solutions
1880. Continental Airlines, Inc.
1881. Cura Fixed Fund
1882. Curtis, Mallet-Prevost, Colt & Mosle LLP
1883. Daniel Ehrmann
1884. Darryl Steinberg
1885. Davis & Gilbert LLP
1886. DBSI Housing, Inc.

1887. DCFS Trust
1888. De Brauw Blackstone Westbroek
1889. Declan Kelly
1890. Deer Park Road Corporation
1891. Deere & Company
1892. Delaware River Port Authority
1893. Denise Troise
1894. Deutsche Bank National Trust Company
1895. Deutsche Bank Trust Company Americas
1896. Dewey Ballantine LLP/Dewey LeBouf LLP
1897. Dexia Bank Internationale a Luxembourg SA
1898. Dexia Banque Belgique SA
1899. Dexia Credit Local, Dexia Kommunalbank Deutschland AG
1900. Duff and Phelps
1901. Dynergy Power Marketing, Inc.
1902. E. Todd Whittemore
1903. E-Capital Profits Limited
1904. Electrabel
1905. Electricite de France
1906. Elliot International L.P.
1907. Emigrant Bank
1908. Energy America LLC
1909. Enterprise Products Operating, LLC
1910. EPCO Holdings, Inc.
1911. Evergreen Law Group
1912. Evergreen Solar, Inc.
1913. EXUM RIDGE CBO 2006-2
1914. EXUM RIDGE CBO 2006-4
1915. EXUM RIDGE CBO 2006-5
1916. EXUM RIDGE CBO 2007-1
1917. EXUM RIDGE CBO 2007-2
1918. Federal Home Loan Bank of Dallas
1919. Financial Solutions Partners, LLC
1920. FirstBank of Puerto Rico
1921. Florida Power & Light Company
1922. FPL Energy Power Marketing, Inc.
1923. Fragomen, Del Rey, Bernsen & Loewy, LLP
1924. Francine Kittredge
1925. Franklin American Mortgage Company
1926. Franklin Lincoln National Corporation
1927. Frazee, LLC
1928. Fried Frank
1929. Fubon Insurance Co.
1930. Fubon Securities Co.
1931. Fulbright & Jaworski L.L.P.

1932.  Fulton Bank
1933.  Fusion Funding Limited
1934.  Fusion Funding Luxembourg, S.A.R.L.
1935.  Gaston Christian School, Inc.
1936.  GE Corporate Financial Services, Inc.
1937.  Georgetown University
1938.  Gerald Pietroforte
1939.  German Association of Savings Banks
1940.  Gesconsult S.A. SG LLC
1941.  GmbH
1942.  Goldman Sachs & Co.
1943.  Goldman Sachs Credit Partners
1944.  Gwen J. Zeisler
1945.  Halbis Distressed Opportunity Master Fund Ltd.
1946.  Hank's Living Trust
1947.  HarbourView CDO III, Limited
1948.  Hellman & Friedman
1949.  Herbert Smith CIS LLP
1950.  HFF I, LLC
1951.  Hope Greenfield
1952.  Houser & Allison, APC
1953.  HSBC Realty Credit
1954.  Hunter Financial Group, LLC
1955.  Iconix Brand Group, Inc.
1956.  Infospace Inc.
1957.  Instituto de Credito Oficial
1958.  Internal Revenue Service
1959.  Intersil Corporation
1960.  Italease Finance S.p.A.
1961.  J. Aron & Company
1962.  JA Solar Holdings Co., LTD.
1963.  James Brogan
1964.  Jeffrey A. Welikson
1965.  Jeffrey Fitts
1966.  Jeffry Ciongoli
1967.  Joanne Chormanski
1968.  John M. Skoba
1969.  John Suckow
1970.  Jonathan Harris
1971.  Joseph Cordaro, Assistant U.S. Attorney, SDNY
1972.  Kahrl Roberts & Wutcher LLP
1973.  Karen B. Corrigan
1974.  Kellerhals Hess
1975.  Klavins & Slaidins
1976.  LAHDE Capital Management

