UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                            :
                        Debtors.            :   (Jointly Administered)
                                            :
                                            :
-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT
### OF MICHAEL SALVADORE, JR. ON BEHALF OF
### SALVADORE AUCTIONS & APPRAISALS, INC.

STATE OF RHODE ISLAND    )
                         )
COUNTY OF KENT, ss.      )

Michael Salvadore, Jr., being duly sworn, upon his oath, deposes and says:

1.  I am President of Salvadore Auctions & Appraisals, Inc., located at Pawtucket Industrial Park, 100 Bellows Street, Warwick, Kent County, Rhode Island (the "Firm").

2.  Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide auctioneer, appraisal and related services to the Debtors, and the Firm has consented to provide such services.

3.  I submit this Affidavit in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals

utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. §101 et seq.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $1,435.92 for prepetition services. However, the Firm will agree to waive its prepetition claim to this amount upon the Court's approval of its nunc pro tunc appointment as an Ordinary Course Professional.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
Michael Salvadore, Jr.

Subscribed and sworn to me this 29 day of
June 2009.

Judith M. Salvadore
Notary Public
Commission expires 1-24-2013

---

[1] If necessary.

# EXHIBIT B

(Retention Questionnaire)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
            Debtors.                                              :    (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

>   Weil, Gotshal & Manges LLP
>   767 Fifth Avenue
>   New York, New York 10153
>   Attn:   Jennifer Sapp
>           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

  1.  Name and address of firm:

      Salvadore Auctions & Appraisals, Inc.

      Pawtucket Industrial Park

      100 Bellow Street

      Warwick, RI 02888

2. Date of retention: _____

3. Type of services provided (accounting, legal, etc.): <u>Auctioneer, appraisal and related services</u>

4. Brief description of services to be provided:
<u>Auctioneer, appraisal and related services and expenses</u>

5. Arrangements for compensation (hourly, contingent, etc.)
_____

   (a) Average hourly rate (if applicable):
   _____

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):
   _____

6. Prepetition claims against the Debtors held by the firm:
   Amount of claim:    <u>$1,435.92</u>
   Date claim arose:   <u>September 13, 2009</u>
   Source of Claim:    <u>Advertising expense</u>

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:
   Name: <u>N/A</u>
   Status: <u>N/A</u>
   Amount of Claim: <u>N/A</u>
   Date claim arose: <u>N/A</u>
   Source of claim: <u>N/A</u>

8.    Stock of the Debtors currently held by the firm:

       Kind of shares: _____

       No. of shares: _____

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

       Name: _____

       Status: _____

       _____

       Kind of shares: _____

       No. of shares: _____

10.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

       <u>None</u>

11.   Name of individual completing this form:

       <u>Michael Salvadore, Jr.</u>