UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:
Debtors.            :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**BRIDGE ORDER EXTENDING THE EXCLUSIVE PERIODS WITHIN WHICH
DEBTORS MAY FILE CHAPTER 11 PLANS AND SOLICIT ACCEPTANCES
THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion") by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") dated July 1, 2009, to extend the exclusive period within which the Debtors may file chapter 11 plans (the "Plan Period") and the exclusive period within which the Debtors may solicit acceptances thereof (the "Solicitation Period," and together with the Plan Period, the "Exclusive Periods") through and including March 15, 2010 and May 17, 2010, respectively, all as more fully described in the Motion; and the next scheduled omnibus hearing is to be held on July 15, 2009, which is after the date the current Plan Period expires; and the Court having determined that it is appropriate to enlarge the Exclusive Periods until such time as the Court considers and enters an order determining the Motion, it is hereby

2

ORDERED that the Exclusive Periods are extended until such time as the Court has entered an order determining the Motion.

Dated: New York, New York
      July 1, 2009

                                        *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE