# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et. al., | Case Nos. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtor. | **Related Docket Nos. 4237 & 4238** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                            ) SS
COUNTY OF NEW CASTLE  )

Daniel M. Silver, being duly sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by McCarter & English, LLP, 405 N. King Street, Wilmington, DE 19801.

2. On June 29, 2009, I caused to be served copies of the following documents on the persons set forth on the June 5, 2009 version of the Rule 2002 Service List;

- **Notice of Hearing Of Occidental Energy Marketing, Inc., And Occidental Power Services, Inc. To Effectuate Setoff And Settle Outstanding Derivative Contracts And For Related Relief ; (Filed June 29, 2009) [Docket No. 4237] ; and**

- **Motion Of Occidental Energy Marketing, Inc., And Occidental Power Services, Inc. To Effectuate Setoff And Settle Outstanding Derivative Contracts And For Related Relief ; (Filed June 29, 2009) [Docket No. 4238] .**

ME1 8759048v.1

3.  I caused such service to be made by instructing a vendor to enclose true copies of the aforementioned documents into properly addressed envelopes and caused them to be sent by first class mail.

4.  I also caused such service to be made on the parties and in the manner set forth on the attached Service List.

_____
Daniel M. Silver

SWORN TO AND SUBSCRIBED before me this 2nd day of July, 2009.

_____
Notary Public

ADMITTED TO DELAWARE BAR 12/10/04
ATTORNEY
JOHN H. TAYLOR, III
NOTARY
UNIFORM LAW ON NOTARIAL ACTS
PURSUANT TO 29 DEL. C. SEC 4323 (3)

ME1 8759048v.1

# SERVICE LIST

### HAND DELIVERY (Received on July 1, 2009)
Paul Schwartzberg
Brain Masumoto
Linda Rifkind
Tracy Hope Davis
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

### E-MAIL (Sent on June 30, 2009)

*(Counsel to Debtors)*
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
**Weil Gotshal & Manges LLP**
richard.krasnow@weil.com
lori.fife@weil.com
shai.waisman@weil.com
jacqueline.marcus@weil.com

*(Counsel to the Official Committee of Unsecured Creditors )*
Dennis F. Dunne, Esq.
Wilbur F. Foster, Jr., Esq.
Evan R. Fleck, Esq.
Dennis C. O'Donnell, Esq.
Paul S. Aronzon, Esq.
Gregory A. Bray, Esq.
**Milbank, Tweed, Hadley & McCloy LLP**
DDunne@milbank.com
WFoster@milbank.com
EFleck@milbank.com
DODonnell@milbank.com
PAronzon@milbank.com
GBray@milbank.com

*(Counsel to Trustee for the SIPA Liquidation of Lehman Brothers Inc.)*
James W. Giddens, Esq.
James B. Kobak, Jr., Esq.
Christopher K. Kiplok, Esq.
**Hughes Hubbard & Reed LLP**
giddens@hugheshubbard.com
kobak@hugheshubbard.com
kiplok@hugheshubbard.com

ME1 8759048v.1