| Matter | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| **WSG Development/Las Vegas Property 303694/965** | | | | |
| | Rossi, Robert A. | 525 | 1.00 | 525.00 |
| | Shea, Edward E. | 525 | 0.70 | 367.50 |
| | Glanz, David L. | 495 | 3.90 | 1930.50 |
| | **Total Services** | | **5.60** | **$2,823.00** |
| **IBM Building 303694/1170** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 0.50 | 247.50 |
| | **Total Services** | | **0.50** | **$247.50** |
| **Carillon Modifications - 303694/2044** | Attorney | Rate | Hours | Value |
| | Stein, Clifford | 450 | 16.00 | 9450.00 |
| | Rossi, Robert A. | 525 | 18.00 | 7200.00 |
| | Goldsmith, Paul | 195 | 2.00 | 390.00 |
| | Agnello, Michele | 185 | 3.80 | 703.00 |
| | Banahan, Thomas A. | 495 | 9.00 | 4455.00 |
| | **Total Services** | | **48.80** | **$22,198.00** |
| **Amendment to Midtown Memphis Loan Agreement - 303694/2073** | Attorney | Rate | Hours | Value |
| | Glanz, David. L | 495 | 10.20 | 5049.00 |
| | **Total Services** | | **10.20** | **$5,049.00** |
| **RFR-Riande Hotel - 303694/2077** | Attorney | Rate | Hours | Value |
| | Thomas, James. J | 700 | 0.50 | 350.00 |
| | Banahan, Thomas A. | 495 | 0.80 | 396.00 |
| | **Total Services** | | **1.30** | **$746.00** |
| **350 West Broadway Construction Loan 303694/2088** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 2.10 | 1039.50 |
| | Thomas James. J | 700 | 0.50 | 350.00 |
| | **Total Services** | | **2.60** | **$1,389.50** |
| **Bankruptcy - 303694/2179** | Attorney | Rate | Hours | Value |
| | Simpson, Charles E. | 790 | 3.30 | 2607.00 |
| | Rossi, Robert A. | 525 | 4.50 | 2362.50 |
| | Thomas, James J. | 700 | 3.00 | 2100.00 |
| | Etheridge, Derek | 315 | 17.40 | 5481.00 |
| | **Total Services** | | **28.20** | **$12,550.50** |
| **Monument Issues - 303694/2181** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 3.50 | 1837.50 |
| | Bindler, Deborah H. | 425 | 0.20 | 85.00 |

{10515579:1}

| **Monument Issues - 303694/2181** | **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|---|
| | Zoffinger, Richard | 350 | 9.40 | 3290.00 |
| | Longo, Kim M. | 350 | 15.20 | 5320.00 |
| | Landzberg, Alan | 490 | 2.20 | 1078.00 |
| | Solomon, Joel L. | 225 | 0.30 | 67.50 |
| | Cook Jr., Wayne S. | 410 | 11.00 | 4510.00 |
| | **Total Services** | | **41.80** | **$16,188.00** |
| **Moonlight Basin Enforcement - 303694/2184** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Cook Jr., Wayne S. | 410 | 5.70 | 2337.00 |
| | **Total Services** | | **5.70** | **$2,337.00** |
| **Hudson Yards Enforcement - 303694/2185** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Banahan, Thomas A. | 495 | 6.00 | 2970.00 |
| | Slama, Mark A. | 440 | 0.40 | 176.00 |
| | **Total Services** | | **6.40** | **$3,146.00** |
| **Island Global Yachting - 303694/2186** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Rossi, Robert A. | 525 | 0.50 | 262.50 |
| | Zoffinger, Richard | 350 | 5.20 | 1820.00 |
| | **Total Services** | | **5.70** | **$2,082.50** |
| **Scout Issues - 303694/2187** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Longo, Kim M. | 350 | 1.60 | 560.00 |
| | **Total Services** | | **1.60** | **$560.00** |
| **Storage Deluxe - 303694/2190** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Banahan, Thomas A. | 495 | 1.60 | 792.00 |
| | **Total Services** | | **1.60** | **$792.00** |
| **25/45 Broad Street - 303694/2192** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Stevinson, Douglas A. | 340 | 0.20 | 68.00 |
| | Banahan, Thomas A. | 495 | 5.90 | 2920.50 |
| | Hudson, Michael | 175 | 7.50 | 1312.50 |
| | Slama, Mark A. | 440 | 29.30 | 12892.00 |
| | Thomas, James J. | 700 | 3.00 | 2100.00 |
| | Dubiago, Lana | 170 | 8.20 | 1394.00 |
| | Mizrahi, Samuel | 365 | 73.10 | 26681.50 |

