UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                                               :

In re                                 :        Chapter 11 Case No.
                                               :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                             :

             Debtors.          :        (Jointly Administered)
                                               :

-----------------------------------------------------------------------x     Ref. Docket Nos. 4035, 4036, 4038,
                                                 4039, 4040, 4068, 4070, 4086, 4088,
                                               4090, 4091, 4233, 4234

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

        PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.     On July 1, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  /s/ Paul Belobritsky
                                                Paul Belobritsky

Sworn to before me this
2nd day of July, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
              Debtors.             |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  KEYBANK NATIONAL ASSOCIATION
             SQUIRE SANDERS & DEMPSEY L.L.P.
             C/O ANDREW SIMON AND STEPHEN LERNER
             221 E. FOURTH ST., SUITE 2900
             CINCINNATI OH 45202

Please note that your claim # 537 in the above referenced case and in the amount of
      $91,469,534.00        has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: KEYBANK NATIONAL ASSOCIATION
        c/o Goldman, Sachs & Co.
        30 Hudson Street, 36th Floor
        Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4068      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  KEYBANK NATIONAL ASSOCIATION
           SQUIRE SANDERS & DEMPSEY L.L.P.
           C/O ANDREW SIMON AND STEPHEN LERNER
           221 E. FOURTH ST., SUITE 2900
           CINCINNATI OH 45202

Please note that your claim # 538 in the above referenced case and in the amount of
      $91,469,534.00       has been transferred (**unless previously expunged by court order**)

           GOLDMAN SACHS LENDING PARTNERS LLC
           TRANSFEROR: KEYBANK NATIONAL ASSOCIATION
           c/o Goldman, Sachs & Co.
           30 Hudson Street, 36th Floor
           Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4070      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                      Vito Genna, Clerk of Court

                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
                Debtors.           |
                                   |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CANADIAN IMPERIAL BANK OF COMMERCE
             ATTN: JACK S. MCMURRAY
             199 BAY STREET, 6TH FL
             TORONTO ON M5L 1A2
             CANADA

Please note that your claim # 4792 in the above referenced case and in the amount of
        $23,993,135.41        has been transferred **(unless previously expunged by court order)**

        C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
        TRANSFEROR: CANADIAN IMPERIAL BANK OF COMMERCE
        c/o CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FARIMILE LANE
        COBHAM, SURREY   KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4035       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CANADIAN IMPERIAL BANK OF COMMERCE
     ATTN: JACK S. MCMURRAY
     199 BAY STREET, 6TH FL
     TORONTO ON M5L 1A2
     CANADA

Please note that your claim # 4790 in the above referenced case and in the amount of
     $23,993,135.41      has been transferred **(unless previously expunged by court order)**

          C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
          TRANSFEROR: CANADIAN IMPERIAL BANK OF COMMERCE
          c/o CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4036      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  CANADIAN IMPERIAL BANK OF COMMERCE
            ATTN: JACK S. MCMURRAY
            199 BAY STREET, 6TH FL
            TORONTO ON M5L 1A2
            CANADA

Please note that your claim # 4793 in the above referenced case and in the amount of
       $3,392,038.65        has been transferred **(unless previously expunged by court order)**

            C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
            TRANSFEROR: CANADIAN IMPERIAL BANK OF COMMERCE
            c/o CARVAL INVESTORS UK LIMITED
            KNOWLE HILL PARK, FARIMILE LANE
            COBHAM, SURREY    KT11 2PD
            UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4038      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          ─────────────────────────
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on   July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CANADIAN IMPERIAL BANK OF COMMERCE
             ATTN: JACK S. MCMURRAY
             199 BAY STREET, 6TH FL
             TORONTO ON M5L 1A2
             CANADA

Please note that your claim # 4791 in the above referenced case and in the amount of
        $3,636,224.28       has been transferred **(unless previously expunged by court order)**

        C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
        TRANSFEROR: CANADIAN IMPERIAL BANK OF COMMERCE
        c/o CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FARIMILE LANE
        COBHAM, SURREY    KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4039      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CANADIAN IMPERIAL BANK OF COMMERCE
             ATTN: JACK S. MCMURRAY
             199 BAY STREET, 6TH FL
             TORONTO ON M5L 1A2
             CANADA

Please note that your claim # 4794 in the above referenced case and in the amount of
        $3,636,224.28      has been transferred **(unless previously expunged by court order)**

             C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
             TRANSFEROR: CANADIAN IMPERIAL BANK OF COMMERCE
             c/o CARVAL INVESTORS UK LIMITED
             KNOWLE HILL PARK, FARIMILE LANE
             COBHAM, SURREY    KT11 2PD
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4040      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
                                        |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |    (Jointly Administered)
                                        |
            Debtors.                    |
                                        |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDMAN SACHS LENDING PARTNERS LLC
             TRANSFEROR: KEYBANK NATIONAL ASSOCIATION
             c/o Goldman, Sachs & Co.
             30 Hudson Street, 36th Floor
             Jersey City NJ 07302

