UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     08-13555 (JMP)
                                                   :
                            Debtors.               :     (Jointly Administered)
                                                   :
                                                   :
------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF HOWARD L. WEXLER,

ON BEHALF OF HERZFELD & RUBIN, P.C.

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )

HOWARD WEXLER, being duly sworn, upon his oath, deposes and says:

1. I am a Member of HERZFELD & RUBIN, P.C. located at 40 WALL STREET, NEW YORK, N.Y. 10005 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide assistance regarding ERISA matters, employment law matters and other legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties in interest in the Debtors' Chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

NY2:\1926908\02\15@T802!.DOC\58399.0003

Chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors do not owe the Firm for pre-petition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
Howard L. Wexler

Subscribed and sworn to before me
this 1st day of July, 2009

_____
Notary Public

KATE SPINELLI
Notary Public, State of New York
No. 01SP6096525
Qualified in New York County
Commission Expires July 28, 2011

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
                                              :
-----------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.     Name and address of firm:

       Herzfeld & Rubin, P.C.

       40 Wall Street

       New York, New York 10005

2.     Date of retention:    To be Retained

3.     Type of services provided (accounting, legal, etc.):

       Legal

4. Brief description of services to be provided:

   ERISA counseling and support; employment law, general litigation and miscellaneous legal matters .

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   See attached Rate schedule.

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   Not applicable.

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   Not applicable.

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: Not applicable.

   Status:

   Amount of Claim:  $

   Date claim arose:

   Source of claim:

8. Stock of the Debtors currently held by the firm:

   Kind of shares: None.

   No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: Associate Sharon Schweidel advises she has 104 shares in .Lehman Capital Trust

   Kind of shares: unknown

   No. of shares: 104

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None

11. Name of individual completing this form:

    Howard Wexler, Esq.

## Schedule of Rates

| Position | Hourly Rate | Discounted Hourly Rate (Initial Rate as a Courtesy to Commence Representation) |
|---|---|---|
| **Partner** | $550. | $460. |
| **Senior Associate** | $400-$500. | $325.-$400. (depending on experience level) |
| **Associates** | $325.-$350. | $250. |