UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                                                        :        **Chapter 11 Case No.**

                                                             :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :        **08-13555 (JMP)**

                                                             :

Debtors.                         :        **(Jointly Administered)**

                                                             :

                                                             :

------------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF STEVEN JOHN BURKILL

## ON BEHALF OF WATSON, FARLEY & WILLIAMS (THAILAND) LIMITED

STEVEN JOHN BURKILL declares and says:

1.    I am the managing partner of the Bangkok office of Watson, Farley &

Williams who are an English law firm with offices around the world including Bangkok. The

Bangkok office is located at 93/1 Wireless Road, Patumwan, Bangkok 10330 (the "Firm").

2.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"

and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm

provide legal advice and assistance related to assets of LBHI in Thailand pertaining to local law

interpretation of rights and remedies and available legal recourse in Thailand to the Debtors, and

the Firm has consented to provide such services.

3.    The Firm may have performed services in the past and may perform

services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties

in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is

retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.      Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.      The Debtors do not owe the Firm anything for prepetition services.

7.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Bangkok, Thailand
          July 2, 2009

_____
Steven John Burkill

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                              :
                              Debtors.        :   (Jointly Administered)
                                              :
                                              :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

>    Weil, Gotshal & Manges LLP
>    767 Fifth Avenue
>    New York, New York 10153
>    Attn:   Jennifer Sapp
>            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as
appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

      Watson, Farley & Willaims (Thailand) Limtied,

      Unit 902, 9th Floor, GPF Witthayu Tower B,

      93/1 Wireless Road, Patumwan, Bangkok 1033.0, Thailand

      Tel :   +662 665 7800

      Fax:    +662 665 7888

2.    Date of retention:    29 May 2009

BURS1/25342.50000/20029275 V2

*SJ Denheil*

3.  Type of services provided (accounting, legal, etc.):

    Legal Services

4.  Brief description of services to be provided:

    Providing legal advice and assistance relating to assets of LBHI in
    Thailand pertaining to local law interpretation of rights and remedies and
    available legal recourse in Thailand.

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly rates

    (a)  Average hourly rate (if applicable): USD rates to be applied

         Partner : 650;            Associates range 200-500

    (b)  Estimated average monthly compensation based on prepetition
         retention (if firm was employed prepetition):

         N/A

6.  Prepetition claims against the Debtors held by the firm:

    Amount of claim:     $
    Date claim arose:              N/A
    Source of Claim:

7.  Prepetition claims against the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name: _____

    Status:          N/A

Amount of Claim:   $_____

Date claim arose:   _____

Source of claim:   _____

_____

_____

_____

8.    Stock of the Debtors currently held by the firm:

Kind of shares:  _____N/A_____

No. of shares:  _____

9.    Stock of the Debtors currently held individually by any member, associate,
      or professional employee of the firm:

Name:  _____

Status:  _____N/A_____

_____

Kind of shares:  _____

No. of shares:  _____

10.   Disclose the nature and provide a brief description of any interest adverse
      to
      the Debtors or to their estates with respect to the matters on which the
      above-named firm is to be employed.

_____

_____N/A_____

_____

11.   Name of individual completing this form:

_____Steven John Burkill_____