Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                       :

In re:                            :          Chapter 11 Case No.
                                         :

LEHMAN BROTHERS HOLDINGS INC., et al., :      08-13555 (JMP)
                                         :

                 Debtors.         :          (Jointly Administered)
                                         :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                            ) SS.:
COUNTY OF NEW YORK   )

       RENA K. CERON, being duly sworn, deposes and says:

       I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & McCloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

       On the 18th of June, 2009, I caused a copy of the following documents:

     1.    NOTICE OF PRESENTMENT OF SUPPLEMENTAL APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER UNDER 11 U.S.C. SECTIONS 328(a) AND 1103, FED.R.BANKR.P.2014, AND S.D.N.Y. LBR 2014-1, AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLARIFY

THE DEFINITION OF "UNSECURED RECOVERIES" IN ITS EMPLOYMENT AND RETENTION AGREEMENT WITH HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC. AS INVESTMENT BANKER EFFECTIVE AS OF SEPTEMBER 17, 2008; and

2.   SUPPLEMENTAL APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER UNDER 11 U.S.C. SECTIONS 328(a) AND 1103, FED.R.BANKR.P.2014, AND S.D.N.Y. LBR 2014-1, AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLARIFY THE DEFINITION OF "UNSECURED RECOVERIES" IN ITS EMPLOYMENT AND RETENTION AGREEMENT WITH HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC. AS INVESTMENT BANKER EFFECTIVE AS OF SEPTEMBER 17, 2008,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.


 /s/ Rena K. Ceron
RENA K. CERON


SWORN TO AND SUBSCRIBED before
me this 7th day of July, 2009



 /s/ Bryn Fuller
Bryn Fuller
Notary Public, State of New York
No. 01FU6153697
Qualified in New York County
Commission Expires Oct. 16, 2010

## Exhibit A

Richard.krasnow@weil.com; Lori.fife@weil.com; Shai.waisman@weil.com;
Jacqueline.marcus@weil.com; aalfonso@kayescholer.com; abraunstein@riemerlaw.com;
acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com;
adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com;
aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov;
aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com;
ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com;
akihiko_yagyuu@chuomitsui.jp; albaugh.colin@pbgc.gov; alex.torres@infospace.com;
amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com;
Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com;
angelich.george@arentfox.com; ann.reynaud@shell.com; anne.kennelly@hp.com;
anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com;
araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com;
arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com;
aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com;
atrehan@mayerbrown.com; austin.bankruptcy@publicans.com; avenes@whitecase.com;
avi.gesser@dpw.com; awasserman@lockelord.com; azylberberg@whitecase.com;
bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com;
bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; basilumari@andrewskurth.com;
bbisignani@postschell.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com;
bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com;
boneill@kramerlevin.com; bpershkow@profunds.com; brad.dempsey@hro.com;
brian.pfeiffer@friedfrank.com; brian_corey@gtservicing.com; bromano@willkie.com;
broy@rltlawfirm.com; bruce.ortwine@sumitomotrust.co.jp; bspector@jsslaw.com;
btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com;
bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; canelas@pursuitpartners.com;
carol.weinerlevy@bingham.com; cbelmonte@ssbb.com; cbrotstein@bm.net;
chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com;
chipford@parkerpoe.com; chris.donoho@lovells.com; cmontgomery@salans.com;
CMTB_LC11@chuomitsui.jp; cohenr@sewkis.com; cp@stevenslee.com;
crmomjian@attorneygeneral.gov; crogers@orrick.com; cs@stevenslee.com;
cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com;
ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com;
cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com;
danna.drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com;
david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com;
dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-
law.com; dckaufman@hhlaw.com; dclark@stinson.com; dcoffino@cov.com;
dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com;
deborah.saltzman@dlapiper.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com;
deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com;
dfriedman@kasowitz.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com;
dheffer@foley.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com;
dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com;
dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com;
dneier@winston.com; douglas.bacon@lw.com; douglas.mcgill@dbr.com;
DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com;
drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com;
dshemano@pwkllp.com; dswan@mcguirewoods.com; dtatge@ebglaw.com;

