**Hearing Date: August 5, 2009 at 10:00 a.m.**
                                                **Objection Deadline: July 30, 2009 at 4:00 p.m.**

McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
David J. Adler (DA-0048)
Eduardo J. Glas (EG7027)
dadler@mccarter.com
*Attorneys for Occidental Energy Marketing, Inc.*
*and Occidental Power Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS | : | |
| INC., et. al., | : | (Jointly Administered) |
| Debtor. | : | |
| | : | |

**NOTICE OF ADJOURNMENT OF OCCIDENTAL POWER SERVICES, INC. AND OCCIDENTAL ENERGY MARKETING, INC.'S MOTION TO EFFECTUATE SETOFF AND SETTLE OUTSTANDING DERIVATIVE CONTRACTS AND FOR RELATED RELIEF**

      **PLEASE TAKE NOTICE** that the hearing on the relief requested in the Motion of Occidental Power Services, Inc. and Occidental Energy Marketing, Inc.'s to Effectuate Setoff and Settle Outstanding Derivative Contracts and for Related Relief [Docket No. 4238] (the "Motion"), which was scheduled for July 15, 2009 at 10:00 a.m., has been adjourned to **August 5, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), and such hearing on this Motion

ME1 8763949v.1

may be further adjourned from time to tome without further notice other than an announcement at the hearing.

Dated: July 7, 2009
New York, NY

       <u>/s/ David J. Adler</u>
       David J. Adler, Esq. (DA0048)
       Eduardo J. Glas, Esq. (EG7027)
       McCARTER & ENGLISH, LLP
       245 Park Avenue, 27th Floor
       New York, New York  10167
       (212) 609-6800 - Telephone
       (212) 609-6921 - Facsimile
       dadler@mccarter.com
       eglas@mccarter.com

       -and-

       Katharine L. Mayer, Esq.
       Daniel M. Silver, Esq.
       McCARTER & ENGLISH, LLP
       Renaissance Centre
       405 N. King Street, 8th Floor
       Wilmington, DE 19899
       (302) 984-6300 - Telephone
       (302) 984-6399 - Facsimile
       kmayer@mccarter.com

       *Attorneys for Occidental Energy Marketing, Inc.*
       *and Occidental Power Services, Inc.*