**Hearing Date: July 15, 2009 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: July 10, 2009 at 4:00 p.m. (Prevailing Eastern Time)**

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Patrick J. Trostle

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                 :

In re                                          :        Chapter 11
                                               :

LEHMAN BROTHERS HOLDINGS INC., et al.,      :        Case No. 08-13555 (JMP)
                                             :

                        Debtors.          :        (Jointly Administered)
------------------------------------------------------------------------x

**NOTICE OF FILING ADDITIONAL AFFIDAVITS OF DISINTERESTEDNESS**
**IN CONNECTION WITH THE EXAMINER'S THIRD APPLICATION TO RETAIN**
**CERTAIN CONTRACT ATTORNEYS *NUNC PRO TUNC* AS OF JUNE 11, 2009**

PLEASE TAKE NOTICE that on June 30, 2009, Anton R. Valukas, the Examiner (the

"Examiner") appointed for Lehman Brothers Holdings Inc. and its affiliated debtors in the

above-captioned bankruptcy cases, filed the Third Application of the Examiner for Order

Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review

Tasks *Nunc Pro Tunc* as of June 11, 2009 (the "Application").  [Docket No. 4239].

PLEASE TAKE NOTICE that the Examiner hereby supplements the Application with

the attached Affidavits of Disinterestedness, which are to be included as Exhibit C-44 and

Exhibits C-71 to C-80 to the Application, as noted in footnote 2 of the Application.


Dated: July 8, 2009
New York, New York

Respectfully submitted,


By: */s/ Patrick J. Trostle*
    Patrick J. Trostle

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Patrick J. Trostle

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner

# EXHIBIT C-44

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re                                                       :        Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :        Case No. 08-13555 (JMP)
                                                            :
                            Debtors.                        :        (Jointly Administered)

------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY REBECCA EDWARDS

I, Rebecca Edwards pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457].  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of July, 2009, at Chicago, Illinois.

Rebecca Edwards
Illinois Bar No. 6284786

Sworn to and subscribed before me
this 7 day of July 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 09/22/2009

2

# **EXHIBIT C-71**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        Case No. 08-13555 (JMP)
                                        :
                    Debtors.            :        (Jointly Administered)
-------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY CATHERINE ANTONELLI

I, Catherine Antonelli pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked on matters for AT&T, Verizon Wireless and Sprint-Nextel which

were unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2009, at Chicago, Illinois.

Catherine Antonelli
Illinois Bar No. 6242676

Sworn to and subscribed before me
this 8 day of July 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

# **EXHIBIT C-72**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                      :

In re                                 :         Chapter 11

                                       :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :      Case No. 08-13555 (JMP)

                                       :

                         Debtors.       :      (Jointly Administered)
-------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY GARY K. FORDYCE

     I, Gary K. Fordyce pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

     1.     I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated

with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

     2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

     3.     I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

     4.     I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

     5.     I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

     6.     I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I was employed as in-house counsel by LaSalle Bank, which was acquired

by Bank of America in October 2007.  My employment with Bank of America ended in January

2008.  As in-house counsel, I worked on commercial loan documentation and transactional

matters unrelated to Lehman Brothers or anything fairly contemplated to be within the scope and

subject matter of the Examiner's investigation.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2009, at Chicago, Illinois.

Gary K. Fordyce
Illinois Bar No. 6190881


Sworn to and subscribed before me
this 8 day of July 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

# **EXHIBIT C-73**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                    :
In re                                               :         Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :         Case No. 08-13555 (JMP)
                                                    :
                                    Debtors.         :         (Jointly Administered)
------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY YVETTE HAIRSTON

I, Yvette Hairston pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked for Allstate Insurance on matters unrelated to Lehman Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2009, at Chicago, Illinois.

Yvette Hairston
Illinois Bar No. 6239450


Sworn to and subscribed before me
this 8 day of July 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# EXHIBIT C-74

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :        Case No. 08-13555 (JMP)
                                                    :
                        Debtors.                    :        (Jointly Administered)
-------------------------------------------------------------------x

### AFFIDAVIT OF DISINTERESTEDNESS BY CARY W. HARPER

I, Cary W. Harper pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated

with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457]. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of July, 2009, at Chicago, Illinois.

Cary W. Harper
Illinois Bar No. 6273929

Sworn to and subscribed before me this 7 day of July 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# **EXHIBIT C-75**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY SHELBEE JAROL

I, Shelbee Jarol pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I was employed as a summer associate at Sidley Austin LLP on matters

unrelated to Lehman Brothers.  I also worked as a contract attorney for the Office of the U.S.

