# EXHIBIT A

# LB 2080 Kalakaua Owners LLC

| | | | | |
|---|---|---|---|---|
| Date of Bankruptcy: | 4/23/2009 | Calc To Date: | 07/14/09 | |
| | | Lease Default Rate: | 6.75% | |
| | | Sub - Lease Default Rate: | 6.75% | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Amount to 7/1/09 | | Daily Accrual | | | | | | |
| | | | | Total Interest | $ 14,267.74 | | $ 212.53 | | | | | | |
| | | | | GET on Interest | $ 700.57 | | $ 10.01 | | | | | | |
| | | | | Interest Sub-Total | $ 15,568.31 | | $ 222.55 | | | | | | |

| Item | Description | Sub Lse / Dir Lse | Paid / Due | Open Amount | Days To 7/1/09 | Direct Lease Interest To 7/1/09 | Sublease Interest To 7/1/09 | Days To Calc Date | Total Interest To CALC Date | Direct Lease Amount | Direct Lease Daily Interest Accrual | Sublease Amount | Sublease Daily Interest Accrual | Total Daily Interest Accrual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P-Tax 2nd Half Kalaimoku / Kuhio Dev Corp | D | 2/20/2009 | 269,664.04 | 131 | $ 6,532.89 | | 144 | $ 7,181.19 | $ 269,664.04 | $ 49.87 | $ - | $ - | $ 49.87 |
| | P-Tax PENALTY 2nd Half 08/09 Kalaimoku / Kuhio Dev Corp | D | 2/20/2009 | 13,591.07 | 131 | 329.26 | | 144 | 361.93 | 13,591.07 | 2.51 | - | - | 2.51 |
| | P-Tax GET Kalaimoku / Kuhio Dev Corp | D | 2/20/2009 | 13,346.98 | 131 | 323.34 | | 144 | 355.43 | 13,346.96 | 2.47 | - | - | 2.47 |
| 2 | P-Tax BID 08/09 Kalaimoku / Kuhio Dev Corp | D | 2/20/2009 | 10,221.13 | 131 | 247.62 | | 144 | 272.19 | 10,221.13 | 1.89 | - | - | 1.89 |
| | P-Tax PENALTY BID 08/09 Kalaimoku / Kuhio Dev Corp | D | 2/20/2009 | 515.14 | 131 | 12.48 | | 144 | 13.72 | 515.14 | 0.10 | - | - | 0.10 |
| | P-Tax BID GET Kalaimoku / Kuhio Dev Corp | D | 2/20/2009 | 505.89 | 131 | 12.26 | | 144 | 13.47 | 505.89 | 0.09 | - | - | 0.09 |
| 3 | P-Tax 2nd Half 08/09 Oceanfront Parcel | S | 2/20/2009 | 18,078.58 | 131 | | 437.97 | 144 | 481.44 | - | - | 18,078.58 | 3.34 | 3.34 |
| | P-Tax PENALTY 2nd Half 08/09 Oceanfront Parcel | S | 2/20/2009 | 911.16 | 131 | | 22.07 | 144 | 24.26 | - | - | 911.18 | 0.17 | 0.17 |
| | P-Tax GET Oceanfront Parcel | S | 2/20/2009 | 894.80 | 131 | | 21.68 | 144 | 23.83 | - | - | 894.80 | 0.17 | 0.17 |
| 4 | P-Tax BID 08/09 Oceanfront Parcel | S | 2/20/2009 | 685.23 | 131 | | 16.60 | 144 | 18.25 | - | - | 685.23 | 0.13 | 0.13 |
| | P-Tax PENALTY BID 08/09 Oceanfront Parcel | S | 2/20/2009 | 34.53 | 131 | | 0.84 | 144 | 0.92 | - | - | 34.53 | 0.01 | 0.01 |
| | P-Tax BID GET Oceanfront Parcel | S | 2/20/2009 | 33.92 | 131 | | 0.82 | 144 | 0.90 | - | - | 33.92 | 0.01 | 0.01 |
| 5 | P-Tax 1st Half 08/09 GET Oceanfront Parcel | S | 4/23/2009 | 856.76 | 69 | | 10.93 | 82 | 12.99 | - | - | 856.76 | 0.16 | 0.16 |
