UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                     :

In re                                         :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al*  :        08-13555 (JMP)

                Debtors.               :        (Jointly Administered)

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA      )
                                    ) ss:
COUNTY OF LOS ANGELES  )

I, KRIKOR J. MESHEFEJIAN, being duly sworn, deposes and says:

1. I am employed by Levene, Neale, Bender, Rankin & Brill L.L.P., located at 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2009, I caused to be served the following documents upon the parties listed on "Exhibit A" attached hereto by priority overnight mail via Federal Express:

3. "Statement of Kalaimoku-Kuhio Development Corp. To Amended Motion Of LB 2080 Kalakaua Owners LLC Pursuant To Bankruptcy Code Sections 363 And 365 And Bankruptcy Rules 6004 and 6006 For Approval (i) To Sell Certain Real And Personal Property Located In Honolulu, Hawaii, (ii) To Reject Or Assume And Assign Executory Contracts And Unexpired Leases In Connection Therewith, And (iii) Related Relief" [Docket No.4306].

                                                                        /s/ *Krikor J. Meshefejian*
                                                                        Krikor J. Meshefejian

Sworn to me before this
9th day of July, 2009
/s/ *Marguerite Hardin*
Marguerite Hardin
Notary Public, State of California
No. 1827160
Qualified in Los Angeles County
Commission Expires January 14, 2013

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY  10004

**COUNSEL FOR DEBTORS**
WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY  10153

**OFFICE OF THE UNITED STATES TRUSTEE**
OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY  10004

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY  10005

**COUNSEL FOR BW VCM KALAKAUA, LLC**
YAMAMOTO & SETTLE
ATTN: SCOTT W. SETTLE
700 BISHOP STREET, SUITE 200
HONOLULU, HAWAII 96813