1977.   Lana Franks
1978.   LB 3 GmbH
1979.   LB Rose Ranch LLC
1980.   LBREP /L-Suncal Master I LLC
1981.   Lexington Insurance Company
1982.   Lincoln Variable Insurance
1983.   Lincore Limited
1984.   Linda Klang
1985.   Linden Advisors LP
1986.   Linn Energy, LLC
1987.   Lloyds TSB Bank plc
1988.   Locke Lord Bissell & Liddell LLP
1989.   Luboja & Thau, LLP
1990.   Madeline L. Shapiro
1991.   Malaysian Airline System
1992.   Maples and Calder (Cayman Office)
1993.   Martha Solinger
1994.   Martin Winter
1995.   Massachusetts Water Resources Authority
1996.   MEG Energy Corp.
1997.   Meitar, Liquornik, Geva & Leshem Brandwein
1998.   Metavante Corporation
1999.   Metropolitan Transit Authority
2000.   Millennium Automotive Group
2001.   Minnesota State Board of Investment
2002.   Miron Berenshteyn
2003.   Mitsubishi UFJ, Ltd.
2004.   MMOR Consulting
2005.   Momo-o, Matsuo & Namba
2006.   Motors Insurance Corp 361. MP Bank HF
2007.   Nasdaq OMX
2008.   Natixis Environment & Infrastructures
2009.   NautaDutilh N.V.
2010.   Neill Poole
2011.   New Jersey Housing and Mortgage Finance Agency
2012.   New South Federal Savings Bank
2013.   Northcrest, Inc.
2014.   Occidental Power Services, Inc.
2015.   Ogier
2016.   OHP Opportunity Limited Partnership
2017.   Oklahoma Municipal Power Authority
2018.   One William Street Capital Management, L.P.
2019.   Osterreichische
2020.   Pacific Life Insurance Company
2021.   Pamela Tibbetts

2022.  Pebble Creek LCDO 2006-1
2023.  Pebble Creek LCDO 2007, LLC
2024.  Pekin & Pekin
2025.  Penn Convention Center Authority
2026.  Pentwater Capital Management, LP
2027.  Peter J. and Mary Jane Dapuzzo
2028.  Pietro Ferrero
2029.  Portfolio Green German CMBS GMBH
2030.  Profunds Advisors LLC 424.
2031.  Pyrrhuloxia, LP
2032.  QVT Financial LP
2033.  Raja & Tann
2034.  Region Marche
2035.  Regions Bank
2036.  Reynolds American Defined Benefit Master Trust
2037.  Richards, Layton & Finger, P.A.
2038.  Rizal Commercial Banking Corporation
2039.  Robert J. Leist
2040.  Robert Teller
2041.  Ronn A. Pisapia
2042.  RWE
2043.  Rye Select Broad Market Portfolio Limited
2044.  Rye Select Broad Market XL Portfolio Limited
2045.  SABMi11er Plc
2046.  Saint Joseph's University
2047.  Salem Five Cents Savings Bank
2048.  Salvatore Barbuzza
2049.  Securities Investor Protection Corporation
2050.  Shawnda D. Merriman
2051.  Simpson Meadows
2052.  Smith Dollar
2053.  Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
2054.  Southern California Edison Company
2055.  Southern Community Financial Corporation, Southern Community Bank and
        Trust
2056.  Stamford Associates L.P.
2057.  Stamford Law Corporation
2058.  Standard Credit Group LLC
2059.  State of Michigan, Department of Treasury
2060.  Stephen N. Hurley
2061.  Structured Asset Securities Corporation
2062.  SunGard Availability Services LP
2063.  Templeton Global
2064.  TFS (Germany)
2065.  TFS (TX)

2066. TFS Derivatives Corporation
2067. TFS Derivatives Total
2068. TFS Oil
2069. TFS Oil Floor
2070. TFS PWR NG
2071. TFS Sing
2072. TFS UK
2073. TFS UK Cleared
2074. TFS-ICAP
2075. The Options Clearing Corporation
2076. The Provisional French Administrator to Banque Lehman Brothers SA
2077. Thomas Hommel
2078. Tobacco Settlement Financing Corporation
2079. Tozzini Freire Advogados
2080. TPG-Austin Portfolio Holdings LLC
2081. Tradition (North America) Inc.
2082. Tradition Asiel Securities Inc.
2083. Tradition Services S.A. DE C.V. Mex
2084. Tullett Prebon Holdings Corporation
2085. University of Pittsburgh
2086. US AG Bank
2087. US Securities and Exchange Commission
2088. VBS Investment Bank
2089. Verde CDO Ltd.
2090. Verde CDO, LLC
2091. Wachovia Bank
2092. Wachovia Securities Ltd.
2093. Wellmont Health System
2094. Wendy M. Uvino
2095. West Corporation
2096. William Fox
2097. William Gordon
2098. William Olshan
2099. Woodbury & Santiago, P.A. Deloitte & Touch USA LLP
2100. Yvonne Stich