{10515579:1}

| | Attorney | Rate | Hours | Value |
|---|---|---|---|---|
| **25/45 Broad Street - 303694/2192** | | | | |
| | Total Services | | 127.20 | $47,368.50 |
| **RFR Continental Bayside Hotel - 303694/2193** | Attorney | Rate | Hours | Value |
| | Banahan, Thomas A. | 495 | 2.90 | 1435.50 |
| | Thomas, James J. | 700 | 0.80 | 560.00 |
| | Total Services | | 3.70 | $1995.50 |
| **Paradise Hotel - 303694/2194** | Attorney | Rate | Hours | Value |
| | Bindler, Deborah H. | 425 | 0.20 | 85.00 |
| | Cote, Anna | 235 | 1.10 | 258.50 |
| | Cook Jr., Wayne S. | 410 | 4.00 | 1640.00 |
| | Total Services | | 5.30 | $1983.50 |
| **215 Brazilian Avenue Enforcement - 303694/2196** | Attorney | Rate | Hours | Value |
| | Thomas James. J | 700 | 0.50 | 350.00 |
| | Banahan, Thomas A. | 495 | 2.00 | 990.00 |
| | Total Services | | 2.50 | $1,340.00 |
| **Preston Partners Issues - 303694/2197** | Attorney | Rate | Hours | Value |
| | Thomas, James. J | 700 | 2.10 | 1470.00 |
| | Cote, Anna | 235 | 2.00 | 470.00 |
| | Glanz, David L. | 495 | 0.90 | 445.50 |
| | Agnello, Michele | 185 | 0.10 | 18.50 |
| | Total Services | | 5.10 | $2,403.50 |
| **Emerald Dunes Workout- 303694/2199** | Attorney | Rate | Hours | Value |
| | Rossi, Robert A. | 525 | 1.80 | 945.00 |
| | Zoffinger, Richard | 350 | 3.50 | 1225.00 |
| | Total Services | | 5.30 | $2m170.00 |
| **Northgate Foreclosure - 303694/2203** | Attorney | Rate | Hours | Value |
| | Cook Jr., Wayne S. | 410 | 2.60 | 1066.00 |
| | Total Services | | 2.60 | $1,066.00 |

{10515579:1}

| **Lyon Issues – 303694/2205** | **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|---|
| | Robert A. Rossi | 525 | 20.60 | 10815.00 |
| | Foote, Carrie E. | 350 | 42.80 | 14980.00 |
| | Longo, Kim M. | 350 | 2.00 | 700.00 |
| | Cook Jr., Wayne S. | 410 | 9.90 | 4,059.00 |
| | Goldsmith, Paul | 195 | 4.80 | 936.00 |
| | **Total Services** | | **80.10** | **$31,490.00** |
| **On the Avenue - 303694/2207** | **Attorney** | **Rate** | **Hours** | **Value** |
| | Thomas James. J | 700 | 0.20 | 140.00 |
| | Cook Jr., Wayne S. | 410 | 20.80 | 8528.00 |
| | **Total Services** | | **21.00** | **$8,668.00** |

{10515579:1}