Please note that your claim # 538-01 in the above referenced case and in the amount of
        $30,489,844.00         has been transferred **(unless previously expunged by court order)**

        C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
        c/o CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FARIMILE LANE
        COBHAM, SURREY   KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4088      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |   Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                 |
                                 |   (Jointly Administered)
              Debtors.           |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: KEYBANK NATIONAL ASSOCIATION
         c/o Goldman, Sachs & Co.
         30 Hudson Street, 36th Floor
         Jersey City NJ 07302
```

Please note that your claim # 537-01 in the above referenced case and in the amount of
     $30,489,844.00      has been transferred **(unless previously expunged by court order)**

```
         C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
         c/o CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4086      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                          |          Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                               |
                               |          (Jointly Administered)
            Debtors.           |
                               |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  GOLDMAN SACHS LENDING PARTNERS LLC
           TRANSFEROR: KEYBANK NATIONAL ASSOCIATION
           c/o Goldman, Sachs & Co.
           30 Hudson Street, 36th Floor
           Jersey City NJ 07302

Please note that your claim # 537-02 in the above referenced case and in the amount of
        $30,489,845.00         has been transferred (**unless previously expunged by court order**)

      GFA I LLC
      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
      c/o Ashurst LLP
      1 Penn Plaza, 36th Floor
      New York NY 10119

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4090      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                       Vito Genna, Clerk of Court


                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---------------------------------------

In re                                        | Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)
                                             |
                                             | (Jointly Administered)
                   Debtors.                  |

---------------------------------------

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: KEYBANK NATIONAL ASSOCIATION
      c/o Goldman, Sachs & Co.
      30 Hudson Street, 36th Floor
      Jersey City NJ 07302

Please note that your claim # 538-02 in the above referenced case and in the amount of
     $30,489,845.00       has been transferred (**unless previously expunged by court order**)

GFA I LLC
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
c/o Ashurst LLP
1 Penn Plaza, 36th Floor
New York NY 10119

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4091      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,


              Debtors.

_____

| Chapter 11 Case No.
|
| 08-13555 (JMP)
|
| (Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: KEYBANK NATIONAL ASSOCIATION
     c/o Goldman, Sachs & Co.
     30 Hudson Street, 36th Floor
     Jersey City NJ 07302

Please note that your claim # 538 in the above referenced case and in the amount of
     $30,489,845.00      has been transferred **(unless previously expunged by court order)**

     OCM OPPORTUNITIES FUND VII DELAWARE, LP
     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
     c/o Oaktree Capital Management, LP
     333 South Grand Ave., 28th Floor
     Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4233      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |     Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|     08-13555 (JMP)
                                      |
                                      |     (Jointly Administered)
                 Debtors.             |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDMAN SACHS LENDING PARTNERS LLC
             TRANSFEROR: KEYBANK NATIONAL ASSOCIATION
             c/o Goldman, Sachs & Co.
             30 Hudson Street, 36th Floor
             Jersey City NJ 07302

Please note that your claim # 537 in the above referenced case and in the amount of
      $30,489,845.00        has been transferred **(unless previously expunged by court order)**

        OCM OPPORTUNITIES FUND VII DELAWARE, LP
        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
        c/o Oaktree Capital Management, LP
        333 South Grand Ave., 28th Floor
        Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4234     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 1, 2009.

**EXHIBIT "B"**

GOLDMAN SACHS LENDING PARTNERS LLC
c/o GOLDMAN, SACHS & CO.
ATTN: ANDREW CADITZ
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY, NJ 07302

CVI GVF (LUX) MASTER S.A.R.L.
c/o CARVAL INVESTORS UK LIMITED
ATTN: ANNEMARIE JACOBSON
KNOWLE HILL PARK, FARIMILE LANE
COBHAM
SURREY
KT11 2PD
UK

GFA I LLC
c/o ASHURST LLP
ATTN: AMANDA GOEHRING
1 PENN PLAZA, 36TH FLOOR
NEW YORK, NY 10119

OCM OPPORTUNITIES FUND VII DELAWARE, LP
c/o OAKTREE CAPITAL MANAGEMENT, LP
ATTN: JEFF ARNOLD
333 SOUTH GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

KEYBANK NATIONAL ASSOCIATION
SQUIRE SANDERS & DEMPSEY LLP
c/o ANDREW SIMON AND STEPHEN LERNER
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

CANADIAN IMPERIAL BANK OF COMMERCE
ATTN: JACK S. McMURRAY
199 BAY STREET, 6TH FLOOR
TORONTO, ON M5L 1A2
CANADA

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153