dwdykhouse@pbwt.com; dwildes@stroock.com; eagle.sara@pbgc.gov; easmith@venable.com;
echang@steinlubin.com; ecohen@russell.com; efile@pbgc.gov; efile@willaw.com;
efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com;
ehollander@whitecase.com; ehorn@lowenstein.com; ekbergc@lanepowell.com;
ellen.halstead@cwt.com; eobrien@sbchlaw.com; eric.johnson@hro.com;
eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezavalkoff-
babej@vedderprice.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net;
fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com;
fhyman@mayerbrown.com; fishere@butzel.com; francois.janson@hklaw.com;
frank.white@agg.com; fred.berg@rvblaw.com; fsosnick@shearman.com;
fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; gauchb@sec.gov;
GGraber@HodgsonRuss.com; giaimo.christopher@arentfox.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; GLee@mofo.com; glee@mofo.com; glenn.siegel@dechert.com;
gmoss@riemerlaw.com; gnovod@kramerlevin.com; gravert@mwe.com; gschiller@zeislaw.com;
gspilsbury@jsslaw.com; guzzi@whitecase.com; harrisjm@michigan.gov;
harveystrickon@paulhastings.com; heiser@chapman.com; hirsch.robert@arentfox.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com;
hseife@chadbourne.com; hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com;
icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com;
ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com;
jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com;
jamestecce@quinnemanuel.com; jason.jurgens@cwt.com; jatkins@duffyandatkins.com;
jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com;
jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com;
Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jeff.wittig@coair.com;
jeffrey.sabin@bingham.com; jeldredge@velaw.com; jennifer.demarco@cliffordchance.com;
jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jessica.fink@cwt.com;
jfalgowski@reedsmith.com; jfinerty@pfeiferlaw.com; jflaxer@golenbock.com;
jfox@joefoxlaw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com;
jgutmanmann@sonnenschein.com; jguy@orrick.com; jherzog@gklaw.com;
jhiggins@fdlaw.com; jhs7@att.net; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com;
jjureller@klestadt.com; jkehoe@sbtklaw.com; jketten@willkie.com; jkurtzman@klehr.com;
jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com;
jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com;
jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com;
jmelko@gardere.com; jmerva@fult.com; jmr@msf-law.com; john.mcnicholas@dlapiper.com;
john.monaghan@hklaw.com; john.rapisardi@cwt.com; jorbach@hahnhessen.com;
Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com; joshua.dorchak@bingham.com;
jowen769@yahoo.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-
law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com;
jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com;
jsmairo@pbnlaw.com; jtimko@allenmatkins.com; jtougas@mayerbrown.com;
judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org;
jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-
law.com; jwishnew@mofo.com; k4.nomura@aozorabank.co.jp; kaf@msf-law.com;
karen.wagner@dpw.com; karol.denniston@dlapiper.com;
KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com;
Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com;
kiplok@hugheshubbard.com; kkelly@ebglaw.com; Klippman@munsch.com; klyman@irell.com;
kmayer@mccarter.com; kmisken@mcguirewoods.com; kobak@hugheshubbard.com;
korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kpiper@steptoe.com;