Attorney and Kirkland & Ellis on matters unrelated to Lehman Brothers.  I also worked for

Wyeth on matters unrelated to Lehman Brothers.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2009, at Chicago, Illinois.

Shelbee Jarol
Illinois Bar No. 6280280



Sworn to and subscribed before me
this 8 day of July 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# **EXHIBIT C-76**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        Case No. 08-13555 (JMP)
                                        :
                     Debtors.           :        (Jointly Administered)
-------------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY SCOTT KOLOSSO

I, Scott Kolosso pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a lawyer admitted to practice law in the states of Illinois and Wisconsin. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of July, 2009, at Chicago, Illinois.

Scott Kolosso
Illinois Bar No. 6273481
Wisconsin Bar No. 1048521

Sworn to and subscribed before me
this 7 day of July 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

## **EXHIBIT C-77**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
                                            :

In re                                      :        Chapter 11

                                           :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :        Case No. 08-13555 (JMP)

                                           :

                       Debtors.         :        (Jointly Administered)
----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY MARGARET MCDERMOTT

       I, Margaret McDermott pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

       1.     I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

       2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

       3.     I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

       4.     I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

       5.     I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

       6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked on leasing matters for JPMorgan Chase Bank, N.A. which were

unrelated Lehman Brothers or anything fairly contemplated to be within the scope and subject

matter of the Examiner's investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2009, at Chicago, Illinois.

Margaret McDermott
Illinois Bar No. 6287314

Sworn to and subscribed before me
this $8$ day of July 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# **EXHIBIT C-78**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        Case No. 08-13555 (JMP)
                                        :
                        Debtors.        :        (Jointly Administered)
-------------------------------------------------------------------x

<u>**AFFIDAVIT OF DISINTERESTEDNESS BY SCOTT NIERMAN**</u>

    I, Scott Nierman pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information, and belief:

    1.    I am a lawyer admitted to practice law in the State of Illinois. I am not affiliated

with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the

"<u>Debtors</u>"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2009, a

director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2009, an

investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2009, an

investment banker for a security of any of the Debtors, or an attorney for any such investment

banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

    6.    I do not have any connections with (a) any Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region

2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457]. Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list: I have nothing relevant to disclose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8 day of July, 2009, at Chicago, Illinois.

Scott Nierman
Illinois Bar No. 3127537

Sworn to and subscribed before me
this 8 day of July 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# **EXHIBIT C-79**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

In re                                                          :        Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :        Case No. 08-13555 (JMP)
                                                               :
                                     Debtors.                  :        (Jointly Administered)

----------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY TRON MICHAEL ROSS

I, Tron Michael Ross pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.    I am a lawyer admitted to practice law in the State of Illinois.  I am not affiliated with any law firm.  I am employed by Strategic Legal Solutions, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of Identified Parties that was attached as Exhibit D to the

Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys

to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No.

3457].  Based upon my review of that list, I hereby disclose the following connections to parties

set forth on that list:  I worked for BP North America on a document review unrelated to Lehman

Brothers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2009, at Chicago, Illinois.

Tron Michael Ross
Illinois Bar No. 6288877

Sworn to and subscribed before me
this 8 day of July 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 08/22/2009

2

# EXHIBIT C-80

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re                                                   :        Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :        Case No. 08-13555 (JMP)
                                                        :
                              Debtors.                  :        (Jointly Administered)

-------------------------------------------------------------------x

## AFFIDAVIT OF DISINTERESTEDNESS BY TIMOTHY ZAHORSKY

  I, Timothy Zahorsky pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

  1. I am a lawyer admitted to practice law in the states of Illinois and Indiana. I am not affiliated with any law firm. I am employed by Strategic Legal Solutions, a staffing agency.

  2. I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

  3. I am not, and have not been within two years before September 15, 2009, a director, officer, or employee of any of the Debtors.

  4. I am not, and have not been within three years before September 15, 2009, an investment banker for any outstanding security of any of the Debtors.

  5. I am not, and have not been within two years before September 15, 2009, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

  6. I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of Identified Parties that was attached as Exhibit D to the Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of April 15, 2009 [Docket No. 3457].  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:  I worked on collection matters for General Electric Capital Corporation, GMAC, LLC, Citibank, N.A., and an affiliate of HSBC Bank.  These matters were unrelated to Lehman Brothers or anything fairly contemplated to be within the scope and subject matter of the Examiner's investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8 day of July, 2009, at Chicago, Illinois.

Timothy Zahorsky
Illinois Bar No. 6199680
Indiana Bar No. 14100-45

Sworn to and subscribed before me
this 8 day of July, 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H. MATLOCK
Notary Public, State of Illinois
My Commission Expires 09/22/2009

2