| 6 | April '09 Rent Kalaimoku / Kuhio Dev Corp | D | 4/1/2009 | 170,000.00 | 91 | $ 2,860.89 | | 104 | 3,269.59 | 170,000.00 | 31.44 | - | - | 31.44 |
| | April '09 GET Kalaimoku / Kuhio Dev Corp | D | 4/1/2009 | 8,010.40 | 91 | 134.81 | | 104 | 154.06 | 8,010.40 | 1.48 | - | - | 1.48 |
| 7 | April '09 Rent Oceanfront Parcel | S | 4/1/2009 | 25,752.00 | 91 | | 433.37 | 104 | 495.29 | - | - | 25,752.00 | 4.76 | 4.76 |
| | April '09 GET Oceanfront Parcel | S | 4/1/2009 | 1,213.43 | 91 | | 20.42 | 104 | 23.34 | - | - | 1,213.43 | 0.22 | 0.22 |
| 8 | Chicago Title Date Down | D | 4/21/2009 | 1,256.54 | 71 | | | 84 | 1,256.54 | 1,256.54 | | | | |
| | | D | 4/21/2009 | 0.00 | 71 | | | 84 | - | - | - | - | - | - |
| 9 | May '09 Rent Kalaimoku / Kuhio Dev Corp | D | 5/1/2009 | 170,000.00 | 61 | $ 1,917.74 | | 74 | 2,326.44 | 170,000.00 | 31.44 | - | - | 31.44 |
| | May '09 GET Kalaimoku / Kuhio Dev Corp | D | 5/1/2009 | 8,010.40 | 61 | 90.36 | | 74 | 109.62 | 8,010.40 | 1.48 | - | - | 1.48 |
| 10 | May '09 Rent Oceanfront Parcel | S | 5/1/2009 | 25,752.00 | 61 | | 290.50 | 74 | 352.41 | - | - | 25,752.00 | 4.76 | 4.76 |
| | May '09 GET Oceanfront Parcel | S | 5/1/2009 | 1,213.43 | 61 | | 13.69 | 74 | 16.61 | - | - | 1,213.43 | 0.22 | 0.22 |
| 11 | June '09 Rent Kalaimoku / Kuhio Dev Corp | D | 6/1/2009 | 170,000.00 | 30 | $ 943.15 | | 43 | 1,351.85 | 170,000.00 | 31.44 | - | - | 31.44 |
| | June '09 GET Kalaimoku / Kuhio Dev Corp | D | 6/1/2009 | 8,010.40 | 30 | 44.44 | | 43 | 63.70 | 8,010.40 | 1.48 | - | - | 1.48 |
| 12 | June '09 Rent Oceanfront Parcel | S | 6/1/2009 | 25,752.00 | 30 | | 142.87 | 43 | 204.78 | - | - | 25,752.00 | 4.76 | 4.76 |
| | June '09 GET Oceanfront Parcel | S | 6/1/2009 | 1,213.43 | 30 | | 6.73 | 43 | 9.65 | - | - | 1,213.43 | 0.22 | 0.22 |
| 13 | July '09 Rent Kalaimoku / Kuhio Dev Corp | D | 7/1/2009 | 170,000.00 | 0 | | | 13 | 408.70 | 170,000.00 | 31.44 | - | - | 31.44 |
| | July '09 GET Kalaimoku / Kuhio Dev Corp | D | 7/1/2009 | 8,010.40 | 0 | | | 13 | 19.26 | 8,010.40 | 1.48 | - | - | 1.48 |
| 14 | July '09 Rent Oceanfront Parcel | S | 7/1/2009 | 25,752.00 | 0 | | - | 13 | 61.91 | - | - | 25,752.00 | 4.76 | 4.76 |
| | July '09 GET Oceanfront Parcel | S | 7/1/2009 | 1,213.43 | 0 | | - | 13 | 2.92 | - | - | 1,213.43 | 0.22 | 0.22 |
| | | | | 1,150,499.10 | | $ 13,449.23 | $ 1,418.50 | | $ 17,630.64 | $ 1,021,142.39 | 188.61 | $ 129,356.71 | 23.92 | 212.53 |

Total Open Amount (as of 7/1/09)    $ 1,150,499.10
Total Interest (to Calc To Date)        17,630.64
GET on Interest                                  830.76
Offset overpayment of 10/08 and 2/09 late fees    (29,019.99)
                                                         $ 1,139,940.51

Effective December 16, 2008, the prime rate for Bank of America is 3.25%.
http://newsroom.bankofamerica.com/index.php?s=23&item=77