kressk@pepperlaw.com; KReynolds@mklawnyc.com; kristin.going@dbr.com;
krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com; kurt.mayr@bgllp.com;
lacyr@sullcrom.com; lalshibib@reedsmith.com; Landon@StreusandLandon.com;
lattard@kayescholer.com; lawallf@pepperlaw.com; lberkoff@moritthock.com;
lbtancredi@venable.com; lgranfield@cgsh.com; lhandelsman@stroock.com;
linda.boyle@twtelecom.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com;
lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com;
lnashelsky@mofo.com; lromansic@steptoe.com; lscarcella@farrellfritz.com;
lschweitzer@cgsh.com; lthompson@whitecase.com; lubell@hugheshubbard.com;
lwhidden@salans.com; lwong@pfeiferlaw.com; mabrams@willkie.com;
macronin@debevoise.com; MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com;
margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com;
mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov; masaki_konishi@noandt.com; matthew.dyer@prommis.com;
matthew.klepper@dlapiper.com; Mbass@HodgsonRuss.com; mbenner@tishmanspeyer.com;
mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com;
mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com;
mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com;
mgordon@briggs.com; mgreger@allenmatkins.com; mhopkins@cov.com;
michael.kim@kobrekim.com; mimi.m.wong@irscounsel.treas.gov.; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com; mkjaer@winston.com;
mlahaie@akingump.com; MLandman@lcbf.com; mmendez@hunton.com;
mmickey@mayerbrown.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp;
mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com;
mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com; mpucillo@bermanesq.com;
mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu;
MSchleich@fraserstryker.com; mshiner@tuckerlaw.com; mspeiser@stroock.com;
mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com;
Nasreen.Bulos@dubaiic.com; ncoco@mwe.com; neal.mann@oag.state.ny.us;
ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com;
Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; notice@bkcylaw.com;
oipress@travelers.com; omeca.nedd@lovells.com; patrick.potter@pillsburylaw.com;
paul.deutch@troutmansanders.com; paul.turner@sutherland.com; pbattista@gjb-law.com;
pbentley@kramerlevin.com; pbosswick@ssbb.com; pdublin@akingump.com;
peter.gilhuly@lw.com; peter.simmons@friedfrank.com; peter@bankrupt.com;
pfeldman@oshr.com; phayden@mcguirewoods.com; pmaxcy@sonnenschein.com;
pnichols@whitecase.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com;
pprewitt@lockelord.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com;
pwright@dl.com; r.stahl@stahlzelloe.com; ramona.neal@hp.com;
ranjit.mather@bnymellon.com; rbeacher@daypitney.com; rbyman@jenner.com;
rcarlin@breslowwalker.com; rdaversa@orrick.com; relgidely@gjb-law.com;
rfleischer@pryorcashman.com; rfrankel@orrick.com; rgmason@wlrk.com;
rgraham@whitecase.com; rhett.campbell@tklaw.com; richard.lear@hklaw.com;
richard.levy@lw.com; ritkin@steptoe.com; RJones@BoultCummings.com;
RLevin@cravath.com; rmatzat@hahnhessen.com; rmunsch@munsch.com; rnetzer@willkie.com;
rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com;
robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com;
Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rreid@sheppardmullin.com; RTrust@cravath.com;
rwasserman@cftc.gov; rwynne@kirkland.com; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;

3

sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com;
Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; schannej@pepperlaw.com;
schapman@willkie.com; Schepis@pursuitpartners.com; schristianson@buchalter.com;
scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov;
sean@blbglaw.com; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com;
sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com;
SGross@HodgsonRuss.com; sgubner@ebg-law.com; sharbeck@sipc.org;
shari.leventhal@ny.frb.org; sheehan@txschoollaw.com; shumaker@pursuitpartners.com;
shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com;
SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com;
smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com;
spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com; sselbst@herrick.com;
sshimshak@paulweiss.com; steele@lowenstein.com; stephanie.wickouski@dbr.com;
steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com;
steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com;
susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com;
swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov;
tbrock@ssbb.com; tduffy@duffyandatkins.com; TGoren@mofo.com;
thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov;
thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com;
tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com;
tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com;
tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tslome@msek.com;
ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com;
ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com;
vmilione@nixonpeabody.com; vrubinstein@loeb.com; wanda.goodloe@cbre.com;
WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; weguchi@orrick.com;
weissjw@gtlaw.com; wendy.rosenthal@cliffordchance.com; william.m.goldman@dlapiper.com;
wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com;
wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com;
wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp;
robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com

## Exhibit B

INTERNAL REVENUE SERVICE
Fax No.:  (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Rifkin, Esq.
       Tracy Hope Davis, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield, Esq.
        Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
       Hydee R. Feldstein, Esq.